# Texas Democrats Voter Protection Program

*Texas is the biggest battleground state in the country, and the Texas Democratic Party has begun building the most comprehensive voter protection program in Texas history.*

The Texas Democratic Party has partnered with Stacey Abrams and her organization Fair Fight, hired a new Voter Protection Team, recruited and trained voter protection volunteers across Texas, developed our poll monitoring program, and launched our year-long voter protection hotline to ensure access to the ballot box is expanded, and we turn Texas blue up and down the ballot.

Protecting the right to vote is our responsibility. We should be making it easier for eligible Texans to cast their ballot. We've identified hurdles that Texas voters face, and we've outlined how we're going to challenge and ultimately tear down these obstacles.

## More highlights from the programs include:

- The Texas Democratic Party has hired two new staff members who will be at the helm of our voter protection efforts -- Rose Clouston, our Voter Protection Director, and Darcy Caballero, our Voter Assistance Hotline Manager. We are also hiring for two new voter protection roles -- a [Deputy Director of Voter Protection](#) and a [Voter Protection Organizer](#).

- We have launched a year-round multilingual voter assistance hotline.

- Texas Democrats are working with elections administrators across Texas' 254 counties to establish permanent early voting locations and make voting more convenient for regular people.

- Our voter protection volunteers and Voter Protection Council will keep a watchful eye on the full range of voting developments in Texas. Our volunteers will focus on key issues affecting voter turnout and voter protection in Texas, including keeping a pulse on voting locations, poll worker training, voter registration, election technology, and generally be the Texas Democrats' eyes and ears in their communities.

- Texas Democrats' poll watchers will observe the voting process, report any voting irregularities, and advocate on voters' behalf should they encounter any confusion or issues while voting.

- MyTexasVotes.com empowers voters to make their plan to vote, find their polling, and receive reminder texts and emails about their voting plan.

## About 1-844-TX-VOTES, our Voter Protection Hotline:

- Through our online voting information hub MyTexasVotes.com and our newly launched Voter Assistance Hotline at 844-TX-VOTES, Texans are able to get information about registering to vote, understand their voting rights, locate their polling place, and report any voting-related issues.

- Texans who wish to quickly access voting information or share their voting experience can speak to our dedicated voter protection volunteers who are operating the year-round voter protection hotline.

- Texas Democrats are providing Texans with an array of Texas Democratic Party channels where they can obtain voting information.

## Texas Democrats' Voter Protection lawsuits:

- Days before the voter registration deadline for the Texas primary, the Texas Civil Rights Project, Texas Democratic Party, DSCC, and DCCC were awarded an injunction in our lawsuit forcing the **Texas Department of Public Safety to properly register certain named voters** who fell into the trap set by the state's discriminatory policy of not allowing Texans who update their Driver's Licenses online to automatically update their voter registration.

- In January 2020, The Texas Democratic Party, the Democratic Senatorial Campaign Committee and the Democratic Congressional Campaign Committee filed a lawsuit challenging an unconstitutional electronic signature ban spearheaded by the Texas Secretary of State. In an effort to make it harder to vote, the Texas Secretary of State urged counties to reject thousands of voter registration forms with electronic or imaged signatures, claiming they lacked the required original signatures or "wet" signatures. Not only is the ban inconsistent with a federal court ruling that found no "legal impediment" to using electronic signatures, but it's also an unconstitutional tool in the broader Republican effort to suppress voting access.

- As part of their larger scheme to suppress the vote, Republicans led an initiative in 2019 to ban polling sites that primarily serve young voters across Texas. The Texas Democratic Party, Democratic Senatorial Campaign Committee and Democratic Congressional Campaign Committee [filed a lawsuit to overturn the ban on "mobile" early voting sites that expand ballot box access for Texans living near colleges and universities, and those without reliable access to transportation](#).

- In November 2019, the Texas Democratic Party, the Democratic National Committee, Democratic Senatorial Campaign Committee, and the Democratic Congressional Campaign Committee filed a lawsuit challenging the Texas law that gives Republicans prioritized positioning on general election ballots. This gives Republicans a "first-listed" position and an unfair benefit in the 2020 elections.

**Read our more detailed "Voter Registration Plan" blog post here: [txdem.co/VPRO](#)**