# 2020 Ballot Propositions

Dear Democratic Leaders,

We are proud to present the updated Texas Democrats Bill of Rights for 2020.

In December, the State Democratic Executive Committee voted on ballot propositions to place on the 2020 Democratic Primary Ballot. The propositions were drafted by staff, recommended by the Chair, and approved by the Resolutions Committee.

Last year's 2018 Texas Democrats Bill of Rights was wildly popular with our voters. It gave Texas Democrats a shared goal to fight for and we plan to build upon our progressive agenda that provides economic solutions, expands our rights as people, and charts the path forward for our state.

## A message from Texas Democratic Party Chair Gilberto Hinojosa

"Texas is the biggest battleground state and Texans have never shied away from big, bold ideas. A fair shot for all is what drove Democrats to build this great state and it is what drives us today. We fight because we believe that no matter who you are, what you look like, where you come from, or who you love, if you work hard in Texas, you can succeed.

"I am proud to share our 2020 Texas Democrats Bill of Rights with you. As we continue the march towards a state as great as its promise, we must remember that everything is on the line in 2020.

"When we defeat Donald Trump, take out John Cornyn, send more Democrats to the United States House of Representatives, take back the Texas House, and elect more Democrats across our state, we will improve the lives of millions of Texans. This is our moment. Victory is within our grasp. ¡Adelante!"

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

# Our Texas Democrats Bill of Rights

As Democrats, we must uplift the candidates who fight for our fundamental issues, and we must also advocate for the bold ideas that will pave the way for growth and prosperity in Texas. We're championing a Texas Bill of Rights because Texas families deserve to shape the future of our great state.

Our Texas Bill of Rights will be voted on by Texans in the Democratic Primary Election and will guide our party, our campaigns, and our movement in the 2020 election.

## Proposition #1
### Right to Healthcare
Should everyone in Texas have a right to quality healthcare, protected by a universally accessible Medicare-style system that saves rural hospitals, reduces the cost of prescription drugs, and guarantees access to reproductive healthcare?

### Derecho al cuidado de la salud
Deberían todos los Tejanos tener el derecho a un cuidado de salud de calidad, protegido por un sistema universal estilo Medicare, que salve a los hospitales en áreas rurales, reduzca los precios de los medicamentos de prescripción, y garantice acceso a al cuidado de la salud reproductiva?

## Proposition #2
### Right to a 21st Century Public Education
Should everyone in Texas have the right to high-quality public education from pre-k to 12th grade, and affordable college and career training without the burden of crushing student loan debt?

### Derecho a una educación pública del siglo 21
Deberían todos los Tejanos tener el derecho a una educación pública de alta calidad desde preescolar al grado 12, y una educación universitaria o entrenamiento de carrera asequible, sin la gran carga de préstamos estudiantiles?

## Proposition #3
### Right to Clean Air, Safe Water, and a Responsible Climate Policy
Should everyone in Texas have the right to clean air, safe water, affordable and sustainable alternative energy sources, and a responsible climate policy that recognizes and addresses the climate crisis as a real and serious threat that impacts every aspect of life on this planet?

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

**Derecho al aire limpio, agua potable, y una política ambiental responsable**
Deberían todos los Tejanos tener el derecho al aire limpio, agua potable, fuentes alternativas de energía asequibles y sostenibles, y una política ambiental responsable que reconozca y aborde la crisis ambiental como una amenaza real que afecta cada aspecto de la vida en este planeta?

# Proposition #4
### Right to Economic Security
Should everyone in Texas have the right to economic security, where all workers have earned paid family and sick leave, training to prepare for future economies, and a living wage that respects their hard work?

**Derecho a seguridad económica**
Deberían todos los Tejanos tener el derecho a seguridad económica donde todos los trabajadores tengan baja por enfermedad y permiso familiar pagado, capacitación para prepararse para la economía futura, y un salario digno que respete su arduo trabajo?

# Proposition #5
### Right to Dignity & Respect
Should everyone in Texas have the right to a life of dignity and respect, free from discrimination and harassment anywhere, including businesses and public facilities, no matter how they identify, the color of their skin, whom they love, socioeconomic status, disability status, housing status, or from where they come?

**Derecho a dignidad y respeto**
Deberían todos los Tejanos tener el derecho a una vida con dignidad y respeto, libre de discriminación y acoso en todas partes, incluyendo negocios y lugares públicos, sin importar cómo se identifican, el color de su piel, quien amen, estado socioeconómico, estado de discapacidad, alojamiento, o de dónde vienen?

# Proposition #6
### Right to Be Free from Violence
Should everyone in Texas have the right to live a life free from violence—gun violence, racial hatred, terrorism, domestic violence, bullying, harassment or sexual assault—so Texans can grow in a safe environment?

**Derecho de estar libre de violencia**
Deberían todos los Tejanos tener el derecho a vivir una vida libre de violencia- violencia armada, odio racial, terrorismo, violencia doméstica, acoso o agresión sexual- para que así los Tejanos puedan crecer en un ambiente seguro?

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

## Proposition #7
### Right to Housing
Should everyone in Texas have the right to affordable and accessible housing and modern utilities (electricity, water, gas, and high-speed internet) free from any form of discrimination?

### Derecho a una vivienda
Deberían todos los Tejanos tener el derecho a una vivienda accesible y aquisible con utilidades modernas (electricidad, agua, gas, y internet de alta velocidad), libre de discriminación?

## Proposition #8
### Right to Vote
Should every eligible Texan have the right to vote, made easier by automatic voter registration, the option to vote-by-mail, guaranteed early and mobile voting stations, and a state election holiday — free from corporate campaign influence, foreign and domestic interference, and gerrymandering?

### Derecho a votar
Deberían todos los Tejanos elegibles tener el derecho a votar, hecho más fácil con registro de votantes automático, la opción de votar por correo, estaciones de votación anticipada y móviles garantizadas, y un feriado electoral estatal- libre de influencia de campaña corporativa, interferencia extranjera y doméstica, y gerrymandering?

## Proposition #9
### Right to a Fair Criminal Justice System
Should everyone in Texas have the right to a fair criminal justice system that treats people equally, uses proven methods for de-escalating situations instead of excessive force, and puts an end to the mass and disproportionate incarceration of people of color for minor offenses?

### Derecho a un sistema de justicia penal justo
Deberían todos los Tejanos tener el derecho a un sistema de justicia penal justo, que trate a las personas con igualdad, use métodos probados para situaciones de reducción de escala en vez de usar fuerza excesiva, y ponga un fin a la encarcelación masiva y desproporcionada de personas de color por delitos menores?

## Proposition #10
### Immigrant Rights
Should there be a just and fair comprehensive immigration reform solution that includes an earned path to citizenship for law-abiding immigrants and their children, keeps families together, protects DREAMers, and provides workforce solutions for businesses?

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

### Derechos de inmigrantes

Debería haber una solución integral y justa de reforma migratoria que incluya un camino ganado hacia la ciudadanía para los inmigrantes y sus hijos que sigan la ley, mantenga a las familias unidas, proteja a los DREAMers y brinde soluciones de fuerza laboral para las empresas?

## Proposition #11

### Right to Fair Taxation

Should Texas establish equitable taxation for people at all income levels and for businesses and corporations, large and small, so our state government can fund our educational, social, infrastructure, business, and all government services to improve programs necessary for all Texans to thrive?

### Derecho a impuestos justos

Debería Tejas establecer impuestos equitativos para personas de todos los niveles de ingresos y para empresas y corporaciones grandes o pequeñas, para que el gobierno estatal pueda financiar nuestra educación, infraestructura, negocios, y todos los servicios del gobierno para mejorar los programas necesarios para que los Tejanos prosperen?

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

## Previous Democratic Propositions

### 2018

Prop#1 Right to a 21st Century Public Education **(Passed 96.02%)**
Prop#2 Student Loan Debt **(Passed 93.46%)**
Prop#3 Right to Healthcare **(Passed 94.46%)**
Prop#4 Right to Economic Security **(Passed 95.77%)**
Prop#5 National Jobs Program **(Passed 93.06%)**
Prop#6 Right to Clean Air, Safe Water, and a Healthy Environment **(Passed 98.55%)**
Prop#7 Right to Dignity & Respect **(Passed 97.01%)**
Prop#8 Right to Housing **(Passed 91.83%)**
Prop#9 Right to Vote **(Passed 94.58%)**
Prop#10 Right to a Fair Criminal Justice System **(Passed 96.77%)**
Prop#11 Immigrant Rights **(Passed 94.46%)**
Prop#12 Right to Fair Taxation **(Passed 96.59%)**

**Read the 2018 Texas Democrats Bill of Rights**.

### 2016

Prop #1  on economic security & prosperity **(Passed 92.14%)**
Prop #2 on a fair criminal justice system **(Passed 93.94%)**
Prop #3 on climate **(Passed 91.87%)**
Prop #4 on the Voting Rights Act **(Passed 92.32%)**
Prop #5 on campus carry **(Passed 73.37%)**
Prop #6 on comprehensive immigration reform **(Passed 89.01%)**

### 2014

Prop 1 - Immigration reform **(Passed 86.47%)**
Prop 2 - A living wage for all Texans **(Passed 89.23%)**
Prop 3 - Medicaid expansion **(Passed 89.06%)**
Prop 4 - On non-discrimination legislation **(Passed 88.13%)**

### 2012

Prop 1 - In state high school graduate eligible for tuition/legal status **(Passed 84.91%)**
Prop 2 - Legislature fund colleges with affordable tuition and fees **(Passed 92.53%)**
Prop 3 - Vote to legalize casino gambling with all funds for education **(Passed 73.7%)**

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.