# Election Website Best Practices

Texas Association of Election Administrators
2020 Mid-Winter Conference

January 10, 2020
College Station, Texas


CENTER FOR
TECH AND
CIVIC LIFE

# Session objectives

- Better understand voters' informational needs
- Be familiar with principles of plain design and plain language
- Know immediate actions you can take to improve your election website
- Have resources to help you improve your site

# Nice to meet you!





**Whitney May**
Director
whitney@techandciviclife.org
@whitneymaybe

**Kurt Sampsel**
Project Manager
kurt@techandciviclife.org
@kurt_sampsel

# Center for Tech and Civic Life



We connect Americans with the information they need to become and remain civically engaged, and ensure that our elections are more professional, inclusive, and secure.

@HelloCTCL
www.techandciviclife.org

# Civic Data

We provide affordable, open-source civic data so that voters can have a more informed and engaged relationship with their government.









# Government Services

We support election officials with industry best practices, free tech solutions, and cutting-edge training to make elections more trustworthy and inclusive.

# Best practices from the field







www.techandciviclife.org/news-and-events

# Free tools



www.electiontools.org

# Professional development courses

**Explore our online course offerings**

| | | |
|---|---|---|
| Accessible Communication for Election Offices → | Building an Election Website → | Collecting, Analyzing, and Visualizing Election Data → |
| Cybersecurity for Election Officials → | Improving Your Election Website → | Messages to Motivate Voters → |
| Poll Worker Management Best Practices → | Post-Election Audits → | Social Media for Voter Engagement → |

www.techandciviclife.org/courses

How can you address your community's needs?

# PROVIDING KEY ELECTION INFORMATION



# Top questions for voters

1. What is on the ballot?
2. How do I get an absentee ballot, and when is it due?
3. Where do I vote?
4. Who is in office now?
5. How do I register to vote?

# Top question for non-voters

1. How do I participate in an election?

# Let's experiment

## What's it like to search for information on a county election website?

# #1 What is on the ballot?



# Volusia County Department of Elections

## Lisa Lewis, Supervisor of Elections

| Registered Voters as of 08/20/2018 (Includes Active and Inactive Voters) | | | | |
|---|---|---|---|---|
| **Democrats** | **Republicans** | **NPA** | **Other** | **Total** |
| 135,535 | 137,696 | 117,812 | 2,956 | 393,999 |

| | | | |
|---|---|---|---|
| *Register to Vote* | *Vote by Mail Request* | *Precinct Locator* | *Contact Us* |
| *Voter Status* | *Vote by Mail Status* | *Provisional Status* | *Translate* |

**Avoid the Rush...**

**What is a Closed Primary Election?**

**Be Election Ready!**







**Sample Ballot**

Primary Election
August 28, 2018 - Sample Ballot

Elección Primaria
28 de agosto 2018 - Papeleta de Muestra

**Order a Vote-by-Mail Ballot Today!**

----------------------------------------------------
**2018 Proposed Constitutional
Amendments & Information**
----------------------------------------------------

----------------------------------------------------
**News & Updates**
----------------------------------------------------

**2018 Canvassing Board Information**



# Volusia County Department of Elections

## Lisa Lewis, Supervisor of Elections

| Registered Voters as of 8/20/2018 (Includes Active and Inactive Voters) | | | | |
|---|---|---|---|---|
| Democrats | Republicans | NPA | Other | Total |
| 135,535 | 137,696 | 117,812 | 2,956 | 393,999 |

| | | | |
|---|---|---|---|
| *Register to Vote* | *Vote by Mail Request* | *Precinct Locator* | *Contact Us* |
| *Voter Status* | *Vote by Mail Status* | *Provisional Status* | *Translate* |

**Avoid the Rush...**

**What is a Closed Primary Election?**

**Be Election Ready!**







**Sample Ballot**

Primary Election
August 28, 2018 - Sample Ballot
Elección Primaria
28 de agosto 2018 - Papeleta de Muestra

**Order a Vote-by-Mail Ballot Today!**

--------------------------------------------------
**2018 Proposed Constitutional
Amendments & Information**
--------------------------------------------------

--------------------------------------------------
**News & Updates**
--------------------------------------------------

**2018 Canvassing Board Information**

# #2 How do I get an absentee ballot, and when is it due?



Connect With Us

(435) 477-8300

Departments    Jobs    Commission    News    Contact Us

# Election Information















**Departments   Jobs   Commission   News   Contact Us**

# Election Information





VIEW ELECTION RESULTS

FIND OUT THE
**ELECTION DAY
RESULTS**

AVAILABLE AFTER POLLS
CLOSE ON ELECTION DAY

CLICK HERE



FIND MY
POLLING PLACE

CLICK HERE



CLICK HERE TO VIEW
**ELECTION DAY
REQUIREMENTS**



CLICK HERE FOR
**VOTER
REGISTRATION**



CLICK HERE FOR
**EARLY VOTING
INFORMATION**



# #3 How do I register to vote?



# Brown County Kansas

DMS Online          Parcel Search

Home    **Elected Officials**    County Departments    Employees    General Information

Elected Officials > County Clerk

Search...

# CLERK'S OFFICE

Phone:  785-742-2581       Fax:  785-742-7705

*Melissa Gormley*
**County Clerk**

**Deputy:  Dawn Boyles**
**Clerk:  Barb Grabhorn**

**Duties of the Office:**
. Clerk to the Board of County Commissioners

Minutes
  2003 Minutes
  2004 Minutes
  2005 Minutes
  2006 Minutes
  2007 Minutes
  2008 Minutes
  2009 Minutes
  2010 Minutes
  2011 Minutes
  2012 Minutes
  2013 Minutes
  2014 Minutes
  2015 Minutes
  2016 Minutes
  2017 Minutes
  2018 Minutes
Election Info
  Voting Locations
  Early Voting
  Sample Ballots
  Forms
    Advance Ballot Application
    Federal Post Card Application
    Voter Registration
  Provisional Ballot Counting
  Notices
Election Results



# CLERK'S OFFICE

Phone: 785-742-2581     Fax: 785-742-7705

*Melissa Gormley*
**County Clerk**

Deputy: **Dawn Boyles**
Clerk: **Barb Grabhorn**

## Duties of the Office:
. Clerk to the Board of County Commissioners

---

**DMS Online**     **Parcel Search**

Home   Elected Officials   County Departments   Employees   General Information

Elected Officials > County Clerk

Search...

Minutes
  2003 Minutes
  2004 Minutes
  2005 Minutes
  2006 Minutes
  2007 Minutes
  2008 Minutes
  2009 Minutes
  2010 Minutes
  2011 Minutes
  2012 Minutes
  2013 Minutes
  2014 Minutes
  2015 Minutes
  2016 Minutes
  2017 Minutes
  2018 Minutes
Election Info
  Voting Locations
  Early Voting
  Sample Ballots
  Forms
    Advance Ballot Application
    Federal Post Card Application
    Voter Registration
  Provisional Ballot Counting
  Notices
Election Results

Minutes
- 2003 Minutes
- 2004 Minutes
- 2005 Minutes
- 2006 Minutes
- 2007 Minutes
- 2008 Minutes
- 2009 Minutes
- 2010 Minutes
- 2011 Minutes
- 2012 Minutes
- 2013 Minutes
- 2014 Minutes
- 2015 Minutes
- 2016 Minutes
- 2017 Minutes
- 2018 Minutes

Election Info
- Voting Locations
- Early Voting
- Sample Ballots
- Forms
  - Advance Ballot Applic
  - Federal Post Card Ap
  - Voter Registration
- Provisional Ballot Counting
- Notices

Election Results



# **Recap**

- Was it easy to find what you needed?

- Did the sites remind you of your own website?

- What suggestions do you have to improve the sites?

How design and language are related to usability

# MAKING ELECTION INFORMATION USABLE



# Design → usability



# MANCHESTER, NH
New Hampshire's Business Capital

**Home | Recreation | Business | Pay Online | Jobs | Meeting Agendas | City Calendars | Contact Us | Site Search**

Home » Departments » City Clerk » Voter Registration and Elections

## Site Navigation

- **+** Home
- **+** Leisure and Entertainment
- **+** City Calendars
  - Emergency Center
- **+** e-Services
- **+** Mayor and Aldermen
- **+** Transportation
- **+** Departmental Expenditures
- **−** Departments
  - **+** Airport
  - **+** Assessors
  - **+** Cemeteries
  - **+** Central Fleet Management
  - **−** City Clerk
    - Departmental Expenditures
    - City Clerk Announcements
    - City Clerk Calendar
    - City Clerk FAQ
    - Contact City Clerk
    - About Our Government
    - Access to Governmental Records
    - Street Discontinuances
    - Meeting Minutes and Agendas
    - Boards and Commissions
  - **+** City Charter
  - **+** Code of Ordinances

| City Clerk Home | Marriage Licenses | Access to Governmental Records | Voter Registration & Elections | Vital Records & Genealogy | Licenses & Permits | Dog Licensing | Municipal Archives & Records | Contact City Clerk |
|---|---|---|---|---|---|---|---|---|

## Voter Registration and Elections

The Office of the City Clerk conducts and preserves the integrity of all local, state and national elections held in Manchester, New Hampshire.  The next scheduled local elections will feature the **State Primary Election** on **September 11, 2018** follwed by the **State General Election** on **November 6, 2018**.  The elections will be held between the hours of 6:00 a.m. and 7:00 p.m. across all twelve city wards.

To view all upcoming ballots view our Sample Ballot page to see your choices as the ballots become available.

If you are unsure of the correct location for you to vote on Election Day, select the "Where do I vote?" option below.

**Absentee Ballot applications** for the upcoming elections can be printed using the link below and completed in the convenience of your home.  As a registered Manchester voter, you may mail, e-mail (cityclerk@manchesternh.gov ✉), fax, or hand deliver your completed application to the Office of the City Clerk, One City Hall Plaza, Manchester, NH  03101

- Absentee Ballot Application - State Primary and/or General Elections (9/11/18 & 11/6/18) 📄

For additional assistance, please call our office at (603) 624-6455 during normal

## Related Links

- Election Schedules
- How to Register
- How to File for Office
- Political Campaign Reporting
- Political Committees
- Other Election Sites
- Ward Lines
- Political Calendar
- Sample Ballots
- Election Results
- Polling Locations
- Where do I Vote?


Get ADOBE® READER®

Search

## Residents

Elections

Emergencies

Environment

Health and medical

Human services

Libraries

Licenses, certificates and permits

Property

Public safety and law

Recreation

Recycling and hazardous waste

Transportation

Elections
# Take part in our democracy

### Voters

Prepare to vote

Absentee voting

Election results

Election judge sign-up

### Candidates

File for office

Campaign finance

Election results

### Clerks

Clerk training materials

Election day forms

HOME ABOUT CONTACT CAREERS

*Where History and Progress Meet*

TULSA COUNTY

🔍 ∨

❓ I WANT TO... ∨    🏛 GOVERNMENT ∨    🏠 RESIDENTS ∨    🖥 SERVICES ∨

## Prepare to Vote

Oklahoma Voter Registration Form

Facts about Proof of Identity for Voting in Oklahoma

Voter Registration Locations in Tulsa County

Request to Cancel Voter Registration

Request to Cancel Registration of Deceased Voter

## Sample Ballots and Filings

**Sample Ballots:**

February 13, 2018 – Sample Ballots

**Filings:***(Updates will be posted after 5:00 p.m.)*

Annual School Filings (December 4-6, 2017)

City of Sand Springs and the City of Skiatook Filings (December 4-6, 2017)

State Candidate Filing Information

## Precinct Information

**Where Do I Vote?**

Precinct List - February 13 Election

Precinct Locator/Online Voter Tool

Precinct Maps

Employment Application for Precinct Officials

## Absentee Voting

*To request an absentee ballot, please select one of the following links:*

Oklahoma State Election Board Absentee Voting *(for voters whose ballots are to be mailed to an address within the contiguous United States)*

Federal Voting Assistance Program *(MILITARY AND OVERSEAS VOTERS ONLY)*



## Election Results

2017 Unofficial Election Results

2016 Election Results

Archived Election Results

## Elected Officials

Elected Officials List

Tulsa County Elected Officials



## Important Dates and News

2017 Election Schedule

2018 Election Schedule

Press Releases



## Helpful Links

Oklahoma State Election Board website

Oklahoma State Election Board FAQ's





# Inyo County Elections

## Kammi Foote, Registrar of Voters

Your Representatives | Clerk-Recorder | Voter registration | Candidates/Voter File | Military/Overseas voting | What's new

Election results

Next election: March 3, 2020

What's on the ballot

Register to vote

Update your voter registration

Where to vote

# What is plain design?

When you publish content using plain design, readers can quickly and easily find the information they need.

# Plain design guidelines

- Include white space to make content manageable
- Use menus and headings effectively
- Use lists where appropriate
- Align content to the left of the page
- Use a sans serif font that is at least 12 point size
- Use strong contrast between text color and background color

# ~~Beautiful & interesting~~
# Plain & usable



# What is plain language?

Plain language is writing designed to ensure the reader understands as quickly, easily, and completely as possible.

Source: https://en.wikipedia.org/wiki/Plain_language

**Before:** If you are unable to locate your voter registration information but think you are registered to vote and you have not moved outside of your county of prior registration, you may be eligible to cast a provisional ballot during in person absentee voting period at an appropriate early voting location or the county board of elections, or on Election Day at the correct polling place for your current address that may be counted.

**After:** If election workers can't verify your voter registration, you can vote using a provisional ballot. Learn more about provisional ballots on our website.

# Why is plain language important?

- Reaches people with low literacy
- Increases accessibility
- Avoids misunderstandings
- Creates transparency
- Builds trust between you and the public

# Plain language guidelines

- Write in the positive
- Use active rather than passive voice
- Address the reader directly
- Use short words, short sentences, and short sections
- Use the words voters will be looking for, and avoid jargon

Where do you go from here?

# STEPS TO IMPROVE YOUR WEBSITE



# Simplify



OTHER TOWN OFFICES/SERVICES

AGENDAS & MINUTES

BIDS

JOB OPENINGS

SENIOR CITIZENS

BETHLEHEM POST OFFICE

BUSINESSES OF BETHLEHEM

COMMUNITY LINKS

GENERAL INFORMATION

CONSERVATION COMMISSION

Household Hazardous Waste & Paint Collection - 04/27/2019
Woodbury Middle School

2017-2018 Annual Report for Bethlehem (Search for Bethlehem in the "Entity" Search Field)

2019 - 2020 Agreement between Region 14 Board of Education & Nonnewaug Education Association

Free Electronics Recycling for Bethlehem Residents          Mill Rate for Fiscal Year: 07/01/17 - 06/30/18

## Town Offices and Boards
Click for 2019 Schedule of Meetings

Application for Employment
Municipal Housing Rehabilitation Program

### Board of Selectmen
Leonard Assard    -  First Selectman
    ljassard@bethlehemct.org
David Deakin        -  Selectman
    ddeakin@bethlehemct.org
David Butkus Jr.   -  Selectman
    dbutkus@bethlehemct.org

Meetings:
First Tuesday  -  7:00 PM  -  Library
Third Tuesday  -  7:00 PM  - Town Hall

The Town of Bethlehem operates under the Selectman-Board of Finance-Town Meeting form of government. The Selectmen have limited legislative powers: They convene the town meeting and assist in drafting ordinances which the town meeting adopts; they are the principal administrative officials of the town; they are responsible for the building and maintenance of roads; they keep the town's financial records; they are responsible for the administration of the town welfare services; and they appoint people to administrative boards and commissions. The duties and responsibilities of the Selectmen are varied and wide-ranging. While most of the day-to-day work is done through managers who report to the First Selectman, policy and procedural matters are handled by the board, sitting in public meetings (generally held the first and third Tuesday evenings of each month). The meetings start at 7:00 PM, and always include time during which concerns of the public may be voiced.

### Selectman's Office

# Let your menu do the work



# Cut redundant content



# Use clear terminology



# **Answer voters' top questions**



# Test mobile friendliness



https://search.google.com/test/mobile-friendly

Looking for additional support to improve your election website?

# ELECTION WEBSITE RESOURCES



# Center for Civic Design field guide



www.civicdesign.org/fieldguides/

# Course: Building a New Election Website



www.techandciviclife.org/courses

# Course: Improving Your Election Website



www.techandciviclife.org/courses

# Build your own site using our template



www.electiontools.org/tool/election-website-template

# Usability Testing Kit



www.electiontools.org/tool/usability-testing-kit

# Reviewing our objectives

- Better understand voters' informational needs
- Be familiar with principles of plain design and plain language
- Know immediate actions you can take to improve your election website
- Have resources to help you improve your site

# Vote at Home training for election officials

Free, 60-minute webinars covering best practices in local **Vote at Home** administration

## Envelope design
Thursday, February 13th | 2pm EST

## Supplementary materials
Tuesday, February 18th | 2pm EST

## Tools for tracking
Tuesday, February 20th | 2pm EST







www.techandciviclife.org/vote-at-home

# Self-paced election cybersecurity courses





ctcl.pathwright.com

# Questions?

Website: www.techandciviclife.org
Email: hello@techandciviclife.org
Twitter: @HelloCTCL

