While in Congress, David Valadao made millions from his business -- but Valadao was repeatedly sued for fraud and failing to pay over ten million in debts.  Valadao's business failed to pay taxes and filed for bankruptcy -- sticking taxpayers, workers, and small businesses with a thirteen million dollar bill. Worse, after a worker's arm was cut off at Valadao's business -- due to a dangerous piece of Valadao's machinery -- the state investigated and fined Valadao's business for failing to protect workers and a jury ruled Valadao's business was to blame.

**As A Member Of Congress, Valadao Disclosed Receiving Between $6 Million And $30 Million In Income From Valadao Dairy.** [Clerk of the House of Representatives, accessed 10/17/19]

| David Valadao Income From Valadao Dairy ||||
|---|---|---|---|
| **Report** | **Amount Low** | **Amount High** | **Description** |
| 2012 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2013 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2014 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2015 (Amended) | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2016 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2017 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2019 (Termination) | N/A | N/A | |
| **Total** | **$6,000,006** | **$30,000,000** | |

[Clerk of the House of Representatives, accessed 10/17/19]

**As A Member Of Congress, Valadao Disclosed Receiving At Least $15 Million In Income From Triple V Dairy.** [Clerk of the House of Representatives, accessed 10/17/19]

| David Valadao Income From Triple V Dairy ||||
|---|---|---|---|
| **Report** | **Amount Low** | **Amount High** | **Description** |
| 2012 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2013 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2014 | $1,000,001 | $5,000,000 | Partnership / Farm Income |
| 2015 (Amended) | $5,000,000 | $5,000,000+ | Partnership / Farm Income |
| 2016 | $5,000,000 | $5,000,000+ | Partnership / Farm Income |
| 2017 | $5,000,000 | $5,000,000+ | Partnership / Farm Income |
| 2019 (Termination) | N/A | N/A | |
| **Total** | **$18,000,003** | **$30,000,000+** | |

**2017: In His Annual Personal Financial Disclosure Report, Valadao Disclosed Being A Partner At Valadao Dairy And Triple V Dairy.** [Clerk of the House of Representatives, filed 6/12/18]

| Schedule A: Assets and "Unearned" Income | | | | | |
|---|---|---|---|---|---|
| Asset | Owner | Value of Asset | Income Type(s) | Income | Tx. > $1,000? |
| TRIPLE V DAIRY, DAIRY FARM [OL]<br>Location: TULARE, CA, US<br>Description: PARTNER IN A DAIRY FARM | | None | PARTNERSHIP, FARM INCOME | Over $5,000,000 | |
| VALADAO DAIRY, DAIRY FARM [OL]<br>Location: HANFORD, CA, US<br>Description: PARTNER IN A DAIRY FARM | | $1,000,001 - $5,000,000 | PARTNERSHIP, FARM INCOME | $1,000,001 - $5,000,000 | |

[Clerk of the House of Representatives, filed 6/12/18]

**November 2017: Valadao's Triple V Dairy Allegedly Failed To Pay Two Loans From Rabobank Valued At $8.3 Million.** "A dairy owned by Hanford Rep. David Valadao and his family appears headed for the auction block, as creditors have taken control of the day-to-day operations and have begun selling off cattle and equipment to pay back more than $8 million in unpaid loans. In November, Rabobank sued Triple V Dairy in Fresno County Superior Court, alleging two loans totaling about $8.3 million had gone unpaid. The lawsuit names Triple V, located east of Corcoran; the Republican congressman; five of his family members; two other businesses, Lone Star Dairy and Two Star Dairy; and 50 unnamed defendants. Court documents dated March 28 show that both sides agreed that Rabobank would take control of Triple V Dairy until its sale can be negotiated. Rabobank appointed John Van Curen, president of Old West Ranch Company in Fresno, as its agent to handle the day-to-day affairs at Triple V." [Fresno Bee, 6/11/18]

**Lawley's Filed A Lawsuit Alleging Triple V Cattle Failed To Pay For $1 Million In Animal Products.** "California agricultural bank Rabobank sued Triple V in November for breaking its contract, alleging the farm defaulted on $8.3 million in loans for heifers and feed. And Stockton cattle farm supply company Lawley's said in a lawsuit filed last month that Triple V had failed to pay for an additional $1 million in animal nutrition and immunizer products that the farm bought on credit." [Mercury News, 3/12/18]

**Lawley's Filed 11 Complaints Against Valadao, Including Breach Of Contract, Fraud, Intentional Misrepresentation, And Negligent Misrepresentation.** [San Joaquin County Superior Court, Case # STK-CV-UDC-2018-1580, filed 2/9/18]



[San Joaquin County Superior Court, Case # STK-CV-UDC-2018-1580, filed 2/9/18]

**Land O' Lakes Alleged Triple V Dairy Owed $792,636 For "Milk-Replacer Products" And Other Unpaid Debts.** [United States District Court Eastern District of California, Case # 1:18-cv-00460, filed 4/3/18 (Page 4)]

> **B. Default.**
>
> 17. Triple V Dairy failed to pay for certain milk-replacer products that it purchased and received from Calva from February through September 2017 ("the Products").
>
> 18. The net, unpaid purchase price due for the Products is $688,825.57. A true and correct summary of the unpaid invoices is attached to this Complaint as **Exhibit B**. True and correct copies of the unpaid invoices are collectively attached to this Complaint as **Exhibit C**.
>
> 19. As of April 1, 2018, the balance due under the invoices for the Products had accrued finance charges in the amount of $103,810.79. Finance charges have accrued since April 1, 2018, and will continue to accrue in the future, at the rate of $342.65 per day. A true and correct Summary of Finance Charges reflecting these amounts is attached to this Complaint as **Exhibit D**.

[United States District Court Eastern District of California, Case # 1:18-cv-00460, filed 4/3/18 (Page 4)]

**2016: Valadao And Triple V Dairy Were Named In A $6,018 Tax Lien In Tulare County.** [Tulare County Tax Collector, 9/26/16]

> **TULARE COUNTY TAX COLLECTOR**
> 221 S. MOONEY BLVD., ROOM 104E
> VISALIA, CA.  93291-4593
>
> Lien No. 20160629
>
> **CERTIFICATE OF LIEN**
>
> I, _____Rita A. Woodard_____, Tax Collector of Tulare County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below.  These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amount(s) set forth below and are against the person or persons named herein and those persons are liable to Tulare County for said amount(s).
> **In addition, further penalties will accrue on said taxes at the rate of 1 ½ % on the 1st day of each month beginning on the second month after delinquency.** If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1 ½ % penalty attaches on the next business day.
>
> | ASSESSEE AND ADDRESS | YEAR / PARCEL / ACCOUNT | AMOUNT |
> |---|---|---|
> | VALADAO DAVID G ETAL<br>DBA TRIPLE V DAIRY<br>17293 9 1/2 AVE<br>HANFORD CA 93230 | 2016-2017<br>800-241-055-000<br>123-006<br>228-120-009-000<br>BUSINESS (UNS) PP & T | 6018.62 |

[Tulare County Tax Collector, 9/26/16]

**In His Bankruptcy Filing, Valadao Listed Owing The Internal Revenue Service $11,000 For Payroll Taxes Relating To Unpaid "Triple V Payroll Taxes."** [United States Bankruptcy Court for the Eastern District of California, Case #19-10542, Voluntary Petition for Individuals Filing for Bankruptcy, filed 2/15/19 (Page 3)]

**Filed 02/15/19**   **Case 19-10542**

> Debtor 1  David Goncalves Valadao
> Debtor 2  Terra Rae Valadao
>
> Case number (if known) _____
>
> 2.5  **Internal Revenue Service**
> Priority Creditor's Name
> **Centralized Insolvency Operation**
> **PO Box 7346**
> **Philadelphia, PA 19101-7346**
> Number Street City State Zip Code
>
> Last 4 digits of account number _____   $11,000.00
>
> When was the debt incurred? _____
>
> Who incurred the debt? Check one.
> ■ Debtor 1 only
> ☐ Debtor 2 only
> ☐ Debtor 1 and Debtor 2 only
> ☐ At least one of the debtors and another
>
> ☐ Check if this claim is for a community debt
> Is the claim subject to offset?
> ■ No
> ☐ Yes
>
> As of the date you file, the claim is: Check all that apply
> ☐ Contingent
> ☐ Unliquidated
> ☐ Disputed
>
> Type of PRIORITY unsecured claim:
> ☐ Domestic support obligations
> ■ Taxes and certain other debts you owe the government
> ☐ Claims for death or personal injury while you were intoxicated
> ☐ Other. Specify _____
>
> **Triple V payroll taxes**

[United States Bankruptcy Court for the Eastern District of California, Case #19-10542, Voluntary Petition for Individuals Filing for Bankruptcy, filed 2/15/19 (Page 3)]

**Valadao Filed For Chapter 7 Bankruptcy Protection For Their Dairy And Cattle Businesses.** "Citing business debts totaling more than $13 million, former Rep. David Valadao and his wife have filed for bankruptcy protection for their dairy and cattle businesses.  The couple filed last week for Chapter 7 protection with the U.S. Bankruptcy Court for the Eastern District of California in Fresno for their related businesses, Triple V Dairy, Triple V Cattle and Valadao Dairy in the Hanford and Tulare areas." [The Business Journal, 3/1/19]

> **Chapter 7 Bankruptcy Seeks To Rid Debtors Of Personally Liability For Their Debts.** "The objective of both Chapter 7 and Chapter 13 bankruptcy is to obtain a 'discharge' of debts. If the bankruptcy court discharges your debts in bankruptcy, it means that you will be no longer be held personally liable for these debts. Most consumer debt, including medical bills and credit card bills, is dischargeable. Certain debts, however, are non-dischargeable, meaning they cannot be wiped out through bankruptcy. These are debts that Congress has decided should not be able to be discharged for public policy reasons." [Justia, accessed 6/15/20]

**Valadao's Bankruptcy Listed Over $13 Million In Liabilities Owed To The IRS, Workers At Triple V Dairy, And Businesses.** [Valadao Voluntary Petition for Individuals Filing for Bankruptcy, filed 2/15/19]

| Valadao Liabilities | | |
|---|---|---|
| **Creditor** | **Amount** | **Notes** |
| Kings Federal Credit Union | $ 25,000.00 | Claim secured with 2018 Chevrolet Traverse 45000 |
| California Attorney General | - | (Blank) |
| California Department of Tax | - | (Blank) |
| Employment Development Department | - | (Blank) |
| Franchise Tax Board | - | (Blank) |
| Internal Revenue Service | $ 11,000.00 | Triple V Payroll Taxes |
| Kings County Tax Collector | - | (Blank) |
| Securities & Exchange Commission | - | (Blank) |
| State Compensation Insurance Fund | - | (Blank) |
| United States Attorney | - | (Blank) |
| United States Department of Justice | - | (Blank) |
| AAA Quality Services, Inc. | $ 1,395.35 | Partnership Debt - Triple V Dairy |
| Animal Health International | $ 171,357.00 | Partnership Debt - Triple V Dairy |
| Automated Dairy Systems | $ 35,559.72 | Partnership Debt - Triple V Dairy |
| AZ Auto Parts | $ 3,759.15 | Partnership Debt - Triple V Dairy |
| Baker Manock & Jensen | - | For notice purposes – attorneys for Rabobank |
| Best Weigh Scale Co., Inc. | $ 3,475.20 | Partnership Debt - Triple V |
| Bre Ella Farms, Inc. | $ 78,728.00 | Partnership Debt - Triple V Dairy |
| Calva Products, LLC | $ 876,530.00 | Partnership Debt - Triple V Dairy |
| Cardmember Service | $ 8,272.50 | Partnership Debt - Triple V Dairy |
| Central California Implement | $ 8,736.00 | Partnership Debt - Triple V Dairy |
| Chrysler Capital | - | Partnership Debt - Triple V Dairy |
| Chrysler Capital | - | Partnership Debt - Triple V |
| Colson Auto Parts | $ 22,015.65 | Partnership Debt - Triple V Dairy |
| Costa Spraying, Inc. | $ 3,249.25 | Partnership Debt - Triple V |
| Crop Production Services | $ 25,716.00 | Partnership Debt - Triple V Dairy |
| CRV USA Holdings, Inc. | $ 23,489.60 | Partnership Debt - Triple V Dairy |
| Daniel Padilla on behalf of himself and others similarly situated 2554 Waukena Dr. Tulare, CA 93274 | $ 325,000.00 | For Notice Purposes - Stipulated judgement in wage and hour lawsuit re Triple V Dairy |

| | | |
|---|---|---|
| Danny Garcia | $ 47,200.00 | Partnership Debt - Triple V Dairy |
| Delray Tire | $ 5,480.16 | Partnership Debt - Triple V Dairy |
| Diesel & Pump Injector | $ 4,928.00 | Partnership Debt - Triple V Dairy |
| Edward and April Valadao | - | For notice purposes – general partner/Triple V |
| Fishman, Larsen, & Callister | - | Attorneys for Triple V Recorder – for notice purposes |
| Frank's Automotive Inc. | $ 13,126.32 | Partnership Debt - Triple V Dairy |
| G&G Cattle LLP | $ 10,000.00 | Partnership Debt - Triple V Dairy |
| Gabriel & Sons Silage | $ 5,904.00 | Partnership Debt - Triple V Dairy |
| Gary Honeycutt, Receiver | - | For notice purposes |
| Goshen West Ranch | $ 5,053.00 | Partnership Debt - Triple V Dairy |
| Griswold, La Salle, et al. | - | For notice purposes |
| Hydraulic Controls | $ 433.15 | Partnership Debt - Triple V Dairy |
| Imperial Western Products, Inc. | $ 5,586.00 | Partnership Debt - Triple V Dairy |
| Innovative Ag Services | $ 2,000.00 | Partnership Debt - Triple V Dairy |
| JC Lansowne, Inc | $ 104,409.35 | Partnership Debt - Triple V Dairy |
| John Van Curen, Receiver | $ - | For Notice purposes - Triple V Receiver |
| Johnson Calf Pens | $ 13,119.10 | Partnership Debt - Triple V Dairy |
| Jose Dimas and Mary Jane Valadao | $ - | For Notice Purposes - General Partner/Triple V |
| Kahn Soares & Conway | $ - | For Notice Purposes |
| Kahn Soares & Conway | $ - | Attorney for Overland Stockyard - for notice purposes |
| Kings Dairy Supply | $ 57,439.07 | Partnership Debt - Triple V Dairy |
| Kings Dairy Supply | $ 100,180.69 | Partnership Debt - Triple V Dairy |
| Kubota | $ - | Partnership Debt - Triple V Dairy |
| Laird Manufacturing | $ 5,179.97 | Partnership Debt - Triple V Dairy |
| Lampe Chrysler Dodge | $ - | Partnership Debt - Triple V Dairy |
| Land O' Lakes | Unknown | Party to lawsuit |
| Law Offices of Bradley A. Silva | $ - | For notice purposes |
| Law Offices of Santos Gomez | $ - | For notice purposes - Attorneys for Daniel Padilla |
| Lawley's Inc | $ 993,757.00 | Party to lawsuit - Partnership debt - Triple V Dairy |
| Lawrence Tractor | $ 6,401.41 | Partnership Debt - Triple V Dairy |
| Leslene A Simoes | $ - | Partnership Debt - Triple V Dairy / Dairy landord |
| Linder Equipment | $ 4,570.96 | Partnership Debt - Triple V Dairy |
| Manuel F. Godinho | $ 6,203.67 | (Blank) |
| Marty Lyons Breeding Services | $ 4,500.00 | Partnership Debt - Triple V Dairy |
| McCormick, Barstow, et al. | $ - | For Notice Purposes - Western Milling, LLC |
| Mid Valley Cotton Growers, Inc | $ 18,092.00 | Partnership Debt - Triple V Dairy |
| Mid Valley Pipe & Supply | $ 17,923.72 | Partnership Debt - Triple V Dairy |
| Miguesl Dairy Service | $ 12,778.32 | Partnership Debt - Triple V Dairy |
| Morris Levin & Son | $ 14,931.33 | Partnership Debt - Triple V Dairy |
| Myersward Tractor | $ 1,184.22 | Partnership Debt - Triple V Dairy |
| Netto Ag | $ 63,542.73 | Partnership Debt - Triple V Dairy |
| Overland Stockyard | $ 1,338,041.00 | Partnership Debt - Triple V Dairy |
| Praxair Distributing Inc | $ 607.98 | Partnership Debt - Triple V Dairy |

| | | |
|---|---|---|
| Rabobank, N.A. | $ 8,335,443.00 | Party to lawsuit - Partnership Debt - Triple V Dairy |
| Raimondo & Associates | $ - | For Notice Purposes |
| RC Farms | $ 11,865.00 | Partnership Debt - Triple V Dairy |
| Refugio's Wedling & Repair | $ 10,484.00 | Partnership Debt - Triple V Dairy |
| Robinson Calf Ranch | $ 16,074.20 | Partnership Debt - Triple V Dairy |
| Rodarakis & Sousa | $ - | For Notice Purposes - Lawley's |
| Roman Electric, Inc | $ 332.00 | Partnership Debt - Triple V Dairy |
| Saetzman Auto & Electric | $ 1,903.11 | Partnership Debt - Triple V Dairy |
| Sallyport Commercial Finance, LLC | $ 16,232.29 | Partnership Debt - Triple V Dairy |
| Saul Tafoya | $ 9,072.00 | Partnership Debt - Triple V Dairy |
| Sousa & Company | $ - | For Notice Purposes |
| Stanislaus Farm Supply | $ 23,885.40 | Partnership Debt - Triple V Dairy |
| Stoel Rives LLp | $ - | Attorneys for Land O' Lakes |
| TF Tire & Service | $ 13,896.74 | Partnership Debt - Triple V Dairy |
| TJI Trucking | $ 120,128.00 | Partnership Debt - Triple V Dairy |
| Tulare County Roll-Off | $ 2,519.21 | Partnership Debt - Triple V Dairy |
| Tulare Dairy Herd Improvement Assoc | $ 727.82 | Partnership Debt - Triple V Dairy |
| Tule Trash Co | $ 1,413.64 | Partnership Debt - Triple V Dairy |
| US Farm Systems | $ 1,606.91 | Partnership Debt - Triple V Dairy |
| US Trustee's Office | - | For Notice Purposes |
| Valadao Dairy | $ 4,684.80 | Partnership Debt - Triple V Dairy |
| Valley Agriculture Software Inc | $ 6,433.00 | Partnership Debt - Triple V Dairy |
| Veterinary Services, Inc | $ 536,670.24 | Partnership Debt - Triple V Dairy |
| Water Well Solutions | $ 16,635.88 | Partnership Debt - Triple V Dairy |
| West Tulare Ag Holdings LLC | $ - | Partnership Debt - Triple V Dairy |
| Western Equipment Finance, Inc | $ - | Partnership Debt - Triple V Dairy |
| Western Milling | Unknown | Partnership Debt - Triple V Dairy |
| Willitts Pump | $ 29,355.00 | Partnership Debt - Triple V Dairy |
| Wolf, Rifkin, Shapiro, Schulman | $ - | For notice purposes - Lawley's |
| Wolf, Rifkin, Shapiro, Schulman | $ - | For notice purposes - Lawley's |
| WW Generators | $ 753.23 | Partnership Debt - Triple V Dairy |
| **TOTALS:** | **$ 13,645,972.04** | |

[Valadao Voluntary Petition for Individuals Filing for Bankruptcy, filed 2/15/19]

**2017: In His Annual Personal Financial Disclosure Report, Valadao Disclosed Being A Partner At Valadao Dairy.** [Clerk of the House of Representatives, filed 6/12/18]

**CalOSHA Fined Valadao Dairy $6,450 For Safety Violations Relating To The Incident.** "The California Division of Occupational Safety and Health (CalOSHA) cited and fined Valadao Dairy for safety violations. One was that 'the employer did not provide training and instruction for the employee who was injured operating the waste separator at the dairy.' The second, more serious violation was for failing to have guardrails around the elevated platform where Ocampo was standing as he scraped manure solids that had clogged a screen near the auger. CalOSHA initially proposed to fine the dairy $13,275 for the violations; the penalty was later negotiated down to $6,450, which was paid in May 2017." [Fresno Bee, 2/11/20]

**Valadao Dairy Was Found To Be Responsible For 80 Percent Of The Accident That Resulted In An Employee Losing His Right Arm Below The Elbow.** "Former Rep. David Valadao's family dairy is asking a California appeals court to reconsider part of a recent jury verdict that held the farm mostly responsible for a 2016 accident that severed an employee's hand. His dairy's worker's compensation insurance carrier had been trying to

limit its potential financial losses from an incident in which employee Carlos Martinez Ocampo's arm was caught in an auger and cut off below the right elbow. A Kings County jury in October found that Valadao Dairy bore the greatest share of responsibility for the incident, assigning 80 percent of fault to the dairy, while the manufacturer of the equipment, Tulare-based U.S. Farm Systems, was deemed 20 percent responsible." [Fresno Bee, 2/11/20]