# Evictions During COVID-19:

## Toplines

This didn't have to happen. People are being kicked out of their homes with nowhere to go because of Republicans on the Texas Supreme Court and in Washington D.C.

Trump and Republicans are utterly disconnected from the pain and suffering of so many families.

**The Republican Texas Supreme Court is why these evictions are taking place.** The Republican Court [ruled](#) that evictions and debt collections could resume by May 19. The ruling, led by Chief Justice Hecht, came as nearly 2 million Texans filed for unemployment.

Six months into this crisis, more than 29 million Americans — 1 in 5 workers — are receiving unemployment assistance as mass layoffs continue.

[An estimated 40 million Americans are at risk of eviction.](#) This could be the most severe housing crisis we have ever faced as a nation.

On September 1, the [Centers for Disease Control and Prevention (CDC) announced the issuance of an Order under Section 361 of the Public Health Service Act to temporarily halt residential evictions](#) to prevent the further spread of COVID-19. However, it is unclear what this means for Texans who face eviction because of the Texas Supreme Court.

## DOs and DON'Ts

**DO** share the stories of those being evicted. [See CNN's Harris County eviction story.](#)

**DO** talk about how we need eviction relief because of how many families have lost their jobs. [An estimated 40 million Americans are at risk of eviction.](#) This could be the most severe housing crisis we have ever faced as a nation.

**DON'T** let Republicans turn this into a "reopening" the economy debate. Millions are unemployed RIGHT NOW. They can't wait.

**DO** talk about how we are in this situation because of the Republican Texas Supreme Court. The Republican Texas Supreme Court ruled that evictions and debt collection could resume way too early.

**DO** talk about how we need Republicans in Washington D.C. to do their jobs and pass meaningful relief for Americans who are unemployed and facing evictions.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

## 29 Million Americans on Unemployment in Trump's Recession

Trump and Republicans are utterly disconnected from the pain and suffering of so many families. Six months into this crisis, more than 29 million Americans — 1 in 5 workers — are receiving unemployment assistance as mass layoffs continue.

1.6 million workers filed for some form of jobless aid last week. For 24 weeks, more workers have filed unemployment claims than any week during any previous recession.

Trump and Republicans mismanagement of the coronavirus has cost nearly 13 million Americans their jobs and forced more than 100,000 small businesses to close for good.

Trump cut aid that unemployed workers need to pay the bills while proposing new tax cuts for the top 1% and wealthy investors.

On September 1, the [Centers for Disease Control and Prevention (CDC) announced the issuance of an Order under Section 361 of the Public Health Service Act to temporarily halt residential evictions] to prevent the further spread of COVID-19. However, it is unclear what this means for Texans who face eviction because of the Texas Supreme Court.

## COVID-19 Evictions

On March 19 2020, amidst the COVID-19 pandemic, the Texas Supreme Court [halted] eviction and debt-collection proceedings. **However, the Republican Texas Supreme Court reversed course and [ruled] that evictions and debt collections could resume by May 19. The ruling, led by Chief Justice Hecht, came as nearly 2 million Texans filed for unemployment.**

This callous ruling stood until September 4, when the CDC [overrode that decision] to bar most evictions through the end of the year.

Tenants' advocates [warned] that "there will be a surge of evictions and a surge of people losing their eviction cases and unprecedented homelessness as a result" of the moratorium being lifted.

"Tenants will have their lives upended as a result of evictions, landlords may have an increase in empty units they can't fill and cities will have a homelessness crisis on their hands."

"The [economic downturn] created by the need to stop the spread of the virus is going to leave countless Texas households scrambling to pay back-rent and fees after moratoriums

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

lift in a state that so far hasn't created any sort of housing relief fund for its residents, even though some local governments have."

Hecht justified his decision by claiming that "the state's trying to reopen. and we're are [sic] all going to have to deal fully with the hard issues that we face," he added. "These issues are hard on everyone — tenants, landlords, society, everyone."

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.