# Fair Shot Messaging Guide
*How we talk about it, what to do about it, and where we're going with it.*

## Topline:
**It's about a Fair Shot for All.** That's why we fight for strong neighborhood schools, higher incomes for working families, quality healthcare, and an economy that works for everyone.

| Values | Principles |
|---|---|
| - Fairness<br>- Freedom<br>- Community | - Equality<br>- Democracy<br>- Government for a better future<br>- Protecting our communities |

## Supportive Messaging:
**The progressive economic agenda is incredibly popular.**
Positive messaging draws the generic legislative ballot virtually even. We will hold Trump Republicans accountable, but that is not enough. We must stand for something. Texas Democrats have to fight for a fair, middle-class-oriented economy.

| Improving Education | Creating Opportunity | Middle-Class Economics | Healthcare for All |
|---|---|---|---|
| Attracting the best teachers. Making sure no students are in overcrowded classrooms. Work to make college affordable for every Texan. Fixing a broken school finance system. | Expand access to job training programs through technical schools and community colleges and ensure more workers can earn paid sick and family leave time. | Cut taxes for middle-class Texans. Pass the Texas Fair Pay Act. End Republican property tax hikes. | Fight for quality, affordable health care. Expand Medicaid to fill the coverage gap. Increase access. Build on the progress of the ACA. Defend women's rights. |

## More messaging memos at:
## https://txdem.co/Messaging

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.