

# Healthcare

*How we talk about it, what to do about it, and where we're going with it.*

## Coronavirus:

Trump has failed to contain COVID-19 because he didn't listen to experts, didn't take it seriously, and didn't have a plan. Now he wants to repeal health care for millions, including protections for millions of people with preexisting conditions, during a pandemic.

We have surpassed 5 million cases and 200,000 deaths in the United States, but Trump still does not have a plan to contain the virus.

The U.S. is less than 5% of the world's population but over 20% of COVID-19 deaths.

Trump still claims the virus will just "disappear," has promoted unproven treatments instead of social distancing and masks, and has called for a slowdown in testing.

Trump continues to try to repeal Obamacare, which provides health insurance to 20 million Americans. If he succeeds, insurance companies could reject coverage for up to 133 million Americans due to a preexisting condition -- all in the midst of a pandemic.

Joe Biden and Kamala Harris want to build on Obamacare, expand affordable coverage, lower prescription drug costs and ensure a no-cost COVID vaccine.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

## Topline:

**Texas Democrats believe healthcare is a fundamental human right for all Texans, not a privilege reserved just for those able to afford it.** The illness of a loved one should not jeopardize your career or bankrupt your family. Every Texan deserves affordable access to a doctor, no matter how much they make or where they're from, period.

## The Problem:

[Texas is the uninsured capital of the nation](#) **- there are more people without coverage than anywhere in the nation.** Too many people from marginalized communities suffer health outcomes worse than people of other states. Rural Texans have difficulty finding access to quality, affordable health care.

**Donald Trump and the Republican Party put life-saving care out of reach for millions who desperately need it.**

- Republicans have refused federal Medicaid expansion dollars and they have refused to address the healthcare coverage crisis in each of the past three legislative sessions.
- 72% of Texas Democrats say we don't talk enough about how Republicans in Austin and Washington are creating a healthcare system that only works for big insurance companies rather than making healthcare affordable for working people.

## The Solution:

Ten years after its passage, Texas Republicans are still running with the priority of repealing the ACA and **stripping healthcare away from 20 million people including [1,126,838 Texans](#)**. Additionally, 400,000 Texas kids in over 50 counties could be dropped from the Children's Health Insurance (CHIP) if it is not fully funded. Texas Democrats know we should build on the progress made by the Affordable Care Act, expand Medicaid immediately, pass paid sick leave, and work towards a universal, healthcare system for all.

**It's time to tell our healthcare stories and demand real solutions.**

## Message Box

| Us on Us | Them on Them |
|---|---|
| <ul><li>Healthcare is a fundamental human right</li><li>We should expand Medicaid immediately</li><li>We need paid sick leave now</li><li>We should build on the progress made with the ACA and take bold action towards a universal, Medicare for All system</li><li>Health insurance plans should</li></ul> | <ul><li>End Obamacare - Repeal/Replace</li><li>The government needs to get out of the health insurance business</li><li>Let the private market work</li><li>Americans should have healthcare savings accounts and the freedom to choose</li><li>People should show personal responsibility</li><li>Everyone has access to healthcare</li></ul> |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

| | |
|---|---|
| deliver quality care, not scams | already (emergency room care) |
| **Us on Them**<br>● Republicans are stripping healthcare away from working Texans and their families<br>● Republicans are only protecting the insurance companies<br>● Republicans are sabotaging the healthcare system<br>● Republicans refuse to even take up the issue in the Legislature<br>● Republican inaction is partly to blame for rural hospital closures around Texas<br>● Relying on emergency room care is costly and not preventative, access to affordable care is critical | **Them on Us**<br>● ACA regulation crushes jobs<br>● Democrats want a socialist healthcare system<br>● Democrats only offer huge, expensive handouts<br>● Democrats are giving benefits to "illegal immigrants" |

**Texas Democrats Polling Results:**
- **By a fairly wide margin, Texas Democrats' top two issues in statewide elections are health care and public education.**
- **38.2% of Texas Democrats believe Healthcare to be a top 4 issue in this statewide election.**
- Almost half (45%) of Texas Democrats age 50-64 "Baby Boomers" believe healthcare to be the most important election in the statewide election.
- Texas Democrats that identify as white care about healthcare the most.
    - Asian (25.7%) / Black (33.3%) / Hispanics (33.6%) / White (44.5%)

**Texans' views on the future of healthcare are clear:**
- Texans hate Donald Trump's sabotage of healthcare and prefer a universal health insurance program
- The vast majority supports an expansion on the progress made by the Affordable Care Act.
- In 2018, over 1 million Texans, nearly 95% of the Texas Democratic electorate, voted for a new Texas Bill of Rights that declares healthcare a right, guaranteed by a universal, quality Medicare-for-all system.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.