# Impeachment

*More and more news about Trump's gross abuse of power continues to come out. In fact, there is so much bad news that it can be hard to keep up.*

## Toplines

The [December survey](#) finds support for impeachment has held steady from the beginning of the inquiry and through the public hearings, and voters want their member of Congress to support it. Importantly, people trust Democrats in Congress over President Trump on the "rule of law" and approve of Democrats in Congress over Republicans in Congress on the way they've handled the impeachment hearings.

In framing, the belief that Trump "abused his power" continues to stand out along with other powerful messages. Progressives should continue to stress that Trump abused his power as president, and chose to withhold $400 in military aid to Ukraine to help his own reelection efforts.

This month's survey follows previous surveys in [October](#) and [November](#) on how progressives can talk about impeachment.

---

The facts are uncontested.  President Trump abused the power of his office for personal and political gain, at the expense of our national security.  He conditioned official acts – millions in military aid and a coveted White House meeting – for political favors and the advantage in the 2020 elections.

The evidence that Trump committed multiple impeachable offenses — abusing the official powers of the Oval Office and obstructing Congress — is overwhelming and irrefutable.

Don't get distracted by Republican lies and misinformation. Trump committed a gross abuse of power.

While Democrats seek the facts, Republicans have wasted their allotted time attacking the witnesses, blaming the process, and peddling already-debunked conspiracy theories.

Trump endangered our national security by withholding critical military assistance to counter Russian aggression for his personal political gain.

Trump betrayed his oath to "preserve, protect and defend the Constitution of the United States."

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

Case 6:21-cv-00043-ADA-JCM   Document 1-17   Filed 01/18/21   Page 2 of 16
MESSAGING MEMO: Impeachment | 2

Trump's misconduct is exactly what the Founders sought to protect our democracy from when they provided Congress with the power to impeach.

President Trump abused his power by pressuring a foreign country to interfere in the 2020 election -- "Do us a favor, though…" were Trump's words. No one is above the law.

Trump has betrayed our democracy, our national security, and our entire country.

No one is above the law, not even the President. Our Republic is what is at stake. The President leaves us no choice but to act, because he is trying to corrupt – once again – the election for his own benefit.

No other President in history has ever used the power of Presidency to cheat our democracy and corrupt our elections. Jeopardizing America's national security to help win elections is wrong. Trump's continued solicitation of foreign interference in a U.S. election presents a clear and present danger that the President will continue to use the power of his office for his personal political gain.

Donald Trump used the power of the presidency, his personal lawyer Rudy Giuliani, and potentially the U.S. attorney general in an attempt to solicit foreign interference in the 2020 election.

White House officials knew at the time how disturbing Trump's abuse of power was, and immediately worked to cover it up. Trump's inner circle intervened to "lock down" all records of the phone call -- part of a larger pattern of the Trump administration abusing the systems used to store classified information to protect political sensitive issues. Trump's misconduct is exactly what the Founders sought to protect our democracy from when they provided Congress with the power to impeach.

Trump abused the power of the presidency. He used the official powers of his office to pressure a foreign country to interfere in our election on his behalf, risking our national security in the process. That is a violation of his constitutional oath and an impeachable offense.

Trump obstructed justice. He violated his constitutional oath by impeding a congressional investigation and keeping the American people in the dark. Trump directed a concerted and unprecedented defiance of lawful subpoenas, at which point impeachment is the only remedy.

## The Problem

President Trump's calling on Ukraine to intervene in the 2020 election betrays his oath to the Constitution and threatens our national security:

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

- The President admitted he called upon a foreign power to intervene in the 2020 election and our democracy.
- The House Intelligence Committee, working with the Oversight and Foreign Affairs Committees, released its "Trump-Ukraine Impeachment Inquiry Report," which detailed the unprecedented abuse of power by President Trump to corrupt the 2020 election. In the Judiciary Committee, the American people heard testimony from leading American constitutional scholars who illuminated – without a doubt – that the President's actions are a profound violation of the public trust.
- The geopolitical consequences in Eastern Europe were also affected by Trump's corrupt behavior. Ukraine is dependent on U.S. military aid since it has been the subject of Russian aggression since 2014 when Russia annexed the peninsula of Crimea.
- Trump obstructed justice. He violated his constitutional oath by impeding a congressional investigation and keeping the American people in the dark. Trump directed a concerted and unprecedented defiance of lawful subpoenas.
- Trump refused to comply with the congressional investigation and blocked members of his administration from testifying, despite lawful subpoenas compelling them to do so. At Trump's direction, 12 current or former aides refused to testify in the inquiry.
- Trump directed the White House and government agencies to defy lawful subpoenas. Congress made 71 specific requests or demands for documents — not a single one was turned over. The Office of Management and Budget and Departments of State, Energy, and Defense have refused to turn over even a single record to Congress. Witnesses have testified about taking meticulous and contemporaneous notes on the matter, but the State Department has refused to allow congressional investigators to view them.

## House Dems Vote for Impeachment

We support Speaker Pelosi and House Democrats for voting in favor of impeachment.

Senate Republicans have already admitted that they won't even attempt to hold a fair trial. That's why Speaker Pelosi has delayed sending articles of impeachment to the Senate — to ensure Republicans conduct a fair trial.

While Senate Republicans have abdicated their constitutional duty to run a fair trial, Democrats laid out a structure for a fair and honest bipartisan Senate trial. Their proposal is modeled off of the Clinton trial procedures, which passed unanimously, and McConnell voted for.

The Senate has an obligation to act on the evidence they hear during the impeachment trial; anything less would be an abdication of its constitutional responsibility to serve as a check on the executive branch.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

Donald Trump has made countless promises to the American people, but he's proven that he's only capable of serving himself -- and that there is no line he won't cross to do so.

Democrats are fighting day in and day out to expand access to health care, raise wages, help the American worker, and protect our democracy. That is our promise to America – and unlike this president, we keep our promises.

## Trump's Gross Abuse of Power

President Nixon resigned from office because of the break-in of the DNC Headquarters for his political gain and the cover-up. Some observers of that sad time of our history say that President Nixon's offenses pale in comparison to what President Trump has done.

Trump openly called for China and Ukraine to open investigations into a political opponent. Meanwhile, the president continues to boast about having "tremendous power" over China in trade negotiations.

It wasn't just Ukraine and China. Trump also pressured the UK and Australian governments to help Attorney General Barr gather information to discredit the Mueller investigation, potentially helping his reelection. Attorney General Barr even traveled to Italy to meet with officials there as part of the effort to discredit the investigation.

Contrary to Trump's cries of "fake news," the inspector general of the intelligence community has already stated clearly that this allegation "appears credible" and is supported by information outside of the whistleblower complaint.

Pompeo confirmed that he was listening in on the call where Trump pressured the Ukrainian president, despite previously suggesting he had no knowledge of the call, and he is stonewalling the House's impeachment inquiry and intimidating witnesses to prevent them from testifying, creating the appearance he is trying to cover something up.

Attorney General Barr held private meetings with foreign officials seeking their help to discredit U.S. intelligence agencies' investigation of Russia's interference in the 2016 election.

## Ukraine

Coming out of the July phone call, Ukraine understood what they were supposed to do. Ukraine's readout from the call showed they had gotten the message that Trump would help them if they helped him.

In mid-July, Trump ordered the U.S. to cut off critical security assistance to Ukraine -- an ally that was invaded by Russia a few years ago, and typically receives bipartisan support from our government.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

In late July, Trump talked with Ukraine's president. Among other things, he asked Ukraine to investigate DNC servers in Ukraine (a debunked conspiracy theory) and brought up reopening an investigation that could influence the 2020 election in his favor.

A former advisor to the Ukranian president said that it was a "well-known fact" Trump wanted compromising info on his political opponent, and that the Ukrainian president knew critical U.S. aide was at stake.

Text messages show an explicit quid pro quo in Ukraine -- security assistance and a White House meeting in exchange for Ukraine opening an investigation advantageous to Trump's reelection. Trump's top diplomat in Ukraine wrote that "it's crazy to withhold security assistance for help with a political campaign" and asked whether the administration was "now saying that security assistance and WH meeting are conditioned on investigations?"

Two Trump administration diplomats worked with Rudy Giuliani to write a draft statement for the Ukrainian government that would have committed them to pursuing investigations into Trump's political rivals.

Trump ordered the removal of the Ukraine ambassador after complaints from Giuliani that she was undermining his work to get Ukraine to investigate his political rival.

Mike Pence is now tied up in Trump's abuse of power scandal. He reportedly received the transcript of Trump's call within hours of it ending. Pence also told the Ukrainian president that U.S. aid was being withheld while demanding more aggressive action on corruption, days after Trump's call asking for an investigation.

## China

Trump previously spoke to China's president about his political rivals, in another call that was stored on the White House's secret computer system.

Top White House officials refuse to say that they have not raised investigations of Trump's political rivals as part of trade talks with China, or that it won't be part of the negotiations beginning next week.

## Questions to Prepare For

You did/didn't support an impeachment inquiry after the Mueller report – why is this different?

What was the final straw for you to back impeachment? The whistleblower complaint? The memo?

Are you now supporting impeachment just because your other colleagues are? Does that give you political cover?

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

Republicans are already attacking you over impeachment -- how will this impact your re-election?

Is this bad politically for you?

How do you explain this to your constituents who voted for Trump in 2016?

Are you prepared to lose your seat over this?

Would you have supported President Clinton's impeachment?

Will you support impeachment on the floor?

You said you were going to Washington to work on X, but now you are impeaching the President. Explain that shift.

Can Congress get anything done now?

## Timeline

Trump's story on Ukraine changes all the time. This timeline will help you keep track of the facts on Trump's abuse of power. *(Last updated: 12/12)*

| May 1 | News breaks about Rudy Giuliani's efforts to push the Ukrainian government to open an investigation intended to help Trump win in 2020 and that Giuliani has briefed Trump on his efforts. |
|---|---|
| May 6 | U.S. Ambassador to Ukraine Marie Yovanovitch, who is widely respected in the national security community for her efforts to address corruption, is forced out several months before she is due to wrap up her three-year placement in the country. Yovanovitch has been a top target of Rudy Giuliani, who has spread conspiracy theories that she was working with George Soros and helped take down Paul Manafort. |
| May 9 | Rudy Giuliani announces plans to travel to Kiev to push the Ukrainian government to open investigations that "will be very, very, helpful to my client" — Donald Trump.<br><br>Giuliani admits that some could say the trip is "improper," but says it's not illegal because "we're not meddling in an election, we're meddling in an investigation, which we have a right to do." |
| May 10 | Rudy Giuliani cancels his planned Kiev trip after an outcry. |
| Mid-July | Trump tells acting chief of staff Mick Mulvaney to withhold almost $400 million in military aid to Ukraine. OMB officials pass the message |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

|  | |
|---|---|
|  | on to the State Department and the Pentagon, saying that Trump has "concerns" and that the administration was looking at whether the spending was necessary.<br><br>Administration officials are told to tell Congress that the delays are part of an "interagency process," giving them no other information.<br><br>State Department and Pentagon officials are "puzzled and alarmed" to learn of the hold on Ukrainian aid. |
| **July 25** | Trump speaks on the phone with Ukrainian President Volodymyr Zelensky. He repeatedly pressures Zelensky to work with Rudy Giuliani and, notably, Attorney General William Barr on an investigation that could be damaging to his political opponent. |
| **July/August** | Pentagon officials argue to the White House that the aid to Ukraine is effective, but are ignored. Pentagon officials become suspicious when other aid is released, but Ukraine aid is still held up.<br><br>Staff from the State Department and Pentagon are stonewalled by OMB and contact offices of members of Congress.<br><br>The Trump administration tells members of Congress variously that the administration was reviewing the Ukraine aid to make sure it was in the best interest of foreign policy or that there was a review on corruption in Ukraine. |
| **August 12** | An anonymous member of the intelligence community files a whistleblower complaint about Trump. |
| **August 21** | News breaks that Rudy Giuliani has been in communication with a top aide to Ukrainian President Volodymyr Zelensky. |
| **August 26** | Intelligence Community Inspector General Michael Atkinson determines that the whistleblower complaint was an "urgent concern" and that it is credible. He sends the complaint to ODNI. |
| **Late August** | Trump administration officials tell lawmakers that the aid to Ukraine is being held up because they are trying to gauge its effectiveness. |
| **September 1** | Washington Post: "Sondland tells Yermak at a meeting in Warsaw that the military aid would not arrive until Zelensky promises to pursue the Burisma investigation, as Taylor, Kent, Morrison and Sondland later confirm. Sondland says in clarified testimony that he "presumed" the two issues were connected "in the absence of any [other] credible explanation." But he emphasizes that Trump did not directly convey it to him and later explicitly denied a quid pro quo." |
| **September 2** | Statutory deadline for Acting DNI Joseph Maguire to forward the whistleblower complaint to Congress. He does not. |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

| | |
|---|---|
| **September 3** | A bipartisan group of senators write a letter to acting chief of staff Mick Mulvaney expressing "deep concern" about the administration's withholding the Ukraine military aid funds. |
| **Early September** | Sen. Rob Portman talks to Trump about the aid to Ukraine. Sen. Lindsey Graham tells the White House he plans to support a Durbin amendment to a defense spending bill that would block Pentagon spending to get the Ukraine funds released. |
| **September 9** | ICIG Atkinson writes to Reps. Adam Schiff and Devin Nunes disclosing the existence of a whistleblower complaint.<br><br>The House Foreign Affairs, Intelligence, and Oversight committees open an investigation into whether Trump and Rudy Giuliani have been inappropriately using the American foreign policy process to pressure the Ukrainian government to help Trump's reelection campaign.<br><br>The House committees request documents including the transcript of and information about Trump's July 25 call with the Ukranian president, any records relating to Giuliani and suspension of aid to Ukraine, and correspondence related to the Biden and Manafort matters. |
| **September 10** | Adam Schiff writes to Acting DNI Joseph Maguire demanding that he forward the whistleblower complaint as required by law. |
| **September 11** | The White House tells Sens. Lindsey Graham and Dick Durbin that it will release $250 million of military assistance to Ukraine.<br><br>The White House releases the military assistance to Ukraine that it had been holding up. A senior Trump administration official won't comment on the reason for the delay. |
| **September 13** | Rep. Adam Schiff issues a subpoena to Acting DNI Joseph Maguire for the whistleblower complaint. He also writes a letter demanding that Maguire turn over the whistleblower complaint.<br><br>ODNI General Counsel Jason Klitenic sends a letter to the Senate and House Intelligence Committees. He says that having consulted with DOJ, ODNI is refusing to turn over the whistleblower complaint because "the disclosure in this case did not concern allegations of conduct by a member of the Intelligence Community or involve an intelligence activity under the DNI's supervision." He argues that because of this, "no statute requires disclosure" to Congress. |
| **September 15** | Rep. Adam Schiff says Acting DNI Joseph Maguire told him he did not turn over the whistleblower complaint because he had been instructed not to by someone above him. |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

| September 17 | ICIG Michael Atkinson writes to the House and Senate Intelligence committees, saying that he disagrees with DOJ and acting DNI's conclusion that the whistleblower complaint does not fall within his purview.<br><br>He says he has requested permission from the acting DNI to disclose, "at the very least, the general subject matter" of the whistleblower complaint, but had not received permission to share even that basic information.<br><br>Atkinson also writes that the acting DNI had no intention of telling the whistleblower how he or she could contact the congressional intelligence committees with protection from retaliation.<br><br>ICIG Michael Atkinson sends a letter to DOJ explaining his disagreement with DOJ's guidance that no statute mandated them to forward the whistleblower complaint to Congress.<br><br>ODNI General Counsel Jason Klitenic writes to Rep. Adam Schiff that the whistleblower's complaint "does not meet the definition of 'urgent concern'" because it "concerned conduct by someone outside the Intelligence Community and did not relate to any 'intelligence activity' under the DNI's supervision."<br><br>Klitenic writes that Acting DNI Joseph Maguire will not appear before Congress on September 19 as Schiff had requested. |
| --- | --- |
| September 18 | News breaks that the whistleblower complaint involves Trump's communications with a foreign leader, including a troubling "promise."<br><br>Rep. Adam Schiff threatens legal action against the Trump administration for refusing to turn over the whistleblower complaint. |
| September 19 | News breaks that the whistleblower complaint has to do with Ukraine.<br><br>ICIG Inspector General appears before the House Intelligence Committee for a classified briefing, sharing no specifics except that the complaint involves multiple actions. |
| September 20 | News breaks that White House Counsel Pat Cipollone has been actively involved in blocking the whistleblower complaint from being turned over to Congress since shortly after it became an issue. |
| September 21 | News breaks that Trump reportedly pressured the Ukrainian president eight times in one phone call to open an investigation that could hurt Joe Biden. |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

| September 23 | Reps. Adam Schiff, Eliot Engel, and Elijah Cummings demand Secretary of State Mike Pompeo turn over Ukraine-Giuliani documents by September 26, threatening a subpoena if he does not comply. |
|---|---|
| September 24 | House Speaker Nancy Pelosi announces that the House is moving forward with an official impeachment inquiry. |
| September 25 | The White House releases a memo of the July 25th call between President Trump and President Zelensky. |
| September 26 | Acting DNI Joseph Maguire is scheduled to testify before the House Intelligence Committee in an open hearing, at which time Democrats expect him to turn over the whistleblower's full complaint.

Deadline for Secretary of State Mike Pompeo to turn over Ukraine-Giuliani documents or face a subpoena. |
| September 26 | The House Intelligence Committee releases a redacted version of the whistleblower complaint, which details Donald Trump's July 25th phone call with President Zelensky of Ukraine and cites concern over the White House's effort to secure the transcript of the call. |
| September 27 | House Democrats—Eliot Engel of the Foreign Affairs Committee, Adam Schiff of the Intelligence Committee, and Elijah Cummings of the Oversight Committee—write a letter demanding that Secretary of State Mike Pompeo turn over documents related to Mr. Trump's conversation with President Zelensky on July 25. |
| September 27 | Donald Trump calls for Adam Schiff's resignation after the Chairman of the House Intelligence Committee paraphrased the White House memo detailing Trump's conversation with Zelensky.

The U.S. Special Envoy to Ukraine, Kurt Volker, resigns. |
| September 29 | Former Ukraine prosecutor says he saw no evidence of wrongdoing by Joe Biden and notes that he rejected the requests made by Rudy Giuliani to investigate the Bidens. |
| September 30 | House Democrats issue a subpoena to Trump's personal lawyer Rudy Giuliani, setting an Oct. 15th deadline for Giuliani to turn over documents to three House committees.

Senate majority leader Mitch McConnell says Senate rules would require him to take up any articles of impeachment that reach the chamber floor, but notes that, "How long you're on it is a whole different matter." |
| October 1 | Secretary of State Mike Pompeo criticizes the impeachment inquiry, accusing House Democrats of intimidating and bullying officials with |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

|  | |
|---|---|
|  | knowledge of the White House's dealings in Ukraine. He says that those officials who were scheduled to appear before House investigators would not provide depositions due to them having "woefully inadequate" time to prepare. |
| **October 3** | Donald Trump publicly urges China to investigate the Joe and Hunter Biden on the South Lawn of the White House, claiming, "what happened in China is just about as bad as what happened with Ukraine."<br><br>House Democrats interview former special envoy to Ukraine, Kurt Volker, the first official to speak under oath in the impeachment probe. |
| **October 4** | House Democrats subpoena the White House for Ukraine documents and request additional documents from Vice President Mike Pence.<br><br>Ukraine's top prosecutor says his office is reviewing several cases tied to the owner of Burisma, the energy company of which Hunter Biden sat on the Board for during his father's tenure as Vice President. The prosecutor notes that he isn't aware of any evidence that would suggest wrongdoing was committed by the Bidens.<br><br>President Trump says his office is preparing a formal objection to the House Democrats' impeachment probe without an official vote. |
| **October 6** | Lawyer Mark Zaid confirms that in addition to representing the original whistleblower, his office is now working with a second whistleblower. The individual is described as an intelligence official with firsthand knowledge of the allegations against the president.<br><br>Andrew Bakaj, another lawyer on the legal team, takes to Twitter to confirm the firm is working with "multiple" whistleblowers but fails to confirm the number. |
| **October 7** | House Democrats issue subpoenas for Defense Secretary Mark Esper and acting White House budget director Russell Vought to shine light on why the White House chose to withhold Ukraine's aid appropriated by Congress. |
| **October 8** | The White House blocks the United States ambassador to the European Union Gordon Sondland, a key witness, from delivering a voluntary deposition to investigators hours before he was scheduled to appear.<br><br>Hours later, in a letter addressed to the House Democratic leaders, the White House announces it will not cooperate with the "unconstitutional" impeachment inquiry, accusing investigators of trying to "overturn the results of the 2016 election." The letter, signed |

| Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee. |
|---|

|  | by White House counsel Pat A. Cipollone, accused investigators of denying President Trump's due process rights. |
|---|---|
| **October 9** | Joe Biden calls for Donald Trump's impeachment.<br><br>"With his words and his actions, President Trump has indicted himself. By obstructing justice, refusing to comply with the congressional inquiry, he's already convicted himself," Biden said. "In full view of the world and the American people, Donald Trump has violated his oath of office, betrayed this nation and committed impeachable acts." |
| **October 10** | Two associates of Rudy Giuliani's are arrested with one-way tickets at a U.S. airport. Lev Parnas and Igor Fruman helped Trump and Giuliani in their pressure campaign against U.S. Ambassador to Ukraine, Marie L. Yovanovitch, who became a target of criticism from Trump's allies.<br><br>The two Giuliani associates were hit with federal campaign finance charges. After the arrests were announced, House Democrats issued subpoenas for both men. They had allegedly donated money and pledged to secure additional funds for former U.S. Representative Pete Sessions, Republican of Texas, who was enlisted in the campaign against Yovanovitch. In 2018, when he was chairman of the House Rules Committee, Sessions wrote a letter to Mike Pompeo urging him to fire Yovanovitch for allegedly privately expressing disdain for the administration. |
| **October 11** | Marie Yovanovitch testifies before investigators that President Trump was behind her sudden firing from the State Department in May. She noted that the impetus behind the termination was based on "unfounded and false claims by people with clearly questionable motives." |
| **October 14** | Former White House advisor on Russia and Europe, Fiona Hill, tells investigators that she strongly opposed the removal of Yovanovitch, and says that former national security advisor John Bolton, told her to notify the chief lawyer for the National Security Council about a rogue effort by Mr. Sondland, Mr. Giuliani and Mick Mulvaney. "I am not part of whatever drug deal Sondland and Mulvaney are cooking up," he reportedly told her to tell the NSC.<br><br>During her testimony, Hill quoted Bolton as saying, "Giuliani's a hand grenade who's going to blow everybody up." |
| **October 15** | In an interview with ABC News, Hunter Biden denies engaging in any wrongdoing while he was sitting on the board of a foreign company in Ukraine.<br><br>"I gave a hook to some very unethical people to act in illegal ways to try to do some harm to my father. That's where I made the mistake," |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

|  | |
|---|---|
|  | he said. "So I take full responsibility for that. Did I do anything improper? No, not in any way. Not in any way whatsoever."<br><br>George Kent, deputy assistant secretary of State responsible for Ukraine, testifies before lawmakers. Kent claims he was shut out of Ukraine policy after a May meeting orchestrated by Donald Trump's acting chief of staff Mick Mulvaney. After the May meeting, Gordon D. Sondland, the United States ambassador to the European Union; Kurt D. Volker, the special envoy for Ukraine; and Rick Perry, the energy secretary, "declared themselves the three people now responsible for Ukraine policy," |
| **October 16** | Donald Trump attacks Pelosi during a meeting between Democratic lawmakers and the president over the withdrawal of troops from Syria. Trump allegedly called the Speaker of the House a "third grade politician" during what Pelosi described as a "meltdown." |
| **October 17** | Mick Mulvaney recklessly admits to a quid pro quo over Ukraine during a news conference. The acting chief of staff acknowledged nearly $400MM in aid to Ukraine was held up in part to push Ukraine to investigate Democrats. He later denied every admitting to such.<br><br>In his prepared opening statement to Congress, Gordon Sondland admits he disagreed with the president's decision to delegate foreign policy on Ukraine to Rudy Giuliani.<br>"It was apparent to all of us that the key to changing the president's mind on Ukraine was Mr. Giuliani," Sondland said. "Our view was that the men and women of the State Department, not the president's personal lawyer, should take responsibility for all aspects of U.S. foreign policy towards Ukraine." |
| **October 22** | William "Bill" Taylor, who leads the U.S. embassy in Kiev, Ukraine, testifies that President Trump made the aid to Ukraine and Zelensky's visit to the White House contingent on Ukraine's investigation into his political opponents. |
| **October 23** | House Republicans storm a closed-door hearing to protest Democrats' impeachment inquiry. The stunt interrupted the testimony of a top Defense Department official who was testifying on the president's dealings in Ukraine. |
| **October 29** | House Democrats release a draft resolution that outlines the parameters of the impeachment inquiry. The move was likely in response to Republican criticisms related to the transparency of the probe. |
| **October 31** | The House passes the resolution on the impeachment probe 232-196, formalizing their inquiry into the administration's dealings in Ukraine. |

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

|  | Top National Security Council official Tim Morrison testifies before investigators. Morrison corroborated the claim that Donald Trump wanted a top Ukrainian official to publicly confirm an investigation into Trump's political rivals before US security aid to Ukraine would be released. |
|---|---|
| **November 3** | The whistleblower at the heart of the impeachment inquiry agrees to answer written questions from House Republicans as long as his/her/their identity is not compromised. |
| **November 4** | Yovanovitch's closed-door deposition is released, shining light on the extent to which Donald Trump, Rudy Giuliani and Giuliani's associates bullied the former U.S. Ambassador to Ukraine.<br><br>Lev Parnas is willing to comply with the impeachment inquiry. |
| **November 5** | The depositions given by former U.S. special envoy to Ukraine, Kurt Volker, and Ambassador to the European Union, Gordon Sondland, are released. During his testimony, Sondland confirmed a quid pro quo but doesn't explicitly implicate Trump. He also said that he believed the Biden setup was illegal. Volker expressed that he believed the conspiracy theories being pushed by Trump and Giuliani were "debunked." |
| **November 6** | Bill Taylor's deposition is made public. Taylor told investigators that Rudy Giuliani was pressuring Ukraine "to intervene in US domestic policy or politics."<br><br>Adam Schiff announces the public impeachment hearings will begin on Wednesday, November 13th. |
| **November 8** | Fiona Hill's deposition is made public. |
| **November 9** | House Republicans demand that the whistleblower and Hunter Biden testify publicly in the impeachment probe. House Democrats have the final approval over which witnesses will testify, so its unlikely that either will appear. |
| **November 10** | California Congressman Eric Swalwell, a Democrat on the House Intelligence Committee, says that after hearing hours of testimony from key witnesses, lawmakers have enough evidence to prove Donald Trump engaged in a "extortion scheme" to put pressure on the Ukrainian government.<br><br>Lev Parnas, via his lawyer, claims he was asked to deliver a message to a representative from the new Ukranian government back in May that Mike Pence would not attend Zelensky's swearing-in ceremony and the U.S. would not release aid if an investigation into Joe & Hunter Biden was not announced. The account has been disputed on various fronts, including by Parnas' business partner Igor Fruman. |

| Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee. |
|---|

| | |
|---|---|
| **November 13** | Bill Taylor & George Kent testify before the House Intelligence Committee. |
| **November 15** | Yovanovitch testifies in an open hearing, during which Trump tweets an attack on her. "Everywhere Marie Yovanovitch went turned bad," he said. "She started off in Somalia, how did that go? Then fast forward to Ukraine, where the new Ukrainian President spoke unfavorably about her in my second phone call with him. It is a U.S. President's absolute right to appoint ambassadors." Democrats accuse Trump of witness intimidation. |
| **November 19** | Vindman, Williams, Volker and Morrison testify in two back-to-back open hearings. |
| **November 20** | Sondland testifies in an open hearing, in which he says top Trump administration officials including Pence and Pompeo knew about the quid pro quo and it was evident that Giuliani was acting on Trump's requests when he pushed for it. |
| **November 21** | Hill and Holmes finish out the public impeachment hearings. Hill criticizes Republicans for trying to compare Russia's interference in 2016 and the actions of Ukrainians during the campaign. |
| **November 30** | President Zelensky speaks out during an interview with *Time*. "Look, I never talked to the president from the position of a quid pro quo." But he then criticized Trump's decision to withhold aid to Ukraine. "We're at war," he says. "If you're our strategic partner, then you can't go blocking anything for us. I think that's just about fairness. It's not about a quid pro quo. It just goes without saying." |
| **December 1** | Donald Trump refuses to participate in the House Judiciary Committee's first impeachment hearing on December 4. This baseless and highly partisan inquiry violates all past historical precedent, basic due process rights, and fundamental fairness," White House counsel Pat Cipollone writes to Rep. Jerry Nadler, the Democratic chairman of the House Judiciary Committee. |
| **December 3** | The House Intelligence Committee releases 300-page impeachment report which concludes that Donald Trump solicited foreign interference in the 2020 presidential election. It says Trump subverted U.S. policy to prompt an investigation into Biden & "into a discredited theory that it was Ukraine, not Russia, that interfered in the 2016 presidential election." The committee votes, along party lines, in favor of sending the report to the House Judiciary Committee 13-9. |
| **December 5** | After conducting weeks of public testimony, in which several major players in the Ukraine scandal confirmed Mr's Trump's intended quid pro quo, Speaker Pelosi confirmed that the House has begun drafting articles of impeachment against the president. Speaker Pelosi said |

| |
|---|
| Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee. |

|  | that throughout the hearings it had become clear that the president had violated his oath of office. "Our democracy is what is at stake," Pelosi says. "The president leaves us no choice but to act because he is trying to corrupt, once again, the election for his own benefit." |
|---|---|
| **December 6** | Donald Trump refuses to participate. "House Democrats have wasted enough of America's time with this charade," Cipollone wrote. "You should end this inquiry now and not waste even more time with additional hearings." |
| **December 11** | The House Judiciary Committee set to debate two articles of impeachment against President Trump: abuse of power and obstruction of Congress |
| **December 12** | House Judiciary Committee continues debate over the two articles of impeachment against President Trump. |
| **December 18** | ==The House of Representatives voted to impeach Donald Trump. The House voted almost entirely along party lines, voting 230-197 to charge Trump with abuse of power and 229-198 to charge him with obstruction of Congress== |
| **January 6** | Missouri Sen. Josh Hawley introduced a resolution to update Senate rules to allow a motion to dismiss articles of impeachment for lack of prosecution.<br><br>Ten other Republican senators, including Rick Scott of Florida and Ted Cruz of Texas, co-sponsored the measure. |
| **January 6** | Former National Security Advisor, John Bolton, agreed to testify in the Senate trial against Donald Trump. Democrats have pressed for testimony from Bolton, as well as acting White House chief of staff Mick Mulvaney and several other of the president's men. |
| **January 21** | Senate Impeachment Trial begins. |
| **February 1** | Senate Republicans vote against calling witnesses and key documents in the Senate Impeachment Trial. |
| **February 5** | Senate votes to acquit Trump. |

| Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee. |
|---|