# Indicted Ken Paxton

## Toplines

**Ken Paxton is a criminal Attorney General, whose actions have criminal effects for the people of Texas.**

Texas Attorney General Ken Paxton has faced criminal allegation after criminal allegation during his tenure in office. Paxton's official actions as Attorney General have been similarly criminal--from fighting to end protections for pre-existing conditions, to suppressing the vote, to suing to end DACA, Paxton has been a destructive force for the people of Texas.

**Ken Paxton could have been using his office to help Texans. Instead, he used his office to help his own bank account.**

The office of the Texas Attorney General is arguably the most powerful office in Texas. A good Texas Attorney General could protect Texans' health, safety, and welfare. Ken Paxton has done none of that--instead choosing to use his office to personally profit--at the expense of Texans.

**Texas Republicans have known how corrupt Paxton is for years, yet they have done nothing.**

Republicans have had every opportunity to end Paxton's corrupt career, but are only choosing to call for him to resign when it is necessary for their continued political survival. They are complicit in his corruption.

## DOs and DON'Ts

**DO** talk about how this affects voters. Ken Paxton has diverted resources for his own gain that could have helped Texans.

**DO** tie in Paxton's actions that hurt Texans, specifically his lawsuit to end the ACA. Having a corrupt Attorney General hurts real people.

**DON'T** just call for Paxton's resignation or for Republicans to call on Paxton to resign. Republicans have known about how corrupt Paxton is for years. Resignation is the bare minimum.

**DO** question why Republicans are just calling for his resignation now--this close to an election. They have known about Paxton's legal issues for years, but have done nothing about him.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

**DO** mention that conservative Republicans filed the complaint against Paxton. This gives it more credibility. We do not want this to turn into a Democratic attack. This turns Paxton into a victim.

## Background

### New Allegations

Former top conservative Republican aides to Indicted Texas Republican Attorney General Ken Paxton recently [alleged](#), among other violations of the law, that Paxton took bribes and abused his office.

Yesterday, the Houston Chronicle [reported that](#) the bribery complaint was related to Paxton's relationship with real estate investor Nate Paul, a large Paxton donor. Paxton was accused of potentially illegally appointing a special prosecutor to issue subpoenas to adversaries of Paul's.

### Previous Legal Issues/Controversies

In 2015, Ken Paxton was [criminally indicted](#) on three counts of felony securities fraud and [admitted](#) to violating state securities law. Because of delays initiated by Paxton allies, the case is still ongoing. The SEC also [filed](#) civil securities fraud charges against Paxton.

Paxton later set up a legal defense fund to defend against the charges he was indicted for. In 2017 Ken Paxton was [investigated](#) for accepting a bribe from a legal defense fund donor, then dropping prosecution against that donor.

While under indictment, Ken Paxton was [investigated](#) for a crooked land deal.

In 2015, hundreds of Texas lawyers [filed a state bar complaint](#) against Paxton for encouraging local officials to violate the law.

In 2018, Ken Paxton [spread false information](#) relating to bombings in Austin.

### Lawsuits

Ken Paxton has [filed numerous lawsuits](#) to eliminate the Affordable Care Act and end protections for pre-existing conditions.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.

Paxton has [threatened prosecution](#) of anyone advocating for expanded vote-by-mail, including county judges and election officials. Paxton's letter led to him [being accused](#) of felony election fraud.

Paxton is the [leader in the lawsuit](#) to end the DACA program.

Paid for by the Texas Democratic Party. Not authorized by any candidate or candidate's committee.