

**Messaging Grid**

## JOE'S CORE VISION

1. **Joe Biden will restore the soul of the nation**. Treat everyone with dignity. Revive honor and decency, hope over fear, truth over lies.
2. Joe will **rebuild the backbone of America – a strong, inclusive middle class.** This time everyone comes along. Recognize the dignity of work.
3. Joe brings **strong, steady, stable leadership**. He's the most ready commander in chief. He'll restore our standing in the world.
4. Joe has a long **record of progressive accomplishments** and will build on it. Knows how to work with others to get things done for middle class families.
5. The next president will inherit a mess from Donald Trump's failed presidency. There's no time for on-the-job training. Joe has **the experience** to **immediately move our country forward.**

## HOW JOE WINS

1. **Joe Biden is the candidate best-positioned to beat Donald Trump in 2020.**
2. He is the **fighter** to take it to Trump. He has the **heart** to bring our country together. He has the **experience** to fix the mess and get things done.
3. Joe has the clearest path to victory: He has the **overwhelming support of our diverse base**; is the only candidate positioned to pick up **delegates in every single congressional district;** and in poll after poll, does better than any other candidate **against Trump in swing states** and nationwide.
4. Joe is the uniter who'll **help Democrats up and down the ticket**. In 2018, he endorsed 133 candidates, 52% of them women and 24% people of color, and campaigned in 24 states to win the House. He'll do it again in 2020, turning out Democrats to win across the country to drive real change.

## JOE'S RECORD OF PROGRESSIVE ACCOMPLISHMENT

1. Joe stood side-by-side with President Obama to pass the **Affordable Care Act**, expanding health care to 20 million people, and protecting 100 million more with pre-existing conditions, like diabetes, cancer, or asthma, so they can't be denied health insurance or charged higher premiums.
2. Joe is the only candidate to have **defeated the NRA – twice** – passing a 10-year assault weapons ban and background checks to get guns off our streets.
3. Amidst the Great Recession, President Obama asked Joe to administer the **Recovery Act,** the biggest infrastructure and stimulus program in generations, creating millions of jobs, bringing our country back from the brink of depression, and kickstarting the longest period of economic growth in our history.
4. Joe wrote and passed the landmark **Violence Against Women Act**, transforming the way our country handled domestic and sexual violence at a time when it was considered a "family matter." As Vice President, he continued, leading a White House Task Force to **end sexual assault on college campuses**.
5. Joe was the first high-ranking elected official in the country to publicly **support same-sex marriage**, and part of an administration that fought to **protect LGBTQ people from discrimination** on the basis of sexual orientation or gender identity in the workplace, health care, the military, and at school.
6. Politifact called Joe a "**climate change pioneer**" for introducing the Senate's first climate bill in 1986, calling attention to the crisis when few were aware.
7. Joe has spent **decades leading on top foreign policy issues**, including by passing landmark arms control agreements, working to expand NATO, overseeing the withdrawal of U.S. troops from Iraq, and helping to deliver key diplomatic wins like the Paris Climate Accord and Iran nuclear deal.

PAID FOR BY BIDEN FOR PRESIDENT

**BIDEN PRESIDENT**

**Messaging Grid**

| JOE'S VISION FOR AMERICA |||
|---|---|---|
| **Health Care**<br><br>Joe stood with President Obama to pass the **Affordable Care Act**, providing health insurance to 20 million Americans and protecting 100 million more with pre-existing conditions. He opposes any effort to get rid of that landmark law. Instead, he'll protect and build on Obamacare, **adding a public option** so people can *choose* to join a Medicare-like plan, or keep the coverage they have. It's the quickest, most effective way to get every American affordable health insurance, at **1/30th the cost** of Medicare for All. | **Climate Change**<br><br>Climate change is the existential threat of our time, and Joe has been fighting it for years. He introduced one of the first climate bills ever when he was in the Senate. Now, he'll invest $1.7 trillion over 10 years to move our country to a **100% clean-energy economy** with net-zero emissions by 2050 – creating **10 million good-paying jobs** here at home. He'll hold polluters directly accountable for the harm they've done; and will immediately rejoin the Paris Accord, restoring American leadership and pushing other nations to do more. | **Unions**<br><br>Strong unions built the great American middle class – and Joe has stood up for and championed them for his whole life. As president, he'll end today's war on labor, and make sure that government doesn't just defend **workers' right to organize**, but *encourages* it. He'll back measures that make it easier to form and join unions, and crack down on corporate efforts to thwart them. And he'll fight for a $15 minimum wage and overtime pay, and make sure all workers get the respect, pay, and benefits they deserve. |
| **Immigration**<br><br>It's past time to reform our broken immigration system. Joe knows that we have a right to enforce our borders, but need rational, humane rules for aspiring migrants. That's why he'll provide a **path to citizenship** for 11 million undocumented people, and **recognize DREAMers** as the Americans we know they are. He'll streamline our asylum system, and tackle the migration crisis at its root, investing in Central American security and prosperity. | **Education**<br><br>In the 21st century, any country that out-educates us will out-compete us. That's why Joe will **triple funding for Title I schools**, closing the gap between rich and poor districts. He'll **raise teachers' pay**, giving them the support and dignity they deserve. He'll invest in our kids from birth: providing **universal Pre-K**, doubling the number of school counselors and psychologists, and backing new partnerships to help kids graduate with job-ready credentials. | **Gun Safety**<br><br>Gun violence is a public health epidemic. Thoughts and prayers won't end mass tragedies or daily shootings; action will. Joe is the only candidate who has **stood up to the NRA and won – twice** – passing background checks and an assault weapons ban in the 1990s. Now, he'll do it again: renewing that ban, boosting background checks, and closing key gun sales loopholes. And he'll invest in healing the trauma that follows survivors after the guns are gone. |

PAID FOR BY BIDEN FOR PRESIDENT

**BIDEN PRESIDENT**

**Messaging Grid**

## JOE'S VISION FOR AMERICA

### Criminal Justice

Joe will reduce the prison population and make our communities safer. He'll invest **$20 billion to shift our nation's focus from incarceration to prevention**, end mandatory minimums, and make sure no one goes to prison for drug use alone. He'll also boost resources to support mental health and substance abuse treatment, and survivors of violence. And he'll work across the board to root out systemic racism, from our laws, institutions, and hearts.

### Higher Education

A high school diploma isn't enough to compete in the 21st Century. But four years of college shouldn't be the only path to the middle class – and it shouldn't be a ticket to crippling debt, either. Joe is offering **two years of community college** debt-free. He'll increase Pell Grants, halve the cap on student loan repayments, and fix the public-service loan-forgiveness program to **erase more student debt**. And he'll invest in new partnerships so high school students can graduate with work-ready credentials.

### Foreign Policy

Joe will reset our democracy after Trump, making sure we **lead by the power of our example, and not just the example of our power**. He'll strengthen the coalition of democracies that stand with us. He'll equip Americans to succeed in a global economy. And he'll renew American leadership and mobilize the world to together overcome the key threats of our time, from nuclear proliferation and terrorism to climate change and mass migration. He's ready to be **Commander in Chief** as soon as he takes the oath of office.

### Rural America

Joe will make sure that the **path to the middle class runs through rural America**, so young people are never forced to leave their hometowns, and rural families can get ahead. He'll expand credit for rural small businesses, boost funding for rural hospitals, and help rural communities tap anti-poverty funds. And he'll craft a trade policy that works for American farmers; and invest $20 billion in rural broadband, which has the potential to create a quarter-million rural jobs.

### LGBTQ Individuals

Joe will fight to **pass and sign the Equality Act** to protect LGBTQ individuals from discrimination under civil rights law, safeguarding access to housing, health care, work, school, credit, and public services, among other things. He'll reinstate key Obama-era provisions allowing transgender servicemembers to serve openly in the military; and ban conversion therapy, fight sexual assault, and make sure all Americans are treated with the dignity they deserve.

### Veterans & Military Families

Government's **most sacred obligation is to equip and support the troops** we send into harm's way – and to care for them and their families. Joe has been fighting for veterans his whole career, and as a military father. He'll boost funding for their health care, working to reduce suicide, substance use disorders, and PTSD. He'll invest in job training and strengthen the GI Bill and other tools to support them through college or the transition to civilian life. And he'll boost resources and job **opportunities for military family members**.

PAID FOR BY BIDEN FOR PRESIDENT