### Mimi Walters (CA-45) Research Report
The following report contains research on Mimi Walters, a Republican member of Congress in California's 45th district. Research for this research book was conducted by the DCCC's Research Department between July 2017 and February 2018. By accepting this report, you are accepting responsibility for all information and analysis included. Therefore, it is your responsibility to verify all claims against the original documentation before you make use of it. Make sure you understand the facts behind our conclusions before making any specific charges against anyone.



# Mimi Walters

## Republican Incumbent in California's 45th Congressional District

**Research Book – 2018**
Last Updated February 2018

Prepared by the DCCC Research Department



# Table of Contents

Table of Contents.................................................................................... 2
Key Visuals.............................................................................................. 4
Thematics ............................................................................................... 10
Walters: Career Politician ...................................................................... 11
Walters: At Home In The Swamp ............................................................ 15
Walters: Only Looking Out For Herself ................................................ 29
Walters: A "Good Politician," Bad Representative................................ 33
Personal & Professional History ........................................................... 55
Biography ................................................................................................ 56
Personal Finance .................................................................................... 60
Political Career ....................................................................................... 62
Ethics ...................................................................................................... 69
Relationships .......................................................................................... 85
Donald Trump.......................................................................................... 90
Mike Pence .............................................................................................. 100
Issues ....................................................................................................... 102
Agriculture and Food Safety Issues ...................................................... 103
Budget Issues ......................................................................................... 105
Congressional Pay .................................................................................. 126
Consumer Issues ..................................................................................... 127
Civil Rights & Liberties ......................................................................... 136
Crime & Public Safety Issues ................................................................ 141
Defense Issues ........................................................................................ 144
Economy & Jobs ...................................................................................... 151
Education Issues ..................................................................................... 152
Election Law & Campaign Finance ....................................................... 154
Energy Issues .......................................................................................... 157
Environmental Issues.............................................................................. 163
FEMA And Disaster Relief Issues .......................................................... 171
Foreign Policy Issues .............................................................................. 175
Gun Issues ............................................................................................... 181
Health Care Issues ................................................................................. 187
Housing Issues......................................................................................... 201

Immigration and Border Issues ............................................................. 205
Jobs ...................................................................................................... 219
Labor ................................................................................................... 221
LGBT Issues ....................................................................................... 227
National Security & Terrorism ........................................................... 230
Public Lands ........................................................................................ 233
Science and Technology Issues ........................................................... 234
Seniors' Issues .................................................................................... 236
State Issues .......................................................................................... 240
Tax Issues ............................................................................................ 245
Trade Issues ........................................................................................ 267
Transportation Issues .......................................................................... 270
Veterans Issues ................................................................................... 272
Women's Issues ................................................................................... 276

# Key Visuals

## Video

### Walters Said The January 2017 Shutdown Was Cuased By Democrats "For Political Purposes"

**Walters Said The January Shutdown Was Caused By Democrats "For Political Purposes"**

**(Video) January 2017: Walters Said The January Shutdown Was Caused By Democrats "For Political Purposes."** "[3:40] Well first of all let's take a step back, and let's just look to see what happened. For three days, the Democrats have shut this government down, and they shut the government down for political purposes for an issue that is not related to funding the government." [Bloomberg, Markets: Balance of Power, 1/22/18]

**Walters Said The Immigration Debate "Is No Related To Funding The Government"**

**(Video) January 2017: Walters Said The Immigration Debate "Is No Related To Funding The Government."** "[3:45] For three days, the Democrats have shut this government down, and they shut the government down for political purposes for an issue that is not related to funding the government. The American people have said, 'Enough is enough. We don't accept this, open up the government.'" [Bloomberg, Bloomberg Markets: Balance of Power, 1/22/18]

**Walters Said She Was "Very Hopeful" There Would be a Deal To Keep The Government From Shutting Down, But "Very Disappointed" That Democrats Were "Obstructionists"**

**(Video) January 2018: Walters Said She Was "Very Disappointed" That Democrats Were "Obstructionists" With Regards To Keeping The Government Open.** "Walters: I was very hopeful. I'm very disappointed that Chuck Schumer and the Democrats have been obstructionists, haven't moved this bill forward." [Fox News, Fox News @ Night, 1/19/18]

### Walters Said She Supported A DACA Fix Before The Program Expired, And That It Should Include Border Security

**Walters Said She Wanted A Solution For DACA Recipients By The March 5th Expiration Of The Program And That She Believed President Trump Was "Committed" To A Solution**

**(Video) January 2017: Walters Said She Wanted A Solution For DACA Recipients By The March 5th Expiration Of The Program And That She Believed President Trump Wanted A Solution.** "[4:08] Listen, I am from California. This is a very important issue, in California, in my district, I want to make sure we have a solution, and I want to make sure we have a solution by March fifth. No, I do not believe DACA is amnesty. My response is that these are children, brought to this country, no fault of their own. This is the only country that they know. We should not send them out of our country we should make sure they're taken care of. […] The president wants to make sure that we have a solution to DACA. And he is very committed to making sure that we have a resolution." [Bloomberg, Bloomberg Markets: Balance of Power, 1/22/18]

**Walters Said She Believed Republicans Considered Border Security A Higher Priority Than Democrats**

**(Video) January 2017: Walters Said She Believed Republicans Considered Border Security A Higher Priority Than Democrats.** "[6:15] We have to have border security. If we're going to have a DACA fix we have to make sure our borders are secure. I think that's one of the fundamental differences right now. I think that the

Republicans want to make sure our borders are secure, and I'm not quite sure our friends on the other side of the aisle think that's as high of a priority" [Bloomberg, Bloomberg Markets: Balance of Power, 1/22/18]

---

**Walters Said That She Did Not Believe The Deferred Action For Childhood Arrivals Program Was "Amnesty"**

**(Video) January 2018: A Bloomberg Journalist Said Walters Told Him She Did Not Believe A DACA Fix Was Amnesty, As Rep. Jim Jordan Did.** "[36:39] Earlier today I spoke with republican Mimi Walters, someone who is a moderate republican on the issue of DACA. She is hoping there will be some type of centrist fix in line of what the business community in Silicon Valley has been pushing for on the issue of DACA. Now, off camera, I spoke with Jim Jordan, a republican from Ohio a member of the ultra-conservative Freedom Caucus, someone who has a view of immigration that's in line of Stephen Miller. He wants to keep in line with Stephen Miller. So there is so divide within the republican party on policy. Point blank I asked congresswoman Walters if she thought DACA was amnesty. She told me, 'no.'" [Bloomberg, Bloomberg Markets: Americas, 1/22/18]

---

**Walters Was On A Train That Crashed On The Way To The Republican Conference Retreat**

**(Video) January 2018: Walters Was On A Train That Crashed On The Way To The Republican Conference Retreat.** "[2:58] Well, first of all, my prayers go out to those that were injured and to the person that passed away. This has been a horrible, tragic accident. My husband and I were on the train. We were in car number 6. We were just outside of Charlottesville and suddenly felt this jolt. And didn't know what had happened. We knew we had hit something. We looked out the window and saw this big white truck, you know, was just smashed up, and there were a couple then on the ground." [Fox News, Daily Briefing with Dana Perino, 1/31/18]

---

**Walters Defended The Republican Tax Scam Bill By Criticizing Gov. Jerry Brown's Tax Record "Reckless"**

**Walters Wrote: "I Cannot Think Of Anyone Worse To Give Advice On Tax Policy Than Jerry Brown"**

**(Video) December 2017: Walters Wrote: "I Cannot Think Of Anyone Worse To Give Advice On Tax Policy Than Jerry Brown."** "[26:55] Reporter Dave Bryan: To Which Republican Congress member Mimi Walters Wrote, 'I cannot think of anyone worse to give advice on tax policy than Jerry Brown. California is the highest taxed state in the nation, and out state budget is out of control. We do not want to duplicate the governor's reckless tax and spend policies in Washington, D.C." [KCAL 9, News, 12/4/17]

---

**Walters Appeared With Trump For A Ceremonial Signing Of His Executive Order On Workforce Development**

**Trump Thanked Walters During The Signing Ceremony For His Presidential Memorandum For The Secretary Of Education**

**(VIDEO) September 2017: Trump Thanked Walters During The Signing Ceremony For His Presidential Memorandum For The Secretary Of Education.** "[00:26:22] Thank you all for being here. Thank you, thank you very much for being with us. And Mimi Walters, thank you very much. Thank you, everybody. Thank you, susan." [Fox Business, Countdown to the Closing Bell with Liz Claman, 9/25/17]

---

**"Good Politician"**

**Walters Joked That Not Answering A Question Made Her A "Good Politician"**

**2015: Walters Joked That Not Answering A Question Made Her A "Good Politician."** BRZEZINSKI: "First of all, who do you like on the Republican field so far? I know you haven't endorsed anyone yet." WALTERS:

"No, I'm still watching." BRZEZINSKI: "A couple of names. (inaudible)" WALTERS: "We have a lot of good -- we have a lot of good candidates, and I'm just sort of watching the process to see how it all works out." BRZEZINSKI: "OK, so there's not -- there's not one, two, three, or four or five, even, that stand out to you?" WALTERS: "No, I'm just watching." BRZEZINSKI: "She's not going there." WALTERS: "I'm a good politician. I'm not going to answer that question." [MSNBC Morning Joe, VIDEO 0:25-0:46, 6/8/15]

---

## Planned Parenthood

---

### Walters Said The Government Should Not "Continue To Fund" Planned Parenthood

---

**2015: Walters Said The Government Should Not "Continue To Fund" Planned Parenthood, But Added That Shutting Down Government Over It Could Set Back The "Pro-Life Movement."** CRUMPTON: "Congresswoman, if we might circle back to what appears to be, for now at least, a vote that would prevent a government shutdown, when the conversation was beginning about this tactic to shut down the government, one of the things the GOP leadership had insisted upon was that there be some way to defund Planned Parenthood. What were your thoughts on that? And what were the your constituents in your district in California telling you about that?" WALTERS: "We need to look at Planned Parenthood, in light of -- especially in light of what the videos that have been released. And there has been concern in our conference that we don't continue to fund Planned Parenthood. And while I support that, the bigger question is, by us shutting down the government on this one particular issue, it was going to end up costing us a lot more money to shut the government down. And many in the pro-life movement believe that taking a stand on defunding Planned Parenthood right now and, you know, costing the government to shut down, would take the pro-life movement a couple of steps backwards. And so we were trying to be in-line with the pro-life movement, saying, OK, you know what, we want to move forward on this issue, but this is just not the way to do it." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 0:54-2:15, 9/30/15]

> **2015: Walters: "We Want To Advance The Cause Of The Pro-Life Movement," But "When You Shut Down The Government, You Are Costing The Taxpayers A Lot Of Money."** CRUMPTON: "And, Congresswoman, you and some of the other lawmakers, especially some on the Republican side who thought that shutting down the government just was not a good idea, that the Republican majority in both the House and Senate might take a hit in the polls and from the electorate if this happened, and most polls indicate the last time this happened that is exactly what the electorate did, can you give us a sense if you believe that your views are being heard? Do you and your colleagues -- are you getting enough respect from the Republican Conference even if you disagree with the majority?" WALTERS: "Oh, absolutely we are. And, you know, we want to advance the cause of the pro-life movement, but there has to be a certain strategy put in place. And when you shut down the government, you are costing the taxpayers a lot of money. You are costing the creation of jobs. And we have to be very careful and very strategic as we move this issue forward." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 2:15-3:13, 9/30/15]

---

## Republican Leadership

---

### Walters Said Paul Ryan Would Be The "Perfect Person" To Lead Congress As Speaker, And Upon His Election, Said He Would Return The House To Regular Order

---

**2015: Walters Said Paul Ryan Was The "Perfect Person" To Lead Congress As Speaker.** BARTIROMO: "Yes, Congresswoman, I mean bringing the party together is really a critical point here. What would you like to see take place and do you think that that person is out there to actually cater to both sides, or all the divisions that are -- that are pretty evident this -- today in -- within -- within the party?" WALTERS: "Listen, I remember what Ronald Reagan used to say. If I could get 80 percent of what I want, then it's a win. And both sides have to give a little bit. I do believe we will find somebody talented to lead us and to unite us if Paul decides he does not want to take on the speakership. But I also really hope he decides that he wants to do this. He would be the right person for this job. And, you know, we've got to do the American people's work. And I think he's the perfect person to lead us. So my

hope is he comes back to Washington, D.C., next week and says, I'm ready to take on speakership jobs." [Fox Sunday Morning Futures, Transcript via Federal News Service, VIDEO 1:18-2:17, 10/11/15]

## Walters Initially Supported Kevin McCarthy's Bid For Speaker, And Said It Was A "Shock" When He Dropped Out Of The Speaker's Race

**2015: Walters Said It Was A "Shock" Kevin McCarthy Dropped Out Of The Speaker's Race And Added That She Was "Still Very Supportive" Of McCarthy.** BOLDUAN: "Congresswoman, when we spoke yesterday, you said that you thought Kevin McCarthy, you predicted, was going to get unanimous support. We do not bring that up to poke fun. We bring that up because it shows what a surprise an abrupt departure was when he dropped out yesterday. What happened in your view 1234?" REP. MIMI WALTERS, (R), CALIFORNIA: "Well, I'll tell you, it was a shock to all of us that he decided not to run. I'm still very supportive of Kevin. He has been a great majority leader for us. He's extremely well respected in our conference. I think he did a selfless act by stepping aside. That's a sign of a great leader. Here we are, we're reassessing and we'll see where it takes us." [CNN At This Hour, VIDEO 0:21-1:10, 10/9/15]

## Benghazi

## When Asked If She Believed That The Benghazi Committee's Best Function Was Taking Down Hillary Clinton, And Whether That Was What Taxpayers Are Paying For, Walters Said "Yes"

**2015: Asked If She Agreed With Kevin McCarthy's Assessment That The Benghazi Committee's Best Function Was Taking Down Hillary Clinton, And Whether That Was What Taxpayers Are Paying For, Walters Said "Yes."** CRUMPTON: "Congresswoman, Kevin McCarthy, your colleague from California, he is by all accounts the number one person in line to succeed the outgoing speaker of the house, John Boehner. He was on FOX News last night and he said that one of the best functions of the Benghazi Select Committee was that it led to a significant drop in Hillary Clinton's poll numbers. Do you agree with that assessment? And is that what the taxpayers are paying for?" WALTERS: "Yes. I mean, listen, there's a lot that happened in Benghazi. And the reason we have these hearings is so that we can uncover the truth. And that's exactly what we're doing. We need the American people to know exactly what happened in Benghazi." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 3:13-3:53, 9/30/15]

## Keystone Pipeline

## Walters Said She Was "Proud" To Approve The Construction Of The Keystone Pipeline

**2015: Walters Said She Was "Proud" To Approve The Construction Of The Keystone Pipeline.** "As a new member of Congress, I'm proud that in our first week we passed bipartisan legislation that will hire more of our nation's hard-working veterans, will restore the 40-hour work week, and approve the construction of the Keystone pipeline that will create thousands of jobs." [Republican Leadership Press Conference, VIDEO 0:10-0:28, 1/13/15]

## Islam

## Walters On Religious Extremism: "We Need To Be Careful Because There Are People Who Use Their Religion For Evil Reasons."

**2015: Walters: "We Need To Be Careful Because There Are People Who Use Their Religion For Evil Reasons."** NEIL CAVUTO: "Now when he also talked about the dangers of religious extremism, that seemed to be across purposes with the type of nefarious characters who could slip through a border, who might now already be slipping through European borders. I'm referring the refugees fleeing Syria and some of these other parts. Do you think he appreciates the inherent contradiction in that? That a part of addressing this serious religious extremism, Your Holiness, is to recognize that there are some unholy elements trying to slip through the immigration cracks."

MIMI WALTERS: "That's absolutely correct. We need to be careful because there are people who use their religion for evil reasons. And I think the Pope was trying to get that message out. While we need to embrace immigrants, we also need to be careful and make sure that people are not coming to this country who want to harm us." [Fox Business Cavuto Coast to Coast, VIDEO 2:03-2:57, 9/24/15]

# Audio

## Raising Money

**After She Arrived In Washington, Walters Complained That Fundraising Was An "Unfortunate Part" Of Being In Congress Because "You Have To Make Sure You Have Money In Order To Get Your Message Out"**

**AUDIO: May 2015: Walters Said Fundraising Was An "Unfortunate Part" Of Being In Congress But "You Have To Make Sure That You Have Money In Order To Get Your Message Out."** SIEGEL: "I'm curious. It is said that being a member of the House of Representatives is to be in constant campaign mode. have you both spent any time fundraising already, and if so, how much time? Mimi Walters, you first." WALTERS: "Well, you always have to fundraise, and that's the unfortunate part about this job because you have to make sure that you have money in order to get your message out. We have very short terms in Congress" [NPR, All Things Considered, 5/21/15]

## Gone Washington

**Walters On Fundraising In Congress: "I've Really Been Trying To Learn My Way Around D.C. So I've Really Been Spending Most Of My Time Just Learning And Listening."**

**AUDIO: May 2015: Walters On Fundraising In Congress: "I've Really Been Trying To Learn My Way Around D.C. So I've Really Been Spending Most Of My Time Just Learning And Listening."** WALTERS: "I've spent some time - not a tremendous amount of time because I've really been trying to learn my way around D.C. So I've really been spending most of my time just learning and listening." [NPR, All Things Considered, 5/21/15]

# Images

# Front Pages

# Headlines

## Town Halls

**HEADLINE: "'Paid' Activism Claim By Walters Staffer Upsets Constituents"** [Orange County Register, 3/1/17]

## Ethics

**HEADLINE: "State Officials Investigate O.C. Senator"** [Orange County Register, 6/19/12]

**2012: In Response To A Conflict Of Interest Probe, Walters Said Her Staff Did For Drug Consultants, Inc What They Do "For Any Other Small Business."** "This month, Gary Winuk, chief of enforcement for the Fair Political Practices Commission, notified Walters' attorney that the commission 'will be pursuing an investigation regarding whether or not Senator Walters violated the Political Reform Act's conflict of interest prohibitions.' Walters denies any wrongdoing. 'My staff did for them (Drug Consultants) what they do for any

other small business struggling with the state bureaucracy,' said Walters, R-Laguna Niguel. 'No more or no less.'" [Orange County Register, 6/19/12]

---

**Business Practices**

---

**HEADLINE: Orange County Register: "State Sen. Mimi Walters Tied Up In Back Pay Complaints"** [Orange County Register, 6/26/12]

**HEADLINE: Orange County Register: "Prison Staffing Firms Connected To O.C. Senator Accused Of Not Paying Subcontractors"** [Orange County Register, 6/25/12]

# Thematics

# Walters: Career Politician

---

***Significant Findings***

✓ *Walters has been running for office for two decades.*

✓ *Walters earned more than $1.3 million in taxpayer-funded salaries.*

✓ *Walters dumped more than $200,000 of her own money into her political campaigns.*

✓ *Walters personally donated more than $58,000 to other politicians.*

✓ *When Walters first ran for Congress, her ties to "big corporate donors" made her look like "somebody who's already spent time in Washington."*

---

## Walters Earned More Than $1 Million In Taxpayer-Funded Salaries

### Walters Earned At Least $1,371,375 In Taxpayer Funded-Salaries

**2005-2016: Walters Earned At Least $1,371,375 In Taxpayer-Funded Salaries.** [U.S. House of Representatives, accessed 7/19/17; California Citizens Compensation Commission, accessed 7/19/17]

### 2015-2016: Walters Earned $348,000 In Salary As A Member Of Congress

| Walters Salary, U.S. House | |
| --- | --- |
| **Year** | **Salary** |
| 2016 | $174,000 |
| 2015 | $174,000 |
| **Total:** | **$348,000** |

[U.S. House of Representatives, accessed 7/19/17]

### 2005-2014: Walters Earned $1,023,375 In Salary As A California State Legislator

| Mimi Walters Salary California Legislature | | |
| --- | --- | --- |
| **Office Held** | **Year** | **Salary** |
| State Senator | 2014 | $95,291 |
| State Senator | 2013 | $90,526 |
| State Senator | 2012 | $95,291 |
| State Senator | 2011 | $95,291 |
| State Senator | 2010 | $95,291 |
| State Senator | 2009 | $95,291 |
| Assemblywoman | 2008 | $116,208 |
| Assemblywoman | 2007 | $116,208 |
| Assemblywoman | 2006 | $113,098 |
| Assemblywoman | 2005 | $110,880 |
| | **Total:** | $1,023,375 |

[California Citizens Compensation Commission, accessed 7/19/17]

## Walters Dumped More Than $200,000 Of Her Own Money Into Her Political Campaigns

| Walters Self-Funding | | | |
|---|---|---|---|
| Date | Candidate (Office Sought) or Committee | Party | Amount |
| 9/14/03 | Mimi Walters (State Assembly) | | $1,800 |
| 1/3/03 | Mimi Walters (State Assembly) | | $5,000 |
| 6/30/03 | Mimi Walters (State Assembly) | | $95,000 |
| 12/31/06 | Mimi Walters (State Senate) | | $100,000 |
| 1/13/09 | Mimi Walters (State Treasurer) | | $3,000 |
| | | Total | $204,800 |

[California Secretary of State, accessed 4/13/17]

## Walters Personally Donated More Than $58,000 To Other Politicians

### Walters Contributed More Than $39,000 To Federal Candidates

According to an FEC individual contribution search, Walters has given $39,795 to federal political candidates.

| Walters Federal Contributions | | | |
|---|---|---|---|
| Date | Candidate/Committee | Party | Amount |
| 1997-2003 | Republican Party of Orange County | R | $13,000 |
| 1997-2000 | Lincoln Club of Orange County Federal PAC | | $6,000 |
| 2000-2016 | California Republican Party | R | $3,195 |
| 2000 | Darrell Issa (CA-49) | R | $2,750 |
| 7/30/01 | Tim Hutchinson (Arkansas) | R | $1,000 |
| 1/14/00 | James Rogan (CA-27) | R | $500 |
| 2000 | Matta Tuchman (CA-46) | R | $1,000 |
| 12/27/99 | Bill Morrow (CA-50) | R | $1,000 |
| 8/4/05 | NRSC | R | $1,000 |
| 1998 | Matt Fong (California) | R | $2,000 |
| 2003-2007 | Ed Royce (CA-39) | R | $1,500 |
| 2002 | Beth Rogers (CA-23) | R | $2000 |
| 9/24/09 | John Sullivan (OK-01) | R | $500 |
| 1997-2003 | Christopher Cox (CA-48) | R | $1,350 |
| 1999-2003 | George W. Bush | R | $1,500 |
| 7/12/06 | Republican Party of San Diego County | R | $1,000 |
| 5/15/09 | Teresa Hernandez (CA-32) | R | $500 |
| | | Total | $39,795 |

[FEC, individual contribution, accessed 7/18/17]

### Walters Contributed More Than $19,000 To State-Level Candidates

According to the California Secretary of State, Walters has given $19,176.60 to state-level candidates.

| Walters State Contributions | | | |
|---|---|---|---|
| Date | Candidate (Office Sought) or Committee | Party | Amount |
| 5/14/01 | Dick Ackerman (State Senate) | | $125 |
| 9/17/01 | Pat Bates (State Assembly) | | $1,000 |
| 10/21/01 | Bill Morrow (State Senate) | | $200 |
| 11/19/01 | Pat Bates (State Assembly) | | $500 |

| | | | |
|---|---|---|---|
| 6/10/02 | Dick Ackerman (State Senate) | | $100 |
| 3/15/02 | Pat Bates (State Assembly) | | $150 |
| 2/22/02 | Bill Jones (Governor) | | $500 |
| 7/25/02 | Dick Ackerman (Attorney General) | | $1,000 |
| 6/25/02 | Bill Simon (Governor) | | $1,000 |
| 10/22/02 | Bill Simon (Governor) | | $1,000 |
| 9/11/03 | Dick Ackerman (State Senate) | | $100 |
| 10/3/03 | Rescue California...Recall Gray Davis | | $2,000 |
| 8/10/04 | California Women's Leadership Association PAC | | $150 |
| 9/19/09 | California Republican Party  / v8 | | $249 |
| 9/21/04 | California Republican Party | | $1,000 |
| 8/9/06 | California Republican Party | | $3,648.55 |
| 9/25/09 | California Republican Party  / v8 | | $24 |
| 9/25/09 | California Republican Party  / v8 | | $65 |
| 6/10/09 | California Republican Party  / v8 | | $3,000 |
| 9/25/09 | California Republican Party  / v8 | | $65 |
| 10/1/13 | California Republican Party | | $100 |
| 3/31/03 | Friends of Cristi Cristich | | $3,200 |
| | | Total | $19,176.60 |

[California Secretary of State, accessed 4/13/17]

## When Walters First Ran For Congress, Her Ties To "Big Corporate Donors" Made Her Look Like "Somebody Who's Already Spent Time In Washington"

### Campaign Finance Expert Said Walters Was Tied To Big Corporate Donors, And Had The Fundraising Profile Of Someone Who Had Already Spent Time In Washington

**2014: Campaign Finance Expert At The Center For Responsive Politics Said Walters Was Tied To "Big Corporate Donors," And Had The Fundraising Profile Of Somebody Who's Already Spent Time In Washington."** "By the time Walters breezed to a victory in her House race this month, she'd laid the groundwork for her Washington network. That included getting contributions from House leaders and influential corporate political action committees – and giving nearly 10 percent of her $1.4million in campaign funds to more-needy House candidates. 'It's unusual for a freshman to be giving so much away,' said Russ Choma, a campaign finance expert at the Center for Responsive Politics. 'And it's pretty unusual for a freshman to be so tied into all these big corporate donors. This is the profile of somebody who's already spent time in Washington, of somebody who's already in leadership." [Orange County Register, 7/23/15]

## Walters Began Her Political Career In 1996

### 1996: Walters Was Appointed To Laguna Niguel City Council To Finish Out The Term Vacated By A Former Councilman

**1996: Walters Began Her Political Career As A Laguna Niguel Councilwoman.** [Biographical Directory of the United States Congress, accessed 7/18/17]

**December 1996: Walters Was Appointed To Laguna Niguel City Council To Finish Out The Term Vacated By A Former Councilman.** "The City Council, faced with appointing a new council member or spending $60,000 on a special election, decided to name Mimi Krogius Walters to the council to fill the term vacated by former Councilman Thomas W. Wilson. The council not only avoided the cost but also a delay. A special election to replace Wilson, who was appointed to the Orange County Board of Supervisors just a month after winning reelection, couldn't be held until June 3. 'When I looked at the cost and proximity of a [special] election, I decided

13

against a general election,' said Councilman Mark Goodman. Walters was chosen to finish the four-year term because she received the next highest number of votes behind the three candidates elected last month: Wilson, Goodman and Linda Lindholm." [Los Angeles Times, 12/19/96]

## Walters Served As An Intern To Former Congressman Bill Thomas

**1981: Walters Was An Intern For Former Congressman Bill Thomas.** SIEGEL: "Have you had any moments since you announced for Congress, any moments of any regret that you were either trading in Orange County winters for this place or moving 3,000 miles away or walking into a place that the public - about 8 percent of Americans - think is doing a good job?" WALTERS: "I am just really excited to be here. I was an intern back in 1981 on Capitol Hill. I was an intern for former Congressman Bill Thomas, so I'm looking forward to finding out where I used to work, but it's just so awesome to be back. I am so grateful that the people elected me to serve. And it's sort of a dream come true." [NPR, All Things Considered, 1/6/15]

## Walters: At Home In The Swamp

**Significant Findings**

✓ *Walters has looked out for lobbyists and special interests.*

    ✓ *Walters voted to allow internet providers to sell customers' private data without permission, while accepting nearly $75,000 from the telecommunications industry.*

    ✓ *Walters supported efforts to roll back Wall Street reform while taking more than $200,000 from Wall Street.*

    ✓ *Over the course of her career, Walters has accepted more than $300,000 from the real estate industry and has repeatedly voted to weaken regulations on mortgage lenders.*

    ✓ *Walters signed Grover Norquist's tax pledge.*

    ✓ *Walters voted against preventing tax deductions for executive bonuses exceeding $1 million.*

    ✓ *As state senator, Walters reported being gifted a trip to Brazil by a California non-profit—a practice that has been described as a loophole to exert more influence on lawmakers.*

    ✓ *As a state senator, the Physical Therapists Providers Network held a fundraiser supporting Walters as part of its effort to lobby against a bill; Walters voted against it twice.*

✓ *Walters received potentially illegal campaign contributions from her congressional chief of staff.*

✓ *Walters continued to pay campaign consultants out of her state accounts months after declaring her candidacy for congress – a potential federal campaign finance violation.*

✓ *Walters voted to limit the power of the OCE and House Ethics in investigating members.*

✓ *Before she joined Congress, Walters championed "full and timely disclosure" of campaign spending "to keep the system clean." But then Walters went to Washington, and in an interview about money in politics, Walters said she discovered how important it was that members of Congress raise money "in order to get your message out." In the same interview, Walters admitted she was "spending most of my time" in Congress "trying to learn my way around D.C. … learning and listening." And so, when given the opportunity practice what she had preached in California in 2007 – and force transparency in special interest campaign spending – or demonstrate the 'lessons' she'd learned "around DC.," Walters sided with the Swamp and voted to block the DISCLOSE Act – twice.*

✓ *Walters voted against a constitutional amendment to overturn Citizens United in both Congress and the California State Senate.*

## Walters May Have Committed Multiple Campaign Finance Or Ethics Violations

### Walters Received Potentially Illegal Campaign Contributions From Her Congressional Chief Of Staff

**2016: Walters's Chief Of Staff Sam Oh Received $124,752.07 In Compensation From Mimi Walters' Congressional Office.** [Statement of Disbursements of the House, accessed 7/7/17]

**2016: Oh Was Reimbursed A Total Of $4,606 From Walters' Congressional Campaign.** [FEC, 6/30/16; 5/3/16; 4/13/16; 2/22/16]

**Under Federal Law, It Is "Unlawful For An Officer Or Employee Of The United States [...] To Make Any Contribution [...] To Any Senator Or Representative [...] If The Person Receiving Such Contribution Is The Employer Or Employing Authority Of The Person Making The Contribution."** "It shall be unlawful for an officer or employee of the United States or any department or agency thereof, or a person receiving any salary or compensation for services from money derived from the Treasury of the United States, to make any contribution within the meaning of section 301(8) of the Federal Election Campaign Act of 1971 to any other such officer, employee or person or to any Senator or Representative in, or Delegate or Resident Commissioner to, the Congress, if the person receiving such contribution is the employer or employing authority of the person making the contribution. Any person who violates this section shall be fined under this title or imprisoned not more than three years, or both." [18 USC 603, accessed 9/6/17]

## Walters Continued To Pay Campaign Consultants Out Of Her State Accounts Months After Declaring Her Candidacy For Congress

### Walters Paid Keena Thomas Communications Out Of Multiple State Accounts For Months After Announcing Her Candidacy For Congress

**Dec 2013-March 2014: Mimi Walters' Officeholder Account Paid Keena Thomas Communications, LLC $3,424.10 For Campaign Consulting.** [California Secretary of State, accessed 5/19/17]

**According To A Campaign Finance Report Covering Jan 1, 2014 To March 17, 2014, Walters' Office Holder Account Paid Off A Debt Of $832.87 With Keena Thomas Communications.** [California Secretary of State, accessed 5/19/17] p. 13

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Walters' Officeholder Account Incurred Debt Of $832.87 With Keena Thomas Communications; Full Balance Left Outstanding At Close Of Period.** [California Secretary of State, accessed 5/19/17] p. 19

**September 6, 2013: Friends of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $1,045.40 For Campaign Consulting.** [California Secretary of State, accessed 5/18/17]

**September 6, 2013: Friends Of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $737.50.** [California Secretary of State, accessed 5/18/17]

**July 31, 2013: Friends of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $125.** [California Secretary of State, accessed 5/18/17]

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Friends Of Mimi Walters For Senator Owed Keena Thomas Communications $125; Debt Paid Off Same Period.** [California Secretary of State, accessed 5/18/17] p.21

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Friends Of Walters For Supervisor Owed Keena Thomas Communications $938.34; Debt Paid Off Same Period.** [California Secretary of State, accessed 5/18/17] p. 16

**Walters Paid Thomas Communications Group Out Of Her State Accounts Months After Announcing Her Candidacy For Congress**

**November 10, 2014: Friends Of Mimi Walters For Senator Paid Thomas Communications Group $309 For Campaign Consulting.** [California Secretary of State, accessed 5/18/17]

   **October 6, 2014: Friends Of Mimi Walters For Senator Paid Thomas Communications Group $184.** [California Secretary of State, accessed 5/18/17]

   **According To A Campaign Finance Report Covering October 1, 2014 To December 31, 2014, Friends Of Mimi Walters For Senator Had No Unpaid Bills.** [California Secretary of State, accessed 5/18/17] p.3

**April 2014-May 2014: Mimi Walters' Officeholder Account Paid Thomas Communications Group A Total Of $618 For Campaign Consulting And Office Expenses.** [California Secretary of State, accessed 5/19/17]

   **According To A Campaign Finance Report Covering March 18, 2014 To May 17, 2014, Walters' Officeholder Account Did Not Owe Thomas Communications Any Money.** [California Secretary of State, accessed 5/19/17] p. 15

**Walters' Congressional Campaign Also Paid Both Keena Thomas Communications And Thomas Communications Group For Various Consulting Services**

**Aug 2013-Nov 2013: Walters For Congress Spent A Total Of $3,472 On Various Consulting Services From Keena Thomas Communications, LLC.** [FEC, accessed 5/18/17]

**Jan 2014-Dec 2014: Walters For Congress Paid Thomas Communications Group, LLC A Total Of $2,471 For Fundraising Consulting Services.** [FEC, accessed 5/18/17]

**Keena Thomas Communications Changed Its Name To Thomas Communications Group In December 2013**

**December 2013: Keena Thomas Communications Filed A Certificate Of Amendment Changing Its Name To Thomas Communications Group.** [California Secretary of State, Limited Liability Company Certificate of Amendment, filed 12/18/13]

**Kate Keena, Former Partner At Keena Thomas Communications, Has Been Described As A Friend Of Walters' And They Have A Relationship Going Back Decades**

**2005: Orange County Register Described Kate Keena As A "Friend" Of Walters'.** "Walters is a list maker, who always starts her day with a plan and a calendar that has been filled weeks in advance, said friend Kate Keena, who worked on her campaign." [Orange County Register, 10/27/05]

   **Walters And Kate Keena Helped Found The Conservative Women's Leadership Association In The Early 1990s.** "Walters, Bates and public-relations maven Kate Keena of Mission Viejo founded the Conservative Women's Leadership Association in the early 1990s in an effort to encourage more women to take leadership roles in politics." [Orange County Register, 3/15/04]

   **Kate Keena Was A Partner At Keena Thomas Communications LLC Until January 2013.** [Kate Keena, Linkedin, accessed 6/28/17]

**Walters Decided To Run For Congress In Late June Of 2013, After The Incumbent Announced He Would Not Seek Re-Election**

**Late June 2013: Walters Decided To Run For Congress After Rep. John Campbell Announced He Would Not Seek Re-Election.** "But when Orange County Rep. John Campbell, R-Irvine, announced in late June he would not seek re-election in the heavily Republican 45th Congressional District, Walters announced she would run for that seat instead. Ming called all the political jockeying a 'game of musical chairs.'" [Orange County Register, 7/13/13]

**Spring 2013: Walters Declared Her Candidacy For Supervisor As She Was Term-Limited In The State Senate.** "Ming said he wasn't considering a supervisor run in 2014 until late June. State Sen. Mimi Walters, R-Irvine – another former Laguna Niguel mayor – had declared her candidacy for the 5th District opening this spring as she, too, is termed out of the state Senate." [Orange County Register, 7/13/13]

## 2017: Walters Voted Against Expanding Whistleblower Protections

**Walters Voted Against Protecting Whistleblowers Who Disclose Information About Improper Use Of Aircrafts By Government Officials**

**Walters Voted Against Extending Whistleblower Protections Pertaining To Employees Who Disclose Information About Improper Use Of Aircrafts By Government Officials.** In October 2017, Walters voted against: "O'Halleran, D-Ariz., motion to recommit the bill would extend the whistleblower protections in the underlying bill pertaining to employees who disclose information about the improper use of aircraft by government officials." The motion was rejected 232-190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17, DemocraticLeader.gov, accessed 11/13/17]

**HEADLINE: "Trump Officials Caught Splurging On Luxury Travel."** [Axios, 9/29/17]

**Sec. Price Spent $400,000 In Charter Flights, Over $1 Million In Travel Cost Alone Before Resigning.** "Tom Price, Health and Human Services Secretary  The flights: $500,000 in military flights to Africa, Asia and Europe (which were approved by the White House) and more than $400,000 in charter flights. Total cost: His travel has exceeded $1 million, Politico reports, when accounting for both his overseas trips and the more than two dozen domestic trips he's taken on private planes since May." [Axios, 9/29/17]

**Sec. Pruitt Took $58,000 In Private Taxpayer-Funded Flights.** "Scott Pruitt, Environmental Protection Agency administrator The flights: A June 7 military flight to Ohio then New York ($36,068); a July 27 charter flight from Tulsa, Oklahoma, to Guymon, Oklahoma ($14,434); an August 4 charter flight from Denver, Colorado, to Durango, ColoradoA ($5,719); an August 9 flight on the North Dakota governor's plane ($2,144). Total cost: Pruitt took 'non-commercial' flights costing taxpayers more than $58,000, according to CBS News." [Axios, 9/29/17]

**Sec. Mnuchin Used Government Jets To Travel On His Honeymoon, And To View The Solar Eclipse.** "Steve Mnuchin, Treasury Secretary The flights: Mnuchin requested a government jet earlier this year for his honeymoon, according to ABC News. He and his wife also used a government jet when traveling to Louisville and Fort Knox, Kentucky, which coincided with the eclipse. Total cost: An Air Force spokesman told ABC News that a government jet typically costs roughly $25,000 per hour to operate." [Axios, 9/29/17]

**Sec. Zinke And Aides Took "Several Flights" Including A $12,000 Charter Flight, but Had Not Released The Total Number Or Cost Of Flights.** "Ryan Zinke, Secretary of the Interior The flights: Zinke and his aides have reportedly taken several flights on private or military aircraft, including a $12,000 charter flight — which belongs to Nielson & Associates, a Wyoming-based oil-and-gas exploration firm — from Las Vegas to his hometown in Montana, and private flights between St. Croix and St. Thomas in U.S. Virgin Islands, per the Washington Post. Total cost: Unclear, as the total number of charter or military flights is unknown." [Axios, 9/29/17]

**Sec. Shulkin Used Government Funds To Fly Himself And His Wife To Europe Where He Attended A Wimbledon Chapmiosion Tennis Match, Toured Westminster Abbey, And Cruised The Thames While Conducting Official Business.** "David Shulkin, Secretary of Veterans Affairs The flights/luxury purchases: Although Shulkin flew commercial to Europe for meetings with Danish and British officials about veterans' health issues in July, he did use government funds to fly his wife out, stating that she was traveling on 'approved invitational orders,' per the Washington Post. The government also provided a stipend for her meals. They also attended a Wimbledon championship tennis match, toured Westminster Abbey, and took a cruise on the Thames. The VA's defense: All of Shulkin's activities on the trip, including Wimbledon visit, 'were reviewed and approved by ethics counsel,' VA press secretary Curt Cashour said in a statement." [Axios, 9/29/17]

## Walters Voted To Limit The Power Of The Office Of Congressional Ethics

### 2015: Walters Voted To Limit The Power Of The OCE And House Ethics In Investigating Members

**2015: Walters Voted To Limit Power Of OCE And House Ethics In Investigating Members.** In January 2015, Walters voted for voted for a House Rules package that contained a rules change that would help members under ethics investigations by the Office of Congressional Ethics and House Ethics Committee. "In one of its first actions of the new year, the House of Representatives on Tuesday approved rules changes that could give lawmakers a new defense against ethics investigations. The new language, added Monday night to the sections that establish the House Ethics Committee and the independent Office of Congressional Ethics, says the two bodies 'may not take any action that would deny any person any right or protection provided under the Constitution of the United States.' The language also states that a person subject to a review by the Office of Congressional Ethics 'shall be informed of the right to be represented by counsel and invoking that right should not be held negatively against them.' … 'Clearly (the new language) was put in there to allow members of Congress to restrain certain activities of the ethics committees based on their own interpretation of what the Constitution means,' said Craig Holman of the watchdog group Public Citizen." The resolution passed, 234-172.  [H Res 5, Vote #6, 1/06/15; USA Today, 1/6/15]

## Walters: Good For Lobbyists And D.C. Special Interests

### Walters Voted To Allow Internet Providers To Sell Customers' Private Data Without Permission, While Accepting Nearly $75,000 From The Telecommunications Industry

### Walters Accepted Nearly $75,000 From The Telecommunications Industry

**As A Candidate For Congress, Walters Has Accepted $74,750 From The Telecommunications Industry.** [Center for Responsive Politics, accessed 8/1/17]

### 2017: Walters Co-Sponsored A Resolution Nullifying The FCC's Rule Protecting The Privacy Of Broadband Customers

**2017: Walters Co-Sponsored A Resolution Providing For Congressional Disapproval Of An FCC Rule Protecting The Privacy Of Broadband Customers And Other Telecommunications Services.** "This joint resolution nullifies the rule submitted by the Federal Communications Commission entitled 'Protecting the Privacy of Customers of Broadband and Other Telecommunications Services.' The rule published on December 2, 2016: (1) applies the customer privacy requirements of the Communications Act of 1934 to broadband Internet access service and other telecommunications services, (2) requires telecommunications carriers to inform customers about rights to opt in or opt out of the use or the sharing of their confidential information, (3) adopts data security and breach notification requirements, (4) prohibits broadband service offerings that are contingent on surrendering privacy rights, and (5) requires disclosures and affirmative consent when a broadband provider offers customers financial

incentives in exchange for the provider's right to use a customer's confidential information." [Library of Congress, H.J. Res. 86, 115th Congress, introduced 3/8/17]

## 2017: Walters Voted To Allow Internet Providers To Sell Customers' Information Without Obtaining Permission

**2017: Walters Voted To Block A Bill To Reinstate FCC Rules Protecting The Privacy Of Broadband Customers.** In May 2017, Walters voted for "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 299)." Upon defeat of the motion, Democrats planned to offer an, "amendment to the Rule, which would make in order Ms. Rosen of Nevada's bill, H.R. 1868.  H.R. 1868 would reinstate the Federal Communications Commission's rules adopted on October 27, 2016 that protect the privacy of broadband customers." A vote yes was a vote to block the Democratic amendment. The motion was agreed to by a vote of 233-190. [HR 1868 (HRes 299), Vote #240, 5/2/17; CQ, 5/2/17]

**2017: Walters Voted To Nullify A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Sensitive Information.** In March 2017, Walters voted for "passage of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information, such as web browsing history, geolocation information, content of communications and Social Security numbers; to take reasonable measures to secure customer information; and to notify customers, the commission and law enforcement when a data breach occurs that could result in harm." The resolution passed (thus cleared for the president) by a vote of 215-205. A "yea" was a vote in support of the president's position. [SJRes 34, Vote #202, 3/28/17; CQ, 3/28/17]

> **Washington Post: ISPs "Will Be Able To Monitor Their Customers' Behavior Online And, Without Their Permission, Use Their Personal And Financial Information To Sell Highly Targeted Ads."** "If Trump signs the legislation as expected, providers will be able to monitor their customers' behavior online and, without their permission, use their personal and financial information to sell highly targeted ads — making them rivals to Google and Facebook in the $83 billion online advertising market. The providers could also sell their users' information directly to marketers, financial firms and other companies that mine personal data — all of whom could use the data without consumers' consent. In addition, the Federal Communications Commission, which initially drafted the protections, would be forbidden from issuing similar rules in the future." [Washington Post, 3/28/17]

> **Washington Post: The House Just Voted To Wipe Away The FCC's Landmark Internet Privacy Protections.** [Washington Post, 3/28/17]

**2017: Walters Voted For Consideration Of Nullification Of A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Information.** In March 2017, Walters voted for "adoption of the rule (H Res 230) that would provide for House floor consideration of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information." The rule was adopted by a vote of 231-189. [HRes 230, Vote #200, 3/28/17; CQ, 3/28/17]

## Walters Supported Efforts To Roll Back Wall Street Reform While Taking More Than $200,000 From Wall Street

## Walters Accepted Over $200,000 From The Securities And Investment Industry And Worked As An Investment Banker Before Starting A Career In Politics

**Over The Course Of Her Career, Walters Accepted $205,800 From The Securities And Investment Industry.** [Center for Responsive Politics, accessed 8/1/17]

**Walters Worked At "Former Wall Street Titan" Kidder Peabody & Co, Prior To Her Political Career.** "Sen. Mimi Walters is a favorite among Orange County Republicans for her tough, straight talk and her background in business, which included stints as an investment executive at Drexel, Burnham & Lambert and at Kidder Peabody & Co., the former Wall Street titan. Prior to joining the Assembly in 2004, Walters served eight years on the Laguna Niguel City Council, where she helped defeat a proposal to convert the El Toro Marine Corps Air Station into a commercial airport." [Orange County Register, 5/18/12]

---

**2015: Walters Co-Sponsored Legislation That Would Make It More Difficult To Regulate The Financial Sector**

---

**2015: Walters Co-Sponsored The TAILOR Act Of 2015.** [H.R. 2896, 114th Congress, introduced 6/25/16]

> **2016: Group Of Consumer Organizations Said The TAILOR Act Would "Undermine The Established Notice And Comment Process In Place For Financial Regulations."** "The undersigned consumer groups oppose the Taking Account of Institutions with Low Operation Risk Act of 2015 (H.R. 2896) and amendments that will put consumers at risk from dangerous products or practices and undermine the established notice and comment process in place for financial regulations. If adopted, the TAILOR Act could allow financial institutions to justify and exploit potentially dangerous loopholes, create confusion in the marketplace and cause unnecessary delays in the adoption of important consumer protections. Prudential and consumer regulators already have broad discretion in the application of their rulemakings. The proposal, review and comment process is the appropriate means through which particular accommodations should be considered, as they have been throughout the development of regulations under Dodd-Frank. We urge you to vote no on H.R. 2896 and any amendments." [Letter to the Committee on Financial Services, 3/1/16]

---

**Walters Opposed Wall Street Reform And Argued In Favor Of The CHOICE Act**

---

**2016: Walters Opposed Wall Street Reform, Argued In Favor Of The CHOICE Act.** In July 2016, Walters came out against Wall Street Reform, saying, "Six years ago today, the Dodd-Frank Act was signed into law. That means for the last several years, American taxpayers have faced a greater chance of footing the bill for another bailout and small banks have crumbled under the weight of this 2,300-page, misguided legislation. We understand the crippling effects the Dodd-Frank Act has on our economy, and House Republicans have a #BetterWay: better.gop" [Rep. Mimi Walters' Facebook page, posted 7/21/16]

> **CHOICE Act Would Lessen Scrutiny Of Risky Banks And Eliminate Requirement That Banks Have Enough Funds In Case Of Failure.** "The CHOICE Act wouldn't completely repeal Dodd-Frank but rather change those provisions the banking industry particularly dislikes: regulators' 'orderly liquidation authority' for winding down failing banks, a 'stress test' system banks consider opaque and burdensome, and the government's discretion in deciding what institutions warrant heightened scrutiny, among others." [Slate, 2/01/17]

---

**2015: Walters Voted For A Bill That Would Roll Back Wall Street Reform**

---

*Note: Wall Street reform is known colloquially as Dodd-Frank*

**2015: Walters Voted For Legislation To Roll Back Or Delay Wall Street Reform Regulations.** In January 2015, Walters voted for legislation that combined the text from eleven bills and would roll back or delay a number of regulations in the Dodd-Frank financial reform law. "The most serious attack of the bunch came in the form of a partial two-year delay of the Volcker Rule, which would ban banks from speculating in securities markets with taxpayer money. The bill would have allowed Citigroup and JPMorgan Chase to hold onto almost $50 billion in risky corporate debt packages known as collateralized loan obligations through 2019." The bill passed, 271 to 154. [HR 37, Vote #37, 1/14/15; Huffington Post, 1/10/14]

**Walters Voted Against Motion That Would Prohibit Individuals Who Finance Terrorism From Qualifying For Regulatory Exemptions.** In January 2015, Walters voted against a motion that would disqualify anyone convicted of providing financial assistance to terrorist organizations or state sponsors of terrorism from regulatory relief under the underlying bill, the Promoting Job Creation and Reducing Small Business Burdens Act. The motion failed 183 to 242. [HR 37, Vote #37, 1/14/15; Motion to Recommit, 1/14/15]

**2015: Walters Voted To Weaken Wall Street Reform And Roll Back Rules Limiting Risky Bank Investments.** In January 2015, Walters voted for a bill "to relax some requirements under the 2010 Dodd-Frank financial regulatory law. The measure would delay until July 2019 a provision of the law's Volcker Rule intended to limit risky investments by banks, and make other changes." The vote failed to reach a 2/3 majority, 276 to 146. [HR 37, Vote #9, 1/7/15; Bloomberg, 1/7/15]

**2015: Walters Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans**

**2015: Walters Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans.** In November 2015, Walters voted for legislation that would prevent borrowers from filing claims against holders of loans that contain abusive and harmful terms. "Under the bill, depository institutions that hold a loan in portfolio would receive a legal safe harbor even if the loan contains terms and features that are abusive and harmful to consumers. The bill would limit the right of borrowers to file claims against holders of such loans and against mortgage originators who directed them to the loans, the White House said." The bill passed the House, 255 - 174. [HR 1210, Vote #636, 11/18/15; Housing Wire, 11/18/15]

---

**Over The Course Of Her Career, Walters Has Accepted More Than $300,000 From The Real Estate Industry And Has Repeatedly Voted To Weaken Regulations On Mortgage Lenders**

---

**Walters Accepted More Than $300,000 From The Real Estate Industry**

**2014-2018: Walters Received $310,550 From The Real Estate Industry.** [Center for Responsive Politics, accessed 8/21/17]

**Walters Repeatedly Voted To Weaken Regulations On Mortgage Lenders**

**2015: Walters Voted For A Bill That Changed The Definition Of A Qualified Mortgage Under The Truth In Lending Act.** In April 2015, Walters voted for the Mortgage Choice Act. "The bill excludes insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the 3% cap on points and fees imposed on 'qualified mortgages' by redefining 'points and fees' under the Truth in Lending Act. The measure is intended to clarify conflicting definitions under current law and thereby ensure that mortgage loans to low- and middle-income borrowers remain affordable." The bill passed, 286 to 140. [HR 685, Vote #152, 4/14/15; CQ, 4/10/15]

**Huffington Post: Bill Would "Weaken Regulations On Mortgage Lenders."** "Ranking second behind the Chamber was the National Association of Realtors. The group spent $7.7 million lobbying on issues like flood insurance premiums, which have risen sharply in the past few years. NAR also lobbied for the Mortgage Choice Act, a bill that would weaken regulations on mortgage lenders enacted following the 2007 collapse of the housing market. The Mortgage Choice Act passed in the House of Representatives on April 14." [Huffington Post, 4/23/15]

**2015: Walters Voted Against Preventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners.** In April 2015, Walters voted against a motion that would prevent those convicted of mortgage fraud and predatory lenders from providing loans to homeowners. "No person or lender that has been found to have engaged in unfair, deceptive, predatory, or abusive lending practices, or convicted of

mortgage fraud under Federal or relevant State law may make use of the amendments made by this Act." The motion failed 184 to 239. [HR 650, Vote #150, 14/14/15; Motion to Recommit, 4/14/15]

**2015: Walters Voted For Weakening Aspects Of Wall Street Reform Allowing Mortgage Lenders To Disclose Less Information To Borrowers.** In April 2015, Walters voted for legislation that would roll back regulations in the Wall Street reform law. "Regulations from the Dodd-Frank Act that went into effect in early 2014 tightened requirements and restrictions on 'high-cost' loans. For example, if the interest rate and fees on loans reach a certain level, lenders have to verify a borrower's ability to repay loans and disclose consequences of default and loan terms … the Preserving Access to Manufactured Housing Act of 2015. HR 650 would raise the threshold for which loans are considered 'high cost,' from 8.5 percent above the average rate to 10 percent above the average rate. President Obama has threatened to veto it if it passes both houses. The change may seem minor, but the higher threshold would mean the lender has to do less work and disclose less information to borrowers. The majority of loans on manufactured homes carry high interest rates, especially compared with a typical mortgage." The bill passed, 263 to 162. [HR 650, Vote #151, 4/14/15; Seattle Times Editorial, 4/14/15]

---

### Walters Signed Grover Norquist's Tax Pledge

**2014: Walters Signed Grover Norquist's Tax Pledge And Supported Repealing The Higher Tax For Families Making More Than $250,000.** "Walters has signed Grover Norquist's no-new-taxes pledge and also supports repealing the higher tax for families making more than $250,000." [Orange County Register, 5/12/14]

---

### Walters Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million

**2015: Walters Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million.** In January 2015, Walters voted against a "Van Hollen, D-Md., motion to commit the resolution to a select committee comprised of the House majority and minority leaders and report it back immediately with an amendment that would prevent companies that don't give their employees annual raises to keep pace with increases in costs of living and labor productivity from claiming tax deductions for chief executive officer bonuses or other compensation exceeding $1 million for other highly-paid executives or employees." The motion failed, 168-243. [H Res 5, Vote #5, 1/06/15; CQ, 1/06/15]

---

### As State Senator, Walters Reported Being Gifted A Trip To Brazil By A California Non-Profit—A Practice That Has Been Described As A Loophole To Exert More Influence On Lawmakers

---

#### Walters Reported A Gift Worth $12,751.73 From The California Foundation On The Environment And The Economy For A Two Week Long Study Travel Project To Brazil

**2012: Walters Reported Gifts From The California Foundation On The Environment And The Economy Worth A Total Value Of $13,360.95.** [Statement of Economic Interests, California Fair Political Practices Commission, filed 4/2/13]

**November 2012: Walters Reported A Gift Worth $12,751.73 From The California Foundation On The Environment And The Economy For A Two Week Long Study Travel Project To Brazil.** [Statement of Economic Interests, California Fair Political Practices Commission, filed 4/2/13]

---

#### Executives From Chevron And Pacific Gas & Electric Joined Walters On The Trip; California Foundation On The Environment And The Economy Is Funded By "Major Oil And Utility Companies"

**Walters Was Joined On This Trip By Four Other Legislators, As Well As Executives From Chevron And Pacific Gas & Electric; Shell Executive Was Scheduled To Attend, But Canceled.** "The group is hosting a two-week trip to Brazil this month, where five state legislators are joined by executives from Chevron and PG&E, as well as labor leaders and environmentalists. Their mission: to learn about Brazil's low carbon fuel standard, its

transportation and water infrastructure and a deforestation prevention program 'These are study tours of factories, of public infrastructure projects, private public partnerships, meetings and round tables with high-ranking officials in other countries,' Johnston said. He said the cost of the trip – not yet determined – will be reported as a gift to the lawmakers attending: Republican state Sens. Anthony Cannella of Ceres, Bill Emmerson of Hemet and Mimi Walters of Laguna Niguel, as well as Democratic Sen. Michael Rubio of East Bakersfield and Democratic Assemblyman Steven Bradford of Gardena, who chairs the utilities and commerce committee. […] Editors Note: This story has been updated from print and online versions to reflect updated information from the California Foundation on the Environment and the Economy. Assemblyman Ricardo Lara and a Shell executive were scheduled to attend the group's trip Brazil but both canceled, the organization said." [Sacramento Bee, 11/15/12]

**CFEE Spokesman Said Legislators Went On This Trip To Meet With Government And Business Leaders To Discuss Reducing Pollution.** "The group paid for airfare, hotels, meals and ground transportation, said P.J. Johnston, a spokesman for the nonprofit foundation. The lawmakers were there to meet with government and business leaders in Brazil to discuss reducing pollution, setting low-carbon fuel standards, transportation projects and other issues, Johnston said. 'Brazil provides real-world insight into issues California's decision-makers are grappling with, putting them in a larger perspective and offering lessons learned from a country with a rich history of challenges and successes in these areas,' he said." [Los Angeles Times, 11/22/12]

**Sacramento Bee: CFEE Is Funded By "Major Oil And Utitlity Companies."** "The $12,500-per-person outing, which included a stop at the five-star, beachfront Copacabana Palace hotel in Rio de Janeiro, was booked by a San Francisco travel agency called Rascals in Paradise. It was paid for by CFEE, which is funded by major oil and utility companies." [Sacramento Bee, 7/26/09]

**CFEE Counted Goldman Sachs Among Its Corporate Members.** "CFEE will not disclose how much revenue it receives from each of its more than 30 business and corporate members, from Goldman Sachs to PG&E or the four environmental groups it also counts as members." [Sacramento Bee, 7/26/09]

## A Former California Utilities Official Called Non-Profit Funded Trips A "Perversion Of The System"

**2009: Former California Utilities Official On Non-Profit Funded Trips: "This Funneling Of Money Through Nonprofits Really Is A Perversion Of The System."** "'This funneling of money through nonprofits really is a perversion of the system,' said Lynch, who said she ultimately chose not to participate in a CFEE-funded overseas trip. 'I think it's terrible government. It undermines transparency and accountability.'" [Sacramento Bee, 7/26/09]

## The Director Of A Watchdog Group Said Non-Profit Funded Trips Are "One Of The Chief Loopholes Companies Use To Exert Too Much Influence On California Policymakers"

**Executive Director Of Government Watchdog Group Said Non-Profit Funded Trips Are "One Of The Chief Loopholes Companies Use To Exert Too Much Influence On California Policymakers."** "By law, state officials cannot accept gifts from companies worth more than $420 in a year. But when donations are routed through nonprofit organizations, as travel 'reasonably related … to an issue of state, national or international public policy,' the sky is the limit. Many overseas policy tours cost an average of $1,000 a day, per person, including airfare. Individual tabs often exceed $10,000. Costs have climbed, too – from a high of $12,500 per person in 2006 to a high of $16,000 last year. 'This is one of the chief loopholes companies use to exert too much influence on California policymakers,' said Doug Heller, executive director of Consumer Watchdog, a Santa Monica group that monitors state government and has investigated some of the trips." [Sacramento Bee, 7/26/09]

**Executive Director Of Government Watchdog Group On Non-Profit Funded Trips: "These Are Luxury Vacations Paid For By Special Interests."** "'These are luxury vacations paid for by special interests,' Heller said, adding, 'These trips are very much about managing greenhouse gas emissions in a way that is most profitable for companies – and less effective than is needed.'" [Sacramento Bee, 7/26/09]

**Sacramento Bee Analysis Of Past Trips Showed Only One Or Two Environmentalists Invited Along**

**CFEE Spokesman Said Their Trips Include Environmentalists, But A Sacramento Bee Analysis Of Past Trips Showed Only One Or Two Environmentalists Invited Along.** "But documents obtained by The Bee from the foundation and other sources show just one or two environmentalists are invited on the overseas trips – and all come from groups that support carbon trading. One person counted as an environmentalist by the foundation is Wittenberg herself, the former registry president and also a former vice president of corporate communications at Edison International." [Sacramento Bee, 7/26/09]

**A Former Utilities Official Who Went On A CFEE-Funded Trip Said The Program Lacked Any Substance, And In 2006, CFEE Issued A Memo Advising Travelers Bound For South America To Bring Swimsuits**

**2009: Former Utilities Official Who Went On A CFEE-Funded Trip Said The Program Lacked Any Substance.** "Not all trips play out so well. In Europe on a CFEE trip a decade ago, former PUC Commissioner Carl Wood found himself simply bored. 'Frankly, the program was not very interesting,' he said. 'It was kind of a zero, as far as substance.'" [Sacramento Bee, 7/26/09]

**2006: CFEE Issued Memo Advising State Travelers Bound For South America To Bring Swimsuits.** "Still other excursions are sumptuous, customized outings that unfold at a more leisurely pace and include business- and first-class flights, stays in luxury hotels and elaborate, industry-sponsored meals and dinners. In 2006, one memo advised state travelers bound for Brazil and Argentina on a climate change and alternative fuels tour to bring swimsuits 'as it is heading into summer in South America and you will have a day off in some cities.' The $12,500-per-person outing, which included a stop at the five-star, beachfront Copacabana Palace hotel in Rio de Janeiro, was booked by a San Francisco travel agency called Rascals in Paradise. It was paid for by CFEE, which is funded by major oil and utility companies." [Sacramento Bee, 7/26/09]

**Asked About Non-Profit Funded Trips, Walters Said She Was "Most Effective Being In Sacramento And Being At Home In The District"**

**2007: Mimi Walters On Taking Non-Profit Funded Trips: "I Believe That Right Now I'm Most Effective Being In Sacramento And Being At Home In The District."** "Another option is not to travel. Assemblywoman Mimi Walters, R-Laguna Niguel, who could recall only one lobbying trip to Washington, D.C. in her legislative career, said she wouldn't have qualms about taking more trips, but thinks there are more important tasks. 'I believe that right now I'm most effective being in Sacramento and being at home in the district,' she said." [Orange County Register, 5/4/07]

**As A State Senator, The Physical Therapists Providers Network Held A Fundraiser Supporting Walters As Part Of Its Effort To Lobby Against A Bill; Walters Voted Against It Twice**

**June 10, 2011: Physical Therapists Providers Network Held A Fundraiser Supporting Mimi Walters And Other California Republicans As Part Of Its Effort To Lobby Against A Bill.** "The leader of a physical therapists group recently asked members lobbying against a bill in the Legislature to write campaign checks to key committee members ahead of next week's vote - a strategy one good government advocate said reinforces notions of corruption in the statehouse.  Physical Therapists Providers Network President Michael Weiner wrote in an email informing members of an upcoming Senate committee hearing that they can 'help significantly' in the effort to defeat Assembly Bill 783 by attending a June 10 fundraiser the California Physical Therapy Association had scheduled in support of the California Republican Party. 'If you are unable to attend, please consider making a $50-$100 (or more) donation to the CRP or a specific legislator on the invitation, such as Senator Mimi Walters or Bill Emmerson,' Weiner wrote in a message containing the fundraiser invitation. 'Remember: these donations and your attendance at the hearing WILL IMPACT YOUR FUTURE.' Both GOP lawmakers named in the email sit on the Senate Business, Professions and Economic Development Committee, which is scheduled to hear the bill on Monday." [Sacramento Bee, 6/9/11]

HEADLINE: "Physical Therapists Group Urges Members To Fight Bill With Checks To Lawmakers" [Sacramento Bee, 6/9/11]

**June 2011: Walters Voted Against AB-783 Twice In Committee.** According to California Legislative Information, Walters voted against AB-783 on June, 13, 2011 and June 27, 2011. [AB-783, introduced 2/17/11]

# Walters Worked To Protect The Influence Of Dark Money And Corporate Spending In Elections

## Walters Repeatedly Voted Against Overturning Citizens United

### 2015: Walters Voted To Block Constitutional Amendment To Overturn Citizens United

**2015: Walters Voted To Block Constitutional Amendment To Overturn Citizens United.** In January 2015, Walters voted To Block a motion to require Congress to vote on a constitutional amendment to overturn the Supreme Court's Citizens United decision and promote transparency in our political system. The previous question carried, 238-182. A vote against the previous question would have allowed the bill to be considered. [H Res 38, Vote #38, 1/21/15; Democratic Leader – Previous Questions, 1/21/15]

### 2014: Walters Voted Against Calling A Constitutional Convention To Overturn Citizens United

**2014: Walters Voted Against A Measure That Would Constitute An Application To Call A Constitutional Convention For The Sole Of Purpose Of Proposing An Amendment To Overturn Citizens United.** "This measure would constitute an application to the United States Congress to call a constitutional convention pursuant to Article V of the United States Constitution for the sole purpose of proposing an amendment to the United States Constitution that would limit corporate personhood for purposes of campaign finance and political speech and would further declare that money does not constitute speech and may be legislatively limited. This measure would state that it constitutes a continuing application to call a constitutional convention until at least 2/3 of the state legislatures apply to the United States Congress to call a constitutional convention for that sole purpose. This measure would also state that it is an application for a limited constitutional convention and does not grant Congress the authority to call a constitutional convention for any purpose other than for the sole purpose set forth in this measure." [California State Assembly, AJR 1, chaptered 6/27/14]

### 2014: Walters Voted Against Asking Voters If There Should Be An Amendment Proposed To Overturn Citizens United

**2014: Walters Voted Against A Bill That Would Require The Secretary Of State To Submit To Voters An Advisory Question Asking Whether An Amendment Should Be Proposed To Overturn Citizens United.** "This bill would call a special election to be consolidated with the November 4, 2014, statewide general election. The bill would require the Secretary of State to submit to the voters at the November 4, 2014, consolidated election an advisory question asking whether the Congress of the United States should propose, and the California Legislature should ratify, an amendment or amendments to the United States Constitution to overturn Citizens United v. Federal Election Commission (2010) 558 U.S. 310, and other applicable judicial precedents, as specified. The bill would require the Secretary of State to communicate the results of this election to the Congress of the United States." [California State Senate, SB-1272, chaptered 7/22/14]

### 2012: Walters Voted Against A Resolution That Expressed Disagreement With The Citizens United Decision

**2012: Walters Voted Against A Resolution That Expressed The California Legislature's Disagreement With The Citizens United Decision.** "This measure would memorialize the Legislature's disagreement with the decision of the United States Supreme Court in Citizens United v. Federal Election Commission, and would call upon the United States Congress to propose and send to the states for ratification a constitutional amendment to overturn

Citizens United v. Federal Election Commission and to restore constitutional rights and fair elections to the people." [California State Assembly, AJR-22, chaptered 7/12/12]

---

**Walters Championed Full Disclosure Of Campaign Spending Before Joining Congress, But Went On To Vote Against A Bill That Would Force Transparency In Special Interest Campaign Spending**

---

**Before She Joined Congress, Walters Championed "Full And Timely Disclosure" Of Campaign Spending "To Keep The System Clean"**

**2007: Walters On Campaign Finance: "Full And Timely Disclosure … Will Do More To Keep The System Clean Than Modifying The Time During Which Contributions Are Made."** "Whenever politicians are confronted with the problem of money in politics, one of them invariably starts talking about disclosure. It happened last week, when I asked Orange County lawmakers what they thought about the governor's proposal to ban fundraising during certain parts of the year. Repeatedly, lawmakers told me the solution was more disclosure. 'Full and timely disclosure … will do more to keep the system clean than modifying the time during which contributions are made,' Assemblywoman Mimi Walters said in a typical response." [Orange County Register, 3/30/07]

---

**…But After She Arrived In Washington, Walters Complained That Fundraising Was An "Unfortunate Part" Of Being In Congress Because "You Have To Make Sure You Have Money In Order To Get Your Message Out"**

**AUDIO: May 2015: Walters Said Fundraising Was An "Unfortunate Part" Of Being In Congress But "You Have To Make Sure That You Have Money In Order To Get Your Message Out."** SIEGEL: "I'm curious. It is said that being a member of the House of Representatives is to be in constant campaign mode. have you both spent any time fundraising already, and if so, how much time? Mimi Walters, you first." WALTERS: "Well, you always have to fundraise, and that's the unfortunate part about this job because you have to make sure that you have money in order to get your message out. We have very short terms in Congress" [NPR, All Things Considered, 5/21/15]

---

**Walters Then Spent "Most Of My Time" In Congress "Really… Trying To Learn My Way Around D.C. … Just Learning And Listening"**

**AUDIO: May 2015: Walters On Fundraising In Congress: "I've Really Been Trying To Learn My Way Around D.C. So I've Really Been Spending Most Of My Time Just Learning And Listening."** WALTERS: "I've spent some time - not a tremendous amount of time because I've really been trying to learn my way around D.C. So I've really been spending most of my time just learning and listening." [NPR, All Things Considered, 5/21/15]

---

**…Before Finally Voting Twice To Block A Vote On A Bill To Force Transparency In Special Interest Campaign Spending**

**2016: Walters Voted To Block Consideration Of The DISCLOSE Act.** In May 2016, Walters voted To Block consideration of a vote that would "force a vote on: The Opioid Abuse Crisis Act, which provides $600 million in fully paid-for vital new resources to address the opioid epidemic that kills 78 Americans every day; and The DISCLOSE Act, which would bring desperately needed transparency to the enormous amounts of special interest secret money unleashed by the Supreme Court's wildly destructive Citizens United decision." The previous question carried, 239-176. A vote against the previous question was to force the vote on the Opioid Abuse Crisis Act and the DISCLOSE Act. [H Res 744, Vote #239, 5/25/16; Democratic Leader – Previous Questions, 5/25/16]

**2016: Walters Voted To Block Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors.** In May 2016, Walters voted To Block consideration of "the DISCLOSE Act, which would bring desperately needed transparency to the tidal wave of secret money unleashed by the Supreme Court's wildly

destructive Citizen's United decision, requiring corporate CEOs to stand by their ads in the same way candidates do; and compelling corporations and outside groups to disclose their campaign spending to shareholders, members, and the public." The previous question passed, 239 to 177. A vote against the previous question would have allowed the bill to be considered. [H Res 732, Vote #196, 5/17/16; Democratic Leader – 114th Congress Previous Questions, 5/17/16]

## Walters: Only Looking Out For Herself

---

### Significant Findings

✓ *Walters was cleared of wrongdoing in an ethics probe, but California's ethics commission said her office's activity created the "appearance of a conflict of interest."*

✓ *Walters repeatedly voted on legislation that could enrich her husband's business interests.*

✓ *As state senator, Walters voted against a bill that would shield homeowners who defaulted on loans from lenders collecting on the original amount of the loan while reporting ownership interest in two mortgage broking firms.*

---

### Walters Was Cleared Of Wrongdoing In A Conflict Of Interest Probe Related To A Staffing Company Co-Owned By Her Husband

### Walters Was Cleared Of Wrongdoing In An Ethics Probe, But California's Ethics Commission Said Her Office's Activity Created The "Appearance Of A Conflict Of Interest"

**April 2013: Then-State Sen. Mimi Walters Was Cleared Of Wrongdoing In A Conflict Of Interest Probe.** "Orange County state Sen. Mimi Walters has been cleared of wrongdoing in a conflict-of-interest probe into phone calls made by her office on behalf of a company once co-owned by her husband." [Orange County Register, 4/10/13]

    **Walters: "We Were Just Providing Help To A Constituent, Which My Office Does On A Regular Basis."** "We didn't believe were doing anything wrong. We were just providing help to a constituent, which my office does on a regular basis." [Orange County Register, 4/10/13]

    **California Fair Political Practices Commission Said Her Office's Activity Created The "Appearance Of A Conflict Of Interest," But Her Staffer Did Not Attempt To Influence Decision-Making.** "Last summer, it was revealed that a Walters staffer, D. Everett Rice, had made phone calls to three state agencies inquiring about the status of the claim before the commission's decision. At the time, the senator said her office would have made such calls for any constituent with business before the state, but the revelation prompted an investigation by the state's political watchdog nonetheless. On Tuesday, the Fair Political Practices Commission sent Walters' attorney, Charles H. Bell, a letter saying "there is insufficient evidence" that Walters did anything wrong. 'Although this activity creates the appearance of a conflict of interest since the claim was with regard to Sen. Walters' husband's company, the contacts by Mr. Rice do not rise to the level of attempting to influence the decisionmaking of the three agencies involved with the processing of the claim,' wrote Galena West, senior commission counsel for the Enforcement Division of the Fair Political Practices Commission. 'All three agencies stated that Mr. Rice only ever asked for a status update and never spoke about the claim itself.'" [Orange County Register, 4/10/13]

    **Fair Political Practices Commission Said "More Care Should Be Taken In The Future To Avoid Such Situations."** "However, even though this was treated as a routine constituent request for help by the Senator's office, the very nature of engaging an agency on an issue with which the Senator has a material financial interest puts her at great risk of crossing the line into participating or influencing a state governmental decision. More care should be taken in the future to avoid such situations." [Orange County Register, 4/10/13]

**California Fair Political Practices Commission Launched A Probe After Walters' Office Repeatedly Called Prison Officials About The Status Of A Financial Claim Her Husband's Company Filed**

**June 2012: California Ethics Agency Launched A Conflict Of Interest Probe After Her Office Called Prison Officials About The Status Of A Financial Claim Her Husband's Company Filed.** "The state's ethics agency is investigating whether state Sen. Mimi Walters (R-Laguna Niguel) violated conflict-of-interest laws when her office placed phone calls to California prison officials about the status of a financial claim her husband's company had filed. The inquiry was disclosed in a written notice to Walters' attorney by Gary Winuk, chief of enforcement for the state Fair Political Practices Commission. He wrote that his office 'will be pursuing an investigation regarding whether or not Sen. Walters violated the Political Reform Act's conflict-of-interest prohibitions.'" [Los Angeles Times, 6/15/12]

> **February 2012: California Victim Compensation And Government Claims Board Approved $74,400 Payout To Her Husband's Company Following Calls From Walters' Office.** "The California Fair Political Practices Commission launched an investigation in June after it was revealed that one of the senator's aides repeatedly called prison officials in late 2011 and early 2012 to inquire about the status of a financial claim filed by Drug Consultants, Inc., a staffing company co-owned at the time by Walters' husband David. The company, which provided pharmacists to California prisons, filed a claim with the California Victim Compensation and Government Claims Board in 2011, alleging that the state had underpaid for its services. The commission approved a $74,400 payout to the company in February 2012." [Orange County Register, 4/10/13]

> **May 2012: Walters' Chief Of Staff Said She Was Kept Informed About Her Staffer's Efforts.** "Mimi Walters was kept informed about the efforts and does not believe they were improper, said the spokesman, Garth Eisenbeis, who is the senator's chief of staff." [Los Angeles Times, 5/19/12]

> **Walters' Office Reportedly Called Prison Officials Regarding Her Husband's Company "Almost Daily."** "The prison department's health services division raised concerns with the Senate Rules Committee about the almost daily calls from Walters' office." [Los Angeles Times, 6/15/12]

**Walters Said Her Staff Did For Drug Consultants, Inc What They Do "For Any Other Small Business"**

**2012: In Response To A Conflict Of Interest Probe, Walters Said Her Staff Did For Drug Consultants, Inc What They Do "For Any Other Small Business."** "This month, Gary Winuk, chief of enforcement for the Fair Political Practices Commission, notified Walters' attorney that the commission 'will be pursuing an investigation regarding whether or not Senator Walters violated the Political Reform Act's conflict of interest prohibitions.' Walters denies any wrongdoing. 'My staff did for them (Drug Consultants) what they do for any other small business struggling with the state bureaucracy,' said Walters, R-Laguna Niguel. 'No more or no less.'" [Orange County Register, 6/19/12]

> **HEADLINE: "State Officials Investigate O.C. Senator"** [Orange County Register, 6/19/12]

**California Correctional Health Care Services Said The Officials Who Handled The Inquiries From Walters' Office Didn't Know Her Husband Co-Owned The Company**

**2012: Spokeswoman For The California Correctional Health Care Services Said The Officials Who Handled Inquiries From Walters' Office Didn't Know Her Husband Co-Owned The Company.** "Nancy Kincaid, spokeswoman for the California Correctional Health Care Services, said the prison officials who handled the inquiries from the senator's office did not know that the Walters' husband co-owned the company. 'The staff was completely unaware,' Kincaid said. 'They thought the senator's office was calling about a constituent.'" [Orange County Register, 6/19/12]

**Director Of Legislation For The Prison Health Services Division Said Records Of Calls From Walters' Office Raised "Potential Ethical Issues That Needed To Be Reported"**

**2012: Director Of Legislation For The Prison Health Services Division Said Records Of Calls From Walters' Office About Drug Consultants Inc. Raised "Potential Ethical Issues That Needed To Be Reported."** "The staff of the prison healthcare agency documented the calls from Walters' office and notified the senate Rules Committee about them this week. The records 'raised potential ethical issues that needed to be reported to the appropriate authorities,' said Joyce Hayhoe, director of legislation for the prison health services division." [Los Angeles Times, 5/19/12]

**Walters Was Chairwoman Of The Senate Ethics Committee While Facing A Conflict Of Interest Probe**

**2012: Walters Was Chairwoman Of The Senate Ethics Committee While Facing A Conflict Of Interest Probe.** "Walters, chairwoman of the Senate Ethics Committee, has denied any wrongdoing. She previously said through a spokesman that her office had provided her husband's company with the same constituent help it would give to any firm having problems with the state bureaucracy." [Los Angeles Times, 6/15/12]

## As A State Senator, Walters Repeatedly Voted On Legislation That Could Enrich Her Husband's Business Interests

**2010: Walters "Has Voted On Numerous Bills That Could Affect Her Husband's Business Interests."** "His GOP challenger, state Sen. Mimi Walters of Laguna Niguel, has voted on numerous bills that could affect her husband's business interests." [Los Angeles Times, 10/29/10]

> **Walters' Campaign Strategist Claimed She Consulted With Lawyers About What Bills She Should Abstain From Voting On, But Could Not Provide Any Examples.** "Mimi Walters declined to speak with The Times but said in a radio appearance this month that 'whenever there has been any sort of slightest conflict, I've always recused myself.' Her campaign strategist, Dave Gilliard, said Walters has consulted with legislative lawyers about what bills she should abstain from voting on and has followed their advice. Gilliard could not identify any bills on which Walters abstained because of a conflict." [Los Angeles Times, 10/29/10]

**2010: Walters Voted Against An $811 Million Cut In The Prison Health Care Budget, Which Could Have Affected Her Husband's Medical Services Company That Had A Contract With The State's Prison System.** "David Walters is the president and largest shareholder of a medical services firm whose subsidiary was paid more than $34 million in the last four fiscal years by the state's prison system. … This year, she voted against an $811-million cut in the prison healthcare budget, the largest cutback in a package of spending reductions that lawmakers approved through AB2 x8. Gilliard said Walters' vote reflected her concern that reducing prison spending would result in a court-ordered early release of criminals." [Los Angeles Times, 10/29/10]

**As Assemblywoman And State Senator, Walters Voted Against Legislation Requiring More Disclosure Of State Contracts.** "As an assemblywoman and then as a state senator, Walters has also voted against legislation requiring more disclosure of state contracts (AB 2603 in 2008 and AB 983 in 2007) and against giving contract bid preferences to small businesses and those that hire California workers (SB 1108 and SB 967 in 2010). None of the bills became law." [Los Angeles Times, 10/29/10]

## As State Senator, Walters Voted Against A Bill That Would Shield Homeowners Who Defaulted On Loans From Lenders Collecting On The Original Amount Of The Loan

**Walters Voted Against A Bill That Would Shield Homeowners Who Defaulted On Loans From Mortgage Lenders…**

**2010: Walters Voted Against A Bill In The State Senate That Would Shield Homeowners Who Defaulted On Loans From Lenders Collecting On The Original Amount Of The Loan.** "For the first time, the debate is spilling into the realm of law making, with state legislators in California considering a bill that would redefine the obligations of many defaulting homeowners. The efforts to shape the bill demonstrate how much is at stake — in California and the many other states with distressed real estate markets. The legislation introduced in the winter by the real estate lobby would have largely shielded foreclosed homeowners from debt collectors. But by the time it passed the state Senate on June 3, the banking lobby had succeeded in scaling it back. Now the bill goes to the state Assembly, where a committee will take it up next week, and bankers intend to continue lobbying. […] The original legislation said borrowers who took cash out of their houses would be shielded as long as they used the money for home improvements. In its current form, the proposed law is not quite so forgiving. The bill that passed the Senate by a lopsided vote of 30 to 4 would protect former homeowners up to the amount of their original loan. For instance, a family that took out a $500,000 mortgage to buy a house and then refinanced and took cash out, swelling their loan to $600,000, would be released from claims on the original sum but remain vulnerable on the $100,000. […] State Senator Mimi Walters, a first-term Republican representing Laguna Niguel, north of San Diego, voted against the measure precisely because it could encourage more defaults. 'I'm very sympathetic to what's going on in the economy and to people that are losing their homes,' said Ms. Walters, a former executive with two Wall Street firms. 'But we have to be careful not to overleverage ourselves and to take responsibility when making investments.'" [New York Times, 6/21/10; SB-1178, introduced 2/18/10]

## …While Reporting Ownership Interest In Two Mortgage Broking Firms

**2010: Walters Reported Mortgage Broking Firm Secured Residential Funding As An Asset Of Ownership Interest Greater Than Ten Percent.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11]

**2010: Walters Reported Owning 10% Or More Of CCN MV, LLC.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11]

> **Walters Described CCN MV As An Advertising Firm On Her Statement Of Economic Interests, But According To Secretary Of State Filings, CCN MV Is A Mortgage Broker.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11; California Secretary of State, Statement of Information, filed 7/13/09]

## Walters: A "Good Politician," Bad Representative

***Significant Findings***

✓ *Walters is a loyal foot soldier for Washington Republicans*

    ✓ *Walters, a Ryan lackey, called him the "perfect person" to serve as speaker.*

    ✓ *Walters voted with her party 96 percent of the time.*

    ✓ *Walters voted with Paul Ryan 96 percent of the time.*

    ✓ *Walters has voted with President Trump's positions 98.4 percent of the time, including against investigating Russian interference in the past election, requiring the release of Trump's tax returns, and against addressing conflicts of interest held by members of his administration.*

    ✓ *Walters dismissed her own constituents as "paid activists" and refused to hold town halls out of fear of being attacked.*

    ✓ *Walters does not live in her own district.*

    ✓ *Walters has been supportive of offshore oil drilling while accepting more than $150k from the oil and gas industry.*

✓ *Walters is bad for California health care.*

    ✓ *Walters voted for the American Health Care Act and said she was "very proud to stand with the president" on AHCA.*

    ✓ *Walters voted 10 times to repeal the Affordable Care Act.*

    ✓ *Walters called the passage of a bill to repeal ACA a "monumental moment."*

    ✓ *Walters spokesperson dismissed complaints concerning the AHCA as coming from people living outside the district, but Walters lived outside of the district.*

✓ *Walters is bad for California immigrants*

    ✓ *Walters praised the Supreme Court's split ruling blocking DAPA as "a win for the American people."*

    ✓ *Walters voted for restarting deportations of undocumented immigrants protected under DACA and DAPA.*

    ✓ *Walters signed a letter asking that HHS and the Treasury Department deny California's application to allow undocumented immigrants to utilize California's healthcare exchange.*

✓ *Walters is bad for California students.*

    ✓ *Students in Walters's district received $87,777,256 in Pell Grants, but she still repeatedly voted to slash Pell Grants.*

✓ *Walters is bad for California's LGBT community.*

    ✓ *After the California Supreme Court ruled the state's same-sex marriage ban was unconstitutional, Walters called the decision a "travesty for family values."*

- ✓ *Walters said she believed marriage should be between a man and woman, and said same-sex couples should not expect the "same rights as those of a married couple"*

- ✓ *Walters is bad for California seniors.*

  - ✓ *Walters voted to voucherize Medicare, which serves 51,000 of her constituents.*

  - ✓ *Walters repeatedly voted to increase out-of-pocket drug costs.*

- ✓ *Walters is bad for California women.*

  - ✓ *Walters repeatedly opposed funding Planned Parenthood.*

  - ✓ *Walters opposed women's access to abortion.*

  - ✓ *Walters opposed bills to ensure equal pay for women.*

  - ✓ *Walters opposed a bill to protect women from discrimination in health insurance.*

- ✓ *Walters is bad for Californians with disabilities.*

  - ✓ *2015: Walters co-sponsored legislation that one advocacy group said "would treat people with disabilities as second-class citizens."*

  - ✓ *6,676 of Walters' constituents relied on Social Security disability insurance, but Walters voted to cut benefits anyway.*

- ✓ *Walters is bad for California workers.*

  - ✓ *Walters: "I don't believe in unions. I believe in private enterprise."*

  - ✓ *Walters criticized legislation that made domestic workers in California eligible for overtime pay, calling the law a "hardship" for people who have to pay those workers.*

  - ✓ *As state senator, Walters opposed paid sick leave because it reduced "California's competitive edge."*

  - ✓ *Walters co-sponsored legislation that would have dealt a "potentially crippling blow" to unions including barring companies from voluntarily recognizing a union.*

  - ✓ *Walters co-sponsored the National Right to Work Act.*

  - ✓ *In congress & the state senate, Walters repeatedly voted against increasing the minimum wage.*

## Walters Was A Loyal Foot Soldier For Paul Ryan

### Walters Said Paul Ryan Would Be The "Perfect Person" To Lead Congress As Speaker, And Upon His Election, Said He Would Return The House To Regular Order

**2015: Walters Said Paul Ryan Was The "Perfect Person" To Lead Congress As Speaker.** BARTIROMO: "Yes, Congresswoman, I mean bringing the party together is really a critical point here. What would you like to see take place and do you think that that person is out there to actually cater to both sides, or all the divisions that are -- that are pretty evident this -- today in -- within -- within the party?" WALTERS: "Listen, I remember what Ronald Reagan used to say. If I could get 80 percent of what I want, then it's a win. And both sides have to give a little bit. I do believe we will find somebody talented to lead us and to unite us if Paul decides he does not want to take on the speakership. But I also really hope he decides that he wants to do this. He would be the right person for this job. And, you know, we've got to do the American people's work. And I think he's the perfect person to lead us. So my

hope is he comes back to Washington, D.C., next week and says, I'm ready to take on speakership jobs." [Fox Sunday Morning Futures, Transcript via Federal News Service, VIDEO 1:18-2:17, 10/11/15]

## Walters Voted With Paul Ryan 96 Percent Of The Time

**Lifetime Average: Walters Voted With Ryan 96 Percent Of The Time.**   [ProPublica, accessed 1/22/18]

| Vote Comparison | | | |
|---|---|---|---|
| Congress | Total Votes | Votes Disagreeing | Percent Agreement |
| 115th | 18 | 0 | 100.0% |
| 114th | 571 | 24 | 96.0% |
| **Lifetime Average** | 576 | 24 | 95.8% |

[ProPublica, accessed 1/22/18]

## Walters Voted Twice To Elect Paul Ryan Speaker Of The House

**2017: Walters Voted To Elect Paul Ryan Speaker Of The House.** In January 2017, Mimi Walters voted for Paul Ryan to be Speaker of the House. Ryan was elected by a vote of 239-189. [Election to the Speaker, Vote #2, 1/3/17; CQ, 1/3/17]

**2015: Walters Voted To Elect Paul Ryan Speaker Of The House.** In October 2015, Mimi Walters voted for Paul Ryan to be Speaker of the House. Paul Ryan received 236 votes, Nancy Pelosi received 184 votes, and Daniel Webster received 9 votes. [Election to the Speaker, Vote #581, 10/29/15]

## In Congress, Mimi Walters Voted With Her Party 96 Percent Of The Time

**Mimi Walters Has Voted With The Republican Party 96 Percent Of The Time.** According to CQ, over her career, Mimi Walters has voted with other members of the Republican Caucus an average of 96% of the time. [CQ Vote Studies, accessed 8/25/17]

| Party Unity | | |
|---|---|---|
| Year | Support | Oppose |
| 2016 | 97% | 3% |
| 2015 | 95% | 5% |
| **Lifetime Average** | 96% | 4% |

[CQ Vote Studies, accessed 8/25/17]

# Walters Has Stood Behind Donald Trump

## Walters Said She Was "Excited" To Be Part Of Trump's Inauguration

**2017: Walters Declined To Criticize Members Of Congress Who Refused To Attend Trump's Inauguration, But Said She Was "Excited" To Be Part Of It.** "Rep. Mimi Walters, R-Irvine, steered clear of criticizing protesters. 'All members can decide for themselves whether to participate in any inaugural events, including the swearing-in ceremony,' Walters said. 'I view the inauguration as a celebration of our democracy and a demonstration of the peaceful transition of power, and I'm excited to be a part of this powerful event.'" [City News Service, 1/18/17]

## Walters Has Voted With Trump's Positions 98.4 Percent Of The Time

**FiveThirtyEight: Walters Voted In Line With Trump's Position 98.4 Percent Of The Time.** [FiveThirtyEight, accessed 1/22/17]

| Walters Voted At Least 10 Times Against Investigating Russian Interference In The 2016 Election |
|---|

- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 375, Vote #290, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]
- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** s[H Res 374, Vote #288, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]
- **Walters Voted To Kill A Procedural Move To Bring Up Bill To Create An Independent Commission To Investigate Russian Interference In The 2016 Election.** [H Res 323, Vote #259, 5/17/17; USA Today, 5/17/17]
- **Walters Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]
- **Walters Voted To Block The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]
- **Walters Voted To Block Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]
- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 156, Vote #115, 3/1/17; Office of the Democratic Leader, 115th Congress Previous Questions, 3/1/17]
- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 123, Vote #93, 2/15/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/15/17]
- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 116, Vote #90, 2/14/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/14/17]
- **Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [HR 33, Vote #26, 1/10/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/10/17]

| Walters Voted At Least 13 Times Against Releasing Trump's Tax Returns |
|---|

- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #392, 7/19/17; CQ Floor Votes, 7/19/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #311, 6/21/17; CQ Floor Votes, 6/21/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]
- **Walters Voted To Require Major Party Candidates For President To Release Three Most Recent Tax Returns.** [HR 305 (HRes 275), Vote #224, 4/26/17; CQ, 4/26/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]
- **Walters Voted To Block Consideration Of Requiring Trump To Disclose His Tax Returns.** [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]
- **Walters Voted To Block Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Is Not A House Privilege.** [Motion, Vote #182, 3/22/17; CQ, 3/22/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]

- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]
- **Walters Voted To Block Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]
- **Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]
- **Walters Voted To Block Consideration Of The Presidential Tax Transparency Act.** [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]

| Walters Voted At Least Four Times Against Addressing Conflicts Of Interest In Trump's Administration |
| --- |

- **Walters Voted To Empower The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** [HRes 280, Vote #229, 4/27/17; CQ, 4/27/17]
- **Walters Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]
- **Walters Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]
- **Walters Voted To Block Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

# Walters Dismissed Her Own Constituents As "Paid" Protesters And Refused To Hold Town Halls Out Of Fear Of Being Attacked

| Walters' Constituents Complained That She And Her Staff Have Not Been Responsive |
| --- |

**February 2017: Walters' Constituents Complained That She And Her Staff Did Not Return Phone Calls Or Respond To Emails.** "About 300 people gathered outside Walters' Irvine office last week in a show of strength – and to complain that she and her staff have not returned phone calls or responded to emails. 'All we get from her is a wall of silence,' said Amie Larsen, an English teacher at Tustin High. 'It is her responsibility as an elected official to represent the people of the 45th district.' The protesters carried signs with such messages as, 'Mimi: Dare to Dissent.' The mood was lively, with occasional chants of, 'No wall! No ban!' But Walters was away in Washington, D.C., and her office door locked. Phone calls went straight to voice mail." [Orange County Register, 2/13/17]

**January 2017: Around 60 People Gathered At Walters' Orange County Office To Try To Meet With Her; Staffers Told Them She Was Not In The Office.** "About 60 people gathered at Congresswoman Mimi Walters' Orange County office on Tuesday afternoon to try and meet the representative and discuss concerns brought about by the recent presidential election. Staffers told them the Republican representative of the 45th District was not in the office on Michelson Drive at about 4 p.m., they pledged to return so they could meet with her." [Orange County Register, 1/24/17]

| Walters Spokeswoman Accused Protestors Of Being "Paid Activists" |
| --- |

**March 2017: Walters Spokeswoman Accused Protesters Demanding She Take A Stand Against The Trump Administration Of Being "Paid Activists."** "About 120 people packed the University Hills community center for the town hall, demanding that Walters take a stand against the new presidential administration. They voiced concerns about health care and environmental and immigration issues, but were united in their frustration with Trump. Because Walters was absent, they took straw polls and wrote down questions for her to be delivered to her

office. Walters didn't attend the event, and her spokeswoman, Abigail Sigler, emailed the following statement to the Register six hours before the meeting to explain why Walters declined the invitation: 'Congresswoman Walters is in Orange County this week meeting with the people she represents. She firmly believes that meeting and listening to her constituents is the best (way to) represent them and advocate for them in Washington. She will not allow a small, vocal group of paid activists distract her from this fundamental responsibility. As she always has, she welcomes anyone with comments or concerns to contact her office.' Sigler didn't return the Register's phone calls requesting evidence that attendees at Wednesday's meeting were paid." [Orange County Register, 3/1/17]

**HEADLINE: "'Paid' Activism Claim By Walters Staffer Upsets Constituents"** [Orange County Register, 3/1/17]

---

**Walters Said She Wouldn't Hold Town Halls Because It Puts Herself "In A Position To Be Attacked" Verbally**

---

**2017: Walters Said She Wouldn't Hold Town Halls Because "The Rhetoric Has Become So Vulgar, I'm Not Going To Put Myself In A Position To Be Attacked."** "That said, Ms. Walters has declined to hold town hall meetings in her district, leading critics to stage mock empty-seat town halls to highlight her absence. 'The rhetoric has become so vulgar, I'm not going to put myself in a position to be attacked,' she said." [New York Times, 6/1/17]

---

**Walters Said She Would Not Attend Town Halls Because Footage Of Her Facing Her Angry Constituents Would Be "Use[d] Against Me In The Campaign"**

---

**2017: Walters On Town Halls: "The Whole Goal Is To Try To Get As Much Press As They Can, And Then Try To Get Me To Say Something That They Could Use Against Me In The Campaign."** "Rep. Mimi Walters of California -- whose Orange County district is similar to many Democrats hope will become hyper-competitive in 2018 -- said she sees town halls as political ambushes. 'The whole goal is to try to get as much press as they can, and then try to get me to say something that they could use against me in the campaign,' Walters said in a recent interview on AM 870's 'The Answer.'" [CNN, 4/14/17]

---

## Walters Did Not Live In Her Own Congressional District

---

**Walters Was Registered To Vote In California's 48th Congressional District Represented By Rep. Dana Rohrabacher**

---

**Walters Was Registered To Vote At 159 Dumond Dr., Laguna Beach, CA 92651.** [Votebuilder, accessed 7/18/17]

**U.S. House Of Representatives: Zip Code 92651 Was Represented By U.S. Rep. Dana Rohrabacher.** [House.gov, accessed 7/24/17]



**Orange County Register: "Walters Lived In Rohrabacher's District Rather Than Her Own."** "The district extends from Laguna Beach to Seal Beach and inland to Aliso Viejo and Santa Ana. While Walters lives in Rohrabacher's district rather than her own, district residency is not a requirement." [Orange County Register, 4/6/17]

## Walters Is Good For Offshore Oil & Gas Drillers

**Walters Supported "Critical" Offshore Oil Drilling As "Very Safe" – Even After BP Spill – While Accepting More Than $150,000 From The Oil And Gas Industry**

**Walters Toured An Oil Production Field Located Near The Site Of The 2010 BP Oil Spill And Said Drilling "Is Very Safe Today"**

**2015: After Touring An Oil Production Field Located Near The Site Of The 2010 BP Oil Spill, Walters Said Drilling "Is Very Safe Today, Much Safer Than It Was In The Past."** "The House members — seven Republicans and one Democrat — were flown to a Hess offshore production field about 65 miles off the Louisiana coast. The production field is in the Mississippi Canyon, a deep-water location near the site of the massive BP oil spill in 2010. […] 'I enjoyed learning how we extract oil from the ocean,' said U.S. Rep. Mimi Walters, R-Calif., during the tour of the platform. She said drilling 'is very safe today, much safer than it was in the past.'" [Associated Press, 4/9/15]

**Walters Said That Offshore Energy Projects "Are Critical To American Energy Independence"**

**2015: Walters: "I'm Looking Forward To Experiencing Offshore Energy Production First-Hand […] These Energy Projects Are Critical To American Energy Independence."** "I'm looking forward to experiencing offshore energy production first-hand on the 2015 Offshore Energy Tour this week. These energy projects are critical to American energy independence, job creation, and our national security – and I am eager to explore Hess'

Tubular Bells oil rig in the Gulf of Mexico to see how energy is safely produced offshore." [Rep. Mimi Walters, Press Release, 4/7/15]

**2004: Walters: "I Will Work To Make Sure Our Environment Is Protected And Preserved By Opposing Efforts To Drill For Oil Off Our Coast…"** Q: "What kinds of laws do you support to preserve the environment and quality of life in Orange County?" A: "If elected, I will work to make sure our environment is protected and preserved by opposing efforts to drill for oil off our coast and to ensure that our drinking water is safe from pollution. Our area is one of the most beautiful places in the world, and I will do everything possible to make sure that beauty is preserved." [Orange County Register, 10/28/04]

---

**Walters Has Accepted $157,100 From The Oil And Gas Industry**

**Over The Course Of Her Career In Congress, Walters Has Accepted $157,100 From The Oil And Gas Industry.** [Center for Responsive Politics, accessed 8/2/17]

## Walters Is Bad For California Health Care

**Walters Voted For The American Health Care Act And Said She Was "Very Proud To Stand With The President" On Repeal & Ripoff (AHCA)**

**2017: Walters Voted To Approve The American Health Care Act Out Of Energy And Commerce Committee.** [Committee On Energy And Commerce, Vote #32, 3/8/17; CQ Committee Coverage, 3/8/17]

**2017: Walters Called AHCA A "Rare Opportunity" To Provide Americans Access To Low Cost Health Care "They Deserve."** "Walters voted for the measure in committee and was the sole Orange County Republican member of Congress to offer unequivocal support. 'The AHCA is a rare opportunity to provide Americans access to the low cost, high quality, patient-centered health care that they deserve,' Walters said before the measure was set aside. 'This bill will lead to lower premiums, greater choice in coverage options and large reductions in the federal deficit.'" [Orange County Register, 4/5/17]

**2017: Walters Reportedly Said "Let The Games Begin" At The Beginning Of The Energy And Commerce Committee's Markup Session Of The AHCA.** "OH as members shuffle in for E&C's mark up of health care bill: Mimi Walters (R-CA) shaking someone's hand and saying 'Let the games  begin'" [Tierney Sneed, Twitter, 3/8/17]

**2017: Walters Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Walters voted for "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

**2017: Walters On AHCA: "I Was Very Proud To Stand With The President Because That Piece Of Legislation Is Going To Provide Relief To Millions Of Americans."** "Representative Mimi Walters, who has represented Orange County since 2015, said she did not regret voting for the Republican health care bill. 'I was

very proud to stand with the president because that piece of legislation is going to provide relief to millions of Americans,' she said." [New York Times, 6/1/17]

**2017: LA Times: Walters "Never Waffled Over Her Support For The GOP Healthcare Bill."** "Walters, unlike Issa and Knight, never waffled over her support for the GOP healthcare bill." [Los Angeles Times, 5/12/17]

**2017: Walters Said ACA Has "Clearly Failed The American People" And Said She Was "Honored" To Pass The AHCA.** "Since I decided to run for Congress, I gave the people of Orange County my word that I would work to ensure all Americans have access to an affordable, patient-centered healthcare system. The Affordable Care Act has clearly failed the American people through unaffordable premiums and deductibles, massive tax burdens on small businesses, and collapsing healthcare exchanges. I am honored to join my colleagues in the House to pass this landmark legislation for the American people." [Rep. Mimi Walters, Facebook, 5/4/17]

---

**Walters Spokesperson Dismissed Complaints Concerning The AHCA As Coming From People Living Outside The District, Even Though Walters Lived Outside Of The District**

---

**2017: Walters Spokesman Said That Complaints To Her Office About The GOP Healthcare Bill Came From People Living Outside The District Who Were Armed With "Wild Misinformation."** "In an interview at her Irvine district office Tuesday, spokesman T.W. Arrighi said that although the volume of calls and emails to the office ahead of the vote was 'heavy,' many of the complaints came from people who live outside the district and were armed with 'wild misinformation' pushed by liberal groups." [Los Angeles Times, 5/12/17]

**Walters Was Registered To Vote At 159 Dumond Dr., Laguna Beach, CA 92651.** [Votebuilder, accessed 7/18/17]

    **U.S. House Of Representatives: Zip Code 92651 Was Represented By U.S. Rep. Dana Rohrabacher.** [House.gov, accessed 7/24/17]

---

**Walters Voted 10 Times To Repeal The Affordable Care Act**

---

- **Voted To Repeal Affordable Care Act.** [HR 596, Vote #58, 2/03/15; CQ Floor Votes, 2/3/15] *NOTE: This was widely publicized as being the 56th vote., and the 4th to completely repeal*
- **Voted Against Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/25/15]
- **Voted For Budget Alternative That Repealed The Affordable Care Act.** [H. Con. Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]
- **Voted For Republican Budget That Repealed The Affordable Care Act.** [H. Con. Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]
- **Voted For Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act.** [S Con Res 11, Vote #183, 4/30/15; Bloomberg, 4/29/15]
- **Voted To Repeal Major Pillars Of Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #568, 10/23/15; Los Angeles Times, 10/23/15]
- **Voted To Repeal The Affordable Care Act.** [HR 3762, Vote #6, 1/6/16; CNN, 1/6/16]
- **Voted To Overturn Obama's Veto Of Bill That Would Repeal The Affordable Care Act.** [HR 3762, Vote #53, 2/2/16; Washington Post, 2/2/16] *Note: Reported as 63rd vote*
- **Voted To Begin Process Of Repealing Affordable Care Act.** [S Con Res 3, Vote #58, 1/13/17; CNN, 1/3/17]
- **Voted To Approve The American Health Care Act Out Of Energy And Commerce Committee.** [Committee On Energy And Commerce, Vote #32, 3/8/17; CQ Committee Coverage, 3/8/17]

**Walters Voted Three Times On Repealing Part**

- **Voted To Repeal Medical Device Tax Under The Affordable Care Act.** [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]
- **Voted To Eliminate Independent Payment Advisory Board.** [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]
- **Did Not Vote On A Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**Walters Called The Passage Of A Bill To Repeal ACA A "Monumental Moment"**

**January 2016: Walters Supported Legislation To Repeal ACA And "Defund" Planned Parenthood, And Called The Bill's Passage In The House A "Monumental Moment."** "The passage of this bill marks a monumental moment for the American people and serves as an important step in holding the President accountable for his costly and ineffective healthcare law. Hard-working Americans have suffered under Obamacare through: higher premiums, cancelled health care plans, and decreased access to care. Unsurprisingly, Obamacare is filled with broken promises, such as 'If you like your doctor, you can keep your doctor' – when in reality, many Americans have lost access to their long-time, trusted family physicians.  Since Obamacare's passage, Congress has been working vigorously to roll back this disastrous law and replace it with common-sense, patient-centered solutions. 2016 marks a new year – and this is just the start of House Republicans' efforts to provide relief to the American people and put forward bold solutions that will help individuals and families achieve the American dream." [Rep. Mimi Walters, Press Release, 1/6/16]

**2015: Walters Supported The Restoring Americans' Healthcare Freedom Reconciliation Act, Which She Said Would Rescind Certain ACA Provisions, Including The Individual Mandate.** "Across my district and throughout California, small businesses and families are hurting from the effects of Obamacare – individuals are facing high premiums, businesses are dealing with costly regulations and federal overreach, and taxpayers are burdened with more excessive federal spending. Today's legislation would rip out the most harmful provisions of Obamacare, including: the Employer Mandate, the Individual mandate, the Medical Device Tax, and the 'Cadillac Tax' among others. Furthermore, it reduces the deficit by $130 billion over 10 years and represents Congress' best chance at getting a bill on the President's desk that will stop this harmful law. I will continue to work with my colleagues to dismantle this ineffective and overly-burdensome law and replace it with common-sense, patient-centered solutions." [Rep. Mimi Walters, Press Release, 10/23/15]

**2016: Walters Voted To Repeal The Affordable Care Act** "The GOP-controlled House of Representatives on Wednesday afternoon passed legislation that would repeal Obamacare, and after more than 60 votes to roll back all or part of the law, the bill dismantle it will finally get to the President's desk." [HR 3762, Vote #6, 1/6/16; CNN, 1/6/16]

**2016: Walters Voted To Overturn Obama's Veto Of A Bill That Would Repeal The Affordable Care Act.** "House Republicans are moving on to a new round of budget fights after failing on Tuesday to overturn President Obama's veto of legislation to repeal Obamacare and defund Planned Parenthood. Republicans were not able to rally the support of two-thirds of the House necessary to overturn the veto, leaving conservatives to turn their attention to a final year of budget fights with the president. The 241-186 vote, appropriately scheduled for Groundhog Day, was the 63rd time the House has voted to overturn all or part of Obama's signature health care law." [HR 3762, Vote #53, 2/2/16; Washington Post, 2/2/16] *Note: Reported as 63rd vote*

## Walters Is Bad For California Immigration

**Walters Praised The Supreme Court's Split Ruling Blocking DAPA As "A Win For The American People"**

**2016: Walters Praised The Supreme Court's Immigration Ruling And Said President Obama's Immigration Actions "Overstep The Bounds Of His Authority."** "Several Orange County political leaders were disappointed by the U.S. Supreme Court's 4-4 split Thursday on President Barack Obama's move to expand the so-called Dream Act to some parents of youths brought to the country illegally. […] Rep. Mimi Walters, R-Irvine, was pleased with the outcome. 'The President cannot write laws; only Congress can write them,' Walter said. 'Today, the Supreme Court affirmed that the President's executive actions on immigration overstep the bounds of his authority and are illegal. It is a win for the Constitution, and that means a win for the American people.'" [City News Service, 6/23/16]

> **New York Times Headline: "Supreme Court Tie Blocks Obama Immigration Plan"** [New York Times, 6/23/16]

> **The Supreme Court Ruling,** *U.S. v Texas,* **Had The Effect Of Blocking President Obama's Deferred Action For Parents Of Americans And Lawful Permanent Residents (DAPA) Order.** "The case, United States v. Texas, No. 15-674, concerned a 2014 executive action by the president to allow as many as five million unauthorized immigrants who were the parents of citizens or of lawful permanent residents to apply for a program that would spare them from deportation and provide them with work permits. The program was called Deferred Action for Parents of Americans and Lawful Permanent Residents, or DAPA." [New York Times, 6/23/16]

> **The Supreme Court Ruling,** *U.S. v Texas,* **Placed In Question The Immigration Status Of As Many As Five Million Undocumented Immigrants.** "The case, United States v. Texas, No. 15-674, concerned a 2014 executive action by the president to allow as many as five million unauthorized immigrants who were the parents of citizens or of lawful permanent residents to apply for a program that would spare them from deportation and provide them with work permits. The program was called Deferred Action for Parents of Americans and Lawful Permanent Residents, or DAPA." [New York Times, 6/23/16]

> **The Supreme Court Decision Was Split Evenly Four To Four.** "The Supreme Court announced on Thursday that it had deadlocked in a case challenging President Obama's immigration plan, effectively ending what Mr. Obama had hoped would become one of his central legacies. The program would have shielded as many as five million undocumented immigrants from deportation and allowed them to legally work in the United States. The 4-4 tie, which left in place an appeals court ruling blocking the plan, amplified the contentious election-year debate over the nation's immigration policy and presidential power." [New York Times, 6/23/16]

---

**Walters Voted For A Bill Restarting Deportations Of Undocumented Immigrants Protected Under DACA And DAPA**

---

**2015: Walters Voted For A Bill Restarting Deportations Of Undocumented Families And DREAMers.** In January 2015, Walters voted for a federal funding bill that defunded President Obama's executive action on immigration and ended a program that halted the deportation of some illegal immigrants who came to the United States as children. "Democrats rallied against the bill, which would fund the Department of Homeland Security (DHS) through September, after Republicans adopted a series of contentious amendments that take aim at facets of Obama's immigration policy. One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits. A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The bill passed 236 to 191. [HR 240, Vote #35, 1/14/15; The Hill, 1/14/15; CQ Floor Votes, 1/14/15]

> **2015: Walters Voted For Amendment To Defund Immigration Executive Order.** On January 14, 2015, Walters voted for an amendment to defund President Obama's executive action on immigration. "One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; The Hill, 1/14/15]

**2015: Walters Voted For An Amendment To End Deferred Action For Childhood Arrivals.** On January 24, 2015, Walters voted for an amendment to the Department of Homeland Security funding bill that would end a program to suspend the deportation of DREAMers. "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; The Hill 1/14/15]

> **Walters Signed A Letter Asking That HHS And The Treasury Department Deny California's Application To Allow Undocumented Immigrants To Utilize California's Healthcare Exchange**

**2016: Walters Signed A Letter Asking That HHS And The Treasury Department Deny California's Application To Allow Undocumented Immigrants To Utilize California's Healthcare Exchange.** "As Members of California's Congressional Delegation, we write to request that the Department of Health and Human Services and the Department of the Treasury deny California's application to allow illegal immigrants to enroll in healthcare coverage on California's exchange, Covered California." [Letter to Secretaries Burwell and Lew, 6/24/16]

# Walters Is Bad For California Students

> **Students In Walters's District Received $87,777,256 In Pell Grants…**

**2016-2017: California's 45th District Students Were Awarded 21,731 Pell Grants Worth $87,777,256.** [National Association of Independent Colleges & Universities, Federal Student Aid Programs report, 2016-17]

> **…But Walters Still Voted Repeatedly To Slash Pell Grants**

**2015: Walters Voted For FY16 Budget Amendment That Slashed Pell Grants.** In March 2015, Walters voted for a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**2015: Walters Voted For FY16 Republican Budget That Slashed Pell Grants And Altered Medicare.** In March 2015, Walters voted for the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**2015: Walters Voted For Republican Conference Report On Budget For Fiscal Year 2016**. In April 2015, Walters voted for a conference report outlining the Republican Congressional budget for fiscal year 2016 and budget levels for 2017 through 2025. "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3

trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

> **Conference Report Reduced Funding For Pell Grants, Low-Income Housing Assistance Programs, And Food Stamp Program.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

## Walters Is Bad For California's LGBT Community

### After The California Supreme Court Ruled The State's Same-Sex Marriage Ban Was Unconstitutional, Walters Called The Decision A "Travesty For Family Values"

**2008: After The California Supreme Court Ruled That The State's Same-Sex Marriage Was Unconstitutional, Walters Called The Decision A "Travesty For Family Values."** "Today, in response to the California Supreme Court ruling that struck down Proposition 22 on a 4-3 vote, Assemblywoman Mimi Walters called the decision a travesty for family values. 'The Supreme Court today blatantly disregarded the will of Californians to protect the sacred institution of marriage. The Court stated that it could not "find that the retention of the traditional definition of marriage constitutes a compelling state interest,"' Walters said. 'I could not disagree more strongly with the Court's ruling today.  Marriage between a man and a woman is the foundation of our society, and the Court's action is a travesty for family values.' 'Today's decision completely ignores the will of over 60% of California's voters who approved Proposition 22 eight years ago," Walters continued." [Assemblywoman Walters, Press Release, 5/15/08]

> **2008: Walters: "I Pledge To Fight The Supreme Court's Decision To Allow Gay Marriage In California By Working To Ensure The Passage Of The California Marriage Protection Act…"** "The California Marriage Protection Act, an initiative in circulation that has gathered 1.5 million signatures and will appear on the November ballot, will write into the California Constitution that the only marriages recognized in this state are those between one man and one woman. 'I pledge to fight the Supreme Court's decision to allow gay marriage in California by working to ensure the passage of the California Marriage Protection Act this November,' Walters concluded." [Assemblywoman Walters, Press Release, 5/15/08]

### Walters Said She Believed Marriage Should Be Between A Man And Woman, And Said Same-Sex Couples Should Not Expect The "Same Rights As Those Of A Married Couple"

**2004: Walters Said She Believed Marriage Should Be Between A Man And Woman, And Said Same-Sex Couples Should Not Expect The "Same Rights As Those Of A Married Couple."** Q: (presented anonymously) "I am an 18-year-old student, I am involved in extracurricular activities and I am gay. What is your stance on gay rights and same-sex marriages?" [...] Walters: "Marriage should be between a man and woman. 'It's your business. But don't come forward and ask for the same rights as those of a married couple.'" [Sun Post News, 1/30/04]

## Walters Is Bad For California Seniors

### Walters Voted To Voucherize Medicare, Which Serves 51,000 Of Her Constituents

#### 2016: 51,440 Residents Of California's 45th District Received Some Medicare Benefits

**2016: 51,440 Residents Of Walters' District Received Medicare Benefits.** [Centers for Medicare & Medicaid Services, 2016 Congressional District Report]

**Walters Voted For A Republican Budget To Turn Medicare Into A "Voucherlike" Program**

**Walters Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

> **National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies. Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor. Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

> **New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.** "House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

## Walters Voted Repeatedly To Increase Out-Of-Pocket Drug Costs

**2017: Walters Voted Against Consideration Of An Amendment To Lower Out-Of-Pocket Drug Costs For Seniors**

**Walters Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Walters voted against the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

**Walters Voted Nine Times To Reopen The Medicare Donut Hole, Costing Seniors Thousands More In Out-Of-Pocket Prescription Costs**

**Walters Voted Nine Times To Repeal The Affordable Care Act.** [HR 596, Vote #58, 2/3/15; H. Con Res. 27, Vote #141, 3/25/15; H. Con Res. 27, Vote #142, 3/25/15; S Con Res 11, Vote #183, 4/30/15; HR 3762, Vote #568, 10/23/15; HR 3762, Vote #6, 1/6/16; HR 3762, Vote #53, 2/2/16; S Con Res 3, Vote #58, 1/13/17; Committee On Energy And Commerce, Vote #32, 3/8/17]

> **The Affordable Care Act, AKA Obamacare, Would Eventually Close Medicare's Prescription-Drug Program Coverage Gap.** "Over time, Obamacare closes the coverage gap, informally referred to as the donut hole, in Medicare's prescription-drug program (Part D). As originally designed, once Part D beneficiaries reached their (relatively low) deductible, they had to pay 25 percent of their drug costs up to a certain dollar amount; once beneficiaries' drug costs reached that limit, they then had to pay all of their drug costs. Then, if their total out-of-pocket costs reached an even higher level (called the catastrophic coverage limit, which is currently set at $4,750), then they only had to pay 5 percent of drug costs above that limit. By the year 2020, though, there will no longer be a donut hole. From the moment beneficiaries' drug costs reach their deductibles until they reach the catastrophic coverage limit, they will only pay 25 percent of their total drug costs." [National Review, 11/26/13]

## Walters Is Bad For California Women

### Walters Repeatedly Opposed Funding For Planned Parenthood

---

#### Walters Voted 12 Times To Defund Or Attack Planned Parenthood

---

- **Voted To Reverse Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** [HJRes 43, Vote #99, 2/16/17; USA Today, 2/16/17]
- **Voted To Double The Budget For The Select Committee Targeting Planned Parenthood.** [H Res 933, Vote #595, 12/1/16; The Hill, 12/1/16]
- **Voted To Override The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** [HR 3762, Vote #53, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]
- **Voted To Repeal The Affordable Care Act And Defunding Planned Parenthood For One Year.** [HR 3762, Vote #6, 1/06/16; The Hill, 1/6/16]
- **Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** [HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]
- **Voted To Establish Select Committee Targeting Planned Parenthood.** [H Res 461, Vote #538, 10/07/15; CQ Floor Votes, 10/7/15]
- **Voted To Attach Measure To Defund Planned Parenthood To Spending Measure Necessary To Avert Government Shutdown.** [H Con Res 79, Vote #527, 9/30/15; New York Times, 10/1/15]
- **Voted For Bill Making It Easier For States To Defund Planned Parenthood.** [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]
- **Voted Against Motion To Protect Women's Access To Life-Saving Health Services, Including Planned Parenthood.** [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]
- **Voted To Block Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.** [H Res 444, Vote #521, 9/29/15; CQ Floor Votes, 9/29/15]
- **Voted To Defund Planned Parenthood.** [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]
- **Voted Against Preventing Attempt To Defund Planned Parenthood.** [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

---

#### Walters Said The Government Should Not "Continue To Fund" Planned Parenthood

---

**2015: Walters Said The Republicans Want To "Defund" Planned Parenthood, But Added That She Does Not Believe They Would Do It "At The Expense Of Shutting Down The Government."** SIEGEL: "First, Representative Walters, the Republican leadership in Congress seems to want two things - to defund Planned Parenthood and to keep the government open. Are those two objectives possible, and if not, which one's more urgent?" WALTERS: "I believe the Republicans do want to defund Planned Parenthood, but I do not believe at the expense of shutting down the government, and I don't believe we will go down that path." [NPR All Things Considered, 9/18/15]

**2015: Walters Said The Government Should Not "Continue To Fund" Planned Parenthood, But Added That Shutting Down Government Over It Could Set Back The "Pro-Life Movement."** CRUMPTON: "Congresswoman, if we might circle back to what appears to be, for now at least, a vote that would prevent a government shutdown, when the conversation was beginning about this tactic to shut down the government, one of the things the GOP leadership had insisted upon was that there be some way to defund Planned Parenthood. What were your thoughts on that?  And what were the your constituents in your district in California telling you about that?" WALTERS:  "We need to look at Planned Parenthood, in light of -- especially in light of what the videos that have been released.  And there has been concern in our conference that we don't continue to fund Planned Parenthood. And while I support that, the bigger question is, by us shutting down the government on this one particular issue, it was going to end up costing us a lot more money to shut the government down. And many in the pro-life movement believe that taking a stand on defunding Planned Parenthood right now and, you know, costing

the government to shut down, would take the pro-life movement a couple of steps backwards. And so we were trying to be in-line with the pro-life movement, saying, OK, you know what, we want to move forward on this issue, but this is just not the way to do it." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 0:54-2:15, 9/30/15]

**2015: Walters: "We Want To Advance The Cause Of The Pro-Life Movement," But "When You Shut Down The Government, You Are Costing The Taxpayers A Lot Of Money."** CRUMPTON: "And, Congresswoman, you and some of the other lawmakers, especially some on the Republican side who thought that shutting down the government just was not a good idea, that the Republican majority in both the House and Senate might take a hit in the polls and from the electorate if this happened, and most polls indicate the last time this happened that is exactly what the electorate did, can you give us a sense if you believe that your views are being heard? Do you and your colleagues -- are you getting enough respect from the Republican Conference even if you disagree with the majority?" WALTERS: "Oh, absolutely we are. And, you know, we want to advance the cause of the pro-life movement, but there has to be a certain strategy put in place. And when you shut down the government, you are costing the taxpayers a lot of money. You are costing the creation of jobs. And we have to be very careful and very strategic as we move this issue forward." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 2:15-3:13, 9/30/15]

## Walters Opposed Women's Access To Abortion

### 2004: Walters Claimed She Opposed Abortion, Except When A Pregnancy Posed Life-Threatening Risks To The Woman, Or In Cases Of Rape Or Incest

**2004: San Diego Union-Tribune: Walters Opposed Abortion, "Except When A Pregnancy Posed Life-Threatening Risks To The Mother, Or In Cases Of Rape Or Incest."** According to a correction issued by the San Diego Union-Tribune, "A story Thursday about the 73rd Assembly District race reported that Republican candidate Mimi Walters supports abortion rights. In fact, Walters says she opposes abortion except when a pregnancy poses life-threatening risks to the mother or in cases of rape or incest." [San Diego Union-Tribune, 9/18/04]

### Walters Cosponsored Bills That Would Undermine Abortion Access

**2015: Walters Cosponsored The No Taxpayer Funding For Abortion And Abortion Insurance Full Disclosure Act.** "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [Library of Congress, H.R. 7, Co-Sponsored, 1/21/15; Politico, 1/22/15]

**2015: Walters Voted For A Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** In January 2015, Walters voted for, "Passage of the bill that would permanently prohibit the use of federal funds, facilities or staff to provide abortion coverage and services, except in cases of rape or incest and for saving the life of the woman. It also would prohibit individuals and small business from receiving federal subsidies and small businesses from receiving federal subsidies and tax credits under the 2010 health care overhaul to purchase plans that cover abortions." The bill passed by a vote of 242-179. [HR 7, Vote #45, 1/22/15; CQ, 1/22/15]

**Bill Would Give Big Insurance Companies Incentive To Drop Abortion Coverage.** "The bill gives insurers a big incentive to drop abortion coverage from their plans, or risk losing the large pool of consumers who

receive the law's subsidies. Abortion coverage is historically relatively ubiquitous in health plans, so the effect could be far-reaching." [National Journal, 1/28/14]

**2015: On The 42nd Anniversary Of Roe V. Wade, Walters Voiced Support For The No Taxpayer Funding For Abortion Act, Which She Called A "Vital Bill" That Would "Save Lives."** Mr. PITTS. "Madam Speaker, I am pleased to yield 2 minutes to the gentlewoman from California (Mrs. Mimi Walters)." Mrs. MIMI WALTERS of California. "Madam Speaker, I rise today on the 42nd anniversary of the Supreme Court's decision in Roe v. Wade in support of H.R. 7, the No Taxpayer Funding for Abortion Act. This vital bill establishes that no taxpayer funds be used for abortion, including plans that cover abortion under the President's health care law. These restrictions will save lives. According to the research by the Guttmacher Institute, policies that cut taxpayer funds towards abortion will actually prevent 25 percent or more of the abortions that would otherwise take place." [Congressional Record, 114th Congress, 1/22/15; H.R. 7, 114th Congress, Introduced 1/21/15]

---

**2017: Walters Voted To Prohibit Federal Funds From Being Used To Pay For Abortion Services Or Health Insurance Plans That Would Include Abortion Coverage**

---

**2017: Walters Voted To Prohibit Federal Funds From Being Used To Pay For Abortion Services Or Health Insurance Plans That Include Abortion Coverage And Would Ban Multistate Health Plans The Provide Abortion Coverage From State Exchanges.** In January 2017, Walters voted for "passage of the bill that would permanently prohibit federal funds from being used to pay for abortion services or health insurance plans that include abortion coverage. It also would prohibit the District of Columbia from using its own local funds to provide or pay for abortions. Individuals and small businesses also could not receive tax credits under the 2010 health care law related to purchases of health insurance plans that include abortion coverage. The bill would require the Office of Personnel Management to ensure that, starting in 2018, no multistate qualified health plan offered in a state insurance exchange provides coverage that includes abortion. The provisions would not apply to pregnancies resulting from rape or incest, or to situations where the woman would die unless an abortion is performed." The bill passed by a vote of 238-183. [HR 7, Vote #65, 1/24/17; CQ, 1/24/17]

---

**2015: Walters Voted To Restrict A Woman's Right To Choose After 20 Weeks**

---

**2015: Walters Voted To Restrict A Woman's Right To Choose After 20 Weeks, Including Requiring 48-Hour Waiting Period For Rape Survivors.**  In May 2015, Walters voted for "a bill banning abortions after 20 weeks of pregnancy in a party-line vote on Wednesday." According to The Hill, "But the bill did not change a provision that allows victims of incest to receive an abortion only if they are under 18 years old … The new version of the House bill also includes a two-day waiting period for rape victims. Doctors must also ensure that victims have received medical treatment or counseling during that time." [HR 36, Vote #223, 5/13/15; The Hill, 5/13/15; The Hill, 5/11/15]

---

**2015: Walters Voted Against Adding An Exception To Protect The Health Of The Woman To 20-Week Abortion Ban**

---

**2015: Walters Voted Against Adding An Exception To Protect The Health Of The Woman In A 20-Week Abortion Ban Bill.** In May 2015, Walters voted against adding a woman's health exception to a 20-week abortion bill. "U.S. Rep. Julia Brownley's attempt to amend a bill calling for a ban on abortions after 20 weeks of pregnancy was defeated Wednesday, and the House went on to pass the ban. The Westlake Village Democrat's motion and amendment would have added language to the Pain Capable Unborn Child Protection Act that would have permitted abortions after 20 weeks if a woman's health were at risk. It was defeated on a mostly party-line 181-246 vote." [H.R. 36, Vote #222, 5/13/15; Ventura County Star, 5/13/15]

---

**2015: Walters Voted Against Protecting Reproductive Health Choices In The Workplace**

49

**2015: Walters Voted To Repeal A Law That Prohibited Employers From Discriminating Based On An Individual's Reproductive Health Decisions.** In February 2015, Walters voted for: "passage of the joint resolution that would provide for disapproval and repeal of the District of Columbia's Reproductive Health Non-Discrimination Amendment Act of 2014, which prohibits employers from discriminating based on an individual's reproductive health decisions." The bill passed by a vote of 228-192. [HJ Res 43, Vote #194, 4/30/15; CQ Floor Votes, 4/30/15]

---

## Walters Opposed Bills To Ensure Equal Pay For Women

---

**Walters Voted Against The Paycheck Fairness Act And Against A Motion That Would Have Protected "Women's Rights To Equal Wages"**

---

**2015: Walters Voted To Block Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted To Block consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; Congressional Record, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

    **Women In California Made 85.7 Cents For Every Dollar A Man Made.** [National Women's Law Center, accessed 8/16/17]

**2015: Walters Voted To Block Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted To Block consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; Bloomberg, 4/14/15; Congressional Record, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

**2015: Walters Voted Against Motion That Would Have Protected "Women's Rights To Equal Wages," By Excluding Claims Of Employment Discrimination From Bill.** In September 2015, Walters voted against on Democratic motion to recommit with instructions HR 758. "The Democratic Motion to Recommit protects women's right to demand equal wages, by excluding claims of employment discrimination from the underlying bill that raises new obstacles for Americans to seek remedy in the courts." The motion to recommit failed 179 to 239. [HR 758, Vote #500, 9/17/15; Democratic Motion to Recommit, HR 758, 9/17/15]

---

## Walters Opposed A Bill To Protect Women From Discrimination In Health Insurance

---

**Walters Voted Against Consideration Of An Amendment That Prevented Insurance Plans From Charging Women Higher Premiums Than Men**

---

**2017: Walters Voted Against Consideration Of An Amendment That Prevented Insurance Plans From Charging Women Higher Premiums Than Men.** In January 2017, Walters voted against the "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]

## Walters Is Bad For Californians With Disabilities

### 2015: Walters Co-Sponsored Legislation That One Advocacy Group Said "Would Treat People With Disabilities As Second-Class Citizens"

**2015: Walters Co-Sponsored The ADA Education And Reform Act Of 2015, A Bill Creating Numerous Barriers For People with Disabilities Who Seek To Enforce The ADA.** According to the Congress.gov Bill Summary, "The bill prohibits persons from, and subjects violators to a criminal fine, sending demand letters or other pre-suit notifications alleging a violation of ADA public accommodation requirements if the notification does not specify the circumstances under which an individual was actually denied access. The notification must specify: (1) the address of property, (2) the specific ADA sections alleged to have been violated, (3) whether a request for assistance in removing an architectural barrier was made, and (4) whether the barrier was permanent or temporary. The bill also prohibits commencement of civil action based on the failure to remove an architectural barrier to access into an existing public accommodation unless: (1) the aggrieved person has provided to the owners or operators a written notice specific enough to identify the barrier, and (2) the owners or operators fail to provide the person with a written description outlining improvements that will be made to improve the barrier or they fail to remove the barrier or make substantial progress after providing such a description. The Judicial Conference of the United States must develop a model program to promote alternative dispute resolution mechanisms to resolve such claims. The model program should include an expedited method for determining relevant facts related to such barriers and steps to resolve accessibility issues before litigation." [H.R. 3765, 114th Congress, introduced 10/20/15]

> **American Association Of People With Disabilities: Bill Would "Would Treat People With Disabilities As Second-Class Citizens."** "Recently, a series of 'notification' bills have been targeting the Americans with Disabilities Act (ADA) in an attempt to erect more barriers to enforcing the rights of people with disabilities. The latest 'notification' act is HR 3765, also known as the ADA Education and Reform Act of 2016. It is possible that HR 3765 will come up for a vote in the House of Representatives this month so we need your help and immediate action to block this harmful legislation. If this bill is allowed to pass the House it could serve as a starting point for future negative legislation next year and beyond. HR 3765, the ADA Education and Reform Act of 2016, would eliminate the responsibility of businesses to address their obligations under the ADA. This bill would treat people with disabilities as second-class citizens. A summary of the bill can be found here." [American Association of People with Disabilities, 9/7/16]

### 6,676 Of Walters' Constituents Relied On Social Security Disability Insurance

**2016: 6,676 Of Walters' Constituents Relied On Social Security Disability Insurance.** [Social Security Administration, Congressional Statistics, December 2016]

### Walters Voted To Jeopardize Social Security Disability Insurance

**Walters Voted To Jeopardize Social Security By Blocking Reallocation Of Funds To SSDI.** In January 2015, Walters voted for: "Adoption of the resolution that would set the rules for the 114th Congress. The rules would extend many of the rules that for the 113th Congress. Among the rules changes, it would require that the official budget scores of tax and direct spending bills to incorporate so-called 'dynamic scoring,' which factors in the broader, macroeconomic impact of the legislation. It would require all new House members to receive mandatory ethics training within 60 days, require nongovernmental witnesses scheduled to testify before House committees to disclose any contracts or payments that they or the organization they represent have received from foreign governments and create a new point of order against any legislation that would reduce the actuarial balance of Social Security's Old-Age and Survivors Insurance Trust Fund. It also would continue the House's Select Committee on Benghazi." The resolution passed, 234-172. [H Res 5, Vote #6, 1/06/15; Politico, 1/20/15]

> **Eleven Million Recipients Of Disability Benefits (SSDI) Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

**2015: Eleven Million People Received SSDI Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/07/15]

**AARP: Allowing Reallocation Of Funds To Strengthen SSDI Would Protect Retirees Who Might Otherwise "Face An Imminent Reduction In Their Earned Benefits."** "This isn't the first time the disability fund has approached such a deadline. The trustees' 1994 report, for example, projected that the disability fund would deplete its reserves the next year. Back then, Congress reinforced the fund by shifting a slightly larger portion of payroll taxes to it. Currently, the payroll tax totals 12.4 percent of workers' pay, with employers and employees each contributing half. Most of that money, or 10.6 percentage points, goes toward retirement and survivor benefits. The rest, 1.8 percentage points, supports disability benefits. AARP and others support a similar reallocation again. Nancy LeaMond, AARP executive vice president, said in a statement that the new report 'confirms that if the combined resources of the Social Security trust funds are rebalanced, no beneficiary needs to face an imminent reduction in their earned benefits.'" [AARP, 7/28/14]

### Walters Voted For Legislation That Would Result In A Social Security Benefit Cut For Millions Of Disabled Americans

**Walters Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**National Committee To Preserve Social Security & Medicare: House Republicans' Refusal To Allow Reallocation To The Disability Trust Fund Would Result In A 20% Benefit Cut.** "Social Security disability beneficiaries are also targeted by the GOP's refusal to allow a routine and temporary reallocation of part of the 6.2 percent Social Security tax rate to the Disability Insurance Trust Fund.  Instead, Republicans in the House would allow a 20% benefit cut for millions of disabled Americans unless there are broader Social Security benefit cuts or tax increases improving the solvency of the combined trust funds.  This GOP budget also call for the creation of commission to study what Republicans claim are 'structural deficiencies' in Social Security, even though the program has never missed a payment and currently has $2.8 trillion in its trust fund." [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Walters Voted For A House Rules Package Containing A Provision That Would Block Congress From Redirecting Funds To The Social Security Disability Program.** "In the past, Congress has simply shifted revenues from Social Security's larger retirement account to fill holes in the disability fund. But the new House rule throws up a roadblock by creating a point of order against any such bill that does not improve the 'actuarial balance' of the combined funds." [H Res 5, Vote #6, 1/06/15; Politico, 1/20/15]

**Eleven Million Recipients Of Disability Benefits Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

**Eleven Million People Receive Disability Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/07/15]

### Walters Is Bad For California Workers

### Walters: "I Don't Believe In Unions. I Believe In Private Enterprise."

**2004: Walters: "I Don't Believe In Unions. I Believe In Private Enterprise."** "She criticized Wilson for accepting money from government employee unions, who she said might believe they're entitled to payback if he's elected. 'They have not offered to give me any money because they know I won't take it,' she said. 'I don't believe in unions. I believe in private enterprise.'" [Los Angeles Times, 2/23/04]

**2014: Walters Criticized Legislation That Made Domestic Workers In California Eligible For Overtime Pay, Calling The Law A "Hardship" For People Who Have To Pay Those Workers**

**2014: Walters Criticized Legislation That Made Domestic Workers In California Eligible For Overtime Pay, Calling The Law A "Hardship" For People Who Pay Those Workers.** "She also criticized the recently passed Domestic Workers Bill of Rights, which makes nannies, home health-care aides and other domestic workers in California eligible for overtime pay. Workers qualify for overtime if they work more than nine hours in a day or 45 in a week. She said the law would be a 'hardship' for people who pay those workers." [Orange County Register, 1/10/14]

**2014: As State Senator, Walters Opposed Paid Sick Leave Because It Reduced "California's Competitive Edge"**

**2014: Walters Voted Against Legislation That Would Require Paid Sick Leave For Employees In California.** [AB-1522, California State Assembly, chaptered 9/10/14]

**2014: Walters Said The Bill Reduced "California's Competitive Edge To States Who Don't Have This Requirement."** "State Sen. Mimi Walters, R-Laguna Niguel, said AB 1522 won't help California keep or attract businesses and jobs. 'It reduces California's competitive edge to states who don't have this requirement,' Walters said." [Orange County Register, 9/2/14]

**Walters Co-Sponsored Legislation That Would Have Dealt A "Potentially Crippling Blow" To Unions Including Barring Companies From Voluntarily Recognizing A Union**

**2016: Walters Co-Sponsored The Employee Rights Act.** [H.R. 3322, 114th Congress, introduced 7/27/15]

   **Washington Examiner Headline: "GOP Rolls Out Employee Rights Act To Cripple Union Power"** [Washington Examiner, 7/27/15]

   **Washington Examiner: Employee Rights Act Included "Changes That Could Deal A Potentially Crippling Blow To Union Political Power If Adopted."** "Republican lawmakers rolled out plans Monday for the first major reform of federal labor laws in six decades, including changes that could deal a potentially crippling blow to union political power if adopted." [Washington Examiner, 7/27/15]

   **Economic Policy Institute: The Employee Rights Act "Would Strip Workers Of Many Rights Under The National Labor Relations Act."** "Before leaving for recess last week, congressional Republicans introduced a bill that would make it more difficult for workers to form a union and collectively bargain. The misleadingly named Employee Rights Act has been introduced in prior Congresses as well. The legislation would strip workers of many rights under the National Labor Relations Act (NLRA). For example, it would prohibit voluntary employer recognition of a union. (Under existing law, an employer is free to recognize a union and bargain with its workforce when workers show majority support for the union.) The bill also reinstitutes unnecessary delay in the union election process, mandating that parties litigate issues likely to be resolved in the election." [Economic Policy Institute, 5/30/17]

**Walters Co-Sponsored The National Right To Work Act**

**2016: Walters Co-Sponsored The National Right To Work Act.** [H.R. 612, 114th Congress, introduced 1/28/15]

   **CNBC: Opponents Of Right To Work Laws "Say The Laws Are Primarily Meant To Weaken Unions – Which The Proponents Don't Exactly Deny."** "Proponents say right-to-work laws guarantee freedom for employees by making it illegal to force them to pay union dues in order to get or keep a job. Opponents say the

laws are primarily meant to weaken unions—which the proponents don't exactly deny—and workers who benefit from union representation should pay their fair share." [CNBC, 5/29/15]

**Economic Policy Institute: Wages In Right To Work States Were 3.1 Percent Lower Than In Non-Right-To-Work States.** "Wages in RTW states are 3.1 percent lower than those in non-RTW states, after controlling for a full complement of individual demographic and socioeconomic factors as well as state macroeconomic indicators. This translates into RTW being associated with $1,558 lower annual wages for a typical full-time, full-year worker." [Economic Policy Institute, 4/22/15]

**Economic Policy Institute: Right To Work Laws Affect The Wages Of Both Union And Non-Union Workers.** "This paper updates and confirms the findings of Gould and Shierholz (2011). No matter how you slice the data, wages in RTW states are lower, on average, than wages in non-RTW states. As shown in great detail in Gould and Shierholz (2011), these results do not just apply to union members, but to all employees in a state. Where unions are strong, compensation increases even for workers not covered by any union contract, as nonunion employers face competitive pressure to match union standards. Likewise, when unions are weakened by RTW laws, all of a state's workers feel the impact." [Economic Policy Institute, 4/22/15]

## In Congress & The State Senate, Walters Repeatedly Voted Against Increasing The Minimum Wage

**2015: Walters Voted Against A Democratic Budget Plan That Included A Higher Minimum Wage.** In March 2015, Walters voted against the Democratic alternative budget that "proposed more investment in education and infrastructure, new taxes on the wealthiest Americans, and several pet ideas including a higher minimum wage, paid sick leave, expanded early childhood education and a ban on tax breaks for executives unless they increase their employees' wages." The amendment failed 160 to 264. [H Con Res 27, Vote #139, 3/25/15; RealClearPolitics, 3/23/15]

**2014: As State Senator, Walters Voted Against Increasing The Minimum Wage In California.** [SB-935, California State Senate, introduced 2/3/14]

**Mashable: Walters "Staked Out A Position Against Minimum Wage" In The California State Senate.** "During her time as a state senator, Walters has staked out a position against minimum wage, but has gone against the grain of other Republicans when it comes to combatting climate change, where she is viewed as a moderate." [Mashable, 11/12/14]

**2014: Walters Said A Minimum Wage Increase In California Would Kill Jobs And Hurt Small Business.** "Walters said she opposed the minimum-wage increase passed in September for California, where the cost of living is among the highest in the nation. The measure will raise the wage to $9 from $8 in July, and to $10 in 2016. Walters said she thinks the 'job-killing' increase is 'really going to hurt small business." [Orange County Register, 1/10/14]

**2013: As State Senator, Walters Voted Against Increasing The Minimum Wage In California.** [AB-10, California State Assembly, chaptered 9/25/13]

# Personal & Professional History

## Biography

## Birth Date

### May 14, 1962: Walters Was Born In Pasadena, Los Angeles, California

**Walters Was Born May 14, 1962.** "WALTERS, Mimi, a Representative from California; born in Pasadena, Los Angeles County, Calif., May 14, 1962" [Biographical Directory of the United States Congress, accessed 7/18/17]

## Education

### 1984: Walters Graduated From UCLA With A Bachelor Of Arts Degree In Political Science

**1984: Walters Graduated From UCLA With A Bachelor Of Arts Degree In Political Science.** "Mimi graduated from the University of California at Los Angeles in 1984 with a Bachelor of Arts degree in Political Science." [Rep. Mimi Walters, accessed 7/18/17]

## Career

### 1996-Present: Walters Has Served As A City Official, State Legislator And Congressional Representative

The following provides a brief overview of Walters's professional career:

**Political**
- **2015-present: U.S. House of Representatives**
- **2008-2015: California State Senate**
- **2005-2008: California State Assembly**
- **1996-2004: Laguna Niguel City Council**
- **2000: Laguna Niguel Mayor**

[Biographical Directory of the United States Congress, accessed 7/18/17]

### 1988-1995: Walters Worked For A Securities Firm and Wall Street Investment Banking Firm Forced Into Bankruptcy

**Professional**
- **Kidder Peabody & Company**
- **Drexel, Burnham & Lambert; Investment Executive**

[Rep. Mimi Walters, accessed 7/18/17]

**Walters Worked As An Investment Banker From 1988-1995.** [Los Angeles Times, 5/26/10]

**1990: Drexel Burnham Lambert Filed For Bankruptcy After Several Years Of Legal Troubles.** "Drexel Burnham Lambert, the investment bank famous for high-yield or 'junk' bonds, filed for bankruptcy on Feb. 13, 1990 after several years of legal troubles." [CNBC, 2/13/15]

## Criminal Record

### 2016: Lower Merion Police Department In Pennsylvania Cited Walters For A Traffic Violation

**2016: Walters Was Charged With A Traffic Violation By The Lower Merion Police Department In Pennsylvania; Walters Submitted A Guilty Plea And The Case Was Closed.** [Magisterial District Court, Docket Number MJ-38204-TR-0001416-2016, accessed 7/18/17]

### 2012: Orange County Police Cited Walters For Using A Cell Phone While Driving

**2012: Walters Was Charged With Using A Cell Phone While Driving.** According to the Superior Court of Orange County, Walters was charged with violating section 23123(a) of California's vehicle code. [Superior Court of Orange County, Case Number SH892289, accessed 7/18/17]

> **Section 23123(A) Of California Vehicle Code Prohibits Drivers From Using Cell Phones.** "23123.  (a) A person shall not drive a motor vehicle while using a wireless telephone unless that telephone is specifically designed and configured to allow hands-free listening and talking, and is used in that manner while driving." [California Legislative Information, accessed 7/18/17]

### 2007: Orange County Police Cited Walters For Speeding

**2007: Walters Was Charged With Speeding.** According to the Superior Court of Orange County, Walters was charged with violating section 22350 of California's vehicle code. [Superior Court of Orange County, Case Number SH610967, accessed 7/18/17]

> **Section 22350 Of California Vehicle Code Prohibits Driving "At A Speed Greater Than Is Reasonable Or Prudent […] And In No Event At A Speed Which Endangers The Safety Of Persons Or Property."** "22350.  No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property." [California Legislative Information, accessed 7/18/17]

## Judgments Or Liens

**As Of September 2017, Walters Is Not Associated With Any Judgments Or Liens.** [Nexis Comprehensive Person Report, accessed 9/1/17]

## Bankruptcy Filings

**As Of September 2017, Walters Is Not Associated With Any Bankruptcies.** [Nexis Comprehensive Person Report, accessed 9/1/17]

## Political Donations

### Federal

#### Walters Contributed More Than $39,000 To Federal Candidates

According to an FEC individual contribution search, Walters has given $39,795 to federal political candidates.

| Mimi Walters Federal Contributions | | | |
|---|---|---|---|
| **Date** | **Candidate/Committee** | **Party** | **Amount** |
| 1997-2003 | Republican Party of Orange County | R | $13,000 |

| | | | |
|---|---|---|---|
| 1997-2000 | Lincoln Club of Orange County Federal PAC | | $6,000 |
| 2000-2016 | California Republican Party | R | $3,195 |
| 2000 | Darrell Issa (CA-49) | R | $2,750 |
| 07/30/2001 | Tim Hutchinson (Arkansas) | R | $1,000 |
| 01/14/2000 | James Rogan (CA-27) | R | $500 |
| 2000 | Matta Tuchman (CA-46) | R | $1,000 |
| 12/27/1999 | Bill Morrow (CA-50) | R | $1,000 |
| 08/04/2005 | NRSC | R | $1,000 |
| 1998 | Matt Fong (California) | R | $2,000 |
| 2003-2007 | Ed Royce (CA-39) | R | $1,500 |
| 2002 | Beth Rogers (CA-23) | R | $2000 |
| 09/24/2009 | John Sullivan (OK-01) | R | $500 |
| 1997-2003 | Christopher Cox (CA-48) | R | $1,350 |
| 1999-2003 | George W. Bush | R | $1,500 |
| 07/12/2006 | Republican Party of San Diego County | R | $1,000 |
| 05/15/2009 | Teresa Hernandez (CA-32) | R | $500 |
| | | Total | $39,795 |

[FEC, individual contribution, accessed 7/18/17]

## California

## Walters Contributed More Than $227,000 To State-Level Candidates

According to the California Secretary of State, Walters has given $227,276.60 to state-level candidates.

| Mimi Walters State Contributions | | | |
|---|---|---|---|
| Date | Candidate (Office Sought) or Committee | Party | Amount |
| 05/14/2001 | Dick Ackerman (State Senate) | | $125 |
| 09/17/2001 | Pat Bates (State Assembly) | | $1,000 |
| 10/21/2001 | Bill Morrow (State Senate) | | $200 |
| 11/19/2001 | Pat Bates (State Assembly) | | $500 |
| 06/10/2002 | Dick Ackerman (State Senate) | | $100 |
| 03/15/2002 | Pat Bates (State Assembly) | | $150 |
| 02/22/2002 | Bill Jones (Governor) | | $500 |
| 07/25/2002 | Dick Ackerman (Attorney General) | | $1,000 |
| 6/25/2002 | Bill Simon (Governor) | | $1,000 |
| 10/22/2002 | Bill Simon (Governor) | | $1,000 |
| 09/11/2003 | Dick Ackerman (State Senate) | | $100 |
| 10/03/2003 | Rescue California...Recall Gray Davis | | $2,000 |
| 08/10/2004 | California Women's Leadership Association PAC | | $150 |
| 09/19/2009 | California Republican Party  / v8 | | $249 |
| 09/14/2003 | Mimi Walters (State Assembly) | | $1,800 |
| 01/03/2003 | Mimi Walters (State Assembly) | | $5,000 |
| 06/30/2003 | Mimi Walters (State Assembly) | | $95,000 |
| 12/18/2005 | Marie Waldron (State Assembly) | | $3,300 |
| 12/31/2006 | Mimi Walters (State Senate) | | $100,000 |
| 01/13/2009 | Mimi Walters (State Treasurer) | | $3,000 |
| 09/21/2004 | California Republican Party | | $1,000 |
| 08/09/2006 | California Republican Party | | $3,648.55 |
| 09/25/2009 | California Republican Party  / v8 | | $24 |
| 09/25/2009 | California Republican Party  / v8 | | $65 |

| | | | |
|---|---|---|---|
| 06/10/2009 | California Republican Party  / v8 | | $3,000 |
| 09/25/2009 | California Republican Party  / v8 | | $65 |
| 10/01/2013 | California Republican Party | | $100 |
| 03/31/2003 | Friends of Cristi Cristich | | $3,200 |
| | | **Total** | **$227,276.60** |

[California Secretary of State, accessed 4/13/17]

# Personal Finance

**In 2016, Walters had an estimated net worth between $667,007 and $1,629,999.**

**According to Walters's federal personal financial disclosures, her 2016 annual unearned income was between $50,202 and $101,000. Walters also earned $174,000 in salary from the U.S. House of Representatives. Walters's assets totaled between $767,007 and $1,680,000. Walters had between $50,001 and $100,000 in liabilities.**

*NOTE: For detailed descriptions of Walters's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

## Walters's Federal Personal Financial Disclosure Summary

*NOTE: For detailed descriptions of Walters's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

| Walters PFD Toplines | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | Earned Income | Asset Value | | Unearned Income | | Transactions | | Liabilities | |
| | | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX |
| **2016** | N/A | $767,007 | $1,680,000 | $50,202 | $101,000 | $100,001 | $250,000 | $50,001 | $100,000 |
| **2015** | N/A | $881,008 | $1,965,000 | $30,203 | $101,000 | $100,002 | $200,000 | $1,150,003 | $5,350,000 |
| **2014** | $90,500 | $381,007 | $965,000 | $200,002 | $2,000,000 | N/A | N/A | $1,150,003 | $5,350,000 |

[2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17; 2015 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 5/13/16; 2014 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, Amendment, filed 1/5/16]

## Walters's State Personal Financial Disclosure Summary

| Mimi Walters Form 700 Top Lines | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Earned Income | Asset Value | | Gross Income | | Liabilities* | |
| | | MIN | MAX | MIN | MAX | MIN | MAX |
| **2013** | N/A | $856,013 | $8,537,996 | $302,005 | $321,500+ | N/A | N/A |
| **2012** | N/A | $964,015 | $9,631,994 | $501,006 | $512,001+ | N/A | N/A |
| **2011** | N/A | $960,015 | $9,607,996 | $500,005 | $501,502+ | N/A | N/A |
| **2010** | N/A | $3,080,020 | $10,800,000 | $600,006 | $602,501+ | N/A | N/A |
| **2009** | N/A | $2,440,028 | $14,400,000 | $810,009 | $901,505+ | N/A | N/A |

[2013 Mimi Walters Statement of Economic Interests, California Fair Political Practices Commission, filed 3/3/14; 2012 Mimi Walters Statement of Economic Interests, California Fair Political Practices Commission, filed 4/2/13; 2011 Mimi Walters Statement of Economic Interests, California Fair Political Practices Commission, filed 2/29/12; 2010 Mimi Walters Statement of Economic Interests, California Fair Political Practices Commission, filed 3/1/11; 2009 Mimi Walters Statement of Economic Interests, California Fair Political Practices Commission, filed 3/1/10]

*\*Liabilities were not reported in Statements of Economic Interests (Form 700s)*

## 2005-2016: Walters Earned At Least $1,371,375 In Taxpayer Funded Salaries

## 2015-2016: Walters Earned $348,000 In Salary As A Member Of Congress

| Walters Salary, U.S. House | |
|---|---|
| **Year** | **Salary** |
| 2016 | $174,000 |
| 2015 | $174,000 |
| **Total:** | **$348,000** |

[U.S. House of Representatives, accessed 7/19/17]

## 2005-2014: Walters Earned $1,023,375 In Salary As A California State Legislator

| Walters Salary California Legislature | | |
|---|---|---|
| **Office Held** | **Year** | **Salary** |
| State Senator | 2014 | $95,291 |
| State Senator | 2013 | $90,526 |
| State Senator | 2012 | $95,291 |
| State Senator | 2011 | $95,291 |
| State Senator | 2010 | $95,291 |
| State Senator | 2009 | $95,291 |
| Assemblywoman | 2008 | $116,208 |
| Assemblywoman | 2007 | $116,208 |
| Assemblywoman | 2006 | $113,098 |
| Assemblywoman | 2005 | $110,880 |
| | **Total:** | $1,023,375 |

[California Citizens Compensation Commission, accessed 7/19/17]

## 2014-2016: Walters's Net Worth Reportedly Increased By At Least 115 Percent And As Much As 981 Percent

| Walters Yearly Assets Value | | | | |
|---|---|---|---|---|
| **Year** | **Asset Value** | | **Liabilities** | |
| | **MIN** | **MAX** | **MIN** | **MAX** |
| **2016** | $767,007 | $1,680,000 | $50,001 | $100,000 |
| **2015** | $881,008 | $1,965,000 | $1,150,003 | $5,350,000 |
| **2014** | $381,007 | $965,000 | $1,150,003 | $5,350,000 |

[2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17; 2015 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 5/13/16; 2014 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, Amendment, filed 1/5/16]

# Political Career

**This section provides an overview of Walters's political career, from 1996 to 2017.**

## Committees

| U.S. Congress | |
|---|---|
| **Name** | **Years** |
| Energy and Commerce Committee | 2017-2018 |
| Judiciary Committee | 2015-2016 |
| Transportation Committee | 2015-2016 |

[Rep. Mimi Walters, accessed 7/20/17]

| California State Legislature | | |
|---|---|---|
| **Legislative Body** | **Committee** | **Years** |
| State Senate | Public Employment & Retirement | 2011-2014 |
| State Senate | Appropriations | 2009-2014 |
| State Senate | Budget and Fiscal Review | 2014 |
| State Senate | Banking & Financial Institutions | 2011-2013 |
| State Senate | Governmental Organization | 2012 |
| State Senate | Judiciary | 2009-2013 |
| State Senate | Legislative Ethics | 2009-2012 |
| State Senate | Business, Professions and Economic Development | 2009-2011 |
| State Senate | Revenue & Taxation | 2009-2010 |
| State Senate | Elections, Reapportionment, & Constitutional Amendments | 2009 |
| State Assembly | Aging and Long Term Care | 2005-2008 |
| State Assembly | Appropriations | 2005-2008 |
| State Assembly | Banking and Finance | 2007-2008 |
| State Assembly | Revenue and Taxation Code | 2005-2006 |

[Senator Mimi Walters via Wayback Machine, captured 10/24/14;
Senator Mimi Walters via Wayback Machine, captured 8/13/13; Senator Mimi Walters via Wayback Machine,
captured 5/9/12; Senator Mimi Walters via Wayback Machine, captured 10/22/11; Senator Mimi Walters via
Wayback Machine, captured 4/14/09; California State Senate via Wayback Machine, captured 7/22/10;
Assemblywoman Mimi Walters via Wayback Machine, captured 2/28/08; Assemblywoman Mimi Walters via
Wayback Machine, captured 10/1/07; Assemblywoman Mimi Walters via Wayback Machine, captured 9/26/06;
Assemblywoman Mimi Walters via Wayback Machine, captured 11/24/05]

## Caucuses

Walters is a member of, but not limited to, the following caucuses:

| U.S. Congress | |
|---|---|
| **Name** | **Years** |
| Congressional Caucus for Women's Issues | 2017-2018 |

[Rep. Mimi Walters, accessed 1/22/18]

## Campaigns

**Election History**

| Walters Electoral History | | | | |
|---|---|---|---|---|
| Year | Office | Candidates | Results | Walters Margin |
| 2016 | U.S. House (CA-45) | Mimi Walters (R) | 58.6% | +17.2% |
| | | Ron Varasteh (D) | 41.4% | |
| 2014 | U.S. House (CA-45) | Mimi Walters (R) | 65.1% | +30.2% |
| | | Drew Leavens (D) | 34.9% | |
| 2012 | State Senate (CA-37) | Mimi Walters (R) | 57.0% | +14% |
| | | Steve Young (D) | 43.0% | |
| 2010 | State Treasurer | Mimi Walters (R) | 36.2% | -20.3% |
| | | Bill Lockyer (D) | 56.5% | |
| 2008 | State Senate(CA-33) | Mimi Walters (R) | 58.2% | +16.4% |
| | | Gary Pritchard (D) | 41.8% | |
| 2006 | State Assembly (CA-73) | Mimi Walters (R) | 73.4% | +46.8% |
| | | Andrew Favor (L) | 26.6% | |
| 2004 | State Assembly (CA-73) | Mimi Walters (R) | 53.1% | +21.4% |
| | | Kathleen Calzada (D) | 31.7% | |
| 1996 | Laguna Niguel City Council | Mimi Walters | Appointed To Vacant Seat | N/A |

[California Secretary of State, 11/8/16; 11/4/14; 11/6/12; 11/2/10; 11/4/08; 11/7/06; 11/2/04; LA Times, 12/19/96]

## 2014: Walters Ran For Congress

**Campaign Finance Expert Said Walters Was Tied To Big Corporate Donors, And Had The Fundraising Profile Of Someone Who Had Already Spent Time In Washington**

**2014: Campaign Finance Expert At The Center For Responsive Politics Said Walters Was Tied To "Big Corporate Donors," And Had The Fundraising Profile Of Somebody Who "Spent Time In Washington."** "By the time Walters breezed to a victory in her House race this month, she'd laid the groundwork for her Washington network. That included getting contributions from House leaders and influential corporate political action committees – and giving nearly 10 percent of her $1.4million in campaign funds to more-needy House candidates. 'It's unusual for a freshman to be giving so much away,' said Russ Choma, a campaign finance expert at the Center for Responsive Politics. 'And it's pretty unusual for a freshman to be so tied into all these big corporate donors. This is the profile of somebody who's already spent time in Washington, of somebody who's already in leadership.'" [Orange County Register, 7/23/15]

## 2012: Walters Ran For Re-Election To The State Senate

**Physical Therapists Providers Network Requested Donors Contribute To Walters In An Effort To Defeat A Bill In Front Of Her Committee**

**2011: Physical Therapists Providers Network Held A Fundraiser Supporting California Republicans And Requested Donors Contribute To Walters In An Effort To Defeat A Bill In Front Of Her Committee.** "The leader of a physical therapists group recently asked members lobbying against a bill in the Legislature to write campaign checks to key committee members ahead of next week's vote - a strategy one good government advocate said reinforces notions of corruption in the statehouse.  Physical Therapists Providers Network President Michael Weinper wrote in an email informing members of an upcoming Senate committee hearing that they can 'help significantly' in the effort to defeat Assembly Bill 783 by attending a June 10 fundraiser the California Physical Therapy Association had scheduled in support of the California Republican Party. 'If you are unable to attend, please consider making a $50-$100 (or more) donation to the CRP or a specific legislator on the invitation, such as Senator Mimi Walters or Bill Emmerson,' Weinper wrote in a message containing the fundraiser invitation.

'Remember: these donations and your attendance at the hearing WILL IMPACT YOUR FUTURE.' Both GOP lawmakers named in the email sit on the Senate Business, Professions and Economic Development Committee, which is scheduled to hear the bill on Monday." [Sacramento Bee, 6/9/11]

## 2010: Walters Ran For State Treasurer

### During Her Run For State Treasurer, Walters Attacked Her Opponent Over The Decades He Spent In Office

**2010: Walters Attacked Her Opponent For State Treasurer Over His Decades-Long Tenure In Office.**
"Walters' lone TV ad pillories Lockyer's decades-long tenure in office; he is a former state attorney general, assemblyman and leader of the state Senate. 'After 37 years in Sacramento … Bill Lockyer is the problem,' the ad says." [Los Angeles Times, 10/29/10]

## 2004: Walters Ran For State Assembly

### Walters Ran For State Assembly After Being Term Limited Out Of City Council

**2004: Walters Ran For State Assembly After Being Termed Out Of The Laguna Niguel City Council.** "The city's two newest council members, Paul Glaab and Gary Capata, are sworn into office replacing councilwomen Mimi Walters and Linda Lindholm who were both termed out after serving on the council for eight years. Councilman Mike Whipple is also sworn into office after being elected in November to serve a second term." [Orange County Register, 12/30/04]

### After Winning The Republican Primary For State Assembly, Walters Said She Was Happy To Be In A Safe District And Said She Would Spend More Time Helping Other Republicans In The General Election

**2004: Walters Said She Was "Happy" To Be In A "Safe Republican District," And Said That She Would Spend More Time Helping Other Republicans In The General.** "Walters said she will not do as much campaigning for the November election since she is competing in a safe GOP district, but wants to spend her time helping other Republican candidates get elected into office. 'I am so happy I am in a safe Republican district,' she said. 'The last 15 months have been really grueling and I am just thrilled with the results. It goes to show that if you work hard you can win. We started really far behind, but we worked hard every day and it paid off." [Orange County Register, 3/11/04]

### Walters Spent Nearly 18 Months Campaigning In The Republican Primary For State Assembly

**Walters Spent Nearly 18 Months Campaigning In The 2004 Republican Primary For State Assembly, And Said She Was "Praying For Rain" On Election Day.** "Laguna Niguel councilwoman Mimi Walters' nearly 18-month effort paid off Tuesday, after taking the Republican seat in the 73rd assembly district race, a safe GOP district that sweeps across southern Orange County and into northern San Diego County. 'I was praying for rain,' Walters said. Tuesday's rain helped her, Walters figured, because she had more hardcore voters who would make certain they made it to the polls and she had done an aggressive absentee chase to secure the district's high percentage of absentee voters." [Orange County Register, 3/4/04]

### Walters Partially Attributed Her Win In The Republican Primary To Her Pursuit Of Absentee Votes

**2004: Walters Partially Attributed Her Win In The Republican Primary To Her Pursuit Of Absentee Votes.** "Tuesday's rain helped her, Walters figured, because she had more hardcore voters who would make certain they made it to the polls and she had done an aggressive absentee chase to secure the district's high percentage of absentee voters. 'My absentee chase had a big impact on the election,' Walters said, adding that her opponents did not take an aggressive approach to securing absentee votes. 'It really paid off." [Orange County Register, 3/4/04]

**Walters Supported Her Primary Opponent In Previous Elections, And Said She "Felt Betrayed" When He Announced He Would Run**

**2004: Walters Said She "Felt Betrayed" When Her Primary Opponent Told Her He Was Running, As She Had Hosted A Fundraiser For Him In A Previous Election.** "As for Walters, she said it's hard not to take Wilson's campaign as a personal affront. The day the supervisor called to inform her that he was running, she posted the invitation to his 2001 fundraiser in her office as a reminder. She hasn't taken it down. 'I felt betrayed. I thought, 'The gloves are off. I'm going to work on this campaign every single day until March 2, 2004." [Los Angeles Times, 2/23/04]

**Walters Received Financial Backing From A PAC Representing California's Plastics Industry**

**Walters Received Backing From A PAC Representing California's Plastics Industry During Her First Run For State Assembly.** "A political action committee representing California's plastics industry recorded eight wins after contributing to a dozen state legislative candidates in the Nov. 2 general election. The Plastics California PAC donated $26,000 in competitive fall campaigns, after making primary election contributions of $24,500 to 16 candidates. 'Our purpose - and it took a lot of effort - was to get the plastics industry in front of people whether victorious or not,' said PAC Chairman Dave Anderson of Valencia, Calif., Western sales director for Berry Plastics Corp.'s container division. Five PAC-backed winners of Assembly seats are freshmen legislators. Democrats Alberto Torrico, Joe Coto and Juan Arambula and Republicans William Emmerson and Mimi Walters will begin two-year terms in December." [Plastics News, 11/8/04]

**Walters Gave Her Campaign A Total Of $165,000 During The Republican Primary**

**Walters Gave Her 2004 State Assembly Campaign A Total Of $165,000 For The Republican Primary.** "Gibson gave his campaign $150,000 and received about $90,000 in contributions. Walters gave her campaign $165,000 and raised $380,000 more in contributions. Wilson gave his campaign $99,500 and raised almost $400,000 more, including more than $46,000 in the week leading up to the election." [San Diego Union-Tribune, 3/4/04]

> **2004: Days Before The Republican Primary, Walters Added $40,000 From A Bank Loan To Her Campaign Account.** "Days before the Republican primary race for the 73rd Assembly District is decided, Mimi Walters has added $40,000 from a bank loan to her campaign coffers, giving her more money to spend before Tuesday than her two opponents." [San Diego Union-Tribune, 2/25/04]

**Walters Said She Would Not Move To Sacramento If Elected To The Assembly, Noting She Believed Good Legislators Spend More Time In Their Districts**

**2003: Walters Said That She Would Not Move To Sacramento If Elected, Noting That She Believed Good Legislators Spend More Time In Their Districts Than The Capitol.** Q: "How do you feel about being away from family?" A: "Family has always come first for me, and my husband and family are very supportive of my candidacy. I'll spend as much time at the Capitol as needed, but I'm not moving to Sacramento ... My philosophy is that good legislators spend more time in their districts listening to voters than in Sacramento ..." [Orange County Register, 11/27/03]

**Walters Announced She Would Run For State Assembly In Late 2002**

**Late 2002: Walters Announced She Would Run For State Assembly In 2004.** "Republican Mimi Walters, 40, a Laguna Niguel city councilwoman, announced plans to run for the Assembly seat late last year. The 73rd District is dominated by Republicans. The primary is in early March 2004." [San Diego Union-Tribune, 3/28/03]

## 1996: Walters Ran For City Council And Lost

### Walters Said That Working On A Local Holiday Parade Led Her To Run For City Council

**2015: Walters Said That Working On A Local Holiday Parade Led Her To Run For City Council.** "8. What motivated you to run for public office? I grew up in Laguna Niguel and when I returned from college, I wanted to get more involved in my community. I got my start working on the local holiday parade after I had my first child, and that experience led me to run for city council. I enjoyed the aspect of meeting people in the community and helping make Orange County a better place to live." [House Republicans, Blog, 5/8/15]

### Walters Had About $40,000 In Debt Remaining From Her City Council Campaign, And The City Had To Amend The Campaign Contribution Ordinance To Give Her More Time To Pay Off The Debt

**1998: Laguna Niguel City Council Voted To Amend The City's Campaign Contribution Ordinance, Allowing Walters More Time To Pay Political Debts.** "Candidates in the 1996 city election will have another year to seek contributions for retiring their campaign debt, under City Council action this week. By voting 4 to 1 to amend the city's campaign contribution ordinance, the council gave Mayor Linda Lindholm and Councilwoman Mimi Krogius Walters another chance to pay off hefty political debts of more than $40,000." [Los Angeles Times, 2/21/98]

> **Walters Had About $40,000 In Debt Remaining From Her 1996 City Council Campaign.** "Two City Council members who both racked up at least $40,000 in bills during the 1996 election campaign may get additional time to raise money to pay off the debts. […] Mayor Linda Lindholm and Councilwoman Mimi Krogius Walters say they both still have about $ 40,000 in debt remaining from their election bids." [Los Angeles Times, 1/28/98]

### Walters Spent About Twice What Was Normally Spent On Laguna Niguel City Council Elections

**1996: Walters Spent About Twice What Was Normally Spent On Laguna Niguel City Council Elections.** "In Laguna Niguel, business executive Mimi Krogius Walters has surprised locals by spending $ 40,000--about twice what others have spent in past elections--in hopes of winning one of three open council seats." [Los Angeles Times, 11/3/96]

### Walters Bought Ad Time At A Local Theater During Her City Council Campaign

**1996: Walters Bought Ad Time At A Local Movie Theater For City Council Campaign.** "Laguna Niguel council candidate Mimi Krogius Walters doesn't hang with Sly, Bruce or Arnold, but every day she shares space on the silver screen with Hollywood's biggest stars at a local Edwards theater. Walters bought advertising time at the mega-chain's five-screen complex off Crown Valley Parkway, where a slide bearing her picture and campaign slogan flashes several times between movie showings." [Los Angeles Times, 10/20/96]

# Legislative Timeline

## 2015-2017: U.S. House of Representatives

### 2017: Walters Was Named As One Of The NRCC Deputy Chairs

**January 2017: Walters Was Named As One Of The Deputy Chairs At The NRCC.** "Stivers named California Congresswoman Mimi Walters and Minnesota Congressman Tom Emmer as deputy chairs. Walters will focus on the organization's current operations, while Emmer will concentrate on the organization's future operations." [NRCC, Press Release, 1/12/17]

**Walters Referred To Her Congressional Pin As An "Expensive Piece Jewelry"**

**2015: Walters Called Her Congressional Pin "The Most Expensive Piece Of Jewelry I Own."** "A former mayor of Laguna Niguel, Calif., and a state legislator, Ms. Walters arrived in Congress from California's 45th District ready to learn. One of the best tips so far came from Representative Susan W. Brooks, Republican of Indiana: Women can wear their congressional pin on a chain as a necklace. Ms. Walters, 52, showed off the pin during an interview, which has been condensed below. 'Listen, this thing took me 18 years to get,' she said, referring to her career in elected office, 'and it's the most expensive piece of jewelry I own." [New York Times, 3/2/15]

## 2008-2014: California State Senate

**2009: Walters Was Named Assistant Senate Republican Leader**

**2009: Walters Was Named Assistant Senate Republican Leader.** "Senate Republican Leader Dennis Hollingsworth (R Murrieta) announced today his new selections for roles within his Senate Republican Leadership Team. Effective today, Senator Mimi Walters (R-Laguna Hills) is assuming the duties of the Assistant Senate Republican Leader. Senator Walters is well known for her commonsense fiscal discipline and commitment to governmental reform." [California State Senate Republican Caucus, Press Release via US State News, 2/25/09]

## 2005-2008: California State Assembly

**Walters Served Two Two-Year Terms In The State Assembly**

**Walters Served Two Two-Year Terms In The State Assembly Before Being Elected To The State Senate.** "Congresswoman Mimi Walters represents the 45th Congressional District of California and currently serves on the House Energy and Commerce Committee. She previously served in the California State Senate from 2008-2014, where she represented California's 37th State Senate District.  Prior to serving in the Senate, she served two two-year terms in the State Assembly." [Rep. Mimi Walters, accessed 7/25/17]

## 1996-2004: Laguna Niguel City Council

**Walters Motioned To Cut A Council Meeting Short During Debate Over The Proposed Censure Of Another Councilwoman**

**1998: When A City Council Resolution Was Introduced To Censure A Councilwoman Who Sent Out Campaign Literature On City Letterhead, Walters Motioned To Cut The Meeting Short.** "Debate over the proposed censure of Laguna Niguel Councilwoman Patricia C. Bates was delayed Tuesday, angering two councilmen, who said the former mayor should be admonished for sending out campaign literature under the city letterhead. When the censure item came up about three hours into the council session, Councilwoman Mimi Krogius Walters made a motion to cut the meeting short, allowing the council--and 73rd Assembly District candidate Bates--to go and monitor election returns. Mayor Linda Lindholm and Bates agreed; the censure proposal was delayed to June 16." [Los Angeles Times, 6/5/08]

**1997: Orange County Republican Party Named Walters Local Elected Official Of The Year**

**Orange County Republican Party Named Walters Local Elected Official Of The Year In 1997, And Volunteer Of The Year In 1998.** "Walters was voted to the Laguna Niguel City Council in 1996 where she served as mayor in 2000. She serves as chair of the El Toro Reuse Planning Authority. She was named the Local Elected Official of the Year in 1997 and Volunteer of the Year in 1998 by the Orange County Republican Party. She is the founder of the Conservative Women's Leadership Association." [Orange County Register, 11/27/03]

**Walters Was Appointed To City Council To Finish Out A Term Vacated By A Former Councilman**

**December 1996: Walters Was Appointed To Laguna Niguel City Council To Finish Out The Term Vacated By A Former Councilman.** "The City Council, faced with appointing a new council member or spending $60,000 on a special election, decided to name Mimi Krogius Walters to the council to fill the term vacated by former Councilman Thomas W. Wilson. The council not only avoided the cost but also a delay. A special election to replace Wilson, who was appointed to the Orange County Board of Supervisors just a month after winning reelection, couldn't be held until June 3. 'When I looked at the cost and proximity of a [special] election, I decided against a general election,' said Councilman Mark Goodman. Walters was chosen to finish the four-year term because she received the next highest number of votes behind the three candidates elected last month: Wilson, Goodman and Linda Lindholm." [Los Angeles Times, 12/19/96]

# Ethics

### Significant Findings

✓ *As state senator, Walters reported being gifted a trip to Brazil by a California non-profit—a practice that has been described as a loophole to exert more influence on lawmakers.*

✓ *As a state senator, the Physical Therapists Providers Network held a fundraiser supporting Walters as part of its effort to lobby against a bill; Walters voted against it twice.*

✓ *Walters was cleared of wrongdoing in an ethics probe, but California's ethics commission said her office's activity created the "appearance of a conflict of interest."*

✓ *Walters repeatedly voted on legislation that could enrich her husband's business interests.*

✓ *Staffing firm owned by Walters and her husband was accused of not paying subcontractors. At the same time, she reported over $100,000 in income from the staffing firm, and the firm received a settlement from the state as a result of filing a claim that it was underpaid.*

✓ *Walters received potentially illegal campaign contributions from her congressional chief of staff.*

✓ *Walters continued to pay campaign consultants out of her state accounts months after declaring her candidacy for Congress.*

✓ *Walters said she wouldn't hold town halls because it puts herself "in a position to be attacked."*

✓ *Walters voted to allow people with primarily political functions to sit on the National Security Council*

✓ *Walters voted to limit the power of the OCE and House Ethics in investigating members.*

## Business Practices

### Significant Findings

✓ *California prison system canceled its contract with a staffing firm owned by Walters and her husband after complaints the firm was not paying subcontractors.*

   ✓ *"At least a dozen" subcontractors claimed staffing firms partially owned by Walters and her husband owed them more than $120,000 in back payments for work performed in 2011.*

   ✓ *In 2011, Walters received over $100,000 in income from Monarch Staffing.*

   ✓ *Prison pharmacist who sued the staffing firm ended up winning a $20,000 judgment.*

✓ *Around the same time subcontractors started complaining about not being paid by the Walters' staffing firm, it received a settlement from California's prison agency after filing a claim that it was underpaid.*

✓ *From 2003 to 2012, the California state prison system paid staffing companies co-owned by Walters's husband a total of $77.4 million.*

**Staffing Firm Owned By Walters And Her Husband Was Accused Of Not Paying Subcontractors**

**California Prison System Canceled Its Contract With A Staffing Firm Owned By Walters And Her Husband After Complaints The Firm Was Not Paying Subcontractors**

**2012: California Prison System Canceled Its Contract With A Staffing Firm Co-Owned By Walters' Husband After Complaints The Firm Was Not Paying Subcontractors.** "The California prison system this week canceled its contract with a prison staffing firm co-owned by Sen. Mimi Walters' husband after the state received multiple complaints that the company wasn't paying its subcontractors. In June, the Watchdog, along with the Los Angeles Times, reported that several dentists and pharmacists who subcontract with two companies co-owned by David Walters hadn't been paid for their work in California prisons." [Orange County Register, 11/3/12]

> **Orange County Register Headline: "State Sen. Mimi Walters Tied Up In Back Pay Complaints"** [Orange County Register, 6/26/12]

> **Orange County Register Headline: "Prison Staffing Firms Connected To O.C. Senator Accused Of Not Paying Subcontractors"** [Orange County Register, 6/25/12]

**Around The Same Time Subcontractors Started Complaining About Not Being Paid By The Walters' Staffing Firm, It Received A Settlement From California's Prison Agency After Filing A Claim That It Was Underpaid**

**2012: Firm Owned By Walters' Husband Received A $74,400 Settlement After Filing A Claim That It Was Underpaid And Walters' Office Called The Prisons Agency To Check On The Claim.** "The state paid a $74,400 settlement to a company co-owned by the husband of state Sen. Mimi Walters (R-Laguna Niguel) after her office repeatedly called the prisons agency to check on a claim filed by the firm. The senator's husband, David Walters, co-owns a company that provides pharmacists to the California corrections system. The firm filed a claim with the state last year contending that the business was underpaid for its services." [Los Angeles Times, 5/19/12]

> **HEADLINE: "Firm Co-Owned By Legislator's Husband Gets State Settlement"** [Los Angeles Times, 5/19/12]

**Walters Owned A 20 Percent Stake In Monarch Staffing**

**Orange County Register: "Mimi Walters, By Virtue Of The State's Community Property Law, Has A Community Property Interest In 20 Percent" Of Monarch Staffing.** "Sen. Walters and her husband are owners in a couple of companies that provide pharmacists, dentists and other healthcare professionals to California prisons. David Walters owns 40 percent of Monarch Staffing, Inc., according to an economic disclosure form the senator filed in February 2012. Mimi Walters, by virtue of the state's community property law, has a community property interest in 20 percent of the company." [Orange County Register, 6/25/12]

> **Monarch Staffing Is The Parent Company Of Drug Consultants, Inc. And American Healthcare Recruiting, Which Were Accused Of Not Paying Subcontractors.** "Monarch Staffing is the parent company of Drug Consultants, Inc. and American Healthcare Recruiting, the two firms accused of not paying subcontractors." [Orange County Register, 6/25/12]

**Prison Pharmacist Won A $20,000 Judgment Against Walters's Staffing Firm**

**2013: Prison Pharmacist Larry Dreschler Won A $20,000 Judgment Against American Healthcare Recruiting And Drug Consultants Inc.** "An Orange County pharmacist has won a $20,000 judgment against two companies he said stiffed him on pay for work he did on a state contract while the firms were co-owned by the husband of state Sen. Mimi Walters (R-Irvine). The state labor commissioner found that pharmacist Larry

Drechsler of Orange County had not been paid more than $4,000 that was owed him for services provided to the companies, American Healthcare Recruiting and Drug Consultants Inc. The rest of the award was for interest and penalties. In 2011, when Drechsler did the work in question, the firms were co-owned by David Walters, the senator's husband. The couple said they sold their interest in April 2012. 'I hold them 100% accountable for what was done to me,' Drechsler said. 'It's hideous.'" [Los Angeles Times, 8/22/13]

> **HEADLINE: "Prison Pharmacist Wins Judgment Against Firms Tied To Senator"** [Los Angeles Times, 8/22/13]

**2012: Orange County Pharmacist Larry Drechsler Sued Companies Owned In Part By Mimi Walters And Her Husband In Small Claims Court Over $4,900 He Said He Was Owed.** "Orange County pharmacist Larry Drechsler says companies owned in part by state Sen. Mimi Walters and her husband David owe him $4,900 — and he's got a case in small claims court to provide it." [Orange County Register, 6/25/12]

> **Drechsler Claimed The Companies Previously Offered Him Money To Settle Out Of Court, But The Check Bounced.** "Drechsler wants his money, but says the last time he tried cashing a check from the companies it didn't go so well. Back in March, Drechsler said the companies offered him money to settle out of court, but their check bounced. A stop payment order was issued a short time later, he said. 'There's anger, frustration,' Dreschler says of the situation. 'How can people in power abuse health care professionals, or anybody?'" [Orange County Register, 6/25/12]

> **Drechsler: "To Spend A Month Away From Your Family So You Can Work At A Prison And Then Not Get Paid? It's Bad."** "Larry Drechsler, a pharmacist who said he was owed $4,900 for work he did in 2011, has filed suit in small claims court. 'To spend a month away from your family so you can work at a prison and then not get paid? It's bad,' he said." [Los Angeles Times, 6/23/12]

**"At Least A Dozen" Subcontractors Claimed Staffing Firms Partially Owned By Walters And Her Husband Owed Them More Than $120,000 In Back Payments For Work Performed In 2011**

**2012: LA Times: "At Least A Dozen" Subcontractors Claimed Staffing Firms Partially Owned By Walters And Her Husband Owed Them More Than $120,000 In Back Payments.** "Now at least a dozen subcontractors -- dentists and pharmacists hired by two of David Walters' companies to treat inmates -- say the firms owe them more than $120,000 in back payments. The workers have filed complaints in court and with the state labor commissioner. Some are demanding Sen. Walters step in to make sure they get paid." [Los Angeles Times, 6/23/12]

> **HEADLINE: "Firms Owned By State Sen. Mimi Walters' Spouse Draw Complaints"** [Los Angeles Times, 6/23/12]

**2012: Watchdog At The Orange County Register Said They Talked With A "Handful" Of Subcontractors Who Said The Walters' Staffing Companies Stopped Paying Them For Work They Did In 2011.** "Over the last couple of days, the Watchdog has talked with handful of subcontractors who tell roughly the same story: They went to work for one of the Walters' companies in 2011, were paid regularly for a period and then, suddenly, stopped getting paid." [Orange County Register, 6/25/12]

**2012: San Francisco Dentist Omar Kalincsak Claimed American Healthcare Recruiting, A Subsidiary Of Monarch Staffing, Owed Him $14,050.** "'It's ridiculous,' said Dr. Omar Kalincsak, a San Francisco dentist who says American Healthcare Recruiting owes him $14,050. 'People have to pay their bills. I'm not getting my money and at the end of the month Citibank and American Express still want to get paid. What are you supposed to do? It's a pain in the butt and a nuisance.'" [Orange County Register, 6/25/12]

**2012: Dentist Jon Dickson Said He Stopped Getting Paid By American Healthcare Recruiting After Months Of Regular Payments; Said He Was Owed $6,600.** "That's precisely what Dr. Jon Dickson, a Truckee dentist, described. He said he started working for American Healthcare Recruiting in May 2011 and was paid every two

weeks for months, until October, when he said the money suddenly stopped. Dickson said he quickly got a job with the state in early November, but was still out about $6,600." [Orange County Register, 6/25/12]

> **Dickson Said Monarch Staffing Agreed To Repay Him In $1,000 Increments, But He Only Got One Check For $1,000.** "Earlier this year, he said he traded emails with an official at Monarch Staffing who said the company would try to repay him in $1,000 increments. Dickson said he got one check for $1,000 but hasn't received anymore. He says he's still out $5,600." [Orange County Register, 6/25/12]

**2012: Dentist Jack Luomanen Said American Healthcare Recruiting Owed Him $13,700, Which Said Has "Caused A Huge Problem" In His Life, Forcing Him To Take Money Out Of Savings To Pay Expenses.** "Luomanen said American Healthcare Recruiting owed him $13,700 for care he provided to inmates at Solano State Prison and Central California Women's Facility in November, December and January. 'It's caused a huge problem in my life,' he said. 'I've had to take money out of savings to pay expenses. I've never been treated so poorly in my life.' Luomanen is suing the company in small claims court and said he planned to file a complaint with the state labor commissioner." [Los Angeles Times, 6/23/12]

**2012: Dentist Burton Norris Said American Healthcare Recruiting Owed Him $17,160.** "Burton Norris, a Chula Vista dentist, said he was owed $17,160 for work done through American Healthcare Recruiting. Last month, he wrote a letter to the senator, asking her to intervene for him as she did for her husband. 'I read that you stand for fiscal responsibility on your web site and I do expect you to make sure that your husband's company does the same,' Norris wrote." [Los Angeles Times, 6/23/12]

**2012: Dentist Keith Kawalski Filed A Complaint With California's Division Of Labor Standards Enforcement Over The $16,000 He Was Owed By The Walters' Staffing Companies.** "Dentist Keith Kawalski has filed a complaint with the state Division of Labor Standards Enforcement seeking help in recovering the $16,000 he said he was owed. A formal hearing is pending." [Los Angeles Times, 6/23/12]

---

**Mimi Walters's Attorney Said She Had "No Role Whatsoever" In Monarch Staffing**

---

**2012: Mimi Walters's Attorney Said She Has "No Role Whatsoever" In Monarch Staffing.** "Sen. Walters has referred the letters she received from medical workers to her husband's businesses for response, according to Charles Bell, her attorney. The two firms are wholly owned subsidiaries of Monarch Staffing Inc., in which David Walters has a 40% interest. The issue, Bell said, 'appears to be a private dispute between several individuals and the private company in which Sen. Walters' husband has an interest.' Although the lawmaker has a financial stake in her husband's business by virtue of the state's community property laws, Bell said she has 'no role whatsoever in that company,' and 'no knowledge of the company's handling of this matter.'" [Los Angeles Times, 6/23/12]

---

**From 2003 To 2012, The California State Prison System Paid Staffing Companies Co-Owned By Walters's Husband A Total Of $77.4 Million**

---

**July 2003-February 2012: California State Prison System Paid Staffing Companies Co-Owned By Walters's Husband A Total Of $77.4 Million.** "From July 2003 through last February, the state prison system paid Drug Consultants Inc. $61.8 million, according to records the department provided the Register. The department paid a second company controlled by Walters' husband, American Healthcare Recruiting, $15.6 million over the same period." [Orange County Register, 11/1/12]

---

**2011: Walters Received Over $100,000 In Income From Monarch Staffing**

---

**2011: Walters Reported At Least $100,001 In Income From Monarch Staffing, Inc.** [2011 Mimi Walters Statement of Economic Interests, filed 3/1/12]

**Campaign Finance Violations**

## Walters Received Potentially Illegal Campaign Contributions From Her Congressional Chief Of Staff

**2016: Walters's Chief Of Staff Sam Oh Received $124,752.07 In Compensation From Mimi Walters' Congressional Office.** [Statement of Disbursements of the House, accessed 7/7/17]

**2016: Oh Was Reimbursed A Total Of $4,606 From Walters' Congressional Campaign.** [FEC, 6/30/16; 5/3/16; 4/13/16; 2/22/16]

**Under Federal Law, It Is "Unlawful For An Officer Or Employee Of The United States […] To Make Any Contribution […] To Any Senator Or Representative […] If The Person Receiving Such Contribution Is The Employer Or Employing Authority Of The Person Making The Contribution."** "It shall be unlawful for an officer or employee of the United States or any department or agency thereof, or a person receiving any salary or compensation for services from money derived from the Treasury of the United States, to make any contribution within the meaning of section 301(8) of the Federal Election Campaign Act of 1971 to any other such officer, employee or person or to any Senator or Representative in, or Delegate or Resident Commissioner to, the Congress, if the person receiving such contribution is the employer or employing authority of the person making the contribution. Any person who violates this section shall be fined under this title or imprisoned not more than three years, or both." [18 USC 603, accessed 9/6/17]

## 2016: Walters' Chief of Staff Indicted For Using Taxpayer Dollars for Campaign Purposes

**April 2016: Walters' Chief of Staff, David Bowser, Indicted By The FBI For Using Official-Side Taxpayer Dollars For Campaign Purposes, And Then Trying To Obstruct The Investigation.** "Freshman Rep. Mimi Walters's (R-Calif.) chief of staff has resigned following an indictment from the Justice Department related to his tenure as a top aide to ex-Rep. Paul Broun. Walters's office said David Bowser offered his resignation after the Justice Department charged him Wednesday with eight counts for misusing congressional funds for campaign purposes and obstructing an ethics investigation. The indictment alleges that Bowser hired communications consultant Brett O'Donnell to assist Broun's 2012 reelection and 2014 Senate campaign. At Bowser's direction, the indictment says, Broun's congressional office paid O'Donnell about $44,000. Congressional offices are prohibited from using taxpayer funds for campaign purposes. After the Office of Congressional Ethics began investigating the matter in 2014, the indictment alleges that Bowser tried to obstruct the investigation by stonewalling production of relevant documents and dissuading other witnesses from cooperating." [The Hill, 4/07/16]

**Bowser Resigned From His Position As Chief Of Staff For Walters.** "David Bowser, the top aide to California GOP Rep. Mimi Walters, has resigned following his indictment on federal criminal charges, her office announced Thursday." [Politico, 4/7/16]

**Bowser Was Charged With "Theft Of Government Property, Obstruction, Concealment Of Material Facts, And Five Counts Of Making False Statements, Including To The Office Of Congressional Ethics."** "Bowser, who served as chief of staff for ex-Rep. Paul Broun (R-Ga.), is accused of using official funds to pay for a campaign consultant for Broun. Bowser then reportedly interfered with an ethics probe into the matter, according to federal prosecutors. The longtime Republican staffer was charged Wednesday with theft of government property, obstruction, 'concealment of material facts,' and five counts of making false statements, including to the Office of Congressional Ethics." [Politico, 4/7/16]

**September 2015: Bowser Under Criminal Investigation For Using Taxpayer Dollars For Campaign Purposes, Had Helped Spearhead Illegalities.** "The ethics investigation into former U.S. Rep. Paul Broun has now become a criminal case, with a former consultant pleading guilty to lying to investigators about a scheme for taxpayers to help finance Broun's campaigns. … Broun is described as 'Congressman A' and his then-chief of staff David Bowser is described as 'Person A' in O'Donnell's guilty plea, but the details of the case match up with an Office of Congressional Ethics investigation that names them both. In the plea, Bowser is quoted as

telling O'Donnell that the Office of Congressional Ethics can go 'f—- themselves' and that O'Donnell should falsely maintain that he was a volunteer debate coach for Broun's campaign." [AJC, 9/08/15]

**Atlanta Journal Constitution: "In the plea, Bowser is quoted as telling O'Donnell that the Office of Congressional Ethics can go 'f—- themselves' and that O'Donnell should falsely maintain that he was a volunteer debate coach for Broun's campaign."** [AJC, 9/08/15]

**Bowser's Case Was The First Time Someone Was Charged With Lying To The Office Of Congressional Ethics.** "Bowser and Broun both told investigators and said publicly that O'Donnell worked for Broun from 2012 to 2014 as a consultant for $2,500 per month to help sharpen Broun's communications skills on official mat-ters such as floor speeches, while volunteering for Broun's 2012 House re-election campaign and 2014 Senate bid. The case has marked the first time someone has been charged with lying to the Office of Congressional Ethics, a quasi-independent body that refers cases to the member-run U.S. House Ethics Committee." [AJC, 4/6/16]

**April 2016: Walters' Office: "The Charges Against Him Involve Incidents Alleged To Have Occurred In The Office Of Former Georgia Congressman Paul Broun In 2012-2014, Before Rep. Walters Became A Member Of Congress."** "'David Bowser tendered his resignation on April 6, 2016," Walters' office said in a statement. 'The charges against him involve incidents alleged to have occurred in the office of former Georgia congressman Paul Broun in 2012-2014, before Rep. Walters became a member of Congress."

**According to Legistorm Staff Salary Data, Bowser Worked As A Chief Of Staff For Walters From January 2015 Until April 2016.** [Legistorm, David Bowser, accessed 2/7/18]

---

## Walters Continued To Pay Campaign Consultants Out Of Her State Accounts Months After Declaring Her Candidacy For Congress

### Walters Paid Keena Thomas Communications Out Of Multiple State Accounts For Months After Announcing Her Candidacy For Congress

**Dec 2013-March 2014: Mimi Walters' Officeholder Account Paid Keena Thomas Communications, LLC $3,424.10 For Campaign Consulting.** [California Secretary of State, accessed 5/19/17]

**According To A Campaign Finance Report Covering Jan 1, 2014 To March 17, 2014, Walters' Office Holder Account Paid Off A Debt Of $832.87 With Keena Thomas Communications.** [California Secretary of State, accessed 5/19/17] p. 13

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Walters' Officeholder Account Incurred Debt Of $832.87 With Keena Thomas Communications; Full Balance Left Outstanding At Close Of Period.** [California Secretary of State, accessed 5/19/17] p. 19

**September 6, 2013: Friends of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $1,045.40 For Campaign Consulting.** [California Secretary of State, accessed 5/18/17]

**September 6, 2013: Friends Of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $737.50.** [California Secretary of State, accessed 5/18/17]

**July 31, 2013: Friends of Mimi Walters For Senator Paid Keena Thomas Communications, LLC $125.** [California Secretary of State, accessed 5/18/17]

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Friends Of Mimi Walters For Senator Owed Keena Thomas Communications $125; Debt Paid Off Same Period.** [California Secretary of State, accessed 5/18/17] p.21

**According To A Campaign Finance Report Covering July 1, 2013 To December 31, 2013, Friends Of Walters For Supervisor Owed Keena Thomas Communications $938.34; Debt Paid Off Same Period.** [California Secretary of State, accessed 5/18/17] p. 16

---

**Walters Paid Thomas Communications Group Out Of Her State Accounts Months After Announcing Her Candidacy For Congress**

---

**November 10, 2014: Friends Of Mimi Walters For Senator Paid Thomas Communications Group $309 For Campaign Consulting.** [California Secretary of State, accessed 5/18/17]

**October 6, 2014: Friends Of Mimi Walters For Senator Paid Thomas Communications Group $184.** [California Secretary of State, accessed 5/18/17]

**According To A Campaign Finance Report Covering October 1, 2014 To December 31, 2014, Friends Of Mimi Walters For Senator Had No Unpaid Bills.** [California Secretary of State, accessed 5/18/17] p.3

**April 2014-May 2014: Mimi Walters' Officeholder Account Paid Thomas Communications Group A Total Of $618 For Campaign Consulting And Office Expenses.** [California Secretary of State, accessed 5/19/17]

**According To A Campaign Finance Report Covering March 18, 2014 To May 17, 2014, Walters' Officeholder Account Did Not Owe Thomas Communications Any Money.** [California Secretary of State, accessed 5/19/17] p. 15

---

**Walters' Congressional Campaign Also Paid Both Keena Thomas Communications And Thomas Communications Group For Various Consulting Services**

---

**Aug 2013-Nov 2013: Walters For Congress Spent A Total Of $3,472 On Various Consulting Services From Keena Thomas Communications, LLC.** [FEC, accessed 5/18/17]

**Jan 2014-Dec 2014: Walters For Congress Paid Thomas Communications Group, LLC A Total Of $2,471 For Fundraising Consulting Services.** [FEC, accessed 5/18/17]

---

**Keena Thomas Communications Changed Its Name To Thomas Communications Group In December 2013**

---

**December 2013: Keena Thomas Communications Filed A Certificate Of Amendment Changing Its Name To Thomas Communications Group.** [California Secretary of State, Limited Liability Company Certificate of Amendment, filed 12/18/13]

---

**Kate Keena, Former Partner At Keena Thomas Communications, Has Been Described As A Friend Of Walters' And They Have A Relationship Going Back Decades**

---

**2005: Orange County Register Described Kate Keena As A "Friend" Of Walters'.** "Walters is a list maker, who always starts her day with a plan and a calendar that has been filled weeks in advance, said friend Kate Keena, who worked on her campaign." [Orange County Register, 10/27/05]

**Walters And Kate Keena Helped Found The Conservative Women's Leadership Association In The Early 1990s.** "Walters, Bates and public-relations maven Kate Keena of Mission Viejo founded the Conservative Women's Leadership Association in the early 1990s in an effort to encourage more women to take leadership roles in politics." [Orange County Register, 3/15/04]

**Kate Keena Was A Partner At Keena Thomas Communications LLC Until January 2013.** [Kate Keena, Linkedin, accessed 6/28/17]

**Walters Decided To Run For Congress In Late June Of 2013, After The Incumbent Announced He Would Not Seek Re-Election**

**Late June 2013: Walters Decided To Run For Congress After Rep. John Campbell Announced He Would Not Seek Re-Election.** "But when Orange County Rep. John Campbell, R-Irvine, announced in late June he would not seek re-election in the heavily Republican 45th Congressional District, Walters announced she would run for that seat instead. Ming called all the political jockeying a 'game of musical chairs.'" [Orange County Register, 7/13/13]

> **Spring 2013: Walters Declared Her Candidacy For Supervisor As She Was Term-Limited In The State Senate.** "Ming said he wasn't considering a supervisor run in 2014 until late June. State Sen. Mimi Walters, R-Irvine – another former Laguna Niguel mayor – had declared her candidacy for the 5th District opening this spring as she, too, is termed out of the state Senate." [Orange County Register, 7/13/13]

## Conflicts of Interest

**Walters Was Cleared Of Wrongdoing In A Conflict Of Interest Probe Related To A Staffing Company Co-Owned By Her Husband**

**Walters Was Cleared Of Wrongdoing In An Ethics Probe, But California's Ethics Commission Said Her Office's Activity Created The "Appearance Of A Conflict Of Interest"**

**April 2013: Then-State Sen. Mimi Walters Was Cleared Of Wrongdoing In A Conflict Of Interest Probe.** "Orange County state Sen. Mimi Walters has been cleared of wrongdoing in a conflict-of-interest probe into phone calls made by her office on behalf of a company once co-owned by her husband." [Orange County Register, 4/10/13]

> **Walters: "We Were Just Providing Help To A Constituent, Which My Office Does On A Regular Basis."** "We didn't believe were doing anything wrong. We were just providing help to a constituent, which my office does on a regular basis." [Orange County Register, 4/10/13]

> **California Fair Political Practices Commission Said Her Office's Activity Created The "Appearance Of A Conflict Of Interest," But Her Staffer Did Not Attempt To Influence Decision-Making.** "Last summer, it was revealed that a Walters staffer, D. Everett Rice, had made phone calls to three state agencies inquiring about the status of the claim before the commission's decision. At the time, the senator said her office would have made such calls for any constituent with business before the state, but the revelation prompted an investigation by the state's political watchdog nonetheless. On Tuesday, the Fair Political Practices Commission sent Walters' attorney, Charles H. Bell, a letter saying 'there is insufficient evidence' that Walters did anything wrong. 'Although this activity creates the appearance of a conflict of interest since the claim was with regard to Sen. Walters' husband's company, the contacts by Mr. Rice do not rise to the level of attempting to influence the decisionmaking of the three agencies involved with the processing of the claim,' wrote Galena West, senior commission counsel for the Enforcement Division of the Fair Political Practices Commission. 'All three agencies stated that Mr. Rice only ever asked for a status update and never spoke about the claim itself.'" [Orange County Register, 4/10/13]

> **Fair Political Practices Commission Said "More Care Should Be Taken In The Future To Avoid Such Situations."** "However, even though this was treated as a routine constituent request for help by the Senator's office, the very nature of engaging an agency on an issue with which the Senator has a material financial interest puts her at great risk of crossing the line into participating or influencing a state governmental decision. More care should be taken in the future to avoid such situations." [Orange County Register, 4/10/13]

**Director Of Legislation For The Prison Health Services Division Said Records Of Calls From Walters' Office Raised "Potential Ethical Issues That Needed To Be Reported"**

**2012: Director Of Legislation For The Prison Health Services Division Said Records Of Calls From Walters' Office About Drug Consultants Inc. Raised "Potential Ethical Issues That Needed To Be Reported."** "The staff of the prison healthcare agency documented the calls from Walters' office and notified the senate Rules Committee about them this week. The records 'raised potential ethical issues that needed to be reported to the appropriate authorities,' said Joyce Hayhoe, director of legislation for the prison health services division." [Los Angeles Times, 5/19/12]

**California Fair Political Practices Commission Launched A Probe After Walters' Office Repeatedly Called Prison Officials About The Status Of A Financial Claim Her Husband's Company Filed**

**June 2012: California Ethics Agency Launched A Conflict Of Interest Probe After Her Office Called Prison Officials About The Status Of A Financial Claim Her Husband's Company Filed.** "The state's ethics agency is investigating whether state Sen. Mimi Walters (R-Laguna Niguel) violated conflict-of-interest laws when her office placed phone calls to California prison officials about the status of a financial claim her husband's company had filed. The inquiry was disclosed in a written notice to Walters' attorney by Gary Winuk, chief of enforcement for the state Fair Political Practices Commission. He wrote that his office 'will be pursuing an investigation regarding whether or not Sen. Walters violated the Political Reform Act's conflict-of-interest prohibitions.'" [Los Angeles Times, 6/15/12]

> **February 2012: California Victim Compensation And Government Claims Board Approved $74,400 Payout To Her Husband's Company Following Calls From Walters' Office.** "The California Fair Political Practices Commission launched an investigation in June after it was revealed that one of the senator's aides repeatedly called prison officials in late 2011 and early 2012 to inquire about the status of a financial claim filed by Drug Consultants, Inc., a staffing company co-owned at the time by Walters' husband David. The company, which provided pharmacists to California prisons, filed a claim with the California Victim Compensation and Government Claims Board in 2011, alleging that the state had underpaid for its services. The commission approved a $74,400 payout to the company in February 2012." [Orange County Register, 4/10/13]

> **May 2012: Walters' Chief Of Staff Said She Was Kept Informed About Her Staffer's Efforts.** "Mimi Walters was kept informed about the efforts and does not believe they were improper, said the spokesman, Garth Eisenbeis, who is the senator's chief of staff." [Los Angeles Times, 5/19/12]

> **Walters' Office Reportedly Called Prison Officials Regarding Her Husband's Company "Almost Daily."** "The prison department's health services division raised concerns with the Senate Rules Committee about the almost daily calls from Walters' office." [Los Angeles Times, 6/15/12]

**Walters Said Her Staff Did For Drug Consultants, Inc., What They Would Have Done "For Any Other Small Business"**

**2012: In Response To A Conflict Of Interest Probe, Walters Said Her Staff Did For Drug Consultants, Inc What They Would Have Done "For Any Other Small Business."** "This month, Gary Winuk, chief of enforcement for the Fair Political Practices Commission, notified Walters' attorney that the commission 'will be pursuing an investigation regarding whether or not Senator Walters violated the Political Reform Act's conflict of interest prohibitions.' Walters denies any wrongdoing. 'My staff did for them (Drug Consultants) what they do for any other small business struggling with the state bureaucracy,' said Walters, R-Laguna Niguel. 'No more or no less.'" [Orange County Register, 6/19/12]

> **HEADLINE: "State Officials Investigate O.C. Senator"** [Orange County Register, 6/19/12]

**California Correctional Health Care Services Said The Officials Who Handled The Inquiries From Walters' Office Did Not Know Her Husband Co-Owned The Company**

**2012: Spokeswoman For The California Correctional Health Care Services Said The Officials Who Handled Inquiries From Walters' Office Did Not Know Her Husband Co-Owned The Company.** "Nancy Kincaid, spokeswoman for the California Correctional Health Care Services, said the prison officials who handled the inquiries from the senator's office did not know that the Walters' husband co-owned the company. 'The staff was completely unaware,' Kincaid said. 'They thought the senator's office was calling about a constituent.'" [Orange County Register, 6/19/12]

**Walters Was Chairwoman Of The Senate Ethics Committee While Facing A Conflict Of Interest Probe**

**2012: Walters Was Chairwoman Of The Senate Ethics Committee While Facing A Conflict Of Interest Probe.** "Walters, chairwoman of the Senate Ethics Committee, has denied any wrongdoing. She previously said through a spokesman that her office had provided her husband's company with the same constituent help it would give to any firm having problems with the state bureaucracy." [Los Angeles Times, 6/15/12]

**Walters Repeatedly Voted On Legislation That Could Enrich Her Husband's Business Interests**

**2010: Walters "Has Voted On Numerous Bills That Could Affect Her Husband's Business Interests."** "His GOP challenger, state Sen. Mimi Walters of Laguna Niguel, has voted on numerous bills that could affect her husband's business interests." [Los Angeles Times, 10/29/10]

**Walters' Campaign Strategist Claimed She Consulted With Lawyers About What Bills She Should Abstain From Voting On, But Could Not Provide Any Examples.** "Mimi Walters declined to speak with The Times but said in a radio appearance this month that 'whenever there has been any sort of slightest conflict, I've always recused myself.' Her campaign strategist, Dave Gilliard, said Walters has consulted with legislative lawyers about what bills she should abstain from voting on and has followed their advice. Gilliard could not identify any bills on which Walters abstained because of a conflict." [Los Angeles Times, 10/29/10]

**2010: Walters Voted Against An $811 Million Cut In The Prison Health Care Budget, Which Could Have Affected Her Husband's Medical Services Company That Had A Contract With The State's Prison System.** "David Walters is the president and largest shareholder of a medical services firm whose subsidiary was paid more than $34 million in the last four fiscal years by the state's prison system. … This year, she voted against an $811-million cut in the prison healthcare budget, the largest cutback in a package of spending reductions that lawmakers approved through AB2 x8. Gilliard said Walters' vote reflected her concern that reducing prison spending would result in a court-ordered early release of criminals." [Los Angeles Times, 10/29/10]

**As Assemblywoman And State Senator, Walters Voted Against Legislation Requiring More Disclosure Of State Contracts.** "As an assemblywoman and then as a state senator, Walters has also voted against legislation requiring more disclosure of state contracts (AB 2603 in 2008 and AB 983 in 2007) and against giving contract bid preferences to small businesses and those that hire California workers (SB 1108 and SB 967 in 2010). None of the bills became law." [Los Angeles Times, 10/29/10]

## Pay to Play

**2013: As State Senator, Walters Reported Being Gifted A Trip To Brazil By A California Non-Profit—A Practice That Has Been Described As A Loophole To Exert More Influence On Lawmakers**

**Walters Reported A Gift Worth $12,751.73 From The California Foundation On The Environment And The Economy For A Two Week Long Study Travel Project To Brazil**

**2012: Walters Reported Gifts From The California Foundation On The Environment And The Economy Worth A Total Value Of $13,360.95.** [Statement of Economic Interests, California Fair Political Practices Commission, filed 4/2/13]

**November 2012: Walters Reported A Gift Worth $12,751.73 From The California Foundation On The Environment And The Economy For A Two Week Long Study Travel Project To Brazil.** [Statement of Economic Interests, California Fair Political Practices Commission, filed 4/2/13]

**Executives From Chevron And Pacific Gas & Electric Joined Walters On The Trip; California Foundation On The Environment And The Economy Was Funded By "Major Oil And Utility Companies"**

**Walters Was Joined On The Trip By Four Other Legislators, As Well As Executives From Chevron And Pacific Gas & Electric; Shell Executive Was Scheduled To Attend, But Canceled.** "The group is hosting a two-week trip to Brazil this month, where five state legislators are joined by executives from Chevron and PG&E, as well as labor leaders and environmentalists. Their mission: to learn about Brazil's low carbon fuel standard, its transportation and water infrastructure and a deforestation prevention program 'These are study tours of factories, of public infrastructure projects, private public partnerships, meetings and round tables with high-ranking officials in other countries,' Johnston said. He said the cost of the trip – not yet determined – will be reported as a gift to the lawmakers attending: Republican state Sens. Anthony Cannella of Ceres, Bill Emmerson of Hemet and Mimi Walters of Laguna Niguel, as well as Democratic Sen. Michael Rubio of East Bakersfield and Democratic Assemblyman Steven Bradford of Gardena, who chairs the utilities and commerce committee. […] Editors Note: This story has been updated from print and online versions to reflect updated information from the California Foundation on the Environment and the Economy. Assemblyman Ricardo Lara and a Shell executive were scheduled to attend the group's trip Brazil but both canceled, the organization said." [Sacramento Bee, 11/15/12]

**CFEE Spokesman Said Legislators Went On This Trip To Meet With Government And Business Leaders To Discuss Reducing Pollution.** "The group paid for airfare, hotels, meals and ground transportation, said P.J. Johnston, a spokesman for the nonprofit foundation. The lawmakers were there to meet with government and business leaders in Brazil to discuss reducing pollution, setting low-carbon fuel standards, transportation projects and other issues, Johnston said. 'Brazil provides real-world insight into issues California's decision-makers are grappling with, putting them in a larger perspective and offering lessons learned from a country with a rich history of challenges and successes in these areas,' he said." [Los Angeles Times, 11/22/12]

**Sacramento Bee: CFEE Is Funded By "Major Oil And Utitlity Companies."** "The $12,500-per-person outing, which included a stop at the five-star, beachfront Copacabana Palace hotel in Rio de Janeiro, was booked by a San Francisco travel agency called Rascals in Paradise. It was paid for by CFEE, which is funded by major oil and utility companies." [Sacramento Bee, 7/26/09]

**CFEE Counted Goldman Sachs Among Its Corporate Members.** "CFEE will not disclose how much revenue it receives from each of its more than 30 business and corporate members, from Goldman Sachs to PG&E or the four environmental groups it also counts as members." [Sacramento Bee, 7/26/09]

**A Former California Utilities Official Called Non-Profit Funded Trips A "Perversion Of The System"**

**2009: Former California Utilities Official On Non-Profit Funded Trips: "This Funneling Of Money Through Nonprofits Really Is A Perversion Of The System."** "'This funneling of money through nonprofits really is a perversion of the system,' said Lynch, who said she ultimately chose not to participate in a CFEE-funded overseas trip. 'I think it's terrible government. It undermines transparency and accountability.'" [Sacramento Bee, 7/26/09]

**The Director Of A Watchdog Group Said Non-Profit Funded Trips Are "One Of The Chief Loopholes Companies Use To Exert Too Much Influence On California Policymakers"**

**Executive Director Of Government Watchdog Group Said Non-Profit Funded Trips Are "One Of The Chief Loopholes Companies Use To Exert Too Much Influence On California Policymakers."** "By law, state officials cannot accept gifts from companies worth more than $420 in a year. But when donations are routed through nonprofit organizations, as travel 'reasonably related … to an issue of state, national or international public policy,' the sky is the limit. Many overseas policy tours cost an average of $1,000 a day, per person, including airfare. Individual tabs often exceed $10,000. Costs have climbed, too – from a high of $12,500 per person in 2006 to a high of $16,000 last year. 'This is one of the chief loopholes companies use to exert too much influence on California policymakers,' said Doug Heller, executive director of Consumer Watchdog, a Santa Monica group that monitors state government and has investigated some of the trips." [Sacramento Bee, 7/26/09]

    **Executive Director Of Government Watchdog Group On Non-Profit Funded Trips: "These Are Luxury Vacations Paid For By Special Interests."** "'These are luxury vacations paid for by special interests,' Heller said, adding, 'These trips are very much about managing greenhouse gas emissions in a way that is most profitable for companies – and less effective than is needed.'" [Sacramento Bee, 7/26/09]

**Sacramento Bee Analysis Of Past Trips Showed Only One Or Two Environmentalists Invited Along**

**CFEE Spokesman Said Their Trips Include Environmentalists, But A Sacramento Bee Analysis Of Past Trips Showed Only One Or Two Environmentalists Invited Along.** "But documents obtained by The Bee from the foundation and other sources show just one or two environmentalists are invited on the overseas trips – and all come from groups that support carbon trading. One person counted as an environmentalist by the foundation is Wittenberg herself, the former registry president and also a former vice president of corporate communications at Edison International." [Sacramento Bee, 7/26/09]

**A Former Utilities Official Who Went On A CFEE-Funded Trip Said The Program Lacked Any Substance, And In 2006, CFEE Issued A Memo Advising Travelers Bound For South America To Bring Swimsuits**

**2009: Former Utilities Official Who Went On A CFEE-Funded Trip Said The Program Lacked Any Substance.** "Not all trips play out so well. In Europe on a CFEE trip a decade ago, former PUC Commissioner Carl Wood found himself simply bored. 'Frankly, the program was not very interesting,' he said. 'It was kind of a zero, as far as substance.'" [Sacramento Bee, 7/26/09]

    **2006: CFEE Issued Memo Advising State Travelers Bound For South America To Bring Swimsuits.** "Still other excursions are sumptuous, customized outings that unfold at a more leisurely pace and include business- and first-class flights, stays in luxury hotels and elaborate, industry-sponsored meals and dinners. In 2006, one memo advised state travelers bound for Brazil and Argentina on a climate change and alternative fuels tour to bring swimsuits 'as it is heading into summer in South America and you will have a day off in some cities.' The $12,500-per-person outing, which included a stop at the five-star, beachfront Copacabana Palace hotel in Rio de Janeiro, was booked by a San Francisco travel agency called Rascals in Paradise. It was paid for by CFEE, which is funded by major oil and utility companies." [Sacramento Bee, 7/26/09]

**Asked About Non-Profit Funded Trips, Walters Said She Was "Most Effective Being In Sacramento And Being At Home In The District"**

**2007: Mimi Walters On Taking Non-Profit Funded Trips: "I Believe That Right Now I'm Most Effective Being In Sacramento And Being At Home In The District."** "Another option is not to travel. Assemblywoman Mimi Walters, R-Laguna Niguel, who could recall only one lobbying trip to Washington, D.C. in her legislative career, said she wouldn't have qualms about taking more trips, but thinks there are more important tasks. 'I believe that right now I'm most effective being in Sacramento and being at home in the district,' she said." [Orange County Register, 5/4/07]

**2011: As A State Senator, The Physical Therapists Providers Network Held A Fundraiser Supporting Walters As Part Of Its Effort To Lobby Against A Bill Days Before Walters Voted Against It**

**June 10, 2011: Physical Therapists Providers Network Held A Fundraiser Supporting Mimi Walters And Other California Republicans As Part Of Its Effort To Lobby Against A Bill.** "The leader of a physical therapists group recently asked members lobbying against a bill in the Legislature to write campaign checks to key committee members ahead of next week's vote - a strategy one good government advocate said reinforces notions of corruption in the statehouse. Physical Therapists Providers Network President Michael Weinper wrote in an email informing members of an upcoming Senate committee hearing that they can 'help significantly' in the effort to defeat Assembly Bill 783 by attending a June 10 fundraiser the California Physical Therapy Association had scheduled in support of the California Republican Party. 'If you are unable to attend, please consider making a $50-$100 (or more) donation to the CRP or a specific legislator on the invitation, such as Senator Mimi Walters or Bill Emmerson,' Weinper wrote in a message containing the fundraiser invitation. 'Remember: these donations and your attendance at the hearing WILL IMPACT YOUR FUTURE.' Both GOP lawmakers named in the email sit on the Senate Business, Professions and Economic Development Committee, which is scheduled to hear the bill on Monday." [Sacramento Bee, 6/9/11]

> **HEADLINE: "Physical Therapists Group Urges Members To Fight Bill With Checks To Lawmakers"** [Sacramento Bee, 6/9/11]

> **June 2011: Walters Voted Against AB-783 Twice In Committee.** According to California Legislative Information, Walters voted against AB-783 on June, 13, 2011 and June 27, 2011**.** [AB-783, introduced 2/17/11]

# Accessibility

**Walters Said She Would Not Hold Town Halls Because It Puts Herself "In A Position To Be Attacked"**

**2017: Walters Said She Would Not Hold Town Halls Because "The Rhetoric Has Become So Vulgar, I'm Not Going To Put Myself In A Position To Be Attacked."** "That said, Ms. Walters has declined to hold town hall meetings in her district, leading critics to stage mock empty-seat town halls to highlight her absence. 'The rhetoric has become so vulgar, I'm not going to put myself in a position to be attacked,' she said." [New York Times, 6/1/17]

**2017: Walters On Town Halls: "The Whole Goal Is To Try To Get As Much Press As They Can, And Then Try To Get Me To Say Something That They Could Use Against Me In The Campaign."** "Rep. Mimi Walters of California -- whose Orange County district is similar to many Democrats hope will become hyper-competitive in 2018 -- said she sees town halls as political ambushes. 'The whole goal is to try to get as much press as they can, and then try to get me to say something that they could use against me in the campaign,' Walters said in a recent interview on AM 870's 'The Answer.'" [CNN, 4/14/17]

**February 2017: Asked Twice If She Would Hold A Town Hall, Walters Declined To Answer.** ELEX MICHAELSON: "We've seen protests at town halls across the country. Last week we saw protests outside your office when you didn't hold a town hall. What do you want to see, specifically, in terms of health care reform, and do you plan to hold a town hall to talk about it?" MIMI WALTERS: "Well first of all, our health care system is in a downward spiral, and that's the reason that we've seen historic elections this past November. First of all, what we're going to do is, we're going to make sure that anybody who has a pre-existing condition can keep their health insurance. We're also going to make sure that if parents have children who are under the age of 26 and they are on their policy, they're going to be able to stay on their insurance policy. And finally, those people who are on Medicaid right now, we're going to make sure that those people stay on Medicaid and have coverage, and then we're going to phase them out through the next three or four years so that they're going to be able to purchase their

own policies." ELEX MICHAELSON: "And on the town hall question?" MIMI WALTERS: "On the town hall question, I'm here to serve the constituents of the 45th district. They elected me to come to Washington, D.C. to do the job, and I am focused on representing those constituents." [Elex Michaelson (ABC7 News), Facebook, 2/28/17]

---

**Walters Joked That Not Answering A Question Made Her A "Good Politician."**

---

**2015: Walters Joked That Not Answering A Question Made Her A "Good Politician."** BRZEZINSKI: "First of all, who do you like on the Republican field so far? I know you haven't endorsed anyone yet." WALTERS: "No, I'm still watching." BRZEZINSKI: "A couple of names. (inaudible)" WALTERS: "We have a lot of good -- we have a lot of good candidates, and I'm just sort of watching the process to see how it all works out." BRZEZINSKI: "OK, so there's not -- there's not one, two, three, or four or five, even, that stand out to you?" WALTERS: "No, I'm just watching." BRZEZINSKI: "She's not going there." WALTERS: "I'm a good politician. I'm not going to answer that question." [MSNBC Morning Joe, VIDEO 0:25-0:46, 6/8/15]

---

**Walters's Constituents Complained That She And Her Staff Had Not Been Responsive**

---

**Walters's Constituents Complained That She And Her Staff Have Not Returned Phone Call Or Responded To Emails**

---

**February 2017: Walters's Constituents Complained That She And Her Staff Have Not Returned Phone Calls Or Responded To Emails.** "About 300 people gathered outside Walters' Irvine office last week in a show of strength – and to complain that she and her staff have not returned phone calls or responded to emails. 'All we get from her is a wall of silence,' said Amie Larsen, an English teacher at Tustin High. 'It is her responsibility as an elected official to represent the people of the 45th district.' The protesters carried signs with such messages as, 'Mimi: Dare to Dissent.' The mood was lively, with occasional chants of, 'No wall! No ban!' But Walters was away in Washington, D.C., and her office door locked. Phone calls went straight to voice mail." [Orange County Register, 2/13/17]

---

**When People Gathered At Walters's Orange County Office To Meet With Her, Staffers Told Them She Was Not In The Office**

---

**January 2017: Around 60 People Gathered At Walters's Orange County Office To Try To Meet With Her; Staffers Told Them She Was Not In The Office.** "About 60 people gathered at Congresswoman Mimi Walters' Orange County office on Tuesday afternoon to try and meet the representative and discuss concerns brought about by the recent presidential election. Staffers told them the Republican representative of the 45th District was not in the office on Michelson Drive at about 4 p.m., they pledged to return so they could meet with her." [Orange County Register, 1/24/17]

---

**Upon Election, Walters Said She Would Represent The People Of Orange County To The Best Of Her Ability And Called It A "Lifelong Dream" To Represent The People Of Orange County On A National Level**

**2014: Walters: "I'm Going To Represent The People Of Orange County The Best Of My Ability."** CAMEROTA: "It's always fun to talk to a bright-eyed, rosy-hued newcomer like yourself before Washington squashes your spirit. So you are aware, aren't you, that as you head down there, that Congress has the lowest approval rating ever? I mean I think it's something - it's in the teens. It might even be 13 percent approval rating. So how are you going to tackle that feeling?" WALTERS: "Well, you know, what happens is, your people at home, your constituents, they really love their representatives. And so that I'm going to go is I'm going to go back to Washington, D.C., and I'm going to represent the people of Orange County the best of my ability." [CNN New Day, VIDEO 0:41-1:18, 11/6/14]

**2014: Walters: "Having The Opportunity To Represent The People Of Orange County On A National Level Is A Lifelong Dream."** "Within minutes of Rep. John Campbell's announcement in 2013 that he would not seek re-election, state Sen. Mimi Walters was on the phone with supporters and donors, nimbly re-directing her well-

oiled campaign machine toward the soon-to-open office. 'Congressional seats don't open up often,' said Walters, a Laguna Niguel resident. 'Having the opportunity to represent the people of Orange County on a national level is a lifelong dream.'" [Orange County Register, 5/12/14]

---

## Walters Spokeswoman Said "Disruptions" From A Protest Group Who Wanted Her To Hold A Town Hall Preventer Her From Working For Constituents

**Feb. 2017: Walters Spokeswoman Said "Disruptions" From Members Of A Protest Group Who Wanted Her To Hold A Town Hall Prevented Her From Working For Constituents.** "'Our staff is in the office, working on casework, on behalf of residents of California's 45th District. Members of this protest group have repeatedly harassed the congresswoman's staff and have personally targeted specific staff members. These disruptions prevent us from working for our constituents,' Walters spokeswoman Abigail Sigler said in a statement that was nearly identical to the statement provided to The Times the last time the group visited Walters' office." [Los Angeles Times, 2/7/17]

---

## Walters Spokeswoman Accused Protestors Of Being "Paid Activists"

**March 2017: Walters Spokeswoman Accused Protesters Demanding She Take A Stand Against The Trump Administration Of Being "Paid Activists."** "About 120 people packed the University Hills community center for the town hall, demanding that Walters take a stand against the new presidential administration. They voiced concerns about health care and environmental and immigration issues, but were united in their frustration with Trump. Because Walters was absent, they took straw polls and wrote down questions for her to be delivered to her office. Walters didn't attend the event, and her spokeswoman, Abigail Sigler, emailed the following statement to the Register six hours before the meeting to explain why Walters declined the invitation: 'Congresswoman Walters is in Orange County this week meeting with the people she represents. She firmly believes that meeting and listening to her constituents is the best (way to) represent them and advocate for them in Washington. She will not allow a small, vocal group of paid activists distract her from this fundamental responsibility. As she always has, she welcomes anyone with comments or concerns to contact her office.' Sigler didn't return the Register's phone calls requesting evidence that attendees at Wednesday's meeting were paid." [Orange County Register, 3/1/17]

> **HEADLINE: "'Paid' Activism Claim By Walters Staffer Upsets Constituents"** [Orange County Register, 3/1/17]

# Political Appointees

## Walters Voted To Allow Politicization Of The National Security Council

**2017: Walters Voted To Allow Individuals With Primarily Political Functions To Sit On The National Security Council**

**2017: Walters Voted To Block An Amendment To Prohibit Members Of The Administration Whose Primary Function Is Political From Being Appointed To The National Security Council.** In February 2017, Walters voted for voted for the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 99)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the National Security Act of 1947 to prohibit any individual whose primary responsibility is political in nature from being designated a member of the Council.  Further, the bill expresses the sense of Congress that the Director of National Intelligence or the Chairman of the Joint Chiefs of Staff should not be prevented from attending Principals Committee meetings." A yes vote was a vote to block the amendment. The motion was agreed to by a vote of 225-189. [H.Res 99, Vote #89, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

**Trump Designated Political Advisor Steve Bannon To A Full Seat On The National Security Council**

**January 2017: President Trump Designated Political Advisor Steve Bannon To A Full Seat On The "Principals Committee" Of The National Security Council, Elevating His Informal Rank To The Equivalent Of A Cabinet-Level Secretary.** "The whirlwind first week of Donald J. Trump's presidency had all the bravura hallmarks of a Stephen K. Bannon production. […] But the defining moment for Mr. Bannon came Saturday night in the form of an executive order giving the rumpled right-wing agitator a full seat on the 'principals committee' of the National Security Council — while downgrading the roles of the chairman of the Joint Chiefs of Staff and the director of national intelligence, who will now attend only when the council is considering issues in their direct areas of responsibilities. It is a startling elevation of a political adviser, to a status alongside the secretaries of state and defense, and over the president's top military and intelligence advisers. In theory, the move put Mr. Bannon, a former Navy surface warfare officer, admiral's aide, investment banker, Hollywood producer and Breitbart News firebrand, on the same level as his friend, Michael T. Flynn, the national security adviser, a former Pentagon intelligence chief who was Mr. Trump's top adviser on national security issues before a series of missteps reduced his influence." [New York Times, 1/29/17]

**Former George W. Bush Chief Of Staff Josh Bolten Criticized Bannon's Designation To The NSC, Said The NSC's Actions Should "Not Be Tainted By Any Political Decisions."** "Former White House officials in both parties were shocked by the move. 'The last place you want to put somebody who worries about politics is in a room where they're talking about national security,' said Leon E. Panetta, a former White House chief of staff, defense secretary and C.I.A. director in two Democratic administrations. 'I've never seen that happen, and it shouldn't happen. It's not like he has broad experience in foreign policy and national security issues. He doesn't. His primary role is to control or guide the president's conscience based on his campaign promises. That's not what the National Security Council is supposed to be about.' That opinion was shared by President George W. Bush's last chief of staff, Josh Bolten, who barred Karl Rove, Mr. Bush's political adviser, from N.S.C. meetings. A president's decisions made with those advisers, he told a conference audience in September, 'involve life and death for the people in uniform' and should 'not be tainted by any political decisions.'" [New York Times, 1/29/17]

## Ethics Watchdogs

### 2015: Walters Voted To Limit The Power Of The OCE And House Ethics In Investigating Members

**2015: Walters Voted To Limit Power Of OCE And House Ethics In Investigating Members.** In January 2015, Walters voted for voted for a House Rules package that contained a rules change that would help members under ethics investigations by the Office of Congressional Ethics and House Ethics Committee. "In one of its first actions of the new year, the House of Representatives on Tuesday approved rules changes that could give lawmakers a new defense against ethics investigations. The new language, added Monday night to the sections that establish the House Ethics Committee and the independent Office of Congressional Ethics, says the two bodies 'may not take any action that would deny any person any right or protection provided under the Constitution of the United States.' The language also states that a person subject to a review by the Office of Congressional Ethics 'shall be informed of the right to be represented by counsel and invoking that right should not be held negatively against them.' … 'Clearly (the new language) was put in there to allow members of Congress to restrain certain activities of the ethics committees based on their own interpretation of what the Constitution means,' said Craig Holman of the watchdog group Public Citizen." The resolution passed, 234-172. [H Res 5, Vote #6, 1/06/15; USA Today, 1/6/15]

# Relationships

## Significant Findings

✓ *Walters said Paul Ryan would be the "perfect person" to lead Congress as speaker, and upon his election, said he would return the House to regular order.*

✓ *Walters supported Kevin McCarthy's bid for Speaker, and said it was a "shock" when he dropped out of the Speaker's race*

✓ *When asked if she believed that the Benghazi committee's best function was taking down Hillary Clinton, and whether that was what taxpayers are paying for, Walters said "yes."*

✓ *Darrell Issa endorsed Walters when she ran for state assembly, and she said she wanted to see him elected governor after he helped fund the effort to recall Gray Davis.*

## Paul Ryan

### Walters Said Paul Ryan Would Be The "Perfect Person" To Lead Congress As Speaker, And Upon His Election, Said He Would Return The House To Regular Order

**2015: Walters Said Paul Ryan Would Return The House To Regular Order, Adding "We Need To Get Back To It Being The People's House."** MIMI WALTERS: "Exactly, it is the process, and that has been their biggest complaint this whole time. And I think that that's what ultimately led to them trying to remove Speaker Boehner was they were frustrated with the process. And you know, Speaker Ryan has said that we will return to regular order so everybody can have their bills heard, and every voice can be heard. And it's really-- It's the people's house, and we need to get back to it being the people's house." [Fox Business, VIDEO 2:08-2:34, 11/3/15]

**2015: After Paul Ryan Became House Speaker, Walters Said He Would Be An "Excellent Speaker" And Expressed Confidence That Congress Would Govern Effectively Under His Leadership.** "I'm pleased to welcome Representative Ryan as our new House Speaker. Paul Ryan has a proven record of standing for conservative values, making tough decisions, and working to advance thoughtful, principled legislation that will benefit everyday Americans. Last November, the American people overwhelmingly elected a Republican majority, and I'm confident that under Paul Ryan's leadership, Congress will have the ability to effectively govern and advance America's opportunity economy. I believe he will make an excellent Speaker and I look forward to working with him on behalf of the American people." [Rep. Mimi Walters, Press Release, 10/30/15]

**2015: Walters Said Paul Ryan Was The "Perfect Person" To Lead Congress As Speaker.** BARTIROMO: "Yes, Congresswoman, I mean bringing the party together is really a critical point here. What would you like to see take place and do you think that that person is out there to actually cater to both sides, or all the divisions that are -- that are pretty evident this -- today in -- within -- within the party?" WALTERS: "Listen, I remember what Ronald Reagan used to say. If I could get 80 percent of what I want, then it's a win. And both sides have to give a little bit. I do believe we will find somebody talented to lead us and to unite us if Paul decides he does not want to take on the speakership. But I also really hope he decides that he wants to do this. He would be the right person for this job. And, you know, we've got to do the American people's work. And I think he's the perfect person to lead us. So my hope is he comes back to Washington, D.C., next week and says, I'm ready to take on speakership jobs." [Fox Sunday Morning Futures, Transcript via Federal News Service, VIDEO 1:18-2:17, 10/11/15]

**Kevin McCarthy**

**Walters And Other California Republicans Felt Loyalty To Republican House Majority Leader Kevin McCarthy During The Tax Fight**

**Republican Members Of California's Congressional Delegation Felt Loyalty To Majority Leader And Fellow Californian Kevin McCarthy.** "Issa is the only California Republican member of Congress, as of writing this, to oppose the tax proposal. Others feel a strong loyalty to one of the measure's strongest advocates, House Majority Leader Kevin McCarthy of Bakersfield. There are 14 GOP members in all. Democrats dominate the California delegation with 39. 'We can do better than this' proposal, says Issa, who won reelection by only half a percentage point in 2016. He's considered the most vulnerable among the threatened House members." [Los Angeles Times, 11/13/17]

**California Republicans Have Been "More Supportive Of The House Bill" On Tax Reform.** "In California, another state likely to be hit especially hard by the tax proposals, Republicans have been more supportive of the House bill, a dynamic that lawmakers attribute to the influence of Representative Kevin McCarthy, a California Republican who is the House majority leader." [New York Times, 11/05/17]

**Walters Initially Supported Kevin McCarthy's Bid For Speaker, And Said It Was A "Shock" When He Dropped Out Of The Speaker's Race**

**2015: Walters Said It Was A "Shock" Kevin McCarthy Dropped Out Of The Speaker's Race And Added That She Was "Still Very Supportive" Of McCarthy.** BOLDUAN: "Congresswoman, when we spoke yesterday, you said that you thought Kevin McCarthy, you predicted, was going to get unanimous support. We do not bring that up to poke fun. We bring that up because it shows what a surprise an abrupt departure was when he dropped out yesterday. What happened in your view 1234?" REP. MIMI WALTERS, (R), CALIFORNIA: "Well, I'll tell you, it was a shock to all of us that he decided not to run. I'm still very supportive of Kevin. He has been a great majority leader for us. He's extremely well respected in our conference. I think he did a selfless act by stepping aside. That's a sign of a great leader. Here we are, we're reassessing and we'll see where it takes us." [CNN At This Hour, VIDEO 0:21-1:10, 10/9/15]

**2015: After Kevin McCarthy Ended His Bid For House Speaker, Walters Said She Was "Disappointed," Noting That McCarthy Would've Been A "Terrific Speaker."** "On Thursday, praise turned to lament after McCarthy, R-Bakersfield, abruptly ended his bid for the House's top post. 'I was shocked and disappointed,' said Rep. Mimi Walters, R-Laguna Niguel. 'I have tremendous respect for Kevin. I think he would've made a terrific speaker.' […] Walters attended the Capitol gathering of Republicans, where McCarthy announced his decision. 'He was talking with many members of the conference over the last couple of weeks,' she said. 'Kevin has a lot of experience. He's selfless. And with the challenges that the conference was facing with different members, I think he believed he needed to set aside' his run. Still, she said, 'I think Kevin would have gotten the votes. He's very approachable, very popular in our conference.'" [Orange County Register, 10/8/15]

**2015: Walters Said She Was "Confident" Kevin McCarthy Would Be Elected Speaker, And Said She Expected He Would Receive "Unanimous Support."** BERMAN: "We're joined by California Republican Mimi Walters live on Capitol Hill. Representative, thanks for being with us. We're mostly happy because everything has been happening behind closed doors. (LAUGHTER) We haven't been able to see it. You have. What are people saying? More importantly, what are people hearing?" REP. MIMI WALTERS, (R), CALIFORNIA: "A lot of interesting dialogue is certainly happening behind closed doors. It's a very exciting time for us. We're about to elect a new speaker. And I am confident that Kevin McCarthy will be our next speaker." BOLDUAN: "You are supporting, obviously, Kevin McCarthy to be the next speaker. How much support do you think he can lose?" WALTERS: "I think Kevin will ultimately at the end of the day have unanimous support. This first vote that's going to take place today at 12:00 is the conference vote. And the conference vote, obviously, is the Republicans

making our nominee. And I believe he will come out of that meeting with the support he needs to have on the floor on October 29th." [CNN At This Hour, VIDEO 0:00-1:02, 10/8/15]

## John Boehner

### Following His Resignation, Walters Said John Boehner Led The Country And The Republican Conference With "Distinction And Honor"

**2015: Walters: "Speaker Boehner Has Led Our Country And The Republican Conference With Distinction And Honor."** "Speaker Boehner has led our country and the republican conference with distinction and honor. He has worked tirelessly to move our country forward and to build a historic majority in the House. His resignation will leave a tremendous void in Congress. I thank him for his dedicated service and leadership, and wish him all the best in his next stage of life." [Rep. Mimi Walters, Press Release, 9/25/15]

### January 2015: Walters Said John Boehner Was "The Right Man" To Lead Congress

**2015: Walters Said John Boehner Was "The Right Man" To Lead Congress.** BASH: "One of the big first votes you'll have to take is for speaker of the House. Will you vote for John Boehner?" WALTERS: "I absolutely will vote for Speaker Boehner. He is the right man to lead us." [CNN At This Hour, VIDEO 0:50-1:01, 1/6/15]

## Jeb Bush

### 2015: Walters Served As Co-Chair Of A Women's Group That Supported Jeb Bush's Presidential Campaign

**2015: Walters Served As Honorary Co-Chair Of Women Rise, A Group That Supported Jeb Bush's Presidential Campaign.** [Jeb 2016 via Wayback Machine, 12/17/15]

## Hillary Clinton

### Emails

### Walters Criticized Loretta Lynch Over Her Refusal To Answer Questions Related To Hillary Clinton, And Called The Justice Department "Overtly Politicized"

**2016: Walters Criticized Former Attorney General Lynch Over Her Refusal To Answer Questions Related To Hillary Clinton, And Called The Justice Department "Overtly Politicized."** "One of the Judiciary Committee's most important duties is to conduct oversight on the Department of Justice (DOJ) to ensure it is held accountable and provides transparency to the American people.  However, Attorney General Loretta Lynch once again refused to answer the Committee's most basic questions.  First, I asked Attorney General Lynch whether Secretary Clinton mishandled classified information by willingly sharing classified emails with her lawyers, who did not have security clearances.  In what has become the norm from the overtly politicized DOJ, Attorney General Lynch said she could not provide an answer." [Rep. Mimi Walters, Press Release, 7/12/16]

### Walters Said Hillary Clinton Made A "Conscious Decision" To Grant Her Attorneys Access To Classified Information, And Questioned If That Decision Constituted Criminal Intent

**2016: Walters Questioned If Hillary Clinton's "Conscious Decision" To Grant Access To Classified Information To Her Attorneys Constituted Criminal Intent.** "My question is this. Does the conscious decision on the part of Secretary Clinton to grant access to classified information to her attorneys who did not have security clearance constitute criminal intent under 18 U.S.C. Section 793(d), which describes the intent element as the

following: 'willfully communicates, delivers, transmits, or causes to be communicated, delivered, or transmitted, or attempts to communicate, deliver, transmit, or cause to be communicated, delivered, or transmitted to any person not entitled to receive it.'" [Judiciary Committee Hearing, 7/12/16]

## Benghazi

### Walters Said "We Have To Get To The Bottom Of Why" Four Americans Died In Bengahzi

**2015: Walters: "Four Americans Died In Benghazi, And We Have To Get To The Bottom Of Why They Died."** BARTIROMO: "Yes, and I guess, Congresswoman Walters, you've got to remember that we did learn about the e-mail scandal. And the private server as a result of the information and much of the reporting within the Benghazi committee." WALTERS: "Four Americans died in Benghazi, and we have to get to the bottom of why they died. And this hearing has all been -- has been all about getting to the facts. And it's important that we have these hearings and Secretary Clinton just happened to be secretary of state at the time, and so naturally, you know, her name is going to come up in these hearings. But it doesn't stop us from doing our work. We have got to get to the bottom of what happened." [Fox News Sunday Morning Futures, 10/11/15]

### When Asked If She Believed That The Benghazi Committee's Best Function Was Taking Down Hillary Clinton, And Whether That Was What Taxpayers Are Paying For, Walters Said "Yes"

**2015: Asked If She Agreed With Kevin McCarthy's Assessment That The Benghazi Committee's Best Function Was Taking Down Hillary Clinton, And Whether That Was What Taxpayers Are Paying For, Walters Said "Yes."** CRUMPTON: "Congresswoman, Kevin McCarthy, your colleague from California, he is by all accounts the number one person in line to succeed the outgoing speaker of the house, John Boehner. He was on FOX News last night and he said that one of the best functions of the Benghazi Select Committee was that it led to a significant drop in Hillary Clinton's poll numbers. Do you agree with that assessment? And is that what the taxpayers are paying for?" WALTERS: "Yes. I mean, listen, there's a lot that happened in Benghazi. And the reason we have these hearings is so that we can uncover the truth. And that's exactly what we're doing. We need the American people to know exactly what happened in Benghazi." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 3:13-3:53, 9/30/15]

## Darrell Issa

### 2004: Rep. Darrell Issa Endorsed Walters In Her Primary Election Campaign For State Assembly

**2004: Rep. Darrell Issa Endorsed Walters In The Republican Primary For State Assembly.** "Walters is proudest of two endorsements: Bates and Rep. Darrell Issa of Vista, whom she calls the 'father of the recall' for his role in financing the movement that led to Gov. Gray Davis' removal from office." [San Diego Union-Tribune, 2/14/04]

### 2003: Walters Said She Would Like To See Darrell Issa Elected Governor Since He Helped Fund The Effort To Recall Gray Davis

**2003: Walters Said She Would Like To See Darrell Issa Elected Governor Since He Helped Fund The Effort To Recall Gray Davis.** "Councilwoman Mimi Walters said she would have liked to see Congressman Darrell Issa as California's governor since he was the one who put up most of the money to get the recall started. With Issa out of the race, Walters said she is undecided who to vote for." [Orange County Register, 8/21/03]

**2003: Walters: "He Is Very Qualified And The Recall Would Never Have Happened If Issa Didn't Take The Risk And Put Up The Money."** "'We'll be aggressive to register people to be republicans,' said Walters, who said she would like to see the Republicans get behind Darrell Issa, who bankrolled the recall signature

gathering effort with $1.7 million of his own money. 'He is very qualified and the recall would never have happened if Issa didn't take the risk and put up the money,' she said." [Orange County Register, 7/31/03]

# Donald Trump

### Significant Findings

✓ *Walters has voted with Trump's positions 98.4 percent of the time.*

✓ *Walters repeatedly voted against investigating Russian interference in the 2016 election.*

✓ *Walters repeatedly voted against releasing Trump's tax returns.*

✓ *Walters repeatedly voted against addressing conflicts of interest in Trump's administration.*

FUCK

## Walters Voting Record On Trump's Positions

## Walters Has Voted With Trump's Positions 98.4 Percent Of The Time

### Walters Voted In Line With Trump's Position 98.4 Percent Of The Time

**FiveThirtyEight: Walters Voted In Line With Trump's Position 98.4 Percent Of The Time.** [FiveThirtyEight, accessed 1/22/17]

| California Delegation Votes In Line With Trump | | | |
|---|---|---|---|
| **Member** | **Party** | **District** | **Trump Score** |
| David Valadao | R | CA-21 | 97.6% |
| Darrell Issa | R | CA-49 | 97.6% |
| Stephen Knight | R | CA-25 | 97.6% |
| Mimi Walters | R | CA-45 | 97.6% |
| Jeff Denham | R | CA-10 | 97.6% |
| Ken Calvert | R | CA-42 | 97.6% |
| Paul Cook | R | CA-08 | 97.6% |
| Kevin McCarthy | R | CA-23 | 97.6% |
| Doug LaMalfa | R | CA-01 | 97.5% |
| Devin Nunes | R | CA-22 | 97.4% |
| Ed Royce | R | CA-39 | 95.1% |
| Duncan Hunter | R | CA-50 | 95.1% |
| Dana Rohrabacher | R | CA-48 | 92.7% |
| Tom McClintock | R | CA-04 | 90.2% |
| Jim Costa | D | CA-16 | 41% |
| J. Luis Correa | D | CA-46 | 22% |
| Scott Peters | D | CA-52 | 22% |
| Ami Bera | D | CA-07 | 19.5% |
| Jimmy Panetta | D | CA-20 | 17.1% |
| Julia Brownley | D | CA-26 | 17.1% |
| Salud Carbajal | D | CA-24 | 17.1% |

| | | | |
|---|---|---|---|
| Raul Ruiz | D | CA-36 | 17.1% |
| Eric Swalwell | D | CA-15 | 15% |
| Brad Sherman | D | CA-30 | 15% |
| Pete Aguilar | D | CA-31 | 15% |
| Anna Eshoo | D | CA-18 | 14.6% |
| Adam Schiff | D | CA-28 | 14.6% |
| Mike Thompson | D | CA-05 | 14.6% |
| John Garamendi | D | CA-03 | 14.6% |
| Norma Torres | D | CA-35 | 12.5% |
| Lucille Roybal-Allard | D | CA-40 | 12.2% |
| Jackie Speier | D | CA-14 | 12.2% |
| Doris Matsui | D | CA-06 | 12.2% |
| Susan Davis | D | CA-53 | 12.2% |
| Alan Lowenthal | D | CA-47 | 12.2% |
| Jerry McNerney | D | CA-09 | 12.2% |
| Ted Lieu | D | CA-33 | 10.5% |
| Grace Napolitano | D | CA-32 | 10.3% |
| Nancy Pelosi | D | CA-12 | 10.3% |
| Ro Khanna | D | CA-17 | 10% |
| Mark Takano | D | CA-41 | 10% |
| Zoe Lofgren | D | CA-19 | 9.8% |
| Jared Huffman | D | CA-02 | 9.8% |
| Judy Chu | D | CA-27 | 9.8% |
| Karen Bass | D | CA-37 | 7.9% |
| Linda Sanchez | D | CA-38 | 7.5% |
| Nanette Diaz Barragan | D | CA-44 | 7.3% |
| Tony Cardenas | D | CA-29 | 7.3% |
| Juan Vargas | D | CA-51 | 7.3% |
| Mark DeSaulnier | D | CA-11 | 7.3% |
| Barbara Lee | D | CA-13 | 4.9% |
| Maxine Waters | D | CA-43 | 4.9% |
| Jimmy Gomez | D | CA-34 | 0% |

[FiveThirtyEight, accessed 8/31/17]

| Walters Votes In Line With Trump | | | | | |
|---|---|---|---|---|---|
| DATE | MEASURE | TRUMP POSITION | WALTERS VOTE | LIKELIHOOD OF AGREEMENT | PLUS-MINUS |
| 7/27/17 | Making appropriations for defense and other purposes | Support | Yes | 45.2% | +54.8 |
| 7/25/17 | Imposing sanctions on Russa, Iran and North Korea | Oppose | Yes | 0.3% | -0.3 |
| 7/25/17 | Repeal of a rule banning some financial companies from using mandatory arbitration clauses | Support | Yes | 42.7% | +57.3 |
| 7/18/17 | Delaying implementation of ozone standards | Support | Yes | 39.3% | +60.7 |

| 6/29/17 | Increasing penalties for undocumented immigrants who re-enter the U.S. after being convicted of certain crimes | Support | Yes | 65% | +35 |
|---|---|---|---|---|---|
| 6/29/17 | Penalizing states and localities that have "sanctuary" laws on immigration | Support | Yes | 38.9% | +61.1% |
| 6/28/17 | Limiting health care lawsuits related to coverage provided through a federal program | Support | Yes | 36.9% | +63.1 |
| 6/15/17 | Allowing people who lose their jobs to receive tax credits under the American Health Care Act for continued coverage | Support | Yes | 76.9% | +23.1 |
| 6/13/17 | Making it easier for the Department of Veterans Affairs to discipline employees | Support | Yes | 95.8% | +4.2 |
| 6/13/17 | Withholding Affordable Care Act subsidies from people until their citizenship is verified | Support | Yes | 50.4% | +49.6 |
| 6/8/17 | Dismantling financial regulations put in place by the Dodd-Frank Act | Support | Yes | 43.1% | +56.9 |
| 5/18/17 | Making it easier to seek the death penalty To Kill or attempting to kill first responders | Support | Yes | 71.8% | +28.2 |
| 5/4/17 | The American Health Care Act of 2017 | Support | Yes | 30.3% | +69.7 |
| 5/3/17 | The 2017 fiscal year appropriations bill | Support | Yes | 76.3% | +23.7 |
| 5/2/17 | Allowing employers to offer employees time off instead of pay for overtime work | Support | Yes | 39.3% | +60.7 |
| 4/28/17 | Extension of government funding for one week | Support | Yes | 92.7% | +7.3 |
| 3/28/17 | Repeal of an FCC rule barring internet providers from sharing data on customers' activities | Support | Yes | 36.1% | +63.9 |
| 3/22/17 | Allowing small businesses to provide insurance through trade and professional associations | Support | Yes | 47.6% | +52.4 |
| 3/22/17 | Removing antitrust exemption for insurance providers | Support | Yes | 99.3% | +0.7 |
| 3/16/17 | Giving the secretary of veterans affairs more flexibility to discipline employees | Support | Yes | 53% | +47 |
| 3/8/17 | Department of Defense Appropriations Act | Support | Yes | 92.9% | +7.1 |
| 3/2/17 | Changes to rulemaking requirements for federal agencies | Support | Yes | 59% | +41 |
| 3/1/17 | Repeal of a Department of Labor rule regarding records of work-related injuries and illnesses | Support | Yes | 44.1% | +55.9 |
| 3/1/17 | Requires review of proposed regulations by the Office of Information and Regulatory Affairs | Support | Yes | 50.8% | +49.2 |
| 3/1/17 | Establishment of a commission to review federal regulations | Support | Yes | 51.3% | +48.7 |
| 2/16/17 | Repeal of a rule requiring state and local governments to distribute federal funds to qualified health centers even if they perform abortions | Support | Yes | 42.1% | +57.9 |
| 2/15/17 | Repeal of a Department of Labor rule on drug testing of applicants for unemployment compensation | Support | Yes | 45.8% | +54.2 |
| 2/15/17 | Repeal of a rule that allowed a new type of state-based retirement plan | Support | Yes | 42.5% | +57.5 |
| 2/15/17 | Repeal of a rule that allowed a new type of retirement plan established by local governments | Support | Yes | 43.4% | +56.6 |
| 2/7/17 | Repeal of a Department of Education rule on teacher preparation programs | Support | Yes | 48.4% | +51.6 |
| 2/7/17 | Repeal of a Department of Education rule on school accountability | Support | Yes | 42.4% | +57.6 |
| 2/7/17 | Repeal of changes to Bureau of Land Management planning rules | Support | Yes | 44.4% | +55.6 |

| 2/3/17 | Repeal of a rule requiring energy companies to reduce waste and emissions | Support | Yes | 37.2% | +62.8 |
|--------|-----------------------------------------------------------------------------|---------|-----|-------|-------|
| 2/2/17 | Repeal of a rule requiring the Social Security Administration to submit information to the national background-check system | Support | Yes | 48.9% | +51.1 |
| 2/2/17 | Repeal of a rule requiring some federal contractors to report labor violations | Support | Yes | 48.4% | +51.6 |
| 2/1/17 | Repeal of the stream protection rule | Support | Yes | 40.3% | +59.7 |
| 2/1/17 | Repeal of a rule requiring energy companies to disclose payments to foreign governments | Support | Yes | 48.7% | +51.3 |
| 1/24/17 | Permanent ban on the use of federal funds for abortion or health coverage that includes abortions | Support | Yes | 46.9% | +53.1 |
| 1/13/17 | Waiver allowing James Mattis to become secretary of defense | Support | Yes | 71.4% | +28.6 |
| 1/13/17 | Budget resolution to repeal the Afforable Care Act | Support | Yes | 39.7% | +60.3 |
| 1/5/17 | Regulations from the Executive in Need of Scrutiny Act of 2017 | Support | Yes | 45.8% | +54.2 |

[FiveThirtyEight, accessed 8/31/17

*Note: These charts need to be updated*

---

**Walters Voted Against President Obama 88 Percent Of The Time During His Tenure**

**2015 – 2016: Walters Voted Against President Obama An Average Of 88 Percent Of The Time.** [CQ, accessed 8/31/17]

| Walters Vote Statistics | | | | | | | |
|-------------------------|--|--|--|--|--|--|--|
| **Year** | **Voting Participation** | **Presidential Support** | | **Party Unity** | | **Conservative Coalition** | |
| | | **Support** | **Oppose** | **Support** | **Oppose** | **Support** | **Oppose** |
| 2016 | 91% | 8% | 92% | 97% | 3% | -- | -- |
| 2015 | 99% | 16% | 84% | 95% | 5% | -- | -- |

[CQ, accessed 8/31/17]

---

**October 2017: Walters "Fully Supports" Trump During Tax Fight**

**October 2018: Walters: "It Is Very Important That Republicans Back The President. He's The President Of Our Party. He Stands For What We Stand For."** "'We've had protests at our office, consistently since January, which I've never seen before,' Walters said in an interview. 'They are very motivated and very upset that Trump won ... I take every race very seriously.' Walters said she 'fully supports' Trump. 'It is very important that Republicans back the president,' she said. 'He's the president of our party. He stands for what we stand for.' Walters is one of seven House Republicans seen as particularly vulnerable in 2018. She and the others represent large swaths of Orange County and the Central Valley, areas that Hillary Clinton carried last year." [Sacramento Bee, 10/25/17]

---

# Russia Investigation

**Walters Said Attorney General Sessions Should Recuse Himself From Any Investigation Into Ties Between Russia And The Trump Campaign**

**March 2017: Walters On Trump-Russia Investigation: "Attorney General Sessions Should Recuse Himself From Any Investigation."** "Walters, whose district includes Irvine, Lake Forest and Mission Viejo, said, 'I support the ongoing investigations and believe that the American people deserve answers to these questions. Attorney General Sessions should recuse himself from any investigation. Additionally, he should address any misconceptions related to this issue.'" [Orange County Register, 3/2/17]

---

**Walters Said James Comey's Firing Should Not Impede Any Ongoing FBI Investigations Into Russian Meddling In The Election**

---

**2017: Walters: "Former Director Comey's Removal Must Not Impede Or Jeopardize Any Ongoing FBI Investigations…"** "Former Director Comey's removal must not impede or jeopardize any ongoing FBI investigations, including those related to the Clinton emails and foreign meddling in our elections. I look forward to the nomination of a qualified candidate who will uphold the independent investigatory function of the agency." [Los Angeles Times, 5/10/17]

> **2017: Orange County Register: Walters' Statement On The Comey Firing "Neither Questioned Nor Embraced" It.** "Rohrabacher, who advocates friendlier relations with Russian, and Issa, unambiguously endorsed the dismissal. Royce said the move 'raises many questions which deserve answers.' Walters' public statement neither questioned nor embraced the firing." [Orange County Register, 6/2/17]

---

**Walters Repeatedly Voted Against Investigating Russian Interference In The 2016 Election**

---

**SUMMARY: Walters Repeatedly Voted Against Investigating Russian Interference In The 2016 Election**

- **Voted To Kill A Procedural Move To Bring Up Bill To Create An Independent Commission To Investigate Russian Interference In The 2016 Election.** [H Res 323, Vote #259, 5/17/17; USA Today, 5/17/17]
- **Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]
- **Voted To Block The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]
- **Voted To Block Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]
- **Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 156, Vote #115, 3/1/17; Office of the Democratic Leader, 115th Congress Previous Questions, 3/1/17]
- **Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 123, Vote #93, 2/15/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/15/17]
- **Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 116, Vote #90, 2/14/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/14/17]
- **Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [HR 33, Vote #26, 1/10/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/10/17]

---

**Walters Repeatedly Voted Against Investigating Russian Interference In The 2016 Election**

---

**2017: Walters Voted To Kill A Procedural Move To Bring Up Bill To Create An Independent Commission To Investigate Russian Interference In The 2016 Election.** "House Republicans blocked a vote Wednesday on legislation to create an independent commission to investigate Russian interference in the 2016 election. A

Democratic effort to force a vote failed, with only one Republican – Rep. Walter Jones of North Carolina – joining them in a procedural vote that would have allowed them to bring up the bill. But Democrats also launched a petition Wednesday that would allow them to force a vote on the bill at a later date if they get a majority of lawmakers to sign on." [H Res 323, Vote #259, 5/17/17; USA Today, 5/17/17]

**HEADLINE: GOP blocks House vote on independent Russia-Trump investigation** [USA Today, 5/17/17]

**2017: Walters Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** In April 2017, Walters voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from applying to any individual that withheld information from Congress related to an investigation regarding individuals influencing the outcome of the 2016 U.S. presidential election." The motion was rejected 228-185. [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]

**2017: Walters Voted To Block The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** In March 2017, Walters voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board." A vote in favor is a vote to prevent investigation into Russia's interference in the 2016 election. The motion was agreed to by a vote of 232-191. [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]

**2017: Walters Voted To Block Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** In March 2017, Walters voted for the "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 229)." A vote in favor of the motion is a vote to block consideration of a bipartisan bill, The Presidential Tax Transparency Act. The motion was agreed to by a vote of 231-189. [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]

**2017: Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In March 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 233-189. A vote against the previous question would have allowed the bill to be considered. [H Res 156, Vote #115, 3/1/17; Office of the Democratic Leader, 115th Congress Previous Questions, 3/1/17]

**2017: Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 233-190. A vote against the previous question would have allowed the bill to be considered. [H Res 123, Vote #93, 2/15/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/15/17]

**2017: Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 227-188. A vote against the previous question would have allowed the bill to be considered. [H Res 116, Vote #90, 2/14/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/14/17]

**2017: Walters Voted To Block Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In January 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 234-179. A vote against the previous question

would have allowed the bill to be considered. [HR 33, Vote #26, 1/10/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/10/17]

**Bill Would Create A 12 Member Bipartisan, Independent Commission To Examine Attempts By The Russian Government To Influence The 2016 Elections.** "The bill would create a 12-member, bipartisan, independent commission empowered to interview witnesses, obtain documents, issue subpoenas, and receive public testimony to examine attempts by the Russian government and others to use electronic means to influence, interfere with, or sow distrust in this year's U.S. elections. The commission — which would examine similar efforts by any other foreign governments or entities — would issue a final report with recommendations for future security protections to Congress and the President within 18 months of the bill's enactment." [Oversight Committee Democrats, Press Release, 12/7/16]

# Tax Returns

## Walters Repeatedly Voted Against Releasing Trump's Tax Returns

### SUMMARY: Walters Repeatedly Voted Against Releasing Trump's Tax Returns

- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]
- **Voted To Require Major Party Candidates For President To Release Three Most Recent Tax Returns.** [HR 305 (HRes 275), Vote #224, 4/26/17; CQ, 4/26/17]
- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]
- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]
- **Voted To Block Consideration Of Requiring Trump To Disclose His Tax Returns.** [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]
- **Voted To Block Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Is Not A House Privilege.** [Motion, Vote #182, 3/22/17; CQ, 3/22/17]
- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]
- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]
- **Voted To Block Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]
- **Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]
- **Voted To Block Consideration Of The Presidential Tax Transparency Act.** [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]

## Walters Repeatedly Voted Against Releasing Trump's Tax Returns

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In June 2017, Walters voted for "McCaul, R-Texas, motion to table (kill) the Capuano, D-Mass., motion to appeal the ruling of the Chair that the Capuano resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-186. [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]

**2017: Walters Voted To Require Major Party Candidates For President To Release Three Most Recent Tax Returns.** In April 2017, Walters voted for "Collins, R-Ga., motion to order the previous question (thus ending

debate and possibility of amendment) on the rule (H Res 275)." Upon defeat of the motion, Democrats planned to introduce an amendment to the rule that, "would make in order Ms. Eshoo's bill H.R. 305.  H.R. 305 would amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years.  This bill would ensure more transparency in the political process and provide the American people with additional information about the financial situation of a candidate for the office of the President" A vote yes was a vote <u>against</u> requiring presidential candidates to release their tax returns. The motion was agreed to by a vote of 237-186. [HR 305 (HRes 275), Vote #224, 4/26/17; CQ, 4/26/17]

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In April 2017, Walters voted for "Foxx, R-N.C., motion to table (kill) the Jeffries, D-N.Y., motion to appeal the ruling of the Chair that the Jeffries resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-184. [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]

> **Rep. Hakeem Jeffries "Offered A Resolution… To Delay Consideration Of Tax Reform Legislation Until After Lawmakers Review Trump's Tax Returns."** "House Republicans on Wednesday blocked a Democratic effort to demand President Trump's tax returns for the sixth time in as many weeks. Rep. Hakeem Jeffries (D-N.Y.) offered a resolution directing the House to delay consideration of tax reform legislation until after lawmakers review Trump's tax returns and conclude how he could benefit from changes to the tax code." [The Hill, 4/5/17]

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "Flores, R-Texas, motion to table (kill) the Lofgren, D-Calif., motion to appeal the ruling of the Chair that the Lofgren resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-190. [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]

> **Republicans Blocked Procedural Effort To Obtain Trump's Tax Returns From The IRS.** "House Republicans on Tuesday blocked more attempts by Democrats to obtain President Donald Trump's tax returns from the IRS. House Democrats tried for a third and a fourth time to use procedural votes to pry loose Trump's returns. Republicans blocked both efforts, one on the House floor and the other in the House Ways and Means Committee. The House voted 228-190 on a mostly party-line vote to block the Democrats' effort. The Ways and Means Committee voted 24-16 to oppose the effort." [Associated Press, 3/28/17]

**2017: Walters Voted To Block Consideration Of Requiring Trump To Disclose His Tax Returns.** In March 2017, Walters voted for the "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 230)." A vote in favor is a vote against requiring Trump to release his tax returns. The motion was agreed to by a vote of 232-184. [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]

**2017: Walters Voted To Block Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Is Not A House Privilege.** In March 2017, Walters voted for the "Cheney, R-Wyo., motion to table (kill) the Polis, D-Colo., motion to appeal the ruling of the Chair that the Polis resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 230-189. [Motion, Vote #182, 3/22/17; CQ, 3/22/17]

**Republican Presiding Officer Cut Off Attempt By Democrats To Force A Vote To Push Committee To Request Trump's Tax Returns.** "Democrats tried but failed Monday to force a House floor vote to push a key committee to request copies of President Trump's tax returns. It was the fourth time in as many weeks that Democrats sought to force the vote. Rep. Jared Polis (D-Colo.) attempted to offer a resolution and trigger a House floor vote, but was cut off by the Republican presiding over the House." [The Hill, 3/20/17]

> **Rather Than Rule The Measure Was Not Privileged, Rep. Womak, The Presiding Officer, Ruled That Rep. Polis Was No Longer Able To Speak.** "Three other Democrats in recent weeks offered similar

resolutions as "privileged," which would require the House to act within two legislative days. The presiding officer in the House at those times ruled that the measure didn't qualify as "privileged" by affecting the chamber's dignity and integrity. Democrats demanded roll call votes to appeal those rulings. […] But on Monday, Rep. Steve Womack (R-Ark.), who was presiding over the chamber, took a different approach to block the measure. He declared the House would not at that time determine whether the resolution met the requirements to be "privileged" and ruled that Polis was no longer recognized to speak. Womack then ordered the House to resume voting on an unrelated noncontroversial bill regarding the Department of Homeland Security." [The Hill, 3/20/17]

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Crowley, D-N.Y., motion to appeal the ruling of the Chair that the Crowley resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 223-183. [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]

> **Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "Crowley's measure is similar to resolutions Democratic Reps. Bill Pascrell Jr. (N.J.) and Anna Eshoo (Calif.) offered on the House floor in recent weeks. It includes additional language that says the American public need to know more about Trump's business interests in order to 'ensure that all policies put forward by the Trump Administration solely benefit the American public and not his corporate business partners.' As was the case in past weeks, Crowley tried to offer the resolution as 'privileged,' meaning the House would have to act on it within two legislative days. But Rep. Mike Simpson (R-Idaho), who was presiding over the House, ruled that the measure was not privileged, and the vast majority of Republicans voted to table Crowley's appeal of that ruling, 223-183." [The Hill, 3/15/17]

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Eshoo, D-Calif., motion to appeal the ruling of the Chair that the Eshoo resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 227-186. [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]

> **Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "House Democrats on Tuesday furthered their push to force Republicans to take tough votes on President Trump, offering a resolution on the House floor to request Trump's tax returns for the second time in a little over a week. The resolution was blocked on a procedural vote of 227-186. […] Rep. Anna Eshoo (D-Calif.) offered a resolution on Tuesday instructing the House to request 10 years of Trump's tax returns so that they can be considered by the House Ways and Means Committee in a closed session." [The Hill, 3/7/17]

**2017: Walters Voted To Block Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In June 2016, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 224-191. A vote against the previous question would have allowed the bill to be considered. [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]

**2017: Walters Voted To Kill A Motion To Require President Trump To Disclose His Tax Returns.** In February 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 229-185. [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "A House Democratic lawmaker attempted Monday to force a House floor vote on a resolution to request President Trump's tax returns, but the effort failed on a party line vote, 229-185, with two Republicans voting 'present.' The move was the latest in a series of Democratic efforts to push Congress to request Trump's tax returns, and Democrats demanded a roll call vote to force Republicans to go on the record. […] Rep. Bill Pascrell (D-N.J.) offered a resolution that would have directed the House to request 10 years of Trump's tax returns, have the House Ways and Means Committee review them in a closed session and then vote to send the information in the returns to the full House." [The Hill, 2/27/17]

**Democrats Offered Resolution To "Instruct The House To Request Trump's Tax Returns From The Last Decade So That The House Ways And Means Committee… Can Review Them In A Closed Session."** "Democrats have offered similar resolution three other times in the last four weeks, which all resulted in procedural votes. The resolutions would instruct the House to request Trump's tax returns from the last decade so that the House Ways and Means Committee, which has oversight of the Internal Revenue Service, could review them in a closed session. The chairmen of the House Ways and Means Committee, Senate Finance Committee and Joint Committee on Taxation have the power to request individual tax return information from the Treasury Department." [The Hill, 3/20/17]

> **After Republican Presiding Officers Ruled Measure Did Not Qualify As "Privileged" Action Under House Rules, Democrats Forced Roll Call Vote To Appeal Ruling.** "Three other Democrats in recent weeks offered similar resolutions as "privileged," which would require the House to act within two legislative days. The presiding officer in the House at those times ruled that the measure didn't qualify as "privileged" by affecting the chamber's dignity and integrity. Democrats demanded roll call votes to appeal those rulings." [The Hill, 3/20/17]

**2017: Walters Voted To Block Consideration Of The Presidential Tax Transparency Act.** In January 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, the Presidential Tax Transparency Act." The previous question passed 233-187. A vote against the previous question would have allowed the bill to be considered. [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]

## Conflicts Of Interest

### Walters Repeatedly Voted Against Addressing Conflicts Of Interest In Trump's Administration

**SUMMARY: Walters Repeatedly Voted Against Addressing Conflicts Of Interest In Trump's Administration**

- **Voted Against Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** [HRes 280, Vote #229, 4/27/17; CQ, 4/27/17]
- **Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]
- **Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]
- **Voted To Block Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

### Walters Repeatedly Voted Against Addressing Conflicts Of Interest In Trump's Administration

**Voted Against Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** In April 2017, Walters voted for "Woodall, R-Ga., motion to order the previous question (thus ending

debate and possibility of amendment) on the rule (H Res 280)." Upon defeat of the motion, Democrats planned to offer a resolution that, "would direct certain officials of the Trump Administration to provide information to the House of Representatives that will enable the House to meet its constitutional responsibility to conduct oversight of the Trump Administration by investigating potential conflicts of interests of President Donald J. Trump." A vote yes was a vote against the Democrats' resolution. The motion was agreed to by a vote of 230-193. [HRes 280, Vote #229, 4/27/17; CQ, 4/27/17]

**Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** In March 2017, Walters voted against the "Jayapal, D-Wash., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would prohibit the president from making public communications that refer to a business in which the president has an equity interest and would prohibit the president from publically advocating on behalf of such business interests." The motion was rejected by a vote of 189-232. [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]

**Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** In March 2017, Walters voted against the "Raskin, D-Md., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions rules related to laws governing potential conflicts of interest and financial disclosures for executive branch employees, and would exempt rules related to bribery." The motion was rejected by a vote of 190-235. [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]

**Voted To Block Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** In January 2017, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 371, to address financial conflicts of interest of the President and Vice President." The previous question passed 232-168. A vote against the previous question would have allowed the bill to be considered. [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

## Access Hollywood Tape

### Walters Said She Condemned Trump's Access Hollywood Comments

**2016: Walters On Trump's Access Hollywood Tape: "As A Mother Of Two Daughters, I Condemn Donald Trump's Offensive And Language About Women."** "'As a mother of two daughters, I condemn Donald Trump's offensive and language about women,' Walters, R-Laguna Beach, posted on her website Friday. 'It was beyond inappropriate and he needs to understand that he alone is accountable for his words and actions.'" [Orange County Register, 10/11/16]

## Inauguration

### Walters Said She Was "Excited" To Be Part Of Trump's Inauguration

**2017: Walters Declined To Criticize Members Of Congress Who Refused To Attend Trump's Inauguration, But Said She Was "Excited" To Be Part Of It.** "Rep. Mimi Walters, R-Irvine, steered clear of criticizing protesters. 'All members can decide for themselves whether to participate in any inaugural events, including the swearing-in ceremony,' Walters said. 'I view the inauguration as a celebration of our democracy and a demonstration of the peaceful transition of power, and I'm excited to be a part of this powerful event.'" [City News Service, 1/18/17]

# Mike Pence

**Fundraising**

**October 2017: Vice President Mike Pence Headlined A Fundraiser For California Republicans, Including Walters, In Newport Beach**

**October 2017: Vice President Mike Hosted A Fundraiser For California Republicans, Including Walters, In Newport Beach.** "Pence jetted from a Southern California fundraiser costing $2,700 for lunch at a luxury resort to Northern California for a hotel dinner in Sacramento alongside U.S. House Majority Leader Kevin McCarthy.ence spoke for about 25 minutes to over 100 people at a private lunch at a luxury resort in Newport Beach, predicting that the improved economy would help Republican candidates hold their ground in California, said Republican National Committeeman Shawn Steel, a host of the event. [...] Steel said House members who attended the fundraiser included Reps. Darrell Issa, Mimi Walters, Dana Rohrabacher and Ed Royce." [Associated Press, 10/9/17]

**According To The OC Register, Pence Applauded California Republicans For Votes That Were Not Popular In Their Districts, Including Efforts To Repeal The Affordable Care Act.** "Pence also acknowledged the work of California's Republican Congress members, including making votes that haven't always been popular with everyone in their districts. 'He praised the California delegation for their votes (to repeal) Obamacare,' said current county GOP Chairman Fred Whitaker." [OC Register, 10/9/17]

# Issues

# Agriculture and Food Safety Issues

### Significant Findings

✓   *Walters voted to repeal country of origin labeling requirements on meat sold in the United States.*

## Food Safety

### 2016: Walters Voted To Reduce Requirements On Restaurant Calorie Disclosures

**2016: Walters Voted To Reduce Requirements On Restaurant Calorie Disclosures.** In February 2016, Walters voted for a bill "that would change the requirement for how restaurants and similar retail establishments with more than 20 locations must disclose calorie information on their menus. Instead of the current requirement for businesses to disclose the number of calories in a 'standard menu item,' businesses could opt to disclose the number of calories per serving along with the number of servings or disclose the number of calories per common unit division of the standard menu item. The bill would allow for disclosures to have variations from actual nutrient content, including inadvertent human error, variations in ingredients and serving size, and other reasonable variations." The bill passed 266-144. [HR 2017, Vote #81, 2/24/16; CQ, 2/12/16]

   **White House: Legislation "Would Reduce Consumers' Access To Nutrition Information."** On February 10, 2016, the White House sent out a statement opposing 'The Common Sense Nutrition Disclosure Act of 2015.' "The Administration opposes H.R. 2017, the Common Sense Nutrition Disclosure Act of 2015. … H.R. 2017 would undercut the objective of providing clear, consistent calorie information to consumers. If enacted, it would reduce consumers' access to nutrition information and likely create consumer confusion by introducing a great deal of variability into how calories are declared. The legislation also would create unnecessary delays in the implementation of menu labeling." [White House Statement, 2/10/16]

### 2015: Walters Voted To Repeal Country Of Origin Labeling Requirements On Meat

**2015: Walters Voted To Repeal Country Of Origin Labeling Requirements On Meat Sold In U.S.** In June 2015, Walters voted for a bill to "repeal U.S. country of origin labeling requirements for beef, pork and chicken that is sold in the United States." The bill passed by a vote of 300-131. [HR 2393, Vote #333, 6/10/15; CQ Floor Votes, 6/10/15]

### 2015: Walters Voted To Override State Laws And Establishing A Voluntary National Genetically Engineered Certification Program

**2015: Walters Voted To Override State Laws Requiring GMO Labeling And Establishing A Voluntary National Genetically Engineered Certification Program.** In July 2015, Walters voted for the Safe and Accurate Food Labeling Act of 2015, which would "require the Agriculture Department to establish a voluntary national genetically engineered (GE) food certification program under which food producers could label their product as including or not including genetically modified ingredients. The program created under the bill would pre-empt related state and local laws and prohibits mandatory labeling of GE or non-GE food." The bill passed 275-150. [HR 1599, Vote #462, 7/23/15; CQ Floor Votes, 7/23/15]

   **Headline: The Hill: "House Passes Bill Blocking States From Requiring GMO Labels On Food."** "The House on Thursday passed hotly contested legislation that would keep states from issuing mandatory labeling laws for foods that contain genetically modified organisms, often called GMOs. The Safe and Accurate Food Labeling Act of 2015, which passed 275-150, would instead create a federal standard for the voluntary labeling of foods with GMO ingredients… Opponents have pushed back against the legislation, saying it will keep

consumers from knowing what's in their food and stop FDA from crafting a national GMO-labeling solution." [The Hill, 7/23/15]

# Budget Issues

---

### Significant Findings

✓ *Walters voted against budget plan that would increase investment in education and make Medicare more efficient*

✓ *Walters repeatedly voted for budgets that would repeal ACA, alter Medicare, and slash Pell Grants*

✓ *Walters voted for debt limit bill that would only allow payments for the nation's creditors and social security recipients; New York Times noted that the bill fell "far short of the needed debt-limit increase"*

✓ *Walters repeatedly voted to block consideration of clean debt limit extensions that would avoid government default*

---

## Funding And Budgets

### 2017: Walters Voted Against Eliminating The Budget Analysis Division Of The CBO

**Walters Voted Against An "Amendment That Would Eliminate The Budget Analysis Division Of The Congressional Budget Office".**  In July 2017, Walters voted against: "Griffith, R-Va., amendment that would eliminate the budget analysis division of the Congressional Budget Office and would transfer the responsibilities of the division to the CBO's office of the director." Rejected in Committee of the Whole by a vote of 116-309. [H R 3219, Vote #417, 7/26/17; CQ, 7/26/17]

### 2017: Walters Voted For FY 2018 Budget Resolution That Set Up The GOP Tax Bill To Pass With A Simple Majority

**Walters Voted For Concurring In The Senate Fiscal 2018 Budget Resolution That Provides $3.1 Trillion In New Budget Authority.** In October 2017, Walters voted for: "Black, R-Tenn., motion to concur in the Senate amendment to the concurrent resolution that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would allow the cap on defense spending to be raised to $640 billion for fiscal 2018, without the need for offsets. It would require the Senate Finance Committee to report legislation under the budget reconciliation process that would increase the deficit by no more than $1.5 trillion over the period of fiscal 2018 through fiscal 2027. It would also instruct the Senate Energy and Natural Resources Committee to report legislation under the budget reconciliation process that would reduce the deficit by $1 billion over the period of fiscal 2018 through fiscal 2027. The concurrent resolution would authorize the establishment of various reserve funds, including a deficit-neutral reserve fund related to repealing or replacing the 2010 health care overhaul law, and a revenue-neutral reserve fund related to modifying the federal tax system." The motion was agreed to 216-212. [HConRes 71, Vote #589, 10/26/17; CQ, 10/26/17]

**The Senate Resolution Called For Cutting Entitlement Spending, Opening Up ANWR For Drilling, End State And Local Tax Deductions, And Enable Passage Of The GOP Tax Bill By Majority Vote.** "Voting 51 for and 49 against, the Senate on Oct. 19 adopted a 10-year budget blueprint (H Con Res 71) that would pave the way for later action on corporate and individual tax cuts increasing budget deficits by up to $1.5 trillion. The Senate version of the fiscal year 2018 budget resolution also calls for cutting entitlement and discretionary spending by $5.8 trillion and sets ground rules that would allow the Senate to pass a tax-overhaul bill by a simple-majority vote. The measure also expedites action to open the Arctic National Wildlife Refuge to oil and gas drilling and end the deduction for state and local income taxes. The largely non-binding fiscal plan calls upon committees to cut $800 billion from non-defense discretionary outlays, and would achieve $850

billion in further savings by phasing out the Overseas Contingency Operations emergency accounts that fund combat operations. The plan would slow the growth of entitlement spending by $4.1 trillion. Health programs would absorb $1.8 trillion of those cuts, including $1 trillion from Medicaid and $473 billion from Medicare.." [Thomas Voting Reports Inc., via The Daily Progress, 10/21/17]

**Walters Voted For Proceeding To Consider The Fiscal 2018 Budget Resolution That Provides $3.1 Trillion In New Budget Authority.** In October 2017, Walters voted for: "Adoption of the rule (H Res 580) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71) that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts." The resolution was adopted 233-188. [HRes 580, Vote #583, 10/25/17; CQ, 10/25/17]

**Walters Voted For The $3.2 Trillion Fiscal 2018 Budget Resolution.** In October 2017, Walters voted for: "Adoption of the concurrent resolution that would provide for $3.2 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would assume $1.22 trillion in discretionary spending in fiscal 2018. It would assume the repeal of the 2010 health care overhaul law. It also would propose reducing spending on mandatory programs such as Medicare and Medicaid and changing programs such as the Supplemental Nutrition Assistance Program (also known as food stamps). It would call for restructuring Medicare into a "premium support" system beginning in 2024. I would also require the House Ways and Means Committee to report out legislation under the budget reconciliation process that would provide for a revenue-neutral, comprehensive overhaul of the U.S. tax code and would include instructions to 11 House committees to trigger the budget reconciliation process to cut mandatory spending. The concurrent resolution would assume that, over 10 years, base (non-Overseas Contingency Operations) discretionary defense spending would be increased by a total of $929 billion over the Budget Control Act caps and non-defense spending be reduced by $1.3 trillion." The concurrent resolution was adopted, 219-206. [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

**Walters Voted Against A Democratic $3.8 Trillion FY18 Budget Alternative That Included A Public Option And Comprehensive Immigration Reform.** In October 2017, Walters voted against: "Grijalva, D-Ariz., for Pocan, D-Wis., substitute amendment that would provide for $3.8 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would raise overall spending by $3.5 trillion over 10 years and would increase revenues by $8.2 trillion over the same period through policies that would increase taxes for corporations and high-income individuals. It would repeal the Budget Control Act sequester and caps on discretionary spending, would modify the tax code by adding five higher marginal tax rates, would create a public insurance option to be sold within the current health insurance exchanges and would call for implementation of comprehensive immigration overhaul." The amendment was rejected, 314-108. [H Con Res 71, Vote #553, 10/4/17; CQ, 10/4/17]

**Walters Voted Against A Democratic $3.8 Trillion FY18 Budget Alternative That Included A Public Option, Immigration Reform, And $200 Billion For Hurricane Recovery.** In October 2017, Walters voted against: "Scott, D-Va., substitute amendment that would provide for $3.8 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would increase spending by $1 trillion over five years and would provide for a number of revenue-raising options, totaling $10.9 trillion, that could be used to raise at least $3.9 trillion in additional revenues over 10 years. It would repeal the Budget Control Act sequester and caps on discretionary spending, would end defense funding through the Overseas Contingency Operations account, would create a public insurance option to be sold within the current health insurance exchanges, would call for implementation of comprehensive immigration overhaul and would include $200 billion for hurricane recovery in in Texas, Florida, Puerto Rico and the U.S. Virgin Islands." The amendment was rejected, 292-130. [H Con Res 71, Vote #554, 10/4/17; CQ, 10/4/17]

**Walters Voted For An Amendment That Would Block Grant Medicaid And CHIP.** In October 2017, Walters voted for: "McClintock, R-Calif., substitute amendment that would provide for $2.9 trillion in new budget authority in fiscal 2018. It would balance the budget by fiscal 2023 by reducing spending by $10.1 trillion over 10 years. It would cap total discretionary spending at $1.06 trillion for fiscal 2018 and would assume no separate Overseas Contingency Operations funding for fiscal 2018 or subsequent years and would incorporate funding related to war or terror into the base defense account. It would assume repeal of the 2010

health care overhaul and would convert Medicaid and the Children's Health Insurance Program into a single block grant program. It would require that off budget programs, such as Social Security, the U.S. Postal Service, and Fannie Mae and Freddie Mac, be included in the budget." The amendment was rejected, 281-139. [H Con Res 71, Vote #555, 10/5/17; CQ, 10/5/17]

**Walters Voted Against A Democratic Alternative FY18 $3.4 Billion Budget That Would Call For An Increase In The Minimum Wage And The Enactment Of Legislation To Expand Paid Sick Leave.** In October 2017, Walters voted against: "Yarmuth, D-Ky., substitute amendment that would provide for $3.4 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would repeal the Budget Control Act sequester and caps on discretionary spending and would provide an additional $54 billion for both defense and non-defense spending in fiscal 2018. It would allow for Overseas Contingency Operations funding at the level requested by the president, but would prevent the use of OCO funding for base defense needs. It would assume $160 billion in Medicare savings through efficiency programs. It would call for an increase in the minimum wage, would assume the implementation of a comprehensive immigration overhaul and it would call for the enactment of legislation to expand paid sick leave." The amendment was rejected, 268-156. [H Con Res 71, Vote #556, 10/5/17; CQ, 10/5/17]

**Walters Voted For Consideration Of The Fiscal 2018 Budget Resolution.**  In October 2017, Walters voted for: "Adoption of the rule (H Res 553) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71)." The rule was adopted, 232-188. [H Res 553, Vote #552, 10/4/17; CQ, 10/4/17]

**Walters Voted For Blocking Establishment Of A Select Committee On Gun Violence Prevention.** In October 2017, Walters voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 553)." According to Congressional Record, Rep. McGovern said, "Mr. Speaker, I urge my colleagues to defeat the previous question so we can bring up the Thompson bill […] resolution (H. Res. 367) to establish the Select Committee on Gun Violence Prevention." A vote for the previous question was a vote to block the establishment of the Select Committee on Gun Violence Prevention. The previous question carried, 231-189. [H Res 553, Vote #551, 10/4/17; CQ, 10/4/17; Congressional Record, 10/4/17]

## 2017: Walters Voted For The Fiscal Year 2018 Omnibus

**Walters Voted For Passing The $1.23 Trillion Fiscal 2018 Omnibus Appropriations Bill.** In September 2017, Walters voted for: "Passage of the bill, as amended, that would provide $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, including $621.5 billion for defense and $511 billion for nondefense discretionary spending." The bill passed by a vote of 211-198. [H R 3354, Vote #528, 9/14/17; CQ, 9/14/17]

**Walters Voted Against Increasing Funding For Taxpayer Advocate Service's Identity Theft Casework And Decreasing Funding For IRS Operational Support In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Jackson Lee, D-Texas, amendment that would increase funding for the Taxpayer Advocate Service's identity theft casework by $500,000, and would decrease funding for IRS operational support by $1 million." The amendment was adopted by a vote of 265-143. [H R 3354, Vote #526, 9/14/17; CQ, 9/14/17]

**Walters Voted For Prohibiting Funds From The Omnibus Appropriations Bill To Be Used To Implement, Administer, Or Enforce An SEC Rule Related To Conflict Materials.** In September 2017, Walters voted for: "Huizenga, R-Mich., amendment that would prohibit funds appropriated by the bill from being used to implement, administer or enforce a Securities Exchange Commission rule related to conflict materials." The amendment was adopted by a vote of 211-195. [H R 3354, Vote #525, 9/14/17; CQ, 9/14/17]

**Walters Voted For Reducing Funding For All Departmental Salary And Expense Accounts By 10 Percent And Transferring The Savings To A Spending Reduction Account In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Mitchell, R-Mich., amendment that would decrease funding for all

departmental salary and expense accounts under the Financial Services and General Government Appropriations section of the bill by 10 percent and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 166-241. [H R 3354, Vote #524, 9/14/17; CQ, 9/14/17]

**Walters Voted Against Eliminating The Provision That Would Remove The Consumer Financial Protection Bureau's Authority To Regulate Certain Types Of Small Dollar Credit In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provision that would remove the Consumer Financial Protection Bureau's authority to regulate certain types of small dollar credit, such as payday loans and vehicle loans." The amendment was rejected by a vote of 186-221. [H R 3354, Vote #523, 9/14/17; CQ, 9/14/17]

**Walters Voted Against Eliminating The Provision Related To Manufactured Housing Mortgages, Manufacturers, And Retailers.** In September 2017, Walters voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provisions related to manufactured housing mortgages, manufacturers and retailers." The amendment was rejected by a vote of 163-245. [H R 3354, Vote #522, 9/14/17; CQ, 9/14/17]

**Walters Voted Against Eliminating The Provision That Would Incorporate The Consumer Financial Protection Bureau Into The Regular Appropriations Process** In September 2017, Walters voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provision that would incorporate the Consumer Financial Protection Bureau into the regular appropriations process." The amendment was rejected by a vote of 183-226. [H R 3354, Vote #521, 9/14/17; CQ, 9/14/17]

**Walters Voted Against Eliminating The FY 2018 Omnibus' Repeal Of The District Of Columbia's Budget Autonomy.** In September 2017, Walters voted against: "Norton, D-D.C., amendment that would eliminate the bill's repeal of the District of Columbia's budget autonomy." The amendment was rejected by a vote of 186-222. [H R 3354, Vote #520, 9/14/17; CQ, 9/14/17]

**Walters Voted For Decreasing Funding For The IRS And Transferring The Savings To The Spending Reduction Account.** In September 2017, Walters voted for: "Gohmert, R-Texas, for Posey, R-Fla., amendment that would decrease funding for Internal Revenue Service operations support by $165,300, and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 186-223. [H R 3354, Vote #519, 9/14/17; CQ, 9/14/17]

**Walters Voted For Prohibiting Any Funds In The FY 2018 Omnibus From Being Used To Implement DC's Reproductive Health Non-Discrimination Amendment Act.** In September 2017, Walters voted for: "Palmer, R-Ala., amendment that would prohibit any funds appropriated by the bill from being used to implement the District of Columbia's Reproductive Health Non-Discrimination Amendment Act." The amendment was adopted by a vote of 214-194. [H R 3354, Vote #518, 9/14/17; CQ, 9/14/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement DOL Regulations Concerning Workplace Injuries And Illness** In September 2017, Walters voted for: "Gibbs, R-Ohio, amendment that would prohibit funds appropriated by the bill from being using to implement, administer or enforce Department of Labor regulations concerned with workplace injuries and illness, that were published May 12, 2016." The amendment was adopted by a vote of 215-201. [H R 3354, Vote #515, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Prohibiting Funding In The FY 2018 Omnibus From Being Used To For Federal Contractors Who Have Willfully Or Repeatedly Violated The Fair Labor Standards Act.** In September 2017, Walters voted against: "Ellison, D-Minn., amendment that would prohibit funding appropriated by the bill from being used to enter into contracts with federal contractors who have willfully or repeatedly violated the Fair Labor Standards Act." The amendment was rejected by a vote of 191-226. [H R 3354, Vote #514, 9/13/17; CQ, 9/13/17]

**Walters Voted For Cutting One Percent Of All Funds In The FY 2018 Omnibus For The Labor, Health And Human Services, And Education Departments.** In September 2017, Walters voted for: "Blackburn, R-Tenn., amendment that would provide for a one percent cut to all funds appropriated by the bill to the Labor Department, Health and Human Services Department and the Education Department." The amendment was rejected by a vote of 156-260. [H R 3354, Vote #513, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting Any Funds In The FY 2018 From Being Used To Implement A 2014 NLRB Rule Governing Representation-Case Procedures.** In September 2017, Walters voted for: "Walberg, R-Mich., amendment that would prohibit any funds appropriated by the bill from being used to implement a 2014 National Labor Relations Board final rule governing representation-case procedures." The amendment was adopted by a vote of 221-196. [H R 3354, Vote #512, 9/13/17; CQ, 9/13/17]

**Walters Voted For Reducing The Funding For The Coal Mine Safety And Health Program By 10 Percent In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Meadows, R-N.C., amendment that would reduce the funding for the Coal Mine Safety and Health program by 10 percent." The amendment was rejected by a vote of 178-238. [H R 3354, Vote #511, 9/13/17; CQ, 9/13/17]

**Walters Voted For Decreasing The Salaries And Expenses Of The NLRB By $99 Million In The FY 2018 Omnibus Appropriations Bill.** In September 2017, Walters voted for: "Grothman, R-Wis., amendment decrease the salaries and expenses of the National Labor Relations Board by $99 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 175-241. [H R 3354, Vote #510, 9/13/17; CQ, 9/13/17]

**Walters Voted For Decreasing Funding For The Student Aid Administration Program, Department Of Education Program Administration, And Department Of Education Office Of Inspector General In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Grothman, R-Wis., amendment that would decrease funding for the Student Aid Administration by $34 million, would decrease funding for the Department of Education's program administration by $8.6 million, would decrease funding for the Office of Inspector General of the Department of Education by $1.1 million, and would transfer the balance of the saving to the spending reduction account." The amendment was rejected by a vote of 131-285. [H R 3354, Vote #509, 9/13/17; CQ, 9/13/17]

**Walters Voted For Increasing Funding For Adult Education By $70.2 Million And Reducing Higher Education Funding By The Same Amount In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Lewis, R-Minn., amendment that would increase funding for adult education by $70.2 million and would decrease funding for higher education by the same amount." The amendment was reject by a vote of 153-263. [H R 3354, Vote #508, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing, Then Decreasing, Funding For Education Innovation And Improvement In The FY 2018 Omnibus** In September 2017, Walters voted against: "Courtney, D-Conn., amendment that would increase, then decrease, funding for education innovation and improvement by $1.2 million (related to magnet schools)." The amendment was rejected by a vote of 204-212. [H R 3354, Vote #507, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing Funding For School Improvement Activities And Decreasing Funding For The Department Of Education Department Of Management In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Lowey, D-N.Y., for DeLauro, D-Conn., amendment that would increase funding for school improvement activities by $100 million, would increase funding for school improvement for the academic year 2018-2019 by $100 million, would increase funding for integrated student supports and specialized instructional support services by $100 million, and would decrease funding for the Department of Management of the Department of Education by $100 million." The amendment was adopted by a vote of 228-188. [H R 3354, Vote #506, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Decreasing Then Increasing Funding For The Office Of The HHS Secretary In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Lujan, D-N.M., amendment that would decrease and then increase funding for the Office of the Secretary of the Department of Health and Human Services by $2 million (related to peer support programs)." The amendment was adopted by of 213-205. [H R 3354, Vote #505, 9/13/17; CQ, 9/13/17]

**Walters Voted For Increasing Funding Related To Access To Medicare For Mental And Substance Use Disorders In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Murphy, R-Pa., amendment that would increase funding related to access to Medicare for mental and substance use disorders by $5 million." The amendment failed by a vote of 198-219. [H R 3354, Vote #504, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing Funding For The Substance Abuse And Mental Health Services Administration And Decreasing Funding For The Office Of The HHS Secretary And The DOE Department Of Management In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Clark, D-Mass., for DeLauro, D-Conn., amendment that would increase funding for the Substance Abuse and Mental Health Services Administration by $231.3 million, would decrease funding for the Office of the Secretary of the Department of Health and Human Services by $219.6 million, and would decrease funding for the Department of Management of the Department of Education by $11.7 million." The amendment was adopted by a vote of 225-192. [H R 3354, Vote #503, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing Funding For Maternal And Child Health Service Block Grants And Decreasing Funding For The Office Of The DHS Secretary In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Kildee, D-Mich., amendment that would increase funding for Maternal and Child Health Service block grants by $25 million, and would decrease funding for the office of the Secretary of the Department of Health and Human Services by the same amount." The amendment was adopted by a vote of 243-175. [H R 3354, Vote #502, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Decreasing Funding For The Bureau Of Labor And Statistics And Increasing Funding For Management Departments Within The Department Of Labor In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Meng, D-N.Y., amendment that would decrease funding for the Bureau of Labor Statistics by $1.1 million, and increase funding for the departments of management within the Department of Labor by the same amount." The amendment was adopted by a vote of 220-198. [H R 3354, Vote #501, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing Funding For The Working Protection Agencies In The Labor, HHS, And Education Departments In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Pocan, D-Wis., for DeLauro, D-Conn., amendment that would increase funding for the Labor, Health and Human Services and Education Departments' worker protection agencies by $149 million, and would decrease funding to the departments' program administration funds by $164 million." The amendment was rejected by a vote of 199-219. [H R 3354, Vote #500, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Increasing Funding For The Department Of Labor's Youth Employment Activities And Decreasing Funding For The Department's Salaries And Expenses.** In September 2017, Walters voted against: "Kildee, D-Mich., amendment that would increase funding for the Department of Labor's youth employment activities by $10 million, and would decrease funding for the department's salaries and expenses by the same amount." The amendment was adopted by a vote of 247-170. [H R 3354, Vote #499, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Violate The Government's Ability To Exchange Information About Someone's Citizenship Or Immigration Status.** In September 2017, Walters voted for: "Buck, R-Colo., amendment that would prohibit funds appropriated by the bill to be used to violate the federal government's ability to send or receive information regarding the citizenship or immigration status of an individual." The amendment was adopted by a vote of 226-191. [H R 3354, Vote #498, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement, Administer, Or Enforce The National Ocean Policy.** In September 2017, Walters voted for: "Flores, R-Texas, for Byrne, R-Ala., amendment that would prohibit funds appropriated by the bill to be used to implement, administer or enforce the National Ocean Policy, related to the stewardship of oceans, coasts and the Great Lakes." The amendment was adopted by a vote of 216-199. [H R 3354, Vote #497, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Prohibiting Funds In The FY 2018 Omnibus From Being Used To Require Individuals In Halfway Houses To Pay A Subsistence Fee.** In September 2017, Walters voted against: "Norton, D-D.C., amendment that would prohibit funds appropriated by the bill to be used to require individuals who reside in a halfway house or on home confinement to pay a subsistence fee." The amendment was rejected by a vote of 189-225. [H R 3354, Vote #496, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Allowing Funds In The FY 2018 Omnibus For The Equal Employment Opportunity Commission To Be Used For Gathering Information From Employers Related To Employees' Earnings And Hours Worked.** In September 2017, Walters voted against: "Scott, D-Va., for DeLauro, D-Conn., amendment that would allow funds appropriated to the Equal Employment Opportunity Commission to be used for the collection of information from employers related to employees' earning and hours worked." The amendment was rejected by a vote of 192-223. [H R 3354, Vote #495, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Decreasing Funding For The DOJ Salaries And Expenses And Increasing Funding For The Hollings Manufacturing Extension Partnership In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Torres, D-Calif., amendment that would decrease funding for the Department of Justice's salaries and expenses by $5 million and would increase funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership by the same amount." The amendment was adopted by a vote of 279-137. [H R 3354, Vote #493, 9/13/17; CQ, 9/13/17]

**Walters Voted For Reducing EPA Funding By $1.8 Million.** In September 2017, Walters voted for: "Norman, R-S.C., amendment that would reduce funding for the EPA by $1.8 million." The amendment was rejected by a vote of 151-260. [H R 3354, Vote #492, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Prohibiting The Use Of FY 2018 Funds To Pursue Extra-Legal Ways To Transfer Federal Funds To Private Owners.** In September 2017, Walters voted against: "Polis, D-Colo., amendment that would prohibit the use of funds appropriated by the bill to pursue any extra-legal ways to transfer federal lands to private owners in contravention of existing law." The amendment was rejected by a vote of 198-212. [H R 3354, Vote #491, 9/13/17; CQ, 9/13/17]

**Walters Voted Against Prohibiting The Use Of Funds In The FY 2018 Omnibus For Closing Or Consolidating Any Regional EPA Office.** In September 2017, Walters voted against: "Polis, D-Colo., amendment that would prohibit the use of funds made appropriated by the bill to close or consolidate any regional office of the EPA." The amendment was rejected by a vote of 201-212. [H R 3354, Vote #490, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting FY 2018 Omnibus Funds From Being Used To Implement Rules Or Regulations That Rely On Studies Related To The "Social Cost Of Carbon."** In September 2017, Walters voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds appropriated by the bill to implement any rules or regulations that rely on certain studies related to the "social cost of carbon." The amendment was adopted by a vote of 225-186. [H R 3354, Vote #489, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting FY 2018 Funds From Being Used To Enforce Rules Relating To Source Performance Standards For Greenhouse Gas Emissions.** In September 2017, Walters voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds appropriated by the bill to enforce rules relating to

source performance standards for greenhouse gas emissions and volatile organic compound emissions from the oil and natural gas sector." The amendment was adopted by a vote of 218-195. [H R 3354, Vote #488, 9/13/17; CQ, 9/13/17]

**Walters Voted For Prohibiting The Use Of FY 2018 Funds To Enforce Bureau Of Land Management Rules About Natural Gas Waste On Federal And Indian Lands.** In September 2017, Walters voted for: "Pearce, R-N.M. amendment that would prohibit the use of funds to finalize, implement, or enforce the Bureau of Land Management's rule aimed to reduce waste of natural gas from venting, flaring, and leaks during oil and natural gas production activities on onshore federal and Indian (other than Osage Tribe) leases." The amendment was adopted by a vote of 216-186. [H R 3354, Vote #484, 9/8/17; CQ, 9/8/17]

**Walters Voted Against Prohibiting The Use Of FY 2018 Funds To Process Any Application For A Permit To Drill Using Hydraulic Fracturing Or Acid Well Stimulation In The Pacific Outer Continental Shelf.** In September 2017, Walters voted against: "Carbajal, D-Calif., amendment that would prohibit funds to process any application under the Outer Continental Shelf Lands Act for a permit to drill or a permit to modify, that would authorize use of hydraulic fracturing or acid well stimulation treatment in the Pacific Outer Continental Shelf." The amendment was rejected by a vote of 177-230. [H R 3354, Vote #483, 9/8/17; CQ, 9/8/17]

**Walters Voted For Prohibiting The Use Of FY 2018 Funds For The EPA's Criminal Enforcement Division.** In September 2017, Walters voted for: "Palmer, R-Ala., amendment that would prohibit the use of funds by the EPA to enforce the EPA's Criminal Enforcement Division." The amendment was rejected by a vote of 178-227. [H R 3354, Vote #482, 9/8/17; CQ, 9/8/17]

**Walters Voted For Reducing All Funds Appropriated In The Interior Division By One Percent In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Blackburn, R-Tenn., amendment that would reduce all funds appropriated in Interior division of the bill by one percent." The amendment was rejected by a vote of 156-248. [H R 3354, Vote #481, 9/8/17; CQ, 9/8/17]

**Walters Voted For Prohibiting The EPA From Using FY 2018 Omnibus Funds To Take "Backstop" Actions Against States In The Chesapeake Bay Watershed.** In September 2017, Walters voted for: "Goodlatte, R-Va., amendment that would prohibit the EPA from using funds made available by the bill to take "backstop" actions against any of the six states in the Chesapeake Bay Watershed in the event that a state does not meet the goals mandated by the EPA's Chesapeake Bay Total Maximum Daily Load." The amendment was adopted by a vote of 214-197. [H R 3354, Vote #479, 9/7/17; CQ, 9/7/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement A National Park Service Rule Related To Wildlife Management Practices On National Preserves In Alaska.** In September 2017, Walters voted for: "Young, R-Alaska, amendment that would prohibit funds made available by the bill from being used to implement a rule by the National Park Service related to wildlife management practices on national preserves in Alaska." The amendment was adopted by a vote of 215-196. [H R 3354, Vote #478, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Eliminating The Provision That Would Prohibit Using FY 2018 Omnibus Funds From being Used To Implement Coastal And Marine Spatial Planning And Ecosystem-Based Management Components Of The National Ocean Policy.** In September 2017, Walters voted against: "Lowenthal, D-Calif., amendment that would eliminate the bill's provision that would prohibit funding made available by the bill from being used to further implement the coastal and marine spatial planning and ecosystem-based management components of the National Ocean Policy." The amendment was rejected by a vote of 189-220. [H R 3354, Vote #477, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Eliminating The FY 2018 Omnibus Provision That Would Delay The Implementation Date For National Ambient Air Quality Standards.** In September 2017, Walters voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provision that would delay the

implementation date for national ambient air quality standards for ozone until 2026." The amendment was rejected by a vote of 194-218. [H R 3354, Vote #476, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing And Decreasing Funding To EPA State Tribal Assistance Grants.** In September 2017, Walters voted against: "Lujan, D-N.M., amendment that would increase by $6 million, and decrease by the same amount, funding to EPA state and tribal assistance grants for environmental programs and infrastructure assistance." The amendment was adopted by a vote of 220-191. [H R 3354, Vote #475, 9/7/17; CQ, 9/7/17]

**Walters Voted For Decreasing The EPA Operations And Maintenance Funding In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Biggs, R-Ariz., amendment that would decrease the EPA operations and maintenance funding by $10.2 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 184-228. [H R 3354, Vote #474, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Decreasing The Department Of The Interior's Office Of The Secretary Funding By $1 Million And Increasing EPA Funding By The Same Amount In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Grijalva, D-Ariz., amendment that would decrease the Department of the Interior Office of the Secretary funding by $1 million, and would increase funding for the EPA by the same amount." The amendment was rejected by a vote of 190-218. [H R 3354, Vote #473, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing Funds For Reclamation Of Abandoned Mine Lands And Decreasing EPA Funding In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Thompson, R-Pa., amendment that would increase funds for reclamation of abandoned mine lands and other related activities by $32.5 million, and would decrease EPA funding by the same amount." The amendment was adopted by a vote of 207-205. [H R 3354, Vote #472, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing Funding For EPA Superfund Sites And Decreasing Funding For The Bureau Of Land Management Oil And Gas Program In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Grijalva, D-Ariz., amendment that would increase funding for EPA Superfund sites by $12 million, and would decrease funding for the Bureau of Land Management's oil and gas program by the same amount." The amendment was rejected by a vote of 191-221. [H R 3354, Vote #471, 9/7/17; CQ, 9/7/17]

**Walters Voted For Prohibiting Funds From Being Used In The FY 2018 Omnibus From Being Used To Make Contributions To The UN Human Rights Council, UN Office Of The High Commissioner For Human Rights, Or UN Relief And Works Agency.** In September 2017, Walters voted for: "Yoho, Fla., for Ros-Lehtinen, R-Fla., amendment that would prohibit funds from being used to make contributions to the United Nations Human Rights Council, the United Nations Office of the United Nations High Commissioner for Human Rights, and the United Nations Relief and Works Agency." The amendment was rejected by a vote of 199-212. [H R 3354, Vote #470, 9/7/17; CQ, 9/7/17]

**Walters Voted For Increasing Funding For Western Hemisphere Regional Cooperation And Decreasing Funding For International Multilateral Organizations In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Scott, R-Ga., amendment that would increase funding for Western Hemisphere Regional Cooperation by $10 million, and would decrease funding for international multilateral organizations by the same amount." The amendment was adopted by a vote of 217-193. [H R 3354, Vote #468, 9/7/17; CQ, 9/7/17]

**Walters Voted For Increasing Funding For The International Narcotics Council And Law Enforcement And Decreasing Funding For The Fulbright Program In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Rothfus, R-Pa., amendment that would increase by $30 million funding for the International Narcotics Control and Law Enforcement and decrease funding for the Fulbright Program by the same amount." The amendment was rejected by a vote of 163-248. [H R 3354, Vote #467, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Prohibiting Funds Appropriated To The Department Of Homeland Security In The FY 2018 Omnibus For Use In Construction Or Expansion Of Detention Facilities.** In September 2017,

Walters voted against: "Jayapal, D-Wash., amendment that would prohibit funds appropriated to the Department of Homeland Security for use in the construction or expansion of detention facilities." The amendment was rejected by a vote of 180-230. [H R 3354, Vote #466, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Prohibiting The Use Of Department Of Homeland Security Funds In The FY 2018 Omnibus For Entering Into Contracts With Privatized Immigration Detention Facilities.** In September 2017, Walters voted against: "Castro, D-Texas, amendment that would prohibit funds appropriated to the Department of Homeland Security to be used to enter into contracts with privatized immigration detention facilities." The amendment was rejected by a vote of 183-230. [H R 3354, Vote #465, 9/7/17; CQ, 9/7/17]

**Walters Voted For Prohibiting The Use Of Funding Appropriated For The Department Of Homeland Security To Implement, Administer, Or Enforce Wage Requirements.** In September 2017, Walters voted for: "King, R-Iowa, amendment, as modified, that would prohibit funding made available in the bill for the Department of Homeland Security and related agencies from being used to implement, administer or enforce the Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 173-240. [H R 3354, Vote #464, 9/7/17; CQ, 9/7/17]

**Walters Voted For Increasing Funding For Coast Guard Research, Development, Test And Evaluating And Decreasing Coast Guard Operating Expenses.** In September 2017, Walters voted for: "Hunter, R-Calif., amendment that would increase by $5 million funding for the Coast Guard Research, Development, Test and Evaluating account (for icebreakers), and would decrease funding for the Coast Guard Operating Expenses account by the same amount." The amendment was adopted by a vote of 245-168. [H R 3354, Vote #463, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing Funding To The Coast Guard Acquisition, Construction, And Improvements And Decreasing Funding For ICE Operations And Support.** In September 2017, Walters voted against: "Correa, D-Calif., amendment that would increase by $100 million funding to the Coast Guard Acquisition, Construction, and Improvements account, and would decrease funding to the Immigration and Customs Enforcement Operations and Support account by the same amount." The amendment was rejected by a vote of 182-229. [H R 3354, Vote #462, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing And Then Deccreasing Funding To ICE Operations And Support.** In September 2017, Walters voted against: "Castro, D-Texas, amendment that would increase by $10 million, and would decrease by the same amount, funding to the Immigration and Customs Enforcement Operations and Support account." The amendment was rejected by a vote of 203-211. [H R 3354, Vote #461, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing Funding To The Coast Guard Acquisition, Construction, And Improvements And Decreasing Funding To ICE Operations And Support.** In September 2017, Walters voted against: "Roybal-Allard, D-Calif., amendment that would increase by $850 million funding to the Coast Guard Acquisition, Construction, and Improvements account (for icebreakers), and would decrease funding to the Immigration and Customs Enforcement Operations and Support account by the same amount." The amendment was rejected by a vote of 170-241. [H R 3354, Vote #460, 9/7/17; CQ, 9/7/17]

**Walters Voted Against Increasing And Decreasing Funding To Customs and Border Protection Operation And Support.** In September 2017, Walters voted against: "Castro, D-Texas, amendment that would increase by $5 million, and decrease by the same amount, funding to the Customs and Border Protection Operations and Support account." The amendment was rejected by a vote of 205-207. [H R 3354, Vote #459, 9/7/17; CQ, 9/7/17]

**Walters Voted For Moving Forward The Consideration Of The FY 2018 Omnibus Appropriations Bill.** In September 2017, Walters voted for: "Adoption of the rule (H Res 504) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative

vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." The resolution passed by a vote of 222-190. [H RES 504, Vote #458, 9/7/17; CQ, 9/7/17]

**Walters Voted For Prohibiting State And Local Governments From Receiving HUD Funding If They Prohibit Or Restrict Reporting To INS Information About The Citizenship Or Immigration Status Of Any Individual.** In September 2017, Walters voted for: "Smith, R-Mo., amendment that would prohibit state and local government entities from receiving Housing and Urban Development Department funding if the state or local entity prohibits or restricts any government entity from reporting to Immigration and Naturalization Service with information regarding the citizenship or immigration status, lawful or unlawful, of any individual." The amendment was adopted by a vote of 225-195. [H R 3354, Vote #455, 9/6/17; CQ, 9/6/17]

**Walters Voted For Reducing Housing And Urban Development Funding In The FY 2018 Omnibus By Two Percent.** In September 2017, Walters voted for: "Grothman, R-Wis., amendment that would reduce the bill's funding for the Department of Housing and Urban Development by two percent." The amendment was rejected by a vote of 140-280. [H R 3354, Vote #454, 9/6/17; CQ, 9/6/17]

**Walters Voted For Prohibiting FY 2018 Omnibus Funds For The Departments Of Transportation And HUD From Being Used To Implement, Administer, Or Enforce The Davis-Bacon Act Prevailing Wage Requirement.** In September 2017, Walters voted for: "King, R-Iowa, amendment that would prohibit funds appropriated to the Departments of Transportation, Housing and Urban Development and related agencies from being used to implement, administer, or enforce the Davis-Bacon Act prevailing wage requirement. The amendment was rejected by a vote of 180-241. [H R 3354, Vote #453, 9/6/17; CQ, 9/6/17]

**Walters Voted For Decreasing Funding For Project Based Rental Assistance Subsidy Contracts In The FY 2018 Omnibus.** In September 2017, Walters voted for: "Grothman, R-Wis., amendment that would decrease funding for project based rental assistance subsidy contracts by $266 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 139-282. [H R 3354, Vote #452, 9/6/17; CQ, 9/6/17]

**Walters Voted For Decreasing Funding For The Public And Indian Housing Tenant-Based Rental Assistance Program.** In September 2017, Walters voted for: "Grothman, R-Wis., amendment that would decrease the funding for the Public and Indian Housing Tenant-Based Rental Assistance Program of expiring section 8 housing tenant-based annual contributions contracts by $177 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 124-195. [H R 3354, Vote #451, 9/6/17; CQ, 9/6/17]

**Walters Voted Against Decreasing Funding For Department Of Housing And Urban Development Offices And Increasing Funding For Neighborhood Reinvestment Corporation Funding.** In September 2017, Walters voted against: "Rosen, D-Nev., amendment that would decrease funding for the Department of Housing and Urban Development administrative support offices by $47 million, decrease HUD Office CFO funding by $4 million, decrease HUD Office of General Counsel funding by $8 million, decrease HUD Office of Administration funding by $32.7 million, decrease HUD Office of the Chief Procurement Office funding by $1.9 million, decrease HUD Office of Strategic Planning and Management funding by $475,000 and increase the Neighborhood Reinvestment Corporation funding by $35 million." The amendment was rejected by a vote of 200-220. [H R 3354, Vote #450, 9/6/17; CQ, 9/6/17]

**Walters Voted Against Eliminating Funding For Grants To Amtrak In The FY 2018 Omnibus.** In September 2017, Walters voted against: "Brooks, R-Ala., amendment that would that would eliminate $1.1 billion in funding for grants to the National Railroad Passenger Corporation (operating as Amtrak)." The amendment was rejected by a vote of 128-193. [H R 3354, Vote #449, 9/6/17; CQ, 9/6/17]

**Walters Voted For Decreasing Funding For State Of Good Repair Grants And Small Start Projects And Increasing Funding For Fixed Guideway Investment Grants In The FY 2018 Omnibus.** In September

2017, Walters voted for: "Budd, R-N.C., amendment that would decrease funding for the Federal-State Partnership for State of Good Repair grants by $474 million, would increase funding for fixed guideway investment grants by $1, would increase funding for new fixed guideway grants by $400 million and would decrease funding for small start projects by the same amount." The amendment was rejected by a vote of 159-260. [H R 3354, Vote #448, 9/6/17; CQ, 9/6/17]

**Walters Voted For Decreasing Funding To The Essential Air Service Program In The FY 2018 Omnibus.** In September 2017, Walters voted for: "McClintock, R-Calif., amendment that would decrease funding to the Essential Air Service program by $150 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 140-280. [H R 3354, Vote #447, 9/6/17; CQ, 9/6/17]

**Walters Voted Against Prohibiting FDA Funds In The FY 2018 Omnibus From Being Used To Finalize, Implement, Or Enforce A 2015 Draft MOU Between The FDA And States Related To Distributions Of Compound Human Drugs.** In September 2017, Walters voted against: "Carter, R-Ga., amendment that would prohibit funds provided by the bill from being used by the Food and Drug Administration to finalize, implement or enforce a 2015 draft standard memorandum of understanding between the FDA and states related to distributions of compounded human drugs." The amendment was rejected by a vote of 141-279. [H R 3354, Vote #446, 9/6/17; CQ, 9/6/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Omnibus For The Department Of Agriculture From Being Used To Implement The Davis-Bacon Act Prevailing Wage Requirements.** In September 2017, Walters voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill for the Agriculture Department and related agencies from being used to implement, administer or enforce Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 176-241. [H R 3354, Vote #445, 9/6/17; CQ, 9/6/17]

**Walters Voted For Moving Forward To Consideration Of The FY 2018 Omnibus And Waiving The Two-Thirds Vote Requirement To Consider Legislation The Same Day It Is Reported From The House Rules Committee.** In September 2017, Walters voted for: "Adoption of the rule (H Res 500) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017. The rule would waive, through the legislative day of September 9, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. The rule would also provide for motions to suspend the rules through the legislative day of September 9, 2017." The rule was adopted by a vote of 230-191. [H RES 500, Vote #443, 9/6/17; CQ, 9/6/17]

## The "Security Minibus"

**Walters Voted For The "Security Minibus" Which Included $1.6 Billion In Funding For A Southern Border Wall.** In July 2017, Walters voted for: "Passage of the bill that would provide $788 billion in discretionary funding for fiscal 2018 to various departments, agencies and legislative operations, including $658.1 billion in funding for Defense programs; $88.8 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for military construction activities and for VA programs and activities; $37.6 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for the Energy Department, Army Corps of Engineers, Bureau of Reclamation and related agencies; and $3.6 billion in funding fiscal 2018 for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. The bill would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." Passed by a vote of 235-192. [H R 3219, Vote #435, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Prohibiting Funding In The FY 2018 Minibus From Being Used To Begin, Continue, Process, Or Approve Of A Public-Private Competition Converting Federal Employee Function To Contractor Performance.** In July 2017, Walters voted against: "Cartwright, D-Pa., amendment that would prohibit

funding made available by the bill from being used to begin, continue, process, or approve of a public-private competition regarding converting any function performed by federal employees to contractor performance." The amendment was adopted by a vote of 253-172. [H R 3219, Vote #433, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Eliminating The FY 2018 Minibus' Provision That Would Prohibit The Use Of Its Funding To Transfer Or Release Or Assist In The Transfer Or Release Of A Detainee Held At Guantanamo Bay.** In July 2017, Walters voted against: "Nadler, D-N.Y., amendment that would eliminate the bill's provision that would prohibit the use of funding made available by the bill to transfer or release, or assist in the transfer or release, to or within the U.S. of Khalid Sheikh Mohammed or any other detainee who is not a U.S. citizen and is held at Guantanamo Bay. The amendment would eliminate a provision that would prohibit funds from being used to construct, acquire or modify any facility in the U.S. to house a prisoner transferred from Guantanamo Bay." The amendment was rejected by a vote of 172-252. [H R 3219, Vote #432, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Increasing Funding For Navy And Air Force Environmental Restoration Operations And Reducing Funding For Defense Department Operations And Maintenance In The FY 2018 Minibus.** In July 2017, Walters voted against: "Boyle, D-Pa., amendment that would increase by $30 million funding for Navy environmental restoration operations, would increase by $30 million funding to Air Force environmental restoration, and would reduce by $60 million funding to Defense Department-wide operation and maintenance." The amendment was adopted by a vote of 256-169. [H R 3219, Vote #431, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Increasing Funding For Naval Environmental Restoration Operations And Decreasing Funding For Defense Department-Wide Operations And Maintenance In The FY 2018 Minibus.** In July 2017, Walters voted against: "Suozzi, D-N.Y., amendment that would increase funding for Naval environmental restoration operations by $34.7 million, and would decrease by an equivalent amount funding for Defense Department-wide operations and maintenance." The amendment was adopted by a vote of 214-211. [H R 3219, Vote #430, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Prohibiting Funding In The FY 2018 Minibus Being Used To Implement Or Enforce An Energy Department Rule About Energy Conservation.** In July 2017, Walters voted against: "Perry, R-Pa., amendment that would prohibit funding made available by the bill from being used to implement or enforce the Energy Department rule entitled "Energy Conservation Program: Test Procedures for Central Air Conditioners and Heat Pumps," published on Jan. 5, 2017." The amendment was rejected by a vote of 177-248. [H R 3219, Vote #429, 7/27/17; CQ, 7/27/17]

**Walters Voted For Reducing All Discretionary Spending In The Energy And Water Division Of The FY 2018 Minibus.** In July 2017, Walters voted for: "Blackburn, R-Tenn., amendment that would reduce by one percent all discretionary spending provided for in the Energy and Water division of the bill." The amendment was rejected by a vote of 140-285. [H R 3219, Vote #428, 7/27/17; CQ, 7/27/17]

**Walters Voted For Moving Forward To Consideration Of The FY 2018 Minibus, Considering Amendments To The Defense Division Of The Minibus, And Funding Customs And Border Protection For Border Wall Construction.** In July 2017, Walters voted for: "Adoption of the rule (H Res 478) that would provide for further House floor consideration of the bill that would make certain appropriations for fiscal 2018 (HR 3219), would provide for consideration of amendments to the Defense division of the bill; and would provide for consideration of motions to suspend the rules through the legislative day of July 28, 2017. The rule would also automatically modify the fiscal 2018 minibus to include an amendment that would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." The rule was adopted by a vote of 230-196. [H RES 478, Vote #427, 7/27/17; CQ, 7/27/17]

**Walters Voted Against Reducing And Increasing Funding To The Army Corps Of Engineers Investigations Account In The FY 2018 Minibus.** In July 2017, Walters voted against: "Jackson Lee, D-Texas, amendment that would reduce by $3 million, and increase by the same amount, funding to the Army Corps of Engineers Investigations account." The amendment was adopted by a vote of 234-192. [H R 3219, Vote #425, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Eliminating The Provision That Would Prohibit Funding In The FY 2018 Minibus From Being Used To Implement Components Of The National Ocean Policy.** In July 2017, Walters voted against: "Pingree, D-Maine, amendment that would eliminate the bill's provision that would prohibit funding made available by the bill from being used to further implement the coastal and marine spatial planning and ecosystem-based management components of the National Ocean Policy developed under a 2010 executive order." The amendment was rejected by a vote of 192-235. [H R 3219, Vote #424, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Increasing Funding To The National Nuclear Security Administration Defense Nuclear Nonproliferation Account In The FY 2018 Minibus.** In July 2017, Walters voted against: "Garamendi, D-Calif., amendment that would increase by $118 million funding to the National Nuclear Security Administration defense nuclear nonproliferation account, and would decrease funding for weapons activities at National Nuclear Security Administration by the same amount." The amendment was rejected by a vote of 180-247. [H R 3219, Vote #423, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Increasing Funding For The Office Of Energy Efficiency And Renewable Energy And Decreasing Funding To The Fossil Energy Research Development Account In The FY 2018 Minibus.** In July 2017, Walters voted against: "Esty, D-Conn., amendment that would increase by $20 million funding for facility acquisition, construction or expansion in the Office of Energy Efficiency and Renewable Energy, and would reduce by $40 million funding to the Fossil Energy Research and Development account." The amendment was rejected by a vote of 203-224. [H R 3219, Vote #422, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Increasing Funding For The Office Of Energy Efficiency And Renewable Energy And Decreasing Funding To The Fossil Energy Research Development Account In The FY 2018 Minibus.** In July 2017, Walters voted against: "Norcross, D-N.J., amendment that would increase by $161.7 million funding to the Office of Energy Efficiency and Renewable Energy for facility acquisition, construction or expansion, and would reduce by $323.5 million funding to the Energy Department Fossil Energy Research and Development account." [H R 3219, Vote #421, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Increasing Funding To The Energy Efficiency And Renewable Energy Account And Reducing Funding To The Fossil Fuel Research And Development Account In The FY 2018 Minibus.** In July 2017, Walters voted against: "Castor, D-Fla., amendment that would increase by $177 million funding to the Energy Efficiency and Renewable Energy account and would reduce by $355 million funding to the Fossil Fuel Research and Development account." [H R 3219, Vote #420, 7/26/17; CQ, 7/26/17]

**Walters Voted For Prohibiting Funds In The FY 2018 Minibus From Being Used To Implement Prevailing Wage Requirements Associated With The Davis-Bacon Act.** In July 2017, Walters voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill from being used to implement, administer or enforce prevailing wage requirements associated with the Davis-Bacon Act, which specify the basis for wages paid to employees by companies under contract with the federal government." The amendment was rejected by a vote of 178-249. [H R 3219, Vote #419, 7/26/17; CQ, 7/26/17]

**Walters Voted Against Providing Funding In The FY 2018 Minibus For Salaries And Expenses For An Office Of Technology Assessment And Reducing Funding For The Architect Of The Capital.** In July 2017, Walters voted against: "Takano, D-Calif., amendment that would provide $2.5 million in funding for salaries and expenses in what would become the Office of Technology Assessment, and would reduce by $2.6 million funding to the capital construction and operations account of the Architect of the Capitol." [H R 3219, Vote #418, 7/26/17; CQ, 7/26/17]

**Walters Voted For Moving Forward To Consideration Of Amendments To The Legislative Branch, Military Construction and Veterans Affairs, And Energy And Water Divisions Of The FY 2018 Minibus.** In July 2017, Walters voted for: "Adoption of the rule (H Res 473) providing for consideration of the bill (HR 3219) that would make certain appropriations for the fiscal year ending Sept. 30, 2018, and would provide for consideration of

amendments to the Legislative Branch, Military Construction and Veterans Affairs, and Energy and Water divisions of the bill." [H RES 473, Vote #415, 7/26/17; CQ, 7/26/17]

---

**2017: Walters Voted For The Fiscal Year 2017 Omnibus Spending Bill**

---

**2017: Walters Voted For The $1.16 Trillion Omnibus Spending Bill.** In May 2017, Walters voted for "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill, with House amendment, intended to serve as the legislative vehicle for a measure that would provide $1.16 trillion in discretionary appropriations for federal departments and agencies covered by the 11 unfinished fiscal 2017 spending bills." The resolution was passed by a vote of 230-188. [HRes 308, Vote #247, 5/3/17; CQ, 5/3/17]

---

**Walters Voted For FY 2016 House Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants, And Alter Medicare**

---

**Walters Voted For The FY 2016 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants, And Alter Medicare**

---

**2015: Walters Voted For FY 2016 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants, And Alter Medicare.** In March 2015, Walters voted for the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

> **National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies. Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor. Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

> **New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.** "House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

---

**Walters Voted To Block Consideration Of Holding A Hearing For The President's FY16 Budget**

---

**2016: Walters Voted To Block Consideration Of Holding A Hearing For The President's FY16 Budget.** In March 2016, Walters voted forblocking consideration of holding a hearing for the Obama Administration's fiscal year 2017 budget proposal. "The Democratic Previous Question gives Republicans a third chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." [H Res 635, Vote #106, 3/3/16; Democratic Leader – Previous Questions, 3/3/16]

OP-ED HEADLINE: "Republicans Shouldn't Ignore The President's Budget" [Ed Rogers Op-Ed, Washington Post, 2/9/16]

HEADLINE: "White House Accuses GOP Lawmakers Of Pulling A Trump" [Politico, 2/5/16]

---

**Walters Voted For FY 2016 Budget Amendment Repealing The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending**

---

**2015: Walters Voted For FY 2016 Budget Amendment To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending.** In March 2015, Walters voted for a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

---

| **2015: Walters Voted For $1.1 Trillion Bipartisan Budget Agreement To Keep Government Open Through September 2016** |

**2015: Walters Voted For $1.1 Trillion Bipartisan Budget Deal To Keep Government Open Through September 2016.** In December 2015, Walters voted for the omnibus spending package. "The House on Friday overwhelmingly approved a $1.1 trillion spending package that includes the first major change approved by Congress to ObamaCare, and keeps the government open through September 2016 … In the end, there was no drama in the 316-113 vote … Only 18 Democrats voted against the spending bill, while 166 supported it." [HR 2029, Vote #705, 12/18/15; The Hill, 12/18/15]

**Omnibus Bill Would End U.S. Ban On Crude Oil Exports.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

**Omnibus Bill Would Reauthorize 9/11 Responder Compensation Program.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

---

| **2015: Walters Voted For FY16 GOP Budget Conference Report** |

**2015: Walters Voted For Republican Conference Report On Budget For Fiscal Year 2016.** In April 2015, Walters voted for a conference report outlining the Republican Congressional budget for fiscal year 2016 and budget levels for 2017 through 2025. "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S Con Res 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**Budget Called For $4.1 Trillion In Reductions To Entitlement Programs While War Funding Totaled $96 Billion.** "Of this, $4.1 trillion in reductions would come from programs including entitlements like Medicare. Discretionary spending in 2016 would be limited to $1.016 trillion, while war funding would total $96 billion, far above Obama's request." [Bloomberg, 4/29/15]

**Conference Report Reduced Funding For Pell Grants, Low-Income Housing Assistance Programs, And Food Stamp Program.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

## Alternative Budgets

### 2015: Walters Voted Against FY16 Congressional Black Caucus Budget

**2015: Walters Voted Against FY16 Congressional Black Caucus Budget.** In March 2015, Walters voted against the Congressional Black Caucus budget that "focuses on increasing economic opportunities through robust investments in education, infrastructure, affordable housing, domestic manufacturing, small businesses, and job training. It also protects and enhances social safety net programs…" The amendment failed 120 to 306. [H Con Res 27, Vote #137, 3/25/15; Congressional Black Caucus Website, 3/23/15]

### 2015: Walters Voted Against FY16 Congressional Progressive Caucus Budget

**2015: Walters Voted Against FY16 Congressional Progressive Caucus Budget.** In March 2015, Walters voted againstt the Congressional Progressive Caucus budget that promised 8.8 million jobs by 2017 and $4 trillion in deficit reduction. The budget repeals the sequester, cuts taxes for families, closes loopholes for corporations, reverses pay freezes, expands benefits for federal retirees, and strengthens health care and retirement programs. The amendment failed 96 to 330. [H Con Res 27, Vote #136, 3/25/15; Congressional Progressive Caucus Website, accessed 5/6/15]

### 2015: Walters Voted Against FY16 Democratic Alternative Budget That Invested In Education, Made Healthcare More Affordable, And Made Medicare More Efficient

**2015: Walters Voted Against FY2016 Democratic Alternative Budget Plan.** In March 2015, Walters voted against the Democratic alternative budget that "proposed more investment in education and infrastructure, new taxes on the wealthiest Americans, and several pet ideas including a higher minimum wage, paid sick leave, expanded early childhood education and a ban on tax breaks for executives unless they increase their employees' wages." The amendment failed 160 to 264. [H Con Res 27, Vote #139, 3/25/15; RealClearPolitics, 3/23/15]

**Budget Increased Investments In Head Start, Universal Preschool, And College Affordability.** "On education, the Democratic budget would increase investments in Head Start, which provides early childhood education to low-income children, as well as fund President Obama's proposal for universal preschool for children. It would also increase funding aimed at making college more affordable." [RealClearPolitics, 3/23/15]

**Budget Promoted Obamacare And Made Medicare More Efficient.** "While Republicans' budget fully repeals Obamacare, turns Medicare into a voucher program and cuts funding to Medicaid, the Democratic budget promotes Obamacare and maintains Medicare while promoting more efficiency, Van Hollen said." [RealClearPolitics, 3/23/15]

### 2015: Walters Voted Against FY16 Republican Study Committee Budget That Balanced In Six Years, Cut Retirement Programs, And Called For A Balanced Budget Amendment

**2015: Walters Voted Against FY2016 Republican Study Committee Budget.** In March 2015, Walters voted against the Republican Study Committee budget that would cut spending by $7.1 trillion over 10 years. "A conservative budget released by the House Republican Study Committee (RSC) on Monday would balance in five years by cutting $7.1 trillion in spending over the next decade. The cuts are much more than the $5.5 trillion in proposed cuts included in the main House GOP blueprint unveiled last week by Budget Committee Chairman Tom Price (R-Ga.). The RSC budget, prepared by RSC and Budget Committee member Marlin Stutzman (R-Ind.),

would increase spending for the Pentagon." The amendment failed 132 to 294. [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

**RSC Budget Would Cut FY16 Nondefense Discretionary Spending By $88 Billion Below Sequestration Levels.** "The RSC blueprint would lower nondefense discretionary spending for domestic programs next year to $405 billion, $88 billion below the baseline set by the 2011 deal. Altogether, discretionary spending next year would total $975 billion under the RSC's budget, much lower than the $1.018 trillion top-line number established by the 2011 law. Over the 10-year window, the RSC budget would cut nondefense spending by $1.3 trillion and increase defense spending by $435 billion." [The Hill, 3/23/15]

**RSC Proposed "Aggressive" Budget That Would Balance In Six Years.** "Conservative members of the House Republican caucus outbid their party's official budget Monday, offering a plan to cut planned government spending by more than $7.1 trillion and balance the budget in just six years. The aggressive plan to cut spending from all areas of government and erase deficits was introduced by the Republican Study Committee, a group of congressmen organized to push policy to the right." [Washington Examiner, 3/23/15]

**RSC Budget Balanced By "Cutting More Deeply Into Federal Healthcare And Retirement Programs."** "The Republican Study Committee on Monday unveiled its plan to cut spending by $7.1 trillion over 10 years, reaching a surplus in six years by cutting more deeply into federal healthcare and retirement programs as well as domestic agency budgets." [Reuters, 3/23/15]

**RSC Budget Called For Balanced Budget Amendment To The Constitution.** "It is the policy of this resolution that Congress should pass a joint resolution incorporating the provisions set forth in subsection (b), and send such joint resolution to the States for their approval, to amend the Constitution of the United States to require an annual balanced budget." [RSC Budget Proposal, 3/22/15]

## Government Spending

### 2016: Walters Voted To Require The Treasury Department To Report To Congress, But Against That Report Including Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product

**2016: Walters Voted For The Debt Management And Fiscal Responsibility Act Of 2015 Which Required Treasury Department To Report To Congress**

**Walters Voted For The Debt Management And Fiscal Responsibility Act Of 2015 Which Required Treasury Department To Report To Congress.** In February 2016, Walters voted for the bill that "requires the Secretary of the Treasury to provide a report to Congress prior to any date on which the Secretary anticipates the public debt will reach the statutory limit. The Secretary must appear before the House Ways and Means Committee and the Senate Finance Committee to submit a report including: the historic, current, and projected levels of the debt; the drivers and composition of future debt; and how the United States will meet debt obligations if the debt limit is raised." The legislation "the Debt Management and Fiscal Responsibility Act, sponsored by Rep. Kenny Marchant, R-Texas. The bill would require the Treasury Department to provide reports to Congress and the public detailing the federal government's historic, current and projected future debt levels, as well as information about when the debt will reach its statutory limit." The bill passed 267 to 151. [HR 3442, Vote #76, 2/11/16; Targeted News Service, 2/12/16]

**2016: Walters Voted Against Requiring Treasury Secretary's Report To Include Information On Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product**

**2016: Walters Voted Against Requiring Treasury Secretary's Report To Include Information On Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product.** In February 2016, Walters voted against an amendment to require the treasury secretary's report to include information on salary, wages, and impact of spending cuts on gross domestic product. The amendment sought to "require the Treasury Secretary's report to also

include individual salary and wage information, as well as projections of consumer spending and the impact of spending cuts on gross domestic product." The amendment failed 171 to 245. [HR 3442, Vote #73, 2/11/16; On Agreeing to the Amendment, 2/11/16]

### 2008: Walters Said Government Was "Growing Astronomically"

**2008: Walters: "Government [Was] Growing Astronomically, And We Need To Get Back To Personal Responsibility."** "In closing, Walters said she grew up in Laguna Niguel and is raising her four children here. 'We should be undoing some of these laws,' she said. 'Government is growing astronomically, and we need to get back to personal responsibility. The media is scrutinizing officials today and there's a lot of pressure on legislators." [Orange County Register, 2/12/08]

# Government Shutdowns

### 2017: Walters Voted For A Continuing Resolution To Prevent A Government Shutdown

**2017: Walters Voted For Averting A Government Shutdown For At Least One Week By Funding The Government With A Continuing Resolution.** In April 2017, Walters voted for "Adoption of the rule (H Res 289) that would provide for House floor consideration of the joint resolution that would extend continuing appropriations for federal government operations through May 5, 2017. It would also provide for an extension, through May 5, 2017, of health care benefits for retired coal miners." The rule was adopted by a vote of 235-178. [HRes 289, Vote #235, 2/28/17; CQ, 2/28/17]

### 2015: Walters Urged Congressional Republicans Not To Shut Down The Government And Warned Against Shutting It Down Over The Desire To Defund Planned Parenthood

**2015: Walters Urged Congressional Republicans Against Shutting Down The Government, Noting The "Cost."** MARK CRUMPTON, BLOOMBERG ANCHOR: "And joining me now from the Cannon Rotunda on the Hill is Congresswoman Mimi Walters from California. Congresswoman, thank you so much for your time.  I must begin with what is going on, as Phil just told us, about the developments, attempting to avoid a government shutdown.  You were among a group of freshmen lawmakers on the Republican side who urged their colleagues not to take this action, not to shut down the federal government. Why?" REP. MIMI WALTERS, R-CALIFORNIA: "Well, shutting down the federal government costs us a lot of money.  And now is not the time to take a stand to shut down the government.  And I don't believe we will." [Bloomberg TV, Transcript via Political Transcript Wire, 10/2/15]

**2015: Walters Said The Government Should Not "Continue To Fund" Planned Parenthood, But Added That Shutting Down Government Over It Could Set Back The "Pro-Life Movement."** WALTERS: "We need to look at Planned Parenthood, in light of -- especially in light of what the videos that have been released.  And there has been concern in our conference that we don't continue to fund Planned Parenthood. And while I support that, the bigger question is, by us shutting the government on this one particular issue, it was going to end up costing us a lot more money to shut the government down. And many in the pro-life movement believe that taking a stand on defunding Planned Parenthood right now and, you know, costing the government to shut down, would take the pro-life movement a couple of steps backwards. And so we were trying to be in-line with the pro-life movement, saying, OK, you know what, we want to move forward on this issue, but this is just not the way to do it."  [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 0:54-2:15, 9/30/15]

**2015: Walters: "We Want To Advance The Cause Of The Pro-Life Movement," But "When You Shut Down The Government, You Are Costing The Taxpayers A Lot Of Money."** WALTERS:  "Oh, absolutely we are.  And, you know, we want to advance the cause of the pro-life movement, but there has to be a certain strategy put in place.  And when you shut down the government, you are costing the taxpayers a lot of money.  You are costing the creation of jobs.  And we have to be very careful and very strategic as we move this issue forward." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 2:15-3:13, 9/30/15]

**2015: Walters Voted For A Short-Term Continuing Resolution To Prevent Government Shutdown**

**2015: Walters Voted For A Short-Term Continuing Resolution To Prevent Government Shutdown.** In September 2015, Walters voted for a "motion to concur in the Senate amendment to the bill that would continue funding the government through Dec. 11, 2015 at an annualized rate of $1,017 trillion, the top-line post-sequester discretionary spending level for FY 2016 set by the Budget Control Act. It also would fund for Overseas Contingency Operations at a rate of $74.8 billion, roughly equal to the FY 2015 level. Under the bill, most programs would be funded at a rate that is 0.21 percent less than their FY 2015 funding level, although the measure would include increases for certain activities including $700 million in emergency funding for fighting fire in western states; it would give the VA budget flexibility in constructing a facility in Denver, and would not defund Planned Parenthood. Further, the measure would extend through Dec. 11 the ban on state taxation of Internet access and the E-Verify employment verification system." The motion was agreed to by a vote of 277-151. [HR 719, Vote #528, 9/30/15; CQ Floor Votes, 9/30/15]

## Debt Limit Votes

**2017: Walters Voted For Suspending The Public Debt Limit And Making Funds Available For Hurricane Relief**

**Walters Voted For Suspending The Public Debt Limit For Three Months And Making Available Supplemental Emergency Funding For Hurricane Relief.** In September 2017, Walters voted for: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would make available $15.25 billion in emergency supplemental funding for fiscal 2017 to partially cover the costs of responding to multiple natural disasters, including Hurricane Harvey. The measure would suspend the public debt limit from the bill's date of enactment until Dec. 8, 2017, and would provide for government operations to be funded at fiscal 2017 levels until Dec. 8, 2017." The motion passed, 316-90. [H R 601, Vote #480, 9/8/17; CQ, 9/8/17]

**2015: Walters Voted To Block Consideration Of A Clean Debt Limit Extension That Would Avoid A Government Default**

**2015: Walters Voted To Block Consideration Of A Clean Debt Limit Extension That Would Avoid A Government Default.** In October 2015, Walters voted To Block consideration of a clean debt limit extension that would avoid a government default and an increase of interest rates on mortgages, student loans, credit cards, and car payments. The previous question passed, 241 to 181. A vote against the previous question would have allowed the bill to be considered. [H.Res. 480, Vote #553, 10/21/15; Democratic Leader – Previous Questions, 10/21/15]

**2015: Walters Voted For Debt Limit Bill Forcing Gov't Shutdown By Only Paying Nation's Creditors And Social Security Recipients, Ignoring Military Members And Medicare Recipients**

**2015: Walters Voted For Debt Limit Bill That Would Only Allow Payments For The Nation's Creditors And Social Security Recipients.** In October 2015, Walters voted for the Default Prevention Act, a bill that would force a partial government shutdown by only funding payments towards the nation's creditors and Social Security recipients. "With less than two weeks until the federal government is expected to reach its borrowing limit, House Republican leaders are readying a vote on legislation intended to avoid a financial meltdown should that ceiling be reached. … The Default Prevention Act … would allow the federal government to keep borrowing above the statutory debt limit for the sole purpose of paying principal and interest on debt held by the public or the Social Security Trust Fund." The bill passed, 235 to 194. [HR 692, Vote #557, 10/21/15; Washington Post, 10/16/15]

**Democrats Criticized Bill For Being A "Cop-Out" And Prioritizing Foreign Bondholders Over Military Members, Medicare, And Medicaid Recipients.** "Democrats oppose the bill, calling it a cop-out that would

pave the way for a partial government shutdown where military members and federal workers would go without paychecks, doctors and hospitals would go without Medicaid and Medicare payments, and federal contractors would be hung out to dry. Rep. Sander M. Levin (D-Mich.), ranking member of Ways and Means, called the bill 'reckless and indefensible' last month and doubted whether the bill could even be implemented under current Treasury systems and procedures. 'Even if such prioritization were possible, it would put China and other foreign bondholders before our own citizens at a time when they can least afford it,' he said." [Washington Post, 10/16/15]

**Bill Falls "Far Short Of The Needed Debt-Limit Increase."** "With the potential for an unprecedented federal default two weeks away, House Republicans on Wednesday plan to pass legislation not to avert disaster, but rather to manage it… Yet with time running out, what the House will vote on Wednesday and send to the Senate falls far short of the needed debt-limit increase. … Privately, some Republicans concede the vote is a way for members to seem to oppose default. Douglas Holtz-Eakin, an economics adviser to Republicans and the former director of the nonpartisan Congressional Budget Office, called it 'political cover but not a solution of any type. There's no way that you can pretend that taking out the Pentagon budget and a huge chunk of the domestic budget is not going to be damaging,' he said." [New York Times, 10/20/15]

**HEADLINE: "House GOP Brings Back Debt Ceiling Cop-Out Bill For A Floor Vote This Week"** [Talking Points Memo, 10/19/16]

## 2015: Walters Voted To Block Consideration Of A Clean Debt Limit Extension

**2015: Walters Voted To Block Consideration Of A Clean Debt Limit Extension.** In October, 2015, Walters voted To Block consideration of a vote on "a clean debt limit extension." The previous question carried, 244-185. A vote against the previous question was to force the vote on a clean debt limit bill. [HR 3762 Vote #566, 10/22/15; Democratic Leader – Previous Questions, 10/22/15]

## 2015: Walters Voted To Suspend Debt Limit Until March 2017 And Increase Discretionary Spending Cap

**2015: Walters Voted For Motion That Would Have Replaced HR 1314 With Bill Suspending Debt Limit Until March 2017 And Increasing Discretionary Spending Cap.** Walters voted for "motion to concur in the Senate amendment to the bill with a modified Boehner amendment that would replace the bill with legislation that would suspend the debt limit until March 15, 2017 and increase the discretionary spending cap for fiscal 2016 by $50 billion and for fiscal 2017 by $30 billion, with the increases split equally between defense and non-defense spending." The motion passed 266 to 167. [HR 1314, Vote #579, 10/28/15; CQ Billtrack, 11/04/15]

**Motion Included The Sale Of Oil From The Strategic Petroleum Reserve.** "Offsets through mandatory spending cuts and revenue increases would include increasing premiums companies pay to the Pension Benefit Guarantee Corporation to insure private pension plans, the sale of oil from the Strategic Petroleum Reserve, and changes to the federal crop insurance program. It would prevent an estimated 52 percent premium increase for certain Medicare beneficiaries and instead provide for a lower increase, and would make changes to keep the Social Security disability insurance trust solvent until 2022. Motion agreed to 266-167. Note: A 'yea' was a vote in support of the president's position." [CQ Billtrack, 11/04/15]

# Congressional Pay

---

### Significant Findings

✓   Walters voted at least three times against congressional pay increases.

---

## Walters Voted At Least Three Times Against Congressional Pay Increases

**2016: Walters Voted For A Legislative Branch Appropriations Bill That Included Freeze On COLA For Congress.** In June 2016, Walters Voted For: "Passage of the bill that would provide $3.5 billion for legislative branch operations, excluding Senate operations, in fiscal 2017. The total would include $1.2 billion for House operations, $629 million for the Library of Congress, $533 million for the Government Accountability Office, $552 million for the Architect of the Capitol and $391 million for the Capitol Police." A vote yes was a vote to block pay increases. The bill passed 233-175. [CQ, 6/10/16; HR5325, Vote #294, 6/10/16]

**2015: Walters Voted For An Appropriations Bill That Banned A COLA For Members Of Congress For 2016.** In December 2015, Walters Voted For: "Rogers, R-Ky., motion to concur in the Senate amendment to the bill with an amendment that would provide $1.15 trillion in discretionary appropriations through Sept. 30, 2016 for federal departments and agencies covered by the fiscal 2016 spending bills. Included in that total is: $21.75 billion for Agriculture, $55.7 billion for Commerce-Justice-Science, $572.7 billion for Defense, $37.2 billion for Energy-Water, $23.2 billion for Financial Services, $41 billion for Homeland Security, $32.2 billion for Interior-Environment, $162.1 billion for Labor-HHS-Education, $4.4 billion for Legislative, $79.9 billion Military Construction-Veterans Affairs, $52.8 billion for State-Foreign Operations, and $114 billion for Transportation-HUD. The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." A vote yes was a vote to block a pay increase. The motion passed by a vote of 316-113. [CQ, 12/18/15; HR 2029, Vote #705, 12/18/15]

> **H.R. 2029 Included A Provision Banning COLA For Members Of Congress In 2016.** "SEC. 9. &lt;&lt;NOTE: 2 USC 4501 note.&gt;&gt;  ADJUSTMENTS TO COMPENSATION. Notwithstanding any other provision of law, no adjustment shall be made under section 601(a) of the Legislative Reorganization Act of 1946 (2 U.S.C. 4501) (relating to cost of living adjustments for Members of Congress) during fiscal year 2016." HR 2029 became Public Law No: 114-113 on December 18, 2015. [Congress.gov, HR2029 text, 12/18/15]

**2015: Walters Voted For Legislative Branch Appropriations That Blocked COLA For Members.** In May 2015, Walters Voted For: "Passage of the bill that would provide $3.3 billion for legislative branch operations, excluding Senate operations, in fiscal 2016. The total would include $1.2 billion for House operations, $591 million in net appropriations for the Library of Congress, $522 million for the Government Accountability Office, $492 million for the Architect of the Capitol and $369 million for the Capitol Police. As amended, the bill would provide no funding for the Open World Leadership Center." According to the Congressional Research Service, "The House-passed and Senate-reported versions of the FY2016 legislative branch appropriations bill (H.R. 2250) both contained a provision prohibiting this adjustment. The pay adjustment prohibition was subsequently included in the Consolidated Appropriations Act, 2016 (P.L. 114-113)." A vote yes was a vote to block pay increases. The bill passed, 357-67. [CRS, 6/21/16; CQ, 5/19/15; HR2250, Vote #247, 5/19/15]

# Consumer Issues

### Significant Findings

✓ *Walters voted to allow internet service providers to sell customers' information without obtaining permission and co-sponsored a resolution nullifying the FCC's rule protecting the privacy of broadband customers*

✓ *Walters co-sponsored legislation that would make it more difficult to regulate the financial sector*

✓ *Walters co-sponsored legislation that would prevent the Department of Labor from adopting a fiduciary standard*

✓ *Walters voted to weaken 2010 Wall Street Reform regulations*

✓ *Walters voted to weaken the Consumer Financial Protection Bureau*

## Internet Privacy

## Walters Accepted Nearly $75,000 From The Telecommunications Industry

**As A Candidate For Congress, Walters Has Accepted $74,750 From The Telecommunications Industry.** [Center for Responsive Politics, accessed 8/1/17]

## 2017: Walters Voted Against Subjecting Internet Service Providers To Privacy Rules Adopted By The FCC In 2016

**Walters Voted For Blocking A Bill To Subject Providers Of Broadband Internet Access To Privacy Rules Adopted By The FCC In October of 2016.** In July 2017, Walters voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 431) that would provide for House floor consideration of the bill (HR 2810)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 1868) to provide that providers of broadband Internet access service shall be subject to the privacy rules adopted by the Federal Communications Commission on October 27, 2016." A vote for the previous question was a vote to block consideration of HR 1868. The motion passed, 234-183. [H Res 431, Vote #347, 7/1217; CQ, 7/12/17; DemocraticLeader.gov, 7/12/17]

## 2017: Walters Co-Sponsored A Resolution Nullifying The FCC's Rule Protecting The Privacy Of Broadband Customers

**2017: Walters Co-Sponsored A Resolution Providing For Congressional Disapproval Of An FCC Rule Protecting The Privacy Of Broadband Customers And Other Telecommunications Services.** "This joint resolution nullifies the rule submitted by the Federal Communications Commission entitled 'Protecting the Privacy of Customers of Broadband and Other Telecommunications Services.' The rule published on December 2, 2016: (1) applies the customer privacy requirements of the Communications Act of 1934 to broadband Internet access service and other telecommunications services, (2) requires telecommunications carriers to inform customers about rights to opt in or opt out of the use or the sharing of their confidential information, (3) adopts data security and breach notification requirements, (4) prohibits broadband service offerings that are contingent on surrendering privacy rights, and (5) requires disclosures and affirmative consent when a broadband provider offers customers financial

incentives in exchange for the provider's right to use a customer's confidential information." [Library of Congress, H.J. Res. 86, 115th Congress, introduced 3/8/17]

## 2017: Walters Voted To Allow Internet Providers To Sell Customers' Information Without Obtaining Permission

**2017: Walters Voted To Block A Bill To Reinstate FCC Rules Protecting The Privacy Of Broadband Customers.** In May 2017, Walters voted for "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 299)." Upon defeat of the motion, Democrats planned to offer an, "amendment to the Rule, which would make in order Ms. Rosen of Nevada's bill, H.R. 1868.  H.R. 1868 would reinstate the Federal Communications Commission's rules adopted on October 27, 2016 that protect the privacy of broadband customers." A vote yes was a vote to block the Democratic amendment. The motion was agreed to by a vote of 233-190. [HR 1868 (HRes 299), Vote #240, 5/2/17; CQ, 5/2/17]

**2017: Walters Voted To Nullify A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Sensitive Information.** In March 2017, Walters voted for "passage of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information, such as web browsing history, geolocation information, content of communications and Social Security numbers; to take reasonable measures to secure customer information; and to notify customers, the commission and law enforcement when a data breach occurs that could result in harm." The resolution passed (thus cleared for the president) by a vote of 215-205. A "yea" was a vote in support of the president's position. [SJRes 34, Vote #202, 3/28/17; CQ, 3/28/17]

> **Washington Post: ISPs "Will Be Able To Monitor Their Customers' Behavior Online And, Without Their Permission, Use Their Personal And Financial Information To Sell Highly Targeted Ads."** "If Trump signs the legislation as expected, providers will be able to monitor their customers' behavior online and, without their permission, use their personal and financial information to sell highly targeted ads — making them rivals to Google and Facebook in the $83 billion online advertising market. The providers could also sell their users' information directly to marketers, financial firms and other companies that mine personal data — all of whom could use the data without consumers' consent. In addition, the Federal Communications Commission, which initially drafted the protections, would be forbidden from issuing similar rules in the future." [Washington Post, 3/28/17]

> **Washington Post: The House Just Voted To Wipe Away The FCC's Landmark Internet Privacy Protections.** [Washington Post, 3/28/17]

**2017: Walters Voted For Consideration Of Nullification Of A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Information.** In March 2017, Walters voted for "adoption of the rule (H Res 230) that would provide for House floor consideration of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information." The rule was adopted by a vote of 231-189. [HRes 230, Vote #200, 3/28/17; CQ, 3/28/17]

# Wall Street Reform & Regulation

## Walters Accepted More Than $200,000 From The Securities And Investment Industry And Worked As An Investment Banker Before Starting A Career In Politics

**Over The Course Of Her Career, Walters Accepted $205,800 From The Securities And Investment Industry.** [Center for Responsive Politics, accessed 8/1/17]

**Walters Worked At "Former Wall Street Titan" Kidder Peabody & Co, Prior To Her Political Career.** "Sen. Mimi Walters is a favorite among Orange County Republicans for her tough, straight talk and her background in business, which included stints as an investment executive at Drexel, Burnham & Lambert and at Kidder Peabody & Co., the former Wall Street titan. Prior to joining the Assembly in 2004, Walters served eight years on the Laguna Niguel City Council, where she helped defeat a proposal to convert the El Toro Marine Corps Air Station into a commercial airport." [Orange County Register, 5/18/12]

---

### 2017: Walters Voted To Allow Startups To Sell Securities Without Registering With The SEC

**Walters Voted For Allowing Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** In November 2017, Walters voted for: "Passage of the bill that would require an issuer of securities to meet a specific set of criteria in order for the issuer's transactions to constitute a sale of 'nonpublic' securities that are exempt from registration with the Securities and Exchange Commission and from state regulation. It would require each purchaser to have a substantive pre-existing relationship with an officer or certain shareholders of the issuer, permit no more than 35 purchasers under the exemption over the preceding 12 months, and would cap, at $500,000, the total aggregate amount of securities sold in the 12-month period preceding the transaction." The bill passed 232-188. [HR 2201, Vote #622, 11/9/17; CQ, 11/9/17]

> ***Voterama In Congress*: HR 2201 Would Allow Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** "Deregulation of stock sales: The House on Nov. 9 voted, 232-188, to allow certain startups to sell relatively small sums of stock in private transactions free of Securities and Exchange Commission registration rules. Under the bill, firms would be exempt from registering securities if the aggregate amount of the private offering is less than $500,000 over 12 months and there are 35 or fewer purchasers, each of whom has a pre-existing relationship with the issuer. A yes vote was to pass HR 2201 over arguments it could lead to fraudulent offerings." [Voterama in Congress via GoErie.com, 11/12/17]

> **Walters Voted For Consideration Of A Bill Allowing Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** In November 2017, Walters voted for: "Adoption of the rule (H Res 609) that would provide for House floor consideration of the bill (HR 2201) that would require an issuer of securities to meet a specific set of criteria in order for the issuer's transactions to constitute a sale of 'nonpublic' securities that are exempt from registration with the Securities and Exchange Commission and from state regulation." The resolution was adopted 233-190. [HRes 609, Vote #617, 11/8/17; CQ, 11/8/17]

---

### 2010 Wall Street Reform

*Note: Known colloquially as Dodd-Frank*

---

### 2017: Walters Voted To Repeal Provisions Of Wall Street Reform, Including Prohibitions On Forced Arbitration Clauses

**Walters Voted For Passage Of The Joint Resolution Nullifying The Consumer Financial Protection Rule Prohibiting Mandatory Arbitration Clauses.** In July 2017, Walters voted for: "Passage of the joint resolution that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in consumer contracts related to financial services and products." The joint resolution passed by a vote of 231-190. [H J RES 111, Vote #412, 7/25/17; CQ, 7/25/17]

> **Walters Voted For Moving Forward With Consideration Of A Joint Resolution Nullifying The Consumer Financial Protection Rule Prohibiting Mandatory Arbitration Clauses.** In July 2017, Walters voted for: "Adoption of the rule (H Res 468) that would provide for House floor consideration of the joint resolution (H J Res 111) that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in certain consumer contracts." The rule was adopted by a vote of 233-188. [H RES 468, Vote #411, 7/25/17; CQ, 7/25/17]

**Walters Voted For A Bill To Repeal Many Provisions Of The 2010 Dodd-Frank Law.** In June 2017, Walters voted for: "Passage of the bill that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency funded by annual appropriations and would modify operations at the Federal Reserve and at the Securities and Exchange Commission. It would repeal the prohibition on banking entities engaging in proprietary trading and would modify regulations governing the amount of capital that banks are required to maintain. It would also nullify the Labor Department's April 2016 'fiduciary' rule regarding standards for individuals who provide retirement investment advice to act in the best interests of their clients." The bill passed, 233-186. [HR 10, Vote #299, 6/8/17; CQ, 6/8/17]

**Walters Voted For An Amendment To Roll Back Regulations For Mutual Holding Companies.** In June 2017, Walters voted for: "Faso, R-N.Y., amendment that would modify federal regulations governing the valuation process for mutual holding companies in the event of a full conversion from mutual-form to stock-form of ownership." According to the Congressional Record, Rep. Faso said that the amendment "restores the dividend waiver process to what it was prior to Dodd-Frank" for mutual holding companies." The amendment was adopted, 235-184. [HR 10, Vote #297, 6/8/17; CQ, 6/8/17; Congressional Record, 6/8/17]

**Walters Voted For Consideration Of A Bill That Would Repeal Many Provisions Of The Dodd-Frank Law.** In June 2017, Walters voted for: "Adoption of the rule (H Res 375) that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency, modify operations at the Federal Reserve and at the Securities and Exchange Commission, modify regulations governing the amount of capital that banks are required to maintain, and repeal the prohibition on banking entities engaging in proprietary trading." The rule was adopted, 231-188. [H Res 375, Vote #291, 6/7/17; CQ, 6/7/17]

## 2015: Walters Voted For A Bill That Would Roll Back Wall Street Reform

**2015: Walters Voted For Legislation To Roll Back Or Delay Wall Street Reform Regulations.** In January 2015, Walters voted for legislation that combined the text from eleven bills and would roll back or delay a number of regulations in the Dodd-Frank financial reform law. "The most serious attack of the bunch came in the form of a partial two-year delay of the Volcker Rule, which would ban banks from speculating in securities markets with taxpayer money. The bill would have allowed Citigroup and JPMorgan Chase to hold onto almost $50 billion in risky corporate debt packages known as collateralized loan obligations through 2019." The bill passed, 271 to 154. [HR 37, Vote #37, 1/14/15; Huffington Post, 1/10/14]

> **Walters Voted Against Motion That Would Prohibit Individuals Who Finance Terrorism From Qualifying For Regulatory Exemptions.** In January 2015, Walters voted against a motion that would disqualify anyone convicted of providing financial assistance to terrorist organizations or state sponsors of terrorism from regulatory relief under the underlying bill, the Promoting Job Creation and Reducing Small Business Burdens Act. The motion failed 183 to 242. [HR 37, Vote #37, 1/14/15; Motion to Recommit, 1/14/15]

**2015: Walters Voted To Weaken Wall Street Reform And Roll Back Rules Limiting Risky Bank Investments.** In January 2015, Walters voted for a bill "to relax some requirements under the 2010 Dodd-Frank financial regulatory law. The measure would delay until July 2019 a provision of the law's Volcker Rule intended to limit risky investments by banks, and make other changes." The vote failed to reach a 2/3 majority, 276 to 146. [HR 37, Vote #9, 1/7/15; Bloomberg, 1/7/15]

## Walters Opposed Wall Street Reform And Argued In Favor Of The CHOICE Act

**2016: Walters Opposed Wall Street Reform, Argued In Favor Of The CHOICE Act.** In July 2016, Walters came out against Wall Street Reform, saying, "Six years ago today, the Dodd-Frank Act was signed into law. That means for the last several years, American taxpayers have faced a greater chance of footing the bill for another bailout and small banks have crumbled under the weight of this 2,300-page, misguided legislation. We understand

the crippling effects the Dodd-Frank Act has on our economy, and House Republicans have a #BetterWay: better.gop" [Rep. Mimi Walters' Facebook page, posted 7/21/16]

**CHOICE Act Would Lessen Scrutiny Of Risky Banks And Eliminate Requirement That Banks Have Enough Funds In Case Of Failure.** "The CHOICE Act wouldn't completely repeal Dodd-Frank but rather change those provisions the banking industry particularly dislikes: regulators' 'orderly liquidation authority' for winding down failing banks, a 'stress test' system banks consider opaque and burdensome, and the government's discretion in deciding what institutions warrant heightened scrutiny, among others." [Slate, 2/01/17]

## Commodities Regulation

### 2015: Walters Voted In Favor Of Bill That Would Restrict Ability Of Commodity Futures Trading Commission To Regulate Wall Street Banks' Overseas Trades

**2015: Walters Voted For Consideration Of Bill Restricting Ability Of Commodity Futures Trading Commission To Regulate Wall Streets' Banks Overseas Trade.** In June 2015, Walters voted for the consideration of a bill reauthorizing the Commodity Futures Trading Commission. "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama.The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." The resolution passed 243 to 182. [H. Res. 288, Vote #274, 6/03/15; Bloomberg News, 6/09/15]

**Bloomberg News: Bill Would Force CFTC To Conduct Additional Cost Analysis Of Its Rules, "A Key Requirement That Could Stall The Agency's Work."** "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama. The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." [Bloomberg News, 6/09/15]

**2015: Walters Voted For Weakening Federal Oversight Of American Financial Institutions Trading Overseas.** In June 2015, Walters voted for final passage of HR 2289, The Commodity End-User Relief Act of 2015. The bill limited "the CFTC's authority to regulate cross-border derivatives trading. It would require the agency to issue rules that allow U.S. firms to carry out trades in the eight largest foreign markets without U.S. supervision, provided those countries have equivalent oversight." The bill passed 246 to 171. [HR 2289, Vote #309, 6/09/15; CQ News, 6/09/15]

## Consumer Credit

### 2015: Walters Co-Sponsored Legislation That Would Exempt Credit Bureaus From The Credit Repair Organizations Act

**2015: Walters Cosponsored The Facilitating Access To Credit Act Of 2015.** [H.R. 347, 114th Congress, introduced 1/14/15]

**Group Of Consumer Protection Organizations Said The Bill Would "Unnecessarily Allow Credit Bureaus To Be Exempt From Coverage By The Credit Repair Organizations Act."** "The undersigned national consumer organizations would like to express our strong opposition to H.R. 347 (Royce and Hinojosa), the misleadingly-named 'Facilitating Access to Credit Act of 2015.' This bill would unnecessarily allow credit

bureaus to be exempt from coverage by the Credit Repair Organizations Act (CROA)." [Letter to Representatives Jeb Hensarling and Maxine Waters, 4/27/15]

---

**Consumer Financial Protection Bureau**

---

**2015: Walters Voted To Mandate Private Sector Input On Federal Agency Rules, Expand Judicial Review, And Restrict CFPB Funding**

**2015: Walters Voted To Mandate Private Sector Input On Federal Agency Rules, Expand Judicial Review, And Restrict CFPB Funding.** In February 2015, Walters voted for the Unfunded Mandates Information and Transparency Act of 2015. "In a new GOP attempt to roll back federal regulations, the House passed a measure Wednesday aimed at limiting agency rules that impose unfunded mandates. Lawmakers approved the bill 250-173, after adding a provision that would restrict funding for the Consumer Financial Protection Bureau…The main part of the bill (HR 50) would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The bill passed 250 to 173. [HR 50, Vote #64, 2/04/15; CQ News, 2/4/15]

> **Coalition For Sensible Safeguards: "The Unfunded Mandates Information and Transparency Act Lets Big Business Write The Rules."** "But the Coalition for Sensible Safeguards (CSS) says the bill would give businesses special access to regulators and block hypothetical future rules without the public knowing. 'The Unfunded Mandates Information and Transparency Act lets big business write the rules,' Katherine McFate, president of the Center for Effective Government and CSS co-chair, said in a statement. 'It doesn't improve or streamline the regulatory process, which is already plagued by hurdles and delays. This act would make it even more difficult for agencies to implement laws enacted by Congress." [The Hill, 1/30/15]

> **HR 50 Cut CFPB Funding By $36 Million.** "Limits the total budget authority which the Consumer Financial Protection Bureau may request from the Federal Reserve to $550 million in FY 2016. This limitation is needed to ensure that the CFPB will comply with the requirements contained elsewhere within HR 50 without increasing their drawdown of funds from the federal reserve, which would otherwise add a direct spending cost to the bill. The limitation is set at $36 million below the CBO baseline projection for CFPB Budget Authority in FY 2016." [HR 50, Amendment #4, 2/04/15]

---

**Walters Voted To Limit Funding For The Consumer Financial Protection Bureau**

**Walters Voted To Limit Funding For Consumer Financial Protection Bureau.** In April 2015, Walters voted for a bill that limited funding for the CFPB. "Passage of the bill that would formally establish three advisory boards with which the Consumer Financial Protection Bureau (CFPB) that must consult on matters regarding small businesses, credit unions and community banks. The measure is offset by limiting funding for the CFPB in future years. As amended, the bill would encourage the CFPB to ensure the participation of veteran-owned small-business concerns as members of the Small Business Advisory Board." The bill passed 235-183. [HR 1195, Vote #167, 4/22/15; CQ News, 4/22/15]

---

**Walters Voted Against Allowing Individuals Or Companies Convicted Of Predatory Lending To Serve On Consumer Financial Protection Bureau Boards**

**Walters Voted Against Prohibiting Individuals Or Companies Convicted Of Predatory Lending From Serving On CFPB Boards.** In April 2015, Walters voted against a motion that protected military bases and veterans from predatory lenders. The motion would "prohibit individuals from serving as members of the any of the advisory boards if within the last ten years they have been employed or acted as an agent of a company whose been subject to a state or federal enforcement action for predatory lending or fraud against veterans or servicemembers." The motion was rejected, 184-234. [HR 1195, Vote #166, 4/22/15; CQ News, 4/22/15]

| Fiduciary Rule |
| --- |

**Walters Co-Sponsored And Voted Against Allowing The Labor Department To Adopt A Fiduciary Standard**

**2015: Walters Co-Sponsored Legislation That Would Prevent The Department Of Labor From Adopting A Fiduciary Standard.** [Library of Congress, H.R. 1090, 114th Congress, introduced 2/25/15]

    **2015: Obama Administration Opposed HR 1090.** "The Administration strongly opposes H.R. 1090 because the bill would derail an important Department of Labor rulemaking critical to protecting Americans' hard-earned savings and preserving their retirement security." [Statement of Administration Policy via American Presidency Project, 10/26/15]

**2015: Walters Voted Against Amendment To Allow Department Of Labor To Adopt Fiduciary Rule Regarding Investment Advisors.** Walters voted against amendment to HR 1090. "H.AMDT.732 to H.R.1090 Amendment sought to allow the Department of Labor to complete and adopt a rule to require that investment advisers act solely in the best interests of the workers and retirees who rely upon them in making financial decisions regarding their retirement." The amendment failed 184 to 246.  [HR 1090, Vote #574, 10/27/15]

**2015: Walters Voted Against Bill To Prevent Department Of Labor From Issuing Fiduciary Rule "Setting Standards Of Conduct For Brokers And Dealers Of Securities."** Walters voted against HR 1090, the Retail Investor Protection Act. "H.R. 1090 would prohibit the Secretary of Labor from finalizing a regulation related to certain investment advisors until the Securities and Exchange Commission (SEC) issues a final rule setting standards of conduct for brokers and dealers of securities. The regulation that would be delayed by the bill will define the circumstances under which an individual is considered to be a fiduciary when providing investment advice to employee retirement and other benefit plans and their participants. Under current law, the SEC is authorized to develop regulations that establish the same standards of conduct for brokers and dealers that are already in place for investment advisors when providing advice to persons who use the information for personal reasons." [HR 1090, Vote #575, 10/27/15; Congressional Budget Office, 10/21/15]

    **Bill Did Not Direct Securities And Exchange Commission To Issue Fiduciary Rule; Commission Had Not Proposed Rule.** "Because the bill would not direct the SEC to issue a rule on standards of conduct, CBO expects that implementing H.R. 1090 would not affect the SEC's workload or its costs. Enacting H.R. 1090 would not affect direct spending or revenues; therefore, pay-as-you-go procedures do not apply." [HR 1090, Vote#575, 10/27/15; Congressional Budget Office, 10/21/15]

    **TIME Money, Ian Salisbury Opinion: Bill Did Not Prohibit Instituting Of Fiduciary Standard, But Required Department Of Labor To Defer To Securities And Exchange Commission's Parallel Efforts.** "To be sure, the mechanics get a bit more complicated: Tuesday's bill technically doesn't nix the fiduciary standard. It requires the Labor Department to defer to the Securities and Exchange Commission's parallel efforts. There is some merit to that: It is certainly possible to quibble about the Labor Department's proposal. But given the fact that many of the same lawmakers who voted for latest bill have also fought to squelch the S.E.C.'s own efforts, it seems unlikely their objections are purely a matter of defending bureaucratic jurisdiction." [TIME Money, Ian Salisbury Opinion, 10/28/15]

    **TIME Money, Ian Salisbury Opinion: Bill Preventing Rule To Protect Retail Investors Was "In True, It-Can-Only-Happen-In-Washington-Style."** "On Tuesday, the House passed, 'The Retail Investor Protection Act.'… Confused? You should be. In true, it-can-only-happen-in-washington-style, the Act actually prevents the Department of Labor from implementing a rule retail investor advocates have been promoting for close to a decade. As Morningstar analyst and long-time industry watcher John Rekenthaler recently lamented, 'George Orwell would be amused.'" [TIME Money, Ian Salisbury Opinion, 10/28/15]

**2016: Walters Voted For A Resolution Disapproving Labor Department's Expansion Of "Fiduciary Rule" To Cover Conflict-Of-Interest Risks By Retirement Advisors.** In April 2016, Walters voted for a joint resolution blocking a Labor Department rule imposing the 'fiduciary rule' for retirement advisers. The measure "would invalidate a rule to define 'fiduciary' as anyone compensated for individualized retirement investment advice, thus requiring them to act in the best interest of their clients…Financial advisers claim that brokers' regulatory costs and liability concerns would increase if the rule goes into effect. But supporters argue the new guidelines would close loopholes that have allowed retirement advisers to promote substandard investment options for their own financial benefit." The resolution passed, 234 to 183. [H J Res 88, Vote #176, 4/28/16; CQ Roll Call, 4/21/16]

## Predatory Lending

**2015: Walters Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans**

**2015: Walters Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans.** In November 2015, Walters voted for legislation that would prevent borrowers from filing claims against holders of loans that contain abusive and harmful terms. "Under the bill, depository institutions that hold a loan in portfolio would receive a legal safe harbor even if the loan contains terms and features that are abusive and harmful to consumers. The bill would limit the right of borrowers to file claims against holders of such loans and against mortgage originators who directed them to the loans, the White House said." The bill passed the House, 255 - 174. [HR 1210, Vote #636, 11/18/15; Housing Wire, 11/18/15]

## Regulatory Development Process

**2015: Walters Co-Sponsored Legislation That Would Make It More Difficult To Regulate The Financial Sector**

**2015: Walters Co-Sponsored The TAILOR Act Of 2015.** [H.R. 2896, 114th Congress, introduced 6/25/16]

**2016: Group Of Consumer Organizations Said The TAILOR Act Would "Undermine The Established Notice And Comment Process In Place For Financial Regulations."** "The undersigned consumer groups oppose the Taking Account of Institutions with Low Operation Risk act of 2015 (H.R. 2896) and amendments that will put consumers at risk from dangerous products or practices and undermine the established notice and comment process in place for financial regulations. If adopted, the TAILOR Act could allow financial institutions to justify and exploit potentially dangerous loopholes, create confusion in the marketplace and cause unnecessary delays in the adoption of important consumer protections. Prudential and consumer regulators already have broad discretion in the application of their rulemakings. The proposal, review and comment process is the appropriate means through which particular accommodations should be considered, as they have been throughout the development of regulations under Dodd-Frank. We urge you to vote no on H.R. 2896 and any amendments." [Letter to the Committee on Financial Services, 3/1/16]

## Other Votes

**Walters Voted For An Amendment To Allow Pooled Investment Funds With A Fixed Number Of Shares To Benefit From A Streamlined Registration Process That Bigger Companies Use.** In June 2017, Walters voted for: "Hollingsworth, R-Ind., amendment that would allow certain closed-end companies registered as investment companies to be considered 'well-known seasoned issuers' under federal regulations." According to the Congressional Record, Rep. Hollingsworth said, this amendment would allow "companies that meet certain criteria to have the same equivalence as bigger companies that also have access to capital markets by making them available to those fast lanes that allow them to issue shares." The amendment was adopted, 231-180. [HR 10, Vote #296, 6/8/17; CQ, 6/8/17; Congressional Record, 6/8/17]

# Civil Rights & Liberties

### Significant Findings

✓ *Walters co-sponsored legislation that advocacy groups said "would treat people with disabilities as second-class citizens."*

✓ *Walters voted to block a resolution affirming that the Holocaust occurred and that it targeted Jews.*

✓ *Walters voted to delay a resolution that would require the removal of all Confederate symbols from U.S. Capitol grounds.*

✓ *Walters voted to block restoration of federal oversight to protect the right to vote*

## Religious Freedom

### 2017: Walter Voted For  An Ammendment That Would Commission A Study Targetting Supposed Links Between Terrorism And Islamic Doctrine

**Walters Voted For An Amendment Commissioning A Study To Determine The Role Islamic Rhetoric Played In Fomenting Violent Extremism.** In July 2017, Walters voted for: "Franks, R-Ariz., amendment that would require the secretary of Defense to conduct two concurrent strategic assessments of the use of violent or unorthodox Islamic religious doctrine to support extremist or terrorist messaging and justification, and would require the secretary to submit to Congress the results of the assessments." The amendment failed by a vote of 208-217. [H R 2810, Vote #372, 7/14/17; CQ, 7/14/17]

> **POLITICO: The Franks Amendment "Called For The Pentagon To Identify Islamic Leaders Who Preach Peaceful Beliefs Versus Those Who Espouse Extremist Views."** "The House on Friday rejected a controversial GOP proposal identifying "Islamic religious doctrines, concepts or schools of thought" that could be used by terrorist groups — something opponents say is unconstitutional and will lead to the targeting of Muslims. More than 20 centrist Republicans joined with Democrats to defeated the amendment, 208 to 217. Drafted by conservative Rep. Trent Franks (R-Ariz.), the proposal called for the Pentagon to identify Islamic leaders who preach peaceful beliefs versus those who espouse extremist views." [Politico, 7/14/17]

> **POLITICO: The Franks Amendment Would Require The Pentagon To Conduct "Strategic Assessments" And Specifically Identify Religious Doctrines And Concepts That "Extremists Use To Recruit Potential Terrorists, Radicalize Them And Ultimately Justify Their Heinous Acts."** "The amendment would require the Defense Department to conduct 'strategic assessments of the use of violent or unorthodox Islamic religious doctrine to support extremist or terrorist messaging and justification.' The proposal requires the assessment to identify religious doctrines and concepts that extremists use to recruit potential terrorists, radicalize them and ultimately justify their heinous acts. It also asks Pentagon officials for 'recommendations for identifying key thought leaders or proponents.' The proposal also requires the Pentagon to identify Islamic schools of thought that could be used to counter jihadist views, as well as leaders who are preaching these sorts of doctrines." [Politico, 7/14/17]

## Americans With Disabilities

**2015: Walters Co-Sponsored Legislation That One Advocacy Group Said "Would Treat People With Disabilities As Second-Class Citizens"**

**Walters Co-Sponsored A Bill That Would Make It Harder To Enforce The Americans With Disabilities Act Via Lawsuit**

**2015: Walters Co-Sponsored The ADA Education And Reform Act Of 2015, A Bill Creating Numerous Barriers For People with Disabilities Who Seek To Enforce The ADA.** According to the Congress.gov Bill Summary, "The bill prohibits persons from, and subjects violators to a criminal fine for, sending demand letters or other pre-suit notifications alleging a violation of ADA public accommodation requirements if the notification does not specify the circumstances under which an individual was actually denied access. The notification must specify: (1) the address of property, (2) the specific ADA sections alleged to have been violated, (3) whether a request for assistance in removing an architectural barrier was made, and (4) whether the barrier was permanent or temporary. The bill also prohibits commencement of civil action based on the failure to remove an architectural barrier to access into an existing public accommodation unless: (1) the aggrieved person has provided to the owners or operators a written notice specific enough to identify the barrier, and (2) the owners or operators fail to provide the person with a written description outlining improvements that will be made to improve the barrier or they fail to remove the barrier or make substantial progress after providing such a description. The Judicial Conference of the United States must develop a model program to promote alternative dispute resolution mechanisms to resolve such claims. The model program should include an expedited method for determining relevant facts related to such barriers and steps to resolve accessibility issues before litigation." [H.R. 3765, 114th Congress, introduced 10/20/15]

**The American Association Of People With Disabilities Opposed The Bill, Said It "Would Treat People With Disabilities As Second-Class Citizens"**

**American Association Of People With Disabilities: Bill Would "Would Treat People With Disabilities As Second-Class Citizens."** "Recently, a series of 'notification' bills have been targeting the Americans with Disabilities Act (ADA) in an attempt to erect more barriers to enforcing the rights of people with disabilities. The latest 'notification' act is HR 3765, also known as the ADA Education and Reform Act of 2016. It is possible that HR 3765 will come up for a vote in the House of Representatives this month so we need your help and immediate action to block this harmful legislation. If this bill is allowed to pass the House it could serve as a starting point for future negative legislation next year and beyond. HR 3765, the ADA Education and Reform Act of 2016, would eliminate the responsibility of businesses to address their obligations under the ADA. This bill would treat people with disabilities as second-class citizens. A summary of the bill can be found here." [American Association of People with Disabilities, 9/7/16]

# Anti-Semitism

**2017: Walters Voted To Block A Resolution Affirming That The Holocaust Occurred And That It Targeted Jews**

**2017: Walters Voted To Block A Resolution "Affirming That The Holocaust Occurred And That It Targeted Jews […] After The White House Omitted Mention Of Jews In [Its] International Holocaust Remembrance Day Statement."** In February 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 91)…" The motion was agreed to by a vote of 234-187. According to the St. Louis Post-Dispatch, "The House on Feb. 7 blocked, 234-187, a Democratic bid to force floor debate on a resolution affirming that the Holocaust occurred and that it targeted Jews. Democrats raised this issue after the White House omitted mention of Jews in the International Holocaust Remembrance Day statement it released Jan. 27. Six million Jews died in the Holocaust carried out by German leader Adolf Hitler and his Nazi regime between 1933-1945." A yes vote was a vote to block the resolution. [HRes 91, Vote #81, 2/7/17; St. Louis Post-Dispatch, 2/13/17; CQ, 2/7/17; Democratic Leader—Previous Questions, 2/7/17]

## Confederate Symbols

### 2016: Walters Voted To Prohibit Display Of Confederate Flag Imagery In VA Cemeteries

**2016: Walters Voted To Prohibit Display Of Confederate Flag Imagery In VA Cemeteries.** In May 2016, Walters voted for an amendment "that would prohibit the use of appropriated funds to display Confederate flag imagery in Veterans Administration cemeteries." The amendment passed, 265-159. [CQ Floor Votes, 5/19/16; HR 4974, Vote #223, 5/19/16]

### 2016: Walters Voted To Allow Schools With ROTC Programs To Fly The Confederate Flag

**2016: Walters Voted To Allow On Reserve Officers' Training Corps Units At Educational Institutions Fly The Confederate Flag.** In May 2016, Walters voted against a motion "to recommit the bill to the House Armed Services Committee with instructions to report back to the House immediately with an amendment that would eliminate an exception to a proposed prohibition on Reserve Officers' Training Corps units at educational institutions that display the Confederate flag." According to the Democratic Leader website, the motion would "strike an exception inserted by Republicans at markup that would allow schools like the Citadel to continue to fly the Confederate flag while retaining an ROTC program. The Motion to Recommit would also strike section 1094 of the bill, which would allow religious organizations contracting with the federal government to discriminate against LGBT individuals whom they may employ, in blatant violation of President Obama's Executive Order prohibiting federal contractors discriminating against LGBT people in employment." The motion failed 181-243. [CQ Floor Votes, 5/18/16; HR 4909, Vote #215, 5/18/16; Democratic Leader, MTRs]

### 2015: Walters Voted To Delay A Resolution That Would Require Removal Of All Confederate Symbols From The House

**2015: Walters Voted To Delay A Resolution That Would Require Removal Of All Confederate Symbols From The House.** In June 2015, Walters voted To Delay a "privileged resolution that would require the Speaker of the House to remove all symbols of the Confederacy from the House wing of U.S. Capitol and donate such symbols to the Library of Congress."  The motion passed 240-184 [HR 341, Vote #385, 6/25/15; CQ Floor Votes, 6/25/15]

> **The Hill: House Delays Floor Vote On Removing Confederate Symbol From Capitol.** "The House referred a resolution on Thursday that would remove symbols of the Confederacy from the Capitol and adjacent office buildings to the committee level for possible later consideration. … [Democratic Rep. Bennie] Thompson's resolution is privileged, which forces the House to expedite its consideration. The House vote on Thursday of 240-184 sends his resolution to the House Administration Committee for further review, instead of immediately voting on the measure. Democrats uniformly opposed the move to delay consideration, while all but one Republican voted in favor." [The Hill, 6/25/15]

### 2015: Walters Voted To Block Consideration Of Removing Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds

**2015: Walters Voted To Block Consideration Of Removing Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds.** In July 2015, Walters voted To Block consideration of a vote to "call for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle flag from the U.S. Capitol grounds." The previous question carried, 238-185. The previous question passed, 238 to 185. A vote against the previous question would have allowed the bill to be considered. [H RES 355, Vote #425, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

**2015: Walters Voted To Refer A Motion To Remove Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds To The House Administration Committee**

**2015: Walters Voted To Refer A Motion To Remove Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds To The House Administration Committee.** In July 2015, Walters voted for a motion to refer a privileged resolution to "remove any state flag containing the Confederate Battle flag - images of hate and division in our nation's history that deserve to be stored in a museum and not displayed in a place of honor in the United States Capitol" to the House Administration Committee. The motion passed, 238 to 176. [H RES 355, Vote #426, 7/09/15; CQ Floor Votes, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

**2015: Walters Voted To Block Consideration Of A Resolution That Forced The Removal Of State Flags Containing The Confederate Battle Flag From The U.S. Capitol Grounds**

**2015: Walters Voted To Block Consideration Of A Resolution That Forced The Removal Of State Flags Containing The Confederate Battle Flag From The U.S. Capitol Grounds.** In July 2015, Walters voted To Block consideration "for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle flag from the U.S. Capitol grounds." A vote against the previous question was to force the vote on removing state flags containing the Confederate battle flag from the U.S. Capitol grounds. The motion to order the previous question passed, 242 to 185. [H Res 350, Vote #429, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

## Eminent Domain

**2007: Walters Said Californians Deserved Protection From Eminent Domain Abuse**

**2007: Walters: "Californians Deserve Real Protection From Eminent Domain Abuse."** "In contrast, Assemblywoman Mimi Walters, R-Laguna Niguel, has introduced Assembly Constitutional Amendment 2, which would amend state law to protect the private property rights of all Californians by prohibiting the government from taking private property for financial gain. The measure will be heard during next Tuesday's hearing of the Assembly Judiciary Committee. 'Californians deserve real protection from eminent domain abuse, and I am disappointed that the majority party failed to stop government from seizing people's property for private purposes once and for all,' said Walters. 'I hope we can work together to take whatever steps are necessary to defend the private property rights of all Californians, and protect people's homes and businesses from eminent domain abuse." [California State Assembly Republican Caucus, Press Release via US States News, 7/3/07]

## Enforcement Of Civil Rights Protections

**2017: Walters Voted Against Exempting Alleged Constitutional Or Civil Rights Violations From The Lawsuit Reduction Act**

**2017: Walters Voted Against Exempting Alleged Constitutional Or Civil Rights Violations From The Lawsuit Reduction Act.** In March 2017, Walters voted against the "Conyers, D-Mich., amendment that would exempt from the bill's provisions actions alleging a violation of a constitutional or civil right." The amendment was rejected in Committee of the Whole by a vote of 190-227. [HR 720, Vote #155, 3/10/17; CQ, 3/10/17]

## National Security

**When The FBI Tried To Get Apple To Unlock An iPhone Belonging To The One of The San Bernardino Killers, Walters Said It Was A "Very Difficult Issue"**

**VIDEO: 2016: When The FBI Tried To Get Apple To Unlock An iPhone Belonging To The One of The San Bernardino Killers, Walters Said It Was A "Very Difficult Issue."** BOLTON: "Apple and the FBI will testify before the House Judiciary Committee tomorrow. It's going to be Apple's first appearance before Congress since the company received an order to break security measures on an iPhone used by one of the San Bernardino killers. Republican Congresswoman, House Judiciary Committee member, Mimi Walters is with me now. Congresswoman, thank you for the time. Bill Gates is with the FBI. Almost all other tech leaders are with Apple. Which side are you on? Should Apple unlock this phone for the FBI?" MIMI WALTERS, U.S. HOUSE JUDICIARY COMMITTEE MEMBER: "We need to recognize that this is a very difficult issue. In fact, this is the debate goes at the heart of what the framers discussed when they were developing the Fourth Amendment. And now we have technology in modern society and technology moves so much quicker than government does, so much quicker that sometimes it's difficult to understand." [Fox Business, Risk & Reward, 2/29/16]

## Voting Rights

### 2015: Walters Voted To Block Restoration Of Federal Oversight To Protect The Right To Vote

**2015: Walters Voted To Block Restoration Of Federal Oversight To Protect The Right To Vote.** In November 2015, Walters voted for a motion to block consideration of a vote on the "Voting Rights Advancement Act, which would restore federal oversight to protect the most sacred right and responsibility of American citizenship; the right to vote." The previous question carried, 241-178. A vote against the previous question would call for an immediate vote on the Voting Rights Advancement Act. [H Res 507, Vote #583, 11/3/15; Democratic Leader – Previous Questions, 11/3/15]

# Crime & Public Safety Issues

### *Significant Findings*

✓ *Walters voted for legislation that would reduce funding to the Department of Justice.*

✓ *Walters voted against legislation that would have prohibited the Department of Justice from preventing states from establishing their own marijuana laws.*

## 2017 Crime And Public Safety Votes

### Walters Voted To Advance A Bill Intended To Protect Minor Atheletes From Abuse But Would Also Criminalize Consunsual Sexual Activites Between Minors

**Walters Voted For Consideration Of A Bipartisan Bill That Protected Minor Athletes From Abuse And Of A Bill That Would Criminalize Consensual Sexual Activity Between Minors.** In May 2017, Walters voted for: "Adoption of the rule (H Res 352) that would provide for House floor consideration of the bill (HR 1973) that would require adults authorized to interact with minors or amateur athletes to report any suspected incidents of child abuse to the sport's governing body. It would also provide for consideration of the bill (HR 1761) that would make the production of child pornography a crime regardless of whether the conduct with the minor was initiated for the purposes of producing such content." The rule was adopted, 239-179. [H Res 352, Vote #276, 5/24/17; CQ, 5/24/17]

> **The Rule Allowed For Consideration Of HR 1973, A Bipartisan Bill, And For HR 1761, A Bill That Could Subject Teenagers To Criminal Charges For Consentual Sexual Activity.** According to the Congressional Record, "The House agreed to H. Res. 352, providing for consideration of the bill (H.R. 1973) to prevent the sexual abuse of minors and amateur athletes by requiring the prompt reporting of sexual abuse to law enforcement authorities; providing for consideration of the bill (H.R. 1761) to amend title 18, United States Code, to criminalize the knowing consent of the visual depiction, or live transmission, of a minor engaged in sexually explicit conduct," which could subject teenagers to criminal charges for consensual sexual activity. [Congressional Record, 5/24/17]

> **Walters Voted Against An Amendment To Limit Prison Time To One Year For Teenagers Under The Age Of 19 Convicted On Child Pornography Charges As Long As The Minor Involved Is At Least 15-Years-Old.** In May 2017, Walters voted against: "Jackson Lee, D-Texas, amendment that would limit, to one year, a term of imprisonment for individuals convicted of child pornography crimes who are 19 years old or younger and the minor involved is 15 years old or older, as long as the minor was not more than four years younger than the individual who committed the violation and the sexual conduct that occurred was consensual." The amendment was rejected, 238-180. [HR 1761, Vote #283, 5/25/17; CQ, 5/25/17]

### Walters Voted For Stripping Social Security Benefits From Individuals With Outstanding Warrants Or In Violation Of Parole Or Probation

**Walters Voted For Stripping Social Security Benefits From Individuals Subject To An Outstanding Felony Arrest Warrant Or In Violation Of Parole Or Probation.** In September 2017, Walters voted for: "Passage of the bill that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation." The bill passed by a vote of 244-171. [HR 2792, Vote #543, 9/28/17; CQ, 9/28/17]

**Walters Voted For Adopting The Rule That Would Provide For House Floor Consideration Of Authorization For The Maternal, Infant And Early Childhood Home Visiting Program.** In September 2017, Walters voted for: "Adoption of the rule (H Res 533) that would provide for House floor consideration of the bill (HR 2824), that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul, and for consideration of the bill (HR 2792), that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation. The rule would also provide for the text of the Control Unlawful Fugitive Felons Act (HR 2792), as passed by the House, if passed by the House, to be incorporated into the text of the Increasing Opportunity through Evidence-Based Home Visiting Act (HR 2824) during the engrossment of HR 2824." The rule was adopted by a vote of 230-190. [H RES 533, Vote #533, 9/26/17; CQ, 9/26/17]

## Walters Voted For A Bill Allowing Probation Officers To Arrest Third Parties Who Impeded Their Official Duties

**Walters Voted For Granting Probation Officers The Authority To Arrest Third Parties For Impeding Them In Their Official Duties.** In May 2017, Walters voted for: "Passage of the bill that would authorize probation officers, during the course of their official duties, to arrest an individual without a warrant if there is probable cause that the individual has assaulted or impeded the officer. It would require the Administrative Office of the United States Courts to issue rules and regulations governing probation officers' use of expanded arrest authority." The bill passed, 229-177. [HR 1039, Vote #268, 5/19/17; CQ, 5/19/17]

**Walters Voted Against An Amendment To The Probation Officer Arrest Authority That Would Require The GAO To Report On The Impact Of The Underlying Legislation.** In May 2017, Walters voted against: "Jackson Lee, D-Texas, amendment that would require the Government Accountability Office to report to Congress on the results of the bill's expansion of arrest authority for probation officers, including if any harm resulted from the exercise of the expanded authority. It would also sunset the bill's expanded arrest authority 30 months after the bill's enactment." The amendment failed, 178-229. [HR 1039, Vote #267, 5/19/17; CQ, 5/19/17]

**Walters Voted For Consideration Of A Bill Granting Probation Officers The Authority To Arrest Third Parties For Impeding Them In Their Official Duties.** In May 2017, Walters voted for: "Adoption of the rule (H Res 324) that would provide for House floor consideration of the bill that would authorize probation officers, during the course of their official duties, to arrest an individual without a warrant if there is probable cause that the individual has assaulted or impeded the officer." The rule was adopted, 230-184. [H Res 324, Vote #264, 5/18/17; CQ 5/18/17]

## Walters Voted For The Thin Blue Line Act, Requiring Courts & Juries To Consider Attempted Murder Of Law Enforcement Officers An Aggravating Factor In Imposing The Death Sentence.

**Walters Voted For The Thin Blue Line Act, Requiring Courts & Juries To Consider Attempted Murder Of Law Enforcement Officers An Aggravating Factor In Imposing The Death Sentence.** In May 2017, Walters voted for: "Passage of the bill that would require courts and juries to consider if a defendant killed or attempted to kill a state law enforcement officer, local law enforcement officer or first responder as an aggravating factor when determining whether to impose the death sentence on a defendant." The bill passed, 271-143. [HR 115, Vote #265, 5/18/17; CQ, 5/18/17]

**Walters Voted For Consideration Of A Bill Requiring Courts & Juries To Consider Attempted Murder Of Law Enforcement Officers An Aggravating Factor In Imposing The Death Sentence.** In May 2017, Walters voted for: "Adoption of the rule (H Res 323) that would provide for House floor consideration of the bill that would provide for House floor consideration of the bill that would require courts and juries to consider if a defendant killed or attempted to kill a state law enforcement officer, local law enforcement officer or first

responder as an aggravating factor when determining whether to impose the death sentence on a defendant." The rule was adopted, 233-184. [HR 115, Vote #260, 5/5/17; CQ, 5/5/17]

# Department of Justice Funding

## Walters Voted For A DOJ Spending Bill That Included What The White House Considered Insufficient Funding Levels

**2015: Walters Voted For Consideration Of Bill Providing For $51.4 Billion In Funding For The Departments Of Justice And Commerce.** In June 2015, Walters voted for a resolution providing for the consideration of H.R. 2557 and H.R. 2578. According to CQ Bill Track, "A resolution providing for consideration of HR 2577, a bill making appropriations for the Departments of Transportation, and Housing and Urban Development, and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes, and providing for consideration of HR 2578, bill making appropriations for the Departments of Commerce and Justice, Science and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes." According to the Hill, "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The resolution passed 242 to 180. [H. Res. 287, Vote #268, 6/02/15; CQ Bill Track, 6/1/15; The Hill, 6/3/15]

## Walters Repeatedly Voted For Legislation That Would Reduce Funding For The Department Of Justice

**2015: Walters Voted For Spending Bill That Would Underfund The Department Of Justice.** In June 2015, Walters voted for Justice and Commerce spending bill that underfunded agencies. "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The amendment failed, 208 to 215. [HR 2578, Vote #297, 6/03/15; The Hill, 6/3/15]

**2015: Walters Voted Against Amendment That Proposed Cutting Funding In The Commerce-Justice-Science Appropriations Bill By 2.48 Percent.** In June 2015, Walters voted against an amendment that proposed cutting funding in the Commerce-Justice-Science appropriations bill by 2.48%. The amendment failed 134 to 290. [HR 2578, Vote #292; On Agreeing to the Amendment, 6/3/15]

**2015: Walters Voted For An Amendment Cutting $1 Million From Justice Department.** In June 2015, Walters voted for an amendment cutting $1 million from the Justice Department' general legal activities. "House Vote 273 Fiscal 2016 Commerce-Justice-Science Appropriations — Justice Department General Legal Activities. Gosar, R-Ariz., amendment that would reduce funding for Justice Department general legal activities by $1 million, and increase the spending reduction account by $1 million." The amendment passed 228 to 198. [H.R. 2578, Gosar Amendment, Vote #273, 6/02/15; CQ Bill Tracker, 6/2/15]

# Marijuana

## Hemp Growers

### 2015: Walters Voted Against An Amendment That Prohibited The DOJ And DEA From Enforcement Actions Against Commercial Hemp Growers

**2015: Walters Voted Against An Amendment That Prohibited The DOJ And DEA From Enforcement Actions Against Commercial Hemp Growers.** In June 2015, Walters voted against an amendment that prohibited the DOJ and DEA from taking enforcement actions against commercial hemp growers. The amendment passed 289 to 132. [HR 2578, Vote #288, 6/3/15; On Agreeing to the Amendment, 6/3/15]

## State Legalization And Federal Enforcement

### 2015: Walters Voted Against Prohibiting The Justice Department From Preventing States From Establishing Their Own Rules Governing The Use, Distribution, Cultivation Or Possession Of Marijuana

**2015: Walters Voted Against An Amendment That Would Have Prohibited The Department Of Justice From Preventing States From Establishing Their Own Rules Governing The Use, Distribution, Cultivation Or Possession Of Marijuana.** In June 2015, Walters voted against an amendment that that would have prohibited the Department of Justice from preventing states from establishing their own rules governing the use, distribution, cultivation or possession of marijuana. "Marijuana advocates have their sights set on legalization after lawmakers approved a number of pot-friendly measures Wednesday in a government spending bill. The marijuana vote-a-rama was capped off by a provision that would prohibit the Department of Justice (DOJ) from interfering with state medical marijuana laws. But it's a marijuana amendment that was rejected that has pot advocates even more excited. A provision that would have blocked the Justice Department from interfering with state laws permitting the use of recreational marijuana came just a few votes shy of passing. The measure would have essentially ended the federal prohibition on pot, advocates say … An amendment from Reps. Tom McClintock (R-Calif.) and Jared Polis (D-Colo.) would have blocked the DOJ from interfering with any state marijuana law, including laws that permit the recreational use of pot. The provision failed, but not before garnering 206 votes, just a handful shy of the number needed to be approved." The amendment failed 206 to 222. [HR 2578, Vote #285; On Agreeing to the Amendment, 6/3/15; The Hill, 6/3/15]

**2015: Walters Voted Against An Amendment That Stopped Use Of Federal Funds To Prevent States From Establishing Laws Related To Cannibidiol Oil.** In June 2015, Walters voted against an amendment that stopped use of federal funds to prevent states from establishing laws related to cannibidiol oil. "An amendment by Rep. Suzanne Bonamici, D-Oregon, that would block federal money from being used to prevent states from allowing the use, distribution, possession, or cultivation of industrial hemp also passed. So did an amendment from Rep. Scott Perry, R-Pennsylvania, would prevent federal funds from stopping states from implementing laws relating to cannabidiol oil." The amendment passed 297 to 130. [HR 2578, Vote #286; On Agreeing to the Amendment, 6/3/15; NBC News, 6/3/15]

### 2015: Walters Voted Against Prohibiting The Use Of Funds To Prevent States From Creating Laws That Authorize Use And Distribution Of Hemp Laws

**Voted Against Prohibiting The Use Of Funds To Prevent States From Creating Laws That Authorize Use And Distribution Of Hemp Laws.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits the use of funds to prevent a State from implementing its own State laws that authorize the use, distribution, possession, or cultivation of industrial hemp." The amendment passed 282-146.  [HR 2578, Vote #280, 6/3/15]

# Defense Issues

> ### *Significant Findings*
>
> ✓ *Walters voted to grant Gen. Mattis an exemption on the prohibition of newly-retired officers from serving as Secretary of Defense.*
>
> ✓ *Walters voted against ensuring a pay raise for servicemembers & to ensure they were paid in event of government shutdown.*

## Secretary Of Defense

### Walters Voted To Grant Gen. James Mattis An Exemption On The Prohibition Of Newly-Retired Officers From Serving As Secretary Of Defense

**Walters Voted To Grant Gen. James Mattis An Exemption On The Prohibition Of Newly-Retired Officers From Serving As Secretary Of Defense.** In January 2017, Walters voted for "passage of the bill that would allow the first person to be confirmed secretary of Defense after the bill's enactment to serve in the position, even if the individual has not been retired from the military for seven years, so long as the person has been retired for at least three years. The bill would thus provide an exemption for President-elect Donald Trump's pick for the position, retired Marine Corps Gen. James Mattis, from a requirement for a seven-year waiting period before former servicemembers can be appointed to Defense secretary." The bill passed (thus cleared for the president) by a vote of 268-151. [S 84, Vote #59, 1/13/17; CQ, 1/13/17]

## Military Personnel

### Walters Voted Against Ensuring Pay Raises For Service Members & That They Were Paid During Government Shutdown

**2015: Walters Voted Against Ensuring A Pay Raises For Servicemembers & To Ensure They Were Paid In Event Of Government Shutdown.** In May 2015, Walters voted against a motion to recommit that would ensure a 2.3% pay increase for fiscal year 2016 for servicemembers and would ensure that servicemembers are paid in the event of a government shutdown. [HR 1735, Vote #238, 5/15/15; CQ Floor Votes, 5/15/15]

### Walters Co-Sponsored Legislation That Would Criminalize Cyber Harassment In The Military

**2017: Walters Co-Sponsored Legislation That Would Criminalize Cyber Harassment In The Military.** "Sadly, men and women serving in our armed forces experience unacceptably high rates of sexual assault. These service members also face cyber-harassment and the distribution of intimate photos and videos on social media, as evidenced by the recent 'Marine United' scandal.  To deter such unacceptable behavior that damages our military's morale, I cosponsored the PRIVATE Act. Offered by Air Force veteran and Arizona Representative Martha McSally, this legislation would criminalize this disgraceful behavior under the Uniform Code of Military Justice. This important reform would give military prosecutors the necessary tools to take legal action against those who carry out this reprehensible behavior. I am pleased my colleagues in Congress are making sexual assault awareness and prevention a top priority and look forward to working with them to put an end to this appalling epidemic." [Rep. Mimi Walters, Press Release, 4/12/17; H.R. 2052, 115th Congress, introduced 4/6/17]

## Funding

**2017: Walters Voted For The National Defense Authorization Act Of 2018 And For Authorizing Discretionary Spending For Defense Programs**

**Walters Voted For The National Defense Authorization Act Of 2018 That Authorizes $692.1 Billion For Defense And Prohibits Closing Guantanamo Bay.** In November 2017, Walters voted for: "Adoption of the conference report on the bill that would authorize $692.1 billion for defense programs in fiscal 2018, including $65.7 billion for overseas operations in Afghanistan, Iraq and Syria, and for the general war on terror. It would authorize $241.2 billion for operations and maintenance; $146.2 billion for military personnel; 10.7 billion for military construction and family housing; $15 billion for ballistic-missile defense; and $33.9 billion for defense health care programs, including $396 million from the overseas operations account. It would prohibit the use of funds for a new round of base closures. It would authorize $8 billion for various cybersecurity programs, would require the president to develop a national policy for the United States related to cybersecurity and would withhold certain funds made available for White House staff until the president would submit such national policy to Congress. The bill would authorize a 2.4 percent pay raise for military personnel. It would prohibit detainees at Guantanamo Bay, Cuba, from being transferred to U.S. soil, and would prohibit the closing of the main base and detention facility at Guantanamo. It would extend, through 2018, the authority for several bonus and special payments for military members." The conference report was adopted 356-70. [HR 2810, Vote #631, 11/14/17; CQ, 11/14/17]

**Walters Voted For Authorization FY 2018 Discretionary Funding For Defense Programs.** In July 2017, Walters voted for: "Passage of the bill that would authorize $688.3 billion in discretionary funding for defense programs in fiscal 2018. The total would include $74.6 billion for Overseas Contingency Operations funds, of which $10 billion would be used for non-war, base defense budget needs; $239.7 billion for operations and maintenance; $10.2 billion for military construction; $142.9 billion for military personnel; and $33.9 billion for defense health care programs. It would authorize $12.5 billion for procurement of F-35 planes, research and development, as well as modifications to existing aircraft, and would prohibit the retirement of the A-10 bomber fleet. The bill would require the Defense Department to submit to Congress a report on vulnerabilities to military installations resulting from climate change over the next 20 years, and would express the sense of Congress that climate change is a "direct threat" to U.S. national security. The bill would also require the Air Force to establish, by 2019, the Space Corps, a fighting force to improve the U.S. military's ability to address threats in space." The bill passed by a vote of 344-81. [H R 2810, Vote #378, 7/14/17; CQ, 7/14/17]

**2017: Walters Voted For Prohibiting The Use Of Department Of Defense Funds For Gender Reassignment Surgery**

**Walters Voted For Prohibiting Department Of Defense Funds From Being Used For Medical Treatment Related To Gender Transition.** In July 2017, Walters voted for: "Hartzler, R-Mo., amendment that would prohibit the use of Defense Department funds to provide medical treatment (other than mental health treatment) related to gender transition to a person entitled to military medical care under current law." The amendment was rejected by a vote of 209-214.  [H R 2810, Vote #369, 7/13/17; CQ, 7/13/17]

**2017: Walters Voted To Prohibit The Department Of Defense From Utilizing Renewable Energy**

**Walters Voted For An Amendment To Prevent The Defense Department From Entering Into Or Acting Upon Existing Contracts With Biorefineries.** In July 2017, Walters voted for: "Conaway, R-Texas, amendment that would prohibit the Defense Department from entering into any new contracts, making any awards, or expending any funds with respect to drop-in biofuels or biorefineries." The amendment was rejected, 225-198. [HR 2810, Vote #356, 7/13/17; CQ, 7/13/17]

**Walters Voted For An Amendment To Prohibit The Defense Department From Purchasing Alternative Energy Unless They Can Prove It Is Equivalent In Cost And Capabilities To Conventional Energy.** In July 2017, Walters voted for: "Buck, R-Colo., amendment that would prohibit funds authorized by the bill from being used by the Defense Department to purchase alternative energy unless such energy is equivalent in its cost and

capabilities to conventional energy. The bill would require the Defense Department to complete a cost competitiveness calculation in order to determine the cost and capabilities of such energy sources." The amendment was rejected, 218-203. [HR 2810, Vote #367, 7/13/17; CQ, 7/13/17]

## Nuclear Arsenal

**Walters Voted Against An Amendment To Prevent The Department Of Defense From Developing Intermediate Range Ground-Launched Missile Systems Until They Prove It Is Both Preferred For Ensuring That The NATO Defense And Deterrence Posture Remains Credible And Necessary For Returning Russia To Full Compliance With The INF Treaty.** In July 2017, Walters voted against: "Blumenauer, D-Ore., amendment that would prohibit the Department of Defense from developing and funding an intermediate range ground-launched missile system until the secretary of Defense has certified to Congress that such missile system is preferred for ensuring that the North Atlantic Treaty Organization's deterrence and defense posture remains credible in the face of a Russian intermediate ground-launched missile system, and the secretary of State has certified to Congress that such missile system is necessary to the secretary's efforts to return Russia to full compliance with the INF treaty." The amendment was rejected, 249-173. [HR 2810, Vote #360, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment To Extend The CBO's Cost Estimate Review Of Nuclear Weapons From A 10-Year Period To A 30-Year Period.** In July 2017, Walters voted against: "Aguilar, D-Calif., amendment that would extend a Congressional Budget Office cost estimate review on the fielding, maintaining, modernization, replacement and life extension of nuclear weapons and nuclear weapons delivery systems from covering a 10-year period to covering a 30-year period." The amendment was rejected, 235-188. [HR 2810, Vote #361, 7/13/17; CQ, 7/13/17]

**Walters Voted For An Amendment To Allow The Secretary Of Defense To Include Information On The Costs Of US Nuclear Weapons And Nuclear Weapons Delivery Systems Past A 10-Year Period.** In July 2017, Walters voted for: "Rogers, R-Ky., amendment that would allow the secretary of Defense to include information in the annual report on the plan for US nuclear systems on the cost of fielding, maintaining, modernizing and replacing nuclear weapons and nuclear weapons delivery systems past a 10 year period." The amendment was adopted, 253-172. [HR 2810, Vote #362, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment To Extend The Reporting Period From 10 To 25 Years For Federally Mandated Reporting On Nuclear Weapons And To Require A Detailed Plan To Sustain And Modernize Nuclear Weapons.** In July 2017, Walters voted against: "Garamendi, D-Calif., amendment that would require that the federally mandated annual report regarding the nuclear weapons stockpile, complex, delivery systems and the nuclear weapons command and control system to include a detailed plan to sustain, life-extend, modernize or replace the nuclear weapons and bombs in the nuclear weapons stockpile, and would extend the scope of the report from covering a 10-year period to covering a 25-year period." The amendment was rejected, 232-192. [HR 2810, Vote #363, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment To Limit Funding For The Long Range Standoff Weapon And The W80-4 Warhead Until The Secretary Of Defense Submits A Nuclear Posture Review To Congress.** In July 2017, Walters voted against: "Blumenauer, D-Ore., amendment that would limit funding to $95.6 million for development of the long range standoff weapon and $220.3 million for the W80-4 warhead until the secretary of Defense, in consultation with other federal agencies, submits to Congress a nuclear posture review including a detailed assessment of the long range standoff weapon's capabilities." The amendment was rejected, 254-169. [HR 2810, Vote #364, 7/13/17; CQ, 7/13/17]

## Other 2017 Votes

**Walters Voted Against An Amendment To Instruct The President To Reduce The Funds Authorized By The NDAA By 1%.** In July 2017, Walters voted against: "Polis, D-Colo., amendment that would direct the president to make reductions in amounts authorized by the bill as the president considers appropriate to reach a total reduction

of one percent of the funds authorized by the bill. Military, reserve and National Guard personnel accounts and the Defense Health Program account would not be eligible for such reductions." The amendment was rejected, 351-73. [HR 2810, Vote #357, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment Expressing the Sense Of Congress That The Increase Of Defense Spending Should Be Matched By A Dollar-For-Dollar Increase Of Non-Defense Spending.** In July 2017, Walters voted against: "Jayapal, D-Wash., for Pocan, D-Wis., amendment that would express the sense of Congress that any increase of the combined amount authorized for National Defense Budget and Overseas Contingency Operations should be matched by a dollar-for-dollar increase of the annual amounts authorized for the federal non-defense discretionary budget." The amendment was rejected, 245-179. [HR 2810, Vote #358, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment Removing The Underlying Bill's Prohibition On Using Funds To Relocate Individuals Detained At Guantanamo Bay To The United States.** In July 2017, Walters voted against: "Nadler, D-N.Y., amendment that would remove the bill's prohibition on the use of funds for the transfer or release of individuals detained at Guantanamo Bay to the United States." The amendment was rejected, 257-167. [HR 2810, Vote #359, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment To Eliminate The Prohibition On Conducting An Additional Round Of Base Realignment And Closure From The Underlying Bill.** In July 2017, Walters voted against: "McClintock, R-Calif., amendment that would eliminate the bill's prohibition on conducting an additional round of base realignment and closure." The amendment was rejected, 248-175. [HR 2810, Vote #365, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment To Eliminate The Prohibition From Using Funding To Procure A New Coast Guard Icebreaker From The Underlying Bill.** In July 2017, Walters voted against: "Garamendi, D-Calif., amendment that would eliminate the bill's provision that would prohibit defense department funds authorized in the bill from being used to procure a new Coast Guard icebreaker." The amendment was rejected, 220-198. [HR 2810, Vote #366, 7/13/17; CQ, 7/13/17]

**Walters Voted For An Amendment That Would Require Determination Of Prevailing Wage in The Underlying Bill To Be Conducted By The Secretary Of Labor Using Surveys That Utilize Random Statistical Sampling Techniques.** In July 2017, Walters voted for: "Gosar, R-Ariz., amendment that would require any determination of prevailing wage under the bill to be conducted by the secretary of Labor, through the Bureau of Labor Statistics, using surveys that utilize random statistical sampling techniques." The amendment was rejected, 242-183. [HR 2810, Vote #370, 7/13/17; CQ, 7/13/17]

**Walters Voted Against An Amendment That Would Prohibit Student-Athletes Graduating From Service Academies From Seeking A Deferment In Order To Pursue Professional Athletic Careers.** In July 2017, Walters voted against: "Rooney, R-Fla., amendment that would eliminate the bill's provision that would prohibit student-athletes graduating from service academies from seeking a deferment of service in order to pursue professional athletic careers." The amendment was rejected, 318-107. [HR 2810, Vote #371, 7/13/17; CQ, 7/13/17

**Walters Voted For Providing $577.9 Billion In Discretionary Funding For The Defense Department In Fiscal 2017.** In March 2017, Walters voted for "passage of the bill that would provide $577.9 billion in discretionary funding for the Defense Department in fiscal 2017. The total would include $516.1 billion in base Defense Department funding subject to spending caps. It also would include $61.8 billion in overseas contingency operations funding. The bill would provide approximately $210.1 billion for operations and maintenance, approximately $117.8 billion for procurement, approximately $72.7 billion for research and development and $132.2 billion for military personnel, including a 2.1 percent pay raise. It also would provide roughly $34.1 billion for defense health programs. The measure would prohibit use of funds to construct or modify potential facilities in the United States to house Guantanamo Bay detainees." The bill passed by a vote of 371-48. [HR 1301, Vote #136, 3/8/17; CQ, 3/8/17]

## Walters Voted For FY 2017 Military Construction And Veterans Affairs Appropriations Bill

**2016: Walters Voted For FY 2017 Military Construction And Veterans Affairs Appropriations Bill.** In May 2016, Walters voted for the House Military Construction-Veterans Affairs Appropriations bill that "would provide $81.6 billion in discretionary spending, including $172 million in Overseas Contingency Operations funding. The Veterans Health Administration's medical services account would receive a total of $52.5 billion for veterans medical services for fiscal 2017, the bulk of which would be advance funding that was provided by prior-year appropriations laws. It would provide $7.9 billion for military construction, including $1.3 billion for family and military housing. The bill would provide $66.4 billion in advance appropriations for certain VA medical accounts for fiscal 2018. It also would include $103.9 billion in advance fiscal 2018 appropriations for mandatory VA benefits." The bill passed, 295-129. [HR 4974, Vote #228, 5/19/16; CQ Floor Votes, 5/19/16]

## Walters Voted For FY 2017 National Defense Authorization Act

**2016: Walters Voted For FY 2017 National Defense Authorization Act.** In May 2016, Walters voted for: "Passage of the bill that would authorize $602.2 billion in discretionary funding for defense programs in fiscal 2017. The total would include $58.8 billion for Overseas Contingency Operations funding, of which $23.1 billion of would be used for non-war, base defense budget needs. As amended, the bill would require the president to seek Senate confirmation of his national security adviser if the staff of the National Security Council exceeds 100 employees." The bill passed, 277-147. [HR 4909, Vote #216, 5/18/16; CQ, 5/18/16]

**2016: Walters Voted In Support Of The NDAA For Fiscal Year 2017, Noting That It Provides A "Well-Deserved" Pay Increase, And Improves Access To Healthcare.** "The NDAA also provides all members of our military with a well-deserved 2.1 percent pay increase, more than the President requested. It also improves access to healthcare for our current service members, veterans, and their families and takes several necessary steps to prevent sexual assault in the military by improving the reporting process and enhancing victims' rights. As the daughter of a U.S. Marine, I was proud to support this legislation, and I urge the Senate and the President to work with us to provide for the common defense and sign this bipartisan legislation into law." [Rep. Mimi Walters, Press Release, 12/2/16]

## Walters Voted For FY 2016 National Defense Authorization Act

**2015: Walters Voted For FY 2016 National Defense Authorization Act, Which Lifted Sequester Caps On Defense Spending For Two Years.** In November 2015, Walters voted for suspending the rules and passing the FY 2016 National Defense Authorization Act. The bill provided that, "the annual [defense] spending caps will be lifted for another two years, the 10-year spending caps created under the Budget Control Act of 2011 remain in place." The bill passed 370-58. [S 1356, Vote #618, 11/05/15; Vice News, 10/29/15]

**FY 2016 NDAA Included $715 Million For Iraqi Forces Fighting ISIS.** "Fiscal 2016 Defense Authorization — Passage…It also would authorize $715 million for security assistance to Iraqi forces fighting the Islamic State of Iraq and the Levant (ISIL)." [CQ, accessed 1/07/16]

**FY 2016 NDAA Included $599 Billion In Discretionary Funding For Defense Programs.** "Fiscal 2016 Defense Authorization — Passage… the bill that, as amended, would authorize $599 billion in discretionary funding for defense programs in fiscal 2016." [CQ, accessed 1/07/16]

**FY 2016 NDAA Included Provisions Restricting The Ability Of The President To Transfer Prisoners From Guantanamo Bay Detention Center To Third Party Countries.** "Fiscal 2016 Defense Authorization — Passage… The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries." [CQ, accessed 1/07/16]

## Walters Voted For FY 2016 Defense Appropriations Bill

**2015: Walters Voted For The Fiscal Year 2016 $578.6 Billion Defense Appropriations Bill.** In June 2015, Walters voted for legislation to "provide $578.6 billion in discretionary funding for the Defense department in fiscal 2016. The total would include $490.2 billion in base Defense department funds and $88.4 billion for the Overseas Contingency Operations account, and would provide that $37.5 billion in OCO funding be used in support of base budget requirements. The bill would provide roughly $218.8 billion for operations and maintenance, approximately $116.7 billion for procurement, approximately $67.9 billion for research and development and $133.2 billion for military personnel, including a 2.3 percent pay raise. It also would provide roughly $31.7 billion for the Defense Health Program. The measure would provide $715 million for security assistance to Iraqi forces fighting the Islamic State and at least $600 million to aid Jordan in its fight against that group. It also would provide $600 million to continue training and equipping moderate Syrian opposition forces and would appropriate $200 million for lethal weapons for Ukraine. As amended, the bill would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The bill passed 278-149. [HR 2685, Vote #358; CQ Floor Votes, 6/11/15]

**Bill Added $38 Billion Above The Budget Caps Created By The Sequester.** "The House on Thursday approved this year's spending bill for the Pentagon in a 278-149 vote. Passage of the $579 billion bill came after the White House threatened a veto of the legislation over insufficient funding levels and controversial policy riders that would prohibit funds from being used to transfer detainees imprisoned at Guantanamo Bay to the United States. It also passed despite heavy opposition among Democrats and some conservatives over the use of a war fund to boost defense spending next year. Republicans added $38 billion to the war fund to give the Pentagon spending above the budget caps created by the sequester, but they left the limits in place for nondefense spending. Democrats and the White House want the sequester lifted in full." [The Hill, 6/11/15]

150

# Economy & Jobs

## Economic Growth

### 2016: Walters Said Republicans "Should Be Focused On Growth" Of Wages, Jobs

**2016: Walters: "Our Plan Should Be Focused On Growth: Growth Of Wages, Growth Of Jobs, Growth Of Local Businesses And Growth Of Our Economy On The Whole."** "Thirty years ago, President Reagan signed the Tax Reform Act of 1986 into law. That legislation is widely recognized as the single largest tax reform in our nation's history. I believe our pro-growth plan, which you can find online at better.GOP, will be this generation's major reform, laying the foundation for the American economy in the 21st century. We have to stop cobbling together short-term tax plans and instead implement real reforms. Our plan should be focused on growth: growth of wages, growth of jobs, growth of local businesses and growth of our economy on the whole. Our solutions will do just that." [Orange County Register, Mimi Walters Op-Ed, 7/3/16]

## Export-Import Bank

### 2015: Walters Called For Reauthorization Of The Export-Import Bank

**2015: Walters Called For Reform And Reauthorization Of The Export-Import Bank.** "Reauthorization of the Export-Import Bank means more American-made products, which in turn, supports more U.S. jobs. With approximately 95% of the world's consumers living outside of the United States, exports are more vital than ever in ensuring American competiveness and increased job opportunities at home. In fact, in California, between 2007 and 2014, Ex-Im activities supported more than $23 billion in exports, nearly 1,100 companies and over 149,000 jobs. Furthermore, in my congressional district alone, Ex-Im supported $877 million in exports, nearly 70 companies, and over 5,600 jobs in that same time period. With the majority of developed countries supporting their own economies through export credit agencies, failure to reauthorize the bank would put U.S. businesses at a significant competitive disadvantage with our foreign competitors, who are eager to fail the void left by Ex-Im. I'm hopeful the Senate will pass this legislation that would reform and reauthorize the Ex-Im Bank." [Rep. Mimi Walters, Press Release, 10/27/15]

# Education Issues

### Significant Findings

✓ *Walters voted to slash Pell Grants even though students in her district were awarded $87,777,256 in Pell Grants*

✓ *Walters voted against authorizing STEM Gateway grants for minorities, women, and low-income students*

✓ *Walters voted against authorizing funds for early childhood education scholarships*

## College Affordability

### Walters Voted Repeatedly To Slash Pell Grants

#### Students In Walters's District Received $87,777,256 In Pell Grants…

**2016-2017: California's 45th District Students Were Awarded 21,731 Pell Grants Worth $87,777,256.** [National Association of Independent Colleges & Universities, Federal Student Aid Programs report, 2016-17]

#### …But Walters Still Voted Repeatedly To Slash Pell Grants

**2015: Walters Voted For FY16 Budget Amendment That Slashed Pell Grants.** In March 2015, Walters voted for a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**2015: Walters Voted For FY16 Republican Budget That Slashed Pell Grants And Altered Medicare.** In March 2015, Walters voted for the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**2015: Walters Voted For Republican Conference Report On Budget For Fiscal Year 2016**. In April 2015, Walters voted for a conference report outlining the Republican Congressional budget for fiscal year 2016 and budget levels for 2017 through 2025. "House and Senate Republicans agreed on a unified budget plan Wednesday

that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

> **Conference Report Reduced Funding For Pell Grants, Low-Income Housing Assistance Programs, And Food Stamp Program.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

## STEM Gateway Grants

### 2015: Walters Voted Against Authorizing STEM Gateway Grants For Women, Minorities, And Low-Income Students

**2015: Walters Voted Against An Amendment To Authorize STEM Education Grants For Women, Minorities, And Low-Income Students.** In February 2015, Walters voted against an amendment that "would have established a STEM Gateways program for state education agencies to issue grants for educating girls, underrepresented minorities and low-income students in the science, technology, engineering and math fields at elementary schools and secondary schools." The amendment failed, 204 to 217. [HR 5, Vote #95, 2/26/15; Bangor Daily News, 2/27/15]

## Early Childhood Education

### 2015: Walters Voted Against Authorizing Funds For Early Childhood Education Scholarships

**2015: Walters Voted Against Authorizing Funds For Early Childhood Education Scholarships.** In July 2015, Walters voted against the "Meng, D-N.Y., amendment that would create a program under which the Education Department would provide grants for early childhood education scholarships, professional development and licensing credentials, or increased compensation for educators who have attained specific qualifications. The amendment would also require each state that applies for a grant to include in its application a description of its comprehensive early childhood professional development system, and grant recipients must maintain their fiscal effort for the activities supported by the grant funds for a fiscal year at levels equal to or greater than their fiscal effort for such activities during the preceding fiscal year." The amendment failed 205 to 224. [HR 5, Vote #417, 7/8/15; CQ, 7/8/15]

## State Education Funding

### Walters Opposed A Proposal To Commit $7.9 Billion To California Schools

**2009: Walters Opposed A Proposal To Commit $7.9 Billion To Schools After Voters Rejected It And Democrats Pushed It Forward Anyway.** "The issue involves billions of dollars and a ballot measure so important to schools that the California Teachers Association spent more than $7 million in a failed attempt to pass Proposition 1B. One month after the initiative died, Democrats are proposing to pay schools the same $7.9 billion that was the heart of the measure and to begin payments the same year, 2011-2012. The funding commitment is part of a massive budget-balancing plan crafted by a joint legislative conference committee and scheduled to be voted upon this week by the Senate and Assembly. Sen. Mimi Walters, R-Laguna Niguel, said the proposal to commit $7.9 billion to schools directly contradicts the people's will. 'The voters have spoken and we need to listen,' Walters said. 'Unfortunately, the majority party in Sacramento isn't listening.'" [Sacramento Bee, 6/21/09]

# Election Law & Campaign Finance

---

### Significant Findings

✓ *Walters voted against a constitutional amendment to overturn Citizens United in both congress and the California state senate*

✓ *Before she joined Congress, Walters championed "full and timely disclosure" of campaign spending "to keep the system clean." But then Walters went to Washington, and in an interview about money in politics, Walters said she discovered how important it was that members of Congress raise money "in order to get your message out." In the same interview, Walters admitted she was "spending most of my time" in Congress "trying to learn my way around D.C. … learning and listening." And so, when given the opportunity practice what she had preached in California in 2007 – and force transparency in special interest campaign spending – or demonstrate the 'lessons' she'd learned "around DC.," Walters sided with the Swamp and voted to block the DISCLOSE Act – twice.*

---

## Citizens United

### 2015: Walters Voted To Block Constitutional Amendment To Overturn Citizens United

**2015: Walters Voted To Block Constitutional Amendment To Overturn Citizens United.** In January 2015, Walters voted To Block a motion to require Congress to vote on a constitutional amendment to overturn the Supreme Court's Citizens United decision and promote transparency in our political system. The previous question carried, 238-182. A vote against the previous question would have allowed the bill to be considered. [H Res 38, Vote #8, 1/21/15; Democratic Leader – Previous Questions, 1/21/15]

### 2014: Walters Voted Against Calling A Constitutional Convention To Overturn Citizens United

**2014: Walters Voted Against A Measure That Would Constitute An Application To Call A Constitutional Convention For The Sole Of Purpose Of Proposing An Amendment To Overturn Citizens United.** "This measure would constitute an application to the United States Congress to call a constitutional convention pursuant to Article V of the United States Constitution for the sole purpose of proposing an amendment to the United States Constitution that would limit corporate personhood for purposes of campaign finance and political speech and would further declare that money does not constitute speech and may be legislatively limited. This measure would state that it constitutes a continuing application to call a constitutional convention until at least 2/3 of the state legislatures apply to the United States Congress to call a constitutional convention for that sole purpose. This measure would also state that it is an application for a limited constitutional convention and does not grant Congress the authority to call a constitutional convention for any purpose other than for the sole purpose set forth in this measure." [California State Assembly, AJR 1, chaptered 6/27/14]

### 2014: Walters Voted Against Asking Voters If There Should Be An Amendment Proposed To Overturn Citizens United

**2014: Walters Voted Against A Bill That Would Require The Secretary Of State To Submit To Voters An Advisory Question Asking Whether An Amendment Should Be Proposed To Overturn Citizens United.** "This bill would call a special election to be consolidated with the November 4, 2014, statewide general election. The bill would require the Secretary of State to submit to the voters at the November 4, 2014, consolidated election an advisory question asking whether the Congress of the United States should propose, and the California Legislature

should ratify, an amendment or amendments to the United States Constitution to overturn Citizens United v. Federal Election Commission (2010) 558 U.S. 310, and other applicable judicial precedents, as specified. The bill would require the Secretary of State to communicate the results of this election to the Congress of the United States." [California State Senate, SB-1272, chaptered 7/22/14]

---

**2012: Walters Voted Against A Resolution That Expressed Disagreement With The Citizens United Decision**

---

**2012: Walters Voted Against A Resolution That Expressed The California Legislature's Disagreement With The Citizens United Decision.** "This measure would memorialize the Legislature's disagreement with the decision of the United States Supreme Court in Citizens United v. Federal Election Commission, and would call upon the United States Congress to propose and send to the states for ratification a constitutional amendment to overturn Citizens United v. Federal Election Commission and to restore constitutional rights and fair elections to the people." [California State Assembly, AJR-22, chaptered 7/12/12]

## Dark Money

---

**Before She Joined Congress, Walters Championed "Full And Timely Disclosure" Of Campaign Spending "To Keep The System Clean"…**

---

**2007: Walters On Campaign Finance: "Full And Timely Disclosure … Will Do More To Keep The System Clean Than Modifying The Time During Which Contributions Are Made."** "Whenever politicians are confronted with the problem of money in politics, one of them invariably starts talking about disclosure. It happened last week, when I asked Orange County lawmakers what they thought about the governor's proposal to ban fundraising during certain parts of the year. Repeatedly, lawmakers told me the solution was more disclosure. 'Full and timely disclosure … will do more to keep the system clean than modifying the time during which contributions are made,' Assemblywoman Mimi Walters said in a typical response." [Orange County Register, 3/30/07]

---

**…But After She Arrived In Washington, Walters Complained That Fundraising Was An "Unfortunate Part" Of Being In Congress Because "You Have To Make Sure You Have Money In Order To Get Your Message Out"…**

---

**AUDIO: May 2015: Walters Said Fundraising Was An "Unfortunate Part" Of Being In Congress But "You Have To Make Sure That You Have Money In Order To Get Your Message Out."** SIEGEL: "I'm curious. It is said that being a member of the House of Representatives is to be in constant campaign mode. have you both spent any time fundraising already, and if so, how much time? Mimi Walters, you first." WALTERS: "Well, you always have to fundraise, and that's the unfortunate part about this job because you have to make sure that you have money in order to get your message out. We have very short terms in Congress" [NPR, All Things Considered, 5/21/15]

---

**Walters Then Spent "Most Of My Time" In Congress "Really… Trying To Learn My Way Around D.C. … Just Learning And Listening"…**

---

**AUDIO: May 2015: Walters On Fundraising In Congress: "I've Really Been Trying To Learn My Way Around D.C. So I've Really Been Spending Most Of My Time Just Learning And Listening."** WALTERS: "I've spent some time - not a tremendous amount of time because I've really been trying to learn my way around D.C. So I've really been spending most of my time just learning and listening." [NPR, All Things Considered, 5/21/15]

---

**…Before Finally Voting Twice To Block A Vote On A Bill To Force Transparency In Special Interest Campaign Spending**

---

---

**2016: Walters Voted To Block Consideration Of The DISCLOSE Act**

---

**2016: Walters Voted To Block Consideration Of The DISCLOSE Act.** In May 2016, Walters voted To Block consideration of a vote that would "force a vote on: The Opioid Abuse Crisis Act, which provides $600 million in fully paid-for vital new resources to address the opioid epidemic that kills 78 Americans every day; and The DISCLOSE Act, which would bring desperately needed transparency to the enormous amounts of special interest secret money unleashed by the Supreme Court's wildly destructive Citizens United decision." The previous question carried, 239-176. A vote against the previous question was to force the vote on the Opioid Abuse Crisis Act and the DISCLOSE Act. [H Res 744, Vote #239, 5/25/16; Democratic Leader – Previous Questions, 5/25/16]

---

**2016: Walters Voted To Block Consideration Of The DISCLOSE Act**

---

**2016: Walters Voted To Block Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors.** In May 2016, Walters voted To Block consideration of "the DISCLOSE Act, which would bring desperately needed transparency to the tidal wave of secret money unleashed by the Supreme Court's wildly destructive Citizen's United decision, requiring corporate CEOs to stand by their ads in the same way candidates do; and compelling corporations and outside groups to disclose their campaign spending to shareholders, members, and the public." The previous question passed, 239 to 177. A vote against the previous question would have allowed the bill to be considered. [H Res 732, Vote #196, 5/17/16; Democratic Leader – 114th Congress Previous Questions, 5/17/16]

# Energy Issues

### Significant Findings

✓ *Walters said that oil drilling "is very safe today"*

✓ *Walters has accepted $157,100 from the oil and gas industry*

✓ *Walters voted to approve the Keystone pipeline*

✓ *Walters voted for protecting oil & gas companies from publicly disclosing payments to foreign governments*

## Pipeline Projects

### Walters Voted To Streamline Pipeline And Energy Transmission Approval Processes

**Walters Voted For Streamlining The Pipeline Approval Process.** In July 2017, Walters voted for: "Passage of the bill that would establish the Federal Energy Regulatory Commission as the sole lead agency for the permitting of proposals to build or expand natural gas pipelines. The bill would require the commission to set deadlines by which federal agencies would need to take certain actions as part of the pipeline project proposal review process and would, in the event an agency fails to meet a deadline set by the commission, require the head of the agency to notify Congress and set forth a recommended implementation plan for the completion of the action." Passed by a vote of 248-179. [H R 2910, Vote #402, 7/19/17; CQ, 7/19/17]

**Walters Voted Against Curbing The Eminent Domain Authority of Pipeline Projects.** In July 2017, Walters voted against: "Watson Coleman, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit approval of an application for a certificate of public convenience and necessity under the Natural Gas Act unless the applicant agrees not to exercise its eminent domain authority under such law." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add a requirement to the underlying bill that project applicants agree not to exercise eminent domain authority." Motion rejected by a vote of 189-239/ [H R 2910, Vote #401, 7/19/17; CQ, 7/19/17; Democratic Leader's Office, Motion to Recommit, 7/19/17]

**Walters Voted For Establishing A New System For The Approval And Permitting Of Border-Crossing Oil And Gas Pipelines And Electrical Transmission Lines.** In July 2017, Walters voted for: "Passage of the bill that would establish a new system for the approval and permitting of border-crossing oil and gas pipelines and electrical transmission lines. The bill would require sponsors of border-crossing oil pipelines and electricity transmission facilities that cross the U.S. borders into Canada and Mexico to receive a "certificate of crossing" from the relevant federal agency in order to build or modify their projects, thereby eliminating the need for a presidential permit. The bill would eliminate the requirement under current law that the Energy Department approve the transmission of electricity from the U.S. to another country." The bill passed by a vote of 254-175. [H R 2883, Vote #398, 7/19/17; CQ, 7/19/17]

**Walters Voted Against Prohibiting The Federal Energy Regulatory Commission From Allowing An Oil Or Natural Gas Pipeline Project On Lands Managed For Natural Resource Conservation Or Recreation.** In July 2017, Walters voted against: "Tsongas, D-Mass., amendment that would prohibit the Federal Energy Regulatory Commission from issuing a certificate of crossing for an oil or natural gas pipeline project if any part of such facility would be located on lands required, by federal, state, or local law, to be managed for natural resource

conservation or recreation." The amendment was rejected by a vote of 179-247.[H R 2883, Vote #396, 7/19/17; CQ, 7/19/17]

**Walters Voted Against Establishing The State Department As Having The Agency Of Jurisdiction Regarding Permitting Cross-Border Oil Pipelines.** In July 2017, Walters voted against: "Engel, D-N.Y., amendment that would establish the State Department as the agency of jurisdiction with respect to permitting authority for cross-border oil pipelines." The amendment was rejected by a vote of 182-246. [H R 2883, Vote #395, 7/19/17; CQ, 7/19/17]

**Walters Voted Against A Motion Requiring Iron And Steel Products Used In The Border-Crossing Facility To Be Produced in the United States.** In July 2017, Walters voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require, as a condition of issuing a certificate of crossing, that all iron and steel products used in the construction, connection, operation, and maintenance of a border-crossing facility would be produced in the United States." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add a requirement to the underlying bill that all iron and steel products used in construction, connection, operation, and maintenance of the border-crossing facility be produced in the United States." Motion rejected by a vote of 193-232. [H R 2883, Vote #397, 7/19/17; CQ, 7/19/17; Democratic Leader's Office, Motion to Recommit, 7/19/17]

**Walters Voted Against Requiring The Federal Energy Regulatory Commission, To Prepare A Supplement To Its Environmental Impact Statement.** In July 2017, Walters voted against: "Beyer, D-Va., amendment that would require the Federal Energy Regulatory Commission, when conducting a project-related review under the National Environmental Policy Act, to prepare a supplement to its environmental impact statement in certain cases, such as if the commission makes a substantial change to the proposed action related to environmental concerns, or if there were to be "significant new circumstances or information" related to environmental concerns with bearing on the application." The amendment was rejected by a vote of 186-222. [H R 2910, Vote #400, 7/19/17; CQ, 7/19/17]

**Walters Voted Against Prohibiting The Federal Energy Regulatory Commission From Allowing An Oil Or Natural Gas Pipeline Project On Lands Managed For Natural Resource Conservation Or Recreation.** In July 2017, Walters voted against: "Tsongas, D-Mass., amendment that would that would prohibit the Federal Energy Regulatory Commission from issuing a certificate of public convenience and necessity to an oil or natural gas pipeline project if any part of such facility would be located on lands required, by federal, state, or local law, to be managed for natural resource conservation or recreation." The amendment was rejected by a vote of 180-249. [H R 2910, Vote #399, 7/19/17; CQ, 7/19/17]

---

**Keystone Pipeline**

---

**2015: Walters Voted To Approve The Keystone XL Pipeline**

---

**2015: Walters Voted For Approving The Keystone XL Pipeline.** In January 2015, Walters voted for approving the Keystone XL pipeline. "The House voted Friday to approve the Keystone XL pipeline, seizing on the momentum from a Nebraska Supreme Court ruling hours earlier that removed the last major legal obstacle to building the politically charged oil project." The bill passed 266 to 153. [HR 3, Vote #16, 1/09/15; Politico, 1/09/15]

**2015: Walters Said She Was "Proud" To Approve The Construction Of The Keystone Pipeline.** "As a new member of Congress, I'm proud that in our first week we passed bipartisan legislation that will hire more of our nation's hard-working veterans, will restore the 40-hour work week, and approve the construction of the Keystone pipeline that will create thousands of jobs." [Republican Leadership Press Conference, VIDEO 0:10-0:28, 1/13/15]

---

**2015: Walters Voted Against Holding Pipeline Owners Liable For Explosions**

---

**2015: Walters Voted Against Motion To Require Pipeline Owners, Not Taxpayers, Are Liable For Any Cleanup Costs Associated With Pipeline Explosion.** In January 2015, Walters voted against a motion to recommit that would require that natural gas pipeline owners, not taxpayers, are liable for any damages, repair, and clean-up in the wake of a natural gas pipeline explosion. [HR 161, Vote #40, 1/21/15; Democratic Leader – Motions to Recommit, 1/21/15]

## Other Votes

**Walters Voted For Modifying Non-Federal Hydropower Project Regulations To Extend Preliminary Permits To Five Years.** In November 2017, Walters voted for: "Passage of the bill that would specify a variety of timeframes and procedures for the Federal Energy Regulatory Commission to follow in carrying out required permitting and licensing activities for non-federal hydropower projects and would make FERC the lead agency for coordinating all applicable federal authorizations. It would extend, from three years to four, the duration of a preliminary permit for proposed non-federal hydropower projects and would allow project sponsors to initiate construction up to 10 years after a proposed project receives a license from FERC." The bill passed 257-166. [HR 3043, Vote #620, 11/8/17; CQ, 11/8/17]

> **Walters Voted Against Requiring That Federal Agencies Work With Stakeholders To Create New Hydropower Licensing Rules.** In November 2017, Walters voted against: "Rush, D-Ill., amendment that would replace the entirety of the bill's provisions with a requirement that a number of federal agencies work alongside other stakeholders, including tribal organizations, to develop a rule that would provide a new process for coordinated federal hydropower project licensing." The amendment failed 234-185. [HR 3043, Vote #619, 11/8/17; CQ, 11/8/17]

**Walters Voted Against Requiring The Federal Energy Regulatory Commission, To Prepare A Supplement To Its Environmental Impact Statement.** In July 2017, Walters voted against: "Beyer, D-Va., amendment that would require the Federal Energy Regulatory Commission, when conducting a project-related review under the National Environmental Policy Act, to prepare a supplement to its environmental impact statement in certain cases, such as if the commission makes a substantial change to the proposed action related to environmental concerns, or if there were to be "significant new circumstances or information" related to environmental concerns with bearing on the application." The amendment was rejected by a vote of 186-222. [H R 2910, Vote #400, 7/19/17; CQ, 7/19/17]

# Oil & Gas

## Walters Voted For Protecting Oil & Gas Companies From Publicly Disclosing Payments To Foreign Governments

**2017: Walters Voted For Protecting Oil & Gas Companies From Having To Publicly Disclose Payments To Foreign Governments.** In February 2017, Walters voted for for "passage of the joint resolution that would nullify a Securities and Exchange Commission rule that requires companies that develop oil, natural gas or minerals to publicly report in detail payments to foreign governments or to the U.S. government totaling at least $100,000 annually per project for extraction, exploration or export of these resources." The resolution passed by a vote of 235-187. [HJRes 41, Vote #72, 2/1/17; CQ, 2/1/17]

## Walters Co-Sponsored And Repeatedly Voted For Lifting 40-Year Crude Oil Ban

**2015: Walters Cosponsored Legislation That Would Allow The U.S. To Export Oil And "Prohibits Any Federal Official From Imposing Or Enforcing Any Restriction On The Export Of Crude Oil.** [H.R. 702, 114th Congress, introduced 2/4/15]

**2015: Walters: "Mister Speaker, I Rise Today In Support Of H.R. 702 – Legislation That Would Lift The 40-Year-Old Ban On U.S. Oil Exports."** "Mister Speaker, I rise today in support of H.R. 702 – legislation that would lift the 40-year-old ban on U.S. oil exports. In 1975, President Gerald Ford signed the ban into law in response to gasoline shortages and the Arab oil embargo. While the ban served a purpose nearly 40 years ago – much has changed since that time." [Rep. Mimi Walters, Press Release, 10/9/15]

**2015: Walters: "The United States Is The Largest Petroleum And Natural Gas Producer In The World. Our Self-Imposed Export Ban Doesn't Make Sense."** "Today, we need an energy policy that aligns with our current economic and political climate. The United States is the largest petroleum and natural gas producer in the world. Our self-imposed export ban doesn't make sense, and does nothing but hinder economic growth." [Rep. Mimi Walters, Press Release, 10/9/15]

**2015: Walters: "Having The Option To Put U.S. Crude Oil On The World Market Would Benefit Americans."** "If the ban is lifted this year, over 57,000 new supply chain jobs would be created in my home state of California by 2018.  And nationwide, nearly 450,000 new jobs would be created. Having the option to put U.S. crude oil on the world market would benefit Americans." [Rep. Mimi Walters, Press Release, 10/9/15]

**2015: Walters Voted To Lift A 40-Year Ban On The Export Of Crude Oil Produced In The U.S.** In October 2015, Walters voted for a bill that would allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. "Most [Democrats], though, opposed Barton's bill, arguing that its economic impact is overblown and that it will endanger jobs in the refining sector. They also cite environmental risks in pumping more oil for exports.  'This legislation eagerly embraces short-term profits and benefits without understanding — or even considering — the cost of such a major action,' Rep. Frank Pallone Jr. (D-N.J.) said." According to the Wall Street Journal, "The White House has threatened to veto the bill, saying it 'is not needed at this time.'" The bill passed 261 to 159. [HR 702, Vote #549, 10/09/15; The Hill, 10/9/15; Wall Street Journal, 10/9/15]

**2015: Walters Voted To Block A Motion To Halt Lifting The 40-Year Ban On Crude Oil Exports.** In December 2015, Walters voted To Block a motion to halt lifting a crude oil export ban. According to the Democratic Leader, "The Democratic Previous Question would stop Republicans from lifting the 40-year old ban on crude oil exports, protecting vital American refinery jobs and low gas prices from Republicans' spectacular special-interest giveaway." The previous question carried, 244-177. A vote against the previous question was to prevent lifting the crude oil export ban. [H Res 566, Vote #701, 12/17/15; Democratic Leader – Previous Questions, 12/17/15]

**2015: Walters Voted For Comprehensive Energy Bill Which Authorized Crude Oil Exports.** In December 2015, Walters voted for a bill that "that would revise national energy efficiency standards, require the Federal Energy Regulatory Commission to designate at least 10 corridors across federal lands in the Eastern U.S. where pipelines could be built, and require the Department of Energy to expedite decisions on applications to export liquefied natural gas. As amended, the bill would create a permitting process for cross-border infrastructure projects, allow U.S. export of crude oil, prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, require the Environmental Protection Agency (EPA) to satisfy regulatory planning and review requirements, place a filing deadline on judicial cases involving energy projects on federal lands, require studies on barriers to the export of natural energy resources and on the shipment of crude oil, and incentivize community solar projects." The bill passed 249-174. [HR 8, Vote #672, 12/3/15; CQ Floor Votes, 12/3/15]

**The North American Energy Security And Infrastructure Act Intended To Bolster The Strategic Petroleum Reserve.** "The bill is a large energy package that supporters say reinvests in the Strategic Petroleum Reserve, modernizes energy infrastructure against cyber attacks, severe weather and electro-magnetic pulse, and streamlines the approval process for liquefied natural gas export projects." [Washington Examiner, 11/27/15]

**2015: Walters Voted For An Amendment To Lift Ban On Exporting Oil.** In December 2015, Walters voted for an amendment to the North American Energy Security and Infrastructure Act that would "allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. The amendment would prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, and would require separate reports on how lifting the ban will affect greenhouse gas emissions, national security, and jobs for veterans and women." The amendment was adopted 255-168. [HR 8, Vote #664, 12/2/15; CQ Floor Votes, 12/2/15]

---

**Walters Toured An Oil Production Field Located Near The Site Of The 2010 BP Oil Spill And Said Drilling "Is Very Safe Today"**

---

**2015: After Touring An Oil Production Field Located Near The Site Of The 2010 BP Oil Spill, Walters Said Drilling "Is Very Safe Today, Much Safer Than It Was In The Past."** "The House members — seven Republicans and one Democrat — were flown to a Hess offshore production field about 65 miles off the Louisiana coast. The production field is in the Mississippi Canyon, a deep-water location near the site of the massive BP oil spill in 2010. […] 'I enjoyed learning how we extract oil from the ocean,' said U.S. Rep. Mimi Walters, R-Calif., during the tour of the platform. She said drilling 'is very safe today, much safer than it was in the past.'" [Associated Press, 4/9/15]

---

**Walters Said That Offshore Energy Projects "Are Critical To American Energy Independence"**

---

**In 2015, Walters Said That Offshore Drilling Is "Critical To American Energy Independence"...**

---

**2015: Walters: "I'm Looking Forward To Experiencing Offshore Energy Production First-Hand […] These Energy Projects Are Critical To American Energy Independence."** "I'm looking forward to experiencing offshore energy production first-hand on the 2015 Offshore Energy Tour this week. These energy projects are critical to American energy independence, job creation, and our national security – and I am eager to explore Hess' Tubular Bells oil rig in the Gulf of Mexico to see how energy is safely produced offshore." [Rep. Mimi Walters, Press Release, 4/7/15]

---

**…But In 2004, Said She Would Oppose Efforts To Drill Off The Coast Of California**

---

**2004: Walters: "I Will Work To Make Sure Our Environment Is Protected And Preserved By Opposing Efforts To Drill For Oil Off Our Coast…"** Q: "What kinds of laws do you support to preserve the environment and quality of life in Orange County?" A: "If elected, I will work to make sure our environment is protected and preserved by opposing efforts to drill for oil off our coast and to ensure that our drinking water is safe from pollution. Our area is one of the most beautiful places in the world, and I will do everything possible to make sure that beauty is preserved." [Orange County Register, 10/28/04]

---

**Walters Has Accepted $157,100 From The Oil And Gas Industry**

---

**Over The Course Of Her Career In Congress, Walters Has Accepted $157,100 From The Oil And Gas Industry.** [Center for Responsive Politics, accessed 8/2/17]

---

# Natural Gas

---

**Walters Said That Exporting Natural Gas "Is A No-Brainer When It Comes To Job Creation And Strengthening National Security"**

---

**2015: Walters: "Exporting American Natural Gas Is A No-Brainer When It Comes To Job Creation And Strengthening National Security."** "Exporting American natural gas is a no-brainer when it comes to job creation

and strengthening national security. Expanding LNG exports would not only offer our global allies a reliable trading partner - but it would also create tens of thousands of U.S. jobs. Despite the U.S. being the world's largest producer of natural gas – the Department of Energy has continuously delayed efforts to export LNG to non-Free Trade Agreement countries. This legislation would simply streamline the approval process for export permits, and hold Washington bureaucrats accountable by placing a 30-day deadline for the Department of Energy to issue their final ruling upon completion of a project environmental review. H.R. 351 presents an immense opportunity for the United States, its citizens, and our trade partners – I am hopeful that my colleagues in the Senate and the President will act swiftly in the passage of this pro-growth bill." [Rep. Mimi Walters, Press Release, 1/28/15]

## Walters Voted Against Prohibiting LNG Exports To State Sponsors Of Terrorism

**2015: Walters Voted Against A Motion To Prohibit LNG Exports To State Sponsors Of Terrorism & Ensure LNG Exports Are On US-Built Ships.** In January 2015, Walters voted against a motion that would prohibit LNG exports to any nation that is a state sponsor of terrorism, or to any nation or corporation that engages in cyber-attacks against the United States, and would ensure that U.S. flagged and built ships are used to export LNG. The motion to recommit failed, 175-237. [HR 351, Vote #49, 1/28/15; Democratic Leader – Motions to Recommit, 1/22/15]

## Walters Voted To Expedite Permits For Natural Gas Pipelines

**2015: Walters Voted For Bill To Expedite FERC Permitting For Natural Gas Pipeline Projects.** In January 2015, Walters voted for a bill that "would require the Federal Energy Regulatory Commission to approve or deny a natural gas pipeline project within one year after receiving a completed application. Federal agencies responsible for issuing permits would have to issue a ruling within 90 days of when FERC issues its final environmental statement for the project. Under the bill, FERC could extend that period for another 30 days. The bill would provide that if a federal agency does not rule within the required time period, the permit will be deemed approved 30 days later." The bill passed, 253 to 169. [HR 161, Vote #41, 1/21/15; CQ, 1/21/15]

**2015: Walters Voted For Legislation To Require Expedited Consideration Of LNG Export Permit Applications**. In January 2015, Walters voted for legislation that "would require the Energy Department to make a decision on pending applications to export liquefied natural gas within 30 days of the bill's enactment or at the end of the public comment period, whichever is later. Under the bill, applications would have to publicly disclose the countries that would receive the proposed exports. It also would authorize the U.S. Court of Appeals for the circuit where the proposed export facility will be located to exercise original and exclusive jurisdiction over any civil action pertaining to such applications. The court would be required to order the Energy Department to approve any applications within 30 days if it finds the agency did not issue a decision by the bill's deadline." [HR 351, Vote #50, 1/28/15; CQ, 1/28/15]

# Fracking

## 2015: Walters Voted Against An Amendment That Would Have Prevented Fracking On Federal Land

**2015: Walters Voted Against An Amendment That Would Have Prevented Hydraulic Fracturing On Federal Land.** In July 2015, Walters voted against an amendment "that would remove the bill's prohibition on BLM from implementing its final rule governing fracking on federal lands." Specifically, the amendment struck "section 439 from the bill which provides for prohibitions regarding hydraulic fracturing." The amendment failed 250 to 179. [HR 2822, H.AMDT.576, Vote #402, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15]

# Environmental Issues

## Significant Findings

✓ *Walters opposed cap-and-trade legislation in California.*

✓ *Walters voted in favor of legislation that would exempt states from complying with the Clean Power Plan, and applauded the Supreme Court's decision to halt enforcement of the plan.*

✓ *Walters repeatedly voted for legislation that censored science from public decision-making.*

✓ *Walters voted to block consideration of a bill to ensure Flint children obtain safe drinking water and health, nutritional, and educational support.*

✓ *Walters repeatedly co-sponsored and voted for legislation that undermined the Clean Water Act.*

✓ *Walters repeatedly co-sponsored legislation that would amend the Clean Air Act to exclude carbon dioxide and other greenhouse gases.*

## Climate Change

### Walters Voted Against Requiring Forest Management Plans To Include Climate Change Mitigation And Reauthorizing Counties To Receive Timber Payments From The National Forest Service

**Walters Voted Against Requiring Forest Management Plans To Include Climate Change Mitigation And Reauthorizing Counties To Receive Timber Payments From The National Forest Service.** In November 2017, Walters voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would reauthorize, through 2020, the program that allows counties adjacent to National Forest Service lands to receive a percentage of the agency's timber sales revenues equal to their average payment in previous years, and would also require any forest management plan to include strategies for climate change mitigation." The motion was rejected 230-189. [HR 2936, Vote #597, 11/1/17; CQ, 11/1/17]

### Walters Voted Against Striking A Provision From The NDAA Stating Climate Change Poses A Threat To National Security

**Walters Voted Against Striking A Provision From The NDAA Stating Climate Change Poses A Threat To National Security.** In July 2017, Walters voted against: "Perry, R-Pa., amendment that would eliminate the bill's provision that would express the sense of Congress that climate change is a direct threat to national security, and would eliminate the provision that would require the secretary of Defense to report to Congress on vulnerabilities to military installations and combatant commands resulting from climate change-related effects." The amendment was rejected by a vote of 185-234**.** [H R 2810, Vote #368, 7/13/17; CQ, 7/13/17]

### 2017: Walters Voted To Loosen Air Quality Regulations

**Walters Voted For "Extend[ing] For Eight Years The Deadline For The EPA To Implement New National Ambient Air Quality Standards For Ground-Level Ozone."** In July 2017, Walters voted for: "Passage of the bill that would extend for eight years the deadline for the EPA to implement new National Ambient Air Quality Standards for ground-level ozone (the EPA issued such deadlines on Oct. 26, 2015). The bill would require the

EPA to review the national ambient air quality standards for each pollutant every ten years, instead of every five, and would require the agency to evaluate possible adverse effects of standard changes, including effects related to public health, welfare and economics, prior to establishing or revising a national ambient air quality standard." The bill passed by a vote of 229-199. [H R 806, Vote #391, 7/18/17; CQ, 7/18/17]

**Walters Voted Against A Motion To Prohibit Implementation Of New Air Quality Standards If Those Standards Could Pose Health Risks To Those Without Access To "Affordable, Comprehensive" Health Care.** In July 2017, Walters voted against: "Cartwright, D-Pa., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit implementation of the bill's provisions if the Clean Air Scientific Advisory Committee, in consultation with the Congressional Budget Office, finds such implementation could increase various health risks for individuals without access to "affordable, comprehensive" health insurance." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would prohibit implementation of the underlying bill if the Clean Air Scientific Advisory Committee finds that application of the underlying bill could increase health risks to vulnerable populations including children, seniors, pregnant women, outdoor workers, and minority and low-income communities." Motion rejected by a vote of 191-235. [H R 806, Vote #390, 7/18/17; CQ, 7/18/17; Democratic Leader's Office, Motion to Recommit, 7/18/17]

## Enforcement And Arbitration

**Walters Voted Against Eliminating The Forest Management Dispute Arbitration Program.** In November 2017, Walters voted against: "Khanna, D-Calif., amendment that would eliminate the forest management dispute arbitration pilot program that would be established under the bill." The amendment was rejected 232-189. [HR 2936, Vote #594, 11/1/17; CQ, 11/1/17]

**NCPA: The Underlying Bill Would Block The Public From Going To Court To Enforce Environmental Laws.** "H.R. 2936 prevents the public from going to court to enforce environmental laws and hold the government accountable when it violates the law." [NCPA, 10/31/17]

**Walters Voted For Requiring The Federal Government To Provide Advance Notice To The Public Before Entering Into Consent Decrees, Placing Onerous Restrictions On How The Government Settles Lawsuits When It Has Been Accused Of Violating The Law.** In October 2017, Walters voted for: "Passage of the bill, as amended, that would require the federal government to provide advance public notice when it plans to enter into discussions regarding consent decrees and would codify and expand certain disclosure practices with regard to the Treasury Department's Judgment Fund payments. It would also allow counsel for the House of Representatives to intervene or appear as amicus curiae in any federal, state or local court. It would establish a new reporting deadline for the attorney general to inform Congress whether the Justice Department will contest, or refrain from defending, the constitutionality of a provision of federal law in court." The bill passed 234-187. [HR 469, Vote #588, 10/25/17; CQ, 10/25/17]

**Walters Voted Against Exempting Settlements Entered Into By Assistant Attorneys General From The Bill's Notification Requirements.** In October 2017, Walters voted against: "Cartwright, D-Pa., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements entered into by the assistant attorney generals under the process, known as the Meese Policy, for assistant attorney generals to accept, recommend acceptance, or reject settlement offers." The amendment failed 232-186. [HR 469, Vote #587, 10/25/17; CQ, 10/25/17]

**Walters Voted Against Exempting Settlement Agreements Related To Improving Air And Water Quality From The Bill's Notification Requirements.** In October 2017, Walters voted against: "McEachin, D-Va., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements related to improvement or maintenance of air or water quality." The amendment was rejected 226-187. [HR 469, Vote #586, 10/25/17; CQ, 10/25/17]

**Walters Voted Against Exempting Settlement Agreements Regarding Improving Access To Affordable High-Speed Broadband From The Bill's Notification Requirements.** In October 2017, Walters voted against: "Johnson, D-Ga., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements pertaining to deadlines set by Congress related to improving access to affordable high-speed broadband in under-served markets." The amendment was rejected 231-185. [HR 469, Vote #585, 10/25/17; CQ, 10/25/17]

## Cap-And-Trade

### Walters Opposed Cap-And-Trade In California

#### Cap-And-Trade Was Considered A "Critical Component" Of California's Plan To Reduce Greenhouse Gas Emissions

**Orange County Register: "The Cap-And-Trade Program Is A Critical Component Of The State's Plan To Reduce Greenhouse Gas Emissions To 1990 Levels By 2020."** "The cap-and-trade program is a critical component of the state's plan to reduce greenhouse gas emissions to 1990 levels by 2020. The program sets a ceiling on emissions while also establishing a market for carbon credits, which are like pollution permits that big emitters can buy and sell, depending on their needs." [Orange County Register, 3/26/13]

#### 2013: Walters Opposed Legislation That Set Green-House Gas Emission Standards And Established A Cap-And-Trade Program In California

**2013: Orange County Register: Walters Voiced "Strong Opposition" To Legislation That Set Green-House Gas Emission Standards And Established A Cap-And-Trade Program.** "At Friday's meeting, Walters voiced strong opposition to Assembly Bill 32, which set greenhouse-gas emission standards and a cap-and-trade program. 'It's affecting our businesses, our schools,' she said." [Orange County Register, 4/11/13]

**Assembly Bill 32 Is Also Known As The Global Warming Solutions Act Of 2006.** "Walters' proposal seeks to exempt University of California and California State University campuses from the new cap-and-trade program established under the Global Warming Solutions Act of 2006, otherwise known as Assembly Bill 32 or AB32, one of the nation's most ambitious environmental laws." [Orange County Register, 3/26/13]

#### 2013: Walters Introduced Legislation In The State Senate That Would Exempt State Universities From The Cap-And-Trade Program

**2013: Walters Introduced Legislation In The State Senate That Would Exempt State Universities From A Cap-And-Trade Program Established Under The Global Warming Solutions Act Of 2006.** "California's cash-strapped public universities would save millions of dollars under legislation proposed by state Sen. Mimi Walters, R-Irvine, but the bill's prospects are uncertain because it would alter a far-reaching global-warming law beloved by environmentalists. Walters' proposal seeks to exempt University of California and California State University campuses from the new cap-and-trade program established under the Global Warming Solutions Act of 2006, otherwise known as Assembly Bill 32, one of the nation's most ambitious environmental laws." [Orange County Register, 3/26/13]

## Clean Power Plan

### 2016: Walters Applauded The Supreme Court's Decision To Halt Enforcement Of The Clean Power Plan And Criticized The Plan's Economic Impact

**2016: Walters: "I Applaud The Supreme Court's Decision To Temporarily Halt Enforcement Of The President's Clean Power Plan, Which Is A Reckless Regulatory Attack On American Businesses And Jobs."**

"I applaud the Supreme Court's decision to temporarily halt enforcement of the President's Clean Power Plan, which is a reckless regulatory attack on American businesses and jobs. The reality of the President's liberal energy agenda is that it will drive up energy costs and reduce consumer access to affordable energy sources.  Forcing a shift away from traditional energy resources would ultimately stifle the economy for years to come and harm consumers' pocketbooks. I'm encouraged that the Supreme Court temporarily blocked this plan and I look forward to working with my colleagues to protect Americans from unnecessary energy rate hikes." [Rep. Mimi Walters, Press Release, 2/10/16]

**2015: Walters Criticized The Clean Power Plan's Economic Impact, Claiming It Would Raise Electricity Costs And "Reduce Reliability For Consumers."** "Last June, the EPA proposed a rule for existing power plants, known as the 'Clean Power Plan.' This rule would mandate new carbon reduction goals for each state - effectively changing the way electricity is generated, distributed, and consumed in the United States. The economic impact of this rule is very troubling – it could mean increased electricity costs and reduced reliability for consumers. In fact, under the Clean Power Plan, electricity rates would increase by an average of 15% in a majority of states." [Rep. Mimi Walters, Press Release, 6/24/15]

---

**2015: Walters Voted In Favor Of Legislation That Would Exempt States From Complying With The Clean Power Plan Until All Judicial Reviews Are Complete**

---

**2015: Walters Voted In Favor Of The Ratepayer Protection Act.** [H.R. 2042, Vote #384, 6/24/15]

**Bill Would Exempt States From Complying With The Clean Power Plan "Until All Judicial Reviews Are Complete."** "Mister Speaker, I rise today in support of H.R. 2042, the Ratepayer Protection Act. This bill would protect states and families from EPA regulatory overreach and significant spikes in electricity costs. […] The economic impact of this rule is very troubling – it could mean increased electricity costs and reduced reliability for consumers. In fact, under the Clean Power Plan, electricity rates would increase by an average of 15% in a majority of states. This bill would protect ratepayers and exempt states from complying with the rule until all judicial reviews are complete. It would also allow governors to opt out of compliance with the rule if there would be a significant impact on the state's ratepayers." [Rep. Mimi Walters, Press Release, 6/24/15]

## Climate Science

---

**Censoring Science From Public Decision Making**

---

**2015: Walters Voted To Prohibit EPA Regulations That Relied Upon Non-Public Scientific Research, Limiting EPA's Ability To Combat Pollution And Climate Change**

---

**2015: Walters Voted To Prohibit EPA Regulations That Relied Upon Non-Public Scientific Research.** In March 2015, Walters voted for a bill that "prohibits EPA from proposing, finalizing or disseminating a rule or other 'covered action' unless all scientific and technical information used to decide upon the rule is made available to the public so the research can be independently analyzed and reproduced." The bill passed 241 to 175. [HR 1030, Vote #125, 3/18/15; CQ House Action Reports, 3/13/15]

**Bill Would Limit EPA's Ability To Write Regulations To Combat Pollution And Climate Change.** "Critics say the bill would severely handicap the EPA's ability to write regulations necessary to fight pollution and climate change and protect the environment and human health, and would require the EPA to violate patient confidentiality. EPA Administrator Gina McCarthy has criticized the accusation from the GOP, saying transparency and sound science are among the agency's priorities." [The Hill, 2/27/15]

---

**2015: Walters Voted To Prohibit Federal Agencies From Considering Greenhouse Gases And Their Link To Climate Change When Reviewing Environmental Permits For Government Construction Projects**

---

**2015: Walters Voted To Prohibit Federal Agencies From Considering Greenhouse Gases And Their Link To Climate Change When Reviewing Environmental Permits For Government Construction Projects.** In September 2015, Walters voted for an amendment to HR 348 that would "bar federal agencies from using draft guidance for accounting for greenhouse gas emissions and their link to climate change in reviewing environmental permits for federal government construction projects." The amendment passed 223 to 186. [HR 348, Vote #514, 9/25/15; Citizen Times, 10/02/15]

---

**2015: Walters Voted For Resolutions Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Existing U.S. Power Plants**

---

**2015: Walters Voted For Resolution Disapproving Of New Regulations Forcing Steep Cuts In Greenhouse Gas Emissions From Existing U.S. Power Plants.** In December 2015, Walters voted for a resolution that would "disapprove of the Environmental Protection Agency emissions rule for existing power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets different emissions targets for 49 states based on their existing energy profile and requires each state to reduce emissions by a certain amount by 2030. Under the rule, states are required to submit proposed plans on how to reduce emissions to the EPA by June 2016, with the agency evaluating whether the plans reduce emissions and are enforceable." The resolution was adopted by a vote of 242-180: [S J RES 24, Vote #650, 12/1/15; CQ Floor Votes, 12/01/15]

**2015: Walters Voted For Resolution Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Future U.S. Power Plants**. In December 2015, Walters voted for the passage of a resolution that would "disapprove of the Environmental Protection Agency emissions rule for new power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets specific emission limits for new fossil-fuel electrical power plants, limiting large new natural-gas-fired turbines to 1,000 pounds of carbon dioxide per megawatt-hour and smaller turbines to 1,100 pounds of carbon dioxide per megawatt-hour, with the option of averaging emissions over multiple years to allow for operational flexibility." The resolution was adopted 235-188. [S J RES 23, Vote #651, 12/1/15; CQ Floor Votes, 12/01/15]

## Flint Water Crisis

**2016: Walters Voted To Block Consideration Of A Bill To Ensure Flint Children Obtain Safe Drinking Water And Health, Nutritional, And Educational Support**

**2016: Walters Voted To Block Consideration Of A Bill To Ensure Flint Children Obtain Safe Drinking Water And Health, Nutritional, And Educational Support.** In May 2016, Walters voted To Block consideration of a vote that would "address this public health emergency by helping Flint residents obtain safe drinking water and ensuring that the nearly 9,000 Flint children under the age of 6 who are at risk due to their exposure to lead-contaminated water receive the health, nutritional, and educational support they need to thrive." The previous question carried, 233-174. A vote against the previous question was to force the vote on safe drinking water and support for Flint children. [H Res 743, Vote #231, 5/24/16; Democratic Leader – Previous Questions, 5/24/16]

## Pollution

**Walters Voted To Prohibit The Regulation Of Certain Pesticides**

**Walters Voted Against An Amendment To Ensure That Existing Clean Water Protections Apply To The Use Of Pesticides That Are Exempted From Regulations.** In May 2017, Walters voted against: "Esty, D-Conn., amendment that would require that the bill's provisions related to permit exemptions not apply to ingredients or chemicals in pesticides that contain certain toxic pollutants and hazardous substances previously established by federal law." According to the Congressional Record, the amendment "sought to ensure that existing clean water protections apply to the release of these toxic chemicals into the environment." The amendment was rejected, 229-191. [HR 953, Vote #279, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Walters Voted Against An Amendment To Protect Fisheries From Unregulated Pesticides.** In May 2017, Walters voted against: "Huffman, D-Calif., amendment that would clarify that none of the bill's provisions would prevent the EPA or a state from requiring a permit under the Federal Water Pollution Control Act for the use of a pesticide that would have a negative impact on fisheries." According to the Congressional Record, the amendment "sought to protect commercial, recreational, and subsistence fisheries from the negative impacts of unregulated discharge." The amendment was rejected, 230-189. [HR 953, Vote #280, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Walters Voted Against Preventing Special Interests From Undermining Public Health.** In May 2017, Walters voted against: "McGovern, D-Mass., motion to recommit the bill to the House Transportation and Infrastructure Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions a discharge of a pesticide if its manufacturer or distributor made a political contribution to the president or to any federal official responsible for its registration, regulation or the approval of its use." According to the Congressional Record, Rep. McGovern said, "This amendment fights back against the corrupting influence of political contributions from pesticide companies. It would ensure that existing science-based protections for our families and our environment cannot be overturned by a well-timed contribution to President Trump or to those in his administration charged with implementing the law." The motion failed, 230-183. [HR 953, Vote #281, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Walters Voted For A Bill That Prohibited The EPA From Regulating Certain Pesticides.** In May 2017, Walters voted for: "Passage of the bill that would prohibit the EPA and states from requiring permits for the point source use of a pesticide registered under the Federal Insecticide, Fungicide, and Rodenticide Act. It would prohibit the EPA or states from requiring a Federal Water Pollution Control Act permit for the use of registered pesticides near navigable waters." The bill passed, 265-165. [HR 953, Vote #282, 5/24/17; CQ, 5/24/17]

## Walters Co-Sponsored Legislation That Could Undermine The Clean Water Act

**2017: Walters Co-Sponsored A Resolution Expressing The Sense Of The House That The Waters Of The U.S. Rule Should Be Withdrawn**

**2017: Walters Co-Sponsored A Resolution Expressing The Sense Of The House Of Representatives That The Waters Of The United States Rule Should Be Withdrawn Or Vacated.** [H.Res. 152, 115th Congress, introduced 2/27/17]

**2015: Walters Co-Sponsored Legislation That Would Require The Obama Administration To Withdraw The Waters Of The U.S. Rule**

**2015: Walters Co-Sponsored Legislation That Would Require The Obama Administration To Withdraw The Waters Of The United States Rule.** "U.S. Representative Mimi Walters (CA-45) released the following statement after voting in support of H.R. 1732, the Regulatory Integrity Protection Act of 2015. This bipartisan bill would require the Obama Administration to withdraw the proposed Waters of the United States (WOTUS) rule – a rule which significantly expands the federal government's jurisdiction to regulate waters and adjacent lands. Rep. Walters is an original co-sponsor of H.R. 1732." [Rep. Mimi Walters, Press Release, 5/12/15; H.R. 1732, 114th Congress, introduced 4/13/15]

**2015: Walters Voted For Halting EPA's Waters Of The United States Rulemaking Relating To Smaller Waterways That Feed Into Larger Ones.** In May 2015, Walters voted for the Regulatory Integrity Protection Act which "would require the EPA and the Army Corps of Engineers to withdraw its Waters of the United States rule. The rule would define the EPA's oversight authority over streams, ponds and small waterways that feed into larger ones..." According to Rep. Donna Edwards, "H.R. 1732 would halt the current Clean Water rulemaking, and require the agencies to withdraw the proposed rule and restart the rulemaking process. This is

after one million public comments, a 208 day comment period, and over 400 public hearings." The bill passed 261 to 155. [HR 1732, Vote # 219, 5/12/15; The Hill, 4/29/15; Edwards Press Release, 4/29/15]

**2015: Walters Voted Against Amendment To Prohibit Issuing Final Clean Water Rules If They Violated Previous Court Decisions.** In May 2015, Walters voted against an amendment to the Regulatory Integrity Protection Act proposed by Rep. Donna Edwards. According to Edwards, "Under my amendment, the administration cannot expand the scope beyond those water bodies covered prior to the decisions of the U.S. Supreme Court in those two cases, and it cannot be inconsistent with Justices Scalia's and Kennedy's judicial opinions in Rapanos. In addition to that, they can't increase the regulation of ditches." The amendment failed 167 to 248. [HR 1732, Vote #217, 5/12/15; Edwards Press Release, 4/29/15]

**2015: Walters Voted Against Protecting America's Waterways To Ensure Safe Drinking Water Supply.** In May 2015, Walters voted against a motion that would "protect the quality of America's water supply for safe drinking, particularly in the Great Lakes, which has been affected by harmful algal blooms; drought mitigation in California and the West; agriculture and irrigation; and flood and coastal storm protection from wetlands." The motion failed 175 to 241. [HR 1732, Vote #218, 5/12/15; Democratic Leader, 5/12/15]

**2015: Walters Said The Waters Of The US Rule Expands The Federal Government's Jurisdiction Over Waters "Never Intended For Regulation," And Called It A "Flagrant Power Grab."** "The EPA's proposed rule on our nation's waters significantly expands the federal government's jurisdiction over waters never intended for regulation, including: streams, ponds, puddles, and ditches. This flagrant power grab by the Obama Administration threatens American jobs, increases the cost of doing business, and heightens the likelihood of costly litigation. Worse yet, the Administration circumvented the regular rulemaking process and developed this proposal without first consulting states, local governments and determining its impact on private citizens and other stakeholders. Our bill, which passed overwhelmingly in the U.S. House today with my support, would rein in the EPA's burdensome regulatory overreach and require that a proper and transparent rulemaking process is followed in the future. I hope the Senate will act swiftly in passing this bipartisan, common-sense bill." [Rep. Mimi Walters, Press Release, 5/12/15]

**2015: Walters: "When The Federal Government Is Attempting To Regulate Our Nation's Puddles, Streams, And Ditches – We Know There Is Something Terribly Wrong."** "'When the federal government is attempting to regulate our nation's puddles, streams, and ditches – we know there is something terribly wrong,' said Rep. Mimi Walters. 'The Obama Administration's proposed rule would redefine the 'waters of the United States' under the Clean Water Act, so that the federal government's power to regulate our nation's waters and adjacent lands would be significantly increased. This means the federal government would have the authority to dictate the agricultural practices and land-use decisions of our nation's home builders, water districts, counties, as well as farmers and ranchers - which could in turn affect businesses' ability to remain competitive and profitable. The Regulatory Integrity Protection Act seeks to provide safeguards against government overregulation and restore decision-making authority to officials at the state and local levels.'" [Rep. Mimi Walters, Press Release, 4/15/15]

---

**2016: Walters Voted For Resolution Disapproving Of "Waters Of The United States" Rule, Which Expanded Jurisdiction Of EPA And Army Corps Of Engineers Under Clean Water Act**

---

**2016: Walters Voted For Congressional Disapproval Of "Waters Of The United States" Rule, Which Expanded Jurisdiction Of EPA And Army Corps Of Engineers Under Clean Water Act.** In January 2016, Walters voted for a resolution expressing congressional disapproval of the "Waters of the United States" rule. "The Obama administration announced new protections Wednesday for thousands of waterways and wetlands … On its face, the Waters of the United States rule is largely a technical document, defining which rivers, streams, lakes and marshes fall under the jurisdiction of the Environmental Protection Agency and the Army Corps of Engineers. … The agencies and their supporters say the safety of drinking water and stream health are threatened because of weak state and local regulation and a lack of enforcement. The rule is meant to make it clearer which waterways EPA and the Corps of Engineers can oversee under the 43-year-old Clean Water Act, which covers 'navigable waters' such

as the Mississippi River and Lake Erie but is vague on how far upstream protections must go to keep those water bodies clean." The resolution passed 253 to 166. [S J Res 22, Vote #45, 1/13/16; Politico, 5/27/15]

**2015: Walters Voted For An Amendment Prohibiting Funds Used To Regulate "Agricultural Activities" Identified As Exemptions Under Clean Water Act**

**2015: Walters Voted For An Amendment Prohibiting Funds Used To Regulate "Agricultural Activities" Identified As Exemptions Under Clean Water Act.**  In May 2015, Walters voted for an amendment prohibiting the use of funds to regulate certain agricultural activities under the Clean Water Act. "LaMalfa, R-Calif., amendment that would prohibit funds made available under the act from being used to regulate agricultural activities identified as exemptions under certain sections of the Clean Water Act." The amendment passed, 239 to174. [H.R. 2028, Vote #212, 5/01/15; CQ, 5/01/15]

**Walters Repeatedly Co-Sponsored Legislation That Would Amend The Clean Air Act To Exclude Carbon Dioxide And Other Greenhouse Gases From The Scope Of That Act**

**2017: Walters Co-Sponsored Legislation That Would Exclude Carbon Dioxide And Other Greenhouse Gases From The Scope Of The Clean Air Act.** [H.R. 637, 115th Congress, introduced 1/24/17]

**2015: Walters Co-Sponsored Legislation That Would Exclude Carbon Dioxide And Other Greenhouse Gases From The Scope Of The Clean Air Act.** [H.R. 3880, 114th Congress, introduced 11/3/15]

**Walters Co-Sponsored Legislation That Would Nullify The EPA's Rule Requiring States To Reduce Carbon Emissions**

**2015: Walters Co-Sponsored Legislation That Would Nullify The EPA's Rule Requiring States To Reduce Carbon Emissions From Existing Fossil Fuel-Fired Electric Generating Units.** [H.J.Res 72, 114th Congress, introduced 10/26/15]

# Renewable Fuels

**Walters Co-Sponsored Legislation That Would Repeal The EPA's Renewable Fuel Program**

**2015: Walters Co-Sponsored Legislation That Would Amend The Clean Air Act To Repeal The EPA's Renewable Fuel Program.** [H.R. 703, 114th Congress, introduced 2/4/15]

# FEMA And Disaster Relief Issues

## Significant Findings

✓ *Walters voted against an amendment to increase funding for inland oil spill programs*

## Disaster Relief

### Walters Sponsored A Bill To Allow California Property Owners To Deduct Wildfire Damages And Draw Funds From 401(k) Accounts Penalty-Free To Rebuild

**Walters Introduced Wildfire Bill That Reinstated Deduction For Wildfire Damages, Incentivized People To Take Money Out Of Their Retirement Accounts To Pay For Damages.** "Rep. Mimi Walters (R-California), Majority Leader Kevin McCarthy (R-California), and Rep. Mike Thompson (D-California) introduced H.R. 4397, the California Wildfire Disaster Tax Relief Act of 2017, which would provide tax relief to the victims of the recent California wildfires. Said Rep. Walters, 'The 2017 wildfire season resulted in historic destruction throughout our State, including my home district of Orange County.  The fires in Northern California and Orange County cost the lives of 43 individuals, displaced thousands of Californians, and destroyed thousands of homes and businesses. These fires have taken an enormous financial and emotional toll on those affected. Today, I introduced legislation that will provide financial relief for Californians impacted by the deadly wildfires.  The California Wildfire Disaster Tax Relief Act of 2017 would allow victims from the October wildfires to deduct property damage costs from their taxes, provide for affordable penalty-free withdrawals from their retirement accounts, and encourage charitable giving to help those in need.  This bill will help alleviate the financial burden for the thousands of Californians who are recovering from the wildfires.'" [Rep. Walters press release, 11/15/17]

> **Walters' Bill To Allow California Property Owners To Deduct Wildfire Damages Was Supported By Other California Republicans.** "Hunter and Issa are supporting a bill by Rep. Mimi Walters, R-Irvine, that allows California property owners to deduct wildfire damages from their taxes and to draw funds from 401(k) retirement accounts to rebuild without paying a penalty. Harrison also noted that the House and Senate tax bills are not law and people can still claim this deduction in their 2017 tax returns." [San Diego Tribune, 12/8/17]

### 2017: Walters Voted For Inadequate, Short-Term Responses To Natural Disasters Including Floods, Wildfires, And Hurricanes

**Walters Voted For Reauthorizing The National Flood Insurance Program Without Risk-Reduction Programs Or Flood-Risk Mapping.** In November 2017, Walters voted for: "Passage of the bill, as amended, that would reauthorize the National Flood Insurance Program through fiscal 2022 and would make modifications to the program, including: raise annual surcharges and reserve fund assessments on federal flood insurance policyholders, raise rates on properties that incur multiple losses, establish an annual deductible for severe and extreme repetitive loss properties and end the requirement that flood insurance be purchased for commercial and multifamily properties located in flood risk zones. It would also require that flood insurance provided by private sector carriers be accepted by Federal Emergency Management Agency and considered as meeting the National Flood Insurance Program's mandatory flood insurance purchase requirements, and would allow private insurers and any other interested party to review FEMA information regarding its assessments of flood risk." The bill passed 237-189. [HR 2874, Vote #630, 11/14/17; CQ, 11/14/17]

> **HEADLINE: "U.S. House Of Representatives Misses Mark In Reducing Nation's Flood Risk.**
> "'Unfortunately, this bill falls short of significant improvements needed to bolster risk reduction and flood-risk

mapping efforts under the National Flood Insurance Program,' Murdock said. 'The program has failed to achieve its intended goal of lessening our nation's flood risk. Congress needs to place more emphasis on reforms that mitigate risk and promote using the best-available science and technology in mapping processes. It is particularly important that reforms enable the restoration of functioning floodplains and disincentivize development in areas of high flood risk.'" [Nature Conservancy, 11/15/17]

**Walters Voted Against Requiring FEMA To Certify That Claims From Hurricane Sandy Were Resolved Before The National Flood Insurance Program Is Reauthorized.** In November 2017, Walters voted against: "Pascrell, D-N.J., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from taking effect unless the Federal Emergency Management Agency certifies the resolution of all claims for losses resulting from Hurricane Sandy of 2012 that were covered under the National Flood Insurance Program." The motion was rejected 236-190. [HR 2874, Vote #629, 11/14/17; CQ, 11/14/17]

**Walters Voted For Considering The National Defense Authorization Act Of 2018 And Reauthorizing The National Flood Insurance Program.** In November 2017, Walters voted for: "Adoption of the rule (H Res 616) that would provide for House floor consideration of the conference report to accompany the bill (HR 2810) that would authorize $692.1 billion for defense programs in fiscal 2018. It would also provide for consideration of the bill (HR 2874) that would reauthorize the National Flood Insurance Program through fiscal 2022 and would modify several aspects of the program. The rule would require the House clerk to not transmit to the Senate a message that the House has adopted the conference report to accompany the Fiscal 2018 Defense Authorization (HR 2810) until the House receives a message from the Senate that the Senate has passed a bill (HR 4374), without amendment, that would authorize the Food and Drug Administration to expedite consideration of certain medical products at the Pentagon's request." The rule was adopted 233-187. [HRes 616, Vote #627, 11/14/17; CQ, 11/14/17]

**Walters Voted For The Resilient Federal Forests Act Of 2017, Allowing President To Declare Wildfire Disasters And Fund FEMA Relief As Well As Expedite Timber Salvage After Fires.** In November 2017, Walters voted for: "Passage of the bill that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also exempt various forest management activities from filing environmental impact statements and would provide for expedited timber salvage operations and reforestation activities after catastrophic events. It would prohibit any court from issuing restraining orders or injunctions against salvage operations or reforestation activities undertaken in response to a large-scale catastrophic event." The bill passed 257-166. [HR 2936, Vote #598, 11/1/17; CQ, 11/1/17]

**National Parks Conservation Association: The Resilient Federal Forests Act Was "Extreme And… Puts Our Forests, Communities And Wildlife At Risk."** "NPCA, along with partners, submitted the following position to the House of Representatives ahead of an expected floor vote the week of October 30, 2017. On behalf of our millions of our members and supporters, we urge you to OPPOSE the Resilient Federal Forest Act of 2017 (H.R. 2936). This bill is extreme and unfortunately, instead of protecting and restoring our public forests, H.R. 2936 puts our forests, communities and wildlife at risk." [NCPA, 10/31/17]

**NCPA: Wildfire Suppression Funding In The RFFA Was "Completely Inadequate, Leaving Unaddressed The Largest Part Of The Problem: The Growing Impact Of Wildfire Suppression On The Forest Service's Annual Budget."** "The provisions offered in response to the wildfire funding crisis, even in this most recent version of the bill, are completely inadequate, leaving unaddressed the largest part of the problem: the growing impact of wildfire suppression on the Forest Service's annual budget." [NCPA, 10/31/17]

**Walters Voted For The Resilient Federal Forests Act Of 2017.** In November 2017, Walters voted for: "Adoption of the rule (H Res 595) that would provide for House floor consideration of the bill (HR 2936) that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major

wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also include various categorical exclusions from certain environmental reviews." The resolution was adopted 232-184. [HRes 595, Vote #593, 11/1/17; CQ, 11/1/17]

**Walters Voted For Making $36.5 Billion In Emergency Supplemental Funding For Fiscal 2018 To Partially Cover Costs Of Natural Disasters.** In October 2017, Walters voted for: "Frelinghuysen, R-N.J., motion to suspend the rules and agree to the resolution (H Res 569) that would provide that upon agreeing to the resolution, the House will have been considered to have concurred in the Senate amendment to the bill (HR 2266) with a House amendment that would make available $36.5 billion in emergency supplemental funding for fiscal 2018 to partially cover the costs of responding to multiple natural disasters, including hurricanes and wildfires. The measure would include $18.7 billion for the Federal Emergency Management Agency's Disaster Relief Fund - $4.9 billion of which would be used for disaster relief loans to Puerto Rico and the U.S. Virgin Islands. It would also cancel $16 billion of the Treasury debt incurred by FEMA's National Flood Insurance Program, would release $1.2 billion in contingency reserves from the Supplemental Nutrition Assistance Program for use in Puerto Rico and would provide $577 million in funding to fight wildfires." The motion was agreed to 353-69. [HRes 569, Vote #566, 10/12/17; CQ, 10/12/17]

**Walters Voted Against An Amendment To Exempt The National Interagency Fire Center From Any Provisions Of The Underlying Bill That Would Prevent Them From Having The Water Supply They Need To Fight Wildfires.** In July 2017, Walters voted against: "Carbajal, D-Calif., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would exempt the National Interagency Fire Center from any of the bill's provisions that would impair the center's ability to ensure that there is an adequate supply of water to fight wildfires." The motion was rejected, 230-189. [HR 23, Vote #351, 7/12/17; CQ, 7/12/17]

**Walters Voted For A Six Month Extension Of FAA Taxes Tied To Hurricane Relief And Flood Insurance Programs.** In September 2017, Walters voted for: "Passage of the bill that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs and would establish the basis for the development of a private flood insurance market. It would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria, and would allow the federal government to reimburse the governments of Puerto Rico and the U.S. Virgin Islands for any disaster tax relief that those islands provide their citizens." The bill passed by a vote of 264-155.  [HR 3823, Vote #542, 9/28/17; CQ, 9/28/17]

**The House Passed A Six-Month Extension To Fund The FAA – That Also Included Hurricane Relief Provisions That Were Later Stripped By The Senate – While Postponing Debate Over More Contentious FAA Reforms.** "Congress approved a six-month extension Thursday of Federal Aviation Administration taxes to give lawmakers more time to debate contentious, long-term airline policies. The House voted 264-155 to extend taxes through March 31. The time will allow more debate on contentious FAA measures dealing with air-traffic control and pilot training in legislation expected to last four or more years. The Senate made a change before approving the legislation by unanimous consent, which removed a provision dealing with flood insurance from the legislation. The House then agreed by unanimous consent to accept the change. Approval of the legislation was crucial before Saturday for the FAA because the government would have been unable to collect about $40 million per day in aviation taxes. Airport construction projects that depend on federal grants would have halted and thousands of FAA workers would have been laid off." [USA Today, 9/28/17]

**Walters Voted For Consideration Of Extending Expiring FAA Authorities, Establishing Development Of A Private Flood Insurance Market, And Modifying Tax Provisions For People Impacted By Hurricanes Harvey, Irma, And Maria.** In September 2017, Walters voted for: "Adoption of the rule (H Res 538) that would provide for House floor consideration of the bill (HR 3823) that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs, would establish the basis for the development of a private flood insurance market, and would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria. The rule would also provide for motions to suspend the rules on the legislative day of

September 28, 2017." The rule was adopted by a vote of 223-190. [H RES 538, Vote #539, 9/27/17; CQ, 9/27/17]

**Walters Voted Against Requiring The Government Pay The U.S. Virgin Islands And Puerto Rico Amounts Equal To 400 Percent Of The Loss In Revenues From Hurricanes Harvey, Irma, And Maria.** In September 2017, Walters voted against: "Nadler, D-N.Y., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would require the secretary of the Treasury to pay to the U.S. Virgin Islands and Puerto Rico amounts equal to 400 percent of the loss in revenues from Hurricanes Harvey, Irma and Maria for the repair of infrastructure and the payment of health care costs on the islands. It would also modify corporate taxes and charitable contribution limitations in relation to disaster relief." The motion failed by a vote of 188-277.  [H R 3823, Vote #541, 9/28/17; CQ, 9/28/17]

**Walters Voted For Passing FAA Authorities Tied To Private Flood Insurance Authorization And Hurricane Relief.** In September 2017, Walters voted for: "Curbelo, R-Fla., motion to suspend the rules and pass the bill that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. It would also extend multiple health care programs, would establish the basis for the development of a private flood insurance market, and would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria." The motion was rejected by a vote of 245-171. [H R 3823, Vote #530, 9/25/17; CQ, 9/25/17]

## Hurricane Harvey

**2017: Walters Voted For $7.9 Billion In Emergency Supplemental Funding To Cover The Costs Of Responding To Hurricane Harvey.** In September 2017, Walters voted for: "Frelinghuysen, R-N.J., motion to suspend the rules and agree to the resolution that would provide for the House to concur in the Senate amendments to a bill (HR 601) that would codify practices and programs at the United States Agency for International Development related to U.S. education assistance abroad, with further amendment that would appropriate $7.9 billion in emergency supplemental funding for fiscal 2017 as an initial payment to cover the costs of responding to Hurricane Harvey. The total would include $7.4 billion for the Homeland Security Department's Disaster Relief Fund, which will be used by the Federal Emergency Management Agency to support ongoing hurricane response efforts. It would also include $450 million for the Small Business Administration's disaster loan program to assist small businesses and homeowners." The motion passed, 419-3. [HRes 502, Vote #441, 9/6/17; CQ, 9/6/17]

## General Disaster Relief Funding

### Oil Spills

**2015: Walters Voted Against An Amendment To Increase Funding For Inland Oil Spill Programs.** In July 2015, Walters voted against an amendment to increase funding for inland oil spill programs. The Amendment would reduce funding for Bureau of Ocean Energy Management by $5,434,000 and to increase funding for Inland Oil Spill Programs by a similar amount. According to the amendment's sponsor, Rep. Lois Capps, "When it comes to oil spills, the damage gets worse by the minute, so ensuring that spill response teams are properly trained and prepared to respond quickly is essential to minimizing the impacts. This is precisely why the EPA has jurisdiction over the inland oil spill program. … Despite its scope and importance, this program has been seriously underfunded for years, and H.R. 2822 only makes things worse by funding this program at nearly 25 percent less than the President Requested. My amendment would simply increase funding for this program by 5.4 million, to match the President's requested amount of $23.4 million for fiscal year 2016." The amendment failed, 184 to 243. [HR 2822, Vote #394, 7/8/15; Bill Summary, Library of Congress, 7/8/15, House Congressional Record, Page H4741, 6/25/15]

## Foreign Policy Issues

### Significant Findings

✓ *Walters voted against investigating Russian interference in the 2016 election seven times.*

✓ *Walters voted against repealing the authorization for the use of military force in the global war on terrorism.*

✓ *Walters co-sponsored a resolution expressing disapproval of the Iran nuclear deal.*

✓ *Walters voted against increasing America's nuclear nonproliferation program funding.*

## Global War On Terror

### 2017: Walters Voted For Blocking Consideration Of A Repeal Of The 2001 Authorization For Use Of Force (AUMF)

**Walters Voted For Blocking Consideration Of A Repeal Of The 2001 Authorization For Use Of Force.** In July 2017, Walters voted for: "Newhouse, R-Wash., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 478) that would provide for further House floor consideration of the bill making certain appropriations for fiscal 2018 (HR 3219), would provide for consideration of amendments to the Defense division of the bill, and would provide for consideration of motions to suspend the rules through July 28, 2017." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to make in order Rep. Barbara Lee's amendment repealing the 2001 authorization for use of military force." A vote *for the motion* was a vote to block consideration of the repeal of the 2001 authorization for use of force. The motion was agreed to by a vote of 233-185. [H RES 478, Vote #426, 7/27/17; CQ, 7/27/17]

> **The Trump Administration, Like The Obama Administration, Used AUMF To Justify Military Operations Against ISIS.** "The 2001 war authorization is currently being used as a legal justification for the ongoing war against the Islamic State, and there's a growing coalition of lawmakers who think the president needs a new war authorization for military operations against ISIS." […] "The White House has yet to weigh in directly on the issue, but like the Obama administration, the Trump administration says it has the legal authority to conduct its ISIS campaign even without congressional approval." [Huffington Post, 5/18/16; CNN, 3/29/17]

### 2015: Walters Voted Against Repealing The 2001 AUMF Which Granted The President Authority To Use Military Force Without Congressional Approval

**2015: Walters Voted Against Repealing The 2001 Authorization For Use Of Military Force (AUMF).** In June 2015, Walters voted against a "Lee, D-Calif., amendment that would prohibit use of funds pursuant to the 2001 Authorization for Use of Military Force after Dec. 31, 2015." The amendment failed 157 to 270. [HR 2685, Vote #347, 6/11/15; CQ, 6/11/15]

## Iran

### Nuclear Deal

**2015: Walters Co-Sponsored A Resolution Expressing Disapproval Of The Iran Nuclear Deal And Voted Against A Measure Expressing Approval Of The Deal**

**2015: Walters Co-Sponsored A Resolution Expressing Disapproval Of The Iran Nuclear Deal.** [H.J. Res. 64, 114th Congress, introduced 8/4/15]

**2015: Walters Voted Against Expressing Approval Of The Iran Nuclear Deal**

**2015: Walters Voted Against A Measure Expressing Congressional Approval Of The Iran Nuclear Deal.** In September 2015, Walters voted against "a measure expressing congressional approval of the Iran nuclear agreement Friday, placing a majority of the chamber on the record against the accord. The measure … states simply that Congress favors the pact. The bill was likely to fail on the House floor, but in so doing put Democrats on the record in support of the deal." The motion failed 169 to 269. [H.R. 3461, Vote #493, 9/11/15; CQ, 9/14/15]

**Walters Said The Iran Deal Was "Dangerous" And Iran Could Not Be Trusted**

**2016: Walters Said President Obama's Iran Deal Was "Dangerous."** "He made a dangerous nuclear deal with Iran." [Remarks of Congresswoman Mimi Walters, Weekly Republican Address, 8/20/16]

**2015: Walters: "We Simply Cannot Trust The Iranian Regime, Which Has A Long History Of Clandestine Nuclear Activities, Repression Of Its Own People And Is The World's Leading State Sponsor Of Terrorism."** "Firstly, we simply cannot trust the Iranian regime, which has a long history of clandestine nuclear activities, repression of its own people and is the world's leading state sponsor of terrorism. This agreement assumes that Iran will act in good faith and follow international norms, which is simply contrary to Iran's behavior." [Mimi Walters, Orange County Register, 9/5/15]

**2015: Walters On Iran Deal: "This Deal Allows Iran To Stall And Evade, Which Eliminates Our Ability To Verify. We Are Simply Getting The Short End Of The Stick."** "This is the ultimate example of the fox guarding the hen house. In negotiating with the Soviet Union, President Ronald Reagan said, 'Trust, but verify.' This deal allows Iran to stall and evade, which eliminates our ability to verify. We are simply getting the short end of the stick." [Mimi Walters, Orange County Register, 9/5/15]

**2015: Walters On Iran Deal: "Rewarding The Iranian Regime By Lifting Sanctions Would Further Encourage Iran's Unacceptable Behavior And Give Other Countries The Ability To Follow Suit."** "Finally, I refuse to legitimize the Iranian regime and its nuclear program. Unfortunately, this deal does just that. Furthermore, Iran has been responsible for egregious human-rights violations and is holding hostage innocent Americans. Rewarding the Iranian regime by lifting sanctions would further encourage Iran's unacceptable behavior and give other countries the ability to follow suit." [Mimi Walters, Orange County Register, 9/5/15]

**2015: Walters On Iran Deal: "Bottom-Line, This Deal Presents Far Too Many Risks For The U.S. And Far Too Many Rewards For Iran."** "Bottom-line, this deal presents far too many risks for the U.S. and far too many rewards for Iran. Upon the conclusion of the agreement's 15-year timeframe, experts believe that Iran will emerge with an unencumbered path to a nuclear arsenal and the associated ballistic missile technology that will render them capable of striking U.S. soil. At that point, we will be faced with an inescapable choice: military action or a nuclear Iran." [Mimi Walters, Orange County Register, 9/5/15]

**2015: Walters: "I Rise Today In Firm Opposition To The Iran Nuclear Deal. This Deal Represents A Direct Threat To The United States, Israel, And The World."** "Mister Speaker,  I rise today in firm opposition to the Iran nuclear deal. This deal represents a direct threat to the United States, Israel, and the world. Recently, I visited Israel and met with Prime Minister Netanyahu. Prime Minister Netanyahu was firm in his warning – this is a very bad deal, and it could result in grave consequences for the world." [Rep. Mimi Walters, Press Release, 9/11/15]

**2015: Walters On Iran Deal: "At The End Of This Deal In 15 Years, Iran Will Have The Capability To Have Created Ballistic Missiles Which Will Reach America."** "Well, I was completely against the deal. And overwhelmingly in my district, people did not support the agreement with Iran. We are now going to be moving down a path where Iran is going to be able to have self-inspections and we're going to be, you know, potentially lifting sanctions of $100 billion to $150 billion right off the bat, and we already know that the Iranian regime finances terrorists. I don't know in good conscience how anybody could have supported this deal, and at the end of this deal in 15 years, Iran will have the capability to have created ballistic missiles which will reach America. Government's number one job is to protect American citizens." [NPR All Things Considered, 9/18/15]

# Israel

## Settlements

**2017: Walters Voted To Oppose The Obama Administration's Abstention On A United Nation's Vote Condemning Israeli Settlements**

**2017: Walters Voted For Expressing The House's Opposition To A U.N. Security Council Resolution Criticizing Expansion Of Israeli Settlements In Unoccupied Areas.** In January, 2017, Walters voted for "adoption of the resolution that would express the House's opposition to a U.N. Security Council resolution that criticized continued expansion of Israeli settlements in occupied areas" on the grounds that the U.N. Security Council Resolution was an obstacle to Israel-Palestinian peace. A yes vote was a vote to block criticism of the resolution. The resolution was adopted by a vote of 342-80. [H.Res 11, Vote #11, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/5/17]

## Iron Dome

**2015: Walters Voiced Support For Israel And The Iron Dome**

**2015: Walters: "I Stand With Israel In My Support Of Iron Dome, And Will Always Support Israel's Right To Defend Itself."** "As a part of our travels, my colleagues and I toured an Iron Dome battery, which is an integral part of Israel's military defense system. Iron Dome works to detect and intercept incoming rockets and has proven to be a successful and highly effective form of defense. In the summer of 2014, when nearly 4,500 rockets were launched against Israel, Iron Dome successfully intercepted approximately 90 percent of the rockets it engaged. At a time of great instability in the Middle East –Iron Dome is more vital than ever in ensuring Israel's safety and security. I stand with Israel in my support of Iron Dome, and will always support Israel's right to defend itself." [Rep. Mimi Walters, Press Release, 8/13/15]

# Nuclear Nonproliferation

## 2016: Walters Voted Against Increasing America's Nuclear Nonproliferation Program Funding By $20 Million

**2016: Walters Voted Against Increasing America's Nuclear Nonproliferation Program Funding By $20 Million.** In May 2016, Walters voted against motion to recommit the bill to the House Appropriations Committee with instructions to report back immediately with an amendment that would increase funding for National Nuclear Security Administration nuclear nonproliferation programs by $20 million and reduce federal salaries and expenses at the National Nuclear Security Administration by the same amount. The motion was rejected, 178-236. [HR 5055, Vote #265, 5/26/16; CQ Floor Votes, 5/26/16]

# Obama Administration Foreign Policy

**2016: Walters Criticized President Obama's Foreign Policy Which She Said "Left A Power Vacuum"**

**2016: Walters Criticized President Obama's Foreign Policy, Including The Redline In Syria, The Reset With Russia, And The Attempt To "Lead From Behind" In Libya.** "The first job of the federal government is to keep our country safe. And if we've learned anything over the past eight years, it's that the president's foreign policy is not doing the job. Look no further than: the vanishing red line in Syria, the faulty reset with Russia, the attempt to 'lead from behind' in Libya, followed by the rise of a terrorist safe haven on the Mediterranean Sea." [Remarks of Congresswoman Mimi Walters, Weekly Republican Address, 8/20/16]

**2016: Walters Said Obama's Foreign Policy "Has Left A Power Vacuum, Which Our Rivals Are All Too Happy To Fill."** "You add all of this up, and what do you see? All across the world, our enemies don't fear us, and our friends don't trust us. The president's foreign policy has left a power vacuum, which our rivals are all too happy to fill. So to say this foreign policy is not making us any safer is—well, an understatement." [Remarks of Congresswoman Mimi Walters, Weekly Republican Address, 8/20/16]

## Russia

**Walters Voted Against Investigating Russian Interference In The 2016 Election 11 Times**

**Walters Voted For Blocking A Bipartisan Commission To Investigate Russian Interference In The 2016 Election.** In November 2017, Walters voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)," According to a House floor speech by Rep. Louise Slaughter, D-NY: "If we defeat the previous question, I will offer an amendment to the rule to bring up Representative Swalwell and Representative Cummings' bill, which would create a bipartisan commission to investigate the Russian interference in the 2016 election." A vote *for* the amendment was a vote **to block** the bipartisan commission to investigate Russian interference in the 2016 election. The motion was agreed to 230-193. [HRes 600, Vote #600, 11/2/17; CQ, 11/2/17, Congressional Record, 11/2/17]

**Walters Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In June 2017, Walters voted for the Democratic Previous Question that "would amend the rule to allow for consideration of H.R. 356, to establish the National Commission On Foreign Interference In The 2016 Election." The previous question passed 228-185. A vote against the previous question would have allowed the bill to be considered. [H Res 375, Vote #290, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]

**Walters Voted For Blocking The Establishment Of A Nonpartisan Commission To Investigate Russia's Interference In The 2016 Election.** In June 2017, Walters voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 374)." According to the Congressional Record, Rep. Hastings was going to propose "consideration of the bill (H.R.356) to establish the National Commission On Foreign Interference in the 2016 Election." A vote for the previous question was a vote to block the commission. The previous questions carried, 228-189. [H Res 374, Vote #288, 6/7/17; CQ, 6/7/17; Congressional Record, 6/7/17]

**Walters Voted For Blocking The Establishment Of A Nonpartisan Commission To Investigate Russia's Interference In The 2016 Election.** In May 2017, Walters voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, Rep. Hastings said, "if we defeat the previous question, I am going to offer an amendment to the rule to bring up a bipartisan bill, H.R. 356, which would create a nonpartisan commission to investigate Russian interference in our 2016 election. This marks the seventh time we tried to bring this bill to the House floor. On the previous six occasions, the Republican majority regrettably refused the House to even debate this important legislation." A vote *for the previous question* was a vote to block the commission. The previous question carried, 230-189. [H Res 323, Vote #259, 5/17/17; CQ, 5/17/17; Congressional Record, H4237, 5/17/17]

**April 2017: Walters Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** In April 2017, Walters voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from applying to any individual that withheld information from Congress related to an investigation regarding individuals influencing the outcome of the 2016 U.S. presidential election." The motion was rejected 228-185. [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]

**March 2017: Walters Voted To Block The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** In March 2017, Walters voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board." A vote in favor is a vote to prevent investigation into Russia's interference in the 2016 election. The motion was agreed to by a vote of 232-191. [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]

**March 2017: Walters Voted To Block Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** In March 2017, Walters voted for the "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 229)." A vote in favor of the motion is a vote to block consideration of a bipartisan bill, The Presidential Tax Transparency Act. The motion was agreed to by a vote of 231-189. [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]

**March 2017: Walters Voted To Block Consideration Of A Rule Establishing The National Commission On Foreign Interference In The 2016 Election.** In March 2017, Walters voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 156)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference ll Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-189. [HRes 156, Vote #115, 3/1/17; CQ, 3/1/17; Democratic Leader—Previous Questions, 3/1/17]

**February 2017: Walters Voted To Block The Establishment Of The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 123)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-190. [HRes 123, Vote #93, 2/15/17; CQ, 2/15/17; Democratic Leader—Previous Questions, 2/15/17]

**February 2017: Walters Voted To Block The Establishment Of A National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 116)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 227-188. [HRes 116, Vote #90, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

**January 2017: Voted To Block Consideration Of A Bill Establishing The National Commission On Foreign Interference In The 2016 Election.** In January 2017, Walters voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 33) that would provide for House floor consideration of the bill (HR 79) that would exempt certain events from a Securities and Exchange Commission requirement that calls for verification that attendees are accredited investors, and a bill (HR 5) that would modify the federal rule-making process by codifying certain requirements, including a requirement that agencies estimate the cost of proposed regulations, and would subject rules likely to cost more than $100 million or $1 billion annually to additional procedural steps." According to Democratic Leader Nancy Pelosi's office, "The

Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 234-179. [HRes 33, Vote #26, 1/10/17; CQ, 1/10/17; Democratic Leader—Previous Questions, 1/10/17]

---

**2015: Walters Called Russia A Global Threat**

---

**2015: Walters Called Russia A Global Threat.** "In a time of rising global threats ranging from ISIS to Russia, we need to ensure that we maintain global readiness and that our military remains the best in the world. This bill does precisely that. I hope my colleagues in the Senate will work quickly to pass this vital legislation." [Rep. Mimi Walters, Press Release, 6/11/15]

# Syria & ISIS

---

**2015: Walters Voted Against Withdrawing U.S. Troops Deployed Against ISIS In Iraq**

---

**2015: Walters Voted Against Withdrawing U.S. Troops Deployed Against ISIS.** In June 2015, Walters voted against "Adoption of the concurrent resolution (H Con Res 55) that would direct the president to withdraw U.S. forces deployed to Iraq in support of operations against the Islamic State in Syria and Iraq, other than armed forces required to protect U.S. diplomatic facilities and personnel within 30 days of enactment." The concurrent resolution failed 139 to 288. [H Con Res 55, Vote #370, 6/17/15; CQ, 6/17/15]

---

**2015: Walters Voted Against Limiting Funds For Military Action Against ISIS Without Congressional Authorization Of War**

---

**2015: Walters Voted Against An Amendment To Limit Funds For Military Action Against ISIS Without Congressional Authorization Of War.** In June 2015, Walters voted against an amendment that would have "halted funding for the war against the Islamic State in Iraq and Syria, or ISIS, after March 31, 2016, unless Congress passes an Authorization for the Use of Military Force. The amendment, an effort to spur a war authorization debate and vote in Congress, would have given lawmakers nine months to produce an AUMF before funds get cut off." The amendment failed 196-231. [H.R. 2685, Vote #346, 6/11/15; Huffington Post, 6/11/15]

---

**2015: Walters Voted Against Eliminating $600 Million In Funding For Syria Train And Equip Fund**

---

**2015: Walters Voted Against Amendment That Eliminates $600 Million In Funding For Syria Train And Equip Fund.** In June 2015, Walters voted againstan amendment that would "eliminate the $600 million appropriated for the Syria Train and Equip Fund and transfer the savings to the spending reduction account." The amendment failed, 107-323. [H.R. 2685, Vote #343, 6/10/15; CQ Floor Votes, 6/10/15]

# Gun Issues

### Significant Findings

✓ *Walters voted 8 times to block consideration of the "No Fly, No Buy" bill and did not sign a discharge petition to force a vote*

✓ *Walters repeatedly voted to allow individuals with mental disorders to purchase firearms*

✓ *Walters voted to block consideration of background checks for gun purchases*

## Gun Violence Prevention

### Walters Voted To Block The Establishment Of The Select Committee On Gun Violence

**Walters Voted For Blocking The Establishment Of The Select Committee On Gun Violence Prevention.** In November 2017, Walters voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. McGovern, D-Ma., said: "If we defeat the previous question, I will offer an amendment to the rule to bring up H. Res. 367, which would establish the Select Committee on Gun Violence Prevention." A vote *for* the amendment was a vote **to block** the Select Committee on Gun Violence Prevention. The bill motion was agreed to 233-182. [HRes 607, Vote #610, 11/7/17; CQ, 11/7/17, Congressional Record, 11/7/17]

### Gun Violence Research

**Walters Voted For Blocking Consideration Of Bill To Lift Ban On Gun Violence Research.** In February 2016, Walters voted for blocking consideration of "Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research." The previous question carried, 237 to 178. [H Res 611, Vote #77, 2/11/16; Democratic Leadership, 2/11/16; HR 3926, 11/04/15]

**Walters Voted For Designating Gun Violence Research An NSF Priority.** In February 2016, Walters voted for a motion that "The House refused, 177-241, to designate gun-violence research as a National Science Foundation priority, so that science could potentially help reduce gun deaths as it has done for smoking and highway mortality. A yes vote was to adopt the amendment to HR 3293." The motion failed, 177 to 241. [H.R. 3293, Vote #69, 2/10/16; St. Louis Post Dispatch, 2/12/16]

**Walters Voted For Blocking Consideration Of The Gun Violence Research Act.** In February 2016, Walters voted for blocking consideration of "an immediate vote on Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research so we can confront the national gun violence epidemic." The previous question passed, 240 to 176. A vote against the previous question would have allowed the bill to be considered. [H Res 595, Vote #55, 2/03/16; Democratic Leader, 2/03/16]

**Walters Voted For Blocking Consideration Of A Bill That Would Lift The Ban On Gun Violence Research.** In February 2016, YYYY {{voted for/voted against/voted present on/did not vote on}} blocking consideration of the Gun Violence Research Act, H.R. 3926, "to lift the ban on gun violence research." The Gun Violence Research Act will "[g]ive the CDC the authority to research the causes, mechanisms, prevention, diagnosis, and treatment of injuries with respect to gun violence; encourage the improvement and expansion of National Violent Death Reporting Systems; and empower health care providers by not inhibiting a physician or other health care provider from asking a patient about the possession of a firearm, speaking to a patient about gun safety, or reporting to

authorities a patient's threat of violence." The previous question passed, 236 to 178. A vote against the previous question would have allowed the bill to be considered. [H Res 594, Vote #48, 2/02/16; Democratic Leader, 2/02/16; Rep. Mike Honda Press Release, 11/05/15]

**Walters Voted For Blocking Consideration Of A Bill To Allow The CDC To Study The Effects Of Gun Violence.** In February 2016, Walters voted for blocking consideration of a bill that "would lift a ban on allowing the Centers for Disease Control to research the causes of gun violence … The CDC's self-imposed prohibition has been in place since 1996. In the 1990s, the National Rifle Association accused the CDC of trying to use scientific studies to promote gun control, such as one that found having a gun in the home increased the odds for injury. Congress later threatened to cut the CDC's budget by the same amount the CDC was spending on gun violence research. Lawmakers also enacted legislative language prohibiting the use of funds to 'advocate or promote gun control.' The CDC has since then shied away from pursuing the topic. Republicans have continued to defend the ban." The previous question passed, 237 to 180. A vote against the previous question would have allowed the bill to be considered. [H. Res. 609, Vote #65, 2/10/16; Congressional Record, 2/10/16; The Hill, 11/05/15]

## No Fly, No Buy

**Walters Voted Eight Times To Block Consideration Of The "No Fly, No Buy" Bill And Did Not Sign A Discharge Petition To Force A Vote**

### Walters Voted To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms

**June 2016: Walters Voted To Block Consideration Of A Bill To Close The Loophole That Allowed Suspects On The FBI Terror Watch List To Buy Firearms.** In June 2016, Walters voted for a "motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 778) that would provide for House floor consideration of the bill (HR 5053) that would prohibit the Treasury Department from requiring 501(c) tax-exempt organizations to identify contributors in annual returns and the fiscal 2017 Defense appropriations bill (HR 5293)." According to the Democratic Leader's office, "With the Previous Question, Democrats are demanding an immediate vote on H.R. 1076, the bipartisan "No Fly, No Buy" legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 236 to 171. A vote against the previous question would have allowed consideration of the "No Fly, No Buy" bill. [H. Res. 778, Vote #299, 6/14/16; CQ, 6/14/16]

**January 2016: Walters Voted To Block Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In January 2016, Walters voted for consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-176. A vote against the previous question would have allowed the bill to be considered. [H.Res 581, Vote #21, 1/07/16; Democratic Leader – Previous Questions, 1/07/16]

**January 2016: Walters Voted To Block Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Walters voted To Block consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. The previous question carried, 241-176. A vote against the previous question was to force the vote on closing the loophole. [H Res 580, Vote #4, 1/06/16; Democratic Leader – 114th Previous Questions, 1/06/16]

**January 2016: Walters Voted To Block Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Walters voted To Block consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. A no vote would have The previous question carried, 239-175. A vote against the previous question was to force the vote on closing the loophole. [H Res 579, Vote #2, 1/06/16; Democratic Leader – 114th Previous Questions, 1/06/16]

**December 2015: Walters Voted To Block Consideration Of A Bill To Close The Terrorist Gun Loophole.** In December 2015, Walters voted To Block consideration of the Denying Firearms and Explosives to Dangerous Terrorists Act, a bill "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-177. A vote against the previous question was to force the vote on closing the loophole. [H Res 560, Vote #690, 12/11/15; Democratic Leader – Previous Questions, 12/11/15]

**December 2015: Walters Voted For Tabling The Appeal Of The Chair Which Ruled Against Scheduling Vote On A Bill To Prohibit Those Listed On The Terror Watch List From Purchasing Firearms.** In December 2015, Walters voted for a motion to table the appeal of the ruling of the Chair than the "Pelosi privileged resolution is out of order. The Pelosi privileged resolution would direct the Speaker to place on the calendar the Denying Firearms and Explosives to Dangerous Terrorists Act (HR 1076), which would allow the Attorney General to deny the sale or transfer of firearms to individuals suspected of engaging in or assisting terrorist activities. The motion failed 242-173. [Motion to Table, Vote #688 12/8/15; CQ Floor Votes, 12/10/15]

> **King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

**December 2015: Walters Voted To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms.** In December 2015, Walters voted To Block a measure to prohibit an "immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms. The previous question failed 242-178. [H Res 556 Vote #682 12/8/15; Democratic Leader – Previous Questions, 12/9/15]

**December 2015: Walters Voted To Block Consideration Of Bill Stopping Suspected Terrorists From Buying Firearms.** In December 2015, Walters voted To Block consideration of a vote "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. [Democratic Leader – Previous Questions, 2/03/15; H Res 542, Vote #653, 12/02/15]

---

**Walters Did Not Sign A Discharge Petition To Force Consideration On "No Buy, No Fly" Bill**

---

**2015: Walters Did Not Sign A Discharge Petition That Would Have Forced Consideration On The "No Buy, No Fly" Bill To Prevent Suspects On The FBI Terror Watch List From Purchasing Firearms.** [Discharge Petition, 12/7/15]

## Background Checks

### 2015: Walters Voted To Block Consideration Of Background Checks For Gun Purchases.

**2015: Walters Voted To Block Consideration Of Background Checks For Gun Purchases.** In October 2015, Walters voted for to block consideration of a vote "on the bipartisan King-Thompson Public Safety and Second Amendment Rights Protection Act to strengthen the life-saving background checks that keep guns out of the wrong hands." The previous question passed, 244-183. A vote against the previous question was to force a vote on background checks. [H Res 466, Vote #541, 10/8/15; Democratic Leader – Previous Questions, 10/23/15]

## Reciprocity Laws

**Walter Voted For Permitting Concealed Carry Reciprocity**

**Walters Voted For Permitting Concealed Carry Reciprocity Between States.** In December 2017, Walters voted for: "Passage of the bill that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons. The bill would require a twice-annual certification by all federal agencies, federal courts and state governments, in coordination with the Department of Justice, to verify that all relevant data has been reported and uploaded to the National Instant Criminal Background Check System regarding individuals who are not eligible to purchase firearms." The bill passed 231 to 198. [HR 38, Vote #663, 12/6/17; CQ, 12/6/17]

**Walters Voted For Permitting Concealed Carry Reciprocity Between States.** In December 2017, Walters voted for: "Adoption of the rule (H Res 645) that would provide for House floor consideration of the bill (HR 38) that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons." The rule was adopted 232 to 194. [H Res 645, Vote #660, 12/6/17; CQ, 12/6/17]

**Walters Repeatedly Co-Sponsored Legislation That Would Allow Anyone Who Is Permitted To Carry A Concealed Firearm In One State To Also Do So In Any Other State That Allows For Concealed Firearms**

**2017: Walters Co-Sponsored A Bill That Would "Allow A Qualified Individual To Carry A Concealed Handgun […] In Another State That Allows Individuals To Carry Concealed Firearms."** "This bill amends the federal criminal code to allow a qualified individual to carry a concealed handgun into or possess a concealed handgun in another state that allows individuals to carry concealed firearms. A qualified individual must: (1) be eligible to possess, transport, or receive a firearm under federal law; (2) carry a valid photo identification document; and (3) carry a valid concealed carry permit issued by, or be eligible to carry a concealed firearm in, his or her state of residence. Additionally, the bill specifies that a qualified individual who lawfully carries or possesses a concealed handgun in another state: (1) is not subject to the federal prohibition on possessing a firearm in a school zone, and (2) may carry or possess the concealed handgun in federally owned lands that are open to the public." [H.R. 38, 115th Congress, introduced 1/3/17]

**2015: Walters Co-Sponsored Legislation That Would Allow Anyone Who Is Permitted To Carry A Concealed Firearm In One State To Also Do So In Any Other State That Allows For Concealed Firearms.** "Amends the federal criminal code to authorize a person who is not prohibited from possessing, transporting, shipping, or receiving a firearm under federal law, and who is carrying a valid, government-issued identification document containing that person's photograph and a valid permit issued by any state to carry a concealed firearm, to possess or carry a concealed handgun (other than a machine gun or destructive device) in any other state that permits residents to carry a concealed firearm, in accordance with the restrictions of that state. Makes presentation of facially valid documents prima facie evidence that the individual has a license or permit as required." [H.R. 986, 114th Congress, introduced 2/13/15]

# Class Action Lawsuits

**Walters Voted To Make It Harder To Sue Gun Companies Over Defective Firearms**

**2016: Walters Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms.** In January 2016, Walters voted against an "amendment that would exempt claims brought by a gun owner seeking monetary relief involving the defective design or manufacturing of a firearm." The amendment failed, 163-232. [HR 1927, Vote #25, 1/08/16; CQ Floor Votes, 1/08/16]

# Mental Illness

**Walters Repeatedly Voted To Allow Individuals With Mental Disorders To Purchase Firearms**

**2017: Walters Voted To Block The Social Security Administration From Sharing Information With The National Instant Criminal Background Check System On People With Mental Disorders In Order To Prevent Them From Purchasing Firearms.** In February 2017, Walters voted for "passage of the joint resolution that would nullify a Social Security Administration rule that outlines reporting of information by the agency for inclusion in the National Instant Criminal Background Check System for gun purchases about certain non-elderly individuals with mental impairments who receive disability insurance or Supplemental Security Income benefits and use a "representative payee" because they cannot manage their benefit payments." The resolution was passed by a vote of 235-180. [HJRes 40, Vote #77, 2/2/17; CQ, 2/2/17]

> **AP: Rule Would Have "Prevented An Estimated 75,000 People With Mental Disorders From Being Able To Purchase A Firearm."** "The Obama rule would have prevented an estimated 75,000 people with mental disorders from being able to purchase a firearm. It was crafted as part of Obama's efforts to strengthen the federal background check system in the wake of the 2012 massacre of 20 young students and six staff at Sandy Hook Elementary School in Newtown, Connecticut." [Associated Press, 2/15/17]

> **Resolution To Block Rule Was Supported By The NRA.** "The National Rifle Association 'applauded' Trump's action. Chris Cox, NRA-ILA executive director, said the move 'marks a new era for law-abiding gun owners, as we now have a president who respects and supports our arms.'" [NBC News, 2/28/17]

**2017: Walters Voted To Prohibit A Veterans Affairs Department Determination That An Individual Is Mentally Incompetent From Preventing The Individual From Buying A Gun.** In March 2017, Walters voted for "passage of the bill that would prohibit a Veterans Affairs Department determination that an individual is mentally incompetent from being used as basis for that individual's inclusion in the National Instant Criminal Background Check System, which would thereby prevent the individual from purchasing a gun. Under the measure, an individual could not be considered to be mentally defective without a judicial authority's finding that the individual poses a danger to himself or herself or others." The bill passed by a vote of 240-175. [HR 1181, Vote #169, 3/16/17; CQ, 3/16/17]

> **Bill Would Prevent The VA From Submitting Records Of Veterans With Severe Mental Illnesses To The Federal Criminal Background Check System.** "The second measure — which passed 240-175 — would prohibit VA officials from submitting records of veterans with severe mental illnesses to the federal criminal background check system, thereby preventing them from purchasing firearms. Exceptions would be made for court orders mandating the conditions be reported." [Military Times, 3/16/17]

> **The Bill Was Supported By The NRA, But Opposed By A Coalition Of Retired General, Who Said It Put Vulnerable Veterans In Harm's Way.** "The National Rifle Association supports the change, while gun control activists have opposed it. […] Earlier in the week, a coalition led by retired Gens. Stanley McChrystal, David Petraeus, Peter Chiarelli, and Wesley Clark wrote a letter to lawmakers saying the proposal would 'put America's veterans who need our support the most in harm's way, by providing them with easy access to firearms.'" [Military Times, 3/16/17]

## Second Amendment

**2016: Walters' Political Adviser Said She Believes That Law-Abiding Citizens Should Not Be Denied Their Second Amendment Rights**

**2016: Walters Political Strategist Dave Gilliard: "Congresswoman Mimi Walters Believes That Law-Abiding Citizens Should Not Be Denied Their Second Amendment Rights."** "Organizers have made Walters, in elected office for 18 years, aware of their plans. Walters represents the 45th Congressional District, which includes Laguna Hills, Lake Forest, Rancho Santa Margarita and Mis-sion Viejo. 'Congresswoman Mimi Walters believes that law-

abiding citizens should not be denied their Second Amendment rights,' said Dave Gilliard, Walters' political strategist." [Orange County Register, 10/5/16]

## Health Care Issues

### Significant Findings

✓ *Walters voted for The American Health Care Act and said she was "very proud to stand with the president" on AHCA.*

✓ *Walters said she was "honored" to pass the AHCA.*

✓ *Walters voted 13 times to repeal all or part of the Affordable Care Act.*

✓ *Walters called the passage of a bill to repeal ACA a "monumental moment."*

✓ *Walters said she was "extremely disappointed" by the Supreme Court's decision in King V. Burwell that upheld the ACA.*

✓ *Walters said ACA failed the American people through "unaffordable premiums and deductibles" and her campaign consultant said her votes on health care reflect her commitment to "improving and expanding healthcare choices."*

## CHIP

**Walters Voted For The CHAMPION Act, Extending Funding For CHIP By Gutting Health Care Programs Resulting In People Losing Health Care Coverage Under The ACA.** In November 2017, Walters voted for: "Passage of the bill, as amended, that would extend funding for the Children's Health Insurance Program through fiscal 2022, and would increase funding from $21.5 billion in fiscal 2018 to $25.9 billion in fiscal 2022. It would also provide $3.6 billion annually for community health centers through fiscal 2019, and would extend funding for a number of other public health programs through fiscal 2019. It would provide for up to $1 billion in additional Medicaid funding to Puerto Rico and would eliminate, through fiscal 2019, scheduled cuts in Medicaid funding to hospitals that serve large numbers of uninsured and low-income patients. It would reduce spending from the Prevention and Public Health Fund through fiscal 2026, would require high-income individuals enrolled in Medicare parts B and D to pay the entirety of their premiums for these services and would shorten the grace period for certain missed payments on federally subsidized health insurance plans purchased through state exchanges to offset the cost of the measure's funding for CHIP, community health centers and other health programs." The bill passed 242-174. [HR 3922, Vote #606, 11/3/17; CQ, 11/3/17]

**The CHAMPION Act Would Cut "Billions In Funding" For An ACA Health Fund And Raise Medicare Premiums On The Wealthy.** "A five-year reauthorization bill passed the U.S. House on Friday by a 242-174 vote, but some have voiced worries that obstacles remain in the more-evenly divided Senate due to disagreements between Republicans and Democrats over how to pay for it. Only three House Republicans voted against the bill, while just 15 Democrats voted in support of it. Many Democrats have criticized the bill, called the CHAMPION Act, for paying for the reauthorization by cutting billions in funding for the Prevention and Public Health Fund established by the Affordable Care Act, reducing the grace period for people who miss premium payments on health plans bought on the federal exchange and raising Medicare premiums for wealthy recipients." [Deseret News, 11/5/17]

**Deseret News:  "The CHAMPION Act Would Save The Federal Government $4.9 Billion From 2018 Through 2027 'As A Result' Of More People Losing Their Coverage On The Federal Exchange."** "A Congressional Budget Office report estimated last month that the CHAMPION Act would save the federal government $4.9 billion from 2018 through 2027 'as a result' of more people losing their coverage on the federal exchange because of stricter grace period guidelines." [Deseret News, 11/5/17]

**Walters Voted Against Modifying The Medicare Advantage Payment System To Offset The Cuts In The CHAMPION Act.** In November 2017, Walters voted against: "Clyburn, D-S.C., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would modify the Medicare Advantage payment system to offset the funding in the measure." The motion was rejected 231-187. [HR 3922, Vote #605, 11/3/17; CQ, 11/3/17]

**Walters Voted For Consideration Of The CHAMPION Act, Extending Funding For CHIP By Gutting Health Care Programs Resulting In People Losing Health Care Coverage Under The ACA.** In November 2017, Walters voted for: "Adoption of the rule (H Res 601) that would provide for House floor consideration of the bill (HR 3922) that would extend funding for the Children's Health Insurance Program for five years, community health centers for two years and other public health programs for two years. It would also provide for up to $1 billion in additional Medicaid funding to Puerto Rico." The resolution was adopted 231-192. [HRes 601, Vote #603, 11/2/17; CQ, 11/2/17]

# Maternal, Infant, And Early Childhood Health Care

## 2017: Walters Voted For Authorizing Funds For The Maternal, Infant, And Early Childhood Home Visiting Program

**Walters Voted For Authorizing $400 Million A Year For The Maternal, Infant, And Early Childhood Home Visiting Program.** In September 2017, Walters voted for: "Passage of the bill that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul. The bill would require entities that receive grants under the Maternal, Infant and Early Childhood Home Visiting program to continue to demonstrate improvements in applicable benchmarks and guidelines." The bill passed by a vote of 214-209. [H R 2824, Vote #537, 9/26/17; CQ, 9/26/17]

**Walters Voted Against Eliminating Requirements For Grantees Of The Maternal, Infant And Early Childhood Home Visiting Program To Demonstrate Improvements In Applicable Benchmarks.** In September 2017, Walters voted against: "DelBene, D-Wash., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would eliminate the bill's provisions that would require entities that receive grants under the Maternal, Infant and Early Childhood Home Visiting program to continue to demonstrate improvements in applicable benchmarks and guidelines." The motion failed by a vote of 191-232. [H R 2824, Vote #536, 9/26/17; CQ, 9/26/17]

**Walters Voted Against An Amendment That Would Remove A Requirement That States Track Whether The Home Visit Program Increases Employment And Earnings.** In September 2017, Walters voted against: "Pascrell, D-N.J., amendment that would remove the bill's provision that would require states or other eligible entities to track whether the home visit program increases employment and earnings as a measure of the program goals." The amendment was rejected by a vote of 191-231. [H R 2824, Vote #536, 9/26/17; CQ, 9/26/17]

**Walters Voted For Adopting The Rule That Would Provide For House Floor Consideration Of Authorization For The Maternal, Infant And Early Childhood Home Visiting Program.** In September 2017, Walters voted for: "Adoption of the rule (H Res 533) that would provide for House floor consideration of the bill (HR 2824) that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul, and for consideration of the bill (HR 2792), that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation. The rule would also provide for the text of the Control Unlawful Fugitive Felons Act (HR 2792), as passed by the House, if passed by the House, to be incorporated into the text of the Increasing Opportunity through Evidence-Based Home Visiting Act (HR 2824) during the engrossment of HR 2824." The rule was adopted by a vote of 230-190. [H RES 533, Vote #533, 9/26/17; CQ, 9/26/17]

## American Health Care Act (AHCA)

**Walters Voted For A Bill Prohibiting Advance Payment Of Health Insurance Premium Tax Credits Until Applicants Have Confirmed Citizenship Status With HHS, Even As Infants**

**Walters Voted For A Bill Prohibiting The Advance Payment Of Health Insurance Premium Tax Credits To Applicants Until HHS Confirms Applicants Are Citizens.** In June 2017, Walters voted for: "Passage of the bill that would prohibit the advance payment of health insurance premium tax credits to individuals that apply for the credits unless the Treasury Department receives confirmation from the Health and Human Services Department that such an individual's status as a citizens or lawfully present alien has been verified. If the American Health Care Act (HR 1628) is enacted, the bill (HR 2581) would make verification of an individual's status mandatory in order to receive advance payment of the new health insurance premium tax credit created by the American Health Care Act, and would also provide an exemption from the American Health Care Act's continuous coverage requirements for individuals who experience delays in coverage as a result of the verification process." The billed passed, 238-184. [HR 2581, Vote #306, 6/13/17; CQ, 6/13/17]

> **Walters Voted Against Making An Exception In Delaying The Advance Payment Of Health Insurance Premium Tax Credits For Babies Under The Age Of 1.** In June 2017, Walters voted against: "Sanchez, D-Calif., motion to recommit the bill to the House Committee on Ways and Means with instructions to report it back immediately with an amendment that would exempt individuals under 1-year-old from the bill's prohibition on the advance payment of health insurance premium tax credits unless the Treasury Department has received confirmation of the individuals' status as a citizen or lawfully present alien has been verified." The motion failed, 231-193. [HR 2581, Vote #305, 6/13/17; CQ, 6/13/17]

**Walters Voted For The American Health Care Act – The Republican Health Care Repeal Bill**

**Walter Voted To Allow COBRA Recipients To Receive AHCA Subsidies**

**Walters Voted For A Bill To Allow People Who Get Their Health Insurance Through COBRA To Use Tax Credits To Subsidize Their Payments Under The AHCA.** In June 2017, Walters voted for: "Passage of the bill that would modify the definition of a "qualified health plan" to allow, beginning in 2020, for new tax credits proposed by the American Health Care Act (HR 1628) to be used by individuals or families to pay for continued group health coverage under COBRA, provided that the AHCA is enacted into law. The measure would also apply to continuation coverage as part of church-based group health plans, but the tax credit could not be utilized for a health flex spending account under the bill's provisions." The bill passed 267-144. [HR 2579, Vote #308, 6/15/17; CQ, 6/15/17]

**Walters Voted To Approve The AHCA Out Of The Energy And Commerce Committee**

**Voted To Approve The American Health Care Act Out Of The Energy And Commerce Committee.** [Committee On Energy And Commerce, Vote #32, 3/8/17; CQ Committee Coverage, 3/8/17]

**2017: Walters Voted For The American Health Care Act And Said She Was "Very Proud To Stand With The President" On AHCA**

**2017: Walters Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Walters voted for "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives

more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

**2017: Walters On AHCA: "I Was Very Proud To Stand With The President Because That Piece Of Legislation Is Going To Provide Relief To Millions Of Americans."** "Representative Mimi Walters, who has represented Orange County since 2015, said she did not regret voting for the Republican health care bill. 'I was very proud to stand with the president because that piece of legislation is going to provide relief to millions of Americans,' she said." [New York Times, 6/1/17]

**2017: LA Times: Walters "Never Waffled Over Her Support For The GOP Healthcare Bill."** "Walters, unlike Issa and Knight, never waffled over her support for the GOP healthcare bill." [Los Angeles Times, 5/12/17]

## Walters Said She Was "Honored" To Pass The AHCA

**2017: Walters Said ACA Has "Clearly Failed The American People" And Said She Was "Honored" To Pass The AHCA.** "Since I decided to run for Congress, I gave the people of Orange County my word that I would work to ensure all Americans have access to an affordable, patient-centered healthcare system. The Affordable Care Act has clearly failed the American people through unaffordable premiums and deductibles, massive tax burdens on small businesses, and collapsing healthcare exchanges. I am honored to join my colleagues in the House to pass this landmark legislation for the American people." [Rep. Mimi Walters, Facebook, 5/4/17]

## Walters' Spokesperson: If Walters Had Not Voted For AHCA, She Would Have Done Her Constituents A "Tremendous Disservice And Injustice"

**2017: Walters Spokesman: "If She Didn't Vote For The Bill, She'd Be Doing A Tremendous Disservice And Injustice To Those Who Voted For Her And Wanted Her To Repeal And Replace Obamacare."** "'If she didn't vote for the bill, she'd be doing a tremendous disservice and injustice to those who voted for her and wanted her to repeal and replace Obamacare,' Arrighi said, pointing to the double-digit margins of Walters' last two victories. 'That's an overwhelming mandate for her to act the way she did.'" [Los Angeles Times, 5/12/17]

## Walters Spokesperson: Complaints Concerning The AHCA Came From People Living Outside The District

**2017: Walters Spokesman Said That Complaints To Her Office About The GOP Healthcare Bill Came From People Living Outside The District Who Were Armed With "Wild Misinformation."** "In an interview at her Irvine district office Tuesday, spokesman T.W. Arrighi said that although the volume of calls and emails to the office ahead of the vote was 'heavy,' many of the complaints came from people who live outside the district and were armed with 'wild misinformation' pushed by liberal groups." [Los Angeles Times, 5/12/17]

## Walters Voted For The AHCA In Committee, And Reportedly Said "Let The Games Begin" At The Beginning Of The Energy And Commerce Committee's Markup Of The AHCA

**2017: Walters Voted For The AHCA In Committee And Called It A "Rare Opportunity" To Provide Americans Access To Low Cost Health Care "They Deserve."** "Walters voted for the measure in committee and was the sole Orange County Republican member of Congress to offer unequivocal support. 'The AHCA is a rare opportunity to provide Americans access to the low cost, high quality, patient-centered health care that they

deserve,' Walters said before the measure was set aside. 'This bill will lead to lower premiums, greater choice in coverage options and large reductions in the federal deficit.'" [Orange County Register, 4/5/17]

**2017: Walters Reportedly Said "Let The Games Begin" At The Beginning Of The Energy And Commerce Committee's Markup Session Of The AHCA.** "OH as members shuffle in for E&C's mark up of health care bill: Mimi Walters (R-CA) shaking someone's hand and saying 'Let the games begin'" [Tierney Sneed, Twitter, 3/8/17]

---

**Walters Claimed The AHCA Would Lower Premiums And "Continue To Ensure Guaranteed Coverage Regardless Of An Individual's Health Status"**

---

**2017: Walters: "Our Legislation, The American Health Care Act, Will Lower Premiums And Expand Choices."** "'Our legislation, the American Health Care Act, will lower premiums and expand choices," Walters, who represents a district south of Los Angeles, said after voting for the bill. Democratic challenger Katie Porter said in a statement the legislation would have a devastating impact on families in her district, adding that Walters "didn't care about how her plan would hurt her constituents.' Although Clinton carried her district, Walters won last year with nearly 59 percent of the vote." [Associated Press, 5/5/17]

**2017: Walters On AHCA: "It Will Also Continue To Ensure Guaranteed Coverage Regardless Of An Individual's Health Status."** "Today, the House of Representatives delivered on a promise that Republicans made to the American people seven years ago: to repeal and replace the Affordable Care Act. Our legislation, the American Health Care Act, will lower premiums and expand choices for hard working Americans. It will also continue to ensure guaranteed coverage regardless of an individual's health status, and allow families to keep children on their insurance plans until age 26." [Rep. Mimi Walters, Facebook, 5/4/17]

---

**Walters Voted Against Ensuring Certain Protections Passed In The ACA Remained In Place Despite AHCA**

---

**2017: Walters Voted Against Protecting Coverage For Pre-Existing Conditions In The American Health Care Act**

**2017: Walters Voted To Block An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Walters voted for "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 308) that would provide for House floor consideration of the bill (HR 2192) that would repeal, if the health care marketplace overhaul measure (HR 1628) is enacted" Upon defeat of the motion, Democrats planned to offer an amendment that "The amendment would restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income. Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." A vote yes was a vote to block the amendment. The motion was agreed to by a vote of 235-193. [H.Res 308, Vote #252, 5/4/17; CQ, 5/4/17]

**2017: Walters Voted Against An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Walters voted for "Cole, R-Okla., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill." Upon defeat of the motion, Democrats planned to offer an amendment to the bill that would, "restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income. Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." A vote yes was a vote to block the amendment. The motion was agreed to by a vote of 231-192. [H.Res 305, Vote #246, 5/3/17; CQ, 5/3/17]

**2017: Walters Voted Against A Motion To Protect Individuals From Discrimination In The Health Insurance Marketplace Based On Gender Or Pre-Existing Conditions, Protect Seniors From Higher Premiums And Out-Of-Pocket Costs Under Medicare Part D.** In January 2017, Walters voted against the "Castor, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would add an exemption to the bill for rules that prohibit health insurance companies from discriminating against individuals based on gender or preexisting conditions. The amendment also would exempt from the measure rules that prohibit higher premiums or out-of-pocket costs for seniors for medication under the Medicare Part D prescription drug program." The motion was rejected by a vote of 183-236. [HR 21, Vote #7, 1/4/17; CQ, 1/4/17]

**2017: Walters Voted Against Exempting Any Rule That Prohibited Insurance Companies From Eliminating Coverage For Dependents Younger Than 26**

**2017: Walters Voted Against Exempting From The Bill Any Rule Prohibiting Insurance From Eliminating Health Coverage For Dependents Younger Than 26.** In January 2017, Walters voted against the "Murphy, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt from the bill any rule prohibiting an insurance issuer from eliminating health coverage for dependents younger than 26 years old." The motion was rejected by a vote of 190-235. [HR 26, Vote #22, 1/5/17; CQ, 1/5/17]

**The Purpose Of HR 26 Is To Increase Accountability For And Transparency In The Federal Regulatory Process By Requiring Congress To Approve All New Major Regulations.** "This bill states that its purpose is to increase accountability for and transparency in the federal regulatory process by requiring Congress to approve all new major regulations. The bill revises provisions relating to congressional review of agency rulemaking to require federal agencies promulgating rules to: (1) identify and repeal or amend existing rules to completely offset any annual costs of new rules to the U.S. economy…" [HR 26, Summary, 1/5/17]

**Walters Voted Against Requiring A Public CBO Cost Estimate Before Consideration Legislation To Repeal Or Replace Obamacare**

**2017: Walters Voted To Block A Requirement That A CBO Cost Estimate Be Made Publicly Available Before Considering Any Legislation To Repeal Or Replace The Affordable Care Act.** In March 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of

amendment) on the rule (H Res 210) that would provide for House floor consideration of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations." Rep. Jared Polis (D-CO) described the vote in a floor speech, saying, "If we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to legislation, to be made publicly available before the bill may be considered on the House floor." A vote against is a vote to allow the Democratic minority to offer an alternative plan. The motion was agreed to by a vote of 233-186. [H.Res 210, Vote #179, 3/21/17; Congressional Record, Pages H2260-H2267, 3/21/17; CQ, 3/21/17]

**2017: Walters Voted To Block An Amendment To Require A CBO Score For Any Legislation Or Amendments Repealing The Affordable Care Act Before The Legislation Could Be Considered.** In March 2017, Walters voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 209) that would provide for House floor consideration of a bill that would eliminate most of the federal antitrust exemptions for health insurance providers that are subject to regulation at the state level." According to Rep. Jared Polis (D-CO), "if we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to that legislation to be made publicly available before the bill may be considered on the House floor." A yes vote was a vote to block the amendment. The motion was agreed to be a vote of 231-185. [H.Res 209, Vote #176, 3/21/17; Congressional Record, H2255, 3/21/17; CQ, 3/21/17; Democratic Leader—Previous Questions, 3/21/17]

---

### Walters Voted To Repeal An Exemption For Members Of Congress From The American Health Care Act

**2017: Walters Voted To Repeal The Republican Provision Exempting Members Of Congress From The Republican Health Care Bill.** In May 2017, Walters voted for "Passage of the bill would repeal, if the health care overhaul measure (HR 1628) is enacted, an exemption for members of Congress and staff from provisions of the health care overhaul measure that would allow state waivers of certain health insurance minimum benefit and patient protection requirements under the 2010 health care overhaul." The bill was passed by a vote of 429-0. [HR 2192, Vote #255, 5/4/17; CQ, 5/4/17]

## Affordable Care Act (ACA)

---

#### Significant Findings

✓ *Walters voted 13 times to repeal all or part of the Affordable Care Act.*

✓ *Walters called the passage of a bill to repeal ACA a "monumental moment."*

✓ *Walters said she was "extremely disappointed" by the Supreme Court's decision in King V. Burwell that upheld the ACA.*

✓ *Walters said ACA failed the American people through "unaffordable premiums and deductibles" and her campaign consultant said her votes on health care reflect her commitment to "improving and expanding healthcare choices."*

---

### Walters Voted 13 Times To Repeal All Or Part Of The Affordable Care Act

---

### Walters Voted 10 Times To Repeal The Affordable Care Act

- **Voted To Repeal Affordable Care Act.** [HR 596, Vote #58, 2/03/15; CQ Floor Votes, 2/3/15] *NOTE: This was widely publicized as being the 56th vote., and the 4th to completely repeal*

- **Voted Against Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/25/15]
- **Voted For Budget Alternative That Repealed The Affordable Care Act.** [H. Con. Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]
- **Voted For Republican Budget That Repealed The Affordable Care Act.** [H. Con. Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]
- **Voted For Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act.** [S Con Res 11, Vote #183, 4/30/15; Bloomberg, 4/29/15]
- **Voted To Repeal Major Pillars Of Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #568, 10/23/15; Los Angeles Times, 10/23/15]
- **Voted To Repeal The Affordable Care Act.** [HR 3762, Vote #6, 1/6/16; CNN, 1/6/16]
- **Voted To Overturn Obama's Veto Of Bill That Would Repeal The Affordable Care Act.** [HR 3762, Vote #53, 2/2/16; Washington Post, 2/2/16] *Note: Reported as 63<sup>rd</sup> vote*
- **Voted To Begin Process Of Repealing Affordable Care Act.** [S Con Res 3, Vote #58, 1/13/17; CNN, 1/3/17]
- **Voted To Approve The American Health Care Act Out Of Energy And Commerce Committee.** [Committee On Energy And Commerce, Vote #32, 3/8/17; CQ Committee Coverage, 3/8/17]

**Walters Voted Once On Delaying Rule Changes And Regulations From The Affordable Care Act**

- **Voted To Require Regulations And Rule Changes In The Affordable Care Act Must Be Subject To Congressional Approval.** [HR 427, Vote #474; CQ Floor Votes, 7/28/15]

**Walters Voted Twice To Repeal Parts Of The Affordable Care Act**

- **Voted To Repeal Medical Device Tax Under The Affordable Care Act.** [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]
- **Voted To Eliminate Independent Payment Advisory Board.** [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]
- **Did Not Vote On A Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**Walters Voted Two Times To Change ACA**

- **Voted To Increase Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** [HR 30, Vote #14, 1/08/15; Politico, 1/08/15]
- **Voted For Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]

**Vote Bullets**

**2015: Walters Voted To Increase The Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** "The House will vote again on Thursday to lengthen Obamacare's full-time workweek definition to 40 hours, but the Senate has work to do before it can hope to get its first anti-Obamacare bill to the president's desk." The bill passed, 252-172. [HR 30, Vote #14, 1/08/15; Politico, 1/8/15]

**2015: Walters Voted For Bill Blocking Federal Funding For Abortion, Including ACA Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable

Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]

**2015: Walters Voted To Repeal Affordable Care Act.** In February 2015, Walters Voted For the "Passage of the bill that would repeal the 2010 health care overhaul. The bill would delay the repeal by 180 days after enactment and direct the House Education and the Workforce, Energy and Commerce, Judiciary and Ways and Means committees to submit alternative legislation with a number of provisions, including ones to increase economic growth by eliminating certain regulations; lower health care premiums through increased competition; overhaul the medical liability system; and provide states greater flexibility to administer Medicaid programs." [HR 596, Vote #58, 2/3/15; The Hill, 2/3/15; CQ Floor Votes, 2/3/15] NOTE: This was widely publicized as being the 56th vote., and the 4th to completely repeal

> **2015: Walters Voiced Support For Legislation To Repeal ACA And Instruct The House To Produce A "Patient-Centered, Free-Market Alternative."** "Today, I'm pleased to stand in support of H.R. 596 – legislation that would not only repeal Obamacare; but would instruct the House to come forward with a patient-centered, free-market alternative." [Rep. Mimi Walters, Press Release, 2/3/15]

**2015: Walters Voted Against Republican Study Committee Budget That Repealed The Affordable Care Act.** In March 2015, Walters Voted Against the "Stutzman, R-Ind., substitute amendment that would provide for $ 2.804 trillion in new budget authority in fiscal 2016, not including off-budget accounts. The substitute would call for reducing spending by $7.1 trillion over 10 years compared to the Congressional Budget Office baseline. The proposal would call for capping discretionary spending at $975 billion in fiscal 2016, freezing it for two years, and then allowing it to grow with inflation. It would call for setting discretionary defense spending at $570 billion, non-defense discretionary spending at $405 billion and allowing for $58 billion in Overseas Contingency Operations. The measure would call for, after fiscal 2019, OCO spending being incorporated into (non-emergency) discretionary defense spending. The proposal would call for repeal of the 2010 health care overhaul, converting Medicaid and the Children's Health Insurance Program into block grant programs and transitioning Medicare to a premium-support system. It would propose changing the inflationary index for Social Security benefits to "chained" CPI for all government programs and gradually increases eligibility to age 70 for Social Security. It also would propose converting the Supplemental Nutrition Assistance Program into a block grant program and changing it to a discretionary program. The amendment would outline guidance for a tax overhaul, including stating that taxes should be revenue neutral based on dynamic scoring and that the alternative minimum tax be repealed. It also would propose that federal funding for transportation be limited to core federal duties, such as the interstate highway system." [H Con Res 27, Vote #138, 3/25/15; CQ, 3/25/15; The Hill, 3/25/15]

**2015: Walters Voted For Budget Alternative That Repealed The Affordable Care Act.** In March 2015, Walters Voted For  a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**2015: Walters Voted For Republican Budget That Repealed The Affordable Care Act.** "[The Republican budget] also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**2015: Walters Voted For Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act.** "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark

health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S Con Res 11, Vote #183, On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**2015: Walters Voted To Repeal Medical Device Tax Under The Affordable Care Act.** "The House defied a White House veto threat and voted Thursday to abolish a tax on medical device makers as a group of Democrats uncharacteristically joined Republicans in moving to kill part of President Barack Obama's health care law … The Republican-led House has voted more than 50 times since 2011 to void all or part of Obama's health care overhaul, usually along party lines." The bill passed 280 to 140. [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]

**2015: Walters Voted To Eliminate The Independent Payment Advisory Board.** "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. The Independent Payment Advisory Board has never been used. It consists of 15 members and was included in the law to control the rate of Medicare growth and to help the program come up with savings. The law said the board would make savings recommendations if Medicare spending was projected to exceed a certain target rate, but so far, spending hasn't grown fast enough to trigger the IPAB. The 244-154 vote occurred days before an expected Supreme Court ruling on the legality of Obamacare subsidies." The bill passed, 244-154. [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]

**2015: Walters Voted To Require Regulations and Rule Changes In The Affordable Care Act Must Be Subject To Congressional Approval.** In July 2015, Walters Voted For an amendment that would require "rule and regulations under the Affordable Care Act to be subject to the congressional approval process established in the bill." The amendment passed, 242-167. [HR 427, Vote #474; CQ Floor Votes, 7/28/15]

**2015: Walters Voted To Repeal Major Pillars Of Affordable Care Act, Including Individual Mandate.** "House Republicans pushed forward with another vote to roll back the Affordable Care Act on Friday, passing a bill that would repeal several major pillars of President Obama's landmark 2010 law, including the requirement that Americans have health coverage." [HR 3762, Vote #568, 10/23/15; Los Angeles Times, 10/23/15]

**2015: Walters Did Not Vote On A Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** In December 2015, Walters Did Not Vote On concurring with a Senate amendment to a tax package that included a two year moratorium on the 2.3 percent medical device tax implemented under the Affordable Care Act. The amendment passed, 318-109. [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**2016: Walters Voted To Repeal The Affordable Care Act** "The GOP-controlled House of Representatives on Wednesday afternoon passed legislation that would repeal Obamacare, and after more than 60 votes to roll back all or part of the law, the bill dismantle it will finally get to the President's desk." [HR 3762, Vote #6, 1/6/16; CNN, 1/6/16]

**2016: Walters Voted To Overturn Obama's Veto Of A Bill That Would Repeal The Affordable Care Act.** "House Republicans are moving on to a new round of budget fights after failing on Tuesday to overturn President Obama's veto of legislation to repeal Obamacare and defund Planned Parenthood. Republicans were not able to rally the support of two-thirds of the House necessary to overturn the veto, leaving conservatives to turn their attention to a final year of budget fights with the president. The 241-186 vote, appropriately scheduled for Groundhog Day, was the 63rd time the House has voted to overturn all or part of Obama's signature health care law." [HR 3762, Vote #53, 2/2/16; Washington Post, 2/2/16] *Note: Reported as 63rd vote*

**2016: Walters Voted To Begin The Process Of Repealing Affordable Care Act.** "The House of Representatives began the process of dismantling the Affordable Care Act on Friday, approving a budget resolution on a mostly party line vote. The vote was 227-198. The Senate passed the measure earlier this week. It allows Republicans on Capitol Hill to use a process known as 'budget reconciliation' to roll back major parts of the health care law. Top

Republican leaders are also saying they plan to move to replace Obamacare along the same track, but they are still struggling to come up with the details on how it will work." [S Con Res 3, Vote #58, 1/13/17; CNN, 1/3/17]

**2017: Walters Voted To Approve The American Health Care Act Out Of Energy And Commerce Committee.** "Energy and Commerce Committee Budget Reconciliation Recommendations/Vote to Report Provides for the phase out of the Medicaid expansion included in the 2010 health care law by 2020. Substitute amendment would also eliminate the Prevention and Public Health Fund and prohibit federal funds to any entity that provides abortion related services. The bill would also: eliminate cuts to the Disproportionate Share Hospitals (DSH) payments for non Medicaid expansion states. change the Medicaid program from a per beneficiary entitlement to a per capita allotment and allow the states to determine spending categories. count lottery winnings over $8,000 as income for eligibility determination under Medicaid. eliminate federal premium cost sharing subsidies included in the 2010 health care law…" The motion was approved for Budget Committee action 31-23 along party lines. [Committee On Energy And Commerce, Vote #32, 3/8/17; CQ Committee Coverage, 3/8/17]

---

## Walters Called The Passage Of A Bill To Repeal ACA A "Monumental Moment"

---

**January 2016: Walters Supported Legislation To Repeal ACA And "Defund" Planned Parenthood, And Called The Bill's Passage In The House A "Monumental Moment."** "The passage of this bill marks a monumental moment for the American people and serves as an important step in holding the President accountable for his costly and ineffective healthcare law. Hard-working Americans have suffered under Obamacare through: higher premiums, cancelled health care plans, and decreased access to care. Unsurprisingly, Obamacare is filled with broken promises, such as 'If you like your doctor, you can keep your doctor' – when in reality, many Americans have lost access to their long-time, trusted family physicians. Since Obamacare's passage, Congress has been working vigorously to roll back this disastrous law and replace it with common-sense, patient-centered solutions. 2016 marks a new year – and this is just the start of House Republicans' efforts to provide relief to the American people and put forward bold solutions that will help individuals and families achieve the American dream." [Rep. Mimi Walters, Press Release, 1/6/16]

**2015: Walters Supported The Restoring Americans' Healthcare Freedom Reconciliation Act, Which She Said Would Rescind Certain ACA Provisions, Including The Individual Mandate.** "Across my district and throughout California, small businesses and families are hurting from the effects of Obamacare – individuals are facing high premiums, businesses are dealing with costly regulations and federal overreach, and taxpayers are burdened with more excessive federal spending. Today's legislation would rip out the most harmful provisions of Obamacare, including: the Employer Mandate, the Individual mandate, the Medical Device Tax, and the 'Cadillac Tax' among others. Furthermore, it reduces the deficit by $130 billion over 10 years and represents Congress' best chance at getting a bill on the President's desk that will stop this harmful law. I will continue to work with my colleagues to dismantle this ineffective and overly-burdensome law and replace it with common-sense, patient-centered solutions." [Rep. Mimi Walters, Press Release, 10/23/15]

**2016: Walters Voted To Repeal The Affordable Care Act** "The GOP-controlled House of Representatives on Wednesday afternoon passed legislation that would repeal Obamacare, and after more than 60 votes to roll back all or part of the law, the bill dismantle it will finally get to the President's desk." [HR 3762, Vote #6, 1/6/16; CNN, 1/6/16]

**2016: Walters Voted To Overturn Obama's Veto Of A Bill That Would Repeal The Affordable Care Act.** "House Republicans are moving on to a new round of budget fights after failing on Tuesday to overturn President Obama's veto of legislation to repeal Obamacare and defund Planned Parenthood. Republicans were not able to rally the support of two-thirds of the House necessary to overturn the veto, leaving conservatives to turn their attention to a final year of budget fights with the president. The 241-186 vote, appropriately scheduled for Groundhog Day, was the 63rd time the House has voted to overturn all or part of Obama's signature health care law." [HR 3762, Vote #53, 2/2/16; Washington Post, 2/2/16] *Note: Reported as 63rd vote*

## Walters: "I Gave The People Of Orange County My Word That I Would Work To Ensure All Americans Have Access To An Affordable, Patient-Centered Healthcare System"

**2017: Walters: "I Gave The People Of Orange County My Word That I Would Work To Ensure All Americans Have Access To An Affordable, Patient-Centered Healthcare System."** "Since I decided to run for Congress, I gave the people of Orange County my word that I would work to ensure all Americans have access to an affordable, patient-centered healthcare system. The Affordable Care Act has clearly failed the American people through unaffordable premiums and deductibles, massive tax burdens on small businesses, and collapsing healthcare exchanges.  I am honored to join my colleagues in the House to pass this landmark legislation for the American people." [Rep. Mimi Walters, Press Release, 5/4/17]

## Walters: The ACA "Clearly Failed The American People Through Unaffordable Premiums And Deductibles, Massive Tax Burdens On Small Businesses, And Collapsing Exchanges"

### Walters Said ACA Failed The American People Through "Unaffordable Premiums And Deductibles"

**2017: Walters: "The Affordable Care Act Has Clearly Failed The American People Through Unaffordable Premiums And Deductibles, Massive Tax Burdens On Small Businesses, And Collapsing Healthcare Exchanges."** "Walters countered that congressional Republicans kept a promise made seven years ago to repeal Obamacare. 'The Affordable Care Act has clearly failed the American people through unaffordable premiums and deductibles, massive tax burdens on small businesses, and collapsing healthcare exchanges,' she said." [McClatchy, 5/4/17]

### Walters Said ACA Was "Harmful" And Pledged To Work With Her Colleagues To "Dismantle This Ineffective And Overly-Burdensome Law"

**2015: Walters Called ACA "Harmful," And Said She Would Work With Her Colleagues To "Dismantle This Ineffective And Overly-Burdensome Law."** "Across my district and throughout California, small businesses and families are hurting from the effects of Obamacare – individuals are facing high premiums, businesses are dealing with costly regulations and federal overreach, and taxpayers are burdened with more excessive federal spending. Today's legislation would rip out the most harmful provisions of Obamacare, including: the Employer Mandate, the Individual mandate, the Medical Device Tax, and the 'Cadillac Tax' among others. Furthermore, it reduces the deficit by $130 billion over 10 years and represents Congress' best chance at getting a bill on the President's desk that will stop this harmful law. I will continue to work with my colleagues to dismantle this ineffective and overly-burdensome law and replace it with common-sense, patient-centered solutions." [Rep. Mimi Walters, Press Release, 10/23/15]

### Walters Campaign Consultant Said Her Votes On ACA Reflect Her Commitment To "Improving And Expanding Healthcare Choices"

**2017: Walters Campaign Consultant Said Her Votes In The House Reflect Her Commitment To "Improving And Expanding Healthcare Choices."** "Walters, who serves on the Energy and Commerce Committee, was one of the earliest supporters of the bill among the California Republican delegation. 'Rep. Walters is committed to improving and expanding healthcare choices, lowering costs and protecting taxpayers. Her votes in the House reflect those principles and she will not be deterred by campaign ads created in Washington, D.C., by Nancy Pelosi's political committees,' said her campaign consultant, Dave Gilliard." [Los Angeles Times, 3/27/17]

## Walters Said She Was "Extremely Disappointed" By The Supreme Court's Decision In *King v Burwell* That Upheld The ACA

**2015: Walters On King V. Burwell: "I'm Extremely Disappointed By The Supreme Court's Decision Today To Once Again Protect The President's Flawed Healthcare Law…"** "I'm extremely disappointed by the

Supreme Court's decision today to once again protect the President's flawed healthcare law and uphold Obamacare's subisidies. This partisan legislation was rammed through Congress without a single Republican vote and as a result is filled with harmful policy and thoughtless contradictions." [Rep. Mimi Walters, Press Release, 6/25/15]

**Walters Co-Sponsored A Bill That Would Establish An Office To Monitor And Audit The Implementation And Administration Of The Affordable Care Act**

**Walters Co-Sponsored Legislation That Would Establish The Office Of The Special Inspector General For Monitoring The Affordable Care Act.** [H.R. 2400, 114th Congress, introduced 5/18/15]

## Substance Abuse

**Walters Voted Against A Prohibiting Restrictions On Malpractice Lawsuits for "Grossly Negligent" Prescription Of Opioids**

**Walters Voted Against Consideration Of An Amendment To The Underlying Legislation That Would Prohibit Restrictions On Medical Malpractice Lawsuits For "Grossly Negligent" Prescription Of Opioids.** In June 2017, Walters voted against: "Kuster, D-N.H., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would modify the bill's definition of 'health care lawsuits' to not include a claim or action related to the 'grossly negligent' prescription of opioids." The motion was rejected, 235-191. [HR 1215, Vote #336, 6/28/17; CQ, 6/28/17]

**Walters Expressed Commitment To Implementing The Comprehensive Addiction Recovery Act And Noted Orange County's Struggle With The Opiate Epidemic**

**2017: Walters: "I Am Committed To Ensuring [The Comprehensive Addiction Recovery Act] Is Fully Implemented To Put An End To This [Opiate] Epidemic."** "Over the last decade, opioid addiction has skyrocketed across the nation. In my district located in Orange County, California, opioid-related drug overdoses and deaths have tragically kept pace with the rapid increase in abuse. Last week, I signed a bipartisan letter to the Secretary of Health and Human Services regarding the implementation of the Comprehensive Addiction Recovery Act (CARA), which provides resources and necessary reforms to address the nation's opioid epidemic. CARA seeks to ensure that patients are offered, and physicians are trained on, a full range of FDA-approved treatment options. Prior to this legislation, pain medication treatments were often prescribed based on the patient's setting of care, not the patient's needs. We can no longer accept such casual prescription of these powerful and addictive drugs that often lead to the abuse of illegal substances like heroin. I applaud my fellow Members of Congress who remain engaged in our efforts to combat opioid abuse. I am committed to ensuring CARA is fully implemented to put an end to this epidemic, which claims far too many lives." [Rep. Mimi Walters, Press Release, 4/18/17]

**2017: Walters Said Orange County Was "Struggling" With The Opiate Epidemic.** "We have seen the opioid and heroin epidemic ravaged every part of our country. Even affluent areas like my home of Orange County, California are struggling with over 200 deaths per year. Now, we are witnessing a far deadlier iteration of fentanyl-laced drugs. This incredibly powerful painkiller reserved for the most severe and acute pain are being added to heroin, cocaine and counterfeit drugs. As a mother of four young adults, it breaks my heart every time I see or hear of another life lost. Just last year, a 19-year-old from Orange County overdosed after taking fentanyl-laced cocaine. This epidemic again hit home when a DEA investigation resulted in four arrests for an alleged fentanyl importation and distribution conspiracy in Long Beach. The DEA reported that the men had over 30,000 acetylfentanyl tablets and 13 kilograms of the narcotic." [Hearing on the Fentanyl Crisis, House Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, 3/21/17]

## Mental Health

## Walters Said Mental Health Awareness Was The Most Important, But Under-Reported Issue She Worked On

**2015: Walters Said Mental Health Awareness Was The Most Important – But Under-Reported – Issue She Worked On.** "What's the most important — but under-reported — policy issue you work on? Mental health awareness. It's vital that we are diagnosing and treating these disorders, so that those in need can get the help and support to manage their mental illness on a daily basis." [House Republicans, Blog, 5/8/15]

# Biotech

## Walters Said It Was "Vital" To Roll Back Regulations In Order To Encourage The Biotech Industry To Invest And Expand In California

**2011: Walters: "It's Vital We Remove Restrictions On Manufacturing And Streamline Regulatory Processes To Encourage The [Biotech] Industry To Continue To Invest And Expand In Our State."** "'The current economic, political and regulatory conditions in California threaten the ability of biotech to innovate and grow,' said Sen. Walters. 'It's vital we remove restrictions on manufacturing and streamline regulatory processes to encourage the industry to continue to invest and expand in our state.'" [California State Senate Republican Caucus, Press Release via Targeted News Service, 4/20/11]

# Interest Groups

## Healthcare Leadership Council Named Walters A Champion Of Healthcare Innovation

**2015: Walters Was Named A Champion Of Healthcare Innovation By The Healthcare Leadership Council.** "The Healthcare Leadership Council (HLC), a coalition of leaders of the nation's premier health care companies and organizations, honored U.S. Representative Mimi Walters (CA-45) as a 'Champion of Healthcare Innovation' at an award ceremony in Washington, DC." [Rep. Mimi Walters, Press Release, 11/6/15]

**2017: HLC President Said The American Health Care Act "Offers Promising Ideas" And Provides "An Innovative Foundation From Which To Build A Pro-Patient, Pro-Consumer Health Coverage System."** "The proposed American Health Care Act offers promising ideas that, through the legislative and regulatory processes, can become a structure that provides improved health security for millions of Americans. […] No one would argue that the AHCA, in its current form, is a perfect mechanism to improve American healthcare. It does, though, provide an innovative foundation from which to build a pro-patient, pro-consumer health coverage system.  We look forward to working with the administration and Congress to ensure that optimal outcome to this process." [Healthcare Leadership Council, Press Release, 3/10/17]

**HLC Was A Health Care Lobbying Group Consisting Of "A Coalition Of Chief Executives From All Disciplines Within American Healthcare."** "The Healthcare Leadership Council (HLC), a coalition of chief executives from all disciplines within American healthcare, is the exclusive forum for the nation's healthcare leaders to jointly develop policies, plans, and programs to achieve their vision of a 21st century system that makes affordable, high-quality care accessible to all Americans. Members of HLC – hospitals, health plans, pharmaceutical companies, medical device manufacturers, biotech firms, health product distributors, pharmacies, post-acute care providers and academic health centers – envision a quality-driven system that fosters innovation. HLC members advocate measures to increase the cost-effectiveness of American healthcare by emphasizing wellness and prevention, care coordination, and the use of evidence-based medicine, while utilizing consumer choice and competition to elevate value." [HLC.org, About HLC, accessed 9/5/17; OpenSecrets.org, accessed 9/5/17]

## Housing Issues

---

### Significant Findings

✓ *Walters voted to bar implementation of housing rule meant to combat housing segregation.*

✓ *Walters voted to weaken housing discrimination protections.*

✓ *Walters voted to weaken regulations on mortgage lenders.*

✓ *Walters voted against preventing those convicted of mortgage fraud and predatory lenders from providing loans to homeowners.*

✓ *Walters voted against a bill that would shield homeowners who defaulted on loans from mortgage lenders while reporting ownership interest in two mortgage broking firms.*

✓ *Walters has received $310,550 from the real estate industry.*

---

## Discrimination

### Walters Voted To Prevent The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act

**2015: Walters Voted For An Amendment That Prevented The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act.** In June 2015, Walters voted for an amendment that prevented the Department of Justice from enforcing disparate impact claims under the Fair Housing Act. "Housing discrimination claims: The House has passed an amendment sponsored by Rep. Scott Garrett, R-N.J., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would bar funding for Justice Department enforcement actions under the Fair Housing Act that rely on the theory of disparate impact to allege racial and other forms of discrimination by mortgage lenders, landlords, and home insurers. Garrett said the threat of prosecution for treating various classes of homeowners and renters differently, based on their economic status, would impede the ability 'for lenders to make rational economic decisions about risk' rather than based on the possibility that the Justice Department will consider their actions discriminatory." The amendment passed 232 to 196. [HR 2578, Vote #287, 6/03/15; On Agreeing to the Amendment, 6/03/15; Citizen-Times, 6/05/15]

### Walters Voted To Bar Funding For The "Critical" Private Enforcement Initiative Of The Fair Housing Initiatives Program

**2015: Walters Voted For An Amendment That Barred Funding For The Private Enforcement Initiative Of The Fair Housing Initiatives Program.** In June 2015, Walters voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would "bar funds from being used for the Private Enforcement Initiative of the Fair Housing Initiatives Program." The amendment passed 224 to 198. [CQ Floor Votes, 6/04/15; HR 2577, Vote #307, 6/04/15]

**National Council On Independent Living: PEI Grantees Are "Critical" To Enforcement Of The Fair Housing Act.** "PEI grants support local, private fair housing groups' testing, complaint intake, and investigation efforts. PEI grantees are critical to enforcement efforts for the Fair Housing Act. Disability-related complaints is the largest category of Fair Housing complaints. To remove funding for the PEI program would

damage Fair Housing enforcement in many communities. This harms people with disabilities when fair housing enforcement is not readily available in communities." [NCIL, 6/05/15]

## Walters Voted For Amendment Barring Implementation Of Housing Rule Meant To Combat Housing Segregation

**2015: Walters Voted For Amendment Barring The Implementation Of Affirmatively Furthering Fair Housing Rule.** In June 2015, Walters voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would "bar funding for HUD to implement, enforce or administer the proposed Affirmatively Furthering Fair Housing Rule." The amendment passed 229 to 193. [HR 2577, Vote #311, 6/09/15; CQ Floor Votes, 6/09/15]

**Affirmatively Furthering Fair Housing Rule Self Purports To Combat Segregation.** According to the Federal Register, the Affirmatively Furthering Fair Housing Rule "[e]stablish[es] an approach to affirmatively further fair housing that calls for coordinated efforts to combat illegal housing discrimination, so that individuals and families can make decisions about where to live, free from discrimination, with necessary information regarding housing options, and with adequate support to make their choices viable." [Federal Register, 7/19/13]

## Walters Voted To Weaken Housing Discrimination Protections

**2015: Walters Voted For Amendment To Bar Housing And Urban Development From Enforcing Regulation Combating Discrimination In the Housing Market.** In June 2015, Walters voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used by HUD to administer a federal regulation that dictates, "If the policies of governmental agencies, banks or private real estate companies unjustifiably perpetuate segregation, regardless of their intent, they could be found in violation of the Fair Housing Act." The amendment was adopted by a vote of 231-195. [HR 2577, Vote #323, 6/09/15; Propublica, 1/21/15]

# Mortgage Lenders

## As State Senator, Walters Voted Against A Bill That Would Shield Homeowners Who Defaulted On Loans From Lenders Collecting On The Original Amount Of The Loan

**Walters Voted Against A Bill That Would Shield Homeowners Who Defaulted On Loans From Mortgage Lenders…**

**2010: Walters Voted Against A Bill In The State Senate That Would Shield Homeowners Who Defaulted On Loans From Lenders Collecting On The Original Amount Of The Loan.** "For the first time, the debate is spilling into the realm of law making, with state legislators in California considering a bill that would redefine the obligations of many defaulting homeowners. The efforts to shape the bill demonstrate how much is at stake — in California and the many other states with distressed real estate markets. The legislation introduced in the winter by the real estate lobby would have largely shielded foreclosed homeowners from debt collectors. But by the time it passed the state Senate on June 3, the banking lobby had succeeded in scaling it back. Now the bill goes to the state Assembly, where a committee will take it up next week, and bankers intend to continue lobbying. […] The original legislation said borrowers who took cash out of their houses would be shielded as long as they used the money for home improvements. In its current form, the proposed law is not quite so forgiving. The bill that passed the Senate by a lopsided vote of 30 to 4 would protect former homeowners up to the amount of their original loan. For instance, a family that took out a $500,000 mortgage to buy a house and then refinanced and took cash out, swelling their loan to $600,000, would be released from claims on the original sum but remain vulnerable on the $100,000." [New York Times, 6/21/10; SB-1178, introduced 2/18/10]

**Walters: "I'm Very Sympathetic … To People That Are Losing Their Homes … But We Have To Be Careful Not To Overleverage Ourselves And To Take Responsibility When Making Investments."** "State Senator Mimi Walters, a first-term Republican representing Laguna Niguel, north of San Diego, voted against the measure precisely because it could encourage more defaults. 'I'm very sympathetic to what's going on in the economy and to people that are losing their homes,' said Ms. Walters, a former executive with two Wall Street firms. 'But we have to be careful not to overleverage ourselves and to take responsibility when making investments.'" [New York Times, 6/21/10; SB-1178, introduced 2/18/10]

---

**…While Reporting Ownership Interest In Two Mortgage Broking Firms**

**2010: Walters Reported Mortgage Broking Firm Secured Residential Funding As An Asset Of Ownership Interest Greater Than Ten Percent.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11]

**2010: Walters Reported Owning 10% Or More Of CCN MV, LLC.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11]

**Walters Described CCN MV As An Advertising Firm On Her Statement Of Economic Interests, But According To Secretary Of State Filings, CCN MV Is A Mortgage Broker.** [Statement of Economic Interests, California Fair Political Practice Commission, filed 3/1/11; California Secretary of State, Statement of Information, filed 7/13/09]

| **2014-2018: Walters Received $412,991 From The Real Estate Industry** |
|---|

**2014-2018: Walters Received $412,991 From The Real Estate Interests, Making the Industry Her Top Donor Group.** [Center for Responsive Politics, accessed 2/26/18]

| **Walters Voted For Weakening Regulations On Mortgage Lenders** |
|---|

**2015: Walters Voted For A Bill That Changed The Definition Of A Qualified Mortgage Under The Truth In Lending Act.** In April 2015, Walters voted for the Mortgage Choice Act. "The bill excludes insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the 3% cap on points and fees imposed on 'qualified mortgages' by redefining 'points and fees' under the Truth in Lending Act. The measure is intended to clarify conflicting definitions under current law and thereby ensure that mortgage loans to low- and middle-income borrowers remain affordable." The bill passed, 286 to 140. [HR 685, Vote #152, 4/14/15; CQ, 4/10/15]

**Huffington Post: Bill Would "Weaken Regulations On Mortgage Lenders."** "Ranking second behind the Chamber was the National Association of Realtors. The group spent $7.7 million lobbying on issues like flood insurance premiums, which have risen sharply in the past few years. NAR also lobbied for the Mortgage Choice Act, a bill that would weaken regulations on mortgage lenders enacted following the 2007 collapse of the housing market. The Mortgage Choice Act passed in the House of Representatives on April 14." [Huffington Post, 4/23/15]

| **Walters Voted Against Preventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners** |
|---|

**2015: Walters Voted Against Preventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners.** In April 2015, Walters voted against a motion that would prevent those convicted of mortgage fraud and predatory lenders from providing loans to homeowners. "No person or lender that has been found to have engaged in unfair, deceptive, predatory, or abusive lending practices, or convicted of mortgage fraud under Federal or relevant State law may make use of the amendments made by this Act " The motion failed 184 to 239. [HR 650, Vote #150, 14/14/15; Motion to Recommit, 4/14/15]

**Walters Voted For Weakening Wall Street Reform For Mortgage Lenders**

**2015: Walters Voted For Weakening Aspects Of Wall Street Reform Allowing Mortgage Lenders To Disclose Less Information To Borrowers.** In April 2015, Walters voted for legislation that would roll back regulations in the Wall Street reform law. "Regulations from the Dodd-Frank Act that went into effect in early 2014 tightened requirements and restrictions on 'high-cost' loans. For example, if the interest rate and fees on loans reach a certain level, lenders have to verify a borrower's ability to repay loans and disclose consequences of default and loan terms … the Preserving Access to Manufactured Housing Act of 2015. HR 650 would raise the threshold for which loans are considered 'high cost,' from 8.5 percent above the average rate to 10 percent above the average rate. President Obama has threatened to veto it if it passes both houses. The change may seem minor, but the higher threshold would mean the lender has to do less work and disclose less information to borrowers. The majority of loans on manufactured homes carry high interest rates, especially compared with a typical mortgage." The bill passed, 263 to 162. [HR 650, Vote #151, 4/14/15; Seattle Times Editorial, 4/14/15]

# Immigration and Border Issues

### Significant Findings

✓ *Walter voted to block the DREAM Act 11 times in 2017*

✓ *Walters voted for restarting deportations of undocumented families And DREAMers.*

✓ *Walters praised the Supreme Court's split ruling blocking DAPA as "a win for the American people".*

✓ *Walters voted for halting Obama's Syrian resettlement program.*

✓ *Walters signed a letter asking that HHS and the Treasury Department deny California's application to allow undocumented immigrants to utilize California's healthcare exchange.*

✓ *As state senator, Walter voted against legislation to allow undocumented immigrant students access to privately funded grants administered by state colleges and universities.*

✓ *As state senator, Walters criticized California Democrats for voting to give financial aid "to illegal immigrants attending state universities at the expense of legal california residents.*

✓ *In her 2008 bid for state senate, Walters cast her primary opponent as soft on illegal immigration, and touted herself as being "tough on illegal aliens."*

✓ *As an assemblywoman, Walters said she was working to "end government subsidies to illegal aliens."*

✓ *In 2006, Walters endorsed a California state assembly candidate who described herself as a "minutewoman" and was endorsed by the San Diego Minutemen.*

✓ *Walters said that California should "stop rewarding those here illegally" with social welfare benefits in order to reduce spending.*

✓ *Walters opposed a proposal to issue driver licenses to undocumented immigrants.*

## DACA, DAPA & The DREAM Act

### After Voting To Block The DREAM Act, Walters Signed A Letter From House Republicans Asking For Speaker Ryan To Allow A Vote On A DACA Fix

**Walters Signed A Letter, Along With 33 Other House Republicans, Urging Speaker Ryan To Allow A Vote On A Path To Citizenship For "DREAMers."** "Nearly three dozen House Republicans, including three from California, fired off a warning shot to Speaker Paul Ryan on Tuesday, saying they have enough votes to join with Democrats to pass legislation to pro-tect young immigrants before Congress adjourns this year. The 34 Republicans demanded that Ryan put legislation on the House floor that would legalize roughly 800,000 'Dreamers,' young immigrants who arrived illegally in the United States as children, who face de-portation starting March 5 unless Congress acts. […] If the 34 Republicans who signed the letter, including Denham, David Valadao of Hanford Kings County and Mimi Walters of Irvine join the 193 current House Democrats they would have more than the 218-vote majority they'd need to pass a bill." [San Francisco Chronicle, 12/5/17]

## 2017: Walters Repeatedly Voted Against The DREAM Act

### Walters Voted Seven Times To Block The DREAM Act

**Walters Voted For Blocking The DREAM Act.** In November 2017, Walters voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Tom Emmer (D-MN) said, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way, except on paper." A vote *for* the amendment was a vote **to block** the DREAM Act. The motion was agreed to 224-190. [HRes 609, Vote #616, 11/8/17; CQ, 11/8/17, Congressional Record, 11/8/17]

**Walters Voted For Blocking The DREAM Act.** In October 2017, Walters voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for* the amendment was a vote **to block the DREAM Act.** The motion passed 228-189. [HRes 577, Vote #572, 11/9/17; CQ, 10/24/17; DemocraticLeader.gov, accessed 11/13/17]

**Walters Voted For Blocking Consideration Of The DREAM Act.** In October 2017, Walters voted for: "Collins, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 562)." According to the Congressional Record, Rep. Polis was going to offer an amendment for "consideration of the bill (H.R.3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." A vote for the previous question was a vote to block consideration of HR 3440. The previous question carried, 227-190. [H Res 562, Vote #560, 10/11/17; CQ, 10/11/17; Congress.gov, 10/11/17]

**Walters Voted For Blocking Consideration Of The DREAM Act.** In October 2017, Walters voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 548)." According to the Democratic Leader's office, the motion prohibited "consideration of the bill (H.R. 3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." A vote for the previous question was a vote to block consideration of HR 3440. The previous question carried, 233-184. [HR 36, Vote #546, 10/3/17; CQ, 10/3/17; DemocraticLeader.gov, 10/3/17]

**Walters Voted For Blocking The DREAM Act.** In September 2017, Walters voted for: "Sessions, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 538)." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 223-187. [H RES 538, Vote #538, 9/27/17; CQ, 9/27/17]

**Walters Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Walters voted for: "Burgess, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 533)." According to Democratic Rep. Alcee Hastings, "If we defeat the previous question, I am going to offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block the DREAM Act. The motion was agreed to by a vote of 230-189. [H RES 533, Vote #532, 9/26/17; Congressional Record, H7503, 9/26/17; CQ, 9/26/17]

**Walters Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Walters voted for: "Woodall, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 504) that would provide for further House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." According to the Democratic Leader's website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 227-186. A vote *for the motion* was a vote to block the DREAM Act.  [H RES 504, Vote #457, 9/7/17; CQ, 9/7/17; DemocraticLeader.Gov, 9/7/17]

**Walters Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Walters voted for: "Cole, R-Okla., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 500) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." According to the Democratic Leader's Website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block the DREAM Act. The motion was agreed to by a vote of 233-187. [H RES 500, Vote #442, 9/6/17; CQ, 9/6/17; DemocraticLeader.Gov, 9/6/17]

## The DREAM Act OF 2017 Granted Lawful Resident Status To Undocumented Americans Who Entered The U.S. As Minors

**HR 3440 Was Entitled The "Dream Act Of 2017."** "H.R.3440 - Dream Act of 2017." [Congress.gov, 7/26/17]

**The Dream Act Of 2017 Would Have Granted Lawful Permanent Resident Status On A Conditional Basis To Immigrants Who Entered The United States As Minors.** "This bill directs the Department of Homeland Security (DHS) to cancel removal and grant lawful permanent resident status on a conditional basis to an alien who is inadmissible or deportable or is in temporary protected status who: (1) has been continuously physically present in the United States for four years preceding this bill's enactment; (2) was younger than 18 years of age on the initial date of U.S. entry; (3) is not inadmissible on criminal, security, terrorism, or other grounds; (4) has not participated in persecution; (5) has not been convicted of specified federal or state offenses; and (6) has fulfilled specified educational requirements." [Congress.gov, 7/26/17]

**The Dream Act Of 2017 Would Have Required DHS To Cancel Removal Of DACA Recipients.** "DHS shall cancel the removal of, and adjust to the status of an alien lawfully admitted for permanent residence on a conditional basis, an alien who was granted Deferred Action for Childhood Arrivals (DACA) status unless the alien has engaged in conduct that would make the alien ineligible for DACA. DHS may not: (1) grant conditional permanent resident status without the submission of biometric and background data, and completion of background and medical checks; and (2) disclose or use information provided in applications filed under this bill or in DACA requests for immigration enforcement purposes." [Congress.gov, 7/26/17]

**The Dream Act Of 2017 Set Forth Documentation Requirements And Repealed The Denial Of An Undocumented Immigrant's Eligibility For Higher Education Benefits Based On State Residence.** "The bill prescribes the conditions under which DHS: (1) may terminate a person's conditional permanent resident status, and (2) shall adjust a person's conditional status to permanent resident status. The bill: (1) sets forth documentation requirements for establishing DACA eligibility, and (2) repeals the denial of an unlawful alien's eligibility for higher education benefits based on state residence." [Congress.gov, 7/26/17]

## Walter Voted To Ban Sanctuary Cities

**Walters Voted For A Bill To Ban Sanctuary Cities.** In June 2017, Walters voted for: "Passage of the bill that would prohibit federal, state and local governments from restricting any federal, state, or local government entity or official from complying with immigration laws or from assisting federal law enforcement entities or officials in their enforcement of such laws. The bill would allow the Homeland Security Department to issue detainers for arrests of individuals in violation of "any criminal or motor vehicle law" in cases where there is probable cause to believe such individual is an "inadmissible or deportable alien," and would revoke eligibility for certain federal law enforcement grants for states and cities found not to be in compliance with the bill's provisions." The bill passed 228-195. [HR 3003, Vote #342, 6/29/17; CQ, 6/29/17]

> **New York Times: The No Sanctuary For Criminals Act "Broadens The Pool Of Money That Cities Could Lose For Not Cooperating With Federal Immigration Officials."** "One of the House bills, known as the No Sanctuary for Criminals Act, potentially broadens the pool of money that cities could lose for not cooperating with federal immigration officials. It also seeks to indemnify local law enforcement officials who detain immigrants on behalf of the federal authorities from lawsuits, making the federal government the defendant in such cases. The bill passed 228 to 195." [New York Times, 6/29/17]

> **The National Fraternal Order Of Police Opposed The No Sanctuary For Criminals Act.** "Some law enforcement officials have also expressed concerns with the legislation. The National Fraternal Order of Police came out against the sanctuary cities bill this week. In a letter to House leadership, the group's national president, Chuck Canterbury, said, 'Law enforcement officers do not get to pick and choose which laws to enforce, and must carry out lawful orders at the direction of their commanders and the civilian government that employs them.'" [New York Times, 6/29/17]

> **ACLU: HR 3003 Would Violate 4th Amendment Protections Against Detention Without Due Process Or Probable Cause.** "And the American Civil Liberties Union said the sanctuary cities bill violates the Fourth Amendment by requiring local law enforcement to hold people without due process or probable cause when requested by immigration agents." [New York Times, 6/29/17]

**Walters Voted For Consideration Of A Bill To Ban Sanctuary Cities.** In June 2017, Walters voted for: "Adoption of the rule (H Res 414) that would provide for House floor consideration of the bill (HR 3003) that would prohibit federal, state and local governments from restricting any federal, state, or local government entity or official from complying with immigration laws or from assisting federal law enforcement in its enforcement of such laws." The bill passed 235-190. [HR 3003, Vote #332, 6/28/17; CQ, 6/28/17]

---

**Walters Voted For "Kate's Law"**

---

**Walters Voted For 'Kate's Law' – A Bill To "Establish Specific Possible Fines And Prison Sentences For Undocumented Immigrants Convicted Of Certain Criminal Offenses."** In June 2017, Walters voted for: "Passage of the bill that would establish specific possible fines and prison sentences for undocumented immigrants convicted of certain criminal offenses and who illegally return to the United States despite having been previously deported or otherwise excluded from the country. The bill would establish maximum sentences for such individuals with varying criminal histories, including a 10-year maximum sentence for illegal immigrants who reattempt to enter the country after three or more deportations, even if such individuals have not been convicted of any other crimes." The bill Passed by a vote of 257-167. [H R 3004, Vote #344, 6/29/17; CQ, 6/29/17]

> **Washington Post: 'Kate's Law' "Would Enhance Penalties For Convicted And Deported Criminals Who Reenter The United States Illegally.** "On Thursday, just two days before the second-year anniversary of Steinle's shooting, the House of Representatives passed a bill known as "Kate's Law," which would enhance penalties for convicted and deported criminals who reenter the United States illegally. It was first introduced in 2015, but it failed to advance in the Senate." [Washington Post, 6/29/17]

> **Washington Post: "Civil Rights Groups… Strongly Opposed Kate's Law," Described It As "Shortsighted And Ill-Conceived."** "Civil rights groups, including the American Civil Liberties Union, have strongly opposed Kate's Law, calling it a 'shortsighted and ill-conceived response'" to the young woman's slaying.

They argue that it is blanket legislation that would penalize even those who come to the United States to escape persecution. Opponents also say that the bill perpetuates the false notion that undocumented immigrants are inherently criminals." [Washington Post, 6/29/17]

**Walters Voted Against Exempting Victims Of Sex Trafficking From Criminal Penalties In The Law**

**Walters Voted Against A Motion To Exempt From Kate's Law "Victims Of Sex Trafficking That Voluntarily Present Themselves At A Port Of Entry And Request Protection."** In June 2017, Walters voted against: "motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions victims of sex trafficking that voluntarily present themselves at a port of entry and request protection." According to the Democratic Leader's website, "Democrats' Motion to Recommit would add an exemption to the underlying bill to allow a victim of sex-trafficking to voluntarily present herself or himself at a port of entry to request protection without fear of violating the law." The motion was rejected by a vote of 193-232.  [H R 3004, Vote #343, 6/29/17; CQ, 6/29/17; Democratic Leader's office, motion to recommit, 6/29/17]

**Walters Repeatedly Voted To Secure Border Wall Funding**

**Walters Voted Against A Motion To Eliminate Funding For The Border Wall From A Spending Bill.** In September 2017, Walters voted against: "Jackson Lee, D-Texas, motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase funding for the Federal Emergency Management Agency's National Predisaster Mitigation Fund by $2.4 billion, would eliminate $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border, and would decrease funding for U.S. Immigration and Customs Enforcement operations by $849.5 million." The motion was rejected by a vote of 186-223. [H R 3354, Vote #527, 9/14/17; CQ, 9/14/17]

**Walters Voted For The "Security Minibus" Which Included $1.6 Billion In Funding For A Southern Border Wall.** In July 2017, Walters voted for: "Passage of the bill that would provide $788 billion in discretionary funding for fiscal 2018 to various departments, agencies and legislative operations, including $658.1 billion in funding for Defense programs; $88.8 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for military construction activities and for VA programs and activities; $37.6 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for the Energy Department, Army Corps of Engineers, Bureau of Reclamation and related agencies; and $3.6 billion in funding fiscal 2018 for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. The bill would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." Passed by a vote of 235-192. [H R 3219, Vote #435, 7/27/17; CQ, 7/27/17]

**Walters Voted Against A Motion To Eliminate Border Wall Funding From The Security Minibus.** In [MONTH] 2017, Walters voted against: "Roybal-Allard, D-Calif., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would eliminate the bill's provision related to providing funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would strike the division of the underlying bill that appropriates $1.6 billion in taxpayer funds to begin construction of President Trump's border wall along the U.S. – Mexico border." Motion rejected by a vote of 193-234.  [H R 3219, Vote #434, 7/27/17; CQ, 7/27/17; Democratic Leader's Office, motion to recommit, 7/27/17]

**Walters Voted Against Adding A Requirement That All Iron And Steel Products Used In The Construction Of The Border Wall Be From The United States.**  In July 2017, Walters voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require, as a condition of issuing a certificate of crossing, that all iron and steel products used in the construction, connection, operation, and maintenance of a border-crossing facility

would be produced in the United States." According to the Democratic Leader's website "Democrats' Motion to Recommit would add a requirement to the underlying bill that all iron and steel products used in construction, connection, operation, and maintenance of the border-crossing facility be produced in the United States." The motion was rejected by a vote of 193-232. [H R 2883, Vote #397, 7/19/17; CQ, 7/19/17; DemocraticLeader.Gov, 7/19/17]

**Walters Voted Against Prohibiting Funds In The FY 2018 Defense Authorization From Being Used To Plan, Develop, Or Constrict A Border Wall.** In July 2017, Walters voted against: "Lujan Grisham, D-N.M., motion to recommit the bill to the House Armed Services Committee with instructions to report it back immediately with an amendment that would prohibit funds authorized by the bill from being used to plan, develop, or construct any barriers, including walls or fences, along "the international border of the United States." According to the Democratic Leader's website, "Democrats' Motion to Recommit would prohibit any funds authorized to be appropriated in the underlying bill from being used to plan, develop, or construct any barriers, including walls or fences, along the international border of the United States." The motion was rejected by a vote of 190-235. [H R 2810, Vote #377, 7/14/17; CQ, 7/14/17; DemocraticLeader.Gov, 7/14/17]

---

**Walter Voted For The "Gang Member" Ban**

---

**Walters Voted For Prohibiting Foreign Gang Members From Entering The United States And Denying Foreign Gang Members Immigration Benefits.** In September 2017, Walters voted for: "Passage of the bill that would define a criminal gang as a group of five or more persons that has the primary purpose of the commission of one or more certain criminal offenses and would prohibit individuals defined as foreign criminal gang members from entering the United States. It would prohibit a criminal gang member, who is not a U.S. citizen or U.S. national, from being eligible for certain immigration benefits such as asylum, special immigrant juvenile status, and temporary protected status." The bill passed by a vote of 233-175.  [H R 3697, Vote #517, 9/14/17; CQ, 9/14/17]

**The House Passed Legislation That Would Allow Officials To Take Action Against Suspected Gang Members, Regardless Of Whether They've Been Convicted Of A Crime.** "The House on Thursday passed a bill introduced by Rep. Barbara Comstock (R-Va.) that would expand the authority of the federal government to deport or detain non-citizen immigrants who are gang members or suspected of gang activity. The legislation, offered as a response to an increase in killings perpetuated by the resurgent MS-13 gang in the Washington region and nationally, would allow officials to take action against suspected gang members, regardless of whether they've been convicted of a crime." [Washington Post, 9/14/17]

**Walters Voted Against Prohibit The Bills Provisions From Being Used To Deport Someone For An Action Done On Behalf Of A Religious Organization For Humanitarian Reasons.** In September 2017, Walters voted against: "Beyer, D-Va., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would that would prohibit the bill's provisions from being used to authorize the deportation of an alien for action taken on behalf of a religious organization with the primary purpose of providing humanitarian aid." The motion was rejected by a vote of 184-220. [H R 3697, Vote #516, 9/14/17; CQ, 9/14/17]

**Walters Voted For Consideration Of A Bill Changing The Definition Of A Criminal Gang And Prohibiting Foreign Criminal Gang Members From Entering The United States.** In September 2017, Walters voted for: "Adoption of the rule (H Res 513) that would provide for House floor consideration of the bill (HR 3697) that would define a criminal gang as a group of five or more persons that has the primary purpose of the commission of one or more certain criminal offenses and would prohibit individuals defined as foreign criminal gang members from entering the United States." The resolution passed by a vote of 222-186. [H R 513, Vote #487, 9/13/17; CQ, 9/13/17]

---

**Walters Praised The Supreme Court's Split Ruling Blocking DAPA As "A Win For The American People"**

---

**2016: Walters Praised The Supreme Court's Immigration Ruling And Said President Obama's Immigration Actions "Overstep The Bounds Of His Authority."** "Several Orange County political leaders were disappointed by the U.S. Supreme Court's 4-4 split Thursday on President Barack Obama's move to expand the so-called Dream Act to some parents of youths brought to the country illegally. […] Rep. Mimi Walters, R-Irvine, was pleased with the outcome. 'The President cannot write laws; only Congress can write them,' Walter said. 'Today, the Supreme Court affirmed that the President's executive actions on immigration overstep the bounds of his authority and are illegal. It is a win for the Constitution, and that means a win for the American people.'" [City News Service, 6/23/16]

> **New York Times Headline: "Supreme Court Tie Blocks Obama Immigration Plan"** [New York Times, 6/23/16]

> **The Supreme Court Ruling, *U.S. v Texas,* Had The Effect Of Blocking President Obama's Deferred Action For Parents Of Americans And Lawful Permanent Residents (DAPA) Order.** "The case, United States v. Texas, No. 15-674, concerned a 2014 executive action by the president to allow as many as five million unauthorized immigrants who were the parents of citizens or of lawful permanent residents to apply for a program that would spare them from deportation and provide them with work permits. The program was called Deferred Action for Parents of Americans and Lawful Permanent Residents, or DAPA." [New York Times, 6/23/16]

> **The Supreme Court Ruling, *U.S. v Texas,* Placed In Question The Immigration Status Of As Many As Five Million Undocumented Immigrants.** "The case, United States v. Texas, No. 15-674, concerned a 2014 executive action by the president to allow as many as five million unauthorized immigrants who were the parents of citizens or of lawful permanent residents to apply for a program that would spare them from deportation and provide them with work permits. The program was called Deferred Action for Parents of Americans and Lawful Permanent Residents, or DAPA." [New York Times, 6/23/16]

> **The Supreme Court Decision Was Split Evenly Four To Four.** "The Supreme Court announced on Thursday that it had deadlocked in a case challenging President Obama's immigration plan, effectively ending what Mr. Obama had hoped would become one of his central legacies. The program would have shielded as many as five million undocumented immigrants from deportation and allowed them to legally work in the United States. The 4-4 tie, which left in place an appeals court ruling blocking the plan, amplified the contentious election-year debate over the nation's immigration policy and presidential power." [New York Times, 6/23/16]

## Walters Voted For Restarting Deportations Of Undocumented Immigrants Protected Under DACA And DAPA

### Walters Voted For Restarting Deportations Of Undocumented Families And DREAMers

**2015: Walters Voted For Bill Restarting Deportations Of Undocumented Families And DREAMers.** In January 2015, Walters voted for a federal funding bill that defunded President Obama's executive action on immigration and ended a program that halted the deportation of some illegal immigrants who came to the United States as children. "Democrats rallied against the bill, which would fund the Department of Homeland Security (DHS) through September, after Republicans adopted a series of contentious amendments that take aim at facets of Obama's immigration policy. One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits. A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The bill passed 236 to 191. [HR 240, Vote #35, 1/14/15; The Hill, 1/14/15; CQ Floor Votes, 1/14/15]

**2015: Walters Voted For Amendment To Defund Immigration Executive Order.** On January 14, 2015, Walters voted for an amendment to defund President Obama's executive action on immigration. "One of the amendments would choke off funding for Obama's executive action announced in November, which would

allow some illegal immigrants to stay in the country and obtain work permits." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; The Hill, 1/14/15]

---

**Walters Voted For Restarting Deportations Of DACA Recipients**

**2015: Walters Voted For An Amendment To End Deferred Action For Childhood Arrivals.** On January 24, 2015, Walters voted for an amendment to the Department of Homeland Security funding bill that would end a program to suspend the deportation of DREAMers. "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; The Hill 1/14/15]

## Refugees

**Walters Voted To Halt Obama's Syrian Resettlement Program**

**2015: Walters Voted To Halt Obama's Syrian Resettlement Program.** In November 2015, Walters voted for "Passage of the bill that would prohibit admitting any refugee from Iraq or Syria to the United States before the secretary of Homeland Security, with the unanimous concurrence of the director of the Federal Bureau of Investigation and the director of National Intelligence, has conducted a thorough background check on any refugee from Iraq or Syria and certified that they are not a security threat to the United States. Further, the bill would require that the secretary of Homeland Security submit a monthly report to the appropriate congressional committees on the number of applications for admission and number of security certifications not made." The bill passed 289 to 137. [HR 4038, Vote #643, 11/19/15; CQ, 11/19/15]

**Walters Said She Would "Look At Ways" To Give People Who Were Brought To The US Illegally When They Were Children From Central America "A Pathway To Legalization"**

**2015: Walters Said She Would "Look At Ways" To Give People Who Were Brought To The US Illegally When They Were Children From Central America "A Pathway To Legalization."** "For people brought to America illegally when they were infants or children by their parents from Central America and are now 20 year old, she said, 'I would look at ways to give them a pathway to legalization. We have to be practical and pragmatic about people who have come to this country really because they want a better way of life.' When asked what would happen if Republican leaders brought a bill to the floor to make such younger immigrants eligible for legalization, Walters said, 'I can't speak for everybody in our conference, but I think it would probably have a very good chance of passing.' She hopes such a bill will pass during her time in the House." [Congressional Quarterly Member Profiles, 6/10/15]

## Access To Government Programs

**Walters Signed A Letter Asking That HHS And The Treasury Department Deny California's Application To Allow Undocumented Immigrants To Utilize California's Healthcare Exchange**

**2016: Walters Signed A Letter Asking That HHS And The Treasury Department Deny California's Application To Allow Undocumented Immigrants To Utilize California's Healthcare Exchange.** "As Members of California's Congressional Delegation, we write to request that the Department of Health and Human Services and the Department of the Treasury deny California's application to allow illegal immigrants to enroll in healthcare coverage on California's exchange, Covered California." [Letter to Secretaries Burwell and Lew, 6/24/16]

**As State Senator, Walter Voted Against Legislation To Allow Undocumented Immigrant Students Access To Privately Funded Grants Administered By State Colleges And Universities**

**2011: Walters Voted Against Legislation To Allow Undocumented Immigrant Students Access To Privately Funded Grants Administered By State Colleges And Universities.** "A bill sent to Gov. Jerry Brown last week would allow illegal immigrant students access to privately funded grants administered by state colleges and universities. The legislation is part of a two-bill package known as the California Dream Act. The bill, Assembly Bill 130, was passed July 14 by the Senate largely along party lines, 26-11, with one Republican joining Democrats in voting yes. […] 'We need to take care of people who are here legally and not give people incentives to come here illegally,' said Sen. Mimi Walters, R-Oceanside, who voted against the bill." [North County Times, 7/22/11; AB-130, introduced 1/11/11]

**As State Senator, Walters Criticized California Democrats For Voting To Give Financial Aid "To Illegal Immigrants Attending State Universities At The Expense Of Legal California Residents**

**2010: Walters Criticized California Democrats For Voting To Give Financial Aid "To Illegal Immigrants Attending State Universities At The Expense Of Legal California Residents."** "After approving legislation that weakens taxpayer protections and increasing taxes on California citizens, which has resulted in fewer jobs, Democrats voted to give financial aid to illegal immigrants attending state universities at the expense of legal California residents whose fees have been rising for several years." [California State Senate Republican Caucus, Press Release via US State News, 6/19/10]

**As An Assemblywoman, Walters Said She Was Working To "End Government Subsidies To Illegal Aliens"**

**2006: Walters: "I Am Working To End Government Subsidies To Illegal Aliens And To Increase Security Through The Use Of State And Law Enforcement Resources."** "Illegal immigration is a crucially important issue: I am working to end government subsidies to illegal aliens and to increase security through the use of state and law enforcement resources." [San Diego Union-Tribune, 10/18/06]

**Walters Said That California Should "Stop Rewarding Those Here Illegally" With Social Welfare Benefits In Order To Reduce Spending**

**2004: Walters Said That California Should "Stop Rewarding Those Here Illegally" With Social Welfare Benefits In Order To Reduce Spending.** Q: "List three ways you propose to save money or increase revenues in next year's budget." A: "The first way to save money is to sell off surplus state property. Over $1 billion worth of property has been identified as surplus, and we should sell the state-owned bars, restaurants, and empty office space. The second way to save money is to consolidate state government services and eliminate unnecessary boards and commissions as outlined in many parts of Governor Schwarzenegger's California Performance Review. A third way to save money is to stop rewarding those here illegally with many of the social welfare benefits that are currently offered." [Orange County Register, 10/28/04]

**While Running For State Assembly, Walters Said "We Must Ensure That People Who Enter This Country Illegally Are Not Rewarded With Benefits And Rights Given To Those Who Obey The Law"**

**2004: Walters: "We Must Ensure That People Who Enter This Country Illegally Are Not Rewarded With Benefits And Rights Given To Those Who Obey The Law."** "Our economy, public safety and illegal immigration are three of the most critical issues. In recent years, bureaucrats have enacted hundreds of regulations making it nearly impossible for many businesses to remain in California. When businesses leave, the jobs they provide also leave. Each time, it becomes more difficult for our children to find jobs in our community. We also must ensure that law enforcement gets the support it needs to keep our community safe. Finally, we must ensure

that people who enter this country illegally are not rewarded with benefits and rights given to those who obey the law." [San Diego Union-Tribune, 10/10/04]

| Walters Opposed A Proposal To Issue Driver Licenses To Undocumented Immigrants |
| --- |

**2004: Walters Opposed A Proposal To Issue Driver Licenses To Undocumented Immigrants.** "Walters said she does not support a proposal that would issue driver licenses to undocumented immigrants because it rewards those who are here illegally -- another stance Calzada opposes." [San Diego Union-Tribune, 9/16/04]

# Border Security

| In Her 2008 Bid For State Senate, Walters Cast Her Primary Opponent As Soft On Illegal Immigration, And Touted Herself As Being "Tough On Illegal Aliens" |
| --- |

### Walters Cast Her 2008 Primary Opponent As Being Soft On Illegal Immigration

**In Her 2008 Bid For State Senate, Walters Cast Her Primary Opponent As Soft On Illegal Immigration.** "In hit pieces that have flooded voters' mailboxes, each has accused the other of being more liberal, with Walters casting Sidhu as soft on illegal immigration and Sidhu aligning Walters with former Democratic Assembly Speaker Fabian Nunez." [Los Angeles Times, 6/1/08]

> **Walters' Campaign Sent Out A Mailer That Looked Like An Official Report Saying Her Opponent Voted To Reject A Recommendation That Anaheim Check Immigration Status In The City Jail.** "The most controversial piece from Walters had the look of an official report from the Orange County Grand Jury, saying Sidhu voted to reject a grand jury recommendation that Anaheim check immigration status in the city jail." [Los Angeles Times, 6/1/08]

> **Anaheim Already Had An Immigration Program In Place In The Jail, And The Grand Jury Rebuked Walters' Campaign For Sending Out A "Deceptive" Mailer.** "In fact, the city already had an immigration program in place in the jail, and the grand jury rebuked the Walters campaign for sending out political mail that it deemed 'deliberately misleading and deceptive.'" [Los Angeles Times, 6/1/08]

> **Walters Said She Stood By The Controversial Immigration Mailer.** "Walters said Monday that she stands by the mailer and that it was adequately labeled. She said the attacks from both sides were simply part of campaigning. 'I understand election spin,' she said. 'I haven't gotten personal with Harry, and he hasn't gotten personal with me. I want to win and Harry wants to win, and it's a matter of who's got the best strategy and who's got the record to back it up.'" [Orange County Register, 5/27/08]

> **Founder Of California Coalition For Immigration Reform Said "Mimi Is Going A Little Over The Top" With Her Immigration Mailer.** "Additionally, two leaders of the anti-illegal immigration movement -- Barbara Coe and Dick Mountjoy -- said that the attack on Sidhu was misleading and that they supported his positions on illegal immigration while he's been on the Anaheim City Council. 'It sounds like it's totally distorting the situation,' said Barbara Coe, California Coalition for Immigration Reform founder. 'The last I heard, they were doing a very good job in Anaheim. It looks like Mimi is going a little over the top.'" [Orange County Register, 5/21/08]

### Walters Released A Campaign Ad Touting Herself As Being "Tough On Illegal Aliens"

**2008: Walters Released A Campaign Ad Touting Herself As Being "Tough On Illegal Aliens."** V/O: "The state capitol can be a lonely place for conservative republicans like Mimi Walters, because Walters is not afraid to take charge and shake things up. GRAPHIC: "Tough On Illegal Aliens" V/O: "A common-sense lawmaker, Mimi Walters is leading efforts to pass tough, new immigration reforms." GRAPHIC: "Conservative" V/O: "Senator Dick Ackerman calls Mimi Walters a conservative leader." GRAPHIC: "Taxpayer's hero." V/O: "And Walters'

100 percent rating from the Howard Jarvis Taxpayers' Association makes her a taxpayers' hero. GRAPHIC: "Mimi Walters. Proven. Mimi Walters. Conservative. Mimi Walters. Making a difference." V/O: "Mimi Walters for State Senate. Making a difference." [Mimi Walters for Senate, Proven Conservative, 5/9/08]

---

**Walters Endorsed A California State Assembly Candidate Who Described Herself As A "Minutewoman" Who Was Endorsed By The San Diego Minutemen**

**2006: Walters Endorsed A State Assembly Candidate Who Described Herself As A "Minutewoman" And Who Was Also Endorsed By The San Diego Minutemen.** "Waldron has campaigned heaviest against illegal immigration, is in favor of creating a state border force and opposes Mexican identification cards called the matricula consular. Her efforts garnered her the endorsement of the San Diego Minutemen, a group opposed to illegal immigration founded by retired Marine Jeff Schwilk of Oceanside. 'I'm a Minutewoman,' Waldron says to receptive audiences. Though Waldron has alienated many Latinos, she boasts at forums about being followed to events by groups of 'La Raza,' Mexican-American activists who oppose her. Two of her mailers include a picture of a poster held by her opponents that says, 'The Latino community should not support Marie Waldron.' She said such criticism comes from those who support illegal immigrants. Waldron is in her second term on the Escondido City Council and co-owns a car culture clothing company with her husband. She is endorsed by Assemblyman George Plescia, the Howard Jarvis Taxpayers Association, state Sen. Dennis Hollingsworth, Assemblyman Ray Haynes, Assemblywoman Mimi Walters and Assemblyman Jay LaSuer." [San Diego Union-Tribune, 5/30/06]

# Economic Costs Of Immigration

**After California Republicans Released A Package Of 20 Immigration-Related Bills, Walters Noted Undocumented Immigrants Cost The State $9 Billion Annually**

**2008: After California Republicans Released A Package Of 20 Immigration-Related Bills, Walters Noted That Undocumented Immigrants Cost The State $9 Billion Annually.** "Republican lawmakers in California have released a legislative package intended to crack down on illegal immigration and punish companies that hire illegal workers. The 20 bills would take a number of steps, including eliminating tuition benefits for illegal students. Another bill asks the federal government to reimburse California for the cost of holding illegal immigrants in state prisons. Assemblywoman Mimi Walters, a Republican from Oceanside, said the bills announced Tuesday are partly intended to put pressure on Democrats who control the Legislature. She said illegal immigrants cost California taxpayers an estimated $9 billion each year." [Associated Press, 3/25/08]

# Immigration Reform

**Walters Said "We Need Immigration Reform" And To "Secure The Border"**

**2015: Walters: "Both Sides Want To Have Immigration Reform. I Know The Democrats Do, The Republicans Do, But It's A Matter Of How We Get That Reform And What It Looks Like."** MIMI WALTERS: "I believe the Pope is telling us listen, this country, America was founded on immigrants. Both sides want to have immigration reform. I know the Democrats do, the Republicans do, but it's a matter of how we get that reform and what it looks like. And I think the Pope is saying ok, we need to open up that conversation, we need to find common ground to take care of those people who are coming to this country because they want a better life." [Fox Business Cavuto Coast to Coast, VIDEO 1:36-2:02, 9/24/15]

**2015: Walters: "We Need Immigration Reform […] We Need To Secure The Border. We Need To Decide What We're Going To Do With The 11 Million People That Are In This Country."** "We need immigration reform, there's no question, but we need Congress to make the reforms and put them into law. We need to secure the border. We need to decide what we're going to do with the 11 million people that are in this country. We need a guest worker program — agriculture very badly needs this problem resolved." [New York Times, 3/2/15]

**Walters Said That Immigration Reform Should Make Sure That "People In This Country Who Are Not Here Legally Are Taken Care Of"**

**2015: Walters: "One Of Our Goals Is To Put Legislation On The President's Desk That Will, You Know, Make Sure That People In This Country Who Are Not Here Legally Are Taken Care Of."** LUKE RUSSERT: "The big issue confronting obviously the party right now is immigration. Being from California, I was going back through your record, you seem to have a more measured tone. You mention that we must be humane in dealing with immigrants. Past support for a guest worker permit. Where do you see the party, and do you see it evolving to be perhaps more California Republicans, or is it [inaudible] on this more conservative bend it's on right now. MIMI WALTERS: "Immigration is a very big issue, especially for somebody like me coming from California. And one of our goals is to put legislation on the president's desk that will, you know, make sure that people in this country who are not here legally are taken care of." [MSNBC The Briefing, VIDEO 2:15-3:02, 1/16/15]

**2015: Walters: "We Have To Take Into Consideration What Happens To These Families Who Come Over To This Country Because They Want A Better Life."** MIMI WALTERS: "Well, we just need to be patient. Listen, we're parents, we're families, we have to take into consideration what happens to these families who come over to this country because they want a better life. They want-- America is the land of opportunity. So we have to think about that from an emotional standpoint. Family is extremely important." [MSNBC The Briefing, VIDEO 5:08-5:31, 1/16/15]

**Walters Said She Would Support A "Pathway To Legalization" For Undocumented Immigrants In America**

**2015: Walters: "I Would Support A Pathway To Legalization For Those 11 Million [Undocumented Immigrants] That Are Here, But You Have To Remember That People Have Gone Through This Process Already…"** "I would support a pathway to legalization for those 11 million that are here, but you have to remember that people have gone through this process already, and we should not be putting those people ahead of the people that have gone through the process. Another issue we have to deal with are people who are here on expired visas. We need to have reform when it comes to our visas." [New York Times, 3/2/15]

**Walters Said Undocumented Immigrants "Should Not Be Rewarded, But We Should Welcome Immigrants Who Are Willing To Work Hard, Obey Our Laws, And Learn English"**

**2014: Walters: "Those Who Cross The Border Illegally Should Not Be Rewarded, But We Should Welcome Immigrants Who Are Willing To Work Hard, Obey Our Laws, And Learn English."** MIMI WALTERS: "America's immigration and border security systems are broken. As your representative in Congress, I'll work for a clear and enforceable policy that begins with secure borders and treats everyone in a humane and fair manner. Those who cross the border illegally should not be rewarded, but we should welcome immigrants who are willing to work hard, obey our laws, and learn English." [Walters for Congress, Mimi Walters on Immigration, 2/12/14]

**Walters Said She Was Opposed "To Amnesty For Illegal Immigrants"**

**2004: Walters: "I Am Opposed To Illegal Immigration And Opposed To Amnesty For Illegal Immigrants."** Q: "My mother came to the United States 17 years ago after she was married. She put the rest of her family on a waiting list 15 years ago, and they're still waiting. In light of illegal immigration, how do you respond to this?" Walters: "I am opposed to illegal immigration and opposed to amnesty for illegal immigrants. It absolutely is breaking our backs on the money that we spend on the illegals." [Sun Post News, 1/30/04]

# National Security

**Walters Said The Visa Waiver Program Improvement And Terrorist Travel Prevention Act Would "Strengthen U.S. National Security"**

**2015: Walters Voted In Favor Of The Visa Waiver Program Improvement And Terrorist Travel Prevention Act, Which She Said Would "Strengthen U.S. National Security."** "The Visa Waiver Program (VWP) has been in place for thirty years, providing residents of 38 countries the ability to travel to the U.S. for up to 90 days without attaining a visa by passing background security checks. While the VWP has an enormously positive economic impact – supporting one million U.S. jobs and $190 billion in 2014 - the growing threat from extremists and terrorists groups like ISIS, highlight the need to close security gaps in the VWP. This legislation would strengthen U.S. national security by requiring participating countries to share counterterrorism intelligence with the U.S., allow DHS to suspend a high-risk country's participation, and prohibit those who have recently traveled to Syria or Iraq from using the program. It is critical that we take every step possible to protect American citizens and send this bill to the president's desk without delay." [H.R. 158, Vote #679, 12/8/15; Rep. Mimi Walters, Press Release, 12/8/15]

# E-Verify

**Walters Introduced Legislation That Would Require Every State Agency In California To Verify The Employment Eligibility Of New Employees Using The E-Verify System**

**February 2008: Walters Introduced Legislation That Would Require Every State Agency To Verify The Employment Eligibility Of New Employees Using The E-Verify System.** "Existing federal law prohibits employers from hiring specified persons, including unauthorized aliens, as defined. Existing law requires an employer to obtain specified documents and information from a new employee verifying that person's eligibility for employment. Existing law establishes a pilot program, operated by the United States Department of Homeland Security in partnership with the Social Security Administration, known as the E-Verify system, for use by employers on a voluntary basis to verify the employment eligibility of new employees. This bill would require every state agency, after hiring an employee, to verify electronically the employment eligibility of that employee by using the E-Verify system, or any successor to that system." [AB-2102, introduced 2/19/08]

# Highly Skilled Immigrants

**Walters Said She Would Work With Her Colleagues To Ensure The O-Visa Program Operates Effectively**

**2016: Walters: "…I Will Continue To Work With My Colleagues To Ensure The O-Visa Program Operates Effectively."** "This bipartisan bill would improve the ability to detect potential fraud and abuse, and in doing so, it will help ensure the integrity of the O-Visa program.  All of this will come through leveraging the resources of the private stakeholder organizations meaning no taxpayer resources will be used.  I was pleased the Judiciary Committee passed the O-VISA Act today.  I look forward to its consideration by the full House of Representatives, and I will continue to work with my colleagues to ensure the O-Visa program operates effectively." [Rep. Mimi Walters, Press Release, 5/25/16]

**2016: Walters Cited The Congressional Budget Office When Describing The Impact Of The O-VISA Act.** "I was pleased to receive the recent report from the nonpartisan Congressional Budget Office that H.R. 3636 will have no significant cost to the taxpayer. In fact, any associated costs will be recouped from fees that are collected by the Department of Homeland Security in the visa application process. Simply put, H.R. 3636 is a model of commonsense, bipartisan legislation that utilizes private sector expertise to improve our governance." [Congressional Record, 6/13/16]

**USCIS: "The O-1 Nonimmigrant Visa Is For The Individual Who Possesses Extraordinary Ability In The Sciences, Arts, Education, Business, Or Athletics."** "The O-1 nonimmigrant visa is for the individual

who possesses extraordinary ability in the sciences, arts, education, business, or athletics, or who has a demonstrated record of extraordinary achievement in the motion picture or television industry and has been recognized nationally or internationally for those achievements." [U.S. Citizenship & Immigration Services, accessed 8/21/17]

# Jobs

---

### Significant Findings

✓ *Walters voted three times to blockl tax incentives for companies that promote insourcing of jobs*

✓ *Walters voted twice to block consideration of a bill that would promote effective workforce development programs, in the form of apprenticeships*

---

## Outsourcing

### Walters Voted Three Times To Block Tax Incentives For Companies That Repatriate Jobs

**Walters Voted For Blocking A Bill That Would Encourage Domestic Insourcing And Discourage Foreign Outsourcing.** In June 2017, Walters voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 392) that would provide for consideration of the bill (HR 1873)." According to the Congressional Record, Rep. Polis offered an amendment for "consideration of the bill (H.R.685) to amend the Internal Revenue Code of 1986 to encourage domestic insourcing and discourage foreign outsourcing." A vote for the previous question was a vote to block the bill encouraging domestic insourcing and discouraging foreign outsourcing. The previous question carried, 229-186. [H Res 392, Vote #312, 6/21/17; CQ, 6/21/17; Congressional Record, 6/21/17]

**Walters Voted For Blocking An Amendment To The Internal Revenue Code Of 1986 That Would Encourage Domestic Insourcing And Discourage Foreign Outsourcing.** In June 2017, Walters voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 415)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 685) to amend the Internal Revenue Code of 1986 to encourage domestic insourcing and discourage foreign outsourcing." A vote for the previous question was a vote to block consideration of HR 685. The previous question carried, 235-190. [H Res 415, Vote #339, 6/29/17; CQ, 6/29/17; DemocraticLeader.gov, 6/29/17]

**Walters Voted For Blocking Consideration Of The Bring Jobs Home Act.** In July 2017, Walters voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic previous question would amend the rule to allow for consideration of H.R. 685, the bring jobs home act, which closes a tax loophole that actually rewards companies for moving jobs overseas while providing a tax credit to companies that move jobs back home to the U.S. A vote for the motion was a vote to block consideration of the Bring Jobs Home Act. The motion was agreed to by a vote of 236-192. [H RES 454, Vote #393, 7/19/17; CQ, 7/19/17]

## Workforce Development

### Walters Voted For Blocking Consideration Of HR 2933, The Leveraging Effective To Rebuild National Skills Act

**Walters Voted For Blocking Consideration Of HR 2933, The Leveraging Effective To Rebuild National Skills Act.** In July 2017, Walters voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 468) that would provide for House floor consideration of the joint resolution (H J Res 111) that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in certain consumer contracts." According to the Democratic Leader's website "the Democratic previous question would amend the rule to allow for consideration of H.R. 2933, the leveraging effective apprenticeships to rebuild national skills act, which would promote effective

apprenticeships that give students and workers the skills they need to find well-paying jobs." A vote *for the motion was a vote to block consideration of the leveraging effective apprenticeships to rebuild national skills act.* The motion was adopted by a vote of 229-184. [H RES 468, Vote #410, 7/25/17; CQ, 7/25/17; DemocraticLeader.Gov, 7/25/17]

---

**Walters Voted To Block Consideration Of A Bill That Would Promote Apprenticeship Programs**

---

**Walters Voted For Blocking Consideration Of A Bill That Would Promote Effective Apprenticeships.** In July 2017, Walters voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 440)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 2933) to promote effective registered apprenticeships, for skills, credentials, and employment, and for other purposes." A vote for the previous question was a vote to block the effective apprenticeships bill. The previous question carried, 234-187. [H Res 440, Vote #354, 7/13/17; CQ, 7/13/17; DemocraticLeader.gov, 7/13/17]

# Labor

---

### Significant Findings

- ✓ *In 2004, Walters declared, "I don't believe in unions. I believe in private enterprise."*

- ✓ *Walters co-sponsored the National Right to Work Act and the Employee Rights Act, which would have dealt a "crippling blow" to labor unions.*

- ✓ *As state senator, Walters criticized legislation that made domestic workers in California eligible for overtime pay, calling the law a "hardship" for people who have to pay those workers.*

- ✓ *While in Congress, Walters voted against a budget plan that included a higher minimum wage.*

- ✓ *While in Congress, Walters voted for a bill that would roll back regulations that made companies liable for labor law violations by their subcontractors*

- ✓ *While a state senator in California, Walters voted against a minimum wage increase.*

- ✓ *As state senator, Walters voted against a bill that would require paid sick leave for employees in California.*

---

## Organized Labor

### Walters: "I Don't Believe In Unions. I Believe In Private Enterprise."

**2004: Walters: "I Don't Believe In Unions. I Believe In Private Enterprise."** "She criticized Wilson for accepting money from government employee unions, who she said might believe they're entitled to payback if he's elected. 'They have not offered to give me any money because they know I won't take it,' she said. 'I don't believe in unions. I believe in private enterprise.'" [Los Angeles Times, 2/23/04]

**2004: Walters Criticized Her Primary Opponent Over The Support He Received From Labor Groups And The California Teachers' Association.** "Walters had strongly backed Wilson's re-election effort to the Board of Supervisors in 2001 and felt blindsided when Wilson chose to run for the Assembly after being informed that she sought the seat. What Walters saw as a 'betrayal' put an edge to her campaign, and she never let an opportunity pass to jab at Wilson. Her most pointed barbs came over his support from labor groups and the California Teachers' Assn., which Walters spun as putting him in the pocket of labor." [California Journal, 4/1/04]

### Walters Co-Sponsored Legislation That Would Have Dealt A "Potentially Crippling Blow" To Unions Including Barring Companies From Voluntarily Recognizing A Union

#### Walters Co-Sponsored The Employee Rights Act, Which Reportedly Would Have Dealt A "Potentially Crippling Blow" To Unions

**2016: Walters Co-Sponsored The Employee Rights Act.** [H.R. 3322, 114th Congress, introduced 7/27/15]

> **Washington Examiner Headline: "GOP Rolls Out Employee Rights Act To Cripple Union Power"**
> [Washington Examiner, 7/27/15]

**Washington Examiner: Employee Rights Act Included "Changes That Could Deal A Potentially Crippling Blow To Union Political Power If Adopted."** "Republican lawmakers rolled out plans Monday for the first major reform of federal labor laws in six decades, including changes that could deal a potentially crippling blow to union political power if adopted." [Washington Examiner, 7/27/15]

**Economic Policy Institute: The Employee Rights Act "Would Strip Workers Of Many Rights Under The National Labor Relations Act."** "Before leaving for recess last week, congressional Republicans introduced a bill that would make it more difficult for workers to form a union and collectively bargain. The misleadingly named Employee Rights Act has been introduced in prior Congresses as well. The legislation would strip workers of many rights under the National Labor Relations Act (NLRA). For example, it would prohibit voluntary employer recognition of a union. (Under existing law, an employer is free to recognize a union and bargain with its workforce when workers show majority support for the union.) The bill also reinstitutes unnecessary delay in the union election process, mandating that parties litigate issues likely to be resolved in the election." [Economic Policy Institute, 5/30/17]

---

### Walters Co-Sponsored The National Right To Work Act

---

**2016: Walters Co-Sponsored The National Right To Work Act.** [H.R. 612, 114th Congress, introduced 1/28/15]

**CNBC: Opponents Of Right To Work Laws "Say The Laws Are Primarily Meant To Weaken Unions – Which The Proponents Don't Exactly Deny."** "Proponents say right-to-work laws guarantee freedom for employees by making it illegal to force them to pay union dues in order to get or keep a job. Opponents say the laws are primarily meant to weaken unions—which the proponents don't exactly deny—and workers who benefit from union representation should pay their fair share." [CNBC, 5/29/15]

**Economic Policy Institute: Wages In Right To Work States Were 3.1 Percent Lower Than In Non-Right-To-Work States.** "Wages in RTW states are 3.1 percent lower than those in non-RTW states, after controlling for a full complement of individual demographic and socioeconomic factors as well as state macroeconomic indicators. This translates into RTW being associated with $1,558 lower annual wages for a typical full-time, full-year worker." [Economic Policy Institute, 4/22/15]

**Economic Policy Institute: Right To Work Laws Affect The Wages Of Both Union And Non-Union Workers.** "This paper updates and confirms the findings of Gould and Shierholz (2011). No matter how you slice the data, wages in RTW states are lower, on average, than wages in non-RTW states. As shown in great detail in Gould and Shierholz (2011), these results do not just apply to union members, but to all employees in a state. Where unions are strong, compensation increases even for workers not covered by any union contract, as nonunion employers face competitive pressure to match union standards. Likewise, when unions are weakened by RTW laws, all of a state's workers feel the impact." [Economic Policy Institute, 4/22/15]

---

## National Labor Relations Board

---

### Walters Voted To Overturn An Obama-Era NLRB Ruling That Made Companies Liable For Labor Law Violations Of Their Subcontractors

---

**Walters Voted For Overturning An Obama-Era National Labor Relations Board Ruling That Made Companies Liable For Labor Law Violations Of Subcontractors.** In November 2017, Walters voted for: "Passage of the bill that would define a joint employer as an entity with actual, direct and immediate control over employees, with significant control over essential terms of employment such as hiring, determining pay and benefits, day-to-day supervision of employees, and assigning individual work schedules." The bill passed 242-181. [HR 3441, Vote #614, 11/7/17; CQ, 11/7/17]

**HEADLINE: "House Passes Bill To Overturn Controversial Joint-Employer Ruling."** "The House On Tuesday Evening Passed A Bill That Would Overturn An Obama-Era National Labor Relations Board (NLRB)

Ruling That Made Companies Potentially Liable For Labor Law Violations Committed By Their Subcontractors. […] The Bill, Which Passed The House Monday, Would Change That Definition Under The National Labor Relations Act And The Fair Labor Standards Act To State A Company Is Only Considered A Joint Employer If It "Directly, Actually And Immediately" Has Control Over Essential Terms And Conditions Of Employment." [Hill, 11/7/17]

**Walters Voted Against Requiring A Franchisor To Be Treated As A Joint Employer if The Franchisee Violates Labor Laws.** In November 2017, Walters voted against: "Bonamici, D-Ore., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would require a franchisor to be treated as a joint employer if a franchisee violates labor laws at the direction of the franchisor." The motion was rejected 235-186. [HR 3441, Vote #613, 11/7/17; CQ, 11/7/17]

**Walters Voted For Considering A Bill To Overturn Obama-era NLRB Rule That Made Companies Liable For Labor Law Violations Of Subcontractors.** In November 2017, Walters voted for: "Adoption of the rule (H Res 607) that would provide for House floor consideration of the bill (HR 3043) that would specify a variety of timeframes and procedures for the Federal Energy Regulatory Commission to follow in carrying out required permitting and licensing activities for non-federal hydropower projects. It would also provide for consideration of the bill (HR 3441) that would modify the statutory definition of joint employer to clarify that an employer must have actual, direct and immediate control over employees to be considered a joint employer." The resolution was adopted 233-182. [HRes 607, Vote #611, 11/7/17; CQ, 11/7/17]

## Minimum Wage

### 2017: Walters Voted To Block A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years

**Walters Voted For Block A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years.** In June 2017, Walters voted for a motion to order the previous question. A yes vote would block consideration of "H.R. 15, The Raise The Wage Act,, which would give workers the raise they deserve, and increase the federal minimum wage to $15 an hour within 7 years." The bill passed 235-190. [HR 3003, Vote #331, 6/28/17; CQ, 6/28/17; DemocraticLeader.gov, accessed 9/12/17]

### 2015: Walters Voted Against A Budget Plan That Included A Higher Minimum Wage

**2015: Walters Voted Against A Democratic Budget Plan That Included A Higher Minimum Wage.** In March 2015, Walters voted against the Democratic alternative budget that "proposed more investment in education and infrastructure, new taxes on the wealthiest Americans, and several pet ideas including a higher minimum wage, paid sick leave, expanded early childhood education and a ban on tax breaks for executives unless they increase their employees' wages." The amendment failed 160 to 264. [H Con Res 27, Vote #139, 3/25/15; RealClearPolitics, 3/23/15]

### 2013-2014: Walters Voted Against Raising California's Minimum Wage, Claiming It Would "Hurt Small Businesses" And Kill Jobs

**2013-2014: Walters Voted Against Raising California's Minimum Wage**

**2014: Walters Voted Against Increasing The Minimum Wage In California.** [SB-935, California State Senate, introduced 2/3/14]

**2013: Walters Voted Against Increasing The Minimum Wage In California.** [AB-10, California State Assembly, chaptered 9/25/13]

**Mashable: Walters "Staked Out A Position Against Minimum Wage" In The California State Senate.**
"During her time as a state senator, Walters has staked out a position against minimum wage, but has gone against the grain of other Republicans when it comes to combatting climate change, where she is viewed as a moderate." [Mashable, 11/12/14]

---

**2014: Walters Said Increasing California's Minimum Wage Form $8 To $9 Would Kill Jobs And Hurt Small Business**

---

**2014: Walters Said A Minimum Wage Increase In California Would Kill Jobs And Hurt Small Business.**
"Walters said she opposed the minimum-wage increase passed in September for California, where the cost of living is among the highest in the nation. The measure will raise the wage to $9 from $8 in July, and to $10 in 2016. Walters said she thinks the 'job-killing' increase is 'really going to hurt small business.'" [Orange County Register, 1/10/14]

## Paid Sick Leave

**2017: Walters Voted Against Allowing Americans To Earn Paid Sick Leave**

**Walters Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave.** In May 2017, Walters voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, the previous question would allow for "consideration of the bill (H.R. 1516) to allow Americans to earn paid sick time so that they can address their own health needs and the health needs of their families." A vote for the previous question was a vote to block the amendment for paid sick leave. The previous question carried, 231-188. [H Res 352, Vote #275, 5/24/17; CQ, 5/24/17]

---

**2014: As State Senator, Walters Opposed Paid Sick Leave Because It Reduced "California's Competitive Edge"**

---

**2014: Walters Voted Against Legislation That Would Require Paid Sick Leave For Employees In California**

---

**2014: Walters Voted Against Legislation That Would Require Paid Sick Leave For Employees In California.**
[AB-1522, California State Assembly, chaptered 9/10/14]

---

**2014: Walters Said The Bill Reduced "California's Competitive Edge To States Who Don't Have This Requirement"**

---

**2014: Walters Said The Bill Reduced "California's Competitive Edge To States Who Don't Have This Requirement."** "State Sen. Mimi Walters, R-Laguna Niguel, said AB 1522 won't help California keep or attract businesses and jobs. 'It reduces California's competitive edge to states who don't have this requirement,' Walters said." [Orange County Register, 9/2/14]

## Overtime Pay

**Walters Voted For Undermining Worker Protections By Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time'**

**2017: Walters Voted For Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time.'** In May 2017, Walters voted for "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees would be required to have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of

compensatory time and employers would be required to provide monetary compensation by Jan. 31, for any unused compensatory time accrued during the preceding year. The bill's provisions would sunset five years after enactment." The bill was passed by a vote of 229-197. [HR 1180, Vote #244, 5/2/17; CQ, 5/2/17]

**NBC News: Democrats Opposed The Bill, Saying It Weakened Worker Protections And Could Allow Employers, Who Would Have Final Say On Scheduled Comp Time, To "Kick The Can Down The Road On Money You Earned Putting In Extra Hours."** "The House of Representatives passed a bill Tuesday that would allow employees to swap overtime pay for "comp time," a rules change congressional Republicans have tried to push through for more than two decades. […] Where do the Democrats stand? They really don't like this bill. Many progressives in the House argue that the proposal would chip away at protections for hardworking Americans and undermine the Fair Labor Standards Act. The measure, among other rules, would give employers the final say on when comp time can be used. In other words, House Dems fear, your boss could conceivably kick the can down the road on money you earned putting in extra hours. Massachusetts Sen. Elizabeth Warren, a fierce advocate for workers' rights, blasted the bill as a 'disgrace.'" [NBC News, 5/3/17]

**Voted Against Blocking Protections From The Bill For Employees Who Receive Seven Or More Sick Days From Their Employers, Which Can Be Used To Seek Care For Pre-Existing Medical Conditions.** In May 2017, Walters voted against "Scott, D-Va., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions employees who receive seven or more sick days from their employer." The motion was rejected by a vote of 192-234. [HR 1180, Vote #243, 5/2/17; CQ, 5/2/17]

**Voted To Waive Certain Rules Making It Easier For The House To Pass A Bill To Allow Employees To Trade Overtime Pay For Comp Time.** In May 2017, Walters voted for "Adoption of the rule (H Res 299) that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. It would waive, through the legislative day of May 5, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules on the legislative days of May 4 and May 5, 2017." The rule was adopted by a vote of 230-193. [HR 1180 (HRes 299), Vote #241, 5/2/17; CQ, 5/2/17]

| 2014: Walters Criticized Legislation That Made Domestic Workers In California Eligible For Overtime Pay, Calling The Law A "Hardship" For People Who Have To Pay Those Workers |
| --- |

**2014: Walters Criticized Legislation That Made Domestic Workers In California Eligible For Overtime Pay, Calling The Law A "Hardship" For People Who Pay Those Workers.** "She also criticized the recently passed Domestic Workers Bill of Rights, which makes nannies, home health-care aides and other domestic workers in California eligible for overtime pay. Workers qualify for overtime if they work more than nine hours in a day or 45 in a week. She said the law would be a 'hardship' for people who pay those workers." [Orange County Register, 1/10/14]

## Unemployment Insurance

| 2017: Walters Opposed A Labor Department Rule That Defined Occupations Eligible For Drug Testing Of Unemployment Insurance Applicants Because It Was Too Narrow |
| --- |

**Walters Voted For Legislation Disapproving A Labor Department Rule That Defines The Occupations Eligible For Drug Testing Of Unemployment Insurance Applicants**

**2017: Walters Voted For Legislation Disapproving A Labor Department Rule That Defines The Occupations Eligible For Drug Testing Of Unemployment Insurance Applicants.** [H.J. Res. 42, Vote #97, 2/15/17]

**Republicans Felt The Labor Department Rule Was Too Narrow In Defining The Occupations That Could Be Drug Tested.** "The Department of Labor issued its final rule in August 2016 to implement the Act, more than four years after the law was enacted. According to the Committee, the final rule falls short of achieving the intended purpose of the law by narrowly defining the occupations that 'regularly' drug test as those required by state or federal law, and ensures states cannot enact the law as Congress intended." [Republican Policy Committee, accessed 8/2/17]

## Worker's Compensation

**Walters Said She Would Reform Worker's Compensation By Doing Away With Presumption, Noting "There Is Too Much Fraud"**

**2004: Asked How She Would Reform Worker's Compensation, Walters Said We Need To Do Away With Presumption, Noting "There Is Too Much Fraud."** Q: "If you are elected to the state Legislature, how would you reform worker's compensation?" [...] Walters: "For worker's compensation, we need to do away with presumption. At the moment there is no third party to verify that someone was injured on the job. 'The fact is there is too much fraud.'" [Sun Post News, 1/30/04]

# LGBT Issues

### Significant Findings

✓ *After the California Supreme Court ruled that the state's same-sex marriage ban was unconstitutional, Walters called the decision a "travesty for family values."*

✓ *Walters said she believed marriage should be between a man and woman, and said same-sex couples should not expect the "same rights as those of a married couple."*

✓ *Walters voted against preventing discrimination based on sexual orientation or gender identity.*

✓ *Walters voted for amendment to protect North Carolina from losing federal funding after it passed anti-transgender bathroom law.*

✓ *Walters voted for amendment to give religious institutions an exemption from protecting LGBT workers from discrimination.*

✓ *Walters voted against prohibiting federal contractors from discriminating based on sexual orientation.*

## Marriage Equality

### After The California Supreme Court Ruled The State's Same-Sex Marriage Ban Was Unconstitutional, Walters Called The Decision A "Travesty For Family Values"

**2008: After The California Supreme Court Ruled That The State's Same-Sex Marriage Ban Was Unconstitutional, Walters Called The Decision A "Travesty For Family Values."** "Today, in response to the California Supreme Court ruling that struck down Proposition 22 on a 4-3 vote, Assemblywoman Mimi Walters called the decision a travesty for family values. 'The Supreme Court today blatantly disregarded the will of Californians to protect the sacred institution of marriage. The Court stated that it could not "find that the retention of the traditional definition of marriage constitutes a compelling state interest,"' Walters said. 'I could not disagree more strongly with the Court's ruling today. Marriage between a man and a woman is the foundation of our society, and the Court's action is a travesty for family values.' 'Today's decision completely ignores the will of over 60% of California's voters who approved Proposition 22 eight years ago," Walters continued." [Assemblywoman Walters, Press Release, 5/15/08]

**2008: Walters: "I Pledge To Fight The Supreme Court's Decision To Allow Gay Marriage In California By Working To Ensure The Passage Of The California Marriage Protection Act…"** "The California Marriage Protection Act, an initiative in circulation that has gathered 1.5 million signatures and will appear on the November ballot, will write into the California Constitution that the only marriages recognized in this state are those between one man and one woman. 'I pledge to fight the Supreme Court's decision to allow gay marriage in California by working to ensure the passage of the California Marriage Protection Act this November,' Walters concluded." [Assemblywoman Walters, Press Release, 5/15/08]

### Walters Said She Believed Marriage Should Be Between A Man And Woman, And Said Same-Sex Couples Should Not Expect The "Same Rights As Those Of A Married Couple"

**2004: Walters Said She Believed Marriage Should Be Between A Man And Woman, And Said Same-Sex Couples Should Not Expect The "Same Rights As Those Of A Married Couple."** Q: (presented anonymously) "I am an 18-year-old student, I am involved in extracurricular activities and I am gay. What is your stance on gay

rights and same-sex marriages?" [...] Walters: "Marriage should be between a man and woman. 'It's your business. But don't come forward and ask for the same rights as those of a married couple.'" [Sun Post News, 1/30/04]

## Discrimination

### Walters Voted Against Preventing Discrimination Based On Sexual Orientation Or Gender Identity

**2016: Walters Voted Against Preventing Discrimination Based On Sexual Orientation Or Gender Identity.** In January 2016, Walters voted against a motion that would "exempt from the bill's provisions any rule that prohibits discrimination by federal contractors or subcontractors on the basis of sex, sexual orientation, or gender identity." The motion to recommit failed, 178-239. [HR 1155, Vote #19, 1/7/16; CQ Floor Votes, 1/8/15]

### Walters Voted Against Protecting LGBT Schoolchildren Against Discrimination In D.C. Voucher Program

**2016: Walters Voted Against Protecting LGBT Schoolchildren Against Discrimination In D.C. Voucher Program.** In April 2016, Walters voted against a motion that would amend the SOAR Act to require D.C.'s voucher program to prohibit schools from discriminating against LGBT students. The motion "would codify exclusion from the bill's private school voucher program any eligible entity or school that discriminates against program participants or applicants on the basis of "actual or perceived sexual orientation or gender identity." The motion failed, 167 to 228. [H Res 4901, Vote #178; CQ BillTrack, 4/29/16]

### Walters Voted For An Amendment to Protect North Carolina From Losing Federal Funding After It Passed Anti-Transgender Bathroom Law

**2016: Walters Voted For Amendment to Protect North Carolina From Losing Federal Funding After It Passed Anti-Transgender Bathroom Law.** In May 2016, Walters voted for an amendment "which prohibits the Obama administration from blocking North Carolina from receiving federal funds in retaliation to its transgender bathroom law. " The amendment was adopted in Committee of the Whole by a vote of 227-192. [HR 5055, Vote #255, 5/25/16; Roll Call, 5/26/16]

### Walters Voted For An Amendment To Give Religious Institutions An Exemption From Protecting LGBT Workers From Discrimination

**2016: Walters Voted For Amendment To Give Religious Institutions An Exemption From Protecting LGBT Workers From Discrimination.** In May 2016, Walters voted for an amendment that would prohibit use of funds made available by the bill in contravention of a law that prohibits the government from substantially burdening the free exercise of religion, an executive order related to faith based organizations, or certain provisions of the Civil Rights Act or the American Disabilities Act related to religious groups. The amendment was adopted in Committee of the Whole by a vote of 233-186. [HR 5055, Vote #259, 5/25/16; CQ Floor Votes, 5/25/16]

### Walters Voted Against Prohibiting Federal Contractors From Discriminating Based On Sexual Orientation

**2016: Walters Voted Against Prohibiting Federal Contractors From Discriminating Based On Sexual Orientation.** In May 2016, Walters voted against: "Maloney, D-N.Y., amendment that would bar use of appropriated funds in contravention of an executive order that prohibits federal contractors from discriminating based on sexual orientation or gender identity." The amendment failed, 212-213. [HR 4974, Vote #226, 5/19/16; CQ, 5/19/16]

**House Republicans Voted Down Maloney Amendment By One Vote Margin After Several Republicans Switched Votes At Last Minute. "**It was an unruly scene on the floor with Democrats chanting, 'Shame!' after GOP leaders barely muscled up the votes to reject, 212-213, an amendment by Rep. Sean Patrick Maloney (D-N.Y.) that would have effectively barred federal contractors from getting government work if they discriminate against the LGBT community. At one point, a monitor in the House gallery showed there were 217 votes supporting the legislation, eliciting cheers of joy from Democrats who thought the measure might actually pass. But over the course of about 10 minutes, those votes suddenly dropped one by one to 212 — and the amendment failed." [Politico, 5/19/16]

**According To Congressional Democrats, Walters Originally Supported The Amendment Before She Voted No.** "Last week, Maloney's proposal looked poised to pass, 217 to 206, before GOP leaders seemed to begin a last-minute scramble to rally Republicans against it. The language ultimately failed, 213 to 212. Democrats said seven GOP members who originally supported it — Reps. Darrell Issa, Jeff Denham, Mimi Walters and David Valadao of California; Greg Walden (Ore.), David Young (Iowa), and Bruce Poliquin (Maine) — wound up in the 'no' column." [Washington Post, 5/25/16]

# National Security & Terrorism

<u>**Significant Findings**</u>

✓ *Walters pushed for the Republican "National Security Plan" which she claimed would focus on rooting out "radical Islamist terrorism" and partner the U.S. government with cyber security experts to combat cyber threats.*

    ✓ *Walters: "We need to be careful because there are people who use their religion for evil reasons."*

✓ *Walters voted three times against a clean Department of Homeland Security funding bill that did not include efforts to defund Obama's immigration executive orders.*

✓ *Walters voted to allow individuals with primarily political functions to sit on the National Security Council after Trump appointed Steve Bannon to the National Security Council.*

## Funding

### 2017: Walters Voted For Suspending The Rules And Authorizing Fiscal Year 2018 Funding For US Intelligence Agencies And Activities

**Walters Voted For Suspending The Rules And Passing A Bill That Would Authorize FY 2018 Funding For US Intelligence Agencies And Intelligence Related Activities.** In July 2017, Walters voted for: "Nunes, R-Calif., motion to suspend the rules and pass the bill that would authorize classified amounts of funding through fiscal 2018 for 16 U.S. intelligence agencies and intelligence-related activities, including the Office of the National Intelligence Director, the CIA and the National Security Agency. The bill would authorize $527 million in fiscal 2018 in funding to the Intelligence Community Management Account and would authorize $514 million through fiscal 2018 in funding to the CIA Retirement and Disability Fund. The bill would require the director of National Intelligence to submit to Congress multiple reports regarding Russia's campaigns directed at foreign elections and its efforts related to cyber influence, including an analytical assessment of the most significant Russian influence campaigns, if any, conducted during the three years prior to the bill's enactment." The motion was rejected by a vote of 241-163. [H R 3180, Vote #407, 7/24/17; CQ, 7/24/17]

**Walters Voted For Moving Forward To Consideration Of The FY 2018 Funding For The Intelligence Agencies And Waiving The Two-Thirds Vote Requirement To Consider Legislation The Same Day It Is Reported From The House Rules Committee.** In July 2017, Walters voted for: "Adoption of the rule (H Res 481) that would provide for House floor consideration of the bill (HR 3180) that would authorize classified amounts of funding through fiscal 2018 for 16 U.S. intelligence agencies and intelligence-related activities, including the Office of the National Intelligence Director, the CIA and the National Security Agency. The rule would waive, through the legislative day of August 1, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee." The rule was adopted by a vote of 224-186. [H RES 481, Vote #436, 7/28/17; CQ, 7/28/17]

## Cyber Security

### Walters Said The Republican National Security Plan Would Require The Federal Government To Work With Tech Experts To Combat Cyber Threats

**2016: Walters Said The Republican National Security Plan Would Require The Federal Government To Work With Tech Experts To Combat Cyber Threats.** "We also wrote our plan with the understanding that our homeland faces a number of threats—from border security to cybersecurity—and with the understanding that new threats will emerge. It renews our friendship with our allies. It makes sure our military and law enforcement officers have the tools they need to complete their missions. It makes sure our veterans receive the care they have earned. It also requires the federal government to work with technology experts—and bring together the best minds in one room to find ways to combat cyber threats." [Remarks of Congresswoman Mimi Walters, Weekly Republican Address, 8/20/16]

## Homeland Security

### Walters Voted Three Times Against A Clean Department Of Homeland Security Funding Bill That Did Not Include Efforts To Defund Obama's Immigration Executive Orders

**Feb. 2015: Walters Voted To Block Consideration Of Clean DHS Funding Bill.** In February 2015, Walters voted To Block consideration of a motion to force a clean vote on the DHS funding bill without anti-immigration riders. The previous question passed, 241 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 121, Vote #86, 2/25/15]

**Feb. 2015: Walters Voted To Block Consideration Of Clean Department Of Homeland Security Funding Bill.** In February 2015, Walters voted To Block consideration of a motion to "force a vote on clean legislation to provide long-term funding for the Department Homeland Security, without radical, anti-immigrant riders." The previous question passed, 242 to 183. A vote against the previous question would have allowed the bill to be considered. [H.Res.100, Vote #71, 2/11/15; Democratic Leadership Summary, 2/11/15]

**Jan. 2015: Walters Voted Against Clean DHS Funding Bill.** In January 2015, Walters voted against a motion that would allow a clean version of the Homeland Security funding bill—without amendments defunding Obama's executive order on immigration—to pass, removing the threat of shutdown for the Department. The measure failed 244 to 184. [HR 240, Vote #34, 1/14/15]

## Political Appointees

### Walters Voted To Allow Politicization Of The National Security Council

### 2017: Walters Voted To Allow Individuals With Primarily Political Functions To Sit On The National Security Council

**2017: Walters Voted To Block An Amendment To Prohibit Members Of The Administration Whose Primary Function Is Political From Being Appointed To The National Security Council.** In February 2017, Walters voted for voted for the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 99)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the National Security Act of 1947 to prohibit any individual whose primary responsibility is political in nature from being designated a member of the Council.  Further, the bill expresses the sense of Congress that the Director of National Intelligence or the Chairman of the Joint Chiefs of Staff should not be prevented from attending Principals Committee meetings." A yes vote was a vote to block the amendment. The motion was agreed to by a vote of 225-189. [H.Res 99, Vote #88, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

### Trump Designated Political Advisor Steve Bannon To A Full Seat On The National Security Council

**January 2017: President Trump Designated Political Advisor Steve Bannon To A Full Seat On The "Principals Committee" Of The National Security Council, Elevating His Informal Rank To The Equivalent**

**Of A Cabinet-Level Secretary.** "The whirlwind first week of Donald J. Trump's presidency had all the bravura hallmarks of a Stephen K. Bannon production. […] But the defining moment for Mr. Bannon came Saturday night in the form of an executive order giving the rumpled right-wing agitator a full seat on the "principals committee" of the National Security Council — while downgrading the roles of the chairman of the Joint Chiefs of Staff and the director of national intelligence, who will now attend only when the council is considering issues in their direct areas of responsibilities. It is a startling elevation of a political adviser, to a status alongside the secretaries of state and defense, and over the president's top military and intelligence advisers. In theory, the move put Mr. Bannon, a former Navy surface warfare officer, admiral's aide, investment banker, Hollywood producer and Breitbart News firebrand, on the same level as his friend, Michael T. Flynn, the national security adviser, a former Pentagon intelligence chief who was Mr. Trump's top adviser on national security issues before a series of missteps reduced his influence." [New York Times, 1/29/17]

> **Former George W. Bush Chief Of Staff Josh Bolten Criticized Bannon's Designation To The NSC, Said The NSC's Actions Should "Not Be Tainted By Any Political Decisions."** "Former White House officials in both parties were shocked by the move. 'The last place you want to put somebody who worries about politics is in a room where they're talking about national security,' said Leon E. Panetta, a former White House chief of staff, defense secretary and C.I.A. director in two Democratic administrations. 'I've never seen that happen, and it shouldn't happen. It's not like he has broad experience in foreign policy and national security issues. He doesn't. His primary role is to control or guide the president's conscience based on his campaign promises. That's not what the National Security Council is supposed to be about.' That opinion was shared by President George W. Bush's last chief of staff, Josh Bolten, who barred Karl Rove, Mr. Bush's political adviser, from N.S.C. meetings. A president's decisions made with those advisers, he told a conference audience in September, 'involve life and death for the people in uniform" and should "not be tainted by any political decisions.'" [New York Times, 1/29/17]

## "Radical Islamic Terrorism"

### Walters Said That Rooting Out "Radical Islamist Terrorism" Was "Crucial To Protecting Americans"

**2016: Walters: "We Focus A Lot Of Attention On Defeating Radical Islamist Terrorism Because Rooting Out This Extremist Ideology Is Crucial To Protecting Americans."** "A Better Way is our answer to the challenges we face. Our plan includes 67 specific ideas to strengthen our national security. We lay out our four objectives: Keep Americans safe at home, defeat the terrorists, advance America's interests abroad, and renew our national security tools. We focus a lot of attention on defeating radical Islamist terrorism because rooting out this extremist ideology is crucial to protecting Americans at home and abroad." [Remarks of Congresswoman Mimi Walters, Weekly Republican Address, 8/20/16]

**2015: Walters: "We Need To Be Careful Because There Are People Who Use Their Religion For Evil Reasons."** NEIL CAVUTO: "Now when he also talked about the dangers of religious extremism, that seemed to be across purposes with the type of nefarious characters who could slip through a border, who might now already be slipping through European borders. I'm referring to the refugees fleeing Syria and some of these other parts. Do you think he appreciates the inherent contradiction in that? That a part of addressing this serious religious extremism, Your Holiness, is to recognize that there are some unholy elements trying to slip through the immigration cracks." MIMI WALTERS: "That's absolutely correct. We need to be careful because there are people who use their religion for evil reasons. And I think the Pope was trying to get that message out. While we need to embrace immigrants, we also need to be careful and make sure that people are not coming to this country who want to harm us." [Fox Business Cavuto Coast to Coast, VIDEO 2:03-2:57, 9/24/15]

# Public Lands

---

### Significant Findings

✓ *Walters voted to allow the state of Alaska to build a road through federal protected lands without federal environmental impact mitigation requirements*

---

## Land Exchanges

**Walters Voted For Requiring The Interior Department To The State Of Alaska Federal Protected Land For A Road Without Implementation Of Federal Mitigation Requirements**

**Walters Voted For Requiring The Interior Department Convey Federal Land Within A National Wildlife Refuge To The State Of Alaska For A Road Between Two Towns.** In July 2017, Walters voted for: "Passage of the bill that would require the Interior Department to convey to the state of Alaska, if requested, 206 acres of federal land within the Izembek National Wildlife Refuge and Izembek Wilderness for the purpose of constructing a single-lane gravel road between the towns of King Cove and Cold Bay, Alaska." The bill passed by a vote of 248-179. [H R 218, Vote #406, 7/20/17; CQ, 7/20/17]

> **Walters Voted Against Prohibiting Implementation Of The King Cove Land Exchange Bill Until The State Of Alaska Repaid Federal Loans.** In July 2017, Walters voted against: "Grijalva, D-Ariz., amendment that would prohibit implementation of the bill's provisions until the state of Alaska has repaid $20 million to the federal government in funds appropriated and loaned to the state of Alaska under the Department of the Interior and Related Agencies Appropriations Act of 1999, for the purpose of construction of an unpaved road, a dock, and marine facilities and equipment on King Cove Corporation lands in King Cove, Alaska." The amendment was rejected by a vote of 167-260. [H R 218, Vote #405, 7/20/17; CQ, 7/20/17]

> **Walters Voted Against Including A Provision In The King Cove Land Exchange Bill That Would Require The Implementation Of Federal Mitigation Requirements.** In July 2017, Walters voted against: "Tsongas, D-Mass., amendment that would include in the bill's road requirements a provision that would require the implementation of previous federal mitigation requirements established by the Omnibus Public Land Management Act of 2009, related to the movement of wildlife and tidal flows, for the purpose of constructing a single-lane gravel road between King Cove, Alaska, and Cold Bay, Alaska." The amendment was rejected by a vote of 190-234. [H R 218, Vote #404, 7/20/17; CQ, 7/20/17]

# Science and Technology Issues

> **Significant Findings**
>
> ✓ *Walters repeatedly voted against funding scientific and climate change research.*

## Scientific Research

### Walters Repeatedly Voted Against Funding Scientific And Climate Change Research

**2015: Walters Voted For Department Of Energy Cuts Aimed At Limiting Scientific And Climate Change Research.** In May 2015, Walters voted for the America COMPETES Reauthorization Act of 2015, which contained targeted cuts for Department of Energy funding aimed at limiting scientific and climate change research. "On Wednesday, the House passed a new iteration of the COMPETES Act that's nearly unrecognizable from its original version. Overall spending remains the same, but under Science, Space and Technology Chairman Lamar Smith, R-Texas, the 2015 reauthorization carries the imprimatur of the Republican Party, with targeted cuts the GOP calls 'fiscally responsible' and Democrats decry as 'draconian.' The new version contains language that would bar some Department of Energy climate science research, dictate research priorities to entities that have typically had more autonomy and ban certain federally-sponsored research from influencing policy decisions. With passage of the bill Wednesday night, 217-205, legislation that was once a Democrat-touted achievement has become a potential selling point for the GOP — transformed so thoroughly that President Barack Obama promised to veto the latest version and no Democrats supported it." The bill passed 217 to 205. [HR 1806, Vote #258; Roll Call, 5/20/15]

> **Bill Cut Programs To Modernize Energy Grid And Funding For Alternative Fuel Research.** "The White House's Office of Management and Budget warned Monday evening that it would advise President Barack Obama to veto the bill, called the COMPETE Re-authorization Act. OMB praised the investments research and technology but panned cuts to programs focused on energy grid modernization and alternative fuels. … COMPETES focuses on the Department of Energy and the National Science Fund, giving each more than $200 million in general research funding increases. But this comes with serious strings attached. Researchers and the White House claim the bill's cuts to alternative energy research hampers growth in a critical field, and the bill bars the Energy Department from setting recommendations for the Environmental Protection Agency based on its own research." [Dallas Morning News, 5/20/15]

> **Bill Eliminated Six Department Of Energy Programs.** "The bill would also eliminate six Department of Energy programs that Alexander's office said were never fully implemented and reform five others." [The Hill, 5/20/15]

> **Bill Sponsor: Legislation Cuts Funding For "Social And Behavioral Science, Redundant Climate Research, And Subsidies For Private Companies."** "The America COMPETES Reauthorization Act of 2015, legislation I introduced that the House will consider this week, sets priorities aimed at stimulating economic competitiveness and growth.  Our bill increases funding for the physical sciences and biology, from which come most of the scientific breakthroughs with the potential to stimulate new industries and jobs. Funding is cut for lower priority areas, including social and behavioral science, redundant climate research, and subsidies for private companies." [The Hill, Rep. Lamar Smith (R-TX) Op-Ed, 5/18/15]

> **Bill Prevents Department Of Energy From Conducting New Climate Change Research, Must Prove That The Research Would Be Unique Before Approval.** "Scalise said that Republicans intend to end funding on 'programs that don't meet the national interests' with legislation, passed Wednesday 217-205, that would focus federal research in biology, chemistry, math and computer science. But Democrats, who didn't provide a single

vote for the bill, said that while there may be a few questionable research projects funded by the federal government, the Republican-drafted bill makes deep cuts in vital scientific research and seems intended to block research into climate change. The bill bars the Department of Energy's Office of Science and Technology from approving new climate change science research 'without making a determination that such work is unique and not duplicative of work by other agencies.' Avoiding duplication makes sense, particularly at a time of large deficits and significant other funding priorities, said Rep. Lamar Smith, R-Texas." [Times-Picayune, 5/20/15]

**Bill Cut Funding For The National Science Foundation By 45% And Decreased Geoscience Funding By 12%.** "Known as the America COMPETES Act, the sweeping measure sets priorities for research programmes at the National Science Foundation (NSF), the Department of Energy and the National Institute of Standards and Technology (NIST). It has drawn sharp criticism from science organizations, which say that the plan would limit the agencies' ability to fund the most promising research, and from the White House. Some of the most controversial provisions apply to the NSF. The bill suggests slashing funds for the agency's social, behavioural and economic-sciences directorate from US$272.2 million in fiscal year 2015 to $150 million a year in 2016 and 2017 — a 45% cut. And it calls for a 12% decrease in geoscience funding, to $1.2 billion annually." [Nature, 5/21/15]

**2015: Walters Voted Against Amendment To Restore Funding For Energy And Climate Change Research.** In May 2015, Walters voted against an amendment that would have restored funding levels for scientific research. The amendment would have provided for "sustained growth and sensible policies across the scientific agencies, in keeping with the goals of the original Competes legislation." "A bill opponent, Rep. Eddie Bernice Johnson, D-Texas, criticized its flat funding of research and development, politicization of the scientific grant-making process, and decreased funding of the ARPA-E program for breakthrough energy research." The motion failed 179 to 239. [HR 1806, Vote #257; On Agreeing to the Amendment, 5/20/15; Albany Herald, 5/23/15]

**Amendment Sponsor LTE: Bill Made "Ideologically Driven Cuts" To Clean Energy And Climate Change Research.** "The chairman, however, is wrong about the way in which research should be prioritized. Politicians should not make ideologically driven cuts to particular areas of investigation with which they disagree, such as clean energy, climate research or the social sciences. Instead, research priorities should be set through the constantly evolving deliberation and debates within the scientific community and at the individual grant level about the areas that need further investigation. It is the National Science Foundation's well-proven, scientific merit-review process, in which trained experts select the highest quality proposals across all fields of science and engineering, that ought to guide how we invest. Politicians, most of whom do not possess the same scientific or technical expertise, are ill-equipped to predict where the next breakthroughs are most likely to occur. Substituting our judgment for that of scientists would likely result more in missed opportunities than in new advances for American science and innovation." [The Hill, Reps. Steny Hoyer (D-MD) and Eddie Bernice Johnson (D-TX) Letter to Editor, 5/26/15]

# Seniors' Issues

### Significant Findings

✓ *Walters voted for a Republican budget to turn Medicare into a "voucherlike" program.*

✓ *Walters voted against consideration of an amendment to lower out-of-pocket drug costs for seniors.*

✓ *Walters voted for legislation that would result in a Social Security benefit cut for millions of disabled Americans.*

✓ *Walters voted nine times to reopen the Medicare donut hole, costing seniors thousands more in out-of-pocket prescription costs.*

## Cutting Federal Benefits

### 2017: Walters Voted To Block Legislation Protecting Social Security & Medicare From Cuts

**Walters Voted For Blocking Legislation That Would Prevent The House From Cutting Social Security, Medicare, Or Medicaid.** In May 2017, Walters voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment.)" According to the Democratic Leader's office, the motion blocked legislation to "restrict consideration of any bill, joint resolution, motion, amendment, or conference report that: (1) cuts social security benefits, (2) raises the retirement age for social security, (3) privatizes social security, (4) cuts guaranteed medicare benefits, or (5) results in cuts to state medicaid plan benefits or eligibility." A vote for the previous question was a vote to block the legislation prohibiting the House from cutting these programs. The previous question carried, 229-191. [H Res 348, Vote #271, 5/23/17; CQ, 5/23/17; DemocraticLeader.gov, 5/23/17]

## Medicare

### 2016: 51,440 Residents Of California's 45th District Received Some Medicare Benefits

**2016: 51,440 Residents Of Walters' District Received Medicare Benefits.** [Centers for Medicare & Medicaid Services, 2016 Congressional District Report]

### Medicare & Voucherization

### Walters Voted For A Republican Budget To Turn Medicare Into A "Voucherlike" Program

**Walters Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies.  Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor.  Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

**New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.** "House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

## Medicare Part D

### 2017: Walters Voted Against Consideration Of An Amendment To Lower Out-Of-Pocket Drug Costs For Seniors

**Walters Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Walters voted against the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

### Walters Voted Nine Times To Reopen The Medicare Donut Hole, Costing Seniors Thousands More In Out-Of-Pocket Prescription Costs

**Walters Voted Nine Times To Repeal The Affordable Care Act**. [HR 596, Vote #58, 2/3/15; H. Con Res. 27, Vote #141, 3/25/15; H. Con Res. 27, Vote #142, 3/25/15; S Con Res 11, Vote #183, 4/30/15; HR 3762, Vote #568, 10/23/15; HR 3762, Vote #6, 1/6/16; HR 3762, Vote #53, 2/2/16; S Con Res 3, Vote #58, 1/13/17; Committee On Energy And Commerce, Vote #32, 3/8/17]

**The Affordable Care Act Would Eventually Close Medicare's Prescription-Drug Program Coverage Gap.** "Over time, Obamacare closes the coverage gap, informally referred to as the donut hole, in Medicare's prescription-drug program (Part D). As originally designed, once Part D beneficiaries reached their (relatively low) deductible, they had to pay 25 percent of their drug costs up to a certain dollar amount; once beneficiaries' drug costs reached that limit, they then had to pay all of their drug costs. Then, if their total out-of-pocket costs reached an even higher level (called the catastrophic coverage limit, which is currently set at $4,750), then they only had to pay 5 percent of drug costs above that limit. By the year 2020, though, there will no longer be a donut hole. From the moment beneficiaries' drug costs reach their deductibles until they reach the catastrophic coverage limit, they will only pay 25 percent of their total drug costs." [National Review, 11/26/13]

## Social Security

### 2016: 108,031 Residents Of The California 45th District Received Some Social Security Benefits

**2016: 108,031 Residents Of Walters' District Received Monthly Social Security Benefits Worth Nearly $155,509.** [Social Security Administration, Congressional Statistics, December 2016]

**In Walters' District, Social Security Beneficiaries Include 92,252 Seniors; 83,388 Were Retirees.** Of the 108,031 social security beneficiaries in Rep. Mimi Walters's district, 92,252 were aged 65 or older; 83,388 were retirees. [Social Security Administration, Congressional Statistics, December 2016]

### Walters Voted To Jeopardize Social Security

**Walters Voted To Jeopardize Social Security.** In January 2015, Walters voted for a House Rules package that contained a provision that could threaten benefit cuts to Social Security. The provision would block Congress from redirecting payroll tax revenue from Social Security to the Social Security disability program to help keep the program afloat. The provision would block a transfer unless it was part of a larger plan to address Social Security's finances through benefit cuts or tax increases. The resolution passed, 234-172. [H Res 5, Vote #6, 1/06/15; Politico, 1/20/15]

> **Eleven Million Recipients Of Disability Benefits Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

> **Eleven Million People Receive Disability Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/07/15]

---

**Walters Voted For Legislation That Would Result In A Social Security Benefit Cut For Millions Of Disabled Americans**

---

**Walters Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

> **National Committee To Preserve Social Security & Medicare: House Republicans' Refusal To Allow Reallocation To The Disability Trust Fund Would Result In A 20% Benefit Cut.** "Social Security disability beneficiaries are also targeted by the GOP's refusal to allow a routine and temporary reallocation of part of the 6.2 percent Social Security tax rate to the Disability Insurance Trust Fund. Instead, Republicans in the House would allow a 20% benefit cut for millions of disabled Americans unless there are broader Social Security benefit cuts or tax increases improving the solvency of the combined trust funds. This GOP budget also call for the creation of commission to study what Republicans claim are 'structural deficiencies' in Social Security, even though the program has never missed a payment and currently has $2.8 trillion in its trust fund." [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Walters Voted For A House Rules Package Containing A Provision That Would Block Congress From Redirecting Funds To The Social Security Disability Program.** "In the past, Congress has simply shifted revenues from Social Security's larger retirement account to fill holes in the disability fund. But the new House rule throws up a roadblock by creating a point of order against any such bill that does not improve the 'actuarial balance' of the combined funds." [H Res 5, Vote #6, 1/06/15; Politico, 1/20/15]

> **Eleven Million Recipients Of Disability Benefits Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

> **Eleven Million People Receive Disability Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/07/15]

## Senior Transportation

---

**Walters Voted To Delay A Decision On A Trial Bus Line To Transport The Elderly In Laguna Niguel**

---

**1997: Walters Voted To Delay A Decision On A Trial Bus Line To Transport The Elderly In Laguna Niguel Until The City Could Gather More Information.** "City officials have put off until March 18 a decision on paying for a trial bus line that would transport the elderly to shopping centers, medical buildings and the city senior center. In the meantime, the council asked the city staff to gather more information on the proposed bus program and

expand a previously planned city survey to include senior transportation issues. The nonprofit South County Senior Services organization is proposing to run a bus for older Laguna Niguel residents twice a week for up to four months at a cost of about $ 6,500. Council members Mark Goodman and Eddie Rose argued hotly over whether the bus line should be started up immediately. Goodman voted with council members Linda Lindholm and Mimi Krogius Walters to wait for the survey and have more information before making a decision." [Los Angeles Times, 2/8/97]

# State Issues

### Significant Findings

✓ *Walters introduced legislation that would put new public employees on a defined contribution retirement plan.*

✓ *The Los Angeles Times editorial board criticized Walters in 2010 for contributing to "investor mistrust of the state by rejecting every budget during her Sacramento tenure."*

## California Drought

### Walters Said She Would Work With Her Colleagues To Address California's Drought Problem

**2015: Walters Said She Was Committed To Working With Her Colleagues To Address California's Drought Problem.** "Finding a solution to California's drought problem is one of my top priorities and we must seize the opportunity to address this issue immediately. With over 37 million people throughout the state impacted by the drought, it is critical that Congress take action and pass legislation that will provide relief to California's families, farmers, and businesses. We simply cannot afford to stand by and continue to allow existing policies to mismanage our water resources. I remain committed to working with my colleagues to address this problem." [Rep. Ed Royce, Press Release, 12/10/15]

## Pension

### Walters Called Legislation That Established The California Secure Choice Retirement Savings Program The "Worst Bill To Make Its Way Out Of The Legislature"

**2012: Walters Called Legislation That Established The California Secure Choice Retirement Savings Program The "Worst Bill To Make Its Way Out Of The Legislature."** "California Gov. Jerry Brown signed legislation yesterday that will create the nation's first state-administered retirement savings program for private-sector workers, over the objection of critics who said it creates a new liability for taxpayers. The bill will establish the California Secure Choice Retirement Savings Program for more than 6 million lower-income, private-sector workers whose employers do not offer retirement plans. The program directs employers to withhold 3% of their workers' pay unless the employee opts out of the savings program, which can be done every two years. It would be administered by a seven-member board chaired by the state treasurer. The board would select a professional fund manager, which could be a private investment firm or the state's public pension system, to maintain the money. [...] State Sen. Mimi Walters, R-Lake Forest, called SB1234 the 'worst bill to make its way out of the Legislature this year' because it would allow the state's main pension system to invest the money. Walters noted that the California Public Employees' Retirement System is running a shortfall and that the savings program will be controlled by a group of 'career politicians.'" [Associated Press, 9/28/12]

### Walters Authored A Bill That Would Allow The Orange County Board Of Supervisors To Freeze Cost Of Living Adjustment Levels When The Pension System Is Underfunded

**2012: Walters Authored A Bill That Would Allow The Orange County Board Of Supervisors To Freeze Cost Of Living Adjustment Levels When The Pension System Is Underfunded.** "Senate Bills 1231 and SB 1232, both authored by Senator Mimi Walters (R-Irvine), would provide the Orange County Board of Supervisors the authority and flexibility to modify cost of living adjustments (COLA) that would help reduce the county's and the pension fund's $3.57 billion unfunded liability. Specifically, SB 1231 would provide the Orange County Board of

Supervisors the flexibility to freeze certain COLA levels when the pension system is underfunded, while protecting the accrued values of specified retirees pensions. The failure of the Senate Committee to allow this modest reform will result in increased pension liabilities that taxpayers will be asked to cover, or lead Orange County down the road to insolvency. SB 1231 would have protected the employees who need the benefit the most, while providing Orange County the institutional tools necessary to fiscally manage the countys pension debt." [State Sen. Mimi Walters, Press Release via States News Service, 5/8/12; SB-1231, introduced 2/23/12]

**Walters Expressed Support For Governor Brown's Plan To Reform California's Pension System**

**2012: Walters Supported Governor Brown's Plan To Reform The State's Pension System.** "'As a member of the pension reform conference committee, I've remained hopeful that the committee would move forward with the governor's modest reforms,' said Senator Mimi Walters, R-Irvine, a member of the joint legislative conference committee on pension reform.  'However, the persistence of special interests to derail any serious efforts to fix our massively underfunded pension systems is hampering any significant progress.  That is why it is imperative that we act now and entreat our Democrat colleagues to work with us.'" [California State Senate Republican Caucus, Press Release, 2/22/12]

**2011: Walters: "I Am Pleased That Governor Brown Is Moving In The Right Direction In Addressing Our Pension Problem."** "At least some Republicans were cautiously optimistic after hearing about the plan. 'I am pleased that Governor Brown is moving in the right direction in addressing our pension problem,' state Sen. Mimi Walters, R-Laguna Niguel, said in a news release. 'I believe a hybrid pension system is a positive shift in the pension conversation. I am also pleased that he is looking at raising the age-limit, depoliticizing the CalPERS Board, dealing with retiree healthcare and curbing abuses. However, until we actually review the plan and can crunch the numbers, I will remain cautiously optimistic. I look forward to assessing the whole plan and working on resolving our massive unfunded liability, while maintaining fairness and security for those who are in public service while not sacrificing state programs.'" [Orange County Register, 10/27/11]

**Walters Introduced Legislation That Would Put New Public Employees On A Defined Contribution Retirement Plan**

**2011: Walters Introduced Legislation That Would Put New Public Employees On A Defined Contribution Retirement Plan.** "Walters has introduced a series of bills. Her SB 520 would put new public employees into a 401(k)-type defined contribution retirement plan similar to that offered to most private-sector employees." [Associated Press, 3/6/11; SB-520, introduced 2/17/11]

# State Contracts

**Walters Said She Was "Concern[ed]" About A Proposed State Contract Agreement With Six Public Employee Unions Over "The Cost… For Taxpayers" But Refused To Offer Specifics**

**2011: Walters Said She Was "Concerned" About A Proposed State Contract Agreement With Six Public Employee Unions.** "Gov. Jerry Brown this week slammed Republican lawmakers and other critics of a contract agreement he made with the 30,000-member prison guards union, saying the deal is virtually identical to pacts his Republican predecessor made with other unions that they readily supported. The agreements with the California Correctional Police Officers Association and five other public employee unions representing another 20,000 state workers were seen as a victory for Brown's administration until GOP lawmakers began picking them apart. […] 'I think he's going to have a difficult time getting those votes,' said Sen. Mimi Walters, R-Laguna Niguel (Orange County), who voted against the contract bill in a Senate committee. 'My main concern is what the cost is going to be for taxpayers.' Walters declined to criticize specifics of the contract, but said the 'overall financial picture has me very concerned.'" [San Francisco Chronicle, 4/22/11]

## Walters Supported Contracting Out More Government Services To Save Money

**2004: Walters Supported Contracting Out More Government Services To Save Money.** "Walters said she supports Gov. Arnold Schwarzenegger's California Performance Review, a controversial state study to consolidate or reduce bureaucracy. She said she also would pursue putting more government services on contract to save money -- a practice she presided over while on the Laguna Niguel City Council." [San Diego Union-Tribune, 9/16/04]

# Government Spending Limits

## Walters Said That The State Of California Was Spending Too Much And Supported A State Constitutional Spending Limit

**2009: Walters: "California's Government Is Too Large And Too Expensive. We Have To Spend Less And Live Within Our Means."** "'Raising taxes is out of the question,' said Sen. Mimi Walters, R-Laguna Hills, another conference committee member. 'California's government is too large and too expensive. We have to spend less and live within our means.'" [San Bernardino Sun, 6/12/09]

**2007: Walters: "Anyone Who Is Fiscally Responsible Knows That You Can't Spend More Than You Make Without Serious Financial Problems."** "'Anyone who is fiscally responsible knows that you can't spend more than you make without serious financial problems,' Assemblywoman Walters continued. 'Our State, indeed, has serious financial problems. We do not have a revenue problem, we have a spending problem.'" [California State Assembly Republican Caucus, Press Release, 4/9/07]

**2003: Walters Said She Supported A State Constitutional Spending Limit To Stop The Legislature From Increasing Spending Faster Than Necessary.** Q: "In the midst of a state financial crises, how do you propose we reduce the budget deficit and balance the budget?" A: "The budget crisis was caused by politicians spending more money than they had coming in. I support a constitutional spending limit to stop the Legislature from increasing government spending faster than inflation and population growth would require. I also support Governor Schwarzenegger's plan for a top-to-bottom audit of state finances." [Orange County Register, 11/27/03]

# Capital Appreciation Bond Deals

## Walters Supported Legislation To Allow For Refinancing And Early Repayment Of Capital Appreciation Bond Deals

**2012: Walters Supported Legislation To Allow For Refinancing And Early Repayment Of Capital Appreciation Bond Deals.** "A top county financial official is urging state lawmakers to make changes to school construction financing laws in the wake of concerns over a controversial and expensive bond issued by the Poway school district. The proposals unveiled Tuesday by San Diego County Treasurer/Tax Collector Dan McAllister were greeted with a positive response from some legislators and state Treasurer Bill Lockyer. Specifically, McAllister said his office will push legislation requiring districts to include a provision to allow for refinancing and early repayment of certain long-term financing known as capital appreciation bonds, or CABs. His plan also calls for a 25-year cap on the repayment of the bonds and requires a separate government entity -- either the county board of supervisors, county superintendent of schools or governing board of a community college district -- to sign off on bond documents for all school district CAB deals. […] State Sen. Mimi Walters called McAllister's effort to rein in CAB deals 'a very good first step' she supports. 'One of my biggest concerns as a lawmaker is we take on too much debt at the expense of the taxpayers,' said Walters, a Republican who represents southern Orange County and a sliver of north San Diego County. 'What really concerns me about the Poway deal is by the time the bond deal is paid back, it's nine times... It's our grandchildren and great-grandchildren who are going to be paying these back and that's not fair to future generations.'" [San Diego Union-Tribune, 8/22/12]

## State Budgets

### The Los Angeles Times Editorial Board Criticized Walters In 2010 For Contributing To "Investor Mistrust Of The State By Rejecting Every Budget During Her Sacramento Tenure"

**2010: LA Times Editorial: "Mimi Walters Contributed To Investor Mistrust Of The State By Rejecting Every Budget During Her Sacramento Tenure."** "Treasurer: Bill Lockyer. Democrat Lockyer became a leading advocate for California on Wall Street, ensuring that state bonds were properly valued and that they kept money flowing to the state even during financial crisis. Republican challenger Mimi Walters contributed to investor mistrust of the state by rejecting every budget during her Sacramento tenure." [Editorial, Los Angeles Times, 10/31/10]

### Walters Supported Gov. Schwarzenegger's $15 Billion State Bond Measure, As Well As A Proposition That Would Require Balanced Budgets

**2004: Walters Supported Gov. Schwarzenegger's $15 Billion State Bond Measure, As Well As A Proposition That Would Require Balanced Budgets.** "Walters and Wilson support Proposition 57, Gov. Schwarzenegger's $15 billion state bond measure, and Proposition 58, a plan to require balanced budgets and create a reserve fund." [San Diego Union-Tribune, 2/14/04]

> **State Bond Measure Would Authorize As Much As $15 Billion In Long-Term Bonds To Pay Off The State's Debts.** "Proposition 57 would authorize as much as $15 billion in long-term bonds to pay off debt that accumulated as a result of the state's budget deficits in the last three years." [Los Angeles Times, 2/28/04]

## Power Plants

### Walters Supported The Development Of More Power Plants In California

**2004: Walters Supported The Development Of More Power Plants In California.** "Walters said she backs the development of more power plants so California can become energy independent -- a stance Calzada opposes." [San Diego Union-Tribune, 9/16/04]

## Gray Davis Recall

### Walters Helped Open The Headquarters Of A Group That Supported Recalling Gray Davis And Arnold Schwarzenegger's Election

**2003: Walters Helped Open The Headquarters Of Rescue California-Recall Gray Davis, A Group That Supported Recalling Gray Davis And Arnold Schwarzenegger's Election.** "Now that the date is certain, groups can launch their get-out-the-vote drives. That's what many political activists, volunteers, and politicians in the 73rd assembly district are doing. On Sept. 18, they held a grand opening of the headquarter of Rescue California-Recall Gray Davis at 23976 Aliso Creek Road. The office, where volunteers can sign up and pick up voting material, is sponsored by Councilwoman Mimi Walters, who is the 73rd assembly district co-chair of Rescue California. The location is also a distribution center for Arnold Schwarzenegger's campaign." [Orange County Register, 9/25/03]

> **2003: Walters Said She Wanted To Help With The Effort To Recall Gray Davis Because It Was "Important," And Noted That She Would Canvass To Get People Out To Vote.** "'I want to help with the recall effort because I think it's important,' Walters said, and added that she'll be walking precincts to get people out to vote and turn in their absentee ballots." [Orange County Register, 9/25/03]

## Orange County Rail Project

### Walters Opposed A Proposed Rail Project In Orange County And Said The Money Would Be Better Used To Fix Roads

**2003: Walters Opposed A Proposed Rail Project In Orange County Saying The "Money Would Be More Wisely Used To Fix Our Roads."** "Laguna Niguel Councilwoman Mimi Walters and former Laguna Niguel Councilman Tom Wilson are contesting for the Republican nomination to succeed Assemblywoman Pat Bates, a former Laguna Niguel councilwoman, in the 73rd Assembly District. Walters this week took aim at Wilson, challenging the chairman of the county Board of Supervisors to drop his support of the CenterLine rail project. 'I don't think CenterLine is a good use of taxpayer money,' Walters said. 'The money would be more wisely used to fix our roads.'" [Orange County Register, 9/15/03]

## El Toro Airport

### Walters Served As Chair Of A Group That Helped Defeat Efforts To Build A Commercial Airport At A Former Marine Corps Air Station

**Walters Served As Chair Of The El Toro Reuse Planning Authority, Helping To Defeat Efforts To Build A Commercial Airport At A Former Marine Corps Air Station.** "For the past two years she has served as the chair of the El Toro Reuse Planning Authority, helping to defeat the efforts to build a commercial airport at the former El Toro Marine Corps Air Station. 'I was worried about the airplanes flying over our houses and I didn't want to move,' Walters said." [Orange County Register, 11/18/04]

244

# Tax Issues

---

### Significant Findings

✓ *Walters voted for the Republican Tax Scam, which hurt her district and California, three times.*

    ✓ *Walters voted to cap SALT and mortgage interest deducitons.*

✓ *Walters signed Grover Norquist's anti-tax pledge.*

✓ *Walters voted against preventing tax deductions for executive bonuses exceeding $1 million.*

✓ *Walters repeatedly voted against legislation that would crack down on corporations that avoid taxes by moving overseas.*

✓ *Walters voted to repeal the federal estate tax.*

---

## 2017 Tax Scam: Tax Cuts And Jobs Act

### Walters Voted For Final Passage Of The Republican Tax Scam Bill

#### Walters Voted For Final Passage Of The Republican Tax Scam Bill

**Walters Voted For Adopting The Conference Report Of The Tax Cuts And Jobs Act.** In December 2017, Walters voted for "adoption of the conference report on the bill that would revise the federal income tax system by lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025." The conference report was adopted 227-203. [HR 1, Vote #692, 12/19/17; CQ Floor Votes, 12/19/17]

**Walters Voted For Final Passage Of The Tax Cuts And Jobs Act By Concurring With A Senate Amendment.** In December 2017, Walters voted for "Brady, R-Texas, motion to concur in the Senate amendment to the tax overhaul that would revise the federal income tax system by: lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025. It would effectively eliminate the penalty for not purchasing health insurance under the 2010 health care overhaul law in 2019. It would also open portions of the Arctic National Wildlife Refuge to oil and gas drilling." The motion was passed 224-201. [HR 1, Vote #699, 12/20/17; CQ Floor Votes, 12/20/17]

    **House Was Forced To Vote For A Second Time On The Final Bill After Small Changes Were Made To Comply With Senate Budget Rules.** "The House, forced to vote a second time on the $1.5 trillion tax bill,

moved swiftly to pass the final version on Wednesday, clearing the way for President Trump to sign into law the most sweeping tax overhaul in decades. House lawmakers approved the tax bill 224 to 201 on Wednesday, after being forced to vote on the bill again after last-minute revisions were made to it in the Senate, which passed the measure 51 to 48 early Wednesday morning. The final House vote was essentially a formality, as the changes, which were made to comply with Senate budget rules, did not significantly alter the overall bill." [New York Times, 12/20/17]

## Walters Celebrated The Passing Of The Tax Bill

**LA Times: Walters Said Changes To Deductions And "Subtle Tweaks" To Income Ranges Were Enough To Gain Her Support For The Tax Bill.** "Walters spent weeks pressing House leaders to change the bill to lower the burden on her constituents before deciding to support it. She said she believes that changes to the deductions and subtle tweaks to the income ranges would mean a tax cut for her constituents." [Los Angeles Times, 12/20/17]

**Walters Said Final Version Of Tax Bill Would "Allow Hard-Working Americans To Keep More Of Their Paychecks, Create Jobs, And Increase Wages."** "Today, the House passed a historic tax reform package that will allow hard-working Americans to keep more of their paychecks, create jobs, and increase wages. According to non-partisan estimates, the tax reform bill will provide benefits to individuals at all income levels and will generate significant economic growth. The bill nearly doubles the standard deduction, meaning the first $12,000 of an individual's income, or $24,000 of a joint household's, is now tax-free." [Rep. Mimi Walters, press release, 12/19/17]

## Mortgage And Real Estate Tax Deductions In CA-45

***The Republican Tax Bill Included Provisions To Lower The Cap On Deductible Mortgage Debt To $500,000 Upon First House Passage And $750,000 In Its Final Form***

**December 2017: Walters Supported A Mortgage Interest Deduction Cap On Properties Worth Up To $750,000.** "The Wall Street Journal reported CA45 Rep. Mimi Walters (R) is being criticized over the GOP's tax-reform bill. Residents in her district are upset that the bill could increase their taxes due to limits on deductions, but Walters says she has "been making my feelings known what I think is important in a final bill." Walters added that she wants to see compromise on the cut in mortgage interest deduction in the House plan to a mid-point of around $750,000." [Bulletin News, 12/11/17]

**According To The United States Census Bureau, The Median Home Value In CA-45 Was $685,800 And More Than 127,000 Homes Had Mortgages In 2016.** [U.S. Census Bureau, My Congressional District, accessed 2/2/18]

**According To The National Association Of Realtors, In 2015 77.4% Taxpayers In CA-45 Used The Real Estate Tax Deduction, Worth $6,515 On Average.** [National Association of Realtors, accessed 2/1/18]

**According to the National Association Of Realtors, 68.2% Taxpayers In Walters' District Used The Mortgage Interest Deduction, Worth $14,085 On Average.** [National Association of Realtors, accessed 2/1/18]

**The Average Taxpayer Who Took Both SALT And Real Estate Tax Deductions Would See $14,714 In Reduced Savings, Using 2015 IRS Data.** [National Association of Realtors, accessed 2/1/18; Government Finance Officers Association, accessed 2/8/18]

*Note: The average combined SALT and real estate deduction was calculated by adding the average deduction in the subset of taxpayers who took each deduction individually. Some taxpayers may have only taken one deduction, and the subset of taxpayers who took both SALT and real estate tax deductions may have a different average combined deduction.*

**Final Tax Cuts And Jobs Act Was Still Bad For Californian Homeowners And Taxpayers**

**Home Values In California Threatened By GOP Tax Scam, Could Cause Decreases Of 8 To 12 Percent.** "As Republicans worked Monday to reconcile conflicting versions of their tax plans, a prominent group of realtors is warning that both the Senate and House proposals will slash home prices and values in California and beyond. The proposed cuts to real estate-focused tax deductions could cause prices in the Golden State to drop between 8 and 12 percent, leading to a loss in home value of between $37,710 and $56,550 for the typical home owner, according to the National Association of Realtors, which continued to oppose the bills as Republicans moved closer to a final plan over the weekend." [East Bay Times, 12/04/17]

**LA Times: "California Taxpayers Would Be Hit Disproportionately Hard Under The Republican Tax Plan Because Of Changes To Two Popular Tax Breaks."** "California taxpayers would be hit disproportionately hard under the Republican tax plan because of changes to two popular tax breaks. That's one reason GOP lawmakers in the state's House delegation were under so much scrutiny when most of them voted to pass the House version in November. Several members said they agreed to move the bill forward with the promise of a fix later**.**" [Los Angeles Times, 11/30/17]

**U.S. Rep. Darrell Issa, Of California, Downplayed Changes To The Tax Bill In Conference Committee And Said He Would Vote Against The Bill Again Because It Did Not Go Far Enough To Help California**

**Issa Said The Changes To The Tax Bill In Conference Committee Were "Miniscule," And That He Would Not Go Far Enough.** "However, Rep. Darrell Issa, R-Vista., who represents a high-tax North County coastal area, voted no on the House tax bill and dismissed the changes McCarthy is seeking as 'minuscule.' He said the ability to deduct $10,000 in state taxes from their federal tax bill would not go far enough to help his constituents. 'If two people go to college, do what's right, and they're at the height of their career and they're making $150,000 apiece - which, by the way, would include school administrators, it's not that hard in California to be making that - at the pinnacle point of their career, they're being completely disenfranchised by the existing bill or by the one that we just mentioned where they would have this $10,000,' Issa said." [Washington Post, 12/5/17]

**Issa Said He Did Not Believe California Republicans Who Supported The Tax Bill Would See Benefits For Their Constituents.** "Issa said he was open to compromise but said he didn't foresee the bill being able to move far enough in his direction. He predicted that some of his California GOP colleagues who voted yes on the bill in the expectation of future changes would end up without much to show for it. 'Once you vote yes to move it along, you're stuck with you already voted yes. ... And so there are only three of us that voted no, and there are only three of us that can vote no again,' Issa said, referring to the no votes by California Republicans." [Washington Post, 12/5/17]

**Tax Cuts And Jobs Act Failed To Live Up To Republican Promises**

**HEADLINE: "New Tax Code Will Still Be Complicated Despite GOP Promise To Simplify."** [CNN Money, 12/18/17]

**CNN Money: Final Tax Bill "Adds Plenty Of Complications, Particularly For Small Businesses."** "But the plan Republicans and Trump came up with almost certainly won't put tax preparers out of business. The final tax bill, released on Friday, does indeed deliver some simplification, but not as much as promised. And it adds plenty of complications, particularly for small businesses." [CNN Money, 12/18/17]

**Time: Republicans Failed To Follow Through On The "Central Promises" Of Their Tax Bill – To Allow People To File On A Postcard And To Benefit Working And Middle Class Americans.** "As they pushed their sweeping tax bill through Congress, Republicans made two central promises. First, that the bill would simplify the U.S. tax code, allowing citizens to file their taxes 'on the back of a postcard.' And second, that the overhaul would primarily benefit working Americans and the middle class. The first claim proved false. And economic experts are

skeptical about the second, arguing that the bill aids businesses at the expense of middle-class taxpayers." [Time, 12/19/17]

---

**Tax Cuts And Jobs Act Benefitted The Wealthy, Corporations, And Special Interests…**

---

**New York Times: Tax Bill "Creates As Many New Preferences For Special Interests As It Gets Rid Of" After Republican Ambitions "Fell To The Powerful Forces Of Lobbying And The Status Quo."** "The Republican tax bill does not pass the postcard test. It leaves nearly every large tax break in place. It creates as many new preferences for special interests as it gets rid of. It will keep corporate accountants busy for years to come. And no taxpayer will ever see the postcard-size tax return that President Trump laid a kiss on in November as Republican leaders launched their tax overhaul effort. This was not the grand simplification of the code that Republicans promised when they set out to eliminate tax breaks and cut the number of tax brackets as they lowered rates. As their bill tore through Congress, their ambitions fell to the powerful forces of lobbying and the status quo." [New York Times, 12/16/17]

**Washington Post: Final Tax Bill Included A "Significant Tax Break For The Very Wealthy" And "A Massive Tax Cut For Corporations."** "A new tax cut for the rich: The final plan lowers the top tax rate for top earners. Under current law, the highest rate is 39.6 percent for married couples earning over $470,700. The GOP bill would drop that to 37 percent and raise the threshold at which that top rate kicks in, to $500,000 for individuals and $600,000 for married couples. This amounts to a significant tax break for the very wealthy, a departure from repeated claims by Trump and his top officials that the bill would not benefit the rich. […] A massive tax cut for corporations "A massive tax cut for corporations: Starting on Jan. 1, 2018, big businesses' tax rate would fall from 35 percent to just 21 percent, the largest one-time rate cut in U.S. history for the nation's largest companies." [Washington Post, 12/15/17]

---

**…While Millions Of Americans Would Pay More In Taxes**

---

**Politifact: GOP Tax Bill Would Raise Taxes For The Middle Class After Individual Tax Cut Provisions Expired In 2025.** "Gillibrand said the Republican 'tax [plan] raises middle-class taxes.' That's not true during the first years of the new tax provisions. If not for the sunset for the tax changes for individuals, we likely would have rated Gillibrand's statement False or perhaps Mostly False. Middle-income taxpayers will either benefit or see no change in their tax liability through 2025. But her claim could hold up after the bill's individual provisions expire that year. There's no guarantee a future Congress will extend those parts of the bill." [Politifact, 12/22/17]

**Tax Policy Center: In 2018, 5 Percent Of Taxpayers Would Pay More In Taxes Under The GOP Tax Bill, But Would Increase To 53 Percent Of Taxpayers In 2027.** "Some taxpayers would pay more in taxes under the proposal in 2018 and 2025 than under current law: about 5 percent of taxpayers in 2018 and 9 percent in 2025. In 2027, however, taxes would increase for 53 percent of taxpayers compared with current law." [Tax Policy Center, 12/18/17]

**RESOURCE: The Final Trump-GOP Tax Plan: National and 50-State Estimates for 2019 & 2027** [ITEP, 12/16/17]

---

**Tax Cuts And Jobs Act Would Increase Incentives To Move Jobs Overseas**

---

**Tax Experts Said The Tax Cuts And Jobs Act Increased Incentives For Companies To Move Jobs Overseas.** "What happened to the workers in Clinton, tax experts say, will probably happen to more Americans if the Republican tax overhaul becomes law. The legislation fails to eliminate long-standing incentives for companies to move overseas and, in some cases, may even increase them, they say. 'This bill is potentially more dangerous than our current system,' said Stephen Shay, a senior lecturer at Harvard Law School and former Treasury Department international tax expert in the Obama administration. 'It creates a real incentive to shift real activity offshore.'" [Washington Post, 12/15/17]

**Tax Cuts And Jobs Act Would Lead To More Expensive Health Insurance; 13 Million More Uninsured – Including 1.7 Million Californians**

**Final Tax Bill Eliminated Central Affordable Care Act Provision, Leading To 13 Million Fewer Americans With Insurance.** "The individual mandate is part of the Affordable Care Act, and removing it was a top priority for Trump and congressional Republicans. The Congressional Budget Office projects the change will increase insurance premiums and lead to 13 million fewer Americans with insurance in a decade, while also cutting government spending by more than $300 billion over that period." [Washington Post, 12/15/17]

**GOP Tax Bill Would Cause Health Insurance Premiums To Rise, And Could Lead Insurers To Drop Out Of Regional Markets.** "The final GOP plan will repeal the Affordable Care Act's individual insurance mandate, which would allow young and healthy people to leave the insurance pool, forcing insurers to compensate by raising prices due to the higher costs of insuring only less-healthy people. Not only would premiums likely rise, but many insurers could drop out of regional markets." [Newsweek, 12/18/17]

> **HEADLINE: Republican Tax Plan Will Make Health Insurance More Expensive** [Newsweek, 12/18/17]

**HEADLINE: "1.7 Million Fewer Californians Would Have Insurance If Health Mandate Is Repealed, UC Berkeley Labor Center Estimates."** "Up to 1.7 million people in California would no longer have health insurance by 2027 if the requirement under the Affordable Care Act to buy insurance or pay a tax penalty is repealed, according to estimates released Wednesday by the UC Berkeley Labor Center. The latest version of the Senate GOP tax proposal, released late Tuesday by Senate Finance Committee Chairman Orrin Hatch, would end the requirement, known as the individual mandate, starting in 2019. The Labor Center estimates found that 780,000 fewer Californians would enroll in Medi-Cal in 2027, 730,000 fewer people would enroll in health plans in the individual market, and 230,000 fewer people would be insured through their employers, than if the mandate were not repealed." [San Francisco Chronicle, 11/15/17]

**Tax Cuts And Jobs Act Increased The Federal Debt – Increasing Pressure To Cut Program Like Medicare**

**Center For A Responsible Federal Budget Found True Cost of Tax Bill Would Be $2 Trillion Or More, After Budget Gimmicks Were Accounted For.** "Adding these gimmicks to the cost of the bill would increase the total cost to $2.0 trillion to $2.2 trillion. Though the dynamic effect of making the bill permanent is unknown, we estimate a permanent bill would produce roughly $450 billion of feedback,* leading to a dynamic cost of roughly $1.6 trillion to $1.7 trillion. With interest, these costs would rise to $2.4 trillion to $2.5 trillion, or $1.9 trillion to $2 trillion with dynamic effects included, over a decade." [CRFB, 12/18/17]

**AP: "A Wide Range Of Economists And Nonpartisan Analysts Have Warned That The Bill Will Likely Escalate Federal Debt, Intensify Pressure To Cut Spending On Social Programs And Further Widen America's Troubling Income Inequality."** "The tax overhaul of 2017 amounts to a high-stakes gamble by Republicans in Congress: That slashing taxes for corporations and wealthy individuals will accelerate growth and assure greater prosperity for Americans for years to come. The risks are considerable. A wide range of economists and nonpartisan analysts have warned that the bill will likely escalate federal debt, intensify pressure to cut spending on social programs and further widen America's troubling income inequality." [Associated Press, 12/17/17]

> **After Passing A Tax Bill That Added Trillions To The Deficit, Speaker Ryan Said Medicare And Medicaid Would Need To Be "Reformed" In Order To Decrease The Deficit.** "With his dream of tax reform now realized, Ryan is hoping to make progress on two other issues he's targeted during his two-decade career in Washington: entitlement and welfare reform. 'We're going to have to get back next year at entitlement reform, which is how you tackle the debt and the deficit,' Ryan, a former Budget Committee chairman, said in a recent interview this month on the Ross Kaminsky radio talk show. Medicare and Medicaid are the 'big drivers of debt,' Ryan said, suggesting Republicans could once again use the budget reconciliation process to avoid a Democratic filibuster. Medicare is the 'biggest entitlement that's got to have reform,' Ryan added." [The Hill, 12/27/17]

---

**Walters Voted For Moving The Tax Cuts And Jobs Act To Conference**

---

**Walters Voted For Moving The Tax Cuts And Jobs Act To Conference Committee.** In December 2017, Walters voted for "Brady, R-Texas, motion that the House disagree with the Senate amendment and request a conference with the Senate on the bill that would revise the federal income tax system by lowering individual and corporate tax rates, repealing various deductions through 2025." The motion to go to conference passed 222-192. [HR 1, Vote #653, 12/4/17; CQ Floor Votes, 12/4/17]

**Walters Voted Against Instructing Conferees On The Tax Cuts And Jobs Act To Oppose Repeal Of The Individual Mandate And To Recede From The House Bill's Provisions To Eliminate The SALT Deduction.** In December 2017, Walters voted against "Neal, D-Mass., motion to instruct conferees to disagree with the Senate amendment that would repeal the individual health insurance mandate, and to recede from the section House bill that would eliminate the deduction for state and local income taxes through 2025." The motion to instruct conferees failed 186-233. [HR 1, Vote #654, 12/4/17; CQ Floor Votes, 12/4/17]

**Walters Voted Against Sending The Tax Bill Back To Conference And Instructing Conferees To Oppose Repeal Of The Individual Mandate And To Disagree With Provisions Related To The SALT Deduction.** In December 2017, Walters voted against "Neal, D-Mass., motion to recommit the bill to the Committee of Conference with instructions to the managers on the part of the House that they disagree with provisions related to state and local tax deductions, and related to the bill's language that would effectively repeal the individual health care mandate established by the 2010 health care overhaul." The motion to recommit the conference report failed 191-236. [HR 1, Vote #691, 12/19/17; CQ Floor Votes, 12/19/17]

---

**Walters Claimed She Was Working Address Constituents Concerns On SALT During Conference**

---

**Walters Acknowledged SALT Limits Had Sparked Concerns For Her Consituents.** "Mrs. Walters acknowledged the tax bill's limits to the SALT deduction sparked some worries and said she was pushing for changes to give constituents more flexibility." [Wall Street Journal, 12/09/17]

**Walters Talked Up Her Efforts To Improve Tax Bill: "I've Made My Feelings Known To Everybody Who Is At The Table And I Consistently Make Sure My Feelings Are Known And Hopefully We'll Have A Positive Result."** "Rep. Mimi Walters, who represents an Irvine district where 47% of taxpayers claim the state and local tax deduction, said she is feeling confident that the team negotiating a compromise, known as the conference committee, will reach an agreement she can live with. 'We are just now going into conference, I'm not sure what the actual final bill is going to look like. I've made my feelings known to everybody who is at the table and I consistently make sure my feelings are known and hopefully we'll have a positive result,' said Walters, who voted for the House tax bill. 'Keep watching. It will change second by second.'" [Los Angeles Times, 12/07/17]

**Walters Said She Would "Make Sure" That "Everybody Is Going To Have A Tax Deduction."** "Rep. Mimi Walters (R-Irvine), who was among those who voted for the bill in hopes of improvements in a deal with the Senate, said details of what that tweak will look like are still being negotiated. 'We're running numbers right now just to make sure we can have enough of a fix where we know that everybody is going to have a tax deduction. Not sure what that number looks like right now,' Walters said." [Los Angeles Times, 11/30/17]

**Walters Said She Was Working To Get Californians More Tax Deductions To Make Up For SALT.** "Rep. Mimi Walters (R-Irvine), who was among those who voted for the bill in hopes of improvements in a deal with the Senate, said details of what that tweak will look like are still being negotiated. 'We're running numbers right now just to make sure we can have enough of a fix where we know that everybody is going to have a tax deduction. Not sure what that number looks like right now,' Walters said. One idea under consideration is to let taxpayers claim either a state and local income tax deduction or a property tax deduction up to $10,000, or perhaps a combination of both. 'The biggest concern, the biggest fix, for me is the [state and local tax] deduction and what we do about it. I'm confident we're going to get a fix,' Walters said." [Los Angeles Times, 11/29/17]

**… But Walters Also Insisted That The Tax Scam Bill Was Politically Positive For The GOP, Despite Her Constituents' Issues With The Salt Deduction**

**Walters Said The Tax Bill Would Prove "A Political Plus" Despite Concerns From Her Constituents About SALT Deduction.** "Rep. Mimi Walters, R-Irvine, represents a high-tax district but voted in favor of the tax bill. She's now seeking assurances that the state and local property tax issue will be resolved, and said that if the $10,000 deduction can be applied to state taxes, or split between state and local taxes, that's enough to get her to vote yes. Walters acknowledged that her constituents have been concerned about the legislation, particularly the state tax and local taxation issue. 'Tax reform is a complicated issue and it's taking a lot of education,' Walters said. But she insisted that the bill would ultimately prove a political plus for the GOP despite poor polling numbers." [Washington Post, 12/5/17]

**HEADLINE: "Next Step In GOP Tax Bill Unlikely To Deliver Help To California"** [San Francisco Chronicle, 12/02/17]

---

### Walters Voted For House Passage Of The Republican Tax Scam Bill

---

**Walters Voted For House Passage Of The Republican Tax Scam Bill**

**Walters Voted For Passage Of The House Version Of The Tax Cuts And Jobs Act.** In November 2017, Walters voted for "passage of the bill that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would eliminate personal exemptions and would nearly double the standard deduction. It would raise the child tax credit through 2022, repeal the alternative minimum tax, repeal the estate tax in 2025 and reduce the gift tax rate in 2025. It would establish a new top tax rate for pass-through business income and would modify tax credits related to energy production." The bill passed 227-205. [HR 1, Vote #637, 11/16/17; CQ Floor Votes, 11/16/17]

**Walters Voted For Considering The Tax Cuts And Jobs Act.** In November 2017, Walters voted for: "Adoption of the rule (H Res 619) that would provide for House floor consideration of the bill (HR 1) that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries." The rule was adopted 235-191. [HRes 619, Vote #633, 11/15/17; CQ, 11/15/17]

---

### Walters Voted For Blocking An Amendment To Prohibit Repeal Of The State And Local Tax Deduction

---

**Walters Voted For Blocking An Amendment To Prohibit Repeal Of The State And Local Tax Deduction.** In November 2017, Walters voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Alcee Hastings (D-FL) said, "'if we defeat the previous question, I am going to offer an amendment that will prohibit any legislation from limiting or repealing the State and local tax deduction, which prevents millions of families from being taxed twice on the same income.'" A vote *for* the amendment is a vote **to block** protecting the state and local tax deduction. The motion was agreed to 234-193. [HRes 619, Vote #632, 11/15/17; CQ, 11/15/17, Congressional Record, 11/15/17]

---

### Walters Supported The Tax Scam Bill, Saying It Would Benefit Low-Income And Middle Class Families

---

**Walters Talked Up GOP Tax Reform, Said Tax Rates Would Fall And Middle Class Would Benefit.** "Rep. Mimi Walters (R-California) released the following statement regarding today's release the Tax Cuts and Jobs Act. Said Rep. Walters, 'Today, House Republicans took a major step toward ending the tax code status quo and delivering on the promises we made to the American people.  The Tax Cuts and Jobs Act will provide much needed tax relief for hard-working taxpayers across the country squeezed by a federal tax code that is outdated, complex

and unfair. Under our plan, tax rates will fall, the standard federal deduction will double, and middle class workers will benefit.  This means Americans will get to keep more of their hard-earned paychecks. The Tax Cuts and Jobs Act will also make the United States into one of the most business friendly environments in the world.  These long overdue changes will put the government back on the side of job creators and those working to create prosperity for us all.'" [Rep. Walters press release, 11/02/17]

**Walters Said The Tax Scam Would Be A Pay Raise On Low-Income Families, Provide Tax Cuts For Middle Class Workers, Allow People To File Their Returns On A Postcard, And Be Simpler.** "The result is an eliminated tax burden for Americans in the lowest tax bracket, and tax cuts for middle class workers. […]Simplification also means cutting the fat and loopholes out of the tax code. […] Taxes will be able to be filed on a small postcard-sized form and in a fraction of the time, meaning less time with your calculator and more time with friends and family." [Mimi Walters Op-Ed, OC Register, 10/21/17]

**Rep. Mimi Walters: GOP Tax Reform Plan Will Be "Simple And Fair," And Boost The Economy.** "Today, Congresswoman Mimi Walters (California-45) released the following statement regarding the unified Republican plan for tax reform, announced today. 'The tax code is stuck in a bygone era.  The 1980s tax rules we currently live by were created for a 1980s economy.  Hard-working Americans find the 70,000 pages of the tax code nearly impossible to navigate and often need tax professionals to help submit their tax return. It is too complicated, too burdensome, and too costly. Today, Republicans proposed a tax reform framework that is simple and fair.  It will deliver a much needed pay raise for middle-class Americans, encourage job-creation, and also be simple enough for tax returns to be filed on a single postcard-sized form.  Orange County job creators and small businesses will see their lowest tax rate since the 1930s, increasing economic opportunity and standards of living for everyone in our community. It is time for the tax code to join the 21st Century and restore a dynamic American economy.  I am confident this framework will help deliver the tax code Americans deserve." [Rep. Mimi Walters, press release, 9/27/17]

**After The House Vote, Walters Said She Had Relayed Her Concerns With Speaker Paul Ryan, But Voted For The Bill Anyways Because She Believed It Was A Middle-Class Tax Cut.** "Walters said she had spoken to House Speaker Paul Ryan, R-Wis., of her concerns about the bill doing away with the state and local income tax deduction, but ultimately decided she'd vote 'yes.' 'We come from a very high-taxed state. We're a very liberal state in California, our government is, and we have a have a very high cost of living because of the liberal policies, and I have always said as long as middle-income Americans have more money in their pocket I will be supporting the tax package,' Walter said." [CNN, 11/16/17]

> **Walters Said That The Republican Tax Bill Would Cut Taxes For The Middle Class By Doubling The Standard Deduction.** "All 14 of the states Republican House members voted for an earlier budget bill laying the groundwork for the tax plan. But as of Thursday afternoon, only a handful of the delegation  who could cast the decisive votes on the plan  had publicly commented on it. Rep. Mimi Walters, R-Irvine, said the plan would mean tax rates will fall, the standard federal deduction will double, and middle-class workers will benefit." [Mercury News, 11/6/17]

**After The Bill Passed The House, Walters Said Republicans Were Working "More Closely Together."** "It's anticipated that many of the Republicans who will vote no Thursday will do so over concerns that the bill hurts individuals in expensive areas like California, New Jersey and New York. But even in those cases, some members say they were able to get feedback from leadership that assuaged their concerns. California Republican Rep. Mimi Walters told CNN, 'I think we learned lessons with the health care bill and we learned that we needed to work more closely together, and that's what you are seeing right now.'" [CNN, 11/16/17]

**Walters Said She Supported The Tax Bill Because She Believed The Federal Tax Code Was "Outdated, Complex and Unfair."** "Walters and Rep. Ken Calvert, R-Corona, have expressed support for the bill. 'The Tax Cuts and Jobs Act will provide much-needed tax relief for hardworking taxpayers across the country squeezed by a federal tax code that is outdated, complex and unfair,' Walters said in an email. In a telephone interview, Calvert said he supports the framework of the current bill, which will be marked up as it goes through the process." [Riverside Press Enterprise, 11/6/17]

**Walters Said She Would Fight To Limit Damages Of SALT On Her Constituency, Said "Our Delegation Wants Tax Reform" And Would Vote Based On How It Would Affect Middle Class.** "In an interview Thursday afternoon, Rep. Mimi Walters, R-Irvine, stressed that the tax plan was still a work in process, and said Republican leadership was negotiating on the SALT issue. A final bill — expected Nov. 1 — could include some sort of compromise, such as limiting the SALT deduction instead of eliminating it altogether. 'Our delegation wants tax reform, and this is the first step to tax reform,' she said. 'There's nothing that's been set in stone.' Walters said she would base her vote on the final tax plan by looking at the overall effect on her constituents and whether 'middle-class Americans will have more money in their pocket.' Most of the rest of the GOP delegation declined to comment on their vote or did not respond to interview requests." [Mercury News, 10/26/17]

---

**U.S. Rep Darrell Issa Opposed The Original House Version Of The Tax Cuts And Jobs Act**

---

**Issa On The Tax Bill: "We Can Do Better Than This."** "Issa is the only California Republican member of Congress, as of writing this, to oppose the tax proposal. Others feel a strong loyalty to one of the measure's strongest advocates, House Majority Leader Kevin McCarthy of Bakersfield. There are 14 GOP members in all. Democrats dominate the California delegation with 39. 'We can do better than this' proposal, says Issa, who won reelection by only half a percentage point in 2016. He's considered the most vulnerable among the threatened House members." [Los Angeles Times, 11/13/17]

**November 2017: According To The San Francisco Chronicle, U.S. Rep Darrell Issa Was The First California Republican To Voice Opposition To The Tax Bill Up To That Point.** "Both the GOP-led House and Senate have proposed tax bills, neither of which has come up for a final vote. So far, Rep. Darrell Issa, R-Vista San Diego County, in the only California Republican to say he opposes the tax plans." [San Francisco Chronicle, 11/10/17]

---

**House Version Of Republican Tax Scam Was Bad For California's 45th District**

---

**According To The Institute On Tax And Economic Policy, Taxes Would Go Up For Californians.** "Californians would face the largest net tax increase, at $12.1 billion in 2027 alone." [Institute On Tax And Economic Policy, 11/14/17]

**HEADLINE: "House Tax Plan Offers an Exceptionally Bad Deal for California, New York, New Jersey, and Maryland"** [ITEP, 11/14/17]

**HEADLINE: "East Coast Republicans pushed back against Trump's tax plan. Why didn't California's GOP?"** [Los Angeles Times, 11/07/17]

**Walters' Constituents Some Of The Biggest Beneficiaries Of SALT In California.** "Mimi Walters, a second-term congresswoman from Irvine, was another in that bind. Her district, extending roughly from Anaheim Hills south to Mission Viejo, is one of the most affluent in California, and taxpayers there are some of the biggest beneficiaries of the state and local tax deductions, as well as the write-off for mortgage interest." [Los Angeles Times, 11/17/17]

**Walters' District Has Highest Rate Of SALT Deductions Out Of All California's Congressional Republicans.** [Sacramento Bee, 11/14/17]

---

**The House Version Of The Tax Cuts And Jobs Act Eliminated The State And Local Tax Deductions, Hurting Californians**

---

**Republican Tax Bill Would Eliminate Deduction For Personal Losses From Wildfires, Earthquakes And Other Natural Disasters, But Keep The Break For Victims Of The Recent Severe Hurricanes.** "The House Republican tax bill would eliminate the deduction for personal losses from wildfires, earthquakes and other natural disasters, but keep the break for victims of the recent severe hurricanes. If the bill becomes law, the deduction

253

would disappear next year, but would be available for victims of the massive wildfires that struck Northern California last month — as long as they can figure out their uninsured losses and include them on their 2017 tax return. The legislation specifically repeals the deduction for personal casualty losses. The Internal Revenue Service describes casualty losses as including those from 'natural disasters like hurricanes, tornadoes, floods and earthquakes. It can also include losses from fires, accidents, thefts or vandalism.'" [Los Angeles Times, 11/7/17]

**Corporations Can Still Deduct Stat And Local Taxes, While Californians Can't.** "Even the way that deduction is applied is unfair, Pelosi added. 'If you're an individual taxpayer, you can't deduct state and local taxes,' she said. 'But if you're a corporation, you still can.'" [SF Chronicle, 11/10/17]

**SALT Could Push People Out Of California.** "But Democrats also fear that eliminating SALT deductibility would entice high-income taxpayers to change their official domiciles to low-tax states such as Texas, Florida and Nevada, thereby slashing state revenues. That would hit California especially hard because a relative handful of wealthy Californians provides more than a third of the state's general fund revenue." [Fresno Bee, 11/06/17]

**2015: 6 Million CA Taxpayers Claimed SALT Deduction.** "According to IRS data, more than 6 million California taxpayers claimed the deduction, worth $112.5 billion, in 2015. That's more than any other state, according to the Tax Foundation, a right-of-center tax policy research organization." [Sacramento Bee, 10/27/17]

**California Budget And Policy Center: Eliminating SALT Deduction "Would Result In Double Taxation That Would Raise Taxes On Millions Of Californians."** "Reducing or Eliminating the SALT Deduction Would Result in Double Taxation That Would Raise the Taxes of Millions of Californians[.] The SALT deduction is built into the federal tax code out of recognition that any state and local taxes paid reduce the income households have available for paying federal taxes. In other words, the SALT deduction recognizes that taxing income that is already paid to state and local governments amounts to an unfair level of taxation. Reducing or eliminating the SALT deduction, then, would result in double taxation, thereby increasing the income taxes paid by millions of households in the US, including more than 5 million households in California." [CBPC, 11/15/17]

**Cutting or Eliminating the SALT Deduction Would Make It Harder for State and Local Governments to Fund Key Services.** "By raising the tax bills of millions of households, GOP congressional leaders' proposed changes to the SALT deduction would make it more difficult for state and local governments to raise revenues to fund vital public services and supports. […] A recent estimate indicates that California K-12 schools could lose $4.6 billion per year, or more than $750 per student, if just the deduction of state and local income taxes were eliminated and the local property tax deduction were maintained. This is especially troubling at a time when GOP leaders are proposing cuts in federal support for education and other core services. In addition, the reduced capacity for state and local governments to raise revenues would diminish their ability to fund infrastructure investments. This is especially true for investments that are financed with municipal bonds that are based on state and local revenue-raising capacity." [CBPC, 11/15/17]

**California Budget And Policy Center: "Reducing or Eliminating the SALT Deduction Would Increase Californians' Taxes to Both Pay for Tax Breaks for the Wealthy and Benefit Other States."** "In its current form, the SALT deduction is projected to reduce federal revenues by approximately $1.3 trillion over the next decade. Scaling back or eliminating the deduction, therefore, would increase federal revenues, but at the expense of state and local taxpayers and, in turn, state and local governments. There are legitimate arguments to be made for changing the SALT deduction in ways that achieve certain policy goals. For instance, because the deduction increases with income level — with higher-income households receiving a greater benefit — one option would be to cap the income-eligibility level for the SALT deduction, and then use the resulting revenues to expand credits and deductions that predominantly benefit low- and middle-income families. Or, federal policymakers could scale back the SALT deduction and use these revenues to support and incentivize targeted state and local government investments, such as infrastructure." [CBPC, 11/15/17]

**HEADLINE: "Taxes Would Rise For Millions Of Californians Under Senate Republicans' Plan"** [San Francisco Chronicle, 11/09/17]

**Column: "Blasting California's Gas Tax While Working To Cut Federal Tax Breaks? That's Called Hypocrisy."** "California Republicans seem to have conflicting tax philosophies. Or maybe they're just outright hypocritical. They're trying to gain political mileage by squawking about Sacramento Democrats raising the state gas tax to repair roads. But they're not voicing a peep of protest about Washington Republicans attempting to take away federal tax breaks used by millions of middle-class Californians. President Trump and the GOP are scooping up money to lower taxes for big corporations. The federal tax hits would hurt many Californians a lot worse than the modest state hike in gas taxes will." [Los Angeles Times, George Skelton column, 11/06/17]

**HEADLINE: "Republican Federal Tax Plan Would Hit California Hard"** [Fresno Bee, 11/06/17]

**HEADLINE: "The GOP Tax Plan Is Filled With Petty Cruelties Aimed At The Vulnerable And The Middle Class. Here's A List"** [Los Angeles Times, 11/03/17]

**GOP Tax Reform Would Significantly Harm California.** "The change in mortgage interest deductions, which would only apply to home purchases and mortgages going forward, is likely to deliver a significant blow to California homeowners. … The GOP plan also dramatically scales back the deduction for state and local taxes, limiting it in the future only to property taxes and capping the deduction at $10,000. Americans no longer would be able to deduct state and local income or sales taxes, which currently make up about two-thirds of the deduction. Californians would be disproportionately hurt by the change. The state has the highest state income tax rate in the nation but ranks in the bottom third by one measure for property taxes." [Los Angeles Times, 11/02/17]

**HEADLINE: "California's High Taxes, Costly Housing Mean Trouble Under GOP Tax Plan."** [SF Chronicle, 11/02/17]

**Sacramento Bee: The Tax Bill "Could Deal A Major Blow To California's Economy And Hurt Constituents Of Republican Strongholds In The Central Valley And Orange County."** "Major policy proposals Trump and congressional leaders have unveiled this year could deal a major blow to California's economy and hurt constituents of Republican strongholds in the Central Valley and Orange County, where Democrats are focusing their campaign efforts. Trump's plan to slash corporate and income taxes could hit Californians who benefit from major tax breaks hard. The state and local tax deduction is on the chopping block under Trump's proposal." [Sacramento Bee, 10/25/17]

**Opinion: A Tax Plan That Hurts Blue States.** [LA Times, Harold Meyerson Opinion, 10/3/17]

**Walters Argued That Californians Who Would Be Negatively Affected By GOP Tax Reform Should Think About The Overall Picture.** "A third of Californian taxpayers could lose thousands of dollars from the repeal of one deduction under a GOP proposal released Wednesday, setting up another political dilemma for California Republicans facing tough reelection battles next year as Democrats work to win back the House of Representatives. The potential repeal of the state and local tax (SALT) deduction, the federal deduction for state and local taxes, would hit especially hard in wealthier areas, some of which are on the exact turf Democrats are trying to win over in Southern California. … Rep. Mimi Walters of Irvine, represents a constituency with even more users of the deduction. She said Republican leaders seemed willing to work on the details of a tax reform bill, but people should keep an eye on the overall goal of putting more money in Americans' pockets. 'Nothing's set in stone yet,' she said. 'What we need to look at is the overall picture.'" [Los Angeles Times, 9/28/17]

**HEADLINE: "The GOP Tax Plan Could Hit Southern California Hard. Will The Republican House Members Here Support It?"** [Los Angeles Times, 9/28/17]

**The House Tax Scam Bill Would Hurt California Homeowners By Limiting Real Estate Tax And Mortgage Interest Deductions**

**According to the Government Finance Officers Association, in 2015, 37% Of Tax Units In CA-45 Used A SALT Deduction, Worth $18,200 Per Household And $6,752 Per Taxpayer.** [Government Financial Officers Association, 7/6/17]

**According To The Tax Foundation, The Mean SALT Deduction In Orange County Is $6,569, Making It The Sixth Highest Of 58 California County.** [Tax Foundation, 9/27/17]

**HEADLINE: "Realtors Are Worried About Trump's Tax Plan. California Homeowners Should Be Too."** "If President Trump and congressional Republicans have their way, homeownership in California will become less attractive. And that really worries Realtors and builders. And, of course, it also should greatly disturb home buyers." [Los Angeles Times, 11/16/17]

**HEADLINE: "Five Reasons That GOP Plans to Reduce or Eliminate the State and Local Tax (SALT) Deduction Are a Bad Deal for Californians"** [CBPC, 11/15/17]

**2017: 63% Of Orange County Homes Sold Cost $600k Or More.** "In Orange County, almost 63 percent of all homes sold this year so far — houses, townhomes and condos — cost $600,000 or more, and 48 percent cost $700,000 or more, figures from real estate data firm CoreLogic show." [Press-Enterprise, 11/14/17]

**HEADLINE: "9 Of 10 Of US's Least Affordable Housing [Large] Markets Are California Metros"** [Builder Online, 11/13/17]

**HEADLINE: "GOP Budget Sabotages Affordable Housing Plans Amid Bay Area Crisis"** [Editorial, Mercury News, 11/09/17]

**GOP Tax Plan Would Gut Affordable Housing, Which CA Republican Districts Have Benefitted From.** "California Treasurer John Chiang called on the state's Republican congressional representatives Thursday to vote against the GOP tax plan, which he said would decimate affordable housing in the state and increase homelessness. Chiang said California – home to a fifth of the nation's homeless population – stands to lose two programs which have produced two-thirds of the affordable housing units built in the state. … The 14 California congressional districts represented by Republicans have benefitted from $2 billion in affordable housing assistance that has funded 101 projects and built more than 9,400 low-income housing units, according to data Chiang released Thursday." [Courthouse News, 11/09/17]

**HEADLINE: "Republican Tax Plan Would Slam California Housing Market."** [Wall Street Journal, 11/08/17]

**HEADLINE: "GOP Tax Plan Could Be 'Devastating' For Bay Area And First-Time Homebuyers, Economist Says."** [Biz Journals, 11/08/17]

**HEADLINE: "House Tax Plan Would Hurt Many California Homeowners, But State GOP Members Look For The Bright Side"** [Los Angeles Times, 11/03/17]

**HEADLINE: "House Tax Bill Would Deliver Blow To California Homeowners."** [Los Angeles Times, 11/02/17]

---

**The House Tax Scam Bill Would Hurt California Education Funding**

**Eliminating SALT Deduction Would Harm Education Funding In California.** "Look for one area to be hardest hit: education, by far the single largest expenditure in the California state budget. California Center for Budget and Policy Center executive director Chris Hoene told POLITICO that 'more than 90 percent of K-12 education funding in California comes from state and local sources, with the remainder coming from the federal government,' which means that 'the ability of the state and of local governments to maintain their share of California's K-12 education funding likely depends on continued SALT deductibility.'" [CA Playbook, 11/17/17]

---

**California Editorials Opposed The GOP Tax Bill**

**Mercury News: "GOP Tax Plan Is Cynical Wealth Redistribution"** [Editorial, Mercury News, 12/05/17]

**San Francisco Chronicle Editorial: House Tax Plan Doesn't Cut It.** "The hungry heart of the House tax bill unveiled Thursday can be found in the title President Trump reportedly proposed: the 'Cut Cut Cut Act.' The scrapping of deductions for state and local taxes, except for up to $10,000 in property taxes, would disproportionately hurt high-tax states such as California and New York. So would the halving of the current $1 million cap on eligibility for the mortgage interest deduction: Only 5 percent of the nation's mortgages are greater than $500,000, and nearly half of them are in California." [San Francisco Chronicle, Editorial, 11/02/17]

**Editorial: "House Republicans Unveil The Wrong Tax Overhaul"** [Los Angeles Times, Editorial, 11/03/17]

---

**Walters Said She Received A Personal Commitment From Rep. Brady That Changes Would Be Made To Final Version That Would Benefit Orange County**

---

**Walters Said She Got Assurances GOP Tax Reform Would Be Fixed In Senate Bill.** "@RepMimiWalters tells me she will vote yes on tax bill. Said she got assurances from leadership her concerns with the tax bill will be addressed in the House/Senate tax compromise bill." [Sarah Wire, Twitter, 11/15/17]

**Walters Said She Voted For The Tax Bill Because She Was Assured The Compromise Bill Would Address Lost Deductions.** "Rep. Mimi Walters (R-Irvine) said she voted for the bill because she got assurances from House leaders that the compromise version with the Senate will address the effect of the lost deductions. 'I'm a lot more confident with this bill because I think we've seen the process move forward with ... not a lot of drama, and both houses have worked really hard and worked well together, and I don't believe that our bill is that far apart from the Senate bill,' she said." [Los Angeles Times, 11/16/17]

**Walters: "I Received A Personal Commitment From The Chairman Of The Ways And Means Committee [...] That Changes Will Be Made To The Final Version Of Tax Reform Legislation To Benefit Orange County Residents."** "Walters, who is on the House GOP leadership team and was an early backer of the tax reform plan, said she voted for the measure Thursday with confidence that a final deal would be better for Californians. 'Yesterday, on the floor of the House, I received a personal commitment from the chairman of the Ways and Means Committee, Rep. Kevin Brady, R-Texas, that changes will be made to the final version of tax reform legislation to benefit Orange County residents,' Walters said." [OC Register, 11/16/17]

---

**California Republicans, Including Walters Did Not Stand Up For Their Constituents**

---

**Reuters: "California Republicans Face A Choice Of Voting For Legislation That Would Erase Tax Deductions Prized By Many Of Their Constituents Or Going Against Their Leaders...."** "California Republicans face a choice of voting for legislation that would erase tax deductions prized by many of their constituents or going against their leaders and sinking the party's best chance for a legislative victory ahead of the 2018 elections. Unlike Republicans from New York and New Jersey, the GOP delegation from California has not come out against the House tax reform proposal, en masse, despite its political downside back home. … California's 14 Republican members of the House must decide whether to go along with party leaders and vote for a tax bill that eliminates the ability of their constituents to deduct state and local taxes on federal returns." [Reuters, 11/14/17]

**CA Republicans Voted For Tax Reform, Unlike Their East Coast Counterparts.** "Unlike their East Coast GOP counterparts who voted against moving forward with the tax plan until they could negotiate concessions, California's Republicans voted with the majority to move ahead with the overhaul. That may be because House Majority Leader Kevin McCarthy of Bakersfield has championed the bill while demanding party loyalty to ensure that Republicans pass a major piece of legislation while controlling all branches of government." [Patch, 11/11/17]

**No California Republican Signed Bipartisan Letter Urging Trump Administration To Keep SALT Deduction.** "Eliminating the deduction could pose problems for Republicans in getting the tax plan through Congress. In June, 69 House members, including several Republicans from New York and New Jersey, wrote to Treasury Secretary Steven Mnuchin urging the Trump administration to keep the deduction. No California

Republicans signed the letter, but pressure could build on those lawmakers in high-cost parts of the state, such as Orange County." [Los Angeles Times, 9/27/17]

---

**The House Tax Bill Hinged On Support Of California Republicans**

---

**California Republicans Provided The Margin By Which The First House Vote Passed.** "California Republican votes may prove essential to the final tax bill's chances, and some have signaled they are willing to vote against it. […] All but three of California's 14 GOP House members voted for the House version of the bill, which passed by an 11-vote margin." [Los Angeles Times, 12/8/17]

**Opinion: California Republicans, Including Walters, Voted Yes On The Tax Bill To Support Trump.** "So why did other vulnerable Southern California Republicans, such as Ed Royce and Mimi Walters, vote for the bill? Some of their constituents will be hit, as well. […] By voting with Trump, California Republicans are simply acknowledging that he controls the party and their fates." [Bloomberg View, Francis Wilkinson, 11/27/17]

**CNN: If California Republicans "Bail, Then Republicans Have A Real Problem" With The Tax Bill.** "It's the California delegation everyone needs to keep their eyes on this week. […] Publicly, besides Rep. Darrell Issa, who is already a "no," the state delegation has largely held its fire. If they can be held in the "yes" column, the bill should have a clear path. If those lawmakers (think people like Reps. Ed Royce or Mimi Walters) bail, then Republicans have a real problem." [CNN, 11/13/17]

**HEADLINE: "California Congressional Republicans Key to Tax Bill"** [Fox & Hounds, 11/03/17]

*Walters And Other California Republicans Felt Loyalty To Republican House Majority Leader Kevin McCarthy During The Tax Fight*

**Republican Members Of California's Congressional Delegation Felt Loyalty To Majority Leader And Fellow Californian Kevin McCarthy.** "Issa is the only California Republican member of Congress, as of writing this, to oppose the tax proposal. Others feel a strong loyalty to one of the measure's strongest advocates, House Majority Leader Kevin McCarthy of Bakersfield. There are 14 GOP members in all. Democrats dominate the California delegation with 39. 'We can do better than this' proposal, says Issa, who won reelection by only half a percentage point in 2016. He's considered the most vulnerable among the threatened House members." [Los Angeles Times, 11/13/17]

**California Republicans Have Been "More Supportive Of The House Bill" On Tax Reform.** "In California, another state likely to be hit especially hard by the tax proposals, Republicans have been more supportive of the House bill, a dynamic that lawmakers attribute to the influence of Representative Kevin McCarthy, a California Republican who is the House majority leader." [New York Times, 11/05/17]

---

**Republican Leadership And Allied Groups Pressured Walters And Other California Republicans, Who's Support Was Crucial, To Support The Bill**

---

*Outside Spending Groups Called On Walters And Other Congressional Republicans To Support The Bill*

**The American Action Network Spent $1.5 Million In Television And Online Ads Encouraging Congressional Republicans Including Walters To Support The Tax Bill.** "With pressure building through ads opposed to the plan, a super PAC connected with House Speaker Paul Ryan launched ads Monday encouraging the lawmakers to back the tax bill. The $1.5 million in television and online ads from American Action Network targets 23 Republicans in multiple high tax states, including five in California -- Jeff Denham of Hanford, David Valadao of Turlock, Knight, Walters and Issa." [Los Angeles Times, 11/14/17]

*After The Tax Bill Passed, Former Sen. Barbara Boxer's PAC Targeted Walters And Other California Republicans With A Negative Ad*

**After The Tax Bill Passed, Former Sen. Barbara Boxer's PAC Targeted Walters And Other California Republicans With Negative Ads.** "A new attack ad launched Wednesday targets California Republicans who voted in favor of the GOP tax overhaul, seen as overwhelmingly unpopular among California voters. The advertising campaign, funded by former California Sen. Barbara Boxer's political action committee, comes after 12 of California's 14 House Republicans voted Tuesday for the $1.5 trillion tax bill that slashes the corporate tax rate to 21 percent and limits deductions for state and local taxes - a provision that hits high-tax blue states like California and New York especially hard. It names Reps. Jeff Denham, R-Turlock, David Valadao, R-Hanford, Steve Knight, R-Lancaster, Ed Royce, R-Fullerton and Mimi Walters, R-Laguna Niguel." [Sacramento Bee, 12/20/17]

### *Outside Groups Urged Walters And California Republicans To Oppose The Tax Bill*

**The California Association of Realtors Bought Full Page Ads In Disctricts Including Walters' Urging Congressional Republicans To Oppose The Tax Bill.** "'If the goal of tax reform is to help middle-class Americans keep more of their hard-earned money, this proposal fails miserably,' the California Assn. of Realtors proclaimed in a full-page ad run in several California newspapers this week. 'How could any member of the California Congressional Delegation think this plan is good for the Golden State?' The ad was billed as an open letter to Trump and members of the California congressional delegation. The seven Republican House members under pressure include five from Southern California: Darrell Issa of Vista, Dana Rohrabacher of Costa Mesa, Mimi Walters of Irvine, Ed Royce of Fullerton and Steve Knight of Palmdale." [Los Angeles Times, 11/16/17]

**"Not One Penny" Aired An Ad Urging Sothern California Republicans, Including Walters, To Oppose The Bill.** "'The Republican tax plan will raise taxes on California families by eliminating middle-class tax deductions to pay for a massive tax break for the super wealthy and big corporations,' a narrator says during the 30-second ad, which the "Not One Penny" coalition of liberal and labor groups funded. [...] The ads are airing on cable and network stations in districts represented by Darrell Issa of Vista, Steve Knight of Palmdale, Dana Rohrabacher of Costa Mesa, Ed Royce of Fullerton and Mimi Walters of Irvine." [Los Angeles Time, 11/14/17]

**Red To Blue California Targeted 250,00 People With An Ad Encouraging Congressional Republicans, Including Walters, To Oppose The Tax Bill.** "Red to Blue California, a political action committee seeking to unseat vulnerable California GOP lawmakers, began running digital ads Monday casting the tax plan as 'billionaire tax cuts' and urging voters to call their members of Congress to oppose the plan. The group said the ads will reach about 250,000 people in each of the seven GOP-held districts where Clinton won last year." [Los Angeles Time, 11/14/17]

**Fight Back California Ran Digital Ads Targeting 30,000 People That Encouraged Congressional Republicans, Including Walters, To Oppose The Tax Bill.** "Another PAC, Fight Back California, has been running digital ads over the last week, targeting about 30,000 voters in each of the districts and focusing primarily on homeowners who would be affected by the changes to mortgage interest deduction." [Los Angeles Time, 11/14/17]

**House Version Of Tax Cuts And Jobs Act Would Eliminate Deductions For Damage Caused By Natural Disasters, Including Wildfire Victims In California**

**HEADLINE: "Tax-Reform Plan Would Eliminate Deduction For Wildfire Losses"** [LA Daily News, 12/07/17]

**HEADLINE: "Burned Out? Robbed? Accident Victim? Tax Bill Takes Away Deductions For Personal Casualty Losses"** [East County Magazine, 12/4/17]

**HEADLINE: "President Trump's 'Appalling' Disregard For Local Fire Victims."** "Regrettably, only one Republican, Rep. Ed Royce of Orange County, was willing to join in signing the letter. The state's Republican delegation instead authored a letter of its own 11 days later calling on Trump to assure ongoing programs in the Federal Emergency Management Agency, the Small Business Administration and elsewhere are "sufficiently

funded," but it included no request for supplemental disaster aid. […] Those cuts, which primarily benefit the wealthiest of Americans, need to be justified somehow, apparently even it if means refusing financial relief for those hit the hardest by fires out west." [Press-Democrat, Editorial, 11/26/17]

**HEADLINE: "The White House Demonstrates Outrageous Neglect Of Wine Country Fire Victims"** [Editorial, San Francisco Chronicle, 11/20/17]

**HEADLINE: "Trump Administration Rejects California Lawmakers' Criticism On Wildfires Aid."** "Top California Democratic lawmakers sent out blistering statements Friday accusing the administration of ignoring Gov. Jerry Brown's $7.4 billion request for the Wine Country fires. The administration's request specifically addresses disaster needs resulting from three recent hurricanes that struck Texas, Florida, Puerto Rico and the Virgin Islands, but mentions California only in regard to special tax relief targeted at fire victims." [San Francisco Chronicle, 11/20/17]

**HEADLINE: "Donald Trump's Response to Disaster Aid for California: Nothing"** [Mother Jones, 11/20/17]

**Republican Tax Bill Would Eliminate Deduction For Personal Losses From Wildfires, Earthquakes And Other Natural Disasters, But Keep The Break For Victims Of The Recent Severe Hurricanes.** "The House Republican tax bill would eliminate the deduction for personal losses from wildfires, earthquakes and other natural disasters, but keep the break for victims of the recent severe hurricanes. If the bill becomes law, the deduction would disappear next year, but would be available for victims of the massive wildfires that struck Northern California last month — as long as they can figure out their uninsured losses and include them on their 2017 tax return. The legislation specifically repeals the deduction for personal casualty losses. The Internal Revenue Service describes casualty losses as including those from 'natural disasters like hurricanes, tornadoes, floods and earthquakes. It can also include losses from fires, accidents, thefts or vandalism.'" [Los Angeles Times, 11/7/17]

> **HEADLINE: "GOP Tax Bill Would End Deduction For Wildfire And Earthquake Victims — But Not Recent Hurricane Victims"** [Los Angeles Times, 11/07/17]

**House Version Of The Tax Cuts And Jobs Act Kept Tax Breaks For Oil Industry**

**Bloomberg: Republican Tax Bill "Keeps Most Of The Oil Industry's Most Cherished Tax Breaks Intact."** "The tax overhaul proposed in the U.S. House looks like a better bet for oil and natural gas companies than solar developers or electric car buyers, keeping with President Donald Trump's decidedly fossil-fuel friendly views. The proposal, unveiled Thursday, slashes tax rates almost in half for most corporations, and expands the ability of businesses -- from shale drillers to solar panel makers -- to write off equipment. It keeps most of the oil industry's most cherished tax breaks intact, as well as investment and production tax credits for renewable energy." [Bloomberg, 11/2/17]

> **Analysts: "The Plan Spares 'The Holy Grail Of E&P [Exploration & Production] Tax Breaks" For Oil Companies.** "The plan spares 'the Holy Grail of E&P tax breaks' by maintaining the intangible drilling costs provision, analysts at Houston investment bank Tudor Pickering Holt & Co. said in a research note Friday. Between that and a plan to cut the corporate rate from 35 percent to 20 percent, the legislation would be 'a net positive for oil and gas,' they wrote." [Bloomberg, 11/2/17]

**House Version Of The Tax Cuts And Jobs Act Repealed Medical Expense Deduction - Hurting Americans Who Need Long Term Care, Like Seniors With Alzheimer's And Children With Chronic Illnesses**

**Medical Expenses Deduction Helped Older Americans With Long Term Care Costs, And Younger Families Struggling To Care For Children With Chronic Conditions And Disabilities.** "According to an analysis in January from the Joint Committee on Taxation, most taxpayers who claim the deduction have incomes below $100,000, with about 40 percent below $75,000. More than half of those who claim it are older than 65, according to AARP, the lobby for older Americans. They often face staggering medical and long-term care costs. The deduction also helps younger families struggling to pay the enormous cost of caring for children with chronic

conditions or disabilities, and couples going through costly fertility treatments like in vitro fertilization." [New York Times, 11/8/17]

**New York Times: "Eliminating The Medical-Expense Deduction Would Hit The Middle Class Squarely, Eliminating A Source Of Relief That Has Helped Millions Of People Cope With Steep Medical Costs."** "But while the party has framed its tax plan as a boon for the middle class, eliminating the medical-expense deduction would hit the middle class squarely, eliminating a source of relief that has helped millions of people cope with steep medical costs in a country without comprehensive, universal health coverage."

## House Version Of The Tax Cuts And Jobs Act Would End Tax Breaks For Teachers, Student Loans, Graduate Tuition

**HEADLINE: "What The Republican Tax Plan Will Do To Students Should Make Every American Parent Ashamed."** The House bill would eliminate the student loan interest deduction, which allows any individual with an income up to $80,000 to deduct up to $2,500 in student loan income. The House version would eliminate tax breaks for nontraditional college students by eliminating the Lifetime Learning Credit and the American Opportunity Tax Credit. The bill also would abolish a provision that allows an employee to receive up to $5,500 in tax-free tuition assistance from his or her employee at the undergraduate or graduate level. The House Ways and Means Committee's summary of the legislation says that the bill would increase the cost to students of attending college by more than $65 billion in the next decade. [Sacramento Bee, 11/13/17]

**Republican Tax Bill Cut Deduction For Teachers Who Spend Their Own Money On School Supplies, As They Are Regularly Expected To Do.** "For now, teachers can get a small tax break — deducting up to $250 from their taxes — for what they spend on supplies. But under the GOP tax reform bill, that deduction would go away for teachers and other categories of workers, including certain state and local officials and performing artists. […] Unlike other professionals, teachers are regularly expected to furnish their own supplies. They are often filling in gaps where students are unable to afford supplies — and where districts are unable to furnish them. Teachers in the United States are not paid as well as other similarly educated professionals, studies have found." [Washington Post, 11/2/17]

**Washington Post: "The GOP Plan Would No Longer Allow People Repaying Their Student Loans To Reduce Their Tax Burden By Up To $2,500."** "The GOP plan would no longer allow people repaying their student loans to reduce their tax burden by up to $2,500. People whose employers cover a portion of their college costs would also see the money become taxable income. The plan would also do away with a tuition tax break for university employees and their families. As it stands, tuition discounts provided to that group are excluded from income, under what are known as qualified tuition reductions. Republicans estimate that doing away with all of those deductions and tax breaks will increase government revenue by $47.5 billion over the next decade." [Washington Post, 11/2/17]

**Under Republican Tax Bill, A Large Percentage Of Undergraduate And Graduate Students Would See Increases In Their Tax Bills, Some Dramatically.** "To help pay for the $1.5 trillion tax cut, lawmakers eliminated many individual tax breaks, arguing the overall plan would compensate for any lost benefits. The result: while many families and businesses would see tax cuts, a large percentage of undergraduates and graduate students would see their tax bills increase, some dramatically." [New York Times, 11/15/17]

## House Version Of Tax Cuts And Jobs Act Would Allow Religious Organizations To Make Political Campaign Statements

**Republican Tax Bill Would Upend The Johnson Amendment And Allow Churches And Other 501(c)(3)s To Make Political Speech, Risking The Charities Would Become Conduits For Political Money.** "The House Republican tax plan would upend a longstanding measure, known as the Johnson Amendment, that prohibits politicking from the pulpit, and critics say it could turn churches into new conduits for political money. Under current law, churches, charities and other 501(c)(3) tax-exempt organizations are prohibited from endorsing political candidates. The bill released Thursday would allow churches to make statements about political campaigns

and candidates in the course of religious services and activities, according to section 5201 of the measure. A pastor, for example, could endorse a candidate for office, or oppose one, during Sunday service." [Roll Call, 11/2/17]

**Republican Tax Bill Would Allow Religious Organizations To Make Political Campaign Statements.** "The proposal would allow religious organizations to make political campaign statements 'in the ordinary course of religious services and activities' and remain tax exempt. Conservative proponents argue the tax rule infringes on their First Amendment rights, but critics say it violates the separation of church and state. Churches still won't be able to make donations, but could endorse candidates in the 'content of any homily, sermon, teaching, dialectic, or other presentation made during religious services or gatherings.'" [ABC News, 11/3/17]

**HEADLINE: Tax bill's repeal of 'Johnson Amendment' could cost taxpayers more than $1 billion** [USA Today, 11/11/17]

---

### Walters Voted For The FY 2018 Budget That Would Pave The Way For The Tax Scam To Be Approved By A Simple Majority

---

**Walters Championed Her Budget Vote, Said It Would Pave The Way For Tax Reform.** "Today, Rep. Mimi Walters (R-California) released the following statement regarding the passage of the Fiscal Year 2018 Budget Resolution. Said Rep. Walters, 'Today's passage of the FY18 Budget Resolution is a major step toward tax reform and providing much needed tax relief for middle class Americans.  Crossing this legislative hurdle will enable Congress to simplify our tax code, grow the American economy, and allow hard-working Americans to keep more of their paychecks. 'Middle class Californians and local businesses are being squeezed by an outdated and unfair tax code.  I look forward to working with my colleagues to deliver historic tax reform legislation that will benefit the hard working taxpayers of California's 45th district.'" [Rep. Walters press release, 10/26/17]

---

#### Walters Voted For The Budget That Allowed The Tax Scam To Advance While The Bill Contained A Provision To Eliminate SALT Deductions

---

**Walters Voted For Senate Budget That Set Up The Tax Reform Vote Before Republican Leadership Had Come To A Consensus On SALT Deductions.** "All 14 of California's House Republicans voted Thursday for a budget measure laying the groundwork for the Trump administration's tax reform plans — as California Democrats argued that the plan could cost the state's taxpayers billions more each year. […] In an interview Thursday afternoon, Rep. Mimi Walters, R-Irvine, stressed that the tax plan was still a work in process, and said Republican leadership was negotiating on the SALT issue. A final bill expected Nov. 1 could include some sort of compromise, such as limiting the SALT deduction instead of eliminating it altogether." [Mercury News, 10/26/17]

> **October 2017: As Republicans In Other High-Tax States Came Out Against The SALT Provision While The California Delegation Remained In Support Of It.** "Twenty Republicans opposed the bill, most of them from other high-tax states like New York and New Jersey that would also be disproportionately affected by eliminating the deduction. But even as Republicans like Rep. Peter King of New York argued that scrapping the deduction would devastate his state, the California GOP delegation hasn't broken ranks or spoken out against the plan." [Mercury News, 10/26/17]

**Senate Budget Promoted Reducing The State And Local Tax Deduction.** "The Chairman of the Committee on the Budget of the Senate may revise the allocations of a committee or committees, aggregates, and other appropriate levels in this resolution, and make adjustments to the pay-as-you-go ledger, for one or more bills, joint resolutions, amendments, amendments between the Houses, motions, or conference reports relating to changes in Federal tax laws, which may include reducing federal deductions, such as the state and local tax deduction which disproportionally favors high-income individuals, to ensure relief for middle- income taxpayers, by the amounts provided in such legislation for those purposes, provided that such legislation would not increase the deficit over either the period of the total of fiscal years 2018 through 2027." [H Con Res 71, Text As Engrossed In The Senate, 10/19/17]

**House Minority Leader Pelosi Said A Vote For The Budget Would Make Republicans 'Accomplices' In A California Tax Hike."** "'Republicans vote Thursday on their budget, which paves the way for the party to advance its tax overhaul. As it's currently framed, the overhaul would eliminate the state and local tax deduction, a write-off that disproportionately benefits taxpayers in high-tax, high-cost states like California. While the state's Republicans have avoided taking a position on that proposal, Democrats are prepared to paint any Republicans voting for the budget as "accomplices" in the push to eliminate the deduction, warns House Minority Leader Nancy Pelosi.." [McClatchy, 10/25/17]

---

**After The House Paved The Way For The Tax Scam Bill By Passing The Budget, Walters Promoted The Tax Scam Bill, Saying The Next Step Was Working Out "The Language"**

---

**(Video) October 2017: After The House Paved The Way For The Tax Scam Bill By Passing The Budget, Walters Promoted The Tax Scam Bill.** "[17:40] Well, in the house we did pass the budget last week. Now we're waiting for the senate to pass their budget. Which they anticipate doing this week. Once we have both houses pass the budget, we will then move forward with the language on tax reform." [Fox Business, Lou Dobbs, 10/17/17]

**(Video) Walters Was Unable To Articulate The Mechanism By Which The Tax Scam Would Incentivize Multinational Corporations To Repatriate And Invest Overseas Cash Reserve.** "[17:53] We have one of the highest tax rates for corporations in an industrialize nation. The idea is that we give corporations the opportunity by lowering the tax rate so that they can bring money back into our country. They will want to do it, we need to give them an incentive. Dobbs: what is that incentive, that is what I don't get. Walters: we're talking right now president is talking about a corporate tax rate of 20%. Small businesses 25%. He talking about for individuals, you know we'll take our 7 tax structures. Dobbs: I understand the architecture, I am curious about void that seems to exist how will corporate America be incentivized to invest that money if it is repatriated. Walters:  by giving them a low rate to make it feasible and them wanting to bring their money back to America, so they can create more jobs. Dobbs: congresswoman thank you so much good to talk with you, come back soon." [Fox Business, Lou Dobbs, 10/17/17]

---

**Walters Supported The Tax Scam On Twitter**

---

**Walters: "Found A Newsletter On #Taxreform From My Old Boss, Dated: Fall '85! It's Time For A Tax Code Update."** [Twitter, @RepMimiWalters, 9/28/17]

**Walters: "The GOP #Taxreform Plan Will Create Jobs & Allow You To Keep More Of Your Hard-Earned Money. My Full Statement:"** [Twitter, @RepMimiWalters, 9/27/17]

**Walters: ".@VP Agrees - It Is Time To Reform Our Tax Code To Create Jobs And Give Americans More Take-Home Pay."** [Twitter, @RepMimiWalters, 9/27/17]

**Walters: "Bigger Paychecks, Less Time Filing Taxes, More Opportunity For Small Biz. Learn More Our #Taxreform Plan (*Sic*)."** [Twitter, @RepMimiWalters, 9/27/17]

## California Gas Tax

**Walters, And 10 Other Congressional California Republicans, Signed A Letter Calling California's 2017 Gas Tax Increase "A Bailout For Our Transportation Programs."** "Concerned that the gas tax could become a political hot potato in the next election, a coalition of business and civic groups called Fix Our Roads recently sent a letter to California's 14 Republican members of Congress, telling them the state desperately needs to increase spending on its crumbling infrastructure. […] The GOP lawmakers responded with a letter of their own Thursday, saying they support the repeal of the gas tax and vehicle fees. 'The passage of SB 1 represents a bailout for our transportation programs that have been habitually raided, mismanaged and not made a priority in Sacramento,' the lawmakers said." [LA Times, 10/8/17]

**Corporate Tax**

**Walters Said She Wanted To Lower The Tax Rate For Large And Small Businesses**

**2016: Walters: "We Want To Lower Taxes On Our Main Street Businesses, Which Are Powerful Job Creators, To Empower Them To Unleash Our Economy."** "Second, our tax code should incentivize businesses to invest and grow, thereby expanding opportunity for all Americans. For the past few decades, instead of making substantive, long-lasting reforms to our tax code, we have implemented short-term tax policies. This makes it impossible for businesses to plan for the future. We believe that business decisions should be based on economic potential, not on fear of what the tax code will or will not include this year. We want to lower taxes on our Main Street businesses, which are powerful job creators, to empower them to unleash our economy." [Mimi Walters, Orange County Register, 7/3/16]

**2016: Walters: "We Are Going To Lower The Tax Rate For Large And Small Businesses To Keep American Jobs Here And Make America Competitive On The Global Stage Once Again."** "Furthermore, we will make the tax code fair and competitive, so that businesses will once again choose to do business in America. In 1960, 17 of the world's largest companies were headquartered in the United States, but today, that number is only six. A major reason for this shift away from America is our uncompetitive tax code. We are going to lower the tax rate for large and small businesses to keep American jobs here and make America competitive on the global stage once again. Businesses will be incentivized to invest in job creation and technological innovation that will result in increased productivity, which will translate into economic growth." [Mimi Walters, Orange County Register, 7/3/16]

**Walters Said Corporate Tax Reform That Lowers Corporate Taxes Would Create More Jobs**

**2015: Walters: "One Way In Order For Us To Create More Jobs Is Corporate Tax Reform."** ROBERT SIEGEL: "Representative Walters, would you accept that reasoning, that the carried interest tax breaks should be extracted from the tax code?" MARIAN WALTERS: "Well, first of all, we do need tax reform, but under this president, I don't believe we will get any sort of tax fairness. One way in order for us to create more jobs is corporate tax reform. I mean, right now we have many corporations who are moving out of our country because they just can't compete. And so if you want to look at people having fairness, we need to have a system where we incentivize people to have a job and be able to keep more of their money." [NPR All Things Considered, 9/18/15]

**Walters Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million**

**2015: Walters Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million.** In January 2015, Walters voted against a "Van Hollen, D-Md., motion to commit the resolution to a select committee comprised of the House majority and minority leaders and report it back immediately with an amendment that would prevent companies that don't give their employees annual raises to keep pace with increases in costs of living and labor productivity from claiming tax deductions for chief executive officer bonuses or other compensation exceeding $1 million for other highly-paid executives or employees." The motion failed, 168-243. [H Res 5, Vote #5, 1/06/15; CQ, 1/06/15]

**Walters Repeatedly Voted Against Legislation That Would Crack Down On Corporations That Avoid Taxes By Moving Overseas**

**2015: Walters Voted To Block Consideration Of Bill Preventing U.S. Corporations From Moving Overseas To Dodge Paying Taxes.** In January 2015, Walters voted for a "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the resolution that would set the rules for the 114th Congress." According to the Democratic Leader's office, "The Democratic Previous Question would require Congress to vote on the Stop Corporate Expatriation and Invest in America's Infrastructure Act, which would prevent U.S. corporations from renouncing their Americans citizenship to dodge taxes, and use that new

revenue on projects to improve our nation's infrastructure." The previous question passed, 239 to 168. A vote against the previous question would have allowed the bill to be considered. [H Res 5, Vote #4, 1/06/15; CQ, 1/6/15; Democratic Leader's office, 1/6/15]

**2015: Walters Voted To Block Consideration On A Vote To Re-Authorize A Long-Term Transportation Bill And To Crack Down On Corporations That Avoid Taxes By Moving Overseas.** In July 2015, Walters voted To Block consideration on "a vote to re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs. The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on the long-term Transportation bill and the crackdown on corporations that move overseas to avoid paying taxes. The motion to order the previous question passed, 245 to 182. [H Res 362, Vote #438, 7/15/15; Democratic Leader – Previous Questions, 7/15/15]

## Estate Tax

### Walters Voted To Repeal The Federal Estate Tax

**2015: Walters Voted To Repeal The Estate Tax.** In April 2015, Walters voted To Repeal the estate tax. "The measure also would repeal the generation-skipping transfer tax and reduce the top marginal rate for the federal gift tax from 40 percent to 35 percent." The bill passed, 240-179. [HR 1105, Vote #161, 4/16/15; CQ News, 4/16/15]

> **2015: Walters: "I Was Pleased To Support The Death Tax Repeal Act Today - I'm Hopeful The Senate Will Act Swiftly In The Passage Of This Common-Sense Bill."** "'During a time of grieving over the loss of a loved one, the last thing a family should have to worry about is the financial burden of the death tax,' said Rep. Mimi Walters. 'Though it only accounts for a small portion of federal revenue, the death tax impacts families tremendously, and is one of the biggest reasons that family businesses are forced close their doors for good. When families are working hard to build a legacy in order to pass down opportunities to their future generations – they shouldn't be punished by the federal government with burdensome additional taxation. For this reason, I was pleased to support the Death Tax Repeal Act today - I'm hopeful the Senate will act swiftly in the passage of this common-sense bill.'" [Rep. Mimi Walters, Press Release, 4/16/15]

> **USA Today: "Repealing Estate Tax Would Reward .2%."** "Of the nearly 3 million Americans who die every year, only about two-tenths of 1% have enough assets to qualify. It's a rather exclusive group. This isn't to disparage people who worked hard enough (or, in some cases, were lucky enough) to have estates that big. It's just that, at a time when income inequality is one of the nation's most vexing problems, the 0.2% hardly need extra help from Congress." [Editorial, USA Today, 4/16/15]

> **CBPP: "Roughly 2 Of Every 1,000 Estates Face The Estate Tax."** "Today, 99.8 percent of estates owe no estate tax at all, according to the Joint Committee on Taxation.[3] Only the estates of the wealthiest 0.2 percent of Americans -- roughly 2 out of every 1,000 people who die -- owe any estate tax. (See Figure 1.) This is because of the tax's high exemption amount, which has jumped from $650,000 per person in 2001 to $5.43 million per person in 2015." [CBPP, "10 Facts You Should Know About The Federal Estate Tax," 3/23/15]

> **Bill Impacted Fewer Than 6,000 Families.** "This tax is levied on the portion of estates exceeding $5.43 million per person or $10.86 million per married couple, and because of those exemption levels, it affects less than 1 percent of estates, or fewer than 6,000 families in 2014." [Philadelphia Inquirer, 4/19/15]

> **Bill Would Add $269 Billion To National Debt.** "Voting 240 for and 179 against, the House on April 16 passed a GOP-sponsored bill (HR 1105) that would permanently repeal the federal estate tax in a way that would add $269 billion to national debt through fiscal 2025." [Albuquerque Journal, 4/19/15]

> **Politifact: False – "Estate Tax 'In Many Cases' Forces Family Farmers And Small Business Owners To Sell Their Holdings.** "The U.S. Department of Agriculture estimates only 6 tenths of 1 percent of estates with

farms qualified for the tax in 2013. The nonpartisan Tax Policy Center estimates that there were 20 small, closely held farms and businesses that were subject to the tax that year. It's unknown how many of them, if any at all, were sold to pay the levy. So Hurt's statement comes up empty. We rate it False." [Politifact, 5/03/15]

**2015: Walters Voted To Consider Estate Tax Repeal On House Floor.** In April 2015, Walters voted for considering a bill repealing the federal estate tax on the House floor. The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

## Tax Pledge

### Norquist Priased Walters And Other California Republicans In An An Op-Ed Following The Tax Vote

**Norquist: Tax Reform Will Benefit California.** "Members of the California congressional delegation who voted for the House tax reform bill - which includes Reps. Kevin McCarthy, R-Bakersfield; Devin Nunes, R-Tulare; Mimi Walters, R-Laguna Beach; Steve Knight, R-Antelope Valley; Ken Calvert, R-Corona; Ed Royce, R-Fullerton; Doug LaMalfa, R-Richvale; Paul Cook, R-Yucca Valley; Jeff Denham, R-Turlock; David Valadao, R-Hanford, and Duncan D. Hunter, R-Alpine - should be commended for voting in the best interests of their constituents." [Orange County Register, 11/25/17]

### Walters Signed Grover Norquist's Tax Pledge

**2014: Walters Signed Grover Norquist's Tax Pledge And Supported Repealing The Higher Tax For Families Making More Than $250,000.** "Walters has signed Grover Norquist's no-new-taxes pledge and also supports repealing the higher tax for families making more than $250,000." [Orange County Register, 5/12/14]

# Trade Issues

<div style="border:1px solid black; padding:10px;">

### Significant Findings

✓ *Walters voted for trade promotion authority.*

✓ *Walters said TPA was "vital to ensuring American global leadership."*

✓ *Walters said that if America does not take the lead on trade, China will.*

✓ *Walters said protectionism was flawed, credited free trade with job creation in the United States.*

</div>

## Free Trade

### Walters Said Free Trade Was "Very, Very Important," Credited It With Creating "One In Five Jobs In America"

**2015: Walters Said That Passing TPA Was "Very, Very Important," Noting That "One In Five Jobs In America Are Created Because Of Free Trade."** BRZEZINSKI:  "OK, then what do you think the most pressing issue facing lawmakers on Capitol Hill that they're not attacking that they should be." WALTERS:  "Well, currently, what we are working on is trade promotion authority.  That issue we expect to take up by the end of the month.  And what trade promotion authority, or known as TPA is, it's really the framework of giving the president the opportunity to negotiate trade agreements with other countries. And it's very, very important that we pass this piece of legislation.  It's bipartisan.  One in five jobs in America are created because of free trade; 95 percent of the consumers are outside of the United States.  And, if America doesn't take the lead on trade, China's going to.  And I want America to set the standards and take the lead." [MSNBC Morning Joe, VIDEO 0:46-1:30, 6/8/15]

### Walters Championed Free Trade And Criticized Opponents Of Trade Whom She Claimed Supported Protectionist Measures As "Flawed"

**2015: Walters: "Free Trade Empowers The Individual To Make Decisions In His Best Interest Without Undue Government Influence."** "I want to talk about why trade is so important to our economy. Why trade is a conservative cause. And why trade is so vital to our nation. Simply put, free trade empowers the individual to make decisions in his best interest without undue government influence." [Rep. Mimi Walters, Press Release, 6/18/15]

**2015: Walters: "Opponents Of Free Trade Will Say We Need Protectionist Measures To Maintain Certain Industries. But That Is A Flawed Argument."** "That means higher quality products and lower prices, which translates to improved standards of living and economic growth. Opponents of free trade will say we need protectionist measures to maintain certain industries. But that is a flawed argument." [Rep. Mimi Walters, Press Release, 6/18/15]

**2015: Walters: "Protectionist Measures May Benefit A Few In Select Industries, But Ultimately, Protectionism Is More Harmful To The Nation's Economic Health."** "Protectionist measures may benefit a few in select industries, but ultimately, protectionism is more harmful to the nation's economic health. Protected industries become inefficient.  Consumers are denied choice and American businesses face retaliatory trade measures overseas. Bottom line: protectionism is an abandonment of the free market in favor of government intervention." [Rep. Mimi Walters, Press Release, 6/18/15]

**2015: Walters: "I'm Very Supportive Of Trade With Other Countries, And One Of The Biggest Concerns We Have Is We Need To Set The Stage With Trade."** SIEGEL: "And Mimi Walters, the argument that you make in response to that?" WALTERS: "Well, 1 in 5 jobs in America is a result from trade. So we have a disagreement about the job issue, as you can tell. But I'm very supportive of trade with other countries, and one of the biggest concerns we have is we need to set the stage with trade. If America does not set the stage and set the standards, then China will. And I'm just sort of surprised I'm on the same page as President Obama on this one, but I am." [NPR All Things Considered, 5/21/15]

---

**Walters Claimed American Manufacturers Have A $50 Billion Trade Surplus Compared To All The Countries With Which The U.S. Has A Trade Agreement**

---

**2015: Walters: "If You Combine All 20 Countries That Have A Trade Agreement With The U.S., American Manufacturers Enjoy A $50 Billion Trade Surplus."** "Free trade agreements allow us to remove trade barriers and open U.S. products to overseas markets. Past agreements show American companies are the most innovative and dynamic in the world – if provided an equal opportunity, they can compete and win. In fact, if you combine all 20 countries that have a trade agreement with the U.S., American manufacturers enjoy a $50 billion trade surplus. Conversely, if you combine all the countries the U.S. does not have a free trade agreement with, American manufacturers run a $500 billion deficit." [Mimi Walters, Orange County Register, 6/12/15]

# Trans Pacific Partnership

---

**Walters Voted For Trade Promotion Authority (TPA)**

---

**2015: Walters Voted For Trade Promotion Authority.** In June 2015, Walters voted for a "Ryan, R-Wis., motion to concur in the Senate amendment to the bill (HR 2146) to allow public safety workers over the age of 50 to make penalty-free withdrawals from retirement plans, with an amendment that would grant Trade Promotion Authority, under which implementing legislation for trade agreements negotiated by the administration would be considered by Congress under expedited procedures and could not be amended." The motion passed 218 to 208. [HR 2146, Vote #374, 6/18/15; CQ, 6/18/15]

**2015: Walters Voted For Trade Promotion Authority.** In June 2015, Walters voted for a "Division III of the Ryan, R-Wis., motion to concur in the Senate amendment to the bill that would provide Trade Promotion Authority for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment, and would extend Trade Adjustment Assistance programs to help displaced U.S. workers. The portion of the Senate amendment covered by the division would authorize special 'trade promotion authority' for congressional consideration of legislation to implement U.S. trade agreements, under which such agreements would be considered in Congress under an expedited process and would be subject to simple up-or-down votes so they could not be amended. The expedited authority would apply to trade agreements entered into before July 1, 2018, although the bill would allow for extensions." The motion was agreed to 219 to 211. [HR 1314, Vote #362; CQ, 6/12/15]

---

**Walters Said TPA Was "Vital To Ensuring American Global Leadership"**

---

**2015: Walters: "Mr. Speaker, Let Us Set The Table For Free Trade.  Let Us Pass TPA."** "The famed economist Milton Friedman said free trade ultimately forces competitors 'to put up or shut up.' Mr. Speaker, let us set the table for free trade.  Let us pass TPA. I know American businesses will put up. I yield back." [Rep. Mimi Walters, Press Release, 6/18/15]

**2015: Walters Said That Passing Trade Promotion Authority Is "Vital To Ensuring American Global Leadership And Creating Opportunities."** "This week, Congress has a historic opportunity to unite behind an issue that will create jobs, raise wages and solidify the U.S. as the leader in the 21st century economy. On Friday, the House is expected to vote on a bill known as trade promotion authority, or TPA. This legislation would

empower Congress to dictate the terms of free trade agreements and ensure the U.S. secures the best trade deal possible for American workers, manufacturers, farmers and ranchers. This issue shares broad bipartisan support ranging from Senator Ted Cruz, R-Texas, Congressman Paul Ryan, R-Wis., and President Obama. Its passage is vital to ensuring American global leadership and creating opportunities for good-paying, high-quality jobs for the American people." [Mimi Walters, Orange County Register, 6/12/15]

**2015: Walters Said Congress Must Enact TPA In Order To Get The "Best Possible Deal" On TPP And The Transatlantic Trade And Investment Partnership.** "Currently, the U.S. is negotiating numerous free trade agreements, the most notable being the Trans-Pacific Partnership and the Transatlantic Trade and Investment Partnership. A vote on either of these trade agreements is not likely to occur this year; however, in order to ensure that America gets the best possible deal on these FTAs, Congress must enact TPA." [Mimi Walters, Orange County Register, 6/12/15]

**2015: Walters: "I Urge My Colleagues In The House And The American People To Rally Behind Trade Promotion Authority As It Comes Up For A Vote."** "Most importantly, if Congress fails to pass TPA and set the trade rules of the global economy, China will. We simply cannot cede our role as the global leader in the 21st century. I urge my colleagues in the House and the American people to rally behind trade promotion authority as it comes up for a vote." [Mimi Walters, Orange County Register, 6/12/15]

---

**2015: Walters Led The Freshman Class Of Republican Representatives In Sending A Letter To President Obama Urging Swift Action On Enacting TPA**

---

**2015: Mimi Walters And Tom Emmer Led The Freshman Class Of Republican Representatives In Sending A Letter To President Obama Urging Swift Action On Enacting TPA.** "U.S. Representatives Tom Emmer (MN-06) and Mimi Walters (CA-45) released the following statements after sending a letter to President Obama urging swift action on enacting Trade Promotion Authority (TPA) legislation. Walters and Emmer led the freshman class in sending the letter, with more than two dozen of their freshman colleagues signing in support. Text of this letter can be found here." [Rep. Tom Emmer, Press Release, 3/9/15]

## China

---

**Walters Said If America Does Not Take The Lead On Trade, China Will**

---

**2015: Walters Said "One In Five Jobs In America Are Created Because Of Free Trade," Adding That "If America Doesn't Take The Lead On Trade, China Is Going To."** BRZEZINSKI:  "OK, then what do you think the most pressing issue facing lawmakers on Capitol Hill that they're not attacking that they should be." WALTERS:  "Well, currently, what we are working on is trade promotion authority.  That issue we expect to take up by the end of the month.  And what trade promotion authority, or known as TPA is, it's really the framework of giving the president the opportunity to negotiate trade agreements with other countries. And it's very, very important that we pass this piece of legislation.  It's bipartisan.  One in five jobs in America are created because of free trade; 95 percent of the consumers are outside of the United States.  And, if America doesn't take the lead on trade, China's going to.  And I want America to set the standards and take the lead." [MSNBC Morning Joe, Transcript via Federal News Service, 6/8/15]

# Transportation Issues

## Significant Findings

✓ *Walters voted against long term transportation bills that would have funded infrastructure projects by prohibiting corporations from moving overseas to avoid taxes.*

✓ *Walters voted against authorizing $750 million for positive train control that could have prevented accidents like the May 2015 Amtrak collision.*

## Funding

### Walters Voted Against Long Term Transportation Bills That Would Have Funded Infrastructure Projects By Prohibiting Corporations From Moving Overseas To Avoid Taxes

**2015: Walters Voted To Block Consideration Of A Long Term Transportation Bill.** In July 2015, Walters voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs." The previous question carried, 239-167. A vote against the previous question was to force the vote on a long term transportation bill. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

> **Bill Would Also Target Corporations Moving Abroad To Avoid Paying Taxes, Instead Reinvest Money In Transportation Improvements.** The bill also intended to "stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on a bill to stop corporations moving abroad to avoid paying taxes. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

**2015: Walters Voted To Block Consideration Of Long-Term Transportation Bill That Would Fund Domestic Infrastructure By Prohibiting Corporations From Moving Overseas To Avoid Taxes.** In July 2015, Walters voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs. The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." The previous question carried, 240-167. A vote against the previous question was to force the vote on long-term transportation funding. [H Res 380, Vote #470, 7/28/15; Democratic Leader – Previous Questions, 2/03/15]

## Amtrak

### Walters Voted Against Authorizing $750 Million For Positive Train Control That Could Have Prevented Accidents Like The May 2015 Amtrak Collision

**2015: Walters Voted Against Amendment To Authorize $750 Million In Positive Train Control That Could Have Prevented Amtrak Collision.** In May 2015, Walters voted against an amendment to authorize $750 million in positive train control. "House Democrats wanted increased funding for an automated train control system that could have prevented last week's deadly Amtrak crash included in a surface transportation bill being voted on Tuesday. . . . A spokesman for House Minority Leader Nancy Pelosi (D-Calif.) said Democrats were offering a motion to recommit on the road and transit measure that the House is voting on Tuesday that would boost the

federal government's funding for the automated train control system to $750 million." [The Hill, 5/19/15; HR 2353, Vote #248, 5/19/15]

# Veterans Issues

### Significant Findings

✓ *Walters voted to underfund Veterans' Affairs programs.*

✓ *Walters voted to block a bill to exempt the VA from the Trump administration's hiring freeze.*

✓ *Walters voted against allowing the Department of Veterans Affairs to immediately suspend employees without pay for threatening public health or safety.*

✓ *Walters voted against protecting whistleblowers at the Department of Veterans Affairs.*

✓ *Walters said she was able to understand the "the sacrifice that our troops make" because she is the daughter of a marine.*

✓ *As state senator, Walters did not vote on a bill that would give residents of California's veterans homes and their advisory bodies a voice before the legislature.*

## Department Of Veterans Affairs

### Funding

#### Walters Voted For A Bill That Would Make More Money Available For The Veterans Choices Fund

**Walters Voted For Suspending The Rules And Passing A Bill That Would Make More Funds Available For The Veterans Choice Fund.** In July 2017, Walters voted for: "Roe, R-Tenn., motion to suspend the rules and pass the bill that would make available an additional $2 billion in funding for the Veterans Choice Fund, without fiscal year limitation. The bill would extend until Dec. 31, 2027, the current cap on per-month payment of VA pensions to certain veterans residing at VA nursing care facilities, as well as the VA's authority to collect fees for VA housing loans and the VA's authority to obtain and use income information from the Social Security Administration and the IRS to validate an application for VA benefits." The motion was rejected by a vote of 219-186. [S 114, Vote #408, 7/24/17; CQ, 7/24/17]

#### Walters Voted To Underfund Veterans' Affairs Programs

**2015: Walters Voted For A MilCon-VA Appropriations Bill That Underfunded VA By More Than $1 Billion.** In April 2015, Walters voted for "Passage of the bill, as amended, that would provide $171.1 billion in fiscal 2016 for the Veterans Affairs department, military construction and military housing. It would provide $76.6 billion in discretionary spending, including $60.2 billion for veterans' health programs. The bill would provide $94.5 billion in mandatory spending for veterans' service-connected compensation, benefits and pensions. The total also includes $7.7 billion for military construction, including $1.4 billion for military family housing. The bill would provide $167.3 billion in advance appropriations for certain VA medical care accounts for fiscal 2017." The bill passed 225 to 163. [HR 2029, Vote #193, 4/30/15; CQ, 4/30/15]

**The Hill: VA Secretary Robert McDonald Warned The Spending Bill Would "[Fall] Short" Of The Resources Needed For Veterans.** "Addressing the Democrats at a closed-door caucus meeting in the Capitol Wednesday, VA Secretary Robert McDonald warned the lawmakers that the GOP's $77 billion bill funding the department and military construction projects in fiscal 2016 falls short of the resources needed to provide health

and other services to the nation's veterans.  Relaying McDonald's message, Rep. Xavier Becerra (Calif.), chairman of the Democratic Caucus, said the GOP's bill would scale back health benefits for roughly 70,000 veterans, while also denying funds for medical research, education and veterans' cemeteries." [The Hill, 4/29/15]

**2015: Walters Voted Against An Amendment To Increase VA Funding For Veterans Medical Services By $15 Million.** In April 2015, Walters voted against a motion that would have added $15 million to VA funding for veterans medical services.  The motion failed 181 to 236. [HR 2029, Vote #192, Motion to Recommit with Instructions, 4/30/15]

---

**Hiring**

---

**Walters Voted Twice To Block A Bill To Exempt The VA From The Trump Administration's Hiring Freeze**

---

**June 2016: Walters Voted For Blocking Legislation To Prohibit A Hiring Freeze At The Department Of Veterans Affairs.** In June 2017, Walters voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 378)." According to the Congressional Record, Rep. Hasting said, "if we defeat the previous question, I am going to offer an amendment to the rule to bring up Representative Schrader's bill, H.R. 696, which would prohibit any hiring freeze from affecting the Department of Veterans Affairs." A vote for the previous question was a vote to block a prohibition of a hiring freeze at the VA. The previous question carried, 229-189." [H Res 378, Vote #302, 6/13/17; CQ, 6/13/17; Congressional Record 6/13/17]

**March 2017: Walters Voted To Block A Bill To Exempt The VA From The Trump Administration's Hiring Freeze.** In March 2017, Walters voted for the "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule that would provide for House floor consideration of a bill (HR 1259)." According to Rep. Alcee Hastings (D-FL), a vote for the motion was a vote to block "an amendment to the rule to bring up HR 696, Representative Schrader's bill to exempt the Department of Veterans Affairs from Donald John Trump's hiring freeze. As we have already discussed, my amendment to allow the VA Secretary to fill vacant positions, regardless of whether they were vacated before or after the hiring freeze, was blocked last night in the Rules Committee. There are nearly 47,000 vacant positions within the VA, and we should not be limiting the VA's authority to fill these positions, especially as we continue to work towards reducing patient wait times." The motion was agreed to by a vote of 227-185. [HRes 198, Vote #162, 3/16/17; Democratic Leader—Previous Questions, 3/16/17; Congressional Record, H2099, 3/16/17; CQ, 3/16/17]

---

**Whistleblowers**

---

**Walters Voted For A Bill To Protect Whistleblowers In The Veterans Administration**

---

**Walters Voted For A Bill To Protect VA Whistleblowers.** In October 2017, Walters voted for: "Passage of the bill that would set specific penalties for federal supervisors who retaliate against an employee who discloses waste, fraud or abuse. It would require a supervisor to be suspended for at least three days for an initial offense, and would require a supervisor to be fired for a second offense. It would also require the VA to develop a plan to protect the medical records of employees and would prohibit VA employees from accessing medical files for demographic information when another non-medical database is available." The bill passed, 420-0. [S 585, Vote #568, 10/12/17; CQ, 10/12/17]

> **Walters Voted For An Amendment That Would Extend The VA Whistleblower Protection Bill Provisions To Apply To Any Federal Employee Disclosure Regarding The Violation Of Any Law Or Regulation Related To Travel.** In October 2017, Walters voted for: "O'Halleran, D-Ariz., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would extend the bill's provisions to apply to any federal employee

disclosure regarding the violation of any law or regulation related to travel by the head of an agency or a political appointee." The motion was rejected, 232-190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17]

**Walters Voted For Consideration Of A Senate Bill To Protect VA Whistleblowers.** In October 2017, Walters voted for: "Adoption of the rule (H Res 562) that would set specific penalties for federal supervisors who retaliate against an employee who discloses waste, fraud or abuse. It would also require the VA to develop a plan to protect the medical records of employees and would prohibit VA employees from accessing medical files for demographic information when another non-medical database is available. The rule would also provide for motions to suspend the rules on the legislative days of Oct. 12 and 13, 2017." The rule was adopted, 234-185. [H Res 562, Vote #561, 10/11/17; CQ, 10/11/17]

## VA Wait Times Scandal

**Walters Voted Against Allowing The Department of Veterans Affairs To Immediately Suspend Employees Without Pay For Threatening Public Health Or Safety**

**2015: Walters Voted Against Allowing The Department of Veterans Affairs To Immediately Suspend Employees Without Pay For Threatening Public Health Or Safety.** In July 2015, Walters voted against an amendment granting the Veterans Affairs Department the authority to suspend without pay any employee whose performance or misconduct threatens public health and safety. Rep. Mark Takano, sponsor of the amendment in the nature of a substitution said during debate on the House floor, "My substitute would mean that, if a VA employee's behavior threatened veterans' health or safety, VA could immediately fire that employee. Current law only allows VA to ask such an employee to leave work while still receiving pay. My substitute would also cap paid administrative leave at 14 days so VA employees would not sit at home and collect a paycheck while fighting a disciplinary action. My substitute would shield our bold VA whistleblowers by protecting existing laws and requiring the VA to backpay any whistleblower unjustly fired for reporting wrongdoing." The substitute amendment failed, 191 to 233. [HR 1994, Vote #487, 7/29/15; H.Amdt.693, 7/29/15]

**Walters Voted Against Protecting Whistleblowers At The Department Of Veterans Affairs**

**2015: Walters Voted Against Protecting Whistleblowers At The Department Of Veterans Affairs.** In July 2015, Walters voted against a motion to protect VA whistleblowers "who strive to ensure public health and safety, and are willing to expose discrimination and malfeasance, from being fired at will." The motion failed 184 to 241. [HR 1994, Vote #488, 7/29/15; Democratic Leader – 114th Congress Motions to Recommit, 7/29/15]

## State Veterans Homes

**Walters Did Not Vote On A Bill That Would Give Residents Of California's Veterans Homes And Their Advisory Bodies A Voice Before The Legislature**

**2011: Walters Did Not Vote On A Bill That Would Give Residents Of California's Veterans Homes And Their Advisory Bodies A Voice Before The Legislature.** "Time is running out to move bills through this year's legislative session, and Sen. Noreen Evan has scheduled a news conference to highlight a measure expected to come up for a vote this morning in the Assembly. The Santa Rosa Democrat's Senate Bill 10 is intended to give residents of the state's veterans homes and their advisory bodies a voice before the Legislature. The Senate passed the measure 37-0 back in May, with Republicans Tony Strickland, Mimi Walters and Mark Wyland not voting. Supporters expect the Assembly to approve the bill today and send it to Gov. Jerry Brown." [Sacramento Bee, 8/18/11; SB-10, chaptered 9/6/11]

**The Veterans' Home Allied Council And The American Legion Backed The Measure.** "Former Gov. Arnold Schwarzenegger vetoed similar legislation last year after the California Department of Veterans Affairs opposed it. This year, the Veterans' Home Allied Council and the American Legion, which is a member of the

274

California State Commanders Veterans Council, are the groups backing the measure, while the California State Commanders Veterans Council itself is opposing it, according to a Senate analysis." [Sacramento Bee, 8/18/11]

## 'Understanding' Veterans

### Walters Said She Was Able To Understand The "The Sacrifice That Our Troops Make" Because She Was The Daughter Of A Marine

**2015: Walters Said That Being The Daughter Of A Marine, She Understands "The Sacrifice That Our Troops Make To Serve And Defend This Great Nation."** "As the daughter of a U.S. Marine, I understand the sacrifice that our troops make to serve and defend this great nation. For this reason, I was pleased to support today's bill which would give our troops a well-deserved 2.3% pay raise - 1% higher than the President's request. H.R. 2685 would also enhance our national security by equipping and preparing our military force with the tools and resources they need to keep our country safe." [Rep. Mimi Walters, Press Release, 6/11/15]

# Women's Issues

## Significant Findings

✓ *Walters Voted  For A 20-Week Abortion Ban With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement, But Not To Save The Health Of A Pregnant Woman*

✓ *Walters voted to reverse a rule prohibiting states from withholding grants to Planned Parenthood.*

✓ *Walters repeatedly voted for legislation that would prohibit federal funds from being used to pay for abortion services or health insurance plans that would include abortion coverage.*

✓ *Walters voted against adding exception to anti-choice bill to protect the health of the woman.*

✓ *Walters voted to restrict a woman's right to choose after 20 weeks.*

✓ *Walters repeatedly voted to block funding to Planned Parenthood and voted for a bill that would make it easier for states to defund Planned Parenthood.*

✓ *Walters voted to establish select committee to investigate fetal tissue donation in response to edited Planned Parenthood videos.*

✓ *Walters voted against the Paycheck Fairness Act and against a motion that would have protected "women's rights to equal wages."*

✓ *Walters voted against consideration of an amendment that prevented insurance plans from charging women higher premiums than men.*

✓ *Walters voted against increasing funding to assist victims in cases of sexual assault, violence against women, missing & exploited children.*

## Abortion

### Between 2015 And 2017, Walters Moved To The Right On Abortion Issues

**2017: Walters Voted  For A 20-Week Abortion Ban With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement, But Not To Save The Health Of A Pregnant Woman**

**Walters Voted For A 20-Week Abortion Ban Imposing Criminal Penalties On Doctors, With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement.** In October 2017, Walters voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape for pregnancies that are a result of rape against an adult woman, if the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest had been previously reported to law enforcement or another government agency authorized to act on reports of child abuse. The bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the 'potential' to survive outside the womb." The bill passed, 237-189. [HR 36, Vote #549, 10/3/17; CQ, 10/3/17]

**Walters Voted Against An Amendment To The 20-Week Abortion Ban Allowing For An Exception For An Abortion Necessary To Save The Health Of A Pregnant Woman.** In October 2017, Walters voted against: "Brownley, D-Calif., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would add an exception to the 20-week abortion ban for abortions necessary to save the health of the pregnant woman." The motion was rejected, 238-187. [HR 36, Vote #548, 10/3/17; CQ, 10/3/17]

**Walters Voted For Consideration Of A 20-Week Abortion Ban.** In October 2017, Walters voted for: "Adoption of the rule (H Res 548) that would provide for House floor consideration of the bill (HR 36) that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban, with certain exceptions." The rule was adopted, 233-187. [HR 36, Vote #547, 10/3/17; CQ, 10/3/17]

## 2015: Walters Described Herself As 'Pro-Life,' But Said Her Focus Is On The Economy Rather Than Abortion Issues

**Orange County Register: "Walters Describe[d] Herself As 'Pro-Life," But Said Her Focus Was On "Bolstering The Economy And Making Government More Efficient, Not On Abortion Issues."** "Although some female GOP candidates are open about abortion rights, Walters took a middle-of-the-road approach and managed to keep the issue out of the spotlight in her race. A Catholic, Walters describes herself as 'pro-life' but said her focus in Washington will be on bolstering the economy and making government more efficient, not on abortion issues." [Orange County Register, 7/23/15]

**While Walters Has Sponsored Or Co-Sponsored Two Abortion Bills, She Has Only Sponsored Or Co-Sponsored One Bill Related To Economics And Public Finance.** In 2017, Walters co-sponsored a bill "to make 1 percent across-the-board rescissions in non-defense, non-homeland-security, and non-veterans-affairs discretionary spending for each of the fiscal years 2017 and 2018." According to Congress.gov, this is the only bill she has sponsored or co-sponsored related to "economics and public finance." [H.R. 85, 115th Congress, introduced 1/3/17]

## 2014: Walters Would Not Say Whether Roe v. Wade Should Be Overturned, Adding That "The Choice Issue Has Been Decided"

**2014: Walters Would Not Say Whether She Wanted Roe v. Wade Overturned, Adding That "The Choice Issue Has Been Decided."** "Walters, 51, believes marriage should be between a man and a woman. She describes herself as 'pro-life' but wouldn't say whether she wanted Roe v. Wade overturned. 'The choice issue has been decided,' she said." [Orange County Register, 5/12/14]

## 2004: Walters Claimed She Opposed Abortion, "Except When A Pregnancy Posed Life-Threatening Risks To The Mother, Or In Cases Of Rape Or Incest"

**2004: San Diego Union-Tribune: Walters Opposed Abortion, "Except When A Pregnancy Posed Life-Threatening Risks To The Mother, Or In Cases Of Rape Or Incest."** According to a correction issued by the San Diego Union-Tribune, "A story Thursday about the 73rd Assembly District race reported that Republican candidate Mimi Walters supports abortion rights. In fact, Walters says she opposes abortion except when a pregnancy poses life-threatening risks to the mother or in cases of rape or incest." [San Diego Union-Tribune, 9/18/04]

## 2004: Walters Said She Believed That Opposition To Abortion Access Should Be Removed From The Republican Platform

**2004: Walters Said She Believed Republicans Should Remove Opposition To Abortion From The Republican Platform Due To The Issue's Divisive Nature.** "Wilson and Walters support abortion only when a pregnancy poses risks to the mother or in cases of rape and incest, and Walters says the divisive issue should be removed from the Republican platform altogether." [San Diego Union-Tribune, 2/14/04]

## But Cosponsored Bills And Taken Multiple Votes That Would Undermine Abortion Access

### 2015: Walters Said A Bill She Cosponsored To Block Federal Funding For Abortion Was A "Vital Bill" That Would "Save Lives"

**2015: Walters Cosponsored The No Taxpayer Funding For Abortion And Abortion Insurance Full Disclosure Act.** "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [Library of Congress, H.R. 7, Co-Sponsored, 1/21/15; Politico, 1/22/15]

> **2015: Walters Voted For A Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** In January 2015, Walters voted for, "Passage of the bill that would permanently prohibit the use of federal funds, facilities or staff to provide abortion coverage and services, except in cases of rape or incest and for saving the life of the woman. It also would prohibit individuals and small business from receiving federal subsidies and small businesses from receiving federal subsidies and tax credits under the 2010 health care overhaul to purchase plans that cover abortions." The bill passed by a vote of 242-179. [HR 7, Vote #45, 1/22/15; CQ, 1/22/15]

> **Bill Would Give Big Insurance Companies Incentive To Drop Abortion Coverage.** "The bill gives insurers a big incentive to drop abortion coverage from their plans, or risk losing the large pool of consumers who receive the law's subsidies. Abortion coverage is historically relatively ubiquitous in health plans, so the effect could be far-reaching." [National Journal, 1/28/14]

> **2015: On The 42nd Anniversary Of Roe V. Wade, Walters Voiced Support For The No Taxpayer Funding For Abortion Act, Which She Called A "Vital Bill" That Would "Save Lives."** Mr. PITTS. "Madam Speaker, I am pleased to yield 2 minutes to the gentlewoman from California (Mrs. Mimi Walters)." Mrs. MIMI WALTERS of California. "Madam Speaker, I rise today on the 42nd anniversary of the Supreme Court's decision in Roe v. Wade in support of H.R. 7, the No Taxpayer Funding for Abortion Act. This vital bill establishes that no taxpayer funds be used for abortion, including plans that cover abortion under the President's health care law. These restrictions will save lives. According to the research by the Guttmacher Institute, policies that cut taxpayer funds towards abortion will actually prevent 25 percent or more of the abortions that would otherwise take place." [Congressional Record, 114th Congress, 1/22/15; H.R. 7, 114th Congress, Introduced 1/21/15]

### 2015: Walters Co-Sponsored Legislation To Prohibit Transporting A Minor Across State Lines To Obtain An Abortion

**2015: Walters Co-Sponsored A Bill To Prohibit Transporting A Minor Child Across A State Line To Obtain An Abortion.** "Amends the federal criminal code to prohibit transporting a minor child across a state line to obtain an abortion (deems such transporting to be a de facto abridgment of the right of a parent under any law in the minor's state of residence that requires parental involvement in the minor's abortion decision). Makes an exception for an abortion necessary to save the life of the minor." [Library of Congress, H.R. 803, Co-sponsored 2/5/15]

**Associated Press: Critics, "Including Some Republicans," Argue That Parental Notification Laws Could Lead To Minors Facing "Physical Harm If Their Parents Were Informed About The Pregnancy."** "But critics, including some Republicans, say allowing minors to have abortions without involving their parents is the entire point. In some cases, they argue, the pregnancy is a result of incest or rape. In others, minors could face physical harm if their parents were informed about the pregnancy." [Associated Press, 2/28/17]

---

**2017: Walters Voted To Prohibit Federal Funds From Being Used To Pay For Abortion Services Or Health Insurance Plans That Would Include Abortion Coverage**

---

**2017: Walters Voted To Prohibit Federal Funds From Being Used To Pay For Abortion Services Or Health Insurance Plans That Include Abortion Coverage And Would Ban Multistate Health Plans The Provide Abortion Coverage From State Exchanges.** In January 2017, Walters voted for "passage of the bill that would permanently prohibit federal funds from being used to pay for abortion services or health insurance plans that include abortion coverage. It also would prohibit the District of Columbia from using its own local funds to provide or pay for abortions. Individuals and small businesses also could not receive tax credits under the 2010 health care law related to purchases of health insurance plans that include abortion coverage. The bill would require the Office of Personnel Management to ensure that, starting in 2018, no multistate qualified health plan offered in a state insurance exchange provides coverage that includes abortion. The provisions would not apply to pregnancies resulting from rape or incest, or to situations where the woman would die unless an abortion is performed." The bill passed by a vote of 238-183. [HR 7, Vote #65, 1/24/17; CQ, 1/24/17]

---

**2015: Walters Voted Against Adding An Exception To Protect The Health Of The Woman To Anti-Choice Bill**

---

**2015: Walters Voted Against Adding An Exception To Protect The Health Of The Woman In A 20-Week Abortion Ban Bill.** In May 2015, Walters voted against adding a woman's health exception to a 20-week abortion bill. "U.S. Rep. Julia Brownley's attempt to amend a bill calling for a ban on abortions after 20 weeks of pregnancy was defeated Wednesday, and the House went on to pass the ban. The Westlake Village Democrat's motion and amendment would have added language to the Pain Capable Unborn Child Protection Act that would have permitted abortions after 20 weeks if a woman's health were at risk. It was defeated on a mostly party-line 181-246 vote." [H.R. 36, Vote #222, 5/13/15; Ventura County Star, 5/13/15]

---

**2015: Walters Voted To Restrict A Woman's Right To Choose After 20 Weeks**

---

**2015: Walters Voted To Restrict A Woman's Right To Choose After 20 Weeks, Including Requiring 48-Hour Waiting Period For Rape Survivors.** In May 2015, Walters voted for "a bill banning abortions after 20 weeks of pregnancy in a party-line vote on Wednesday." According to The Hill, "But the bill did not change a provision that allows victims of incest to receive an abortion only if they are under 18 years old … The new version of the House bill also includes a two-day waiting period for rape victims. Doctors must also ensure that victims have received medical treatment or counseling during that time." [HR 36, Vote #223, 5/13/15; The Hill, 5/13/15; The Hill, 5/11/15]

---

**2015: Walters Voted To Protect Language Banning Federal Money For Abortion In NIH And FDA Funding**

---

**2015: Walters Voted Against An Amendment Stripping Language From LHHSE Approps Prohibiting Federal Money For Abortion In NIH And FDA Funding.** In July 2015, Walters voted against "a Democratic amendment to strip bill language added in the final stages that would make policy riders in the fiscal 2016 Labor-HHS-Education appropriations bill – including those prohibiting federal dollars for abortion – applicable to the NIH and FDA funding stream." The amendment failed, 176 to 245. [HR 6, Vote #432, 7/10/15; CQ News, 7/10/15]

---

**2015: Walters Voted For A Bill Requiring Doctors To Provide Medical Care To Aborted Fetuses That Show Signs Of Life**

---

**2015: Walters Voted For A Bill Requiring Doctors To Provide Medical Care To Aborted Fetuses That Show Signs Of Life.** In September 2015, Walters voted for: "Passage of the bill that would require health care practitioners to give the same level of care to an infant born alive during a failed abortion as they would give to any other infant born at the same gestational age. The bill also would require health care practitioners to ensure that these infants are immediately sent to a hospital. Health care practitioners and hospital and abortion clinic employees who know about a violation would be required to report the failure to comply with these requirements to law enforcement. People who violate these requirements regarding level of care and reporting violations would be subject to criminal fines or up to five years in prison, or both. The bill would prohibit the prosecution of mothers of born-alive infants for either conspiracy to violate born-alive protections or as accessory to the crime. The bill also would allow mothers to file lawsuits against health care providers who fail to appropriately care for born-alive infants from failed abortions." The bill passed, 248 to 177. [HR 3504, Vote #506, 9/18/15; CQ, 9/18/15]

> **Doctors Would Face Up To 5 Years In Prison If They Were Found To Not Follow The Legislation.** "Per the bill, 'the term 'born alive' means the complete expulsion or extraction from his or her mother, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut.' Physicians could face up to five years of prison time for lack of adherence to this measure and may also face civil suits from women who wish to press charges." [Yahoo News, 9/18/15]

> **President Of The American Congress Of Obstetricians And Gynecologists Called The Legislation "A Disservice To America's Women And Gross Legislative Interference Into The Practice Of Medicine."** "In a statement, Mark S. DeFrancesco, MD, president of the American Congress of Obstetricians and Gynecologists, called the passage of H.R. 3504 'a disservice to America's women and gross legislative interference into the practice of medicine, putting politicians between women and their trusted doctors. This bill and others like it are part of a larger attempt to deny women access to safe, legal, evidence-based abortion care,' he said in the statement. 'We urge the United States Senate and the President to stand with women and stand up for safe medical care, by preventing this and other legislation like it to become law." [Yahoo News, 9/18/15]

## Planned Parenthood

### Walters Voted 12 Times To Defund Or Attack Planned Parenthood

- **Voted To Reverse Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** [HJRes 43, Vote #99, 2/16/17; USA Today, 2/16/17]
- **Voted To Double The Budget For The Select Committee Targeting Planned Parenthood.** [H Res 933, Vote #595, 12/1/16; The Hill, 12/1/16]
- **Voted To Override The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** [HR 3762, Vote #53, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]
- **Voted To Repeal The Affordable Care Act And Defunding Planned Parenthood For One Year.** [HR 3762, Vote #6, 1/06/16; The Hill, 1/6/16]
- **Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** [HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]
- **Voted To Establish Select Committee Targeting Planned Parenthood.** [H Res 461, Vote #538, 10/07/15; CQ Floor Votes, 10/7/15]
- **Voted To Attach Measure To Defund Planned Parenthood To Spending Measure Necessary To Avert Government Shutdown**. [H Con Res 79, Vote #527, 9/30/15; New York Times, 10/1/15]
- **Voted For Bill Making It Easier For States To Defund Planned Parenthood.** [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]
- **Voted Against Motion To Protect Women's Access To Life-Saving Health Services, Including Planned Parenthood.** [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]

- **Voted To Block Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.** [H Res 444, Vote #521, 9/29/15; CQ Floor Votes, 9/29/15]
- **Voted To Defund Planned Parenthood**. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]
- **Voted Against Preventing Attempt To Defund Planned Parenthood.** [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

---

## Walters Repeatedly Voted To Defund Or Attack Planned Parenthood

**2017: Walters Voted To Reverse Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** In February 2017, Walters voted To Overturn "an Obama-era rule banning states from denying federal funds to Planned Parenthood and other health care providers that perform abortions. The rule was designed to prohibit states from withholding family planning funding from providers for reasons other than their ability to offer family-planning services." The resolution was passed by a vote of 230-188. [HJRes 43, Vote #99, 2/16/17; USA Today, 2/16/17]

**2016: Walters Voted To Double The Budget For Select Committee Targeting Planned Parenthood.** In December 2016, Walters voted for "an additional $800,000 for the select committee investigating abortion provider practices, doubling its budget for the year. […] The panel is now likely to spend nearly $1.6 million in total over the course of just under a year after the House previously approved a $790,000 budget." The resolution passed 234-181. [H Res 933, Vote #595, 12/1/16; The Hill, 12/1/16]

**2016: Walters Voted To Override The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** In February 2016, Walters voted To Override the President's veto of a bill to "repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The override required a two-thirds majority to pass, but failed 241 to 186. [HR 3762, Vote #53, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]

**2016: Walters Voted To Repeal The Affordable Care Act And Defunding Planned Parenthood For One Year.** In January 2016, Walters voted for repeal the Affordable Care Act and defund Planned Parenthood. "The House on Wednesday passed legislation that would repeal much of ObamaCare and defund Planned Parenthood for one year, sending the measure to President Obama's desk. The bill passed by a vote of 240 to 181." [HR 3762, Vote #6, 1/06/16; The Hill, 1/06/16]

**2015: Walters Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** In October, 2015, Walters voted for a "budget reconciliation bill that seeks to gut Obamacare by repealing key sections of the law, including the individual and employer mandate and the so-called 'cadillac' tax, which targets high-end employer-sponsored health plans. In addition, it would block funding for Planned Parenthood for one year and divert that spending to other women's health programs." The bill passed 240-189. [HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]

**2015: Walters Voted To Establish Select Committee To Investigate Fetal Tissue Donation.** In October 2015, Walters voted for a bill that would "establish a select investigative subcommittee under the House Energy and Commerce Committee. The panel would be responsible for investigating and reporting on issues related to fetal tissue donation, fetal tissue procurement, federal funding for abortion services, and late-term abortions." The bill passed 242-184. [H Res 461, Vote #538, 10/07/15; CQ Floor Votes, 10/07/15]

**The Select Committee Targeting Planned Parenthood Was Given Broad Jurisdiction To Investigate Abortion Practices, Including Recommendations To Change Abortion Laws.** Although the select committee was formed in response to videos edited to implicate that Planned Parenthood sold fetus tissue for profit, "[t]he words 'Planned Parenthood' do not appear in the resolution establishing the special committee. Its

281

jurisdiction is considerably broader, encompassing 'medical procedures and business practices used by entities involved in fetal tissue procurement' and 'any other relevant matters with respect to fetal tissue procurement.' It also permits the committee to probe the subject of federal funding for abortion providers generally, the practices of providers who perform abortions in the second and third trimesters, and 'medical procedures for the care of a child born alive as a result of an attempted abortion.' The committee is also empowered to recommend changes in laws or regulations based on its findings." [Washington Post, 10/07/15; USA Today, 10/07/15]

**2015: Walters Voted For Adding Language To Continuing Resolution To Defund Planned Parenthood.** In September 2015, Walters voted for "adoption of the concurrent resolution (H Con Res 79) that would require the House enrolling clerk to add language to the CR defunding Planned Parenthood before it is sent to the president." The resolution passed 241-185. [H Con Res 79, Vote #527, 9/30/15; CQ Floor Votes, 9/30/15]

   **Republicans Attempted To Attach Measure To Defund Planned Parenthood To Spending Measure Necessary To Avert Government Shutdown.** "With only hours to spare on the last day of the fiscal year, Congress averted a government shutdown on Wednesday by approving a temporary spending measure to keep federal agencies operating through Dec. 11. […] In one last display of their fury, House Republicans on Wednesday adopted another resolution to cut off government financing to Planned Parenthood. The resolution was to be sent to the Senate, where Democrats were certain to block it." [New York Times, 10/1/15]

**2015: Walters Voted For Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Walters voted for a bill that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The bill would expand the exceptions for which a state is not required to provide Medicaid reimbursements, allowing states to deny non-abortion health care reimbursements to medical providers such as Planned Parenthood. The bill passed by a vote of 236-193. [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]

**2015: Walters Voted Against Motion To Protect Women's Access To Life-Saving Health Services, Including Planned Parenthood.** In September 2015, Walters voted against motion to recommit the Women's Public Health and Safety Act. "The Democratic Motion to Recommit protects American women's access to life-saving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides life-saving health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." The motion was rejected by a vote of 184-242. [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]

**2015: Walters Voted To Block Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Walters voted for motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 444) that would provide for floor consideration of the bill (HR 3495) that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The motion was agreed to 243-182. A vote against the previous question would have allowed the bill to be considered. [H Res 444, Vote #521, 9/29/15; CQ Floor Votes, 9/29/15]

**2015: Walters Voted To Defund Planned Parenthood.** In September 2015, Walters voted for the Defund Planned Parenthood Act 2015 that "prohibits, for a one-year period, the availability of federal funds for any purpose to Planned Parenthood Federation of America, Inc., or any of its affiliates or clinics, unless they certify that the affiliates and clinics will not perform, and will not provide any funds to any other entity that performs, an abortion during such period. The restriction will not apply in cases of rape or incest or where a physical condition endangers a woman's life unless an abortion is performed." The bill passed 241 to 187. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]

   **Defunding Planned Parenthood Would Increase Public Spending By $130 Million Over 10 Years.** "Days before lawmakers must pass new legislation to fund the government, Republicans are vowing to reject any proposal that includes public money for Planned Parenthood. The move could trigger not only a shutdown, but if it succeeds, more bills for taxpayers. The Congressional Budget Office said in a new report on Thursday that

cutting off the women's health organization from federal money would actually increase public spending by an estimated $130 million over 10 years. … The office's math: Halting federal funds to Planned Parenthood would shrink spending by $520 million in the short run -- but, over the first decade, it would cost taxpayers an additional $650 million." [The Washington Post, 9/24/15]

**2015: Walters Voted Against Preventing Attempt To Defund Planned Parenthood.** In September 2015, Walters voted against a motion that "shields American women's access to lifesaving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides women's health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." A yes vote was a vote against defunding Planned Parenthood. The resolution failed, 183 to 245. [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

---

**Walters Said The Government Shouldn't "Continue To Fund" Planned Parenthood, But Expressed The Belief That It Shouldn't Be Done "At The Expense Of Shutting Down The Government"**

---

**2015: Walters Said The Republicans Want To "Defund" Planned Parenthood, But Added That She Does Not Believe They Would Do It "At The Expense Of Shutting Down The Government."** SIEGEL: "First, Representative Walters, the Republican leadership in Congress seems to want two things - to defund Planned Parenthood and to keep the government open. Are those two objectives possible, and if not, which one's more urgent?" WALTERS: "I believe the Republicans do want to defund Planned Parenthood, but I do not believe at the expense of shutting down the government, and I don't believe we will go down that path." [NPR All Things Considered, 9/18/15]

**2015: Walters Said The Government Shouldn't "Continue To Fund" Planned Parenthood, But Added That Shutting Down Government Over It Could Set Back The "Pro-Life Movement."** CRUMPTON: "Congresswoman, if we might circle back to what appears to be, for now at least, a vote that would prevent a government shutdown, when the conversation was beginning about this tactic to shut down the government, one of the things the GOP leadership had insisted upon was that there be some way to defund Planned Parenthood. What were your thoughts on that?  And what were the your constituents in your district in California telling you about that?" WALTERS:  "We need to look at Planned Parenthood, in light of -- especially in light of what the videos that have been released.  And there has been concern in our conference that we don't continue to fund Planned Parenthood. And while I support that, the bigger question is, by us shutting down the government on this one particular issue, it was going to end up costing us a lot more money to shut the government down. And many in the pro-life movement believe that taking a stand on defunding Planned Parenthood right now and, you know, costing the government to shut down, would take the pro-life movement a couple of steps backwards. And so we were trying to be in-line with the pro-life movement, saying, OK, you know what, we want to move forward on this issue, but this is just not the way to do it."  [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 0:54-2:15, 9/30/15]

**2015: Walters: "We Want To Advance The Cause Of The Pro-Life Movement," But "When You Shut Down The Government, You Are Costing The Taxpayers A Lot Of Money."** CRUMPTON:  "And, Congresswoman, you and some of the other lawmakers, especially some on the Republican side who thought that shutting down the government just was not a good idea, that the Republican majority in both the House and Senate might take a hit in the polls and from the electorate if this happened, and most polls indicate the last time this happened that is exactly what the electorate did, can you give us a sense if you believe that your views are being heard? Do you and your colleagues -- are you getting enough respect from the Republican Conference even if you disagree with the majority?" WALTERS:  "Oh, absolutely we are.  And, you know, we want to advance the cause of the pro-life movement, but there has to be a certain strategy put in place.  And when you shut down the government, you are costing the taxpayers a lot of money.  You are costing the creation of jobs.  And we have to be very careful and very strategic as we move this issue forward." [Bloomberg TV, Transcript via Political Transcript Wire, VIDEO 2:15-3:13, 9/30/15]

## Family Planning

### 2015: Walters Voted Against Protecting Reproductive Health Choices In The Workplace

**2015: Walters Voted To Repeal A Law That Prohibited Employers From Discriminating Based On An Individual's Reproductive Health Decisions.** In February 2015, Walters voted for: "passage of the joint resolution that would provide for disapproval and repeal of the District of Columbia's Reproductive Health Non-Discrimination Amendment Act of 2014, which prohibits employers from discriminating based on an individual's reproductive health decisions." The bill passed by a vote of 228-192. [HJ Res 43, Vote #194, 4/30/15; CQ Floor Votes, 4/30/15]

## Equal Pay

### Women In California Made 85.7 Cents For Every Dollar A Man Made…

**Women In California Made 85.7 Cents For Every Dollar A Man Made.** [National Women's Law Center, accessed 8/16/17]

### Walters Voted Against The Paycheck Fairness Act And Against A Motion That Would Have Protected "Women's Rights To Equal Wages"

**2015: Walters Voted To Block Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted To Block consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; Congressional Record, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

**2015: Walters Voted To Block Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted To Block consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; Bloomberg, 4/14/15; Congressional Record, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

**2015: Walters Voted Against Motion That Would Have Protected "Women's Rights To Equal Wages," By Excluding Claims Of Employment Discrimination From Bill.** In September 2015, Walters voted against on Democratic motion to recommit with instructions HR 758. "The Democratic Motion to Recommit protects women's right to demand equal wages, by excluding claims of employment discrimination from the underlying bill that raises new obstacles for Americans to seek remedy in the courts." The motion to recommit failed 179 to 239. [HR 758, Vote #500, 9/17/15; Democratic Motion to Recommit, HR 758, 9/17/15]

## Discrimination

### Walters Voted Against Consideration Of An Amendment That Prevented Insurance Plans From Charging Women Higher Premiums Than Men

**2017: Walters Voted Against Consideration Of An Amendment That Prevented Insurance Plans From Charging Women Higher Premiums Than Men.** In January 2017, Walters voted against the "Schakowsky, D-

Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]

## Violence Against Women

### Walters Voted Against Increasing Funding To Assist Victims In Cases Of Sexual Assault, Violence Against Women, Missing & Exploited Children

**2015: Walters Voted Against Motion That Provided Additional Funding For Programs Providing Assistance To Victims In Cases Of Sexual Assault, Violence Against Women And Missing And Exploited Children.** In June 2015, Walters voted against motion that would provide an additional $3 million for sexual assault victims assistance within the Violence Against Women Prevention and Prosecution Programs account and an additional $3 million for missing and exploited children programs in the Juvenile Justice Programs account. It would decrease funding for the Justice Information Technology Account by $6 million. The amendment failed, 190 to 232. [HR 2578, Vote #296, 6/03/15; CQ, 6/03/15]

### Walters Co-Sponsored And Introduced Legislation To Assist The Victims of Sex Crimes

#### 2017: Walters Co-Sponsored Legislation That Would Extend The Statute Of Limitations For Reporting Sex Crimes

**2017: Walters Cosponsored Legislation That Would Extend The Statute Of Limitations For Reporting Sex Crimes.** "Congresswoman Mimi Walters (California-45) recently co-sponsored the Extending Justice for Sex Crime Victims Act of 2017  H.R. 1035. This bipartisan legislation would extend the statute of limitations for victims of human trafficking or sexual abuse to recover civil damages. Under current law, if a victim is a mi-nor at the time of the violation, the statute of limitations is 21 years of age. This bill would extend the statute of limitations to 28 years of age and ensure the statute of limitations does not begin until the victim actually discovers the violation or injury that gives rise to the cause of action. 'The Extending Justice for Sex Crime Victims Act of 2017 will make a critical change to existing law to ensure survivors of sex crimes can seek justice by extending the statute of limitations for reporting these horrific crimes,' said Congresswoman Mimi Walters. 'For far too many victims, justice remains out of their reach. This bipartisan bill will allow survivors to have the time and resources they need to pursue legal action against their perpetrators. I will continue to work with my colleagues to enact solutions, like this bill, that support victims of sex crimes and bring those responsible to justice.'" [Rep. Mimi Walters, Press Release, 2/21/17]

#### 2016: Walters Introduced The Survivors' Bill Of Rights Act

**2016: Walters Introduced The Survivors' Bill Of Rights Act.** The Survivors' Bill of Rights Act became public law in October of 2016. [H.R. 5578, 114th Congress, enacted 10/7/16]

**2016: Walters: "The Injustice Displayed In Convictions In Recent Sexual Assault Cases Has Highlighted The Need To Improve The Treatment Of Sexual Assault Survivors."** "The injustice displayed in convictions in recent sexual assault cases has highlighted the need to improve the treatment of sexual assault survivors as their cases move through the legal system. These convictions have raised numerous, valid questions about how our justice system works for sexual assault survivors, but the fact of the matter is, our justice system is falling short long before the courtroom." [Mimi Walters, Univision, 9/16/16]

**2016: Walters: "We Must Evaluate Current Practices To Improve The Treatment Of Sexual Assault Survivors."** "Additionally, this legislation will establish a joint working group formed by the Attorney General and the Department of Health and Human Services to develop best practices regarding the care and treatment of

sexual assault survivors and the preservation of forensic evidence. We must evaluate current practices to improve the treatment of sexual assault survivors." [Mimi Walters, Univision, 9/16/16]

**2016: Walters: "I Am Committed To Ensuring That Sexual Assault Survivors Have Complete, Unrestricted Access To Justice, Which For Far Too Long Has Been Out Of Their Reach."** "I believe the working group established by this legislation will go a long way to evaluating and suggesting recommendations to our justice system, but we must constantly evaluate the status quo and enhance the way our justice system works for the sexual assault survivors. I am committed to ensuring that sexual assault survivors have complete, unrestricted access to justice, which for far too long has been out of their reach." [Mimi Walters, Univision, 9/16/16]

**2016: Walters: "We Still Have A Great Deal Of Work To Do To Improve The Lives Of Sexual Assault Survivors.  I Will Continue To Work With My Colleagues To Advocate For Victims Of Sexual Assault."** "Today, we have removed a substantial barrier that survivors of sexual assault faced in their pursuit of justice. I am grateful to Amanda Nguyen and Rise for bringing to our attention the existing flaws in the federal justice system and for their advocacy across the United States.  The Survivors' Bill of Rights establishes clear procedures and commonsense legal protections in the federal criminal justice system that will ensure survivors of sexual assault can secure justice.  There is an uneven patchwork of laws across this country that prevents sexual assault survivors from having full access to the justice system.  This law guarantees these rights in the federal criminal justice system, but it is my hope this law will set an example for states to adopt similar procedures and practices.  Though this is an important step, as a country, we still have a great deal of work to do to improve the lives of sexual assault survivors.  I will continue to work with my colleagues to advocate for victims of sexual assault and enact sensible reforms like this bipartisan bill." [Rep. Mimi Walters, Press Release, 10/7/16]

**2016: Walters Praised The Senate For Passing The Survivors' Bill Of Rights And Criticized The "Lack Of Substantive Rights" For Sexual Assault Survivors.** "'I am pleased the Senate joined the House of Representatives in approving the Survivors' Bill of Rights,' said Representative Mimi Walters (R-California). 'The lack of substantive rights for sexual assault survivors prevents them from having full access to the justice system, but today, Congress has taken an important step towards repairing this uneven patchwork.  This bipartisan legislation ensures basic rights in the federal criminal justice system and will set an example for states to adopt similar procedures and practices.  I thank my colleagues in the House and Senate for their support, and I urge the President to sign these reforms into law.  I will continue to advocate for victims of sexual assault and enact sensible reforms like this bipartisan bill.'" [Rep. Mimi Walters, Press Release, 9/29/16]

**2016: Reps. Walters And Issa: "The Bipartisan Survivors' Bill Of Rights […] Is Designed To Dramatically Overhaul The Way The Federal Criminal Justice System Treats Sexual Assault Cases."** "The bipartisan Survivors' Bill of Rights, which we introduced and cosponsored, respectively, is designed to dramatically overhaul the way the federal criminal justice system treats sexual assault cases and provides a model for states to follow. It ensures that sexual assault survivors in federal criminal cases have a right to a sexual assault evidence collection kit. It also requires that survivors be notified in writing before the kit is destroyed and allows them to request preservation of the kit and be informed of any results from a forensic examination." [Representatives Mimi Walters and Darrell Issa, Independent Journal Review, 9/15/16]

**2016: Walters Thanked Her Colleagues In The House For Supporting The Survivors' Bill Of Rights Act.** "I am pleased that the House of Representatives passed the Survivors' Bill of Rights Act today. This bipartisan bill would ensure sexual assault survivors have access to basic rights and allow them full access to justice in federal courts. I thank my colleagues for their support and will continue to advocate for the rights of survivors of sexual assault." [Rep. Bob Goodlatte, 9/6/16]

**2016: Walters: "I Remain Committed To Ensuring That Survivors Of Sexual Assault Can Secure Justice…"** "This legislation is so important because it ensures those rights in the federal criminal justice system and will set an example for states to adopt similar procedures and practices.  The Senate has unanimously passed these reforms, and now, the House must do its part to ensure that sexual assault survivors

have a fair chance at justice.  It is my hope that the House of Representatives passes the Survivors' Bill of Rights Act expeditiously.  I remain committed to ensuring that survivors of sexual assault can secure justice, and I look forward to working with my colleagues to advocate for victims of sexual assault and enact sensible reforms like this bipartisan bill." [Rep. Mimi Walters, Press Release, 6/24/16]

---

**2011: Walters Worked On Legislation To Make It Easier To File Sexually Violent Predator Petitions**

---

**2011: Walters Worked With The Orange County District Attorney's Office On Legislation That Would Make It Easier To File Sexually Violent Predator Petitions.** "To file the petition, prosecutors had to show Brown committed more than one sexually violent crime, that he was diagnosed with a mental disorder and that he is likely to commit another sexual offense if he is not held in custody and treated. A jury will hear evidence to decide if Brown continues to present a threat out of custody. If the jury finds that he does he will be sent to a mental health facility, but Brown can ask for a trial annually. Also today, Orange County District Attorney Tony Rackauckas said he was working with Sens. Lou Correa and Mimi Walters on legislation that would remove some roadblocks they perceive in filing the sexually violent predator petitions. Rackauckas and other Orange County authorities sharply criticized Department of Mental Health officials for failing to agree he met the criteria for a sexually violent predator." [Los Angeles Daily News, 1/18/11]

# Appendix I – Personal Financial Disclosures

## 2016 – Federal Personal Financial Disclosure

### Net Worth

#### Walters Had An Estimated Net Worth Between $667,007 And $1,629,999

**2016: Walters Had An Estimated Net Worth Between $667,007 And $1,629,999.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

### Earned Income

#### Walters Reported No Earned Income

**2016: Walters Reported No Earned Income.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

### Assets & Unearned Income

#### Walters Reported Between $50,202 And $101,000 In Unearned Income

**2016: Walters Reported Between $50,202 And $101,000 In Unearned Income.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

| SP, DC, JT | ASSET | YEAR-END VALUE | | TYPE OF INCOME | AMOUNT OF INCOME | | TX. > $1,000 |
|---|---|---|---|---|---|---|---|
| | | *MIN* | *MAX* | | *MIN* | *MAX* | |
| JT | Apartment bldg - Hermes Avenue, Encinitas, CA | $50,001 | $100,000 | None | None | None | |
| JT | Camino Partners Consulting, LLC | $1,001 | $15,000 | None | None | None | |
| JT | Cardiff Partners Business Consulting, LLC | $1,001 | $15,000 | None | None | None | |
| JT | Digital Map Series A stock | None | None | Capital Gains | $50,001 | $100,000 | Yes |
| JT | Laguna Advisory Partners, LLC | $100,001 | $250,000 | None | None | None | |
| | Madrona Partners VC Fund LLC - Madrona Venture Group | $15,001 | $50,000 | None | None | None | |
| JT | Monarch Bay Securities, LLC | $100,001 | $250,000 | None | None | None | |
| JT | UBS Money Market | $500,001 | $1,000,000 | Interest | $201 | $1,000 | |
| | **TOTAL:** | **$767,007** | **$1,680,000** | **TOTAL:** | **$50,202** | **$101,000** | |

*2016 REP. MIMI WALTERS ASSETS & "UNEARNED" INCOME*

[2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

### Transactions

## Walters Reported Between $100,001 And $250,000 In Transactions

**2016: Walters Reported Between $100,001 And $250,000 In Transactions.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

| 2016 REP. MIMI WALTERS TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|
| SP, DC or JT | ASSET | TYPE | CAPITAL GAIN IN EXCESS OF $200? | DATE | AMOUNT OF TRANSACTION | |
| | | | | | MIN | MAX |
| JT | Digital Map Series A stock | S | Yes | 6/2/2016 | $100,001 | $250,000 |
| | | | | TOTAL: | **$100,001** | **$250,000** |

[2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

## Liabilities

## Walters Reported Between $50,001 And $100,000 In Liabilities

**2016: Walters Reported Between $50,001 And $100,000 In Liabilities.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

## Positions

## Walters Reported No Positions

**2016: Walters Reported No Positions.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

## Agreements

**2016: Walters Reported No Agreements.** [2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

## Travel Payments And Reimbursements

| 2016 WALTERS TRAVEL PAYMENTS AND REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trip Details | | | | | Inclusions | | |
| Source | Start Date | End Date | Itinerary | Days at Own Expense | Lodging? | Food? | Family? |
| Main Street Advocacy | 6/20/2016 | 6/21/2016 | DC - Radnor, PA - DC | 0 | Yes | Yes | No |

[2016 Rep. Mimi Walters Financial Disclosure Report, Clerk of the House of Representatives, filed 7/26/17]

# 2015 – Federal Personal Financial Disclosure

## Net Worth

## 2015: Rep. Mimi Walters Had An Estimated Net Worth Between -$4,468,992 And $814,997

**2015: Rep. Mimi Walters Had An Estimated Net Worth Between -$4,468,992 And $814,997.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

## Earned Income

## 2015: Rep. Mimi Walters Reported No Earned Income

**2015: Rep. Mimi Walters Reported Her Spouse's Income, Which She Did Not Disclose.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

| 2015 REP. MIMI WALTERS EARNED INCOME | | |
|---|---|---|
| SOURCE | TYPE | AMOUNT |
| Laguna Advisory Partners, LLC | Spouse Salary | N/A |
| Detwiler Sunton Investment Banking | Spouse Salary | N/A |

[Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

## Assets & Unearned Income

## 2015: Rep. Mimi Walters Reported Between $30,203 And $101,000 In Unearned Income

**2015: Rep. Mimi Walters Reported Between $30,203 And $101,000 In Unearned Income.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

| 2015 REP. MIMI WALTERS ASSETS & "UNEARNED" INCOME | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP, DC, JT | ASSET | YEAR-END VALUE | | TYPE OF INCOME | AMOUNT OF INCOME | | TX. > $1,000 |
| | | *MIN* | *MAX* | | *MIN* | *MAX* | |
| | American Fund – Fundamental Investors (ANCFX) | None | None | Capital Gains | $15,001 | $50,000 | Yes |
| | American Fund – Growth Fund of America (AGHTX) | None | None | Capital Gains | $15,001 | $50,000 | Yes |
| JT | Apartment bldg - Hermes Avenue, Encinitas, CA | $50,001 | $100,000 | None | None | None | |
| JT | Camino Partners Consulting, LLC | $1,001 | $15,000 | None | None | None | |
| JT | Cardiff Partners Business Consulting, LLC | $100,001 | $250,000 | None | None | None | |
| JT | Digital Map Series A stock | $15,001 | $50,000 | None | None | None | |
| JT | Laguna Advisory Partners, LLC | $100,001 | $250,000 | None | None | None | |
| | Madrona Partners VC Fund LLC - Madrona Venture Group | $15,001 | $50,000 | None | None | None | |
| JT | Monarch Bay Securities, LLC | $100,001 | $250,000 | None | None | None | |
| JT | UBS Money Market | $500,001 | $1,000,000 | Interest | $201 | $1,000 | |
| | **TOTAL:** | **$881,008** | **$1,965,000** | **TOTAL:** | **$30,203** | **$101,000** | |

[Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

**Transactions**

## 2015: Rep. Mimi Walters Reported Between $100,002 And $200,000 In Transactions

**2015: Rep. Mimi Walters Reported Between $100,002 And $200,000 In Transactions.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

| 2015 REP. MIMI WALTERS TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|
| SP, DC or JT | ASSET | TYPE | CAPITAL GAIN IN EXCESS OF $200? | DATE | AMOUNT OF TRANSACTION | |
| | | | | | MIN | MAX |
| | Fundamental Investors | S | Yes | 2/12/2015 | $50,001 | $100,000 |
| | Growth Fund of America | S | Yes | 2/12/2015 | $50,001 | $100,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL: | $100,002 | $200,000 |

[Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

**Liabilities**

## 2015: Rep. Mimi Walters Reported Having Between $1,150,003 And $5,350,000 In Liabilities

**2015: Walters Reported Between $1,150,003 And $5,350,000 In Liabilities.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

| 2015 REP. MIMI WALTERS LIABILITIES | | | | |
|---|---|---|---|---|
| OWNER | CREDITOR | DATE INCURRED | TYPE | AMOUNT OF LIABILITY |
| JT | Nationstar Mortgage, Fort Worth TX* | November 2000 | Mortgage on personal residence | $1,000,001-$5,000,000 |
| JT | Chase Bank | June 2005 | Mortgage on Encinitas, CA, apartment building | $50,001-$100,000 |
| JT | Partners Bank, Mission Viejo, CA | March 2009 | Business loan - Cardiff Partners Business Consulting, LLC | $100,001-$250,000 |

[Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

*-Loan paid off June 2015*

**Positions**

## 2015: Rep. Mimi Walters Reported No Positions

**2015: Walters Reported No Positions.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

**Agreements**

## 2015: Rep. Mimi Walters Reported No Agreements

**2015: Walters Reported No Agreements.** [Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

## Travel Payments And Reimbursements

| 2015 WALTERS TRAVEL PAYMENTS AND REIMBURSEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Trip Details** | | | | | **Inclusions** | | |
| **Source** | **Start Date** | **End Date** | **Itinerary** | **Days at Own Expense** | **Lodging?** | **Food?** | **Family?** |
| California State Society, Inc. | 7/17/2015 | 7/18/2015 | Los Angeles - San Francisco - Orange County, CA | 0 | Yes | Yes | No |
| American Israel Education Foundation | 8/8/2015 | 8/18/2015 | Los Angeles - Jerusalem - Tel Aviv - Tiberias - DC | 0 | Yes | Yes | No |
| Main Street Partnership - Main Street Advocacy | 10/3/2015 | 10/4/2015 | Orange County, CA - Las Vegas - Orange County, CA | 0 | Yes | Yes | No |

[Rep. Mimi Walters 2015 Public Financial Disclosure Report, filed 5/13/16]

# 2014 – Federal Personal Financial Disclosure

## Net Worth

## 2014: Rep. Mimi Walters Had An Estimated Net Worth Between -$4,968,993 And -$185,003

**2014: Rep. Mimi Walters Had An Estimated Net Worth Between -$4,968,993 And -$185,003.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Earned Income

## 2014: Rep. Mimi Walters Reported $90,500 In Earned Income

**2014: Rep. Mimi Walters Reported $90,500 In Earned Income.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

| 2014 REP. MIMI WALTERS EARNED INCOME | | |
|---|---|---|
| **SOURCE** | **TYPE** | **AMOUNT (Preceding Year)** |
| State of California | Salary - State Senator | $90,500 |
| Cardiff Partners | Spouse Salary | N/A |
| Monarch Bay Securities | Spouse Salary | N/A |

[Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Assets & Unearned Income

## 2014: Rep. Mimi Walters Reported Between $200,002 And $2,000,000 In Unearned Income

**2014: Rep. Mimi Walters Reported Between $200,002 And $2,000,000 In Unearned Income.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

| 2014 REP. MIMI WALTERS ASSETS & "UNEARNED" INCOME | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP, DC, JT | ASSET | YEAR-END VALUE | | TYPE OF INCOME | AMOUNT OF INCOME | | TX. > $1,000 |
| | | *MIN* | *MAX* | | *MIN* | *MAX* | |
| | American Fund – Fundamental Investors (ANCFX) | $50,001 | $100,000 | None | None | None | |
| | American Fund – Growth Fund of America (AGHTX) | $50,001 | $100,000 | None | None | None | |
| JT | Apartment bldg - Hermes Avenue, Encinitas, CA | $50,001 | $100,000 | None | None | None | |
| JT | Camino Partners Consulting, LLC | $1,001 | $15,000 | None | None | None | |
| JT | Cardiff Partners Business Consulting, LLC | $100,001 | $250,000 | LLC | $100,001 | $1,000,000 | |
| JT | Digital Map Series A stock | $15,001 | $50,000 | None | None | None | |
| | Madrona Partners VC Fund LLC - Madrona Venture Group | $15,001 | $50,000 | None | None | None | |
| JT | Monarch Bay Capital Group Consulting | $100,001 | $250,000 | None | None | None | |
| JT | Monarch Bay Securities, LLC | $100,001 | $250,000 | LLC | $100,001 | $1,000,000 | |
| | TOTAL: | $381,007 | $965,000 | TOTAL: | $200,002 | $2,000,000 | |

[Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Transactions

## 2014: Rep. Mimi Walters Reported No Transactions

**2014: Rep. Mimi Walters Reported No Transactions.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Liabilities

## 2014: Rep. Mimi Walters Reported Between $1,150,003 And $5,350,000 In Liabilities

**2014: Walters Reported Between $1,150,003 And $5,350,000 In Liabilities.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

| 2014 REP. MIMI WALTERS LIABILITIES | | | | |
|---|---|---|---|---|
| OWNER | CREDITOR | DATE INCURRED | TYPE | AMOUNT OF LIABILITY |
| JT | Nationstar Mortgage, Fort Worth TX | November 2000 | Mortgage on personal residence | $1,000,001-$5,000,000 |
| JT | Chase Bank | June 2005 | Mortgage on Encinitas, CA, apartment building | $50,001-$100,000 |

| JT | Partners Bank, Mission Viejo, CA | March 2009 | Business loan - Cardiff Partners Business Consulting, LLC | $100,001-$250,000 |
|---|---|---|---|---|

[Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Positions

### 2014: Rep. Mimi Walters Reported No Positions

**2014: Walters Reported No Positions.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Agreements

### 2014: Rep. Mimi Walters Reported No Agreements

**2014: Walters Reported No Agreements.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

## Travel Payments And Reimbursements

### 2014: Rep. Mimi Walters Reported No Travel Payments And Reimbursements

**2014: Walters Reported No Travel Payments And Reimbursements.** [Rep. Mimi Walters 2014 Public Financial Disclosure Report, filed 1/5/16]

# 2013 – Statement of Economic Interests

## Assets

### Walters Reported Between $654,011 And $6,520,000 In Assets Of Ownership Interest Less Than 10%

**2013: Walters Reported Between $654,011 And $6,520,000 In Assets Of Ownership Interest Less Than 10%.** [2013 Statement of Economic Interests, filed 3/3/14]

| 2013 MIMI WALTERS INVESTMENTS: STOCKS, BONDS, AND OTHER INTERESTS (OWNERSHIP INTEREST IS LESS THAN 10%) | | | |
|---|---|---|---|
| NATURE OF INVESTMENT | ASSET | VALUE | |
| | | *MIN* | *MAX* |
| Stock | Northwest Venture Association | $10,001 | $100,000 |
| | CRI Bridge Fund | $10,001 | $100,000 |
| Stock | Madrona Partners | $10,001 | $100,000 |
| | Digital Map | $10,001 | $100,000 |
| Stock | CRI Partners | $10,001 | $100,000 |
| Stock | GVI | | |
| Stock | Management Energy, Inc. | $100,001 | $1,000,000 |
| Bonds | Comcast Corp | $100,001 | $1,000,000 |
| Stock | Trans-Pacific Aerospace Co. | $100,001 | $1,000,000 |
| Bonds | Goldman Sachs | $100,001 | $1,000,000 |
| Stock | Axiologix Education Corp. (AXLX) | $100,001 | $1,000,000 |

| Bonds | Tyco International | $100,001 | $1,000,000 |
| Stock | Alderox Inc | $2,000 | $10,000 |
| Stock | Data Logic International | $2,000 | $10,000 |
| | TOTAL: | $654,011 | $6,520,000 |

[2013 Statement of Economic Interests, filed 3/3/14]

## Walters Reported Between $202,002 And $2,017,996 In Assets Of Ownership Interest 10% Or Greater

**2013: Walters Reported Between $202,002 And $2,017,996 In Assets Of Ownership Interest 10% Or Greater.** [2013 Statement of Economic Interests, filed 3/3/14]

| 2013 MIMI WALTERS INVESTMENTS, INCOME, AND ASSETS OF BUSINESS ENTITIES/TRUSTS (OWNERSHIP INTEREST IS 10% OR GREATER) | | | | | |
|---|---|---|---|---|---|
| NATURE OF INVESTMENT | ASSET | VALUE | | GROSS INCOME | |
| | | *MIN* | *MAX* | *MIN* | *MAX* |
| Partnership | Monarch Bay Securities, LLC | $100,001 | $1,000,000 | $100,001 | |
| | Camino Partners, LLC | $0 | $1,999 | $1,001 | $10,000 |
| Partnership | CCN MV, LLC | $0 | $1,999 | $0 | $499 |
| Majority Shareholder | STI Group | $0 | $1,999 | $0 | $499 |
| Trust | David A. Walters, Marian K. Walters | | | $100,001 | |
| Sole Proprietorship | Monarch Bay Capital Group | $2,000 | $10,000 | $1,001 | $10,000 |
| Majority Shareholder | Bounce Mobile Systems, Inc. | $0 | $1,999 | $0 | $499 |
| Partnership | Cardiff Partners, LLC | $100,001 | $1,000,000 | $100,001 | |
| | TOTAL: | $202,002 | $2,017,996 | $302,005 | $321,500+ |

[2013 Statement of Economic Interests, filed 3/3/14]

## Gifts

## Walters Reported A Total Of $1,264 In Gifts

**2013: Walters Reported A Total Of $1,264 In Gifts.** [2013 Statement of Economic Interests, filed 3/3/14]

| 2013 MIMI WALTERS INCOME - GIFTS | | | |
|---|---|---|---|
| SOURCE | BUSINESS ACTIVITY | DESCRIPTION OF GIFT | VALUE |
| Senate Policy Conference on Education Dinner | Dinner | Dinner | $64 |
| Civil Justice Association of California | Public Affairs Conference | Breakfast/Valet | $68.04 |
| California New Car Dealers Association | | Food and drink; Comedian | $92.17 |
| The First Tee of Silicon Valley | 2013 Invitational at CordeValle in San Martin, CA | Accomodations; Roundtable Breakfast | $460 |
| California State Protocol Foundation | Discuss Issues facing State of California | Dinner | $80.50 |
| Association of California School Administrators | | Flowers | $65.10 |
| California Foundation on the Environment and the Economy | Roundtable Conference on Water | Accomodation; Tuesday Food/Drink; Wednesday Breakfast | $434.05 |

| | | TOTAL: | $1,264 |
|---|---|---|---|

[2013 Statement of Economic Interests, filed 3/3/14]

## 2012 – Statement of Economic Interests

### Assets

## Walters Reported Between $664,012 And $6,620,000 In Assets Of Ownership Interest Less Than 10%

**2012: Walters Reported Between $664,012 And $6,620,000 In Assets Of Ownership Interest Less Than 10%.**
[2012 Statement of Economic Interests, filed 4/2/13]

| 2012 MIMI WALTERS INVESTMENTS: STOCKS, BONDS, AND OTHER INTERESTS (OWNERSHIP INTEREST IS LESS THAN 10%) | | | |
|---|---|---|---|
| NATURE OF INVESTMENT | ASSET | VALUE | |
| | | *MIN* | *MAX* |
| Stock | Northwest Venture Association | $10,001 | $100,000 |
| Stock | CRI Bridge Fund | $10,001 | $100,000 |
| Stock | Madrona Partners | $10,001 | $100,000 |
| Stock | Digital Map | $10,001 | $100,000 |
| Stock | CRI Partners | $10,001 | $100,000 |
| Stock | GVI | $10,001 | $100,000 |
| Stock | Management Energy, Inc. (MMEX) | $100,001 | $1,000,000 |
| Bonds | Comcast Corp | $100,001 | $1,000,000 |
| Stock | Trans-Pacific Aerospace Co. (TPAC) | $100,001 | $1,000,000 |
| Bonds | Goldman Sachs | $100,001 | $1,000,000 |
| Stock | Axiologix Education Corp (AXLX) | $100,001 | $1,000,000 |
| Bonds | Tyco International | $100,001 | $1,000,000 |
| Stock | Alderox Inc | $2,000 | $10,000 |
| Stock | Data Logic International | $2,000 | $10,000 |
| | TOTAL: | $664,012 | $6,620,000 |

[2012 Statement of Economic Interests, filed 4/2/13]

## Walters Reported Between $300,003 And $3,011,994 In Assets Of Ownership Interest 10% Or Greater

**2012: Walters Reported Between $300,003 And $3,011,994 In Assets Of Ownership Interest 10% Or Greater.** [2012 Statement of Economic Interests, filed 4/2/13]

| 2012 MIMI WALTERS INVESTMENTS, INCOME, AND ASSETS OF BUSINESS ENTITIES/TRUSTS (OWNERSHIP INTEREST IS 10% OR GREATER) | | | | | |
|---|---|---|---|---|---|
| NATURE OF INVESTMENT | ASSET | VALUE | | GROSS INCOME | |
| | | *MIN* | *MAX* | *MIN* | *MAX* |
| Majority Shareholder | STI Group | $0 | $1,999 | $100,001 | |
| Partnership | CCN MV, LLC | $0 | $1,999 | $0 | $499 |

| Majority Shareholder | Bounce Mobile Systems, Inc | $0 | $1,999 | $0 | $499 |
| Partnership | Cardiff Partners, LLC | $100,001 | $1,000,000 | $100,001 | |
| Trust | David A. Walters and Marian K. Walters | | | $100,001 | |
| Sole Proprietorship | Monarch Bay Capital Group | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Monarch Bay Securities, LLC | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Camino Properties, LLC | $0 | $1,999 | $1,001 | $10,000 |
| Shareholder | Monarch Staffing, Inc. | $0 | $1,999 | $0 | $499 |
| Owner | Drug Consultants Int'l, Inc. | $0 | $1,999 | $0 | $499 |
| | **TOTAL:** | **$300,003** | **$3,011,994** | **$501,006** | **$512,001+** |

[2012 Statement of Economic Interests, filed 4/2/13]

## Gifts

**2012: Walters Reported $15,725 In Gifts.** [2012 Statement of Economic Interests, filed 4/2/13]

| 2012 MIMI WALTERS INCOME - GIFTS | | | |
|---|---|---|---|
| **SOURCE** | **BUSINESS ACTIVITY** | **DESCRIPTION OF GIFT** | **VALUE** |
| California Foundation on the Environment and the Economy | Study Travel Project to Brazil | Airfare, Holels, Meals, Cultural Activities, Land transportations | $12,751.73 |
| Pacific Gas and Electric Co | Lobbyist Employer | Dinner | $127.14 |
| CTIA The Wireless Association | Wireless Industry Trade Association | Reception | $82.31 |
| Wine Institute | Lobbying Firm | Reception | $66.23 |
| California New Car Dealers Association | Lobbyist Employer | Reception and Dinner | $92.67 |
| Walt Disney Co. | Lobbyist Employer | 2 adult one day park passes to Disneyland for Everett Rice | $160.00 |
| Walt Disney Co. | Lobbyist Employer | 1 adult and 1 child one day park passes to Disneyland for Garth Eisenbeis | $154.00 |
| California Strategies LLC | Lobbying Firm | NASCAR Sprint Cup Series Race | $270 |
| Fieldstead & Company | Lobbyist Employer | Reception | $53 |
| California Building Industry Association | Lobbyist Employer | Reception | $60.74 |
| Del Mar Thoroughbred Club | Lobbyist Employer | 2012 Race Meet/David Walters | $305 |
| Del Mar Thoroughbred Club | Lobbyist Employer | 2012 Race Meet/Mimi Walters | $305 |
| Sempra Energy | Lobbyist Employer | SDG&E Emergency Backpack | $59.55 |
| TechAmerica | Lobbyist Employer | Dinner | $203.41 |
| California Foundation on the Environment and the Economy | Non-profit educational organization | Hotel accommodation, meals and refreshments | $609.22 |
| California Alliance of Taxpayer Advocates | Lobbyist Employer | Subsistence/meals | $75 |
| John Wayne Airport | Airport | Parking | $350 |
| | | **TOTAL:** | **$15,725.00** |

[2012 Statement of Economic Interests, filed 4/2/13]

# 2011 – Statement of Economic Interests

## Assets

## Walters Reported Between $660,012 And $6,600,000 In Investments Of Ownership Interest Less Than 10%

**2011: Walters Reported Between $660,012 And $6,600,000 In Investments Of Ownership Interest Less Than 10%.** [2011 Statement of Economic Interests, filed 2/29/12]

| 2011 MIMI WALTERS INVESTMENTS: STOCKS, BONDS, AND OTHER INTERESTS (OWNERSHIP INTEREST IS LESS THAN 10%) | | | |
|---|---|---|---|
| **NATURE OF INVESTMENT** | **ASSET** | **VALUE** | |
| | | *MIN* | *MAX* |
| Stock | Northwest Venture Association | $10,001 | $100,000 |
| Stock | CRI Bridge Fund | $10,001 | $100,000 |
| Stock | Madrona Partners | $10,001 | $100,000 |
| Stock | Digital Map | $10,001 | $100,000 |
| Stock | CRI Partners | $10,001 | $100,000 |
| Stock | GVI | $10,001 | $100,000 |
| Stock | Management Energy, Inc. (MMEX) | $100,001 | $1,000,000 |
| Bonds | Comcast Corporation | $100,001 | $1,000,000 |
| Stock | Trans-Pacific Aerospace Co. (TPAC) | $100,001 | $1,000,000 |
| Bonds | Goldman Sachs | $100,001 | $1,000,000 |
| Stock | Axiologix Education Corp (AXLX) | $100,001 | $1,000,000 |
| Bonds | Tyco International | $100,001 | $1,000,000 |
| | **TOTAL:** | **$660,012** | **$6,600,000** |

[2011 Statement of Economic Interests, filed 2/29/12]

## Walters Reported Between $300,003 And $3,007,996 In Investments Or Assets Of Ownership Interest 10% Or Greater

**2011: Walters Reported Between $300,003 And $3,007,996 In Investments Or Assets Of Ownership Interest Greater Than Ten Percent.** [2011 Statement of Economic Interests, filed 2/29/12]

| 2011 MIMI WALTERS INVESTMENTS, INCOME, AND ASSETS OF BUSINESS ENTITIES/TRUSTS (OWNERSHIP INTEREST IS 10% OR GREATER) | | | | | |
|---|---|---|---|---|---|
| **NATURE OF INVESTMENT** | **ASSET** | **VALUE** | | **GROSS INCOME** | |
| | | *MIN* | *MAX* | *MIN* | *MAX* |
| Majority Shareholder | STI Group | $0 | $1,999 | $0 | $499 |
| Partnership | CCN MV, LLC | $0 | $1,999 | $0 | $499 |
| Trust | David A. Walters and Marian K. Walters | | | $100,001 | |
| Sole Proprietorship | Monarch Bay Capital Group | $100,001 | $1,000,000 | $100,001 | |
| Majority Shareholder | Bounce Mobile Systems, Inc. | $0 | $1,999 | $0 | $499 |
| Partnership | Cardiff Partners, LLC | $100,001 | $1,000,000 | $100,001 | |
| Significant Shareholder | Monarch Staffing, Inc | $0 | $1,999 | $100,001 | |
| Partnership | Monarch Bay Associates, LLC | $100,001 | $1,000,000 | $100,001 | |
| | **TOTAL:** | **$300,003** | **$3,007,996** | **$500,005** | **$501,502+** |

[2011 Statement of Economic Interests, filed 2/29/12]

**Gifts**

## Walters Reported $1,418 In Gifts

**2011: Walters Reported Receiving $1,418 In Gifts.** [2011 Statement of Economic Interests, filed 2/29/12]

| 2011 MIMI WALTERS INCOME – GIFTS | | | |
|---|---|---|---|
| SOURCE | BUSINESS ACTIVITY | DESCRIPTION OF GIFT | VALUE |
| Council for Legislative Excellence | Civic League, Government & Public Administration | Dinner | $75 |
| CTIA - The Wireless Association | Wireless Industry Trade Association | Reception | $96.92 |
| California Foundation on the Environment and the Economy | Educational forums addressing environmental & economic infrastructure issues | Water roundtable conference, Hotel accomodation, food & drink | $416.58 |
| California New Car Dealers Association | Lobbyist Employer | Cocktail reception and dinner | $108 |
| Farmers Group, Inc. | Lobbyist Employer | Reception | $57.65 |
| California Building Industry Association | Lobbyist Employer | Dinner | $101.62 |
| Pala Band of Mission Indians | Pala Casino | Dinner for Senator Walters and David Walters | $162 |
| UCLA State Government Affairs | Government Affairs | Football game tickets, including pre-game, for Sen. Walters, David Walters and their 2 sons, Tristan and DJ | $400 |
| | | TOTAL: | $1,418 |

[2011 Statement of Economic Interests, filed 2/29/12]

# 2010 – Statement of Economic Interests

**Assets**

## Walters Reported Between $660,012 And $6,600,000 In Investments Of Ownership Interest Less Than 10%

**2010: Walters Reported Between $660,012 And $6,600,000 In Investments Of Ownership Interest Less Than 10%.** [2010 Statement of Economic Interests, filed 3/1/11]

| 2010 MIMI WALTERS INVESTMENTS: STOCKS, BONDS, AND OTHER INTERESTS (OWNERSHIP INTEREST IS LESS THAN 10%) | | | |
|---|---|---|---|
| NATURE OF INVESTMENT | ASSET | VALUE | |
| | | MIN | MAX |
| Stock | Northwest Venture Association | $10,001 | $100,000 |
| Stock | CRI Bridge Fund | $10,001 | $100,000 |
| Stock | Madrona Partners | $10,001 | $100,000 |
| Stock | Digital Map | $10,001 | $100,000 |
| Stock | CRI Partners | $10,001 | $100,000 |
| Stock | GVI | $10,001 | $100,000 |
| Stock | Satelite | $0 | $0 |
| Stock | American Affinity Partners | $0 | $0 |

| Stock | Nomadix | $0 | $0 |
|---|---|---|---|
| Stock | Reclamation Consulting & Resources RCAI | $0 | $0 |
| Stock | Trade Bonds | $0 | $0 |
| Stock | Flexscan | $0 | $0 |
| Stock | Management Energy Inc. | $100,001 | $1,000,000 |
| Bonds | Comcast Corporation | $100,001 | $1,000,000 |
| Stock | Trans-Pacific Aerospace Co (TPAC) | $100,001 | $1,000,000 |
| Bonds | Goldman Sachs | $100,001 | $1,000,000 |
| Stock | Axiologix Education Corp (AXLX) | $100,001 | $1,000,000 |
| Bonds | Tyco International | $100,001 | $1,000,000 |
| | **TOTAL:** | **$660,012** | **$6,600,000** |

[2010 Statement of Economic Interests, filed 3/1/11]

## Walters Reported Between $2,420,008 And $4,200,000 In Investments Or Assets Of Ownership Interest 10% Or Greater

**2010: Walters Reported Between $2,420,008 And $4,200,000 In Investments Or Assets Of Ownership Interest 10% Or Greater.** [2010 Statement of Economic Interests, filed 3/1/11]

| 2010 MIMI WALTERS INVESTMENTS, INCOME, AND ASSETS OF BUSINESS ENTITIES/TRUSTS (OWNERSHIP INTEREST IS 10% OR GREATER) | | | | | |
|---|---|---|---|---|---|
| **NATURE OF INVESTMENT** | **ASSET** | **VALUE** | | **GROSS INCOME** | |
| | | *MIN* | *MAX* | *MIN* | *MAX* |
| Majority Shareholder | STI Group | $10,001 | $100,000 | $0 | $499 |
| Trust | David A. Walters & Marian K. Walters | | | $100,001 | |
| Sole Proprietorship | Monarch Bay Capital | $100,001 | $1,000,000 | $100,001 | |
| Majority Shareholder | Bounce Mobile Systems | $100,001 | $1,000,000 | $0 | $499 |
| Partnership | Cardiff Partners | $100,001 | $1,000,000 | $100,001 | |
| Significant Shareholder | Monarch Staffing | $1,000,001 | | $100,001 | |
| Owner | Drug Consultants International | $1,000,001 | | $100,001 | |
| Partnership | Monarch Bay Associates | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Camino Partners LLC | $0 | $0 | $0 | $499 |
| Partnership | Secured Residential Funding | $0 | $0 | $0 | $499 |
| Partnership | CCN MV, LLC | $10,001 | $100,000 | $0 | $499 |
| | **TOTAL:** | **$2,420,008** | **$4,200,000** | **$600,006** | **$602,501+** |

[2010 Statement of Economic Interests, filed 3/1/11]

## Gifts

## Walters Reported $592.28 In Gifts

**2010: Walters Reported $592.28 In Gifts.** [2010 Statement of Economic Interests, filed 3/1/11]

| 2010 MIMI WALTERS INCOME – GIFTS | | | |
|---|---|---|---|
| **SOURCE** | **BUSINESS ACTIVITY** | **DESCRIPTION OF GIFT** | **VALUE** |

| Office of Gov. Schwarzenegger/CA State Protocol Foundation | Foundation | State of the State Luncheon | $57 |
| Cirque Du Soleil | Entertainment | 1 ticket to premiere of KOOZA show in Irvine, CA | $250 |
| Family Winemakers of CA | Lobbyist Employer - Winemakers | Food and beverage | $79.98 |
| California Healthcare Institute | Lobbyist Employer - healthcare | Food and beverage | $205 |
| | | **TOTAL:** | **$592.28** |

[2010 Statement of Economic Interests, filed 3/1/11]

# 2009 – Statement of Economic Interests

## Assets

## Walters Reported Between $810,018 And $8,100,000 In Investments Of Ownership Interest Less Than 10%

**2009: Walters Reported Between $810,018 And $8,100,000 In Investments Of Ownership Interest Less Than 10%.** [2009 Statement of Economic Interests, filed 3/1/10]

| 2009 MIMI WALTERS INVESTMENTS: STOCKS, BONDS, AND OTHER INTERESTS (OWNERSHIP INTEREST IS LESS THAN 10%) | | | |
|---|---|---|---|
| **NATURE OF INVESTMENT** | **ASSET** | **VALUE** | |
| | | *MIN* | *MAX* |
| Stock | Northwest Venture Association | $10,001 | $100,000 |
| Stock | CRI Bridge Fund | $10,001 | $100,000 |
| Stock | Madrona Partners | $10,001 | $100,000 |
| Stock | Digital Map | $10,001 | $100,000 |
| Stock | CRI Partners | $10,001 | $100,000 |
| Stock | GVI | $10,001 | $100,000 |
| Stock | Satelite | $10,001 | $100,000 |
| Stock | American Affinity Partners | $10,001 | $100,000 |
| Stock | Nomadix | $10,001 | $100,000 |
| Stock | Reclamation Consulting & Resources Inc (RCAI) | $100,001 | $1,000,000 |
| Stock | Trade Bonds | $10,001 | $100,000 |
| Stock | Flexscan | $10,001 | $100,000 |
| Stock | Management Energy, Inc. | $100,001 | $1,000,000 |
| Stock | Pinnacle Energy Corp | $100,001 | $1,000,000 |
| Bonds | Comcast Corporation | $100,001 | $1,000,000 |
| Bonds | Tyco International | $100,001 | $1,000,000 |
| Bonds | Goldman Sachs | $100,001 | $1,000,000 |
| Sole Proprietorship | Monarch Bay Capital | $100,001 | $1,000,000 |
| | **TOTAL:** | **$810,018** | **$8,100,000** |

[2009 Statement of Economic Interests, filed 3/1/10]

## Walters Reported Between $1,630,010 And $6,300,000 In Investment Or Assets Of Ownership Interest 10% Or Greater

**2009: Walters Reported Between $1,630,010 And $6,300,000 In Investment Or Assets Of Ownership Interest 10% Or Greater.** [2009 Statement of Economic Interests, filed 3/1/10]

| 2009 MIMI WALTERS INVESTMENTS, INCOME, AND ASSETS OF BUSINESS ENTITIES/TRUSTS (OWNERSHIP INTEREST IS 10% OR GREATER) | | | | | |
|---|---|---|---|---|---|
| Nature of Investment | Asset | Value | | Gross Income | |
| | | *MIN* | *MAX* | *MIN* | *MAX* |
| Trust | David A Walters and Marian K Walters | | | $100,001 | |
| Partnership | STI Group | $100,001 | $1,000,000 | $100,001 | |
| Sole Proprietorship | Monarch Bay Capital | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Bounce Mobile Systems | $10,001 | $100,000 | $0 | $499 |
| Partnership | Monarch Staffing | $1,000,001 | | $100,001 | |
| Partnership | Drug Consultants International | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Monarch Bay Associates | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Cardiff Partners, LLC | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Lathian Systems, Inc. | $100,001 | $1,000,000 | $100,001 | |
| Partnership | Secured Residential Funding, Inc. | $10,001 | $100,000 | $10,001 | $100,000 |
| Partnership | CCN MV, LLC | $10,001 | $100,000 | $0 | $499 |
| Partnership | Camino Partners LLC | | | $0 | $499 |
| | **TOTAL:** | **$1,630,010** | **$6,300,000** | **$810,009** | **$901,505+** |

[2009 Statement of Economic Interests, filed 3/1/10]

## Gifts

**2009: Walters Reported Receiving $2,380.81 In Gifts.** [2009 Statement of Economic Interests, filed 3/1/10]

| 2009 MIMI WALTERS INCOME – GIFTS | | | |
|---|---|---|---|
| SOURCE | BUSINESS ACTIVITY | DESCRIPTION OF GIFT | VALUE |
| California Professional Firefighters | Lobbyist Employer | Food & drink | $152.65 |
| Pepsico Inc & Affiliated Entities | Lobbyist Employer | Rosebowl Ticket | $79.00 |
| California Tribal Business Alliance | Lobbyist Employer | Food & drink | $88.77 |
| Family Winemakers of California | Lobbyist Employer | Food and wine | $72.20 |
| Wine Institute | Lobbyist Employer | Food and wine | $59.11 |
| Orange County Automobile Dealers Association | Lobbyist Employer | Food and drink | $85.13 |
| Walt Disney company | Lobbyist Employer | 4 parkhopper passes @ $94 each | $376.00 |
| Farmers Insurance Group, Inc/Nielsen, Merksamer, Parrinello, Mueller & Naylor, LLP | Lobbyist Employer | Food and drink | $70.91 |
| California Correctional Peace Officers Association | Lobbyist Employer | Dinner | $150.19 |
| California Cable & Telecommunications Association | Lobbyist Employer | Food and drink | $63.23 |
| California Refuse Recycling Council | Lobbyist Employer | Food and drink | $71.87 |
| CalPortland | Lobbyist Employer | Dinner | $169.66 |
| CalChamber | Lobbyist Employer | Golf | $235.00 |
| Association of California Life & Health Insurance Companies | Lobbyist Employer | Golf and drinks | $115.43 |
| Council for Legislative Excellence | | Briefcase, fleece, charm bracelet, green gift bag, transportation | $325.12 |

| Pacific Life Insurance Company | Lobbyist Employer | Pacific Life Holiday Bowl | $180.00 |
| 13 Natural and Environmental Entities | 13 Natural and Environmental Entities | Food and drink | $86.54 |
| | | **TOTAL:** | **$2,380.81** |

# Appendix II – Campaign Finance

## Items of Interest

✓ *Walters's campaign committee raised more than $3 million and spent more than $3 million over the course of her career.*

✓ *Cox Enterprises was Walters's top overall contributor over the course of her career.*

✓ *Real estate was Walters's top contributor by industry and contributed $313,050 over the course of her career.*

✓ *The finance, insurance & real estate sector was Walters's top contributor by sector and contributed $922,545 over the course of her career.*

## Toplines

### Walters's Campaign Committee Raised More Than $3 Million And Spent More Than $3 Million Over The Course Of Her Career

| Walters For Congress Campaign Committee Funds Toplines | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | | | |
| Cycle | Total | Indivs | PACs | Party Cmtes | Total | Operating Expenditures | Refunds | |
| | | | | | | | Indivs | Cmtes |
| **2018** | $210,057 | $62,557 | $147,500 | $0 | $221,114 | $121,114 | $0 | $0 |
| **2016** | $1,426,708 | $406,408 | $1,020,300 | $0 | $1,690,947 | $1,603,119 | $758 | $3,000 |
| **2014** | $1,411,119 | $817,863 | $593,255 | $0 | $1,323,769 | $1,193,119 | $0 | $0 |
| **Career** | **$3,047,884** | **$1,286,828** | **$1,761,055** | **$0** | **$3,235,830** | **$2,917,352** | **$758** | **$3,000** |

[Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

### Career: Raised $3,047,884

**2014 – 2018: Walters Raised A Total Of $3,047,884.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Raised A Total Of $1,286,828 From Individual Contributions To Her Campaign Committee From 2014 To 2018.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Raised A Total Of $1,761,055 From Committees To Her Campaign Committee From 2014 To 2018.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

### Career: Spent $3,235,830

**2014 – 2018: Rep. Mimi Walters's Campaign Committee Spent $3,235,830.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters's Leadership PAC Raised $305,500 And Spent $467,511**

| Making Investments Majority Insured PAC Funds Top Lines | | | | | | |
|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | |
| **Year** | **Total** | **Indivs** | **Committees** | **Party Cmtes** | **Total** | **Operating Expenditures** |
| **2018** | $77,500 | $8,500 | $69,000 | $0 | $124,569 | $25,569 |
| **2016** | $106,750 | $14,250 | $92,500 | $0 | $342,942 | $37,342 |
| **2014** | $121,250 | $109,000 | $12,250 | $0 | $116,398 | $21,398 |
| **Total** | **$305,500** | **$123,250** | **$104,750** | **$0** | **$467,511** | **$62,911** |

[Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Career: Raised $228,000**

**2014 – 2018 Rep. Mimi Walters's Leadership PAC, Making Investments Majority Insured PAC, Raised A Total Of $305,500.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

> **Rep. Mimi Walters's Leadership PAC, Making Investments Majority Insured PAC, Raised A Total Of $123,250 From Individual Contributions From 2014-2018.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

> **Rep. Mimi Walters's Leadership PAC, Making Investments Majority Insured PAC, Raised A Total Of $104,750 From Committees From 2014 – 2018.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Career: Spent $467,511**

**2014 – 2018 Walters's Leadership PAC, Making Investments Majority Insured PAC, Spent A Total Of $467,511.** [Federal Election Commission, Candidate and Committee Viewer, accessed 9/11/17]

**Top Overall Contributors**

| Walters Career Top Contributors (Campaign Committee & LPAC Combined) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Campaign Committee | | | LPAC | | | |
| **Contributor** | **PAC** | **Indiv.** | **Total** | **PAC** | **Indiv.** | **Total** | **Total Contributions** |
| Cox Enterprises | $26,000 | $25,500 | $51,500 | | | | |
| Carlyle Group | $0 | $42,500 | $42,500 | | | | |
| Western National Group | $0 | $42,400 | $42,400 | | | | |
| Capital Group Companies | $17,500 | $13,800 | $31,300 | | | | |
| Majority Cmte PAC | $30,000 | $0 | $30,000 | | | | |

[Center for Responsive Politics, accessed 9/11/17] *NOTE: Data not available for combined fundraising*

**Cox Enterprises Was Rep. Mimi Walters's Top Overall Contributor**

**Cox Enterprises Has Contributed $51,500 To Mimi Walters.** [Center for Responsive Politics, accessed 9/11/17]

## Top Overall Industries

| Rep. Mimi Walters Career Top Contributors By Industry (Campaign Committee & LPAC Combined) | | |
|---|---|---|
| Rank | Industry | Total |
| 1 | Real Estate | $313,050 |
| 2 | Retired | $276,450 |
| 3 | Securities & Investment | $250,400 |
| 4 | Pharmaceuticals/Health Products | $238,750 |
| 5 | Leadership PACs | $219,700 |

[Center for Responsive Politics, accessed 9/11/17] *NOTE: combined data not available; data above represents top industries donating to Walters's campaign committee*

## Overall Sectors

| Rep. Mimi Walters Career Top Contributors By Sector (Campaign Committee & LPAC Combined) | | | | |
|---|---|---|---|---|
| Rank | Sector | Total | PACs | Indivs |
| 1 | Finance, Insurance & Real Estate | $922,545 | $392,550 | $529,995 |
| 2 | Health | $419,850 | $351,100 | $68,750 |
| 3 | Ideological/Single-Issue | $417,465 | $343,475 | $73,990 |
| 4 | Misc Business | $385,588 | $188,998 | $196,590 |
| 5 | Other | $341,700 | $1,500 | $340,200 |

[Center for Responsive Politics, accessed 9/11/17] *NOTE: combined data not available; data above represents top sectors donating to Walters's campaign committee*

## The Finance, Insurance & Real Estate Sector Was Walters's Top Contributor By Sector And Contributed $922,545

**2014-2018: The Finance, Insurance & Real Estate Sector Was Walters's Top Contributor By Sector And Contributed $922,545.** [Center for Responsive Politics, accessed 9/11/17]

## 2018: Rep. Mimi Walters's Top Leadership PAC Contributor Was Entrepreneurial Capital Corp

| Making Investments Majority Insured PAC Top Contributors By Year | | | | |
|---|---|---|---|---|
| Year | Name | Total | Indiv | PAC |
| **2018** | Entrepreneurial Capital Corp | $10,000 | $10,000 | $0 |
| **2016** | Capital Group Companies | $20,000 | $10,000 | $10,000 |

[Center for Responsive Politics, accessed 9/11/17]

# 2018

## Rep. Mimi Walters's Campaign Raised $3,047,884 And Spent $368,773

| Rep. Mimi Walters 2018 Congress Campaign Committee Funds | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | | | |
| | | | | | | Operating | Refunds | |
| Year | Total | Indivs | Committees | Party Cmts | Total | Expenditures | Indivs | Cmts |
| **Career** | $3,473,611 | $1,444,367 | $2,029,242 | $0 | $3,383,489 | $3,054,986 | $783 | $3,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2018** | $635,784 | $220,096 | $415,687 | $0 | $368,773 | $258,748 | $25 | $0 |

[FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

---

## 2018: Raised $635,784

**2018 Cycle: Rep. Mimi Walters Raised $210,057 In Total Contributions.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Raised $415,687 From Committees.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Raised $220,096 In Total Individual Contributions.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

---

## 2018: Spent $368,773

**2018 Cycle: Rep. Mimi Walters Spent $368,773 For The 2018 Election Cycle.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Spent A Total Of $258,748 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Rep. Mimi Walters Spent $25 On Individual Refunds And $0 Political Committee Contribution Refunds.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

---

## Rep. Mimi Walters's Leadership PAC Raised $X And Spent $X

| 2018 Making Investments Majority Insured PAC Funds | | | | | | |
|---|---|---|---|---|---|---|
| **Total Contributions** | | | | | **Total Disbursements** | |
| **Year** | **Total** | **Indivs** | **Committees** | **Party Cmte** | **Total** | **Operating Expenditures** |
| **Career** | $305,500 | $131,750 | $173,750 | $0 | $467,511 | $62,911 |
| **2018** | $77,500 | $8,500 | $69,000 | $0 | $124,569 | $25,569 |

[FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

---

## 2018: Raised $77,500

**2018 Cycle: Making Investments Majority Insured PAC Raised A Total Of $77,500.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Making Investments Majority Insured PAC Raised $8,500 From Individuals.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Making Investments Majority Insured PAC Raised $69,000 From Committees.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

---

## 2018: Spent $X

**2018 Cycle: Making Investments Majority Insured PAC Spent $124,569.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

**Making Investments Majority Insured PAC Spent $25,569 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors

| 2018 Rep. Mimi Walters Top Contributors To Campaign Committee | | | | | |
|---|---|---|---|---|---|
| Rank | Organization | Totals | Indivs | Lobbyists | PAC |
| 1 | Cox Enterprises | $28,750 | $22,750 | | $6,000 |
| 2 | Blackstone Group | $12,300 | $10,800 | | $1,500 |
| 3 | Carlyle Group | $10,800 | $10,800 | | $0 |
| 3 | Loomworks Apparel | $10,800 | $10,800 | | $0 |
| 3 | Northwest Excavating | $10,800 | $10,800 | | $0 |

[Center for Responsive Politics Top Contributors, accessed 9/11/17]

## Rep. Mimi Walters's Top Campaign Committee Contributor Was Cox Enterprises For The 2018 Cycle

**Rep. Mimi Walters's Top Campaign Committee Contributor Was Cox Enterprises For The 2018 Cycle.** [Center for Responsive Politics Top Contributors, accessed 9/11/17]

## Blackstone Group, Carlyle Group, And Loomworks Apparel Were Also Top Contributors

**Blackstone Group, Carlyle Group, And Loomworks Apparel Were Top Contributors To Walters's Campaign Committee.** [Center for Responsive Politics Top Contributors, accessed 9/11/17]

## Rep. Mimi Walters Leadership PAC's Top Contributors

| 2018 Rep. Mimi Walters Top Contributors To Leadership PAC | | | | | |
|---|---|---|---|---|---|
| Rank | Organization Name | Totals | Indivs | Lobbyists | PAC |
| 1 | Entrepreneurial Capital Corp | $10,000 | $10,000 | | $0 |
| 1 | Northwest Excavating | $10,000 | $10,000 | | $0 |
| 1 | Toyota of Orange | $10,000 | $10,000 | | $0 |
| 1 | Troy Group | $10,000 | $10,000 | | $0 |

[Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters Making Investments Majority Insured PAC's Top Contributor Was Entrepreneurial Capital Corp For The 2018 Cycle

**Rep. Mimi Walters Making Investments Majority Insured PAC's Top Contributor Was Entrepreneurial Capital Corp For The 2018 Cycle.** [Center for Responsive Politics, accessed 9/11/17]

## Northwest Excavating, Toyota Of Orange, And Troy Group Were Also Top Contributors

**2018 Cycle: Northwest Excavating, Toyota Of Orange, And Troy Group Were Top Contributors To Making Investments Majority Insured PAC.** [Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors By Industry

| 2018 Rep. Mimi Walters Top Contributors To Campaign Committee By Industry | | | | | |
|---|---|---|---|---|---|
| Member Rank | District Rank | Industry | Total | Indivs | PACs |
| 1 | | Retired | $112,165 | $112,165 | $0 |
| 2 | | Leadership PACs | $82,500 | $0 | $82,500 |
| 3 | | Pharmaceuticals/Health Products | $57,900 | $5,400 | $52,500 |
| 4 | | Real Estate | $49,450 | $43,950 | $5,500 |
| 5 | | Securities & Investment | $47,400 | $33,150 | $14,250 |

[Center for Responsive Politics, accessed 9/11/17]

*NOTE: According to the Center for Responsive Politics, "District Rank" "reflects the interests behind the individual contributors who live or work within the district to all politicians, PACs and party committees. This information is based on the zip codes reported by the donor and recipient to the FEC. Contributions from zip codes that cross district boundaries are counted in all districts in which they participate. Industries with no district rank had no local contributors identified with that interest by the Center." [Center for Responsive Politics, accessed 3/22/17]*

## Retired Donors Were The Top Contributors To Rep. Mimi Walters's Campaign Committee For The 2018 Cycle

**Retired Donors Were The Top Contributors To Rep. Mimi Walters's Campaign Committee For The 2018 Cycle.** [Center for Responsive Politics, accessed 9/11/17]

## Leadership PACs, Pharmaceuticals/Health Products, And Real Estate Industries Were Also Top Contributors

**Leadership PACs, Pharmaceuticals/Health Products, And Real Estate Industries Were Top Contributors.** [Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters Leadership PAC's Top Contributors By Industry

| 2018 Making Investments Majority Insured PAC Top Contributors By Industry | | | | |
|---|---|---|---|---|
| Rank | Industry | Total | Indivs | PACs |
| 1 | Real Estate | $15,500 | $15,500 | $0 |
| 2 | Automotive | $15,000 | $15,000 | $0 |
| 3 | Electronics Mfg & Equip | $10,000 | $10,000 | $0 |
| 4 | Building Materials & Equipment | $10,000 | $10,000 | $0 |
| 5 | Retired | $10,000 | $10,000 | $0 |

[Center for Responsive Politics, accessed 9/11/17]

## The Real Estate Industry Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2018 Cycle

**The Real Estate Industry Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2018 Cycle.** [Center for Responsive Politics, accessed 9/11/17]

## The Automotive, Electronics Mfg & Equip, And Building Materials & Equipment Industries Were Also Top Contributors

**The Automotive, Electronics Mfg & Equip, And Building Materials & Equipment Industries Were Also Top Contributors.** [Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors By Sector

| | 2018 Rep. Mimi Walters Top Contributions To Campaign Committee By Sector | | | |
|------|------|------|------|------|
| **Rank** | **Sector** | **Total** | **PACs** | **Indivs** |
| 1 | Finance, Insurance & Real Estate | $162,300 | $54,750 | $107,550 |
| 2 | Ideological/Single-Issue | $120,505 | $107,200 | $13,305 |
| 3 | Health | $119,100 | $92,700 | $26,400 |
| 4 | Other | $118,815 | $1,000 | $117,815 |
| 5 | Communications/Electronics | $98,300 | $60,500 | $37,800 |

[Center for Responsive Politics, accessed 9/11/17]

## The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2018 Cycle

**The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2018 Cycle.** [Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters's Leadership PAC's Top Contributors By Sector

| | 2018 Making Investments Majority Insured Top Contributions By Sector | | | |
|------|------|------|------|------|
| **Rank** | **Sector** | **Total** | **PACs** | **Indivs** |
| 1 | Finance, Insurance & Real Estate | $33,000 | $7,500 | $25,500 |
| 2 | Communications/Electronics | $21,700 | $9,000 | $12,700 |
| 3 | Transportation | $15,000 | $0 | $15,000 |
| 4 | Other | $15,000 | $0 | $15,000 |
| 5 | Health | $13,450 | $7,500 | $5,950 |

[Center for Responsive Politics, accessed 9/11/17]

## The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle

**The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/11/17]

## The Communications/Electronics, Transportation, And Health Sectors Were Top Contributors

**The Communications/Electronics, Transportation, And Health Sectors Were Top Contributors.** [Center for Responsive Politics, accessed 9/11/17]

# 2016

## Rep. Mimi Walters's Campaign Raised $1,426,708 And Spent $1,690,947

| Rep. Mimi Walters 2016 Congress Campaign Committee Funds | |
|------|------|
| **Total Contributions** | **Total Disbursements** |

| Year | Total | Indivs | Committees | Party Cmts | Total | Operating Expenditures | Refunds Indivs | Refunds Cmts |
|------|-------|--------|-----------|-----------|-------|----------------------|--------|------|
| Career | $3,473,611 | $1,444,367 | $2,029,242 | $0 | $3,383,489 | $3,054,986 | $783 | $3,000 |
| 2016 | $1,426,708 | $406,408 | $1,020,300 | $0 | $1,690,947 | $1,603,119 | $758 | $3,000 |

[FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

## 2016: Raised $1,426,708

**2016: Walters' Campaign Committee Raised $1,426,708.** [FEC, accessed 5/16/17]

**Walters Raised $406,408 From Individuals.** [FEC, accessed 5/16/17]

**Walters Raised $1,020,300 From PACs.** [FEC, accessed 5/16/17]

## 2016: Spent $1,690,947

**2016: Walters' Campaign Committee Spent $1,690,947.** [FEC, accessed 5/16/17]

**Rep. Mimi Walters Spent A Total Of $1,603,119 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

### Rep. Mimi Walters's Leadership PAC Raised $106,750 And Spent $226,544

| 2016 Making Investments Majority Insured PAC Funds | | | | | | |
|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | |
| Year | Total | Indivs | Committees | Party Cmte | Total | Operating Expenditures |
| Career | $305,500 | $131,750 | $173,750 | $0 | $467,511 | $62,911 |
| 2016 | $106,750 | $14,250 | $92,500 | $0 | $226,544 | $15,944 |

[FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

## 2016: Raised $106,750

**2016: Walters' Leadership PAC, Making Investments Majority Insured PAC, Raised $106,750.** [FEC, accessed 5/16/17] *NOTE: Walters' leadership PAC was previously known as Blessings of Liberty PAC; name changed in 2015*

**Making Investments Majority Insured PAC Raised $14,250 From Individuals.** [FEC, accessed 5/16/17]

**Making Investments Majority Insured PAC Raised $92,500 From PACs.** [FEC, accessed 5/16/17]

## 2016: Spent $226,544

**2016: Walters' Leadership PAC, Making Investments Majority Insured PAC, Spent $226,544.** [FEC, accessed 5/16/17] *NOTE: Walters' leadership PAC was previously known as Blessings of Liberty PAC; name changed in 2015*

**Making Investments Majority Insured PAC Spent $15,944 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors

| 2016 Rep. Mimi Walters Top Contributors To Campaign Committee | | | | | |
|---|---|---|---|---|---|
| Rank | Organization | Totals | Indivs | Lobbyists | PAC |
| 1 | Security First | $24,800 | $24,800 | $0 | $0 |
| 2 | Allergan PLC | $18,900 | $6,900 | $1,000 | $12,000 |
| 3 | Directors Guild of America | $15,000 | $0 | $0 | $15,000 |
| 4 | Capital Group Companies | $13,100 | $8,100 | $500 | $5,000 |
| 5 | Cox Enterprises | $12,750 | $2,750 | $1,000 | $10,000 |

[Center for Responsive Politics Top Contributors, accessed 9/11/17]

## Rep. Mimi Walters's Top Campaign Committee Contributor Was Security First For The 2016 Cycle

**2016: Walters' Top Contributor Was Security First; Individuals Associated With Security First Contributed $24,800.** [Center for Responsive Politics, accessed 5/16/17]

## Allergan PLC, Directors Guild of America, And Capital Group Companies Were Also Top Contributors

**Allergan PLC, Directors Guild of America, And Capital Group Companies Were Top Contributors To Walters's Campaign Committee.** [Center for Responsive Politics Top Contributors, accessed 9/11/17]

## Rep. Mimi Walters Leadership PAC's Top Contributors

| 2016 Rep. Mimi Walters Top Contributors To Leadership PAC | | | | | |
|---|---|---|---|---|---|
| Rank | Organization Name | Totals | Indivs | Lobbyists | PAC |
| 1 | Capital Group Companies | $20,000 | $10,000 | | $10,000 |
| 2 | TCW Group | $12,700 | $12,700 | | $0 |
| 3 | Northwest Excavating | $10,400 | $10,400 | | $0 |
| 4 | Majority Cmte PAC | $10,000 | $0 | | $10,000 |
| 4 | Sc Fuels | $10,000 | $10,000 | | $0 |

[Center for Responsive Politics, accessed 9/12/17]

## Rep. Mimi Walters Making Investments Majority Insured PAC's Top Contributor Was Entrepreneurial Capital Corp For The 2016 Cycle

**Rep. Mimi Walters Making Investments Majority Insured PAC's Top Contributor Was Entrepreneurial Capital Corp For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/12/17]

## TCW Group, Northwest Excavating, And Majority Cmte PAC Were Top Contributors

**2016 Cycle: TCW Group, Northwest Excavating, And Majority Cmte PAC Were Top Contributors To Making Investments Majority Insured PAC.** [Center for Responsive Politics, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors By Industry

| 2016 Rep. Mimi Walters Top Contributors To Campaign Committee By Industry |
|---|

| Member Rank | District Rank | Industry | Total | Indivs | PACs |
|---|---|---|---|---|---|
| 1 | 6 | Pharmaceuticals/Health Products | $138,150 | $8,150 | $130,000 |
| 2 | 5 | Securities & Investment | $127,800 | $100,300 | $27,500 |
| 3 | 1 | Real Estate | $126,650 | $93,500 | $33,150 |
| 4 | 2 | Retired | $91,685 | $91,685 | $0 |
| 5 | 7 | Insurance | $75,350 | $1,850 | $73,500 |

[Center for Responsive Politics, accessed 9/12/17]

NOTE: *According to the Center for Responsive Politics, "District Rank" "reflects the interests behind the individual contributors who live or work within the district to all politicians, PACs and party committees. This information is based on the zip codes reported by the donor and recipient to the FEC. Contributions from zip codes that cross district boundaries are counted in all districts in which they participate. Industries with no district rank had no local contributors identified with that interest by the Center." [Center for Responsive Politics, accessed 3/22/17]*

## The Pharmaceutical/Health Product Industry Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2016 Cycle

**The Pharmaceutical/Health Product Industry Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/12/17]

### Rep. Mimi Walters Leadership PAC's Top Contributors By Industry

| 2016 Making Investments Majority Insured PAC Top Contributors By Industry | | | | | |
|---|---|---|---|---|---|
| **Rank** | **Industry** | **Total** | **Indivs** | **PACs** | |
| 1 | Securities & Investment | $50,400 | $35,400 | $15,000 | |
| 2 | Real Estate | $23,000 | $23,000 | $0 | |
| 3 | Retired | $21,500 | $21,500 | $0 | |
| 4 | Building Materials & Equipment | $15,400 | $15,400 | $0 | |
| 5 | Leadership PACs | $15,000 | $0 | $15,000 | |

[Center for Responsive Politics, accessed 9/12/17]

## The Securities & Investment Industry Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle

**The Securities & Investment Industry Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/12/17]

### Rep. Mimi Walters Campaign Committee's Top Contributors By Sector

| 2016 Rep. Mimi Walters Top Contributions To Campaign Committee By Sector | | | | |
|---|---|---|---|---|
| **Rank** | **Sector** | **Total** | **PACs** | **Indivs** |
| 1 | Finance, Insurance & Real Estate | $416,525 | $205,650 | $210,875 |
| 2 | Misc Business | $207,071 | $126,248 | $80,823 |
| 3 | Health | $199,750 | $181,000 | $18,750 |
| 4 | Transportation | $163,950 | $132,000 | $31,950 |
| 5 | Communications/Electronics | $147,450 | $126,500 | $20,950 |

[Center for Responsive Politics, accessed 9/13/17]

## The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2016 Cycle

**The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/13/17]

### Rep. Mimi Walters's Leadership PAC's Top Contributors By Sector

| | 2016 Making Investments Majority Insured Top Contributions By Sector | | | |
|---|---|---|---|---|
| **Rank** | **Sector** | **Total** | **PACs** | **Indivs** |
| 1 | Finance, Insurance & Real Estate | $77,291 | $18,891 | $58,400 |
| 2 | Misc Business | $34,850 | $12,000 | $22,850 |
| 3 | Ideological/Single-Issue | $33,000 | $27,000 | $6,000 |
| 4 | Other | $30,200 | $0 | $30,200 |
| 5 | Communications/Electronics | $17,200 | $12,000 | $5,200 |

[Center for Responsive Politics, accessed 9/13/17]

## The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle

**The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2016 Cycle.** [Center for Responsive Politics, accessed 9/13/17]

# 2014

### Rep. Mimi Walters's Campaign Raised $1,411,119 And Spent $1,323,769

| Rep. Mimi Walters 2014 Congress Campaign Committee Funds | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Contributions** | | | | | **Total Disbursements** | | | |
| | | | | | | | **Refunds** | |
| **Year** | **Total** | **Indivs** | **Committees** | **Party Cmts** | **Total** | **Operating Expenditures** | **Indivs** | **Cmts** |
| **Career** | $3,473,611 | $1,444,367 | $2,029,242 | $0 | $3,383,489 | $3,054,986 | $783 | $3,000 |
| **2014** | $1,411,119 | $817,863 | $593,255 | $0 | $1,323,769 | $1,193,119 | $0 | $0 |

[FEC Committee Candidate and Committee Viewer, accessed 9/13/17]

## 2014: Raised $1,411,119

**2014: Walters' Campaign Committee Raised $1,411,119.** [FEC, accessed 5/16/17]

**Walters Raised $817,863 From Individuals.** [FEC, accessed 5/16/17]

**Walters Raised $593,255 From PACs.** [FEC, accessed 5/16/17]

## 2014: Spent $1,323,769

**2014: Walters' Campaign Committee Spent $1,323,769.** [FEC, accessed 5/16/17]

**Rep. Mimi Walters Spent A Total Of $1,193,119 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/13/17]

## Rep. Mimi Walters's Leadership PAC Raised $121,250 And Spent $116,398

| 2014 Blessings Of Liberty Funds | | | | | | |
|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | |
| Year | Total | Indivs | Committees | Party Cmte | Total | Operating Expenditures |
| **Career** | $305,500 | $131,750 | $173,750 | $0 | $467,511 | $62,911 |
| **2014** | $121,250 | $109,000 | $12,250 | $0 | $116,398 | $21,398 |

[FEC Committee Candidate and Committee Viewer, accessed 9/13/17] *NOTE: Blessings of Liberty became Making Investments Majority Insured in 2015*

## 2014: Raised $121,250

**2014: Walters' Leadership PAC, Blessings Of Liberty, Raised $121,250.** [FEC, accessed 5/16/17] *NOTE: Blessings of Liberty became Making Investments Majority Insured in 2015*

    **Blessings Of Liberty Raised $109,000 From Individuals.** [FEC, accessed 5/16/17]

    **Blessings Of Liberty Raised $12,250 From PACs.** [FEC, accessed 5/16/17]

## 2014: Spent $116,398

**2014: Walters' Leadership PAC, Blessings Of Liberty, Spent $116,398.** [FEC, accessed 5/16/17]

    **Blessings Of Liberty Spent $21,398 On Operating Expenditures.** [FEC Committee Candidate and Committee Viewer, accessed 9/11/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors

| 2016 Rep. Mimi Walters Top Contributors To Campaign Committee | | | | | |
|---|---|---|---|---|---|
| Rank | Organization | Totals | Indivs | Lobbyists | PAC |
| 1 | Western National Group | $20,800 | | | |
| 2 | Carlyle Group | $18,200 | | | |
| 3 | Capital Group Companies | $15,700 | | | |
| 4 | Occidental Petroleum | $15,100 | | | |
| 5 | Sc Fuels | $11,750 | | | |

[Center for Responsive Politics Top Contributors, accessed 9/13/17]

## Rep. Mimi Walters's Top Campaign Committee Contributor Was Western National Group For The 2014 Cycle

**2014: Walters' Top Contributor Was Western National Group, Which Contributed $20,800.** [Center for Responsive Politics, accessed 5/16/17]

## Rep. Mimi Walters Leadership PAC's Top Contributors

| | 2014 Rep. Mimi Walters Top Contributors To Leadership PAC | | | | |
|---|---|---|---|---|---|
| Rank | Organization Name | Totals | Indivs | Lobbyists | PAC |
| 1 | Carlyle Group | $15,000 | $15,000 | | $0 |
| 2 | Capital Group Companies | $10,000 | $5,000 | | $5,000 |
| 2 | Northwest Excavating | $10,000 | $10,000 | | $0 |
| 2 | Troy Group | $10,000 | $10,000 | | $0 |
| 5 | Corelogic Inc | $5,000 | $5,000 | | $0 |

[Center for Responsive Politics, accessed 9/13/17]

## Rep. Mimi Walters Making Investments Majority Insured PAC's Top Contributor Was Carlyle Group For The 2014 Cycle

**2014: Carlyle Group Was The Top Contributor To Blessings Of Liberty PAC; Individuals Associated With Carlyle Group Contributed $15,000.** [Center for Responsive Politics, accessed 5/16/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors By Industry

| | 2014 Rep. Mimi Walters Top Contributors To Campaign Committee By Industry | | | | |
|---|---|---|---|---|---|
| Member Rank | District Rank | Industry | Total | Indivs | PACs |
| 1 | | Real Estate | $136,950 | | |
| 2 | | Leadership PACs | $96,500 | | |
| 3 | | Automotive | $79,000 | | |
| 4 | | Securities & Investment | $72,500 | | |
| 5 | | Oil & Gas | $71,550 | | |

[Center for Responsive Politics, accessed 9/13/17]

*NOTE: According to the Center for Responsive Politics, "District Rank" "reflects the interests behind the individual contributors who live or work within the district to all politicians, PACs and party committees. This information is based on the zip codes reported by the donor and recipient to the FEC. Contributions from zip codes that cross district boundaries are counted in all districts in which they participate. Industries with no district rank had no local contributors identified with that interest by the Center." [Center for Responsive Politics, accessed 3/22/17]*

## The Real Estate Industry Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2014 Cycle

**2014: Carlyle Group Was The Top Contributor To Blessings Of Liberty PAC; Individuals Associated With Carlyle Group Contributed $15,000.** [Center for Responsive Politics, accessed 5/16/17]

## Rep. Mimi Walters Leadership PAC's Top Contributors By Industry

| | 2014 Blessings Of Liberty Top Contributors By Industry | | | |
|---|---|---|---|---|
| Rank | Industry | Total | Indivs | PACs |
| 1 | Securities & Investment | $29,500 | $24,500 | $5,000 |
| 2 | Real Estate | $13,500 | $13,500 | $0 |

| 3 | Electronics Mfg & Equip | $10,000 | $10,000 | $0 |
| 4 | Building Materials & Equipment | $10,000 | $10,000 | $0 |
| 5 | Oil & Gas | $10,000 | $10,000 | $0 |

[Center for Responsive Politics, accessed 9/13/17]

## The Securities & Investment Industry Was The Top Contributor To Rep. Mimi Walters's Leadership PAC For The 2014 Cycle

**2014: Securities And Investment Industry Was The Top Contributor To Blessings Of Liberty PAC; Industry Contributed $29,500.** [Center for Responsive Politics, accessed 5/16/17]

## Rep. Mimi Walters Campaign Committee's Top Contributors By Sector

| 2014 Rep. Mimi Walters Top Contributions To Campaign Committee By Sector | | | | |
|---|---|---|---|---|
| **Rank** | **Sector** | **Total** | **PACs** | **Indivs** |
| 1 | Finance, Insurance & Real Estate | $339,820 | | |
| 2 | Ideology/Single-Issue | $167,000 | | |
| 3 | Misc Business | $118,400 | | |
| 4 | Other | $104,150 | | |
| 5 | Health | $101,650 | | |

[Center for Responsive Politics, accessed 9/13/17]

## The Finance, Insurance & Real Estate Sector Was The Top Contributor To Rep. Mimi Walters's Campaign Committee For The 2014 Cycle

**2014: Finance, Insurance And Real Estate Sector Was The Top Contributor To Walters' Campaign; Sector Contributed $339,820.** [Center for Responsive Politics, accessed 5/16/17]

# Appendix III – Revolving Door

## Top Lines

### 1 Of Rep. Mimi Walters's Staffers Entered The Revolving Door

**Walters's Deputy Chief Of Staff, Yvette Wissmann, Worked As A Lobbyist Prior To Joining Walters's Congressional Staff.** [Center for Responsive Politics, accessed 9/13/17]

## Yvette Wissmann

### Walters's Deputy Chief Of Staff, Yvette Wissmann, Worked As A Lobbyist

**2003-2014: Yvette Wissmann Worked As A Lobbyist.** [Center for Responsive Politics, accessed 9/13/17]

| Yvette Wissmann Employment History | | |
|---|---|---|
| **Employer** | **Position** | **Date of Employment** |
| American Shipping & Logistics Group | Government Relations Director | Sep 2012-Aug 2014 |
| K&L Gates | Government Affairs Analyst | Mar 2007-Sep 2012 |
| K&L Gates | Senior Government Affairs Assistant | Aug 2003-Mar 2007 |
| Preston, Gates et al | Lobbyist | |
| Rep. Duncan Hunter | Legislative Correspondent | Apr 2001-Aug 2003 |

[Center for Responsive Politics, accessed 9/13/17; Linkedin, accessed 9/13/17]

| Yvette Wissmann's Clients – 2005-2014 | |
|---|---|
| **Year** | **Client** |
| 2012-2014 | American Shipping & Logistics Group |
| 2009-2012 | Alexander & Baldwin |
| 2011-2012 | AP Moller-Maersk |
| 2009-2012 | Berkshire Hathaway |
| 2005-2012 | Consortium of State Maritime Academies |
| 2005-2007; 2009; 2011-2012 | Environmental Defense Fund |
| 2010-2012 | Lake Carriers' Association |
| 2008-2012 | Massachusetts Maritime Academy |
| 2005-2007; 2011-2012 | Overseas Shipholding Group |
| 2011-2012 | South Atlantic Fishermen's Association |
| 2006-2010; 2012 | US Maritime Coalition |
| 2010-2011 | Texas A&M Maritime Academy |
| 2009 | Commercial Spaceflight Federation |
| 2006; 2009 | Nanobusiness Alliance |
| 2009 | Nanobusiness Commercialization Alliance |
| 2009 | PowerGenix Systems Inc |

| | |
|---|---|
| 2008-2009 | Sapphire Energy |
| 2007; 2009 | Water Replenishment Dist of S California |
| 2005-2008 | American Institute of Architects |
| 2005-2008 | BNSF Railway |
| 2008 | Dredging Contractors of America |
| 2007-2008 | Transportation Institute |
| 2007 | American Sand Association |
| 2006-2007 | Delta Airlines |
| 2005-2007 | Genting Group |
| 2007 | Starbucks Corp |
| 2006-2007 | Supresta |
| 2006-2007 | Transportation Intermediaries Association |
| 2007 | Wabtec Corp |
| 2006 | CATS Communication |
| 2005-2006 | City of Charleston, SC |
| 2005-2006 | Fisherman's Marketing Association |
| 2005-2006 | Foster Wheeler |
| 2005-2006 | Jackson Laboratory |
| 2005-2006 | Liberty Media |
| 2006 | Maersk Inc |
| 2005-2006 | Md Helicopters |
| 2006 | National Council on Compensation Insurance |
| 2005-2006 | Port of Seattle, WA |
| 2005-2006 | Shaw Group |
| 2006 | Weyerhauser Co |
| 2005 | Anderson County, SC |
| 2005 | Brown-Forman Corp |
| 2005 | Cangene Corp |
| 2005 | Marine Engineers Beneficial Association |
| 2005 | Spokane Regional Chamber of Commerce |
| 2005 | Tetra Tech |
| 2005 | Town of Lexington, SC |
| 2005 | Weston Solutions |

[Center for Responsive Politics, accessed 9/13/17]

## Rep. Mimi Walters Received $20,075 From Wissmann's Former Clients

| Contributions To Rep. Mimi Walters By Wissmann's Former Clients | | |
|---|---|---|
| **Client** | **Cycle** | **Total** |
| Berkshire Hathaway | 2016 | $9,500 |
| BNSF Railway | 2016 | $9,500 |
| Transportation Intermediaries Association | 2016 | $1,000 |
| Tetra Tech | 2016 | $75 |
| **TOTAL** | | **$20,075** |

[FEC, accessed 9/13/17]

# Appendix IV – Paid Media Summary

*NOTE: Paid media advertisements saved in drive.*

| | | Rep. Mimi Walters Paid Media Summary | | |
|---|---|---|---|---|
| **Date** | **Name** | **Subject** | **Description** | **Notable** |
| 4/19/16 | Fighter for Veterans | Veterans' Issues | Positive ad, touts record as advocate for VA reform | TV ad |
| 4/23/14 | Mimi Walters for Congress | Government spending | Positive, says she will end deficit spending and balance the budget | TV ad |
| 2/12/14 | Mimi Walters on Veterans | Veterans' issues | Positive, addresses VA wait times, job training | |
| 2/12/14 | Mimi Walters on Taxpayer Protection | Tax reform | Positive, voices support for tax cuts | |
| 2/12/14 | Mimi Walters on Social Security | Social security | Vows to preserve benefits | |
| 2/12/14 | Mimi Walters on Jobs & Business | Economy | Vows to cut red tape and make it easier for small businesses to grow | |
| 2/12/14 | Mimi Walters on Immigration | Immigration | Supports immigration policy that begins with secure borders and treats everyone in a "humane" manner | |
| 2/12/14 | Mimi Walters on Healthcare | Health care | Criticizes ACA and says she will support reform that covers pre-existing conditions | |
| 2/12/14 | Mimi Walters on Energy | Energy | Criticizes Obama admin for preventing production of new domestic energy. | Voices support for keystone |
| 2/12/14 | Mimi Walters on Debt and Spending | Government spending | Wants to cut spending and reform "wasteful" programs | |
| 2/12/14 | Mimi Walters for Congress | Economy, government spending, energy | Voices support for pro-business economic policy, cutting spending, and reducing dependency on foreign oil | |

# Appendix V – Bill Sponsorships & Amendments

*NOTE: All information for 115th Congress is accurate as of May 30, 2017*

## Toplines

| Walters Sponsorship Toplines | | |
|---|---|---|
| **Congress** | **# of Sponsorships** | **# Became Law** |
| 115th Congress (2017 - 2018) | 3 | 0 |
| 114th Congress (2015 - 2016) | 7 | 1 |
| **TOTAL** | **10** | **1** |

[Congress.gov, accessed 5/30/17]

| Walters Career Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Sponsored** | **# Became Law** |
| Health | 2 | 0 |
| Crime and Law Enforcement | 2 | 1 |
| Science, Technology, Communications | 1 | 0 |
| Immigration | 1 | 0 |
| Water Resources Development | 1 | 0 |
| Taxation | 1 | 0 |
| Social Welfare | 1 | 0 |
| None | 1 | 0 |

[Congress.gov, accessed 5/30/17]

## 115th Congress

*NOTE: All information for 115th Congress is accurate up to May 30, 2017*

## Walters Sponsored 3 Bills, 0 Of Which Became Law

**115th Congress: Walters Sponsored 3 Bills, 0 Of Which Became Law.** [Congress.gov, accessed 5/30/17]

| Walters 115th Congress Sponsorships | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 5/18/17 | H.R. 2546 | To ensure the Chief Information Office of the Federal Communications Commission has a significant role in decisions related to information technology, and for other purposes. | Referred to the House Committee on Energy and Commerce. | 5/18/2017 |
| 5/16/17 | H.R. 2474 | Medical Product Review Harmonization Act of 2017 | Referred to the House Committee on Energy and Commerce. | 5/16/2017 |
| 4/25/17 | H.R. 2144 | Risk-Based Classification of Accessories Act of 2017 | Referred to the Subcommittee on Health. | 4/28/2017 |

[Congress.gov, accessed 5/30/17]

# 114th Congress

## Walters Sponsored 7 Pieces Of Legislation, 1 Of Which Became Law

**Walters Sponsored 7 Bills In The 114th Congress, 1 Of Which Became Law.** [Congress.gov, accessed 5/30/17]

## Walters Introduced 0 Amendments

**Walters Introduced 0 Amendments.** [Congress.gov, accessed 5/30/17]

## Sponsored Bills By Subject

| 114th Sponsorships By Subject | | |
| --- | --- | --- |
| Subject | # Of Bills Sponsored | # Became Law |
| Crime and Law Enforcement | 2 | 1 |
| Science, Technology, Communications | 1 | 0 |
| Immigration | 1 | 0 |
| Water Resources Development | 1 | 0 |
| Taxation | 1 | 0 |
| Social Welfare | 1 | 0 |

[Congress.gov, accessed 5/30/17]

## Walters Bills Sponsored With Floor Consideration Or More

## Walters Sponsored 2 Pieces Of Legislation That Passed The House

**Walters Sponsored 2 Pieces Of Legislation That Passed The House In The 114th Congress.** [Congress.gov, accessed 5/30/17]

| Walters 114th Congress Sponsorships With Floor Consideration Or More | | | | |
| --- | --- | --- | --- | --- |
| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
| 6/24/16 | H.R. 5578 | Survivors' Bill of Rights Act of 2016 | Became Public Law No: 114-236. | 10/7/16 |
| 9/29/15 | H.R. 3636 | Oversee Visa Integrity with Stakeholder Advisories Act | Received in the Senate and Read twice and referred to the Committee on the Judiciary. | 6/14/16 |

[Congress.gov, accessed 5/30/17]

## Walters Bills Sponsored With No Floor Consideration

## Walters Sponsored 4 Pieces Of Legislation With No Floor Consideration

**Walters Sponsored 4 Pieces Of Legislation With No Floor Consideration In The 114th Congress.** [Congress.gov, accessed 5/30/17]

| Walters 114th Congress Bills Sponsored With No Floor Consideration | | | |
| --- | --- | --- | --- |
| Date Intro. | Bill # | Title | Last Action |

| | | | |
|---|---|---|---|
| 9/16/2015 | H.R. 3529 | To require the Administrator of the National Aeronautics and Space Administration to study the feasibility of constructing an aramid synthetic fiber aqueduct to transport water from Oregon to California, and for other purposes. | Referred to the Subcommittee on Space. |
| 6/9/2015 | H.R. 2689 | To clarify the scope of eligible water resources projects under the Water Resources Development Act of 1986 and the Water Resources Reform and Development Act of 2014, and for other purposes. | Referred to the Subcommittee on Water Resources and Environment. |
| 5/1/2015 | H.R. 2207 | FSA Act | Referred to the House Committee on Ways and Means. |
| 2/26/2015 | H.R. 1109 | Social Security Lump-Sum Death Benefit Improvement and Modernization Act of 2015 | Referred to the Subcommittee on Social Security. |

[Congress.gov, accessed 5/30/17]

# Appendix VI – Bill Co-Sponsorships

*NOTE: All information for 115th Congress is accurate as of May 30, 2017*

## Career

### Walters Co-Sponsored 221 Pieces Of Legislation; 13 Or 5.88 Percent Became Law

**As Of May 2017, Walters Co-Sponsored 221 Pieces Of Legislation; 13 Or 5.88 Percent Became Law.**
[Congress.gov, accessed 5/30/17]

## Toplines

| Walters Co-Sponsorship Toplines | | | |
|---|---|---|---|
| | # of Co-sponsorships | # Became Law | Percentage Became Law |
| 115th Congress (2017 - 2018) | 54 | 0 | 0 |
| 114th Congress (2015 - 2016) | 167 | 13 | 7.78 |
| **TOTAL** | **221** | **13** | |

[Congress.gov, accessed 5/30/17]

## Subject

| Walters Career Co-Sponsorships By Subject | | | |
|---|---|---|---|
| Subject | # Of Bills Co-Sponsored | # Became Law | Percentage Became Law |
| Agriculture and Food | 1 | 0 | 0% |
| Animals | 2 | 0 | 0% |
| Armed Forces and National Security | 20 | 4 | 20% |
| Civil Rights and Liberties, Minority Issues | 5 | 0 | 0% |
| Commerce | 2 | 0 | 0% |
| Congress | 2 | 0 | 0% |
| Crime and Law Enforcement | 23 | 0 | 0% |
| Economics and Public Finance | 1 | 0 | 0% |
| Education | 3 | 0 | 0% |
| Emergency Management | 1 | 0 | 0% |
| Energy | 2 | 0 | 0% |
| Environmental Protection | 11 | 0 | 0% |
| Finance and Financial Sector | 7 | 1 | 14.28% |
| Foreign Trade and International Finance | 3 | 0 | 0% |
| Government Operations and Politics | 19 | 6 | 31.58% |
| Health | 41 | 1 | 2.44% |
| Housing and Community Development | 3 | 0 | 0% |
| Immigration | 5 | 0 | 0% |

| | | | |
|---|---|---|---|
| International Affairs | 17 | 1 | 5.88% |
| Labor and Employment | 7 | 0 | 0% |
| Law | 5 | 0 | 0% |
| Native Americans | 1 | 0 | 0% |
| Public Lands and Natural Resources | 8 | 0 | 0% |
| Science, Technology, Communications | 2 | 0 | 0% |
| Social Sciences and History | 1 | 0 | 0% |
| Social Welfare | 1 | 0 | 0% |
| Sports and Recreation | 1 | 0 | 0% |
| Taxation | 14 | 0 | 0% |
| Transportation and Public Works | 7 | 0 | 0% |
| Water Resources Development | 3 | 0 | 0% |

[Congress.gov, accessed 5/30/17]

## Walters Co-Sponsored 19 Bills With Fewer Than 10 Other Members

| Walters Co-Sponsorships With Fewer Than 10 Other Members | | | | |
|---|---|---|---|---|
| Date Intro. | Bill # | Title | Sponsor | # of Cosponsors |
| 5/24/2016 | H.R. 5315 | CLEAR Act of 2016 | Rep. Guthrie, Brett [R-KY-2] | 2 |
| 9/28/2016 | H.R. 6196 | Repeatedly Flooded Communities Preparation Act | Rep. Royce, Edward R. [R-CA-39] | 2 |
| 5/17/2017 | H.R. 2503 | AIM Act of 2017 | Rep. Paulsen, Erik [R-MN-3] | 2 |
| 2/24/2015 | H.R. 1051 | To direct the Secretary of Homeland Security to designate John Wayne Airport in Orange County, California, as a U.S. Customs and Border Protection (CBP) port of entry, and for other purposes. | Rep. Sanchez, Loretta [D-CA-46] | 3 |
| 8/4/2015 | H.R. 3439 | To direct the Secretary of Defense to provide for the inclusion of the names of certain members of the Armed Forces on the Vietnam Veterans Memorial. | Rep. Rohrabacher, Dana [R-CA-48] | 4 |
| 6/16/2015 | H.Res. 320 | Expressing the sense of Congress that a grateful Nation honors and salutes Sons and Daughters in Touch on its 25th anniversary that is being celebrated on Father's Day, 2015, at the Vietnam Veterans Memorial in Washington, the District of Columbia. | Rep. Hahn, Janice [D-CA-44] | 4 |
| 3/16/2017 | H.R. 1558 | Repeatedly Flooded Communities Preparation Act | Rep. Royce, Edward R. [R-CA-39] | 4 |
| 9/20/2016 | H.R. 6070 | Safe Recovery and Community Empowerment Act | Rep. Issa, Darrell E. [R-CA-49] | 4 |

| | | | | |
|---|---|---|---|---|
| 12/10/2015 | H.R. 4233 | To eliminate an unused lighthouse reservation, provide management consistency by incorporating the rocks and small islands along the coast of Orange County, California, into the California Coastal National Monument managed by the Bureau of Land Management, and meet the original Congressional intent of preserving Orange County's rocks and small islands, and for other purposes. | Rep. Rohrabacher, Dana [R-CA-48] | 5 |
| 2/3/2016 | H.R. 4441 | Aviation Innovation, Reform, and Reauthorization Act of 2016 | Rep. Shuster, Bill [R-PA-9] | 5 |
| 1/3/2017 | H.R. 85 | To make 1 percent across-the-board rescissions in non-defense, non-homeland-security, and non-veterans-affairs discretionary spending for each of the fiscal years 2017 and 2018. | Rep. Blackburn, Marsha [R-TN-7] | 6 |
| 1/12/2017 | H.R. 472 | Safe Recovery and Community Empowerment Act | Rep. Issa, Darrell E. [R-CA-49] | 6 |
| 7/29/2015 | H.R. 3389 | National Monument Designation Transparency Act | Rep. Nunes, Devin [R-CA-22] | 6 |
| 11/16/2015 | H.R. 4001 | Fix the Footnotes Act of 2015 | Rep. Buck, Ken [R-CO-4] | 7 |
| 6/10/2016 | H.R. 5454 | Adoptee Citizenship Act of 2016 | Rep. Smith, Adam [D-WA-9] | 7 |
| 4/15/2015 | H.R. 1800 | GRIDD Act of 2015 | Rep. Johnson, Sam [R-TX-3] | 7 |
| 12/10/2015 | H.R. 4211 | Credit Score Competition Act of 2015 | Rep. Royce, Edward R. [R-CA-39] | 8 |
| 9/25/2015 | H.Res. 443 | Commending the Departments of Defense and Veterans Affairs for their joint campaign to raise awareness during September, Suicide Prevention Month, to reduce suicide among members of the United States Armed Forces and veterans. | Rep. Esty, Elizabeth H. [D-CT-5] | 9 |
| 2/14/2017 | H.R. 1035 | Extending Justice for Sex Crime Victims Act of 2017 | Rep. Poe, Ted [R-TX-2] | 9 |

[Congress.gov, accessed 5/30/17]

# 115th Congress

*NOTE: All information for 115th Congress is accurate up to May 30, 2017*

## Walters Co-Sponsored 54 Pieces Of Legislation; None Became Law

**As Of May 2017, Walters Co-Sponsored 54 Bills In The 115th Congress – None Became Law.** [Congress.gov, accessed 5/30/17]

## Bills

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Walters 115th Co-Sponsorships** | | | | | | | |
| **Date Intro.** | **Bill #** | **Title** | **Sponsor** | **# of Cosponsors** | **Latest Action Date** | **Latest Action** | **Link** |
| 5/22/2017 | H.Con.Res. 59 | Recognizing the 75th anniversary of Marine Corps Base Camp Pendleton. | Rep. Issa, Darrell E. [R-CA-49] | 29 | 5/22/2017 | Referred to the House Committee on Armed Services. | https://www.congress.gov/bill/115th-congress/house-concurrent-resolution/59 |
| 5/17/2017 | H.R. 2503 | AIM Act of 2017 | Rep. Paulsen, Erik [R-MN-3] | 2 | 5/17/2017 | Referred to House Energy and Commerce | https://www.congress.gov/bill/115th-congress/house-bill/2503 |
| 5/11/2017 | H.Res. 320 | Expressing support for the designation of May 2017 as "Mental Health Month". | Rep. Murphy, Tim [R-PA-18] | 23 | 5/12/2017 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/115th-congress/house-resolution/320 |
| 5/4/2017 | H.R. 2358 | Chinese American World War II Veterans Congressional Gold Medal Act | Rep. Royce, Edward R. [R-CA-39] | 38 | 5/4/2017 | Referred to House Administration | https://www.congress.gov/bill/115th-congress/house-bill/2358 |
| 5/3/2017 | H.R. 2327 | PAWS Act of 2017 | Rep. DeSantis, Ron [R-FL-6] | 120 | 5/3/2017 | Referred to the House Committee on | https://www.congress.gov |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Veterans' Affairs. | /bill/1 15th-congre ss/hou se-bill/23 27 |
| 4/28/2017 | H.R. 2254 | To designate the facility of the United States Postal Service located at 2635 Napa Street in Vallejo, California, as the "Janet Capello Post Office Building". | Rep. Thompson, Mike [D-CA-5] | 49 | 4/28/2017 | Referred to the House Committee on Oversight and Government Reform. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/22 54 |
| 4/26/2017 | H.R. 2170 | Flood and Agriculture Risk Management Cost Reduction Act of 2017 | Rep. LaMalfa, Doug [R-CA-1] | 28 | 4/26/2017 | Referred to the House Committee on Financial Services. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/21 70 |
| 4/6/2017 | H.R. 1988 | To designate the facility of the United States Postal Service located at 1730 18th Street in Bakersfield, California, as the "Merle Haggard Post Office Building". | Rep. McCarthy, Kevin [R-CA-23] | 35 | 4/6/2017 | Referred to the House Committee on Oversight and Government Reform. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/19 88 |
| 4/6/2017 | H.Res . 269 | Recognizing and supporting the goals and ideals of National Sexual Assault Awareness and Prevention Month. | Rep. Reed, Tom [R-NY-23] | 62 | 4/21/2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-resolut ion/26 9 |
| 4/6/2017 | H.R. 2052 | PRIVATE Act | Rep. McSally, Martha [R-AZ-2] | 101 | 5/25/2017 | Received in the Senate and Read twice and referred to the Committee on Armed Services. | https:/ /www. congre ss.gov /bill/1 15th-congre |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ss/hou se-bill/20 52 |
| 4/5/2017 | H.Res . 249 | Honoring the life and legacy of the first woman to serve in the United States Congress, Jeannette Pickering Rankin, on the 100th anniversary of her swearing-in to Congress. | Rep. Brooks, Susan W. [R-IN-5] | 55 | 4/5/2017 | Referred to the House Committee on House Administration. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-resolut ion/24 9 |
| 3/30/2017 | H.R. 19 | Smithsonian Women's History Museum Act | Rep. Maloney, Carolyn B. [D-NY-12] | 163 | 4/7/2017 | Referred to the Subcommittee on Federal Lands. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/19 |
| 3/23/2017 | H.R. 1697 | Israel Anti-Boycott Act | Rep. Roskam, Peter J. [R-IL-6] | 177 | 3/23/2017 | Referred to House Financial Services | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/16 97 |
| 3/23/2017 | H.R. 1698 | Iran Ballistic Missiles and International Sanctions Enforcement Act | Rep. Royce, Edward R. [R-CA-39] | 255 | 3/29/2017 | Referred to the Subcommittee on Trade. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/16 98 |
| 3/21/2017 | H.R. 1644 | Korean Interdiction and Modernization of Sanctions Act | Rep. Royce, Edward R. [R-CA-39] | 23 | 5/4/2017 | Received in the Senate and Read twice and referred to the Committee on Foreign Relations. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/16 44 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/20/2017 | H.R. 1625 | Targeted Rewards for the Global Eradication of Human Trafficking | Rep. Royce, Edward R. [R-CA-39] | 40 | 5/23/2017 | Received in the Senate and Read twice and referred to the Committee on Foreign Relations. | https://www.congress.gov/bill/115th-congress/house-bill/1625 |
| 3/16/2017 | H.R. 1558 | Repeatedly Flooded Communities Preparation Act | Rep. Royce, Edward R. [R-CA-39] | 4 | 3/16/2017 | Referred to the House Committee on Financial Services. | https://www.congress.gov/bill/115th-congress/house-bill/1558 |
| 3/15/2017 | H.R. 1552 | FOCA Act | Rep. Ross, Dennis A. [R-FL-15] | 45 | 3/28/2017 | Ordered to be Reported by Voice Vote. | https://www.congress.gov/bill/115th-congress/house-bill/1552 |
| 3/10/2017 | H.R. 1494 | PACT Act | Rep. Smith, Lamar [R-TX-21] | 165 | 3/21/2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/115th-congress/house-bill/1494 |
| 3/9/2017 | H.R. 1485 | Flexible Pell Grant for 21st Century Students Act | Rep. Stefanik, Elise M. [R-NY-21] | 34 | 3/9/2017 | Referred to the House Committee on Education and the Workforce. | https://www.congress.gov/bill/115th-congress/house-bill/1485 |
| 3/8/2017 | H.J.Res. 86 | Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the | Rep. Blackburn, Marsha [R-TN-7] | 16 | 3/10/2017 | Referred to the Subcommittee on Communication | https://www.congress.gov |

| | | Federal Communications Commission relating to "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services". | | | | s and Technology. | /bill/1 15th-congre ss/hou se-joint-resolut ion/86 |
|---|---|---|---|---|---|---|---|
| 3/7/2017 | H.R. 1399 | American Soda Ash Competitiveness Act | Rep. Cook, Paul [R-CA-8] | 26 | 3/16/2017 | Referred to the Subcommittee on Energy and Mineral Resources. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/13 99 |
| 3/2/2017 | H.Res . 164 | Supporting the goals and ideals of National Women's History Month. | Rep. Thompson, Mike [D-CA-5] | 71 | 3/2/2017 | Referred to the House Committee on Oversight and Government Reform. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-resolut ion/16 4 |
| 2/27/2017 | H.Res . 152 | Expressing the sense of the House of Representatives that clean water is a national priority, and that the June 29, 2015, Waters of the United States Rule should be withdrawn or vacated. | Rep. Gibbs, Bob [R-OH-7] | 46 | 2/28/2017 | Referred to the Subcommittee on Water Resources and Environment. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-resolut ion/15 2 |
| 2/16/2017 | H.R. 1162 | No Hero Left Untreated Act | Rep. Knight, Stephen [R-CA-25] | 56 | 5/24/2017 | Received in the Senate and Read twice and referred to the Committee on Veterans' Affairs. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/11 62 |
| 2/16/2017 | H.R. 1121 | Pre-existing Conditions Protection Act of 2017 | Rep. Walden, Greg [R-OR-2] | 65 | 2/28/2017 | Referred to the Subcommittee on Health. | https:/ /www. congre ss.gov /bill/1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 15th-congress/house-bill/1121 |
| 2/14/2017 | H.R. 1035 | Extending Justice for Sex Crime Victims Act of 2017 | Rep. Poe, Ted [R-TX-2] | 9 | 3/2/2017 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/115th-congress/house-bill/1035 |
| 2/7/2017 | H.R. 909 | Pet and Women Safety Act of 2017 | Rep. Clark, Katherine M. [D-MA-5] | 225 | 3/9/2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/115th-congress/house-bill/909 |
| 2/6/2017 | H.Res. 92 | Condemning North Korea's development of multiple intercontinental ballistic missiles, and for other purposes. | Rep. Wilson, Joe [R-SC-2] | 121 | 4/3/2017 | Motion to reconsider laid on the table Agreed to without objection. | https://www.congress.gov/bill/115th-congress/house-resolution/92 |
| 2/3/2017 | H.R. 849 | Protecting Seniors' Access to Medicare Act of 2017 | Rep. Roe, David P. [R-TN-1] | 164 | 2/15/2017 | Referred to the Subcommittee on Health | https://www.congress.gov/bill/115th-congress/house-bill/849 |
| 2/1/2017 | H.R. 807 | Medicare Access to Rehabilitation Services Act of 2017 | Rep. Paulsen, Erik [R-MN-3] | 151 | 2/10/2017 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/115th-congress/house- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | bill/80 7 |
| 1/31/2017 | H.R. 772 | Common Sense Nutrition Disclosure Act of 2017 | Rep. McMorris Rodgers, Cathy [R-WA-5] | 73 | 2/3/2017 | Referred to the Subcommittee on Health. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/77 2 |
| 1/31/2017 | H.J.R es. 51 | Approving the discontinuation of the process for consideration and automatic implementation of the annual proposal of the Independent Medicare Advisory Board under section 1899A of the Social Security Act. | Rep. Roe, David P. [R-TN-1] | 105 | 2/3/2017 | Referred to the Subcommittee on Health. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-joint-resolut ion/51 |
| 1/30/2017 | H.R. 732 | Stop Settlement Slush Funds Act of 2017 | Rep. Goodlatte, Bob [R-VA-6] | 34 | 3/30/2017 | Placed on the Union Calendar, Calendar No. 43. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/73 2 |
| 1/30/2017 | H.J.R es. 36 | Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the final rule of the Bureau of Land Management relating to "Waste Prevention, Production Subject to Royalties, and Resource Conservation". | Rep. Bishop, Rob [R-UT-1] | 40 | 5/10/2017 | Motion to proceed to consideration of measure rejected in Senate by Yea-Nay Vote. 49 - 51. Record Vote Number: 125. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-joint-resolut ion/36 |
| 1/24/2017 | H.R. 638 | To designate the facility of the United States Postal Service located at 24930 Washington Avenue in Murrieta, California, as the "Riverside County Iraq and Afghanistan Veterans Memorial Post Office". | Rep. Calvert, Ken [R-CA-42] | 24 | 1/24/2017 | Referred to the House Committee on Oversight and Government Reform. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/63 8 |

| 1/24/2017 | H.R. 637 | Stopping EPA Overreach Act of 2017 | Rep. Palmer, Gary J. [R-AL-6] | 120 | 1/25/2017 | Referred to the Subcommittee on Water Resources and Environment. | https://www.congress.gov/bill/115th-congress/house-bill/637 |
| 1/23/2017 | H.R. 606 | To designate the facility of the United States Postal Service located at 1025 Nevin Avenue in Richmond, California, as the "Harold D. McCraw, Sr., Post Office Building". | Rep. DeSaulnier, Mark [D-CA-11] | 51 | 1/23/2017 | Referred to the House Committee on Oversight and Government Reform. | https://www.congress.gov/bill/115th-congress/house-bill/606 |
| 1/13/2017 | H.R. 522 | Stop Settlement Slush Funds Act of 2017 | Rep. Goodlatte, Bob [R-VA-6] | 26 | 2/8/2017 | Referred to the Subcommittee on Regulatory Reform, Commercial And Antitrust Law. | https://www.congress.gov/bill/115th-congress/house-bill/522 |
| 1/12/2017 | H.R. 472 | Safe Recovery and Community Empowerment Act | Rep. Issa, Darrell E. [R-CA-49] | 6 | 2/6/2017 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/115th-congress/house-bill/472 |
| 1/11/2017 | H.R. 459 | Trafficking Survivors Relief Act of 2017 | Rep. Wagner, Ann [R-MO-2] | 30 | 2/6/2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/115th-congress/house-bill/459 |
| 1/9/2017 | H.R. 381 | To designate a mountain in the John Muir Wilderness of the Sierra National Forest as "Sky Point". | Rep. McClintock, Tom [R-CA-4] | 45 | 3/30/2017 | Committee on Energy and Natural Resources. | https://www.congress.gov |

| | | | | | | Ordered to be reported without amendment favorably. | /bill/1 15th-congre ss/hou se-bill/38 1 |
|---|---|---|---|---|---|---|---|
| 1/6/2017 | H.R. 350 | RPM Act of 2017 | Rep. McHenry, Patrick T. [R-NC-10] | 123 | 1/25/2017 | Referred to the Subcommittee on Environment. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/35 0 |
| 1/4/2017 | H.R. 246 | To repeal the annual fee on health insurance providers enacted by the Patient Protection and Affordable Care Act. | Rep. Noem, Kristi L. [R-SD-At Large] | 155 | 1/25/2017 | Referred to the Subcommittee on Health. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/24 6 |
| 1/3/2017 | H.R. 85 | To make 1 percent across-the-board rescissions in non-defense, non-homeland-security, and non-veterans-affairs discretionary spending for each of the fiscal years 2017 and 2018. | Rep. Blackburn, Marsha [R-TN-7] | 6 | 1/3/2017 | Referred to the House Committee on Appropriations. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/85 |
| 1/3/2017 | H.R. 23 | Gaining Responsibility on Water Act of 2017 | Rep. Valadao, David G. [R-CA-21] | 14 | 2/10/2017 | Referred to the Subcommittee on Water, Power and Oceans. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/23 |
| 1/3/2017 | H.R. 5 | Regulatory Accountability Act of 2017 | Rep. Goodlatte, Bob [R-VA-6] | 25 | 3/29/2017 | Committee on Small Business and Entrepreneurshi p. Hearings held. | https:/ /www. congre ss.gov /bill/1 15th-congre ss/hou se-bill/5 |

| 1/3/2017 | H.R. 74 | REVIEW Act of 2017 | Rep. Marino, Tom [R-PA-10] | 30 | 1/5/2017 | Referred to the Subcommittee on Regulatory Reform, Commercial And Antitrust Law. | https://www.congress.gov/bill/115th-congress/house-bill/74 |
| 1/3/2017 | H.Res. 14 | Disapproving of President Obama and his administration's refusal to veto the anti-Israel resolution adopted by the United Nations Security Council on December 23, 2016. | Rep. Ross, Dennis A. [R-FL-15] | 57 | 1/3/2017 | Referred to the House Committee on Foreign Affairs. | https://www.congress.gov/bill/115th-congress/house-resolution/14 |
| 1/3/2017 | H.Res. 11 | Objecting to United Nations Security Council Resolution 2334 as an obstacle to Israeli-Palestinian peace, and for other purposes. | Rep. Royce, Edward R. [R-CA-39] | 134 | 1/5/2017 | Motion to reconsider laid on the table Agreed to without objection. | https://www.congress.gov/bill/115th-congress/house-resolution/11 |
| 1/3/2017 | H.R. 26 | Regulations from the Executive in Need of Scrutiny Act of 2017 | Rep. Collins, Doug [R-GA-9] | 160 | 3/29/2017 | Committee on Small Business and Entrepreneurship. Hearings held. | https://www.congress.gov/bill/115th-congress/house-bill/26 |
| 1/3/2017 | H.R. 38 | Concealed Carry Reciprocity Act of 2017 | Rep. Hudson, Richard [R-NC-8] | 193 | 1/12/2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/115th-congress/house-bill/38 |
| 1/3/2017 | H.R. 60 | ENLIST Act | Rep. Denham, Jeff [R-CA-10] | 204 | 1/3/2017 | Referred to the House Committee on Armed Services. | https://www.congress.gov/bill/115th-congre |

| | | | | | | | ss/hou se-bill/60 |
|---|---|---|---|---|---|---|---|
| 1/3/2017 | H.R. 184 | Protect Medical Innovation Act of 2017 | Rep. Paulsen, Erik [R-MN-3] | 253 | 1/3/2017 | Referred to the House Committee on Ways and Means. | https://www.congress.gov/bill/115th-congress/house-bill/184 |

[Congress.gov, accessed 5/30/17]

## Subject

| 115th Co-Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Co-Sponsored** | **# Became Law** |
| None | 3 | 0 |
| Armed Forces and National Security | 4 | 0 |
| Congress | 1 | 0 |
| Crime and Law Enforcement | 6 | 0 |
| Economics and Public Finance | 1 | 0 |
| Education | 2 | 0 |
| Energy | 1 | 0 |
| Environmental Protection | 3 | 0 |
| Finance and Financial Sector | 2 | 0 |
| Foreign Trade and International Finance | 1 | 0 |
| Government Operations and Politics | 6 | 0 |
| Health | 8 | 0 |
| Housing and Community Development | 1 | 0 |
| Immigration | 1 | 0 |
| International Affairs | 6 | 0 |
| Law | 2 | 0 |
| Public Lands and Natural Resources | 2 | 0 |
| Science, Technology, Communications | 1 | 0 |
| Social Sciences and History | 1 | 0 |
| Taxation | 1 | 0 |
| Water Resources Development | 1 | 0 |

[Congress.gov, accessed 5/30/17]

# 114th Congress

## Walters Co-Sponsored 167 Pieces Of Legislation; 13 Or 7.78% Became Law

**Walters Co-Sponsored 167 Bills In The 114th Congress – 13 Or 7.78% Became Law.** [Congress.gov, accessed 5/30/17]

**Bills**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Walters 114th Co-Sponsorships** | | | | | | | |
| Date Intro. | Bill # | Title | Sponsor | # of Cosp | Latest Action Date | Latest Action | Link |
| 11/15/16 | H.R. 6316 | VET Bonus Act | Rep. Denham, Jeff [R-CA-10] | 14 | 12/1/16 | Referred to the Subcommittee on Military Personnel. | https://www.congress.gov/bill/114th-congress/house-bill/6316 |
| 11/15/16 | H.R. 6322 | Norman Yoshio Mineta Congressional Gold Medal Act | Rep. Honda, Michael M. [D-CA-17] | 47 | 11/15/16 | Referred to the House Committee on Financial Services. | https://www.congress.gov/bill/114th-congress/house-bill/6322 |
| 11/15/16 | H.R. 6323 | To name the Department of Veterans Affairs health care system in Long Beach, California, the "Tibor Rubin VA Medical Center". | Rep. Lowenthal, Alan S. [D-CA-47] | 51 | 12/16/16 | Became Public Law No: 114-313. | https://www.congress.gov/bill/114th-congress/house-bill/6323 |
| 9/28/16 | H.R. 6196 | Repeatedly Flooded Communities Preparation Act | Rep. Royce, Edward R. [R-CA-39] | 2 | 9/28/16 | Referred to the House Committee on Financial Services. | https://www.congress.gov/bill/114th-congress/house-bill/6196 |
| 9/28/16 | H.R. 6255 | Norman Yoshio Mineta Congressional Gold Medal Act | Rep. Honda, Michael M. [D-CA-17] | 44 | 9/28/16 | Referred to the House Committee on Financial Services. | https://www.congress.gov/bill/114th-congress/house-bill/6255 |
| 9/22/16 | H.Res. 884 | Recognizing that Hillary Rodham Clinton violated, ignored, and otherwise chose not to follow legal and ethical obligations and responsibilities expected of the head of any Federal agency of the United States | Rep. Issa, Darrell E. [R-CA-49] | 24 | 9/22/16 | Referred to the House Committee on Foreign Affairs. | https://www.congress.gov/bill/114th-congress/house-resolution/884 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Government during her tenure as United States Secretary of State from 2009 through 2013. | | | | | |
| 9/22/16 | H.R. 6138 | To designate the facility of the United States Postal Service located at 560 East Pleasant Valley Road, Port Hueneme, California, as the U.S. Naval Construction Battalion "Seabees" Fallen Heroes Post Office Building. | Rep. Brownley, Julia [D-CA-26] | 52 | 12/16/16 | Became Public Law No: 114-309. | https://www.congress.gov/bill/114th-congress/house-bill/6138 |
| 9/20/16 | H.R. 6070 | Safe Recovery and Community Empowerment Act | Rep. Issa, Darrell E. [R-CA-49] | 4 | 9/30/16 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/114th-congress/house-bill/6070 |
| 9/7/16 | H.R. 5948 | To designate the facility of the United States Postal Service located at 830 Kuhn Drive in Chula Vista, California, as the "Jonathan 'J.D.' De Guzman Post Office Building". | Rep. Davis, Susan A. [D-CA-53] | 52 | 12/16/16 | Became Public Law No: 114-306. | https://www.congress.gov/bill/114th-congress/house-bill/5948 |
| 7/14/16 | H.Res. 838 | Expressing support for designation of April 11 as "National Pet Adoption Day" and the month of April as "National Pet Adoption Month" to highlight the important role pets play in | Rep. Williams, Roger [R-TX-25] | 15 | 7/14/16 | Referred to the House Committee on Oversight and Government Reform. | https://www.congress.gov/bill/114th-congress/house-resolution/838 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | the lives of United States citizens. | | | | | |
| 7/14/16 | H.Con. Res. 148 | Expressing the sense of Congress that the Second Amendment of the Constitution of the United States protects the individual right to keep and bear arms for the purpose of self-defense and that the Second Amendment right is fully applicable to the States. | Rep. Sessions, Pete [R-TX-32] | 96 | 7/22/16 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www .congress.go v/bill/114th- congress/ho use- concurrent- resolution/1 48 |
| 7/5/16 | H.R. 5625 | Modernizing Government Travel Act | Rep. Moulton, Seth [D-MA-6] | 23 | 9/26/16 | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs. | https://www .congress.go v/bill/114th- congress/ho use- bill/5625 |
| 7/5/16 | H.R. 5621 | To posthumously award a Congressional Gold Medal to Lawrence Eugene "Larry" Doby in recognition of his achievements and contributions to American major league athletics, civil rights, and the Armed Forces during WWII. | Rep. Pascrell, Bill, Jr. [D-NJ-9] | 292 | 7/5/16 | Referred to the House Committee on Financial Services. | https://www .congress.go v/bill/114th- congress/ho use- bill/5621 |
| 6/28/16 | H.R. 5600 | No Hero Left Untreated Act | Rep. Knight, Stephen [R-CA-25] | 33 | 11/30/16 | Received in the Senate. | https://www .congress.go v/bill/114th- congress/ho use/5600 |
| 6/16/16 | H.J.Re s. 95 | Providing for congressional disapproval under chapter 8 of title 5, | Rep. Foxx, Virginia [R-NC-5] | 34 | 6/16/16 | Referred to the House Committee on Education and the Workforce. | https://www .congress.go v/bill/114th- congress/ho use-joint- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | United States Code, of the rule submitted by the Department of Labor relating to defining and delimiting the exemptions for executive, administrative, professional, outside sales, and computer employees. | | | | | resolution/95 |
| 6/13/16 | H.R. 5457 | To redesignate Gravelly Point Park, located along the George Washington Memorial Parkway in Arlington County, Virginia, as the Nancy Reagan Memorial Park, and for other purposes. | Rep. Hice, Jody B. [R-GA-10] | 101 | 6/16/16 | Referred to the Subcommittee on Federal Lands. | https://www.congress.gov/bill/114th-congress/house-bill/5457 |
| 6/10/16 | H.R. 5454 | Adoptee Citizenship Act of 2016 | Rep. Smith, Adam [D-WA-9] | 7 | 6/15/16 | Referred to the Subcommittee on Immigration and Border Security. | https://www.congress.gov/bill/114th-congress/house-bill/5454 |
| 5/24/16 | H.R. 5315 | CLEAR Act of 2016 | Rep. Guthrie, Brett [R-KY-2] | 2 | 5/24/16 | Referred to House Judiciary | https://www.congress.gov/bill/114th-congress/house-bill/5315 |
| 5/19/16 | H.R. 5283 | Deterring Undue Enforcement by Protecting Rights of Citizens from Excessive Searches and Seizures Act of 2016 | Rep. Sensenbrenner, F. James, Jr. [R-WI-5] | 24 | 12/23/16 | Placed on the Union Calendar, Calendar No. 702. | https://www.congress.gov/bill/114th-congress/house-bill/5283 |
| 5/19/16 | H.R. 5292 | Air Traffic Controller Hiring Improvement Act of 2016 | Rep. Curbelo, Carlos [R-FL-26] | 260 | 5/20/16 | Referred to the Subcommittee on Aviation. | https://www.congress.gov/bill/114th-congress/house- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | use-bill/5292 |
| 5/17/16 | H.Res. 734 | Recognizing and honoring the historical significance of the 40th anniversary of the Judgment of Paris, and the impact of the California victory at the 1976 Paris Tasting on the world of wine and the United States wine industry as a whole. | Rep. Thompson, Mike [D-CA-5] | 64 | 5/17/16 | Referred to the House Committee on Oversight and Government Reform. | https://www.congress.gov/bill/114th-congress/house-resolution/734 |
| 5/13/16 | H.R. 5235 | To designate the facility of the United States Postal Service located at 1025 Nevin Avenue in Richmond, California, as the "Harold D. McCraw, Sr. Post Office Building". | Rep. DeSaulnier, Mark [D-CA-11] | 39 | 5/13/16 | Referred to the House Committee on Oversight and Government Reform. | https://www.congress.gov/bill/114th-congress/house-bill/5235 |
| 5/12/16 | H.R. 5218 | Targeting Child Predators Act of 2016 | Rep. DeSantis, Ron [R-FL-6] | 13 | 5/18/16 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/5218 |
| 5/10/16 | H.R. 5180 | Food and Fuel Consumer Protection Act of 2016 | Rep. Flores, Bill [R-TX-17] | 118 | 5/13/16 | Referred to the Subcommittee on Energy and Power. | https://www.congress.gov/bill/114th-congress/house-bill/5180 |
| 4/26/16 | H.R. 5063 | Stop Settlement Slush Funds Act of 2016 | Rep. Goodlatte, Bob [R-VA-6] | 32 | 9/8/16 | Received in the Senate and Read twice and referred to the Committee on the Judiciary. | https://www.congress.gov/bill/114th-congress/house-bill/5063 |
| 4/19/16 | H.J.Res. 88 | Disapproving the rule submitted by the Department of Labor relating to the | Rep. Roe, David P. [R-TN-1] | 30 | 6/22/16 | Motion to refer the bill and accompanying veto message to the Committee on Education and the Workforce.  The Chair directed the Clerk to notify | https://www.congress.gov/bill/114th-congress/house-joint-resolution/88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | definition of the term "Fiduciary". | | | | the Senate of the action of the House. | |
| 4/15/16 | H.R. 4956 | End Executive Overreach Act | Rep. Price, Tom [R-GA-6] | 106 | 5/17/16 | Referred to the Subcommittee on Regulatory Reform, Commercial And Antitrust Law. | https://www.congress.gov/bill/114th-congress/house-bill/4956 |
| 3/17/16 | H.Res. 650 | Providing for the safety and security of the Iranian dissidents living in Camp Liberty/Hurriya in Iraq and awaiting resettlement by the United Nations High Commissioner for Refugees, and permitting use of their own assets to assist in their resettlement. | Rep. Poe, Ted [R-TX-2] | 71 | 5/18/16 | Ordered to be Reported (Amended) by Unanimous Consent. | https://www.congress.gov/bill/114th-congress/house-resolution/650 |
| 3/17/16 | H.R. 4773 | Protecting Workplace Advancement and Opportunity Act | Rep. Walberg, Tim [R-MI-7] | 202 | 3/17/16 | Referred to the House Committee on Education and the Workforce. | https://www.congress.gov/bill/114th-congress/house-bill/4773 |
| 3/16/16 | H.R. 4761 | To designate the facility of the United States Postal Service located at 61 South Baldwin Avenue in Sierra Madre, California, as the "Louis Van Iersel Post Office". | Rep. Chu, Judy [D-CA-27] | 52 | 7/29/16 | Became Public Law No: 114-207. | https://www.congress.gov/bill/114th-congress/house-bill/4761 |
| 3/16/16 | H.R. 4768 | Separation of Powers Restoration Act of 2016 | Rep. Ratcliffe, John [R-TX-4] | 113 | 7/13/16 | Received in the Senate and Read twice and referred to the Committee on the Judiciary. | https://www.congress.gov/bill/114th-congress/house-bill/4768 |
| 3/7/16 | H.R. 4715 | RPM Act of 2016 | Rep. McHenry, Patrick T. [R-NC-10] | 120 | 3/11/16 | Referred to the Subcommittee on Energy and Power. | https://www.congress.gov/bill/114th-congress/house-bill/4715 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/29/16 | H.R. 4651 | Digital Security Commission Act of 2016 | Rep. McCaul, Michael T. [R-TX-10] | 27 | 4/1/16 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/4651 |
| 2/10/16 | H.R. 4526 | Stop Online Booking Scams Act of 2016 | Rep. Frankel, Lois [D-FL-22] | 27 | 2/12/16 | Referred to the Subcommittee on Commerce, Manufacturing, and Trade. | https://www.congress.gov/bill/114th-congress/house-bill/4526 |
| 2/3/16 | H.R. 4441 | Aviation Innovation, Reform, and Reauthorization Act of 2016 | Rep. Shuster, Bill [R-PA-9] | 5 | 2/11/16 | Ordered to be Reported (Amended) by the Yeas and Nays: 32 - 26. | https://www.congress.gov/bill/114th-congress/house-bill/4441 |
| 1/13/16 | H.R. 4377 | American Business Competitiveness Act of 2015 | Rep. Nunes, Devin [R-CA-22] | 29 | 1/13/16 | Referred to the House Committee on Ways and Means. | https://www.congress.gov/bill/114th-congress/house-bill/4377 |
| 1/6/16 | H.R. 4336 | An act to amend title 38, United States Code, to provide for the inurnment in Arlington National Cemetery of the cremated remains of certain persons whose service has been determined to be active service. | Rep. McSally, Martha [R-AZ-2] | 191 | 5/20/16 | Became Public Law No: 114-158. | https://www.congress.gov/bill/114th-congress/house-bill/4336 |
| 12/16/15 | H.R. 4279 | To direct the Secretary of Veterans Affairs to disclose certain information to State controlled substance monitoring programs. | Rep. Walorski, Jackie [R-IN-2] | 13 | 1/12/16 | Referred to the Subcommittee on Oversight and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/4279 |
| 12/15/15 | H.R. 4247 | Cuban Immigrant Work Opportunity Act of 2015 | Rep. Curbelo, Carlos [R-FL-26] | 129 | 3/23/16 | Referred to the Subcommittee on Higher Education and Workforce Training. | https://www.congress.gov/bill/114th-congress/house-bill/4247 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/10/15 | H.R. 4233 | To eliminate an unused lighthouse reservation, provide management consistency by incorporating the rocks and small islands along the coast of Orange County, California, into the California Coastal National Monument managed by the Bureau of Land Management, and meet the original Congressional intent of preserving Orange County's rocks and small islands, and for other purposes. | Rep. Rohrabacher, Dana [R-CA-48] | 5 | 5/12/16 | Subcommittee Hearings Held. | https://www.congress.gov/bill/114th-congress/house-bill/4233 |
| 12/10/15 | H.R. 4211 | Credit Score Competition Act of 2015 | Rep. Royce, Edward R. [R-CA-39] | 8 | 9/27/16 | Hearings Held by the Subcommittee on Financial Institutions and Consumer Credit Prior to Referral. | https://www.congress.gov/bill/114th-congress/house-bill/4211 |
| 12/10/15 | H.R. 4219 | To authorize the extension of nondiscriminatory treatment (normal trade relations treatment) to the products of Kazakhstan. | Rep. Boustany, Charles W., Jr. [R-LA-3] | 28 | 12/10/15 | Referred to the Subcommittee on Trade. | https://www.congress.gov/bill/114th-congress/house-bill/4219 |
| 12/10/15 | H.R. 4229 | Protecting Our Youth from Dangerous Synthetic Drugs Act of 2015 | Rep. Katko, John [R-NY-24] | 34 | 1/15/16 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/4229 |
| 12/7/15 | H.Res. 554 | Supporting the goals and ideals of | Rep. Brooks, Susan W. [R-IN-5] | 13 | 12/7/15 | Referred to House Science, Space, and Technology | https://www.congress.gov/bill/114th- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "Computer Science Education Week". | | | | congress/house-resolution/554 |
| 11/19/15 | H.Con. Res. 97 | Expressing the sense of Congress that the President should submit to the Senate for advice and consent the climate change agreement proposed for adoption at the twenty-first session of the Conference of the Parties to the United Nations Framework Convention on Climate Change, to be held in Paris, France from November 30 to December 11, 2015. | Rep. Kelly, Mike [R-PA-3] | 86 | 11/19/15 | Referred to the House Committee on Foreign Affairs. | https://www.congress.gov/bill/114th-congress/house-concurrent-resolution/97 |
| 11/16/15 | H.R. 4001 | Fix the Footnotes Act of 2015 | Rep. Buck, Ken [R-CO-4] | 7 | 11/18/15 | Ordered to be Reported by Voice Vote. | https://www.congress.gov/bill/114th-congress/house-bill/4001 |
| 11/3/15 | H.R. 3880 | Stopping EPA Overreach Act of 2015 | Rep. Palmer, Gary J. [R-AL-6] | 152 | 11/4/15 | Referred to the Subcommittee on Water Resources and Environment. | https://www.congress.gov/bill/114th-congress/house-bill/3880 |
| 10/28/15 | H.Con. Res. 88 | Reaffirming the Taiwan Relations Act and the Six Assurances as cornerstones of United States-Taiwan relations. | Rep. Chabot, Steve [R-OH-1] | 17 | 5/17/16 | Received in the Senate and referred to the Committee on Foreign Relations. | https://www.congress.gov/bill/114th-congress/house-concurrent-resolution/88 |
| 10/26/15 | H.J.Res. 71 | Providing for congressional disapproval under chapter 8 of title 5, United States Code, of a rule | Rep. Whitfield, Ed [R-KY-1] | 108 | 11/19/15 | Placed on the Union Calendar, Calendar No. 266. | https://www.congress.gov/bill/114th-congress/house-joint-resolution/71 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | submitted by the Environmental Protection Agency relating to "Standards of Performance for Greenhouse Gas Emissions from New, Modified, and Reconstructed Stationary Sources: Electric Utility Generating Units". | | | | | |
| 10/26/15 | H.J.Res. 72 | Providing for congressional disapproval under chapter 8 of title 5, United States Code, of a rule submitted by the Environmental Protection Agency relating to "Carbon Pollution Emission Guidelines for Existing Stationary Sources: Electric Utility Generating Units". | Rep. Whitfield, Ed [R-KY-1] | 109 | 11/19/15 | Placed on the Union Calendar, Calendar No. 267. | https://www.congress.gov/bill/114th-congress/house-joint-resolution/72 |
| 10/21/15 | H.Res. 485 | Expressing solidarity with the people of Israel in the wake of recent terrorist attacks and condemning the Palestinian Authority for inciting an atmosphere of violence. | Rep. McSally, Martha [R-AZ-2] | 51 | 10/21/15 | Referred to the House Committee on Foreign Affairs. | https://www.congress.gov/bill/114th-congress/house-resolution/485 |
| 10/21/15 | H.R. 3779 | Social Security Fraud Prevention Act of 2016 | Rep. Valadao, David G. [R-CA-21] | 63 | 9/27/16 | Received in the Senate and Read twice and referred to the Committee on | https://www.congress.gov/bill/114th-congress/ho |

| | | | | | | Homeland Security and Governmental Affairs. | use-bill/3779 |
|---|---|---|---|---|---|---|---|
| 10/20/15 | H.R. 3765 | ADA Education and Reform Act of 2015 | Rep. Poe, Ted [R-TX-2] | 59 | 7/7/16 | Ordered to be Reported (Amended) by the Yeas and Nays: 15 - 6. | https://www.congress.gov/bill/114th-congress/house-bill/3765 |
| 10/8/15 | H.R. 3722 | Mental Health and Safe Communities Act of 2015 | Rep. McSally, Martha [R-AZ-2] | 39 | 9/30/16 | Referred to the Subcommittee on Research and Technology. | https://www.congress.gov/bill/114th-congress/house-bill/3722 |
| 10/8/15 | H.R. 3713 | Sentencing Reform Act of 2015 | Rep. Goodlatte, Bob [R-VA-6] | 79 | 12/23/16 | Placed on the Union Calendar, Calendar No. 698. | https://www.congress.gov/bill/114th-congress/house-bill/3713 |
| 10/1/15 | H.Res. 458 | Celebrating 25 years of success from the Office of Research on Women's Health at the National Institutes of Health. | Rep. Noem, Kristi L. [R-SD-At Large] | 81 | 10/2/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-resolution/458 |
| 9/30/15 | H.R. 3651 | Positive Train Control Enforcement and Implementation Act of 2015 | Rep. Shuster, Bill [R-PA-9] | 156 | 10/1/15 | Referred to the Subcommittee on Railroads, Pipelines, and Hazardous Materials. | https://www.congress.gov/bill/114th-congress/house-bill/3651 |
| 9/25/15 | H.Res. 443 | Commending the Departments of Defense and Veterans Affairs for their joint campaign to raise awareness during September, Suicide Prevention Month, to reduce suicide among members of the United States Armed Forces and veterans. | Rep. Esty, Elizabeth H. [D-CT-5] | 9 | 11/23/15 | Referred to the Subcommittee on Military Personnel. | https://www.congress.gov/bill/114th-congress/house-resolution/443 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/18/15 | H.Res. 432 | Expressing support for designating February 2016 as "National Spine Ability Month". | Rep. Murphy, Patrick [D-FL-18] | 27 | 9/18/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-resolution/432 |
| 9/9/15 | H.R. 3459 | Protecting Local Business Opportunity Act | Rep. Kline, John [R-MN-2] | 117 | 12/1/15 | Placed on the Union Calendar, Calendar No. 272. | https://www.congress.gov/bill/114th-congress/house-bill/3459 |
| 8/4/15 | H.R. 3439 | To direct the Secretary of Defense to provide for the inclusion of the names of certain members of the Armed Forces on the Vietnam Veterans Memorial. | Rep. Rohrabacher, Dana [R-CA-48] | 4 | 11/23/15 | Referred to the Subcommittee on Military Personnel. | https://www.congress.gov/bill/114th-congress/house-bill/3439 |
| 8/4/15 | H.J.Res. 64 | Disapproving of the agreement transmitted to Congress by the President on July 19, 2015, relating to the nuclear program of Iran. | Rep. Royce, Edward R. [R-CA-39] | 12 | 9/8/15 | Rules Committee Resolution H. Res. 408 Reported to House. Rule provides for consideration of H.J. Res. 64 with 10 hours of general debate. Motion to recommit allowed. Measure will be considered read. Bill is closed to amendments. | https://www.congress.gov/bill/114th-congress/house-joint-resolution/64 |
| 7/29/15 | H.R. 3389 | National Monument Designation Transparency Act | Rep. Nunes, Devin [R-CA-22] | 6 | 8/31/15 | Referred to the Subcommittee on Federal Lands. | https://www.congress.gov/bill/114th-congress/house-bill/3389 |
| 7/29/15 | H.R. 3363 | Federal Wildland Firefighter Recognition Act | Rep. LaMalfa, Doug [R-CA-1] | 11 | 7/29/15 | Referred to the House Committee on Oversight and Government Reform. | https://www.congress.gov/bill/114th-congress/house-bill/3363 |
| 7/29/15 | H.R. 3299 | Strengthening Public Health Emergency Response Act of 2016 | Rep. Brooks, Susan W. [R-IN-5] | 47 | 9/9/16 | Placed on the Union Calendar, Calendar No. 571. | https://www.congress.gov/bill/114th-congress/house-bill/3299 |
| 7/29/15 | H.R. 3429 | Pro-LIFE Act | Rep. Yoder, Kevin [R-KS-3] | 61 | 7/31/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/ho |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | use-bill/3429 |
| 7/29/15 | H.R. 3339 | Protecting Access to Lifesaving Screenings Act (PALS Act) | Rep. Ellmers, Renee L. [R-NC-2] | 63 | 8/6/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/3339 |
| 7/29/15 | H.R. 3326 | Defend Trade Secrets Act of 2015 | Rep. Collins, Doug [R-GA-9] | 164 | 10/1/15 | Referred to the Subcommittee on Courts, Intellectual Property, and the Internet. | https://www.congress.gov/bill/114th-congress/house-bill/3326 |
| 7/28/15 | H.R. 3268 | PAST Act | Rep. Yoho, Ted S. [R-FL-3] | 272 | 7/31/15 | Referred to the Subcommittee on Commerce, Manufacturing, and Trade. | https://www.congress.gov/bill/114th-congress/house-bill/3268 |
| 7/27/15 | H.R. 3220 | Medicare Common Access Card Act of 2015 | Rep. Roskam, Peter J. [R-IL-6] | 19 | 8/7/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/3220 |
| 7/27/15 | H.R. 3218 | Designate the facility of the United States Postal Service located at 1221 State Street, Suite 12, Santa Barbara, California, as the "Special Warfare Operator Master Chief Petty Officer (SEAL) Louis 'Lou' J. Langlais Post Office Building". | Rep. Capps, Lois [D-CA-24] | 50 | 12/16/16 | Became Public Law No: 114-283. | https://www.congress.gov/bill/114th-congress/house-bill/3218 |
| 7/27/15 | H.R. 3222 | Employee Rights Act | Rep. Price, Tom [R-GA-6] | 137 | 11/16/15 | Referred to the Subcommittee on Health, Employment, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/3222 |
| 7/16/15 | H.Res. 367 | Expressing the sense of the House of Representatives in disapproval of the Joint | Rep. Roskam, Peter J. [R-IL-6] | 220 | 7/16/15 | Referred to the House Committee on Foreign Affairs. | https://www.congress.gov/bill/114th-congress/house-resolution/367 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Comprehensive Plan of Action agreed to by the P5+1 and Iran on July 14, 2015. | | | | |
| 7/13/15 | H.R. 3036 | 9/11 Memorial Act | Rep. MacArthur, Thomas [R-NJ-3] | 84 | 6/15/16 | Committee on Energy and Natural Resources Senate Subcommittee on National Parks. Hearings held. | https://www.congress.gov/bill/114th-congress/house-bill/3036 |
| 7/10/15 | H.R. 3025 | Wildfire Airspace Protection Act of 2015 | Rep. Cook, Paul [R-CA-8] | 10 | 7/29/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/3025 |
| 7/9/15 | H.R. 2992 | Merchant Marine of World War II Congressional Gold Medal Act | Rep. Brooks, Susan W. [R-IN-5] | 312 | 12/1/16 | Received in the Senate. | https://www.congress.gov/bill/114th-congress/house-bill/2992 |
| 6/25/15 | H.R. 2898 | Western Water and American Food Security Act of 2015 | Rep. Valadao, David G. [R-CA-21] | 26 | 10/8/15 | Committee on Energy and Natural Resources. Hearings held. | https://www.congress.gov/bill/114th-congress/house-bill/2898 |
| 6/25/15 | H.R. 2937 | Cuban Military Transparency Act | Rep. Nunes, Devin [R-CA-22] | 49 | 6/25/15 | Referred to House Financial Services | https://www.congress.gov/bill/114th-congress/house-bill/2937 |
| 6/25/15 | H.R. 2922 | Adoptive Family Relief Act | Rep. Franks, Trent [R-AZ-8] | 63 | 7/29/15 | Referred to the Subcommittee on Immigration and Border Security. | https://www.congress.gov/bill/114th-congress/house-bill/2922 |
| 6/25/15 | H.R. 2896 | TAILOR Act of 2015 | Rep. Tipton, Scott R. [R-CO-3] | 113 | 12/12/16 | Placed on the Union Calendar, Calendar No. 680. | https://www.congress.gov/bill/114th-congress/house-bill/2896 |
| 6/17/15 | H.R. 2800 | Pregnancy Discrimination Amendment Act | Rep. Walberg, Tim [R-MI-7] | 21 | 11/16/15 | Referred to the Subcommittee on Workforce Protections. | https://www.congress.gov/bill/114th-congress/house-bill/2800 |
| 6/17/15 | H.R. 2805 | Heroin and Prescription Opioid Abuse Prevention, Education, and | Rep. Brooks, Susan W. [R-IN-5] | 46 | 7/9/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/ho |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Enforcement Act of 2015 | | | | use-bill/2805 |
| 6/16/15 | H.Res. 320 | Expressing the sense of Congress that a grateful Nation honors and salutes Sons and Daughters in Touch on its 25th anniversary that is being celebrated on Father's Day, 2015, at the Vietnam Veterans Memorial in Washington, the District of Columbia. | Rep. Hahn, Janice [D-CA-44] | 4 | 8/13/15 | Referred to the Subcommittee on Military Personnel. | https://www.congress.gov/bill/114th-congress/house-resolution/320 |
| 6/12/15 | H.R. 2749 | Dams Accountability, Maintenance, and Safety Act | Rep. Valadao, David G. [R-CA-21] | 18 | 6/25/15 | Subcommittee Hearings Held. | https://www.congress.gov/bill/114th-congress/house-bill/2749 |
| 6/10/15 | H.R. 2726 | Apollo 11 50th Anniversary Commemorative Coin Act | Rep. Posey, Bill [R-FL-8] | 298 | 12/16/16 | Became Public Law No: 114-282. | https://www.congress.gov/bill/114th-congress/house-bill/2726 |
| 6/4/15 | H.R. 2675 | Low Volume Motor Vehicle Manufacturers Act of 2015 | Rep. Mullin, Markwayne [R-OK-2] | 23 | 6/5/15 | Referred to the Subcommittee on Commerce, Manufacturing, and Trade. | https://www.congress.gov/bill/114th-congress/house-bill/2675 |
| 6/4/15 | H.R. 2646 | Helping Families in Mental Health Crisis Act of 2016 | Rep. Murphy, Tim [R-PA-18] | 207 | 7/14/16 | Read twice and referred to the Committee on Health, Education, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/2646 |
| 6/1/15 | H.R. 2597 | AIM Act of 2015 | Rep. Paulsen, Erik [R-MN-3] | 21 | 6/5/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/2597 |
| 5/21/15 | H.R. 2497 | NEPA Reciprocity Act | Rep. Denham, Jeff [R-CA-10] | 12 | 5/22/15 | Referred to the Subcommittee on Water Resources and Environment. | https://www.congress.gov/bill/114th-congress/house-bill/2497 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/21/15 | H.R. 2494 | Eliminate, Neutralize, and Disrupt Wildlife Trafficking Act of 2016 | Rep. Royce, Edward R. [R-CA-39] | 113 | 10/7/16 | Became Public Law No: 114-231. | https://www.congress.gov/bill/114th-congress/house-bill/2494 |
| 5/19/15 | H.R. 6 | 21st Century Cures Act | Rep. Upton, Fred [R-MI-6] | 230 | 7/13/15 | Received in the Senate and Read twice and referred to the Committee on Health, Education, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/6 |
| 5/18/15 | H.R. 2400 | SIGMA Act of 2015 | Rep. Roskam, Peter J. [R-IL-6] | 147 | 11/16/15 | Referred to the Subcommittee on Health, Employment, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/2400 |
| 5/14/15 | H.R. 2315 | Mobile Workforce State Income Tax Simplification Act of 2015 | Rep. Bishop, Mike [R-MI-8] | 180 | 9/22/16 | Received in the Senate. | https://www.congress.gov/bill/114th-congress/house-bill/2315 |
| 5/13/15 | H.R. 2304 | SPEAK FREE Act of 2015 | Rep. Farenthold, Blake [R-TX-27] | 32 | 6/1/15 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/114th-congress/house-bill/2304 |
| 5/13/15 | H.R. 2293 | Preventing Animal Cruelty and Torture (PACT) Act | Rep. Smith, Lamar [R-TX-21] | 252 | 6/1/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/2293 |
| 4/29/15 | H.Res. 230 | Encouraging State-by-State adoption of a sexual assault survivors' bill of rights. | Rep. Wasserman Schultz, Debbie [D-FL-23] | 55 | 5/15/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-resolution/230 |
| 4/29/15 | H.Res. 233 | Expressing the sense of the House of Representatives that Iran should immediately release the three United States citizens that it holds, as well as provide all known information on any United States citizens | Rep. Kildee, Daniel T. [D-MI-5] | 202 | 6/15/15 | Motion to reconsider laid on the table Agreed to without objection. | https://www.congress.gov/bill/114th-congress/house-resolution/233 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | that have disappeared within its borders. | | | | | |
| 4/28/15 | H.R. 2048 | USA FREEDOM Act of 2015 | Rep. Sensenbrenner, F. James, Jr. [R-WI-5] | 27 | 6/2/15 | Became Public Law No: 114-23. | https://www.congress.gov/bill/114th-congress/house-bill/2048 |
| 4/28/15 | H.R. 2061 | EACH Act | Rep. Davis, Rodney [R-IL-13] | 176 | 9/29/15 | Received in the Senate and Read twice and referred to the Committee on Finance. | https://www.congress.gov/bill/114th-congress/house-bill/2061 |
| 4/23/15 | H.R. 1992 | American Soda Ash Competitiveness Act | Rep. Cook, Paul [R-CA-8] | 11 | 7/29/15 | Placed on the Union Calendar, Calendar No. 178. | https://www.congress.gov/bill/114th-congress/house-bill/1992 |
| 4/23/15 | H.R. 1994 | VA Accountability Act of 2015 | Rep. Miller, Jeff [R-FL-1] | 98 | 7/30/15 | Received in the Senate and Read twice and referred to the Committee on Veterans' Affairs. | https://www.congress.gov/bill/114th-congress/house-bill/1994 |
| 4/23/15 | H.R. 2017 | Common Sense Nutrition Disclosure Act of 2015 | Rep. McMorris Rodgers, Cathy [R-WA-5] | 99 | 2/22/16 | Received in the Senate and Read twice and referred to the Committee on Health, Education, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/2017 |
| 4/21/15 | H.R. 1919 | Steve Gleason Act of 2015 | Rep. McMorris Rodgers, Cathy [R-WA-5] | 61 | 5/4/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1919 |
| 4/21/15 | H.Con. Res. 40 | Encouraging reunions of divided Korean American families. | Rep. Rangel, Charles B. [D-NY-13] | 157 | 12/12/16 | Message on Senate action sent to the House. | https://www.congress.gov/bill/114th-congress/house-concurrent-resolution/40 |
| 4/16/15 | H.R. 1842 | Indian Health Service Health Professions Tax Fairness Act of 2015 | Rep. Valadao, David G. [R-CA-21] | 44 | 4/16/15 | Referred to the House Committee on Ways and Means. | https://www.congress.gov/bill/114th-congress/house-bill/1842 |
| 4/16/15 | H.R. 1859 | Ensuring Children's Access to Specialty Care Act of 2015 | Rep. Collins, Chris [R-NY-27] | 73 | 4/17/15 | Referred to the Subcommittee on Health. | https://www.congress.go |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | use-bill/1859 |
| 4/15/15 | H.R. 1800 | GRIDD Act of 2015 | Rep. Johnson, Sam [R-TX-3] | 7 | 4/21/15 | Referred to the Subcommittee on Social Security. | https://www.congress.gov/bill/114th-congress/house-bill/1800 |
| 4/14/15 | H.R. 1786 | James Zadroga 9/11 Health and Compensation Reauthorization Act | Rep. Maloney, Carolyn B. [D-NY-12] | 271 | 6/11/15 | Subcommittee Hearings Held. | https://www.congress.gov/bill/114th-congress/house-bill/1786 |
| 4/13/15 | H.R. 1732 | Regulatory Integrity Protection Act of 2015 | Rep. Shuster, Bill [R-PA-9] | 70 | 7/14/16 | Read twice and referred to the Committee on Environment and Public Works. | https://www.congress.gov/bill/114th-congress/house-bill/1732 |
| 3/26/15 | H.R. 1684 | Foreign Spill Protection Act of 2016 | Rep. Curbelo, Carlos [R-FL-26] | 46 | 4/27/16 | Received in the Senate and Read twice and referred to the Committee on Environment and Public Works. | https://www.congress.gov/bill/114th-congress/house-bill/1684 |
| 3/25/15 | H.R. 1603 | Military SAVE Act | Rep. Barr, Andy [R-KY-6] | 76 | 11/17/15 | Subcommittee Hearings Held. | https://www.congress.gov/bill/114th-congress/house-bill/1603 |
| 3/25/15 | H.R. 1624 | Protecting Affordable Coverage for Employees Act | Rep. Guthrie, Brett [R-KY-2] | 235 | 10/7/15 | Became Public Law No: 114-60. | https://www.congress.gov/bill/114th-congress/house-bill/1624 |
| 3/23/15 | H.R. 1547 | Family Health Care Flexibility Act | Rep. Paulsen, Erik [R-MN-3] | 15 | 4/7/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1547 |
| 3/23/15 | H.R. 1528 | End Discriminatory State Taxes for Automobile Renters Act of 2015 | Rep. Graves, Sam [R-MO-6] | 34 | 4/21/15 | Referred to the Subcommittee on Regulatory Reform, Commercial And Antitrust Law. | https://www.congress.gov/bill/114th-congress/house-bill/1528 |
| 3/19/15 | H.R. 1470 | SGR Repeal and Medicare Provider Payment Modernization Act of 2015 | Rep. Burgess, Michael C. [R-TX-26] | 21 | 3/31/15 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/114th-congress/house-bill/1470 |
| 3/6/15 | H.R. 1338 | Dignified Interment of | Rep. Shuster, Bill [R-PA-9] | 98 | 11/17/15 | Received in the Senate and Read twice and referred to | https://www.congress.gov/bill/114th- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Our Veterans Act of 2015 | | | | the Committee on Veterans' Affairs. | congress/house-bill/1338 |
| 3/4/15 | H.R. 1270 | Restoring Access to Medication and Improving Health Savings Act of 2016 | Rep. Jenkins, Lynn [R-KS-2] | 39 | 7/11/16 | Read the second time. Placed on Senate Legislative Calendar under General Orders. Calendar No. 550. | https://www.congress.gov/bill/114th-congress/house-bill/1270 |
| 3/4/15 | H.R. 1300 | First Responder Anthrax Preparedness Act | Rep. King, Peter T. [R-NY-2] | 50 | 7/30/15 | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs. | https://www.congress.gov/bill/114th-congress/house-bill/1300 |
| 3/4/15 | H.R. 1301 | Amateur Radio Parity Act of 2016 | Rep. Kinzinger, Adam [R-IL-16] | 126 | 9/13/16 | Received in the Senate. | https://www.congress.gov/bill/114th-congress/house-bill/1301 |
| 3/4/15 | H.R. 1258 | Pet and Women Safety Act of 2015 | Rep. Clark, Katherine M. [D-MA-5] | 223 | 3/31/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/1258 |
| 3/3/15 | H.R. 1209 | Improving Access to Maternity Care Act | Rep. Burgess, Michael C. [R-TX-26] | 89 | 11/15/16 | Received in the Senate and Read twice and referred to the Committee on Health, Education, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/1209 |
| 3/2/15 | H.R. 1202 | Medicare Patient Access to Hospice Act of 2015 | Rep. Jenkins, Lynn [R-KS-2] | 38 | 3/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1202 |
| 3/2/15 | H.R. 1190 | Protecting Seniors' Access to Medicare Act of 2015 | Rep. Roe, David P. [R-TN-1] | 235 | 6/24/15 | Received in the Senate and Read twice and referred to the Committee on Finance. | https://www.congress.gov/bill/114th-congress/house-bill/1190 |
| 2/27/15 | H.R. 1157 | Santa Ynez Band of Chumash Mission Indians Land Transfer Act of 2016 | Rep. LaMalfa, Doug [R-CA-1] | 13 | 9/6/16 | Placed on the Union Calendar, Calendar No. 554. | https://www.congress.gov/bill/114th-congress/house-bill/1157 |
| 2/27/15 | H.R. 1178 | Ensuring Equal Access to Treatments Act of 2015 | Rep. Reed, Tom [R-NY-23] | 45 | 3/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1178 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/27/15 | H.R. 1151 | USPSTF Transparency and Accountability Act of 2015 | Rep. Blackburn, Marsha [R-TN-7] | 73 | 3/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1151 |
| 2/27/15 | H.R. 1174 | Law Enforcement Access to Data Stored Abroad Act | Rep. Marino, Tom [R-PA-10] | 137 | 3/31/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/1174 |
| 2/26/15 | H.R. 1116 | Medicare Audiology Services Enhancement Act of 2015 | Rep. Bilirakis, Gus M. [R-FL-12] | 39 | 3/10/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/1116 |
| 2/26/15 | H.R. 1132 | To designate the facility of the United States Postal Service located at 1048 West Robinhood Drive in Stockton, California, as the "W. Ronald Coale Memorial Post Office Building". | Rep. McNerney, Jerry [D-CA-9] | 50 | 6/13/16 | Became Public Law No: 114-168. | https://www.congress.gov/bill/114th-congress/house-bill/1132 |
| 2/25/15 | H.R. 1078 | Food and Drug Administration Safety Over Sequestration Act of 2015 | Rep. Lance, Leonard [R-NJ-7] | 27 | 2/25/15 | Referred to the House Committee on the Budget. | https://www.congress.gov/bill/114th-congress/house-bill/1078 |
| 2/25/15 | H.R. 1090 | Retail Investor Protection Act | Rep. Wagner, Ann [R-MO-2] | 34 | 10/28/15 | Received in the Senate and Read twice and referred to the Committee on Banking, Housing, and Urban Affairs. | https://www.congress.gov/bill/114th-congress/house-bill/1090 |
| 2/25/15 | H.R. 1062 | Pilot's Bill of Rights 2 | Rep. Graves, Sam [R-MO-6] | 188 | 3/16/15 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/114th-congress/house-bill/1062 |
| 2/24/15 | H.R. 1051 | To direct the Secretary of Homeland Security to designate John Wayne Airport in Orange | Rep. Sanchez, Loretta [D-CA-46] | 3 | 3/27/15 | Referred to the Subcommittee on Trade. | https://www.congress.gov/bill/114th-congress/house-bill/1051 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | County, California, as a U.S. Customs and Border Protection (CBP) port of entry, and for other purposes. | | | | | |
| 2/20/15 | H.R. 1019 | Partner with Korea Act | Rep. Roskam, Peter J. [R-IL-6] | 80 | 3/31/15 | Referred to the Subcommittee on Immigration and Border Security. | https://www.congress.gov/bill/114th-congress/house-bill/1019 |
| 2/13/15 | H.R. 979 | To designate a mountain in the John Muir Wilderness of the Sierra National Forest as "Sky Point". | Rep. McClintock, Tom [R-CA-4] | 52 | 6/2/15 | Received in the Senate and Read twice and referred to the Committee on Energy and Natural Resources. | https://www.congress.gov/bill/114th-congress/house-bill/979 |
| 2/13/15 | H.R. 986 | Concealed Carry Reciprocity Act of 2015 | Rep. Hudson, Richard [R-NC-8] | 216 | 3/16/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/986 |
| 2/13/15 | H.R. 969 | Blue Water Navy Vietnam Veterans Act of 2015 | Rep. Gibson, Christopher P. [R-NY-19] | 335 | 3/6/15 | Referred to the Subcommittee on Disability Assistance and Memorial Affairs. | https://www.congress.gov/bill/114th-congress/house-bill/969 |
| 2/12/15 | H.R. 928 | To repeal the annual fee on health insurance providers enacted by the Patient Protection and Affordable Care Act. | Rep. Boustany, Charles W., Jr. [R-LA-3] | 235 | 2/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/928 |
| 2/11/15 | H.R. 880 | American Research and Competitiveness Act of 2015 | Rep. Brady, Kevin [R-TX-8] | 32 | 5/21/15 | Received in the Senate. | https://www.congress.gov/bill/114th-congress/house-bill/880 |
| 2/11/15 | H.R. 879 | Ax the Tax on Middle Class Americans' Health Plans Act | Rep. Guinta, Frank C. [R-NH-1] | 141 | 2/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/879 |
| 2/10/15 | H.R. 836 | Health Care Safety Net Enhancement Act of 2015 | Rep. Dent, Charles W. [R-PA-15] | 111 | 2/13/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/836 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/9/15 | H.R. 815 | Access to Professional Health Insurance Advisors Act of 2015 | Rep. Long, Billy [R-MO-7] | 126 | 2/13/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/815 |
| 2/5/15 | H.R. 749 | Passenger Rail Reform and Investment Act of 2015 | Rep. Shuster, Bill [R-PA-9] | 12 | 3/9/15 | Received in the Senate and Read twice and referred to the Committee on Commerce, Science, and Transportation. | https://www.congress.gov/bill/114th-congress/house-bill/749 |
| 2/5/15 | H.R. 803 | Child Interstate Abortion Notification Act | Rep. Ros-Lehtinen, Ileana [R-FL-27] | 65 | 3/16/15 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | https://www.congress.gov/bill/114th-congress/house-bill/803 |
| 2/5/15 | H.R. 775 | Medicare Access to Rehabilitation Services Act of 2015 | Rep. Boustany, Charles W., Jr. [R-LA-3] | 238 | 2/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/775 |
| 2/4/15 | H.R. 707 | Restoration of America's Wire Act | Rep. Chaffetz, Jason [R-UT-3] | 26 | 3/25/15 | Subcommittee Hearings Held. | https://www.congress.gov/bill/114th-congress/house-bill/707 |
| 2/4/15 | H.R. 703 | Renewable Fuel Standard Elimination Act | Rep. Goodlatte, Bob [R-VA-6] | 85 | 2/6/15 | Referred to the Subcommittee on Energy and Power. | https://www.congress.gov/bill/114th-congress/house-bill/703 |
| 2/4/15 | H.R. 702 | To adapt to changing crude oil market conditions. | Rep. Barton, Joe [R-TX-6] | 137 | 10/19/15 | Received in the Senate and Read twice and referred to the Committee on Banking, Housing, and Urban Affairs. | https://www.congress.gov/bill/114th-congress/house-bill/702 |
| 2/4/15 | H.R. 721 | Short Line Railroad Rehabilitation and Investment Act of 2015 | Rep. Jenkins, Lynn [R-KS-2] | 262 | 2/4/15 | Referred to the House Committee on Ways and Means. | https://www.congress.gov/bill/114th-congress/house-bill/721 |
| 2/4/15 | H.R. 699 | Email Privacy Act | Rep. Yoder, Kevin [R-KS-3] | 314 | 4/28/16 | Received in the Senate. | https://www.congress.gov/bill/114th-congress/house-bill/699 |
| 2/2/15 | H.R. 642 | To amend title 38, United States Code, to provide for the eligibility for beneficiary travel for veterans seeking treatment or care for military sexual | Rep. Walorski, Jackie [R-IN-2] | 24 | 2/13/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/642 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | trauma in specialized outpatient or residential programs at facilities of the Department of Veterans Affairs, and for other purposes. | | | | |
| 1/28/15 | H.R. 612 | National Right-to-Work Act | Rep. King, Steve [R-IA-4] | 128 | 4/29/15 | Referred to the Subcommittee on Health, Employment, Labor, and Pensions. | https://www.congress.gov/bill/114th-congress/house-bill/612 |
| 1/28/15 | H.R. 592 | Pharmacy and Medically Underserved Areas Enhancement Act | Rep. Guthrie, Brett [R-KY-2] | 296 | 2/12/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/592 |
| 1/27/15 | H.R. 555 | Federal Exchange Data Breach Notification Act of 2015 | Rep. Black, Diane [R-TN-6] | 34 | 1/30/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/555 |
| 1/27/15 | H.R. 556 | Prevent Interruptions in Physical Therapy Act of 2015 | Rep. Bilirakis, Gus M. [R-FL-12] | 105 | 2/27/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/556 |
| 1/27/15 | H.R. 546 | ACE Kids Act of 2015 | Rep. Barton, Joe [R-TX-6] | 227 | 1/30/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/546 |
| 1/22/15 | H.R. 465 | Working Families Flexibility Act of 2015 | Rep. Roby, Martha [R-AL-2] | 157 | 4/29/15 | Referred to the Subcommittee on Workforce Protections. | https://www.congress.gov/bill/114th-congress/house-bill/465 |
| 1/21/15 | H.R. 7 | No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015 | Rep. Smith, Christopher H. [R-NJ-4] | 29 | 1/26/15 | Received in the Senate and Read twice and referred to the Committee on Finance. | https://www.congress.gov/bill/114th-congress/house-bill/7 |
| 1/14/15 | H.R. 347 | Facilitating Access to Credit Act of 2015 | Rep. Royce, Edward R. [R-CA-39] | 15 | 9/27/16 | Hearings Held by the Subcommittee on Financial Institutions and Consumer Credit Prior to Referral. | https://www.congress.gov/bill/114th-congress/house-bill/347 |
| 1/14/15 | H.R. 348 | RAPID Act | Rep. Marino, Tom [R-PA-10] | 21 | 9/28/15 | Received in the Senate and Read twice and referred to the Committee on Environment and Public Works. | https://www.congress.gov/bill/114th-congress/house-bill/348 |

| 1/9/15 | H.R. 241 | ACCESS (ADA Compliance for Customer Entry to Stores and Services) Act of 2015 | Rep. Calvert, Ken [R-CA-42] | 21 | 2/2/15 | Referred to the Subcommittee on the Constitution and Civil Justice. | https://www.congress.gov/bill/114th-congress/house-bill/241 |
| 1/9/15 | H.R. 235 | Permanent Internet Tax Freedom Act | Rep. Goodlatte, Bob [R-VA-6] | 191 | 6/10/15 | Received in the Senate and Read twice and referred to the Committee on Finance. | https://www.congress.gov/bill/114th-congress/house-bill/235 |
| 1/7/15 | H.R. 203 | Clay Hunt SAV Act | Rep. Walz, Timothy J. [D-MN-1] | 39 | 2/12/15 | Became Public Law No: 114-2. | https://www.congress.gov/bill/114th-congress/house-bill/203 |
| 1/6/15 | H.R. 136 | To designate the facility of the United States Postal Service located at 1103 USPS Building 1103 in Camp Pendleton, California, as the "Camp Pendleton Medal of Honor Post Office". | Rep. Issa, Darrell E. [R-CA-49] | 50 | 6/13/16 | Became Public Law No: 114-166. | https://www.congress.gov/bill/114th-congress/house-bill/136 |
| 1/6/15 | H.R. 167 | Wildfire Disaster Funding Act | Rep. Simpson, Michael K. [R-ID-2] | 150 | 3/2/15 | Referred to the Subcommittee on Federal Lands. | https://www.congress.gov/bill/114th-congress/house-bill/167 |
| 1/6/15 | H.R. 30 | Save American Workers Act of 2015 | Rep. Young, Todd C. [R-IN-9] | 156 | 3/30/15 | Referred to the Subcommittee on Health. | https://www.congress.gov/bill/114th-congress/house-bill/30 |
| 1/6/15 | H.R. 160 | Protect Medical Innovation Act of 2015 | Rep. Paulsen, Erik [R-MN-3] | 282 | 6/23/15 | Read the second time. Placed on Senate Legislative Calendar under General Orders. Calendar No. 125. | https://www.congress.gov/bill/114th-congress/house-bill/160 |

[Congress.gov, accessed 5/30/17]

## Subject

| 114th Co-Sponsorships By Subject | | |
|---|---|---|
| Subject | # Of Bills Co-Sponsored | # Became Law |
| Agriculture and Food | 1 | 0 |
| Animals | 2 | 0 |
| Armed Forces and National Security | 16 | 4 |

| | | |
|---|---|---|
| Civil Rights and Liberties, Minority Issues | 5 | 0 |
| Commerce | 2 | 0 |
| Congress | 1 | 0 |
| Crime and Law Enforcement | 17 | 0 |
| Education | 1 | 0 |
| Emergency Management | 1 | 0 |
| Energy | 1 | 0 |
| Environmental Protection | 8 | 0 |
| Finance and Financial Sector | 5 | 1 |
| Foreign Trade and International Finance | 2 | 0 |
| Government Operations and Politics | 13 | 6 |
| Health | 33 | 1 |
| Housing and Community Development | 2 | 0 |
| Immigration | 4 | 0 |
| International Affairs | 11 | 1 |
| Labor and Employment | 7 | 0 |
| Law | 3 | 0 |
| Native Americans | 1 | 0 |
| Public Lands and Natural Resources | 6 | 0 |
| Science, Technology, Communications | 1 | 0 |
| Social Welfare | 1 | 0 |
| Taxation | 13 | 0 |
| Transportation and Public Works | 7 | 0 |
| Water Resources Development | 2 | 0 |

[Congress.gov, accessed 5/30/17]

# Appendix VII – Office Expenditures

## Career

| | Franked Mail | Personnel Compensation | Travel | Rent, Comms., Utilities | Printing | Other Services | Supplies and Materials | Equipment |
|---|---|---|---|---|---|---|---|---|
| **2015** | $73,327.70 | $783,449.53 | $54,105.64 | $137,977.71 | $84,959.70 | $33,500.19 | $27,490.49 | $7,428.74 |
| **2016** | $62,931.44 | $770,593.14 | $43,363.85 | $146,131.17 | $38,845.14 | $8,420.00 | $41,360.46 | $35,107.70 |
| **Career** | $136,259.14 | $1,554,042.67 | $97,469.49 | $284,108.88 | $123,804.84 | $41,920.19 | $68,850.95 | $42,536.44 |

**Walters Office Expenditures – Career**

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

## Walters Collected $3,488.40 In Personal Reimbursements For Commercial Transportation And Lodging

| Year | Personal Reimbursements To Walters | Subject |
|---|---|---|
| 2016 | $0 | N/A |
| 2015 | $3,488.40 | Commercial Transportation; Lodging |
| **TOTAL** | $3,488.40 | |

**Personal Reimbursements To Walters**

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

## 2016

## Office Expenditures

## 2016: Walters's Office Spent $1,146,752.90 On Office Expenditures, 88 Percent Of Their Total Budget

| | Franked Mail | Personnel Compensation | Travel | Rent, Comms., Utilities | Printing | Other Services | Supplies & Materials | Equipment | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Q 1** | $45,008.46 | $187,075.99 | $7,689.88 | $38,771.75 | $10,560.05 | $1,500.00 | $1,643.65 | $1,087.02 | $293,336.80 |
| **Q 2** | $10,907.57 | $161,083.91 | $21,399.81 | $31,088.76 | $1,043.39 | $2,250.00 | $4,370.61 | $1,087.02 | $233,231.07 |
| **Q 3** | $6,080.78 | $179,797.20 | $9,422.00 | $39,312.75 | $26,173.85 | $2,250.00 | $6,143.53 | $16,833.56 | $286,013.67 |
| **Q 4** | $934.63 | $242,636.04 | $4,852.16 | $36,957.91 | $1,067.85 | $2,420.00 | $29,202.67 | $16,100.10 | $334,171.36 |
| **Total** | $62,931.44 | $770,593.14 | $43,363.85 | $146,131.17 | $38,845.14 | $8,420.00 | $41,360.46 | $35,107.70 | $1,146,752.90 |

**Walters Office Expenditures - 2016**

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

## Walters Personal Reimbursements

## 2016: Walters Collected No Personal Reimbursements

| Personal Reimbursements To Walters | |
|---|---|
| Q1 | $0 |
| Q2 | $0 |

| | |
|---|---|
| **Q3** | $0 |
| **Q4** | $0 |
| **Additions** | $0 |
| **Total:** | $0 |

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

# 2015

## Office Expenditures

### 2015: Walters's Office Spent $1,202,239.70 On Office Expenditures, 93 Percent Of Their Total Budget

| | Franked Mail | Personnel Compens ation | Travel | Rent, Comms., Utilities | Printing | Other Services | Supplies & Material s | Equip-ment | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Q 1** | $(186.97) | $182,103.28 | $3,701.73 | $22,421.77 | $2,448.13 | $6,594.69 | $6,861.03 | $1,087.02 | $225,030.68 |
| **Q 2** | $33,781.23 | $195,766.31 | $15,252.05 | $41,748.32 | $35,819.31 | $7,975.50 | $5,995.44 | $1,087.02 | $337,425.18 |
| **Q 3** | $4,526.97 | $193,691.36 | $17,935.99 | $30,099.96 | $14,906.87 | $6,885.00 | $10,819.11 | $4,167.68 | $283,032.94 |
| **Q 4** | $35,206.47 | $211,888.58 | $17,215.87 | $43,707.66 | $31,785.39 | $12,045.00 | $3,814.91 | $1,087.02 | $356,750.90 |
| **Total** | $73,327.70 | $783,449.53 | $54,105.64 | $137,977.71 | $84,959.70 | $33,500.19 | $27,490.49 | $7,428.74 | $1,202,239.70 |

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

## Walters Personal Reimbursements

### 2015: Walters Collected $3,488.40 In Personal Reimbursements

| Personal Reimbursements To Walters | |
|---|---|
| **Q1** | $3,189.20 |
| **Q2** | $299.20 |
| **Q3** | $0 |
| **Q4** | $0 |
| **Additions** | $0 |
| **Total:** | $3,488.40 |

[U.S. House of Representatives, Statements of Disbursements, accessed 9/19/17]

# Appendix VIII – Travel Expenditures

## Toplines

### Walters Spent $3,429 On Taxpayer Funded Foreign Travel

**Walters Spent $3,429 On Taxpayer Funded Foreign Travel.** [Congressional Foreign Travel Reports, accessed 9/19/17]

## Official Foreign Travel Expenditures

### Walters Spent $3,429 On Taxpayer Funded Travel To 3 Countries

*NOTE: Does not include MECEA fund travel.*

| Walters Official Foreign Travel Expenditures | | | | |
|---|---|---|---|---|
| **Dates** | **Destination** | **Per Diem Cost** | **Transportation** | **Total Cost** |
| 8/29/16 – 8/31/16 | United Kingdom | $1,595.00 | Military | $1,595.00 |
| 8/31/16 – 9/1/16 | Norway | $374.00 | Military | $374.00 |
| 9/1/16 – 9/4/16 | Italy | $1,460.00 | Military | $1,460.00 |
| | | | **TOTAL** | **$3,429.00** |
| | | | **TOTAL EXPENDITURES** | **$3,429.00** |

[Congressional Foreign Travel Reports, accessed 9/19/17]

### Aug 2016-Sept 2016: Walters Spent $3,429 On An Official Trip To United Kingdom, Norway, And Italy

**Aug 2016-Sept 2016: Walters Travelled To United Kingdom, Norway, And Italy.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**In United Kingdom, Walters Spent $1,595 Per Diem, Including Lodging And Meals.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**In Norway, Walters Spent $374 Per Diem, Including Lodging And Meals.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**In Italy, Walters Spent $1,460 Per Diem, Including Lodging And Meals.** [Congressional Foreign Travel Reports, accessed 9/19/17]

## Walters Private Travel Expenditures

### Walters Received $15,189.98 Worth Of Special Interests Funded Travel

| Walters Private Travel Expenditures | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Destination** | **Sponsor** | **Accompanying Relative** | **Transpor-tation** | **Lodging** | **Meals** | **Other Expenses** | **Total Cost** |
| 7/17/15 - 7/18/15 | San Francisco, CA | California State Society | N/A | $921.00 | $313.00 | $152.00 | $0.00 | $1,386.00 |
| 8/8/15 - 8/16/15 | Israel | American Israel Education Foundation | N/A | $7,117.00 | $2,634.00 | $1,262.00 | $1,534.00 | $12,546.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/3/15 - 10/4/15 | Las Vegas, NV | Main Street Advocacy | N/A | $309.00 | $259.00 | $226.00 | $0.00 | $793.00 |
| 6/20/16 - 6/21/16 | Radnor, PA | Main Street Advocacy | N/A | $0.00 | $206.00 | $24.00 | $0.00 | $230.00 |
| 4/19/17 - 4/19/17 | Las Vegas, NV | Main Street Advocacy | N/A | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 |
| 8/10/17 - 8/10/17 | San Francisco, CA | Main Street Advocacy | N/A | $133.98 | $0.00 | $0.00 | $0.00 | $133.98 |
| | | | | | | **TOTAL EXPENDITURES** | | **$15,189.98** |

[Congressional Foreign Travel Reports, accessed 9/19/17]

## 2017: Walters Reported $234.98 In Travel Payments And Reimbursements

**August 2017 : Walters Traveled, At Main Street Advocacy's Expense, To San Francisco.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**April 2017: Walters Traveled, At Main Street Advocacy's Expense, To Las Vegas.** [Congressional Foreign Travel Reports, accessed 9/19/17]

## 2016: Walters Reported $230 In Travel Payments And Reimbursements

**June 2016: Walters Traveled, At Main Street Advocacy's Expense, To Radnor, PA.** [Congressional Foreign Travel Reports, accessed 9/19/17]

## 2015: Walters Reported $14,725 In Travel Payments And Reimbursements

**October 2015: Walters Traveled, At Main Street Advocacy's Expense, To Las Vegas.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**August 2015: Walters Traveled, At American Israel Education Foundation's Expense, To Israel.** [Congressional Foreign Travel Reports, accessed 9/19/17]

**July 2015: Walters Traveled, At California State Society's Expense, To San Francisco.** [Congressional Foreign Travel Reports, accessed 9/19/17]

## Walters's Staff Received $3,661.01 Worth Of Special Interest Funded Travel

| Walters's Staff Private Travel Expenditures | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Staff Member | Most Recent Position | Destination | Sponsor | Transpor -tation | Lodging | Meals | Other Expense | Total Cost |
| 1/14/15- 1/16/15 | David Bowser | Chief of Staff | Hershey, PA | Congressional Institute Inc. | $57.01 | $276.84 | $289.44 | $0.00 | **$623.29** |
| 4/16/15- 4/18/15 | David Bowser | Chief of Staff | Hot Springs, VA* | Congressional Institute Inc. | $10.00 | $104.04 | $123.06 | $0.00 | **$330.36** |
| 3/17/16- 3/19/16 | David Bowser | Chief of Staff | Baltimore, MD* | Congressional Institute Inc. | $0.00 | $348.43 | $182.09 | $252.56 | **$1,139.36** |
| 5/19/16- 5/21/16 | Abigail Sigler | Communications Director | Hot Springs, VA | Congressional Institute Inc. | $130.00 | $194.00 | $127.00 | $333.00 | **$784.00** |
| 5/19/16- 5/21/16 | Casey Fitzpatrick | Legislative Director | Hot Springs, VA | Congressional Institute Inc. | $130.00 | $194.00 | $127.00 | $333.00 | **$784.00** |
| | | | | | | **TOTAL EXPENDITURES** | | **$3,661.01** |

[Congressional Foreign Travel Reports, accessed 9/19/17]

*-Bowser's wife accompanied him on this trip*

# Appendix X – Vote Statistics

## Attendance Record

**Walters Voting Attendance Record – GovTrack.US**

| Time Period | Votes Eligible | Missed Votes | Percent | Percentile |
|---|---|---|---|---|
| 2015 Jan-Mar | 144 | 3 | 2.1% | 50th |
| 2015 Apr-Jun | 244 | 2 | 0.8% | 41st |
| 2015 Jul-Sep | 139 | 0 | 0.0% | 0th |
| 2015 Oct-Dec | 177 | 0 | 0.0% | 0th |
| 2016 Jan-Mar | 137 | 0 | 0.0% | 0th |
| 2016 Apr-Jun | 204 | 14 | 6.9% | 84th |
| 2016 Jul-Sep | 232 | 40 | 17.2% | 96th |
| 2016 Nov-Dec | 48 | 1 | 2.1% | 61st |
| 2017 Jan-Mar | 208 | 0 | 0.0% | 0th |
| 2017 Apr-Jun | 136 | 0 | 0.0% | 0th |
| 2017 Jul-Sep | 185 | 0 | 0.0% | 0th |
| **Total:** | **6228** | **60** | **0.1%** | |

[GovTrack.us, Mimi Walters, accessed 9/19/17]

## Vote Comparisons

### Speakership Votes

#### Voted For Paul Ryan For Speaker Of The House

**2017: Walters Voted To Make Paul Ryan Speaker Of The House.** In January 2017, Mimi Walters voted for Paul Ryan to be Speaker of the House. Ryan was elected by a vote of 239-189. [Election to the Speaker, Vote #2, 1/3/17; CQ, 1/3/17]

**2015: Walters Voted To Make Paul Ryan Speaker Of The House.** In October 2015, Mimi Walters voted for Paul Ryan to be Speaker of the House. Paul Ryan received 236 votes, Nancy Pelosi received 184 votes, and Daniel Webster received 9 votes. [Election to the Speaker, Vote #581, 10/29/15]

#### Voted For John Boehner For Speaker Of The House

**2015: Walters Voted To Make John Boehner Speaker Of The House.** In January 2015, Mimi Walters voted for John Boehner to be Speaker of the House. John Boehner received 216 votes, and Nancy Pelosi received 164 votes. [Election to the Speaker, Vote #2, 1/06/15]

## Vote Studies

| | | Walters Vote Statistics | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Voting Participation | Presidential Support | | Party Unity | | Conservative Coalition | |
| | | Support | Oppose | Support | Oppose | Support | Oppose |
| 2016 | 91% | 8% | 92% | 97% | 3% | -- | -- |
| 2015 | 99% | 16% | 84% | 95% | 5% | -- | -- |

[CQ, accessed 8/31/17]

# Appendix XI – Votes – 115th Congress

## Agriculture & Food Safety

### Key Votes

### Other Votes

**Voted Against An Amendment Exempting Rules Related To The Prevention Of Foodborne Illness Transmission.** In January 2017, Walters voted against the "Cicilline, D-R.I., amendment that would exempt rules related to the prevention of foodborne illness transmission. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 190-232. [HR 5, Vote #38, 1/11/17; CQ, 1/11/17]

## Budget

### Key Votes

**Voted For The $1.16 Trillion Omnibus Spending Bill.** In May 2017, Walters voted for "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill, with House amendment, intended to serve as the legislative vehicle for a measure that would provide $1.16 trillion in discretionary appropriations for federal departments and agencies covered by the 11 unfinished fiscal 2017 spending bills." The resolution was passed by a vote of 230-188. [HRes 308, Vote #247, 5/3/17; CQ, 5/3/17]

**Voted For Averting A Government Shutdown For At Least One Week By Funding The Government With A Continuing Resolution.** In April 2017, Walters voted for "Adoption of the rule (H Res 289) that would provide for House floor consideration of the joint resolution that would extend continuing appropriations for federal government operations through May 5, 2017. It would also provide for an extension, through May 5, 2017, of health care benefits for retired coal miners." The rule was adopted by a vote of 235-178. [HRes 289, Vote #235, 2/28/17; CQ, 2/28/17]

**Voted For Setting Forth The Congressional Budget For The United States Government For Fiscal Year 2017.** January 2017, Walters voted for "adoption of the concurrent resolution that includes reconciliation instructions for the House Energy and Commerce and Ways and Means Committees as well as the Senate Finance and Health, Education, Labor and Pensions Committees to develop legislation to reduce the deficit by at least $1 billion each over a 10-year period by January 27, 2017, which is expected to repeal parts of the 2010 health care law. The concurrent resolution also would set broad spending and revenue targets over the next 10 years. It would allow $3.3 trillion in new budget authority for fiscal 2017." The resolution was adopted by a vote of 227-198. [S Con Res 3, Vote #58; CQ, 1/13/17]

### Other Votes

## Campaign Finance

### Key Votes

### Other Votes

## Civil Rights

### Key Votes

### Holocaust Denial

**Voted For Blocking A Resolution "Affirming That The Holocaust Occurred And That It Targeted Jews […] After The White House Omitted Mention Of Jews In [Its] International Holocaust Remembrance Day Statement."** In February 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 91)…" The motion was agreed to by a vote of 234-187. According to the St. Louis Post-Dispatch, "The House on Feb. 7 blocked, 234-187, a Democratic bid to force floor debate on a resolution affirming that the Holocaust occurred and that it targeted Jews. Democrats raised this issue after the White House omitted mention of Jews in the International Holocaust Remembrance Day statement it released Jan. 27. Six million Jews died in the Holocaust carried out by German leader Adolf Hitler and his Nazi regime between 1933-1945." A yes vote was a vote to block the resolution. [HRes 91, Vote #81, 2/7/17; St. Louis Post-Dispatch, 2/13/17; CQ, 2/7/17; Democratic Leader—Previous Questions, 2/7/17]

### Other Votes

**Voted Against Exempting Alleged Constitutional Or Civil Rights Violations From The Lawsuit Reduction Act.** In March 2017, Walters voted against the "Conyers, D-Mich., amendment that would exempt from the bill's provisions actions alleging a violation of a constitutional or civil right." The amendment was rejected in Committee of the Whole by a vote of 190-227. [HR 720, Vote #155, 3/10/17; CQ, 3/10/17]

## Commerce

### Key Votes

### Other Votes

## Consumer Protection

## Key Votes

## Privacy And Data

**Voted For Blocking A Bill To Reinstate FCC Rules Protecting The Privacy Of Broadband Customers.** In May 2017, Walters voted for "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 299)." Upon defeat of the motion, Democrats planned to offer an, "amendment to the Rule, which would make in order Ms. Rosen of Nevada's bill, H.R. 1868.  H.R. 1868 would reinstate the Federal Communications Commission's rules adopted on October 27, 2016 that protect the privacy of broadband customers." **A vote yes was a vote to block the Democratic amendment.** The motion was agreed to by a vote of 233-190. [HR 1868 (HRes 299), Vote #240, 5/2/17; CQ, 5/2/17]

**Voted For Consideration Of Nullification Of A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Information.** In March 2017, Walters voted for "adoption of the rule (H Res 230) that would provide for House floor consideration of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information." The rule was adopted by a vote of 231-189. [HRes 230, Vote #200, 3/28/17; CQ, 3/28/17]

**Voted For Nullifying A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Sensitive Information.** In March 2017, Walters voted for "passage of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information, such as web browsing history, geolocation information, content of communications and Social Security numbers; to take reasonable measures to secure customer information; and to notify customers, the commission and law enforcement when a data breach occurs that could result in harm." The resolution passed (thus cleared for the president) by a vote of 215-205. A "yea" was a vote in support of the president's position. [SJRes 34, Vote #202, 3/28/17; CQ, 3/28/17]

## Other Votes

## Politicization Of The Office Of Register Of Copyrights

**Voted For Allowing Consideration Of A Bill That Would "Likely… Increase Industry Influence" Over The Copyright Office.** In April 2017, Walters voted for "Adoption of the rule (H Res 275) that would provide for House floor consideration of the bill that would modify the process for selecting and appointing the U.S. Copyright Office's Register of Copyrights and would limit a Register of Copyrights' term to 10 years." The rule was adopted by a vote of 237-186. [HR 1695 (HRes 275), Vote #225, 2/26/17; CQ, 2/26/17]

> **Electronic Frontier Foundation: HR 1695 Would "Effectively Strip The Librarian Of Congress Of Oversight Over The Register, And Is Likely To Increase Industry Influence Over An Already Highly Politicized Office."** "The U.S. House of Representatives today voted 378 to 48 to pass a controversial bill that would make the Register of Copyrights a presidential appointee. H.R. 1695, the Register of Copyrights Selection and Accountability Act of 2017, will effectively strip the Librarian of Congress of oversight over the Register, and is likely to increase industry influence over an already highly politicized office. The bill does nothing to improve the functioning of the Copyright Office, nor to fix any of the serious problems with copyright law, including its excessive and unpredictable penalties." [EFF.org, 4/26/17]

## Major Rules Reform & Consumer Protections

**Voted Against Excluding Any Rule Related To Child Product Safety From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "Johnson, D-Ga., for Jackson Lee, D-Texas, amendment that would exclude rules related to the safety of products designed to be used or consumed by children younger than 2 years old from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-234. [HR 26, Vote #17, 1/15/17; CQ, 1/5/17]

    **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Voted Against An Amendment To HR 5, The Regulatory Accountability Act, Exempting Rules Related To The Safety Of Children's Toys.** In January 2017, Walters voted against the "Ruiz, D-Calif., amendment that would exempt rules related to the safety of children's toys or products. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 190-233. [HR 5, Vote #40, 1/11/17; CQ, 1/11/17]

**Voted For Allowing Consideration Of A Bill Requiring Federal Courts To Impose Sanctions On Parties That File Frivolous Lawsuits.** In March 2017, Walters voted for "adoption of the rule that would provide for House floor consideration of the bill (HR 720) that would require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The rule would also provide for consideration of the bill (HR 985) that would prohibit federal courts from certifying proposed classes of individuals for a class-action lawsuit unless each member of the class has suffered the same type and degree of injury. Additionally, the bill would require asbestos trusts to issue quarterly reports on claims made against the trusts and payouts made by the trusts for asbestos-related injuries." The rule was adopted by a vote of 233-184. [HRes 180, Vote #139, 3/9/17; CQ, 3/9/17]

**Voted For The Fairness In Class Action Litigation Act, Prohibiting Federal Courts From Certifying Proposed Classes Of Individuals For A Class-Action Lawsuit Unless Each Member Of The Class Has Suffered The Same Injury.** In March 2017, Walters voted for "passage of the bill that would prohibit federal courts from certifying proposed classes of individuals for a class-action lawsuit unless each member of the class has suffered the same type and degree of injury. Additionally, the bill would require asbestos trusts to issue quarterly reports on claims made against the trusts and payouts made by the trusts for asbestos-related injuries." The bill was passed by a vote of 220-201. [HR 985, Vote #148, 3/9/17; CQ, 3/9/17]

    **Voted Against An Amendment To The Fairness In Class Action Litigation Act Ensuring That There Is No Conflict Of Interest Between The Counsel And Plaintiff.** In March 2017, Walters voted against the "Deutch, D-Fla., amendment that would remove the bill's prohibition on the use of class counsel if the named plaintiff is a present or former client or has a contractual relationship with the counsel." The amendment was rejected in Committee of the Whole by a vote of 182-227. [HR 985, Vote #140, 3/9/17; CQ, 3/9/16]

    **Voted Against An Amendment To The Fairness In Class Action Litigation Act Removing The Bill's Requirement That Attorneys' Fee Awards To Be Based On Equitable Relief.** In March 2017, Walters voted against the "Deutch, D-Fla., amendment that would remove the bill's requirement that attorneys' fee awards to be based on equitable relief." The amendment was rejected in Committee of the Whole by a vote of 189-228. [HR 985, Vote #141, 3/9/17; CQ, 3/9/17]

    **Voted Against An Amendment To The Fairness In Class Action Litigation Act Permitting Discovery Proceedings To Continue While Various Legal Motions Are Pending.** In March 2017, Walters voted against the "Soto, D-Fla., amendment that would permit discovery proceedings to continue while various legal motions

are pending before a court." The amendment was rejected in Committee of the Whole by a vote of 192-230. [HR 985, Vote #142, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Civil Action Cases Alleging Fraud From The Bill's Provisions.** In March 2017, Walters voted against the "Johnson, D-Ga., amendment that would exempt cases related to civil actions alleging fraud from the bill's provisions related to class actions." The amendment was rejected in Committee of the Whole by a vote of 190-230. [HR 985, Vote #143, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Civil Rights Cases From The Bill's Provisions.** In March 2017, Walters voted against the "Conyers, D-Mich., amendment that would exempt cases related to civil actions alleging violations of civil rights from the bill's provisions related to class actions." The amendment was rejected in Committee of the Whole by a vote of 191-230. [HR 985, Vote #144, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment To The Fairness In Class Action Litigation Act Requiring That Asbestos Trusts Provide Reports Available To The Public Regarding Demands Received And Payments Made.** In March 2017, Walters voted against the "Jackson Lee, D-Texas, amendment that would replace the bill's provisions related to asbestos trusts with a requirement that asbestos trusts to provide a report available to the public regarding demands received and payments made." The amendment was rejected in Committee of the Whole by a vote of 193-229. [HR 985, Vote #145, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Claimants Living In Public Housing From The Bill's Provisions Related To Asbestos Trusts.** In March 2017, Walters voted against the "Espaillat, D-N.Y., amendment that would exempt claimants living in public housing from the bill's provisions related to asbestos trusts." The amendment was rejected in Committee of the Whole by a vote of 193-228. [HR 985, Vote #146, 3/9/17; CQ, 3/9/17]

**Voted Against Recommitting The Fairness In Class Action Litigation Act Exempting Civil Actions Related To Protection Of Public Drinking Water.** In March 2017, Walters voted against the "Kildee, D-Mich., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions civil actions related to the protection of public drinking water supplies." The motion was rejected by a vote of 188-234. [HR 985, Vote #147, 3/9/17; CQ, 3/9/17]

**Voted For Amending Title 28, United States Code, To Prevent Fraudulent Joinder.** In March 2017, Walters voted for "passage of the bill that would - for purposes of determining whether certain lawsuits are sent back from federal to state courts - establish a new standard for determining whether a defendant has been fraudulently joined to a case. Under the measure, federal courts would have to deny motions to remand a case back to state court if the court finds that there was fraud in the jurisdictional claim, the plaintiff's claim against that defendant is not possible or plausible under state law, or the plaintiff did not make their claim in good faith." The bill passed by a vote of 224-194. [HR 725, Vote #152, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment Exempting Cases Which The Plaintiff Seeks Compensation For Public Health Risks From HR 725, A Bill Seeking To Prevent Fraudulent Joinder.** In March 2017, Walters voted against the "Soto, D-Fla., amendment that would exempt cases in which the plaintiff seeks compensation for public health risks, including byproducts from hydraulic fracturing or water contamination." The amendment was rejected in Committee of the Whole by a vote of 189-233. [HR 725, Vote #149, 3/9/17; CQ, 3/9/17]

**Voted Against An Amendment Exempting Cases In Which The Plaintiff Seeks Compensation Related To The Bad Faith Of An Insurer From HR 725, A Bill Seeking To Prevent Fraudulent Joinder.** In March 2017, Walters voted against the "Cartwright, D-Pa., amendment that would exempt cases in which the plaintiff seeks compensation related to the bad faith of an insurer." The amendment was rejected in Committee of the Whole by a vote of 187-229. [HR 725, Vote #150, 3/9/17; CQ, 3/9/17]

**Voted Against Recommitting HR 725, A Bill Seeking To Prevent Fraudulent Joinder, With An Amendment Exempting Civil Actions Related To Government Ethics.** In March 2017, Walters voted against the "Kuster, D-N.H., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions civil actions related to government ethics." The motion was rejected by a vote of 187-233. [HR 725, Vote #151, 3/9/17; CQ, 3/9/17]

**Voted For Changing Federal Rules Governing Civil Lawsuits To Require Federal Courts To Impose Sanctions On Parties That File Frivolous Lawsuits.** In March 2017, Walters voted for "passage of the bill that would change federal rules governing civil lawsuits to require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The sanctions would need to include monetary payments to the other party to cover the other party's attorney fees and costs. The bill also would eliminate the so-called "safe harbor" clause by removing the ability of parties to withdraw or correct claims considered frivolous within 21 days of filing." The bill passed by a vote of 230-188. [HR 720, Vote #158, 3/10/17; CQ, 3/10/17]

**Voted Against Retaining And Modifying The "Safe Harbor" Clause, Which Allows Parties To Withdraw Or Correct Claims Considered Frivolous Within Fourteen Days Of Filing.** In March 2017, Walters voted against the "Soto, D-Fla., that would retain and modify the so-called 'safe harbor' clause related to frivolous civil lawsuits by allowing parties to withdraw or correct claims considered frivolous within 14 days of filing." The clause was rejected in Committee of the Whole by a vote of 181-225. [HR 720, Vote #153, 3/10/17; CQ, 3/10/17]

**Voted Against Removing A Provision From The Lawsuit Reduction Act That Sanctions For Frivolous Lawsuits Cover The Other Party's Legal Fees.** In March 2017, Walters voted against the "Jackson Lee, D-Texas, amendment that would remove the bill's provision that sanctions for frivolous lawsuits would need to include monetary payments to the other party to cover the other party's attorney fees and costs." The amendment was rejected in Committee of the Whole by a vote of 185-225. [HR 720, Vote #154, 3/10/17; CQ, 3/10/17]

**Voted Against Exempting Actions Related To Federal Whistleblower Or Anti-Retaliation Laws From The Lawsuit Reduction Act.** In March 2017, Walters voted against the "Jeffries, D-N.Y., amendment that would exempt from the bill's provisions actions related to federal whistleblower or anti-retaliation laws." The amendment was rejected in Committee of the Whole by roll call vote, 189-229. [HR 720, Vote #156, 3/10/17; CQ, 3/10/17]

**Voted Against Recommitting The Lawsuit Reduction Act With Instructions To Exempt Any Civil Action Related To The Constitution's Foreign Emoluments Clause.** In March 2017, Walters voted against the "Lofgren, D-Calif., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions any civil action related to the foreign emoluments clause in the Constitution." The motion was rejected by a vote of 186-232. [HR 720, Vote #157, 3/10/17; CQ, 3/10/17]

## Crime

### Key Votes

### Other Votes

## Defense

### Key Votes

### Other Votes

**Voted For Providing $577.9 Billion In Discretionary Funding For The Defense Department In Fiscal 2017.** In March 2017, Walters voted for "passage of the bill that would provide $577.9 billion in discretionary funding for the Defense Department in fiscal 2017. The total would include $516.1 billion in base Defense Department funding subject to spending caps. It also would include $61.8 billion in overseas contingency operations funding. The bill would provide approximately $210.1 billion for operations and maintenance, approximately $117.8 billion for procurement, approximately $72.7 billion for research and development and $132.2 billion for military personnel, including a 2.1 percent pay raise. It also would provide roughly $34.1 billion for defense health programs. The measure would prohibit use of funds to construct or modify potential facilities in the United States to house Guantanamo Bay detainees." The bill passed by a vote of 371-48. [HR 1301, Vote #136, 3/8/17; CQ, 3/8/17]

### Secretary Of Defense James Mattis

**Voted For Granting Gen. James Mattis An Exemption On The Prohibition Of Newly-Retired Officers From Serving As Secretary Of Defense.** In January 2017, Walters voted for "passage of the bill that would allow the first person to be confirmed secretary of Defense after the bill's enactment to serve in the position, even if the individual has not been retired from the military for seven years, so long as the person has been retired for at least three years. The bill would thus provide an exemption for President-elect Donald Trump's pick for the position, retired Marine Corps Gen. James Mattis, from a requirement for a seven-year waiting period before former servicemembers can be appointed to Defense secretary." The bill passed (thus cleared for the president) by a vote of 268-151. [S 84, Vote #59, 1/13/17; CQ, 1/13/17]

## Disaster Aid

### Key Votes

### Other Votes

## Drugs

### Key Votes

### Other Votes

## Education

### Key Votes

### Other Votes

**Voted For Nullifying A Department Of Education Rule Requiring The Department To Define And Monitor Low-Performing Schools.** In February 2017, Walters voted for "passage of the joint resolution that would nullify an Education Department rule that requires states to define, subsequently monitor and intervene with schools deemed to be low-performing schools. Under the department's rule, states are required to measure academic

achievement through factors such as graduation rates and English proficiency rates." The resolution was passed by a vote of 234-190. [HJRes 57, Vote #84, 2/7/17; CQ, 2/7/17]

**Voted For Nullifying A Department Of Education Rule Requiring States To Annually Evaluate Teacher Certification Programs.** In February 2017, Walters voted for "passage of the joint resolution that would that would nullify an Education Department rule that requires states to annually evaluate the effectiveness of teacher preparation programs at higher education institutions. Programs are required to be ranked by level of performance and states would be required to provide assistance to the lowest-performing programs." The resolution was passed by a vote of 240-181. [HJRes 8, Vote #85, 2/7/17; CQ, 2/7/17]

**Voted Against Exempting Rules Related To Consumer Protections For Student Loan Borrowers From The SCRUB Act.** In March 2017, Walters voted against the "Bonamici, D-Ore., amendment that would exempt from the bill's provisions rules related to providing consumer protections for student loan borrowers." The amendment was rejected in Committee of the Whole by a vote of 191-235. [HR 998, Vote #109, 3/1/17; CQ, 3/1/17]

# Energy

## Key Votes

## Other Votes

**Voted Against Excluding Any Rule Pertaining To Nuclear Reactor Safety Standards From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "Nadler, D-N.Y., amendment that would exclude rules pertaining to nuclear reactor safety standards from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 194-231. [HR 26, Vote #18, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Voted Against Excluding Any Rule Intended To Ensure Pipeline Safety From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "McNerney, D-Calif., for Pallone, D-N.J., amendment that would exclude rules intended to either ensure the safety of natural gas or hazardous materials pipelines or to prevent or reduce the impact of spills from such pipelines from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-235. [HR 26, Vote #19, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Voted For Protect Oil & Gas Companies From Having To Publicly Disclose Payments To Foreign Governments.** In February 2017, Walters voted for "passage of the joint resolution that would nullify a Securities and Exchange Commission rule that requires companies that develop oil, natural gas or minerals to publicly report

in detail payments to foreign governments or to the U.S. government totaling at least $100,000 annually per project for extraction, exploration or export of these resources." The resolution passed by a vote of 235-187. [HJRes 41, Vote #72, 2/1/17; CQ, 2/1/17]

**Voted For Nullifying A Bureau Of Land Management "Methane Rule" To Limit The Release Of Methane From Oil And Gas Operations On Federal Land.** In February 2017, Walters voted for "a Congressional Review Act resolution to nullify the Bureau of Land Management's rule to limit the release of methane from oil and gas operations on federal land. […] The Interior Department's BLM finalized the venting and flaring rule - also known as the methane rule - in November. It requires oil and gas operators to control releases of waste methane - a potent greenhouse gas - by adopting new technologies, more frequently inspecting for leaks and replacing outdated equipment that discharges large amounts of natural gas." The resolution was passed by a vote of 221-191. [HJRes 36, Vote #78, 2/3/17; CQ News, 2/3/17]

> **Rule Would Force Companies To Capture Methane At Drilling Sites, Preventing An Estimated 180,000 Tons From Escaping Each Year, And Raising Millions In Revenue Each Year.** "The methane emissions rule, issued by the Interior Department's Bureau of Land Management in November, addresses a potent greenhouse gas that is accelerating climate change. The rule would force oil and gas companies to capture methane that had been previously burned off or 'flared' at drilling sites. According to federal estimates, the rule would prevent roughly 180,000 tons a year of methane from escaping into the atmosphere and would boost federal revenue between $3 million and $13 million a year because firms only pay royalties on the oil and gas they capture and contain." [Washington Post, 5/10/17]

# Environment

## Key Votes

### EPA & Science Integrity

**Voted For Providing For House Consideration Of A Bill Establishing A Selection Process For Members Of The EPA's Science Advisory Board.** In March 2017, Walters voted for the "adoption of the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of EPA's Science Advisory Board. The bill would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities." The rule was adopted by a vote of 232-188. [HRes 233, Vote #204, 3/29/17; CQ, 3/29/17]

**Voted Against An Amendment Exempting EPA Actions Related To Public Health Threats From The Bill's Requirement That The Scientific Information Behind The EPA's Actions Must Be Publicly Available.** In March 2017, Walters voted against the "McEachin, D-Va., motion to recommit the bill to the House Science, Space and Technology Committee with instructions to report it back immediately with an amendment that would exempt EPA actions taken in response to a public health threat from the bill's requirement that the scientific information that influenced the EPA's actions must be publicly available." The motion was rejected by a vote of 189-232. [HR 1430, Vote #205, 3/29/17; CQ, 3/29/17]

**Voted For Prohibiting The EPA From Proposing A Rule Unless The Scientific Information Backing It Up Is Publicly Available.** In March 2017, Walters voted for "passage of the bill that would prohibit the EPA from proposing, finalizing or disseminating a rule, regulation or standard unless the scientific and technical information on which the EPA's decisions relied is publicly available for independent analysis. It would require any personally identifiable information, trade secrets or sensitive business information to be redacted prior to the publication of the scientific information." The bill was passed by a vote of 228-194. [HR 1430, Vote #206, 3/29/17, CQ, 3/29/17]

**Voted Against Prohibiting Any Member Of The EPA Science Advisory Board From Being Employed By Any Interests Before The Board During That Person's Term And For Three Years After.** In March 2017, Walters voted against the "Foster, D-Ill., motion to recommit the bill the House Science, Space and Technology

Committee with instructions to report it back immediately with an amendment that would prohibit, both during and for three years following a term on the board, Science Advisory Board members from being employed by any entity with interests before the board." The motion was rejected by a vote of 189-233. [HR 1431, Vote #207, 3/30/17; CQ, 3/30/17]

**Voted For Establishing A Selection Process For EPA Science Advisory Board Members.** In March 2017, Walters voted for "passage of a bill that would establish a selection process for members of the EPA's Science Advisory Board. The bill would require the board's members represent a variety of scientific and technical viewpoints. It would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities. It would require the board to generally avoid making policy determinations or recommendations to the EPA." The bill was passed by a vote of 229-193. [HR 1431, Vote #208, 3/30/17; CQ, 3/30/17]

## Environmental Regulation

**Voted Against Requiring New Rules To Include Reports On Environmental Impact And Impacts On Low-Income And Rural Communities.** In January 2017, Walters voted against the "Grijalva, D-Ariz., amendment that would require agencies to include an accounting of greenhouse gas emission impacts associated with a rule in the report that would be required by the bill to be submitted to Congress. The report also would need to include an analysis of the rule's impacts on low-income and rural communities. If a rule would increase carbon equivalent emissions by 25,000 metric tons annually or possibly increase the risk of certain diseases to low-income or rural communities, then the rule would be considered a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 193-230. [HR 26, Vote #13, 1/5/17; CQ, 1/5/17]

**Voted Against An Amendment To HR 5 Striking The Bill's Requirement That The Forest Service And The Bureau Of Land Management Perform Regulatory Analyses.** In January 2017, Walters voted against the "Grijalva, D-Ariz., amendment that would remove provisions of the bill that would require the Forest Service and the Bureau of Land Management to conduct regulatory flexibility analyses, which describe the impact on small businesses, for land management plans." The amendment was rejected in Committee of the Whole by a vote of 185-236. [HR 5, Vote #43, 1/11/17; CQ, 1/11/17]

**Voted For Nullifying The Stream Protection Rule Which Protects Streams From Contamination By Surface Coal Mining Operations.** In February 2017, Walters voted for "Passage of the joint resolution that would nullify an Office of Surface Mining Reclamation and Enforcement rule that requires surface coal mining operations, to the extent possible, to avoid disturbing streams and land within 100 feet of the streams. The rule also includes provisions related to data collection and restoration and requires native trees and plants to be used to replant reclaimed mine sites." The resolution was passed by a vote of 228-194. [HJRes 41, Vote #73, 2/1/17; CQ, 2/1/17]

**Voted Against Exempting Rules Related To The Enforcement Of The Clean Air Act From The SCRUB Act.** In March 2017, Walters voted against the "Raskin, D-Md., amendment that would exempt from the bill's provisions rules related to the enforcement of the Clean Air Act." The amendment was rejected in Committee of the Whole by a vote of 189-231. [HR 998, Vote #110, 3/1/17; CQ, 3/1/17]

## Federal Land Management

**Voted For A Resolution Allowing Congress To More Easily Sell Federal Lands Without Concern For Taxpayer Costs, Establish Fines For Using Cameras On The House Floor.** In January 2017, Walters voted for the "Adoption of the resolution that would establish the rules of the House for the 115th Congress. Many of the rules that were in effect at the end of the 114th Congress would carry over. Among the rules changes, it would set monetary fines for using electronic devices on the House floor to take photos or videos." The resolution was adopted by a vote of 234-193. [HRes 5, Vote #6, 1/3/17; CQ, 1/3/17]

**HRes 5 Would "Make It Easier For Members Of The New Congress To Cede Federal Control Of Public Lands" Without Concern For Cost To U.S. Treasury.** "House Republicans on Tuesday changed the way Congress calculates the cost of transferring federal lands to the states and other entities, a move that will make it easier for members of the new Congress to cede federal control of public lands. The provision, included as part as a larger rules package the House approved by a vote of 233 to 190 during its first day in session, highlights the extent to which some congressional Republicans hope to change longstanding rules now that the GOP will control the executive and the legislative branches starting Jan. 20. […] Under current Congressional Budget Office accounting rules, any transfer of federal land that generates revenue for the U.S. Treasury — whether through energy extraction, logging, grazing or other activities — has a cost. If lawmakers wanted to give such land to a state, local government or tribe, they would have to account for that loss in expected cash flow. […] The immediate impact of the rules change is that lawmakers cannot raise a budgetary point of order if a land transfer bill comes to the floor. Under existing House rules, any measure that costs the U.S. Treasury money must be offset by either budget cuts or a revenue-raising provision." [Washington Post, 1/3/17]

**Voted For Nullifying A Bureau Of Land Management Rule Directing The Agency To Develop Management Plans For Public Lands And Include Public Opinion.** In February 2017, Walters voted for "passage of the joint resolution that would that would disapprove and nullify a Bureau of Land Management rule that amends the agency's procedures for the development of resource management plans for public lands. The rule directs BLM to design management plans that address resource issues in a number of programs related to wildfire prevention, wildlife habitat protection and demands for renewable and nonrenewable energy. The rule also provides additional opportunities for the public to submit information and comments on a plan revision or amendment." The resolution was passed by a vote of 234-186. [HJRes 44, Vote #83, 2/7/17; CQ, 2/7/17]

**Voted For Authorizing $1 Million For The Bureau Of Land Management To Survey The Boundary Along The Red River between Texas And Oklahoma.** In February 2017, Walters voted for "passage of the bill that would authorize $1 million for the Bureau of Land Management to pay for a survey to identify the boundary, with respect to title and ownership, along the Red River on the border between Texas and Oklahoma. It would require the survey use the gradient boundary method of measurement established in the Supreme Court case Oklahoma v. Texas and that the survey be completed within two years of the bill's enactment." The bill passed by a vote of 250-171. [HR 428, Vote #92, 2/14/17; CQ, 2/14/17]

**Voted For "Kill[ing] A Federal Rule That Gives Americans More Of A Voice In Large-Scale Planning For Projects Using Public Land. .** In February 2017, Walters voted for the "adoption of the rule (H Res 91) that would provide for House floor consideration of a joint resolution of (H J Res 44) that would nullify a Bureau of Land Management rule that modifies the BLM's process of assessing and planning the development of public lands by increasing public involvement." According to the Denver Post, "The U.S. House of Representatives on Tuesday voted to kill a federal rule that gives Americans more of a voice in large-scale planning for projects using public land […] [HJ Res 44] would nullify the Bureau of Land Management's 'Planning 2.0' rule that took effect in December. That rule governs all planning for future uses of 250 million acres of federal public land that is concentrated in the West." The rule was adopted by a vote of 233-186. [HJRes 44, Vote #82, 2/7/17; Denver Post, 2/7/17; CQ, 2/7/17]

## Other Votes

# Ethics & Government Reform

## Key Votes

### Trump Administration

**Voted For Requiring Major Party Candidates For President To Release Three Most Recent Tax Returns.** In April 2017, Walters voted for "Collins, R-Ga., motion to order the previous question (thus ending debate and

possibility of amendment) on the rule (H Res 275)." Upon defeat of the motion, Democrats planned to introduce an amendment to the rule that, "would make in order Ms. Eshoo's bill H.R. 305.  H.R. 305 would amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years.  This bill would ensure more transparency in the political process and provide the American people with additional information about the financial situation of a candidate for the office of the President" **A vote yes was a vote <u>against</u> requiring presidential candidates to release their tax returns.** The motion was agreed to by a vote of 237-186. [HR 305 (HRes 275), Vote #224, 4/26/17; CQ, 4/26/17]

**Voted For Blocking A Democratic Effort To Delay Tax Reform Until President Trump Releases His Tax Returns.** In April 2017, Walters voted for "on a motion to table (kill) the Jeffries, D-N.Y., motion to appeal the ruling of the Chair that the Jeffries resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The amendment passed 228 to 185. [Motion, Vote #219, 4/4/17; CQ, 4/5/17]

> **Rep. Hakeem Jeffries "Offered A Resolution… To Delay Consideration Of Tax Reform Legislation Until After Lawmakers Review Trump's Tax Returns."** "House Republicans on Wednesday blocked a Democratic effort to demand President Trump's tax returns for the sixth time in as many weeks. Rep. Hakeem Jeffries (D-N.Y.) offered a resolution directing the House to delay consideration of tax reform legislation until after lawmakers review Trump's tax returns and conclude how he could benefit from changes to the tax code." [The Hill, 4/5/17]

**Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "Flores, R-Texas, motion to table (kill) the Lofgren, D-Calif., motion to appeal the ruling of the Chair that the Lofgren resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-190. [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]

> **Republicans Blocked Procedural Effort To Obtain Trump's Tax Returns From The IRS.** "House Republicans on Tuesday blocked more attempts by Democrats to obtain President Donald Trump's tax returns from the IRS. House Democrats tried for a third and a fourth time to use procedural votes to pry loose Trump's returns. Republicans blocked both efforts, one on the House floor and the other in the House Ways and Means Committee. The House voted 228-190 on a mostly party-line vote to block the Democrats' effort. The Ways and Means Committee voted 24-16 to oppose the effort." [Associated Press, 3/28/17]

**Voted For Blocking Consideration Of Requiring Trump To Disclose His Tax Returns.** In March 2017, Walters voted for the "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 230)." A vote in favor is a vote against requiring Trump to release his tax returns. The motion was agreed to by a vote of 232-184. [HRes 230, Vote #199, 3/28/17; CQ, 3/28/17]

**Voted For Blocking Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Is Not A House Privilege.** In March 2017, Walters voted for the "Cheney, R-Wyo., motion to table (kill) the Polis, D-Colo., motion to appeal the ruling of the Chair that the Polis resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 230-189. [Motion, Vote #182, 3/22/17; CQ, 3/22/17]

**Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Crowley, D-N.Y., motion to appeal the ruling of the Chair that the Crowley resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 223-183. [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "Crowley's measure is similar to resolutions Democratic Reps. Bill Pascrell Jr. (N.J.) and Anna Eshoo (Calif.) offered on the House floor in recent weeks. It includes additional language that says the American public need to know more about Trump's business interests in order to 'ensure that all policies put forward by the Trump Administration solely benefit the American public and not his corporate business partners.' As was the case in past weeks, Crowley tried to offer the resolution as 'privileged,' meaning the House would have to act on it within two legislative days. But Rep. Mike Simpson (R-Idaho), who was presiding over the House, ruled that the measure was not privileged, and the vast majority of Republicans voted to table Crowley's appeal of that ruling, 223-183." [The Hill, 3/15/17]

**Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Eshoo, D-Calif., motion to appeal the ruling of the Chair that the Eshoo resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 227-186. [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "House Democrats on Tuesday furthered their push to force Republicans to take tough votes on President Trump, offering a resolution on the House floor to request Trump's tax returns for the second time in a little over a week. The resolution was blocked on a procedural vote of 227-186. […] Rep. Anna Eshoo (D-Calif.) offered a resolution on Tuesday instructing the House to request 10 years of Trump's tax returns so that they can be considered by the House Ways and Means Committee in a closed session." [The Hill, 3/7/17]

**Voted For Blocking Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In June 2016, Walters voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 224-191. A vote against the previous question would have allowed the bill to be considered. [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]

**Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In February 2017, Walters voted for "McCarthy, R-Calif., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 229-185. [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "A House Democratic lawmaker attempted Monday to force a House floor vote on a resolution to request President Trump's tax returns, but the effort failed on a party line vote, 229-185, with two Republicans voting 'present.' The move was the latest in a series of Democratic efforts to push Congress to request Trump's tax returns, and Democrats demanded a roll call vote to force Republicans to go on the record. […] Rep. Bill Pascrell (D-N.J.) offered a resolution that would have directed the House to request 10 years of Trump's tax returns, have the House Ways and Means Committee review them in a closed session and then vote to send the information in the returns to the full House." [The Hill, 2/27/17]

**Voted For Blocking Consideration Of The Presidential Tax Transparency Act.** In January 2017, Walters voted for the "Cheney, R-Wyo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 55) that would provide for House floor consideration of the bill that would permanently prohibit the use of federal funds to pay for abortion services or health insurance plans that include coverage for abortions. It also would bar the District of Columbia from using its own local funds to provide or pay for abortions." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 305, the Presidential Tax Transparency Act." A vote yes was a

vote to block the Presidential Transparency Act. The motion was agreed to by a vote of 233-187. [HRes 55, Vote #62, 1/24/17; CQ, 1/24/17; Democratic Leader—Previous Questions, 1/24/17]

## Walters voted for Allowing Politicization Of The National Security Council

**Voted For Blocking An Amendment To Prohibit Members Of The Administration Whose Primary Function Is Political From Being Appointed To The National Security Council.** In February 2017, Walters voted for the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 99)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the National Security Act of 1947 to prohibit any individual whose primary responsibility is political in nature from being designated a member of the Council.  Further, the bill expresses the sense of Congress that the Director of National Intelligence or the Chairman of the Joint Chiefs of Staff should not be prevented from attending Principals Committee meetings." A yes vote was a vote to block the amendment. The motion was agreed to by a vote of 225-189. [HRes 99, Vote #89, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

> **January 2017: President Trump Designated Political Advisor Steve Bannon To A Full Seat On The "Principals Committee" Of The National Security Council, Elevating His Informal Rank To The Equivalent Of A Cabinet-Level Secretary.** "The whirlwind first week of Donald J. Trump's presidency had all the bravura hallmarks of a Stephen K. Bannon production. […] But the defining moment for Mr. Bannon came Saturday night in the form of an executive order giving the rumpled right-wing agitator a full seat on the "principals committee" of the National Security Council — while downgrading the roles of the chairman of the Joint Chiefs of Staff and the director of national intelligence, who will now attend only when the council is considering issues in their direct areas of responsibilities. It is a startling elevation of a political adviser, to a status alongside the secretaries of state and defense, and over the president's top military and intelligence advisers. In theory, the move put Mr. Bannon, a former Navy surface warfare officer, admiral's aide, investment banker, Hollywood producer and Breitbart News firebrand, on the same level as his friend, Michael T. Flynn, the national security adviser, a former Pentagon intelligence chief who was Mr. Trump's top adviser on national security issues before a series of missteps reduced his influence." [New York Times, 1/29/17]

> **Former George W. Bush Chief Of Staff Josh Bolten Criticized Bannon's Designation To The NSC, Said The NSC's Actions Should "Not BE Tainted BY Any Political Decisions."** "Former White House officials in both parties were shocked by the move. 'The last place you want to put somebody who worries about politics is in a room where they're talking about national security,' said Leon E. Panetta, a former White House chief of staff, defense secretary and C.I.A. director in two Democratic administrations. 'I've never seen that happen, and it shouldn't happen. It's not like he has broad experience in foreign policy and national security issues. He doesn't. His primary role is to control or guide the president's conscience based on his campaign promises. That's not what the National Security Council is supposed to be about.' That opinion was shared by President George W. Bush's last chief of staff, Josh Bolten, who barred Karl Rove, Mr. Bush's political adviser, from N.S.C. meetings. A president's decisions made with those advisers, he told a conference audience in September, 'involve life and death for the people in uniform" and should "not be tainted by any political decisions.'" [New York Times, 1/29/17]

## Walters Voted X Times [For/Against] Holding Trump Accountable On Conflicts Of Interest

**Voted For Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** In April 2017, Walters voted for "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 280)." Upon defeat of the motion, Democrats planned to offer a resolution that, "would direct certain officials of the Trump Administration to provide information to the House of Representatives that will enable the House to meet its constitutional responsibility to conduct oversight of the Trump Administration by investigating potential conflicts of interests of President Donald J. Trump." **A vote yes was a vote against the Democrats' resolution.** The motion was agreed to by a vote of 230-193. [HRes 280, Vote #229, 4/27/17; CQ, 4/27/17]

**Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** In March 2017, Walters voted against the "Jayapal, D-Wash., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would prohibit the president from making public communications that refer to a business in which the president has an equity interest and would prohibit the president from publically advocating on behalf of such business interests." The motion was rejected by a vote of 189-232. [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]

**Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** In March 2017, Walters voted against the "Raskin, D-Md., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions rules related to laws governing potential conflicts of interest and financial disclosures for executive branch employees, and would exempt rules related to bribery." The motion was rejected by a vote of 190-235. [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]

**Voted For Blocking Consideration Of HR 371, A Bill Addressing Financial Conflicts Of Interest Of The President And Vice President.** In January 2017, Walters voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 40)." According to Democratic Leader Nancy Pelosi's Office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 371, to address financial conflicts of interest of the President and Vice President." A yes vote was a vote to block the resolution. The motion was agreed to by a vote of 232-168. [HRes 40, Vote #32, 1/11/17; CQ, 1/11/17; Democratic Leader—Previous Questions, 1/11/17]

## Transparency

**Voted For Requiring Fannie Mae And Freddie Mac To Comply With FOIA While Under Conservatorship.** In April 2017, Walters voted for "Adoption of the rule (H Res 280) that would provide for House floor consideration of the bill that would require that Fannie Mae and Freddie Mac comply with the agency requirements of the Freedom of Information Act while they are under the conservatorship of the federal government. It would waive, through the calendar day of April 29, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules through the calendar day of April 29, 2017." The rule was adopted by a vote of 226-192. [HRes 280, Vote #230, 2/27/17; CQ, 2/27/17]

### Other Votes

### Whistleblower Protections

**Voted Against Exempting Rules Related To Whistleblower Protections From The SCRUB Act.** In March 2017, Walters voted against the "Cummings, D-Md., amendment that would exempt from the bill's provisions rules related to whistleblower protections and rules related to penalties for retaliation against whistleblowers." The amendment was rejected in Committee of the Whole by a vote of 194-231. [HR 998, Vote #112, 3/1/17; CQ, 3/1/17]

# Financial Issues

### Key Votes

### Other Votes

**Voted For Allowing Consideration Of A Bill To Permit More Securities To Be Used For Employee Compensation Without Disclosing Some Information To Investors .** In April 2017, Walters voted for the "adoption of the rule (H Res 240) that would provide for House floor consideration of the bill that would direct the Securities and Exchange Commission to increase from $5 million to $10 million the annual amount of securities that privately-held companies can sell for employee compensation without needing to disclose certain information to investors." The amendment passed 238 to 177. [HR 240, Vote #214, 4/4/17; CQ, 4/4/17]

**Voted For Allowing Consideration Of A Bill To Permit More Investors To Join In On A Venture Capital Fund .** In April 2017, Walters voted for the " adoption of the rule (H Res 242) that would provide for House floor consideration of the bill that would increase from 100 to 250 the number of accredited investors who can form a venture capital fund to invest in small businesses." The amendment passed 240 to 181. [HR 242, Vote #218, 4/5/17; CQ, 4/5/17]

**Voted For Passage Of HR 79, Which Amends The Securities Act of 1933 To Ensure That Start-Ups Do Not Inadvertently Violating SEC Regulations Governing General Solicitation Of Potential Investors.** In January 2017, Walters voted for "passage of the bill that would direct the Securities and Exchange Commission to revise regulations to exempt presentations made at certain events where businesses offer unregistered securities in the private market from a requirement that companies verify that individuals attending are accredited investors. The exemption from the verification requirement would apply to presentations made at events sponsored by: government entities, colleges, nonprofit groups, angel investor groups, venture capital associations, trade associations or any additional group that the SEC determines by regulation. Specific information related to the offering of securities could not be distributed at such events, other than information such as the type and amount of securities offered." The bill passed by a vote of 344-73. [HR 79, Vote #31, 1/10/17; CQ, 1/10/17]

**Voted Against An Amendment Allowing Securities Advertisers To Disclose Risks Rather Than Verifying Individuals As Accredited Investors.** In January 2017, Walters voted against the "Velazquez, D-N.Y., amendment that would require sponsors of events to provide attendees with a disclosure that would describe the event and the risks of investing in the advertised securities in order for the event to be exempt from the requirement that companies verify that individuals attending are accredited investors." The amendment was rejected in Committee of the Whole by a vote of 167-249. [HR 79, Vote #29, 1/10/17; CQ, 1/10/17]

**Voted Against An Amendment To HR 79 Regulating The Fees Event Sponsors Could Collect.** In January 2017, Walters voted against the "Clay, D-Mo., for Waters, D-Calif., amendment that would prohibit sponsors of events from receiving compensation for either introducing investors attending the event to issuers or for negotiating investments in order for the event to be exempt from the requirement that companies verify that individuals attending are accredited investors." The amendment was rejected in Committee of the Whole by a vote of 163-253. [HR 79, Vote #30, 1/10/17; CQ, 1/10/17]

**Voted For Passage Of HR 78, The SEC Regulatory Accountability Act.** In January 2017, Walters voted for "passage of the bill that would require the Securities and Exchange Commission to conduct cost-benefit analyses of proposed regulations. It also would direct the commission to assess costs and benefits of alternatives, including the option of not regulating. It would require the SEC to, within two years of issuing rules with an annual cost more than $100 million, review whether these rules have met their goals. It also would require the SEC to periodically review existing rules and modify or repeal those found ineffective or excessively burdensome." The bill passed by a vote of 243-184. [HR 78, Vote #51, 1/12/17; CQ, 1/12/17]

**Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC To Address Potential Conflicts Of Interest Related To Its Rulemaking.** In January 2017, Walters voted against the "Green, D-Texas, for Waters, D-Calif., amendment that would require the Securities and Exchange Commission, before issuing a regulation, to identify former employers of commissioners and senior staff that would receive any benefit from a proposed regulation. The commission would need to determine whether the proposal should be amended to remedy a conflict of interest. It also would set similar requirements regarding conflicts of interest related to employers of certain former commissioners and senior staff." The amendment was rejected in Committee of the Whole by a vote of 192-233. [HR 78, Vote #46, 1/12/17; CQ, 1/12/17]

**Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Exempting Regulations Issued To Maintain U.S. Financial Stability.** In January 2017, Walters voted against the "Green, D-Texas, amendment that would exempt regulations issued to maintain or support U.S. financial stability." The amendment was rejected in Committee of the Whole by a vote of 191-232. [HR 78, Vote #47, 1/12/17; CQ, 1/12/17]

**Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC Chairman And His Or Her Family To Divest From Banks Regulated By The Commission.** In January 2017, Walters voted against the "DeSaulnier, D-Calif., amendment that would require the chairman of the Securities and Exchange Commission and the individual's immediate family members divest securities in financial institutions regulated by the commission before the bill's requirements for cost-benefit analysis of new rules and review of existing rules could take effect." The amendment was rejected in Committee of the Whole by a vote of 194-233. [HR 78, Vote #48, 1/12/17; CQ, 1/12/17]

**Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC Chairman And Commissioners Undergo Ethics Training.** In January 2017, Walters voted against the "Raskin, D-Md., amendment that would require the chairman and commissioners of the Securities and Exchange Commission undergo conduct and ethical standards training in relation to prior employment at financial institutions before the bill's requirements for cost-benefit analysis of new rules and review of existing rules could take effect." The amendment was rejected in Committee of the Whole by a vote of 196-231. [HR 78, Vote #49, 1/12/17; CQ, 1/12/17]

**Voted Against Requiring The SEC To Consider Whether Market Participants Would Have Incentive To Relocate Outside The U.S.** In January 2017, Walters voted against the "Bustos, D-Ill., motion to recommit the bill to the House Financial Services Committee with instructions to report back immediately with an amendment that would require the Securities and Exchange Commission, in determining the costs and benefits of proposed regulations, to consider whether market participants would have incentive to relocate outside the United States." The motion was rejected by a vote of 195-232. [HR 78, Vote #50, 1/12/17; CQ, 1/12/17]

**Voted For Passage Of HR 238, The Commodity End-User Relief Act, Reauthorizing Operations Of The Commodity Futures Trading Commission.** In January 2017, Walters voted for "passage of the bill that would reauthorize operations of the Commodity Futures Trading Commission through fiscal 2021 at $250 million annually. It would amend the 2010 Dodd-Frank financial regulatory overhaul to modify and clarify how the commission is to regulate derivatives and swaps. For example, it would modify certain requirements for end users of derivatives, such as farmers and utilities that use derivatives to hedge risk, to ensure they are not subject to the same requirements as entities whose main business derives from swaps. The measure would require the commission to conduct cost-benefit analyses of its proposed rules. As amended, it would exempt all inter-affiliate transactions from being regulated as swaps." The bill passed by a vote of 239-182. [HR 238, Vote #54, 1/12/17; CQ, 1/12/17]

**Voted For An Amendment To HR 238, The Commodity End-User Relief Act, Removing Provisions That Designate How The Commodity Futures Trading Commission Is To Limit Excessive Speculation.** In January 2017, Walters voted for the "Conaway, R-Texas, amendment that would remove provisions in existing law that specifically designate how the Commodity Futures Trading Commission is to limit excessive speculation." The amendment was adopted in Committee of the Whole by a vote of 236-191. [HR 238, Vote #52, 1/12/17; CQ, 1/12/17]

# Fishing

## Key Votes

**Other Votes**

# Foreign Policy

**Key Votes**

### Russian Interference In The 2016 Election

**Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** In April 2017, Walters voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from applying to any individual that withheld information from Congress related to an investigation regarding individuals influencing the outcome of the 2016 U.S. presidential election." The motion was rejected 228-185. [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]

**Voted For Blocking The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** In March 2017, Walters voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board." A vote in favor is a vote to prevent investigation into Russia's interference in the 2016 election. The motion was agreed to by a vote of 232-191. [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]

**Voted For Blocking Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** In March 2017, Walters voted for the "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 229)." A vote in favor of the motion is a vote to block consideration of a bipartisan bill, The Presidential Tax Transparency Act. The motion was agreed to by a vote of 231-189. [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]

**Voted For Blocking Consideration Of A Rule Establishing The National Commission On Foreign Interference In The 2016 Election.** In March 2017, Walters voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 156)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference ll Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-189. [HRes 156, Vote #115, 3/1/17; CQ, 3/1/17; Democratic Leader—Previous Questions, 3/1/17]

**Voted For Blocking The Establishment Of The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 123)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-190. [HRes 123, Vote #93, 2/15/17; CQ, 2/15/17; Democratic Leader—Previous Questions, 2/15/17]

**Voted For Blocking The Establishment Of A National Commission On Foreign Interference In The 2016 Election.** In February 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 116)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 227-188. [HRes 116, Vote #90, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

**Voted For Blocking Consideration Of A Bill Establishing The National Commission On Foreign Interference In The 2016 Election.** In January 2017, Walters voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 33) that would provide for House floor consideration of the bill (HR 79) that would exempt certain events from a Securities and Exchange Commission requirement that calls for verification that attendees are accredited investors, and a bill (HR 5) that would modify the federal rule-making process by codifying certain requirements, including a requirement that agencies estimate the cost of proposed regulations, and would subject rules likely to cost more than $100 million or $1 billion annually to additional procedural steps." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 234-179. [HRes 33, Vote #26, 1/10/17; CQ, 1/10/17; Democratic Leader—Previous Questions, 1/10/17]

## Other Votes

### Israel-Palestine

**Voted For Blocking Consideration Of A Resolution To Express The House's Support For A Two-State Solution To The Israeli-Palestinian Conflict.** In January 2017, Walters voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 22)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of H. Res. 23, which would express the sense of the House and reaffirm the United States policy in support of a two-state solution to the Israeli-Palestinian conflict." A yes vote was a vote to block consideration of the resolution. The motion was agreed to by a vote of 235-188. [HR 22, Vote #9, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/15/17]

**Voted For Expressing The House's Opposition To A U.N. Security Council Resolution Criticizing Expansion Of Israeli Settlements In Unoccupied Areas.** In January, 2017, Walters voted for "adoption of the resolution that would express the House's opposition to a U.N. Security Council resolution that criticized continued expansion of Israeli settlements in occupied areas" on the grounds that the U.N. Security Council Resolution was an obstacle to Israel-Palestinian peace. A yes vote was a vote to block criticism of the resolution. The resolution was adopted by a vote of 342-80. [HRes 11, Vote #11, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/5/17]

### Russia

**Voted Against A Motion Prohibiting The CFTC From Considering Foreign Swaps Regulatory Requirements Of Governments Found To Have Engaged In Cyber-Attacks On U.S. Elections.** In January 2017, Walters voted against the "Langevin, D-R.I., motion to recommit the bill to the House Agriculture Committee with instructions to report back immediately." According to Democratic Leader Nancy Pelosi's office, "Democrats' Motion to Recommit would prohibit the Commodity Futures Trading Commission from considering the swaps regulatory requirements of a foreign jurisdiction as comparable to United States swaps requirements, if the Director of National Intelligence has found that foreign jurisdiction engaged in cyber-attacks targeting any election in the United States." The motion was rejected by a vote of 190-235. [HR 238, Vote #53, 1/12/17; DemocraticLeader.gov, 1/12/17; CQ, 1/12/17]

## Guns

**Voted For Blocking The Social Security Administration From Sharing Information With The National Instant Criminal Background Check System On People With Mental Disorders In Order To Prevent Them From Purchasing Firearms.** In February 2017, Walters voted for "passage of the joint resolution that would nullify a Social Security Administration rule that outlines reporting of information by the agency for inclusion in

the National Instant Criminal Background Check System for gun purchases about certain non-elderly individuals with mental impairments who receive disability insurance or Supplemental Security Income benefits and use a "representative payee" because they cannot manage their benefit payments." The resolution was passed by a vote of 235-180. [HJRes 40, Vote #77, 2/2/17; CQ, 2/2/17]

**Voted For Prohibiting A Veterans Affairs Department Determination That An Individual Is Mentally Incompetent From Preventing The Individual From Buying A Gun.** In March 2017, Walters voted for "passage of the bill that would prohibit a Veterans Affairs Department determination that an individual is mentally incompetent from being used as basis for that individual's inclusion in the National Instant Criminal Background Check System, which would thereby prevent the individual from purchasing a gun. Under the measure, an individual could not be considered to be mentally defective without a judicial authority's finding that the individual poses a danger to himself or herself or others." The bill passed by a vote of 240-175. [HR 1181, Vote #169, 3/16/17; CQ, 3/16/17]

# Health Care

## Key Votes

## ACA Repeal & The Republican Health Care Bill

**Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Walters voted for "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

**Voted For Repealing The Republican Provision Exempting Members Of Congress From The Republican Health Care Bill.** In May 2017, Walters voted for "Passage of the bill would repeal, if the health care overhaul measure (HR 1628) is enacted, an exemption for members of Congress and staff from provisions of the health care overhaul measure that would allow state waivers of certain health insurance minimum benefit and patient protection requirements under the 2010 health care overhaul." The bill was passed by a vote of 429-0. [HR 2192, Vote #255, 5/4/17; CQ, 5/4/17]

**Voted For Blocking An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Walters voted for "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 308) that would provide for House floor consideration of the bill (HR 2192) that would repeal, if the health care marketplace overhaul measure (HR 1628) is enacted" Upon defeat of the motion, Democrats planned to offer an amendment that "The amendment would restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of

individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income. Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." **A vote yes was a vote to block the amendment.** The motion was agreed to by a vote of 235-193. [HRes 308, Vote #252, 5/4/17; CQ, 5/4/17]

**Voted For Blocking An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Walters voted for "Cole, R-Okla., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill." Upon defeat of the motion, Democrats planned to offer an amendment to the bill that would, "restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income. Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." **A vote yes was a vote to block the amendment.** The motion was agreed to by a vote of 231-192. [HRes 305, Vote #246, 5/3/17; CQ, 5/3/17]

**Voted For Blocking Consideration Of Democratic Objection To The AHCA.** In March 2017, Walters voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 228) would provide for consideration of the bill that would repeal extensive portions of the 2010 health care overhaul law." A vote for is a vote to block points of order and objections against provisions of the bill. The motion was agreed to by a vote of 236-186. [HRes 228, Vote #191, 3/24/17; CQ, 3/24/17]

**Voted Against Protecting Seniors By Prohibiting Health Insurance Companies From Varying Premiums By Age.** In March 2017, Walters voted against the "Rosen, D-Nev., motion to recommit the bill to the House Judiciary Committee and report it back immediately with an amendment that would prohibit companies that issue health insurance from varying the premiums for health insurance by age in a way that would increase health care premiums for individuals over the age of 55 to be more than three times greater than the premiums for individuals under the age of 21." The motion was rejected by a vote of 189-233. [HR 372, Vote #183, 3/22/17; CQ, 3/22/17]

**Voted For Blocking A Requirement That A CBO Cost Estimate Be Made Publicly Available Before Considering Any Legislation To Repeal Or Replace The Affordable Care Act.** In March 2017, Walters voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 210) that would provide for House floor consideration of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations." Rep. Jared Polis (D-CO) described the vote in a floor speech, saying, "If we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to that legislation, to be made publicly

available before the bill may be considered on the House floor." A vote against is a vote to allow the Democratic minority to offer an alternative plan. The motion was agreed to by a vote of 233-186. [HRes 210, Vote #179, 3/21/17; Congressional Record, Pages H2260-H2267, 3/21/17; CQ, 3/21/17]

**Voted Against Exempting From The Bill Any Rule Prohibiting Insurance From Eliminating Health Coverage For Dependents Younger Than Twenty-Six.** In January 2017, Walters voted against the "Murphy, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt from the bill any rule prohibiting an insurance issuer from eliminating health coverage for dependents younger than 26 years old." The motion was rejected by a vote of 190-235. [HR 26, Vote #22, 1/5/17; CQ, 1/5/17]

> **The Purpose Of HR 26 Is To Increase Accountability For And Transparency In The Federal Regulatory Process By Requiring Congress To Approve All New Major Regulations.** "This bill states that its purpose is to increase accountability for and transparency in the federal regulatory process by requiring Congress to approve all new major regulations. The bill revises provisions relating to congressional review of agency rulemaking to require federal agencies promulgating rules to: (1) identify and repeal or amend existing rules to completely offset any annual costs of new rules to the U.S. economy…" [HR 26, Summary, 1/5/17]

**Voted Against Substituting An Amendment In The Fiscal 2017 Budget Resolution That Would Prevent The Senate From Repealing The ACA With A Simple Majority Vote.** In January 2017, Walters voted against the "Yarmuth, D-Ky., substitute amendment that does not contain any reconciliation instructions, and thus would not trigger a process in which the Senate could pass legislation to repeal the 2010 health care law by a simple majority vote. The amendment would allow $3.3 trillion in new budget authority for fiscal 2017 and would provide for the revision of allocations for unspecified legislation related to additional infrastructure investments and tax overhaul if the measure would not increase the deficit." The amendment was rejected in Committee of the Whole by a vote of 149-272. [S Con Res 3, Vote #57; CQ, 1/13/17]

**Voted For Blocking An Amendment To Require A CBO Score For Any Legislation Or Amendments Repealing The Affordable Care Act Before The Legislation Could Be Considered.** In March 2017, Walters voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 209) that would provide for House floor consideration of a bill that would eliminate most of the federal antitrust exemptions for health insurance providers that are subject to regulation at the state level." According to Rep. Jared Polis (D-CO), "if we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to that legislation to be made publicly available before the bill may be considered on the House floor." A yes vote was a vote to block the amendment. The motion was agreed to be a vote of 231-185. [HRes 209, Vote #176, 3/21/17; Congressional Record, H2255, 3/21/17; CQ, 3/21/17; Democratic Leader—Previous Questions, 3/21/17]

**Voted Against An Amendment To HR 5 Ensuring That Any Rule Protecting Public Health Is Exempted From The Requirements Of The Act.** In January 2017, Walters voted against the "Castor, D-Fla., amendment that would exempt rules that will result in reduced incidence of cancer, early death or respiratory disease among children or seniors. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 189-231. [HR 5, Vote #37, 1/11/17; CQ, 1/11/17]

**Voted Against A Motion To Protect Individuals From Discrimination In The Health Insurance Marketplace Based On Gender Or Pre-Existing Conditions, Protect Seniors From Higher Premiums And Out-Of-Pocket Costs Under Medicare Part D.** In January 2017, Walters voted against the "Castor, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would add an exemption to the bill for rules that prohibit health insurance companies from discriminating against individuals based on gender or preexisting conditions. The amendment also would exempt from the measure rules

that prohibit higher premiums or out-of-pocket costs for seniors for medication under the Medicare Part D prescription drug program." The motion was rejected by a vote of 183-236. [HR 21, Vote #7, 1/4/17; CQ, 1/4/17]

**Voted For Moving Forward With The Republican Health Care Repeal Bill And Eliminate The Non-Application Of Certain State Waiver Provisions To Members Of Congress And Congressional Staff.** In May 2017, Walters voted for "Adoption of the rule (H Res 308) that would provide for House floor consideration of the bill (HR 2192) that would repeal, if the health care overhaul measure (HR 1628) is enacted, an exemption for members of Congress and staff from provisions of the health care overhaul measure that would allow state waivers of certain health insurance minimum benefit and patient protection requirements under the 2010 health care overhaul. It would also provide for House floor consideration of the bill (HR 1628) that would repeal extensive portions of the 2010 health care overhaul law. Upon adoption, the rule would provide for the automatic adoption of amendments to the bill (HR 1628) that would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The resolution was adopted by a vote of 235-192. [HRes 308, Vote #253, 5/4/17; CQ, 5/4/17]

**Voted For Providing For Consideration Of A Bill Repealing Extensive Portions Of The ACA.** In March 2017, Walters voted for "adoption of the rule (H Res 228) would provide for consideration of the bill that would repeal extensive portions of the 2010 health care overhaul law. Upon adoption, the rule would automatically modify the bill to incorporate amendments that would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards." A vote in favor is a vote to allow for the repeal of the Affordable Care Act. The rule was adopted by a vote of 230-194. [HRes 228, Vote #192, 3/24/17; CQ, 3/24/17]

**Voted For Allowing Consideration Of Legislation To Undermine The ACA, Jeopardizing Coverage And Costs For Consumers.** In January 2017, Walters voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment) on the resolution (H Res 5) that would establish the rules of the House for the 115th Congress." A vote against the previous question was to "prevent legislation from being considered that would 1.) deny health coverage or require higher premiums due to pre-existing conditions; 2.) allow life-time limits on health coverage; 3.) prevent individuals under age 26 from being covered under their parents' plans; 4.) reduce the number of people receiving health care under ACA; 5.) increase costs to seniors by re-opening the donut hole and raising prescription drug costs; 6.) require people to pay for preventive services, including cancer screenings; Reduce Medicare solvency or change the Medicare guarantee; or 7.) reduce federal taxes on the 1 percent of the population with the highest incomes or increase taxes on the 80 percent of hard-working Americans earning moderate to low incomes.force the vote on career education in manufacturing." A yes vote was a vote to allow consideration of ACA repeal. The motion was agreed to by a vote of 237-193. [HRes 5, Vote #4, 1/3/17; CQ, 1/3/17; Democratic Leader—Previous Questions, 1/3/17]

**Voted For Beginning The Process Of Repealing Affordable Care Act.** "The House of Representatives began the process of dismantling the Affordable Care Act on Friday, approving a budget resolution on a mostly party line vote. The vote was 227-198. The Senate passed the measure earlier this week. It allows Republicans on Capitol Hill to use a process known as 'budget reconciliation' to roll back major parts of the health care law. Top Republican leaders are also saying they plan to move to replace Obamacare along the same track, but they are still struggling to come up with the details on how it will work." [SConRes 3, Vote #58, 1/13/17; CNN, 1/3/17]

**Voted For Eliminating Most Of The Federal Antitrust Exemptions For Health Insurance Providers Subject To State-Level Regulation.** In March 2017, Walters voted for "adoption of the rule (H Res 209) that would provide for House floor consideration of a bill that would eliminate most of the federal antitrust exemptions for health insurance providers that are subject to regulation at the state level. The bill would allow federal regulators to take actions against insurers for coordinated activities that could harm consumers." The rule was adopted by a vote of 234-182. [HRes 209, Vote #177, 3/21/17; CQ, 3/21/17]

**Voted For Waiving The Two-Thirds Vote Requirements To Consider Legislation On The Same Day It Is Reported From The House Rules Committee Through March 27th.** In March 2017, Walters voted for "adoption of the rule (H Res 221) that would waive, through the legislative day of March 27, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules through the calendar day of March, 26, 2017. A vote for the motion would allow the Republicans to rush a vote on consideration of their health care bill. The rule was adopted by a vote of 227-189. [HRes 221, Vote #189, 3/23/17; CQ, 3/23/17]

**Voted For Blocking Consideration Of Maintaining The Usual Two-Thirds Vote Requirement To Consider Legislation On The Same Day It Is Reported From The House Rules Committee.** In March 2017, Walters voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 221) that would waive, through the legislative day of March 27, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules through March, 26, 2017." A vote for the motion would allow the Republicans to rush a vote on consideration of their health care bill. The motion was agreed to by a vote of 233-185. [HR 1101, Vote #188, 3/23/17; CQ, 3/23/17]

**McGovern: The PQ Would Block "A Martial Law Rule That Will Allow Republicans To Rush Their" ACA Repeal Bill "To The Floor."** According to Representative McGovern (MA-3), "We aren't here to debate that because Republican leadership and the White House are huddled behind closed doors as we speak, making deals that will have very real, very serious, very dangerous consequences for millions of Americans. Instead, we are here to debate a martial law rule that will allow Republicans to rush their bill with its brand-new backroom deals to the floor today without any proper deliberation. As a matter of fact, it would let them rush any bill to the floor today, or any day through Monday. It is a blanket martial law rule that lasts past the weekend--not specific to their healthcare bill, and not even specific to the topic of health care." [Congressional Record, 3/23/17]

---

## Other Votes

---

## Major Rules

---

**Voted Against Excluding Any Rule That Results In Reduced Incidence Of Diseases In Children From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "Castor, D-Fla., amendment that would exclude rules that would result in reduced incidence of cancer, early death, asthma attacks or respiratory disease in children from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-233. [HR 26, Vote #14, 1/5/17; CQ, 1/5/17]

**A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Voted Against Excluding Any Rule Related To Public Health Or Safety From Being Defined As A "Major Rule."** "In January 2017, Walters voted against the "Cicilline, D-R.I., amendment that would exclude rules related to the protection of public health or safety from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 186-232. [HR 26, Vote #15, 1/5/17; CQ, 1/5/17]

**A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Voted Against Excluding Any Rule Pertaining To Workplace Health And Safety From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "Scott, D-Va., amendment that would exclude from the bill's provisions rules made by the Occupational Safety and Health Administration or the Mine Safety and Health Administration related to the prevention of traumatic injury, cancer or irreversible lung disease." The amendment was rejected in Committee of the Whole by a vote of 193-232. [HR 26, Vote #20, 1/5/17; CQ, 1/5/17]

**A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

## Health Insurance

**Voted For Eliminating "Stop-Loss" Insurance As Federally Recognized Health Care Insurance.** In April 2017, Walters voted for the "adoption of the rule (H Res 241) that would provide for House floor consideration of the bill that would establish that 'stop-loss' insurance, coverage that protects businesses from certain large financial risks associated with providing insurance, would not be considered health care insurance under federal law." The amendment passed 234 to 184. [HR 241, Vote #212, 4/4/17; CQ, 4/4/17]

**Voted For Exempting Health Care Plans Sponsored By Trade And Business Associations From Most State Laws And Regulations.** In March 2017, Walters voted for "passage of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations. The bill would allow an association sponsoring a health care plan to have full discretion to choose the health benefits included in the plan, as long as the plan would still meet certain statuary minimums. The sponsored health care plans could not make membership, payment or coverage conditional on factors related to the health of a member company's employees." The bill passed by a vote of 236-175. [HR 1101, Vote #186, 3/22/17; CQ, 3/22/17]

**Voted For Providing Consideration For A Bill Exempting Health Care Plans Sponsored By Trade And Business Associations From Most State Laws And Regulations.** In March 2017, Walters voted for the "adoption of the rule (H Res 210) that would provide for House floor consideration of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations. The bill would allow the association sponsoring a health care plan to have full discretion to choose the health benefits included in the plan, as long as the plan would still meet certain statuary minimums." The rule was adopted by a vote of 233-186. [HRes 210, Vote #180, 3/21/17; CQ, 3/21/17]

**Voted Against Requiring Association Health Plans To Provide Coverage For Substance Abuse Disorder Treatments.** In March 2017, Walters voted against the "Shea-Porter, D-N.H., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would require association health plans to provide coverage for substance abuse disorder treatments." The motion was rejected by a vote of 179-233. [HR 1101, Vote #185, 3/22/17; CQ, 3/22/17]

## Homeland Security

### Key Votes

### Other Votes

## House Administration & Member Perks

### Key Votes

### Other Votes

**On/Did Not Vote On}} Electing Paul Ryan Speaker Of The House.** In January 2017, Walters not vote on}} the Nomination of Paul D. Ryan, D-Wis., and Nancy Pelosi, D-Calif., for Speaker of House of Representatives for the 115th Congress." Ryan was elected by a vote of 239-189. [Vote #2, 1/3/17; CQ, 1/3/17]

## Housing

### Key Votes

### Other Votes

## Immigration

### Key Votes

### Walters Voted 3 Times [For/Against] Blocking Trump's Muslim Ban

**Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In January 2017, Walters voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 70)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 236-183. [HRes 70, Vote #68, 1/30/17; CQ, 1/30/17; Democratic Leader—Previous Questions, 1/30/17]

**Voted For Blocking Consideration Of An Act To Nullify Trump's Immigration Executive Order.** In February 2017, Walters voted for the "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 71)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 231-191. [HRes 71, Vote #70, 2/1/17; CQ, 2/1/17; Democratic Leader—Previous Questions, 2/1/17]

**Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In February 2017, Walters voted for the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 74)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would bring up HR 724, the Statue of Liberty Values Act, offered by Congresswoman Zoe Lofgren, which would give the Republican Congress a second chance in as many days to defund and rescind President Trump's unconstitutional and dangerous ban." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 230-188. [HRes 74, Vote #74, 2/2/17; CQ, 2/2/17; Democratic Leader—Previous Questions, 2/2/17]

| Other Votes |
| --- |

| **Jobs** |
| --- |

| Key Votes |
| --- |

| Other Votes |
| --- |

| **Labor** |
| --- |

| Key Votes |
| --- |

**Voted For Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time.'** In May 2017, Walters voted for "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees would be required to have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of compensatory time and employers would be required to provide monetary compensation by Jan. 31, for any unused compensatory time accrued during the preceding year. The bill's provisions would sunset five years after enactment." The bill was passed by a vote of 229-197. [HR 1180, Vote #244, 5/2/17; CQ, 5/2/17]

**NBC News: Democrats Opposed The Bill, Saying It Weakened Worker Protections And Could Allow Employers, Who Would Have Final Say On Scheduled Comp Time, To "Kick The Can Down The Road On Money You Earned Putting In Extra Hours."** "The House of Representatives passed a bill Tuesday that would allow employees to swap overtime pay for "comp time," a rules change congressional Republicans have tried to push through for more than two decades. […] Where do the Democrats stand? They really don't like this bill. Many progressives in the House argue that the proposal would chip away at protections for hardworking Americans and undermine the Fair Labor Standards Act. The measure, among other rules, would give employers the final say on when comp time can be used. In other words, House Dems fear, your boss could conceivably kick the can down the road on money you earned putting in extra hours. Massachusetts Sen. Elizabeth Warren, a fierce advocate for workers' rights, blasted the bill as a 'disgrace.'" [NBC News, 5/3/17]

**Voted Against Blocking Protections From The Bill For Employees Who Receive Seven Or More Sick Days From Their Employers, Which Can Be Used To Seek Care For Pre-Existing Medical Conditions.** In May 2017, Walters voted against "Scott, D-Va., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions employees who receive seven or more sick days from their employer." The motion was rejected by a vote of 192-234. [HR 1180, Vote #243, 5/2/17; CQ, 5/2/17]

**Voted For Waive Certain Rules Making It Easier For The House To Pass A Bill To Allow Employees To Trade Overtime Pay For Comp Time.** In May 2017, Walters voted for "Adoption of the rule (H Res 299) that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. It would waive, through the legislative day of May 5, 2017, the two-thirds vote

requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules on the legislative days of May 4 and May 5, 2017." The rule was adopted by a vote of 230-193. [HR 1180 (HRes 299), Vote #241, 5/2/17; CQ, 5/2/17]

---

**Other Votes**

**Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations**. In February 2017, Walters voted for "Passage of the joint resolution that would nullify and disapprove of a Labor Department rule that exempts certain local government-administered retirement savings plans for non-government employees from select federal regulations governing pension plans. Under the rule, a city or county must have a population at least as large as the least populated state in the nation, and must administer a retirement plan for its own employees for the program to qualify for the exemption." The resolution was passed by a vote of 234-191. [HJRes 67, Vote #95, 2/15/17; CQ, 2/15/17]

**Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations And Providing Guidance On ERISA Preemption.** In February 2017, Walters voted for "passage of the joint resolution that would nullify and disapprove of a Labor Department rule that exempts certain state-administered retirement savings plans from select federal regulations governing pension plans if the state programs meet certain standards. Under the rule, the savings program must be established and administered by the state, and the savings plans must be voluntary for the employee for the program to qualify for the exemption." The resolution was passed by a vote of 231-193. [HJRes 66, Vote #96, 2/15/17; CQ, 2/15/17]

**Voted For Nullifying A Labor Department Rule Limiting The Occupations For Which States Can Require Drug Tests For People Applying For Unemployment Benefits.** In February 2017, Walters voted for "passage of the joint resolution that would nullify and disapprove of a Labor Department rule that limits the occupations for which states can require drug tests for individuals applying for unemployment benefits. Under the rule, an individual can be required to be tested for drugs if an individual's typical employment is an occupation for which state or federal laws require an employee to be tested for controlled substances." The resolution was passed by a vote of 236-189. [HJRes 42, Vote #97, 2/15/17; CQ, 2/15/17]

**Voted For Nullifying A Department Of Labor Rule That Extends The Period Of Time In Which The Occupational Safety And Health Administration Can Issue Citations To Employers Who Do Not Maintain Workplace Injuries.** In March 2017, Walters voted for "passage of a joint resolution that would nullify and disapprove of an Occupational Safety and Health Administration rule that extends, from six months to five years, the period in which OSHA can issue citations to employers who do not maintain workplace injury or illness records." The resolution was passed by a vote of 231-191. [HJRes 83, Vote #121, 3/1/17; CQ, 3/1/17]

**Voted Against An Amendment To HR 5, The Regulatory Accountability Act, Exempting Rules Related To Occupational Health And Safety.** In January 2017, Walters voted against the "Scott, D-Va., amendment that would exempt rules related to occupational health and safety. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 195-227. [HR 5, Vote #41, 1/11/17; CQ, 1/11/17]

**Voted For Nullifying An Obama-Administration Rule Requiring Contractors To Disclose Labor Law Violations Within The Past Three Years.** In February 2017, Walters voted for "passage of the joint resolution that would nullify a Defense Department, General Services Administration and NASA rule that requires companies that bid for federal contracts of more than $500,000 to disclose whether they have been determined in the previous

three years to have violated certain federal labor laws and equivalent state laws." The resolution was passed by a vote of 236-187. [HJRes, 37, Vote #76, 2/2/17; CQ, 2/2/17]

## Land Access & Hunting Issues

### Key Votes

### Other Votes

**Voted For Overturning A Rule Barring Alaska From Allowing Non-Subsistence Hunting On National Wildlife Reserves.** In February 2017, Walters voted for "passage of the joint resolution that would nullify and disapprove of an Interior Department rule that prohibits certain predator control methods on federal lands in Alaska. The rule prevents Alaska, which typically has the authority to manage hunting and trapping practices on federal lands within the state, from allowing certain non-subsistence hunting practices on national wildlife refuges. Under the rule, prohibited practices include using traps to hunt bears and the taking of wolves and coyotes during denning season." The resolution was passed by a vote of 225-193. [HJRes 69, Vote #98, 2/16/17; CQ, 2/16/17]

## Law Enforcement

### Key Votes

### Other Votes

## LGBT

### Key Votes

### Other Votes

## Native American Issues

### Key Votes

### Other Votes

**Voted Against Exempting Rules Related To Federal Obligations To Tribal Governments And Tribal Sovereignty From The SCRUB Act.** In March 2017, Walters voted against the "Moore, D-Wis., amendment that would exempt from the bill's provisions rules related to federal obligations to tribal governments and rules related to supporting tribal sovereignty." The amendment was rejected in Committee of the Whole by a vote of 197-229. [HR 998, Vote #111, 3/1/17; CQ, 3/1/17]

## Regulatory Reform

### Key Votes

### Other Votes

**Voted For A Bill Allowing Congress To Disapprove Of Regulations Issued During A President's Final Year.** In January 2017, Walters voted for the "Passage of the bill that would permit a new Congress to use the procedures under the Congressional Review Act to disapprove, en bloc, multiple regulations issued during the final year of a president's term." The bill passed by a vote of 238-184. [HR 21, Vote #8, 1/4/17; CQ, 1/4/17]

**Voted For Passage Of HR 26, The Regulations From The Executive In Need Of Scrutiny Act Of 2017.** In January 2017, Walters voted for "passage of the bill that would require Congress to approve, by enacting legislation, any "major rule" issued by an agency in order for them to take effect. A 'major rule' would include any regulation with an annual economic impact of $100 million or more; rules that would significantly harm employment, investment or U.S. economic competitiveness; or rules that would cause a major increase in costs or prices for consumers or industries. The bill also would create an expedited consideration process in both the House and the Senate for joint resolutions of approval. As amended, the measure would require that for new rules, agencies repeal or amend an existing rule or rules to offset any annual costs of the new rule before the new rule could take effect. As amended, it would create a process to sunset existing rules if Congress had not approved them within 10 years of the bill's enactment." The bill passed by a vote of 237-187. [HR 26, Vote #23, 1/5/17; CQ, 1/5/17]

> **Voted For Requiring Agencies Offset Annual Costs Of Any New Rule By Repealing Or Amending An Existing Rule.** In January 2017, Walters voted for the "Messer, R-Ind., amendment that would require that for new rules, agencies repeal or amend an existing rule or rules to offset any annual costs of the new rule before the new rule could take effect." The amendment was adopted in Committee of the Whole by a vote of 235 to 185. [HR 26, Vote #12, 1/5/17; CQ, 1/5/17]

> **Voted For Creating A Process For Congress To Review All Rules Currently In Effect Over A Ten-Year Period.** In January 2017, Walters voted for the "King, R-Iowa, amendment that would require each agency annually, for 10 years, to submit to Congress for review at least 10 percent of the agency's existing rules, and would sunset certain rules if Congress had not approved them within 10 years of the bill's enactment." The amendment was adopted in Committee of the Whole by a vote of 230-193. [HR 26, Vote #21, 1/5/17; CQ, 1/5/17]

**Voted For Passage Of HR 5, The Regulatory Accountability Act Of 2017.** In January 2017, Walters voted for "passage of the bill that would modify the federal rule-making process, including by codifying requirements for agencies to consider costs and benefits of alternatives. The bill would create additional steps that agencies would need to follow when planning "major" rules with annual costs of more than $100 million or "high-impact" rules with annual costs of more than $1 billion. For example, agencies would need to hold an advanced-notice comment period prior to proposing such rules to determine whether to continue the rule-making process. The measure would postpone the effective dates of "high impact" rules until any lawsuits filed within 60 days of the rule's publication in the Federal Register are resolved. It would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering legal challenges to rules. It would also require agencies to evaluate the "indirect" impacts of proposed rules on small businesses." The bill passed by a vote of 238-183. [HR 5, Vote #45, 1/11/17; CQ, 1/11/17]

> **Voted Against An Amendment To HR 5, The Regulatory Accountability Act, Exempting Rules That Significantly Benefit The Workforce.** In January 2017, Walters voted against the "Johnson, D-Ga., amendment that would exempt rules related to improving employment and wages, especially for workers with disabilities or limited English proficiency. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 188-234. [HR 5, Vote #39, 1/11/17; CQ, 1/11/17]

**Voted For Establishing A Commission To Review And Cut Regulations That Are Unnecessarily Burdensome.** In March 2017, Walters voted for "passage of the bill that would establish a nine-member commission to review existing federal regulations and identify regulations that should be repealed on the basis of reducing costs on the U.S. economy. The commission would identify those regulatory policies that it deems should

be repealed immediately, and would set up a "Cut-Go" system that would require agencies to repeal existing rules to offset costs before issuing a new rule. As amended, the commission, in identifying which rules should be repealed, would be required to evaluate the extent to which a repeal of a rule would impact public health. It would bar from membership on the commission individuals who have been registered lobbyists during the previous two years." The bill passed by a vote of 240-185. [HR 998, Vote #114, 3/1/17; CQ, 3/1/17]

**Voted Against Preventing Funding For Carrying Out The Requirements Of The SCRUB Act.** In February 2017, Walters voted against the "Plaskett, D-V.I., amendment that would remove the bill's authorization of up to $30 million and would prohibit funds authorized or appropriated by other laws from being made available to implement the bill's provisions." The amendment was rejected in Committee of the Whole by a vote of 181-243. [HR 998, Vote #106, 2/28/17; CQ, 2/28/17]

**Voted For Requiring The Office Of Management And Budget's Office Of Information & Regulatory Affairs To Review Significant Government Regulatory Actions.** In March 2017, Walters voted for "passage of the bill that would require the Office of Management and Budget's Office of Information and Regulatory Affairs to review significant government regulatory actions to insure that they are consistent with relevant laws and do not conflict with regulations issued by other agencies. The bill would define significant regulatory actions as those that are likely to have an annual economic effect of $100 million or more. As amended, it would require OIRA to keep a log of all of its communications with an agency related to a regulation before a regulation is submitted for review. The communications would be required to be published when the regulation is published in the Federal Register." The bill passed by a vote of 241-184. [HR 1009, Vote #120, 3/1/17; CQ, 3/1/17]

**Voted For An Amendment Requiring Agencies To Ensure New Rules Are Not Duplicative.** In March 2017, Walters voted for the "Young, R-Iowa, amendment that would require each agency to describe what steps were taken in order to ensure that a new rule or regulation would not be duplicative or conflict with any existing or planned regulatory action." The amendment was adopted in Committee of the Whole by a vote of 265-158. [HR 1009, Vote #117, 3/1/17; CQ, 3/1/17]

**Voted Against An Amendment Protecting Independent Agencies From Executive Branch Review.** In March 2017, Walters voted against the "Connolly, D-Va., amendment that would exempt independent agencies from the Office of Information and Regulatory Affairs' reviews required under the bill." The amendment was rejected in Committee of the Whole by a vote of 188-234. [HR 1009, Vote #118, 3/1/17; CQ, 3/1/17]

**Voted Against Consideration Of An Amendment Exempting The Office Of Government Ethics From Executive Branch Review.** In March 2017, Walters voted against the "Cartwright, D-Pa., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to immediately report it back with an amendment that would exempt the Office of Government Ethics from the Office of Information and Regulatory Affairs' reviews required under the bill." The motion was rejected by a vote of 193-234. [HR 1009, Vote #119, 3/1/17; CQ, 3/1/17]

**Voted For Requiring Federal Agencies To Maintain Online Databases Of Regulatory Actions Taken And Pending.** In March 2017, Walters voted for "passage of the bill that would require federal agencies to maintain and regularly update detailed online databases of regulatory actions taken and pending before the agency. Under the measure, an agency would be required to list whether it is considering alternatives and whether it is accepting comments. It would explicitly prohibit agencies from directly advocating support or opposition for pending regulatory actions in public communications. As amended, the measure would require an agency to list regulatory actions issued by the agency, or any other agency, that would duplicate or overlap with the agency's pending regulatory action." The bill passed by a vote of 246-176. [HR 1004, Vote #126, 3/2/17; CQ, 3/2/17]

**Voted Against An Amendment To The Regulatory Integrity Act Defining The Term Propaganda As Information Or Claims Not Widely Accepted By The Scientific Community.** In March 2017, Walters voted against the "Jackson Lee, D-Texas, amendment that would define the terms propaganda, publicity and advocacy as information or claims that are not widely accepted in the scientific community or not supported by

empirical data." The amendment was rejected in Committee of the Whole by a vote of 180-234. [HR 1004, Vote #122, 3/2/17; CQ, 3/2/17]

**Voted For An Amendment Requiring An Agency To List Regulatory Actions That Would Duplicate Or Overlap With The Agency's Pending Regulatory Action.** In March 2017, Walters voted for the "Farenthold, R-Texas, for Messer, R-Ind., amendment that would require an agency to list regulatory actions issued by the agency, or any other agency, that would duplicate or overlap with the agency's pending regulatory action." The amendment was adopted in Committee of the Whole by a vote of 263-145. [HR 1004, Vote #123, 3/2/17; CQ, 3/2/17]

**Voted Against An Amendment To The Regulatory Integrity Act Specifying That The Bill's Restrictions On Agency Communications Would Not Apply To Any Communication Protected By The First Amendment.** In March 2017, Walters voted against the "Jackson Lee, D-Texas, amendment that would specify that the bill's restrictions on agency communications would not apply to any communication that would be protected under the First Amendment to the Constitution." The amendment was rejected in Committee of the Whole by a vote of 189-232. [HR 1004, Vote #124, 3/2/17; CQ, 3/2/17]

**Voted For An Amendment Prohibiting Agencies From Appealing To The Public Concerning A Proposed Rule.** In January 2017, Walters voted for the "Peterson, D-Minn., amendment that would prohibit agencies from appealing to the public to advocate in support or against a proposed rule." The amendment was adopted in Committee of the Whole by a vote of 260-161. [HR 5, Vote #36, 1/11/17; CQ, 1/11/17]

## Votes Pertaining To The 'Chevron Deference'

**Voted Against An Amendment Undermining The Supreme Court Precedent 'Chevron Deference' In Regulatory Lawsuits.** In January 2017, Walters voted against the "Ruiz, D-Calif., amendment that would exempt rules related to the safety of children's toys or products. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 190-233. [HR 5, Vote #40, 1/11/17; CQ, 1/11/17]

**Voted For An Amendment To Undermine The Legal Precedent Known As The Chevron Deference Under Which Courts Defer To Regulators Interpretation Of Ambiguous Legislation.** In January 2017, Walters voted for the "Goodlatte, R-Va., amendment that would prohibit a court, while reviewing an agency's rule, from interpreting a gap or ambiguity in a rule or law as an implicit delegation of legislative rule-making authority to the agency." The amendment was adopted in Committee of the Whole by a vote of 237-185. [HR 5, Vote #35, 1/11/17; CQ, 1/11/17]

**Voted Against An Amendment To Undermine The Cheveron Deference Legal Precedent.** In January 2017, Walters voted against the "Tonko, D-N.Y., amendment that would exempt any rules made under a 2016 chemical safety law. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 188-235. [HR 5, Vote #42, 1/11/17; CQ, 1/11/17]

# Science & Technology

## Key Votes

## Other Votes

## Seniors

**Key Votes**

### Prescription Drug Costs

**Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Walters voted against the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

**Other Votes**

## Small Business

**Key Votes**

**Other Votes**

## Taxes

**Key Votes**

**Other Votes**

## Trade

**Key Votes**

**Other Votes**

## Transportation

**Key Votes**

**Other Votes**

**Voted Against Exempting Rules Related To Airspace Safety From The SCRUB Act.** In February 2017, Walters voted against the "Krishnamoorthi, D-Ill., amendment that would exempt rules related to the safety of the national airspace system." The amendment was rejected in Committee of the Whole by a vote of 189-234. [HR 998, Vote #107, 2/28/17; CQ, 2/28/17]

**Voted Against Exempting Rules Related To Airport Noise Restrictions From The SCRUB Act.** In February 2017, Walters voted against the "Krishnamoorthi, D-Ill., amendment that would exempt rules related to airport noise restrictions." The amendment was rejected in Committee of the Whole by a vote of 192-230. [HR 998, Vote #108, 2/28/17; CQ, 2/28/17]

## Veterans

### Key Votes

### Other Votes

**Voted For Blocking A Bill To Exempt The VA From The Trump Administration's Hiring Freeze.** In March 2017, Walters voted for the "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule that would provide for House floor consideration of a bill (HR 1259)." According to Rep. Alcee Hastings (D-FL), a vote for the motion was a vote to block "an amendment to the rule to bring up HR 696, Representative Schrader's bill to exempt the Department of Veterans Affairs from Donald John Trump's hiring freeze. As we have already discussed, my amendment to allow the VA Secretary to fill vacant positions, regardless of whether they were vacated before or after the hiring freeze, was blocked last night in the Rules Committee. There are nearly 47,000 vacant positions within the VA, and we should not be limiting the VA's authority to fill these positions, especially as we continue to work towards reducing patient wait times." The motion was agreed to by a vote of 227-185. [HRes 198, Vote #162, 3/16/17; Democratic Leader—Previous Questions, 3/16/17; Congressional Record, H2099, 3/16/17; CQ, 3/16/17]

**Voted For Providing For Consideration Of A Bill Creating New VA Staffing And Retention Programs And A Bill Prohibiting A VA Determination That A Veteran Is Mentally Incompetent From Automatically Preventing A Veteran From Being Able To Buy A Gun.** In March 2017, Walters voted for "adoption of rule that would provide for House floor consideration of a bill (HR 1259) that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct; a bill (HR 1367) that would establish various new staffing, recruitment and retention programs at the VA; and a bill (HR 1181) that would prohibit a VA determination that a veteran is mentally incompetent from automatically preventing the veteran from being able to purchase a gun." The rule was adopted by a vote of 229-187. [HRes 198, Vote #163, 3/16/17; CQ, 3/16/17]

**Voted For Expanding The Veteran Affairs Department's Ability To Fire, Demote, Or Suspend Employees For Misconduct.** In March 2017, Walters voted for "passage of the bill that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct or poor performance. The measure would authorize the VA to recoup any bonus paid to a VA employee if the VA deems it appropriate, and it would require that the employee be given advance notice and the right to appeal the decision. As amended, the measure would require that annual performance reviews for supervisors at the VA include evaluations on the supervisor's ability to address poor performance among their employees and would require the VA to provide supervisors with periodic training related to whistleblower rights and effective management techniques." The bill passed by a vote of 237-178. [HR 1259, Vote #168, 3/16/17; CQ, 3/16/17]

**Voted Against Removing The Expansion Of The Veteran Affairs Department's Ability To Fire Or Demote Employees For Misconduct From The VA Accountability First Act.** In March 2017, Walters voted against the "Walz, D-Minn., amendment that would remove the bill's provisions that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct, and would alternatively expand the VA's authority to suspend or demote senior executives. It would allow for the removal of non-executives for performance issues occurring only within a preceding two-year period." The amendment was rejected in Committee of the Whole by a vote of 194-223. [HR 1259, Vote #165, 3/16/17; CQ, 3/16/17]

**Voted Against Replacing The Proposed VA Employee Removal Process For A Process That Provides For The Removal Of VA Employees For Misconduct Related To Public Health And Safety In The VA**

**Accountability First Act.** In March 2017, Walters voted against the "Takano, D-Calif., amendment that would replace the bill's proposed VA employee removal process with an alternative process that would provide for the suspension and removal of Veterans Affairs Department employees for misconduct that is a threat to public health and safety. Suspended employees would be entitled to a written statement of the charges, a hearing and a review of their case. It would also provide for back pay for suspended whistleblowers." The amendment was rejected in Committee of the Whole by a vote of 183-232. [HR 1259, Vote #166, 3/16/17; CQ, 3/16/17]

**Voted Against Consideration Of An Amendment Extending Whistleblower Protections In The VA.** In March 2017, Walters voted against the "Kihuen, D-Nev., motion to recommit the bill to the Committee on Veterans' Affairs with instructions to report it back immediately with an amendment that would extend the bill's whistleblower protections to individuals that make disclosures to the central whistleblower office, including those who do so anonymously. It would also exempt veterans and whistleblowers from the bill's provisions that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct or poor performance." The motion was rejected by a vote of 189-229. [HR 1259, Vote #167, 3/16/17; CQ, 3/16/17]

**Voted For Updating VA Guidelines On The Employee Hiring And Evaluation Process.** In March 2017, Walters voted for "passage of the bill that would require the Veterans Affairs Inspector General to determine non-clinical VA health care positions that should be eligible for expedited hiring, require annual performance reviews for all political appointees at the VA, and would require the VA to establish a database with information on qualified individuals who previously applied for a position at the VA. The measure would require that the information from the database be used to fill positions that have been vacant for an extended period of time. As amended, it would prohibit the secretary of the VA from appointing former political appointees to non-political positions one grade higher than their last position at the VA without having to go through a competitive selection process." The bill passed by a vote of 412-0. [HR 1367, Vote #171, 3/17/17; CQ, 3/17/17]

# Water Issues

## Key Votes

## Other Votes

**Voted Against Excluding Any Rule That Would Reduce Lead Amounts In Public Drinking Water From Being Defined As A "Major Rule."** In January 2017, Walters voted against the "Conyers, D-Mich., amendment that would exclude rules that would provide for a reduction in the amount of lead in public drinking water from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 186-232. [HR 26, Vote #16, 1/5/17; CQ, 1/5/17]

**A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

# Women & Gender Issues

## Key Votes

## Women & Health Care Reform

**Voted For Prohibiting Federal Funds Including Individual And Small Business Tax Credits Under The ACA From Being Used To Pay For Abortion Serves Or Health Insurance Plans That Include Abortion Coverage And Would Ban Multistate Health Plans The Provide Abortion Coverage From State Exchanges.** In January 2017, Walters voted for "passage of the bill that would permanently prohibit federal funds from being used to pay for abortion services or health insurance plans that include abortion coverage. It also would prohibit the District of Columbia from using its own local funds to provide or pay for abortions. Individuals and small businesses also could not receive tax credits under the 2010 health care law related to purchases of health insurance plans that include abortion coverage. The bill would require the Office of Personnel Management to ensure that, starting in 2018, no multistate qualified health plan offered in a state insurance exchange provides coverage that includes abortion. The provisions would not apply to pregnancies resulting from rape or incest, or to situations where the woman would die unless an abortion is performed." The bill passed by a vote of 238-183. [HR 7, Vote #65, 1/24/17; CQ, 1/24/17]

**Voted Against Consideration Of An Amendment That Prevents Insurance Plans From Charging Women Higher Premiums Than Men.** In January 2017, Walters voted against the "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]

**Voted For Nullifying A Rule Preventing States From Restricting Federal Family Planning Funding To A Health Provider That Provides Abortion.** In February 2017, Walters voted for "passage of the joint resolution that would nullify and disapprove of a Health and Human Services Department rule that prevents states from restricting federal family planning funding to a health provider, such as denying funds to a center that provides abortions, for any basis other than its ability to provide health services. Under the rule, HHS can withhold family planning grants to any state that restricts the participation of a health provider in the family planning services grant program." The resolution was passed by a vote of 230-188. [HJRes 43, Vote #99, 2/16/17; CQ, 2/16/17]

    **Vote Reversed Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** "The House voted Thursday to overturn an Obama-era rule banning states from denying federal funds to Planned Parenthood and other health care providers that perform abortions. The rule was designed to prohibit states from withholding family planning funding from providers for reasons other than their ability to offer family-planning services. The Republican-led House voted 230-188 largely along party lines to dismiss the rule under the Congressional Review Act, which allows Congress to overturn recently enacted regulations." [USA Today, 2/16/17]

## Other Votes

# Appendix XII – Votes – 114th Congress

## Agriculture & Food Safety

### Voted For Repealing Country Of Origin Labeling Requirements On Meat

**Voted For Repealing Country Of Origin Labeling Requirements On Meat Sold In U.S.** In June 2015, Walters voted for a bill to repeal U.S. country of origin labeling requirements for beef, pork and chicken that is sold in the United States.  The bill passed by a vote of 300-131. [HR 2393, Vote #333, 6/10/15; CQ Floor Votes, 6/10/15]

### Voted Against Requiring GMO Labeling For Companies Requiring Labels In Foreign Countries

**Voted Against Requiring GMO Labeling For Companies Requiring Labels In Foreign Countries.** In July 2015, Walters voted against an amendment that "would require a U.S. company or subsidiary with products labeled a containing GMOs (genetically modified organisms) in any foreign country to indicate the presence of GMOs in the equivalent product sold in the U.S." The amendment failed, 123-303. [HR 1599, Vote #459, 3/25/15; CQ Floor Votes, 7/23/15]

### Voted Against An Amendment To Ensure Tribal Sovereignty Under The Safe And Accurate Food Labeling Act

**Voted Against An Amendment To Ensure Tribal Sovereignty Under The Safe And Accurate Food Labeling Act.** In July 2015, Walters voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would "ensure tribal sovereignty and would guarantee that the bill does not prohibit or limit the right to cultivate genetically engineered plants on or near tribal lands." The amendment was rejected 196-227. [HR 1599, Vote #460, 7/23/15; CQ Floor Votes, 7/23/15]

### Voted Against An Amendment To Prohibit Foods Labeled "Natural" To Contain Genetically Engineered Plants

**Voted Against An Amendment To Prohibit Foods Labeled "Natural" To Contain Genetically Engineered Plants.** In July 2015, Walters voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would "prohibit foods labeled with the term 'natural' to contain genetically engineered plants." The amendment was rejected 163-262. [HR 1599, Vote #461, 7/23/15; CQ Floor Votes, 7/23/15]

### Voted For Overriding State Laws And Establishing A Voluntary National Genetically Engineered Certification Program

**Voted For Overriding State Laws Requiring GMO Labeling And Establishing A Voluntary National Genetically Engineered Certification Program.** In July 2015, Walters voted for the Safe and Accurate Food Labeling Act of 2015, which would "require the Agriculture Department to establish a voluntary national genetically engineered (GE) food certification program under which food producers could label their product as including or not including genetically modified ingredients. The program created under the bill would pre-empt related state and local laws and prohibits mandatory labeling of GE or non-GE food." The bill passed 275-150. [HR 1599, Vote #462, 7/23/15; CQ Floor Votes, 7/23/15]

**Headline: The Hill: "House passes bill blocking states from requiring GMO labels on food."** "The House on Thursday passed hotly contested legislation that would keep states from issuing mandatory labeling laws for foods that contain genetically modified organisms, often called GMOs. The Safe and Accurate Food Labeling Act of 2015, which passed 275-150, would instead create a federal standard for the voluntary labeling of foods with GMO ingredients… Opponents have pushed back against the legislation, saying it will keep consumers

from knowing what's in their food and stop FDA from crafting a national GMO-labeling solution." [The Hill, 7/23/15]

---

**Voted Against Changing The Title Of The Bill From "Safe and Accurate Food Labeling Act" To "Deny Americans the Right to Know Act"**

---

**Voted Against Changing Title Of The Bill From "Safe and Accurate Food Labeling Act" To "Deny Americans the Right to Know Act."** In July 2015, Walters voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would change the title of the bill to the "Deny Americans the Right to Know Act." The amendment was rejected 87-337. [HR 1599, Vote #463, 7/23/15; CQ Floor Votes, 7/23/15]

---

**Voted For To Reduce Requirements On Restaurant Calorie Disclosures**

---

**Voted For To Reduce Requirements On Restaurant Calorie Disclosures.** In February 2016, Walters voted for a bill "that would change the requirement for how restaurants and similar retail establishments with more than 20 locations must disclose calorie information on their menus. Instead of the current requirement for businesses to disclose the number of calories in a "standard menu item," businesses could opt to disclose the number of calories per serving along with the number of servings or disclose the number of calories per common unit division of the standard menu item. The bill would allow for disclosures to have variations from actual nutrient content, including inadvertent human error, variations in ingredients and serving size, and other reasonable variations." The bill passed 266-144. [HR 2017, Vote #81, 02/24/16; CQ, 2/12/16]

> **White House: Legislation "Would Reduce Consumers' Access To Nutrition Information."** On February 10, 2016, the White House sent out a statement opposing 'The Common Sense Nutrition Disclosure Act of 2015.' "The Administration opposes H.R. 2017, the Common Sense Nutrition Disclosure Act of 2015. … H.R. 2017 would undercut the objective of providing clear, consistent calorie information to consumers. If enacted, it would reduce consumers' access to nutrition information and likely create consumer confusion by introducing a great deal of variability into how calories are declared. The legislation also would create unnecessary delays in the implementation of menu labeling." [White House Statement, 2/10/16]

---

**Voted Against Amendment That Would Not Have Allowed Restaurants To Only Post Nutritional Information Online**

---

**Voted Against Amendment That Would Not Have Allowed Restaurants To Only Post Nutritional Information Online.** In February 2016, Walters   voted against an amendment to the Common Sense Nutrition Disclosure Act which would "remove the provision in the bill that would allow restaurants or similar retail food establishments to disclose calorie information solely online if the majority of their orders are placed by customers who are offsite." The amendment was rejected 148 to 258. [HR 2017, H Amdt. 943, Vote #80, 2/12/16; CQ, 2/12/16]

---

**Voted For Amendment That Would Not Punish Restaurants For Human Error In Food Preparation**

---

**Voted For Amendment That Would Have Not Punished Restaurants For Human Error In Food Preparation.** In February 2016, Walters   voted for an amendment to the Common Sense Nutrition Disclosure Act which would "ensures that businesses will not be penalized for inadvertent human error in preparation or variation of ingredients."  The amendment was accepted 309 to 100. [HR 2017, H Amdt. 942, Vote #79, 2/12/16]

---

**Budget**

---

**Voted Against FY16 Democratic Alternative Budget That Invested In Education, Made Healthcare More Affordable, And Made Medicare More Efficient**

---

**Voted Against FY2016 Democratic Alternative Budget Plan.** In March 2015, Walters voted against the Democratic alternative budget that "proposed more investment in education and infrastructure, new taxes on the wealthiest Americans, and several pet ideas including a higher minimum wage, paid sick leave, expanded early childhood education and a ban on tax breaks for executives unless they increase their employees' wages." The amendment failed 160 to 264. [H Con Res 27, Vote #139, 3/25/15; RealClearPolitics, 3/23/15]

> **Increased Investments In Head Start, Universal Preschool, And College Affordability.** "On education, the Democratic budget would increase investments in Head Start, which provides early childhood education to low-income children, as well as fund President Obama's proposal for universal preschool for children. It would also increase funding aimed at making college more affordable." [RealClearPolitics, 3/23/15]

> **Promoted Obamacare And Made Medicare More Efficient.** "While Republicans' budget fully repeals Obamacare, turns Medicare into a voucher program and cuts funding to Medicaid, the Democratic budget promotes Obamacare and maintains Medicare while promoting more efficiency, Van Hollen said." [RealClearPolitics, 3/23/15]

---

**Voted Against FY16 Republican Study Committee Budget That Balanced In Six Years, Cut Retirement Programs, And Called For A Balanced Budget Amendment**

---

**Voted Against FY2016 Republican Study Committee Budget.** In March 2015, Walters voted against the Republican Study Committee budget that would cut spending by $7.1 trillion over 10 years. "A conservative budget released by the House Republican Study Committee (RSC) on Monday would balance in five years by cutting $7.1 trillion in spending over the next decade. The cuts are much more than the $5.5 trillion in proposed cuts included in the main House GOP blueprint unveiled last week by Budget Committee Chairman Tom Price (R-Ga.). The RSC budget, prepared by RSC and Budget Committee member Marlin Stutzman (R-Ind.), would increase spending for the Pentagon." The amendment failed 132 to 294. [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

> **RSC Budget Would Cut FY16 Nondefense Discretionary Spending By $88 Billion Below Sequestration Levels.** "The RSC blueprint would lower nondefense discretionary spending for domestic programs next year to $405 billion, $88 billion below the baseline set by the 2011 deal. Altogether, discretionary spending next year would total $975 billion under the RSC's budget, much lower than the $1.018 trillion top-line number established by the 2011 law. Over the 10-year window, the RSC budget would cut nondefense spending by $1.3 trillion and increase defense spending by $435 billion." [The Hill, 3/23/15]

> **RSC Proposed "Aggressive" Budget That Would Balance In Six Years.** "Conservative members of the House Republican caucus outbid their party's official budget Monday, offering a plan to cut planned government spending by more than $7.1 trillion and balance the budget in just six years. The aggressive plan to cut spending from all areas of government and erase deficits was introduced by the Republican Study Committee, a group of congressmen organized to push policy to the right." [Washington Examiner, 3/23/15]

> **RSC Budget Balanced By "Cutting More Deeply Into Federal Healthcare And Retirement Programs."** "The Republican Study Committee on Monday unveiled its plan to cut spending by $7.1 trillion over 10 years, reaching a surplus in six years by cutting more deeply into federal healthcare and retirement programs as well as domestic agency budgets." [Reuters, 3/23/15]

> **RSC Budget Called For Balanced Budget Amendment To The Constitution.** "It is the policy of this resolution that Congress should pass a joint resolution incorporating the provisions set forth in subsection (b), and send such joint resolution to the States for their approval, to amend the Constitution of the United States to require an annual balanced budget." [RSC Budget Proposal, 3/22/15]

**Voted Against FY16 Congressional Black Caucus Budget**

**Voted Against FY16 Congressional Black Caucus Budget.** In March 2015, Walters voted against the Congressional Black Caucus budget that "focuses on increasing economic opportunities through robust investments in education, infrastructure, affordable housing, domestic manufacturing, small businesses, and job training. It also protects and enhances social safety net programs…" The amendment failed 120 to 306. [H Con Res 27, Vote #137, 3/25/15; Congressional Black Caucus Website, 3/23/15]

**Voted Against FY16 Congressional Progressive Caucus Budget**

**Voted Against FY16 Congressional Progressive Caucus Budget.** In March 2015, Walters voted against the Congressional Progressive Caucus budget that promised 8.8 million jobs by 2017 and $4 trillion in deficit reduction. The budget repeals the sequester, cuts taxes for families, closes loopholes for corporations, reverses pay freezes, expands benefits for federal retirees, and strengthens health care and retirement programs. The amendment failed 96 to 330. [H Con Res 27, Vote #136, 3/25/15; Congressional Progressive Caucus Website, accessed 5/06/15]

**Voted For FY16 Budget Amendment Repealing The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending**

**Voted For FY16 Budget Amendment To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending.** In March 2015, Walters voted for a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con. Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**Voted For FY16 Budget Resolution Repealing The Affordable Care Act, Slash Pell Grants And Alter Medicare**

**Voted For FY16 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare.** In March 2015, Walters voted for the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Voted For FY16 GOP Budget Conference Report**

**Voted For Republican Conference Report On Budget For Fiscal Year 2016**. In April 2015, Walters voted for a conference report outlining the Republican Congressional budget for fiscal year 2016 and budget levels for 2017 through 2025. "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law.

The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

> **Called For $4.1 Trillion In Reductions To Entitlement Programs While War Funding Totaled $96 Billion.** "Of this, $4.1 trillion in reductions would come from programs including entitlements like Medicare. Discretionary spending in 2016 would be limited to $1.016 trillion, while war funding would total $96 billion, far above Obama's request." [Bloomberg, 4/29/15]

> **Conference Report Reduced Funding For Pell Grants, Low-Income Housing Assistance Programs, And Food Stamp Program.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

## Voted For Amendment Allowing Republican Leaders To Fast-Track Stopgap Spending Bill

**Voted For Amendment Allowing Republican Leaders To Fast-Track Stopgap Spending Bill.** In September 2015, Walters voted for consideration of an amendment to H.Res.420. "CR Could be Fast-Tracked Under Rule Passed by House …. The House Thursday quietly granted itself a method for speeding consideration of legislation after the papal visit next week, presumably for a must-pass stopgap spending bill. The chamber approved an amendment to a rule (H Res 420) that waives the requirement that two-thirds of lawmakers vote to allow the House Rules Committee to bring a report to the floor the same day it is advanced out of the panel." The amendment passed 237 to 187. [H.Res. 420, Vote #498, 9/17/15; CQ News, 9/17/15]

## Voted For Short-Term Continuing Resolution To Prevent Government Shutdown.

**Voted For Short-Term Continuing Resolution To Prevent Government Shutdown.** In September 2015, Walters voted for a motion to concur in the Senate amendment to the bill that would continue funding the government through Dec. 11, 2015 at an annualized rate of $1,017 trillion, the top-line post-sequester discretionary spending level for FY 2016 set by the Budget Control Act. It also would fund for Overseas Contingency Operations at a rate of $74.8 billion, roughly equal to the FY 2015 level. Under the bill, most programs would be funded at a rate that is 0.21 percent less than their FY 2015 funding level, although the measure would include increases for certain activities including $700 million in emergency funding for fighting fire in western states; it would give the VA budget flexibility in constructing a facility in Denver, and would not defund Planned Parenthood. Further, the measure would extend through Dec. 11 the ban on state taxation of Internet access and the E-Verify employment verification system. The motion was agreed to by a vote of 277-151. [HR 719, Vote #528, 9/30/15; CQ Floor Votes, 9/30/15]

## Voted For Blocking Consideration Of A Clean Debt Limit Extension That Would Avoid A Government Default

**Voted For Blocking Consideration Of A Clean Debt Limit Extension That Would Avoid A Government Default.** In October 2015, Walters voted for blocking consideration of a clean debt limit extension that would avoid a government default and an increase of interest rates on mortgages, student loans, credit cards, and car payments. The previous question passed, 241 to 181. A vote against the previous question would have allowed the bill to be considered. [H.Res. 480, Vote #553, 10/21/15; Democratic Leader – Previous Questions, 10/21/15]

## Voted For Debt Limit Bill Forcing Gov't Shutdown By Only Paying Nation's Creditors And Social Security Recipients, Ignoring Military Members And Medicare Recipients

**Voted For Debt Limit Bill That Would Only Allow Payments For The Nation's Creditors And Social Security Recipients.** In October 2015, Walters voted for the Default Prevention Act, a bill that would force a

partial government shutdown by only funding payments towards the nation's creditors and Social Security recipients. "With less than two weeks until the federal government is expected to reach its borrowing limit, House Republican leaders are readying a vote on legislation intended to avoid a financial meltdown should that ceiling be reached. … The Default Prevention Act … would allow the federal government to keep borrowing above the statutory debt limit for the sole purpose of paying principal and interest on debt held by the public or the Social Security Trust Fund." The bill passed, 235 to 194. [HR 692, Vote #557, 10/21/15; Washington Post, 10/16/15]

> **Bill Criticized For Being A "Cop-Out" And Prioritizing Foreign Bondholders Over Military Members, Medicare, And Medicaid Recipients.** "Democrats oppose the bill, calling it a cop-out that would pave the way for a partial government shutdown where military members and federal workers would go without paychecks, doctors and hospitals would go without Medicaid and Medicare payments, and federal contractors would be hung out to dry. Rep. Sander M. Levin (D-Mich.), ranking member of Ways and Means, called the bill 'reckless and indefensible' last month and doubted whether the bill could even be implemented under current Treasury systems and procedures. 'Even if such prioritization were possible, it would put China and other foreign bondholders before our own citizens at a time when they can least afford it,' he said." [Washington Post, 10/16/15]

> **Bill Falls "Far Short Of The Needed Debt-Limit Increase."** "With the potential for an unprecedented federal default two weeks away, House Republicans on Wednesday plan to pass legislation not to avert disaster, but rather to manage it… Yet with time running out, what the House will vote on Wednesday and send to the Senate falls far short of the needed debt-limit increase. … Privately, some Republicans concede the vote is a way for members to seem to oppose default. Douglas Holtz-Eakin, an economics adviser to Republicans and the former director of the nonpartisan Congressional Budget Office, called it 'political cover but not a solution of any type. There's no way that you can pretend that taking out the Pentagon budget and a huge chunk of the domestic budget is not going to be damaging,' he said." [New York Times, 10/20/15]

> **HEADLINE: "House GOP Brings Back Debt Ceiling Cop-Out Bill For A Floor Vote This Week"** [Talking Points Memo, 10/19/16]

## Voted For Blocking Consideration Of A Clean Debt Limit Extension

**Voted For Blocking Consideration Of A Clean Debt Limit Extension.** In October, 2015, Walters voted for blocking consideration of a vote on "a clean debt limit extension." The previous question carried, 244-185. A vote against the previous question was to force the vote on a clean debt limit bill. [HR 3762 Vote #566, 10/22/15; Democratic Leader – Previous Questions, 10/22/15]

## Voted For Motion That Would Have Replaced HR 1314 With Bill Suspending Debt Limit Until March 2017 And Increasing Discretionary Spending Cap

**{Voted For/Voted Against/Voted Present/Did Not Vote On}} Motion That Would Have Replaced HR 1314 With Bill Suspending Debt Limit Until March 2017 And Increasing Discretionary Spending Cap.** Walters voted for "motion to concur in the Senate amendment to the bill with a modified Boehner amendment that would replace the bill with legislation that would suspend the debt limit until March 15, 2017 and increase the discretionary spending cap for fiscal 2016 by $50 billion and for fiscal 2017 by $30 billion, with the increases split equally between defense and non-defense spending." The motion passed 266 to 167. [HR 1314, Vote #579, 10/28/15; CQ Billtrack, 11/04/15]

> **Motion Included The Sale Of Oil From The Strategic Petroleum Reserve.** "Offsets through mandatory spending cuts and revenue increases would include increasing premiums companies pay to the Pension Benefit Guarantee Corporation to insure private pension plans, the sale of oil from the Strategic Petroleum Reserve, and changes to the federal crop insurance program. It would prevent an estimated 52 percent premium increase for certain Medicare beneficiaries and instead provide for a lower increase, and would make changes to keep the

Social Security disability insurance trust solvent until 2022. Motion agreed to 266-167. Note: A 'yea' was a vote in support of the president's position." [CQ Billtrack, 11/04/15]

---

**Voted For Amendment Liquidating The Federal Reserve's Surplus Funds, Redirecting $59.5 Billion Over Ten Years To The General Fund**

**Voted For Amendment Liquidating The Federal Reserve's Surplus Funds, Redirecting $59.5 Billion Over Ten Years To The General Fund.** In November 2015, Walters voted for an amendment to the Fixing America's Surface Transportation (FAST) Act introduced by Representatives Randy Neugebauer (R., Texas) and Bill Huizenga (R., Mich.) which would "liquidate the Fed's surplus account and transfer it to the Treasury. Aides to both lawmakers said the provision would generate about $59.5 billion over 10 years." The amendment passed 354 to 72. [H R 22, Vote #622, 11/05/15; Wall Street Journal, 11/05/15]

---

**Voted For $1.1 Trillion Bipartisan Budget Agreement To Keep Government Open Through September 2016**

**Voted For $1.1 Trillion Overwhelmingly Bipartisan Budget Deal To Keep Government Open Through September 2016.** In December 2015, Walters voted for the omnibus spending package. "The House on Friday overwhelmingly approved a $1.1 trillion spending package that includes the first major change approved by Congress to ObamaCare, and keeps the government open through September 2016 … In the end, there was no drama in the 316-113 vote … Only 18 Democrats voted against the spending bill, while 166 supported it." [HR 2029, Vote #705, 12/18/15; The Hill, 12/18/15]

> **Omnibus Bill Would End U.S. Ban On Crude Oil Exports.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

> **Omnibus Bill Would Reauthorize 9/11 Responder Compensation Program.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

---

**Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget**

**Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget.** In March 2016, Walters voted for blocking consideration of holding a hearing for the Obama Administration's fiscal year 2017 budget proposal. "The Democratic Previous Question gives Republicans a third chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." [H Res 635, Vote #106, 3/03/16; Democratic Leader – Previous Questions, 3/03/16]

> **OP-ED HEADLINE: "Republicans Shouldn't Ignore The President's Budget"** [Ed Rogers Op-Ed, Washington Post, 2/09/16]

> **HEADLINE: "White House Accuses GOP Lawmakers Of Pulling A Trump"** [Politico, 2/05/16]

---

**Voted Against Requiring Report On Treasury's Plans To Address Federal Deficit To Include Impact Of Threat Of Default On Economy**

**Voted Against Requiring Report On Treasury's Plans To Address Federal Deficit To Include Impact Of Threat Of Default On Economy.** In February 2016, Walters voted against an amendment to require the report on treasury's plans to address federal deficit to include the impact of the threat of default on the economy. The amendment would have required "the report to include the impact the threat of default would have on the economy, including, but not limited to, the impact on the Gross Domestic Product (GDP), interest rates, employment,

household wealth, and retirement assets." The amendment failed 190 to 227.  [HR 3442, Vote #74, 2/11/16; On Agreeing to the Amendment, 2/11/16]

**Bill Required Treasury Secretary To Prepare A Report For Congress About Plans To Address The Federal Deficit Before Congress Agrees To Raise The Debt Limit.** "House lawmakers Thursday 267-151 passed legislation that would require the Treasury secretary to appear before Congress prior to raising the debt limit. The Obama administration has threatened a veto of the bill, which now goes to the Senate. But it picked up support from all 239 Republicans who voted and 28 Democrats … The legislation (HR 3442), sponsored by Rep. Kenny Marchant, R-Texas, would require the secretary to come before the Ways and Means Committee when the nation approaches the debt limit and present a report to Congress on the state of the public debt … The proposal also would require the secretary to outline the president's plans to reduce the debt and prepare a subsequent progress report. All the information would be posted publicly on the Treasury's website." [Congressional Quarterly News, 2/11/16]

---

**Voted Against Requiring Treasury Secretary's Report To Include Information On Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product**

---

**Voted Against Requiring Treasury Secretary's Report To Include Information On Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product.** In February 2016, Walters voted against an amendment to require the treasury secretary's report to include information on salary, wages, and impact of spending cuts on gross domestic product. The amendment sought to "require the Treasury Secretary's report to also include individual salary and wage information, as well as projections of consumer spending and the impact of spending cuts on gross domestic product." The amendment failed 171 to 245.  [HR 3442, Vote #73, 2/11/16; On Agreeing to the Amendment, 2/11/16]

---

**Voted For Requiring Treasury Secretary To Notify Congress Whether Treasury Is Able To Pay Principal And Interest On National Debt If Debt Limit Is Reached**

---

**Voted For Requiring Treasury Secretary To Notify Congress If Treasury Is Able To Pay Principal And Interest On National Debt If Debt Limit Is Reached.** In February 2016, Walters voted for an amendment to require the Treasury Secretary to notify Congress whether Treasury is able to pay principal and interest on the national debt if the debt limit is reached. The amendment requires "the Secretary of the Treasury to notify Congress whether it is able to pay only principal and interest on the national debt, as opposed to other obligations, in the event that the debt limit is reached." The amendment passed 240 to 176. [HR 3442, Vote #72, 2/11/16; On Agreeing to the Amendment, 2/11/16]

---

**Voted Against Requiring Treasury Secretary's Report To Include Potential Public Health And Safety Costs Of Failing To Raise Debt Limit**

---

**Voted Against Requiring Treasury Secretary's Report To Include Potential Public Health And Safety Costs Of Failing To Raise Debt Limit.** In February 2016, Walters voted against an amendment to require the Treasury Secretary's report to include the potential public health and safety costs of failing to raise the debt limit. The amendment "sought to require the Treasury Secretary's report to also include an economic forecast of the negative consequences of failing to raise the debt limit, including costs associated with public health and safety." The amendment failed 184 to 234. [HR 3442, Vote #71, 2/11/16; On Agreeing to the Amendment, 2/11/16]

---

**Voted For To Block Hearing On President's Budget With Director Of The Office Of Management And Budget**

---

**Voted To Block Hearing On President's Budget With Director Of The Office Of Management And Budget.** In February 2016, Walters voted for a motion to block consideration of a vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 6234, which would "demand a fair hearing on the President's Budget by

demanding that House Republicans hold a budget hearing with the Director of the Office of Management and Budget." The previous question carried, 237-180. A vote against the previous question would call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624. [H Res 618, Vote #85, 02/24/16; Democratic Leader – Previous Questions, 2/24/16]

---

**Voted For Blocking Consideration Of Bill To Call On Hearings For President's Budget**

**Voted For Blocking Consideration Of Bill To Call On Hearings For President's Budget.** In February 2016, Walters voted for blocking consideration of H. Res. 619, an ordering of the previous question on HR 2406. "The Democratic Previous Question gives Republicans a second chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." The previous question passed, 240 to 178. [H.Res.619, Vote #90, 2/25/16; Democratic Leader-Ordering of Previous Question, 2/25/16]

---

**Voted For The Debt Management and Fiscal Responsibility Act of 2015 Which Required Treasury Department To Report To Congress**

**Voted For The Debt Management and Fiscal Responsibility Act of 2015 Which Required Treasury Department To Report To Congress.** In February 2016, Walters voted for the bill that "requires the Secretary of the Treasury to provide a report to Congress prior to any date on which the Secretary anticipates the public debt will reach the statutory limit. The Secretary must appear before the House Ways and Means Committee and the Senate Finance Committee to submit a report including: the historic, current, and projected levels of the debt; the drivers and composition of future debt; and how the United States will meet debt obligations if the debt limit is raised." The legislation "the Debt Management and Fiscal Responsibility Act, sponsored by Rep. Kenny Marchant, R-Texas. The bill would require the Treasury Department to provide reports to Congress and the public detailing the federal government's historic, current and projected future debt levels, as well as information about when the debt will reach its statutory limit." The bill passed 267 to 151. [HR 3442, Vote #76, 2/11/16; Targeted News Service, 2/12/16]

---

**Voted For Blocking Consideration Of Measure To Force The House To Remain In Session Until It Has Adopted A Budget Resolution For 2017**

**Voted For Blocking Consideration Of Measure To Force The House To Remain In Session Until It Has Adopted A Budget Resolution For 2017.** In March 2016, Walters voted for blocking the consideration of "an amendment to H. Res. 640, offered by Congressman Jared Polis of Colorado, to force the Republican-led Congress to do its job by refusing to adjourn on March 23, unless the House has adopted a budget resolution for Fiscal Year 2017." The previous question carried, 235-177. A vote against the previous question would have allowed the amendment to be considered. [H Res 653, Vote #131, 3/22/16; Democratic Leader, 3/22/16]

---

**Voted For Blocking Consideration Of Forcing The House To Remain In Session Until It Has Adopted Budget Resolution For 2017**

**Voted For Blocking Consideration Of Forcing The House To Remain In Session Until It Has Adopted Budget Resolution For 2017.** In March 2016, Walters voted for blocking the consideration of "an amendment to H. Res. 640, offered by Congressman Jared Polis of Colorado, to force the Republican-led Congress to do its job by refusing to adjourn on March 23, unless the House has adopted a budget resolution for Fiscal Year 2017." The previous question carried, 235-177. A vote against the previous question would have allowed the amendment to be considered. [H Res 640, Vote #114, 3/15/16; Democratic Leader, 3/15/16]

---

**Voted For Blocking Consideration Of Voting On The Republican Budget**

**Voted For Blocking Consideration On Voting On The Republican Budget**. In April 2016, Walters voted for a motion that would force an "immediate vote on the Republican 'Road to Ruin' budget passed out of the Republican Budget Committee – so the American people can see where their representatives stand." The previous question passed 243-182. A vote against the previous was to force the House to vote on the Republican budget. [H Res 672, Vote #141, 4/13/16; Democratic Leader – Previous Questions, 4/13/16]

## Campaign Finance

### Voted For Blocking Constitutional Amendment To Overturn Citizens United

**Voted For Blocking Constitutional Amendment To Overturn Citizens United.** In January 2015, Walters voted for blocking a motion to require Congress to vote on a constitutional amendment to overturn the Supreme Court's Citizens United decision and promote transparency in our political system. The previous question carried, 238-182. A vote against the previous question would have allowed the bill to be considered. [H Res 38, Vote #38, 1/21/15; Democratic Leader – Previous Questions, 1/21/15]

### Voted For Blocking Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors

**Voted For Blocking Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors.** In May 2016, Walters voted for blocking consideration of "the DISCLOSE Act, which would bring desperately needed transparency to the tidal wave of secret money unleashed by the Supreme Court's wildly destructive Citizen's United decision, requiring corporate CEOs to stand by their ads in the same way candidates do; and compelling corporations and outside groups to disclose their campaign spending to shareholders, members, and the public." The previous question passed, 239 to 177. A vote against the previous question would have allowed the bill to be considered. [H Res 732, Vote #196, 5/17/16; Democratic Leader – 114th Congress Previous Questions, 5/17/16]

## Civil Rights

### Voted For Delaying A Resolution That Would Require Removal Of All Confederate Symbols From The House

Voted For Delaying A Resolution That Would Require Removal Of All Confederate Symbols From The House. In June 2015, Walters voted for delaying a "privileged resolution that would require the Speaker of the House to remove all symbols of the Confederacy from the House wing of U.S. Capitol and donate such symbols to the Library of Congress."  The motion passed 240-184 [HR 341, Vote #385, 6/25/15; CQ Floor Votes, 6/25/15]

> The Hill: House Delays Floor Vote On Removing Confederate Symbol From Capitol. "The House referred a resolution on Thursday that would remove symbols of the Confederacy from the Capitol and adjacent office buildings to the committee level for possible later consideration. … [Democratic Rep. Bennie] Thompson's resolution is privileged, which forces the House to expedite its consideration. The House vote on Thursday of 240-184 sends his resolution to the House Administration Committee for further review, instead of immediately voting on the measure. Democrats uniformly opposed the move to delay consideration, while all but one Republican voted in favor. [The Hill, 6/25/15]

### Voted For Blocking Consideration Of Removing Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds

**Voted For Blocking Consideration Of Removing Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds.** In July 2015, Walters voted for blocking consideration of a vote to "call for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle

flag from the U.S. Capitol grounds." The previous question carried, 238-185. The previous question passed, 238 to 185. A vote against the previous question would have allowed the bill to be considered. [H RES 355, Vote #425, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

**Voted For Referring A Motion To Remove Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds To The House Administration Committee**

**Voted For Referring A Motion To Remove Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds To The House Administration Committee.** In July 2015, Walters voted for a motion to refer a privileged resolution to "remove any state flag containing the Confederate Battle flag - images of hate and division in our nation's history that deserve to be stored in a museum and not displayed in a place of honor in the United States Capitol" to the House Administration Committee. The motion passed, 238 to 176. [H RES 355, Vote #426, 7/09/15; CQ Floor Votes, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

**Voted For Blocking Consideration On An Immediate Vote For A Resolution To Remove Any State Flag Containing The Confederate Battle Flag From The U.S. Capitol Grounds**

**Voted For Blocking Consideration On An Immediate Vote For A Resolution To Remove Any State Flag Containing The Confederate Battle Flag From The U.S. Capitol Grounds.** In July 2015, Walters voted forblocking consideration "for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle flag from the U.S. Capitol grounds." A vote against the previous question was to force the vote on removing state flags containing the Confederate battle flag from the U.S. Capitol grounds. The motion to order the previous question passed, 242 to 185. [H Res 350, Vote #429, 7/09/15; Democratic Leader – Previous Questions, 7/09/15]

**Voted For To Block Restoration Of Federal Oversight To Protect The Right To Vote**

**Voted For To Block Restoration Of Federal Oversight To Protect The Right To Vote.** In November 2015, Walters voted for a motion to block consideration of a vote on the "Voting Rights Advancement Act, which would restore federal oversight to protect the most sacred right and responsibility of American citizenship; the right to vote." The previous question carried, 241-178. A vote against the previous question would call for an immediate vote on the Voting Rights Advancement Act. [H Res 507, Vote #583, 11/03/15; Democratic Leader – Previous Questions, 11/03/15]

**Voted For Naming Post Office After Maya Angelou**

**Voted For Naming Post Office After Maya Angelou.** In March 2016, Walters voted for naming a post office after Maya Angelou. The bill would have "designate[d] the facility of the United States Postal Service located at 200 Town Run Lane in Winston Salem, North Carolina, as the 'Maya Angelou Memorial Post Office'." [HR 3735, Vote #104, 3/01/16; CQ, 3/08/16]

**Maya Angelou Won Presidential Medal Of Freedom Award, Was Praised By Presidents Obama, Bush, And Clinton.** "Angelou won the Presidential Medal of Freedom in 2010, and was the subject of a postage stamp after her death. She recited poetry at the inaugurations of the past two Democratic presidents: Bill Clinton and Barack Obama. Former President George W. Bush said in a statement upon her death in 2014 that her words 'enriched the culture of our country.'" [Roll Call, 3/01/16]

**Voted For Prohibiting Display Of Confederate Flag Imagery in VA Cemeteries**

**Voted For Prohibiting Display Of Confederate Flag Imagery in VA Cemeteries.** In May 2016, Walters voted for an amendment "that would prohibit the use of appropriated funds to display Confederate flag imagery in Veterans Administration cemeteries." The amendment passed, 265-159. [HR 4974, Vote #223, 5/19/16]

---

**Voted Against A Motion Striking Exception Allowing Schools With ROTC Program To Fly Confederate Flag**

---

**Voted Against A Motion Striking Exception Allowing Schools With ROTC Program To Fly Confederate Flag.** In May 2016, Walters voted against a motion that would "strike section 1094 of the bill, which would allow religious organizations contracting with the federal government to discriminate against LGBT individuals whom they may employ, in blatant violation of President Obama's Executive Order prohibiting federal contractors discriminating against LGBT people in employment." The motion failed, 181-243. [HR 4909, Vote #215, 5/18/16; Democratic Leader, MTRs]

## Commerce

---

**Voted For Bill Regulating Commercial Space Ventures, Exempting Industry From Passenger Safety Regulations For 10-Years**

---

**Voted For Bill Regulating Commercial Space Ventures, Exempting Industry From Passenger Safety Regulations For 10-Years.** In May 2015, Walters voted for the SPACE Act of 2015, a bill to regulate the commercial space industry. "Led by House Majority Leader Kevin McCarthy (R., Calif.), senior Republican lawmakers supported the bill to extend and update federal protection for commercial launches from some potential liability involving property damage or personal injuries and fatalities on the ground. The legislation, which also effectively bars the Federal Aviation Administration from closely regulating fledgling space-tourism ventures for up to 10 more years, garnered widespread support from closely held companies and industry leaders." The measure passed 284 to 133. [HR 2262, Vote #262, 5/21/15; Wall Street Journal, 5/21/15]

## Consumer Protection

---

**Voted For "Dramatically" Restricting Government's Ability To Enact New Safety Standards**

---

**Voted For "Dramatically" Restricting Government's Ability to Enact New Safety Standards.** In January 2015, Walters voted for restricting the government's ability to enact new regulations or safety standards. "The House passed a measure Tuesday to dramatically restrict the government's ability to enact any significant new regulations or safety standards, potentially hamstringing the efforts of every federal agency, from financial regulators to safety watchdogs. …The primary way the bill would work is by making just about every step an agency takes on a major new rule subject to numerous legal challenges. It does that by defining major rules as ones that have direct costs of more than $100 million or indirect costs above $1 billion, or would have significant costs for just about anyone, including government. Then it requires that for any such rule, agencies must make public their cost-benefit analyses of the new regulation and choose the cheapest option." The bill passed 250 to 175. [HR 185, Vote #28, 1/13/15; Huffington Post, 1/13/15; CQ Floor Votes, 1/13/15]

> **Law Professor: "Irresponsible Reform: The House Favors Extreme Legislation That Would Delay Public Protections by Ten Years or More."** [Center For Progressive Reform Blog, 1/13/15]

---

**Voted Against Protecting Public Health And Safety Regulations From Significant Delays**

---

**Voted Against Protecting Public Health And Safety Regulations From Significant Delays.** In January 2015, Walters voted against an amendment exempting public health and safety regulations from the bill's burdensome requirements on creating new rules. "The House has rejected an amendment sponsored by Rep. Gerald E. Connolly, D-Va., to the Regulatory Accountability Act (H.R. 185) … Connolly said the exemption was needed to ensure that regulations needed to protect food and drug safety and air and water quality can move forward promptly." The amendment failed 178 to 248. [HR 185, Amendment No. 4, Vote #26, 1/13/15; Albany Herald, 1/16/15]

---

**Voted Against Exempting FDA Consumer Protections From Greater Regulatory Review And Legal Challenges**

---

**Voted Against Exempting FDA Consumer Protections From Greater Regulatory Review And Legal Challenges.** In February 2015, Walters voted against Jackson Lee of Texas Part A Amendment No. 6, an amendment to the Small Business Regulatory Flexibility Improvements Act of 2015  that "sought to exempt from the bill all regulations issued by the Food and Drug Administration relating to consumer safety, including those issued pursuant to the FDA Food Safety Modernization Act." HR 527 was a bill under which "the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The amendment failed 184 to 234. [HR 527, Vote #66, 2/05/15; Thomas.loc.gov, 2/05/15; CQ News HR 527 Coverage, 2/05/15]

---

**Voted For Mandating Private Sector Input On Federal Agency Rules, Expand Judicial Review, And Restrict CFPB Funding**

---

**Voted For Mandating Private Sector Input On Federal Agency Rules, Expand Judicial Review, And Restrict CFPB Funding.** In February 2015, Walters voted for the Unfunded Mandates Information and Transparency Act of 2015. "in a new GOP attempt to roll back federal regulations, the House passed a measure Wednesday aimed at limiting agency rules that impose unfunded mandates. Lawmakers approved the bill 250-173, after adding a provision that would restrict funding for the Consumer Financial Protection Bureau…The main part of the bill (HR 50) would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles."  The bill passed 250 to 173. [HR 50, Vote #64, 2/04/15; CQ News, 2/04/15]

> **Coalition For Sensible Safeguards: "The Unfunded Mandates Information and Transparency Act Lets Big Business Write The Rules."** "But the Coalition for Sensible Safeguards (CSS) says the bill would give businesses special access to regulators and block hypothetical future rules without the public knowing. 'The Unfunded Mandates Information and Transparency Act lets big business write the rules,' Katherine McFate, president of the Center for Effective Government and CSS co-chair, said in a statement. 'It doesn't improve or streamline the regulatory process, which is already plagued by hurdles and delays. This act would make it even more difficult for agencies to implement laws enacted by Congress.'" [The Hill, 1/30/15]

> **HR 50 Cut CFPB Funding By $36 Million.** "Limits the total budget authority which the Consumer Financial Protection Bureau may request from the Federal Reserve to $550 million in FY 2016. This limitation is needed to ensure that the CFPB will comply with the requirements contained elsewhere within HR 50 without increasing their drawdown of funds from the federal reserve, which would otherwise add a direct spending cost to the bill. The limitation is set at $36 million below the CBO baseline projection for CFPB Budget Authority in FY 2016." [HR 50, Amendment #4, 2/04/15]

---

**Voted For To Set New Standard On Deciding "Whether Certain Lawsuits Are Heard In Federal Instead Of State Court"**

---

**Voted For To Set New Standard On Deciding "Whether Certain Lawsuits Are Heard In Federal Instead Of State Court."** In February 2016, Walters voted for 'The Fraudulent Joinder Prevention Act', which "would set a new, national standard for deciding whether certain lawsuits are heard in federal instead of state court because an in-state co-defendant should not have been joined to the case. The bill would require district courts to deny motions to send a lawsuit back to state court because a defendant is from the same state as a plaintiff if: there was fraud in the pleading of jurisdictional facts in relation to the co-defendant joined to the lawsuit, it is not plausible that state law would impose liability against the co-defendant, state or federal law bars claims against the co-defendant, or if

there is no good faith intention to seek a judgment against the co-defendant." The bill passed, 229 to 189. [HR 3624, Vote #89, 02/24/16; CQ, 2/25/16]

**Legislation Would "Make It More Difficult For Americans To Enforce Their Rights In State Courts."** On February 23, 2016, the Center for Justice and Democracy sent a group letter to Speaker Ryan and Leader Pelosi opposing 'The Fraudulent Joinder Prevention Act.' "The House will soon be voting on H.R. 3624, the 'Fraudulent Joinder Prevention Act.' "This bill would upend long established law in the area of federal court jurisdiction, place unreasonable burdens on the federal judiciary, and make it more difficult for Americans to enforce their rights in state courts. … H.R. 3624 would undermine this fundamental precept and force state cases into federal court when they don't belong there. The bill would do this by transforming the centuries-old concept called 'fraudulent joinder,' which is a way to defeat complete diversity i.e., when non-diverse defendants are in case." [Center for Justice and Democracy, 2/23/16]

---

**Voted Against Motion Exempting Cases Where Plaintiff "Seeks Relief In Connection With The Sexual Abuse And Exploitation Of A Minor" From Lawsuit Reform Bill**

---

**Voted Against Motion Exempting Cases Where Plaintiff "Seeks Relief In Connection With The Sexual Abuse And Exploitation Of A Minor" From Lawsuit Reform Bill.** In February 2016, Walters voted against "motion to recommit the 'Fraudulent Joinder Prevention Act' to the Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill cases in which the plaintiff seeks relief in connection with the sexual abuse and exploitation of a minor." The motion failed, 180 to 239. [HR 3624, Vote #88, 02/24/16; CQ, 2/25/16]

---

**Voted Against Amendment Exempting Cases In Which Plaintiffs Seek Compensation Because Of Bad Faith Of Insurer**

---

**Voted Against Amendment Exempting Cases In Which Plaintiffs Seek Compensation Because Of Bad Faith Of Insurer.** In February 2016, Walters voted against an amendment "that would exempt cases in which plaintiffs seek compensation because of the bad faith of an insurer" from Fraudulent Joinder Prevention Act. The amendment failed, 178 to 237. [HR 3624, Vote #87, 02/24/16; CQ Floor Vote 87, 2/25/16; CQ Floor Votes 89, 2/25/16]

---

**Voted Against Amendment To Fairness In Class Action Litigation Act To Protect Privacy Of Asbestos Exposure Victims.**

---

**Voted Against Amendment To Fairness In Class Action Litigation Act To Protect Privacy Of Asbestos Exposure Victims.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act that that would "require asbestos trusts to provide a report available to the public regarding demands received and payments made, and would repeal the requirement that the report contain the personal information of people paid by the trust." The amendment was rejected in Committee of the Whole by a vote of 179-222. [H R 1927, Vote #31, 1/08/16; CQ Floor Votes, 1/08/16]

---

**Voted Against Amendment To The Fairness In Class Action Litigation Act To Allow Plaintiffs Access To Information Held In Trusts.**

---

**Voted Against Amendment To The Fairness In Class Action Litigation Act To Allow Plaintiffs Access To Information Held In Trusts.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act that would "allow litigants in a pending class action suit to access information held in a trust that is directly related to a plaintiff's claim for asbestos exposure." The amendment was rejected in Committee of the Whole by a vote of 174-228. [H R 1927, Vote #30, 1/08/16; CQ Floor Votes, 1/08/16]

**Voted Against Amendment To Remove Anti-Consumer Rights Provisions From Bill Tightening Class Action Lawsuit Requirements.**

**Voted Against Amendment To Remove Anti-Consumer Rights Provisions From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act. The original bill would "eliminate most consumer class actions by forcing consumers to prove that they've each suffered the exact same type and scope of injury from a company in order for their case to be certified—and move forward as a group—in court." The amendment would eliminate the same "scope" of injury clause from the bill. The amendment was rejected in Committee of the Whole by a vote of 177-223. [H R 1927, Vote #29, 1/08/16; CQ Floor Votes, 1/08/16; The Hill, 10/07/15]

**Voted Against Amendment Exempting Lawsuits Involving Fraudulent College And Universities Claims From Bill Tightening Class Action Lawsuit Requirements.**

**Voted Against Amendment Exempting Lawsuits Involving Fraudulent College And Universities From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt claims against institutions under Title IV of the Higher Education Act, education loan institutions as defined by section 221 of the Internal Revenue Code of 1986, or educational institutions as defined by chapter 33 of Title 38 United States Code." The amendment was rejected in Committee of the Whole by a vote of 177-223. [H R 1927, Vote #28, 1/08/16; CQ Floor Votes, 1/08/16]

**Voted Against Amendment Exempting Equal Pay Lawsuits From Bill Tightening Class Action Lawsuit Requirements.**

**Voted Against Amendment Exempting Equal Pay Lawsuits From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt a pay equity claim under Title VII of the Civil Rights Act or the Fair Labor Standards (Equal Pay) Act." The amendment was rejected in Committee of the Whole by a vote of 177-224. [H R 1927, Vote #27, 1/08/16; CQ Floor Votes, 1/08/16]

**Voted Against Exempting Housing Discrimination Lawsuits From Bill Tightening Class Action Lawsuit Requirements.**

**Voted Against Exempting Housing Discrimination Lawsuits From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Walters Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt claims under the Fair Housing Act or the Equal Credit Opportunity Act." The amendment was rejected in Committee of the Whole by a vote of 172-229. [H R 1927, Vote #26, 1/08/16; CQ Floor Votes, 1/08/16]

# Crime

**Voted For Consideration Of Bill Providing For $51.4 Billion In Funding For The Departments Of Justice And Commerce, Resulting In Relaxed Gun Restrictions**

**Voted For Consideration Of Bill Providing For $51.4 Billion In Funding For The Departments Of Justice And Commerce.** In June 2015, Walters voted for a resolution providing for the consideration of H.R. 2557 and H.R. 2578. According to CQ Bill Track, "A resolution providing for consideration of HR 2577, a bill making appropriations for the Departments of Transportation, and Housing and Urban Development, and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes, and providing for consideration of HR 2578, bill making appropriations for the Departments of Commerce and Justice, Science and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes." According to the Hill, "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science

agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The resolution passed 242 to 180. [H. Res. 287, Vote #268, 6/02/15; CQ Bill Track, 6/01/15; The Hill, 6/03/15]

> **Appropriations Bill Would Have Relaxed Gun Restrictions.** "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana…. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." [The Hill, 6/03/15]

## Voted Against Motion That Provided Additional Funding For Programs Including Sexual Assault, Violence Against Women And Missing And Exploited Children

**Voted Against Motion That Provided Additional Funding For Programs Including Sexual Assault, Violence Against Women And Missing And Exploited Children.** In June 2015, Walters voted against motion that would provide an additional $3 million for sexual assault victims assistance within the Violence Against Women Prevention and Prosecution Programs account and an additional $3 million for missing and exploited children programs in the Juvenile Justice Programs account. It would decrease funding for the Justice Information Technology Account by $6 million. The amendment failed, 190 to 232. [HR 2578, Vote #296, 6/03/15; CQ, 6/03/15]

## Voted For Underfunding Agencies And Relax Gun Restrictions

**Voted For Underfunding Agencies And Relax Gun Restrictions.** In June 2015, Walters voted for Justice and Commerce spending bill that underfunded agencies. "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The amendment failed, 208 to 215. [HR 2578, Vote #297, 6/03/15; The Hill, 6/03/15]

## Voted Against An Amendment That Prohibited The DOJ And DEA From Enforcement Actions Against Commercial Hemp Growers

**Voted Against An Amendment That Prohibited The DOJ And DEA From Enforcement Actions Against Commercial Hemp Growers.** In June 2015, Walters voted against an amendment that prohibited the DOJ and DEA from taking enforcement actions against commercial hemp growers. The amendment passed 289 to 132. [HR 2578, Vote #288, 6/03/15; On Agreeing to the Amendment, 6/03/15]

## Voted Against Amendment That Proposed Cutting Funding In The Commerce-Justice-Science Appropriations Bill By 2.48 Percent

**Voted Against Amendment That Proposed Cutting Funding In The Commerce-Justice-Science Appropriations Bill By 2.48 Percent.** In June 2015, Walters voted against an amendment that proposed cutting

funding in the Commerce-Justice-Science appropriations bill by 2.48%. The amendment failed 134 to 290. [HR 2578, Vote #292; On Agreeing to the Amendment, 6/03/15]

---

**Voted Against An Amendment That Would Have Prohibited The Department Of Justice From Preventing States From Establishing Their Own Rules Governing The Use, Distribution, Cultivation Or Possession Of Marijuana**

---

**Voted Against An Amendment That Would Have Prohibited The Department Of Justice From Preventing States From Establishing Their Own Rules Governing The Use, Distribution, Cultivation Or Possession Of Marijuana.** In June 2015, Walters voted against an amendment that that would have prohibited the Department of Justice from preventing states from establishing their own rules governing the use, distribution, cultivation or possession of marijuana. "Marijuana advocates who have their sights set on legalization after lawmakers approved a number of pot-friendly measures Wednesday in a government spending bill. The marijuana vote-a-rama was capped off by a provision that would prohibit the Department of Justice (DOJ) from interfering with state medical marijuana laws. But it's a marijuana amendment that was rejected that has pot advocates even more excited. A provision that would have blocked the Justice Department from interfering with state laws permitting the use of recreational marijuana came just a few votes shy of passing. The measure would have essentially ended the federal prohibition on pot, advocates say … An amendment from Reps. Tom McClintock (R-Calif.) and Jared Polis (D-Colo.) would have blocked the DOJ from interfering with any state marijuana law, including laws that permit the recreational use of pot. The provision failed, but not before garnering 206 votes, just a handful shy of the number needed to be approved." The amendment failed 206 to 222. [HR 2578, Vote #285; On Agreeing to the Amendment, 6/03/15; The Hill, 6/03/15]

**Voted Against An Amendment That Stopped Use Of Federal Funds To Prevent States From Establishing Laws Related To Cannibidiol Oil.** In June 2015, Walters voted against an amendment that stopped use of federal funds to prevent states from establishing laws related to cannibidiol oil. "An amendment from Rep. Suzanne Bonamici, D-Oregon, that would block federal money from being used to prevent states from allowing the use, distribution, possession, or cultivation of industrial hemp also passed. So did an amendment from Rep. Scott Perry, R-Pennsylvania, would prevent federal funds from stopping states from implementing laws relating to cannabidiol oil." The amendment passed 297 to 130. [HR 2578, Vote #286; On Agreeing to the Amendment, 6/03/15; NBC News, 6/03/15]

---

**Voted For Amendment To Increase Funding For Mental Health Courts By $2 Million**

---

**Voted For Amendment To Increase Funding For Mental Health Courts By $2 Million.** In June 2015, Walters voted for an amendment increasing funding for mental health courts and adult and juvenile collaborations programs by $2 million in FY 2016. "House Vote 272 Fiscal 2016 Commerce-Justice-Science Appropriations — Mental Health Courts and Adult and Juvenile Collaboration Program Grants. Lujan Grisham, D-N.M., amendment that would increase funding for mental health courts and adult and juvenile collaboration program grants by $2 million, which would be offset by a $2 million reduction in funding for the Justice Department's general administration salaries and expenses account." The amendment was adopted 417 to 10. [HR 2578, Grisham Amendment, Vote #272, 6/02/15; CQ Bill Tracker, 6/02/15]

---

**Voted For An Amendment Cutting $1 Million From Justice Department**

---

**Voted For An Amendment Cutting $1 Million From Justice Department.** In June 2015, Walters voted for an amendment cutting $1 million from the Justice Department' general legal activities. "House Vote 273 Fiscal 2016 Commerce-Justice-Science Appropriations — Justice Department General Legal Activities. Gosar, R-Ariz., amendment that would reduce funding for Justice Department general legal activities by $1 million, and increase the spending reduction account by $1 million." The amendment passed 228 to 198. [H.R. 2578, Gosar Amendment, Vote #273, 6/02/15; CQ Bill Tracker, 6/02/15]

## Voted Against Prohibiting The Use Of Funds To Prevent States From Creating Laws That Authorize Use And Distribution Of Hemp Laws

**Voted Against Prohibiting The Use Of Funds To Prevent States From Creating Laws That Authorize Use And Distribution Of Hemp Laws.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits the use of funds to prevent a State from implementing its own State laws that authorize the use, distribution, possession, or cultivation of industrial hemp." The amendment passed 282-146.  [HR 2578, Vote #280, 6/03/15]

## Voted Against Amendment To Prohibit Use Of Funds To Compel Journalists To Testify About Information Obtained From Confidential Sources

**Voted Against Amendment To Prohibit Use Of Funds To Compel Journalists To Testify About Information Obtained From Confidential Sources.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibit[s] the use of funds to compel a person to testify about information or sources that the person states in a motion to quash the subpoena that he has obtained as a journalist or reporter and that he regards as confidential." [HR 2578, Vote #284, 6/03/15]

# Defense

## Voted Against Exempting Federal Regulations Aimed At Halting Nuclear Proliferation From New Rulemaking Requirement

**Voted Against A Motion Exempting Federal Regulations Aimed At Halting Nuclear Proliferation From New Rulemaking Requirement.** In February 2015, Walters voted against a motion that would "would provide exemptions for rules and regulations that stop the proliferation, spread or development of nuclear weapons" from the new rulemaking requirements in HR 527, under which "the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The motion failed, 182-240. [HR 527, Vote #67, 2/05/15; CQ News, 2/05/15, 2/05/15]

## Voted Against Budget Plan That Prohibited Increased OCO Defense Spending Without Offsetting Cuts

**Voted Against Budget Plan That Prohibited Increased OCO Defense Spending Without Offsetting Cuts.** In March 2015, Walters voted against a budget that would set funding for the Overseas Contingency Operations war funding account at $94 billion in FY2016. This budget plan "would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The amendment failed 105 to 319. [H Con Res 27, Vote #140, 3/25/15; US News, 3/25/15]

## Voted Against Cutting OCO Funding For Military Construction Projects

**Voted Against Amendment That Prevented Use Of OCO Funds For Defense Military Construction Projects.** In April 2015, Walters voted against the second Mulvaney amendment that prevented the use of funds under the Pentagon's Overseas Contingency Operations (OCO) account for Defense military construction projects. "Reps. Chris Van Hollen (D-Md.), the top Democrat on the House Budget Committee, and Rep. Mick Mulvaney (R-S.C.), a member of the conservative House Freedom Caucus, offered an amendment to strike provisions of the bill for military construction projects that use funds from the Pentagon's war fund, known as the Overseas Contingency Operations account." The amendment failed to pass 190 to 231. [HR 2029, Vote #186; On Agreeing to the Amendment, 4/29/15; The Hill, 4/30/15]

**Voted Against Amendment That Prevented Use Of OCO Funds For Air Force Construction Projects.** In April 2015, Walters voted against the first Mulvaney amendment that prevented the use of OCO funds for Air Force construction projects. "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Mulvaney and Van Hollen plan to propose amendments to strike every penny of OCO money not used for war from here on out, including in Defense and State department bills … The Mulvaney-Van Hollen duo's test vote Thursday night showed they still have some support work to do. The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." The amendment failed to pass 192 to 229. [HR 2029, Vote #185; On Agreeing to the Amendment, 4/29/15; Politico, 4/30/15]

**Mulvaney Amendments Cut $530 Million In Funds Under Pentagon's Overseas Contingency Operations (OCO) Account For Military Construction Projects.** "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Defense funds were supposed to be frozen below caps laid out in a 2011 deficit-reduction law. But GOP leadership planned to dole out an extra $38 billion for the Pentagon using OCO, which isn't subject to the caps … The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." [Politico, 4/30/15]

**Voted Against Amendment That Prevented Use Of OCO Funds For Navy And Marine Corps Construction Projects.** In April 2015, Walters voted against the Van Hollen amendment that prevented the use of OCO funds for Navy and Marine Corps construction projects. "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Mulvaney and Van Hollen plan to propose amendments to strike every penny of OCO money not used for war from here on out, including in Defense and State department bills … The Mulvaney-Van Hollen duo's test vote Thursday night showed they still have some support work to do. The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." The amendment failed to pass 191 to 229. [HR 2029, Vote #184; On Agreeing to the Amendment, 4/29/15; Politico, 4/30/15]

---

**Voted Against Reducing The National Nuclear Security Weapons Activity By $25 Million**

---

**Voted Against Reducing Atomic Energy Defense By $25 Million And Apply Savings To Deficit Reduction.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that reduce the Atomic Energy Defense Activities National Nuclear Security Administration, Weapons Activities Account by $25 million and to apply the savings to the spending reduction account. "The first amendment the National Nuclear Security Administration's Weapons Activities Account for the W80-4 Life Extension Program by $25,000,000, applying this savings to deficit reduction. This technology is used in our Long Range Stand Off (LRSO) weapon." The amendment was rejected 149 to 272. [H.AMDT.181, Vote #204, 4/30/15; Congressional Documents, 5/01/15]

---

**Voted Against Reducing National Nuclear Security Administration Funding By $167 Million**

---

**Voted AgainstReducing National Nuclear Security Administration Funding By $167 Million.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that would apply $167,050,000 to the savings reduction account for the new nuclear arm cruise missile. "Quigley, D-Ill., amendment that would reduce the National Nuclear Security Administration weapons activities by $167 million and transfer the same amount to the spending reduction account." The amendment was rejected 164 to 257. [H.AMDT.181, Vote #203, 4/30/15; CQ 4/30/15]

**Voted Against Reduction In Naval Operations**

**Voted Against Reducing The Number Of Naval Operation Carriers From 11 To 10.** In May 2015, Walters voted against an amendment reducing from 11 to 10 the statutory requirement for the number of operational carriers that the U.S. Navy must have. The amendment failed, 60- 363. [HR 1735, Vote #228; CQ Floor Votes, 5/14/15]

**Voted Against Requiring Funding For Replacement Submarines To Come From Navy Accounts Rather Than Sea-Based Deterrent Fund**

**Voted Against Amendment Requiring Funding For Replacement Submarines To Come From Navy Accounts Instead Of Sea-Based Deterrent Fund.** In May 2015, Walters voted against an amendment that would "require funding for the Navy's new Ohio-class replacement submarines to come from their traditional Navy accounts, instead of the Sea-Based Deterrent Fund…" The amendment failed, 43 to 375. [H.R. 1735, Vote #235, 5/15/15; Congress.gov, accessed 5/26/15]

   **Amendment Would Transfer Funds From Sea-Based Deterrent Fund To Navy's Budget.** The amendment would also "[transfer] funds from the Sea-Based Deterrent Fund back into their historic Navy budget lines." [Congress.gov, accessed 5/26/15]

**Voted Against Striking Provision Placing Limits On Funding Used To Dismantle Nuclear Weapons**

**Voted Against Striking Provision Placing Limits On Funding Used To Dismantle Nuclear Weapons.** In May 2015, Walters voted against an amendment that would "strike a section of the bill that would place limits on the use of funding authorized for the National Nuclear Security Administration in fiscals 2016 through 2020 for dismantlement of nuclear weapons." The amendment failed, 178-242. [H.R 1735, Vote #237, 5/15/15; CQ Floor Votes, 5/15/15]

**Voted Against Ensuring Pay Raise For Service Members & That They Were Paid During Government Shutdown**

**Voted Against Ensuring A Pay Raise For Servicemembers & To Ensure  They Were Paid In Event Of Government Shutdown.** In May 2015, Walters voted against a motion to recommit that would ensure a 2.3% pay increase for fiscal year 2016 for servicemembers and would ensure that servicemembers are paid in the event of a government shutdown. [HR 1735, Vote #238, 5/15/15]

**Voted For FY16 NDAA**

**Voted For FY16 National Defense Authorization Act.** In May 2015, Walters voted for the FY16 National Defense Authorization Act "that authorizes $612 billion in government funding for programs at the Department of Defense." The bill passed, 269-151. [NBC News, 5/15/15; H.R 1735, Vote #239, 5/15/15]

   **Bill Allowed Concealed Carry Of Firearms On Military Installations.** "The U.S. House passed the National Defense Authorization Act (NDAA) for the 2016 fiscal year on Friday, including an amendment that would allow military base commanders to authorize the concealed carry of firearms on military installations." [KVUE, 5/15/15]

   **Bill Placed Restrictions On President To Transfer Prisoners From Guantanamo Bay.** "The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries and would continue existing prohibitions against transferring such detainees to the United States or its territories." [CQ Floor Votes, 5/15/15]

---

**Voted Against Increasing Funding For Defense Wide Operations**

---

**Voted Against Increasing Funding For Defense Wide Operations.** In June 2015, Walters voted against an amendment "that would reduce the Army's operation and maintenance funding by $3 million and increase Defense-wide operations and maintenance by a net $2 million." The amendment was rejected, 195-237.  [CQ Floor Votes, 6/10/15; HR 2685, Vote #334, 6/10/15]

---

**Voted Against Reducing Funding For Defense Wide Operations**

---

**Voted Against Reducing Funding For Defense Operation And Maintenance Account By $430 Million.** In June 2015, Walters voted against an amendment "that would reduce the Defense-wide operation and maintenance account by $430 million." The amendment failed, 117-315. [CQ Floor Votes, 6/10/15; HR 2685, Vote #340, 6/10/15]

**Voted Against Striking Measure To Require Including U.S. Coal For Heating At U.S. Defense Installations Overseas.** In June 2015, Walters voted against an amendment "that would strike section 8053 of the bill, which would require the secretary of the Air Force to implement cost-effective facility heating agreements in the Kasierlautern Military Community in Germany provided that such agreements include U.S. coal as the base load energy for municipal district heat at U.S. defense installations." The amendment passed, 252-179. [HR 2685, Vote #335, 6/10/15]

---

**Voted For Ending Prohibition On Funds For Sea Based Deterrence Fund**

---

**Voted For Ending Prohibition On Transferring Funds To Sea Based Deterrence Fund.** In June 2015, Walters voted for an "amendment that would strike section 8122 of the bill, which bars funds from being transferred to the National Sea Based Deterrence Fund." The amendment passed, 321-111.  [CQ Floor Votes, 6/10/15; HR 2685, Vote #339, 6/10/15]

---

**Voted Against Prohibiting Navy From Divesting Or Transferring Search And Rescue Units From Marine Corps**

---

**Voted Against Amendment To Prohibit Navy From Divesting Or Transferring Search And Rescue Units From Marine Corps.** In June 2015, Walters voted against an amendment that would "prohibit use of funds by the Navy to divest or transfer any search and rescue units from the Marine Corps." The amendment failed, 81-347. [H.R. 2685, Vote #350, 6/11/15; CQ Floor Votes, 6/11/15]

---

**Voted Against Prohibiting Transfer Of Flash-Bang Grenades To Local Law Enforcement**

---

**Voted Against Amendment To Prohibit Transferring Flash-Bang Grenades To Local Law Enforcement.** In June 2015, Walters voted against an amendment that would "prohibit use of funds to transfer flash-bang grenades from the Defense Department to local law enforcement agencies." The amendment failed, 165-265. [H.R. 2685, Vote #351, 6/11/15; CQ Floor Votes, 6/11/15]

---

**Voted Against Prohibiting Funding For Army Aircraft Combat Uniforms**

---

**Voted Against Prohibiting Funds For Army Aircrew Combat Uniforms.** In June 2015, Walters voted against an amendment that would have prohibited the "use of funds to procure any Army aircrew combat uniforms." The amendment failed, 51- 378. [HR 2685, Vote #352; CQ Floor Votes, 6/11/15]

---

**Voted Against Transfer Mine-Resistant Ambush Vehicles From The Department Of Defense To Local Law Enforcement Agencies**

**Voted Against Prohibiting Department Of Defense From Transferring Mine-Resistant Ambush-Protected Vehicles To Local Law Enforcement Agencies.** In June 2015, Walters voted against the prohibition of "funds to transfer mine-resistant ambush-protected vehicles from the Defense Department to local law enforcement agencies." The amendment failed, 166-262. [HR 2685, Vote #353; CQ Floor Votes, 6/11/15]

> **The Pentagon Has Transferred Mine-Resistant Ambush Protected Vehicles To Law Enforcement Agencies In Recent Years.** "Here at The Watch, we're looking for the smallest town in America to acquire an MRAP, or Mine-Resistant Ambush Protected armored personnel vehicle. For the past few years, the Pentagon has been giving these vehicles to police departments across the country. The unwieldy behemoths have little real application in domestic police work. They're designed for use on a battlefield. (The Pentagon offers no training to police departments when it gives the vehicles away. And they've been known to tip over.)" [Washington Post, 4/18/14]

## Voted Against $5 Million For Army Medical Research

**Voted Against An Additional $5 Million For Funding Army Medical Research.** In June 2015, Walters voted against "an additional $5 million for the U.S. Army Medical Research and Material Command to implement congressionally-directed medical research programs and an additional $2 million for the Operation and Maintenance Army account. It also would provide an additional $2 million for the Operation and Maintenance Defense-Wide account and reduce funding for that account by $9 million." The motion to recommit failed 186-240. [HR 2685, Vote #357; CQ Floor Votes, 6/11/15]

## Voted For FY16 Defense Appropriations Bill

**Voted For The Fiscal Year 2016 $578.6 Billion Defense Appropriations Bill.** In June 2015, Walters voted for legislation to "provide $578.6 billion in discretionary funding for the Defense department in fiscal 2016. The total would include $490.2 billion in base Defense department funds and $88.4 billion for the Overseas Contingency Operations account, and would provide that $37.5 billion in OCO funding be used in support of base budget requirements. The bill would provide roughly $218.8 billion for operations and maintenance, approximately $116.7 billion for procurement, approximately $67.9 billion for research and development and $133.2 billion for military personnel, including a 2.3 percent pay raise. It also would provide roughly $31.7 billion for the Defense Health Program. The measure would provide $715 million for security assistance to Iraqi forces fighting the Islamic State and at least $600 million to aid Jordan in its fight against that group. It also would provide $600 million to continue training and equipping moderate Syrian opposition forces and would appropriate $200 million for lethal weapons for Ukraine. As amended, the bill would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The bill passed 278-149. [HR 2685, Vote #358; CQ Floor Votes, 6/11/15]

> **Bill Added $38 Billion Above The Budget Caps Created By The Sequester.** "The House on Thursday approved this year's spending bill for the Pentagon in a 278-149 vote. Passage of the $579 billion bill came after the White House threatened a veto of the legislation over insufficient funding levels and controversial policy riders that would prohibit funds from being used to transfer detainees imprisoned at Guantanamo Bay to the United States. It also passed despite heavy opposition among Democrats and some conservatives over the use of a war fund to boost defense spending next year. Republicans added $38 billion to the war fund to give the Pentagon spending above the budget caps created by the sequester, but they left the limits in place for nondefense spending. Democrats and the White House want the sequester lifted in full." [The Hill, 6/11/15]

## Voted Against Shifting $38 Billion From OCO Account To Defense Base Budget

**Voted Against Shifting $38 Billion From OCO Account To Defense Base Budget.** In October 2015, Walters voted against a motion that "would transfer $38.3 billion from the Overseas Contingency Operations (OCO)

account to the Department of the Defense based budget by striking the requirement that the administration treat these funds as emergency war funding." The motion failed, 186-241.   [CQ Floor Votes, 10/01/15; HR 1735, Vote #531, 10/01/15]

---

**Voted For Defense Authorization Bill**

**Voted For Defense Authorization Bill.** In October 2015, Walters voted for "a conference report to accompany the National Defense Authorization Act (HR 1735) that would authorize $604.2 billion for discretionary defense spending, including $515 billion for discretionary spending subject to sequester-reduced spending caps for FY 2016 for the base defense budget and $89.2 billion for the Overseas Contingency Operations (OCO)." The bill passed, 270-156.  [CQ Floor Votes, 10/01/15; HR 1735, Vote #532, 10/01/15]

> **Bill Included 1.3 Percent Military Pay Raise.** "The bill includes a host of military pay and benefits authorizations, and would allow Obama to set the 2016 military pay raise at 1.3 percent." [Military Times, 10/01/15]

---

**Voted For Eliminating New Maritime Security Program Funding**

**Voted For Eliminating $500 Million In New Funding For The Maritime Security Program.** In October 2015, Walters voted for an amendment to strip $500 million in new funding for the Maritime Security Program. According to Democratic Whip Steny Hoyer, "This amendment would harm America's national security. Under the program that it seeks to eliminate, the Pentagon reserves capacity on roughly 60 U.S.-flagged commercial ships to ensure the supply and transport of American troops. It is a program that supports our private sector as well, requiring the Defense Department to contract private commercial ships rather than building their own. So there was not redundancy, but complementary ability. It is a program that enhances America's national security by ensuring that our military can depend on U.S.-flagged and crewed vessels instead of foreign ones. It is a program that supports important domestic maritime jobs." The amendment failed 109 to 306. [HR 702, Vote #545, 10/09/15; Amash Amendment, 10/09/15]

---

**Voted For FY 2016 National Defense Authorization Act, Which Lifted Sequester Caps On Defense Spending For Two Years**

**Voted For FY 2016 National Defense Authorization Act, Which Lifted Sequester Caps On Defense Spending For Two Years.** In November 2015, Walters voted for suspending the rules and passing the FY 2016 National Defense Authorization Act. The bill provided that, "the annual [defense] spending caps will be lifted for another two years, the 10-year spending caps created under the Budget Control Act of 2011 remain in place." The bill passed 370-58. [S 1356, Vote #618, 11/05/15; Vice News, 10/29/15]

> **FY 2016 NDAA Included $715 Million For Iraqi Forces Fighting ISIS.** "Fiscal 2016 Defense Authorization — Passage…It also would authorize $715 million for security assistance to Iraqi forces fighting the Islamic State of Iraq and the Levant (ISIL)." [CQ, accessed 1/07/16]

> **FY 2016 NDAA Included $599 Billion In Discretionary Funding For Defense Programs.** "Fiscal 2016 Defense Authorization — Passage… the bill that, as amended, would authorize $599 billion in discretionary funding for defense programs in fiscal 2016." [CQ, accessed 1/07/16]

> **FY 2016 NDAA Included Provisions Restricting The Ability Of The President To Transfer Prisoners From Guantanamo Bay Detention Center To Third Party Countries.** "Fiscal 2016 Defense Authorization — Passage… The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries." [CQ, accessed 1/07/16]

---

**Voted For FY2017 Military Construction And Veterans Affairs Appropriations Bill**

**Voted For FY2017 Military Construction And Veterans Affairs Appropriations Bill.** In May 2016, Walters voted for the House Military Construction-Veterans Affairs Appropriations bill that "would provide $81.6 billion in discretionary spending, including $172 million in Overseas Contingency Operations funding. The Veterans Health Administration's medical services account would receive a total of $52.5 billion for veterans medical services for fiscal 2017, the bulk of which would be advance funding that was provided by prior-year appropriations laws. It would provide $7.9 billion for military construction, including $1.3 billion for family and military housing. The bill would provide $66.4 billion in advance appropriations for certain VA medical accounts for fiscal 2018. It also would include $103.9 billion in advance fiscal 2018 appropriations for mandatory VA benefits." The bill passed, 295-129. [HR 4974, Vote #228, 5/19/16; CQ Floor Votes, 5/19/16]

---

### Voted For FY2017 National Defense Authorization Act

**Voted For FY2017 National Defense Authorization Act.** In May 2016, Walters voted for the FY2017 National Defense Authorization ActNDAA, "that would authorize $602.2 billion in discretionary funding for defense programs in fiscal 2017. The total would include $58.8 billion for Overseas Contingency Operations funding, of which $23.1 billion of would be used for non-war, base defense budget needs. As amended, the bill would require the president to seek Senate confirmation of his national security adviser if the staff of the National Security Council exceeds 100 employees." The bill passed, 277-147. [HR 4909, Vote #216, 5/18/16]

---

### Voted Against Repealing 2001 Authorization For Use Of Military Force

**Voted Against Repealing 2001 Authorization For Use Of Military Force.** In May 2016, Walters voted against voted for an amendment "that would repeal the 2001 Authorization for Use of Military Force 90 days after the bill's enactment." The amendment failed, 138-285. [HR 4909, Vote #210, 5/18/16]

---

# Disaster Aid

---

### Voted For Storm Impact Prevention, FEMA Funding

**Voted For Storm Impact Prevention, FEMA Funding.** In January 2015, Walters voted for a bill "that would authorize $21 million per year from fiscal 2015-2017 for the National Windstorm Impact Reduction Program. For each year, it would authorize $5.3 million for the Federal Emergency Management Agency, $9.7 million for the National Science Foundation, $4.1 million for the National Institutes for Standards and Technology and $2.3 million for the National Oceanic and Atmospheric Administration." The bill passed 381-39. [HR 23, Vote #10, 1/07/15; CQ Votes]

---

### Voted Against Amendment To Increase Funding For Inland Oil Spill Programs By More Than $5 Million

Voted Against Amendment To Increase Funding For Inland Oil Spill Programs. In July 2015, Walters voted against an amendment to increase funding for inland oil spill programs. The Amendment would reduce funding for Bureau of Ocean Energy Management by $5,434,000 and to increase funding for Inland Oil Spill Programs by a similar amount. According to the amendment's sponsor, Rep. Lois Capps, "When it comes to oil spills, the damage gets worse by the minute, so ensuring that spill response teams are properly trained and prepared to respond quickly is essential to minimizing the impacts. This is precisely why the EPA has jurisdiction over the inland oil spill program. … Despite its scope and importance, this program has been seriously underfunded for years, and H.R. 2822 only makes things worse by funding this program at nearly 25 percent less than the President Requested. My amendment would simply increase funding for this program by 5.4 million, to match the President's requested amount of $23.4 million for fiscal year 2016." The amendment failed, 184 to 243. [HR 2822, Vote #394, 7/08/15; Bill Summary, Library of Congress, 7/08/15, House Congressional Record, Page H4741, 6/25/15]

**Voted Against Striking Provision Allowing Vacant Public Land Grazing Allotments When Existing Allotment Is Unusable Due To Drought Or Wild Fire**

**Voted Against Striking Provision Allowing Vacant Public Land Grazing Allotments When Existing Allotment Is Unusable Due To Drought Or Wild Fire.** In July 2015, Walters voted against "an amendment to strike section 433, which provides for vacant public land grazing allotments when an existing allotment is unusable due to drought or wildfire." The amendment failed 178 to 251. [HR 2822, Vote #399, 7/08/15; H AMDT 570, 7/08/15]

**Voted Against Preserving Legal Recourse To Salvage And Reforestation Projects Conducted In Response To Catastrophic Events**

**Voted Against Preserving Legal Recourse To Salvage And Reforestation Projects Conducted In Response To Catastrophic Events.** In July 2015, Walters voted against an amendment that would "strike section 203 and Title III from the bill, which impose restrictions on lawsuits. Section 203 prohibits restraining orders, preliminary injunctions and injunctions pending appeal against salvage and reforestation projects conducted in response to catastrophic events." The amendment failed, 181 to 247. [HR 2647, Vote #427, 7/09/15; CQ Floor Votes, 7/09/15]

# Drugs

**Voted For Blocking Consideration Of Legislation To Provide Emergency Funding To Address The Opioid Epidemic**

**Voted For Blocking Consideration Of Legislation To Provide $600 Million In Funding To Address The Opioid Epidemic.** In May 2016, Walters voted for blocking consideration of legislation that would provide $600 million in funding to help ensure that a package of bills passed by the House to address the opioid epidemic was fully funded. The previous question passed, 215 to 173. A vote against the previous question would have allowed the bill to be considered.  [H Res 720, Vote #182, 5/11/16; USA Today, 5/11/16; Kuster Press Release, 5/11/16; Democratic Leader – 114th Congress Previous Questions, 5/11/16]

**Voted For Creating A National Opioids Task Force**

**Voted For Creating A National Task Force On Opioid Policies.** In May 2016, Walters voted for "a bill to create a national task force on opioid policies, which advocates hope will spur a major overhaul to the government's approach to addiction. Lawmakers voted 412 to 4 to support the bill from Rep. Susan Brooks (R-Ind.), one of 18 House bills this week aimed at halting the scourge of drug overdoses over the last decade. The task force would be led by the Department of Health and Human Services (HHS) and would include a voice from nearly every corner of the healthcare sector, from hospitals CEOs to patients suffering from chronic pain." The bill passed, 412 to 4. [HR 4641, Vote #184, 5/11/16; The Hill, 5/11/16]

**Voted Against An Amendment To Fund Programs To Ensure The Security Of Opioids In Medical Facilities**

**Voted Against An Amendment To Expand Grants For Programs To Ensure The Security Of Opioids At Medical Facilities.** In May 2016, Walters voted against an amendment to expand grants to provide for developing, implementing, or expanding programs to ensure security of opioids at medical facilities. The amendment failed, 190 to 225. [HR 5046, Vote #186, 5/12/16; @RepStephenLynch, 5/12/16]

**Voted For Comprehensive Funding To Combat Opioid Abuse**

**Voted For The Comprehensive Opioid Abuse Reduction Act.** In May 2016, Walters voted for the Comprehensive Opioid Abuse Reduction Act of 2016, a bill that "would authorize the future appropriation of $103 million annually from 2017 – 2021 to allow the Department of Justice (DOJ) to give grants to state, local, and tribal governments for programs to combat opioid abuse." The bill passed, 413 to 5. [HR 5046, Vote #187, 5/12/16; Democratic Whip, 5/12/16]

---

**Voted For Blocking Consideration Of Legislation To Provide Emergency Funding To Address The Opioid Epidemic**

---

**Voted For Blocking Consideration Of Legislation To Provide $600 Million In Funding To Address The Opioid Epidemic.** In May 2016, Walters voted for blocking consideration of legislation that would provide $600 million in funding to help ensure that a package of bills passed by the House to address the opioid epidemic was fully funded. The previous question passed, 232 to 172. A vote against the previous question would have allowed the bill to be considered. [H Res 725, Vote #190, 5/13/16; Kuster Press Release, 5/11/16; Democratic Leader – 114th Congress Previous Questions, 5/13/16]

---

**Voted For Legislation To Address The Opioids Epidemic**

---

**Voted For The Comprehensive Addiction and Recovery Act.** In May 2016, Walters voted for legislation to address the opioids epidemic. "Lawmakers voted 400-5 on the Comprehensive Addiction and Recovery Act — its version of the opioids legislation passed the Senate in March … The main provisions of the bill include an interagency task force to recommend new guidelines for pain management and prescribing and a new substance abuse program within the Department of Justice. The package also includes a measure to strengthen legal protections for "good samaritans" who help administer overdose-reversal drugs." The bill passed, 400 to 5. [S 524, Vote #193, 5/13/16; The Hill, 5/13/16]

# Education

**Voted Against Authorizing STEM Gateway Grants For Women, Minorities, And Low-Income Students**

---

**Voted Against An Amendment To Authorize STEM Education Grants For Women, Minorities, And Low-Income Students.** In February 2015, Walters voted against an amendment that "would have established a STEM Gateways program for state education agencies to issue grants for educating girls, underrepresented minorities and low-income students in the science, technology, engineering and math fields at elementary schools and secondary schools." The amendment failed, 204 to 217. [HR 5, Vote #95, 2/26/15; Bangor Daily News, 2/27/15]

---

**Voted Against Decreasing Length Of No Child Left Behind Reauthorization From Six To Three Years**

---

**Voted Against Decreasing Length Of No Child Left Behind Reauthorization From Six To Three Years.** In February 2015, Walters voted against an amendment to decrease the length of the bill's reauthorization of existing elementary and secondary education law from Fiscal Year 2021 to Fiscal Year 2018. According to Rep. Jared Polis, "Having the Federal education policy in place for long enough for all of its systems around public education to catch up and create rules, create policies to see the new law succeed to the extent that it can are absolutely critical for any Federal education law. The worst possible outcome would be every single 2 or 3 years, this body goes in a radically different direction with regard to Federal education policy, causing every State, every district, every educator, every principal--instead of spending time teaching kids and helping educate children in the classroom--studying up on Federal education policy, trying to fill out new forms, trying to figure out new testing regimes; and, just as they figure them out, we are going to move the ball again.  Whatever the Federal education policy is, it is very important to have some consistency." [HR 5, Vote #96, 2/26/15; House Congressional Record, Page H1255, 2/26/15]

---

**Voted Against Ensuring Textbooks Meet Education Standards**

---

**Voted Against An Amendment To Create A Federal Ombudsman For School Textbooks.** In February 2015, Walters voted against an amendment to establish an ombudsman within the Department of Education to act as a neutral reviewer to ensure that textbooks meet academic standards. "Under Castro's proposal, students, teachers and administrators could submit complaints to the Department of Education ombudsman. The ombudsman would not be able to undo state decisions over textbooks, but could help resolve disagreements over textbook content." The amendment failed, 182 to 243. [HR 5, Vote #97, 2/26/15; The Hill, 2/26/15]

---

**Voted Against Providing Students With Qualified Teaching Aides, Assistants**

---

**Voted Against An Amendment To Restore Qualification Requirements For Paraprofessional Educators Like Teachers' Aides & Assistants.** In February 2015, Walters voted against an amendment to restore paraprofessional qualification requirements in the Student Success Act, "requirements that existed in the original [No Child Left Behind] NCLB but had been removed from this legislation. Under NCLB, this provision stopped school districts from hiring paras with little experience in education and mandated that they provide training … 'We must ensure that paraprofessionals are qualified to provide much-needed instructional support, support that is often targeted to students who are struggling academically or who need additional help, such as English learners, or students with disabilities. That support is crucial to students, parents, and teachers, particularly in communities where resources are scarce and children are already at a disadvantage,' said [Illinois Federation of Teachers Secretary-Treasurer Marcia] Campbell." The amendment passed, 218 to 201. [HR 5, Vote #98, 2/26/15; IFT, 2/27/15]

---

**Voted Against Protecting Teacher Development Funding For High Poverty Areas**

---

**Voted Against An Amendment To Protect Title II Funding For High Poverty Schools.** In February 2015, Walters voted against an amendment that would delay implementation of the new formula for Title II funding until the Education secretary determines that the implementation will not reduce funding for schools serving high percentages of students in poverty. According to the amendment's sponsor, Rep. Gwen Moore, "Specifically, the No Child Left Behind title II formula for school districts focuses 65 percent of funds on students in poverty and 35 percent on the number of students, which is students in poverty versus just the number of students. The State formula focuses 80 percent of its funding on poverty and 20 percent on student population. H.R. 5 completely upends this … As written, we have strong reasons to fear that H.R. 5 would result in Federal dollars being siphoned away from States and school districts with the poorest students and being awarded to States and schools with higher affluence." The amendment failed, 185 to 239. [HR 5, Vote #99, 2/26/15; House Congressional Record, Page H1265, 2/26/15]

---

**Voted For Amendment Allowing States To Withdraw From Common Core Without Jeopardizing Federal Funding**

---

**Voted For Amendment Allowing States To Withdraw From Common Core Without Jeopardizing Federal Funding.** In July 2015, Walters voted for an amendment allowing states to withdraw from common core without losing their funding. "The first piece of legislation Rep. Lee Zeldin introduced since his election to Congress was an amendment to an education law that would allow states to withdraw from the Common Core standards without jeopardizing federal.States are not required under federal law to adopt the Common Core. Rather, some states that have been recipients of federal grants through President Obama's Race To The Top program were required to implement curriculum guidelines that boost college and career readiness." The amendment passed, 373 to 206. [HR 5, Vote #410, 7/07/15; Politico, 3/03/15]

**Voted Against Amendment Requiring The Secretary Of Education To Study The Impacts Of School Start Times On Student Health**

**Voted Against Amendment Requiring The Secretary Of Education To Study The Impacts Of School Start Times On Student Health.** In July 2015, Walters voted against requiring the Secretary of Education to study the impacts of school start times on student health. "The U.S. House of Representative reconsidered and ultimately passed Wednesday a Republican-backed reauthorization of the Elementary and Secondary Education Act—though it's far from the measure that President Barack Obama may eventually sign into law when it's all said and done … Rep. Alan Grayson, D-Fla.: Would require the Secretary of Education to conduct an assessment of the impact of school start times on student health, well-being, and performance. Failed 198-228." The amendment failed, 199 to 228. [HR 5, Vote #412, 7/07/15; Education Week, 7/08/15]

**Voted Against Amendment Providing School Dropout Prevention And Grants For Raising Academic Achievement Levels**

**Voted Against Amendment Providing School Dropout Prevention And Grants For Raising Academic Achievement Levels.** In July 2015, Walters voted against providing dropout protection and grants to raise academic achievement. "The U.S. House of Representative reconsidered and ultimately passed Wednesday a Republican-backed reauthorization of the Elementary and Secondary Education Act—though it's far from the measure that President Barack Obama may eventually sign into law when it's all said and done …Rep. Wilson: Would provide for school dropout prevention and reentry and provide grants to raise academic achievement levels for all students." The amendment failed, 192 to 237. [HR 5, Vote #413, 7/07/15; Education Week, 7/08/15]

**Voted Against Developing A National Research Strategy That Evaluates Student Learning And Effective Teacher Preparation**

**Voted Against Developing A National Research Strategy That Evaluates Student Learning And Effective Teacher Preparation.** In July 2015, Walters voted against an amendment to the Student Success Act that would, "develop a national research strategy with respect to elementary and secondary education that includes advancing—an annual measure of student learning, including a system of assessments; effective teacher preparation and continuing professional development; education administration; and international comparisons of education." The amendment failed 186 to 245. [HR 5, Amendment 35, Vote #414, 7/08/15]

**Voted Against Awarding Grants To States To Establish Programs To Recognize Bilingual Students**

**Voted Against Awarding Grants To States To Establish Programs To Recognize Bilingual Students.** In July 2015, Walters voted against an amendment to the Student Success Act that would have, "The Secretary of Education shall award grants to States to establish or improve a Seal of Biliteracy program to recognize student proficiency in speaking, reading, and writing in both English and a second language." The amendment failed 191 to 239. [HR 5, Amendment 39, Vote #415, 7/08/15]

**Voted Against An Amendment Awarding Grants For Digital Learning Technologies In Rural Schools**

**Voted Against An Amendment Awarding Grants For Digital Learning Technologies In Rural Schools.** In July 2015, Walters voted against an amendment to the Student Success Act that would, "authorize the issuance of Education Department grants to rural schools for the deployment of digital learning technologies. Loebsack said educational software and other technology held the promise of 'vastly expanding the educational options and opportunities available to students in rural areas,' providing them with an advanced education similar to that

available for urban students." The amendment passed 218 to 213. [HR 5, Vote #416, 7/08/15; Albany Herald, 7/12/15]

---

**Voted Against Authorizing Funds For Early Childhood Education Scholarships**

---

**Voted Against Authorizing Funds For Early Childhood Education Scholarships.** In July 2015, Walters voted against an amendment to the Student Success Act that would, "authorize funds for the Secretary of Education to provide grants for early-childhood education scholarships, professional development and licensing credentials, or increased compensation for educators who have attained specific qualifications." The amendment failed 205 to 224. [HR 5, Vote #417, 7/08/15]

---

**Voted Against Ensuring That Minority And Low-Income Students Are College-Ready**

---

**Voted Against Ensuring That Minority And Low-Income Students Are College-Ready.** In July 2015, Walters voted against an amendment to the Student Success Act that would determine, "that the enactment of this Act, and the amendments made by this Act, will not decrease the college and career readiness of students who are racial or ethnic minority, students with disabilities, English learners, and low-income student." The amendment failed 189 to 241. [HR 5, Vote #418, 7/08/15]

---

**Voted For Allowing States To Opt Out Of Federal Education Requirements Without Losing Federal Funds**

---

**Voted For Allowing States To Opt Out Of Federal Education Requirements Without Losing Federal Funds.** In July 2015, Walters voted for an amendment to the Student Success Act that, "would have allowed states to opt out of federal requirements entirely without losing federal funds." The amendment failed 195 to 235. [HR 5, Vote #419, 7/08/15; Daily Caller, 7/09/15]

---

**Voted For Allowing Parents To Have Their Children Opt Out Of Federally-Required Standardized Tests**

---

**Voted For Allowing Parents To Have Their Children Opt Out Of Federally-Required Standardized Tests.** In July 2015, Walters voted for an amendment to the Student Success Act that, "grants parents the right to opt their children out of federally-required standardized tests." The amendment passed 251 to 178. [HR 5, Vote #420, 7/08/15; Daily Caller, 7/09/15]

---

**Voted Against A Substitute Amendment To Overhaul Elementary And Secondary Education Standards And Funding**

---

**Voted Against A Substitute Amendment To Overhaul Elementary And Secondary Education Standards And Funding.** In July 2015, Walters voted against a substitute amendment to the Student Success Act that would "require states to establish college-and career-ready standards in English, math and science for grades K-12 and high-quality assessments aligned to those standards. The amendment would also require state education plans for youth in juvenile institutions, require districts to include teacher salaries in their calculations for Title I funds and require states and districts to publicly report progress in making funding equitable. Furthermore, the amendment would reauthorize and modify the Charter School Program similar to those in HR 5 and create programs for STEM education and literacy from preschool through grade 12, as well as grants for technology infrastructure and for nongovernmental entities to develop curricula in various subject matters. Finally, it would authorize grants to states for high-quality preschool programs and increase authorizations for Native Indian, Hawaiian and Alaska Native education programs, as well as for the education of homeless children and youth." The amendment failed, 187 to 244. [HR 5, Vote #421, 7/08/15; CQ Floor Votes, 7/08/15]

**Voted Against A Motion To Guarantee Continued Funding For The Individuals With Disabilities Education Act**

**Voted Against A Motion To Guarantee Continued Funding For The Individuals With Disabilities Education Act.** In July 2015, Walters voted against a Democratic motion to recommit that "guarantees continued funding for IDEA [Individuals with Disabilities Education Act], including for students with autism and cognitive disabilities; and protects children with disabilities from abusive seclusion and restraint practices, which, according to the GAO, have resulted in severe injury and even death." The motion failed, 185 to 244. [HR 5, Vote #422, 7/08/15; Democratic Leader – Motion To Recommit, 7/08/15]

**Voted For Student Success Act To Renew And Overhaul No Child Left Behind, Allowing Funding To Follow Lower-Income Students To Other Schools And Distribute Block Grants To States**

**Voted For Student Success Act To Renew And Overhaul No Child Left Behind.** In July 2015, Walters voted for the Student Success Act, a bill to "renew and overhaul the 2001 landmark elementary and secondary education law (PL 107-110) known as 'No Child Left Behind.'" The bill passed, 218 to 213. [H R 5, Vote #423, 7/08/15; CQ Synopsis, 7/08/15]

> **Student Success Act Would Allow Funding To Follow Students From Lower Income Families To Other Schools, Eliminate And Merge The Funding Of 65 Programs.** "Passage of the bill, as amended, that would reauthorize the Elementary and Secondary Education Act of 1965 (ESEA) and would make fundamental changes to many of its programs through Fiscal 2019. The bill would allow Title I funding to follow individual students to other schools, and eliminates more than 65 elementary and secondary education programs and merges their funding." [CQ Floor Votes, 7/08/15]

> **Student Success Act Would Distribute New Title 1 Block Grants To States, Allow Them To Establish Their Own Teach Evaluation Systems Tied To Student Achievement.** "The new Title I block grant would give states greater flexibility in how funds are used. It would also allow states to establish their own teacher evaluation systems tied to student achievement." [CQ Floor Votes, 7/08/15]

> **Student Success Act Would Reauthorize And Expand Charter School Programs, Increase Parental Choice.** "The bill would also reauthorize and expand the charter school program and includes other provisions to increase parental choice." [CQ Floor Votes, 7/08/15]

**Voted Against Ensuring D.C. Students Be Protected By Civil Rights Laws**

**Voted Against Ensuring D.C. Students Be Protected By Civil Rights Laws.** In October 2015, Walters voted against requiring voucher students in the District of Columbia be protected by civil rights, age discrimination, and disability laws, a guarantee not found in the Scholarships for Opportunity and Results Reauthorization Act. The motion failed, 185 to 242. [H.R. 10, Vote #558, 10/21/15; CQ Floor Votes, 10/21/15]

**Voted For D.C. Private School Voucher Program; Voucher Program Has Been Criticized For Lack Of Academic Gains, Poor Management**

**Voted For D.C. Private School Voucher Program.** In October 2015, Walters voted for the Scholarships for Opportunity and Results Act, a bill providing funds for a private school voucher program for K-12 students in the District of Columbia. "House Republicans approved a bill Wednesday to extend the D.C. Opportunity Scholarship Program, the only federally funded, private school voucher program for K-12 students, through 2021. House Speaker John A. Boehner (R-Ohio) authored the bill, which for the first time would require that some students with vouchers take the same standardized tests in math and reading administered to public school students in the District." The bill passed, 240 to 191. [HR 10, Vote #559, 10/21/15; Washington Post, 10/21/15]

**Critics Cite Lack Of Academic Gains And Poor Management.** "[F]ederal studies have found that the program does not result in statistically significant academic gains for students. And at a time when public schools face increasing scrutiny, the private schools that have received millions of federal voucher dollars have been subject to few quality controls and offer widely disparate experiences, according to a 2012 Washington Post investigation. A Government Accountability Office report the following year found that the voucher program was poorly managed." [Washington Post, 10/21/15]

**HEADLINE: "Quality Controls Lacking For D.C. Schools Accepting Federal Vouchers"** [Washington Post, 11/17/12]

---

**Voted For Replacing No Child Left Behind And Shifting Accountability Back To States And School Districts**

---

**Voted For Replacing No Child Left Behind And Shifting Accountability Back To States And School Districts.** In December 2015, Walters voted for the Every Student Succeeds Act, which would "replace the No Child Left Behind Act, ending the federal accountability system and shifting academic standards and school accountability authority back to states and local school districts." The bill passed 359-64. [S 1177, Vote #665, 12/02/15; CQ Floor Votes, 12/02/15]

**States Still Required To Test Students Annually And Report Scores.** "States will still be required to test students annually in math and reading in grades three through eight and once in high school and to publicly report the scores according to race, income, ethnicity, disability and whether students are English-language learners." [Washington Post, 12/10/15]

**States Will Decide How To Remedy Troubled Schools, How To Weigh Test Scores, And How To Evaluate Teachers.** "[S]tates will decide what to do about the most troubled schools, those where test scores are in the lowest 5 percent, achievement gaps between groups of students are greatest, or where fewer than two-thirds of students graduate on time. And states will decide how to weigh test scores and whether or not how to evaluate teachers. They will be allowed to consider other factors, such as whether a school offers challenging courses or the degree of parent involvement. They will set their own goals and timelines for academic progress, though their plans must be approved by the federal Department of Education." [Washington Post, 12/10/15]

---

**Voted For Reauthorization Of D.C. Private School Voucher Program**

---

**Voted For D.C. Private School Voucher Program Criticized For Low Educational Standards And Diverting Money Away From Public Schools.** In April 2016, Walters voted for passage of the Scholarship for Opportunity and Results Reauthorization Act, a bill providing funds for a private school voucher program for K-12 students in the District of Columbia, "the only federally funded, private school voucher program for K-12 students. Local D.C. leaders have long been against the voucher program, arguing that it diverts money and students away from the public school system." The bill passed, 224 to 181. [H Res 4901, Vote # 179, 4/29/1; Washington Post, 4/29/16]

**Voucher Program Criticized For Lax Educational Standards For Participating Schools**. "A Washington Post investigation in 2012 found that quality controls for schools accepting the vouchers in D.C. were lacking. Hundreds of D.C. students were using their voucher dollars to attend schools that are unaccredited or are in unconventional settings, such as a family-run K-12 school operating out of a storefront, a Nation of Islam school based in a converted Deanwood residence, and a school built around the philosophy of a Bulgarian psychotherapist." [Washington Post, 4/29/16]

**Voted For Passage Of The Strengthening Career And Technical Education For The 21st Century Act.** In September 2016, Walters voted for "motion to suspend the rules and pass the bill that would reauthorize various career and technical education programs at both secondary and postsecondary levels of education through fiscal 2022. The measure would authorize $1.1 billion for such programs in 2017, would gradually increase the authorization annually, and would peak at $1.2 billion annually in fiscal 2022. The measure would allow states to

set their own standards for career and technical education programs, instead of requiring the states to negotiate standards with the Education Department." The motion was agreed to 405 to 5. [HR 5587, Vote #503, 9/13/16; CQ Floor Vote, 9/13/16]

## Energy

### Voted For Approving The Keystone XL Pipeline

**Voted For Approving The Keystone XL Pipeline.** In January 2015, Walters voted for approving the Keystone XL pipeline. "The House voted Friday to approve the Keystone XL pipeline, seizing on the momentum from a Nebraska Supreme Court ruling hours earlier that removed the last major legal obstacle to building the politically charged oil project." The bill passed 266 to 153. [HR 3, Vote #16, 1/09/15; Politico, 1/09/15]

### Voted Against Holding Pipeline Owners Liable For Explosions

**Voted Against Motion To Require Pipeline Owners, Not Taxpayers, Are Liable For Any Cleanup Costs Associated With Pipeline Explosion.** In January 2015, Walters voted against a motion to recommit that would require that natural gas pipeline owners, not taxpayers, are liable for any damages, repair, and clean-up in the wake of a natural gas pipeline explosion. [HR 161, Vote #40, 1/21/15; Democratic Leader – Motions to Recommit, 1/21/15]

### Voted For Expedited Permitting For Natural Gas Pipeline Projects

**Voted For Bill To Expedite FERC Permitting For Natural Gas Pipeline Projects.** In January 2015, Walters voted for a bill that "would require the Federal Energy Regulatory Commission to approve or deny a natural gas pipeline project within one year after receiving a completed application. Federal agencies responsible for issuing permits would have to issue a ruling within 90 days of when FERC issues its final environmental statement for the project. Under the bill, FERC could extend that period for another 30 days. The bill would provide that if a federal agency does not rule within the required time period, the permit would be deemed approved 30 days later." The bill passed, 253 to 169. [HR 161, Vote #41, 1/21/15; CQ]

### Voted Against Prohibiting LNG Exports To State Sponsors Of Terrorism

**Voted Against A Motion To Prohibit LNG Exports To State Sponsors Of Terrorism & Ensure LNG Exports Are On US-Built Ships.** In January 2015, Walters voted against a motion that would prohibit LNG exports to any nation that is a state sponsor of terrorism, or to any nation or corporation that engages in cyber-attacks against the United States, and would ensure that U.S. flagged and built ships are used to export LNG. The motion to recommit failed, 175-237. [HR 351, Vote #49, 1/28/15; Democratic Leader – Motions to Recommit, 1/22/15]

### Voted For Requiring Expedited Consideration Of LNG Export Permit Applications

**Voted For Legislation To Require Expedited Consideration Of LNG Export Permit Applications.** In January 2015, Walters voted for legislation that "would require the Energy Department to make a decision on pending applications to export liquefied natural gas within 30 days of the bill's enactment or at the end of the public comment period, whichever is later. Under the bill, applications would have to publicly disclose the countries that would receive the proposed exports. It also would authorize the U.S. Court of Appeals for the circuit where the proposed export facility will be located to exercise original and exclusive jurisdiction over any civil action pertaining to such applications. The court would be required to order the Energy Department to approve any applications within 30 days if it finds the agency did not issue a decision by the bill's deadline." [HR 351, Vote #50, 1/28/15; CQ]

**Voted For FY16 Energy-Water Appropriations Bill Appropriating $35.4 Billion Towards Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs**

**Voted For FY16 Energy-Water Appropriations Bill Appropriating $35.4 Billion For Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs.** In May 2015, Walters voted for the Energy and Water Development bill, which increased funding to weapons programs, Army Corps of Engineers projects and nuclear weapons programs. "The House passed its second 2016 appropriations bill on Friday, this time to fund the Department of Energy and water infrastructure projects. Passed 240-177 along party lines, the measure would provide $35.4 billion for the Army Corps of Engineers, Department of Energy and nuclear weapons programs. The measure provides $1.2 billion more than the current enacted spending level, but $633 million less than what the Obama administration requested." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/01/15; The Hill, 5/01/15]

> **Bill Kept Yucca Mountain Nuclear Waste Site From Being Completely Closed.** In May 2015, Walters voted for the Energy and Water Development bill, which contained funding to ensure that Yucca Mountain Nuclear Waste Site remained open. "House Republicans Friday passed the second of 12 spending bills for the upcoming budget year, a $35 billion measure funding the Energy Department and popular water projects constructed by the Army Corps of Engineers. …The measure includes a big boost to modernize the U.S. nuclear arsenal and also contains money that would keep the Yucca Mountain nuclear waste site in Nevada from being completely shuttered, a challenge to Senate powerhouse Harry Reid, D-Nev., who has been largely responsible for blocking the project in the past." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/01/15; Associated Press, 5/01/15]

> **Bill Provided $150 Million Towards Nuclear Waste Disposal Fund.** "The House passed its second 2016 appropriations bill on Friday, this time to fund the Department of Energy and water infrastructure projects. … In total, the measure provides $150 million for the Nuclear Waste Disposal Program." [The Hill, 5/01/15]

> **Bill Cut $279 Million From Renewable Energy Programs.** "Fearing an escalation of nuclear weapons, Rep. John Garamendi, D-Walnut Grove, on Friday voted against HR 2028, a $35.4 billion appropriations bill that also includes energy and water development projects. The bill passed, 240-177. …Meanwhile, renewable energy programs are funded at only $1.7 billion, a cut of $279 million compared to FY 2015, Garamendi said. The bill also includes language that would weaken the Clean Water Act in some circumstances." [Davis Enterprise, 5/03/15]

> **Bill "Locks In Sequestration."** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after beating back amendments that would drastically slash funding for various Department of Energy research programs. …Democrats criticized spending levels and individual policy riders in the bill, including one that would bar the Obama administration from implementing its National Oceans Policy and another that would permanently block the White House from moving forward on the so-called clean water rule. But their main point of contention was the bill's adherence to an overall spending framework that locks in sequestration." [CQ Roll Call, 5/01/15]

> **Bill Contained Rider Allowing Guns To Be Carried On All Corps Of Engineers' Lands.** In May 2015, Walters voted for the Energy and Water Development bill, which contained a rider allowing guns to be carried on all Corps of Engineers' Lands. "Some provisions in the House energy and water bill approved Friday range far afield, such as a so-called legislative 'rider' allowing guns to be carried on all Corps of Engineers' lands. Citing the politically divisive firearms policy, among other reasons, the White House issued a veto threat against the legislation." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/01/15; San Jose Mercury News, 5/01/15]

> **FY16 Water-Energy Appropriations Bill Increasing Funding For Weapons Programs, Army Corps Of Engineer Projects And Nuclear Research.** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after

beating back amendments that would drastically slash funding for various Department of Energy research programs. . . . Nearly all Democrats united to vote against the $35.4 billion spending measure (HR 2028), which advanced by a vote of 240-177 after lawmakers debated amendments late into the night Thursday and early Friday." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/01/15; The Hill, 5/01/15]

## Voted For Amendment Reducing Appropriations In FY16 Energy And Water Bill By 11%

**Voted For Amendment Reducing Appropriations In Energy And Water Bill By 11%; National Nuclear Security Administration And Defense Activities Exempted.** In April 2015, Walters voted for an amendment reducing appropriations in energy and water bill by 11%, with the National Nuclear Security Administration, Environmental, defense activities and the Defense Nuclear Facilities Safety Board. "Hudson, R-La., amendment that would reduce funds in the bill by 11 percent across the board, except for those designated for the National Nuclear Security Administration, Environmental and Other Defense Activities or Defense Nuclear Facilities Safety Board." The amendment failed, 143 to 278. [H.R. 2028, Vote #205, 4/30/15; CQ Floor Votes, 4/30/15]

**Amendment Would Have "Slashed Spending By 11.2% Across The Board."** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after beating back amendments that would drastically slash funding for various Department of Energy research programs. … Simpson and his allies were able to hold off a bevy of amendments seeking to drastically shift or cut funding in the bill, including one from North Carolina Republican Richard Hudson that would have slashed spending by 11.2 percent across the board." [CQ Roll Call, 5/01/15]

## Voted For Amendment Eliminating Funding For Advanced Technology Vehicles Manufacturing Program

**Voted For Amendment Eliminating Funding For Advanced Technology Vehicles Manufacturing Program.** In April 2015, Walters voted for an amendment eliminating funding for advanced technology vehicles program. "The House also rejected 171-250 an amendment by South Carolina Republican Mark Sanford to eliminate funding for the Energy Department's loan guarantee program for advanced technology vehicle manufacturing. Sanford argued that the program is dated and has outlived its purpose, but Energy-Water cardinal Mike Simpson, R-Idaho, said zeroing out its funding would hamper oversight of the $8 billion in loans already doled out." The amendment failed, 171 to 250. [H.R. 2028, Vote #206, 4/30/15; CQ Roll Call, 4/30/15]

**Republican Rep. Mike Simpson Opposed Eliminating Funding, Believing It Would "Hamper Oversight Of The $8 Billion In Loans Already Doled Out."** "Sanford argued that the program is dated and has outlived its purpose, but Energy-Water cardinal Mike Simpson, R-Idaho, said zeroing out its funding would hamper oversight of the $8 billion in loans already doled out." [CQ Roll Call, 4/30/15]

## Voted Against Appropriating $30 Million In Drought Relief, State Electricity Energy Reliability And Assurance

**Voted Against Appropriating $30 Million Towards Drought Relief, State Electricity Energy Reliability And Assurance.** In May 2015, Walters voted against a motion that would increase funding for drought relief and state electricity energy reliability and assurance by $30 million. The motion failed, 180 to 235. [H.R. 2028, Vote #214, 5/01/15; CQ Floor Votes, 5/01/14]

## Voted For Amendment Prohibiting Use Of Funds To Consider Report Analyzing Life Cycle Of Green House Gas Emissions And Interactions With LNG

**Voted For Amendment Prohibiting Use Of Funds To Study Report Analyzing Life Cycle Of Green House Gas Emissions And Interactions With Liquefied Natural Gas.** In May 2015, Walters voted for an amendment prohibiting funding for the Department of Energy to consider report analyzing the life cycle of greenhouse gas

emissions when making determinations on liquefied natural gas exports. "The chamber approved 232-172 a provision from Pennsylvania Republican Keith Rothfus that would bar funding for the Department of Energy to consider a report that analyzed the life cycle of greenhouse gas emissions when making determinations on liquefied natural gas exports." The measure passed, 232 to 172. [H.R. 2028, Vote #208, 5/01/15; CQ Roll Call, 5/01/15]

---

**Voted For Amendment Prohibiting Use Of Funds To Enforce Energy Efficiency Standards For Incandescent Light Bulbs**

**Voted For Amendment Prohibiting Use Of Funds To Enforce Energy Efficiency Standards For Incandescent Light Bulbs.** In April 2015, Walters voted for an amendment prohibiting the use of funds regulate energy efficiency standards for incandescent bulbs. "The House adopted an amendment from Rep. Michael Burgess (R-Texas) late Thursday night that would prohibit the use of funds to enforce energy efficiency standards for incandescent light bulbs. The Texan likened the energy conservation measure to an issue of individual liberty. 'We should not be forcing these light bulbs on the American public,' Burgess said. 'The bottom line is the federal government has no business taking away the freedom of Americans to choose what bulbs to put in their homes.'" The amendment passed, 232 to 189. [H.R. 2028, Vote #207, 4/30/15; The Hill, 5/01/15]

---

**Voted For Amendment Reducing Appropriations In FY16 Energy And Water Bill By 1%**

**Voted For Amendment Reducing Appropriations In FY16 Energy And Water Bill By 1%.** In May 2015, Walters voted for an amendment reducing appropriations in energy and water bill by 1%. "Blackburn, R-Tenn., amendment that would reduce each amount made available under the act by 1 percent." The amendment was rejected, 159-248. [H.R. 2028, Vote #210, 5/01/15; CQ Floor Votes, 5/01/15]

---

**Voted Against Increasing Funding For Energy Projects By $20 Million**

**Voted Against Amendment To Add $20 Million To Keep Funding For Energy Technology Research At Current Levels.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that would increase funding for Advanced Research Projects Agency-Energy (ARPA-E) by $20 million and to reduce funding for Departmental Administration by a similar amount. "Earlier in the evening, California Democrat Eric Swalwell proposed an amendment bumping funding for the Advanced Research Projects Agency-Energy up $20 million from the $280 million level in the underlying bill, using funds directed toward departmental administrative functions. The measure would keep funding for the agency, which supports breakthrough energy technology research, at the current level." The amendment was rejected 202 to 219. [H.AMDT.178, Vote #202, 4/30/15; Congressional Quarterly News, 4/30/15]

---

**Voted Against Reducing Funding By $45 Million For Fossil Fuel Research**

**Voted Against Amendment To Decrease Funding For Fossil Energy Research And Development By $45 Million.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that would reduce funding for Fossil Energy Research and Development by $45 million and to apply the savings to the spending reduction account. "Page 22, line 20, after the dollar amount, insert "(reduced by $45,000,000)" The amendment was rejected 175 to 246. [H.AMDT.174, Vote #201, 4/30/15; Congressional Quarterly, 4/30/15]

---

**Voted Against End Funding For Renewable Energy**

**Voted Against Amendment To Cut $3.2 Billion By Eliminating Funding For Renewable Energy And Decreasing Funding For Nuclear Energy.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that would zero out funding for Energy Efficiency and Renewable Energy, reduce Nuclear Energy by $691,886,000, and zero out funding for Fossil Energy and to apply the aggregate savings of $2,954,660,000 to the spending reduction account. "REP. TOM McCLINTOCK, R-Calif, that would eliminate funding for the energy efficiency and renewable energy program, nuclear energy and fossil fuel research and apply

the $3.2 billion savings to the spending reduction account." The amendment was rejected 110 to 311. [H.AMDT.172, Vote #200, 4/30/15; Congressional Quarterly House Action Report, 4/30/15]

## Voted Against Ending Funding For Renewable Energy Projects

**Voted Against Amendment That Would Have Eliminated Funding For Renewable Energy And Decreased Funding For Nuclear Energy.** In April 2015, Walters voted against an amendment to the energy and water development funding bill that would zero out funding for Energy Efficiency and Renewable Energy and apply the savings of $1,657,774,000 to the spending reduction account. The amendment was rejected 139 to 282. [H.AMDT.172, Vote #199, 4/30/15]

## Voted Against Increased Funding For Renewable Energy Projects And Reduced Funding For Fossil Fuels

**Voted Against Amendment That Would Have Increased Funding For Renewable Energy And Decreased Funding For Fossil Fuel Energy.** In April 2015, Walters voted against an amendment to increase funding for Energy Efficiency and Renewable Energy by $25,500,000 and to reduce funding for Fossil Energy by $34,000,000. The amendment was rejected 173 to 248. [H.AMDT.167, Vote #198, 4/29/15]

## Voted For Increased Funding For Fossil Fuels Research While Cutting Renewable Energy

**Voted For Increasing Fossil Energy Research Funding By $50 Million While Cutting Renewable Energy Funding.** In April 2015, Walters voted for an amendment to the energy and water development funding bill that would have increased funding for funding for Fossil Energy Research and Development by $50 million and to reduce funding for Energy Efficiency and Renewable Energy by a similar amount. The amendment was rejected 177 to 244. [H.AMDT.164, Vote #197, 4/29/15]

## Voted For Increased Funding For Drought Research And Reducing Funding For Fossil Fuels

**Voted For Amendment That Would Have Increased Funding For Water And Drought Work While Cutting Fossil Fuel Funding.** In April 2015, Walters voted for an amendment to the energy and water development funding bill that would have increased funding for Water and Related Resources by $5 million and reduced funding for Fossil Energy Research and Development by $20 million. "The same goes for the second amendment Ruiz introduced last week, which moves $5 million away from the study of fossil fuels and towards the study of drought mitigation in the West via the Bureau of Reclamation." The amendment was rejected 172 to 249. [H.AMDT.162, Vote #196, 4/29/15; Desert Sun, 5/02/15]

## Voted For Cutting Funding For Sundry Accounts

**Voted For Cutting Funding For Sundry Accounts.** In April 2015, Walters voted for an amendment to the energy and water development funding bill that would have reduced funding for sundry accounts and to apply the aggregate savings of $128,920,000 to the spending reduction account. The amendment was rejected 126 to 295. [H.AMDT.159, Vote #195, 4/29/15]

## Voted Against Continuing ARPA Goal Of Reducing Imports Of Foreign Energy, Through The Development Of Energy Efficiency Technology

**Voted Against Amendment Continuing ARPA Goal Of Reducing Imports Of Foreign Energy, Through The Development Of Energy Efficiency Technology.** In May 2015, Walters voted against an amendment to the America COMPETES Reauthorization Act of 2015 maintaining greenhouse gas emission goals for ARPA-E projects. The amendment would strike a provision in the bill that removed Advanced Research Projects Agency-Energy (ARPA-E) goals for pursuing the development of energy technologies to reduce foreign energy imports, the

reduction of energy-related emissions, including greenhouse gases, and improvement in the energy efficiency of all economic sectors. The amendment failed, 190 to 232. [HR 1806, Amendment #11, Vote #256, 5/20/15; CQ, 5/20/15]

---

**Voted Against Amendment To Allow Commercial Biofuels Production For Defense Purposes**

---

**Voted Against Amendment To Allow Commercial Biofuels Production For Defense Purposes.** In May 2015, Walters voted against an amendment allowing DOE research funds to be used for commercial biofuels production for defense purposes. "Bonamici, D-Ore., amendment that would remove a provision in the bill that would bar funds authorized for an Energy Department bioenergy research program from being used to fund commercial biofuels production for defense purposes." The amendment failed, 208 to 215. [HR 1806, Amendment #10, Vote #255, 5/20/15; Science Magazine, 5/20/15; CQ]

---

**Voted Against Amendment Increasing Fees On Oil Companies To Bolster The Pipeline And Hazardous Materials Safety Administration**

---

**Voted Against Amendment Increasing Fees On Oil Companies To Bolster The Pipeline And Hazardous Materials Safety Administration.** In June 2015, Walters voted against an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would have "raised fees on oil companies to increase funding for the Pipeline and Hazardous Materials Safety Administration, which regulates oil pipelines." The amendment failed 202 to 222. [HR 2577, Vote #305, 6/04/15; Scripps Howard Foundation, 6/16/15]

---

**Voted Against Requiring A Governor Opting Out Of Clean Power Plan To Include Certification That Electric Generating Units Contribute To Human-Caused Climate Change**

---

**Voted Against Requiring A Governor Opting Out Of Clean Power Plan To Include Certification That Electric Generating Units Contribute To Human-Caused Climate Change.** In June 2015, Walters voted against an amendment to the  Ratepayer Protection  Act of 2015. "Amendment sought to require a Governor wishing to opt out of the Clean Power Plan to include a certification that electric generating units are sources of carbon pollution that contribute to human-induced climate change; and that the state or federal plan to reduce carbon emissions from electric generating units would promote national security, economic growth and public health by addressing human induced climate change through the increased use of clean energy, energy efficiency and reductions in carbon pollution." The amendment failed 181 to 245. [HR 2042, H.AMDT.526, Vote #381, 6/24/15]

---

**Voted Against Requiring Governors To Certify That Any Electricity Rate Increases Associated With Implementing Clean Power Plan To Be Greater Than Any Cost Associated With Weather Events Associated With Human-Induced Climate Change**

---

**Voted Against Requiring Governors To Certify That Any Electricity Rate Increases Associated With Implementing Clean Power Plan To Be Greater Than Any Cost Associated With Weather Events Associated With Human-Induced Climate Change.** In June 2015, Walters voted against an amendment to the Ratepayer Protection Act of 2015. "EPA Carbon Emission Rules — Governor Certification On Weather Events Rush, D-Ill., amendment that would require a governor's certification that any ratepayer increase associated with implementing a state or federal plan would be greater than any cost associated with responding to extreme weather events associated with human-caused climate change, including sea level rise, flooding, frequent and intense storms, frequent and intense wildfires or drought." The amendment failed 182 to 243. [HR 2042, H.AMDT.527, Vote #382, 6/24/15; CQ Billtrack, 6/24/15]

**Voted Against Replacing Ability Of Governor To Opt Out Of Clean Power Plan With Requirement That Public Utility Commissions Issue Reliability Analysis On State Or Federal Carbon Emission Plans**

**Voted Against Replacing Ability Of Governor To Opt Out Of Clean Power Plan With Requirement That Public Utility Commissions Issue Reliability Analysis On State Or Federal Carbon Emission Plans.** In June 2015, Walters voted against an amendment to Ratepayer Protection Act of 2015. "EPA Carbon Emission Rules — Judicial Review of EPA Carbon Rules McNerney, D-Calif., amendment that would remove the bill's requirements that EPA's rules are to be delayed pending to resolution of all judicial reviews and instead require a state's public utility commission to conduct an analysis of any state or federal plan." The amendment failed 177 to 250. [HR 2042, Vote #383, 6/24/15; CQ Billtrack, 6/24/15]

**Voted For Postponing Enforcement Of EPA Carbon Emission Reduction Rules Until Completion Of All Judicial Challenges**

**Voted For** Postponing Enforcement Of EPA Carbon Emission Reduction Rules Until Completion Of All Judicial Challenges. In June 2015, Walters voted for "passage of a bill that would postpone the dates by when states and existing fossil-fuel power plants must comply with current or future EPA rules to reduce carbon emissions until all judicial challenges are completed, and it allows state governors to opt out of developing an emissions reduction plan or complying with a federal plan for existing plants if he or she determines that the requirement would have an adverse effect on electricity ratepayers." The bill passed 247 to 180. A "nay" was a vote in support of the president's position. [HR 2042, Vote #384, 6/24/15; CQ Floor Votes, 6/24/15]

**Voted Against Ending Prohibition On Using Funds For The Social Cost Of Carbon To Be Incorporated Into Rulemaking Until A New Working Group Revised Estimates**

**Voted Against Ending Prohibition On Using Funds For The Social Cost Of Carbon To Be Incorporated Into Rulemaking Until A New Working Group Revised Estimates.** In July 2015, Walters voted against "an amendment to strike section 437, which prohibits the use of funds for the social cost of carbon to be incorporated into any rulemaking or guidance document until a new Interagency Working Group revises the estimates using the discount rates and domestic-only limitation on benefits estimates in accordance with Executive Order 12866." The amendment failed 186 to 243. [HR 2822, Vote #400, 7/08/15; H AMDT 571, 7/08/15]

**Voted Against An Amendment That Would Have Removed A Limitation In FY 2016 EPA Funding Bill Updating Ozone Standards So That 85 Percent Of Counties That Do Not Meet Current Standards Comply**

**Voted Against An Amendment That Would Have Removed A Limitation In FY 2016 EPA Funding Bill Updating Ozone Standards So That 85 Percent Of Counties That Do Not Meet Current Standards Comply.** In July 2015, Walters voted against an amendment that struck section 438 from HR 2822, which provided for a limitation on the use of funds regarding ozone standards. Specially, the amendment would have removed "the bill's limitation on EPA from updating its ozone standards until 85% of counties that do not meet the current standard come into compliance." The amendment failed 249 to 180. [HR 2822, H.AMDT.573, Vote #401, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15]

**Voted Against An Amendment That Would Have Prevented Hydraulic Fracturing On Federal Land**

**Voted Against An Amendment That Would Have Prevented Hydraulic Fracturing On Federal Land.** In July 2015, Walters voted against an amendment "that would remove the bill's prohibition on BLM from implementing its final rule governing fracking on federal lands." Specifically, the amendment struck "section 439 from the bill

which provides for prohibitions regarding hydraulic fracturing." The amendment failed 250 to 179. [HR 2822, H.AMDT.576, Vote #402, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15]

## Voted Against An Amendment That Would Allow Rules To Consider The Social Cost Of Carbon

**Voted Against An Amendment That Would Allow Rules To Consider The Social Cost Of Carbon.** In July 2015, Walters voted against an amendment to "allow rules to consider the social cost of carbon." Specifically, the amendment "prohibits the use of funds for the social cost of carbon to be incorporated into any rulemaking or guidance document until a new Interagency Working Group revises the estimates." The amendment failed 237 to 192. [HR 2822, H.AMDT.580, Vote #403, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15]

## Voted Against An Amendment That Would Have Prioritized Reducing Greenhouse Gas Emissions

**Voted Against An Amendment That Would Have Prioritized Reducing Greenhouse Gas Emissions.** In July 2015, Walters voted against an amendment that would have prioritized reducing greenhouse gas emissions. Specifically, the amendment would "prohibit funds from being used in contravention of an executive order establishing an integrated strategy towards sustainability in the federal government and making reduction of greenhouse gas emissions a priority." The amendment failed 237 to 189. [HR 2822, H.AMDT.588, Vote #406, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15]

## Voted Against Prohibiting Coal Rules To Go Into Effect If It Harmed Infants, Children, And The Elderly

**Voted Against Prohibiting Coal Rules To Go Into Effect If It Harmed Infants, Children, And The Elderly.** In July 2015, Walters voted against an amendment that "would prohibit the measure from going into effect if the Environmental Protection Agency determines it will have a negative impact on vulnerable populations, such as infants, children, the elderly, and other subsections of the population identified as vulnerable." The amendment failed, 180-240. [HR 1734, Vote #456, 3/25/15; CQ Floor Votes, 7/22/15]

## Voted For Allowing States To Create Their Own Coal Ash Disposal And Storage Programs

**Voted For Allowing States To Create Their Own Coal Ash Disposal And Storage Programs.** In July 2015, Walters voted for a bill that "would establish minimum federal standards regarding the disposal and storage of coal combustion residuals (CCR) that would codify parts of the Environmental Protection Agency's (EPA) rule regarding coal ash, while superseding other elements of the rule. Additionally, the bill would permit states to create their own coal ash permit programs, but would provide for EPA oversight of the bill's standards in cases when a state lacks its own program or fails to meet the standards set in the bill. It also would provide that coal ash received by manufacturers who intend to use it for other beneficial uses would not to be considered as a receipt of CCR for state permitting purposes." The amendment passed, 258-166. [HR 1734, Vote #458, 3/25/15; CQ Floor Votes, 7/22/15]

> **Bill Would Allow Coal Ash Into Groundwater.** "The Republican-led House of Representatives struck another blow to environmental regulation Wednesday night, passing a bill that will undercut the Environmental Protection Agency's (EPA) coal ash regulations, opponents said . . . . Among the differences, she said, is the fact that the EPA rule prohibits disposing coal ash waste directly into the water supply, while the House bill does not. In a survey the EPA did of state laws on coal ash, only five of the 25 states surveyed specifically prohibited disposing of coal ash into groundwater, Evans said." [Think Progress, 7/23/15]

## Voted For Amendment Prohibiting Use Of Funds To Increase Royalties Paid To The United States For Oil And Gas Produced On Federal Land

**Voted For Amendment Prohibiting Use Of Funds To Increase Royalties Paid To The United States For Oil And Gas Produced On Federal Land.** In July 2015, Walters voted for amendment to prohibit the use of funds to increase the rate of any royalty required to be paid to the United States for oil and gas produced on Federal land, or to prepare or publish a proposed rule relating to such an increase. "Finally, two amendments aimed to allow dirty energy companies to continue paying below-market rates for fossil fuels extracted from public lands. An amendment from Rep. Steve Pearce would prohibit any increase in the royalty rates paid for oil and gas." The amendment passed, 231 to 198. [HR 2822, Vote #408, 7/07/15; Huffington Post, 8/11/15]

## Voted For Lifting 40-Year Crude Oil Ban

**Voted For Lifting A 40-Year Ban On The Export Of Crude Oil Produced In The U.S.** In October 2015, Walters voted for a bill that would allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. "Most [Democrats], though, opposed Barton's bill, arguing that its economic impact is overblown and that it will endanger jobs in the refining sector. They also cite environmental risks in pumping more oil for exports. 'This legislation eagerly embraces short-term profits and benefits without understanding — or even considering — the cost of such a major action,' Rep. Frank Pallone Jr. (D-N.J.) said." According to the Wall Street Journal, "The White House has threatened to veto the bill, saying it 'is not needed at this time.'" The bill passed 261 to 159. [HR 702, Vote #549, 10/09/15; The Hill, 10/09/15; Wall Street Journal, 10/09/15]

## Voted Against Eliminating The Prohibition On Awarding Attorneys Fees & Eliminating Restrictions On The Judicial Review Period Regarding Mining Permits

**Voted Against Eliminating The Prohibition On Awarding Attorneys Fees & Eliminating Restrictions On The Judicial Review Period Regarding Mining Permits.** In October 2015, Walters voted against an "amendment that would remove the portion of the bill regarding judicial review. The section of the bill that would be removed includes provisions that would limit to 60 days the period in which civil action could be taken against the federal government regarding a mining permit and that would prevent the awarding of attorney's fees under the Equal Access to Justice Act." The amendment failed, 184-245. [HR 1937, Vote #562, 10/22/15; CQ, 10/22/15]

## Voted Against An Amendment To Require Proposed Mining Operations Demonstrate Insufficient Supply Of The Mineral To Be Mined

**Voted Against An Amendment To Require Proposed Mining Operations Demonstrate Insufficient Supply Of The Mineral To Be Mined.** In October 2015, Walters voted against an "amendment that would require proposed mining operations, in order to be covered under the bill, to demonstrate that the combined capacity of existing domestic mining operations that produce the same mineral is less than 80 percent of the domestic demand for the mineral." The amendment failed 183-246. [HR 1937, Vote #563, 10/22/15; CQ, 10/22/15]

## Voted For A Bill To Expedite The Mining Permitting Process, And Restrict Civil Suits Over Mining Permits

**Voted For A Bill To Expedite The Mining Permitting Process, And Restrict Civil Suits Over Mining Permits.** In October 2015, Walters voted for a bill to "streamline the permitting process for new mining on federal lands. … H.R. 1937 — the National Strategic and Critical Minerals Production Act of 2015 — which shortens the time for the federal permit process, limits lawsuits against mining permits and gives states more power in the process." The bill passed 254-177. [HR 1937, Vote #565, 10/22/15; Duluth News Tribune, 10/23/15]

**The Bill Would Have Designated Mines Of "Strategic And Critical Minerals" As "Infrastructure Projects."** Passage of the bill that would deem mining operations of 'strategic and critical minerals' as 'infrastructure projects' as described in a 2012 presidential order regarding permitting of infrastructure projects.

The bill would define "strategic and critical minerals" as those that are essential for national defense, energy infrastructure, domestic manufacturing, and for the nation's economic security. [CQ, 10/22/15]

**The Bill Would Have Required "The Lead Agency Responsible For Issuing Mining Permits To Appoint A Project Lead."** "The bill would require the lead agency responsible for issuing mining permits to appoint a project lead to coordinate interagency permitting to minimize delays and set timelines." [CQ, 10/22/15]

**The Bill Would Have "Deem[ed] Requirements Under The National Environmental Policy Act" Fulfilled If The Lead Agency Determines "Certain Factors Specified In The Bill" Will Be Addressed By The State Or A Federal Agency.** "The bill also would deem requirements under the National Environmental Policy Act to have been met if the lead agency determines that any state or federal agency has or will address certain factors specified in the bill, including the environmental impact and public participation." [CQ, 10/22/15]

**The Bill Would Have "Limit[ed] To 60 Days The Period In Which Civil Action Could Be Taken" And "Prevent[ed] The Awarding Of Attorney's Fees."** "The bill also would limit to 60 days the period in which civil action could be taken against the federal government regarding a mining permit and prevent the awarding of attorney's fees under the Equal Access to Justice Act." [CQ, 10/22/15]

## Voted For Amendment Requiring The EPA To Ensure Natural Gas Vehicles Would Receive Same Incentives As Electric Vehicles

**Voted For Amendment Requiring The EPA To Ensure Natural Gas Vehicles Would Receive Same Incentives As Electric Vehicles.** In November 2015, Walters voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "require the Environmental Protection Agency's administrator to ensure that preference or incentives provided to electric vehicles would also be provided to natural gas vehicles, and to revise regulations as necessary to do so." The amendment passed 246 to 178. [HR 22, Vote #620, 11/05/15; CQ, 11/05/15]

## Voted For Amendment Exempting Low-Volume Manufacturers Of Replica Cars From Safety And Emissions Standards

**Voted For Amendment Exempting Low-Volume Manufacturers Of Replica Cars From Safety And Emissions Standards.** In November 2015, Walters voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "exempt low-volume vehicle manufacturers of replica cars from safety and emissions standards. It also would include other provisions related to the National Highway Traffic Safety Administration." The amendment passed 235 to 192. [HR 22, Vote #621, 11/05/15; CQ, 11/05/15]

## Voted For Striking Incentives For Hydropower Operators To Make Energy Efficiency Improvements

**Voted For Striking Incentives For Hydropower Operators To Make Energy Efficiency Improvements.** In December 2015, Walters voted foran amendment that "would strike incentives to hydropower operators to make energy efficient improvements and would end the requirement that the Energy Department report on energy savings performance contracts that a federal agency has with electrical utilities. The bill would create an Energy Security and Infrastructure Modernization Fund paid for with sales of oil from the Strategic Petroleum Reserve, as well as a program to improve education and training for energy and manufacturing-related jobs. The amendment would also make a number of technical corrections." The amendment passed, 246-177. [CQ Floor Votes, 12/02/15; HR 8, Vote #656, 12/02/15]

## Voted Against Keeping Permitting Process Of Pipelines In Place

**Voted Against Keeping Permitting Process Of Pipelines In Place.** In December 2015, Walters voted againstan amendment that "would remove the bill's changes to the permitting process of pipelines." The amendment failed, 179-244.  [CQ Floor Votes, 12/02/15; HR 8, Vote #657, 12/02/15]

---

**Voted ForCreating a Permitting Process For Cross-Border Infrastructure Permitting**

**Voted ForCreating a Permitting Process For Cross-Border Infrastructure Permitting.**  In December 2015, Walters voted for for an amendment that would "create a permitting process including the Department of Energy, Federal Energy Regulatory Commission, and Department of State for cross-border infrastructure projects, including the import and export of water, petroleum, natural gas, and the transmission of electricity." The amendment passed, 263-158. [HR 8, Vote #658, 12/02/15]

---

**Voted Against Continuing Reducing Energy From Fossil Fuels In Federal Buildings**

**Voted Against Continuing Reducing Energy From Fossil Fuels In Federal Buildings.** In December 2015, Walters voted against an amendment "that would continue currently enacted targets for reducing energy from fossil fuels in federal buildings." The amendment failed, 172-246. [CQ Floor Votes, 12/02/15; HR 8, Vote #659, 12/02/15]

---

**Voted Against Keeping Consumer Protection In Place When Purchasing Energy Star Products Not Delivering Associated Energy Savings**

**Voted Against Keeping Consumer Protection In Place When Purchasing Energy Star Products Not Delivering Associated Energy Savings.** In December 2015, Walters voted against an amendment "that would remove the bill's provisions that would prohibit lawsuits when consumers purchase Energy Star products that do not deliver the associated energy savings." The amendment was rejected, 183-239.  [CQ Floor Votes, 12/02/15; HR 8, Vote #660, 12/02/15]

---

**Voted Against Providing Energy Efficiency Grants To Low Income Families**

**Voted Against Providing Energy Efficiency Grants To Low Income Families.** In December 2015, Walters voted against an amendment that would "reauthorize the Weatherization Assistance Program, under the Energy Conservation and Production Act, and the State Energy Program, under the Energy Policy and Conservation Act, through FY 2020." The program provides grants to improve energy efficiency grants in the homes of low-income families. The amendment failed, 198-224. [CQ Floor Votes, 12/02/15; HR 8, Vote #661, 12/02/15]

---

**Voted Against An Amendment To Incentivize Use Of Local Renewable Thermal Energy And Waste Heat**

**Voted Against An Amendment To Incentivize Use Of Local Renewable Thermal Energy And Waste Heat.** In December 2015, Walters voted against an amendment to the North American Energy Security and Infrastructure Act that would "would incentivize local renewable thermal energy and waste heat such as combined heat and power, and would provide technical assistance to eligible entities to establish distributed energy systems." The amendment was rejected 175-247. [HR 8, Vote #662, 12/02/15; CQ Floor Votes, 12/02/15]

---

**Voted Against An Amendment To Require Notification To Land Owners When Federally Owned Minerals Have Been Leased For Oil And Gas Development**

**Voted Against An Amendment To Require Notification To Land Owners When Federally Owned Minerals Have Been Leased For Oil And Gas Development.** In December 2015, Walters voted against an amendment to the North American Energy Security and Infrastructure Act that would "would require the Department of the

Interior to notify land owners when federally owned minerals beneath their land have been leased for oil and gas development." The amendment was rejected 206-216. [HR 8, Vote #663, 12/02/15; CQ Floor Votes, 12/02/15]

## Voted For An Amendment To Lift Ban On Exporting Oil

**Voted For An Amendment To Lift Ban On Exporting Oil.** In December 2015, Walters voted for an amendment to the North American Energy Security and Infrastructure Act that would "allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. The amendment would prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, and would require separate reports on how lifting the ban will affect greenhouse gas emissions, national security, and jobs for veterans and women." The amendment was adopted 255-168. [HR 8, Vote #664, 12/02/15; CQ Floor Votes, 12/02/15]

## Voted For An Amendment To Repeal An EPA Rule Establishing Efficiency Standards For Residential Wood Heaters

**Voted For An Amendment To Repeal An EPA Rule Establishing Efficiency Standards For Residential Wood Heaters.** In December 2015, Walters voted for an amendment to the North American Energy Security and Infrastructure Act that would "repeal the Environmental Protection Agency's March 2015 rule titled, 'Standards of Performance for New Residential Wood Heaters, New Residential Hydronic Heaters and Forced-Air Furnaces,' which establishes energy efficiency standards for residential wood heaters." The amendment was adopted 247-177. [HR 8, Vote #669, 12/03/15; CQ Floor Votes, 12/03/15]

## Voted Against Clean Energy Development

**Voted Against Clean Energy Development.** In December 2015, Walters voted against a motion to "recommit the bill to the Committee on Energy and Commerce with instructions to report back to the House with an amendment that would remove market barriers that inhibit the development of renewable energy infrastructure in response to the scientific consensus on climate change." The motion to recommit failed 243-180. [HR 8, Vote #671, 12/3/15; CQ Floor Votes, 12/3/15]

## Voted For Comprehensive Energy Bill Which Authorized Crude Oil Exports

**Voted For Comprehensive Energy Bill Which Authorized Crude Oil Exports.** In December 2015, Walters voted for a bill that "that would revise national energy efficiency standards, require the Federal Energy Regulatory Commission to designate at least 10 corridors across federal lands in the Eastern U.S. where pipelines could be built, and require the Department of Energy to expedite decisions on applications to export liquefied natural gas. As amended, the bill would create a permitting process for cross-border infrastructure projects, allow U.S. export of crude oil, prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, require the Environmental Protection Agency (EPA) to satisfy regulatory planning and review requirements, place a filing deadline on judicial cases involving energy projects on federal lands, require studies on barriers to the export of natural energy resources and on the shipment of crude oil, and incentivize community solar projects." The bill passed 249-174. [HR 8, Vote #672, 12/3/15; CQ Floor Votes, 12/3/15]

**The North American Energy Security And Infrastructure Act Intended To Bolster The Strategic Petroleum Reserve.** "The bill is a large energy package that supporters say reinvests in the Strategic Petroleum Reserve, modernizes energy infrastructure against cyber attacks, severe weather and electro-magnetic pulse, and streamlines the approval process for liquefied natural gas export projects." [Washington Examiner, 11/27/15]

### Voted For Lifting The 40-Year Ban On Crude Oil Exports

**Voted For Blocking A Motion To Halt Lifting The 40-Year Ban On Crude Oil Exports.** In December 2015, Walters voted for blocking a motion to halt lifting a crude oil export ban. According to the Democratic Leader, "The Democratic Previous Question would stop Republicans from lifting the 40-year old ban on crude oil exports, protecting vital American refinery jobs and low gas prices from Republicans' spectacular special-interest giveaway." The previous question carried, 244-177. A vote against the previous question was to prevent lifting the crude oil export ban. [H Res 566, Vote #701, 12/17/15; Democratic Leader – Previous Questions, 12/17/15]

### Voted For Bill To Streamline The Permitting Process For Pipelines And Natural Gas Exports.

**Voted For Bill To Streamline The Permitting Process For Pipelines And Natural Gas Exports.** In May 2016, Walters voted for the House version of the North American Energy Security and Infrastructure Act of 2016. The bill, as amended, that would increase the Federal Energy Regulatory Commission's (FERC) authority with regard to licensing and permitting of natural gas pipelines and hydropower projects, and would set statutory deadlines for agencies. It also would set a deadline for the Energy Department to approve or deny applications to export natural gas to within 30 days of the bill's enactment or the close of the application's public comment period, whichever is later. The bill would require FERC to facilitate voluntary information sharing between federal, state, and local authorities and operators and users of the U.S. bulk power system. It would deem mining operations of "strategic and critical minerals" as "infrastructure projects" as described in a 2012 presidential order regarding permitting of infrastructure projects. The measure also would require that additional water be pumped south from Northern California when water levels in the state are generally low rather than retaining water in the north for habitat restoration and other environmental purposes. [S 2012, Vote #250, 5/25/16; CQ Floor Votes, 5/25/16]

## Environment

### Voted For Prohibiting EPA Regulations That Relied Upon Non-Public Scientific Research, Limiting EPA's Ability To Combat Pollution And Climate Change

**Voted For Prohibiting EPA Regulations That Relied Upon Non-Public Scientific Research.** In March 2015, Walters voted for a bill that "prohibits EPA from proposing, finalizing or disseminating a rule or other 'covered action' unless all scientific and technical information used to decide upon the rule is made available to the public so the research can be independently analyzed and reproduced." The bill passed 241 to 175. [HR 1030, Vote #125, 3/18/15; CQ House Action Reports, 3/13/15]

**Would Limit EPA's Ability To Write Regulations To Combat Pollution And Climate Change.** "Critics say the bill would severely handicap the EPA's ability to write regulations necessary to fight pollution and climate change and protect the environment and human health, and would require the EPA to violate patient confidentiality. EPA Administrator Gina McCarthy has criticized the accusation from the GOP, saying transparency and sound science are among the agency's priorities." [The Hill, 2/27/15]

### Voted For Amendment Limiting Water Used To "Flush Fish Diseases Out Of Klamath River"

**Voted For Amendment Limiting Water Used To "Flush Fish Diseases Out Of Klamath River."** In May 2015, Walters voted for an amendment limiting the amount of water released from Lewiston Dam into the Trinity River, which protects salmon from becoming infected by fish diseases. "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases. LaMalfa said the U.S. Bureau of Reclamation, which controls the dam, should not be allowed to send more water downstream than allowed under 15-year-old

agreement called the 'Record of Decision.'" The amendment passed, 228 to 183. [H.R. 2028, Vote #213, 5/01/15; Record Searchlight, 5/07/15]

**Amendment Limited Amount Of Water Released From Dam Into Trinity River.** "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases." [Record Searchlight, 5/07/15]

**Record Searchlight: 2012-2015: U.S. Bureau Of Reclamation Sent Higher Levels Of Colder Water To "Flush Disease-Causing Pathogens Out Of the River."** "During the past three years, the bureau has sent higher levels of colder water down the river to flush fish diseases out of the Klamath River. In the fall thousands of salmon annually swim up the Klamath River, crowding into pools, where fish diseases can spread in the warmer water conditions. The past three years, the bureau has used water from the Trinity, which flows into the Klamath, to flush disease-causing pathogens out of the river, ease fish crowding and lower the water temperature." [Record Searchlight, 5/07/15]

**During Fall, Thousands Of Fish Swim Up Klamath River, Crowding Into Pools, Where Fish Diseases Spread In Warmer Temperatures.** "During the past three years, the bureau has sent higher levels of colder water down the river to flush fish diseases out of the Klamath River. In the fall thousands of salmon annually swim up the Klamath River, crowding into pools, where fish diseases can spread in the warmer water conditions. The past three years, the bureau has used water from the Trinity, which flows into the Klamath, to flush disease-causing pathogens out of the river, ease fish crowding and lower the water temperature." [Record Searchlight, 5/07/15]

**Fisheries And Environmental Groups Believed Measure Had Potential To Cause Massive Fish Die Offs.** "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases. LaMalfa said the U.S. Bureau of Reclamation, which controls the dam, should not be allowed to send more water downstream than allowed under 15-year-old agreement called the 'Record of Decision.' … The amendment was added to the Energy and Water Appropriations bill, which the House approved last week." [Record Searchlight, 5/07/15]

**Pacific Coast Federation Of Fishermen's Association Believed Fish Kill Would Negatively Affect West Coast Commercial And Recreational Fishing Industry.** "Glen Spain, Northwest regional director of the Pacific Coast Federation of Fishermen's Associations, said a fish kill would also hurt the West Coast commercial and recreational fishing industry. 'Again, it's going to affect the economy of the whole Northern California if we have another fish kill,' Spain said." [Record Searchlight, 5/07/15]

**Higher Flows Into River Meant Less Water Was Piped Into Powerhouses, Forcing Redding To Buy More Expensive Electricity Elsewhere.** "Higher flows down the Trinity River mean that less water is piped over the mountains from Lewiston Lake to the Carr Powerhouse at Whiskeytown Lake and the Spring Creek Powerhouse at Keswick Lake. When those two powerhouses generate less electricity, Redding Electric Utility has to purchase more expensive power from other sources, Eastman said. 'Requiring the Bureau to maintain Trinity flows under the Record of Decision keeps more water available to all Central Valley Project water recipients, including Redding and agriculture in the North State,' he said. REU pays about $6.5 million per year for electricity from the Western Area Power Administration, which distributes the power, said Barry Tippin, Redding's assistant city manager. The city pays hundreds of thousands of dollars more for power if it has to get electricity from other sources when hydropower generation runs low, he said." [Record Searchlight, 5/07/15]

**Voted For Amendment Prohibiting Funds Used To Regulate "Agricultural Activities" Identified As Exemptions Under Clean Water Act**

**Voted For Amendment Prohibiting Funds Used To Regulate "Agricultural Activities" Identified As Exemptions Under Clean Water Act.** In May 2015, Walters voted for an amendment prohibiting the use of funds to regulate certain agricultural activities under the Clean Water Act. "LaMalfa, R-Calif., amendment that would prohibit funds made available under the act from being used to regulate agricultural activities identified as exemptions under certain sections of the Clean Water Act." The amendment passed, 239 to174. [ H.R. 2028, Vote #212, 5/01/15; CQ Floor Votes, 5/01/15]

**Voted For Amendment To Block Bureau Of Reclamation From Buying Water To Increase Instream Flow To Help Fish**

**Voted For Amendment To Block Bureau Of Reclamation From Buying Water To Increase Instream Flow To Help Fish.** In May 2015, Walters voted for amendment to prohibit the buying of water for the purpose of enhancing river flow to help fish. "The House briefly debated at about 1:20 a.m. Friday, and eventually approved along nearly party lines, an amendment by Rep. Tom McClintock, R-Calif., that would block the Bureau of Reclamation from buying water for the purpose of supplementing river flows to help fish." The amendment passed, 228 to 183. [HR 2028, Vote #211, 5/01/15; Associated Press, 5/01/15]

**U.S. Bureau Of Reclamation Public Affairs Officer: Major Water Purchases Were Made To Meet Water Quality Standards.** "Rep. Tom McClintock's amendment to forbid federal agencies from purchasing water during California's catastrophic drought in order to release it into rivers to meet environmental requirements was adopted May1 as part of the House of Representatives' Fiscal Year 2016 Energy and Water Appropriations Act. The amendment was adopted on a vote of 226-9, and final passage of the Appropriations Act on a vote of 230-7. … Public Affairs Officer Erin Curtis said the agency's major water purchases in recent years have been on the San Joaquin River in order to comply with the Vernalis Adaptive Management Plan intended to meet water quality standards at Vernalis, not far from where the Stanislaus River meets the San Joaquin River." [Calaveras Enterprise, 5/08/15]

**U.S. Bureau Of Reclamation Public Affairs Officer: Bureau Required By Law To Release Water To Protect Water Quality, Fish And Wildlife.** "Curtis noted in an email that the bureau is required by a variety of environmental laws to release water to protect water quality as well as fish and wildlife. Among the beneficiaries of those releases are farms and cities that draw water from the San Joaquin River Delta." [Calaveras Enterprise, 5/08/15]

**Farms And Cities Benefit From Releases.** "Among the beneficiaries of those releases are farms and cities that draw water from the San Joaquin River Delta." [Calaveras Enterprise, 5/08/15]

**Calaveras Enterprise: "Flows From The Stanislaus River Help Dilute Salt Contamination That Would Otherwise Render Water In The Delta Unusable For Irrigation."** "Rep. Tom McClintock's amendment to forbid federal agencies from purchasing water during California's catastrophic drought in order to release it into rivers to meet environmental requirements was adopted May1 as part of the House of Representatives' Fiscal Year 2016 Energy and Water Appropriations Act. … Flows from the Stanislaus River help dilute salt contamination that would otherwise render water in the delta unusable for irrigation and more expensive to treat for drinking water." [Calaveras Enterprise, 5/08/15]

**Voted For Amendment Prohibiting Funding For Energy Department's Climate Models Program**

**Voted For Amendment Prohibiting Funding For Energy Department's Climate Models Program.** In May 2015, Walters voted for amendment prohibiting funding for the Energy Department's climate models program. "The House has passed an amendment sponsored by Rep. Paul A. Gosar, R-Arizona, to the Energy and Water Development and Related Agencies Appropriations Act. The amendment would bar funding for the Energy

Department's Climate Model Development and Validation program. Gosar said funding Energy's 'duplicative and wasteful' climate modeling effort was not central to Energy's mission and was redundant, given an abundance of other global climate models being adopted by other U.S. and foreign governments and private businesses." The amendment passed, 224 to 184. [H.R. 2028, Vote #209, 5/01/15; Bangor Daily News, 5/08/15]

> **CQ Roll Call: Program "Evaluates Predictive Models Of The Earth's Climate."** "Nearly all Democrats united to vote against the $35.4 billion spending measure (HR 2028), which advanced by a vote of 240-177 after lawmakers debated amendments late into the night Thursday and early Friday. … Lawmakers also approved an amendment 224-184 that would bar funding for a DOE program that evaluates predictive models of the Earth's climate." [CQ Roll Call, 5/01/15]

## Voted For Undermining The Clean Water Act

**Voted For Halting EPA's Waters Of The United States Rulemaking Relating To Smaller Waterways That Feed Into Larger Ones.** In May 2015, Walters voted for the Regulatory Integrity Protection Act which "would require the EPA and the Army Corps of Engineers to withdraw its Waters of the United States rule. The rule would define the EPA's oversight authority over streams, ponds and small waterways that feed into larger ones..." According to Rep. Donna Edwards, "H.R. 1732 would halt the current Clean Water rulemaking, and require the agencies to withdraw the proposed rule and restart the rulemaking process. This is after one million public comments, a 208 day comment period, and over 400 public hearings." The bill passed 261 to 155. [HR 1732, Vote # 219, 5/12/15; The Hill, 4/29/15; Edwards Press Release, 4/29/15]

**Voted Against Amendment To Prohibit Issuing Final Clean Water Rules If They Violated Previous Court Decisions.** In May 2015, Walters voted against an amendment to the Regulatory Integrity Protection Act proposed by Rep. Donna Edwards. According to Edwards, "Under my amendment, the administration cannot expand the scope beyond those water bodies covered prior to the decisions of the U.S. Supreme Court in those two cases, and it cannot be inconsistent with Justices Scalia's and Kennedy's judicial opinions in Rapanos. In addition to that, they can't increase the regulation of ditches." The amendment failed 167 to 248. [HR 1732, Vote #217, 5/12/15; Edwards Press Release, 4/29/15]

## Voted Against Protecting America's Waterways To Ensure Safe Drinking Water Supply

**Voted Against Protecting America's Waterways To Ensure Safe Drinking Water Supply.** In May 2015, Walters voted against a motion that would "protect the quality of America's water supply for safe drinking, particularly in the Great Lakes, which has been affected by harmful algal blooms; drought mitigation in California and the West; agriculture and irrigation; and flood and coastal storm protection from wetlands." The motion failed 175 to 241. [HR 1732, Vote #218, 5/12/15; Democratic Leader, 5/12/15]

## Voted For Prohibiting Listing Of Prairie Chicken As Threatened/Endangered

**Voted For Prohibiting Listing Of Prairie Chicken As Threatened Or Endangered Species.** In May 2015, Walters voted for an amendment that would "prohibit the listing of the lesser prairie chicken as a threatened or endangered species until 2021. The amendment also would de-list the American burying beetle as a threatened or endangered species." The amendment passed, 229-190.  [H.R 1735, Vote #236, 5/15/15; CQ Floor Votes, 5/15/16]

## Voted For Allowing The Speaker Of The House And Senate Majority Leader To Appoint Members To Committee Reviewing Energy Department Carbon Capture Research Program

**Voted For Allowing The Speaker Of The House And Senate Majority Leader To Appoint Members To Committee Reviewing Energy Department Carbon Capture Research Program.** In May 2015, Walters voted for an amendment that would allow the Speaker of the House and the Majority Leader of the Senate to appoint members to the STEM Education Advisory Panel and a second advisory committee that would oversee the Energy

Department's carbon capture and sequestration research program. The amendment passed 234 to 183. [HR 1806, H.Amdt. 248, Vote #253, 5/20/15; CQ Floor Votes, 5/20/15]

---

### Voted Against Amendment To Shift $4 Million From BLM To Fish And Wildlife Service To Fight Against Invasive Species

Voted Against Amendment To Shift $4 Million From BLM To Fish And Wildlife Service To Fight Against Invasive Species. In July 2015, Walters voted against an amendment to reduce the Bureau of Land Management by $4,010,000 and increase the US Fish and Wildlife Service by $3,902,000. According to the amendment's sponsor, Rep. John Garamendi, "There is a problem in the [Sacramento-San Joaquin River] delta … The delta is being totally overrun by water hyacinths. Other parts of the United States and the West are also finding these invasive water squats plants plugging their pumps, reducing water supply … What this amendment does is address that problem by adding $3,902,000 to the aquatic habitat and species conservation fund, thereby allowing the Federal agencies to work with the State and local agencies to attack the aquatic plants … those who want to have more water flowing south to the San Joaquin Valley and southern California's great metropolitan areas, including Orange County, ought to be in favor of unplugging the pumps and getting the water hyacinths reduced in the delta." The amendment failed, 181 to 244. [HR 2822, Vote #393, 7/08/15; Bill Summary, Library of Congress, 7/08/15, House Congressional Record, Page H4733, 6/25/15]

---

### Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For The Environmental Programs And Management By More Than $1.9 Million

**Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For The Environmental Programs And Management By More Than $1.9 Million.** In July 2015, Walters voted against "an amendment to reduce funding for the Office of the Secretary Departmental Operations by 1,913,000 and increase the funding for the Environmental Programs and Management by a similar amount.." The amendment failed 188-239. [HR 2822, Vote #396, 7/08/15; H AMDT 550, 7/08/15

**No Funds From The Act Could Be Used To Reclassify The West Indian Manatee From An Endangered Species To A Threatened Species.** "None of the funds made available by this Act may be used to consider a petition to reclassify the West Indian manatee from an endangered species to a threatened species under the Endangered Species Act of 1973." [CQ Floor Amendment Analysis, 7/07/15]

**Environmental Programs And Management Is Focused On Running Programs To Reduce Negative Environmental Impacts.** "Environmental management programs support the NIEHS Environmental Policy and the overall goal of reducing negative environmental impacts. These programs were established to assure compliance with federal, state, and local environmental regulations. Each program includes specific requirements that are documented in the NIEHS EMS Manual as well as a corresponding written plan, procedure, or instruction." [National Institute of Environmental health Sciences, accessed 10/21/15]

---

### Voted Against Ending Prohibition On Using Funds To Implement Coastal And Marine Spatial Planning And Management Components Of The National Ocean Policy

**Voted Against Ending Prohibition On Using Funds To Implement Coastal And Marine Spatial Planning And Management Components Of The National Ocean Policy.** In July 2015, Walters voted against "an amendment to strike section 425, which prohibits the use of funds to further implement coastal and marine spatial planning and management components of the National Ocean Policy" The amendment failed 191-238. [HR 2822, Vote #398, 7/08/15; H AMDT 568, 7/08/15]

**Coastal And Marine Spatial Planning Was Recommended By Task Force On Ocean Policy Started By President Obama.** "On June 12, 2009, President Obama signed a memorandum establishing the Interagency Ocean Policy Task Force, led by the White House Council on Environmental Quality. Then, on July 19, 2010, this task force released a set of final recommendations that set a new direction for improved stewardship of the

ocean, our coasts, and the Great Lakes." [National Oceanic and Atmospheric Administration, accessed 10/21/15]

**Costal And Marine Spatial Planning Involves Agencies Working Together And Sharing Information To Preserve Coasts And Ocean Ecosystems.** "Coastal and marine spatial planning—or marine planning—is a science-based tool that regions can use to address specific ocean management challenges and advance their goals for economic development and conservation. Just as federal agencies work with states, tribes, local governments, and others to manage forests, grasslands, and other areas, they also can use marine planning to coordinate activities among all coastal and ocean interests and provide the opportunity to share information. This process is designed to decrease user conflict, improve planning and regulatory efficiencies, decrease associated costs and delays, engage affected communities and stakeholders, and preserve critical ecosystem functions and services." [National Oceanic and Atmospheric Administration, accessed 10/21/15]

## Voted Against An Amendment To Maintain Endangered Species Protections For Gray Wolves, Sage-Grouse, And Long-Eared Bats

**Voted Against An Amendment To Maintain Endangered Species Protections For Gray Wolves, Sage-Grouse, And Long-Eared Bats.** In July 2015, Walters voted against an amendment to maintain endangered species protections for gray wolves, sage-grouse, and long-eared bats. The "House Interior Appropriations bill (H.R. 2822) which, as usual, contained numerous anti-ESA riders. One would strip gray wolves in Wyoming and the Great Lakes of ESA protections. One would eliminate tools that have been developed by industry and federal and state governments to protect the greater sage grouse and limit our options to properly manage this species and its habitat. One would increase the threats to the threatened northern long-eared bat." The amendment failed 243 to 186. [HR 2822, H.AMDT.582, Vote #404, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15; NRDC June & July 2015 Legislative Threats to the Endangered Species Act, 8/03/15]

## Voted Against Voted Against An Amendment That Sought To Disrupt The Ivory Market And Prevent Killing Of Elephants For Their Ivory

**Voted Against Voted Against An Amendment That Sought To Disrupt The Ivory Market And Prevent Killing Of Elephants For Their Ivory.** In July 2015, Walters voted against an amendment that would have sought to disrupt the ivory market and prevent killing of elephants for their ivory. The amendment "would block implementation of U.S. Fish and Wildlife Service rules and policies necessary to disrupt ivory markets and ensure that U.S. citizens do not contribute to the ongoing slaughter of African elephants." The amendment failed 244 to 183. [HR 2822, H.AMDT.584, Vote #405, 7/08/15; Congressional Quarterly's House Action Reports, 7/08/15; NRDC June & July 2015 Legislative Threats to the Endangered Species Act, 8/03/15]

## Voted For Amendment Cutting Funds By One Percent Across-The-Board For The Department Of The Interior, Environment, And Related Agencies Appropriations Act Of 2016

**Voted For Amendment Cutting Funds By One Percent Across-The-Board For The Department Of The Interior, Environment, And Related Agencies Appropriations Act Of 2016.** In July 2015, Walters voted for the Blackburn amendment cutting funds from the Department Of The Interior, Environment, And Related Agencies Appropriations Act Of 2016 by one percent across-the-board. The amendment failed, 168 to 258. [HR 2822, Amendment #59, Vote #407, 7/07/15]

## Voted For Amendment Prohibiting President From Creating National Monuments Against Local Objection In States, Including Oregon, California, New Mexico, Arizona, Utah And Nevada

**Voted For Amendment Prohibiting President From Creating National Monuments Against Local Objection In States, Including Oregon, California, New Mexico, Arizona, Utah And Nevada.** In July 2015, Walters voted for an amendment blocking the President from creating National Monuments in

certain counties if there was local objection. "Cresent Hardy introduced an amendment to an Interior Department bill that would block Obama from creating monuments in areas with local opposition. His amendment made its way into the bill on a 222-206 vote, and lists counties in Nevada, Arizona, California, New Mexico, Oregon and Utah as off-limits. 'This Antiquities Act has been abused,' Hardy said in an interview Friday. 'I am a huge supporter of protecting certain lands, but I think there's a right process to go through it.' Hardy accused Obama and Reid of pushing the Nevada monument to burnish their legacies." The amendment passed, 222 to 206. [HR 2822, Vote #409, 7/07/15; Star-Tribune, 7/10/15]

---

**Voted For Expediting Environmental Reviews Of Logging And Underbrush Removal Projects On Tribal And Federal Lands, But Would Impose Barriers To Challenge Projects In Court**

---

**Voted For Expediting Environmental Reviews Of Logging And Underbrush Removal Projects On Tribal And Federal Lands.** In July 2015, Walters voted for the Resilient Federal Forests Act of 2015 that "would speed up environmental reviews of logging and underbrush removal projects on tribal and federal lands. The Obama administration opposes the measure … The bill would allow shortened environmental reviews for projects to remove trees after natural disasters such as floods, landslides or insect or disease outbreaks; tree removal to comply with forest management plans such as wildlife habitat improvement; and thinning to reduce the risk of wildfires. Democrats questioned a provision that would require individuals or groups that want to challenge approved projects in court to post bonds large enough to cover estimated legal fees and expenses." The bill passed, 262 to 167, and then referred to the Senate Committee on Agriculture, Nutrition, and Forestry. [HR 2647, Vote #428, 7/09/15; CQ News, 7/09/15]

> **The Office Of Management And Budget Claimed HR 2647 Will Undermine Public Trust In Forest Management Projects.** "HR 2647 includes several provisions that will undermine collaborative, landscape-scale forest restoration by undermining public trust in forest management projects and by limiting public participation in decision-making." [Office of Management and Budget, 7/08/15]

> **Would Also Reduce Available Funding In The Forest Service's Budget For Restoration And Risk Reduction Programs.** "[T]he requirement in H.R. 2647 to fully fund the ten-year average for wildland fire suppression would mean that less funding is available each year in the agencies' budgets for restoration and risk reduction programs as it is diverted to the ever-increasing ten-year average." [Office of Management and Budget, 7/08/15]

> **Would Make It More Difficult To Challenge Forest Restoration Projects In Court.** "[T]he Administration opposes provisions in the bill that require litigants to post a bond when challenging forest restoration projects. As the Forest Service has demonstrated, the best way to address concerns about litigation is to develop restoration projects in partnership with broad stakeholder interests through a transparent process informed by the best available science." [Office of Management and Budget, 7/08/15]

---

**Voted For Providing Klamath River Basin Contractors More Formal Role In The Endangered Species Act Consultation Process**

---

**Voted For Providing Klamath River Basin Contractors More Formal Role In The Endangered Species Act Consultation Process.** In July 2015, Walters voted for an amendment that would provide contractors operating at the Klamath Project in Oregon and California, if Reclamation initiates actions under the Endangered Species Act, all the "rights and responsibilities" extended to applicants in the consultation process. The amendment was adopted by a vote of 246-172. [HR 2898, Vote #444, 7/16/15; CQ Floor Votes, 7/15/15]

---

**Voted Against Amendment To Prevent "Further Evaluation Or Adoption" Of Environmental Impact Processes That Did Not Address Risks Associated With Climate Change**

**Voted Against Amendment To Prevent "Further Evaluation Or Adoption" Of Environmental Impact Processes That Did Not Address Risks Associated With Climate Change.** In September 2015, Walters voted against amendment that "sought to prevent further evaluation or adoption of an alternative that does not adequately address risks associated with flooding, wildfire, and climate change." The amendment "would reform the review process for the environmental impact of federally-funded construction projects. The goal of these reforms would be to streamline the review process under the National Environmental Policy Act, or NEPA. The bill also would prohibit the consideration of the 'social cost of carbon' in any environmental review or decision making process." The bill failed, 170 to 228. [H Amdt 699, Vote #508, 9/25/15; Govtrack, 9/25/15]

## Voted Against An Amendment To Include Impact On Low-Income And Minority Communities In Environmental Impact Statements For New Construction Projects

**Voted Against An Amendment To Include Impact On Low-Income And Minority Communities In Environmental Impact Statements For New Construction Projects.** In September 2015, Walters voted against an amendment to include potential impacts on low-income and minority communities in environmental impact statements for new construction projects. "The House has passed an amendment sponsored by Rep. Raul M. Grijalva, D-Ariz., to the RAPID Act (H.R. 348). The amendment would require regulators to include impacts on low-income and minority communities in their assessments of environmental impact statements for construction projects. Grijalva said the requirement would seek to fulfill 'the promise of environmental justice for all communities.'" The amendment passed 320 to 88. [HR 348, Vote #509, 9/25/15; On Agreeing to the Amendment, 9/25/15; Albany Herald, 10/04/15]

> **The Amendment Was Part Of The RAPID Act, Which Streamlined Environmental Review Processes For Infrastructure Projects.** "The House passed legislation on Friday to streamline the environmental review process for infrastructure projects. The bill passed largely along party lines by a vote of 233-170, with seven mostly centrist Democrats joining all Republicans in support. Under the measure, federal agencies would only have to use one environmental impact statement and one environmental assessment as required by the National Environmental Policy Act." [The Hill, 9/25/15]

## Voted Against An Amendment To Allow State, Local, And Tribal Officials To Extend Deadlines For Environmental Impact Studies

**Voted Against An Amendment To Allow State, Local, And Tribal Officials To Extend Deadlines For Environmental Impact Studies.** In September 2015, Walters voted against an amendment that would have allowed state, local, and tribal officials to extend deadlines for environmental impact studies. The amendment failed 179 to 230. [HR 348, Vote #510, 9/25/15; On Agreeing to the Amendment, 9/25/15]

> **Amendment Was Part Of The RAPID Act, Which Rejected Inclusion Of Social Cost Of Carbon And Required Environmental Impact Studies To Be Completed Within Two Years.** "The House passed a bill (HR 348) to scale back the National Environmental Policy Act as a regulator of large construction projects in the United States. The bill disavows the social cost of carbon emissions; sets a two-year deadline for completing environmental reviews; requires lawsuits challenging reviews to be filed within 180 days; limits the number of reviews per project; authorizes states to prepare alternative environmental assessments; and allows agencies to accept secondary rather than original analyses of environmental effects." [Washington Post, 10/01/15]

## Voted Against Amendment Excluding Projects That Would Limit Access To Hunting Or Fishing, Affect Endangered Species Or Automatically Approved By Lack Of Agency Decision

**Voted Against Amendment To Exclude Projects That Would Limit Access To Hunting Or Fishing, Affect Endangered Species Or Automatically Approved By Lack Of Agency Decision.** In September 2015, Walters voted against an amendment "that would exclude projects that would limit access to or opportunities for hunting or fishing, or that would affect an endangered or threatened species under the Endangered Species Act from the bill's

provision that would automatically approve projects if the agency has not made a decision within the bill's deadlines." The bill stipulated a deadline of between 90 and 120 days. The amendment failed, 187 to 223. [HR 348, Amendment #6, Vote #512, 9/25/15; CQ, 9/25/15]

---

**Voted Against Prohibiting Federal Agencies From Using Social Cost Of Carbon In Environmental Reviews And Decision Making**

**Voted Against Prohibiting Federal Agencies From Using Social Cost Of Carbon In Environmental Reviews And Decision Making.** In September 2015, Walters voted against an amendment that would have removed language "prohibit[ing] agencies from using the social cost of carbon in an environmental review or environmental decision making process." The amendment failed 179 to 229. [HR 348, Vote #513, 9/25/15]

---

**Voted For Prohibiting Federal Agencies From Considering Greenhouse Gasses And Their Link To Climate Change When Reviewing Environmental Permits For Government Construction Projects**

**Voted For Prohibiting Federal Agencies From Considering Greenhouse Gasses And Their Link To Climate Change When Reviewing Environmental Permits For Government Construction Projects.** In September 2015, Walters voted for an amendment to HR 348 that would "bar federal agencies from using draft guidance for accounting for greenhouse gas emissions and their link to climate change in reviewing environmental permits for federal government construction projects." The amendment passed 223 to 186. [HR 348, Vote #514, 9/25/15; Citizen Times, 10/02/15]

---

**Voted For Weakening Environmental Review, Including Banning Carbon Costs Considerations, Of Major Federal Actions Related To Construction Projects**

**Voted For Weakening Environmental Review, Including Banning Carbon Costs Considerations, Of Major Federal Actions Related To Construction Projects.** In September 2015, Walters voted for the Responsibly and Professionally Invigorating Development Act of 2015 (RAPID Act) which would weaken the environmental review and permitting process for federal construction projects. "This bill establishes procedures to streamline the regulatory review, environmental decision making, and permitting process for major federal actions that are construction activities undertaken, reviewed, or funded by federal agencies. … No more than one environmental impact statement and one environmental assessment for a project must be prepared under the National Environmental Policy Act of 1969 (NEPA) for a project, except for supplemental environmental documents prepared under NEPA or environmental documents prepared pursuant to a court order. After the lead agency issues a record of decision, federal agencies may only rely on the environmental document prepared by the lead agency. … A lead agency may not use the social cost of carbon in the environmental review or environmental decision making process." The bill passed, 233 to 170. [HR 348, Vote #518, 9/25/15; CRS, 1/14/15]

**The RAPID Act Was Opposed By The Obama Administration.** "The Administration strongly opposes H.R. 348, which would undercut responsible decisionmaking and public involvement in the Federal environmental review and permitting processes. As the Administration said when virtually identical legislation was considered previously, H.R. 348 would increase litigation, regulatory delays, and potentially force agencies to approve a project if the review and analysis cannot be completed before the proposed arbitrary deadlines. This legislation would complicate the regulatory process and create two sets of standards for Federal agencies to follow to review projects – one for "construction projects" and one for all other Federal actions, such as rulemakings or management plans." [Office of Management and Budget, Statement of Administration Policy, 9/16/15]

**Voted Against Preventing The Weakening Of Any Provisions That Preserve Safe Drinking Water, Private Property Rights, And the Health, Safety, And Sovereignty Of Native American Tribes.** In September 2015 Walters voted against a motion that would ensure provisions that safeguard drinking water, private property rights, and Native American sovereignty rights would not be weakened by the RAPID Act. The motion failed 175 to 229. [HR 348, Vote #517, 9/25/15; Motion to Recommit, 9/25/15]

**Voted For Blocking Consideration Of Bill That Would Fund Local And National Parks, Forests, And Historical Places**

**Voted For Blocking Consideration Of Bill That Would Fund Local And National Parks, Forests, And Wildlife Refuges.** In October 2015, Walters voted for blocking consideration of the Land and Water Conservation Act, a bill that provides funds and support for local and national parks, forests, wildlife refuges, and historical places. The previous question passed, 243 to 184. A vote against the previous question would have allowed the bill to be considered. [H.Res. 481, Vote #555, 10/21/15; Democratic Leader – Previous Questions, 10/21/15]

**Voted Against Amendment That Would Eliminate Mining Industry Giveaways**

**Voted Against Amendment That Would Eliminate Mining Industry Giveaways.** In October 2015, Walters voted against an amendment to the National Strategic and Critical Minerals Production Act that would eliminate giveaways to the mining industry by declassifying sand, gravel, and clay as "strategic and critical" national security minerals, a designation that would "reduce or eliminate environmental reviews, and give mining companies control over the timing of permitting decisions, for … mining operations … involving strategic or critical minerals.  It does this by defining 'strategic and critical' minerals so broadly that they would include … materials such as sand, clay, [and] gravel…" Democratic Rep. Alan Lowenthal's amendment "[c]larifies that the definition of 'Strategic and Critical Minerals' only includes the minerals identified by the National Research Council (NRC) as strategic and critical minerals (and any additional minerals added by the Secretary that meet the NRC's criteria), and does not include sand, gravel or clay." The amendment failed, 176 to 253. [H.R. 1937, Vote #560, 10/22/15; House Rules Committee, accessed 1/22/16; Office of the Democratic Whip, 10/22/15]

**Voted Against Amendment Ensuring Environmental Impact Reviews For Mining Permits**

**Voted Against Amendment To Mining Deregulation Bill Ensuring Environmental Impact Reviews For Mining Permits.** In October 2015, Walters voted against an amendment to the National Strategic and Critical Minerals Production Act that would ensure environmental impact reviews for mining permits. "The bill would reduce or eliminate environmental reviews, and give mining companies control over the timing of permitting decisions, for virtually all types of mining operations on federal public land… [I]t requires the Interior Department to waive compliance with the National Environmental Policy Act (NEPA) if the federal or state permitting process is deemed 'adequate'… Dingell Amendment … [e]nsures that mining permits are fully reviewed under the National Environmental Policy Act." The amendment failed, 181 to 248. [HR 1937, Vote #561, 10/11/15; CQ Floor Votes, 10/22/15; Office of the Democratic Whip, 10/22/15]

**Evidence Of "Environmental Damage" From Rare Earth Mining.** "Republicans pushed a bill through the House Thursday that allows the government to exempt gold, copper, silver and uranium mining on federal land from formal environmental reviews. … China is by far the world's largest producer of rare earth minerals. But in June, China's cabinet issued a paper saying that poor regulation of mining there had caused widespread environmental damage. In the U.S., there has also been evidence of environmental damage. The process not only disturbs land, uncovering naturally radioactive materials and toxic metals in rock and soil, but the chemicals and compounds used to refine the minerals can also cause contamination." [Associated Press, 7/12/12]

**Voted For Resolution Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Existing U.S. Power Plants**

**Voted For Resolution Disapproving Of New Regulations Forcing Steep Cuts In Greenhouse Gas Emissions From Existing U.S. Power Plants**. In December 2015, Walters voted for a resolution that would "disapprove of the Environmental Protection Agency emissions rule for existing power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets different emissions targets for 49 states based on their existing energy profile and requires each state to reduce emissions by a certain amount by 2030. Under the rule, states are required to submit proposed plans on how to reduce emissions to the EPA by June

2016, with the agency evaluating whether the plans reduce emissions and are enforceable." The resolution was adopted by a vote of 242-180: [S J RES 24, Vote #650, 12/1/15; CQ Floor Votes, 12/01/15]

## Voted For Resolution Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Future U.S. Power Plants

**Voted For Resolution Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Future U.S. Power Plants.** In December 2015, Walters voted for the passage of a resolution that would "disapprove of the Environmental Protection Agency emissions rule for new power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets specific emission limits for new fossil-fuel electrical power plants, limiting large new natural-gas-fired turbines to 1,000 pounds of carbon dioxide per megawatt-hour and smaller turbines to 1,100 pounds of carbon dioxide per megawatt-hour, with the option of averaging emissions over multiple years to allow for operational flexibility." The resolution was adopted 235-188. [S J RES 23, Vote #651, 12/1/15; CQ Floor Votes, 12/01/15]

## Voted For An Amendment To Allow Some Voluntary Vegetation Management Without Being Held Liable For Wildlife Damage

**Voted For An Amendment To Allow Some Voluntary Vegetation Management Without Being Held Liable For Wildlife Damage.** In December 2015, Walters voted for an amendment to the North American Energy Security and Infrastructure Act that would "permit voluntary vegetation management within 150 feet of certain right-of-ways near structures for selective thinning and fuel reduction without being held liable for wildlife damage, loss, or injury, including the cost of fire suppression, except in cases of gross negligence or criminal misconduct." The amendment was adopted 252-170. [HR 8, Vote #668, 12/03/15; CQ Floor Votes, 12/03/15]

## Voted Against An Amendment To Prohibit The North American Energy Security And Infrastructure Act From Taking Effect Until Carbon Impacts Are Analyzed

**Voted Against An Amendment To Prohibit The North American Energy Security And Infrastructure Act From Taking Effect Until Carbon Impacts Are Analyzed.** In December 2015, Walters voted against an amendment to the North American Energy Security and Infrastructure Act that would "prohibit the provisions of the bill from taking effect until after the Energy Information Administration has analyzed and published a report on the carbon impacts of its provisions." The amendment failed 181-243. [HR 8, Vote #670, 12/03/15; CQ Floor Votes, 12/03/15]

## Voted Against Amendment To Require Website Post Number Of Environmental Reviews Initiated & Total Average Cost And Time For Infrastructure Projects

**Voted Against Amendment To Require Website Post Number Of Environmental Reviews Initiated & Total Average Cost And Time For Infrastructure Projects.** In November 2015, Walters voted against an amendment "that would specify that a website required under the bill that would make publicly available the status of infrastructure projects that require environmental review would need to include the total number of environmental reviews that were initiated and the total average cost and time to conduct environmental reviews." The amendment failed, 196 to 225. [HR 22, Vote #587, 11/03/15; CQ, 11/03/15]

## Voted Against A Measure To Ensure The Underlying Bill Wouldn't Prevent Agencies From Assessing A Proposal's Contributions To Climate Change

**Voted Against A Measure To Ensure The Underlying Bill Wouldn't Prevent Agencies From Assessing A Proposal's Contribution To Climate Change.** In October 2015, Walters voted against a "motion to recommit the bill to the House Natural Resources Committee with instructions to report back immediately with an amendment that would state that the bill would not limit the authority of the lead permitting agency to assess the proposed

activity's potential contribution to climate change." The amendment failed 184-246. [HR 1937, Vote #564, 10/22/15; CQ, 10/22/15]

---

**Voted For Blocking Clean Air Act Rules Governing The Emissions Of Air Pollutants From Brick And Clay Manufacturers**

---

**Voted For Blocking Clean Air Act Rules Governing The Emissions Of Air Pollutants From Brick And Clay Manufacturers.** In March 2016, Walters voted for a bill that would prohibit the EPA from regulating emissions of air pollutants caused by the manufacturing of brick and clay products. "The bill would prohibit the Environmental Protection Agency (EPA) from implementing two 2015 final Clean Air Act rules governing the emissions of air pollutants: the Brick and Structural Clay Products rule and the final Clay Ceramics Manufacturing… H.R. 4557 would delay implementation of these rules until ligation related to the rules is completed, 'judgment becomes final, and (is) no longer subject to further appeal or review.'" [HR 4557, Vote #109, 3/03/16; Office of the Democratic Whip, 3/03/16]

> **Bill Supported By The U.S. Chamber Of Commerce.** "The U.S. Chamber of Commerce… strongly supports H.R. 4557… The bill would ensure that the U.S. brick industry will not be forced to comply with the Brick Maximum Achievable Control Technology (MACT) air quality issued by the U.S. Environmental Protection Agency (EPA) until after judicial challenges to the rule are resolved. … The Chamber released a report last month examining how the new Brick MACT rule could devastate the U.S. brick manufacturing industry… It is important that American industries are not unfairly penalized when they are compelled to comply with costly rules that are later overturned by the courts. This wasteful and unreasonable outcome must be avoided." [U.S. Chamber of Commerce, 3/03/16]

> **Environmental Groups And LWV Opposed Bill, Cited Harmful Toxins Emitted From Facilities.** "[B]rick manufacturing facilities … emit mercury, a dangerous neurotoxin that harms children's developing brains, and other dangerous toxins including arsenic and chromium, that are known to cause cancer. … The BRICK Act aims to help the polluters avoid regulation, since it seeks to further delay implementation of toxic air pollution standards for brick facilities until every polluter's lawsuit has been fully litigated and appealed, including to the Supreme Court. … Not only would the BRICK Act delay needed health protections, exposing Americans to more deadly toxic air pollution, but the BRICK Act would also insert the legislative branch into ongoing litigation and interfere with the authority of our judicial branch of government." [League of Women Voters, 3/02/16]

---

**Voted For Delisting Gray Wolves**

---

**Voted For An Amendment To Remove Gray Wolves From The Endangered Species List.** In February 2016, Walters voted for an amendment which "would reinstate the 2011 U.S. Fish and Wildlife Service decisions to remove the gray wolf in the Western Great Lakes and Wyoming from protection under the Endangered Species Act." The amendment was adopted 232-171. [HR 2406, Vote #97, CQ, 2/26/16]

> **2014: Federal Judge "Threw Out An Obama Administration Decision To Remove The Gray Wolf … From The Endangered Species List – A Decision That Will Ban Further Wolf Hunting."** "A federal judge on Friday threw out an Obama administration decision to remove the gray wolf population in the western Great Lakes region from the endangered species list -- a decision that will ban further wolf hunting and trapping in three states." [CBS News/AP, 12/19/14]

---

**Voted Against Designating The Coastal Plain Of ANWR As Wilderness, Hindering The Efforts To Drill For Oil There**

---

**Voted Against Designate The Coastal Plain Of The Arctic National Wildlife Refuge As Wilderness.** In February 2016, Walters voted against an amendment which "would designate the coastal plain of the Arctic

National Wildlife Refuge as wilderness, and therefore a part of the National Wilderness Preservation System." The amendment failed 176-227. [HR 2406, Vote #99, CQ, 2/26/16]

> **Designating The Coastal Area Of ANWR A Wilderness "Would Put Oil Development In The Coastal Plain Further Out Of Reach."** "Alaska's congressional delegation has long sought oil exploration and production in ANWR, but there has been a stalemate over that idea for decades, with environmental groups strongly opposed and clashing with pro-development forces. Over 7 million acres of the refuge are currently managed as wilderness. Obama is asking Congress to approve another 12 million acres as wilderness, including the coastal plain. … Both sides of the long-running debate have said a wilderness expansion would put oil development in the coastal plain further out of reach." [Alaska Dispatch News, 4/03/15]

---

## Voted For Resolution Disapproving Of "Waters Of The United States" Rule, Which Expanded Jurisdiction Of EPA And Army Corps Of Engineers Under Clean Water Act

**Voted For Congressional Disapproval Of "Waters Of The United States" Rule, Which Expanded Jurisdiction Of EPA And Army Corps Of Engineers Under Clean Water Act.** In January 2016, Walters voted for a resolution expressing congressional disapproval of the "Waters of the United States" rule. "The Obama administration announced new protections Wednesday for thousands of waterways and wetlands … On its face, the Waters of the United States rule is largely a technical document, defining which rivers, streams, lakes and marshes fall under the jurisdiction of the Environmental Protection Agency and the Army Corps of Engineers. … The agencies and their supporters say the safety of drinking water and stream health are threatened because of weak state and local regulation and a lack of enforcement. The rule is meant to make it clearer which waterways EPA and the Corps of Engineers can oversee under the 43-year-old Clean Water Act, which covers 'navigable waters' such as the Mississippi River and Lake Erie but is vague on how far upstream protections must go to keep those water bodies clean." The resolution passed 253 to 166. [S J Res 22, Vote #45, 1/13/16; Politico, 5/27/15]

---

## Voted For Legislation That Would Block Obama Administration Efforts To Restrict Mountaintop Removal Coal Mining Process

**Voted For Legislation That Would Block Obama Administration Efforts To Restrict Mountaintop Removal Coal Mining Process.** In January 2016, Walters voted for legislation that would block Administration attempts to restrict a controversial coal mining process. "A House Republican introduced a bill Monday that would block the Obama administration's efforts to restrict the controversial mountaintop removal coal mining process. The Interior Department is planning to propose soon a regulation to restrict mountaintop removal mining near streams in an effort to protect streams in Appalachia from the mining waste. … Mooney's bill would stop Interior's Office of Surface Mining from going forward with the rule for at least a year, stop it from using the Clean Water Act to justify the rule and require the agency to conduct a study into the industry impacts of the regulation." The bill passed 235 to 188. [HR 1644, Vote #42, 1/12/16; The Hill, 3/30/15]

---

## Voted Against An Amendment To Make It Easier To Postpone Delay Of A Rule If Delay Would Significantly Contribute To Development Of Negative Chronic Or Long-Term Health Conditions

**Voted Against An Amendment To Make It Easier To Postpone Delay Of A Rule If Delay Would Significantly Contribute To Development Of Negative Chronic Or Long-Term Health Conditions.** In January 2016, Walters voted against an amendment to H.R. 1644 that would make it easier to delay the postponement of a rule "if there is a threat that a delay would cause or significantly contribute to the development of negative chronic or long-term health conditions." The amendment failed 190 to 235. [HR 1644, Vote #40, 1/12/16; Morning Consult, 1/12/16]

---

## Voted Against Preventing Delays To Rules That Address Imminent Or Long-Term Threats To Human Life And Removing Delays To Rules That Protect Public Health

**Voted Against Preventing Delays To Rules That Address Imminent Or Long-Term Threats To Human Life And Removing Delays To Rules That Protect Public Health.** In January 2016, Walters voted against a Democratic Motion to Recommit that would prevent delays to rules that address imminent or long-term threats to human life. "The Democratic Motion to Recommit would prevent American families and communities by preventing delays to rules that address imminent or long-term threats to human life, and removing delays to rules that protect public health in the event of an increase of life-threatening illnesses such as: heavy metal contamination, lung cancer, heart or kidney disease or birth defects in communities near mountaintop removal coal mining projects." The Motion to Recommit failed 186 to 237. [H R 1644, Vote #41, 1/12/16; Motion to Recommit, 1/12/16]

---

**Voted For Amendment To Prohibit Funds To Promulgate Regulations Based On The Analysis Of The Social Costs Of Carbon.**

**Voted For Amendment To Prohibit Funds To Promulgate Regulations Based On The Analysis Of The Social Costs Of Carbon.** In May 2016, Walters voted for an amendment that would prohibit use of funds made available by the bill to issue regulations or guidance that references or relies on the social cost of carbon analysis. The amendment was adopted in Committee of the Whole 230-188. [HR 5055, Vote #256, 5/25/16]

---

**Voted Against Motion In Support Of Permanently Authorizing the Land and Water Conservation Fund.**

**Voted Against Motion In Support Of Permanently Authorizing the Land and Water Conservation Fund.** In May 2016, Walters voted against a motion to instruct House conferees to insist on the inclusion of Senate-passed provisions to the North American Energy Security and Infrastructure Act of 2016 that would permanently authorize the Land and Water Conservation Fund. Motion rejected 205-212.  [S 2012, Vote #264, 5/26/16; CQ Floor Votes, 5/25/16]

---

**Voted For Establishing EPA Compliance Standards For Waste Coal Power Plants**

**Voted For Establishing EPA Compliance Standards For Waste Coal Power Plants.** In March 2016, Walters voted for legislation "that would establish EPA compliance standards for…power plants where at least 75 percent of the fuel used is waste coal from bituminous coal mining." The bill passed 231-183. [HR 3797, Vote #123, 3/15/16; CQ, 3/14/16]

---

**Voted Against Preventing Establishment Of EPA Compliance Standards For Waste Coal Power Plants Until It Is Shown Doing So Will Not Increase Harmful Air Emissions**

**Voted Against Preventing Establishment Of EPA Compliance Standards For Waste Coal Power Plants Until It Is Shown Doing So Will Not Increase Harmful Air Emissions.** In March 2016, Walters voted against a motion that would prevent an act that would establish EPA compliance standards for waste coal power plants from taking effect until it can be proven that the act will not increase air emissions that harm "brain development or causes learning disabilities in infants or children" or increase "mercury deposition to lakes, rivers, streams, and other bodies of water, that are used as a source of public drinking water." The motion failed 173-236. [HR 3797, Vote #122, 3/15/16; Democratic Leader, 3/15/16]

---

**Voted Against Requiring Report On Emissions Resulting From A Bill To Establish EPA Compliance Standards For Waste Coal Power Plants**

**Voted Against Requiring Report On Emissions Resulting From A Bill To Establish EPA Compliance Standards For Waste Coal Power Plants.** In March 2016, Walters voted against an "amendment that would require the Government Accountability Office to issue a report on the emissions of sulfur dioxide and other air

pollutants that were a result of" a bill to that would establish EPA compliance standards for waste coal power plants.  The amendment failed 179-235. [HR 3797, Vote #120, 3/15/16; CQ, 3/15/16]

**Voted Against Adding Amendment Stating That North American Energy Security And Infrastructure Act Will Not Prevent Federal Agencies From Considering Potential Impacts On Climate Change**

**Voted Against Adding Amendment Stating That North American Energy Security And Infrastructure Act Will Not Prevent Federal Agencies From Considering Potential Impacts On Climate Change.** In May 2016, Walters voted against a motion that would "commit the bill [North American Energy Security and Infrastructure Act], as amended, to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would add a section to the bill that would state that it would not prevent a federal agency from considering potential impacts on climate change during permitting or approval processes undertaken in accordance with the measure." The motion failed, 178-239. [S 2012, Vote #249, 5/25/16; CQ Bill Track, 5/25/16]

**Voted Against An Amendment To Remove California Drought Provisions From The Energy And Water Appropriations Bill**

**Voted Against An Amendment To Remove California Drought Provisions From The Energy And Water Appropriations Bill.** In May 2016, Walters voted against an amendment to the Energy and Water Appropriations bill that would remove California drought provisions from the bill. The amendment failed 169-247. [HR 5055, Vote #242, 5/25/16; CQ Bill Track, 6/06/16; Sacramento Bee, 5/25/16]

**Voted For Motion To Modify The Process EPA Uses To Test Chemicals**

**Voted For Motion To Modify The Process EPA Uses To Test Chemicals.** In May 2016, Walters voted for a motion to concur "that would modify how the EPA decides what existing chemicals to test and would require that decisions concerning whether chemicals may pose an unreasonable risk to health or the environment would need to be made without consideration of cost or other non-risk factors. It also would change the process the agency must follow regarding new chemicals, require the EPA to make science-based decisions in conducting risk evaluations and expand the EPA's ability to collect and use fees to pay for chemical tests. Under the measure, state chemical safety laws would not be pre-empted under certain circumstances. The measure also would specify under what circumstances states could continue to regulate chemicals the EPA is already regulating." The motion passed 403-12. [HR 2576, Vote #238, 5/24/16; CQ Bill Track, 6/06/16]

**Voted For Temporarily Prohibiting EPA & States From Requiring A Permit For Use Of Registered Pesticides Near Navigable Waters**

**Voted For Temporarily Prohibiting EPA & States From Requiring A Permit For Use Of Registered Pesticides Near Navigable Waters.** In May 2016, Walters voted for a bill that would "temporarily modify the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) to prohibit the EPA or a state government from requiring a permit for the use of registered pesticides near navigable waters. The measure also would modify the Federal Water Pollution Control Act to prohibit the EPA and states from requiring permits for the point source use of a pesticide registered under FIFRA, with certain exceptions. The temporary prohibitions would end on Sept. 30, 2018." The bill passed 258-156. [HR 897, Vote #237, 5/24/16; CQ Bill Track, 6/06/16]

**Voted Against A Motion To Prohibit Zika Vector Control Act From Applying If There Is Evidence That A Pesticide Causes Adverse Health Effects On Pregnant Women Or Fetal Development**

**Voted Against A Motion To Prohibit Zika Vector Control Act From Applying If There Is Evidence That A Pesticide Causes Adverse Health Effects On Pregnant Women Or Fetal Development.** In May 2015, Walters

voted against a motion that would "prohibit the underlying bill from applying to the discharge of a pesticide if there is any evidence, based on peer-reviewed science, that the pesticide is known or suspected to cause adverse health effects on pregnant women, or cause adverse impacts to fetal growth or development, or early childhood development." The motion failed, 182-232. [HR 897, Vote #236, 5/24/16; Democratic Leader – Motions to Recommit, 5/24/16]

---

**Voted For Blocking Consideration Of A Bill To Ensure Flint Children Obtain Safe Drinking Water And Health, Nutritional, And Educational Support**

---

**Voted For Blocking Consideration Of A Bill To Ensure Flint Children Obtain Safe Drinking Water And Health, Nutritional, And Educational Support.** In May 2016, Walters voted for blocking consideration of a vote that would "address this public health emergency by helping Flint residents obtain safe drinking water and ensuring that the nearly 9,000 Flint children under the age of 6 who are at risk due to their exposure to lead-contaminated water receive the health, nutritional, and educational support they need to thrive." The previous question carried, 233-174. A vote against the previous question would be to force the vote on safe drinking water and support for Flint children. [H Res 743, Vote #231, 5/24/16; Democratic Leader – Previous Questions, 5/24/16]

**Voted Against An Amendment To Bar Funds From The Department Of The Interior, Environment, And Related Agencies Appropriations Act From Being Used To Abolish Law Enforcement Offices At The Bureau Of Land Management And The U.S. Forest Service.** In July 2016, Walters voted against an "amendment barring funds in the bill from being used to abolish law enforcement offices at the Bureau of Land Management and the U.S. Forest Service. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment failed, 194 to 233. [HR 5538, Vote #470, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment To Insert A Sentence At The End Of The Act Asserting That None Of The Funds From The Act Could Be Used In Contravention Of The Interior's Promise To Address Impacts Of Climate Change.** In July 2016, Walters voted against an "amendment that would prohibit funds from being used in contravention to a 2009 Interior Department Secretarial Order that called for renewable energy on public lands and a response to the impact of climate change on the land, ocean, fish, wildlife, and cultural heritage resources. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment failed, 192 to 233. [HR 5538, Vote #Vote #471, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment To Protect The Obama Administration's Climate Change And Environmental Sustainability Executive Order.** In July 2016, Walters voted against an "amendment that would protect the administration's climate change and environmental sustainability executive order to ensure that no funds be used to weaken the executive order within this act." The amendment failed, 191 to 236. [HR 5538, Vote #472, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment That Would Discourage Transferring Federal Lands To Private Owners.** In July 2016, Walters voted against an "amendment that would prohibit funds from being used to pursue any additional legal ways to transfer federal lands to private owners in contravention of existing law." The amendment failed, 188 to 239. [HR 5538, Vote #473, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment To Prevent Part Of The Bill That Would Block BLM Management Plans From Going Forward If It Failed To Meet Its Multiple Use Obligations.** In July 2016, Walters voted against an "amendment that would prohibit Bureau of Land Management management plans from going into effect if failing to implement the plans would limit the agency's ability to meet its multiple use obligations, including providing opportunities for hunting, fishing and outdoor recreation." The amendment failed, 184 to 241. [HR 5538, Vote #474, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment That Would Increase Funding For The EPA's Hazardous Substance Superfund Account.** In July 2016, Walters voted against an "amendment that would increase by $15.3 million

funding for the Hazardous Substance Superfund account." The amendment failed, 195 to 232. [HR 5538, Vote #475, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted Against An Amendment To Prohibit Using Funds For Light Vehicles Which Do Not Meet The Requirements Of Obama's Federal Fleet Performance Executive Order.** In July 2016, Walters voted against "amendment no. 122, that would prohibit funds from being used to lease or purchase new light duty vehicles unless those vehicles meet the requirements of President Obama's May 24, 2011 Executive Order on Federal Fleet Performance. " The amendment failed, 213 to 214. [HR 5538, Vote #476, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted For To Pass The Department Of The Interior, Environment, And Related Agencies Appropriations Act.** In July 2016, Walters voted for the passage of HR 5538, a "bill that would provide $32.1 billion in fiscal 2017 for the Interior Department, the EPA and related agencies. The bill would provide $12.1 billion for the Interior Department, $8 billion for the EPA, $5.4 billion for the Forest Service, $1.2 billion for the Bureau of Land Management and $5.1 billion for the Indian Health Service. The measure would prohibit the EPA from limiting greenhouse gas, methane, and air emissions from power plants and the oil and gas industry. The measure would also block the EPA from completing its "Waters of the United States" rule-making to clarify which bodies of water are subject to regulation under the clean air act. As amended, the measure would prohibit funds from being used to finalize, implement or enforce new regulations on offshore Arctic energy exploration and development." The bill passed, 231 to 196. [HR 5538, Vote #477, 7/14/16; CQ Floor Votes, 7/14/16]

**Voted For To Suspend The Rules And Pass The Cooperate Management Of Mineral Rights Act Of 2016.** In September 2016, Walters voted for a "motion to suspend the rules and pass the bill that would remove a requirement that prior to the commencement of surface-disturbing activities related to gas and oil development in the Allegheny National Forest in Pennsylvania, the Forest Service be permitted to sell marketable timber cut in relation to such surface-disturbing activities." The motion was agreed to, 395-3. [HR 3881, Vote #480, 9/6/16; CQ Floor Votes, 9/6/16]

## Ethics

### Voted For Limiting Power Of OCE And House Ethics In Investigating Members

**Voted For Limiting Power Of OCE And House Ethics In Investigating Members.** In January 2015, Walters voted for a House Rules package that contained a rules change that would help members under ethics investigations by the Office of Congressional Ethics and House Ethics Committee. "In one of its first actions of the new year, the House of Representatives on Tuesday approved rules changes that could give lawmakers a new defense against ethics investigations. The new language, added Monday night to the sections that establish the House Ethics Committee and the independent Office of Congressional Ethics, says the two bodies 'may not take any action that would deny any person any right or protection provided under the Constitution of the United States.' The language also states that a person subject to a review by the Office of Congressional Ethics 'shall be informed of the right to be represented by counsel and invoking that right should not be held negatively against them.' … 'Clearly (the new language) was put in there to allow members of Congress to restrain certain activities of the ethics committees based on their own interpretation of what the Constitution means,' said Craig Holman of the watchdog group Public Citizen." The resolution passed, 234-172.  [H Res 5, Vote #6, 1/06/15; USA Today, 1/06/15]

## Financial Issues

### Voted Against Blocking Benefits For Those Convicted Of Assisting Terrorists

**Voted Against A Motion To Prohibit Individuals & Entities Assisting Terrorist Groups From Receiving Benefits Under Wall Street Bill.** In January 2015, Walters voted against a motion to recommit that would prohibit any person or financial entity that has been convicted of providing assistance to terrorist groups or state sponsors of

terrorism from receiving the benefits of Republicans' wall-street giveaway bill. The motion failed, 183-242. [HR 37, Vote #36, 1/14/15; Democratic Leader – Motions to Recommit, 1/14/15]

## Voted For Bill To Deregulate Wall Street

**Voted For Bill To Deregulate Wall Street.** In January 2015, Walters voted for legislation that combined the text from eleven bills and would roll back or delay a number of regulations in the Dodd-Frank financial reform law. "The most serious attack of the bunch came in the form of a partial two-year delay of the Volcker Rule, which would ban banks from speculating in securities markets with taxpayer money. The bill would have allowed Citigroup and JPMorgan Chase to hold onto almost $50 billion in risky corporate debt packages known as collateralized loan obligations through 2019." The bill passed, 271 to 154. [HR 37, Vote #37, 1/14/15; Huffington Post, 1/10/14]

**Voted Against Motion That Would Prohibit Individuals Who Finance Terrorism From Qualifying For Regulatory Exemptions.** In January 2015, Walters voted against a motion that would disqualify anyone convicted of providing financial assistance to terrorist organizations or state sponsors of terrorism from regulatory relief under the underlying bill, the Promoting Job Creation and Reducing Small Business Burdens Act. The motion failed 183 to 242. [HR 37, Vote #37, 1/14/15; Motion to Recommit, 1/14/15]

## Voted For Weakening Wall Street Reform

**Voted For Weakening Wall Street Reform And Roll Back Rules Limiting Risky Bank Investments.** In January 2015, Walters voted for a bill "to relax some requirements under the 2010 Dodd-Frank financial regulatory law. The measure would delay until July 2019 a provision of the law's Volcker Rule intended to limit risky investments by banks, and make other changes." The vote failed to reach a 2/3 majority, 276 to 146. [HR 37, Vote #9, 1/7/15; Bloomberg, 1/7/15]

## Voted For Weakening CFPB

**Voted For Limiting Funding For Consumer Financial Protection Bureau.** In April 2015, Walters voted for a bill that limited funding for the CFPB. "Passage of the bill that would formally establish three advisory boards with which the Consumer Financial Protection Bureau (CFPB) that must consult on matters regarding small businesses, credit unions and community banks. The measure is offset by limiting funding for the CFPB in future years. As amended, the bill would encourage the CFPB to ensure the participation of veteran-owned small-business concerns as members of the Small Business Advisory Board." The bill passed 235-183. [HR 1195, Vote #167, 4/22/15; CQ News, 4/22/15]

**Voted Against Measure To Prohibit Individuals Or Companies Convicted Of Predatory Lending From Serving On CFPB Boards.** In April 2015, Walters voted against a motion that protected military bases and veterans from predatory lenders. The motion would "prohibit individuals from serving as members of the any of the advisory boards if within the last ten years they have been employed or acted as an agent of a company whose been subject to a state or federal enforcement action for predatory lending or fraud against veterans or servicemembers." The motion was rejected, 184-234. [HR 1195, Vote #166, 4/22/15; CQ News, 4/22/15]

**Voted For Requiring Minority And Women Owned Small Business Representatives On Small Business Advisory Council.** In April 2015, Walters voted for an amendment "that would require the Consumer Financial Protection Bureau to include representatives of minority- and women-owned small-business concerns as members of the Small Business Advisory Board." The amendment was passed 244-173. [HR 1195, Vote #165, 4/22/15; CQ News, 4/22/15]

**Voted For Considering Bill Establishing Small Business, Credit Union, and Community Bank Advisory Boards On House Floor.** In April 2015, Walters voted for considering a bill establishing a small business advisory

board, credit union advisory council, and community bank advisory council as a part of the Consumer Financial Protection Bureau. The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

## Voted For Consideration Of Bill Restricting Ability Of Commodity Futures Trading Commission To Regulate Wall Streets' Banks Overseas Trades

**Voted For Consideration Of Bill Restricting Ability Of Commodity Futures Trading Commission To Regulate Wall Streets' Banks Overseas Trade.** In June 2015, Walters voted for the consideration of a bill reauthorizing the Commodity Futures Trading Commission. "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama.The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." The resolution passed 243 to 182. [H. Res. 288, Vote #274, 6/03/15; Bloomberg News, 6/09/15]

**Bloomberg News: Bill Would Force CFTC To Conduct Additional Cost Analysis Of Its Rules, "A Key Requirement That Could Stall The Agency's Work."** "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama. The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." [Bloomberg News, 6/09/15]

## Voted For Weakening Federal Oversight Of American Financial Institutions Trading Overseas

**Voted For Weakening Federal Oversight Of American Financial Institutions Trading Overseas.** In June 2015, Walters voted for final passage of HR 2289, The Commodity End-User Relief Act of 2015. The bill limited "the CFTC's authority to regulate cross-border derivatives trading. It would require the agency to issue rules that allow U.S. firms to carry out trades in the eight largest foreign markets without U.S. supervision, provided those countries have equivalent oversight." The bill passed 246 to 171. [HR 2289, Vote #309, 6/09/15; CQ News, 6/09/15]

## Voted For Consideration Of Bill To Re-Authorize The Export-Import Bank

**Voted For Consideration Of Bill To Re-Authorize The Export-Import Bank.** In June 2015, Walters voted for consideration of a bill to re-authorize the Export-Import Bank. "The Democratic Previous Question would force a vote to re-authorize the Ex-Im Bank, ending Republicans' needless crisis." The previous question passed 243 to 181. A vote against the previous question would have allowed the bill to be considered. [H.Res. 333, Vote #379, 6/24/15]

## Voted For Blocking Consideration On A Vote To Re-Authorize A Long-Term Transportation Bill And To Crack Down On Corporations That Avoid Taxes By Moving Overseas

**Voted For Blocking Consideration On A Vote To Re-Authorize A Long-Term Transportation Bill And To Crack Down On Corporations That Avoid Taxes By Moving Overseas.** In July 2015, Walters voted for blocking consideration on "a vote to re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs.  The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on the long-term Transportation bill and the crackdown on corporations that move overseas to avoid paying taxes. The motion to order the previous question passed, 245 to 182. [H Res 362, Vote #438, 7/15/15; Democratic Leader – Previous Questions, 7/15/15]

**Voted Against Amendment To Allow Department Of Labor To Adopt Fiduciary Rule Regarding Investment Advisors**

**Voted Against Amendment To Allow Department Of Labor To Adopt Fiduciary Rule Regarding Investment Advisors.** Walters voted against amendment to HR 1090. "H.AMDT.732 to H.R.1090 Amendment sought to allow the Department of Labor to complete and adopt a rule to require that investment advisers act solely in the best interests of the workers and retirees who rely upon them in making financial decisions regarding their retirement." The amendment failed 184 to 246.  [HR 1090, Vote #574, 10/27/15]

**Voted Against Bill To Prevent Department Of Labor From Issuing Fiduciary Rule "Setting Standards Of Conduct For Brokers And Dealers Of Securities"**

**Voted Against Bill To Prevent Department Of Labor From Issuing Fiduciary Rule "Setting Standards Of Conduct For Brokers And Dealers Of Securities."** Walters voted against HR 1090, the Retail Investor Protection Act. "H.R. 1090 would prohibit the Secretary of Labor from finalizing a regulation related to certain investment advisors until the Securities and Exchange Commission (SEC) issues a final rule setting standards of conduct for brokers and dealers of securities. The regulation that would be delayed by the bill will define the circumstances under which an individual is considered to be a fiduciary when providing investment advice to employee retirement and other benefit plans and their participants. Under current law, the SEC is authorized to develop regulations that establish the same standards of conduct for brokers and dealers that are already in place for investment advisors when providing advice to persons who use the information for personal reasons." [HR 1090, Vote #575, 10/27/15; Congressional Budget Office, 10/21/15]

> **Bill Did Not Direct Securities And Exchange Commission To Issue Fiduciary Rule; Commission Had Not Proposed Rule.** "Because the bill would not direct the SEC to issue a rule on standards of conduct, CBO expects that implementing H.R. 1090 would not affect the SEC's workload or its costs. Enacting H.R. 1090 would not affect direct spending or revenues; therefore, pay-as-you-go procedures do not apply." [HR 1090, Vote#575, 10/27/15; Congressional Budget Office, 10/21/15]

> **TIME Money, Ian Salisbury Opinion: Bill Did Not Prohibit Instituting Of Fiduciary Standard, But Required Department Of Labor To Defer To Securities And Exchange Commission's Parallel Efforts.** "To be sure, the mechanics get a bit more complicated: Tuesday's bill technically doesn't nix the fiduciary standard. It requires the Labor Department to defer to the Securities and Exchange Commission's parallel efforts. There is some merit to that: It is certainly possible to quibble about the Labor Department's proposal. But given the fact that many of the same lawmakers who voted for latest bill have also fought to squelch the S.E.C.'s own efforts, it seems unlikely their objections are purely a matter of defending bureaucratic jurisdiction." [TIME Money, Ian Salisbury Opinion, 10/28/15]

> **TIME Money, Ian Salisbury Opinion: Bill Preventing Rule To Protect Retail Investors Was "In True, It-Can-Only-Happen-In-Washington-Style."** "On Tuesday, the House passed, 'The Retail Investor Protection Act.'… Confused? You should be. In true, it-can-only-happen-in-Washington-style, the Act actually prevents the Department of Labor from implementing a rule retail investor advocates have been promoting for close to a decade. As Morningstar analyst and long-time industry watcher John Rekenthaler recently lamented, 'George Orwell would be amused.'" [TIME Money, Ian Salisbury Opinion, 10/28/15]

**Voted Against Measure To Protect The Rights Of Veterans To File Lawsuits If Their Mortgages Violate Anti-Predatory Lending Laws**

**Voted Against Measure To Protect The Rights Of Veterans To File Lawsuits If Their Mortgages Violate Anti-Predatory Lending Laws.** In November 2015, Walters voted against a Democratic Motion to Recommit which would "protect veterans and members of the Armed Forces by preserving their right to file a lawsuit if their mortgages violate anti-predatory lending laws; and prevent mortgage brokers from receiving bonuses for steering servicemembers or veterans into mortgages that are more expensive than what they qualify for under their credit

profile." The motion to recommit failed in the House, 184 - 242. [HR 1210, Vote #635, 11/18/15; Motion to Recommit, 11/18/15]

## Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans

**Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans.** In November 2015, Walters voted for legislation that would prevent borrowers from filing claims against holders of loans that contain abusive and harmful terms. "Under the bill, depository institutions that hold a loan in portfolio would receive a legal safe harbor even if the loan contains terms and features that are abusive and harmful to consumers. The bill would limit the right of borrowers to file claims against holders of such loans and against mortgage originators who directed them to the loans, the White House said." The bill passed the House, 255 - 174. [HR 1210, Vote #636, 11/18/15; Housing Wire, 11/18/15]

## Voted For Legislation That Would Revoke The CFPB's Guidance On Auto Lending

**Voted For Legislation That Would Revoke The CFPB's Guidance On Auto Lending.** In November 2015, Walters voted for legislation which "would revoke 2013 auto lending guidance from the CFPB. The guidance suggests lenders should either impose limits on or eliminate dealerships' ability to adjust, on a case-by-case basis, the amount of compensation they keep for arranging a consumer auto loan, a discretionary practice that the CFPB says can lead to discriminatory loan pricing." The bill passed the House, 332 - 96. [HR 1737, Vote # 637, 11/18/15; Automotive News, 11/18/15]

## Voted For Bill To Undercut The Federal Reserve's Ability To Independently Set U.S. Monetary Policy

**Voted ForBill To Undercut The Federal Reserve's Ability To Independently Set U.S.  Monetary Policy.**   In November 2015, Walters Voted Forthe Fed Oversight Reform and Modernization (FORM) Act, a bill that would direct the Federal Reserve to be "more open in communicating monetary policy decisions and require it to use a mathematical rule in deciding on interest rates… Under the bill, the Fed would be required to use a formula to set interest rates but would be allowed to deviate from that strategy if economic conditions warranted a change. The Fed's chosen formula would be subject to a review by the Government Accountability Office, and the GAO would be required to audit the Fed anytime the central bank chose to make changes to its rule." The bill passed by a vote of 241-185. [H R 3189, Vote #641, 11/19/15; Associated Press, 11/19/15]

## Voted For Reducing Transparency Of Firms That Offer Stock Options

**Voted For Reducing Transparency Requirements For Firms That Offer Stock Options.** In February 2016, Walters voted for a bill that "would reduce the disclosure burden on firms that offer stock options to their employees." The bill passed 265 to 159. [HR 1675, Vote #61, 2/03/16; Business Wire, 2/04/16]

## Voted Against Excluding Individuals Convicted Of Securities-Related Crimes From Reduced Disclosure Over Employee Stock Options

**Voted Against Excluding Individuals Convicted Of Securities-Related Crimes From Reduced Disclosure Over Employee Stock Options.** In February 2016, Walters voted againsta motion that would have, "prohibit[ed] individuals convicted of felonies or misdemeanors involving securities from making use of the exemptions or other authorities that would be provided under the bill." The underlying bill, "would reduce the disclosure burden on firms that offer stock options to their employees." The motion failed 184 to 241. [HR 1675, Vote #60, 2/03/16; CQ Floor Votes, 2/03/16; Business Wire, 2/04/16]

**Voted Against Amendment Narrowing The Exemption From XBRL Reporting Requirements To Businesses With Total Gross Revenues Of Less Than $1 Billion.**

**Voted Against Amendment Narrowing The Exemption From XBRL Reporting Requirements To Only "Emerging Growth Companies."** In February 2016, Walters voted against an amendment "narrow[ed] the underlying bill's exemption from XBLR requirements to only 'Emerging Growth Companies' and only for a period of three years, while permitting such companies to elect to use XBLR for such reporting." The amendment failed 173 to 248. [HR 1675, Vote #59, 2/03/16; Daily Whip, 2/03/16; CQ Floor Votes, 2/03/16]

> **XBRL Is A Financial Reporting Language Provides Faster And More Efficient Reporting For Compliance, Performance, And Business Reports.** "In a nutshell, XBRL provides a language in which reporting terms can be authoritatively defined. Those terms can then be used to uniquely represent the contents of financial statements or other kinds of compliance, performance and business reports. XBRL lets reporting information move between organisations(sic) rapidly, accurately and digitally." [XBRL.org, accessed 3/09/16]

> **"Emerging Growth Companies" Are Companies With Gross Annual Revenues Less Than $1 Billion.** "An 'emerging growth company' is defined in the Securities Act and the Exchange Act as an issuer with "total annual gross revenues" of less than $1 billion during its most recently completed fiscal year." [Securities and Exchange Commission, 12/21/15]

**Voted Against Limiting The Exemption From XBRL Reporting For Emerging Growth Companies To Companies That Are First Required To File With The SEC After The Bill's Enactment**

**Voted Against Limiting The Exemption From XBRL Reporting For Emerging Growth Companies To Companies That Are First Required To File With The SEC After The Bill's Enactment.** In February 2016, Walters voted against an amendment that would "limit the exemption under the bill for emerging growth companies and companies with annual revenues of less than $250 million from the current requirement for companies to use eXtensible Business Reporting Language (XBRL), an interactive data format, for filing financial statements with the Securities and Exchange Commission. Specifically, the amendment would limit the exemption to issuers that are first required to file financial statements after the bill's enactment." The amendment failed 194 to 221. [HR 1675, Vote #58, 2/03/16; CQ Floor Votes, 2/03/16]

> **XBRL Is A Financial Reporting Language Provides Faster And More Efficient Reporting For Compliance, Performance, And Business Reports.** "In a nutshell, XBRL provides a language in which reporting terms can be authoritatively defined. Those terms can then be used to uniquely represent the contents of financial statements or other kinds of compliance, performance and business reports. XBRL lets reporting information move between organisations(sic) rapidly, accurately and digitally." [XBRL.org, accessed 3/09/16]

**Voted Against Amendment Directing Securities And Exchange Commission (SEC) To Study Prevalence Of Employee Ownership Plans In Companies That Include Social Benefit**

**Voted Against Amendment Directing Securities And Exchange Commission (SEC) To Study Prevalence Of Employee Ownership Plans In Companies That Include Social Benefit.** In February 2016, Walters voted against an amendment that would have "direct[ed] the Securities and Exchange Commission to study and report to Congress on the prevalence of employee ownership plans within companies that include a flexible or social benefit component in their articles of incorporation, as permitted by relevant state laws." The amendment failed 180 to 243. [HR 1675, Vote #57, 2/03/16; CQ Floor Votes, 2/03/16]

**Voted For Preventing Bank Regulators From "Requesting Or Ordering Banks" To Close Customer Accounts Involved In Ongoing Law Enforcement Investigations.**

**Voted For Preventing Bank Regulators From "Requesting Or Ordering Banks" To Close Customer Accounts Involved In Ongoing Law Enforcement Investigations.** In February 2016, Walters voted for a bill to "limit regulators' ability to request shutting off bank accounts associated with businesses suspected of fraud. Passed largely along party lines by a vote of 250-169, the bill would prevent banking regulators from requesting or ordering banks to close specific customer accounts unless the reason isn't based solely on reputation." The bill passed 250 to 169. [H. 766, Vote #63; The Hill, 2/04/16]

| **Voted Against Motion Ensuring Financial Institutions Haven't Broken The Law By Taking Advantage Of Service Members Or Abusing Mortgage Market** |
| --- |

**Voted AgainstMotion Ensuring Financial Institutions Haven't Broken The Law By Taking Advantage Of Service Members Or Abusing Mortgage Market.** In February 2016, Walters voted against a motion that would have prevented the Financial Institution Customer Protection Act of 2016 from taking effect until it had been certified that financial institutions covered by bill haven't broken the law, taken advantage of service members or perpetrated abuses in the mortgage market during the previous five years. The motion failed, 177 to 240. [H.R. 766, Vote #62; Congressional Record, 2/04/16]

| **Voted For Resolution Disapproving Labor Department Rules Governing Conflict Of Interest Risks For Retirement Advisors** |
| --- |

**Voted For A Resolution Disapproving Labor Department's Expansion Of "Fiduciary Rule" To Cover Conflict-Of-Interest Risks By Retirement Advisors.** In April 2016, Walters voted for a joint resolution blocking a Labor Department rule imposing the 'fiduciary rule' for retirement advisers. The measure "would invalidate a rule to define 'fiduciary' as anyone compensated for individualized retirement investment advice, thus requiring them to act in the best interest of their clients…Financial advisers claim that brokers' regulatory costs and liability concerns would increase if the rule goes into effect. But supporters argue the new guidelines would close loopholes that have allowed retirement advisers to promote substandard investment options for their own financial benefit." The resolution passed, 234 to 183. [H J Res 88, Vote #176, 4/28/16; CQ Roll Call, 4/21/16]

| **Voted For Easing Rules Protecting Investors From General Solicitation From Companies Issuing Private Securities** |
| --- |

**Voted For Easing Regulations That Safeguard Against General Solicitation From Companies Issuing Private Securities.** In April 2016, Walters voted for the Helping Angels Lead Our Startups Act of 2016, a bill easing prohibitions of general solicitation by companies issuing private securities. "The bill…would create a new exemption to the prohibition on general solicitation for companies issuing private securities. It would require the Securities and Exchange Commission to revise its Regulation D so that the prohibition against general solicitation does not apply to presentations or communications made at an event sponsored by certain groups." The bill passed, 325-89. [H Res 4498, Vote #171; CQ News, 4/26/16]

> **White House Office Of Management And Budget: Easing Capital-Raising Creates New Risks To Certain Investors**. A White House OMB Statement of Administration Policy said that "Creating a new exemption…may make it easier for companies to access necessary capital, but providing such an exemption comes at the cost of potentially increasing undue risk for certain investors." [White House Office of Management And Budget, 4/26/16]

| **Voted For To Make It Easier For Small Bank To Take On Additional Debt To Make Acquisitions** |
| --- |

**Voted For To Make It Easier For Small Bank To Take On Additional Debt To Make Acquisitions.** In April 2016, Walters voted for a bill "that would direct the Federal Reserve Board to revise a policy statement that allows small bank holding companies to take on higher levels of debt to purchase an acquisition than permitted for larger holding companies. Specifically, the amount of consolidated assets a holding company can have and be covered

under the policy statement would be increased from less than $1 billion to less than $5 billion." The bill passed 247-171. [HR 3791, Vote #149, 4/14/16; CQ Floor Votes, 4/14/16]

**Bill Would Make It Easier For Small Lenders To Make Acquisitions By Allowing To Operate With Higher Debt.** "The House Financial Services Committee approved a bill that would enable more small lenders to make acquisitions and form new bank and thrift holding companies… H.R. 3791, which would increase the consolidated asset threshold under the Federal Reserve's Small Bank Holding Company Policy Statement to $5 billion from $1 billion." [Bloomberg BNA, 12/9/15]

---

### Voted For Would Provide Funding To The Financial Stability Oversight Council And Office Of Financial Research

---

**Voted For Would Provide Funding To The Financial Stability Oversight Council and Office Of Financial Research Through The Appropriations Process.** In April 2016, Walters voted for a bill that "would place funding for the Financial Stability Oversight Council and the Office of Financial Research (OFR) under the annual appropriations process. Additionally, the bill would require the OFR to quarterly report to Congress on its spending, staff and performance. It also would provide for a minimum 90-day public notice and comment period before the OFR could issue any proposed rule, report or regulation." The bill passed 239-179. [HR 3340, Vote #146, 4/14/16; CQ Floor Votes, 4/14/16]

**Did Not Vote On Providing For Consideration Of HR 2357, Accelerating Access To Capital Act Of 2015; And Providing For Consideration Of HR 5424, Investment Advisers Modernization Act Of 2016.** In September 2016, Walters did not vote on a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 844) that would provide for House floor consideration of the bill (HR 2357) that would require the Securities and Exchange Commission to expand the types of companies that can use a simplified disclosure form to register securities, and the bill (HR 5424) that would reduce or eliminate certain reporting requirements for private equity funds." The motion was agreed to 238 to 180. [HR 5063, Vote #489, 9/8/16; CQ Floor Votes, 9/8/16]

**Did Not Vote On A Motion To Recommit The Accelerating Access To Capital Act Of 2015 With Instructions.** In September 2016, Walters did not vote on a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require accredited investors to disclose cybersecurity risks in order to be eligible for exemptions from certain filings with the Securities and Exchange Commission." The motion was rejected 180 to 233. [HR 2357, Vote #492, 9/8/16; CQ Floor Vote, 9/8/16; Congressional Record, 9/8/16]

**HR 2357: The Accelerating Access To Capital Act:** "A bill to direct the Securities and Exchange Commission to revise Form S-3 so as to add listing and registration of a class of common equity securities on a national securities exchange as an additional basis for satisfying the requirements of General Instruction I.B.1. of such form and to remove such listing and registration as a requirement of General Instruction I.B.6. of such form." [CQ News, 9/8/16] According to the Republican Party Committee, "H.R. 2357 makes various changes to how small businesses and companies register securities with the Securities and Exchange Commission (SEC) to reduce the regulatory burden on these companies and to encourage investment." [Republican Party Committee, 9/8/16]

**Did Not Vote On Passage Of HR 2357.** In September 2016, Walters did not vote on "passage of the bill that would expand the types of companies that can use a simplified disclosure form to register securities sales, and would exempt certain securities sales, like those to accredited investors, from the Securities and Exchange Commission's registration process." The bill passed 236 to 178. [HR 2357, Vote #493, 9/8/16; CQ Floor Vote, 9/8/16]

**Voted Against A Motion To Recommit HR 5424, The Investment Advisers Modernization Act Of 2016 With Instructions.** In September 2016, Walters voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require the

adviser of a private fund with a controlling interest in an emergency service company to annually file a report on emergency vehicle response times in both rural and urban areas. It also would require the report to describe the impact on the company's value when emergency vehicle response times do not meet standards set by the local government." The motion was rejected 176 to 232. [HR 5424, Vote #494, 9/9/16; CQ Floor Vote, 9/9/16]

**Voted For Passage Of HR 5424, The Investment Advisers Modernization Act Of 2016.** In September 2016, Walters voted for "passage of the bill that would eliminate requirements for private equity funds to annually submit an investment report to the Securities and Exchange Commission. The measure would exempt private equity funds from existing requirements regarding the relationship between investment fund managers and their investors. As amended, the measure would maintain the requirement in current law for private equity funds to submit to unannounced, independent audits." The bill passed 261 to 145. [HR 5424, Vote #495, 9/9/16; CQ Floor Vote, 9/9/16]

## Fishing

### Voted For Considering Bill That Could Create "Dangerous Exemptions From Catch Limits" Designed To Prevent Overfishing

**Voted For Resolution To Consider Bill That Could Create "Dangerous Exemptions From Catch Limits," Preventing Overfishing.** In May 2015, Walters voted for considering reauthorization of the Magnuson-Stevens Act, which "provide[s] flexibility for fishery managers and stability for fisherman[.]" U.S. Rep. Don Young (R-Alaska) has proposed several changes to the Magnuson-Stevens Fishery Conservation and Management Act that he says will give fishery managers more flexibility in rebuilding fish stocks. He has said the changes will allow fishery managers to address the economic needs of fishermen. But some fishermen and environmentalists said Young's proposal creates dangerous exemptions from catch limits that are designed to prevent overfishing. They point to a recent federal report that says several economically valuable East Coast fish stocks are rebounding and no longer subject to overfishing as evidence that the Magnuson-Stevens act is effective in its current form." The resolution passed 237 to 174. [H Res 274, Vote #215, 5/21/15; Associated Press, 4/30/15]

> **Rep. Raul Grijalva: "HR 1335 Would Take Us Back To The Dark Ages By Gutting Science-Based Requirements To Rebuild Overfished Stocks And Set Annual Catch Limits."** "The U.S. House Natural Resources Committee today passed a bill to renew the Magnuson-Stevens Act, the nation's fundamental fisheries law. The sponsor, Alaska Congressman Don Young, says the law has kept foreign fishing fleets off America's shores and sustained healthy fisheries. …'H.R. 1335 would take us back to the dark ages by gutting science-based requirements to rebuild overfished stocks and to set annual catch limits,' said  Rep. Raul Grijalva of Arizona, the committee's top Democrat." [Alaska Public Radio, 4/30/15]

### Voted For Bill Removing Timeframe Which Allowed For Rebuilding Of Depleted Fishing Stocks

**Voted For Bill Removing Timeframe Which Allowed For Rebuilding Of Depleted Fishing Stocks.** In June 2015, Walters voted for the reauthorization of the Magnusen-Stevens Fishery Conservation and Management Act, to remove the ten-year timeframe, which allowed for the rebuilding of depleted fishing stocks. "Defying a White House veto threat, the Republican-controlled House on Monday approved a bill to give regional fisheries managers more power to set local fishing levels in federal waters. The bill, sponsored by Rep. Don Young, R-Alaska, would remove a 10-year timeframe for rebuilding depleted fish stocks and allow fisheries managers to consider the economic needs of fishing communities in setting annual catch limits." The bill passed 225 to 152. [HR 1335, Vote #267, 6/01/15; Associated Press, 6/01/15]

> **Alaska Public Radio: Opponents Believed Bill Would Allow Commercial Interests To Push Managers To Set Too High Of Harvest Levels.** "A bill to reauthorize the Magnuson-Stevens Act, the nation's primary fishing law, passed the U.S. House this evening, largely on party lines. The sponsor, Alaska Congressman Don Young, says the bill makes practical revisions to continue a law that has restored the health of America's fisheries. … Young's bill also introduces a controversial element of flexibility in fisheries management. It

would eliminate the mandatory 10-year planning period for rebuilding depleted stocks. Opponents says that allows for commercial interests to pressure managers to set harvest levels too high. Young, though, says the rebuilding time frame should vary, depending on the needs of the species." [Alaska Public Radio, 6/01/15]

**Independent National Research Council: 43-Percent Of Fish Stocks Classified As Overfished Were "Rebuilt Or Showed Good Progress Toward Rebuilding Within 10 Years."** "A 2013 report by the independent National Research Council found that federal efforts to rebuild depleted fish populations have largely been successful, but said pressure to overfish some species remains high and some fish stocks have not rebounded as quickly as projected. Forty-three percent of fish stocks identified as being overfished were rebuilt or showed good progress toward rebuilding within 10 years, the time limit required by the Magnuson-Stevens law, the report said. Another 31 percent were on track to rebuild if sharply reduced fishing levels remain in place, the report said." [Associated Press, 6/01/15]

---

**Voted Against Motion To Require "Polluters" To Pay For Clean-Up Of Spill Of Toxics Or Oil That Would Harm Fisheries, Fishing Jobs Or Fishing Communities**

---

**Voted Against Motion To Require "Polluters" To Pay For Clean-Up Of Spill Of Toxics Or Oil That Would Harm Fisheries, Fishing Jobs Or Fishing Communities.** In June 2015, Walters voted against a motion to recommit which would require "polluters" to pay for clean-up of a toxic spill or oil spill that would harm fisheries, fishing jobs or fishing communities. "The Democratic recommit amendment protects our fisheries and forces polluters to pay for cleanup of a toxic spill or oil spill that harms fisheries, fishing jobs, and local fishing communities." The motion failed 155 to 233. [HR 1335, Vote #266, 6/01/15; Motion To Recommit, 6/01/15]

---

**Voted For Amendment Requiring Any Plan To Address Salmon Recovery Include Examination Of Predator Impact, Not Just Water Flow**

---

**Voted For Amendment Requiring Any Plan To Address Salmon Recovery Include Examination Of Predator Impact, Not Just Water Flow.** In June 2015, Walters voted for an amendment requiring any recovery plan for salmon require that attention be placed on whether predators, not just water flows, have an impact. "An issue at the heart of our water debates – whether nonnative fish prey heavily on salmon and steelhead – wriggled through Congress this week. The U.S. House of Representatives approved an amendment proposed by Rep. Jeff Denham, R-Turlock, that would require attention to this issue in any recovery plan for salmon or steelhead under the Endangered Species Act … The idea raises concerns in two camps – environmental groups and bass anglers. The former say predation could be part of the problem but the biggest need is increased flows in rivers. The latter do not want to lose a fish that is among the most popular in the Sacramento-San Joaquin Delta and its tributaries." The amendment passed, 245 to 181. [HR 2578, Amendment #86, Vote #295, 6/03/15; Modesto Bee, 6/05/15]

---

**Voted For Amendment To Protect Hunting & Fishing Rights In Mark Twain National Forest**

---

**Voted For Amendment To Protect Hunting & Fishing Rights In Mark Twain National Forest.** In February 2016, Walters voted for amendment to HR 2406. "The U.S. House of Representatives Friday passed two amendments authored by Congressman Jason Smith, of Missouri's 8th District, to preserve the ability of Missourians to freely hunt and fish in the Mark Twain National Forest and other public lands. During passage of H.R. 2406, the Sportsmen's Heritage and Recreational Enhancement (SHARE) Act, the U.S. House voted to adopt language offered by Smith on the House floor which prevents the National Forest Service from physically blocking or locking any access point to the Mark Twain National Forest for hunters and fisherman…. Smith's amendments help specifically protect the roughly 1.3 million people who hunt or fish in the Mark Twain National Forest." The amendment passed, 232 to 173. [HR 2406, Vote #95, 2/26/16; The Rolla Daily News, 2/28/16]

---

**Voted Against  Removing Requirement That States Approve Federal Fishing Regulations In Waters Under Jurisdiction Of National Park Service And Office Of National Marine Sanctuaries**

**Voted Against Removing Requirement That States Approve Federal Fishing Regulations In Waters Under Jurisdiction Of National Park Service And Office Of National Marine Sanctuaries.** In February 2016, Walters voted against amendment to HR 2406. "An amendment No. 8 printed in House Report 114-429 to strike language that requires state approval of federal fishing regulations in waters under the jurisdiction of the National Park Service and the Office of National Marine Sanctuaries." The amendment failed, 169 to 236. [HR 2406, Vote #94, 2/26/16]

## Foreign Policy

### Voted For Extending Select Committee Investigation Of Benghazi

**Voted For Extending Select Committee Investigation Of Benghazi.** In January 2015, Walters voted for a House Rules package that extended the House select committee investigation into the 2012 attacks on the U.S. embassy in Benghazi. The resolution passed, 234-172. [H Res 5, Vote #6, 1/06/15]

    **Extension Set Not Limit On Budget Or Time Frame.** "Five Democrats on the select committee lamented the reauthorization, which set no limit on the committee's budget or time frame, which means it could last well into the presidential election year." [New York Times, 1/06/15]

    **Investigation Estimated To Cost $1.5 Million In 2014.** "The House is on track to spend around $1.5 million this year on the Republican-created special committee to further investigate the 2012 attack on the U.S. diplomatic compound in Benghazi, Libya, according to congressional spending reports." [USA Today, 12/03/14]

    **Previous House Investigations Into Benghazi Found No Wrongdoing.** "Democrats call the committee a waste of time and money. No questions about the attack are left to answer, they say, particularly after a new House Intelligence Committee report found no wrongdoing by government agencies." [USA Today, 12/03/14]

### Voted For Prohibiting Funding For START Treaty Until Russia Withdraws From Ukraine

**Voted For Amendment To Prohibit Funding To Implement START Treaty Until Russia Withdraws From Ukraine.** In May 2015, Walters voted for an amendment that would "bar funds authorized to be appropriated or otherwise made available for the Defense Department in fiscal 2016 from being used to implement the New START treaty until the president certifies that Russia's armed forces are 'no longer illegally occupying Ukrainian territory,' as well as certain other certifications." The amendment was adopted, 235 to 182. [H.R. 1735, Vote #234, 5/15/15; CQ Floor Votes, 5/15/15]

### Voted Against Amendment To Ban Spending For Promoting The Cuban Military

**Voted Against Amendment To Ban Spending For Promoting The Cuban Military.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits use of funds to facilitate, permit, license, or promote exports to the Cuban military or intelligence service or to any officer of the Cuban military or intelligence service, or an immediate family member thereof." The amendment failed 153-273. [HR 2578, Vote #277, 6/03/15]

### Voted Against Prohibiting Flights And Maritime Commerce Between The United States And Cuba

**Voted Against Prohibiting Flights And Maritime Commerce Between The United States And Cuba.** In June 2015, Walters voted against an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would have prohibited funding to implement provisions in the bill that would limit economic ties with Cuba by "bar[ring] use of funds to facilitate new flights originating from the United States that land, or pass through, property confiscated by the Cuban government," and "bar[ring] use of funds by

the Federal Maritime Commission to issue a license or certificate for a commercial vessel that docked or anchored within the previous 180 days within seven miles of a port on property that was confiscated by the Cuban government." The amendment failed 176 to 247. [HR 2577, Vote #306, 6/04/15; CQ Floor Votes, 6/04/15]

## Voted ForEnding Spending On Afghanistan Infrastructure Fund Projects

**Voted For Ending Spending On Existing Projects Under Afghanistan Infrastructure Fund.** In June 2015, Walters voted for an "amendment that would strike provisions under the Afghanistan Security Forces Fund that allows the secretary of Defense to expend funds appropriated for existing projects under the Afghanistan Infrastructure Fund." The amendment passed, 233-199. [ CQ Floor Votes, 6/10/15; HR 2685, Vote #341, 6/10/15]

## Voted Against Eliminating Funds To Equip Iraq and Kurdish Military To Fight ISIS

**Voted Against Eliminating $715 Million To Equip Iraqi Government And Kurdish Military To Fight ISIS.** In June 2015, Walters voted against against an amendment "to further eliminate the $715 million allocated for equipping the Iraqi government and Kurdish military forces against ISIS." The amendment was rejected, 56-375. [The Hill, 6/10/15; HR 2685, Vote #342, 6/10/15]

## Voted Against Eliminating $600 Million In Funding For Syria Train And Equip Fund

**Voted Against Amendment That Eliminates $600 Million In Funding For Syria Train And Equip Fund.** In June 2015, Walters voted againstan amendment that would "eliminate the $600 million appropriated for the Syria Train and Equip Fund and transfer the savings to the spending reduction account." The amendment failed, 107-323. [H.R. 2685, Vote #343, 6/10/15; CQ Floor Votes, 6/10/15]

## Voted Against Prohibiting Secretary Of Defense From Waiving Restrictions On Aid For Pakistan

**Voted Against Amendment To Prohibit Secretary Of Defense From Waiving Restrictions On Aid For Pakistan.** In June 2015, Walters voted against an amendment that would disallow "the secretary of Defense, in consultation with the secretary of State, to waive certain restrictions on aid to Pakistan by certifying in writing to congressional defense committees that it is in national security interest to do so." The amendment failed, 114-318. [H.R. 2685, Vote #344, 6/10/15; CQ Floor Votes, 6/10/15]

## Voted Against Limiting Funds For Military Action Against ISIS Without Congressional Authorization Of War

**Voted Against Amendment To Limit Funds For Military Action Against ISIS Without Congressional Authorization Of War.** In June 2015, Walters voted against an amendment that would have "halted funding for the war against the Islamic State in Iraq and Syria, or ISIS, after March 31, 2016, unless Congress passes an Authorization for the Use of Military Force. The amendment, an effort to spur a war authorization debate and vote in Congress, would have given lawmakers nine months to produce an AUMF before funds get cut off." The amendment failed, 196-231. [H.R. 2685, Vote #346, 6/11/15; Huffington Post, 6/11/15]

## Voted Against Prohibiting Funds For 2001 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS

**Voted Against Amendment To Prohibit Funds For 2001 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS.** In June 2015, Walters voted against an amendment that would "prohibit use of funds pursuant to the 2001 Authorization for Use of Military Force after Dec. 31, 2015," which President Obama cited as "legal justification for unilaterally launching a military campaign against ISIS." The amendment failed, 157-270. [H.R. 2685, Vote #347, 6/11/15; CQ Floor Votes, 6/11/15; Huffington Post, 6/11/15]

### Voted Against Prohibiting Funds For 2002 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS

**Voted Against Amendment To Prohibit Funds For 2002 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS.** In June 2015, Walters voted against an amendment that would "prohibit use of funds pursuant to the 2002 Authorization for Use of Military Force Against Iraq," which President Obama cited as "legal justification for unilaterally launching a military campaign against ISIS." The amendment failed, 165-264. [H.R. 2685, Vote #348, 6/11/15; CQ Floor Votes, 6/11/15; Huffington Post, 6/11/15]

### Voted Against Prohibiting Funding For Live-Fire Ranges Or Training Courses Within Northern Marianas Islands

**Voted Against Amendment To Prohibit Funding For Live-Fire Ranges Or Training Courses Within Northern Marianas Islands.** In June 2015, Walters voted against an amendment that would "prohibit use of funds to establish any live-fire range, training course, or maneuver area within the Northern Marianas Islands." The amendment failed, 173-256. [H.R. 2685, Vote #349, 6/11/15; CQ Floor Votes, 6/11/15]

### Voted Against Withdrawing Troops From Iraq

**Voted Against Withdrawing Troops From Iraq By The End Of 2015 At The Latest.** In June 2015, Walters voted against a resolution "which would have required Obama to remove the troops within 30 days, or by the end of 2015 if the administration determined it was not safe to do so within the 30-day timeframe." The resolution failed 139 to 288. [H Con Res 55, Vote #370, 6/17/15; Reuters, 6/17/15]

### Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For Insular Affairs By $5 Million

**Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For Insular Affairs By $5 Million.** In July 2015, Walters voted against "reduc[ing] funding for the Office of the Secretary Departmental Operations by 5 million and increase funding for the Insular Affair by a similar amount." The amendment failed 183-245. [HR 2822, Vote #395, 7/08/15; H AMDT 549, 7/08/15]

**Insular Affairs Coordinates Federal Policy For Island Territories Including American Samoa And Guam.** "The Assistant Secretary for Insular Areas carries out the administrative responsibilities of the Secretary of the Interior in coordinating federal policy for the territories of American Samoa, Guam, the U.S. Virgin Islands and the Commonwealth of the Northern Mariana Islands. The Assistant Secretary is also responsible for administering and overseeing U.S. federal assistance to the freely associated states of the Federated States of Micronesia, the Republic of the Marshall Islands, and the Republic of Palau under the Compacts of Free Association, as well as providing technical and financial assistance to all the Insular Areas." [US Department of Interior, accessed 10/21/15]

### Voted For A Resolution Asserting That The President Did Not Provide Information For Congressional Review Of The Iran Nuclear Deal

**Voted For A Resolution Asserting That The President Did Not Provide Information For Congressional Review Of The Iran Nuclear Deal.** In September 2015, Walters voted for a resolution "asserting that the Obama administration did not provide information required for congressional review of the Iran nuclear deal… The measure … would find that the review period under the Iran Nuclear Agreement Review Act has not officially started because the president has not transmitted all so-called side deals to Congress. Conservative Republicans … assert the mandated 60-day review period cannot legally be said to have begun since Congress has not had physical access to two separate arrangements between the International Atomic Energy Agency and Tehran. Specifically, Republicans are objecting to the absence of a 'road map' between Iran and the IAEA that lays out commitments by

Tehran to disclose past and present alleged military research with nuclear dimensions." The bill passed 245 to 186. [H.Res. 411, Vote #492, 9/10/15; CQ, 9/10/15]

## Voted Against A Measure Expressing Congressional Approval Of The Iran Nuclear Deal

**Voted Against A Measure Expressing Congressional Approval Of The Iran Nuclear Deal.** In September 2015, Walters voted against "a measure expressing congressional approval of the Iran nuclear agreement Friday, placing a majority of the chamber on the record against the accord. The measure … states simply that Congress favors the pact. The bill was likely to fail on the House floor, but in so doing put Democrats on the record in support of the deal." The motion failed 169 to 269. [H.R. 3461, Vote #493, 9/11/15; CQ, 9/14/15]

## Voted For The Bill To Prevent The President From Reducing Iran's Sanctions Until 2017

**Voted For The Bill To Prevent The President From Reducing Iran's Sanctions Until 2017.** In September 2015, Walters voted for a bill that would suspend the President's authority to reduce, waive, or suspend sanctions on Iran until January 21, 2017. The bill passed, 247 to 186. [HR 3460, Vote #494, 9/11/15; CQ, 9/11/15; AP, 9/11/15]

## Voted For A Motion To Continue The Benghazi Select Committee

**Voted For A Motion To Continue The Benghazi Select Committee.** In October 2015, Walters voted for a motion to table the ruling of the Chair and continue the Select Committee on Benghazi, even after Majority Leader Kevin McCarthy admitted it was a partisan tactic. The motion failed, 240-183. [Motion, Vote #536, 10/07/15; Rep. Louise Slaughter, Press Release, 10/07/15; Congressional Record, 10/07/15]

## Voted For Prohibiting Waiving Iran Sanctions

**Voted For Prohibiting Waiving Iran Sanctions Until Iran Pays Legal Terrorism Related Judgment.** In October 2015, Walters voted for to "prohibit the president from waiving sanctions under the Iran Nuclear Agreement until Iran pays the legal terrorism-related judgment it owes. The president would be required to certify to Congress that the Iranian government has paid all outstanding judgments before Iran's sanctions are lifted or its assets released." The bill passed, 251-173. [CQ Floor Votes, 10/01/15; HR 3457, Vote #533, 10/01/15]

## Voted For A Bill To Restrict The President's Ability To Lift Sanctions On Iranian And Other Financial Institutions As Called For By The 2015 Iran Nuclear Agreement.

**Voted For A Bill To Restrict The President's Ability To Lift Sanctions On Iranian And Other Financial Institutions As Called For By The 2015 Iran Nuclear Agreement.** In February 2016, Walters voted for a bill to "restrict the president's ability to lift sanctions on Iranian and other financial institutions, as called for by the 2015 Iran nuclear agreement, by requiring various certifications to Congress. Specifically, it would prohibit the president from removing the foreign financial institutions from the Treasury Department's Office of Foreign Asset Control's list of blocked nationals and persons until the president submits to Congress a certification that the institutions have not knowingly facilitated a significant transaction for Iran's Revolutionary Guard Corps, a foreign terrorist organization or anyone sanctioned in connection with Iran's weapons of mass destruction and ballistic-missile programs." The bill passed 246 to 181. [H Res 3662, Vote #54, 2/02/16; CQ Floor Votes, 2/02/16]

## Voted For Amendment To Prohibit The Purchase Of Heavy Water From Iran.

**Voted For Amendment To Prohibit The Purchase Of Heavy Water From Iran.** In May 2016, Walters voted for an amendment to the Energy and Water Development Appropriations Act that would prohibit use of funds made available by the bill to buy heavy water from Iran. The amendment was adopted in Committee of the Whole, 251-168. [HR 5055, Vote #263, 5/25/16; CQ Vote Floor Votes, 5/25/16]

**Voted Against Increasing America's Nuclear Nonproliferation Program Funding By $20 Million.**

**Voted Against Increasing America's Nuclear Nonproliferation Program Funding By $20 Million.** In May 2016, Walters voted against motion to recommit the bill to the House Appropriations Committee with instructions to report back immediately with an amendment that would increase funding for National Nuclear Security Administration nuclear nonproliferation programs by $20 million and reduce federal salaries and expenses at the National Nuclear Security Administration by the same amount. The motion was rejected, 178-236.  [HR 5055, Vote #265, 5/26/16; CQ Floor Votes, 5/26/16]

**Did Not Vote On Condemning Russian Occupation Of Georgia.** In September 2016, Walters did not vote on "motion to suspend the rules and agree to the resolution that would condemn Russian occupation of Georgian territory in the Abkhazia and Tskhinvali region, and would urge the U.S. government to not recognize the sovereignty of Russia over any part of Georgia." The motion was agreed to 410 to 6. [H RES 660, Vote #491, 9/8/16; CQ Floor Vote, 9/8/16]

**Voted For Expressing Support For Memorandum Of Understanding On Military Assistance To Israel.** In September 2016, Walters voted for a "motion to suspend the rules and agree to the resolution that would reaffirm that Israel is a major strategic partner of the United States, would reaffirm support for Israel's maintenance of its qualitative military edge, and would urge the finalization of a new memorandum of understanding between the United States and Israel." The motion was agreed to 405 to 4. [H RES 729, Vote #504, 9/13/16; CQ Floor Vote, 9/13/16]

# Guns

**Voted For Blocking Consideration Of Background Checks For Gun Purchases.**

**Voted For Blocking Consideration Of Background Checks For Gun Purchases.** In October 2015, Walters voted for to block consideration of a vote "on the bipartisan King-Thompson Public Safety and Second Amendment Rights Protection Act to strengthen the life-saving background checks that keep guns out of the wrong hands." The previous question passed, 244-183. A vote against the previous question was to force a vote on background checks. [H Res 466, Vote #541, 10/8/15; Democratic Leader – Previous Questions, 10/23/15]

**Voted For Blocking Consideration Of Bill Prohibiting Suspected Terrorists From Buying Guns**

**Voted For Blocking Consideration Of Bill Prohibiting Suspected Terrorists From Buying Guns**. In December 2015, Walters voted for a motion to order the previous question (thus ending debate and possibility of amendment) on the rule H Res 539. "The Democratic Previous Question would call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." [H RES 539, Vote #646, 12/1/15; Democratic Leader – Previous Questions, 4/14/15]

**Voted For Blocking Consideration Of Bill Stopping Suspected Terrorists From Buying Firearms**

**Voted For Blocking Consideration Of Bill Stopping Suspected Terrorists From Buying Firearms.** In December 2015, Walters voted for to block consideration of a vote "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. [Democratic Leader – Previous Questions, 2/03/15; H Res 542, Vote #653, 12/02/15]

**Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms**

**Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In December 2015, Walters voted for to block consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. A vote against the previous question was to force the vote on Rep. Peter King's bill. [H Res 546, Vote #666, 12/03/15; Democratic Leader – Previous Questions, 12/03/15]

## Voted For To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms

**Voted For To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms.** In December 2015, Walters voted for blocking a measure to prohibit an "immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms. The previous question failed 242-178. [H Res 556 Vote #682 12/8/15; Democratic Leader – Previous Questions, 12/9/15]

> **King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

## Voted For Tabling The Appeal Of The Chair Which Ruled Against Scheduling Vote On A Bill To Prohibit Those Listed On The Terror Watch List From Purchasing Firearms

**Voted For Tabling The Appeal Of The Chair Which Ruled Against Scheduling Vote On A Bill To Prohibit Those Listed On The Terror Watch List From Purchasing Firearms.** In December 2015, Walters voted for a motion to table the appeal of the ruling of the Chair that the "Pelosi privileged resolution is out of order. The Pelosi privileged resolution would direct the Speaker to place on the calendar the Denying Firearms and Explosives to Dangerous Terrorists Act (HR 1076), which would allow the Attorney General to deny the sale or transfer of firearms to individuals suspected of engaging in or assisting terrorist activities. The motion failed 242-173. [Motion to Table, Vote #688 12/8/15; CQ Floor Votes, 12/10/15]

> **King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

## Voted For Blocking Consideration Of A Bill To Close The Terrorist Gun Loophole

**Voted For Blocking Consideration Of A Bill To Close The Terrorist Gun Loophole.** In December 2015, Walters voted for blocking consideration of the Denying Firearms and Explosives to Dangerous Terrorists Act, a bill "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-177. A vote against the previous question was to force the vote on closing the loophole. [H Res 560, Vote #690, 12/11/15; Democratic Leader – Previous Questions, 12/11/15]

## Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole

**Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Walters voted for blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. A no vote would have The previous question carried, 239-175. A vote against the previous question was to force the vote on closing the loophole. [H Res 579, Vote #2, 1/06/16; Democratic Leader – 114th Previous Questions, 1/06/16]

**Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole**

**Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Walters voted for blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. The previous question carried, 241-176. A vote against the previous question was to force the vote on closing the loophole. [H Res 580, Vote #4, 1/06/16; Democratic Leader – 114th Previous Questions, 1/06/16]

**Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms**

**Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms.** In January 2016, Walters voted against an amendment that "amendment that would exempt claims brought by a gun owner seeking monetary relief involving the defective design or manufacturing of a firearm." The amendment failed, 163-232. [HR 1927, Vote #25, 1/08/16; CQ Floor Votes, 1/08/16]

**Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms**

**Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In January 2016, Walters voted for consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-176. A vote against the previous question would have allowed the bill to be considered. [HRes 581, Vote #21, 1/07/16; Democratic Leader – Previous Questions, 1/07/16]

**Voted For Designating Gun Violence Research An NSF Priority**

**Voted For Designating Gun Violence Research An NSF Priority.** In February 2016, Walters voted for a motion that "The House refused, 177-241, to designate gun-violence research as a National Science Foundation priority, so that science could potentially help reduce gun deaths as it has done for smoking and highway mortality. A yes vote was to adopt the amendment to HR 3293." The motion failed, 177 to 241. [H.R. 3293, Vote# 69; St. Louis Post Dispatch, 2/12/16]

**Voted For Blocking Consideration Of A Bill To Allow The CDC To Study The Effects Of Gun Violence**

**Voted For Blocking Consideration Of A Bill To Allow The CDC To Study The Effects Of Gun Violence.** In February 2016, Walters voted for blocking consideration of a bill that "would lift a ban on allowing the Centers for Disease Control to research the causes of gun violence … The CDC's self-imposed prohibition has been in place since 1996. In the 1990s, the National Rifle Association accused the CDC of trying to use scientific studies to promote gun control, such as one that found having a gun in the home increased the odds for injury. Congress later threatened to cut the CDC's budget by the same amount the CDC was spending on gun violence research. Lawmakers also enacted legislative language prohibiting the use of funds to 'advocate or promote gun control.' The CDC has since then shied away from pursuing the topic. Republicans have continued to defend the ban." The previous question passed,

237 to 180. A vote against the previous question would have allowed the bill to be considered. [H. Res. 609, Vote #65; Congressional Record, 2/10/16; The Hill, 11/05/15]

## Voted For Prohibiting Arrests Under State Law Of People Transporting Locked, Unloaded Guns

**Voted For An Amendment To Prohibit Arrests Under State Law Of People Transporting Locked, Unloaded Guns.** In February 2016, Waltersvoted for an amendment which "would prohibit arrest under state law of individuals transporting a firearm if they are transporting an unloaded firearm that is stored in a locked container, secured by a safety device or is not accessible from the vehicle's passenger compartment. Arrest would require probable cause to believe the person is transporting the firearm in a manner that is not provided for under standards outlined in the amendment. It also would provide for a defendant who prevails in asserting the amendment's provisions as a defense in a criminal case to be awarded reasonable attorney's fees." The amendment was adopted 239-165. [HR 2406, Vote #96, CQ, 2/26/16]

## Voted For Amendment To Not Allow A Person Prohibited From Possessing A Firearm From Using Public Target Ranges

**Voted For Amendment To Not Allow A Person Prohibited From Possessing A Firearm From Using Public Target Ranges.** In February 2016, Walters voted for amendment to HR 2406. "An amendment No. 2 printed in House Report 114-429 to prohibit an individual who is prohibited from possessing a firearm by the Gun Control Act from using a public target range." The amendment failed, 161 to 244. [HR 2406, Vote#92, 2/26/16]

## Voted For Blocking Consideration Of The Gun Violence Research Act.

**Voted For Blocking Consideration Of The Gun Violence Research Act.** In February 2016, Walters voted for blocking consideration of "an immediate vote on Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research so we can confront the national gun violence epidemic." The previous question passed, 240 to 176. A vote against the previous question would have allowed the bill to be considered. [H Res 595, Vote #55, 2/03/16; Democratic Leader, 2/03/16]

## Voted For Blocking Consideration Of Bill To Lift Ban On Gun Violence Research

**Voted For Blocking Consideration Of Bill To Lift Ban On Gun Violence Research.** In February 2016, Walters voted for blocking consideration of "Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research." The previous question carried, 237 to 178. [H Res 611, Vote #77, 2/11/16; Democratic Leadership, 2/11/16; HR 3926, 11/04/15]

## Voted For Blocking Consideration Of A Bill That Would Lift The Ban On Gun Violence Research

**Voted For Blocking Consideration Of A Bill That Would Lift The Ban On Gun Violence Research.** In February 2016, Walters voted for blocking consideration of the Gun Violence Research Act, H.R. 3926, "to lift the ban on gun violence research." The Gun Violence Research Act will "[g]ive the CDC the authority to research the causes, mechanisms, prevention, diagnosis, and treatment of injuries with respect to gun violence; encourage the improvement and expansion of National Violent Death Reporting Systems; and empower health care providers by not inhibiting a physician or other health care provider from asking a patient about the possession of a firearm, speaking to a patient about gun safety, or reporting to authorities a patient's threat of violence." The previous question passed, 236 to 178. A vote against the previous question would have allowed the bill to be considered. [H Res 594, Vote #48, 2/02/16; Democratic Leader, 2/02/16; Rep. Mike Honda Press Release, 11/05/15]

## Healthcare

**Voted For Increasing Definition Of Full-Time Under Affordable Care Act**

**Voted For Increasing Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** In January 2015, Walters voted for a bill that would lengthen the Affordable Care Act's definition of a full-time work week to 40 hours from 30 hours. "The House will vote again on Thursday to lengthen Obamacare's full-time workweek definition to 40 hours, but the Senate has work to do before it can hope to get its first anti-Obamacare bill to the president's desk." The bill passed, 252-172. [HR 30, Vote #14, 1/08/15; Politico, 1/08/15]

> **Bill Would Increase Deficit By $53.2 Billion And Cut Healthcare For About 1 Million Workers.** "The independent Congressional Budget Office said Wednesday that the House's bill would add $53.2 billion to the deficit from 2015 to 2025. That's because fewer businesses would pay fines and because some of the employees who would have been covered at work will instead get subsidies to buy plans on the Obamacare exchanges. The CBO estimated that about 1 million people would lose their work-based coverage, a fact that Democrats intend to highlight." [Politico, 1/08/15]

**Voted Against Motion To Prohibit 56th Republican Vote To Repeal The ACA**

**Voted Against Prohibiting 56th Republican Vote To Repeal The ACA.** In February 2015, Walters voted against a motion that would prohibit Republicans 56th vote to repeal the Affordable Care Act. The motion to recommit failed, 179 to 241. [HR 596, Vote #57, 2/03/15; Democratic Leadership Summary, 2/03/15]

**Voted For A Full Repeal Of The ACA**

**Voted For A Full Repeal Of The ACA.** In February 2015, Walters voted for repealing the ACA. "The House voted … to abolish the 2010 health care law in Congress' first repeal vote of the year … The House has voted more than 50 times to roll back all or portions of the law." The bill passed 239 to 186. [HR 596, Vote #58, 2/03/15; CQ News, 2/03/15]

> **Vote Was Republicans 56th Attempt To Repeal Affordable Care Act.** "In Tuesday's repeal effort by House Republicans — their first of this Congress and their 56th overall — it became clear that they had succeeded at one thing: They had bored even themselves into a slumber." [Washington Post, 2/03/15]

**Voted For Reauthorizing CHIP & Reforming Medicare Fee Payments For Doctors**

**Voted For Allowing Reform To Medicare Fee Payments For Doctors & To Reauthorize Children's Health Insurance Program (CHIP).** In March 2015, Walters voted for a bill to provide permanent solution for paying doctors that treat Medicare patients and reauthorize the CHIP program for an additional two years. "The Senate on Tuesday overwhelmingly approved sweeping changes in the way Medicare pays doctors, clearing the bill for President Obama and resolving an issue that has bedeviled Congress and the Medicare program for more than a decade. The 92-to-8 vote in the Senate, following passage in the House last month by a vote of 392 to 37, was a major success for Republicans, who devised a solution to a complex policy problem that had frustrated lawmakers of both parties. Mr. Obama has endorsed the bill, saying it 'could help slow health care cost growth.' The bill, drafted in the House in negotiations between Speaker John A. Boehner and Representative Nancy Pelosi, the Democratic leader, also extends the Children's Health Insurance Program for two years, through 2017. Without action by Congress, doctors would have faced a 21 percent cut in Medicare fees." The bill passed, 392 to 37. [HR 2, Vote #144, 3/26/15; NY Times, 4/14/15]

**Voted Against Amendment To Prohibit Funds For Medical Marijuana**

**Voted Against Amendment To Prohibit Funds For Medical Marijuana.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibits the use of funds in the bill to supersede State law in those States that have legalized the use of medical marijuana." The amendment passed 242 to 186. [HR 2578, Vote #283, 6/03/15]

**Voted For Ending Medical Device Tax**

**Voted For Repeal Of Medical Device Tax Under The Affordable Care Act.** In June 2015, Walters voted for repealing the medical device tax implemented under the Affordable Care Act. "The House defied a White House veto threat and voted Thursday to abolish a tax on medical device makers as a group of Democrats uncharacteristically joined Republicans in moving to kill part of President Barack Obama's health care law … The Republican-led House has voted more than 50 times since 2011 to void all or part of Obama's health care overhaul, usually along party lines." The bill passed 280 to 140. [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]

**Voted For Repeal Of IPAB—Medicare Cost-Control Board—Which CBO Said Would Result In Higher Medicare Spending**

**Voted For Eliminating Medicare Cost-Control Board.** In June 2015, Walters voted for the Protecting Seniors' Access to Medicare Act of 2015. "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. The Independent Payment Advisory Board has never been used. It consists of 15 members and was included in the law to control the rate of Medicare growth and to help the program come up with savings. The law said the board would make savings recommendations if Medicare spending was projected to exceed a certain target rate, but so far, spending hasn't grown fast enough to trigger the IPAB. The 244-154 vote occurred days before an expected Supreme Court ruling on the legality of Obamacare subsidies." The bill passed, 244-154. [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]

    **Bill Repealed Independent Payment Advisory Boards.** "H.R. 1190 would repeal the provisions of the Affordable Care Act (ACA) that established the Independent Payment Advisory Board (IPAB) and that created a process by which the Board (or the Secretary of the Department of Health and Human Services) would be required under certain circumstances to modify the Medicare program to achieve specified savings." [Congressional Budget Office, 6/11/15]

**Congressional Budget Office: Elimination Of Board Would "Probably Result In Higher Spending For The Medicare Program In The Years 2022 Through 2025."** "CBO estimates that enacting H.R. 1190 would not have any budgetary impact between 2015 and 2021, but would increase direct spending by $7.1 billion over the 2022-2025 period. That estimate is extremely uncertain because it is not clear whether the mechanism for spending reductions under the IPAB authority will be triggered under current law for most of the next ten years; under CBO's current baseline projections such authority is projected to be triggered in 2025. However, given the uncertainty that surrounds those projections, it is possible that such authority would be triggered in more than one of those years; taking into account that possibility, CBO estimates that repealing the IPAB provision of the ACA would probably result in higher spending for the Medicare program in the years 2022 through 2025 than would occur under current law. CBO's estimate represents the expected value of a broad range of possible effects of repealing the provision over that period." [Congressional Budget Office, 6/11/15]

**Bill Offset By Cuts To Prevention And Public Health Fund.** "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. …Although only 11 Democrats ended up voting for the repeal, others might have done so if the bill wasn't offset by cuts to Obamacare's Prevention and Public Health Fund." [National Journal, 6/23/15]

    **Fund Trained More Primary-Care Doctors.** "The graph that my subconscious came up with charted all the cuts to the Prevention and Public Health Fund. That's a $15 billion Obamacare program initially meant to — you guessed it — fund prevention and public health activities. This has included everything from training more primary-care doctors to supporting healthy corner stores. The funds are not earmarked for any specific activity. Instead, they get doled out each year. And that has made the Prevention Fund a prime target for legislators looking to pay for other health-care activities." [Washington Post, 4/19/13]

**Voted For Providing $9.3 Billion For Medical Research And Revamp Of The Drug And Medical Device Evaluation Process**

**Voted For Providing $9.3 Billion For Medical Research And Revamp Of The Drug And Medical Device Evaluation Process.** In July 2015, Walters voted for a bill that "would provide $9.3 billion for the National Institutes of Health and Food and Drug Administration over five years while revamping aspects of the FDA's drug and medical device evaluation processes. The cost would be fully offset, and the measure also would reauthorize NIH for three years." The bill passed with strong bipartisan support, 344 – 77, and then referred to the Senate Committee on Health, Education, Labor, and Pensions. [HR 6, Vote #433, 7/10/15; CQ News, 7/10/15]

**Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood**

**Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** In October, 2015, Walters voted for a "budget reconciliation bill that seeks to gut Obamacare by repealing key sections of the law, including the individual and employer mandate and the so-called 'cadillac' tax, which targets high-end employer-sponsored health plans. In addition, it would block funding for Planned Parenthood for one year and divert that spending to other women's health programs." The bill passed 240-189. HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]

**Voted For To Place A Moratorium On The Medical Device Tax**

**Voted For Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** In December 2015, Walters voted for to concur with a Senate amendment to a tax package that included a two year moratorium on the 2.3 percent medical device tax implemented under the Affordable Care Act. The amendment passed, 318-109. [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**Voted For Ensuring Transparency And Accountability, Removal Of Terminated Providers For Medicaid And CHIP**

**Voted For Ensuring Transparency And Accountability, Removal Of Terminated Providers For Medicaid And CHIP.** In March 2016, Walters voted for a bill that would improve transparency and accountability for Medicaid and CHIP providers by instituting improved disclosure requirements. "The bill would create additional requirements for Medicaid and CHIP, like data reporting… The legislation … will increase the efficiency of the Medicaid program by creating a searchable database that is more patient friendly.  It would provide beneficiaries served under the Medicaid fee-for-service or primary care case management programs with a directory of physicians participating in the program so those patients can receive the most up to date information and are able to find doctors who accept Medicaid more quickly and efficiently." [HR 3716, Vote #105, 3/02/16; Office of the Democratic Whip, 3/02/16]

    **POTUS Supported Bill, Cited Improved Ability Of States To Identify Terminated Providers.** "H.R. 3716 would improve the ability of States to identify health care providers who have been terminated from participating in Medicare or in another State's Medicaid or CHIP program. The Affordable Care Act requires that State Medicaid programs terminate participation of health care providers that have been terminated by Medicare or another State Medicaid program. This legislation would improve States' ability to fulfill this requirement by codifying this requirement in CHIP, requiring providers participating in Medicaid and CHIP managed care to enroll with the State, and increasing required reporting, sharing of information, and standardization of documentation of reasons for termination." [Statement of Administration Policy, Executive Office of the President, 3/01/16]

**Bill Would Save $28 Million Over Ten Years.** "The Congressional Budget Office (CBO) estimates that the bill would reduce direct spending by $28 million over the next ten years." [Office of the Democratic Whip, 3/02/16]

---

**Voted For Blocking Consideration Of A Vote To Fully Fund The President's $1.9 Billion Request To Fight Zika Outbreak.**

---

**Voted For Blocking Consideration Of A Vote To Fully Fund The President's $1.9 Billion Request To Fight Zika Outbreak.** In May 2016, Walters voted for blocking consideration of a vote to "remove House Republicans' recklessly inadequate Zika bill and their cravenly rebranded Pesticides Trojan Horse legislation, and instead go to conference with the full $1.9 billion emergency supplemental needed to protect American families." A vote against the previous question would call for an immediate vote to consider the Obama Administration's $1.9 billion emergency supplemental to fight the Zika virus. The motion was agreed to 236-180.  [H Res 751, Vote #267, 5/26/16; Democratic Leader – Previous Questions, 5/26/16; USA Today, 5/31/16]

---

**Voted For Supplemental Zika Virus Bill That Severely Underfunded Administration's Request**

---

**Voted For Suppelmal Zika Virus Bill That Severely Underfunded Administration's Request.** In May 2016, Walters voted for voted for a bill " that would appropriate $622 million in supplemental funding for activities to combat the Zika virus, including $170 million for the Centers for Disease Control and $230 million for the National Institutes of Health. The funding would only be available during fiscal 2016 and would be subject to restrictions on appropriations included in the fiscal 2016 omnibus appropriations law, which includes a prohibition on the use of funds to pay for abortions. The cost of the measure would be offset by rescinding $352 million in funding appropriated under the fiscal 2015 omnibus appropriations law to combat the outbreak of Ebola and $270 million in Health and Human Services Department administrative funding." The bill passed, 241-184. [HR 4909, Vote #207, 5/18/16]

> **Money Used Would Raid Programs For Ebola.** "The amount the House approved, $622 million, would raid  programs meant to battle the Ebola outbreak, even though continued U.S. spending is needed to produce a vaccine, prepare regional centers to respond, and keep this deadly infection at bay in poor, vulnerable African countries." [USA Today, 6/07/16]

> **House Bill Provided $1.3 Billion Less Than Federal Health Officials Required.** "Republican House leaders introduced legislation Monday that would provide $622 million to combat Zika — about $1.3 billion less than federal health officials say they need. The House is expected to take up its bill this week." [USA Today, 5/17/16]

---

**Voted For Blocking Consideration For Emergency Supplemental Zika Funding**

---

**Voted For Blocking Consideration For Emergency Supplemental Zika Funding.** In April 2016, Walters voted forblocking a vote on legislation that would provide emergency supplemental funding for addressing health risks presented by the Zika virus. According to the Office of the Democratic Leader, "The Democratic Previous Question would force an immediate vote on H.R. 5044, the Zika Emergency Supplemental, which provides emergency resources urgently needed to respond to the Zika virus." The motion passed, 238 to181. A vote against the previous question would have forced an immediate vote on the Zika Emergency Supplemental. [H Res 706, Vote #173; Democratic Leader – 114th Previous Questions, 4/28/16]

---

**Voted For Blocking Consideration For Emergency Supplemental Zika Funding**

---

**Voted For Blocking Consideration For Emergency Supplemental Zika Funding.** On April 27th, 2016, Walters voted forblocking a vote on legislation that would provide emergency supplemental funding for addressing health risks presented by the Zika virus. According to the Office of the Democratic Previous Question would force an immediate vote on H.R. 5044, the Zika Emergency Supplemental, which provides

emergency resources urgently needed to respond to the Zika virus." The motion passed 238 to181. A vote against the previous question would have forced an immediate vote on the Zika Emergency Supplemental. [H Res 706, Vote #168; Democratic Leader – 114th Previous Questions, 4/27/16]

---

## Voted For Blocking Consideration Of Providing The Full $1.9 Billion Emergency Funding For Zika Requested By The Administration

**Voted For Blocking Consideration Of Providing The Full $1.9 Billion Emergency Funding For Zika Requested By The Administration.** In May 2016, Walters voted for blocking consideration of a vote that would "provide the full $1.9 billion in emergency resources needed to respond to the Zika virus." The previous question carried, 234-175. A vote against the previous question was to force the vote on Zika emergency funding. [H Res 742, Vote #233, 5/24/16; Democratic Leader – Previous Questions, 5/24/16]

---

## Voted Against Allowing DC To Use Local Funds To Prevent And Treat Zika Virus

**Voted Against Allowing DC To Use Local Funds To Prevent And Treat Zika Virus.** In May 2015, Walters voted against a motion that would "add an exemption to the underlying bill [DC Home Rule Act] to allow the District of Columbia government to use local funds to prevent and treat the Zika virus." The motion failed, 179-239. [HR 5233, Vote #247, 5/25/16; Democratic Leader – Motions to Recommit, 5/25/16]

---

## Voted For Blocking Consideration Of Fully Funding Zika Prevention Efforts

**Voted For Blocking Consideration Of Fully Funding Zika Prevention Efforts.** In May 2016, Walters voted for blocking consideration of legislation that would provide "provides the full $1.9 billion in emergency resources needed to respond to the Zika virus." The previous question passed, 240 to 182. A vote against the previous question would have allowed the bill to be considered. [H Res 742, Vote #201, 5/18/16; Democratic Leader – 114th Congress Previous Questions, 5/18/16]

**Voted For Amending The Internal Revenue Code Of 1986 To Repeal The Increase In The Income Threshold Used In Determining The Deduction For Medical Care.** In September 2016, Walters voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 858) that would provide for House floor consideration of the bill (HR 3590) that would lower the threshold at which individuals may deduct unreimbursed medical expenses from their income as set by the 2010 health care law." According to the Democratic Minority Leader, "The Democratic Previous Question would force a vote on the Bank on Students Emergency Loan Refinancing Act that would allow millions of borrowers to refinance their existing student loans at lower interest rates, similar to those currently available to new borrowers." The motion was agreed to 237 to 171. [H RES 858, Vote #500, 9/13/16; CQ Floor Vote, 9/13/16, Democratic Leader News, 9/13/16]

**Voted For To Lower Threshold At Which People Can Deduct Unreimbursed Medical Expenses From Their Income.** In September 2016, Walters voted for "passage of the bill that would lower the threshold at which individuals may deduct unreimbursed medical expenses from their income as set by the 2010 health care law. Specifically, the measure would set the threshold at 7.5 percent of adjusted gross income for all taxpayers, and would prevent the threshold from increasing to 10 percent for seniors." The bill passed 261 to 147. [HR 3590, Vote #502, 9/13/16; CQ Floor Vote, 9/13/16]

---

# Homeland Security

---

## Voted Against Motion To Block Elimination Of Regulations That Prevent Terrorism And Crime, Protect Wages

**Voted Against Motion To Block Elimination Of Regulations That Prevent Terrorism And Crime, Protect Wages.** In January 2015, Walters voted against a motion that would block Republicans from eliminating regulations that help prevent terrorism and crime, protect wages and gender pay equity, save taxpayer dollars, help small businesses, and prevent discrimination. The motion failed 245 to 180. [HR 185, Vote #27, 1/13/15; Motion To Recommit, 1/13/15]

| Voted Against Protecting Department Of Homeland Security Regulations From Significant Delays |
| --- |

**Voted Against Protecting Department Of Homeland Security Regulations From Significant Delays.** In January 2015, Walters voted against an amendment exempting rules issued by the Department of Homeland Security from the bill's burdensome requirements. The amendment failed 242 to 176. [HR 185, Amendment No. 3, Vote #25, 1/13/15, CQ Floor Votes, 1/13/15]

| Voted Against Against A Motion To Loosen Restrictions On Individuals Who Finance Terrorism |
| --- |

**Voted Against A Motion To Loosen Restrictions On Individuals Who Finance Terrorism.** In January 2015, Walters voted against a motion that would disqualify anyone convicted of providing financial assistance to terrorist organizations or state sponsors of terrorism from regulatory relief under the underlying bill, the Promoting Job Creation and Reducing Small Business Burdens Act. "But House members also took up a narrower measure that would slow enforcement of Dodd-Frank requirements and weaken other regulations on financial services companies." The motion failed 183 to 242. [HR 37, Vote #37, 1/14/15; Motion to Recommit, 1/14/15; CQ Floor Votes, 1/14/15; New York Times, 1/13/15]

| Four Times Voted Against Clean DHS Funding Bill |
| --- |

**January 2015: Voted Against Clean DHS Funding Bill.** In January 2015, Walters voted against a motion that would allow a clean version of the Homeland Security funding bill—without amendments defunding Obama's executive order on immigration—to pass, removing the threat of shutdown for the Department. The measure failed 244 to 184. [HR 240, Vote #34, 1/14/15]

**February 2015 #1: Voted For Blocking Consideration Of Clean Department Of Homeland Security Funding Bill.** In February 2015, Walters voted for blocking consideration of a motion to "force a vote on clean legislation to provide long-term funding for the Department Homeland Security, without radical, anti-immigrant riders." The previous question passed, 242 to 183. A vote against the previous question would have allowed the bill to be considered. [H.RES.100, Vote #71, 2/11/15; Democratic Leadership Summary, 2/11/15]

**February 2015 #2: Did Not Vote On Blocking Consideration Of Clean DHS Funding Bill.** In February 2015, Walters did not vote on blocking consideration of a motion to force a clean vote on the DHS funding bill without anti-immigration riders. The previous question passed, 232 to 164. A vote against the previous question would have allowed the bill to be considered. [H Res 101, Vote #77, 2/12/15]

**February 2015 #3: Voted For Blocking Consideration Of Clean DHS Funding Bill.** In February 2015, Walters voted for blocking consideration of a motion to force a clean vote on the DHS funding bill without anti-immigration riders. The previous question passed, 241 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 121, Vote #86, 2/25/15]

| Voted For Bill Funding Department Of Homeland Security |
| --- |

**Voted For Bill To Fund Department Of Homeland Security.** On March 3, 2015, Walters voted for a bill to fund the Department of Homeland Security. "The House of Representatives passed a bill on Tuesday funding the Department of Homeland Security through the end of September, effectively ending a congressional standoff that nearly shut the department down at the end of last week. The bill, identical to a measure that cleared the Senate last

Friday, passed by a margin of 257 to 167, with 75 Republicans and 182 Democrats voting in favor." [HR 240, Vote #109, 3/03/15; CBS, 3/03/15]

## Voted For Blocking Consideration Of Clean, Long-Term DHS Funding Bill

**Voted For Blocking Consideration Of Clean, Long-Term Department of Homeland Security Funding Bill.** In February 2015, Walters voted for blocking consideration of the Department of Homeland Security Appropriations Act of 2015, a bill long-term funding bill. "The Democratic Previous Question would force a vote on legislation to provide long-term funding for Homeland Security, without radical, anti-immigrant riders.  This is the fifth opportunity for House Republicans to vote for a clean DHS funding bill." The previous question passed, 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H Res 129, Vote #100, 2/27/15; Democratic Leader, 2/27/15]

**Voted For Clean, Long-Term Department Of Homeland Security Appropriations Bill.** In February 2015, Walters voted for considering a clean, long-term Department of Homeland Security funding bill approved by the Senate and instead voted to disagree with the Senate amendments and request a conference committee. "The House passed a measure along party lines Friday afternoon to go to conference with the Senate to hash out the differences between their long-term bills. Majority Leader Mitch McConnell (R-Ky.) later announced a motion to agree. But Senate Democrats, who insist on a clean bill, are expected to block plans for a conference on Monday." The motion passed, 228 to 191. [HR 240, Vote #102, 2/27/15; Washington Post, 2/28/15]

**Voted Against Clean, Full-Year DHS Funding Bill.** In February 2015, Walters voted against a motion to instruct members of a conference committee to accept a clean, long-term Department of Homeland Security appropriations bill approved by the Senate. According to the motion's sponsor, Rep. Roybal-Allard, "my motion would instruct the conferees to recede to the Senate position, which is the responsible position of providing a full-year funding for the Homeland Security Department ... Let the House, like the Senate, do the right thing and send this bill to the President. I urge my colleagues to vote for this motion to instruct conferees to bring back a clean, full-year, bipartisan funding bill for this Nation's homeland security." [HR 240, Vote #105, 2/27/15; House Congressional Record, Page H1485, 2/27/15]

## Voted For Stalling Three Weeks On Passing Long-Term Funding For Department Of Homeland Security

**Voted For Stalling Three Weeks On Passing Long-Term Funding For Department Of Homeland Security.** In February 2015, Walters voted for continuing FY2015 funding levels for the Department of Homeland Security for three weeks. "Earlier in the day, the House collapsed in failure when a last-ditch attempt to fund the agency for an additional three weeks died at the hands of most Democrats and dozens of Republicans who voted against it." The resolution failed, 203 to 224. [H J Res 35, Vote #104, 2/27/15; Washington Post, 2/28/15]

**Vote Highlighted Lack Of House Republican Unity.** "The defeat was a major blow to Speaker John A. Boehner (R-Ohio), whose struggles to get unruly members to fall in line have continued in the new Congress. More broadly, it was an early black eye for the unified Republican majority that had vowed to govern effectively." [Washington Post, 2/28/15]

**Vote Was A "Humiliating Setback" For Speaker Boehner.** "The accord was reached after a stunning and humiliating setback for Speaker John A. Boehner and his leadership team earlier Friday, when the House voted against their original plan to extend funding for the department for three weeks — a position that Mr. Boehner had considered a fail-safe. More than 50 House Republicans defected, voting against the bill." [New York Times, 2/28/15]

## Voted For Last Minute Stop Gap Measure To Prevent DHS Shutdown

**Voted For Extending Funding For Department Of Homeland Security By One Week.** In February 2015, Walters voted for a motion to suspend the rules and concur with a Senate amendment to extend FY2015 funding levels for the Department of Homeland Security by one week. "Congress managed at the last minute on Friday night to avert a partial shuttering of the Department of Homeland Security, passing a one-week funding measure for the agency. President Obama signed it shortly before the midnight deadline … After the House bill went down, the Senate sought to pull DHS back from the brink by swiftly passing the one-week bill by a voice vote. The House followed suit shortly thereafter, voting 357 to 60 in favor of it." [HR 33, Vote #106, 2/27/15; Washington Post, 2/28/15]

*NOTE: 174 Democrats voted in favor of this motion.*

---

| Voted For Strengthening Cyber Threat Programs |
| --- |

**Voted For Encouraging Private Sector To Share Cyber Threat Data With Department of Homeland Security.** In April 2015, Walters voted for the passage of the bill, as amended, that would promote the voluntary sharing of information about cyber threats among private companies and between the private sector and federal government. The bill would provide liability protections to companies that share cyber threat information. It would also establish the Homeland Security Department's National Cybersecurity and Communication Integration Center as the lead federal agency in receiving and exchanging cyber threat information with other federal agencies and private companies. The provisions of the bill would sunset after seven years. The bill passed by a vote of 355-63. [HR 1731, Vote #173, 4/23/15; CQ Floor Votes, 4/23/15]

**Voted Against Prioritizing Protecting Infrastructure, Jobs And Health Information In Cyber Threat Intelligence Sharing Programs.** In April 2015, Walters voted against the Israel, D-N.Y., motion to recommit the bill to the House Homeland Security Committee with instructions to report back with an amendment that would clarify the protection of infrastructure, jobs and health information from cyberattacks. The amendment would direct the secretary of Homeland Security conduct ongoing risk-informed outreach to the owners and operators of at-risk critical infrastructure. The motion was rejected by a vote of 180-238. [HR 1731, Vote #172, 4/23/15; CQ Floor Votes, 4/23/15]

**Voted For Requiring Homeland Security Department Issue Report On Civil Liberties' Impact Of Programs Created Under Cyber Threat Intelligence Sharing Bill.** In April 2015, Walters voted for the Jackson Lee, D-Texas, amendment that would require the Homeland Security Department to issue a report to Congress on the best means for aligning federally funded cybersecurity research and development with private sector efforts to protect privacy and civil liberties while also protecting the nation's critical infrastructure. The amendment was adopted by a vote of 405-8. [HR 1731, Vote #171, 4/23/15; CQ Floor Votes, 4/23/15]

**Voted For Encouraging Private Sector To Share Cyber Threat Data With Federal Intelligence Agencies.** In April 2015, Walters voted for the passage of the bill to promote the voluntary sharing of cyber threat information among private companies and between the private sector and federal government. The bill would provide liability protections to companies that share cyber threat information and would require that all personally identifiable information be removed from information that is shared. It would also establish a Cyber Threat Intelligence Integration Center within the director of National Intelligence's Office. As amended, the provisions of the bill would sunset after seven years. The bill was passed by a vote of 307-116. [HR 1560, Vote #170, 4/22/15; CQ Floor Votes, 4/22/15]

**Voted Against Prioritizing Terrorist & Foreign Threats To Military Assets In Cyber Threat Intelligence Sharing Programs.** In April 2015, Walters voted against the Rice, D-N.Y., motion to recommit the bill to the House Select Intelligence Committee with instructions to report back with an amendment that would add language to clarify that appropriate agencies prioritize the sharing of cyber threat indicators regarding known terrorist organizations and attempts to steal U.S. military technology by state-sponsored computer hackers. The motion was rejected by a vote of 183-239. [HR 1560, Vote #169, 4/22/15; CQ Floor Votes, 4/22/15]

**Voted Against Sunset Protecting Cyber Networks Act After Seven Years.** In April 2015, Walters voted against the Mulvaney, R-S.C., amendment that would sunset the provisions of the bill after seven years. The amendment was adopted by a vote of 313-110. [HR 1560, Vote #168, 4/22/15; CQ Floor Votes, 4/22/15]

---

### Voted For Weakening Cybersecurity, Even For Veterans

**Voted For Allowing DHS To Share Cyberthreat Information With Private Entities.** In April 2015, Walters voted for a rule to allow consideration of a bill "that would promote voluntary sharing of information about cyberthreats among private companies and between the private sector and federal government and the bill (HR 1731) that would allow the Homeland Security Department to share the cyberthreat information it gathers with private sector entities." The resolution passed, 238-182. [HRes 212, Vote #164, 4/22/15; CQ News, 4/22/15]

**Voted For Blocking Consideration Of Bill Protecting Veterans' Personal Information From Cyber Attacks.** In April 2015, Walters voted for blocking consideration of a bill to protect veterans' personal information from cyber-attacks. The bill "would promote voluntary sharing of information about cyberthreats among private companies and between the private sector and federal government and the bill (HR 1731) that would allow the Homeland Security Department to share the cyberthreat information it gathers with private sector entities." The previous question passed, 237-179. A vote against the previous question would have allowed the bill to be considered. [HRes212, Vote #163, 4/22/15; CQ News, 4/22/15]

---

### Voted Against An Amendment To Prevent Funds From Being Used To Build, Renovate, Or Expand Detainee Housing Facilities In Guantanamo Bay

**Voted Against An Amendment To Prevent Funds From Being Used To Build, Renovate, Or Expand Detainee Housing Facilities In Guantanamo Bay.** In April 2015, Walters voted against an amendment that would prevent from being used to build, renovate, or expand housing facilities for detainees in Guantanamo Bay. The amendment failed to pass 167 to 254. [HR 2029, Vote #187; On Agreeing to the Amendment, 4/30/15; Section 512 of HR 2029; CQ, Bill Track]

---

### Voted For Reining In Government Surveillance Of American Citizens

**Voted For NSA Surveillance Reform.** In May 2015, Walters voted for the USA FREEDOM Act "which would prevent the NSA from collecting bulk metadata about the phone numbers people dial and when their calls are placed … The bill would require the NSA to obtain a court order to look at data, which would be held by phone companies. It would also be required to ask for a 'specific selection term,' so that records could not be collected in bulk. It would place limits on other types of data collection as well, add new transparency measures to make more information public and create a special team of experts to weigh in on some unique cases before the secretive federal court that oversees intelligence programs." The bill passed 338 to 88. [HR 2048, Vote #224, 5/13/15; The Hill, 5/13/15]

---

### Voted For Increasing Restrictions On Transfer Of Guantanamo Detainees To U.S.

**Voted For Increasing Restrictions On Transferring Guantanamo Detainees To The U.S. & Forbid Building New Facilities On Us Soil.** In May 2015, Walters voted for "lengthen[ing] to two years the bill's restrictions on the transfer of detainees from Guantanamo Bay, Cuba to the U.S. and on construction or modification of facilities in the U.S. to house Guantanamo detainees. It also would prohibit transfers of detainees to Yemen and bar the Defense secretary from using a national security waiver to transfer prisoners to combat zones." The amendment passed, 243-180. [HR 1725, Vote #230; CQ Floor Votes 5/14/15]

---

### Voted Against Closing Guantanamo Bay Detention Camp By 2017

**Voted Against Closing Guantanamo Bay Detention Camp By 2017.** In May 2015, Walters voted against "a framework for closing the detention facility at Guantanamo Bay, Cuba, by Dec. 31, 2017. The amendment would remove restrictions in the bill against transferring Guantanamo Bay, Cuba detainees to the U.S., constructing or modifying any facility in the U.S. to house a Guantanamo Bay detainee, and transferring detainees to a combat zone." The amendment failed, 174-249. [HR 1735, Vote #231; CQ Floor Votes 5/14/15]

> **Measure Would Have Maintained Current Ban Against Transferring Detainees To The US And Prohibiting Facilities To House Detainees On US Soil.** "The legislation maintains the current ban against transferring Guantánamo Bay detainees to the U.S. It also prohibits building facilities to house detainees on U.S. soil." [The Hill, 5/14/15]

## Voted For Including Border Security Activities In Preferred Applications For Defense Department Property Transfers

**Voted For Amendment To Include Border Security Activities In Preferred Applications For Defense Department Property Transfers.** In May 2015, Walters voted for an amendment that would "amend current law to include border security activities to the list of preferred applications the Defense Department considers when transferring excess property to other federal agencies." The amendment was adopted, 253 to 166. [H.R. 1735, Vote #232, 5/14/15; CQ Floor Votes, 5/14/15]

## Voted Against Amendment For Banning The Transfer Or Release Of Prisoners From Guantanamo Bay

**Voted Against Amendment For Banning The Transfer Or Release Of Prisoners From Guantanamo Bay.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that would "strike section 527 from the bill which prohibits use of funds to transfer, release, or assist in the transfer or release to or within the U.S., its territories, or possessions Khalid Sheikh Mohammed or any other detainee who is not a U.S. citizen or a member of the Armed Forces of the U.S. and is or was held on or after June 24, 2009, at the U.S. Naval Station, Guantanamo Bay, Cuba, by the Department of Defense." The amendment failed 170-256. [HR 2578, Vote #276, 6/03/15]

## Voted Against Striking Prohibition On Funds For Transferring Guantanamo Bay Detainees

**Voted Against Striking Prohibition On Funds Being Used To Transfer Guantanamo Bay Detainees To the U.S.** In June 2015, Walters voted against an amendment "that would strike section 8100 of the bill, which bars funds from being used to transfer or release within the United States, or its territories, Khalid Sheikh Mohammed or any other detainee held at U.S. Naval Station, Guantanamo Bay, Cuba." The amendment was rejected, 174-257.  [CQ Floor Votes, 6/10/15; HR 2685, Vote #336, 6/10/15]

**Voted Against Striking Prohibition On Funds To Construct Any Facility In U.S. To House Guantanamo Detainees.** In June 2015, Walters voted against an amendment "that would strike section 8101 of the bill, which bars funds from being used to construct, acquire or modify any facility in the United States, or its territories, to house Guantanamo Bay detainees for purposes of imprisonment." The amendment was rejected, 173-259.  [CQ Floor Votes, 6/10/15; HR 2685, Vote #337, 6/10/15]

**Voted Against Striking Prohibition On Funds Being Used To Transfer Detainee From Guantanamo Bay To Home Country Or Any Other Foreign Country.** In June 2015, Walters voted against an amendment "that would strike section 8102 of the bill, which bars funds from being used to transfer any individual detained at U.S. Naval Station, Guantanamo Bay, Cuba to the custody or control of the individual's home country or any other foreign country except in accordance with the fiscal 2014 defense authorization act." The amendment was rejected, 181-251.  [CQ Floor Votes, 6/10/15; HR 2685, Vote #338, 6/10/15]

## Voted For Prohibiting Funding For Defense Counsel For Foreign Detainees At Guantanamo Bay

**Voted For Prohibiting Funding For Defense Counsel For Foreign Detainees At Guantanamo Bay.** In June 2015, Walters voted for an amendment to "prohibit use of funds to provide for defense counsel for any foreign detainee at the Guantanamo Bay, Cuba, detention facility." The amendment failed, 133-297. [HR 2685, Vote #355; CQ Floor Votes, 6/11/15]

## Voted Against Ending Warrantless "Backdoor" Surveillance

**Voted Against Ending Backdoor Surveillance Of Americans.** In June 2016, Walters voted against restricting the use of "funds to query a collection of foreign intelligence information acquired under Section 702 of the Foreign Intelligence Surveillance Act of 1978 using a United States person identifier. The amendment also would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The amendment passed, 255-174. [HR 2685, Vote #356; CQ Floor Votes, 6/11/15]

> **Amendment Would End Spying On American Citizens Whose Data Was Incidentally Collected During Foreign Surveillance.** "The House passed legislation Thursday that would prevent the NSA from spying on American citizens whose data was incidentally collected during foreign dragnets, marking the second year in a row that the lower chamber has put the kibosh on backdoor domestic spying. Sponsored by Reps. Thomas Massie, R-Ky., and Zoe Lofgren, D-Calif., the amendment to the Department of Defense spending bill was approved in a 255-174 vote across party lines." [Intercept, 6/12/15]

## Voted Against Amendment To Remove Additional Restrictions On Closing Guantanamo Bay Detention Camp

**Voted Against Amendment To Remove Additional Restrictions On The Closure Of Guantanamo Bay.** In June 2015, Walters voted against an amendment that would strike four sections of the Intelligence Authorization Act which add new restrictions to prevent the Obama Administration from closing the Guantanamo Bay Detention Camp. The amendment failed 176 to 246. [HR 2596, Vote #367, 6/16/15; CQ Floor Votes, 6/16/15]

## Voted Against Increasing Airport And Cyber Security

**Voted Against Motion To Require Communication Across The National Intelligence Community To Increase Airport And Cyber Security.** In June 2015, Walters voted against a motion that would add language to the  Intelligence Authorization Act to "deter terrorist attacks, and strengthen America's cybersecurity by requiring intelligence agencies to share with the Transportation Safety Administration the latest info on terrorist attempts to thwart airport security and who's on the terrorist watch list; and foil and counter state-sponsored cyberattacks by China, Russia, and others that resulted in OPM hacks, and theft of personal health information of 80 million Americans from Anthem Health and Blue Cross Blue Shield." The motion failed 183 to 240. [HR 2596, Vote #368, 6/16/15; Democratic Leader, 6/16/15]

## Voted For FY2016 Intelligence Authorization Bill

**Voted For Fiscal Year 2016 Intelligence Authorization Act.** In June 2015, Walters voted for the Intelligence Authorization Act. Rep. Adam Schiff, ranking member on the Select Committee on Intelligence said in a release, "several issues remain unresolved, causing me to vote against the bill.  It was my hope that we would have been able to strip restrictions on closing the Guantanamo Bay prison and preclude the use of OCO funds to augment the artificial budget caps set for national security, but unfortunately, we were not able to do so.  I will continue to work hard to fix these issues as this bill progresses — the American people deserve nothing less." The bill passed 247 to 178. [HR 2596, Vote #369, 6/16/15; Permanent Select Committee on Intelligence – Democratic Office, 6/16/15]

---

**Voted Against Prohibiting The Export-Import Bank From Financing Entities Designated As State Sponsors Of Terrorism**

---

**Voted Against Prohibiting The Export-Import Bank From Financing Entities Designated As State Sponsors Of Terrorism.** In November 2015, Walters voted against an amendment, "that would prohibit the Export-Import Bank from providing financing to an entity designated a state-sponsor of terrorism by the secretary of State." The amendment failed 183-244. [HR 22, Vote #614, 11/04/15; CQ, accessed 1/07/16]

---

**Voted For To Block Vote On Secure Refugee Process Act**

---

**Voted For To Block A Vote On The Secure Refugee Process Act.** In November 2015, Walters voted for to block a vote "on the House Democrats' tough alternative refugee legislation, the Secure Refugee Process Act." The Secure Refugee Process Act would have required the Secretary of Homeland Security and five federal agencies to verify the identity of all refugee applicants and would have required the Secretary of Homeland Security to certify that all relevant Federal immigration laws had been complied with. The Previous Question passed in the House, 243 - 182. [H Res 531, Vote #638, 11/19/15; Previous Question, 11/19/15; Democratic Staff Of The Committee On Homeland Security Press Release, accessed 2/02/16]

---

**Voted Against Removing Requirement For FBI Director – In Addition To DHS Secretary – To Certify Each Syrian Refugee Is Not A Security Risk From Harsh Refugee Overhaul Bill**

---

**Voted Against Removing Requirement For FBI Director – In Addition To DHS Secretary – To Certify Each Syrian Refugee Is Not A Security Risk From Harsh Refugee Overhaul Bill.** In November 2015, Walters voted against a motion to recommit the American SAFE Act to the Committee on the Judiciary with instructions to report back to the House with an amendment that would "require the secretary of Homeland Security to verify the identities and biographic information of Iraqi and Syrian refugees and certify that the individual is not a threat to the security of the United States, but would not require that the director of the Federal Bureau of Investigation and the director of National Intelligence conduct background checks or concur in this certification." The motion was rejected by a vote of 180-244. [H R 4038, Vote #642, 11/19/15; CQ Floor Votes, 11/19/15]

---

**Voted For Bill To Place Onerous Restrictions On Syrian Refugee Resettlement Program**

---

**Voted For To Place Onerous Restrictions On Syrian Refugee Resettlement Program.** In November 2015, Walters voted for the American SAFE Act, "legislation that would in effect halt the resettlement of refugees from Syria and Iraq [to the United States] … The House bill would require leaders of the nation's security apparatus — the director of national intelligence and the heads of the Department of Homeland Security and the FBI — to certify that refugees who are admitted pose no security threat. The White House, which has proposed admitting at least 10,000 refugees to the U.S. this fiscal year from war-torn Syria, said the House bill creates 'unnecessary and impractical requirements,' noting the current screening process is rigorous and takes up to 24 months. Critics say the legislation would essentially shut down the program." The bill passed by a vote of 289-137.  [H R 4038, Vote #643, 11/19/15; Los Angeles Times, 11/19/15]

---

**Voted For The FY16 Intelligence Authorization Act**

---

**Voted For The FY16 Intelligence Authorization Act.** In December 2015, Walters voted for a motion to suspend the rules and pass the Intelligence Authorization Act for Fiscal Year 2016 to "authorize appropriations for fiscal year 2016 for intelligence and intelligence-related activities, including the Office of the Director of National Intelligence (DNI), the Central Intelligence Agency (CIA), the National Security Agency (NSA), the Federal Bureau of Investigation (FBI), the Department of Defense, the Department of State, and the Department of Homeland Security. The bill would provide authorizations for fighting terrorism, activities in Iraq and Afghanistan, countering the proliferation of weapons of mass destruction, investments in information technology enterprises,

surveillance and reconnaissance, and cyber defense. The classified annex, which specifies the funding levels and personnel ceilings for each intelligence program, is only available to members." The motion was agreed to by a vote of 364-58. [H R 4127, Vote #649, 12/1/15; CQ Floor Votes, 12/01/15]

---

**Voted For Increasing Visa Requirements On Individuals From Syria, Iran, Sudan, And Iraq**

---

**Voted For Increasing Visa Requirements On Individuals From Syria, Iran, Sudan, And Iraq.** In December 2015, Walters voted for to "suspend the rules and pass the bill that would prohibit individuals who have been to specified nations, including Syria, Iran, Sudan, and Iraq, from entering the United States unless they were interviewed by U.S. officials and obtained a regular visa, even if the individuals arrived from countries that participate in the Visa Waiver Program. The bill would also update requirements for countries to participate in the Visa Waiver Program; would require fraud-resistant electronic passports, biographic and biometric information; and would require participation in the program's electronic collection of information on all additional countries where an applicant has or had citizenship." The bill passed 407-19. [HR 22, Vote #679, 12/8/15; CQ Floor Votes, 12/8/15]

> **The New Restrictions Would Deny Individuals Who Qualify For Visa-Free Entry If They Have Visited Iraq, Syria, And Other Terror Hotspot Countries.** "Under the legislation, citizens from countries that qualify for the program would be denied visa-free entry to the U.S. if they have visited Iraq, Syria or other countries deemed to be terror hotspots in the last five years, or if they are citizens of those countries. Those individuals would instead have to pass through a more stringent security process." [The Hill, 12/8/15]

**Voted Against Bay.** In May 2016, Walters voted against an amendment to remove provisions from the National Defense Authorization Act that prohibits "transferring prisoners held at the military prison at Guantanamo Bay, Cuba, to the U.S. and building a facility in the U.S. to hold them." The amendment failed, 163 to 259. [HR 4909, Vote #204, 5/18/16; Politico, 5/17/16]

**Voted For Prohibiting Transfer Of Guantanamo Bay Detainees.** In September 2016, Walters voted for motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 863) that would provide for House floor consideration of the bill (HR 5351) that would prohibit the transfer or release of any Guantanamo detainee to or within the United States, its territories, or to any foreign country, and would provide for House floor consideration of the bill (HR 5226) that would require federal agencies to maintain detailed online databases of regulatory actions taken and pending before the agency." The motion was agreed to 232 to 172. [H RES 863, Vote #505, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For Passage Of A Bill Prohibiting Transfer Of Guantanamo Detainees.** In September 2016, Walters voted for "passage of the bill that would prohibit the transfer or release of any Guantanamo detainee to or within the United States, its territories, or to any foreign country through Jan. 21, 2017. The prohibition would end prior to that date if an act authorizing appropriations for military activities of the Department of Defense for fiscal 2017 is enacted into law." The bill was passed, 244 to 174. [HR 5351, Vote #520, 9/15/16; CQ Floor Vote, 9/15/16]

---

# House Administration & Member Perks

---

**Voted For John Boehner For Speaker Of The House**

---

**Voted To Make John Boehner Speaker Of The House.** In January 2015, Walters voted for Boehner to be Speaker of the House. John Boehner received 216 votes, and Nancy Pelosi received 164 votes. [Election to the Speaker, Vote #2, 1/06/15]

---

**Voted For Ryan For Speaker Of The House**

**Voted To Make Paul Ryan Speaker Of The House.** In October 2015, Walters voted for Paul Ryan to be Speaker of the House. Paul Ryan received 236 votes, Nancy Pelosi received 184 votes, and Daniel Webster received 9 votes. [Election to the Speaker, Vote #581, 10/29/15]

---

**Voted For Blocking Requirement That Legislative Text Be Posted In Accordance With House Rules**

---

**Voted For Blocking Requirement That Text Legislative Text Be Posted In Accordance With House Rules.** In January 2015, Walters voted for blocking requirement that legislative text be posted in accordance with House rules. "House Rules require a bill to be posted for 3 days so it can be read before it comes to the floor, and the Republican Leadership has made this particular rule sacrosanct above all others. However, on HR 7 the Republican Leadership filed the bill late on the night before the vote the following morning, in direct violation of this Rule and their principles. The Democratic Previous Question would eliminate the waiver of this very important Rule that provides transparency for both the public and Members who must vote on legislation." The previous question carried, 239-183. A vote against ordering the previous question would have eliminated the waiver of the House rule. [H Res 42, Vote #42, 1/22/15; Democratic Leader – Previous Questions, 1/21/15]

---

**Voted For FY16 Legislative Branch Budget With Congressional Pay Freeze**

---

**Voted For FY2016 Legislative Branch Budget That Extended Congressional Pay Freeze.** In May 2015, Walters voted for the bill that would provide $3.3 billion for legislative branch operations, excluding Senate operations, in fiscal 2016. "[The] annual legislative branch spending bill … [included] language extending the congressional salary freeze for a seventh consecutive year." The bill was passed by a vote of 357-67. [HR 2250, Vote # 247, 5/19/15; CQ Floor Votes, 5/19/15; Roll Call, 5/20/15]

**Voted For Amendment To Cut Legislative Branch Budget By 1 Percent.** In May 2015, Walters voted for the Blackburn, R-Tenn., amendment that would cut funding under the bill by one percent for all accounts except the Capitol Police, the Sergeant at Arms, and the Architect of the Capitol's Capitol Police buildings, grounds and security account. The amendment was rejected by a vote of 172-250. [HR 2250, Vote # 246, 5/19/15; CQ Floor Votes, 5/19/15]

**Voted For Amendment To Block Funding For Exchange Program To Promote American-Style Democracy In Post-Soviet Countries.** In May 2015, Walters voted for the Ratcliffe, R-Texas, amendment that would "block funding for the Open World Leadership Center, a program begun in 1999 and intended to educate politicians from the former Soviet Union about democracy in the U.S." The amendment was adopted by a vote of 224-199.  [HR 2250, Vote # 245, 5/19/15; Albany Herald, 5/19/15]

---

**Voted For Preventing DC From Spending Local Tax Dollars Without Congressional Approval**

---

**Voted For Preventing DC From Spending Local Tax Dollars Without Congressional Approval.** In May 2016, Walters voted for a bill that would "repeal a District of Columbia law that modified the district's home rule charter to allow locally-generated funds to be spent without congressional approval." The bill passed 240-179. [HR 5233, Vote #248, 5/25/16; CQ Bill Track, 6/01/16]

> **House Overturned Voter-Approved Ballot Measure Giving DC More Control Over Its Finances.** "The House passed legislation on Wednesday to gut a D.C. ballot measure that gives the city more control over its finances. Lawmakers voted 240-179, along party lines, to approve a bill that would prevent the District of Columbia from spending local tax dollars without congressional approval." [The Hill, 5/25/16]

# Housing

## Voted For Reauthorizing Indian And Native American Housing Programs

**Voted For Reauthorizing Indian And Native American Housing Programs.** In March 2015, Walters voted for reauthorizing Indian and Native Hawaiian housing programs. "This bill reauthorizes a number of Indian and Native Hawaiian housing programs through FY 2019, including the Indian Housing Block Grant Program (IHBG), which it modifies to provide for multi-year housing plans and to allow tribes to meet program requirements more efficiently. It also establishes a set-aside for housing for Native American veterans within Veterans Affairs (VA) Department housing programs and creates a demonstration program to leverage private investment in affordable Indian housing." The bill passed 297 to 98. [HR 360, Vote #130, 3/23/15; CQ House Action Reports, 3/20/15]

## Voted For Weakening Regulations On Mortgage Lenders

**Voted For A Bill That Changed The Definition Of A Qualified Mortgage Under The Truth In Lending Act.** In April 2015, Walters voted for the Mortgage Choice Act. "The bill excludes insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the 3% cap on points and fees imposed on 'qualified mortgages' by redefining 'points and fees' under the Truth in Lending Act. The measure is intended to clarify conflicting definitions under current law and thereby ensure that mortgage loans to low- and middle-income borrowers remain affordable." The bill passed, 286 to 140. [HR 685, Vote #152, 4/14/15; CQ, 4/10/15]

**Bill They Voted On Would "Weaken Regulations On Mortgage Lenders."** "Ranking second behind the Chamber was the National Association of Realtors. The group spent $7.7 million lobbying on issues like flood insurance premiums, which have risen sharply in the past few years. NAR also lobbied for the Mortgage Choice Act, a bill that would weaken regulations on mortgage lenders enacted following the 2007 collapse of the housing market. The Mortgage Choice Act passed in the House of Representatives on April 14." [Huffington Post, 4/23/15]

## Voted Against Preventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners

**Voted AgainstPreventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners.** In April 2015, Walters voted against a motion that would prevent those convicted of mortgage fraud and predatory lenders from providing loans to homeowners. "No person or lender that has been found to have engaged in unfair, deceptive, predatory, or abusive lending practices, or convicted of mortgage fraud under Federal or relevant State law may make use of the amendments made by this Act " The motion failed 184 to 239. [HR 650, Vote #150, 14/14/15; Motion to Recommit, 4/14/15]

## Voted For Weakening Wall Street Reform For Mortgage Lenders

**Voted For Weakening Aspects Of Wall Street Reform Allowing Mortgage Lenders To Disclose Less Information To Borrowers.** In April 2015, Walters voted for legislation that would roll back regulations in the Wall Street reform law. "Regulations from the Dodd-Frank Act that went into effect in early 2014 tightened requirements and restrictions on 'high-cost' loans. For example, if the interest rate and fees on loans reach a certain level, lenders have to verify a borrower's ability to repay loans and disclose consequences of default and loan terms … the Preserving Access to Manufactured Housing Act of 2015. HR 650 would raise the threshold for which loans are considered 'high cost,' from 8.5 percent above the average rate to 10 percent above the average rate. President Obama has threatened to veto it if it passes both houses. The change may seem minor, but the higher threshold would mean the lender has to do less work and disclose less information to borrowers. The majority of loans on manufactured homes carry high interest rates, especially compared with a typical mortgage." The bill passed, 263 to 162. [HR 650, Vote #151, 4/14/15; Seattle Times Editorial, 4/14/15]

**Voted For An Amendment That Prevented The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act**

**Voted For An Amendment That Prevented The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act.** In June 2015, Walters voted for an amendment that prevented the department of justice from enforcing disparate impact claims under the Fair Housing Act. "Housing discrimination claims: The House has passed an amendment sponsored by Rep. Scott Garrett, R-N.J., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would bar funding for Justice Department enforcement actions under the Fair Housing Act that rely on the theory of disparate impact to allege racial and other forms of discrimination by mortgage lenders, landlords, and home insurers. Garrett said the threat of prosecution for treating various classes of homeowners and renters differently, based on their economic status, would impede the ability 'for lenders to make rational economic decisions about risk' rather than based on the possibility that the Justice Department will consider their actions discriminatory." The amendment passed 232 to 196. [HR 2578, Vote #287, 6/03/15; On Agreeing to the Amendment, 6/03/15; Citizen-Times, 6/05/15]

**Voted For An Amendment That Barred Funding For The Private Enforcement Initiative Of The Fair Housing Initiatives Program**

**Voted For An Amendment That Barred Funding For The Private Enforcement Initiative Of The Fair Housing Initiatives Program.** In June 2015, Walters voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would "bar funds from being used for the Private Enforcement Initiative of the Fair Housing Initiatives Program." The amendment passed 224 to 198. [CQ Floor Votes, 6/04/15; HR 2577, Vote #307, 6/04/15]

**National Council On Independent Living: PEI Grantees Are "Critical" To Enforcement Of The Fair Housing Act.** "PEI grants support local, private fair housing groups' testing, complaint intake, and investigation efforts. PEI grantees are critical to enforcement efforts for the Fair Housing Act. Disability-related complaints is the largest category of Fair Housing complaints. To remove funding for the PEI program would damage Fair Housing enforcement in many communities. This harms people with disabilities when fair housing enforcement is not readily available in communities." [NCIL, 6/05/15]

**Voted For Amendment Barring Implementation Of Housing Rule Meant To Combat Housing Segregation**

**Voted For Amendment Barring The Implementation Of Affirmatively Furthering Fair Housing Rule.** In June 2015, Walters voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would " bar funding for HUD to implement, enforce or administer the proposed Affirmatively Furthering Fair Housing Rule." The amendment passed 229 to 193. [HR 2577, Vote #311, 6/09/15; CQ Floor Votes, 6/09/15]

**Affirmatively Furthering Fair Housing Rule Self Purports To Combat Segregation.** According to the Federal Register, the Affirmatively Furthering Fair Housing Rule "[e]stablish[es] an approach to affirmatively further fair housing that calls for coordinated efforts to combat illegal housing discrimination, so that individuals and families can make decisions about where to live, free from discrimination, with necessary information regarding housing options, and with adequate support to make their choices viable." [Federal Register, 7/19/13]

**Voted For Weakening Housing Discrimination Protections**

**Voted For Amendment To Bar HUD From Enforcing Regulation Combating Discrimination In the Housing Market.** In June 2015, Walters voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used by HUD to administer a federal regulation that dictates, "If the policies of governmental agencies, banks or private real estate companies unjustifiably perpetuate segregation, regardless of

their intent, they could be found in violation of the Fair Housing Act." The amendment was adopted by a vote of 231-195. [HR 2577, Vote #323, 6/09/15; Propublica, 1/21/15]

**Voted For Baring Use Of Funds In Violation Of HUD Regulations On Assistance To Non-Citizens**

**Voted For Baring Use Of Funds In Violation Of HUD Regulations On Assistance To Non-Citizens.** In June 2015, Walters voted for an amendment to a DOT and HUD appropriations bill that would "bar funds from being used in violation of HUD regulations relating to restrictions on assistance to non-citizens. " The amendment was adopted 244-181. [HR 2577, Vote #319, 6/09/15; CQ Summary, 6/09/15]

**Voted For Baring Use Of Funds For Providing Need-Based Housing For Unauthorized Aliens**

**Voted For Baring Use Of Funds For Providing Need-Based Housing For Unauthorized Aliens.** In June 2015, Walters voted for an amendment to a DOT and HUD appropriations bill that would "bar funds from being used to provide financial assistance in contravention of section 214 (d) of the Housing and Community Development Act of 1980, regarding non-citizen eligibility for need-based housing." Section 214 of the Housing and Community Development Act of 1980 states that "only certain categories of noncitizens are eligible for benefits under the housing programs covered by Section  214. Unauthorized aliens are not eligible for benefits under Section 214." The amendment was adopted 246 to 180. [HR 2577, Vote #320, 6/09/15; CQ Summary, 6/09/15; CRS, 1/23/12]

**Voted Against A Motion To Allow Home Buyers To Seek Court Remedy Against Predatory Practices**

**Voted Against A Motion To Allow Home Buyers To Seek Court Remedy Against Predatory Practices.** In October 2015, Walters voted against a motion that would "protect the rights of servicemembers, seniors, and students to seek a court remedy against predatory practices in the home-buying process." The motion failed, 185-240. [HR 3192, Vote #539, 10/07/15; Democratic Leader – Motions to Recommit, 10/07/15]

**Voted For Delaying Implementation Of Consumer Financial Protection Bureau Rules For Home Buyers**

**Voted For Delaying Implementation Of Consumer Financial Protection Bureau Rules For Home Buyers.** In October 2015, Walters voted for a bill that would "delay implementation of the Consumer Financial Protection Bureau's rules regarding lender disclosures to consumers applying for home mortgage loans until Feb. 1, 2016. Enforcement of the rules and lawsuits against lenders would be prohibited as long as the lender makes a good-faith effort to comply with the rules." The bill passed 303-121. [HR 3192, Vote #540, 10/07/15; CQ Floor Votes, 10/07/15]

**Voted Against Allowing HUD To Continue An FHA Program Automating An Alternative Credit Rating System For Borrowers With Insufficient Credit Histories.**

**Voted Against Allowing HUD To Continue An FHA Program Automating An Alternative Credit Rating System For Borrowers With Insufficient Credit Histories.** In February 2016, Walters voted against an amendment that would "allow the Housing and Urban Development Department to continue a Federal Housing Administration pilot program for an automated process to provide alternative credit rating information to help determine creditworthiness of borrowers with insufficient credit histories." The amendment was rejected, 181 to 239. [H R 3700, Vote #51, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]

**Voted For Exempting Public Housing Agencies From Requirement For At Least One Board Member Receiving Housing Assistance If They Have A Resident Advisory Board.**

**Voted For Exempting Public Housing Agencies From Requirement For At Least One Board Member Receiving Housing Assistance If They Have A Resident Advisory Board.** In February 2016, Walters voted for an amendment that would "exempt certain public housing agencies from a requirement that their boards of directors include at least one member who directly receives public housing agency assistance, if the public housing agency establishes an advisory board of at least six public housing residents." The amendment was adopted by a vote of 236 to 178. [H R 3700, Vote #50, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]

## Immigration

### Voted For Blocking Consideration Of Homeland Security Bill Without Stopping Immigration Changes

**Voted For Blocking Consideration Of Homeland Security Funding Bill Without Language Stopping Immigration Changes.** In January 2015, Walters voted for blocking consideration of a bill that "would prevent Republicans from endangering national security and fund the Department of Homeland Security for the rest of the year, bringing forward the bipartisan Homeland Security appropriations bill for a clean vote without Republicans' anti-immigrant amendments." The motion failed 242 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 27, Vote #20, 1/13/15; 114th Previous Questions]

### Voted For Restarting Deportations Of Undocumented Families

**Voted For Amendment To Defund Immigration Executive Order.** On January 14, 2015, Walters voted for an amendment to defund President Obama's executive action on immigration. "One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; The Hill, 1/14/15]

### Voted For Restarting Deportations Of DREAMers

**Voted For Amendment To End Deferred Action For Childhood Arrivals.** On January 24, 2015, Walters voted for an amendment to the Department of Homeland Security funding bill that would end a program to suspend the deportation of DREAMers. "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; The Hill 1/14/15]

### Voted For Restarting Deportations Of Undocumented Families And DREAMers

**Voted For Bill Restarting Deportations Of Undocumented Families And DREAMers.** In January 2015, Walters voted for a federal funding bill that defunded President Obama's executive action on immigration and ended a program that halted the deportation of some illegal immigrants who came to the United States as children. "Democrats rallied against the bill, which would fund the Department of Homeland Security (DHS) through September, after Republicans adopted a series of contentious amendments that take aim at facets of Obama's immigration policy. One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits. A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The bill passed 236 to 191. [HR 240, Vote #35, 1/14/15; The Hill, 1/14/15; CQ Floor Votes, 1/14/15]

**Voted For Amendment To Defund Immigration Executive Order.** In January 2015, Walters voted for an amendment to defund President Obama's executive action on immigration. "One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal

immigrants to stay in the country and obtain work permits." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; The Hill, 1/14/15]

**Voted For Amendment To End Deferred Action For Childhood Arrivals.** In January 2015, Walters voted for an amendment to the Department of Homeland Security funding bill that would end a program to suspend the deportation of DREAMers. "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; The Hill 1/14/15]

**Voted For Amendment To Defund President Obama's Executive Actions On Immigration.** In January 2015, Walters voted for an amendment to the Department of Homeland Security funding bill that would defund President Obama's executive action on immigration. The amendment further barred funding for any substantially similar policies issues after January 9, 2015 and declared that such immigration policies had no statutory or constitutional basis. The amendment was adopted 237 to 190. [HR 240, Amendment No. 1, Vote #29, 1/14/15]

**Voted For Bill Providing More Than $47 Billion For Department Of Homeland Security Funding.** In January 2015, Walters voted for a federal funding bill providing $47.8 billion for Homeland Security in FY 2015. The bill also included $12.6 billion for Customs and Border Protection, $6.3 billion for Immigration and Customs Enforcement, $10 billion for the Coast Guard, and $10.8 billion for the Federal Emergency Management Agency. The bill passed 236 to 191. [HR 240, Vote #35, 1/14/15; CQ Floor Votes, 1/14/15]

---

**Voted For Anti-Immigrant Amendment Putting Interests Of Legal Aliens Above Undocumented Immigrants**

---

**Voted For Anti-Immigrant Amendment Putting Interests Of Legal Aliens Above Undocumented Immigrants.** In January 2015, Walters voted for an anti-immigrant amendment imploring the Obama Administration to stop putting the interests of legal aliens behind those who arrived illegally. It also encouraged the U.S. Citizenship and Immigration Services to use available funds to improve services and the benefits application process for legal immigrants. The amendment was adopted 260 to 167. [HR 240, Amendment No. 5, Vote #33, 1/14/15; CQ Floor Votes, 1/14/15]

---

**Voted For Anti-Immigrant Amendment Discouraging Policies To Promote Hiring Of Undocumented Immigrants**

---

**Voted For Anti-Immigrant Amendment Discouraging Policies To Promote Hiring Of Undocumented Immigrants.** In January 2015, Walters voted for an anti-immigrant amendment imploring the Obama Administration not to pursue policies making it economically advantageous to hire illegal immigrants. The amendment was adopted 253-171. [HR 240, Amendment No. 4, Vote #32, 1/14/15; CQ Floor Votes, 1/14/15]

---

**Voted For Anti-Immigrant Amendment That Would Discourage Victims From Reporting Abuse**

---

**Voted For Anti-Immigrant Amendment That Would Discourage Victims From Reporting Abuse.** In January 2015, Walters voted for an anti-immigrant amendment that purports to prioritize immigration enforcement actions against illegal immigrants convicted of violent or sexually-oriented offenses. However, the Conference of Catholic Bishops stated that this amendment "would discourage many [domestic violence] victims from reporting abuse." The amendment was adopted 278-149. [HR 240, Amendment No. 3, Vote #31, 1/14/15; Democratic Leader Nancy Pelosi, Floor Remarks, 1/14/15; CQ Floor Votes, 1/14/15]

---

**Voted For Removing Provision Encouraging Defense Department To Allow DREAMers To Serve In Military**

---

**Voted For Removing Provision Encouraging Defense Department To Allow DREAMers To Serve In Military.** In May 2015, Walters voted for removing an amendment to the Defense Authorization bill that "would

encourage the Pentagon to consider allowing immigrants brought to the country as children to [serve in the military]." [HR 1735, Vote #229, 5/14/15; NPR, 5/13/15]

**Headline: Alabama Media: "Rep. Mo Brooks amendment passes; keeps DREAMers out of military."** [Alabama Media, 5/14/15]

---

## Voted For Amendment Blocking Funding For Cities That Neglect To Fully Participate In Reporting Names To Federal Immigration Officials

**Voted For Amendment Blocking Funding For Cities That Neglect To Fully Participate In Reporting Names To Federal Immigration Officials.** In June 2015, Walters voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act of 2016 blocking funds to cities "The House also voted 227-198 for an amendment that would block certain federal funds to localities that refuse to report names to federal immigration authorities. That's become an issue in recent months as localities refused to participate in a federal program that turns over the names of people picked up for crimes to federal immigration authorities." the amendment passed, 227 to 198. [HR 2578, Amendment #84, Vote# 294, 6/03/15; AP 6/03/15]

---

## Voted For Amendment To Prevent DOJ From Using Its Funds To Defend President Obama's Executive Orders On Immigration In Pending Legal Battle

**Voted For Amendment To Prevent DOJ From Using Its Funds To Defend President Obama's Executive Orders On Immigration In Pending Legal Battle.** In June 2015, Walters voted for and amendment preventing the Department of Justice from using its funds to defend President Obama's executive orders on immigration in a pending legal battle. "House Republicans just went after President Barack Obama's executive actions on immigration – again. The GOP-led chamber voted Wednesday to block the Justice Department from being able to defend itself in a legal battle that has put Obama's sweeping and controversial immigration actions on hold. The measure, written by conservative immigration firebrand Rep. Steve King of Iowa, was an amendment to the overall funding bill for DOJ. As he spoke about his measure, King noted that the House has voted multiple times to restrain Obama's legal authority on immigration and dismissed the actions as 'unconstitutional executive amnesty.' Obama's directive was the epicenter of a battle over Homeland Security, pushing the department's funding to the brink before Republicans capitulated on their demands to defund Obama's actions." The amendment passed 222 to 204. [HR 2578, Vote #293, 6/03/15; On Agreeing to the Amendment, 6/03/15; Politico, 6/03/15]

---

## Voted Against Prohibiting Reduction In Federal Law Enforcement Grant Funding If It Would Result In Increase In Crime Or Decrease In Law Enforcement Officers

**Voted Against Prohibiting Reduction In Federal Law Enforcement Grant Funding If It Would Result In Increase In Crime Or Decrease In Law Enforcement Officers.** In July 2015, Walters voted against a motion that would "prohibit the Attorney General from reducing federal law enforcement grants to states or local governments if the Attorney General determines that such reductions would result in an increase in the overall crime rate of the state or a decrease in the number of law enforcement officers in that area." The motion failed 181-239. [HR 3009, Vote #465, 7/23/15; CQ Floor Votes, 7/23/15]

---

## Voted For Withholding Federal Law Enforcement Grant Funding From State And Local Governments That Do Not Comply With Federal Immigration Laws

**Voted For Withholding Federal Law Enforcement Grant Funding From State And Local Governments That Do Not Comply With Federal Immigration Laws.** In July 2015, Walters voted for a bill that would "withhold certain federal law enforcement grants to state and local governments that bar their officials from taking certain immigration-related actions, such as gathering or maintaining information on the immigration or citizenship status of individuals or sharing such information with federal immigration authorities." The bill passed 241-179. [HR 3009, Vote #466, 7/23/15; CQ Floor Votes, 7/23/15]

Headline: The Hill: "Democrats slam sanctuary city legislation, labeling it 'The Donald Trump Act.'" [The Hill, 7/22/15]

Headline: Politico: "GOP picks a fight over immigration." [Politico, 7/23/15]

## Voted For Authorizing Speaker Ryan To File Amicus Brief On The House's Behalf In Supreme Court Case About Obama's Actions To Protect Undocumented Immigrants From Deportation

**Voted For Authorizing Speaker Ryan To File An Amicus Curiae Brief On The House's Behalf In A Supreme Court Case About Obama's Actions To Protect Undocumented Immigrants From Deportation.** In March 2016, Walters voted for a resolution that would "authorize the Speaker to file an amicus curiae – or 'friend of the court' - brief on behalf of the House in a Supreme Court case challenging executive action over immigration…The Supreme Court case centers on President Barack Obama's executive action aimed to protect millions of undocumented immigrants from being deported." The resolution passed 234-186. [H Res 639, Vote #129, 3/17/16; CQ, 3/16/16]

## Voted For Blocking The Consideration Of Of Lofgren Amicus Brief Asserting President's Authority To Set Reasonable Priorities On Immigration Enforcement

**Voted For Blocking The Consideration Of Lofgren Amicus Brief Asserting President's Authority To Set Reasonable Priorities On Immigration Enforcement.** In March 2016, Walters voted for blocking the consideration of an amendment "to bring to the House Floor a resolution supporting the amicus brief filed by House Democrats on March 8, 2016 that asserts the President's legal authority to set rational enforcement priorities on immigration." The previous question carried, 234-181. A vote against the previous question would have allowed the declaration of this presidential authority to be considered. [H Res 639, Vote #127, 3/17/16; Democratic Leader, 3/17/16]

## Voted For Barring Funding To Modify Military Installations To Temporarily House Unaccompanied Immigrant Children

**Voted For Barring Funding To Modify Military Installations To Temporarily House Unaccompanied Immigrant Children.** In May 2016, Walters voted for for an amendment "that would bar use of appropriated funds to modify military installations in the United States to temporarily house unaccompanied immigrant children." The amendment passed, 219-202. [HR 4974, Vote #222, 5/19/16]

# Jobs

## Voted Against Exempting Rules Resulting In Net Job Creation From Significant Delays

**Voted Against Exempting Rules Resulting In Net Job Creation From Significant Delays.** In January 2015, Walters voted against an amendment exempting rules resulting in net job creation from the bill's burdensome requirements. The amendment failed 247 to 178. [HR 185, Amendment No. 2, Vote #24, 1/13/15; CQ Floor Votes, 1/13/15]

## Voted For Blocking Consideration Of Career Education In Manufacturing

**Voted For Blocking Consideration Of Career Education In Manufacturing.** In February 2015, Walters voted for to block consideration of a vote to provide career education in manufacturing to help students prepare for 21st century manufacturing jobs. The previous question carried, 242-176. A vote against the previous question was to

force the vote on career education in manufacturing. [H Res 70, Vote #54, 2/03/15; Democratic Leader – Previous Questions, 2/03/15]

---

### Voted Against Amendment That Would Strike Provision Turning Medicare Into Premium Support System, Would Include Paid Sick Leave Provision

**Voted Against Amendment That Would Strike Provision Turning Medicare Into Premium Support System, Would Include Paid Sick Leave Provision.** In April 2015, Walters voted against a motion to instruct that would ask the House agree with the Senate in favoring paid sick leave and preventing Medicare from becoming a voucher program. "In the House, Van Hollen, who's running for Senate in the Old Line State, said he wants the House to vote on at least two things: the right for workers to earn paid sick leave and another that would bar Medicare from being turned into a voucher program, a GOP aspiration." The motion failed 187 to 239. [H. Con Res. 11, Vote #153, 4/14/15; Motion to Instruct Conferees, 4/14/15; Politico, 4/14/15]

# Labor

---

### Voted For Blocking Implementation Of Union Election Rules Set By NLRB

**Voted For Blocking Implementation Of Union Election Rules Set By NLRB.** In March 2015, Walters voted for blocking new election rules the National Labor Relations Board put in place for union elections. "The National Labor Relations Board's new rules governing representation elections went into effect April 14. The rules block certain litigation ahead of union certification elections, set new timelines for pre-election and postelection hearings, allow parties to file documents electronically and require employers to disclose employees' phone numbers and email addresses to union organizers. The NLRB and unions say the new rules modernize regulations and delay frivolous lawsuits." The resolution passed 232 to 186. [S J Res 8, Vote #128, 3/19/15; CQ News, 4/30/15]

**Obama Said He Would Veto Measure.** The measure "is highly unlikely to become law, as the White House has vowed to veto the measure." [International Business Times, 3/19/15]

---

### Voted For Prohibiting Enforcement Of Prevailing Wage Requirements For VA Construction Projects

**Voted For Prohibiting Enforcement Of Prevailing Wage Requirements On VA Construction Projects.** In April 2015, Walters voted for an amendment that would prohibit using funds for the enforcement of prevailing wage requirements laid out by the Davis-Bacon Act. The Davis-Bacon Act requires contracts working on federally funded construction projects to pay workers the prevailing wage in whichever jurisdiction a construction project is taking place. The amendment failed to pass 186 to 235. [HR 2029, Vote #191; On Agreeing to the Amendment, 4/30/15]

---

### Voted For Preventing VA Employees From Performing Union Related Activities While At Work

**Voted For Preventing VA Employees From Performing Union Related Activities While On The Job.** In April 2015, Walters voted for an amendment that would prevent VA employees from performing union related activities while on the job. The amendment's sponsor, Rep. Jody Hice (GA-10) claimed that the practice known as official time wastes taxpayer dollars and said "The Department of Veterans Affairs is one of the agencies with the most egregious use of official time. This agency is singlehandedly responsible for almost one-third of all the reported official time usage in the entire Federal Government." The amendment failed to pass 190 to 232. [HR 2029, Vote #190; On Agreeing to the Amendment, 4/30/15; Congressional Record, 4/29/15]

---

### Voted Against Prohibiting VA Contracts With Employers Who Have Violated Labor Laws

**Voted Against Amendment To Prohibit Use Of Federal Funds For Contracts With Employers Who Have Previously Violated The Fair Labor Standards Act.** In April 2015, Walters voted against an amendment that would have prohibited the use of federal funds for contracts with employers who have previously violated the Fair Labor Standards Act. The amendment failed to pass 186 to 237. [HR 2029, Vote #189; On Agreeing to the Amendment, 4/30/15]

| Voted Against Prohibiting Federal Contracts With Employers Who Have Violated Labor Laws |
|---|

**Voted Against Amendment To Prohibit Contracts Be Awarded To Employers That Have Previously Violated The Fair Labor Standards Act.** In June 2015, Walters voted against an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to enter into a contact with any individual who has willfully or repeatedly violated the Fair Labor Standards Act. The amendment was rejected by a vote of 182-243. [HR 2577, Vote #324, 6/09/15; Congressional Record, 6/09/15]

| Voted Against Prohibiting Funding Contractors Who Have Violated The Fair Labor Standards Act |
|---|

**Voted Against Prohibiting Funding To Contractors Who Violate The Fair Labor Standards Act.** In June 2015, Walters voted against a prohibition on the "use of funds for contractors that willfully and repeatedly violate the Fair Labor Standards Act. The prohibition would last for five years." The amendment failed, 187-242. [HR 1735, Vote #354; CQ Floor Votes, 6/11/15]

| Voted For Blocking Consideration Of Allowing Workers In Businesses With 15 Or More Employees To Accrue Up To Seven Sick Days A Year |
|---|

**Voted For Blocking Consideration Of Allowing Workers In Businesses With 15 Or More Employees To Accrue Up To Seven Sick Days A Year.** In October 2015, Walters voted for consideration of H. Res. 491, an ordering of the previous question on HR 1090 to call for an immediate vote on the Healthy Families Act. "The Democratic Previous Question on the Rule providing for the consideration of H.R. 1090, So-Called 'Retail Investor Protection Act,' would call for an immediate vote on the Healthy Families Act, which would allow workers in businesses with 15 or more employees to earn up to seven job-protected sick days each year." The previous question carried 242 to 185. [H.Res.491, Vote #570, 10/27/15; Democratic Previous Question, HR 1090, 10/27/15]

> **Huffington Post: Healthy Families Act "Would Allow Workers At Larger Employers To Accrue Up To Seven Sick Days Per Years."** "To address the private sector, Obama will begin stumping for the Healthy Families Act, a Democratic proposal in Congress that would allow workers at larger employers to accrue up to seven sick days per year. Such laws tend to draw heavy opposition from employer lobbies, and the proposal is all but certain to fail while Republicans control both the House and Senate." [Huffington Post, 1/14/15]

| Voted For Providing For A Second Vote To Allow Workers At Businesses With 15 Or More Employees To Ear Up To 7 Sick Days Each Year |
|---|

**Voted For Providing For A Second Vote To Allow Workers At Businesses With 15 Or More Employees To Ear Up To 7 Sick Days Each Year.** In November 2015, Walters voted for a motion to "give Republicans a second chance in two weeks to vote on the Healthy Families Act, which would allow workers in businesses with 15 or more employees to earn up to seven job-protected sick days each year." The previous question was agreed to, 241 to 183. A vote against the previous question would have allowed the amendment to be considered. [H Res 512, Vote #597, 11/04/15; Democratic Leader, 11/04/15]

| Voted For An Amendment To Prevent Funds From The FAST Act From Being Used To Enforce Prevailing Wage Requirements For Public Transportation Projects |
|---|

**Voted For An Amendment To Prevent Funds From The FAST Act From Being Used To Enforce Prevailing Wage Requirements For Public Transportation Projects.** In November 2015, Walters voted for an amendment to prevent funds from the FAST Act from being used to enforce of prevailing wage requirements in each state for public transportation projects. The amendment would have required "that none of the funds made available by this Act may be used to implement, administer, or enforce the prevailing rate wage requirements of the Davis-Bacon Act." The amendment failed 188 to 238. [HR 22, Vote #602, 11/04/15; On Agreeing to the Amendment, 11/04/15]

> **Amendment Would Have Cut Off Federal Grant Funding To Implement, Administer Or Enforce Prevailing Wage Requirements.** "Republicans and Democrats also sparred over an amendment sponsored by several Republicans including Rep. Steve King of Iowa, that would have cut off federal grant funding to implement, administer or enforce the prevailing wage requirements of the Davis-Bacon Act. His amendment was rejected 188-238." [Congressional Quarterly News, 11/5/15]

---

**Voted For Prohibiting Use Of Funds On PLA Agreements**

---

**Voted For Prohibiting Use Of Funds On PLA Agreements.** In May 2016, Walters voted for an amendment that would "prohibit use of funds to implement an executive order related to project labor agreements and federal construction projects." The amendment failed, 209-216. [HR 4974, Vote #225, 5/19/16; CQ Floor Votes, 5/19/16]

---

**Voted For Prohibiting Using Appropriated Funds To Allow Solicitation Of Labor Organization Membership in VA Facilities**

---

**Voted For Prohibiting Using Appropriated Funds To Allow Solicitation Of Labor Organization Membership in VA Facilities.** In May 2016, Walters voted for against an amendment that "would prohibit appropriated funds from being used to allow solicitation of labor organization membership in Veterans Affairs Department facilities." The amendment failed 200-225. [HR 4974, Vote #224, 5/19/16]

# Land Access & Hunting Issues

---

**Voted For Requiring Hunters' Access To Federal Lands, Blocking Prohibitions On Ivory Trafficking And Regulations On Lead In Bullets**

---

**Voted For Requiring Hunters' Access To Federal Lands, Blocking Prohibitions On Ivory Trafficking And Regulations On Lead In Bullets.** In February 2016, Walters voted for a bill that would allow hunters greater access to federal land managed by the Departments of Interior and Forest Service while blocking restrictions on the trafficking of elephant ivory, combat regulations on lead contained in bullets, and prevent the Army Corps of Engineers from restricting firearms on Corps properties. "This bill would require the Interior Department and the U.S. Forest Service to provide access to lands managed by those agencies for hunting, fishing, and recreational shooting. … Additionally, the bill blocks the Administration's rule to restrict trade in elephant ivory and allows the importation into the U.S. of polar bear hunting trophies taken prior to when polar bears were listed as threatened under the Endangered Species Act. The measure also amends the Toxic Substances Control Act (TSCA) to prohibit the Environmental Protection Agency (EPA) from regulating lead contained in bullets, angling lures, and other hunting and fishing equipment." [HR 2406, Vote #101, 2/26/16; Office of the Democratic Whip, 2/23/16]

> **POTUS: Bill Would Combat Environmental Protections, Restrict Regulations On Firearm Possession And Hunting And Fishing Activities.** "[T]he Administration strongly opposes Title VI, which would: (1) exclude management decisions from the National Environmental Policy Act, the cornerstone law guiding environmental protection and public involvement in Federal actions; … (3) undermine the Wilderness Act of 1964. The Administration also strongly opposes the following: … Title IV, which would prohibit the Secretary of the Army from promulgating or enforcing any regulations that would prohibit the possession of firearms at water resources development projects with limited exceptions; … (5) Title XIV, which would restrict the ability of the Secretaries of the Interior and Commerce to regulate certain recreational or commercial fishing access to certain waters; (6) Title XV, which would potentially create public safety issues by restricting the ability of the

Secretary of Agriculture and Forest Service Chief to regulate certain hunting and fishing activities within the National Forest System…" [Statement of Administration Policy, Executive Office of the President, 2/24/16]

## Voted For Repealing A Rule Which Banned Controversial Hunting Practices In Alaskan Natural Preserves

**Voted For An Amendment To Repeal The National Park Service Rule On Hunting And Trapping Practices In Alaskan National Preserves.** In February 2016, Walters voted for an amendment which "would require the National Park Service director to withdraw a 2015 final rule on hunting and trapping in Alaskan national preserves, and would prohibit the director from issuing a similar rule." The amendment was adopted 236-169.  [HR 2406, Vote #98, CQ, 2/26/16]

**Natural Park Service's Rule "Banned A Handful Of Controversial Hunting Practices On The 20 Million Acres Of Alaska's National Preserves."** "Driving a deeper wedge between state and federal game managers, the National Park Service on Friday banned a handful of controversial hunting practices on the 20 million acres of Alaska's national preserves where sport hunting is allowed. Among the "state-authorized practices being prohibited (because they) conflict with National Park Service law" are:  Taking wolves and coyotes (including pups) during the animals' denning season. Taking black bears with artificial light at den sites. Taking brown or black bears attracted to bait. Using dogs in black bear hunts. State law currently prohibits using dogs to hunt big game, with an exception for black bears. … Shooting swimming caribou, a practice primarily used in the Noatak National Preserve in Northwest Alaska. Currently, state law prohibits taking big game that is swimming, but hunters may shoot a swimming caribou from a boat under power, and hunters can also shoot a caribou that has emerged from the water on the shoreline while the hunter is still in a moving boat. … The new rules, published Friday, override state regulations, and state officials contend they subjugate the state's role, established under the Alaska National Interest Lands Act, as the managing authority of fish and wildlife on all Alaska lands. But the Park Service countered that the new rules only cement temporary regulations that have been imposed annually for several years." [Alaska Dispatch News, 10/23/15]

## Voted Against Amendment To Eliminate An Exemption Which Allowed Importing Polar Bear Trophies Taken In Sport

**Voted Against Amendment To Eliminate An Exemption Which Allowed Importing Polar Bear Trophies Taken In Sport.** In February 2016, Walters voted against amendment to HR 2406. "An amendment No. 3 printed in House Report 114-429 to strike Title III, the exemption to import polar bear trophies taken in sport." The amendment failed, 159 to 242. [HR 2406, Vote #93, 2/26/16]

**2014: Hunters Who Killed Polar Bears In Canada Were Not Allowed To Import Their Game Into The United States.** "Since 2008, dozens of polar bears have been held in frozen, climate-controlled conditions in Canada, waiting for the U.S. government to allow them into the country. There's just one issue: These bears are dead. A complicated series of conservation laws and disagreements between the governments of Canada and the U.S. have left 41 American polar bear hunters and their prizes trapped in a bureaucratic limbo over the past six years. Rep. Don Young, R-Alaska, who claims to be the only member of Congress to have killed one of the massive mammals himself, aims to remedy that this week. While the United States outlawed polar bear hunting in the Marine Mammal Protection Act of 1972 (except among Alaskan natives, who are still allowed to hunt the bears), the practice remains legal in Canada, attracting dozens of American big-game hunters every year." [The Atlantic, 2/04/14]

## Law Enforcement

## Voted Against Amendment To Ban Federal Money Going To Discriminating Profiling By Law Enforcement

**Voted Against Amendment To Ban Federal Money Going To Discriminating Profiling By Law Enforcement.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits use of funds for law enforcement agencies that engage in discriminatory profiling based on gender, race, ethnicity, religion, sexual orientation, or national origin and also prohibits the use of funds to repeal the December 14 revised profiling guidance issued by the Department of Justice." The amendment failed 184-244. [HR 2578, Vote #281, 6/03/15]

## Voted For Amendment Increasing Funding For FBI Salaries And Expenses By $25 Million

**Voted For Amendment Increasing Funding For FBI Salaries And Expenses By $25 Million.** In June 2015, Walters voted for an amendment increasing funding intended for FBI salaries and expenses by $25 million in the FY 2016. "House Vote 275 Fiscal 2016 Commerce- Justice-Science Appropriations — FBI. Pittenger, R-N.C., amendment that would increase by $25 million the amount that would be provided for FBI salaries and expenses, and would be offset by an equal reduction to the Legal Services Corporation." The amendment failed 163 to 263. [HR 275, Pittenger Amendment, Vote #275, 6/03/15; CQ Bill Tracker, 6/03/15

## Voted For An Amendment That Prevented The ATF From Banning Some Forms Of Armor-Piercing Ammunition And Military Style Handguns

**Voted For An Amendment That Prevented The ATF From Banning Some Forms Of Armor-Piercing Ammunition And Military Style Handguns.** In June 2015, Walters voted for an amendment that prevented the ATF from banning some forms of armor-piercing ammunition and military style handguns. "The Commerce-Justice-Science appropriations bill, which cruised through the House this week, contains several provisions directed squarely at the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) rule-making authority. Under the measure, the ATF would be prohibited from banning certain forms of armor-piercing ammunition or blocking the importation of military-style shotguns. Another provision would block federal agents from creating what critics say is a gun registry … Among them is the ATF's proposed — and later withdrawn — ban on certain forms of armor-piercing ammunition used in AR-15 rifles … Eventually, the ATF relented and pulled back the bullet ban, but the agency left the door open to reconsider the rule in the future. To make sure this doesn't happen again, Republicans included multiple provisions, authored by Reps. Richard Hudson (R-N.C.) and Thomas Massie (R-Ky.), in the bill barring future action." The amendment passed 250 to 171. [HR 2578, Vote #289, 6/03/15; On Agreeing to the Amendment, 6/03/15; The Hill; 6/05/15]

## Voted For An Amendment That Prevented The National Institute Of Standards And Technology From Consulting With The NSA Or CIA To Change Cryptographic Or Computer Standards

**Voted For An Amendment That Prevented The National Institute Of Standards And Technology From Consulting With The NSA Or CIA To Change Cryptographic Or Computer Standards.** In June 2015, Walters voted for an amendment that prevented the National Institute of Standards and Technology from consulting with the NSA or CIA to change cryptographic or computer standards. The amendment passed 383 to 43. [HR 2578, Vote #290; On Agreeing to the Amendment, 6/03/15]

## Voted For Restricting Law Enforcement's Ability To Gather License Plate Information

**Voted For Amendment Restricting Law Enforcement's Ability To Gather License Plate Information.** In June 2015, Walters voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to acquire a camera for the purpose of collecting or storing vehicle license plate numbers. The amendment was adopted by a vote of 297-129. [HR 2577, Vote #327, 6/09/15; CQ Floor Votes, 6/09/15; Congressional Record, 6/09/15]

**LGBT**

**Voted Against Preventing Discrimination Based On Sexual Orientation Or Gender Identity**

**Voted Against Preventing Discrimination Based On Sexual Orientation Or Gender Identity.** In January 2016, Walters voted against a motion that would "exempt from the bill's provisions any rule that prohibits discrimination by federal contractors or subcontractors on the basis of sex, sexual orientation, or gender identity." The motion to recommit failed, 178-239. [HR 1155, Vote #19, 1/07/16; CQ Floor Votes, 1/8/15]

**Voted Against Protecting LGBT Schoolchildren Against Discrimination In D.C. Voucher Program**

**Voted Against Protecting LGBT Schoolchildren Against Discrimination In D.C. Voucher Program.** In April 2016, Walters voted against a motion that would amend the SOAR Act to require D.C.'s voucher program to prohibit schools from discriminating against LGBT students. The motion "would codify exclusion from the bill's private school voucher program any eligible entity or school that discriminates against program participants or applicants on the basis of "actual or perceived sexual orientation or gender identity." The motion failed, 167 to 228. [H Res 4901, Vote #178; CQ BillTrack, 4/29/16]

**Voted For Fiscal Year 2017 Energy-Water Appropriations Bill Appropriating $37.4 Billion Towards Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs.**

**Voted For Fiscal Year 2017 Energy-Water Appropriations Bill Appropriating $37.4 Billion Towards Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs.** In May 2016, Walters voted for Passage of the bill that would provide $37.4 billion in fiscal 2017 to fund the Energy Department, the Army Corps of Engineers and the Interior Department's Bureau of Reclamation. It would provide $30.1 billion for the Energy Department, of which $12.9 billion would be designated for the National Nuclear Security Administration. It also would provide $6.1 billion for the Army Corps of Engineers and $1.1 billion for the Bureau of Reclamation. As amended, the measure would prohibit use of funds to buy heavy water from Iran or in contravention of an executive order that prohibits federal contractors from discriminating based on sexual orientation or gender identity, except as required under the First Amendment, the Fourteenth Amendment and Article I of the Constitution. The bill was rejected by a vote of 112-305. [HR 5055, Vote #266, 5/26/16; CQ Floor Votes, 5/26/16]

> **Headline: "Key House Spending Bill Fails Over LGBT Controversy."** "The House on Thursday failed to pass its annual spending bill funding water and energy programs after a contentious debate over rights for LGBT federal workers. Republicans came under pressure after a bipartisan amendment was attached to the bill that protected federal workers from being fired on the basis of sexual discrimination or gender identity." [CNN, 5/26/16]

**Voted For Amendment to Protect North Carolina From Losing Federal Funding After It Passed Anti-Transgender Bathroom Law.**

**Voted For Amendment to Protect North Carolina From Losing Federal Funding After It Passed Anti-Transgender Bathroom Law.** In May 2016, Walters voted for an amendment "which prohibits the Obama administration from blocking North Carolina from receiving federal funds in retaliation to its transgender bathroom law. " The amendment was adopted in Committee of the Whole by a vote of 227-192. [HR 5055, Vote #255, 5/25/16; Roll Call, 5/26/16]

**Voted For Amendment Prohibiting Federal Contractors From Discriminating On The Basis Of Sexual Orientation Or Gender Identity.**

**Voted For Amendment Prohibiting Federal Contractors From Discriminating On The Basis Of Sexual Orientation Or Gender Identity**. In May 2016, Walters voted for an amendment that would "bar federal contractors from government work if they discriminate against the lesbian, gay, bisexual and transgender (LGBT) community." The amendment was adopted in Committee of the Whole, 223-195. [HR 5055, Vote #258, 5/25/16; Reuters, 5/26/16]

> **Headline: Politico: "Ban On LGBT Discrimination Finally Clears House." "**The House late Wednesday night passed a spending bill amendment that would ban federal contractors who discriminate against lesbian, gay, bisexual, or transgender people, putting into law a 2014 executive order. Rep. Sean Patrick Maloney (D-N.Y.) had attempted to attach a similar amendment to a Veterans Affairs appropriations bill last week, but House Republican leaders held the vote open and persuaded enough members to change their votes to defeat the measure. But on Wednesday, Maloney's measure passed in a 223-195 vote as an amendment to an energy and water spending bill. [Politico, 5/26/16]

## Voted For Amendment To Give Religious Institutions An Exemption From Protecting LGBT Workers From Discrimination.

**Voted For Amendment To Give Religious Institutions An Exemption From Protecting LGBT Workers From Discrimination.** In May 2016, Walters voted for an amendment that would prohibit use of funds made available by the bill in contravention of a law that prohibits the government from substantially burdening the free exercise of religion, an executive order related to faith based organizations, or certain provisions of the Civil Rights Act or the American Disabilities Act related to religious groups. The amendment was adopted in Committee of the Whole by a vote of 233-186. [HR 5055, Vote #259, 5/25/16; CQ Floor Votes, 5/25/16]

## Voted Against Prohibiting Federal Contractors From Discriminating Based On Sexual Orientation

**Voted Against Prohibiting Federal Contractors From Discriminating Based On Sexual Orientation.** In May 2016, Walters voted againstan amendment "that would bar use of appropriated funds in contravention of an executive order that prohibits federal contractors from discriminating based on sexual orientation or gender identity." The amendment failed, 212-213. [HR 4974, Vote #226, 5/19/16]

> **House Republicans Voted Down Maloney Amendment By One Vote Margin After Several Republicans Switched Votes At Last Minute. "**It was an unruly scene on the floor with Democrats chanting, "Shame!" after GOP leaders barely muscled up the votes to reject, 212-213, an amendment by Rep. Sean Patrick Maloney (D-N.Y.) that would have effectively barred federal contractors from getting government work if they discriminate against the LGBT community. At one point, a monitor in the House gallery showed there were 217 votes supporting the legislation, eliciting cheers of joy from Democrats who thought the measure might actually pass. But over the course of about 10 minutes, those votes suddenly dropped one by one to 212 — and the amendment failed." [Politico, 5/19/16]

## Voted Against A Motion Striking Language Barring Religious Organizations Contracting With Federal Government From Discriminating Against LGBT Individuals

**Voted Against A Motion Striking Language Barring Religious Organizations Contracting With Federal Government From Discriminating Against LGBT Individuals.** In May 2016, Walters voted against a motion that would "strike section 1094 of the bill, which would allow religious organizations contracting with the federal government to discriminate against LGBT individuals whom they may employ, in blatant violation of President Obama's Executive Order prohibiting federal contractors discriminating against LGBT people in employment." The motion failed, 181-243. [HR 4909, Vote #215, 5/18/16; Democratic Leader, MTRs]

# Native American Issues

**Voted Against Protecting Native American Sacred Lands**

**Voted Against Protecting Native American Sacred Lands.** In October 2015, Walters  voted against a motion "that would ensure that nothing in the bill would contravene the authority of the president to avoid adversely affecting the physical integrity of any site identified as sacred by virtue of established religious significance to, or ceremonial use by, and Indian religion." The motion failed 184-239. [HR 538, Vote #543; CQ Floor Votes, 10/8/15]

**Voted For The Native American Energy Act Which Would Reduce Federal Regulations On The Development Of Native American Land**

**Voted For The Native American Energy Act Which Would Reduce Federal Regulations On The Development Of Native American Land.** In October 2015, Walters  voted for a bill that "would reduce federal regulations on the development of Indian lands to expedite the development of energy. As amended, the bill would allow state, tribe, and local governments in an affected area to continue to comment on an environmental impact statement. Further, the bill would create a demonstration project with Indian tribes to perform administrative, management, and other functions of programs of the Tribal Forest Protection Act." The bill passed 254-173. [HR 538, Vote #544; CQ Floor Votes, 10/8/15]

> **Republicans Argued That The Bill Would Allow Native Americans To Develop Reservations Easier.** "Young says the bill would cut red tape to help Native people develop their own resources. On the House floor before the vote, the Alaska Republican argued the bill would also deter frivolous lawsuits, in part by shortening the timeline for legal challenges. 'The judicial review provision is crucial for Alaska natives, whose ability to develop their own settlement lands has been abused by special interest groups filing lawsuits,' he said." [Alaska Public Radio Network, 10/9/15]

> **The White House Issued A Veto Threat And Democrats Argued That The Bill Would Weaken A "Bedrock" Conservation Law.** "The White House issued a veto threat this week. In a memo, President Obama's advisors said the bill would undermine public oversight and set unrealistic deadlines…conservation law, the National Environmental Policy Act. And, Grijalva says, it could apply on non-Indian lands, too. 'If an energy company is developing natural resources anywhere in the United States and they get a tribal partner they could fall under this provision,' he said. 'This could incentivize energy companies to partner with tribes simply for the benefit of skirting NEPA and profiting from restricted judicial review.'" [Alaska Public Radio Network, 10/9/15]

**Voted For Prohibiting Any Tribal National From Operating Bingo Or Las Vegas-Style Gaming In The Phoenix Area Through January 2027**

**Voted For Prohibiting Any Tribal Nation From Operating Bingo Or Las Vegas-Style Gaming In The Phoenix Area Through January 2027.** In November 2015, Walters voted for a motion to suspend the rules and pass a bill that would "prohibit any tribal nation from operating bingo or Las Vegas-style gaming in the Phoenix metropolitan area through Jan. 1, 2027." The bill, which required a two-thirds majority, failed 263 to 146. [H R 308, Vote #626, 11/16/15; CQ, 11/16/15]

**Voted For Consideration Of A Constitutional Amendment To Bring Increased Transparency To Outside Spending In Elections**

**Voted For Consideration Of A Constitutional Amendment To Bring Increased Transparency To Outside Spending In Elections.**  In November 2015, Walters voted for a motion to consider "a constitutional amendment to bring increased transparency to outside spending in our elections." The previous question passed, 245 to 178. A vote against the previous question would have allowed the amendment to be considered. [H Res 526, Vote #629, 11/17/15; DemocraticLeader.gov, 11/17/15]

### Voted For Legislation To Exempt Tribal Governments And Tribally-Owned Gaming Facilities From The National Labor Relations Act

**Voted For Legislation To Exempt Tribal Governments And Tribally-Owned Gaming Facilities From The National Labor Relations Act.** In November 2015, Walters voted for legislation that would exempt tribal governments and tribally-owned gaming facilities from the National Labor Relations Act, thus preventing tribal employees from organizing labor unions. "The Act would insulate tribes from union organizing efforts by providing tribes with the same exemption from the NLRA that state and municipal governments enjoy." The bill passed the House, 249 - 177. [HR 1694, Vote #633, 11/17/15; National Law Review, 6/16/15]

### Voted Against Native American Tribes Having The Right Of First Refusal On Purchasing Land Along The Red River

**Voted Against Native American Tribes Having The Right Of First Refusal On Purchasing Land Along The Red River.** In December 2015, Walters voted against an amendment "that would allow Indian tribes to have the right of first refusal on purchasing lands. The amendment would require land to be sold at fair market value instead of $1.25 per acre as under the bill." The amendment passed 246-183. [HR 2130, Vote #684, 12/8/15; CQ Floor Votes, 12/9/15]

### Voted For Selling 30,000 Acres Of Federal Lands Along The Red River

**Voted For Selling 30,000 Acres Of Federal Landl Along The Red River.** In December 2015, Walters voted for a bill "that would require the Bureau of Land Management (BLM) to sell roughly 30,000 acres of federal land along the Red River on the border between Texas and Oklahoma to current and adjacent landowners. The bill would require the BLM to sell at $1.25 per acre, with no cap on the amount an individual can buy. After the boundary between public and private land is settled, BLM would be required to sell the remaining federal land along the Red River at no less than fair market value, with adjacent landowners given the right of first refusal." The bill passed 253-177. [HR 2130, Vote #686, 12/8/15; CQ Floor Votes, 12/9/15]

## Regulatory Reform

### Voted For Requiring Agency Rulemakers To Consider Low-Income Populations

**Voted For Requiring Agency Rulemakers To Consider Low-Income Populations.** In January 2015, Walters voted for an amendment "that would require agencies to review the potential effects of new rules on low-income populations." The amendment passed 254 to 168. [HR 185, Vote #23, 1/13/15; The Hill, 1/13/15]

### Voted For Increasing Review Of SBA Regulations, Expand Right To Challenge New Rules

**Voted For Increasing Review Of SBA Regulations, Expand Right To Challenge New Rules.** In February 2015, Walters voted for the Small Business Regulatory Flexibility Improvements Act of 2015 to "give the Small Business Administration more authority to ensure federal agencies grant small businesses flexibility in following regulations… Under the bill, the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The bill passed 260 to 163. [HR 527, Vote #68, 2/05/15; CQ News, 2/05/15]

### Voted For Consideration Of Bill Opposed By Trucker Safety Groups That Eliminated Industry Safety Regulations

**Voted For Consideration Of Appropriations Bill Providing For $55 Billion In Funding For The Departments Of Transportation, And Housing And Urban Development.** In June 2015, Walters voted for a resolution providing for the consideration of H.R. 2557 and H.R. 2578. According to CQ Bill Track, "A resolution providing for consideration of HR 2577, a bill making appropriations for the Departments of Transportation, and Housing and Urban Development, and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes, and providing for consideration of HR 2578, bill making appropriations for the Departments of Commerce and Justice, Science and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes." According to the Hill, "The House is scheduled to vote Tuesday on a $55 billion Republican funding bill for the departments of Transportation, and Housing and Urban Development. The measure, which is known as THUD, provides $55.3 billion in funding the departments of Transportation, and Housing and Urban Development, which is a $1.5 billion increase over the agencies' current 2015 spending levels." The bill passed 242 to 180. [H. Res. 287, Vote #268, 6/02/15; CQ Bill Track, 6/01/15; The Hill, 6/09/15]

    **Appropriations Bill Opposed By Trucker Safety Groups For Eliminating Industry Safety Regulations**. "President Obama is threatening to veto a $55 billion Republican funding bill for the departments of Transportation, and Housing and Urban Development. The White House said Tuesday that Obama would reject the measure, which is known as THUD, on the grounds that it underfunds federal transportation and housing programs, and includes a number of policy riders involving travel restrictions between the U.S. and Cuba, and truck driver scheduling. … Truck safety groups have accused GOP lawmakers of using the appropriations process to undo a series of trucking regulations they say makes U.S. roads safer, including limits on the length and weight of trucks. Trucking companies have opposed these limits for years." [The Hill, 6/02/15]

---

**Voted For To Require Regulations and Rule Changes In The Affordable Care Act Must Be Subject To Congressional Approval**

---

**Voted For To Require Regulations and Rule Changes In The Affordable Care Act Must Be Subject To Congressional Approval.** In July 2015, Walters voted for an amendment that would require "rule and regulations under the Affordable Care Act to be subject to the congressional approval process established in the bill." The amendment passed, 242-167. [HR 427, Vote #474; CQ Floor Votes, 7/28/15]

    **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […] The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

---

**Voted Against Exempting From Requirement For Congressional Approval Rules That Would Increase Jobs**

---

**Voted Against Exempting From Requirement For Congressional Approval Rules That Would Increase Jobs.** In July 2015, Walters voted against an amendment that "would exempt rules that the Office of Management and Budget determined would increase jobs from the congressional approval process established in the bill." The amendment failed, 163-246. [HR 427, Vote #475; CQ Floor Votes, 7/28/15]

    **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Voted Against Exempting From Requirement For Congressional Approval Rules Governing Pipelines Carrying Natural Gas and Hazardous Materials**

**Voted Against Exempting From Requirement For Congressional Approval Rules Governing Pipelines Carrying Natural Gas and Hazardous Materials.** In July 2015, Walters voted against an amendment that "would exempt rules intended to ensure the safety of natural gas or hazardous materials pipelines from the Congressional approval process outlined in the bill." The amendment failed, 166-244.  [HR 427, Vote #476; CQ Floor Votes, 7/28/15]

**Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Voted Against Exempting Public Health And Safety Regulations From Congressional Approval On Major Rule Changes**

**Voted Against Exempting Public Health And Safety Regulations From Congressional Approval On Major Rule Changes.**  In July 2015, Walters voted against an amendment that "would exempt rules pertaining to public health and safety from the Congressional approval process outlined in the bill." The amendment failed, 166-242. [HR 427, Vote #477; CQ Floor Votes, 7/28/15]

**Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Voted Against Exempting Product Safety Regulations Intended To Protect Children Under Two From Congressional Approval On Major Rules Changes**

**Voted Against Exempting Product Safety Regulations Intended To Protect Children Under Two From Congressional Approval On Major Rules Changes.** In July 2015, Walters voted against an amendment that "would exempt rules pertaining to the safety of any product designed for children under two from the Congressional approval process outlined in the bill." The amendment failed, 167-243. [HR 427, Vote #478; CQ Floor Votes, 7/28/15]

**Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

## Voted Against Exempting Safety Regulations For Nuclear Reactors From Congressional Approval On Major Rule Changes

**Voted Against Exempting Safety Regulations For Nuclear Reactors From Congressional Approval On Major Rule Changes.** In July 2015, Walters voted against an amendment that "would exempt any rule relating to nuclear reactor safety standards from the Congressional approval process outlined in the bill." The amendment failed, 167-241. [HR 427, Vote #479; CQ Floor Votes, 7/28/15]

**Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

## Voted Against Exempting Rules Changes Regarding Availability Of Medication & Healthcare Management For Veterans From Requirement For Congressional Approval

**Voted Against Exempting Rules Changes Regarding Availability Of Medication & Healthcare Management For Veterans From Requirement For Congressional Approval.** In July 2015, Walters voted against an amendment that "would exempt rules issued by the Veterans Affairs Department relating to the availability of medication and healthcare management for veterans from the Congressional approval process outlined in the bill." The amendment failed, 167-239. [HR 427, Vote #480; CQ Floor Votes, 7/28/15]

**Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

## Voted For An Amendment To Require Agencies To Publish Data On Proposed Executive Branch Rules

**Voted For An Amendment To Require Agencies To Publish Data On Proposed Executive Branch Rules.** In July 2015, Walters voted for an amendment to the REINS Act that would "require agencies to publish information online on which [an executive branch] rule is based, including data, scientific and economic studies, and cost-benefit analyses, and make such information publically accessible." The amendment was adopted 250-159. [HR 427, Vote #473, 7/28/15; CQ Floor Votes, 7/28/15]

## Voted Against Motion To Protect The Regulatory Process For Social Security And Medicare

**Voted Against Motion To Protect The Regulatory Process For Social Security And Medicare.** In July 2015, Walters voted against a motion to exempt rulemaking for Social Security and Medicare from the Regulations from the Executive in Need of Scrutiny (REINS) Act which would require congressional approval for new rules written by federal agencies. The motion failed 167 to 241. [HR 427, Vote #481, 7/28/15; Motion to Recommit, 7/28/15]

## Voted For Bill To Stifle Government's Ability To Enact Rules To Protect Americans

**Voted For Bill To Stifle Government's Ability To Enact Rules To Protect Americans.** In July 2015, Walters voted for the Regulations from the Executive in Need of Scrutiny (REINS) Act, "a bid to roll back the executive branch's rulemaking authority … Democrats fear the legislation would pave the way for Republicans to block what they believe to be much-needed public health and environmental protections. Rep. Hank Johnson (D-Ga.) said the REINS Act is a 'gift to the economic elites' that would 'stop all future regulations.'" The bill passed 243 to 165. [HR 427, Vote #482, 7/28/15; The Hill, 7/28/15]

---

**Voted For Requiring Federal Courts To Impose Monetary Sanctions On Parties That File Frivolous Lawsuits**

**Voted For Requiring Federal Courts To Impose Monetary Sanctions On Parties That File Frivolous Lawsuits.** In September 2015, Walters voted for a bill that "would change federal rules governing civil lawsuits to require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The sanctions would need to include monetary payments to the other party to cover the other party's attorney fees and costs. The bill also would eliminate the so-called 'safe harbor' clause by removing the ability of parties to withdraw of correct claims considered frivolous within 21 days of firing." The bill passed 241 to 185. [HR 758, Vote #501, 9/17/15; CQ, 9/17/15]

---

**Voted Against Amendment Removing Automatic Project Approval In Absence Of Agency Decision Within 90 To 120 Days**

**Voted Against Removing Automatic Project Approval In Absence Of Agency Decision Within 90 To 120 Day Deadline.** In September 2015, Walters voted against an amendment "that would remove the bill's provision that would automatically approve any project for which the reviewing agency does not make a decision within the bill's deadlines." The bill stipulated a deadline of between 90 and 120 days. The amendment failed, 173 to 237. [HR 348, Amendment #5 Vote #511, 9/25/15; CQ, 9/25/15]

---

**Voted Against Amendment To Bar RAPID Act From Affecting Permitting Projects That Could Be Terror Targets, Critical Infrastructure**

**Voted Against Amendment To Bar The Bill From Affecting Permitting Projects That Could Be Terror Targets, Critical Infrastructure.** In September 2015, Walters voted against an amendment to the Responsibly And Professionally Invigorating Development (RAPID) Act of 2015 that would "bar the bill's provisions from affecting permitting projects that could be a potential target for a terrorist attack or that involve chemical facilities and other critical infrastructure." The amendment failed 176 to 232. [HR 348, Vote #515, 9/25/15; CQ, 9/25/15]

> **RAPID Act Would Modify Environmental Review For Federally Funded Projects And Permits By Setting Deadlines On Agency Reviews, Limiting Grounds For Civil Actions Against Approvals.** "The Responsibly And Professionally Invigorating Development (RAPID) Act "modifies the environmental review process for federally funded projects and for federal permits for private projects by setting deadlines on agency reviews, and by limiting the grounds for civil actions filed against an environmental review or permit approval." [CQ, 9/18/15]

---

**Voted Against Amendment To State That Nothing In RAPID Act Would Limit Agencies From Public Comment Or Participation In Decision-Making**

**Voted Against Amendment To State That Nothing In RAPID Act Would Limit Agencies From Public Comment Or Participation In Decision-Making.** In September 2015, Walters voted against an amendment to the Responsibly And Professionally Invigorating Development (RAPID) Act of 2015 which would "state that nothing the bill would limit agencies from allowing public comment or participation in the decision-making process." The amendment failed 176 to 232. [HR 348, Vote #516, 9/25/15; CQ, 9/25/15]

**RAPID Act Would Modify Environmental Review For Federally Funded Projects And Permits By Setting Deadlines On Agency Reviews, Limiting Grounds For Civil Actions Against Approvals.** The Responsibly And Professionally Invigorating Development (RAPID) Act "modifies the environmental review process for federally funded projects and for federal permits for private projects by setting deadlines on agency reviews, and by limiting the grounds for civil actions filed against an environmental review or permit approval." [CQ, 9/18/15]

## Voted For Bill Aimed At Improving Attorney Accountability And Reducing Lawsuit Abuse

**Voted For Bill Aimed At Improving Attorney Accountability And Reducing Lawsuit Abuse.** In September 2015, Walters voted for the Lawsuit Abuse Reduction Act of 2015. The bill "would change federal rules governing civil lawsuits to require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The sanctions would need to include monetary payments to the other party to cover the other party's attorney fees and costs. The bill also would eliminate the so-called 'safe harbor' clause by removing the ability of parties to withdraw of correct claims considered frivolous within 21 days of firing." The bill passed 241 to 185. [HR 758, Vote #501, 9/17/15; CQ, 9/17/15]

**Democratic Rep. Frankel: Bill Reinstates Procedural Rules; Strips Ability Of Federal Judges To Impose Sanctions Deemed Appropriate To Bring Frivolous Lawsuits.** "This misguided bill would reinstate procedural rules that failed thirty years ago, stripping federal judges of the ability to impose the sanctions they deem appropriate for bringing frivolous lawsuits. During the ten years the old rules were in effect, judges completely lost their discretion about whether or not to impose sanctions on attorneys and were forced to issue harsh penalties for even the smallest infractions. Heavy punishments under the old system lead to endless motions that clogged our already burdened legal system, preventing access to justice." [Rep. Lois Frankel Statement, 9/22/15]

## Voted Against Ensuring Enforcement Of Laws Protecting Human Health, Environment, Or Public Safety

**Voted Against A Motion To Ensure Enforcement Of Laws And Regulations Necessary To Protect Human Health, Environment, Or Public Safety.** In October 2015, Walters voted against a motion to ensure nothing in HR 702, a bill that would allow for the export of crude oil, would prevent the "enforcement of federal laws that protect human health, the environment, and public safety." The motion failed 179 to 242. [HR 702, Vote #548, 10/09/15; Motion to Recommit, 10/09/15]

## Voted For Requiring Federal Agencies To Post Data And Cost-Benefit Analysis Relating To Federal Rule Changes Online

**Voted For Requiring Federal Agencies To Post Data And Cost-Benefit Analysis Relating To Federal Rule Changes Online.** In November 2015, Walters voted for an amendment, "that would require, for each publication in the Federal Register related to a rule that would be required under the measure, the inclusion by the agency of information on which the rule is based, including data, studies and cost-benefit analyses. It also would need to identify how the public can access the information online." The amendment passed 236-192. [HR 22, Vote #617, 11/04/15; CQ, accessed 1/07/16]

## Voted Against Removing Requirement That Federal Agencies File Monthly Rule-Making Status Reports

**Voted Against Removing Requirement That Federal Agencies File Monthly Rule-Making Status Reports.** In January 2016, Walters voted against an amendment that would remove from HR 712, the Sunshine for Regulatory Decrees and Settlements Act, the requirement that federal agencies file monthly status reports of their rule-making activities. "The bill is intended to limit special interest groups' ability to push federal agencies to adopt rules through litigation by prohibiting the same-day filing of complaints, pre-negotiated consent decrees and settlement

agreements in cases seeking to compel agency action … The White House said this week that the president would veto both bills because they would limit authority federal agencies have to issue rules." The amendment failed 174-244. [HR 712, Vote #8, 1/07/16; CQ, 1/07/16; The Hill, 1/07/16]

---

**Voted Against Exempting Rules The OMB Determines Would Create Jobs From Actions That May Delay The Rulemaking Process**

**Voted Against Exempting Rules The OMB Determines Would Create Jobs From Actions That May Delay The Rulemaking Process.** In January 2016, Walters voted against an amendment to HR 712, the Sunshine for Regulatory Decrees and Settlements Act, proposed by Rep. Hank Johnson. When introducing the amendment Johnson said, "H.R. 712 would significantly delay and possibly stop the Federal rulemaking process by making it easier for regulated industries and well-funded antiregulatory entities to delay or prevent agency action and prohibiting any rule from being finalized until certain information is posted online for 6 months.   This assault on the regulations is based on the false premise that Federal regulation stifles economic growth and job creation. My amendment confronts this fallacious assumption by excepting from H.R. 712 all rules that the Office of Management and Budget determines would result in net job creation." The amendment failed 175-242. [HR 712, Vote #7, 1/07/16; Congressional Record, 1/07/16]

---

**Voted Against Exempting Claims Seeking Monetary Relief Under Civil Rights Act**

**Voted Against Exempting Claims Seeking Monetary Relief Under Civil Rights Act.** In January 2016, Walters voted againstan amendment that "would exempt claims seeking monetary relief under Title VII of the Civil Rights Act." The amendment failed, 163-221.  [HR 1927, Vote #24, 1/08/16; CQ Floor Votes, 1/08/16]

---

**Voted Against Exempting Claims Against Perpetrator Of Terrorist Attack By Victims Of Attack**

**Voted Against Exempting Claims Against Perpetrator Of Terrorist Attack By Victims Of Attack.** In January 2016, Walters voted against an amendment that "would exempt claims against the perpetrator of a terrorist attack by victims of the attack." The amendment failed, 158-211. [HR 1927, Vote #23, 1/08/16; CQ Floor Votes, 1/08/16]

---

**Voted For Establishing "Cut-Go" To Require Agencies To Repeal Existing Rules Before Issuing New Ones**

**Voted For Establishing "Cut-Go" To Require Agencies To Repeal Existing Rules Before Issuing New Ones.** In January 2016, Walters voted fora bill that "would establish a nine-member commission to review existing federal regulations and identify regulations that should be repealed on the basis of reducing costs on the U.S. economy. The commission would identify those regulatory policies that should be repealed immediately, and would set up a "Cut-Go" system that would require agencies to repeal existing rules to offset costs before issuing a new rule. The measure, as amended, would require the commission to review a rule or regulation's unfunded mandate, whether the rule or regulation limits or prevents government agencies from adopting technology to improve efficiency, and the rule or regulation's impact on wage growth, when determining if the rule or regulation should be repealed." The bill passed, 245-174. [HR 1155, Vote #20, 1/07/16; CQ Floor Votes, 1/07/16]

---

**Voted Against An Amendment To Exempt FDA Consumer Safety Rules From The SCRUB Act**

**Voted Against An Amendment To Exempt FDA Consumer Safety Rules From The SCRUB Act.** In January 2016, Walters voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Food and Drug Administration concerning consumer safety." The amendment was rejected 173-245. [HR 1155, Vote #18, 1/07/16; CQ Floor Votes, 2/02/16]

---

**Voted Against An Amendment To Exempt DHS Rules From The SCRUB Act**

**Voted Against An Amendment To Exempt DHS Rules From The SCRUB Act.** In January 2016, Walters voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Homeland Security Department." The amendment was rejected 173-244. [HR 1155, Vote #17, 1/07/16; CQ Floor Votes, 2/02/16]

---

**Voted Against An Amendment To Exempt Rules Issued In Response To Emergencies From The SCRUB Act**

---

**Voted Against An Amendment To Exempt Rules Issued In Response To Emergencies From The SCRUB Act.** In January 2016, Walters voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued in response to an emergency." The amendment was rejected 176-239. [HR 1155, Vote #16, 1/07/16; CQ Floor Votes, 2/02/16]

---

**Voted Against An Amendment To Exempt Veterans' Affairs Department Rules From The SCRUB Act**

---

**Voted Against An Amendment To Exempt Veterans' Affairs Department Rules From The SCRUB Act.** In January 2016, Walters voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Veterans' Affairs Department." The amendment was rejected 176-241. [HR 1155, Vote #15, 1/07/16; CQ Floor Votes, 2/02/16]

---

**Voted Against An Amendment To Exempt Rules Issued By Independent Establishments From The SCRUB Act**

---

**Voted Against An Amendment To Exempt Rules Issued By Independent Establishments From The SCRUB Act.** In January 2016, Walters voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by independent establishments from the bill's provisions." The amendment was rejected 172-244. [HR 1155, Vote #14, 1/07/16; CQ Floor Votes, 2/02/16]

---

**Voted Against Preventing Federal Trade Commission From Being Forced To Use Same Procedures As Department Of Justice In Reviewing Mergers That Would Increase Pharmaceutical Drug Costs**

---

**Voted Against Preventing Federal Trade Commission From Being Forced To Use Same Procedures As Department Of Justice In Reviewing Mergers That Would Increase Pharmaceutical Drug Costs.** In March 2016, Walters voted against a motion that would add an exception for "mergers that would unreasonably increase the costs of pharmaceutical drugs" to a bill that would make the Federal Trade Commission review mergers using the same procedures as the Department of Justice.  The motion failed 174-235. [HR 2745, Vote #136, 3/23/16; Democratic Leader, 3/23/16]

---

**Voted For To Prohibit The IRS From Rehiring Previously Dismissed Employees**

---

**Voted For A Bill Prohibiting The IRS From Rehiring Employees Previously Removed For Misconduct Or Dismissed For Cause.** In April 2016, Walters Voted For a bill that would prohibit the IRS from rehiring individuals "previously employed by the IRS but was removed for misconduct or whose employment was terminated for cause." The Bill would achieve this by making amendments to the Internal Revenue Code. The bill Passed 345 to 78. [H Res 3724, Vote # 163, 4/21/16; Congress.Gov, 4/21/16]

---

**Voted For Prohibiting The Treasury From Paying Bonuses To IRS Employees Until The Treasury Developed A "Customer Service Strategy"**

---

**Voted For A Bill Prohibiting The Treasury From Paying Bonuses To IRS Employees Until The Treasury Develops A Comprehensive Customer Service Strategy.** In April 2016, Walters Voted For HR 4890, under

which no new "bonuses, awards, or similar cash payments" could be paid to IRS employees until the Treasury "develops and submits to Congress a comprehensive customer service strategy that has been reviewed and approved by the Treasury Inspector General for Tax Administration. The strategy must include: (1) appropriate telephone and correspondence levels of service; (2) a thorough assessment of which services the IRS can shift to self-service options; and (3) proposals to improve customer service over the short-term, the medium-term, and the long-term." The bill passed, 260 to 158. [H Res 4890, Vote #162; Congress.gov, 4/21/16]

---

**Voted For Removing IRS's Authority To Apply User-Fee Revenue Towards Operating Costs**

**Voted For Requiring The IRS To Funnel All User-Fee Revenue Into The Treasury General Fund Instead Of Towards Operating Costs.** On April 20, 2016, Walters voted for a bill that would require the IRS to deposit all user-fee revenue into the general fund of the Treasury. HR 4885 "aims to give Congress more oversight power by requiring the (IRS) receive Congressional approval before spending funds are collected through user fees. The IRS would have to deposit fees into a general fund at the Department of Treasury, which is slated to be used to improve services for taxpayers." The resolution passed, 245—179. [H Res 4885, Vote #161; The Daily Caller, 4/20/16]

> **White House OMB: Repealing User Fee Authority Undercuts IRS's Ability To Cover Costs And Provide Service To Taxpayers.** "H.R. 4885 would repeal the IRS's longstanding legal authority to offset the cost of providing services to taxpayers with user fees. The IRS has had this authority since 1995, and charges user fees for a variety of services. Repealing this authority would reduce overall IRS resources by roughly 4 percent…These cuts cost the Nation billions of dollars each year in lost tax revenue and have been enacted despite the IRS's crucial and growing responsibilities to implement new mandates and enhance cybersecurity protections." [White House Office Of Management and Budget, 4/18/16]

---

**Voted For Freezing New IRS Hires Until Treasury Certifies No Agency Employee Has Delinquent Taxes**

**Voted For A Bill Halting New IRS Hires Until US Treasury Certifies That No Agency Employee Has Delinquent Taxes.** On April 20th, 2016, Walters voted for the passage of the No Hires for the Delinquent IRS Act. The bill proposed "to suspend the hiring of new IRS employees unless Treasury Secretary Jacob J. Lew certifies that none of the agency's workers has serious tax delinquencies, or provides an explanation of why such a certification is not possible." The bill passed, 254 to 170. [H Res 1206, Vote # 160; CQ News, 4/20/16]

---

**Voted For Bill To Weaken Government Oversight On Mergers And Acquisitions By Ensuring FTC And Department Of Justice Use The Same Process**

**Voted For Bill To Weaken Government Oversight On Mergers.** In April 2016, Walters voted for a bill that would "require the Federal Trade Commission (FTC) to comply with the same procedures as the Department of Justice under the Clayton Act (PL 63-212) for cases of antitrust laws that could 'substantially lessen competition' or 'tend to create a monopoly.'. Additionally, the bill would require the Attorney General and the FTC to notify a state attorney general in writing, on cases in which a state could bring action on an antitrust case, would give the FTC subpoena authority for such cases, and would give United States district courts jurisdiction in relevant cases." The bill passed 235-171. [HR 2745, Vote #137, 3/23/16; CQ Floor Votes, 3/23/16]

> **Proponents Of The Bill Argued That It Would Guarantee Fairness During The Government's Review Of The Merger And Acquisition Process.** "The U.S. House approved a partisan bill last week that Republicans contend would help guarantee fairness in the government's review of business mergers." [Las Vegas Review-Journal, 3/27/16]

> **Opponents Of The Bill Argued It Would Gut An Independent Process And Make The FTC A Redundant Agency.** "The U.S. House approved a partisan bill last week… Democrats warn it would gut an independent process that protects competition and consumers… He [Rep. Conyers] said Farenthold's bill would transform the FTC from an independent agency to just another enforcement agency with redundant powers that might be

headed for elimination. The Obama administration also voiced strong opposition to the bill. In its official statement of administration policy, it said the changes proposed by the legislation are not only unnecessary but threaten to undermine the FTC's important role in protecting competition and consumers." [Las Vegas Review-Journal, 3/27/16]

**Voted For To Provide For Consideration Of HR 5063.** In September 2016, Walters voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 843) that would provide for House floor consideration of the bill that would prohibit settlement agreements involving the U.S. government from requiring the non-governmental party to make a payment to any party other than the U.S. government." The motion was agreed to, 231-177. [H RES 843, Vote #481, 9/7/16; CQ Floor Votes, 9/7/16]

> **HR 5063: Stop Settlement Slush Funds Act Of 2016.** According to the Democratic Whip, "This bill would sharply limit the autonomy of the Department of Justice (DOJ) and other government agencies to address unlawful conduct, provide restitution, or to adequately address illegal conduct by prohibiting settlement agreements involving the U.S. government from requiring the defendant make payments to an organization or individual not a party to the litigation." [democraticwhip.gov, accessed 3/13/17]

**Voted Against An Amendment To Exempt Discriminatory Settlement Agreements.** In September 2016, Walters voted against an "amendment that would exempt settlement agreements related to discrimination based on race, religion, national origin from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 178 to 234. [HR 5063, Vote #483, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted Against An Amendment To Exempt Discriminatory Settlement Agreements.** In September 2016, Walters voted against an "amendment that would exempt settlement agreements related to discrimination based on race, religion, national origin from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 175 to 236. [HR 5063, Vote #484, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted Against An Amendment To Exempt Settlement Agreements That Resolve A Workplace-Harassment/Discrimination Related Civil Action.** In September 2016, Walters voted against an "amendment that would exempt settlement agreements that would resolve a civil action or potential civil action related to work place harassment or discrimination from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 178 to 235. [HR 5063, Vote #485, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted Against An Amendment To Establish Attorney Fee Limits On Environmental Cases.** In September 2016, Walters voted against an "amendment that would prohibit settlement agreements related to environmental cases from including payments for attorney fees with rates exceeding $125 an hour." The amendment failed, 178 to 235. [HR 5063, Vote #486, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted Against A Motion To Recommit HR 5063 With Instructions.** In September 2016, Walters voted against an "motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt settlement agreements that would reduce the cost of medical devices through the enforcement of anti-trust laws from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 155-262. [HR 5063, Vote #487, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted For To Pass HR 5063.** In September 2016, Walters voted for "passage of the bill that would prohibit settlement agreements involving the U.S. government from requiring the non-governmental party to make a payment to any party other than the U.S. government. Prohibitions would not apply if the payment under the settlement is for restitution to affected parties or is a direct remedy for actual harm." The bill was passed, 241 to 174. [HR 5063, Vote #488, 9/7/16; CQ Floor Votes, 9/7/16]

**Voted For Requiring Regulatory Analysis To Be Disclosed.** In September 2016, Walters voted for an "amendment that would require an agency to post, in the database required by the bill, the findings of a regulatory impact analysis or similar cost-benefit analysis along with any data or formula used in conducting the analysis for

pending regulations." The amendment was adopted 241 to 154. [HR 5226, Vote #508, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted Against Recommitting The Regulatory Databases Bill To The House Oversight And Government Reform Committee.** In September 2016, Walters voted against a "motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt public communications related to combating public health crises from the bill's requirement that the agency making the communication state whether it is considering alternatives to its regulatory actions." The motion was rejected 185 to 238. [HR 5226, Vote #509, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For Passage Of HR 5226, The Regulatory Integrity Act Of 2016.** In September 2016, Walters voted for "passage of the bill that would require federal agencies to maintain and regularly update detailed online databases of regulatory actions taken and pending before the agency. Under the measure, an agency would be required to list whether it is considering alternatives, whether it is accepting comments, and information on analyses conducted for each pending regulation." The bill was passed 250 to 171. [HR 5226, Vote #510, 9/14/16; CQ Floor Vote, 9/14/16]

# Science & Technology

## Voted Against Amendment Allowing Energy Department To Verify Scientific Results With Additional Study

**Voted Against Amendment Allowing Energy Department To Verify Scientific Results With Additional Study.** In May 2015, Walters voted against an amendment to the America COMPETES Reauthorization Act that would have allowed the Department of Energy to verify scientific results in climate research through additional research by striking provisions from the bill, which blocked duplicative projects in climate change research. "The amendment would have struck from the bill provisions placing added reporting requirements on research funded by the Energy Department and eliminating duplicative projects in climate change research. Lowenthal said duplicative research projects were necessary to reproduce and verify previously published science, but the bill provisions would block such research, and also curtail the Energy Department's ability to choose to fund projects based on their merits." The amendment failed 187 to 236. [HR 1806, H.Amdt. 250, Vote #254, 5/20/15; Portland Press Herald 5/24/15]

## Voted For Bill That Contained Cuts For Scientific And Climate Change Research

**Voted For Department Of Energy Cuts Aimed At Limiting Scientific And Climate Change Research.** In May 2015, Walters voted for the America COMPETES Reauthorization Act of 2015, which contained targeted cuts for Department of Energy funding aimed at limiting scientific and climate change research. "On Wednesday, the House passed a new iteration of the COMPETES Act that's nearly unrecognizable from its original version. Overall spending remains the same, but under Science, Space and Technology Chairman Lamar Smith, R-Texas, the 2015 reauthorization carries the imprimatur of the Republican Party, with targeted cuts the GOP calls 'fiscally responsible' and Democrats decry as 'draconian.' The new version contains language that would bar some Department of Energy climate science research, dictate research priorities to entities that have typically had more autonomy and ban certain federally-sponsored research from influencing policy decisions. With passage of the bill Wednesday night, 217-205, legislation that was once a Democrat-touted achievement has become a potential selling point for the GOP — transformed so thoroughly that President Barack Obama promised to veto the latest version and no Democrats supported it." The bill passed 217 to 205. [HR 1806, Vote #258; Roll Call, 5/20/15]

**Bill Cut Programs To Modernize Energy Grid And Funding For Alternative Fuel Research.** "The White House's Office of Management and Budget warned Monday evening that it would advise President Barack Obama to veto the bill, called the COMPETE Re-authorization Act. OMB praised the investments research and technology but panned cuts to programs focused on energy grid modernization and alternative fuels. … COMPETES focuses on the Department of Energy and the National Science Fund, giving each more than $200

million in general research funding increases. But this comes with serious strings attached. Researchers and the White House claim the bill's cuts to alternative energy research hampers growth in a critical field, and the bill bars the Energy Department from setting recommendations for the Environmental Protection Agency based on its own research." [Dallas Morning News, 5/20/15]

**Bill Eliminated Six Department Of Energy Programs.** "The bill would also eliminate six Department of Energy programs that Alexander's office said were never fully implemented and reform five others." [The Hill, 5/20/15]

**Bill Sponsor: Legislation Cuts Funding For "Social And Behavioral Science, Redundant Climate Research, And Subsidies For Private Companies."** "The America COMPETES Reauthorization Act of 2015, legislation I introduced that the House will consider this week, sets priorities aimed at stimulating economic competitiveness and growth.  Our bill increases funding for the physical sciences and biology, from which come most of the scientific breakthroughs with the potential to stimulate new industries and jobs. Funding is cut for lower priority areas, including social and behavioral science, redundant climate research, and subsidies for private companies." [The Hill, Rep. Lamar Smith (R-TX) Op-Ed, 5/18/15]

**Bill Prevents Department Of Energy From Conducting New Climate Change Research, Must Prove That The Research Would Be Unique Before Approval.** "Scalise said that Republicans intend to end funding on 'programs that don't meet the national interests' with legislation, passed Wednesday 217-205, that would focus federal research in biology, chemistry, math and computer science. But Democrats, who didn't provide a single vote for the bill, said that while there may be a few questionable research projects funded by the federal government, the Republican-drafted bill makes deep cuts in vital scientific research and seems intended to block research into climate change. The bill bars the Department of Energy's Office of Science and Technology from approving new climate change science research 'without making a determination that such work is unique and not duplicative of work by other agencies.' Avoiding duplication makes sense, particularly at a time of large deficits and significant other funding priorities, said Rep. Lamar Smith, R-Texas." [Times-Picayune, 5/20/15]

**Bill Cut Funding For The National Science Foundation By 45% And Decreased Geoscience Funding By 12%.** "Known as the America COMPETES Act, the sweeping measure sets priorities for research programmes at the National Science Foundation (NSF), the Department of Energy and the National Institute of Standards and Technology (NIST). It has drawn sharp criticism from science organizations, which say that the plan would limit the agencies' ability to fund the most promising research, and from the White House. Some of the most controversial provisions apply to the NSF. The bill suggests slashing funds for the agency's social, behavioural and economic-sciences directorate from US$272.2 million in fiscal year 2015 to $150 million a year in 2016 and 2017 — a 45% cut. And it calls for a 12% decrease in geoscience funding, to $1.2 billion annually." [Nature, 5/21/15]

---

### Voted Against Amendment To Restore Funding For Energy And Climate Change Research

**Voted Against Amendment To Restore Funding For Energy And Climate Change Research.** In May 2015, Walters voted against an amendment that would have restored funding levels for scientific research. The amendment would have provided for "sustained growth and sensible policies across the scientific agencies, in keeping with the goals of the original Competes legislation." "A bill opponent, Rep. Eddie Bernice Johnson, D-Texas, criticized its flat funding of research and development, politicization of the scientific grant-making process, and decreased funding of the ARPA-E program for breakthrough energy research." The motion failed 179 to 239. [HR 1806, Vote #257; On Agreeing to the Amendment, 5/20/15; Albany Herald, 5/23/15]

**Amendment Sponsor LTE: Bill Made "Ideologically Driven Cuts" To Clean Energy And Climate Change Research.** "The chairman, however, is wrong about the way in which research should be prioritized. Politicians should not make ideologically driven cuts to particular areas of investigation with which they disagree, such as clean energy, climate research or the social sciences. Instead, research priorities should be set through the constantly evolving deliberation and debates within the scientific community and at the individual grant level about the areas that need further investigation. It is the National Science Foundation's well-proven,

scientific merit-review process, in which trained experts select the highest quality proposals across all fields of science and engineering, that ought to guide how we invest. Politicians, most of whom do not possess the same scientific or technical expertise, are ill-equipped to predict where the next breakthroughs are most likely to occur. Substituting our judgment for that of scientists would likely result more in missed opportunities than in new advances for American science and innovation." [The Hill, Reps. Steny Hoyer (D-MD) and Eddie Bernice Johnson (D-TX) Letter to Editor, 5/26/15]

## Voted Against Amendment To Ban Funds For The Experimental Program To Stimulate Competitive Research

**Voted Against Amendment To Band Funds For The Experimental Program To Stimulate Competitive Research.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "amendment to prohibit the use of funds to fund any Experimental Program to Stimulate Competitive Research (EPSCoR) program." The amendment failed 195-232. [HR 2578, Vote #279, 6/03/15]

**The EPSCoR Program Was Funded To Advance Discovery And Knowledge In Scientific Fields.** "The mission of EPSCoR is to assist the National Science Foundation in its statutory function 'to strengthen research and education in science and engineering throughout the United States and to avoid undue concentration of such research and education.' EPSCoR goals are: a) to provide strategic programs and opportunities for EPSCoR participants that stimulate sustainable improvements in their R&D capacity and competitiveness; b) to advance science and engineering capabilities in EPSCoR jurisdictions for discovery, innovation and overall knowledge-based prosperity." [National Science Foundation, accessed 8/21/15]

## Voted For U.S. Government's Oversight Of Internet's Naming And Addressing System Over To The International Community

**Voted For U.S. Government's Oversight Of Internet's Naming And Addressing System Over To The International Community.** In June 2015, Walters voted for a motion to suspend the rules and pass a bill, the Domain Openness Through Continued Oversight Matters (DOTCOM) Act of 2015. "The DOTCOM Act would allow the U.S. government to transfer its power to oversee the Internet's naming and addressing system — what turns www.google.com into a viewable Web page — over to the international community. While this might sound like giving the Internet to America's rivals, Washington actually ceded those powers long ago, and it retains them in name only. Today, that managing function is performed by a nonprofit called the International Corporation for Names and Numbers, or ICANN." The bill passed, 378 to 25. [HR 805, Vote #377, 6/23/15; Washington Post, 7/21/15]

## Voted Against An Amendment Which Would Make NIH And Cures Innovation Fund Discretionary

**Voted Against An Amendment Which Would Make NIH And Cures Innovation Fund Discretionary.** In July 2015, Walters voted against an "amendment that would change the mandatory funding for the new National Institute of Health and Cures Innovation Fund to an authorization of discretionary appropriations." The amendment failed, 141 to 281. [HR 6, Vote #431, 7/10/15; CQ Floor Votes, 7/10/15]

## Voted Against Bill Ensuring NSF Grant Funding Is Determined By NSF Merit Review Criteria

**Voted Against Bill Ensuring NSF Grant Funding Is Determined By NSF Merit Review Criteria.** In February 2016, Walters voted against the "Johnson, D-Texas, amendment that would provide for the bill's requirement that the National Science Foundation (NSF) determine that a grant is worthy of federal funding to be fulfilled by having met the NSF's merit review criteria." The amendment failed, 181 to 235. [H.R. 3293, Amendment #1, Vote #68; CQ, 2/10/16]

**Voted For A Bill To Require Funding For The National Science Foundation Be Justified In Writing Or Reaffirmed**

**Voted For A Bill To Require Funding For The National Science Foundation Be Justified In Writing Or Reaffirmed.** In February 2016, Walters voted for a bill to require funding for the national science foundation be justified in writing or reaffirmed. The bill "directs the National Science Foundation (NSF) to award federal funding for basic research and education in the sciences through a new research grant or cooperative agreement only if it makes an affirmative determination, justified in writing, that the grant or agreement promotes the progress of science in the United States, is worthy of federal funding, and meets certain other criteria." The bill passed 236 to 178. [HR 3442, Vote #70, 2/10/16; On Passage, 2/10/16]

> **Bill Required Written Justification For Each Grant Awarded To The National Science Foundation And Proof Of How The Research Could Benefit The Public And The Economy.** "Limits on NSF Grants--HR 3293, Scientific Research in the National Interest Act. The bill allows the National Science Foundation (NSF) to award grants or enter into cooperative agreements for basic research and science education only if it determines that the grant or cooperative agreement promotes the progress of science in the United States and is consistent with the NSF's mission, is worthy of federal funding and is in the national interest as specified by the bill, and a written justification detailing those determinations accompanies the public announcement of the award. Supporters of the bill say it is needed to properly account for scarce federal research dollars and that it essentially codifies the NSF's policy requiring clear, non-technical explanations of each research grant and how the grant supports the public interest." [Congressional Quarterly's House Action Reports, 2/05/16]

> **Prominent Scientists Noted That Scientific Studies Do Not Always Provide Immediate Economic Value But Can Lead To Long-Term Research Developments.** "On February 10th, the House passed a bill requiring the NSF to certify the usefulness of its grants; one of the possible criteria was economic. 'I think there's a misunderstanding between some members of congress and the research community that every grant that's given out should have some economic potential benefit," said Bill Andresen, associate vice president for federal relations at the University of Pennsylvania. "And that's just not the way science works.' Not only is some science valuable in non-economic ways, but when research does have an economic impact you can't always know it ahead of time.  Studies of eagles ended up leading to advances in contact lenses, said Andrese.  NSF director France Cordova points to NSF funding for digital libraries that helped lead to Google." [Marketplace, 2/22/16]

**Voted For Exempting Small Broadband ISPs From Making Public Disclosures**

**Voted For Exempting Small Broadband ISPs From Making Public Disclosures.** In March 2016, Walters voted for legislation "that would exempt small broadband Internet service providers from making public disclosures under the Federal Communications Commission's net neutrality rules.  Under that measure, small providers would not be required to release information such as monthly charges, promotional rates, data caps and network performance."  The bill passed 411-0. [HR 4596, Vote #124, 3/16/16; CQ, 3/14/16]

**Voted For To Weaken FCC Regulations On  Rates Broadband Companies Provide**

**Voted For To Weaken FCC Regulations On  Rates Broadband Companies Provide.** In April 2016, Walters voted for a bill "that would prohibit the Federal Communications Commission from regulating the rates that broadband Internet service providers charge for broadband Internet access service. The bill would not apply to the commission's administration of the Universal Service Fund, or its enforcement of truth-in-billing rules or the ban on paid prioritization." The bill passed 241-173. [HR 2666, Vote #152, 4/15/16; CQ Floor Votes, 4/15/16]

> **Opponents Of The Bill Claimed That The FCC Would Be Unable To Inquire How Broadband Companies Exchange Discounts For Customers' Personal Information.** "This bill would strip the Federal Communications Commission (FCC) of authority to review certain practices of broadband providers related to

their customers' privacy. Specifically, the FCC would have no power to inquire into broadband providers' offers of discounts or other incentives in exchange for the ability to use or disclose customers' personal information." [Center For Democratic & Technology, 4/13/16]

**Voted For Adopting An 'Internet Of Things.'** In September 2016, Walters voted for a "motion to suspend the rules and agree to the resolution that would express the sense of the House that United States should develop a national strategy to encourage the development of connections between the physical world and the internet through sensors and actuators, known as the 'Internet of Things.' It also would express that the U.S. government should determine whether the Internet of Things can improve government efficiency and effectiveness." The motion was agreed to 367 to 4. [H RES 847, Vote #496, 9/12/16; CQ Floor Vote, 9/12/16]

**Voted For Adopting A National Technology Policy.** In September 2016, Walters voted for a "motion to suspend the rules and agree to the resolution that would express the sense of the House that the United States should develop a national policy to encourage the development of tools related to the empowerment of consumers through customized, connected devices. It also would express that the United States should prioritize the acceleration of the development of alternative technologies that would support transparency and security." The motion was agreed to 385 to 4. [H RES 835, Vote #497, 9/12/16; CQ Floor Vote, 9/12/16]

## Seniors

### Voted For Jeopardizing Social Security

**Voted For Jeopardizing Social Security.** In January 2015, Walters voted for a House Rules package that contained a provision that could threaten benefit cuts to Social Security. The provision would block Congress from redirecting payroll tax revenue from Social Security to the Social Security disability program to help keep the program afloat. The provision would block a transfer unless it was part of a larger plan to address Social Security's finances through benefit cuts or tax increases. The resolution passed, 234-172. [H Res 5, Vote #6, 1/06/15; Politico, 1/20/15]

**Eleven Million Recipients Of Disability Benefits Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

**Eleven Million People Receive Disability Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/07/15]

### Voted Against Measure To Prevent Financial Companies That Harm Seniors From Using Any Emergency Lending Program Established By The Federal Reserve

**Voted Against Measure To Prevent Financial Companies That Harm Seniors From Using Any Emergency Lending Program Established By The Federal Reserve.** In November 2015, Walters voted against for a Democratic Motion to Recommit that "would ensure that financial companies found to engage in activity that harms seniors' financial health and stability are prevented from participating in any emergency lending program or facility established by the Federal Reserve." The motion to recommit failed in the House, 182 - 242. [HR 3189, Vote #640, 11/19/15; Motion to Recommit, 11/19/15]

## Small Business

**Voted Against Repealing Statutory Changes Of Bill If Less Than 5% GDP Growth In First Year After Enactment**

**Voted Against Repealing Statutory Changes Of Bill If GDP Growth Remained Under 5% First Year After Enactment.** In February 2015, Walters voted against Connolly of Virginia Part C Amendment No. 3, an amendment to the Unfunded Mandates Information and Transparency Act of 2015 that would "provide that in the event that the average annual rate of real gross domestic product (GDP) growth remains below 5 percent over the first four calendar quarters occurring after the date of enactment of H.R. 50, then the statutory changes made by the bill would be repealed." HR 50 itself "would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The amendment failed 173 to 249. [HR 50, Vote #62, 2/04/15; Congress.gov, 2/04/15; CQ News HR 50 Coverage, 2/04/15]

**Voted Against Amendment Eliminating Requirement That Agencies Provide Regulatory Cost-Benefit Analysis At Congressional Request**

**Voted Against Amendment Eliminating Requirement That Agencies Provide Regulatory Cost-Benefit Analysis At Congressional Request.** In February 2015, Walters voted against Cummings of Maryland Part C Amendment No. 2, an amendment to the Unfunded Mandates Information and Transparency Act of 2015 that would "strike section 12 of the bill, which would require Federal agencies to conduct a retrospective cost-benefit analysis of any regulation at the request of the Chairman or Ranking Member of a Congressional Committee." The amendment failed 179 to 245. [HR 50, Vote #61, 2/04/15; Congress.gov, 2/04/15]

**Voted Against Amendment Striking Provision In Bill Which Allowed SBA's Chief Counsel Authority To Set Small Business Size Qualifications**

**Voted AgainstAmendment Striking Provision In Bill Which Allowed SBA's Chief Counsel To Set Size Small Business Size Standards. .** In February 2015, Walters voted against Schrader of Oregon Part A Amendment No. 4, an amendment to the Small Business Regulatory Flexibility Improvements Act of 2015 that would strike a provision in the bill that would provide the Small Business Administration's chief counsel with authority to set size standards for small businesses and approve such standards. The amendment failed 184 to 234. [HR 527, Vote #65, 2/05/15; CQ]

**Voted Against Amendment That Allowed Government Projects To Be Combined To Meet Higher Project Threshold**

**Voted Against Amendment That Allowed Government Projects To Be Combined To Meet Higher Project Threshold.** In November 2015, Walters voted against an amendment that "sought to allow for a program of eligible projects to count as a single project to meet the $100 million threshold of project costs. An amendment numbered 31 printed in Part B of House Report 114-325 to allow for a program of eligible projects to count as a single project to meet the $100,000,000 threshold of project costs." The amendment failed, 174 to 248. [HR 22, H Amdt. 763, Vote #591, 11/03/15]

**Voted Against Amendment That Increased The Freight Program Small Project Funding**

**Voted Against Amendment That Increased The Freight Program Small Project Funding.** In November 2015, Walters oted against an amendment that "sought to increase the freight program small project set aside from 10 percent to 20 percent" The amendment failed, 160 to 263. [HR 22, H Amdt. 764, Vote #592, 11/03/15]

**Transportation Bill Included Funding For National Freight Program.** "Several members also praised the creation of a national freight program, funded at $725 million in fiscal 2016, $735 million in fiscal 2017 and

$750 million each year thereafter. California transportation agencies, such as the Alameda Corridor-East Construction Authority in the San Gabriel Valley, supported the idea, Napolitano's staff said. The program designates certain highways as part of a national freight network, providing $4.5 billion a year to expand the network's capacity and reduce congestion." [Los Angeles Times, 11/12/15]

## Taxes

### Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million

**Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million.** In January 2015, Walters voted against a motion that would prevent companies from claiming tax deductions for executive bonuses exceeding $1 million if they failed to give lower level employees raises to match increases in the cost of living. The motion failed, 168-243. [H Res 5, Vote #5, 1/06/15; CQ Floor Votes, 1/06/15]

**Voted For Blocking Consideration Of Bill Preventing U.S. Corporations From Moving Overseas To Dodge Paying Taxes.** In January 2015, Walters voted for blocking consideration of the Stop Corporate Expatriation and Invest in America's Infrastructure Act, a bill that would prevent U.S. corporations from moving overseas to dodge taxes. "The second is an infrastructure bill that would stop corporations from relocating abroad and redirect tax money lost through these so-called inversions to infrastructure projects in the U.S. That money would be sent to the highway trust fund." The previous question passed, 239 to 168. A vote against the previous question would have allowed the bill to be considered. [H Res 5, Vote #4, 1/06/15; Politico, 1/05/15; Congressional Record, 1/06/15]

### Voted For Repealing Federal Estate Tax

**Voted For Repealing Estate Tax.** In April 2015, Walters voted for repealing the estate tax. "The measure also would repeal the generation-skipping transfer tax and reduce the top marginal rate for the federal gift tax from 40 percent to 35 percent." The bill passed, 240-179. [HR 1105, Vote #161, 4/16/15; CQ News, 4/16/15]

**USA Today: "Repealing Estate Tax Would Reward .2%."** "Of the nearly 3 million Americans who die every year, only about two-tenths of 1% have enough assets to qualify. It's a rather exclusive group. This isn't to disparage people who worked hard enough (or, in some cases, were lucky enough) to have estates that big. It's just that, at a time when income inequality is one of the nation's most vexing problems, the 0.2% hardly need extra help from Congress." [Editorial, USA Today, 4/16/15]

**CBPP: "Roughly 2 Of Every 1,000 Estates Face The Estate Tax."** "Today, 99.8 percent of estates owe no estate tax at all, according to the Joint Committee on Taxation.[3] Only the estates of the wealthiest 0.2 percent of Americans -- roughly 2 out of every 1,000 people who die -- owe any estate tax. (See Figure 1.) This is because of the tax's high exemption amount, which has jumped from $650,000 per person in 2001 to $5.43 million per person in 2015." [CBPP, "10 Facts You Should Know About The Federal Estate Tax," 3/23/15]

**Bill Impacted Fewer Than 6,000 Families.** "This tax is levied on the portion of estates exceeding $5.43 million per person or $10.86 million per married couple, and because of those exemption levels, it affects less than 1 percent of estates, or fewer than 6,000 families in 2014." [Philadelphia Inquirer, 4/19/15]

**Bill Would Add $269 Billion To National Debt.** "Voting 240 for and 179 against, the House on April 16 passed a GOP-sponsored bill (HR 1105) that would permanently repeal the federal estate tax in a way that would add $269 billion to national debt through fiscal 2025." [Albuquerque Journal, 4/19/15]

**Politifact: False – "Estate Tax 'In Many Cases' Forces Family Farmers And Small Business Owners To Sell Their Holdings.** "The U.S. Department of Agriculture estimates only 6 tenths of 1 percent of estates with farms qualified for the tax in 2013. The nonpartisan Tax Policy Center estimates that there were 20 small, closely held farms and businesses that were subject to the tax that year. It's unknown how many of them, if any at all, were sold to pay the levy. So Hurt's statement comes up empty. We rate it False." [Politifact, 5/03/15]

**Voted For Considering Estate Tax Repeal On House Floor.** In April 2015, Walters voted for considering a bill repealing the federal estate tax on the House floor. The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

**Voted Against Preventing Giving Tax Benefits To Those Convicted Of Tax Fraud**

**Voted Against Preventing Giving Inheritance Tax Benefits To Those Convicted Of Tax Evasion Or Fraud.** In April 2015, Walters voted against a motion to recommit that would have prevented giving inheritance tax benefits to those convicted of tax evasion or fraud. The motion "would disqualify from the bill's provisions individuals convicted of attempting to evade the gift tax or before the bill's enactment engaged in a transaction with intent to evade the estate tax." The motion failed, 186-232. [HR 1105, Vote #160, 4/16/15; CQ Votes, 4/16/15]

**Voted For Permanently Allowing Taxpayers To Deduct State And Local Sales Taxes**

**Voted For Permanently Allowing Taxpayers To Deduct State And Local Sales Taxes.** In April 2015, Walters voted for a bill "that would make permanent the ability of taxpayers to deduct state and local sales taxes in lieu of state and local income taxes, which expired at the end of 2014. The measure would be effective for tax years beginning with 2015." The bill passed, 272-152. [HR 622, Vote #159, 4/16/15; CQ News, 4/16/15]

    **Bill Not Paid For, Would Add $42 Billion To National Debt.** "Because the bill is not paid for, it would add $42 billion to national debt through fiscal 2025." [Albuquerque Journal, 4/19/15]

**Voted For Considering State And Local Sales Tax Deduction Fairness Act On House Floor.** In April 2015, Walters voted for considering the State and Local Sales Tax Deduction Fairness Act of 2015 on the House floor. The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

**Voted Against Requiring State & Local Tax Deduction Legislation To Not Increase Deficit Or Delay Comprehensive Tax Reform**

**Voted Against Requiring State & Local Tax Deduction Legislation To Not Increase Deficit Or Delay Comprehensive Tax Reform.** In April 2015, Walters voted against a motion that would prevent deficit increases or delays in overall tax reform as a result of state & local tax deduction legislation. The motion also provided a one year extension of a state and local sales tax deduction rather than a permanent extension to make sure Congress could perform fiscally responsible tax extensions. The motion failed, 179-243. [HR 622, Vote #158, 4/16/15; CQ News, 4/16/15]

**Voted For Making Individuals With Delinquent Tax Debt Ineligible For Federal Employment**

**Voted For Making Individuals With Severely Delinquent Tax Debt Ineligible For Federal Employment.** In April 2015, Walters voted for a bill that would make individuals with "seriously delinquent tax debt" ineligible for federal employment, and would include existing federal employees. The bill failed, 266-160. A two thirds majority was required to pass the bill, under suspension of the rules. [HR 1563, Vote #157, 4/15/15; CQ News, 4/15/15]

    **Bill Opponents Noted That Tax Compliance Rate Was 97 Percent For Civil Servants.** "Opponents noted in debate that the tax compliance rate for civil servants was 97 percent in 2014, compared to 95 percent for House members and their staffs and 91 percent for the public at large. Civil servants owed $1.14 billion in delinquent taxes last year." [Bakersfield Californian, 4/18/15]

**Voted For Research Tax Credits**

**Voted For Permanent Research And Tax Development Tax Credit.** In May 2015, Walters voted for the American Research Competitiveness Act of 2015. "H.R. 880, the American Research and Competitiveness Act of 2015 (Brady) to simplify and make the research & development tax credit permanent." The bill passed 274 to 145. [HR 880, Vote #260, 5/20/15; Roll Call, 5/01/15]

**Voted Against Extending Research Tax Credit By Two Years And Preventing Deficit Increase.** In May 2015, Walters voted against a motion to recommit with instructions for the American Research Act of 2015. "Motion to recommit the bill to the House Ways and Means Committee with instructions to report back immediately with an amendment that would remove the bill's proposal to make permanent the research and development tax credit that expired at the end of calendar year 2014, and change the way elements of the credit are calculated. The bill would replace those provisions with language that would extend the credit for two years and would state that the bill shall not result in increasing the deficit or delaying or weakening efforts to adopt a permanent extension of the research credit in a 'fiscally responsible manner.'" The motion failed, 181-240. [HR 880, Vote #259, 5/20/15; CQ, 5/22/15]

---

**Voted Against Closing Corporate Inversion Tax Loophole To Fund Investments In U.S. Transportation Infrastructure**

---

**Voted Against Closing Corporate Inversion Tax Loophole To Fund Investments In U.S. Transportation Infrastructure.** In July 2015, Walters voted against a motion to recommit that "would help improve America's roads, bridges, and highways by stopping corporations that seek to avoid paying their fair share of taxes by moving their business address to another country.  Instead, those reclaimed resources will be invested in much-needed American transportation infrastructure improvements." The motion was rejected by a vote of 185-244. [HR 3038, Vote #440, 7/15/2015; Democratic Leader – Motions to Recommit, 7/15/15]

---

**Voted Against Motion To Analyze Long-Term Impact Of Special Interest Tax Loopholes**

---

**Voted Against Motion To Analyze Long-Term Impact Of Tax Loopholes.** In February 2016, Walters voted against on the motion to recommit on legislation to analyze "the long-term impact that tax loopholes abused by special interests have on American businesses, American workers, and our economy." The motion failed, 179 to 238. [HR 3442, Vote #75, 2/11/16; Democratic Leader, 2/11/16]

---

**Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Fund Infrastructure Investment**

---

**Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Fund Infrastructure Investment.** In April 2016,Walters voted for and use those funds to create good-paying jobs rebuilding America's crumbling roads and bridges." The previous question carried, 239-173. A vote against the previous question was to force the vote on limiting offshore tax loopholes to fix the country's infrastructure. [H Res 687, Vote #157, 4/19/16; Democratic Leader – Previous Questions, 4/19/16]

---

**Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Pay For Infrastructure, Military, And Education Programs**

---

**Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Pay For Infrastructure, Military, And Education Programs.**
In April 2016, Walters voted for a motion that would "limit the inversions that have enabled many corporations to dodge paying their fair share of the taxes that support our military, our infrastructure, and our children's education." The previous question carried 240-172. A vote against the previous question was to force the vote on limiting offshore tax loopholes to pay for the military, education, and infrastructure. [H. Res 688, Vote #155, 4/19/16; Democratic Leader – Previous Questions, 4/19/16]

**Trade**

---

**Voted For Blocking Consideration Of Bill To Re-Authorize Export-Import Bank**

---

**Voted For Blocking Consideration Of Bill To Re-Authorize Export-Import Bank.** In March 2015, Walters voted for blocking consideration of a bill to "force an immediate vote to re-authorize the Export-Import Bank, a self-funded agency that provides certainty and support to American businesses and creates American jobs." The previous question passed 233 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 152, Vote #126, 3/19/15; 114th Congress Previous Questions, 3/19/15]

---

**Voted For Amendment Reducing Funding For International Trade Administration By $312 Million; Opposed By Republican Rep. For Degrading Ability To Fight Against "Unfair Subsidies Given By Foreign Governments"**

---

**Voted For Amendment Reducing Funding For International Trade Administration By $312 Million.** In June 2015, Walters voted for an amendment which would cut funding to the International Trade Administration by $312 million in FY 2016. "House Vote 270 Fiscal 2016 Commerce-Justice-Science Appropriations — International Trade Administration. McClintock, R-Calif., amendment that would reduce funding for the International Trade Administration by $312 million, with an increase of the same amount to the spending reduction account." [H.R. 2578, McClintock Amendment, Vote #270, 6/02/15; CQ Bill Track, 6/26/15]

**Texas Republican Rep. Opposed Amendment Saying Cut Would Degrade "Ability To Fight Against 'Unfair Subsidies Given By Foreign Governments To Their Businesses That Cause American Workers To Lose Their Jobs."** "Funding trade promotion: The House has rejected an amendment sponsored by Rep. Tom McClintock, R-Calif., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would have eliminated $312 million of funding for trade promotion programs at the government's International Trade Administration. McClintock said trade promotion was the proper responsibility of private businesses, both individually and in trade associations, and taxpayers should not pay for the profits of private businesses. An amendment opponent, Rep. John Abney Culberson, R-Texas, said the funding cut would degrade the International Trade Administration's ability to fight against "unfair subsidies given by foreign governments to their businesses that cause American workers to lose their jobs." The vote, on June 2, was 154 yeas to 263 nays." [Citizens-Times, 6/05/15]

---

**Voted Against Amendment To Increase Funding To Program That "Helps U.S. Manufacturing Firms Capitalize on Business Opportunities And Make Them More Competitive In Global Markets**

---

**Voted Against Amendment To Increase Funding For Hollings Manufacturing Extension Partnership By $11 Million.** In June 2015, Walters voted against an amendment increasing funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership program by $11 million in FY 2016. "House Vote 271 Fiscal 2016 Commerce-Justice-Science Appropriations — Manufacturing Extension Partnership. Esty, D-Conn., amendment that would increase funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership program by $11 million and reduce funding for federal prison system buildings and facilities by $31 million." The amendment failed 213 to 214. [H.R. 2578, Esty Amendment, Vote #271, 6/02/15; CQ Bill Tracker, 6/02/15]

**Politifact: Program "Helps U.S. Manufacturing Firms Capitalize On Business Opportunities And Make Them More Competitive In The Global Markets."** During the 2008 presidential campaign, Barack Obama promised to double funding for the Hollings Manufacturing Extension Partnership, a program run by the U.S. Commerce Department that helps U.S. manufacturing firms capitalize on business opportunities and make them more competitive in the global markets." [Politifact, 9/30/11]

**Program Provided Business Information And Resources To U.S. Manufacturing Firms.** "The Hollings Manufacturing Extensions Partnership is part of the National Institute of Standards and Technology, which in turn falls under the U.S. Department of Commerce. The partnership, which consists of federal, state and local organizations, provides business information and resources to U.S. manufacturing firms to make them more competitive in the global markets." [Politifact, 11/06/09]

---

**Voted Against Amendment To Prohibit Funds For Trade Agreement Negotiations Where The Terms Are Confidential**

---

**Voted Against Amendment To Prohibit Funds For Trade Agreement Negotiations Where The Terms Are Confidential.** In June 2015, Walters voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibit[s] the use of funds to negotiate or enter into a trade agreement whose negotiating texts are confidential." The amendment failed 27-399. [HR 2578, Vote #282, 6/03/15]

---

**Voted For Extending African Growth And Opportunity Act & Renewing Generalized System Of Preferences, Both Of Which Increase Trade With Developing Countries**

---

**Voted For Bill To Extend African Growth And Opportunity Act And Renew Generalized System Of Preferences.** In June 2015, Walters voted for a bill that would "provide a 10-year extension of the African Growth and Opportunity Act, renew the Generalized System of Preferences and extend certain programs dealing with duty-free treatment of Haitian textiles and apparel… The bill would provide offsets dealing with customs user fees, payment of corporate estimated taxes and penalties for businesses that fail to file correct tax and income information." The motion was agreed to, 397-32. [H.R. 1295, Vote #345, 6/11/15; CQ Floor Votes, 6/11/15]

    **AGOA Lowers U.S. Tariffs On Exports For African Countries.** "The AGOA lowers U.S. tariffs on exports for beneficiary African nations to promote more long-term economic development, trade and investment." [AGOA Website, 4/16/15]

    **GSP Provides Duty-Free Importation Of Goods From Developing Nations.** "The GSP, on the other hand, provides duty-free importation of more than 5,000 products from developing nations. The GSP expired in 2013, but the AGOA Extension and Enhancement Act would extend the program through 2017." [AGOA Website, 4/16/15]

---

**Voted For Floor Consideration Of TPA**

---

**Voted For Adopt The Rule For Floor Consideration Of TPA.** In June 2015. Walters voted for the "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendment to a package (HR 1314) of Trade Promotion Authority and Trade Adjustment Assistance legislation and provide for floor consideration of the Senate amendments to a customs enforcement measure (HR 644)." The rule was adopted 217-212. [H. Res. 305, Vote #359; CQ Floor Votes, 6/11/15]

---

**Voted For Extension Of Trade Adjustment Assistance**

---

**Voted For Extension Of Trade Adjustment Assistance (TAA)**. In June 2015, Walters voted for a "motion to concur in the Senate amendment to the bill that would provide Trade Promotion Authority for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment, and would extend Trade Adjustment Assistance programs to help displaced U.S. workers. The portion of the Senate amendment covered by the division would reauthorize, through June 30, 2021, trade adjustment assistance programs and alternative trade adjustment assistance for workers laid off because of the impact of foreign competition. Offsets would include an extension of certain customs fees and prevention of certain taxpayers with high levels of foreign income from receiving the refundable portion of the child tax credit." The motion failed 126-302. [HR 1314, Vote #361; CQ Floor Votes, 6/12/15]

**NYT: TAA Failing Would Cripple President Obama's Trade Agenda.** "Hours after President Obama made a dramatic, personal appeal for support, House Democrats on Friday thwarted his push to expand trade negotiating power — and quite likely his chance to secure a legacy-defining accord spanning the Pacific Ocean. In a remarkable blow to a president they have backed so resolutely, House Democrats voted to end assistance to workers displaced by global trade, a program their party created and has supported for four decades. That move effectively scuttled legislation granting the president trade promotion authority — the power to negotiate trade deals that cannot be amended or filibustered by Congress." [New York Times, 6/12/15]

## Voted For Granting President Trade Promotion Authority

**Voted For Senate Amendment To Provide Trade Promotion Authority For Trade Agreements Negotiated By The Administration.** In June 2015, Walters voted for an amendment that would provide Trade Promotion Authority (TPA) for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment. However, due to Congress rejecting Trade Adjustment Assistance (TAA) in the vote immediately preceding, votes in favor of TPA were rendered largely irrelevant. "Republicans moved quickly to hold a vote on Trade Promotion Authority, but even though the bill received a majority of votes, it will not go to the president's desk because it does not match the Senate-passed package." The amendment passed 219 to 211. [HR 1314, Vote #362, 6/12/15; The Atlantic, 6/12/15]

## Voted For Granting Trade Promotion Authority

**Voted For Concurring In Senate Amendment To Grant The President Trade Promotion Authority.** In June 2015, Walters voted for Trade Promotion Authority (TPA). "The House on Thursday took the first step toward resuscitating the White House's trade agenda by passing legislation granting President Obama fast-track authority … This is the second time in a week the House has voted to approve the controversial fast-track bill. On Friday, the House voted 219-211 in favor of fast-track, which would make it easier for Obama to complete a sweeping trans-Pacific trade deal … House Democrats have historically favored TAA, but they voted against it on Friday to kill fast-track, which is deeply opposed by unions and other liberal groups." The amendment passed 218 to 208. [HR 2146, Vote #374, 6/18/15; The Hill, 6/18/15]

## Voted For Amendment To Restrict Currency Manipulation

**Voted For Concurring In Senate Amendment On Currency Manipulation To Trade Facilitation and Trade Enforcement Act.** In June 2015, Walters voted for an amendment that would "establish a center for coordinating federal government efforts to protect intellectual property from infringement, automate the processing of certain trade documents by the Customs and Border Protection agency, and establish processes for investigating whether foreign countries are directly or indirectly manipulating their currency to subsidize their exports … A bill opponent, Rep. Sander M. Levin, D-Mich., said its currency manipulation provisions had no substance and would not be enforceable, thereby putting millions of jobs at risk due to other countries using their undervalued currencies to undercut American companies." The amendment passed 240 to 190. [HR 644, Vote #363, 6/12/15; Citizen-Times, 6/19/15]

## Voted For Blocking Vote On Reauthorization of Export-Import Bank

**Voted For Blocking Vote On Immediate Reauthorization Of Export-Import Bank.** In June 2015, Walters voted for blocking a vote to re-authorize the Export-Import bank. Congressional Republicans failed to take action and the bank's charter expired. [H Res 319, Vote #371, 6/17/15; USA Today, 7/01/15; House Democratic Leader – Previous Questions, accessed 7/08/15]

## Voted For Adopting A Rule To Extend Trade Adjustment Programs And The African Growth Opportunity Act

Voted For Adopting A Rule In Order To Concur Senate Amendment To Extend TAA Programs And AGOA. In June 2015, Walters voted for the "adoption of the resolution (H Res 338) that would make in order a motion to concur in the Senate amendment to the bill (HR 1295) that would extend Trade Adjustment Assistance (TAA) programs that help U.S. workers harmed by trade agreements until 2021 and the African Growth and Opportunity Act (AGOA) through FY 2025." The rule was adopted 251-176. [H. Res. 338, Vote #386, CQ Floor Votes, 6/25/15]

## Voted For Reauthorizing TAA And Extending AGOA, The Generalized System Of Preferences And The Preferential Duty Treatment For Haiti

**Voted For** Reauthorizing The Trade Adjustment Assistance Program And Extending AGOA, The Generalized System Of Preferences And The Preferential Duty Treatment For Haiti. In June 2015, Walters voted for a trade preferences bill that would reauthorize the Trade Adjustment Assistance program. "The House Thursday finally sent President Barack Obama a bill to reauthorize the Trade Adjustment Assistance program, which had become a casualty of a protracted fight between the White House and congressional Democrats over fast track. The 286-138 vote on the trade preferences bill (HR 1295) included 175 Democrats, many of whom earlier this month voted against trade assistance, or TAA, measure as part of their strategy to block fast-track Trade Promotion Authority. In the end, only six Democrats voted against TAA. … The trade preferences bill includes the African Growth and Opportunity Act, known as AGOA, and the Generalized System of Preferences that provides developing nations access to the U.S. market through the duty-free treatment of exports. It also includes preferential duty treatment for certain goods from Haiti. The bill also includes a House-passed provision that would replace a $700 million cut to Medicare in 2024, originally proposed to help pay for TAA." The bill passed, 286 to 138. [HR 1295, Vote #388, 6/25/15; CQ News accessed 8/20/15]

## Voted Against Ending Prohibition On Using Funds Regarding The Legal Trade And Transport Of Ivory

**Voted Against Ending Prohibition On Using Funds Regarding The Legal Trade And Transport Of Ivory.** In July 2015, Walters voted against "an amendment to strike section 120 prohibiting use of funds regarding legal trade and transport of ivory." The amendment failed 189-239. [HR 2822, Vote #397, 7/08/15; H AMDT 553, 7/08/15]

**Rep. Raul M Grijalva: Amendment Was Introduced After One Ton Of Illegal Ivory Was Found In Philadelphia.** "Last week, the United States Fish and Wildlife Service destroyed more than one ton of illegal African elephant ivory, most of which had been confiscated from a Philadelphia antique dealer named Victor Gordon. All of this ivory – and all of the unknown volume of ivory Gordon sold over the past decade – was not antique, but instead had been made to look so after being removed from recently poached elephants. Sales of illegal ivory fund crime syndicates and terrorist groups, and anyone who has bought or sold any of the ivory that Gordon put into circulation before he was caught is complicit in giving financial support to these organizations, whether intended or not." [Rep. Raul M Grijalva Letter, 7/07/15]

**Rep. Raul M Grijalva: Original Bill Blocked Fish And Wildlife From Implementing Ivory Rules.** "This is why we have to end the ivory trade in the United States now. Unfortunately, section 120 of H.R. 2822 would block implementation of Fish and Wildlife Service rules and policies necessary to disrupt ivory markets and ensure that U.S. citizens do not contribute to the ongoing slaughter of African elephants, which are being killed at the rate of one every 15 minutes." [Raul M Grijalva Letter, 7/07/15]

**Rep. Raul M Grijalva: Amendment Was Supported By The Humane Society, Defenders Of Wildlife, And National Resources Defense Council.** "This amendment is supported by the following groups: Humane Society of the United States, Defenders of Wildlife, Animal Welfare Institute, Natural Resources Defense Council, Endangered Species Coalition, and Born Free USA." [Raul M Grijalva Letter, 7/07/15]

**Voted For Blocking Consideration Of Renewing The Export-Import Bank**

**Voted For Blocking Consideration Of Renewing The Export-Import Bank.** In July 2015, Walters voted for to block consideration of an "amendment to reauthorize the Export-Import Bank." The previous question carried, 242-180. A vote against the previous question was to force the vote on reauthorization of the Export-Import Bank. [H Res 388, Vote #483, 7/29/15; Democratic Leader – Previous Questions, 7/29/15]

**Voted For Blocking Consideration Of Export-Import Bank Reauthorization**

**Voted For Blocking Consideration Export-Import Bank Reauthorization.** In September 2015, Walters voted for blocking consideration of a vote to reauthorize the Export-Import Bank. The previous question carried, 238-179. A vote against the previous question was to force the vote on Export Import Bank Reauthorization. [HR 420, Vote #497, 9/17/15; Congressional Record, 9/17/15]

**Voted For Blocking Consideration To Re-Authorize The Ex-Im Bank.**

**Voted For Blocking Consideration To Re-Authorize The Ex-Im Bank.** In September 2015, Walters voted for to block consideration of a vote to "re-authorize the Export-Import Bank, a self-funded agency that provides certainty and support to American businesses of all sizes that are eager to compete in the global market." The previous question carried, 243-183. A vote against the previous question would call for an immediate vote to re-authorize the Ex-Im Bank. [H Res 421, Vote #502, 9/17/15; Democratic Leader – Previous Questions, 9/17/15]

**Voted For Blocking Reauthorization Of The Ex-Im Bank**

**Voted For Blocking Reauthorization Of The Ex-Im Bank.** In September 2015, Walters voted fora motion to block consideration of a vote to "re-authorize the Export-Import Bank, a self-funded agency that provides certainty and support to American businesses of all sizes that are eager to compete in the global market." The previous question carried, 243-183. A vote against the previous question would call for an immediate vote to re-authorize the Ex-Im Bank. [H Res 421, Vote #502, 9/17/15; Democratic Leader – Previous Questions, 9/17/15]

**Voted For Block Reauthorization Of Export-Import Bank**

**Voted For Blocking Consideration Of Reauthorizing The Export-Import Bank.** In October  2015, Walters voted for to block consideration of a vote to reauthorization of the Export-Import Bank. The previous question carried, 237-180. A vote against the previous question was to force the vote on reauthorizing the Export-Import Bank. [H RES 449, Vote #529, 10/01/15; Democratic Leader, Previous Questions, 10/01/15]

**Voted Against Amendment Increasing Financing Set-Aside For Small Businesses By Ex-Im Bank, Absence Of Increase Would Temporarily Bar Issuing Guarantees**

**Voted Against Amendment Increasing Financing Set-Aside For Small Businesses By Ex-Im Bank, Absence Of Increase Would Temporarily Bar Issuing Guarantees.** In November 2015, Walters voted against an "amendment that would increase by five percent each fiscal year for four years the percent of financing available to the Export-Import Bank that it is required to set aside for small businesses. Absent an increase in the set-aside, the bank would be temporarily barred from issuing guarantees, insurance or credit more than $100 million benefitting one person." The amendment failed, 121 to 303. [H.R. 22, Amendment #73, Vote #607, 11/04/15; CQ, 11/04/15]

**Voted Against Amendment Prohibiting Ex-Im Bank From "Guaranteeing, Insuring Or Extending Credit" In Transactions Absent Competition From Foreign Credit Agencies**

**Voted Against Amendment Prohibiting Ex-Im Bank From "Guaranteeing, Insuring Or Extending Credit" In Transactions Absent Competition From Foreign Credit Agencies.** In November 2015, Walters voted against an "amendment that would prohibit the Export-Import Bank from guaranteeing, insuring or extending credit involving transactions that do not meet competition from foreign export credit agencies." The amendment failed, 117 to 309. [H.R. 22, Amendment #74, Vote #608, 11/04/15; CQ, 11/04/15]

---

**Voted Against Amendment Requiring Ex-Im Financing Recipients Of $10 Million Or More To Have Been Denied By Private Sector At Least Twice**

---

**Voted Against Amendment Requiring Ex-Im Financing Recipients Of $10 Million Or More To Have Been Denied By Private Sector At Least Twice.** In November 2015, Walters voted against an "amendment that would require recipients of Export-Import Bank financing of more than $10 million to have been denied financing at least twice by the private sector. It also would institute penalties for inaccurate claims made by financing recipients about the availability of competing foreign export financing or private sector financing." The amendment failed, 124 to 302. [H.R. 22, Amendment #75, Vote #609, 11/04/15; CQ, 11/04/15]

---

**Voted Against Amendment Prohibiting Ex-Im Financing Of Foreign Companies If Receiving Foreign Government Support From Country With Sovereign Wealth Fund Value Of $100 Million Or More**

---

**Voted Against Amendment Prohibiting ExIm Financing Of Foreign Companies If Receiving Foreign Government Support From Country With Sovereign Wealth Fund Value Of $100 Million Or More.** In November 2015, Walters voted against an "amendment that would prohibit the Export-Import Bank from providing financing to foreign companies that benefit from support from a foreign government if the foreign government's sovereign wealth funds have a value of more than $100 billion." The amendment failed, 116 to 308. [H.R. 22, Amendment #76, Vote #610, 11/04/15; CQ, 11/04/15]

---

**Voted Against Amendment Eliminating Treasury Department Loss Guarantee For Ex-Im Bank**

---

**Voted Against Amendment Eliminating Treasury Department Loss Guarantee For Ex-Im Bank.** In November 2015, Walters voted against an "amendment that would eliminate the Treasury Department's guarantee of losses at the Export-Import Bank." The amendment failed, 117 to 308. [H.R. 22, Amendment #77, Vote #611, 11/04/15; CQ, 11/04/15]

---

**Voted Against Amendment Limiting Ex-Im Bank Single Sector Credit Exposure To 20 Percent, Prohibit Single Person From Benefiting From More Than 10 Percent**

---

**Voted Against Amendment Limiting Ex-Im Bank Single Sector Credit Exposure To 20 Percent, Prohibit Single Person From Benefiting From More Than 10 Percent.** In November 2015, Walters voted against an "amendment that would require the Export-Import Bank's credit exposure in a single industrial sector to be limited to 20 percent of the bank's total credit exposure. It also would prohibit the bank from issuing financing in a fiscal year if doing so would result in a single person benefitting from more than 10 percent of the total dollar amount of the bank's credit assistance in the fiscal year." The amendment failed, 114 to 314. [H.R. 22, Amendment #78, Vote #612, 11/04/15; CQ, 11/04/15]

---

**Voted Against Allowing Companies To Appeal Directly To Ex-Im Board Of Directors Regarding Economic Harm Caused By The Bank's Transactions**

---

**Voted Against Allowing Companies To Appeal Directly To Ex-Im Board Of Directors Regarding Economic Harm Caused By The Bank's Transactions.** In November 2015, Walters voted against an amendment, "that would allow companies to appeal directly to the Export-Import Bank's board of directors regarding an allegation

that the company would suffer economic harm from a proposed bank transaction." The amendment failed 129-298. [HR 22, Vote #616, 11/04/15; CQ, accessed 1/07/16]

## Voted Against Requiring The Export-Import Bank To Use Fair Value Accounting Principles In Financial Statements

**Voted Against Requiring The Export-Import Bank To Use Fair Value Accounting Principles In Financial Statements.** In November 2015, Walters voted against an amendment, "that would require financial statements of the Export-Import Bank to be in accordance with fair value accounting principles." The amendment failed 133-295. [HR 22, Vote #615, 11/04/15; CQ, accessed 1/07/16]

## Voted Against Prohibiting The Export-Import Bank From Providing Financing To A Foreign Borrower Without The US Company Guaranteeing The Loan Be Repaid

**Voted Against Prohibiting The Export-Import Bank From Providing Financing To A Foreign Borrower Without The US Company Guaranteeing The Loan Be Repaid.** In November 2015, Walters voted against an amendment, "that would prohibit the Export-Import Bank from providing financing to a foreign borrower in connection with the export of goods or services by a U.S. company without a guarantee from the company of repayment by the foreign borrower, and a pledge of collateral, in certain percentages specified in the measure. It also would require that the guarantee be senior to any other obligation. Small businesses would be exempt." The amendment failed 115-313. [HR 22, Vote #613, 11/04/15; CQ, accessed 1/07/16]

## Voted Against Bringing A Bill To Reauthorize The Export-Import Bank To The Floor

**Voted Against Bringing A Bill To Reauthorize The Export-Import Bank To The Floor.** In October 2015, Walters voted against a "motion to discharge from the House Rules Committee and bring to the House floor the rule (H Res 450) that would provide for House floor consideration of the bill (HR 597) that would reauthorize the Export-Import Bank through fiscal 2019." The motion carried 246-177. [HR 597, Vote #569, 10/23/15; CQ 10/23/15]

## Voted For Blocking Consideration Of Re-Authorization Of Export-Import Bank

**Voted For Blocking Consideration Of Re-Authorization Of Export-Import Bank.** In October 2015, Walters voted for consideration of the re-authorization of the Export-Import Bank of the United States. "Providing for the consideration of the bill (H.R. 597) to reauthorize the Export-Import Bank of the United States, and for other purposes." The ordering of the previous question carried, 271 to 158. [H.Res.450, Vote #572, 10/27/15]

## Voted For Bill To Re-Authorize The Export-Import Bank

**Voted For Bill To Re-Authorize The Export-Import Bank.** In October 2015, Walters voted for HR 597. "Lawmakers are trying to complete work on a long-term bill by Nov. 20, the date the current authorization expires. Backers of the Ex-Im Bank see attaching its reauthorization (HR 597) to the highway bill to be the best chance of renewing its charter that expired at the end of June." The bill passed 313 to 118. [HR 597, Vote #576, 10/27/15; CQ News, 11/5/15]

**Bill Was Advanced To Vote By The Little-Used Discharge Petition That Forced House To vote On The Legislation Against The Wishes Of Party Leadership.** "If Republicans aren't already divided enough, several dozen party members have signed a petition that will force the House to vote on whether to revive a controversial government-run bank that helps big American companies sell goods overseas. Some 41 Republicans signed a so-called discharge petition in an effort to fully reopen the Export-Import Bank. They joined ranks with nearly all Democrats to meet the 218-vote threshold required to allow a bill to reach the

House floor…. A discharge petition is an obscure technique used to force a vote on an issue against the wishes of party leadership. They are rarely used and rarely succeed." [MarketWatch, 10/09/15]

---

**Voted For Stripping Out Provisions In The Customs Enforcement Bill Protecting American Workers From Currency Manipulation**

**Voted For Stripping Out Provisions In The Customs Enforcement Bill Protecting American Workers From Currency Manipulation.** In December 2015, Walters voted for a motion that the House insist on the House amendment to the Senate amendment and request a conference on the Trade Facilitation and Trade Enforcement Act (HR 644). The House amendment did not include language "combat currency manipulation… [by] directing the Department of Commerce to slap duties on goods that have unfairly benefited from undervalued currency." The motion was agreed to by a vote of 252-170. [H R 644, Vote #652, 12/1/15; Congressional Record, 12/01/15]

---

**Voted Against Investigating Currency Manipulation By Foreign Governments**

**Voted Against Investigating Currency Manipulation By Foreign Governments And Public Entities.** In December 2015, Walters voted against a motion requiring the United States Trade Representative "to investigate currency manipulation by foreign governments and public entities and specifies the methodology with which the Trade Representative determines currency manipulation." The motion was rejected, 193-232. [CQ Floor Votes, 12/02/15; HR 644, Vote #655, 12/02/15]

---

**Voted Against A Motion In Support OF A Customs Bill**

**Voted Against A Motion In Support Of A Customs Bill To Honor American Workers, Address Human Trafficking, And Protect The Environment.** In December 2015, Walters voted against a motion to "challenge Republicans to support a Customs Bill that honors American workers, addresses human trafficking, and protects our environment." The motion failed, 172-239. [HR 644, Vote #692, 12/11/15; Democratic Leader – Motions to Recommit, 12/11/15]

---

**Voted For Strengthening Trade Enforcement, Protecting Intellectual Property, And Closing Loophole On Goods Made With Child Labor**

**Voted For Strengthening Trade Enforcement.** In December 2015, Waltersvoted for the Conference Report to the Trade Facilitation and Trade Enforcement Act of 2015. "The Conference Report facilitates trade by strengthening trade enforcement, including provisions to guard against evasion of anti-dumping and countervailing duty laws, protect intellectual property against piracy, and target sources of unfair trade and provisions streamlining the flow of legitimate trade by modernizing Customs operations and reducing paperwork. Also, it closes a loophole in current law that allows the importation of products made using child or forced labor." [HR 644, Vote #693, 12/11/15; The Daily Whip, 12/11/15]

> **Voted For Conference Report On Trade Bill That Would Bar The Inclusion Of Climate Change Provisions In Fast Track Trade Deals.** In December 2015, Walters voted for the Conference Report to the Trade Facilitation and Trade Enforcement Act of 2015. The Conference Report contained language that "would single out greenhouse gas emission provisions as being ineligible for inclusion in a trade deal, raising concerns about its impact on efforts to protect the environment in trade deals as called for in the May 10, 2007, Agreement setting out Democratic priorities for trade negotiations." The report passed, 256-158. [HR 644, Vote #693, 12/11/15; The Daily Whip, 12/11/15]

**Voted For To Prohibit The Use Of The U.S. Dollar In Trade Transactions With Iran.** In July 2016, Walters voted for "passage of the bill that would prohibit the administration from allowing the U.S. dollar to be used, directly or indirectly, to facilitate trade transactions with Iran. The measure would prohibit U.S. financial institutions from processing transactions transferred through a second foreign bank on behalf of any Iranian state-

owned or private entity. The measure would also uphold Iran's designation as a 'primary money laundering concern.'" The bill passed, 246 to 181. [HR 4992, Vote #478, 7/14/16; CQ Floor Votes, 7/14/16]

## Transportation

### Voted Against Authorizing $750 Million For Positive Train Control

**Voted Against Amendment To Authorize $750 Million In Positive Train Control That Could Have Prevented Amtrak Collision.** In May 2015, Walters voted against an amendment to authorize $750 million in positive train control. "House Democrats wanted increased funding for an automated train control system that could have prevented last week's deadly Amtrak crash included in a surface transportation bill being voted on Tuesday. . . . A spokesman for House Minority Leader Nancy Pelosi (D-Calif.) said Democrats were offering a motion to recommit on the road and transit measure that the House is voting on Tuesday that would boost the federal government's funding for the automated train control system to $750 million." [The Hill, 5/19/15; HR 2353, Vote #248, 5/19/15]

### Voted For Eliminating Discretionary Funding For Essential Air Service Program

**Voted For Amendment Eliminating Discretionary Funding For Essential Air Service Program.** In June 2015, Walters voted for an amendment that would eliminate discretionary funding for the Essential Air Service (EAS) program and increase the spending reduction account by $155 million, the amount that the underlying bill would provide in discretionary funding for the EAS program. The amendment, failed 166 to 255. [HR 2577, Amendment #8, Vote #298, 6/04/15; CQ, 6/04/15]

### Voted Against $3 Million In Additional Funding For Federal Railroad Safety

**Voted Against Additional $3 Million In Additional Funding For Federal Railroad Safety.** In June 2015, Walters voted against an amendment that would "reduce by $3 million funding for the Federal Aviation Administration's operations account, with the reduction targeted at funding for staff offices, and provide an additional $3 million for the Federal Railroad Administration's safety and operations account." The amendment failed 184 to 230. [HR 2577, Vote #308, 6/04/15; CQ Floor Votes, 6/04/15]

### Voted For Preventing Local Officials From Working With The Department Of Transportation To Reduce Motorcycle Fatalities

**Voted For Preventing Local Officials From Working With The Department Of Transportation To Reduce Motorcycle Fatalities.** In June 2015, Walters voted for an amendment to the Transportation And HUD Appropriations Bill that would remove language from the bill that would allow the Transportation secretary to engage in activities with states and state lawmakers to consider proposals related to reducing motorcycle fatalities. The amendment passed, 235 to 189. [HR 2577, Amendment #9, Vote #299, 6/04/15; CQ, 6/04/15]

### Voted Against Increasing Insurance Requirements For Commercial Vehicles To Guard Against Worst Case Scenario Incidents

**Voted Against Amendment Increasing Insurance Requirements For Commercial Vehicles.** In June 2015, Walters voted against an amendment that would remove a section of the bill that would bar funds from being used to develop, issue or implement regulations that increase the minimum financial responsibility for transporting passengers or property by commercial motor vehicles. The amendment failed, 176 to 247. [HR 2577, Amendment #16, Vote #301, 6/04/15; CQ, 6/04/15]

### Voted Against Increasing Safety Funding By Nearly $17 Million For Existing Rail Lines

**Voted Against Increasing Safety Funding By Nearly $17 Million For Existing Rail Lines.** In June 2015, Walters voted against an amendment increasing funding for the Federal Railroad Administration's safety and operations account by $16,930,000 in order to improve safety on existing rail lines and reduce funding for FRA capital investment grants by $83 million. "The U.S. House on Thursday rejected an effort by Rep. Scott Garrett to use some money earmarked for new transit projects to improve safety on existing lines instead. By a vote of 266-160, the House defeated Garrett's attempt to amend the transportation spending bill and transfer $17 million to the Federal Railroad Administration's safety account from the funds earmarked for new construction." The amendment failed, 160 to 266. [HR 2577, Amendment #18, Vote #302, 6/04/15; NJ.com 6/05/15]

## Voted For Amendment That Slashed More Than $280 Million In Funding For Amtrak

**Voted For Amendment That Slashed More Than $280 Million In Funding For Amtrak.** In June 2015, Walters voted for an amendment cutting $288 million in Amtrak operating grants. "The House on Thursday rejected a conservative lawmaker's push to impose steep cuts on Amtrak's budget a month after a fatal derailment near Philadelphia. The annual appropriations measure for the Department of Transportation contains $1.13 billion for Amtrak, down from the current $1.4 billion level. Rep. Mo Brooks (R-Ala.) offered two amendments to slash Amtrak funding further. His first proposal, rejected 143-283 with 99 Republicans in opposition, would eliminate all $288.5 million for Amtrak operating grants." The amendment failed, 190 to 232. [HR 2577, Amendment #20, Vote #303, 6/04/15; The Hill, 6/04/15]

## Voted For Amendment Blocking Funding For Orlando To Miami Passenger Rail Line Through Indian River County

**Voted For Amendment Blocking Funding For Orlando To Miami Passenger Rail Line Through Indian River County.** In June 2015, Walters voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for the Transportation Department to finance a new passenger rail project that runs from Orlando to Miami through Indian River County, Fla." The amendment was rejected 163-260. [HR 2577, Vote #313, 6/09/15; CQ Summary, 6/09/15]

## Voted For Decreasing Funding For Transportation, Housing And Urban Development By One Percent

**Voted For Decreasing Funding For Transportation, Housing and Urban Development By One Percent.** In June 2015, Walters voted for an amendment that would "reduce spending by 1 percent to all accounts," in the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016. The amendment failed 163 to 259. [HR 2577, Vote #310, 6/09/15; CQ Floor Votes, 6/09/15]

## Voted Against Baring Funding For Rule Meant To Reduce The Probability Of Train Accidents Involving Trains Carrying Flammable Liquids

**Voted Against Baring Funding For Rule Meant To Reduce The Probability Of Train Accidents Involving Trains Carrying Flammable Liquids.** In June 2015, Walters voted against an amendment barring funding for a rule that is "designed to reduce the consequences and, in some instances, reduce the probability of accidents involving trains transporting large quantities of flammable liquids." The amendment failed 136 to 286. [HR 2577, Vote #312, 6/09/15; CQ Floor Votes, 6/09/15; Federal Register, 5/08/15]

## Voted Against Funding For Positive Train Control

**Voted Against Motion Authorizing $6 Million For Positive Train Control Systems, Technology That Could Have Prevented Deadly 2014 Amtrak Crash.** In June 2015, Walters voted against a motion to recommit the FY16 Transportation-HUD Appropriations bill. "[The motion] intended to help give Amtrak funds to pay for positive train control technology, a safety upgrade that the National Transportation Safety Board said could have prevented

the May 12 derailment of a passenger train near Philadelphia that killed 8 and injured more than 200. The motion offered a $6 million increase in capital and debt service grants to Amtrak, offset by a decrease in the Office of Lead Hazard Control and Healthy Homes Information Technology Fund." The motion was rejected by a vote of 181-244. [HR 2577, Vote #328, 6/09/15; Congressional Quarterly News, 6/09/15]

## Voted For Amendment To Bar Funding On The Amtrak Route With The Highest Loss Per Rider—New Orleans To LA

**Voted For Amendment To Bar Funding On The Amtrak Route With The Highest Loss Per Rider—New Orleans To LA.** In June 2015, Walters voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for Amtrak on the route with the highest loss, measured by the loss per rider. It would eliminate the 'Sunset Limited' line from New Orleans to Los Angeles" The amendment was rejected 205-218. [HR 2577, Vote #314, 6/09/15; CQ Summary, 6/09/15]

## Voted For An Amendment To Bar Funding For Any Amtrak Route With Operating Costs Exceeding Twice Its FY 2014-18 Five Year Plan Funding

**Voted For An Amendment To Bar Funding For Any Amtrak Route With Operating Costs Exceeding Twice Its FY 2014-18 Five Year Plan Funding.** In June 2015, Walters voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for Amtrak to operate any route for which the operating costs exceed two times its revenues based on Amtrak's FY 2014-18 Five Year Plan from April 2014." The amendment was rejected 186-237. [HR 2577, Vote #315, 6/09/15; CQ Summary, 6/09/15]

## Voted Against Requiring The FAA To Allow Bob Hope Airport To Impose Curfew

**Voted Against Requiring The FAA To Allow Bob Hope Airport To Impose Curfew.** In June 2015, Walters voted against an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "require the Federal Aviation Administration to allow the Bob Hope Airport in Burbank, Calif., to impose a curfew on flights." The amendment was rejected 157-266. [HR 2577, Vote #316, 6/09/15; CQ Summary, 6/09/15]

## Voted For Blocking DOT From Financing Rail Projects With Top Speeds Under 150MPH

**Voted For Blocking DOT From Financing Rail Projects With Top Speeds Under 150MPH.** In June 2015, Walters voted for an amendment to a DOT and HUD appropriations bill that would "bar funding for the Transportation Department to authorize exempt facility bonds to finance passenger rail projects that cannot attain the speech[sic] of 150 mph." The amendment was rejected 148-275. [HR 2577, Vote #317, 6/09/15; CQ Summary, 6/09/15]

## Voted Against Blocking DOT Funding For Making Loans Over $600 Million For Rail Projects

**Voted Against Blocking DOT Funding For Making Loans Over $600 Million For Rail Projects.** In June 2015, Walters voted against an amendment to a DOT and HUD appropriations bill that would "bar funding for the Transportation Department to make a loan under the Railroad Revitalization and Regulatory Reform Act that exceeds $600 million." The amendment was rejected 134 to 287. [HR 2577, Vote #318, 6/09/15; CQ Summary, 6/09/15]

## Voted For Providing Preferential Funding To East Coast Transit Projects

**Voted For Amendment Requiring Grant Funding To The Northeast Corridor Match The Line's Prior Year Profits Before Amtrak Funding Can Be Distributed To Other Parts Of The Country.** In June 2015, Walters

voted for an amendment to the FY16 Transportation-HUD Appropriations bill that prohibit the use of funds for Amtrak capital grants may be used for projects off the Northeast Corridor until the level of capital spending by Amtrak for capital projects on the Northeast Corridor during fiscal year 2016 equals the amount of Amtrak's profits from Northeast Corridor operations during FY 2015. The amendment was rejected by a vote of 199-227. [HR 2577, Vote #322, 6/09/15; Congressional Record, 6/09/15]

## Voted For Prohibiting Transit Grant Funding Be Used For Usability Upgrades

**Voted For Amendment To Prohibit New Start Grant Funding Be Used For Upgrades To Improve Usability Of Transit Projects.** In June 2015, Walters voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to carry out any enrichment for any New Start grant request, including improvements to a transit project like a sidewalk, paths, plazas, lighting, and signage. The amendment was rejected by a vote of 212-214. [HR 2577, Vote #325, 6/09/15; CQ Floor Votes, 6/09/15; Congressional Record, 6/09/15]

## Voted For FY16 THUD Appropriations Bill Cutting Amtrak Funding, Housing Assistance & Rehabilitation

**Voted For FY16 Transportation-HUD Appropriations Bill That Slashed Amtrak Funding By $242 Million, Cut Housing Assistance & Rehabilitation.** In June 2015, Walters voted for the FY16 Transportation-HUD Appropriations. "[The bill] cut Amtrak's budget by $242 million … falls short of Obama's request for housing subsidies for the poor, which the administration says is lengthening waiting lists for rent vouchers … cut funding to rehabilitate housing projects by almost $200 million to $1.7 billion, and would offer just $20 million to Choice Neighborhoods grants to help cities rebuild poor neighborhoods, a 75 percent cut from current spending … The measure also seeks to reverse Obama administration steps to greatly ease travel restrictions to Cuba." The bill passed by a vote of 216-210. [HR 2577, Vote #329, 6/09/15; Associated Press, 6/09/15]

## Voted Against Baring Funds From Being Used By The FAA For Bio-Data Assessment In Air Traffic Control Specialist Hiring.

**Voted Against Baring Funds From Being Used By The FAA For Bio-Data Assessment In Air Traffic Control Specialist Hiring.** In June 2015, Walters voted against an amendment to a DOT and HUD appropriations bill that would "bar funds from being used by the Federal Aviation Administration for the bio-data assessment in the hiring of air traffic control specialists." The amendment was adopted 240-186**.** [HR 2577, Vote #321, 6/09/15; CQ Summary, 6/09/15]

## Voted For $8.1 Billion Short-Term Highway Funding Extension

**Voted For $8.1 Billion Short-Term Highway Funding Extension.** In July 2015, Walters voted for a bill that "would reauthorize federal-aid highway and transit programs through Dec. 18, 2015 and would transfer $8.1 billion in funding from the Treasury to the Highway Trust Fund to cover projected trust fund shortfalls over that time. The measure completely offsets the cost of the proposed funding transfer by extending for two years the current budgetary treatment of Transportation Security Administration (TSA) fees as mandatory savings and through several tax compliance provisions." The bill passed by a vote of 312-119. [HR 3038, Vote #441, 7/15/15; CQ Floor Votes, 7/15/15]

## Voted For Blocking Consideration Of A Long Term Transportation Bill

**Voted For Blocking Consideration Of A Long Term Transportation Bill.** In July 2015, Walters voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs." The previous question carried, 239-167. A vote

against the previous question was to force the vote on a long term transportation bill. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

**Bill Would Also Target Corporations Moving Abroad To Avoid Paying Taxes, Instead Reinvest Money In Transportation Improvements.** The bill also intended to "stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on a bill to stop corporations moving abroad to avoid paying taxes. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

### Voted For Blocking Consideration Of Long-Term Transportation Bill That Would Fund Domestic Infrastructure By Prohibiting Corporations From Moving Overseas To Avoid Taxes

**Voted For Blocking Consideration Of Long-Term Transportation Bill That Would Fund Domestic Infrastructure By Prohibiting Corporations From Moving Overseas To Avoid Taxes.** In July 2015, Walters voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs.  The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." The previous question carried, 240-167. A vote against the previous question was to force the vote on long-term transportation funding. [H Res 380, Vote #470, 7/28/15; Democratic Leader – Previous Questions, 2/03/15]

### Voted For Three Month Funding Patch For The Highway Trust Fund And Veterans Affairs Department

**Voted For Three Month Funding Patch For The Highway Trust Fund And Veterans Affairs Department.** In July 2015, Walters voted for "a three-month extension of highway funding Wednesday, just two days before the Highway Trust Fund was set to run out of money to help states build roads, bridges, and mass transit projects." The bill "also would authorize the Veterans Affairs Department (VA) to use $3.4 billion to pay for veteran care through non-VA providers and instruct the VA to consolidate all non-VA programs into a single program." The bill passed 385 to 34. [HR 3236, Vote #486, 7/29/15; USA Today, 7/29/15; CQ, 7/29/15]

### Voted Against Amendment To Expand Congestion Mitigation And Air Quality Improvement Program To Include Projects Like Bikeshare & Carpool Programs

**Voted Against Amendment To Expand Congestion Mitigation And Air Quality Improvement Program To Include Projects Like Bikeshare & Carpool Programs.** In November 2015, Walters voted against an amendment "that would expand the eligibility of the Congestion Mitigation and Air Quality Improvement program to include projects that use innovative mobility technologies to provide alternatives to driving alone, such as bikeshare and carpool programs, that are shown to reduce vehicle miles travelled or improve air quality." The amendment failed, 181 to 237. [HR 22, Vote #586, 11/03/15; CQ, 11/03/15]

### Voted Against Amendment To Allow States To Permit 6-Axle Trucks In Excess Of 80,000 Lbs To Drive On Interstate Highways

**Voted Against Amendment To Allow States To Permit 6-Axle Trucks In Excess Of 80,000 Lbs To Drive On Interstate Highways.** In November 2015, Walters voted against an amendment "that would allow states to permit trucks on their interstate highways that exceed the current weight limit of 80,000 pounds. Trucks would need to be equipped with a sixth axle and could not exceed a gross weight of 91,000 pounds." The amendment failed, 187 to 236. [HR 22, Vote #588, 11/03/15; CQ, 11/03/15]

**Voted Against Amendment To Establish National Advisory Committee On Travel And Tourism Infrastructure**

**Voted Against Amendment To Establish National Advisory Committee On Travel And Tourism Infrastructure.** In November 2015, Walters voted against an amendment "that would require the establishment of a National Advisory Committee on Travel and Tourism Infrastructure to advise the Transportation secretary on infrastructure issues and funding needs related to the use of the intermodal transportation network in facilitating travel and tourism, identify critical transportation facilities and corridors, and other duties." The amendment passed, 216 to 207. [HR 22, Vote #589, 11/03/15; CQ, 11/03/15]

**Voted Against Amendment To Require Transportation Secretary To Conduct Reviews Of Pipeline Transportation Infrastructure Project If Requested By State Or Tribe**

**Voted Against Amendment To Require Transportation Secretary To Conduct Reviews Of Pipeline Transportation Infrastructure Project If Requested By State Or Tribe.** In November 2015, Walters voted against an amendment "that would require the Transportation secretary to conduct a safety review of pipeline transportation infrastructure project if requested by a state or tribal government." The amendment failed, 160 to 263. [HR 22, Vote #590, 11/03/15; CQ, 11/03/15]

**Voted Against An Amendment To Require State And Regional Transportation Proposals To Include Project Criteria And Descriptions Developed By States Rather Than Federal Government**

**Voted Against An Amendment To Require State And Regional Transportation Proposals To Include Project Criteria And Descriptions Developed By States Rather Than Federal Government.** In November 2015, Walters voted against an amendment to require state and regional transportation proposals to include project criteria and descriptions that states developed instead of the federal government. The "Amendment sought to require State and regional transportation plans to include project descriptions and to score projects based on criteria developed by the State or the region, not the Federal Government." The amendment failed 171 to 252. [HR 22, Vote #599, 11/04/15; On Agreeing to the Amendment, 11/04/15]

> **Amendment Was Part Of Transportation Bill Aimed At Improving Roadways And Infrastructure.** "Congressional negotiators clinched a deal on Tuesday for a five-year, roughly $300 billion transportation bill that would inject badly needed investments into the nation's deteriorated highways and other infrastructure and also reopen the Export-Import Bank." [New York Times, 12/1/15]

> **Bill Did Not Raise The Gas Tax; Used Funds From The Federal Reserve And Back Taxes.** "Instead of raising the 18.4 cents per gallon gas tax, the bill relies on a variety of short-term financing provisions, including a requirement that the federal government use private collection agencies to recoup certain outstanding taxes, a provision that would allow the government to deny new passports to individuals owing more than $50,000 in back taxes, and the sale of 66 million barrels of oil from the Strategic Petroleum Reserve. The sale of oil is projected to generate $6.2 billion over 10 years, effectively pricing the oil at more than double the current price per barrel. Some of the money will come from the Federal Reserve. The bill cuts the Fed's annual dividend payments to large commercial banks, redirecting that money to highway construction. It also drains money from the Fed's rainy-day fund." [New York Times, 12/1/15]

**Voted Against Amendment That Would Have More Equitably Divided Transportation Money For U.S. Territories**

**Voted Against Amendment That Would Have More Equitably Divided Transportation Money For U.S. Territories.** In November 2015, Walters voted against an amendment that "was an attempt to distribute territorial highway funds more equitably among the islands. That, by using objective benchmarks like highway miles, population and traffic to allocate a limited pot of money—currently about 40-million dollars, divided 10-percent

each for the NMI and American Samoa, 40-percent each for Guam and the VI." The amendment failed, 113 to 310. [HR 22, H Amdt. 766, Vote #593, 11/03/15; PNC News, 11/06/15]

---

**Voted Against Amendment That Would Have Banned Funding For Landscaping In Transportation Projects**

---

**Voted Against Amendment That Would Have Banned Funding For Landscaping In Transportation Projects.** In November 2015, Walters voted against an amendment "to repeal the authority of the Secretary of Transportation to approve as part of the construction of federal-aid highways the costs of landscape and roadside development." "Representative Vicky Hartzler, Republican of Missouri, wanted an amendment that would prohibit the use of federal highway money for 'landscaping and beautification.' 'We should spend our federal highway dollars to improve our roads and bridges, not plant flowers,' Ms. Hartzler declared. Noting that between 1992 and 2013 about $1.3 billion was spent on landscaping, while 61,000 bridges were classified as structurally deficient, she added, 'This is outrageous.'" The amendment failed, 172 to 255. [HR 22, H Amdt. 769, Vote #594, 11/04/15; New York Times, 11/05/15]

---

**Voted Against Amendment Providing For States To Allow Livestock Hauling Vehicles Up To 95,000 Pounds With Permit Costs Limited To $200**

---

**Voted Against Amendment Providing For States To Allow Livestock Hauling Vehicles Up To 95,000 Pounds With Permit Costs Limited To $200.** In November 2015, Walters voted against an amendment to the Fixing America's Surface Transportation (FAST) Act which would "provide for states to allow, by special permit, the operation of vehicles with a gross weight up to 95,000 pounds for hauling livestock. The cost of a permit could not exceed $200 annually." The amendment was rejected, 185 to 240. [H R 22, H Amdt 771, Vote #595, 11/04/15; CQ, 11/04/15]

---

**Voted For Amendment Requiring Transportation Projects In Excess of $2.5 Billion To Establish Measures To Identify Potential Cost Overrun Causes**

---

**Voted For Amendment Requiring Transportation Projects In Excess of $2.5 Billion To Establish Measures To Identify Potential Cost Overrun Causes.** In November 2015, Walters voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "require transportation 'megaprojects' - those estimated to cost at least $2.5 billion - that receive federal financial assistance to establish a peer review group and a comprehensive risk management plan to identify and monitor elements that could result in cost overruns or project delays." The amendment was rejected, 169 to 257. [H R 22, H Amdt. 773, Vote #596, 11/04/15; CQ, 11/04/15]

---

**Voted For An Amendment To Establish Program To Allow Companies To Contribute To Roadside Maintenance & Receive Public Thanks Through Roadside Corporate Logos Made Of Live Plants**

---

**Voted For An Amendment To Establish Program To Allow The Use Of Live Plant Materials For Road Side Maintenance.** In November 2015, Walters voted for an amendment to establish a program to allow the use of live plant materials for road side maintenance. The amendment sought to "to establish a program to permit the use of live plant materials for road side maintenance." The amendment failed 173 to 255. [HR 22, Vote #600, 11/04/15; On Agreeing to the Amendment, 11/04/15]

**Amendment Would Have Allowed Companies To Contribute To Roadside Maintenance And Receive Public Thanks Through Roadside Corporate Logos Made Of Live Plants; Critics Labeled It Highway Commercialization.** "Under an amendment offered by Rep. Duncan Hunter, 10 states would be allowed to let companies contribute to roadside maintenance and be publicly thanked by setting up corporate logos made of live plant materials. The California Republican said the proposal would save his state millions of dollars annually in roadside maintenance costs and free up funds for other highway

projects. DeFazio objected, saying the step would commercialize federal highway right-of-ways and open the door to additional advertising on interstate roads. Hunter expressed surprise. 'This is one of those things that I thought everybody would enjoy,' he said. 'It's environmentally friendly, it uses plants and flowers, and it doesn't cost anybody anything. This is one of those deals that I'm surprised is opposed by any member.' The amendment was rejected 173-255, with 121 Republicans and 134 Democrats opposed." [CQ Weekly, 11/13/15]

## Voted For An Amendment To Standardize Meal And Rest Break Laws For The Motor Carrier Industry Across All States

**Voted For An Amendment To Standardize Meal And Rest Break Laws For The Motor Carrier Industry Across All States.** In November 2015, Walters voted for an amendment to standardize meal and rest break laws for the motor carrier industry across all states. The "Amendment clarifies the intent of Congress and ensures that the motor-carrier industry can operate under one standard when engaging in commerce and pre-empts a patchwork of 50 different state meal and rest break laws to provide certainty for regional carriers doing business." The amendment passed 248 to 180. [HR 22, Vote #601, 11/04/15; On Agreeing to the Amendment, 11/04/15]

## Voted Against An Amendment To Require Local Transit Organizations To Have A 1:1 Debt To Equity Ratio In Order To Qualify For Federal Funding

**Voted Against An Amendment To Require Local Transit Organizations To Have A 1:1 Debt To Equity Ratio In Order To Qualify For Federal Funding.** In November 2015, Walters voted against an amendment to require local transit organizations to have a 1:1 debt to equity ratio in order to qualify for federal funding. The amendment sought to "require local transit entity to have a debt to equity ratio of at least 1:1 in order to be eligible for federal funds." The amendment failed 116 to 313. [HR 22, Vote #603, 11/04/15; On Agreeing to the Amendment, 11/04/15]

## Voted Against An Amendment To Commission A Study On The Safety Of Intrastate Teen Truck Drivers

**Voted Against An Amendment Commission A Study On The Safety Of Intrastate Teen Truck Drivers.** In November 2015, Walters voted against an amendment to replace the graduated commercial driver's license program language in the FAST act with a study on the safety of intrastate teen truck drivers. The "Amendment sought to strike the graduated commercial driver's license program language in the bill and replace it with a study on the safety of intrastate teen truck drivers." The amendment failed 181 to 248. [HR 22, Vote #604, 11/04/15; On Agreeing to the Amendment, 11/04/15]

**Amendment Sought To Eliminate Pilot Program From The Bill That Would Allow Commercially Licensed Drivers To Drive Large Trucks On Interstate Highways At The Age Of 19 ½ Years; Current Minimum Age For Truck Drivers Was 21 Years.** "Voting 181 for and 248 against, the House on Nov. 4 refused to strip HR 22 (above) of a pilot program that would allow commercially licensed drivers as young as 19 ½ years to operate large trucks on the Interstate Highway System. The existing minimum age for truck drivers on interstates is 21 years. Amendment sponsor John Lewis, D-Ga., said 'young drivers may not have the experience needed to handle heavy, dangerous vehicles. Some follow too closely. Others go too fast and don't check their mirrors. Young drivers can use their brakes too much, and that is a real danger when handling an 80,000-pound truck.'" [Oshkosh Northwestern, 11/30/15]

## Voted For An Amendment To Conduct A GAO Study On The Economic Impact Of Contract Negotiations At West Coast Ports

**Voted For An Amendment To Conduct A GAO Study On The Economic Impact Of Contract Negotiations At West Coast Ports.** In November 2015, Walters voted for an amendment to conduct a GAO study on the

economic impact of contract negotiations at ports on the west coast. The amendment "request[ed] a GAO study on the economic impact of contract negotiations at ports on the west coast." The amendment failed 200 to 228. [HR 22, Vote #605, 11/04/15; On Agreeing to the Amendment, 11/04/15]

**Voted Against Requiring Additional Information Be Displayed On Used Cars For Sale And Making Vehicle Safety Databases More Publicly Accessible**

**Voted Against Requiring Additional Information Be Displayed On Used Cars For Sale And Making Vehicle Safety Databases More Publicly Accessible.** In November 2015, Walters voted against an amendment, "that would require the Transportation secretary to make the National Highway Traffic Safety Administration's vehicle safety databases more publicly accessible and require certain additional information regarding vehicle history to be displayed on used cars for sale." The amendment failed 176-251. [HR 22, Vote #619, 11/05/15; CQ, accessed 1/07/16]

**Voted For Amendment Reauthorizing Surface Transportation Programs For Six Years, Turning It Into A Block Grant Program And Changing Environmental Reviews**

**Voted For Amendment Reauthorizing Surface Transportation Programs For Six Years, Turning It Into A Block Grant Program And Changing Environmental Reviews.** In November 2015, Walters voted for an amendment to the Fixing America's Surface Transportation (FAST) Act to adopt "the amendments adopted in the Committee of the Whole, including an amendment consisting of the text of the surface transportation reauthorization measure (HR 3763) approved by the House Transportation and Infrastructure Committee, with modifications. That amendment would reauthorize surface transportation programs for six years, with policy provisions including those that would change the Surface Transportation Program into a block grant program, create a new grant program for nationally significant freight and highway projects, and make a number of changes to the environmental review process. . Another amendment would liquidate the Federal Reserve's surplus funds and redirect that money to the General Fund. The House amendments did not affect a Senate move to reauthorize the Export-Import Bank." The amendment passed 363 to 64. [H R 22, Vote #623, 11/05/15; CQ, 11/05/15]

**Voted For A Motion For House To Go To Conference With Senate On Six-Year Authorization Of Surface Transportation Programs**

**Voted For A Motion For House To Go To Conference With Senate On Six-Year Authorization Of Surface Transportation Programs.** In November 2015, Walters voted for a motion that "the House insist on the House amendment to the Senate amendment and request a conference on a bill (HR 22) that would provide a six-year authorization of surface transportation programs." The amendment passed 371 to 54. [H R 22, Vote #624, 11/05/15; CQ, 11/05/15]

**Voted For Five-Year Comprehensive Highway Funding Bill That Reauthorized Export-Import Bank And Reauthorized Amtrak**

**Voted For Five-Year Comprehensive Highway Funding Bill That Reauthorized Export-Import Bank And Reauthorized Amtrak.** In December 2015, Walters voted for adopting the conference report to "accompany the Surface Transportation Reauthorization and Reform Act (HR 22) that would reauthorize federal-aid highway and transit programs for five years, through FY 2020, at increased funding levels. The bill would transfer over $70 billion from the Treasury's general fund and other funds to cover projected shortfalls in the Highway Trust Fund and to fully fund the measure's estimated $305 billion cost. Further, the bill would reauthorize Amtrak, renew the charter for the Export-Import Bank, and roll back a reduction in the crop insurance program used as an offset in last month's two-year budget deal." The conference report was adopted, 359-65. [HR 22, Vote #673, 12/3/15; CQ Floor Votes, 12/3/15]

## Veterans

### Voted For Bill To Help Prevent Veteran Suicide

**Voted For Bill To Help Prevent Veteran Suicide.** In January 2015, Walters voted for a bill that would "designed to launch new community outreach efforts and recruit more psychiatrists to slow the nation's estimated 22 veterans suicides each day … The Clay Hunt Suicide Prevention bill, named for a Marine veteran activist who took his own life in 2011, would require an annual evaluation of VA suicide prevention programs, to determine which are working and which need to be replaced. It would mandate a new website better detailing the department's many mental health resources, and create new peer support programs for veterans outreach. Supporters say both of those are relatively simple changes which could produce immediate aid for veterans in crisis. The measure would also start a pilot program to repay student loans of psychiatry students, helping VA officials more quickly fill those specialty vacancies." The bill passed 403 to 0. [HR 203, Vote #17, 1/12/15; Military Times, 1/12/15]

### Voted For Blocking Consideration Of Bill To Accelerate Skills Training For US Veterans.

**Voted For Blocking Consideration Of Bill To Accelerate Skills Training For US Veterans.** In February 2015, Walters voted for blocking consideration of H.R. 344, a bill to "to carry out a five-year pilot program (to be known as the Veterans Manufacturing Employment Program) to award competitive grants to three states for the establishment and administration of a State Manufacturing Employment Program to make grants to manufacturing employers and labor-management organizations that provide training, on-job training, apprenticeships, and certification classes to eligible veterans." The previous question passed, 242 to 183. A vote against the previous question would have allowed the bill to be considered. [H.RES.78, Vote #59, 2/04/15; CRS Summary, 1/14/15]

### Voted For Amendment To Increase Veterans Affairs Department Budget By $1.5 Billion

**Voted For Amendment To Increase Veterans Affairs Department Budget By $1.5 Billion.** In April 2015, Walters voted for the Dent, R-Pa., point of order that the Bishop, D-Ga., amendment addresses sections of the bill that have not yet been read, and is consequently out of order. The Bishop amendment would increase various spending levels in accounts within the Veterans Affairs department. The ruling of the chair was sustained by a vote of 237-180. [HR 2029, Vote #178, 4/29/15; CQ Floor Votes, 4/29/15; Congressional Record, 4/29/15]

### Voted Against Allowing VA Doctors To Discuss Medical Marijuana As Treatment Option For Veterans

**Voted Against Amendment To Allow VA Doctors To Talk To Patients About Medical Marijuana As A Treatment Option.** In April 2015, Walters voted against an amendment that would allow doctors at the VA to talk to patients about the use of medical marijuana as a treatment option. "The House rejected a proposal Thursday to allow doctors at Department of Veterans Affairs hospitals to discuss the use of medical marijuana with patients … Medical marijuana is legal in more than 30 states and the District of Columbia. But VA doctors are prohibited from completing patient forms seeking recommendations or opinions regarding medical marijuana to treat conditions like post-traumatic stress disorder (PTSD) … Lawmakers from both parties argued veterans should at least be able to receive recommendations from their doctors about the drug's merits. They stressed the amendment wouldn't force doctors to recommend medical marijuana or authorize marijuana possession at VA facilities." The amendment failed to pass 210 to 213. [HR 2029, Vote #188; On Agreeing to the Amendment, 4/30/15; The Hill, 4/30/15]

### Voted For Underfunding VA Programs

**Voted For MilCon-VA Appropriations Bill That Underfunded VA By More Than $1 Billion, Impacting 70,000 Veterans.** In April 2015, Walters voted for legislation that would underfund the VA and impact veterans' health care, medical research, education, and cemeteries.  "Addressing the Democrats at a closed-door caucus meeting in the Capitol Wednesday, VA Secretary Robert McDonald warned the lawmakers that the GOP's $77

billion bill funding the department and military construction projects in fiscal 2016 falls short of the resources needed to provide health and other services to the nation's veterans. Relaying McDonald's message, Rep. Xavier Becerra (Calif.), chairman of the Democratic Caucus, said the GOP's bill would scale back health benefits for roughly 70,000 veterans, while also denying funds for medical research, education and veterans' cemeteries … Passed with bipartisan support by the House Appropriations Committee last week, the bill provides a 5.6 percent increase for the VA over 2015 levels, but falls more than $1 billion shy of the figure President Obama had included in his 2016 budget request." The bill passed 225 to 163. [HR 2029, Vote #193, 4/30/15; The Hill, 4/29/15]

**Voted Against Amendment To Increase VA Funding For Veterans Medical Services By $15 Million.** In April 2015, Walters voted against a motion that would have added $15 million to VA funding for veterans medical services. The motion failed 181 to 236. [HR 2029, Vote #192, Motion to Recommit with Instructions, 4/30/15]

---

**Voted Against Allowing The Department of Veterans Affairs To Immediately Suspend Employees Without Pay For Threatening Public Health Or Safety**

---

**Voted Against Allowing The Department of Veterans Affairs To Immediately Suspend Employees Without Pay For Threatening Public Health Or Safety.** In July 2015, Walters voted against an amendment granting the Veterans Affairs Department the authority to suspend without pay any employee whose performance or misconduct threatens public health and safety. Rep. Mark Takano, sponsor of the amendment in the nature of a substitution said during debate on the House floor, "My substitute would mean that, if a VA employee's behavior threatened veterans' health or safety, VA could immediately fire that employee. Current law only allows VA to ask such an employee to leave work while still receiving pay. My substitute would also cap paid administrative leave at 14 days so VA employees would not sit at home and collect a paycheck while fighting a disciplinary action. My substitute would shield our bold VA whistleblowers by protecting existing laws and requiring the VA to backpay any whistleblower unjustly fired for reporting wrongdoing." The substitute amendment failed, 191 to 233. [HR 1994, Vote #487, 7/29/15; H.Amdt.693, 7/29/15]

---

**Voted Against Protecting Whistleblowers At The Department Of Veterans Affairs**

---

**Voted Against Protecting Whistleblowers At The Department Of Veterans Affairs.** In July 2015, Walters voted against a motion to protect VA whistleblowers "who strive to ensure public health and safety, and are willing to expose discrimination and malfeasance, from being fired at will." The motion failed 184 to 241. [HR 1994, Vote #488, 7/29/15; Democratic Leader – 114th Congress Motions to Recommit, 7/29/15]

---

**Voted For Cutting Workplace Protections For Department Of Veterans Affairs Employees**

---

**Voted For Cutting Workplace Protections For Department Of Veterans Affairs Employees.** In July 2015, Walters voted for a bill cutting "workplace protections for Department of Veterans Affairs employees and extend their probationary period, making it easier to fire new staffers … In a statement the day before the vote, the White House said the legislation would create 'a disparity in the treatment of one group of career civil servants. The centerpiece of the bill is a provision that allows a VA employee to be removed from Federal service or demoted without the opportunity to appeal that decision to the full Merit Systems Protection Board' (MSPB), as most other federal workers can." The bill passed 256 to 170. [HR 1994, Vote #489, 7/29/15; Washington Post, 7/29/15]

---

**Voted Against Amendment Expressing Sense Of Congress That The Federal Gas Tax Should Be Reduced By "About 15 Cents" Per Gallon From 18.4**

---

**Voted Against Amendment Expressing Sense Of Congress That The Federal Gas Tax Should Be Reduced By "About 15 Cents" Per Gallon From 18.4.** In November 2015, Walters voted against "an amendment that called for sharply reducing the 18.4-cents-per-gallon gas tax that is traditionally used to pay for federal transportation projects and transferring authority for most infrastructure projects to states. The nonbinding amendment, from Rep. Ron DeSantis (R-Fla.), sought to establish a 'sense of Congress' that lawmakers think the gas tax should be reduced

by about 15 cents to allow states to play a bigger role in transportation funding. The amendment was defeated in an 118-310 vote on Wednesday evening." The amendment failed, 118 to 310. [H.R. 22, Amendment #69, Vote #606, 11/04/15; The Hill, 11/04/15]

---

**Voted For Legislation To Offer A Percentage Of Construction Jobs Related To Federal Transportation Projects To Veterans**

---

**Voted For Legislation To Offer A Percentage Of Construction Jobs Related To Federal Transportation Projects To Veterans.** In November 2015, Walters voted for legislation requiring "states to offer a percentage of construction jobs related to transportation projects to veterans." "The measure, which is sponsored by Reps. Mike Fitzpatrick (R-Pa.), Cheri Bustos (D-Ill.) and Don Young (R-Alaska), calls for states that receive federal money for transportation projects to included veteran-owned businesses in their contracting processes. The sponsors said the measure, which has been dubbed the 'Fairness to Veterans for Infrastructure Investment Act' (H.R. 1694), would 'level the playing field in federal contracting for veteran-owned businesses by providing veterans access to existing preferences authorized for transportation projects.'" On a "motion to suspend the rules and pass" by a 2/3 vote, the bill passed the House, 285 - 138. [HR 1694, Vote #631, 11/17/15; The Hill, 4/08/15]

**Voted For Providing For The Removal Of Department Of Veterans Affairs Employees Based On Performance Or Misconduct.** In September 2016, Walters voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 859) that would provide for House floor consideration of the bill (HR 5620) that would expand the Veterans Affairs Department's ability to fire employees for misconduct and would provide three new options for the appeal of VA benefits decisions." According to the Democratic Minority Leader, "The Democratic Previous Question would urge the House to vote on the full $1.9 billion emergency supplemental request needed to protect American families." The motion was agreed to 237 to 170. [H RES 859, Vote #498, 9/13/16; CQ Floor Vote, 9/13/16; Democratic Leader News, 9/13/16]

**Voted Against An Amendment Removing All Of The Bill's Accountability Provisions.** In September 2016, Walters voted against an "amendment that would remove all of the bill's sections except those related to overhauling the Veterans Affairs Department (VA) disability benefits decision appeals process. The amendment would remove the bill's provisions related to VA employee misconduct." The amendment failed 173 to 250. [HR 5620, Vote #511, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted Against An Amendment Allowing The Secretary To Suspend Any VA Employee Without Pay Whose Performance Or Misconduct Threatens Public Health Or Safety.** In September 2016, Walters voted against an "amendment that would replace the bill's process for the expedited removal of Veterans Affairs Department (VA) employees with provisions that would give the VA the authority to immediately suspend without pay any employees who are clear and direct threats to public health or safety." The amendment failed 184 to 240. [HR 5620, Vote #512, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted Against An Amendment Expediting The Removal Of Senior VA Executives.** In September 2016, Walters voted against an "amendment that would replace the bill's provisions related to the removal of Veterans Affairs Department Senior Executive Service employees with an alternative process to expedite the removal or demotion of a member of the Senior Executive Service. It also would require the establishment of a performance management system for evaluating members of the Senior Executive Service." The amendment failed, 183 to 236. [HR 5620, Vote #513, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For An Amendment Extending The VA's Authority For The Performance Of Medical Disability Evaluations By Contract Physicians.** In September 2016, Walters voted for an "amendment that would extend, through Dec. 2017, the Veterans Affairs Department authority for contract physicians to perform medical disability evaluations." The amendment was adopted, 426 to 0. [HR 5620, Vote #514, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For An Amendment Designating Members Of The Reserves Who Are Entitled To Retired Pay As Veterans.** In September 2016, Walters voted for an "amendment that would allow members of the reserve components of the military who are entitled to retirement pay for their service to be designated as veterans, but such

individuals would receive no additional benefits from the designation." The amendment was adopted, 421 to 1. [HR 5620, Vote #515, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For An Amendment Allowing The VA To Furnish And Modify Rehabilitative Equipment To Veterans With Prosthetics.** In September 2016, Walters voted for an "amendment that would allow the Veterans Affairs Department to furnish rehabilitative equipment to veterans entitled to prosthetic appliances, and it would allow the VA to modify non-rehabilitative equipment owned by a qualifying veteran at the veteran's request. The amendment would require an annual report to Congress on the equipment modified and furnished by the VA." The amendment was adopted, 421 to 0. [HR 5620, Vote #516, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For An Amendment Allowing The VA To Also Use Hearing Aid Specialists.** In September 2016, Walters voted for an "amendment that would allow the Veterans Affairs Department to use licensed hearing aid specialists to provide supplemental, non-medical care to veterans and would require an annual report on VA hearing health services." The amendment was adopted, 423 to 1. [HR 5620, Vote #517, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted Against A Motion To Recommit The Bill With Instructions To Use Gender-Neutral Terminology.** In September 2016, Walters voted against an "motion to recommit the bill to the House Veterans Affairs Committee with instructions to report it back immediately with an amendment that would remove instances of 'opposite sex' from the definition of 'spouse' as it relates to veterans benefits. The amendment would replace the term with gender-neutral phrases." The motion failed 185 to 239. [HR 5620, Vote #518, 9/14/16; CQ Floor Vote, 9/14/16]

**Voted For Passage Of The VA Accountability First And Appeals Modernization Act.** In September 2016, Walters voted for "passage of the bill that would expand the Veterans Affairs Department's (VA's) ability to fire employees for misconduct, would provide three new options for appealing VA benefits decisions, and would modify the disciplinary process for Senior Executive Service employees at the VA. The measure would authorize the VA to recoup any bonus paid to a VA employee if the VA deems it appropriate, and it would require that the employee be given advance notice and the right to appeal the decision. The measure also would establish a minimum 14-day suspension as punishment for whistleblower retaliation at the VA." The bill passed, 310 to 116. [HR 5620, Vote #519, 9/14/16; CQ Floor Vote, 9/14/16]

# Water Issues

## Voted For An Amendment That Blocked Funding To Establish National Ocean Policy, A Policy Initiative Aimed At Increasing Planning And Coordination On Ocean Use

**Voted For An Amendment That Blocked Funding To Establish National Ocean Policy, A Policy Initiative Aimed At Increasing Planning And Coordination On Ocean Use.** In June 2015, Walters voted for an amendment that blocked funding to establish national ocean policy, a policy initiative aimed at increasing planning and coordination on ocean use. "The House voted along party lines to attach an amendment from Rep. Bill Flores (R-Texas) prohibiting the use of funds to establishing the National Ocean Policy, an effort the Obama administration began in 2010 with the aim of improving coordination and planning. The House has attached the rider to spending bills in the past, driven by Republican assertions that the policy is akin to 'zoning the oceans.'" The amendment passed 236 to 190. [HR 2578, Vote #291, 6/03/15; On Agreeing to the Amendment, 6/03/15; Environment & Energy Publishing, 6/04/15]

## Voted Against Collaborating With California Officials To Install A Fish Screen To Protect Migrating Salmon

**Voted Against Collaborating With California Officials To Install A Fish Screen To Protect Migrating Salmon.** In July 2015, Walters voted against an amendment that would direct federal agencies to collaborate with the California Department of Water Resources to "help installation of a fish screen at the Delta Cross Channel

Gates to protect migrating salmon." The amendment was rejected by a vote of 182-236. [HR 2898, Vote #443, 7/16/15; CQ Floor Votes, 7/15/15; Sacramento Bee, 7/15/15]

---

**Voted Against Amendment To Provide Funding For Water Recycling And Reuse Projects**

---

**Voted Against Amendment To Provide Funding For Water Recycling And Reuse Projects.** In July 2015, Walters voted against an amendment that would fund water reclamation programs and water reuse projects so that the Bureau of Reclamation can investigate additional opportunities to reclaim and reuse wastewater and naturally impaired ground and surface water. The amendment was rejected by a vote of 179-242. [HR 2898, Vote #445, 7/16/15; CQ Floor Votes, 7/15/15]

---

**Voted Against Protecting The Supply Of Water For Drinking And To Fight Wildfires In The Western United States**

---

**Voted Against Protecting The Supply Of Water For Drinking And To Fight Wildfires In The Western United States.** In July 2015, Walters voted against a motion to recommit that would ensure an adequate supply of water for safe drinking that is untainted by arsenic, salt, or other toxins which become concentrated in diminished water supplies, to fight wild fires, and to honor tribal water rights. The motion was rejected by a vote of 183-239. [HR 2898, Vote #446, 7/16/2015; Democratic Leader – Motions to Recommit, 7/16/15]

---

**Voted For Overriding Legal Protections For Fish And Wildlife To Funnel Additional California Water To The San Joaquin Valley**

---

**Voted For Overriding Legal Protections For Fish And Wildlife To Funnel Additional California Water To The San Joaquin Valley.** In July 2015, Walters voted for a bill that would require that more water from Northern California be pumped south for agricultural uses in the Central Valley in times of drought. "The House bill aims to funnel more water to San Joaquin Valley growers by reducing the amount used to support endangered fish populations … environmental groups and commercial fishermen called the measure a bid to override legal protections for salmon, migratory birds and other fish and wildlife. They said it would repeal the settlement of an 18-year lawsuit involving the restoration of the San Joaquin River, and limit the federal government's ability to protect commercial and tribal fisheries on the Trinity and Klamath rivers." The bill passed by a vote of 245-176. [HR 2898, Vote #447, 7/16/15; CQ Floor Votes, 7/16/15; Los Angeles Times, 7/17/15]

---

**Voted Against Requiring Increased Disclosure On Groundwater Monitoring**

---

**Voted Against Requiring Increased Disclosure On Groundwater Monitoring.** In July 2015, Walters voted against an amendment that "would require all inactive surface impoundments follow post-closure groundwater monitoring standards to meet current public disclosure requirements." The amendment failed, 177-244. [HR 1734, Vote #453, 3/25/15; CQ Floor Votes, 7/22/15]

---

**Voted Against Requiring Inactive Hazardous Waste Sites To Follow Groundwater Monitoring Standards**

---

**Voted Against Requiring Inactive Hazardous Waste Sites To Follow Groundwater Monitoring Standards.** In July 2015, Walters voted against an amendment that "would require all inactive surface impoundments to follow post-closure groundwater monitoring standards in the Environmental Protection Agency's (EPA) rule." The amendment failed, 177-245. [HR 1734, Vote #454, 3/25/15; CQ Floor Votes, 7/22/15]

---

**Voted Against Requiring Alternate Safe Drinking Water Within 24 Hours If Drinking Water Had Unsafe Coal Pollution Levels**

**Voted Against Requiring Alternate Safe Drinking Water Within 24 Hours If Drinking Water Had Unsafe Coal Pollution Levels.** In July 2015, Walters voted against an amendment that "would require the owner or operator of a coal combustion residuals surface impoundment to survey all nearby drinking water supply wells and to supply an alternative source of safe drinking water within 24 hours if well water sampling exceeds groundwater quality standards for constituents associated with the presence of coal combustion residuals." The amendment failed, 192-231. [HR 1734, Vote #455, 3/25/15; CQ Floor Votes, 7/22/15]

---

**Voted Against To Require Criteria To Prevent Toxic Contamination Of Groundwater And To Protect Water Sources, Including Great Lakes**

---

**Voted Against To Require Criteria To Prevent Toxic Contamination Of Groundwater And To Protect Water Sources, Including Great Lakes.** In July 2015, Walters voted against an amendment that "would require implementing agencies to require that all surface impoundment structures meet criteria sufficient to prevent toxic contamination of ground water and to protect drinking water sources, including the Great Lakes." The amendment failed, 184-240. [HR 1734, Vote #457, 3/25/15; CQ Floor Votes, 7/22/15]

---

**Voted Against Requiring Companies To Report Chemicals That Could Contaminate Public Drinking Water**

---

**Voted Against Requiring Companies To Report Chemicals That Could Contaminate Public Drinking Water.** In February 2016, Walters voted against a motion "that would require any manufacturer of items that contain chemicals that could contaminate public drinking water to submit data to relevant state and federal agencies on the product's risks to human health and the environment, including studies on neurotoxicity and cancer-causing effects. Exposing the public to such items without these studies would be considered prohibited under a federal toxic substances law." The motion failed 165-238. [HR 2406, Vote #100, CQ, 2/26/16]

# Women & Gender Issues

---

**Voted Against Protecting Women's Medical Privacy**

---

**Voted Against Prohibiting Violation Of Medical Privacy Regarding Choice Of Health Insurance Coverage, Including Coverage For Victims Of Rape Or Incest.** In January 2015, Walters voted against a motion to recommit that would prohibit any violation of the medical privacy of a woman regarding her choice of health insurance coverage, and in particular the very sensitive privacy needs of those who are victims of rape and incest. In contrast, the underlying bill goes so far as to restrict a woman's own private funds under her health insurance coverage for abortion services. [HR 7, Vote #44, 1/22/15; Democratic Leader – Motions to Recommit, 1/22/15]

---

**Voted For Limiting Women's Access To Reproductive Services**

---

**Voted For Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** In January 2015, Walters voted for the No Taxpayer Funding for Abortion Act, which restricted federal funding for abortions and abortion coverage. "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]

**Bill Would Give Big Insurance Companies Incentive To Drop Abortion Coverage.** "The bill gives insurers a big incentive to drop abortion coverage from their plans, or risk losing the large pool of consumers who receive the law's subsidies. Abortion coverage is historically relatively ubiquitous in health plans, so the effect could be far-reaching." [National Journal, 1/28/14]

## Voted Against Exempting Federal Protections Against Sexual And Domestic Abuse From Additional Legal Challenges

**Voted Against A Motion Exempting Federal Protections Against Sexual And Domestic Abuse From Weakening Provisions.** In February 2015, Walters voted against a motion that would "recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would limit the provisions of the bill from affecting federal regulations concerning victims of domestic violence and sexual assault." HR 50 itself "would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The motion failed, 184-239. [HR 50, Vote #63, 1/06/15; CQ Floor Votes, 2/04/15; CQ News HR 50 Coverage, 2/04/15]

**Coalition For Sensible Safeguards: "The Unfunded Mandates Information and Transparency Act Lets Big Business Write The Rules."** "But the Coalition for Sensible Safeguards (CSS) says the bill would give businesses special access to regulators and block hypothetical future rules without the public knowing. 'The Unfunded Mandates Information and Transparency Act lets big business write the rules,' Katherine McFate, president of the Center for Effective Government and CSS co-chair, said in a statement. 'It doesn't improve or streamline the regulatory process, which is already plagued by hurdles and delays. This act would make it even more difficult for agencies to implement laws enacted by Congress.'" [The Hill, 1/30/15]

## Voted For Blocking Consideration Of The Paycheck Fairness Act

**Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted for blocking consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; Congressional Record, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

## Voted For Blocking Consideration Of The Paycheck Fairness Act

**Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015, Walters voted for blocking consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; Bloomberg, 4/14/15; Congressional Record, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

## Voted For Protecting Reproductive Health Choices In The Workplace

**Voted For A Rule To Bring A Resolution To The Floor Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Walters voted for the adoption of the rule (H Res 231) providing for House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule

regarding the definition of the 'Waters of the United States,' the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive Health Non-Discrimination Amendment Act. The rule was adopted 242-181. [H Res 231, Vote #181, 4/30/15; CQ Floor Votes, 4/30/15]

**Voted For Blocking Consideration Of A Bill Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Walters voted for the Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 231) that would provide for House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule regarding the definition of the 'Waters of the United States,' the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive Health Non-Discrimination Amendment Act. The motion was agreed to 241-181. [H Res 231, Vote #180, 4/30/15; CQ Floor Votes, 4/30/15]

**Voted For A Question To Bring A Resolution To The Floor Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Walters voted for the question of whether the House should consider the rule (H Res 231) that would provide for further House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule regarding the definition of the "Waters of the United States," the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive —Health Non-Discrimination Amendment Act. The question was agreed to consider by a vote of 240-174. Note: Watson-Coleman, D-N.J., had raised a point of order that the rule would violate clause 426(a) of the Congressional Budget Act, regarding unfunded mandates. [H Res 231, Vote #179, 4/30/15; CQ Floor Votes, 4/30/15]

## Voted For Repealing Of DC Law Banning Discrimination Based On Contraception Usage.

**Voted For Repealing DC Reproductive Health Non Discrimination Act.** In February 2015, Walters voted for repealing the action of the District of Columbia Council in approving the Reproductive Health Non-Discrimination Amendment Act of 2014. "The resolution disapproves, and thereby effectively repeals, the District of Columbia's Reproductive Health Non-Discrimination Amendment Act of 2014, which is intended to ensure that individuals are protected from discrimination by an employer because of the individual's or family member's 'reproductive health decision' -- including use of contraception or the planned or intended initiation or termination of a pregnancy." The bill passed 228 to 192. [HR 596, Vote #194, 4/30/15; CQ House Action Report, 4/29/15]

## Voted For Restricting A Woman's Right To Choose After 20 Weeks

**Voted For Restricting A Woman's Right To Choose After 20 Weeks, Including Requiring 48-Hour Waiting Period For Rape Survivors.** In May 2015, Walters voted for "a bill banning abortions after 20 weeks of pregnancy in a party-line vote on Wednesday." According to The Hill, "But the bill did not change a provision that allows victims of incest to receive an abortion only if they are under 18 years old … The new version of the House bill also includes a two-day waiting period for rape victims. Doctors must also ensure that victims have received medical treatment or counseling during that time." [HR 36, Vote #223, 5/13/15; The Hill, 5/13/15; The Hill, 5/11/15]

## Voted Against Adding Exception To Anti-Choice Bill To Protect The Health Of The Woman

**Voted Against Adding Exception To Anti-Choice Bill To Protect The Health Of The Woman.** In May 2015, Walters voted against adding a woman's health exception to a 20-week abortion bill. "U.S. Rep. Julia Brownley's attempt to amend a bill calling for a ban on abortions after 20 weeks of pregnancy was defeated Wednesday, and the House went on to pass the ban. The Westlake Village Democrat's motion and amendment would have added language to the Pain Capable Unborn Child Protection Act that would have permitted abortions after 20 weeks if a

woman's health were at risk. It was defeated on a mostly party-line 181-246 vote." [H.R. 36, Vote #222, 5/13/15; Ventura County Star, 5/13/15]

## Voted For Weakening LGBT Discrimination Protections In Federal Contracts

**Voted For Amendment To Ensure Enforcement Of LGBT Discrimination Protections In Federal Contracts.** In June 2015, Walters voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used in contravention of an executive order prohibiting federal contractors from discriminating on the basis of sexual orientation or gender identity against their employees or those seeking employment. The amendment was adopted by a vote of 241-184. [HR 2577, Vote #326, 6/09/15; Congressional Record, 6/09/15]

## Voted Against Voted Against An Amendment Stripping Language From LHHSE Approps Prohibiting Federal Money For Abortion In NIH And FDA Funding

**Voted Against Voted Against An Amendment Stripping Language From LHHSE Approps Prohibiting Federal Money For Abortion In NIH And FDA Funding.** In July 2015, Walters voted against "a Democratic amendment to strip bill language added in the final stages that would make policy riders in the fiscal 2016 Labor-HHS-Education appropriations bill – including those prohibiting federal dollars for abortion – applicable to the NIH and FDA funding stream." The amendment failed, 176 to 245. [HR 6, Vote #432, 7/10/15; CQ News, 7/10/15]

## Voted For Creating Commemorative Coin To Help Fund Breast Cancer Research

**Voted For Creating Commemorative Coin To Help Fund Breast Cancer Research.** In July 2015, Walters voted for a bill that would require the Treasury Department to mint and issue legal tender coins in 2018. "The bill, which passed 421-9, would create a pink commemorative coin in 2018 and donate proceeds from the coin sales to the Breast Cancer Research Foundation." [HR 2722, Vote #442, 7/15/15; CQ Floor Votes, 7/15/2015; The Hill, 7/15/15]

## Voted Against Motion That Would Have Protected "Women's Rights To Equal Wages" By Excluding Claims Of Employment Discrimination From Bill

**Voted Against Motion That Would Have Protected "Women's Rights To Equal Wages," By Excluding Claims Of Employment Discrimination From Bill.** In September 2015, Walters voted against on Democratic motion to recommit with instructions HR 758. "The Democratic Motion to Recommit protects women's right to demand equal wages, by excluding claims of employment discrimination from the underlying bill that raises new obstacles for Americans to seek remedy in the courts." The motion to recommit failed 179 to 239. [HR 758, Vote #500, 9/17/15; Democratic Motion to Recommit, HR 758, 9/17/15]

## Voted Against Preventing Attempt To Defund Planned Parenthood

**Voted Against Preventing Attempt To Defund Planned Parenthood.** In September 2015, Walters voted against a motion that "shields American women's access to lifesaving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides women's health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." A yes vote was a vote against defunding Planned Parenthood. The resolution failed, 183 to 245. [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

## Voted For Defunding Planned Parenthood

**Voted For Defunding Planned Parenthood.** In September 2015, Walters voted for the Defund Planned Parenthood Act 2015 that "prohibits, for a one-year period, the availability of federal funds for any purpose to Planned Parenthood Federation of America, Inc., or any of its affiliates or clinics, unless they certify that the

affiliates and clinics will not perform, and will not provide any funds to any other entity that performs, an abortion during such period. The restriction will not apply in cases of rape or incest or where a physical condition endangers a woman's life unless an abortion is performed." The bill passed 241 to 187. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]

**Defunding Planned Parenthood Would Increase Public Spending By $130 Million Over 10 Years.** "Days before lawmakers must pass new legislation to fund the government, Republicans are vowing to reject any proposal that includes public money for Planned Parenthood. The move could trigger not only a shutdown, but if it succeeds, more bills for taxpayers. The Congressional Budget Office said in a new report on Thursday that cutting off the women's health organization from federal money would actually increase public spending by an estimated $130 million over 10 years. … The office's math: Halting federal funds to Planned Parenthood would shrink spending by $520 million in the short run -- but, over the first decade, it would cost taxpayers an additional $650 million." [The Washington Post, 9/24/15]

## Voted For Bill Requiring Doctors To Provide Medical Care To Aborted Fetuses That Show Signs Of Life

**Voted For Bill Requiring Doctors To Provide Medical Care To Aborted Fetuses That Show Signs Of Life.** In September 2015, Walters voted for legislation that "amends the federal criminal code to require any health care practitioner who is present when a child is born alive following an abortion or attempted abortion to: (1) exercise the same degree of care as reasonably provided to any other child born alive at the same gestational age, and (2) ensure that such child is immediately admitted to a hospital. The term 'born alive' means the complete expulsion or extraction from his or her mother, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut." The bill passed, 248 to 177. [HR 3504, Vote #506, 9/18/15]

**Doctors Would Face Up To 5 Years In Prison If They Were Found To Not Follow The Legislation.** "Per the bill, 'the term 'born alive' means the complete expulsion or extraction from his or her mother, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut.' Physicians could face up to five years of prison time for lack of adherence to this measure and may also face civil suits from women who wish to press charges." [Yahoo News, 9/18/15]

**President Of The American Congress Of Obstetricians And Gynecologists Called The Legislation "A Disservice To America's Women And Gross Legislative Interference Into The Practice Of Medicine."** "In a statement, Mark S. DeFrancesco, MD, president of the American Congress of Obstetricians and Gynecologists, called the passage of H.R. 3504 'a disservice to America's women and gross legislative interference into the practice of medicine, putting politicians between women and their trusted doctors. This bill and others like it are part of a larger attempt to deny women access to safe, legal, evidence-based abortion care,' he said in the statement. 'We urge the United States Senate and the President to stand with women and stand up for safe medical care, by preventing this and other legislation like it to become law.'" [Yahoo News, 9/18/15]

## Voted For Establishing Select Committee To Investigate Fetal Tissue Donation In Reponse To Edited Planned Parenthood Videos

**Voted For Establishing Select Committee To Investigate Fetal Tissue Donation.** In October 2015, Walters voted for a bill that would "establish a select investigative subcommittee under the House Energy and Commerce Committee. The panel would be responsible for investigating and reporting on issues related to fetal tissue donation, fetal tissue procurement, federal funding for abortion services, and late-term abortions." The bill passed 242-184. [H Res 461, Vote #538, 10/07/15; CQ Floor Votes, 10/07/15]

**Select Committee Targeting Planned Parenthood Given Broad Jurisdiction To Investigate Abortion Practices, Including Recommendations To Change Abortion Laws.** Although the select committee was formed in response to videos edited to implicate that Planned Parenthood sold fetus tissue for profit, "[t]he words 'Planned Parenthood' do not appear in the resolution establishing the special committee. Its jurisdiction is considerably broader, encompassing 'medical procedures and business practices used by entities involved in fetal tissue procurement' and 'any other relevant matters with respect to fetal tissue procurement.' It also permits the committee to probe the subject of federal funding for abortion providers generally, the practices of providers who perform abortions in the second and third trimesters, and 'medical procedures for the care of a child born alive as a result of an attempted abortion.' The committee is also empowered to recommend changes in laws or regulations based on its findings." [Washington Post, 10/07/15; USA Today, 10/07/15]

---

**Voted For Blocking Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.**

---

**Voted For Blocking Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Walters voted for motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 444) that would provide for floor consideration of the bill (HR 3495) that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The motion was agreed to 243-182. A vote against the previous question would have allowed the bill to be considered. [H Res 444, Vote #521, 9/29/15; CQ Floor Votes, 9/29/15]

---

**Voted Against Motion To Protect Women's Access To Life-Saving Health Services**

---

**Voted Against Motion To Protect Women's Access To Life-Saving Health Services.** In September 2015, Walters voted against motion to recommit the Women's Public Health and Safety Act. "The Democratic Motion to Recommit protects American women's access to life-saving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides life-saving health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." The motion was rejected by a vote of 184-242. [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]

---

**Voted For Bill Making It Easier For States To Defund Planned Parenthood**

---

**Voted For Bill Making It Easier For States To Defund Planned Parenthood.** In September  2015, Walters voted for a bill that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The bill would expand the exceptions for which a state is not required to provide Medicaid reimbursements, allowing states to deny non-abortion health care reimbursements to medical providers such as Planned Parenthood. The bill passed by a vote of 236-193. [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]

---

**Voted For Repealing The Affordable Care Act And Blocking Funding For Planned Parenthood**

---

**Voted For Repealing The Affordable Care Act And Defunding Planned Parenthood For One Year.** In January 2016, Walters voted for repeal the Affordable Care Act and defund Planned Parenthood. "The House on Wednesday passed legislation that would repeal much of ObamaCare and defund Planned Parenthood for one year, sending the measure to President Obama's desk. The bill passed by a vote of 240 to 181." [HR 3762, Vote #6, 1/06/15; The Hill, 1/06/15]

---

**Voted For Overriding The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.**

**Voted For Overriding The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** In February 2016, Walters voted for overriding the President's veto of a bill to "repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The override required a two-thirds majority to pass, but failed 241 to 186. [H R 3762, Vote #53, 2/02/16, 2/02/16; CQ Floor Votes, 2/02/16]

---

**Voted For Renaming A STEM Program Grant For Minorities And Women After Jeanette Rankin**

---

**Voted For Renaming A STEM Program Grant For Minorities And Women After Jeanette Rankin.** In April 2016, Walters voted for a motion that would suspend the rules a pass a bill that would designate the grants given under the Department of Agriculture's women and minorities in STEM fields program as the 'Jeannette Rankin Women and Minorities in STEM Fields Program Grant." The motion passed 377-6. [HR 4570, Vote #153; 4/18/16; CQ Floor Votes, 4/18/16]

**Voted For To Suspend The Rules And Pass The Survivors' Bill Of Rights Act Of 2016.** In September 2016, Walters voted for a "motion to suspend the rules and pass the bill that would establish additional rights for sexual assault survivors, including the right to have a sexual assault evidence collection kit preserved for the shorter of the maximum applicable statute of limitations or 20 years without charge, the right to be informed of results of a kit, the right to be notified prior to the intended destruction of the kit, and the right to be informed of the new rights established under the measure. The motion was agreed to, 399-0. [HR 5578, Vote #479, 9/6/16; CQ Floor Votes, 9/6/16]

# Appendix XIII – State Votes

*NOTE: Some key state votes are included here, but this is not a comprehensive list of all key state votes. Full analysis of state voting record still required.*

## Campaign Finance

### Citizens United

### 2014: Walters Voted Against Calling A Constitutional Convention To Overturn Citizens United

**2014: Walters Voted Against A Measure That Would Constitute An Application To Call A Constitutional Convention For The Sole Of Purpose Of Proposing An Amendment To Overturn Citizens United.** "This measure would constitute an application to the United States Congress to call a constitutional convention pursuant to Article V of the United States Constitution for the sole purpose of proposing an amendment to the United States Constitution that would limit corporate personhood for purposes of campaign finance and political speech and would further declare that money does not constitute speech and may be legislatively limited. This measure would state that it constitutes a continuing application to call a constitutional convention until at least 2/3 of the state legislatures apply to the United States Congress to call a constitutional convention for that sole purpose. This measure would also state that it is an application for a limited constitutional convention and does not grant Congress the authority to call a constitutional convention for any purpose other than for the sole purpose set forth in this measure." [California State Assembly, AJR 1, chaptered 6/27/14]

### 2014: Walters Voted Against Asking Voters If There Should Be An Amendment Proposed To Overturn Citizens United

**2014: Walters Voted Against A Bill That Would Require The Secretary Of State To Submit To Voters An Advisory Question Asking Whether An Amendment Should Be Proposed To Overturn Citizens United.** "This bill would call a special election to be consolidated with the November 4, 2014, statewide general election. The bill would require the Secretary of State to submit to the voters at the November 4, 2014, consolidated election an advisory question asking whether the Congress of the United States should propose, and the California Legislature should ratify, an amendment or amendments to the United States Constitution to overturn Citizens United v. Federal Election Commission (2010) 558 U.S. 310, and other applicable judicial precedents, as specified. The bill would require the Secretary of State to communicate the results of this election to the Congress of the United States." [California State Senate, SB-1272, chaptered 7/22/14]

### 2012: Walters Voted Against A Resolution That Expressed Disagreement With The Citizens United Decision

**2012: Walters Voted Against A Resolution That Expressed The California Legislature's Disagreement With The Citizens United Decision.** "This measure would memorialize the Legislature's disagreement with the decision of the United States Supreme Court in Citizens United v. Federal Election Commission, and would call upon the United States Congress to propose and send to the states for ratification a constitutional amendment to overturn Citizens United v. Federal Election Commission and to restore constitutional rights and fair elections to the people." [California State Assembly, AJR-22, chaptered 7/12/12]

## Immigration

**Access To College Grants**

**As State Senator, Walter Voted Against Legislation To Allow Undocumented Immigrant Students Access To Privately Funded Grants Administered By State Colleges And Universities**

**2011: Walters Voted Against Legislation To Allow Undocumented Immigrant Students Access To Privately Funded Grants Administered By State Colleges And Universities.** "A bill sent to Gov. Jerry Brown last week would allow illegal immigrant students access to privately funded grants administered by state colleges and universities. The legislation is part of a two-bill package known as the California Dream Act. The bill, Assembly Bill 130, was passed July 14 by the Senate largely along party lines, 26-11, with one Republican joining Democrats in voting yes. […] 'We need to take care of people who are here legally and not give people incentives to come here illegally,' said Sen. Mimi Walters, R-Oceanside, who voted against the bill." [North County Times, 7/22/11; AB-130, introduced 1/11/11]

# Labor

**Minimum Wage**

**2013-2014: Walters Voted Against Raising California's Minimum Wage, Claiming It Would "Hurt Small Businesses" And Kill Jobs**

**2014: Walters Voted Against Increasing The Minimum Wage In California.** [SB-935, California State Senate, introduced 2/3/14]

**2013: Walters Voted Against Increasing The Minimum Wage In California.** [AB-10, California State Assembly, chaptered 9/25/13]

**Paid Sick Leave**

**2014: As State Senator, Walters Opposed Paid Sick Leave Because It Reduced "California's Competitive Edge"**

**2014: Walters Voted Against Legislation That Would Require Paid Sick Leave For Employees In California.** [AB-1522, California State Assembly, chaptered 9/10/14]

**Veterans**

**Walters Did Not Vote On A Bill That Would Give Residents Of California's Veterans Homes And Their Advisory Bodies A Voice Before The Legislature**

**2011: Walters Did Not Vote On A Bill That Would Give Residents Of California's Veterans Homes And Their Advisory Bodies A Voice Before The Legislature.** "Time is running out to move bills through this year's legislative session, and Sen. Noreen Evan has scheduled a news conference to highlight a measure expected to come up for a vote this morning in the Assembly. The Santa Rosa Democrat's Senate Bill 10 is intended to give residents of the state's veterans homes and their advisory bodies a voice before the Legislature. The Senate passed the measure 37-0 back in May, with Republicans Tony Strickland, Mimi Walters and Mark Wyland not voting. Supporters expect the Assembly to approve the bill today and send it to Gov. Jerry Brown." [Sacramento Bee, 8/18/11; SB-10, chaptered 9/6/11]

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

**STATEMENT OF ECONOMIC INTERESTS**
FAIR POLITICAL
PRACTICES COMMISSION **COVER PAGE**

Date Received
Official Use Only

FEB 2 9 2012

*Please type or print in ink.*

2012 MAR -1 PM 4:47

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| Walters | | Mimi | K |

## 1. Office, Agency, or Court

Agency Name
State Senate                                        State Senator

Division, Board, Department, District, if applicable          Your Position
District 33

▶ If filing for multiple positions, list below or on an attachment.

Agency: _____          Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

☒ State                                        ☐ Judge or Court Commissioner (Statewide Jurisdiction)

☐ Multi-County _____          ☐ County of _____

☐ City of _____          ☐ Other _____

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2011, through December 31, 2011.
-or-
The period covered is ___/___/___, through December 31, 2011.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Candidate:** Election Year _____  Office sought, if different than Part 1: _____

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2011, through the date of leaving office.
○ The period covered is ___/___/___, through the date of leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*          ▶ *Total number of pages including this cover page:* _____

☒ Schedule A-1 - *Investments* – schedule attached          ☐ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☒ Schedule A-2 - *Investments* – schedule attached          ☒ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule B - *Real Property* – schedule attached          ☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
☐ **None** - *No reportable interests on any schedule*

herein and in any attached schedules is true and complete. I acknowledge this is

I certify under penalty of perjury under the laws of the State of California tha

Date Signed _____2/29/2012_____          Signatu
*(month, day, year)*

FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
**Northwest Venture Association**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Bridge Fund**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

► NAME OF BUSINESS ENTITY
**Madrona Partners**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

► NAME OF BUSINESS ENTITY
**Digital Map**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Services

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Partners**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

► NAME OF BUSINESS ENTITY
**GVI**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                                    (Describe)
☐ Partnership  ○ Income Received of $0 - $499
                    ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:

___/___/ **11**        ___/___/ **11**
ACQUIRED                DISPOSED

---

Comments: _____

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► **NAME OF BUSINESS ENTITY**
Management Energy, Inc. (MMEX)

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

► **NAME OF BUSINESS ENTITY**
Comcast Corporation

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Cable/Telecommunications

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock   ☒ Other Bonds
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

► **NAME OF BUSINESS ENTITY**
*Trans-Pacific Aerospace Co. (TPAC)

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Aerospace

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

► **NAME OF BUSINESS ENTITY**
Goldman Sachs

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Investment

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock   ☒ Other Bonds
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

► **NAME OF BUSINESS ENTITY**
Axiologix Education Corp (AXLX)

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Educational Software

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

► **NAME OF BUSINESS ENTITY**
Tyco International

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Manufacturing/Services

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000     ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock   ☒ Other Bonds
                        (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
____/____/ **11**      ____/____/ **11**
ACQUIRED              DISPOSED

---

**Comments:** *Previously Pinnacle Energy Corp. 7/10

FPPC Form 700 (2011/2012) Sch. A-1
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

FEB-14-2012 16:04 From:SENATOR MIMI WALTERS 9164459754          To: 815 301 8099          P.14/22

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*Mimi Walters*

**► 1. BUSINESS ENTITY OR TRUST**

Name *STI GROUP*

Address (Business Address Acceptable)
*30950 Rancho Viejo Rd #120, SJC   92675*

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
*Holding Company Communications*

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11  ACQUIRED
___/___/11  DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☒ Other *Majority Shareholder*

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499         ☐ $10,001 - $100,000
☐ $500 - $1,000     ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
*SEE LIST*

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☒ INVESTMENT   ☐ REAL PROPERTY

*Solana Technologies*
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

*Engineering*
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☒ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11  ACQUIRED
___/___/11  DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☒ Stock   ☐ Partnership
☐ Leasehold ___ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

**► 1. BUSINESS ENTITY OR TRUST**

Name _____

Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY _____

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11  ACQUIRED
___/___/11  DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ Other _____

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☐ $0 - $499         ☐ $10,001 - $100,000
☐ $500 - $1,000     ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☒ INVESTMENT   ☐ REAL PROPERTY

*Systems Evolution*
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

*Engineering Services*
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☒ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11  ACQUIRED
___/___/11  DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☒ Stock   ☐ Partnership
☐ Leasehold ___ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

STI Group, Inc.
(includes wholly owned subsidiaries Systems Evolution, Inc. and Solana Technologies, Inc.)

| | |
|---|---|
| David Walters Ownership Interest | 95.00% |
| Mimi Walters Community Property Interest | 47.50% |

Threshold for Disclosure                                    $21,052.63

**Customers that Provided Gross Revenue of     $21,052.63 or Greater:**
Agile Consulting, LLC
Texas Commission on Environmental Quality

**Lending Institutions that Provided Loans of     $21,052.63 or Greater:**
None

FEB-14-2012 16:04 From:SENATOR MIMI WALTERS 9164459754          To: 815 301 8099          P.16/22

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: CON MV, LLC

Address (Business Address Acceptable): 30950 RANCHO VISTO Rd #120, STC CA 92675

Check one
☐ Trust, go to 2   ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: ADVERTISING

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11 ACQUIRED     ___/___/11 DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION: _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499        ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11 ACQUIRED     ___/___/11 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold ____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: _____

Address (Business Address Acceptable): _____

Check one
☐ Trust, go to 2   ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: _____

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11 ACQUIRED     ___/___/11 DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION: _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☐ $0 - $499        ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/11 ACQUIRED     ___/___/11 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold ____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*MIMI WALTERS*

---

**► 1 BUSINESS ENTITY OR TRUST**

*DAVID A WALTERS & MIRIAM WALTERS TTEES OF THE DRW 2000*
Name
*S INSPIRATION PT, LAGUNA NIGUEL TRUST*
Address (Business Address Acceptable) *CA 92677*

Check one
☑ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000              ___/___/11      ___/___/11
☐ $10,001 - $100,000           ACQUIRED       DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

**► 2 IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,000 - $100,000
☐ $500 - $1,000      ☑ OVER $100,000
☐ $1,001 - $10,000

**► 3 LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

**► 4 INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT    ☑ REAL PROPERTY

*1411 HERMES AVE, ENCINITAS CA*
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property *92024*

*APARTMENT BUILDING*
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000           ___/___/11      ___/___/11
☑ $100,001 - $1,000,000        ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☑ Partnership

☐ Leasehold _____  ☐ Other _____
         Yrs remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1 BUSINESS ENTITY OR TRUST**

*MONARCH BAY CAPITAL GROUP*
Name
*S INSPIRATION PT LAGUNA NIGUEL, CA 92677*
Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
*CONSULTING*

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000              ___/___/11      ___/___/11
☐ $10,001 - $100,000           ACQUIRED       DISPOSED
☑ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☑ Sole Proprietorship  ☐ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION *SPOUSE INCOME*

**► 2 IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,000 - $100,000
☐ $500 - $1,000      ☑ OVER $100,000
☐ $1,001 - $10,000

**► 3 LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

**► 4 INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000           ___/___/11      ___/___/11
☐ $100,001 - $1,000,000        ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
         Yrs remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments:

FEB-14-2012 16:05 From:SENATOR MIMI WALTERS 9164459754        To: 815 301 8099        P.17/22

## SCHEDULE A-2
### Investments, Income, and Assets
### of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*Mimi Walters*

---

▶ 1. BUSINESS ENTITY OR TRUST

Bounce Mobile Systems, Inc

Name

30950 Rancho Viejo Rd #120, STC, CA 92675

Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
GPS Tracking

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 11    ___/___/ 11
ACQUIRED        DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☒ Majority Shareholder
Other

YOUR BUSINESS POSITION _____

▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☒ $0 - $499        ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)

_____
_____

▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

_____

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 11    ___/___/ 11
ACQUIRED        DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

---

▶ 1. BUSINESS ENTITY OR TRUST

Caraff Partners, LLC

Name

30950 Rancho Viejo Rd #120, STC, CA 92675

Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Consulting

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 11    ___/___/ 11
ACQUIRED        DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐
Other

YOUR BUSINESS POSITION _____

▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499        ☐ $10,001 - $100,000
☐ $500 - $1,000    ☒ OVER $100,000
☐ $1,001 - $10,000

▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)

See Attached List
_____

▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

_____

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 11    ___/___/ 11
ACQUIRED        DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Cardiff Partners, LLC

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.00% |

| | |
|---|---|
| Threshold for Disclosure | $40,000.00 |

**Customers that Provided Gross Revenue of** **$40,000.00 or Greater:**
American Healthcare Recruiting, Inc
Axiologix Education Corporation
CommerceTel Corporation
Monarch Staffing, Inc.
S&W Seed Company

**Lending Institutions that Provided Loans of** **$40,000.00 or Greater:**
Partners Bank of California

FEB-14-2012 16:05 From:SENATOR MIMI WALTERS 9164459754          To: 815 301 8099          P.18/22

## SCHEDULE A-2
### Investments, Income, and Assets
### of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name
MIMI WALTERS

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Name MONARCH STAFFING, INC.

Address (Business Address Acceptable) 30950 RANCHO VIEJO RD #120, SJC, CA 92675

Check one
☐ Trust, go to 2      ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☑ $0 - $1,999
☐ $2,000 - $10,000              __/__/11        __/__/11
☐ $10,001 - $100,000            ACQUIRED        DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT          SIGNIFICANT
☐ Sole Proprietorship  ☐ Partnership  ☑ SHAREHOLDER
                                          Other
YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☐ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☑ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE**
See ATTACHED LIST

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☑ INVESTMENT    ☐ REAL PROPERTY

ARUC CONSULTANTS INTERNATIONAL, Inc.
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

                              ARUC
HASING Co. OWNS 100% OF CONSULTANTS
                                INTL.
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☑ $2,000 - $10,000
☐ $10,001 - $100,000            __/__/11        __/__/11
☐ $100,001 - $1,000,000         ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☑ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
          Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Name ARUC CONSULTANTS INTERNATIONAL, Inc.

Address (Business Address Acceptable) 30950 RANCHO VIEJO RD #120, SJC CA 92675

Check one
☐ Trust, go to 2      ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

HOLDING Co.

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☑ $0 - $1,999
☐ $2,000 - $10,000              __/__/11        __/__/11
☐ $10,001 - $100,000            ACQUIRED        DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☑ OWNER
                                          Other
YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☐ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☑ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE**

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☑ INVESTMENT    ☐ REAL PROPERTY

ARUC CONSULTANTS, Inc.
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

NURSE & PHARMACIST REGISTRY
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☑ $2,000 - $10,000
☐ $10,001 - $100,000            __/__/11        __/__/11
☐ $100,001 - $1,000,000         ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☑ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
          Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**

FAIR POLITICAL PRACTICES COMMISSION

Name

*Mimi Walters*

---

### ► 1. BUSINESS ENTITY OR TRUST

Name *Monarch Staffing, Inc. (Cont.)*

Address (Business Address Acceptable) *36910 Rancho Visid Rd. #120, SEC CA 90025*

Check one
☐ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $0 - $1,999 | |
| ☐ $2,000 - $10,000 | __/__/11 ACQUIRED   __/__/11 DISPOSED |
| ☐ $10,001 - $100,000 | |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499       ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
☑ INVESTMENT    ☐ REAL PROPERTY

*American Healthcare Recruiting*
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

*Healthcare Staffing Co.*
Description of Business Activity or
City or Other Precise Location of Real Property

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☑ $2,000 - $10,000 | __/__/11 ACQUIRED   __/__/11 DISPOSED |
| ☐ $10,001 - $100,000 | |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☑ Stock  ☐ Partnership
☐ Leasehold ____ Yrs. remaining   ☐ Other ____
☐ Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name _____

Address (Business Address Acceptable) _____

Check one
☐ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $0 - $1,999 | |
| ☐ $2,000 - $10,000 | __/__/11 ACQUIRED   __/__/11 DISPOSED |
| ☐ $10,001 - $100,000 | |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499       ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $2,000 - $10,000 | __/__/11 ACQUIRED   __/__/11 DISPOSED |
| ☐ $10,001 - $100,000 | |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership
☐ Leasehold ____ Yrs. remaining   ☐ Other ____
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Monarch Staffing, Inc. (Previously MT Ultimate Healthcare)
(includes wholly owned subsidiaries Drug Consultants Int'l, Drug Consultants and American Healthcare Recruiting)

| | |
|---|---|
| David Walters Ownership Interest | 40.10% |
| Mimi Walters Community Property Interest | 20.05% |

Threshold for Disclosure                                    $49,875.31

**Customers that Provided Gross Revenue of          $49,875.31 or Greater:**
**Below are customers of Drug Consultants, Inc. (a subsidiary of Monarch Staffing, Inc.)**
Chuckawalla State Prison
California Men's Colony San Luis Obispo
California Mens Facility Vacaville
Corcoran State Prison
Correctional Training Facility Soledad
California Rehabilitation Center Norco
California Substance Abuse Treatment Center
California State Prison Solano
Deuel Vocational Institution
High Desert State Prison
Ironwood State Prison
Kern Valley State Prison
Mule Creek State Prison
North Kern State Prison
R.J. Donovan Correctional Facility
Salinas Valley Prison
San Quentin State Prison
Valley State Prison For Women
Wasco State Prison

**Below are customers of American Healthcare Recruiting, Inc. (a subsidiary of Monarch Staffing, Inc.)**
Anesthesiologist Associates, Inc.
Coalinga State Prison
Corcoran State Prison
California Substance Abuse Treatment Center
High Desert State Prison
Kern Valley State Prison
North Kern State Prison
Pelican Bay State Prison
Rapid City Regional Hospital
R.J. Donovan Correctional Facility
California State Prison - Sacramento
Sonora Regional Medical Center
San Quentin State Prison
Salinas Valley State Prison
Warren Clinic, Inc

**Lending Institutions that Provided Loans of          $49,875.31 or Greater:**
**Below are Lending Institutions of Drug Consultants, Inc. (a subsidiary of Monarch Staffing, Inc.)**
Crestmark Bank Company

**Below are Lending Institutions of American Healthcare Recruiting, Inc. (a subsidiary of Monarch Staffing, Inc.)**
Advanced Payroll Funding, LTD

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
MIMI WALTERS

---

**► 1. BUSINESS ENTITY OR TRUST**

Name MONARCH BAY ASSOCIATES, LLC

Address (Business Address Acceptable) 30910 RANCHO VIEJO RD #120, STC CA 92675

Check one
☐ Trust, go to 2   ☑ Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
INVESTMENT BANKING

**FAIR MARKET VALUE** | **IF APPLICABLE, LIST DATE:**
☐ $0 - $1,999
☐ $2,000 - $10,000        ___/___/11   ___/___/11
☐ $10,001 - $100,000       ACQUIRED    DISPOSED
☑ $100,001 - $1,000,000
☐ Over $1,000,000

**NATURE OF INVESTMENT**
☐ Sole Proprietorship   ☑ Partnership   ☐ _____ Other

**YOUR BUSINESS POSITION**

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☐ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☑ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)**
SEE ATTACHED LIST

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

**FAIR MARKET VALUE** | **IF APPLICABLE, LIST DATE:**
☐ $2,000 - $10,000
☐ $10,001 - $100,000       ___/___/11   ___/___/11
☐ $100,001 - $1,000,000    ACQUIRED    DISPOSED
☐ Over $1,000,000

**NATURE OF INTEREST**
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____ ☐ Other _____
         Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name CAMINO PARTNERS, LLC

Address (Business Address Acceptable) 30910 RANCHO VIEJO RD. #120 STC, CA 92675

Check one
☐ Trust, go to 2   ☑ Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
CONSULTING

**FAIR MARKET VALUE** | **IF APPLICABLE, LIST DATE:**
☐ $0 - $1,999
☐ $2,000 - $10,000        ___/___/11   ___/___/11
☐ $10,001 - $100,000       ACQUIRED    DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

**NATURE OF INVESTMENT**
☐ Sole Proprietorship   ☑ Partnership   ☐ _____ Other

**YOUR BUSINESS POSITION**

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☑ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)**

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

**FAIR MARKET VALUE** | **IF APPLICABLE, LIST DATE:**
☐ $2,000 - $10,000
☐ $10,001 - $100,000       ___/___/11   ___/___/11
☐ $100,001 - $1,000,000    ACQUIRED    DISPOSED
☐ Over $1,000,000

**NATURE OF INTEREST**
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____ ☐ Other _____
         Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments:

FPPC Form 700 (2011/2012) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Monarch Bay Associates, LLC

David Walters Ownership Interest                          37.50%
Mimi Walters Community Property Interest                  18.75%

Threshold for Disclosure                              $53,333.33

**Customers that Provided Gross Revenue of    $53,333.33 or Greater:**
Legent Clearing, LLC

**Lending Institutions that Provided Loans of    $53,333.33 or Greater:**
None

**Schedule D**
**Income - Gifts**

**CALIFORNIA FORM** **700**
FAIR POLITICAL PRACTICES COMMISSION

**Name**

Mimi Walters

<BLUE> is a required field

| NAME OF SOURCE | ADDRESS OF SOURCE (Business Address Acceptable) | ZIP CODE | BUSINESS ACTIVITY, IF ANY, OF SOURCE | DATE (mm/dd/yy) | $ VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|---|---|---|---|
| Council for Legislative Excellence | 2150 River Plaza Dr., Ste 150, Sacramento | 95833 | Civic League, Government & Public Administration | 02/08/11 | $ 75.45 | Dinner |
| CTIA-The Wireless Association | 1400 16th St., NW, Ste 600, Washington, DC 20036 | 20036 | Wireless Industry Trade Association | 02/23/11 | $ 96.92 | Reception |
| California Foundation on the Environment & the Economy | Pier 35, Ste 202, San Francisco | 94133 | Educational Forums addressing environmental & economic infrastructure issues | 3/3/11 & 3/4/11 | $ 416.58 | Water Roundtable Conference, Hotel accommodation, food & drink, |
| California New Car Dealers Association | 1415 L Street, Ste 700, Sacramento | 95814 | Lobbyist Employer | 03/29/11 | $ 107.52 | Cocktail Reception and Dinner |
| Farmers Group, Inc | 1415 L St, Ste 1200, Sacramento | 95814 | Lobbyist Employer | 04/12/11 | $ 57.65 | Reception |
| California Building Industry Association | 1215 K St., Ste 1200, Sacramento | 95814 | Lobbyist Employer | 04/26/11 | $ 101.62 | Dinner |
| Pala Band of Mission Indians | 35008 Pala Temecula Rd, Pala, CA | 92059 | Pala Casino | 04/29/11 | $ 162.00 | Dinner for Senator Walters and David Walters |
| UCLA State Government Affairs | 10920 Wilshire Blvd., Ste 1500, Los Angeles, CA | 90024 | Government Affairs | 11/19/11 | $ 400.00 | Football Game Tickets, including pre-game, for Senator Walters, David Walters and their 2 sons, Tristan and DJ |

2012 AN

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**
**AMENDMENT**

Date Received

APR - 2 2013

*Please type or print in ink.*

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| Walters | | Mimi | K. |

## 1. Office, Agency, or Court

Agency Name
**State Senate**

Division, Board, Department, District, if applicable
**District 33**

Your Position
**State Senator**

► If filing for multiple positions, list below or on an attachment.

Agency: _____     Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

[X] State

[ ] Multi-County _____

[ ] City of _____

[ ] Judge or Court Commissioner (Statewide Jurisdiction)

[ ] County of _____

[ ] Other _____

## 3. Type of Statement *(Check at least one box)*

[X] **Annual:** The period covered is January 1, 2011, through December 31, 2011.

-or-

The period covered is ___/___/___, through December 31, 2011.

[ ] **Assuming Office:** Date assumed ___/___/___

[ ] **Candidate:** Election Year _____     Office sought, if different than Part 1: _____

[ ] **Leaving Office:** Date Left ___/___/___
*(Check one)*

○ The period covered is January 1, 2011, through the date of leaving office.

○ The period covered is ___/___/___, through the date of leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*

► *Total number of pages including this cover page:* **6**

[X] Schedule A-1 - *Investments* – schedule attached

[X] Schedule A-2 - *Investments* – schedule attached

[ ] Schedule B - *Real Property* – schedule attached

[ ] Schedule C - *Income, Loans, & Business Positions* – schedule attached

[ ] Schedule D - *Income - Gifts* – schedule attached

[X] Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

[ ] None - *No reportable interests on any schedule*

I certify under penalty of perjury under the laws of the State of California that

Date Signed _____ **03/31/13** _____     Signature
*(month, day, year)*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

**STATEMENT OF ECONOMIC INTERESTS**

**COVER PAGE**

*Please type or print in ink.*

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| Walters | | Miml | K. |

## 1. Office, Agency, or Court

Agency Name
**State Senate**

Division, Board, Department, District, il applicable
**Oistrict 33**

Your Position
**State Sanator**

▶ Il filing lor multiple positions, list below or on an attachment.

Agency _____   Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

- [✓] State
- [ ] Multi-County _____
- [ ] City of _____

- [ ] Judge ol Court Commissioner (Statewide Jurisdiction)
- [ ] County of _____
- [ ] Other _____

## 3. Type of Statement *(Check at least one box)*

- [✓] **Annual:** The period covered is January 1, 2012, through December 31, 2012.
  -or-
  The period covered is ____/____/____, through December 31, 2012.

- [ ] **Assuming Office:** Date assumed ____/____/____

- [ ] **Candtdate:** Election year _____ and office sought, if different than Part 1: _____

- [ ] **Leaving Office:** Date Left ____/____/____
  *(Check one)*
  - ○ The period covered is January 1, 2012, through the date ol leaving office.
  - ○ The period covered is ____/____/____ through the date ol leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*

▶ *Total number of pages including this cover page:* _____

- [✓] **Schedule A-1** - *Investments* – schedule attached
- [✓] **Schedule A-2** - *Investments* – schedule attached
- [ ] **Schedule B** - *Real Property* – schedule attached

- [ ] **Schedule C** - *Income, Loans, & Business Posltions* – schedule attached
- [✓] **Schedule D** - *Income – Gifts* – schedule attached
- [ ] **Schedula E** - *Income – Gifts – Travel Payments* – schedule attached

-or-
- [ ] **None** - *No reportable interests on any schedule*

## 5. Verification

(d)(5)

herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty ol perjury under the laws of the State of Califo

(d)(5)

Date Signed __03/01/2012__
*(month day year)*

FPPC Form 700 (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: B66/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
**Northwest Venture Association**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Bridge Fund**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

► NAME OF BUSINESS ENTITY
**Madrona Partners**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

► NAME OF BUSINESS ENTITY
**Digital Map**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Services

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Partners**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

► NAME OF BUSINESS ENTITY
**GVI**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/12  ___/___/12
ACQUIRED      DISPOSED

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-1
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
**Management Energy, Inc. (MMEX)**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☑ Stock    ☐ Other _____
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
**Comcast Corp**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Cable/Telecommunications

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☑ Other Bonds
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
**Trans-Pacific Aerospace Co. (TPAC)**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Aerospace

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☑ Stock    ☐ Other _____
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
**Goldman Sachs**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Investment

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☑ Other Bonds
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
**Axiologix Education Corp (AXLX)**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Educational Software

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☑ Stock    ☐ Other _____
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
**Tyco International**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Manufacturing/Services

FAIR MARKET VALUE
☐ $2,000 - $10,000    ☐ $10,001 - $100,000
☑ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☑ Other Bonds
[Describe]
☐ Partnership   ○ Income Received of $0 - $499
                ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/ 12        ___/___/ 12
ACQUIRED            DISPOSED

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-1
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
Alderox Inc

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Industrial Supply Company

FAIR MARKET VALUE
☑ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
03 / 05 / 12          __ / __ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
Oata Logic Int'l

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Technology

FAIR MARKET VALUE
☑ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
04 / 09 / 12          __ / __ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
_____

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
__ / __ / 12          __ / __ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
_____

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
__ / __ / 12          __ / __ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
_____

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income Received of $0 - $499
               ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
__ / __ / 12          __ / __ / 12
ACQUIRED              DISPOSED

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-1
FPPC Advice Email: advice@lppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.lppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *MIMI WALTERS*

---

### ▶ 1. BUSINESS ENTITY OR TRUST

Name: *STI GROUP*

Address (Business Address Acceptable): *5000 BIRCH #800, NEWPORT BEACH 92660*

Check one
- ☐ Trust, go to 2
- ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
*HOLDING COMPANY, COMMUNICATIONS*

FAIR MARKET VALUE
- ☒ $0 - $1,999
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
- ☐ Partnership
- ☐ Sole Proprietorship
- ☒ Other *MAJORITY SHAREHOLDER*

YOUR BUSINESS POSITION _____

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)
- ☐ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☒ OVER $100,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)
- ☐ None

*SEE LIST*

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST
Check one box
- ☒ INVESTMENT
- ☐ REAL PROPERTY

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property
*SOLANA TECHNOLOGIES*

Description of Business Activity or City or Other Precise Location of Real Property
*ENGINEERING*

FAIR MARKET VALUE
- ☒ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust
- ☒ Stock
- ☐ Partnership
- ☐ Leasehold ___ Yrs. remaining
- ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

### ▶ 1. BUSINESS ENTITY OR TRUST

Name: _____

Address (Business Address Acceptable): _____

Check one
- ☐ Trust, go to 2
- ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- ☐ $0 - $1,999
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
- ☐ Partnership
- ☐ Sole Proprietorship
- ☐ Other _____

YOUR BUSINESS POSITION _____

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)
- ☐ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)
- ☐ None

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST
Check one box
- ☒ INVESTMENT
- ☐ REAL PROPERTY

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property
*SYSTEMS EVOLUTION*

Description of Business Activity or City or Other Precise Location of Real Property
*ENGINEERING SERVICES*

FAIR MARKET VALUE
- ☒ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust
- ☒ Stock
- ☐ Partnership
- ☐ Leasehold ___ Yrs. remaining
- ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3712  www.fppc.ca.gov

STI Group, Inc.
(includes wholly owned subsidiaries Systems Evolution, Inc. and Solana Technologies, Inc.)

| | |
|---|---|
| David Walters Ownership Interest | 95.00% |
| Mimi Walters Community Property Interest | 47.50% |

| | |
|---|---|
| Threshold for Disclosure | $10,526.32 |

**Customers that Provided Gross Revenue of** **$10,526.32 or Greater:**
Agile Consulting, LLC
Comptroller of Public Accounts
San Antonio Independent School District
Texas Commission on Environmental Quality
Texas Education Agency

**Lending Institutions that Provided Loans of** **$10,526.32 or Greater:**
None

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)



**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
MIMI WALTERS

---

▶ **1. BUSINESS ENTITY OR TRUST**

Name  *CCN MV , LLC*

Address (Business Address Acceptable)  *5000 BIRCH #4800, NEWPORT BEACH 92660*

Check one
☐ Trust, go to 2   ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY  *ADVERTISING*

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☒ $0 - $1,999 | |
| ☐ $2,000 - $10,000 | ___/___/12  ___/___/12 |
| ☐ $10,001 - $100,000 | ACQUIRED  DISPOSED |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INVESTMENT
☒ Partnership   ☐ Sole Proprietorship   ☐ _____ Other

YOUR BUSINESS POSITION _____

▶ **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☒ $0 - $499   ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

▶ **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
☐ None

▶ **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $2,000 - $10,000 | |
| ☐ $10,001 - $100,000 | ___/___/12  ___/___/12 |
| ☐ $100,001 - $1,000,000 | ACQUIRED  DISPOSED |
| ☐ Over $1,000,000 | |

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold _____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

▶ **1. BUSINESS ENTITY OR TRUST**

Name

Address (Business Address Acceptable)

Check one
☐ Trust, go to 2   ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $0 - $1,999 | |
| ☐ $2,000 - $10,000 | ___/___/12  ___/___/12 |
| ☐ $10,001 - $100,000 | ACQUIRED  DISPOSED |
| ☐ $100,001 - $1,000,000 | |
| ☐ Over $1,000,000 | |

NATURE OF INVESTMENT
☐ Partnership   ☐ Sole Proprietorship   ☐ _____ Other

YOUR BUSINESS POSITION _____

▶ **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499   ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

▶ **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
☐ None

▶ **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

| FAIR MARKET VALUE | IF APPLICABLE, LIST DATE: |
|---|---|
| ☐ $2,000 - $10,000 | |
| ☐ $10,001 - $100,000 | ___/___/12  ___/___/12 |
| ☐ $100,001 - $1,000,000 | ACQUIRED  DISPOSED |
| ☐ Over $1,000,000 | |

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold _____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Name: BOUNCE MOBILE SYSTEMS, INC.

Address (Business Address Acceptable): 5000 BIRCH #4800, NEWPORT BEACH 92660

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
GPS TRACKING

FAIR MARKET VALUE
- [X] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED      ___/___/12 DISPOSED

NATURE OF INVESTMENT
- [ ] Partnership   [ ] Sole Proprietorship   [X] MAJORITY SHAREHOLDER

YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)
- [ ] None

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**
Check one box
- [ ] INVESTMENT   [ ] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED      ___/___/12 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust   [ ] Stock   [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining   [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Name: CARDIFF PARTNERS, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800, NEWPORT BEACH 92660

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
CONSULTING

FAIR MARKET VALUE
- [ ] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [X] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED      ___/___/12 DISPOSED

NATURE OF INVESTMENT
- [X] Partnership   [ ] Sole Proprietorship   [ ] _____ Other

YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [X] OVER $100,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)
- [ ] None

SEE ATTACHED

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**
Check one box
- [ ] INVESTMENT   [ ] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED      ___/___/12 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust   [ ] Stock   [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining   [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Cardiff Partners, LLC

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.00% |

| | |
|---|---|
| Threshold for Disclosure | $20,000.00 |

**Customers that Provided Gross Revenue of** $20,000.00 **or Greater:**
BMSI, Inc.
CommerceTel Corporation

**Lending Institutions that Provided Loans of** $20,000.00 **or Greater:**
Partners Bank of California

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
MINN WALTERS

---

**► 1. BUSINESS ENTITY OR TRUST**

Name
DAVID A. WALTERS + MARIAN K. WALTERS

Address (Business Address Acceptable)
3 INSPIRATION POINT, LAGUNA NIGUEL
92677

Check one
[X] Trust, go to 2   [ ] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
[ ] $0 - $1,999
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[ ] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
[ ] Partnership   [ ] Sole Proprietorship   [ ] Other _____

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

[ ] $1 - $499          [ ] $10,001 - $100,000
[ ] $500 - $1,000      [ ] OVER $100,000
[ ] $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
[ ] None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box.
[ ] INVESTMENT   [X] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property
1411 HERMES AVE, ENCINITAS, CA 92024

Description of Business Activity or
City or Other Precise Location of Real Property
APARTMENT BUILDING

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[X] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
[ ] Property Ownership/Deed of Trust   [ ] Stock   [X] Partnership

[ ] Leasehold ___ Yrs. remaining   [ ] Other _____

[ ] Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name
MONARCH BAY CAPITAL GROUP

Address (Business Address Acceptable)
3 INSPIRATION POINT, LAGUNA NIGUEL
92677

Check one
[ ] Trust, go to 2   [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
CONSULTING

FAIR MARKET VALUE
[ ] $0 - $1,999
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[X] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
[ ] Partnership   [X] Sole Proprietorship   [ ] Other _____

YOUR BUSINESS POSITION   SPOUSE INCOME

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

[ ] $0 - $499          [ ] $10,001 - $100,000
[ ] $500 - $1,000      [X] OVER $100,000
[ ] $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
[ ] None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box.
[ ] INVESTMENT   [ ] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[ ] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
[ ] Property Ownership/Deed of Trust   [ ] Stock   [ ] Partnership

[ ] Leasehold ___ Yrs. remaining   [ ] Other _____

[ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice E-mail: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: MONARCH BAY SECURITIES, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800, NEWPORT BEACH 92660

Check one
☐ Trust, go to 2   ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: INVESTMENT BANKING

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
☒ Partnership   ☐ Sole Proprietorship   ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499   ☐ $10,001 - $100,000
☐ $500 - $1,000   ☒ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

SEE ATTACHED

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: CAMINO PARTNERS, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800 NEWPORT BEACH CA 92660

Check one
☐ Trust, go to 2   ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: CONSULTING

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INVESTMENT
☒ Partnership   ☐ Sole Proprietorship   ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499   ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☒ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   ___/___/12 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

✱ Comments: FORMALLY MONARCH BAY ASSOCIATES — NAME CHANGE 5/12

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

*Securities*

Monarch Bay ~~Associates,~~ LLC

| | |
|---|---|
| David Walters Ownership Interest | 28.18% |
| Mimi Walters Community Property Interest | 14.09% |
| | |
| Threshold for Disclosure | $35,486.16 |

**Customers that Provided Gross Revenue of** $35,486.16 **or Greater:**
ERP Power, Inc.
Integrated Recovery Resource, Inc.
COR Clearing, LLC
Posture Health, Inc.
Sensor Medical Technology, LLC

**Lending Institutions that Provided Loans of** $35,486.16 **or Greater:**
None

Camino Partners, LLC

| | |
|---|---|
| David Walters Ownership Interest | 25.00% |
| Mimi Walters Community Property Interest | 12.50% |

| | |
|---|---|
| Threshold for Disclosure | $40,000.00 |

**Customers that Provided Gross Revenue of** $40,000.00 **or Greater:**
BM5I, Inc.

**Lending Institutions that Provided Loans of** $40,000.00 **or Greater:**

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: MONARCH STAFFING, INC

Address (Business Address Acceptable): 30950 RANCHO VIEJO #120 SJC   92675

Check one
- [ ] Trust, go to 2
- [ ] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [X] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   4/30/12 DISPOSED

NATURE OF INVESTMENT
- [ ] Partnership
- [ ] Sole Proprietorship
- [X] Other: SHAREHOLDER

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
- [ ] None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box
- [X] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property: DRUG CONSULTANTS INT'L, INC

Description of Business Activity or City or Other Precise Location of Real Property: HOLDING CO. OWNS 100% OF DRUG CONSULTANTS INC

FAIR MARKET VALUE
- [X] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   4/30/12 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [X] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: DRUG CONSULTANTS INT'L, INC

Address (Business Address Acceptable): 30950 RANCHO VIEJO RD #120 SJC   92675

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: HOLDING CO

FAIR MARKET VALUE
- [X] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   4/30/12 DISPOSED

NATURE OF INVESTMENT
- [ ] Partnership
- [ ] Sole Proprietorship
- [X] Other: OWNER

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)
- [ ] None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box
- [X] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property: DRUG CONSULTANTS, INC

Description of Business Activity or City or Other Precise Location of Real Property: NURSE & PHARMACIST REGISTRY

FAIR MARKET VALUE
- [X] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12 ACQUIRED   4/30/12 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [X] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*MIMI WALTERS*

### ▶ 1. BUSINESS ENTITY OR TRUST

Name *MONARCH STAFFING, INC. (CONT.)*

Address *(Business Address Acceptable)* *#120*
*30950 RANCHO VIEJO, CA 92625*

Check one
☐ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE    IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000    ___/___/12    ___/___/12
☐ $10,001 - $100,000    ACQUIRED    DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Partnership    ☐ Sole Proprietorship    ☐ _____ Other

YOUR BUSINESS POSITION _____

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499    ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
☒ INVESTMENT    ☐ REAL PROPERTY

*AMERICAN HEALTH CARE RECRUITING*
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property
*HEALTH CARE STAFFING*
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE    IF APPLICABLE, LIST DATE:
☒ $2,000 - $10,000
☐ $10,001 - $100,000    ___/___/12    *4/30/12*
☐ $100,001 - $1,000,000    ACQUIRED    DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust    ☒ Stock    ☐ Partnership

☐ Leasehold _____    ☐ Other _____
            Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

### ▶ 1. BUSINESS ENTITY OR TRUST

Name _____

Address *(Business Address Acceptable)* _____

Check one
☐ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE    IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000    ___/___/12    ___/___/12
☐ $10,001 - $100,000    ACQUIRED    DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Partnership    ☐ Sole Proprietorship    ☐ _____ Other

YOUR BUSINESS POSITION _____

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499    ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

_____
Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property
_____
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000    ___/___/12    ___/___/12
☐ $100,001 - $1,000,000    ACQUIRED    DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust    ☐ Stock    ☐ Partnership

☐ Leasehold _____    ☐ Other _____
            Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

FPPC Form 700 (2012/2013) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

**Schedule D**
**Income - Gifts**

| CALIFORNIA FORM | **700** |
|---|---|
| FAIR POLITICAL PRACTICES COMMISSION | |

**Name**

Mimi Walters

**<BLUE> is a required field**

| NAME OF SOURCE | ADDRESS OF SOURCE (Business Address Acceptable) | ZIP CODE | BUSINESS ACTIVITY, IF ANY, OF SOURCE | DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|---|---|---|---|
| California Foundation on the Environment and the Economy | Pier 35, Suite 202, San Francisco, CA | 94133 | Study Travel Project to Brazil | 11/8/12 to 11/21/12 | $ 12,751.73 | Airfare, Hotels, Meals,Cultural Activities, Land transportations |
| Pacific Gas and Electric Co | 1415 L St., Ste 280, Sacramento, CA | 95814 | Lobbyist Employer | 01/24/12 | $ 127.14 | Dinner |
| CTIA The Wireless Association | 1400 16th St., NW, Ste 600, Washington., DC | 20036 | Wireless Industry Trade Assoc | 02/29/12 | $ 82.31 | Reception |
| Wine Institute | 425 Market Street, Ste 1000, San Francisco, CA | 94105 | Lobbying Firm | 03/12/12 | $ 66.23 | Reception |
| California New Car Dealers Association | 1415 L St, Ste 700, Sacramento, CA | 95814 | Lobbyist Employer | 03/20/12 | $ 92.67 | Reception and Dinner |
| Walt Disney Co. | 500 South Buena Vista St, Burbank, CA | 91521-0736 | Lobbyist Employer | 03/24/12 | $ 160.00 | 2 adult one day park passes to Disneyland for Everett Rice |
| Walt Disney Co. | 500 South Buena Vista St, Burbank, CA | 91521-0736 | Lobbyist Employer | 03/24/12 | $ 154.00 | 1 adult and 1 child one day park passes to Disneyland for Garth Eisenbeis |
| California Strategies LLC | 980 9th St., Sacramento, CA | 95814 | Lobbying Firm | 03/25/12 | $ 270.00 | NASCAR Sprint Cup Series race |
| Fieldstead & Company | PO Box 19599, Irvine, CA | 92623 | | 04/16/12 | $ 53.00 | Reception |
| California Building Industry Association | 1215 K St, Ste 1200, Sacramento, CA | 95814 | Lobbyist Employer | 05/02/12 | $ 60.74 | Reception |
| Del Mar Thoroughbred Club | PO Box 700, Del Mar, CA | 92014-0700 | Lobbyist Employer | 07/08/12 | $ 305.00 | 2012 Race Meet/David Walters |
| Del Mar Thoroughbred Club | PO Box 700, Del Mar, CA | 92014-0700 | Lobbyist Employer | 07/08/12 | $ 305.00 | 2012 Race Meet/Mimi Walters |
| Sempra Energy | 925 L St, Ste 650, Sacramento, CA | 95814 | Lobbyist Employer | 09/13/12 | $ 59.55 | (1) SDG&E Emergency Backpact |
| TechAmerica | 5201 Great America Parkway, Ste 400, Santa Clara, CA | 95054 | Lobbyist Employer | 10/18/12 | $ 203.41 | Dinner |
| California Foundation on the Environment and the Economy | Pier 35, Suite 202, San Francisco, CA | 94133 | Non-profit educational organization | 12/6/12 - 12/7/12 | $ 609.22 | Hotel accommodation, meals and refreshments |
| California Alliance of Taxpaer Advocates | 455 Capitol Mall, Ste 600, Sacramento, CA | 95814 | Lobbyist Employer | 12/10/12 | $ 75.00 | Subsistence/meals |
| John Wayne Airport | 3160 Airway Ave, Costa Mesa, CA | 92626 | Airport | 12/31/12 | $ 350.00 | Parking |

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

▶ NAME OF BUSINESS ENTITY

*Alderox Inc*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

*Industrial Supply Company*

FAIR MARKET VALUE
- [✗] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [✗] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
3 / 5 / 12 ACQUIRED
___ / ___ / 12 DISPOSED

---

▶ NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12 ACQUIRED
___ / ___ / 12 DISPOSED

---

▶ NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12 ACQUIRED
___ / ___ / 12 DISPOSED

---

▶ NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12 ACQUIRED
___ / ___ / 12 DISPOSED

---

▶ NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12 ACQUIRED
___ / ___ / 12 DISPOSED

---

## Filer's Verification

Print Name *Mimi Walters*

Office, Agency or Court *STATE Senate*

Statement Type
- [✗] 2012/2013 Annual
- [ ] Assuming
- [ ] Leaving
- [ ] _____ Annual (yr)
- [ ] Candidate

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed *3/31/13*

(d)(5)

Filer's Signa ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

Comments: _____

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**AMENDMENT**

**▶ 1. BUSINESS ENTITY OR TRUST**

Name: CCN MV, LLC

Address (Business Address Acceptable): 5000 Birch # 4800, Newport Beach 92660

Check one
☐ Trust, go to 2   ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Advertising

FAIR MARKET VALUE
☑ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12   ___/___/12
ACQUIRED      DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☑ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____ None -Spouse

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☑ $0 - $499        ☐ $10,001 - $100,000
☐ $500 - $1,000    ☐ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary)

☐ None

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12   ___/___/12
ACQUIRED      DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

---

**Filer's Verification**

Print Name    MIMI WALTERS

Office, Agency or Court   CA STATE SENATE

Statement Type   ☑ 2012/2013 Annual   ☐ _____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                        (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California   (d)(5)

Date Signed   3/31/13
                (month, day, year)

Filer's Signature

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: _Monarch Staffing, Inc_

Address (Business Address Acceptable): _3950 Rancho Viejo #120 SJC   92675_

Check one
☐ Trust, go to 2   ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: _Nurse staff_

FAIR MARKET VALUE
☑ $0 - $1,999
☐ $2,000 - $10,000        IF APPLICABLE, LIST DATE: _/ /12_  ACQUIRED    _4 /30/12_ DISPOSED
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☑ _Shareholder_ Other

YOUR BUSINESS POSITION _None - Spouse_

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☑ $0 - $499           ☐ $10,001 - $100,000
☐ $500 - $1,000       ☐ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

---

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box.
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000        IF APPLICABLE, LIST DATE: _/ /12_ ACQUIRED  _/ /12_ DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ____ Yrs. remaining   ☐ Other ____

☐ Check box if additional schedules reporting investments of real property are attached

Comments: ____

---

### Filer's Verification

Print Name _MIMI WALTERS_

Office, Agency or Court _CA STATE SENATE_

Statement Type  ☑ 2012/2013 Annual   ☐ _____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                        (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed _3/31/13_           Filer's Sig
          (month, day, year)

(d)(5)

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

**► 1. BUSINESS ENTITY OR TRUST**

David A. Walters & MARIAN K. Walters
Trustees of the RW 2001 Trust
Name

3 Inspiration Point, Laguna Niguel 92677
Address (Business Address Acceptable)

Check one
☒ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000         ___/___/ 12    ___/___/ 12
☐ $10,001 - $100,000         ACQUIRED        DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ _____
                                            Other

YOUR BUSINESS POSITION

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)**

☒ None

---

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT      ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___/___/ 12    ___/___/ 12
☐ $100,001 - $1,000,000       ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
            Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

---

**Filer's Verification**

Print Name   MIMI WALTERS

Office, Agency or Court   CA STATE SENATE

Statement Type   ☒ 2012/2013 Annual   ☐ ___/___ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                            (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed   3/34/13    (d)(5)
            (month, day, year)         Filer's Sign

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE E
### Income – Gifts
### Travel Payments, Advances, and Reimbursements

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

- You must mark either the gift or income box.
- Mark the "501(c)(3)" box for a travel payment received from a nonprofit 501(c)(3) organization or the "Speech" box if you made a speech or participated in a panel. These payments are not subject to the $440 gift limit, but may result in a disqualifying conflict of interest.

---

► NAME OF SOURCE *(Not an Acronym)*

CALIF. Foundation on the Environment and the Economy

ADDRESS *(Business Address Acceptable)*

Pier 35 Ste 202,

CITY AND STATE

San Francisco, CA 94133

BUSINESS ACTIVITY, IF ANY, OF SOURCE ☐ 501 (c)(3)

Study travel Project to Brazil

DATE(S) 11/08/12 - 11/21/12  *(If gift)*  AMT: $12,751.73

TYPE OF PAYMENT: (must check one) ☒ Gift ☐ Income

☐ Made a Speech/Participated in a Panel
☒ Other - Provide Description

airfare, Hotels, meals, cultural
activities, Land transportations

---

► NAME OF SOURCE *(Not an Acronym)*

CALIF. Foundation on the Environment and the Economy

ADDRESS *(Business Address Acceptable)*

Pier 35 Ste 202

CITY AND STATE

San Francisco, CA 94133

BUSINESS ACTIVITY, IF ANY, OF SOURCE ☐ 501 (c)(3)

NON Profit Educational organization

DATE(S) 12/06/12 - 12/07/12  *(If gift)*  AMT: $609.22

TYPE OF PAYMENT: (must check one) ☒ Gift ☐ Income

☐ Made a Speech/Participated in a Panel
☒ Other - Provide Description

Hotel accommodation, meals,
Refreshments

---

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE ☐ 501 (c)(3)

DATE(S) ___/___/___ - ___/___/___  *(If gift)*  AMT: $

TYPE OF PAYMENT: (must check one) ☐ Gift ☐ Income

☐ Made a Speech/Participated in a Panel
☐ Other - Provide Description

---

### Filer's Verification

Print Name **Mimi WALTERS**

Office, Agency or Court **Calif State Senate**

Statement Type ☒ 2012/2013 Annual ☐ Assuming ☐ Leaving
☐ _____ Annual ☐ Candidate

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed **3/31/13**
(d)(5)

Filer's Sign

---

Comments: _____

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-1
## Investments
## Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

► NAME OF BUSINESS ENTITY

*Alderox Inc*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

*Industrial Supply Company*

FAIR MARKET VALUE
- [x] $2,000 - $10,000
- [ ] $100,001 - $1,000,000
- [ ] $10,001 - $100,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock   [ ] Other _____
  (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
3 / 5 / 12   ___ / ___ / 12
ACQUIRED          DISPOSED

---

► NAME OF BUSINESS ENTITY

_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $100,001 - $1,000,000
- [ ] $10,001 - $100,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock   [ ] Other _____
  (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12   ___ / ___ / 12
ACQUIRED          DISPOSED

---

► NAME OF BUSINESS ENTITY

_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $100,001 - $1,000,000
- [ ] $10,001 - $100,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock   [ ] Other _____
  (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12   ___ / ___ / 12
ACQUIRED          DISPOSED

---

► NAME OF BUSINESS ENTITY

_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $100,001 - $1,000,000
- [ ] $10,001 - $100,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock   [ ] Other _____
  (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12   ___ / ___ / 12
ACQUIRED          DISPOSED

---

► NAME OF BUSINESS ENTITY

_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $100,001 - $1,000,000
- [ ] $10,001 - $100,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock   [ ] Other _____
  (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 12   ___ / ___ / 12
ACQUIRED          DISPOSED

---

### Filer's Verification

Print Name *Mimi Walters*

Office, Agency or Court *STATE Senate*

Statement Type
- [x] 2012/2013 Annual
- [ ] ___ Annual
  (yr)
- [ ] Assuming
- [ ] Candidate
- [ ] Leaving

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed *3/31/13*

Filer's Signature

(d)(5)

---

Comments: _____

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**A M E N D M E N T**

### ► 1. BUSINESS ENTITY OR TRUST

Name  *CCN MV, LLC*

Address (Business Address Acceptable)  *5000 Birch #4800, Newport Beach 92660*

Check one
- ☐ Trust, go to 2
- ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY  *Advertising*

FAIR MARKET VALUE
- ☒ $0 - $1,999
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/12 ACQUIRED   __/__/12 DISPOSED

NATURE OF INVESTMENT
- ☐ Sole Proprietorship   ☒ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION  *None - Spouse*

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- ☒ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

- ☐ None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
- ☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/12 ACQUIRED   __/__/12 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
- ☐ Leasehold _____ Yrs. remaining   ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

### Filer's Verification

Print Name  *MIMI WALTERS*

Office, Agency or Court  *CA STATE SENATE*

Statement Type  ☒ 2012/2013 Annual   ☐ _____ (yr) Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(d)(5)

Date Signed  *3/31/13*
(month, day, year)

Filer's Signature

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**A M E N D M E N T**

---

▶ **1. BUSINESS ENTITY OR TRUST**

Monarch Staffing, Inc
Name

3950 Rancho Viejo #120 SJC    92675
Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☑ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Nurse Staff

FAIR MARKET VALUE
☑ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12    4/30/12
ACQUIRED    DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship    ☐ Partnership    ☑ Shareholder
                                        Other
YOUR BUSINESS POSITION   None - Spouse

▶ **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☑ $0 - $499         ☐ $10,001 - $100,000
☐ $500 - $1,000     ☐ OVER $100,000
☐ $1,001 - $10,000

▶ **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

☐ None

---

▶ **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/12    ___/___/12
ACQUIRED    DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust    ☐ Stock    ☐ Partnership

☐ Leasehold _____    ☐ Other _____
                Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

---

**Filer's Verification**

Print Name   MIMI WALTERS

Office, Agency or Court   CA STATE SENATE

Statement Type   ☑ 2012/2013 Annual   ☐ _____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                   (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(d)(5)

Date Signed   3/31/13         Filer's Signature _____
              (month, day, year)

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

► **1. BUSINESS ENTITY OR TRUST**

Name _David A. Walters & MARIAN K. Walters Trustees of the Walters 2000 Trust_

Address (Business Address Acceptable) _3 Inspiration Point, Laguna Niguel 92677_

Check one
☒ Trust, go to 2    ☐ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $0 - $1,999
☐ $2,000 - $10,000              __/__/12        __/__/12
☐ $10,001 - $100,000            ACQUIRED        DISPOSED
☐ $100,001 - $1,000,000
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____

► **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

► **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)
☒ None

_____
_____
_____

► **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

_____

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000           __/__/12        __/__/12
☐ $100,001 - $1,000,000        ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____
_____

---

**Filer's Verification**

Print Name _MIMI WALTERS_

Office, Agency or Court _CA STATE SENATE_

Statement Type ☒ 2012/2013 Annual  ☐ _____ Annual (yr)  ☐ Assuming  ☐ Leaving  ☐ Candidate

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed _3/33/13_
(month, day, year)

Filer's Signal    (d)(5)

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

**SCHEDULE E**
**Income – Gifts**
**Travel Payments, Advances,**
**and Reimbursements**

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

- You must mark either the gift or income box.
- Mark the "501(c)(3)" box for a travel payment received from a nonprofit 501(c)(3) organization or the "Speech" box if you made a speech or participated in a panel. These payments are not subject to the $440 gift limit, but may result in a disqualifying conflict of interest.

---

► NAME OF SOURCE *(Not an Acronym)*
CALIF. Foundation on the Environment and
ADDRESS *(Business Address Acceptable)* the Economy
Pier 35 Ste 202,
CITY AND STATE
San Francisco, CA  94133
BUSINESS ACTIVITY, IF ANY, OF SOURCE  ☐ 501(c)(3)
Study travel Project to Brazil

DATE(S): 11/08/12 - 11/21/12  AMT. $12,751.73
*(if gift)*

TYPE OF PAYMENT: (must check one)  ☒ Gift  ☐ Income

☐ Made a Speech/Participated in a Panel
☒ Other - Provide Description
Airfare, Hotels, meals, cultural
Activities, Land transportations

---

► NAME OF SOURCE *(Not an Acronym)*
CALIF. Foundation on the Environment
ADDRESS *(Business Address Acceptable)* and the Economy
Pier 35 Ste 202
CITY AND STATE
San Francisco, CA  94133
BUSINESS ACTIVITY, IF ANY, OF SOURCE  ☐ 501(c)(3)
NON Profit Educational organization

DATE(S): 12/06/12 - 12/07/12  AMT. $609.22
*(if gift)*

TYPE OF PAYMENT: (must check one)  ☒ Gift  ☐ Income

☐ Made a Speech/Participated in a Panel
☒ Other - Provide Description
Hotel accommodation, meals,
Refreshments

---

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE  ☐ 501(c)(3)

DATE(S): __/__/__ - __/__/__  AMT. $_____

TYPE OF PAYMENT: (must check one)  ☐ Gift  ☐ Income

☐ Made a Speech/Participated in a Panel
☐ Other - Provide Description

---

**Filer's Verification**

Print Name  Mimi WALTERS
Office, Agency or Court  Calif State Senate
Statement Type  ☒ 2012/2013 Annual  ☐ Assuming  ☐ Leaving
☐ ____ Annual  ☐ Candidate
*(yr)*

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed  3/31/13

Filer's Sig  (d)(5)

---

Comments: _____

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ce.gov



## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

MAY 1 3 '13

▶ **1. BUSINESS ENTITY OR TRUST**

Monarch Bay Capital Group
Name

3 Inspiration Point, Laguna Niguel 92677
Address (Business Address Acceptable)

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Consulting

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 12    ___/___/ 12
ACQUIRED      DISPOSED

NATURE OF INVESTMENT
☒ Sole Proprietorship  ☐ Partnership  ☐ _____
                                              Other

YOUR BUSINESS POSITION  Spouse income

▶ **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☒ OVER $100,000
☐ $1,001 - $10,000

▶ **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

☒ None

▶ **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**

Check one box
☐ INVESTMENT    ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 12    ___/___/ 12
ACQUIRED      DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust    ☐ Stock    ☐ Partnership

☐ Leasehold _____    ☐ Other _____
           Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

---

**Filer's Verification**

Print Name  Miml Walters

Office, Agency or Court  State Senate

Statement Type  ☒ 2012|2013 Annual  ☐ _____ Annual  ☐ Assuming  ☐ Leaving  ☐ Candidate
                                              (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of Cal

Date Signed  5/15/13
                (month, day year)

Filer's Si  (d)(5)

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

MAY 13 2013

---

► NAME OF BUSINESS ENTITY

Data Logic Int'l

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

Technology

FAIR MARKET VALUE
- [X] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
04 / 09 / 12        ___ / ___ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___ / ___ / 12        ___ / ___ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___ / ___ / 12        ___ / ___ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___ / ___ / 12        ___ / ___ / 12
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___ / ___ / 12        ___ / ___ / 12
ACQUIRED              DISPOSED

---

### Filer's Verification

Print Name   Mimi Walters

Office, Agency or Court   State Senate

Statement Type  [X] 2012/2013 Annual   [ ] Assuming   [ ] Leaving
                [ ] _____ Annual   [ ] Candidate
                    (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California (d)(5) and correct.

Date S _____                    5/13/13

Filer's _____                    (d)(5)

---

Comments: _____

FPPC Form 700 Amendment (2012/2013)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**

RECEIVED
FAIR POLITICAL
PRACTICES COMMISSION

2014 MAR -3 PM 2:07

Date Received
Official Use Only

MAR - 3 2014

Please type or print in ink.

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| WALTERS | | MIMI | K. |

## 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
STATE SENATE

Division, Board, Department, District, if applicable
DISTRICT 37

Your Position
STATE SENATOR

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: _____     Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

- ☑ State
- ☐ Multi-County _____
- ☐ City of _____
- ☐ Judge or Court Commissioner (Statewide Jurisdiction)
- ☐ County of _____
- ☐ Other _____

## 3. Type of Statement *(Check at least one box)*

- ☑ **Annual:** The period covered is January 1, 2013, through December 31, 2013.
  -or-
  The period covered is ___/___/___, through December 31, 2013.
- ☐ **Assuming Office:** Date assumed ___/___/___
- ☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

- ☐ **Leaving Office:** Date Left ___/___/___
  *(Check one)*
  - ○ The period covered is January 1, 2013, through the date of leaving office.
  - ○ The period covered is ___/___/___, through the date of leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*

▶ **Total number of pages including this cover page:** _____

- ☑ **Schedule A-1** - *Investments* – schedule attached
- ☑ **Schedule A-2** - *Investments* – schedule attached
- ☐ **Schedule B** - *Real Property* – schedule attached

- ☐ **Schedule C** - *Income, Loans, & Business Positions* – schedule attached
- ☑ **Schedule D** - *Income - Gifts* – schedule attached
- ☐ **Schedule E** - *Income - Gifts – Travel Payments* – schedule attached

-or-

- ☐ **None** - *No reportable interests on any schedule*

**5** (c)(1)

I certify under penalty of perjury under the laws of the State of California th  (c)(1)

Date Signed 3/2/14
*(month, day, year)*

Signa

FPPC Form 700 (2013/2014)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-1
### Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

► NAME OF BUSINESS ENTITY
Northwest Venture Association

GENERAL DESCRIPTION OF THIS BUSINESS
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    4/6/ **13** DISPOSED

---

► NAME OF BUSINESS ENTITY
CRI Bridge Fund

GENERAL DESCRIPTION OF THIS BUSINESS
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    4/18/ **13** DISPOSED

---

► NAME OF BUSINESS ENTITY
Madrona Partners

GENERAL DESCRIPTION OF THIS BUSINESS
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    ___/___/ **13** DISPOSED

---

► NAME OF BUSINESS ENTITY
Digital Map

GENERAL DESCRIPTION OF THIS BUSINESS
Services

FAIR MARKET VALUE
- [x] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    ___/___/ **13** DISPOSED

---

► NAME OF BUSINESS ENTITY
CRI Partners

GENERAL DESCRIPTION OF THIS BUSINESS
VC Fund

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    4/18/ **13** DISPOSED

---

► NAME OF BUSINESS ENTITY
GVI

GENERAL DESCRIPTION OF THIS BUSINESS
VC Fund

FAIR MARKET VALUE
- [x] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $600 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13** ACQUIRED    4/17/ **13** DISPOSED

---

Comments: _____

FPPC Form 700 (2013/2014)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

► NAME OF BUSINESS ENTITY
Management Energy, Inc. (MMEX)
GENERAL DESCRIPTION OF THIS BUSINESS
Energy

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  8/12/13
ACQUIRED   DISPOSED

---

► NAME OF BUSINESS ENTITY
Comcast Corp
GENERAL DESCRIPTION OF THIS BUSINESS
Cable/Telecommunications

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [x] Other  Bonds (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  1/23/13
ACQUIRED   DISPOSED

---

► NAME OF BUSINESS ENTITY
Trans-Pacific Aerospace Co. (TPAC)
GENERAL DESCRIPTION OF THIS BUSINESS
Aerospace

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  ___/___/13
ACQUIRED   DISPOSED

---

► NAME OF BUSINESS ENTITY
Goldman Sachs
GENERAL DESCRIPTION OF THIS BUSINESS
Investment

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [x] Other  Bonds (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  1/30/13
ACQUIRED   DISPOSED

---

► NAME OF BUSINESS ENTITY
Axiologix Education Corp. (AXLX)
GENERAL DESCRIPTION OF THIS BUSINESS
Educational Software

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  8/10/13
ACQUIRED   DISPOSED

---

► NAME OF BUSINESS ENTITY
Tyco International
GENERAL DESCRIPTION OF THIS BUSINESS
Manufacturing/Services

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [x] Other  Bonds (Describe)
- [ ] Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More (Report on Schedule C)

IF APPLICABLE, LIST DATE:
___/___/13  1/28/13
ACQUIRED   DISPOSED

---

Comments: _____

FPPC Form 700 (2013/2014)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *MIMI WALTERS*

---

► **NAME OF BUSINESS ENTITY**
*Alderox Inc*

GENERAL DESCRIPTION OF THIS BUSINESS
*Industrial Supply Co.*

FAIR MARKET VALUE
- [✓] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [✓] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   **7** / **22** / **13**
ACQUIRED        DISPOSED

---

► **NAME OF BUSINESS ENTITY**
*Data Logic Int'l*

GENERAL DESCRIPTION OF THIS BUSINESS
*Technology*

FAIR MARKET VALUE
- [✗] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [✗] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   **8** / **1** / **13**
ACQUIRED        DISPOSED

---

► **NAME OF BUSINESS ENTITY**
_____

GENERAL DESCRIPTION OF THIS BUSINESS
_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   ___/___/ **13**
ACQUIRED        DISPOSED

---

► **NAME OF BUSINESS ENTITY**
_____

GENERAL DESCRIPTION OF THIS BUSINESS
_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   ___/___/ **13**
ACQUIRED        DISPOSED

---

► **NAME OF BUSINESS ENTITY**
_____

GENERAL DESCRIPTION OF THIS BUSINESS
_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   ___/___/ **13**
ACQUIRED        DISPOSED

---

► **NAME OF BUSINESS ENTITY**
_____

GENERAL DESCRIPTION OF THIS BUSINESS
_____

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [ ] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership   ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **13**   ___/___/ **13**
ACQUIRED        DISPOSED

---

**Comments:** _____

FPPC Form 700 (2013/2014)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: MONARCH BAY SECURITIES, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800, NEWPORT BEACH, 92660

Check one
- [ ] Trust, go to 2
- [ ] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS: INVESTMENT BANKING

**FAIR MARKET VALUE**
- [ ] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [X] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED   ___/___/13 DISPOSED

**NATURE OF INVESTMENT**
- [X] Partnership
- [ ] Sole Proprietorship
- [ ] Other _____

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [X] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

- [ ] None

SEE ATTACHED

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

**FAIR MARKET VALUE**
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED   ___/___/13 DISPOSED

**NATURE OF INTEREST**
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: CAMINO PARTNERS, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800 NEWPORT BEACH 92660

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS:

**FAIR MARKET VALUE**
- [X] $0 - $1,999
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED   ___/___/13 DISPOSED

**NATURE OF INVESTMENT**
- [ ] Partnership
- [ ] Sole Proprietorship
- [ ] Other _____

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [ ] $0 - $499
- [ ] $500 - $1,000
- [X] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

- [X] None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

**FAIR MARKET VALUE**
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED   ___/___/13 DISPOSED

**NATURE OF INTEREST**
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

FPPC Form 700 (2013/2014) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Comments: _____

*Securities*

Monarch Bay ~~Associates,~~ LLC

| | |
|---|---|
| David Walters Ownership Interest | 28.18% |
| Mimi Walters Community Property Interest | 14.09% |

Threshold for Disclosure $35,486.16

**Customers that Provided Gross Revenue of** **$35,486.16 or Greater:**
ERP Power, Inc.
Integrated Recovery Resource, Inc.
COR Clearing, LLC
Posture Health, Inc.
Sensor Medical Technology, LLC

**Lending Institutions that Provided Loans of** **$35,486.16 or Greater:**
None

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: MIMI WALTERS

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: CCN MV, LLC

Address (Business Address Acceptable): 5000 BIRCH #4800, NEWPORT BEACH 92660

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS: ADVERTISING

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED
4/1/13 DISPOSED

NATURE OF INVESTMENT
☒ Partnership   ☐ Sole Proprietorship   ☐ _____ Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499
☐ $500 - $1,000
☐ $1,001 - $10,000
☐ $10,001 - $100,000
☐ OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)
☐ None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**
Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED
___/___/13 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold _____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: STI GROUP

Address (Business Address Acceptable): 5000 BIRCH #4800 NEWPORT BEACH 92660

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS: HOLDING COMPANY, COMMUNICATIONS

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED
2/5/13 DISPOSED

NATURE OF INVESTMENT
☐ Partnership   ☐ Sole Proprietorship   ☒ Majority Shareholder Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499
☐ $500 - $1,000
☐ $1,001 - $10,000
☐ $10,001 - $100,000
☐ OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)
☐ None

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST**
Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/13 ACQUIRED
___/___/13 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
☐ Leasehold _____ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

FPPC Form 700 (2013/2014) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Comments: _____

## SCHEDULE A-2
### Investments, Income, and Assets
of Business Entitles/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *MIMI WALTERS*

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: *DAVID A WALTERS, MARIAN K WALTERS*

Address (Business Address Acceptable): *3 INSPIRATION POINT, LAGUNA NIGUEL 92677*

Check one
- [X] Trust, go to 2
- [ ] Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF THIS BUSINESS**

FAIR MARKET VALUE
- [ ] $0 - $1,999
- [ ] $2,000 - $10,000
- [X] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED    __/__/13 DISPOSED

NATURE OF INVESTMENT
- [ ] Partnership
- [ ] Sole Proprietorship
- [ ] Other _____

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [X] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)

- [ ] None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [X] REAL PROPERTY

*1411 HERMES AVE, ENCINITAS, CA 92024*

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property

*APARTMENT BUILDING*

Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [X] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED    __/__/13 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [X] Partnership
- [ ] Leasehold ____ Yrs. remaining
- [ ] Other _____

- [ ] Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: *MONARCH BAY CAPITAL GROUP*

Address (Business Address Acceptable): *3 INSPIRATION POINT, LAGUNA NIGUEL 92677*

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

**GENERAL DESCRIPTION OF THIS BUSINESS**

FAIR MARKET VALUE
- [ ] $0 - $1,999
- [X] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED    __/__/13 DISPOSED

NATURE OF INVESTMENT
- [ ] Partnership
- [X] Sole Proprietorship
- [ ] Other _____

YOUR BUSINESS POSITION *SPOUSE INCOME*

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [ ] $0 - $499
- [ ] $500 - $1,000
- [X] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary)

- [X] None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity, if Investment, or Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED    __/__/13 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold ____ Yrs. remaining
- [ ] Other _____

- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2013/2014) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entitles/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
MIMI WALTERS

---

### ► 1. BUSINESS ENTITY OR TRUST

Name
BOUNCE MOBILE SYSTEMS, INC

Address (Business Address Acceptable)
5000 BIRCH #4800, NEWPORT BEACH, 92660

Check one
☐ Trust, go to 2     ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS
GPS Tracking

FAIR MARKET VALUE
☒ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED
4/10/13 DISPOSED

NATURE OF INVESTMENT
☐ Partnership   ☒ Sole Proprietorship   ☒ Majority shareholder Other

YOUR BUSINESS POSITION

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☒ $0 - $499
☐ $500 - $1,000
☐ $1,001 - $10,000
☐ $10,001 - $100,000
☐ OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☐ None

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED
__/__/13 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other ___

☐ Check box if additional schedules reporting Investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name
Cardiff Partners, LLC

Address (Business Address Acceptable)
5000 BIRCH #4800, NEWPORT BEACH 92660

Check one
☐ Trust, go to 2     ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF THIS BUSINESS
Consulting

FAIR MARKET VALUE
☐ $0 - $1,999
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED
__/__/13 DISPOSED

NATURE OF INVESTMENT
☒ Partnership   ☐ Sole Proprietorship   ☐ Other

YOUR BUSINESS POSITION

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499
☐ $500 - $1,000
☐ $1,001 - $10,000
☐ $10,001 - $100,000
☒ OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

☒ None
Varies

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD OR LEASED BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity, if Investment, or
Assessor's Parcel Number or Street Address of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED
__/__/13 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other ___

☐ Check box if additional schedules reporting Investments or real property are attached

---

Comments: _____

FPPC Form 700 (2013/2014) Sch. A-2
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE D
## Income – Gifts



**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

---

► NAME OF SOURCE *(Not an Acronym)*
Senate Policy Conference on Education Dinner

ADDRESS *(Business Address Acceptable)*
555 Capitol Mall, Suite 1450, Sacramento, CA 95814

BUSINESS ACTIVITY, IF ANY, OF SOURCE
Dinner

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 03 / 05 / 13 | $ 64.00 | Dinner |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*
Civil Justice Association of California

ADDRESS *(Business Address Acceptable)*
1201 K St, Suite 1850, Sacramento, CA 95814

BUSINESS ACTIVITY, IF ANY, OF SOURCE
Public Affiars Conference

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 06 / 29 / 13 | $ 68.04 | Breakfast/Vallet |
| / / | $ | |
| / / | $ | |

---

► NAME OF SOURCE *(Not an Acronym)*
California New Car Dealers Association

ADDRESS *(Business Address Acceptable)*
1525 L St., Sacramento, CA 95814

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 03 / 13 / 13 | $ 70.98 | Food and drink |
| 03 / 13 / 13 | $ 21.19 | Comedian |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*
The First Tee of Silicon Valley

ADDRESS *(Business Address Acceptable)*
345 Park Avenue, MS E6, San Jose, CA 95110

BUSINESS ACTIVITY, IF ANY, OF SOURCE
2013 Invitational at CordeVAlle in San Martin, CA

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 07 / 14 / 13 | $ 350.00 | Accomodations |
| 07 / 15 / 13 | $ 110.00 | Roundtable Breakfast |
| / / | $ | |

---

► NAME OF SOURCE *(Not an Acronym)*
California State Protocol Foundation

ADDRESS *(Business Address Acceptable)*
11355 West Olympic Blvd., Los Angeles, CA 90064

BUSINESS ACTIVITY, IF ANY, OF SOURCE
Discuss Issues facing State of California

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 05 / 06 / 13 | $ 80.50 | Dinner |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*
Association of California School Administrators

ADDRESS *(Business Address Acceptable)*
1029 J St., Suite 500, Sacramento, CA 95814

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 08 / 27 / 13 | $ 65.10 | Flowers |
| / / | $ | |
| / / | $ | |

---

Comments: _____

FPPC Form 700 (2013/2014) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE D
## Income – Gifts

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF SOURCE *(Not an Acronym)*

California Foundation on the Environment and Economy

ADDRESS *(Business Address Acceptable)*
Pier 35, Suite 202, San Francisco, CA 94133

BUSINESS ACTIVITY, IF ANY, OF SOURCE
Roundtable Conference on Water

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 10 / 29 / 13 | $ 193.00 | Accomodation |
| 10 / 29 / 13 | $ 204.89 | Tuesday Food/Drink |
| 10 / 30 / 13 | $ 36.16 | Wednesday Breakfast |

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

Comments: _____

FPPC Form 700 (2013/2014) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**STATEMENT OF ECONOMIC INTERESTS**

**COVER PAGE**

*A Public Document*

Date Received
*Official Use Only*

MAR – 1 2010

2010 MAR –1 PM 5:14

Please type or print in ink.

| NAME (LAST) | (FIRST) | (MIDDLE) | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| Walters | Mimi | K | |

| MAILING ADDRESS          STREET (Business Address Acceptable) | CITY | STATE | ZIP CODE | OPTIONAL: E-MAIL ADDRESS |
|---|---|---|---|---|
| | | | | |

## 1. Office, Agency, or Court

Name of Office, Agency, or Court:

State Senate

Division, Board, District, if applicable:

33rd District

Your Position:

Senator

► If filing for multiple positions, list additional agency(ies)/ position(s):  (Attach a separate sheet if necessary.)

Agency: _____

Position: _____

## 2. Jurisdiction of Office (Check at least one box)

- [x] State
- [ ] County of _____
- [ ] City of _____
- [ ] Multi-County _____
- [ ] Other _____

## 3. Type of Statement (Check at least one box)

- [ ] Assuming Office/Initial   Date: ____/____/____
- [x] Annual:  The period covered is January 1, 2009, through December 31, 2009.

  **-or-**

  ○ The period covered is ____/____/____, through December 31, 2009.

- [ ] Leaving Office   Date Left: ____/____/____
  (Check one)

  ○ The period covered is January 1, 2009, through the date of leaving office.

  **-or-**

  ○ The period covered is ____/____/____, through the date of leaving office.

- [ ] Candidate   Election Year: _____

## 4. Schedule Summary

► **Total number of pages** including this cover page: **20**

► **Check applicable schedules or "No reportable interests."**

I have disclosed interests on one or more of the attached schedules:

Schedule A-1   [x] Yes – schedule attached
*Investments (Less than 10% Ownership)*

Schedule A-2   [x] Yes – schedule attached
*Investments (10% or Greater Ownership)*

Schedule B   [ ] Yes – schedule attached
*Real Property*

Schedule C   [ ] Yes – schedule attached
*Income, Loans, & Business Positions (Income Other than Gifts and Travel Payments)*

Schedule D   [x] Yes – schedule attached
*Income – Gifts*

Schedule E   [ ] Yes – schedule attached
*Income – Gifts – Travel Payments*

**-or-**

- [ ] No reportable interests on any schedule

## 5. Verification

I have used all reasonable diligence in preparing this statement.  I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed _____3/1/10_____
*(month, day, year)*

Signature _____
*(File the originally signed statement with your filing official.)*

FPPC Form 700 (2009/2010)
FPPC Toll-Free Helpline: 866/ASK-FPPC  www.fppc.ca.gov

## SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
Northwest Venture Association

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
CRI Bridge Fund

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
Madrona Partners

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
Digital Map

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Services

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
CRI Partners

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY
GVI

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
VC Fund

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock      ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**         ___/___/ **09**
ACQUIRED              DISPOSED

---

Comments: _____

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
**Satelite**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Computer Housing**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

► NAME OF BUSINESS ENTITY
**American Affinity Partners**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Human Resources**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

► NAME OF BUSINESS ENTITY
**Nomadix**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Data Storage**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

► NAME OF BUSINESS ENTITY
**Reclamation Consulting & Resources Inc(RCAI)**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Coatings**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

► NAME OF BUSINESS ENTITY
**Trade Bonds**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Broker Dealer**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

► NAME OF BUSINESS ENTITY
**Flexscan**

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Healthcare**

FAIR MARKET VALUE
☐ $2,000 - $10,000   ☒ $10,001 - $100,000
☐ $100,001 - $1,000,000   ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock   ☐ Other _____
                              (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**      ___/___/ **09**
ACQUIRED           DISPOSED

---

Comments: _____

## SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

► NAME OF BUSINESS ENTITY
MMEX

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
4 / 15 / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
PENC

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock    ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
7 / 16 / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
Comcast Corporation

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Cable/telecommunications

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT    bonds
☐ Stock    ☒ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
2 / 4 / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
Tyco International

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Manufacturing/services

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT    bonds
☐ Stock    ☒ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
2 / 13 / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
Goldman Sachs

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
investment

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT    bonds
☐ Stock    ☒ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
3 / 16 / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

► NAME OF BUSINESS ENTITY
_____

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
_____

FAIR MARKET VALUE
☐ $2,000 - $10,000      ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000  ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☐ Other _____
                              (Describe)
☐ Partnership  ○ Income of $0 - $500
               ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 09          ___ / ___ / 09
ACQUIRED            DISPOSED

---

Comments: _____

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
### (Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

**► 1. BUSINESS ENTITY OR TRUST**

David A Walters & Marian K Walters, TTEES of the DMW 2000 Trust
Name

3 Inspiration Point, Laguna Niguel, CA 92677
Address *(Business Address Acceptable)*

Check one
☒ Trust, *go to 2*   ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY _____

FAIR MARKET VALUE        IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09    __/__/ 09
☐ $100,001 - $1,000,000      ACQUIRED     DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☐ _____ Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000       ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

_____
_____
_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT  ☒ REAL PROPERTY

1411 Hermes Avenue, Encinitas, CA 92024
Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Apartment Building
Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE        IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09    __/__/ 09
☒ $100,001 - $1,000,000      ACQUIRED     DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☒ Partnership

☐ Leasehold ____ Yrs. remaining  ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

STI Group*
Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675
Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Communications Engineering

FAIR MARKET VALUE        IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09    __/__/ 09
☒ $100,001 - $1,000,000      ACQUIRED     DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____ Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000       ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

see list
_____
_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☒ INVESTMENT  ☐ REAL PROPERTY

Solana Technologies
Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Engineering
Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE        IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09    __/__/ 09
☒ $100,001 - $1,000,000      ACQUIRED     DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☒ Partnership

☐ Leasehold ____ Yrs. remaining  ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: Financial Systems Group changed name to STI Group on 4/9/07

FPPC Form 700 (2009/2010) Sch. A-2
FPPC Toll-Free Helpline: 866/ASK-FPPC  www.fppc.ca.gov

STI Group, Inc.

| | |
|---|---|
| David Walters Ownership Interest | 95.00% |
| Mimi Walters Community Property Interest | 47.5% |
| Threshold for Disclosure | $ 21,052.63 |

## Customers that Provided Gross Revenue of $21,053 or greater

Seltzer, Caplan, McMahon, Vitek - Lawsuit Settlement

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Mimi Walters

---

**► 1. BUSINESS ENTITY OR TRUST**

STI Group (continued)
Name

Address *(Business Address Acceptable)*
Check one
☐ Trust, *go to 2*   ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000     ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ _____
                                                  Other
YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____
_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☒ INVESTMENT   ☐ REAL PROPERTY

Systems Evolution
Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Engineering Services
Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE ✳          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000     ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☒ Partnership

☐ Leasehold _____   ☐ Other _____
            Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

**Comments:** * no current value

---

**► 1. BUSINESS ENTITY OR TRUST**

Monarch Bay Capital
Name

3 Inspiration Point, Laguna Niguel, CA 92677
Address *(Business Address Acceptable)*
Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09      __/__/ 09
☒ $100,001 - $1,000,000     ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Sole Proprietorship   ☐ Partnership   ☐ _____
                                                  Other
YOUR BUSINESS POSITION  Spouse Income

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____
_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000     ACQUIRED       DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
            Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

FPPC Form 700 (2009/2010) Sch. A-2
FPPC Toll-Free Helpline: 866/ASK-FPPC   www.fppc.ca.gov

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

**► 1. BUSINESS ENTITY OR TRUST**

Bounce Mobile Systems

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
GPS Tracking

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☒ $10,001 - $100,000                 __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000                 ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ _____
                                                              Other
YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☒ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

*SEE ATTACHED LIST*

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000                 __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000                 ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
               Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000                 __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000                 ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☐ Partnership   ☐ _____
                                                              Other
YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (attach a separate sheet if necessary)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                    IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000                 __/__/ 09      __/__/ 09
☐ $100,001 - $1,000,000                 ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
               Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments:_____

Bounce Mobile Systems, Inc.

| | |
|---|---|
| David Walters Ownership Interest | 56.10% |
| Mimi Walters Community Property Interest | 28.1% |
| Threshold for Disclosure | $ 35,650.62 |

## Customers that Provided Gross Revenue of $35,651 or greater

None

## Lending Institutions that Provided Loans of $35,651 or greater

### Bounce GPS (Subsidiary of Remote Dynamics)
None

### Bounce Mobile Systems, Inc.
### NIR Group
None

### Remote Dynamics Series B Financing
None

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

**► 1. BUSINESS ENTITY OR TRUST**

Monarch Staffing
Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675
Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000              ___/___/ 09     ___/___/ 09
☐ $100,001 - $1,000,000           ACQUIRED        DISPOSED
☒ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

See attached list

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☒ INVESTMENT   ☐ REAL PROPERTY

Drug Consultants International
Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Holding company owns Drug Consultants Inc.
Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000              ___/___/ 09     ___/___/ 09
☒ $100,001 - $1,000,000           ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☒ Stock  ☐ Partnership

☐ Leasehold _____   ☐ Other _____
            Yrs. remaining
☐ Check box if additional schedules reporting investments or real property
   are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Drug Consultants International
Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675
Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000              ___/___/ 09     ___/___/ 09
☒ $100,001 - $1,000,000           ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☒ INVESTMENT   ☐ REAL PROPERTY

Drug Consultants Inc.
Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Nurse and Pharmacist Registry
Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000              ___/___/ 09     ___/___/ 09
☒ $100,001 - $1,000,000           ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☒ Stock  ☐ Partnership

☐ Leasehold _____   ☐ Other _____
            Yrs. remaining
☐ Check box if additional schedules reporting investments or real property
   are attached

---

Comments: _____

Monarch Staffing Inc.
(previously MT Ultimate Healthcare)
(includes wholly owned subsidiaries Drug Consultants, Inc. and Drug Consultants International)

| | |
|---|---|
| David Walters Ownership Interest | 40.10% |
| Mimi Walters Community Property Interest | 20.1% |
| Threshold for Disclosure | $  49,875.31 |

## Customers that Provided Gross Revenue of $49,875.31 or greater
**Below customers are from State of California**

Avenal State Prison

Calipatra State Prison

CCI Tehachapi

Cen CA Women's Facility / Chowchilla

Centinela CNA

Centinela State Prison

Chuckawalla State Prison

CMF Vacaville

Coalinga

Corcoran

Correctional Training Facility / Soledad

CSAT

CSP Sacramento

CSP Solano

Deuel Vocational Institution

High Desert State Prison

Ironwood

Lancaster

Mule Creek State Prison

North Kern

R.J. Donovan Correctional Facility

Salinas Valley Prison

San Quentin State Prison

Valley State Prison For Women

Wasco State Prison


## Lending Institutions that Provided Loans of $49,875.31 or greater

None

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
**Mimi Walters**

---

### ► 1. BUSINESS ENTITY OR TRUST

Monarch Bay Associates, LLC

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 95675

Address *(Business Address Acceptable)*

Check one
☐ Trust, go to 2   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Registered Broker Dealer**

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___/___/ **09**      ___/___/ **09**
☒ $100,001 - $1,000,000        ACQUIRED         DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (attach a separate sheet if necessary)

See attached list

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___/___/ **09**      ___/___/ **09**
☐ $100,001 - $1,000,000        ACQUIRED         DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
          Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Cardiff Partners, LLC*

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one
☐ Trust, go to 2   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Business Consultant Service**

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___/___/ **09**      ___/___/ **09**
☒ $100,001 - $1,000,000        ACQUIRED         DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (attach a separate sheet if necessary)

See attached list

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___/___/ **09**      ___/___/ **09**
☐ $100,001 - $1,000,000        ACQUIRED         DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
          Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: Strands Management changed its name to Cardiff Partners, LLC on 8/25/09

FPPC Form 700 (2009/2010) Sch. A-2
FPPC Toll-Free Helpline: 866/ASK-FPPC   www.fppc.ca.gov

Monarch Bay Associates, LLC

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.0% |
| Threshold for Disclosure | $ 40,000.00 |

## Customers that Provided Gross Revenue of $40,000 or greater

Monarch Staffing, Inc.
STI Group, Inc.
Triangle T Ranch, Inc.

## Lending Institutions that Provided Loans of $40,000 or greater

None

Strands Management Company, LLC
(now known as Cardiff Partners, LLC effective 8/25/09)

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.0% |
| Threshold for Disclosure | $ 40,000.00 |

## Customers that Provided Gross Revenue of $40,000 or greater

Monarch Staffing, Inc.
Lathian Systems, Inc.
MGMT Energy, Inc.
Remote Dynamics, Inc.
STI Group, Inc.

## Lending Institutions that Provided Loans of $40,000 or greater

None

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Lathian Systems, Inc.

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Pharmaceutical and medical marketing

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            ___/___/ 09        12/15/ 09
☒ $100,001 - $1,000,000         ACQUIRED           DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

See attached list

_____

_____

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

_____

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

_____

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            ___/___/ 09        ___/___/ 09
☐ $100,001 - $1,000,000         ACQUIRED           DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
              Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

**▶ 1. BUSINESS ENTITY OR TRUST**

_____

Name

_____

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            ___/___/ 09        ___/___/ 09
☐ $100,001 - $1,000,000         ACQUIRED           DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☐ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____

_____

_____

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

_____

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

_____

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                 IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            ___/___/ 09        ___/___/ 09
☐ $100,001 - $1,000,000         ACQUIRED           DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
              Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

Lathian Systems Inc.

| | |
|---|---|
| David Walters Ownership Interest | 28.76% |
| Mimi Walters Community Property Interest | 14.4% |
| Threshold for Disclosure | $  69,541.03 |

## Customers that Provided Gross Revenue of $69,541 or greater

Cephalon Inc:Fentora V08A
Cytyc:Thin Prep V07A
Dey, LP:Peroforomist V07A
Medicis:Restylane V08A
Medicis:Vanos V08a
Medicis:Ziana V08A
Millenium:Velcade V08a
Salix Pharmaceuticals, Inc:Apriso V09a
Talecris Biotherapeutics:Gamunex V09a
Talecris Biotherapeutics:Thrombate V08a
Valeant:Diastat V09a
Valeant:Migranal V09A
Valeant:Zelapar V09A
VNUS:ClosureFast V08A

## Lending Institutions that Provided Loans of $69,541 or greater
None

# SCHEDULE A-2
# Investments, Income, and Assets
# of Business Entities/Trusts
## (Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Mimi Walters

---

**► 1. BUSINESS ENTITY OR TRUST**

Secured Residential Funding, Inc.

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Mortgage Broker

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
2 / 6 /09   ___ / ___ /09
ACQUIRED   DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499   ☒ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____

_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___ / ___ /09   ___ / ___ /09
ACQUIRED   DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

CCN MV, LLC

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Advertising

FAIR MARKET VALUE
☐ $2,000 - $10,000
☒ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
3 / 25 /09   ___ / ___ /09
ACQUIRED   DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☒ $0 - $499   ☐ $10,001 - $100,000
☐ $500 - $1,000   ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____

_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

*Check one box:*
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___ / ___ /09   ___ / ___ /09
ACQUIRED   DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other _____
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

## SCHEDULE A-2
### Investments, Income, and Assets
### of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: *Camino Partners LLC* *

Address (Business Address Acceptable): *30950 Rancho Viejo Rd #120  S+ Capistrano 95*

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
*Consulting*

FAIR MARKET VALUE **
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/09 ACQUIRED   ___/___/09 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [X] Partnership
- [ ] _____ Other

YOUR BUSINESS POSITION

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

** *no current value*

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/09 ACQUIRED   ___/___/09 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: *75*

Address (Business Address Acceptable):

Check one
- [ ] Trust, go to 2
- [ ] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/09 ACQUIRED   ___/___/09 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [ ] Partnership
- [ ] _____ Other

YOUR BUSINESS POSITION

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/09 ACQUIRED   ___/___/09 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: *Camino Partners was previously named Cyberstar LLC - changed name 2/4/08*

**Schedule D**
**Income - Gifts**

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Mimi Walters

<BLUE> is a required field

| NAME OF SOURCE | ADDRESS OF SOURCE (Business Address Acceptable) | ZIP CODE | BUSINESS ACTIVITY, IF ANY, OF SOURCE | DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|---|---|---|---|
| California Professional Firefighters | 1780 Creekside Oaks, Ste 200, Sacramento, CA | 95833 | Lobbyist Employer | 12/02/09 - 12/04/09 | $ 152.65 | Food & drink |
| Pepsico Inc & Affiliated Entities | 17717 Aliso Creek Rd, Aliso Viejo, CA | 92656 | Lobbyist Employer | 01/01/09 | $ 79.00 | Rosebowl Ticket |
| California Tribal Business Alliance | 1530 J St, Ste 250, Sacramento, CA | 95814 | Lobbyist Employer | 01/14/09 | $ 88.77 | food & drink |
| Family Winemakers of California | 520 Capitol Mall, Ste 260, Sacramento, CA | 95814 | Lobbyist Employer | 01/26/09 | $ 72.20 | Food and wine |
| Wine Institute | 424 Market St, Ste 1000, San Francisco, CA | 94105 | Lobbyist Employer | 03/09/09 | $ 59.11 | Food and wine |
| Orange County Automobile Dealers Association | 125 Baker Street East, Ste 262, Costa Mesa, CA | 92626 | Lobbyist Employer | 03/24/09 | $ 85.13 | Food and drink |
| The Walt Disney Company | 500 South Buena Vista St, Burbank, CA | 91521 | Lobbyist Employer | 04/16/09 | $ 376.00 | 4 Parkhopper passes @ $94 each |
| Farmers Insurance Group, Inc/Nielsen, Merksamer, Parrinello, Mueller & Naylor, LLP | 1415 L St, Ste 1200, Sacramento CA | 95814 | Lobbyist Employer | 04/21/09 | $ 70.91 | Food and drink |
| California Correctional Peace Officers Associaton | Wayne Ordos, Atty at Law, 1415 L St., Sacramento, CA | 95814 | Lobbyist Employer | 04/22/09 | $ 150.19 | Dinner |
| California Cable & Telecommunications Association | 1001 K St, 2nd flr, Sacramento, CA | 95814 | Lobbyist Employer | 05/04/09 | $ 63.23 | Food and drink |
| California refuse Recycling Council | 1121 L St, Ste 505, Sacramento, CA | 95814 | Lobbyist Employer | 05/19/09 | $ 71.87 | Food and drink |
| CalPortland | Bell, McAndrews & Hiltachk, LLP, 455 Capitol Mall, Ste 801, Sacramento, CA | 95814 | Lobbyist Employer | 06/23/09 | $ 169.66 | Dinner |
| CalChamber | 1215 K Street, Ste 1400, Sacramento, CA | 95814 | Lobbyist Employer | 10/02/2009 | $ 235.00 | Golf |
| Association of California Life & Health Insurance Companies | 1201 K St., Ste 1820, Sacramento,CA | 95814 | Lobbyist Employer | 10/16/09 | $ 115.43 | Golf and drinks |
| Council for Legislative Excellence | 2150 River Plaza Dr., Ste 150, Sacramento, CA | 95833 | | 12/02/09 | $ 325.12 | Briefcase, Fleece, Charm Bracelet, Green Gift Bag, Transportation |
| Pacific Life Insurance Company | 700 Newport Center Dr, Newport Beach, CA | 92660 | Lobbyist Employer | 12/30/09 | $ 180.00 | Pacific Life Holiday Bowl |
| 13 Natural and Environmental Entities | Citizen Hotel, Sacramento, CA | 95814 | 13 Natural and Environmental Entities | 01/28/09 | $ 86.54 | Food and drink |

List of gifts that were possibly over $50 but no letter received. Attempted but was unable to reach by phone.

09/01/09      Dinner with Steve Poizner and Staff       Spataro

04/22/09      Dinner w/Senator Reps & Dems              Sugarmill, Clarksburg

03/29/09      Annual Legislative Reception              Mason's
Sponsored by:
Calif Forestry Assoc, Calif Conference of Carpenters, Calif Conference of Machinists, Lumber Assoc of CA & Nevada, American Forest & Paper Assoc, Forest Products Industry National Labor Mgmt Committee California Chapter, Western Wood Preservers Institute.

03/17/09      Dinner w/California Professional           Spataro
              Association of Specialty Contractors
              of OC (CALPASC)



RECEIVED
FAIR POLITICAL
PRACTICES COMMISSION

10 JUN -7 AM 8: 28

## SCHEDULE A-1
### Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM** **700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

► NAME OF BUSINESS ENTITY

Management Energy, Inc.

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000　　☐ $10,001 - $100,000
☒ $100,001 - $1,000,000　☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock　☐ Other _____
　　　　　　　　　　(Describe)
☐ Partnership ○ Income of $0 - $500
　　　　　　　 ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
04 / 15 / **09**　　　／　／ **09**
ACQUIRED　　　　DISPOSED

---

► NAME OF BUSINESS ENTITY

Pinnacle Energy Corp

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

Energy

FAIR MARKET VALUE
☐ $2,000 - $10,000　　☐ $10,001 - $100,000
☒ $100,001 - $1,000,000　☐ Over $1,000,000

NATURE OF INVESTMENT
☒ Stock　☐ Other _____
　　　　　　　　　　(Describe)
☐ Partnership ○ Income of $0 - $500
　　　　　　　 ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
07 / 16 / **09**　　　／　／ **09**
ACQUIRED　　　　DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000　　☐ $10,001 - $100,000
☐ $100,001 - $1,000,000　☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock　☐ Other _____
　　　　　　　　　　(Describe)
☐ Partnership ○ Income of $0 - $500
　　　　　　　 ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
／　／ **09**　　　／　／ **09**
ACQUIRED　　　　DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000　　☐ $10,001 - $100,000
☐ $100,001 - $1,000,000　☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock　☐ Other _____
　　　　　　　　　　(Describe)
☐ Partnership ○ Income of $0 - $500
　　　　　　　 ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
／　／ **09**　　　／　／ **09**
ACQUIRED　　　　DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000　　☐ $10,001 - $100,000
☐ $100,001 - $1,000,000　☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock　☐ Other _____
　　　　　　　　　　(Describe)
☐ Partnership ○ Income of $0 - $500
　　　　　　　 ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
／　／ **09**　　　／　／ **09**
ACQUIRED　　　　DISPOSED

---

### Verification

Print Name **MIMI K. Walters**

Office, Agency
or Court **STATE SENATE**

Statement Type ☒ 2009/2010 Annual　☐ Assuming　☐ Leaving
　　　　　　 ☐ _____ Annual　☐ Candidate
　　　　　　　　(yr)

I have used all reasonable diligence in preparing this statement. I have
reviewed this statement and to the best of my knowledge the information
contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.**

Date Signed **6/3/2010**
　　　　　　*(month, day, year)*

Signature

---

Comments: _____

## SCHEDULE A-1
### Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

RECEIVED
FAIR POLITICAL
PRACTICES COMMISSION
10 JUN -7

---

► NAME OF BUSINESS ENTITY
Monarch Bay Capital

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Investment Banking

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☒ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☒ Other  Sole Proprietorship
                          (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**          ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☐ Other _____
                          (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**          ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☐ Other _____
                          (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**          ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☐ Other _____
                          (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**          ___/___/ **09**
ACQUIRED              DISPOSED

---

► NAME OF BUSINESS ENTITY

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
☐ $2,000 - $10,000          ☐ $10,001 - $100,000
☐ $100,001 - $1,000,000    ☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Stock    ☐ Other _____
                          (Describe)
☐ Partnership   ○ Income of $0 - $500
                ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___/___/ **09**          ___/___/ **09**
ACQUIRED              DISPOSED

---

### Verification

Print Name  **Mimi K. Walters**

Office, Agency or Court  **STATE SENATE**

Statement Type  ☒ 2009/2010 Annual   ☐ Assuming   ☐ Leaving
                ☐ _____ Annual      ☐ Candidate
                     (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed  **6/3/2010**

Signature

---

Comments: _____

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

RECEIVED
FAIR POLITICAL
PRACTICES COMMISSION
10 JUN -7  AM 8: (?)

---

► **1. BUSINESS ENTITY OR TRUST**

Monarch Staffing

Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 92675

Address *(Business Address Acceptable)*

Check one

☐ Trust, go to 2     ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

Nurse Staffing

FAIR MARKET VALUE                  IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000               __/__/ **09**      __/__/ **09**
☐ $100,001 - $1,000,000            ACQUIRED          DISPOSED
☒ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ _____
                                              Other

YOUR BUSINESS POSITION _____

---

► **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499           ☐ $10,001 - $100,000
☐ $500 - $1,000       ☒ OVER $100,000
☐ $1,001 - $10,000

---

► **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

See attached list

_____

_____

---

► **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:

☒ INVESTMENT     ☐ REAL PROPERTY

Drug Consultants International

Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Holding company owns Drug Consultants Inc.

Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE                  IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000               __/__/ **09**      __/__/ **09**
☒ $100,001 - $1,000,000            ACQUIRED          DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☒ Stock   ☐ Partnership

☐ Leasehold _____   ☐ Other _____
              Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

---

**Comments:** _____

_____

---

## Verification

Print Name  Mimi K. Walters

Office, Agency or Court  State Senate

Statement Type   ☒ 2009/2010 Annual   ☐ _____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                          (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed _____ 6/3/2010 _____          Signature _____
                *(month, day, year)*

## SCHEDULE A-2
## Investments, Income, and Assets of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

RECEIVED
FAIR POLITICAL
PRACTICES
COMMISSION
10 JUN -7 AM 20

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

► **1. BUSINESS ENTITY OR TRUST**

STI Group* (see comments below)
Name

30950 Rancho Viejo Rd #120
Address *(Business Address Acceptable)*

Check one
☐ Trust, go to 2   ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Communications Engineering

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ **09**  ___/___/ **09**
ACQUIRED        DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   _____
                                              Other
YOUR BUSINESS POSITION _____

► **2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499              ☐ $10,001 - $100,000
☐ $500 - $1,000          ☒ OVER $100,000
☐ $1,001 - $10,000

► **3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

See list
_____
_____

► **4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☒ INVESTMENT   ☐ REAL PROPERTY

Systems Evolution
Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Engineering Services
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
01/05/ **09**  ___/___/ **09**
ACQUIRED        DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold _____   ☒ Other  NO CURRENT VALUE
              Yrs. remaining

☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: Financial Systems Group changed name to STI Group on 4/9/07
_____
_____

---

**Verification**

Print Name   Mimi K. Walters

Office, Agency or Court   State Senate

Statement Type   ☒ 2009/2010 Annual   ☐ ____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                        (yr)

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed   6/3/2010
              *(month, day, year)*        Signature

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**AMENDMENT**

---

**▶ 1. BUSINESS ENTITY OR TRUST**

Secured Residential Funding, Inc.
Name

30950 Rancho Viejo Rd. #120, SJ Capistrano, CA 92675
Address *(Business Address Acceptable)*

Check one
☐ Trust, go to 2   ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Mortgage Broker

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☒ $10,001 - $100,000        02 / 06 / 09          ___ / ___ / 09
☐ $100,001 - $1,000,000     ACQUIRED              DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____ Other
YOUR BUSINESS POSITION _____

**▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**

☐ $0 - $499          ☒ $10,001 - $100,000
☐ $500 - $1,000      ☐ OVER $100,000
☐ $1,001 - $10,000

**▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(attach a separate sheet if necessary)*

_____
_____
_____

**▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE          IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000        ___ / ___ / 09          ___ / ___ / 09
☐ $100,001 - $1,000,000     ACQUIRED              DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership

☐ Leasehold _____ ☐ Other _____
           Yrs. remaining
☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____
_____

---

## Verification

Print Name   Mimi K. Walters

Office, Agency or Court   State Senate

Statement Type   ☒ 2009/2010 Annual   ☐ _____ Annual   ☐ Assuming   ☐ Leaving   ☐ Candidate
                                              *(yr)*

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed   6/3/2010                    Signature
              *(month, day, year)*

## SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

**A M E N D M E N T**

---

### ► 1. BUSINESS ENTITY OR TRUST

Camino Partners LLC *(See Comments Below)
Name

30950 Rancho Viejo Rd #120, SJ Capistrano, CA 95675
Address *(Business Address Acceptable)*

Check one
☐ Trust, *go to 2*    ☒ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Consulting

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            __/__/ **09**      __/__/ **09**
☐ $100,001 - $1,000,000         ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☒ Partnership  ☐ _____
                                              Other
YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

☒ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☐ OVER $100,000
☐ $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(attach a separate sheet if necessary)*

**No current value

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
☐ INVESTMENT      ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE                IF APPLICABLE, LIST DATE:
☐ $2,000 - $10,000
☐ $10,001 - $100,000            __/__/ **09**      __/__/ **09**
☐ $100,001 - $1,000,000         ACQUIRED        DISPOSED
☐ Over $1,000,000

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☐ Stock  ☐ Partnership

☐ Leasehold _____  ☐ Other _____
                Yrs. remaining
☐ Check box if additional schedules reporting investments or real property
are attached

---

Comments:  * Camino Partners was previously named Cyberstar LLC. Changed name 2/4/08

---

### Verification

Print Name  Mimi K. Walters

Office, Agency or Court  State Senate

Statement Type  ☒ 2009/2010 Annual  ☐ ___(yr) Annual  ☐ Assuming  ☐ Leaving  ☐ Candidate

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information
contained herein and in any attached schedules is true and complete.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed _____ 6/3/2010 _____          Signature _____
                    (month, day, year)

**Schedule D**
**Income - Gifts**

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Mimi Walters

<BLUE> is a required field

| NAME OF SOURCE | ADDRESS OF SOURCE (Business Address Acceptable) | ZIP CODE | BUSINESS ACTIVITY, IF ANY, OF SOURCE | DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|---|---|---|---|
| California Professional Firefighters | 1780 Creekside Oaks, Ste 200, Sacramento, CA | 95833 | Lobbyist Employer- Firefighters | 12/02/09 - 12/04/09 | $ 152.65 | Food & drink |
| Pepsico Inc & Affiliated Entities | 17717 Aliso Creek Rd, Aliso Viejo, | 92656 | Lobbyist Employer - Beverage Company | 01/01/09 | $ 79.00 | Rosebowl Ticket |
| California Tribal Business Alliance | 1530 J St, Ste 250, Sacramento, CA | 95814 | Lobbyist Employer - Tribal Business/Native American Alliance | 01/14/09 | $ 88.77 | food & drink |
| Family Winemakers of California | 520 Capitol Mall, Ste 260, Sacramento, CA | 95814 | Lobbyist Employer - Winemakers | 01/26/09 | $ 72.20 | Food and wine |
| Wine Institute | 424 Market St, Ste 1000, San Francisco, CA | 94105 | Lobbyist Employer - Wine makers | 03/09/09 | $ 59.11 | Food and wine |
| Orange County Automobile Dealers Association | 125 Baker Street East, Ste 262, Costa Mesa, CA | 92626 | Lobbyist Employer - Auto Dealers | 03/24/09 | $ 85.13 | Food and drink |
| The Walt Disney Company | 500 South Buena Vista St, Burbank, CA | 91521 | Lobbyist Employer - Entertainment/Disney Enterprises | 04/16/09 | $ 376.00 | 4 Parkhopper passes @ $94 each |
| Farmers Insurance Group, Inc/Nielsen, Merksamer, Parrinello, Mueller & Naylor, LLP | 1415 L St, Ste 1200, Sacramento CA | 95814 | Lobbyist Employer - Insurance Company | 04/21/09 | $ 70.91 | Food and drink |
| California Correctional Peace Officers Associaton | Wayne Ordos, Atty at Law, 1415 L St., Sacramento, CA | 95814 | Lobbyist Employer - Peace Officers | 04/22/09 | $ 150.19 | Dinner |
| California Cable & Telecommunications Association | 1001 K St, 2nd flr, Sacramento, CA | 95814 | Lobbyist Employer - Cable &Telecommunications | 05/04/09 | $ 63.23 | Food and drink |
| California refuse Recycling Council | 1121 L St, Ste 505, Sacramento, CA | 95814 | Lobbyist Employer - Trash Haulers | 05/19/09 | $ 71.87 | Food and drink |
| CalPortland | Bell, McAndrews & Hiltachk, LLP, 455 Capitol Mall, Ste 801, Sacramento, CA | 95814 | Lobbyist Employer - Building materials & Construction | 06/23/09 | $ 169.66 | Dinner |
| CalChamber | 1215 K Street, Ste 1400, Sacramento, CA | 95814 | Lobbyist Employer - Chamber of Commerce | 10/02/2009 | $ 235.00 | Golf |
| Association of California Life & Health Insurance Companies | 1201 K St., Ste 1820, Sacramento,CA | 95814 | Lobbyist Employer - Health Insurance | 10/16/09 | $ 115.43 | Golf and drinks |
| Council for Legislative Excellence | 2150 River Plaza Dr., Ste 150, Sacramento, CA | 95833 | Civic League: Policy Institute | 12/02/09 | $ 325.12 | Briefcase, Fleece, Charm Bracelet, Green Gift Bag, Transportation |
| Pacific Life Insurance Company | 700 Newport Center Dr, Newport Beach, CA | 92660 | Lobbyist Employer - Life Insurance | 12/30/09 | $ 180.00 | Pacific Life Holiday Bowl |
| 13 Natural and Environmental Entities | Citizen Hotel, Sacramento, CA | 95814 | 13 Environmental Organization | 01/28/09 | $ 86.54 | Food and drink |

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

**STATEMENT OF ECONOMIC INTERESTS**

**COVER PAGE**

Date Received
Official Use Only

2011 MAR -1 PM 5: 07

*Please type or print in ink.*

NAME OF FILER        (LAST)        (FIRST)        (MIDDLE)
Walters        Mimi        K

## 1. Office, Agency, or Court

Agency Name
State Senate        State Senator

Division, Board, Department, District, if applicable        Your Position
District 33

▶ If filing for multiple positions, list below or on an attachment.

Agency: _____        Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

☒ State
☐ Multi-County _____
☐ City of _____

☐ Judge (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2010, through December 31, 2010.
   **-or-**
   The period covered is ___/___/___, through December 31, 2010.

☐ **Assuming Office:** Date ___/___/___

☐ **Candidate:** Election Year _____

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2010, through the date of leaving office.
○ The period covered is ___/___/___, through the date of leaving office.

Office sought, if different than Part 1: _____

## 4. Schedule Summary

*Check applicable schedules or "None."*

☒ **Schedule A-1** - *Investments* – schedule attached
☒ **Schedule A-2** - *Investments* – schedule attached
☐ **Schedule B** - *Real Property* – schedule attached

▶ Total number of pages including this cover page: _____

☐ **Schedule C** - *Income, Loans, & Business Positions* – schedule attached
☒ **Schedule D** - *Income – Gifts* – schedule attached
☐ **Schedule E** - *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☐ **None** - *No reportable interests on any schedule*

I certify under penalty of perjury under the laws of the State of California tha

Date Signed   3/1/11
*(month, day, year)*        Signatu

FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: **Mimi Walters**

---

► NAME OF BUSINESS ENTITY
**Northwest Venture Assoc**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**VC Fund**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Bridge Fund**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**VC Fund**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

► NAME OF BUSINESS ENTITY
**Madrona Partners**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**VC Fund**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

► NAME OF BUSINESS ENTITY
**Digital Map**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Services**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

► NAME OF BUSINESS ENTITY
**CRI Partners**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**VC Fund**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

► NAME OF BUSINESS ENTITY
**GVI**
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**VC Fund**

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [x] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

NATURE OF INVESTMENT
- [x] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ( ) Income Received of $0 - $499
- ( ) Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED   __/__/10 DISPOSED

---

Comments: _____

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

► **NAME OF BUSINESS ENTITY**
Satelite

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Computer Housing

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED ✶ Stock went to ∅

---

► **NAME OF BUSINESS ENTITY**
American Affinity Partners

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Human Resources

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED ✶ stock went to ∅

---

► **NAME OF BUSINESS ENTITY**
Nomadix

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Data Storage

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED ✶ Stock went to ∅

---

► **NAME OF BUSINESS ENTITY**
Reclamation Consulting + Resources
RCAI

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Coatings

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED ✶ stock went to ∅

---

► **NAME OF BUSINESS ENTITY**
Trade Bonds

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Broker Dealer

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED ✶ stock went to ∅

---

► **NAME OF BUSINESS ENTITY**
Flexscan

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
Healthcare

**FAIR MARKET VALUE** ✗
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

**NATURE OF INVESTMENT**
- [X] Stock
- [ ] Other _____ (Describe)
- [ ] Partnership
- ○ Income Received of $0 - $499
- ○ Income Received of $500 or More *(Report on Schedule C)*

**IF APPLICABLE, LIST DATE:**
___/___/ 10 ACQUIRED   ___/___/ 10 DISPOSED stock went to ∅

---

Comments: _____

# SCHEDULE A-1
## Investments
### Stocks, Bonds, and Other Interests
(Ownership Interest is Less Than 10%)
*Do not attach brokerage or financial statements.*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Mimi Walters

---

► NAME OF BUSINESS ENTITY
Management Energy Inc (MMEX)
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Energy

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☒ Stock  ☐ Other _____ (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

► NAME OF BUSINESS ENTITY
Comcast Corporation
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Cable/telecommunications

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☐ Stock  ☒ Other bonds (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

► * NAME OF BUSINESS ENTITY
Trans-Pacific Aerospace Co. (TPAC)
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Aerospace

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☒ Stock  ☒ Other _____ (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

► NAME OF BUSINESS ENTITY
Goldman Sachs
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Investment

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☐ Stock  ☒ Other bonds (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

► NAME OF BUSINESS ENTITY
Axiologix Education Corp (AXLX)
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
Educational Software

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☒ Stock  ☐ Other _____ (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
9 / 13 / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

► NAME OF BUSINESS ENTITY
Tyco International
GENERAL DESCRIPTION OF BUSINESS ACTIVITY
manufacturing/services

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☒ $100,001 - $1,000,000
- ☐ $10,001 - $100,000
- ☐ Over $1,000,000

NATURE OF INVESTMENT
- ☐ Stock  ☒ Other bonds (Describe)
- ☐ Partnership  ○ Income Received of $0 - $499
  ○ Income Received of $500 or More *(Report on Schedule C)*

IF APPLICABLE, LIST DATE:
___ / ___ / 10   ___ / ___ / 10
ACQUIRED         DISPOSED

---

Comments: * previously Pinnacle Energy Corp. 7/10

# SCHEDULE A-2
## Investments, Income, and Assets of Business Entities/Trusts
### (Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: STI Group

Address *(Business Address Acceptable)*: 30950 Rancho Viejo Rd #120, SJC 92675

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: Holding company - Communications Engineering

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [X] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [ ] Partnership
- [X] majority shareholder

YOUR BUSINESS POSITION

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(Attach a separate sheet if necessary.)*

See list

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
- [X] INVESTMENT
- [ ] REAL PROPERTY

Solana Technologies
Name of Business Entity or Street Address or Assessor's Parcel Number of Real Property

Engineering
Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [X] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [X] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other ___

- [ ] Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name:

Address *(Business Address Acceptable)*:

Check one
- [ ] Trust, go to 2
- [ ] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [ ] Partnership
- [ ] Other ___

YOUR BUSINESS POSITION

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** *(Attach a separate sheet if necessary.)*

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
- [X] INVESTMENT
- [ ] REAL PROPERTY

Systems Evolution
Name of Business Entity or Street Address or Assessor's Parcel Number of Real Property

Engineering Services
Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [X] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [X] Stock
- [ ] Partnership
- [ ] Leasehold ___ Yrs. remaining
- [ ] Other ___

- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772   www.fppc.ca.gov

STI Group, Inc.
(includes wholly owned subsidiaries Systems Evolution, Inc. and Solana Technologies, Inc.)

David Walters Ownership Interest                95.00%
Mimi Walters Community Property Interest        47.5%
Threshold for Disclosure                   $ 21,052.63

## Customers that Provided Gross Revenue of $21,053 or greater

TX Health & Human Services Commission
Agile Consulting, LLC
Texas Commission on Environmental Quality

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*MiMi Walters*

---

### ► 1. BUSINESS ENTITY OR TRUST

Name
*David A Walters + Marian K Walters, TTES of the DMW2000*

Address *(Business Address Acceptable)*
*3 Inspiration Pt. Laguna Niguel, Trust Ca 92677*

Check one
[X] Trust, go to 2    [ ] Business Entity, *complete the box, then go to 2*

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[ ] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED    __/__/10 DISPOSED

NATURE OF INVESTMENT
[ ] Sole Proprietorship   [ ] Partnership   [ ] _____ Other
YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

[ ] $0 - $499         [ ] $10,001 - $100,000
[ ] $500 - $1,000     [X] OVER $100,000
[ ] $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*

_____
_____

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
[ ] INVESTMENT   [X] REAL PROPERTY

*1411 Hermes Avenue, Encinitas, CA 92024*
Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

*Apartment Building*
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[X] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED    __/__/10 DISPOSED

NATURE OF INTEREST
[ ] Property Ownership/Deed of Trust   [ ] Stock   [X] Partnership

[ ] Leasehold _____ Yrs. remaining   [ ] Other _____

[ ] Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name
*Monarch Bay Capital*

Address *(Business Address Acceptable)*
*3 Inspiration Pt. Laguna Niguel, CA 92677*

Check one
[ ] Trust, go to 2    [X] Business Entity, *complete the box, then go to 2*

**GENERAL DESCRIPTION OF BUSINESS ACTIVITY**
*Consulting*

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[X] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED    __/__/10 DISPOSED

NATURE OF INVESTMENT
[X] Sole Proprietorship   [ ] Partnership   [ ] _____ Other
YOUR BUSINESS POSITION *Spouse Income*

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

[ ] $0 - $499         [ ] $10,001 - $100,000
[ ] $500 - $1,000     [X] OVER $100,000
[ ] $1,001 - $10,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*

_____
_____

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
[ ] INVESTMENT   [ ] REAL PROPERTY

_____
Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

_____
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
[ ] $2,000 - $10,000
[ ] $10,001 - $100,000
[ ] $100,001 - $1,000,000
[ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/10 ACQUIRED    __/__/10 DISPOSED

NATURE OF INTEREST
[ ] Property Ownership/Deed of Trust   [ ] Stock   [ ] Partnership

[ ] Leasehold _____ Yrs. remaining   [ ] Other _____

[ ] Check box if additional schedules reporting investments or real property are attached

---

**Comments:** _____

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

### ▶ 1. BUSINESS ENTITY OR TRUST

Name: *Bounce Mobile Systems*

Address *(Business Address Acceptable)*: *30950 Rancho Viejo Rd #120 SJC, CA 92675*

Check one
- ☐ Trust, go to 2
- ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: *GPS Tracking*

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☒ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INVESTMENT
- ☐ Sole Proprietorship
- ☐ Partnership
- ☒ *majority shareholder*

YOUR BUSINESS POSITION

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)
- ☒ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- ☐ INVESTMENT
- ☐ REAL PROPERTY

Name of Business Entity or Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust
- ☐ Stock
- ☐ Partnership
- ☐ Leasehold _____ Yrs. remaining
- ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

### ▶ 1. BUSINESS ENTITY OR TRUST

Name: *Cardiff Partners*

Address *(Business Address Acceptable)*: *30950 Rancho Viejo Rd #120 SJC, CA 92675*

Check one
- ☐ Trust, go to 2
- ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: *Business consulting service*

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☒ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INVESTMENT
- ☐ Sole Proprietorship
- ☒ Partnership
- ☐ Other _____

YOUR BUSINESS POSITION

### ▶ 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)
- ☐ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☒ OVER $100,000

### ▶ 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*
*see attached list*

### ▶ 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- ☐ INVESTMENT
- ☐ REAL PROPERTY

Name of Business Entity or Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or City or Other Precise Location of Real Property

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust
- ☐ Stock
- ☐ Partnership
- ☐ Leasehold _____ Yrs. remaining
- ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

Cardiff Partners

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.0% |
| Threshold for Disclosure | $ 40,000.00 |

## Customers that Provided Gross Revenue of $40,000 or greater

Triangle T Partners, LLC
Axiologix Education Corporation
S&W Seed Company
BMSI, Inc.
Remote Dynamics, Inc.
*Monarch Staffing, Inc.

## Lending Institutions that Provided Loans of $40,000 or greater

None

**SCHEDULE A-2**
**Investments, Income, and Assets**
**of Business Entities/Trusts**
(Ownership Interest is 10% or Greater)

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Mimi Walters

---

| **► 1. BUSINESS ENTITY OR TRUST** | **► 1. BUSINESS ENTITY OR TRUST** |
|---|---|
| Name **Monarch Staffing** | Name **Drug Consultants International** |
| Address (Business Address Acceptable) **30950 Rancho Viejo Rd #120, SJC, CA 92675** | Address (Business Address Acceptable) **30950 Rancho Viejo Rd #120 SJC, Ca 92675** |
| Check one ☐ Trust, go to 2  ☒ Business Entity, complete the box, then go to 2 | Check one ☐ Trust, go to 2  ☒ Business Entity, complete the box, then go to 2 |

**► 1. BUSINESS ENTITY OR TRUST** — first entity:

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Holding Company**

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☒ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10    ___/___/ 10
ACQUIRED        DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☒ **Significant shareholder** Other

YOUR BUSINESS POSITION _____

**► 1. BUSINESS ENTITY OR TRUST** — second entity:

GENERAL DESCRIPTION OF BUSINESS ACTIVITY
**Holding company**

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☒ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10    ___/___/ 10
ACQUIRED        DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship  ☐ Partnership  ☒ **owner** Other

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)** — first:

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)** — second:

☐ $0 - $499            ☐ $10,001 - $100,000
☐ $500 - $1,000        ☒ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.) — first:

**See attached list**

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.) — second:

_____

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST** — first:

Check one box:
☒ INVESTMENT  ☐ REAL PROPERTY

**Drug Consultants International**
Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

**Holding company - owns 100% Drug Consultants Inc.**
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☒ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10    ___/___/ 10
ACQUIRED        DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☒ Stock  ☐ Partnership

☐ Leasehold ____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST** — second:

Check one box:
☒ INVESTMENT  ☐ REAL PROPERTY

**Drug Consultants Inc.**
Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

**Nurse and Pharmacist Registry**
Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☒ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10    ___/___/ 10
ACQUIRED        DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust  ☒ Stock  ☐ Partnership

☐ Leasehold ____ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

Comments: _____

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
*Mimi Walters*

---

### ► 1. BUSINESS ENTITY OR TRUST

Name *Monarch Staffing (cont.)*

Address *(Business Address Acceptable)* *30950 Rancho Viejo Rd #120, SJC, CA 92675*

Check one
- ☐ Trust, *go to 2*
- ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INVESTMENT
- ☐ Sole Proprietorship   ☐ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- ☐ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- ☒ INVESTMENT   ☐ REAL PROPERTY

*American Healthcare Recruiting*

Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

*Healthcare Staffing Company*

Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☒ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
*9/23/10* ACQUIRED   ___/___/10 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust   ☒ Stock   ☐ Partnership
- ☐ Leasehold _____ Yrs. remaining   ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name

Address *(Business Address Acceptable)*

Check one
- ☐ Trust, *go to 2*
- ☐ Business Entity, *complete the box, then go to 2*

GENERAL DESCRIPTION OF BUSINESS ACTIVITY

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INVESTMENT
- ☐ Sole Proprietorship   ☐ Partnership   ☐ _____ Other

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- ☐ $0 - $499
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE *(Attach a separate sheet if necessary.)*

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- ☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity *or*
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity *or*
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- ☐ $2,000 - $10,000
- ☐ $10,001 - $100,000
- ☐ $100,001 - $1,000,000
- ☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED   ___/___/10 DISPOSED

NATURE OF INTEREST
- ☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership
- ☐ Leasehold _____ Yrs. remaining   ☐ Other _____
- ☐ Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772   www.fppc.ca.gov

Monarch Staffing Inc.
(previously MT Ultimate Healthcare)
(includes wholly owned subsidiaries Drug Consultants, Inc., Drug Consultants Internationa, and American Healthcare Recruiting

| | |
|---|---|
| David Walters Ownership Interest | 40.10% |
| Mimi Walters Community Property Interest | 20.1% |
| Threshold for Disclosure | $  49,875.31 |

## Customers that Provided Gross Revenue of $49,875.31 or greater

**Below are customers of Drug Consultants, Inc. (a subsidiary of Monarch Staffing, Inc)**
Avenal State Prison
Calipatra State Prison
CCI Tehachapi
Cen CA Women's Facility / Chowchilla
Centinela State Prison
Chuckawalla State Prison
CMF Vacaville
Coalinga
Corcoran
Correctional Training Facility / Soledad
CSAT
CSP Sacramento
CSP Solano
Deuel Vocational Institution
High Desert State Prison
Ironwood
Kern Valley State Prison
Lancaster
Mule Creek State Prison
North Kern
Northern California Youth Center
Pleasant Valley State Prison
R.J. Donovan Correctional Facility
Salinas Valley Prison
San Quentin State Prison
Valley State Prison For Women
Wasco State Prison

**Below are customers of American Healthcare Recruiting, Inc. (a subsidiary of Monarch Staffing, Inc)**
California Department of Corrections
Sonora Regional Medical Center
Anesthesiologists Associates, Inc

## Lending Institutions that Provided Loans of $49,875.31 or greater

**None**

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: Monarch Bay Associates

Address (Business Address Acceptable): 30950 Rancho Viejo Rd #120, SJC, CA 92675

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: Investment Banking

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [X] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [X] Partnership
- [ ] Other _____

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [X] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

See attached list

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

### ► 1. BUSINESS ENTITY OR TRUST

Name: Camino Partners LLC **

Address (Business Address Acceptable): 30950 Rancho Viejo Rd #120, SJC, CA 92675

Check one
- [ ] Trust, go to 2
- [X] Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: Consulting

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INVESTMENT
- [ ] Sole Proprietorship
- [X] Partnership
- [ ] Other _____

YOUR BUSINESS POSITION _____

### ► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)

- [X] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

### ► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE (Attach a separate sheet if necessary.)

** no current value

### ► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST

Check one box:
- [ ] INVESTMENT
- [ ] REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/10 ACQUIRED    ___/___/10 DISPOSED

NATURE OF INTEREST
- [ ] Property Ownership/Deed of Trust
- [ ] Stock
- [ ] Partnership
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other _____
- [ ] Check box if additional schedules reporting investments or real property are attached

---

Comments: _____

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Monarch Bay Associates, LLC

| | |
|---|---|
| David Walters Ownership Interest | 50.00% |
| Mimi Walters Community Property Interest | 25.0% |
| Threshold for Disclosure | $ 40,000.00 |

## Customers that Provided Gross Revenue of $40,000 or greater

Monarch Staffing, Inc.
Remote Dynamics, Inc.
Integrated Resource Recovery

## Lending Institutions that Provided Loans of $40,000 or greater

None

# SCHEDULE A-2
## Investments, Income, and Assets
## of Business Entities/Trusts
(Ownership Interest is 10% or Greater)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: *Mimi Walters*

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: *Secured Residential Funding*

Address (Business Address Acceptable): *30950 Rancho Viejo Rd #120 SJC, CA 92675*

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: *Mortgage Broker*

FAIR MARKET VALUE
☐ $2,000 - $10,000
☒ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10 ACQUIRED
*12 / 1 / 10* DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ Other _____

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10 ACQUIRED
___/___/ 10 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

**► 1. BUSINESS ENTITY OR TRUST**

Name: *CCN MV, LLC*

Address (Business Address Acceptable): *30950 Rancho Viejo Rd. #120 SJC, CA 92675*

Check one
☐ Trust, go to 2    ☒ Business Entity, complete the box, then go to 2

GENERAL DESCRIPTION OF BUSINESS ACTIVITY: *Advertising*

FAIR MARKET VALUE
☐ $2,000 - $10,000
☒ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10 ACQUIRED
___/___/ 10 DISPOSED

NATURE OF INVESTMENT
☐ Sole Proprietorship   ☒ Partnership   ☐ Other _____

YOUR BUSINESS POSITION _____

**► 2. IDENTIFY THE GROSS INCOME RECEIVED (INCLUDE YOUR PRO RATA SHARE OF THE GROSS INCOME TO THE ENTITY/TRUST)**
☒ $0 - $499          ☐ $10,001 - $100,000
☐ $500 - $1,000      ☐ OVER $100,000
☐ $1,001 - $10,000

**► 3. LIST THE NAME OF EACH REPORTABLE SINGLE SOURCE OF INCOME OF $10,000 OR MORE** (Attach a separate sheet if necessary.)

**► 4. INVESTMENTS AND INTERESTS IN REAL PROPERTY HELD BY THE BUSINESS ENTITY OR TRUST**

Check one box:
☐ INVESTMENT   ☐ REAL PROPERTY

Name of Business Entity or
Street Address or Assessor's Parcel Number of Real Property

Description of Business Activity or
City or Other Precise Location of Real Property

FAIR MARKET VALUE
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ 10 ACQUIRED
___/___/ 10 DISPOSED

NATURE OF INTEREST
☐ Property Ownership/Deed of Trust   ☐ Stock   ☐ Partnership

☐ Leasehold ___ Yrs. remaining   ☐ Other _____

☐ Check box if additional schedules reporting investments or real property are attached

---

Comments:

FPPC Form 700 (2010/2011) Sch. A-2
FPPC Toll-Free Helpline: 866/275-3772   www.fppc.ca.gov

## SCHEDULE B
## Interests in Real Property
### (Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

---

▶ STREET ADDRESS OR PRECISE LOCATION

CITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ **10**   ___/___/ **10**
ACQUIRED   DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs. remaining
- [ ] _____ Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.

---

▶ STREET ADDRESS OR PRECISE LOCATION

CITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/ **10**   ___/___/ **10**
ACQUIRED   DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs. remaining
- [ ] _____ Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status.  Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

---

NAME OF LENDER*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE                 TERM (Months/Years)
_____%  [ ] None

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

NAME OF LENDER*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE                 TERM (Months/Years)
_____%  [ ] None

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

Comments: _____

# SCHEDULE C
# Income, Loans, & Business Positions
### (Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
_____

▶ **1. INCOME RECEIVED**

NAME OF SOURCE OF INCOME
_____

ADDRESS *(Business Address Acceptable)*
_____

BUSINESS ACTIVITY, IF ANY, OF SOURCE
_____

YOUR BUSINESS POSITION
_____

GROSS INCOME RECEIVED
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

CONSIDERATION FOR WHICH INCOME WAS RECEIVED
- ☐ Salary
- ☐ Spouse's or registered domestic partner's income
- ☐ Loan repayment
- ☐ Partnership
- ☐ Sale of _____
  *(Property, car, boat, etc.)*
- ☐ Commission or ☐ Rental Income, *list each source of $10,000 or more*
_____
- ☐ Other _____
  *(Describe)*

▶ **1. INCOME RECEIVED**

NAME OF SOURCE OF INCOME
_____

ADDRESS *(Business Address Acceptable)*
_____

BUSINESS ACTIVITY, IF ANY, OF SOURCE
_____

YOUR BUSINESS POSITION
_____

GROSS INCOME RECEIVED
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

CONSIDERATION FOR WHICH INCOME WAS RECEIVED
- ☐ Salary
- ☐ Spouse's or registered domestic partner's income
- ☐ Loan repayment
- ☐ Partnership
- ☐ Sale of _____
  *(Property, car, boat, etc.)*
- ☐ Commission or ☐ Rental Income, *list each source of $10,000 or more*
_____
- ☐ Other _____
  *(Describe)*

▶ **2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD**

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status.  Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

NAME OF LENDER\*
_____

ADDRESS *(Business Address Acceptable)*
_____

BUSINESS ACTIVITY, IF ANY, OF LENDER
_____

HIGHEST BALANCE DURING REPORTING PERIOD
- ☐ $500 - $1,000
- ☐ $1,001 - $10,000
- ☐ $10,001 - $100,000
- ☐ OVER $100,000

INTEREST RATE          TERM (Months/Years)

_____% ☐ None       _____

SECURITY FOR LOAN
- ☐ None  ☐ Personal residence
- ☐ Real Property _____
  *Street address*
  _____
  *City*
- ☐ Guarantor _____
- ☐ Other _____
  *(Describe)*

Comments: _____

## SCHEDULE E
### Income – Gifts
### Travel Payments, Advances, and Reimbursements

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

---

- Reminder – you must mark the gift or income box.
- You are not required to report income from government agencies.
- You may mark the box 501(c)(3) for a travel payment received from a nonprofit 501(c)(3) organization.  When the payment is a gift it is reportable but is not subject to the $420 gift limit.

---

► NAME OF SOURCE

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE          ☐ 501 (c)(3)

DATE(S): ____/____/____ - ____/____/____  AMT: $_____
*(If applicable)*

TYPE OF PAYMENT: (must check one)   ☐ Gift   ☐ Income

DESCRIPTION: _____

_____

---

► NAME OF SOURCE

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE          ☐ 501 (c)(3)

DATE(S): ____/____/____ - ____/____/____  AMT: $_____
*(If applicable)*

TYPE OF PAYMENT: (must check one)   ☐ Gift   ☐ Income

DESCRIPTION: _____

_____

---

► NAME OF SOURCE

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE          ☐ 501 (c)(3)

DATE(S): ____/____/____ - ____/____/____  AMT: $_____
*(If applicable)*

TYPE OF PAYMENT: (must check one)   ☐ Gift   ☐ Income

DESCRIPTION: _____

_____

---

► NAME OF SOURCE

ADDRESS *(Business Address Acceptable)*

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE          ☐ 501 (c)(3)

DATE(S): ____/____/____ - ____/____/____  AMT: $_____
*(If applicable)*

TYPE OF PAYMENT: (must check one)   ☐ Gift   ☐ Income

DESCRIPTION: _____

_____

---

**Comments:** _____

_____

**Schedule D**
**Income - Gifts**

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Mimi Walters

<BLUE> is a required field

| NAME OF SOURCE | ADDRESS OF SOURCE (Business Address Acceptable) | ZIP CODE | BUSINESS ACTIVITY, IF ANY, OF SOURCE | DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|---|---|---|---|
| Office of Gov Schwarzenegger/CA State Protocol Foundation | State Capitol, 1303 10th St, Sac, CA | 95814 | Foundation | 01/06/10 | $ 57.00 | State of the State Luncheon |
| Cirque Du Soliel | 980 Kelly Johnson Dr, Las Vegas, NV | 89119 | Entertainment | 01/08/10 | $ 250.00 | 1 ticket to premiere of KOOZA show in Irvine, CA |
| Family Winemakers of CA | 520 Capitol Mall,#260, Sac, CA | 95814 | Lobbyist Employer - Winemakers | 01/25/10 | $ 79.98 | Food and beverage |
| California Healthcare Institute | 1020 Prospect St, #310, La Jolla, CA | 92037 | Lobbyist Employer - healthcare | 02/02/10 | $ 205.30 | Food and beverage |

FPPC Form 700 Draft (2009/2010) Sch. Dx
FPPC Toll-Free Helpline: 866/ASK-FPPC  www.fppc.ca.gov



### FAIR POLITICAL PRACTICES COMMISSION
428 J Street • Suite 620 • Sacramento, CA  95814-2329
(916) 322-5660 • Fax (916) 322-0886

November 9, 2011



Ms. Kelly Lawler
F.A.I.R. – Fairness & Accountability, etc.

# REDACTED

RE:   **Warning Letter**
      FPPC File No. 11/1023; F.A.I.R. – Fairness & Accountability in Redistricting ballot
      measure committee with major funding from CA Republican Party & Friends of
      Mimi Walters for Senate 2012; Kelly Lawler, Respondents

Dear Ms. Lawler:

The Fair Political Practices Commission ("Commission") enforces the provisions of the Political Reform Act (the "Act")[1] found in Government Code Section 81000, and following.  This letter is as a result of a sworn complaint filed against you and your committee that alleged you failed to properly identify the committee by its major donors.

The FPPC has completed its investigation of the facts in this case.  Specifically, the FPPC found that the committee failed to timely amend its Statement of Organization (Form 410) to reflect the names of its major donors as required by the Act.

The Act requires committees that support or oppose one or more ballot measures to name and identify itself with the name or special interests of its major donors of $50,000 or more, which includes the committee's statement of organization and any advertisements. (Section 84504.)  When information on a Statement of Organization has changed, that statement must be amended within 10 days to reflect the change.  (Section 84103.)

Your committee, previously known simply as F.A.I.R. – Fairness & Accountability in Redistricting, (FAIR) is raising money in preparation for a measure on the November 2012 Statewide Ballot.  On August 30, 2011, FAIR received a $100,000 contribution from the

---

[1] The Political Reform Act is contained in Government Code sections 81000 through 91014.  All statutory references are to the Government Code, unless otherwise indicated.  The regulations of the Fair Political Practices Commission are contained in sections 18110 through 18997 of Title 2 of the California Code of Regulations.  All regulatory references are to Title 2, Division 6 of the California Code of Regulations, unless otherwise indicated.

FPPC File No. 11/1023
Page Two

California Republican Party and on September 2, 2011, FAIR received a $50,000 contribution from Mimi Walters for Senate 2012.

The Statement of Organization (Form 410) of FAIR, should have been amended by September 9, 2011 to reflect the California Republican Party as a major funder in the name of the committee and would again be amended by September 12, 2011 to include the Friends of Mimi Walters for Senate 2012. The amendment to the committee's Statement of Organization did not occur until October 27, 2011.

Your failure to timely amend the Statement of Organization is a violation of the Act. (Gov. Code § 84103.) However, since the committee has yet to produce any advertisement requiring the naming of its committee and major donors, we are closing this with a warning letter. The information in this matter will be retained and may be considered should an enforcement action become necessary based on newly discovered information or future conduct.

The committee must in the future timely amend its Statement of Organization to reflect the names or special interest of contributors who contribute $50,000 or more. Failure to comply with the provisions of the Act in the future will result in monetary penalties of up to $5,000 for each violation.

A warning letter is an FPPC case resolution without administrative prosecution or fine. However, the warning letter resolution does not provide you with the opportunity for a probable cause hearing or hearing before an Administrative Law Judge or the Fair Political Practices Commission. If you wish to avail yourself of these proceedings by requesting that your case proceed with prosecution rather than a warning, please notify us within ten (10) days from the date of this letter. Upon this notification, the FPPC will rescind this warning letter and proceed with administrative prosecution of this case. If we do not receive such notification, this warning letter will be posted on the FPPC's website ten (10) days from the date of this letter.

Please feel free to contact Jeanette Turvill at (916) 322-8194 with any questions you may have regarding this letter.

Sincerely,

REDACTED

Gary S. Winuk, Chief
Enforcement Division

GSW/jt
cc:     Mr. Phillip Ung
        Common Cause



FAIR POLITICAL PRACTICES COMMISSION
428 J Street • Suite 620 • Sacramento, CA 95814-2329
(916) 322-5660 • Fax (916) 322-0886

April 9, 2013

Mr. Charles H. Bell, Jr.
Bell, McAndrews, & Hiltachk
o/b/o Senator Mimi Walters

# REDACTED

RE:    **Advisory Letter**
      **Mimi Walters; FPPC No. 12/324**

Dear Mr. Bell:

    The Fair Political Practices Commission ("Commission") enforces the provisions of the Political Reform Act (the "Act").[1]  As you are aware, the Commission initiated an investigation regarding the allegation that your client, Senator Mimi Walters, may have violated the prohibition against legislative conflicts of interest when her office made inquiries into a claim for reimbursement submitted by her husband's business. The Enforcement Division has determined that there is insufficient evidence to find that Senator Walters violated the Act in this particular circumstance. Therefore, we have decided to close this matter with an Advisory letter.

    Our investigation revealed that on or about December 12, 2011, Senator Walters directed a staffer from her office to make inquiries regarding constituent's complaint that a claim by Drug Consultants, Inc. to the Victim's Compensation and Government Claims Board for payments under a contract for services totaling $105,882.42 was not being processed expediently. The staffer, Mr. Everett Rice, proceeded to make between ten to fifteen telephone calls over the next three months to the three different agencies involved in the processing of the claim to determine its status. Mr. Rice called the employees of the Victim's Compensation and Government Claims Board initially to determine the problem with the claim and then three other times to check on the status of the claim. Mr. Rice called personnel at the California Department of Corrections and Rehabilitation, approximately ten to fourteen times while they were determining the legality of the claim and what recommendation should be made to the Victim's Compensation and Government Claims Board regarding payment to check status and completion date.

---

[1] The Political Reform Act is contained in Government Code Sections 81000 through 91014. All statutory references are to the Government Code, unless otherwise indicated. The regulations of the Fair Political Practices Commission are contained in Sections 18110 through 18997 of Title 2 of the California Code of Regulations. All regulatory references are to Title 2, Division 6 of the California Code of Regulations, unless otherwise indicated.

Additionally, Mr. Rice contacted an employee of the California Correctional Health Care Services four times to inquire as to the status while that agency was determining the proper time period and payment amount applicable to the claim.

During this same time, a representative from Drug Consultants, Inc., Mr. Keith Moore, was also making inquires to the same agencies. His inquires were made almost daily. On February 16, 2012, the state Victim Compensation and Government Claims Board approved a partial settlement of $74,404.06 to Drug Consultants, Inc., which was paid to them in the middle of March.

Section 87102.5 applies when determining whether a conflict of interest exists for Members of the Legislature. It states, in short, that if Senator Walters makes, participates in making, or in any way attempts to use her official position to influence any state governmental decision, made in the course of her duties as a member, in which she knows or has reason to know that she has a financial interest, then she has a conflict of interest.

Although this activity creates the appearance of a conflict of interest since the claim was with regard to Senator Walters' husband's company, the contacts by Mr. Rice do not rise to the level of attempting to influence the decisionmaking of the three agencies involved with the processing of the claim. All three agencies stated that Mr. Rice only ever asked for a status update and never spoke about the claim itself. However, even though this was treated as a routine constituent request for help by the Senator's office, the very nature of engaging an agency on an issue with which the Senator has a material financial interest puts her at great risk of crossing the line into participating or influencing a state governmental decision. More care should be taken in the future to avoid such situations. Taking all of the facts of this case into consideration, the Enforcement Division has decided to close this matter with this Advisory letter.

An express purpose of the Act, as set forth in Section 81002, subdivision (c), is to ensure that in appropriate circumstances public officials should be disqualified from acting in order that conflicts of interest may be avoided. Your failure to comply with the provisions of the Act in the future may result in an enforcement action against you, including monetary penalties of up to $5,000 for each violation.

The FPPC publishes forms and manuals to facilitate compliance with the provisions of the Act. If you need forms or manuals, or guidance regarding your obligations, please call the FPPC's Technical Assistance Division at 1-866-275-3772. You can also visit our website at www.fppc.ca.gov.

Sincerely,

**REDACTED**

Galena West
Senior Commission Counsel
Enforcement Division



FAIR POLITICAL PRACTICES COMMISSION
428 J Street • Suite 620 • Sacramento, CA 95814-2329
(916) 322-5660 • Fax (916) 322-0886

January 27, 2010

Honorable Mimi Walters
California State Senate

REDACTED

Re:   FPPC File No. 09/904; Mimi Walters

Dear Senator Walters:

On December 16, 2009, the Enforcement Division of the Fair Political Practices Commission sent a letter to you alleging that you failed to disclose certain gifts on your 2008 Annual Statement of Economic Interests (SEI). In response to our letter, we have now received your response.

Specifically, you did not disclose the alleged gifts of attending a golf tournament on June 13 paid for by AT&T, and two dinners provided by the California Professional Firefighters. In your January 5, 2010 response you state that you did not attend the event hosted by AT&T and that the dinners were presented to you as a gift from the President Pro Tem of the Senate and you had no information that the gifts came from the California Professional Firefighters.

Based on your explanation, we are closing this case with no further action. However, it is still necessary for you to amend your 2008 Statement of Economic Interests to report the two gifts from the California Professional Firefighters. If you have any questions, you may contact me at (916) 322-8194.

Very truly yours,

REDACTED

Jeanette E. Turvill
Political Reform Consultant
Enforcement Division

JET/jt