**Scott Perry (PA-10) Research Report**

The following report contains research on Scott Perry, a Republican member of Congress in Pennsylvania's 10th district. Research for this research book was conducted by the DCCC's Research Department between September and November 2019. By accepting this report, you are accepting responsibility for all information and analysis included. Therefore, it is your responsibility to verify all claims against the original documentation before you make use of it. Make sure you understand the facts behind our conclusions before making any specific charges against anyone.



# Scott Perry

## Republican Incumbent in
## Pennsylvania's 10th Congressional District

**Research Book – 2019**
Last Updated September 2019

Prepared by the DCCC Research Department



 DCCC

# Table of Contents

Table of Contents.................................................................................... 1
Key Findings........................................................................................... 3
Thematics .............................................................................................. 7
Perry Was An Enemy Of Workers......................................................... 8
Perry Was Dangerously Wrong On Health Care.................................. 20
Perry Did Not Support Pennsylvania Seniors ..................................... 36
Perry's Shady Business Dealings, Before His Time In, Congress Still
Leave Questions Unanswered............................................................... 41
Perry Espouses Conspiracy Theories & Extremist Rhetoric ................ 54
Perry Was An Ineffective Congressman .............................................. 67
Key Visuals............................................................................................ 78
Personal & Professional History ......................................................... 90
Biography .............................................................................................. 91
Personal Finance .................................................................................. 100
Political Career ..................................................................................... 103
Extreme Rhetoric ................................................................................. 113
Relationships ........................................................................................ 125
Donald Trump....................................................................................... 127
Issues .................................................................................................... 144
Abortion & Women's Health Issues .................................................... 145
Agriculture & Food Access Issues ....................................................... 153
Budget Issues ....................................................................................... 159
Consumer Issues & Regulations .......................................................... 186
Crime & Public Safety Issues .............................................................. 189
Education Issues ................................................................................... 190
Election Law & Campaign Finance Issues............................................ 194
Energy Issues ........................................................................................ 199
Environmental Issues............................................................................ 204
Equal Rights & Workplace Fairness .................................................... 212
FEMA & Disaster Relief Issues ........................................................... 216
Financial Protections & Wall Street..................................................... 224
Foreign Policy Issues ............................................................................ 228



Gun Issues ................................................................. 240
Health Care Issues ................................................... 254
Housing Issues ......................................................... 276
Immigration & Border Issues .................................. 278
Infrastructure & Transportation Issues ................... 298
Labor & Working Families ....................................... 299
LGBT Issues ............................................................ 309
National Defense & Security Issues ....................... 311
Seniors' Issues ........................................................ 318
Tax Issues ............................................................... 324
Trade & Outsourcing Issues .................................... 334
Veterans & Military Family Issues .......................... 341
Appendix I – Personal Financial Disclosures ......... 344
Appendix II – Campaign Finance ........................... 356
Appendix III – Revolving Door ............................... 362
Appendix IV – Paid Media Summary ...................... 364
Appendix V – Bill Sponsorships & Amendments ..... 366
Appendix VI – Bill Co-Sponsorships ...................... 377
Appendix VII – Office Expenditures ....................... 383
Appendix VIII – Travel Expenditures ...................... 384
Appendix IX – FOIA Analysis .................................. 386
Appendix X – Vote Statistics .................................. 389
Appendix XI – Votes – 116th Congress ................... 390
Appendix XII – Votes – 115th Congress .................. 466
Appendix XIII – Votes – 114th Congress ................. 600
Appendix XIV – Votes – 113th Congress ................. 766
Appendix XV – State Votes ...................................... 833



## Key Findings

### Perry Is An Enemy Of Workers

**Perry is staunchly against raising the minimum wage and a federal minimum wage in general.** *Perry said that having a national minimum wage "doesn't make sense." Perry claimed the minimum wage "was never meant to be" the wage you make "when you're keeping a family" and said it was "for people that are getting started out." Perry said the problem with minimum wage is that "everyone will want more." Perry also voted 8 times against raising the minimum wage.*

**Perry dismissed the idea that Americans worked paycheck to paycheck.** *Perry questioned, right before the 2019 federal government shutdown, "who's living that they're not going to make it to the next paycheck."*

**Perry actively worked to dismantle unemployment insurance.** *In 2010, Perry sponsored a bill to make it more difficult for Pennsylvanians to receive unemployment benefits – the bill also reduced benefits in some cases. Perry said that he was inspired to cut unemployment benefits in Pennsylvania because of the financial crisis. Perry voted against extending unemployment insurance 7 times.*

**Perry claimed that legislation to make employers provide breaks for their employees was not necessary.** *Perry said "we have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed."*

**Perry worked to undermine paid leave.** *Perry voted for blocking an amendment to allow Americans to earn paid sick leave. Perry voted repeatedly for a bill that undermined overtime pay and sick leave. In 2013, Perry voted for the "working families flexibility act," which undermined the 40-hour work week, and did not protect paid sick leave. Perry voted 4 times to undermine paid leave.*

**Perry is an enemy of fair wages.** *Perry said he agreed with equal pay, but then voted against the Paycheck Fairness Act. Perry repeatedly voted to roll back Davis-Bacon wage protections.*

### Perry Is Dangerously Wrong On Health Care

**Perry has repeatedly tried to undo health care policies that help millions of Americans.** *In 2018, after having been re-elected, Perry advocated for replacing the Affordable Care Act entirely and said it would be his top priority. Perry compared the Affordable Care Act to slavery and prohibition in rowdy interview with Chris Matthews. The Patriot News said "Perry conceded he did vote to eradicate the requirements" to protect people with pre-existing conditions. Perry voted against the Protecting Americans With Preexisting Conditions Act. Perry voted 12 times to repeal the Affordable Care Act. Perry voted 22 times to cripple, defund, or change the Affordable Care Act.*

**Perry consistently backed legal challenges to the Affordable Care Act.** *Perry voted against condemning the Trump Administration's legal campaign against the Affordable Care Act. Perry voted against authorizing House intervention into the Texas court case that had found the Affordable Care Act unconstitutional. Perry said he was "disappointed" in the King v. Burwell ruling and said that the Affordable Care Act "simply is bad." Perry supported Pennsylvania's lawsuit against the federal government over the Affordable Care Act.*

**Perry backed huge tax cuts for drug companies and voted against a bipartisan measure to bring down the cost of prescription drugs.** *Perry voted for the Republican Tax Scam bill – "a major victory" for big pharma investors. Perry voted against a bipartisan measure to bring down drug prices by restricting anti-competitive behaviors by pharmaceutical companies.*



**Perry held dangerous beliefs regarding health care policies directly affecting women.** *Perry voted against barring health care companies from charging women higher premiums than men. Perry said that insurance coverage should not be required for maternity care because he was done having kids. Perry said that taxpayers should not have to pay for birth control or erectile dysfunction medications, and that he and his wife paid for birth control themselves. In 2012, Perry said abortion should be illegal except for in cases of rape, incest, or life of the mother. Perry backed legislation promoting fetal heart beat ultrasounds before receiving an abortion. Perry consistently supported a 20-week abortion ban. Perry claimed that Planned Parenthood was "reporting hundreds of millions in profits."*

## Perry Did Not Support Pennsylvania Seniors

**Perry supported policies that detrimentally affected Medicare.** *Perry's team claimed he was running on protecting Medicare, but Perry supported Paul Ryan's health care overhaul plan that gutted Medicare. Perry voted against lowering drug prices for seniors. 49,223 residents of PA-10 received some Medicare benefits.*

**Perry supported policies that would catastrophically alter Social Security.** *Perry voted for Republican Study Committee budgets that included increasing the Social Security retirement age. Perry refused to answer when asked if he would support privatizing Social Security, Medicaid, and Medicare. Perry wanted to reform the Social Security cost-of-living adjustment formula. 155,716 residents of PA-10 received some Social Security benefits.*

## Perry's Shady Business Dealings, Before Congress, Leave Many Questions Unanswered

**In 1999, Perry's company took on a contract with a sewage plant, Memphord Estates Sewage.** *Pennsylvania's Attorney General accused Perry's company of environmental crimes related to false reporting that occurred at the Memphord Estates Sewage Plant. Perry was issued a criminal complaint and an affidavit of probable cause for arrest warrant from the PA Attorney General's office. The office began investigating the sewage plant after getting a referral from the Department of Environmental Protection that alleged Perry's firm gave false reports to the DEP. The reports Perry's company was accused of falsifying had to deal with levels of acidity and chlorine being released into the Stony Run creek.*

**Perry claimed the company brought up possible issues to the Department of Environmental Protection.** *Perry claimed that after taking a Department of Environmental Protection course on how to properly run a sewage plant, they realized that the work they had been doing at the plant was wrong. Perry claimed that when his company "tried to alert the state Department of Environmental Protection that something was amiss, they ended up facing criminal charges."*

**Perry blamed false records on "unknowingly" taking a job with a "poorly run sewer plant" and on incorrect instructions given by the plant's manager.** *Perry claimed that the plant manager had given he and his employees incorrect instructions on collecting water samples for testing.*

**A DEP inspector found that workers at Perry's company had falsified records.** *A DEP inspector interviewed Perry among other Hydrotech workers who were responsible for writing down test results for wastewater. One Hydrotech worker claimed that the plant operator instructed him to record "normal range readings" despite what he actually found and admitted to the PA Attorney General's office that the numbers on his reports were false. Perry maintained that there was no agreement between his company the plant management to record false numbers.*

**Under interviews with the Attorney General's office Perry admitted to writing incorrect logs, therefore admitting to falsifying documents.** *The PA Attorney General's office presented Perry with the three logs he wrote, and he said that it appeared to be his handwriting and agreed that he recorded all of the information on the logs. The AG's office pointed out that Perry's log entries differed from the accurate levels for that time. The AG's office created a chart showing Perry's logs were significantly different from the actual recorded chlorine and*


*acidity levels. Based on Perry's admission that he wrote logs that were incorrect, the PA Attorney General's office had probable cause to believe that Perry violated the crimes code.*

**Perry maintained that his company was punished for trying to "do the right thing" since they admitted "something was amiss" to the Department of Environmental Protection.** *Perry blamed his company's case on "overzealous investigation" by the Department of Environmental Protection.*

**Perry's company had to pay a $5,000 fine, and he entered an "accelerated rehabilitative" program for first-time offenders.** *Pennsylvania eventually expunged Perry's charges after he completed the state's accelerated rehabilitative disposition probationary program.*

**Perry called his entering the rehabilitative program a last-minute decision, although he requested entering the program earlier, but was rejected.** *The PA Attorney General's office originally denied Perry's application at first for the rehabilitation program. The office said Perry's request for rehabilitation was rejected because "of the circumstances involved in the case."*

**Many of those involved in Perry's case were political influencers in Pennsylvania.** *Halvard Alexander, charged with Perry, was a member of the town's zoning hearing board, and Perry was a member of the Carroll Twp. Planning Commission at the time. Dillsburg's district justice recused himself from hearing Perry's case because he knew all of the men involved personally. Mesco was owned by Alexander and his mother, a former state legislator and former deputy secretary of Pennsylvania's Department of Agriculture. Perry's associate Edward Coble pleaded guilty to violating the Pennsylvania's clean streams laws and was placed on two years of probation.*

## Perry Espouses Conspiracy Theories And Extremist Rhetoric

**Perry "hasn't seen a conspiracy theory that he didn't like" and pushed many conspiracies about Democrats.** *Perry peddled many conspiracy theories about Democrats. Perry backed up conspiracy theories about Hillary Clinton selling out Americans to Russia. Perry said he believed President Obama "enables and encourages" terrorism. Perry said that Obama was collaborating with ISIS. Perry repeatedly accused President Obama and Democrats of boosting the Muslim brotherhood.*

**Perry espoused conspiracy theories about ISIS and other terrorist acts.** *In January 2018, Perry said that he believed ISIS could be responsible for the Las Vegas shooting, said he smelled a "rat" in the local investigation.*

**Perry made frightening comments about Muslims and aligned himself with a notorious Islamophobe.** *Perry once met with an anti-Muslim hate group, and said he opposed Syrian refugees because some Muslims wanted to kill Americans. Perry appeared at least 7 times on the radio show of Frank Gaffney, who the Southern Poverty Law Center called "one of America's most notorious Islamophobes."*

**Perry made dangerously misinformed comments about Puerto Rico in the wake of Hurricane Maria.** *In October 2017, Perry called the hurricane relief mission in Puerto Rico a "success story" and said that people in Puerto Rico were not dying.*

**Perry made controversial statements about the FBI, Black Lives Matter, and the Mexican government.** *In January 2017, Perry said that FBI activity authorized by the Foreign Intelligence Surveillance Act resembled that of the KGB. Perry also said "the FBI is no longer the pillar of justice and righteousness." Perry said that Black Lives Matter should be considered a hate group. Perry said he believed the Mexican government was holding a U.S. veteran in prison as a symbolic response to illicit U.S. gun exports.*

**Perry made dangerous statements about the environment.** *At a town hall in March 2017, Perry said that trees cause pollution. Perry said in 2014 that the "radical environmentalist left" was responsible for the country's reliance on foreign oil by refusing to support exporting natural gas or the keystone pipeline. In 2016, Perry said that he opposed aid for Flint because Pennsylvanians should not be accountable for issues in other parts of the country.*



**Perry defended a Congressman accused of sexual misconduct and criticized the media for calling attention to Perry publicizing his acceptance of a fake award.** *Perry defended a Congressman accused of sexual misconduct. Perry listed a fake award given to him by a comedian on his website and criticized the media for pointing it out.*

## Perry Is An Ineffective Congressman

**Since being elected to Congress, only one of the bills Perry sponsored has become law.** *4.9% of the bills Perry has co-sponsored since being elected to Congress have become law. Perry co-sponsored 712 pieces of legislation; 35 of which became law.*

**Perry has served on the House Foreign Affairs Committee since he entered Congress and has barely left the country.** *Since 2013, Perry spent $12,403.27 on taxpayer funded travel to 4 countries.*

**Perry is a member of the obstructionist House Freedom Caucus.** *Perry claimed the House Freedom Caucus stood for placing constituents over orders from party leaders and demanded a bigger role for rank-and-file members of the house. The Freedom Caucus regularly obstructed legislative progress, notably causing their own party to fail on a health care plan. The Freedom Caucus repeatedly opposed federal budgets.*

**Perry regularly voted against preventing government shutdown.** *Perry voted against preventing another government shutdown by funding the remaining government agencies through fiscal year 2019 and providing $1.38 billion for a physical barrier along the U.S.-Mexico border. Perry voted against passing $1.3 trillion FY18 omnibus that prevented a government shutdown. Perry voted against short-term continuing resolution to prevent government shutdown. Perry voted against a $1.1 trillion spending bill that prevented government shutdown. Perry voted against continuing resolution that ended the 2013 government shutdown.*

# Thematics



## Perry Was An Enemy Of Workers

### *Significant Findings*

✓ *Perry was staunchly against raising the minimum wage and a federal minimum wage in general.*

    ✓ *Perry said that having a national minimum wage "doesn't make sense."*

    ✓ *Perry claimed he was against raising the minimum age because it "was never meant to be" the wage you make "when you're keeping a family" and said it was "for people that are getting started out."*

    ✓ *Perry said the problem with minimum wage is that "everyone will want more."*

    ✓ *Perry voted 8 times against raising the minimum wage.*

✓ *Perry dismissed the notion that Americans worked paycheck to paycheck*

    ✓ *Perry questioned, right before the 2019 federal government shutdown, "who's living that they're not going to make it to the next paycheck."*

✓ *Perry actively worked to dismantle unemployment insurance.*

    ✓ *In 2010, Perry sponsored a bill to make it more difficult for Pennsylvanians to receive unemployment benefits, and also reduce benefits in some cases.*

    ✓ *Perry said that he was inspired to cut unemployment benefits in Pennsylvania because of the financial crisis.*

    ✓ *Perry voted against extending unemployment insurance 7 times.*

✓ *Perry claimed that legislation to make employers provide breaks for their employees was not necessary.*

    ✓ *Perry said "we have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed."*

✓ *Perry voted 4 times to undermine paid leave.*

✓ *Perry said he agreed with equal pay, but then voted against the Paycheck Fairness Act.*

✓ *Perry repeatedly voted to roll back Davis-Bacon wage protections.*

## Perry Was Staunchly Against Raising The Minimum Wage And A Federal Minimum Wage In General

### Perry Claimed To Have Worked For Less Than Minimum Wage, And Used It To Defend Being Against A Federal Wage Standards

**Perry Claimed To Have Worked For Less Than Minimum Wage In The Past, And Used It To Defend Being Against A Federal Minimum Wage.** "Well, I'm a person that's actually worked for less than minimum wage on



several other jobs that I started out. And so what I know is it's important that when you want a job and you might not have any skills, when you were a young person as I was. The only skill I had was to show up with a good attitude but I still -- I had that and I wanted to work, but I had to learn some things." [Congressional Debate, 10/19/18]

**Perry On Minimum Wage: "I Don't Think The Answer Is For The Government To Decide What Our Wage Is. One Minimum Wage For The Whole Country, The Same Wage In San Francisco As In Glen Rock, To Me, That's Absurd."** "I don't think the answer is for the government to decide what our wage is. One minimum wage for the whole country, the same wage in San Francisco as in Glen Rock, to me, that's absurd. And I think the tax cut and JOBS Act proves that if we let people keep more of their money especially businesses, they will give more -- more to their employees. And we saw numerous bonuses and raises, and wages are coming up at 2.8 percent having been held flat for over a decade easily. And so wages are coming -- the best way to handle this is to let people keep more of their money and they'll decide. And it also provides portability, right, because it -- because there are more jobs available, and if you don't like this job or the wage you're getting, as long as you're willing to work hard and show up with a good attitude, I suspect you can get another job at a higher wage. So I don't think it's the government's place to homogenize that wage and determine that New York City is the same wage as York City." [Congressional Debate, 10/19/18]

> ### Perry Said That Having A National Minimum Wage "Doesn't Make Sense"

**Perry Said That Having A Nationwide Minimum Wage "Doesn't Make Sense."** "Perry said establishing a nationwide minimum wage 'doesn't make sense' because the actual cost of living varies widely across the U.S. Instead, he said, the minimum wage should be a local government decision." [York Daily Record, 10/15/16]

> ### Perry Claimed He Was Against Raising The Minimum Age Because It "Was Never Meant To Be" The Wage You Make "When You're Keeping A Family" And Said It Was "For People That Are Getting Started Out"

**Perry On Minimum Wage: "I'm Not In Favor Of Raising It Because The Minimum Wage Was Never Meant To Be The Ways That That You Were Supposed To Make When You're Keeping A Family. It's For People That Are Getting Started Out."** "I'm not in favor of raising it because the minimum wage was never meant to be the ways that that you were supposed to make when you're keeping a family. It's for people that are getting started out. And if we raise that minimum wage, if some cities have literally, unemployment goes up, employment goes down because they -- the businesses cannot pay that wage and they have to shed those -- those employees. And so the net gain is -- is not a gain, it's a loss -- lose workers." [Congressional Debate, 10/19/18]

**Perry On Minimum Wage: "If We Raise That Minimum Wage, If Some Cities Have Literally, Unemployment Goes Up, Employment Goes Down Because They -- The Businesses Cannot Pay That Wage And They Have To Shed Those -- Those Employees. And So The Net Gain Is -- Is Not A Gain, It's A Loss -- Lose Workers."** "I'm not in favor of raising it because the minimum wage was never meant to be the ways that that you were supposed to make when you're keeping a family. It's for people that are getting started out. And if we raise that minimum wage, if some cities have literally, unemployment goes up, employment goes down because they -- the businesses cannot pay that wage and they have to shed those -- those employees. And so the net gain is -- is not a gain, it's a loss -- lose workers." [Congressional Debate, 10/19/18]

> ### Perry Said The Problem With Minimum Wage Is That "Everyone Will Want More"

**Perry On Minimum Wage: "The Problem With Minimum Wage Is That Everyone Will Want More."** "When an audience member who described himself as a 'liberal Democrat' suggested raising minimum wage, Perry didn't support it. If someone now making $7.25 an hour jumps to $9 an hour, the guy making $10 an hour will want more



too, he said. 'The problem with minimum wage is that everyone will want more,' Perry said." [York Dispatch, 2/25/13]

---

**Perry Said The Government Should Not Raise The Minimum Wage Because If "You're Willing To Work Hard And Show Up With A Good Attitude I Suspect You Can Get Another Job At A Higher Wage"**

---

**Perry On Minimum Wage: "As Long As You're Willing To Work Hard And Show Up With A Good Attitude, I Suspect You Can Get Another Job At A Higher Wage […] So I Don't Think It's The Government's Place To Homogenize That Wage And Determine That New York City Is The Same Wage As York City."** "He sees a government dictate that requires the same wages in New York City and York as having a better chance of stifling economic growth by causing employers to make fewer jobs available as labor costs increase. With more jobs, 'as long as you're willing to work hard and show up with a good attitude, I suspect you can get another job at a higher wage,' Perry said. 'So I don't think it's the government's place to homogenize that wage and determine that New York City is the same wage as York city.'" [Patriot News, 10/21/18]

---

**2019: Perry Voted Against Final Passage Of The Raise The Wage Act, Which Would Raise The Minimum Wage To $15 Per Hour**

---

**Perry Voted Against Final Passage Of The Raise The Wage Act, Which Would Raise The Minimum Wage To $15 Per Hour.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would increase the federal minimum wage to $8.40 per hour on the first day of the third month after enactment and would incrementally increase it annually to reach $15 per hour six years after the effective date. On the seventh year, the bill would require the Labor Department to determine the minimum wage based on increases in the median hourly wage of all employees. The bill would also increase the minimum wage for tipped employees, teens, and individuals with disabilities, with incremental increases over five years until each of these rates reaches $15 per hour, at which point the separate minimum wages would be repealed." The bill passed 231 to 199. [HR 582, Vote #496, 7/18/19; CQ, 7/18/19]

---

**2017: Perry Voted For Blocking A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years**

---

**Perry Voted For Blocking A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years.** In June 2017, Perry voted for: a motion to order the previous question. A yes vote would block consideration of "H.R. 15, The Raise The Wage Act,, which would give workers the raise they deserve, and increase the federal minimum wage to $15 an hour within 7 years." The bill passed 235-190. [HR 3003, Vote #331, 6/28/17; CQ, 6/28/17; DemocraticLeader.gov, accessed 9/12/17]

---

**2014: Perry Voted Against Raising The Minimum Wage 5 Times**

---

**2014: Perry Voted For Blocking Consideration Of The Fair Minimum Wage Act 4 Times.** In 2014, Perry voted X times against considering the Fair Minimum Wage Act.  The bill would phase in a federal minimum wage increase to $10.10 per hour over two years. Below is a list of Perry's votes.

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 224-192. [H Res 487, Vote #65, 2/26/14; Congressional Record, 2/26/14]

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 225-192. [H Res 492, Vote #79, 2/27/14; Congressional Record, 2/27/14]



**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 229-194. [H Res 530, Vote #152, 4/2/14; Congressional Record, 4/2/14]

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 222-193. [H Res 539, Vote #157, 4/4/14; Congressional Record, 4/4/14]

**2014: Perry Voted Against Raising the Minimum Wage to $10.10.** In April 2014, Perry voted against: the Democratic budget alternative. The budget would raise the minimum wage to $10.10. Raising the minimum wage to $10.10 would increase earnings for 16.5 million workers. The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14; House Democratic Budget Substitute, FY 2015; Politico, 2/25/14; Economic Policy Institute, 12/19/13]

---

**2013: Perry Voted Against Increasing The Minimum Wage To $10.10 An Hour**

---

**2013: Perry Voted Against Increasing The Minimum Wage To $10.10 An Hour.** In March 2013, Perry voted against: "Miller, D-Calif., motion to recommit the bill to the House Education and the Workforce Committee and report it back immediately with an amendment that would clarify that nothing in the bill would repeal, deny or loosen employment protections, training opportunities or educational benefits for certain seniors, veterans, women or youth. It also would incrementally increase the federal minimum wage to $10.10 within two years of the bill's enactment." The motion failed 184-233. [CQ, 3/15/13; H R 803, Vote #74, 3/15/13]

## Perry Dismissed The Idea That Americans Worked Paycheck To Paycheck

---

**Perry, Right Before The 2019 Federal Government Shutdown: "Who's Living That They're Not Going To Make It To The Next Paycheck?"**

---

**Perry, Right Before The 2019 Federal Government Shutdown: "Who's Living That They're Not Going To Make It To The Next Paycheck?"** "U.S. Rep. Scott Perry, a regularly unfiltered speaker who is by now familiar with the sensitive tripwires of the Washington, D.C., media world, tripped those triggers again Thursday with a comment about the effects of a partial shutdown of the federal government on federal workers. When asked by a Politico reporter about the potential consequences of a shutdown for the federal employees who would be affected, Perry was quoted as saying that he didn't believe they'd be seriously affected because — in the event of a shutdown — any missed pay is eventually caught up. However, when according to Politico's Sarah Ferris, Perry added: 'Who's living that they're not going to make it to the next paycheck?' Of course, many Americans do just that, Perry's critics were quick to point out." [Patriot News, 12/21/18]

**According To A 2017 Survey, 78% Of Americans Live Paycheck To Paycheck.** "A 2017 survey from CareerBuilder found that 78 percent of American workers live paycheck to paycheck. The impending shutdown could mean that thousands of workers at federal agencies including the Departments of Agriculture, Commerce, Justice, Homeland Security, Interior, State, Transportation, and Housing and Urban Development — would either be furloughed or work without pay." [Patriot News, 12/21/18]

## Perry Actively Worked To Dismantle Unemployment Insurance

---

**2010: Perry Sponsored A Bill To Make It More Difficult For People To Receive Unemployment Benefits And In Some Cases Reduce Benefits**



**Perry Sponsored A Bill To Make It More Difficult For People To Receive Unemployment Benefits And In Some Cases Reduce Benefits.** "Laid-off workers would have to prove they are searching for a job to receive unemployment benefits under a House bill announced last week by state Rep. Scott Perry, R-Dillsburg. The bill would also tighten eligibility requirements and could reduce benefits in some cases, all in an attempt to rein in costs of unemployment compensation as jobless rates remain high in the wake of the recession." [York Dispatch, 6/22/10]

## Perry Said That He Was Inspired To Cut Unemployment Benefits In PA Because Of The Financial Crisis

**Perry Claimed He Was Inspired To Cut Unemployment Benefits Because Of The Financial Crisis.** "Perry said the unemployment compensation system should have been changed years ago. But in the past, there was no pressure to make any changes to the system because it was not being used as much as it is now, he said. 'I think it should have been changed a good bit ago, but there was no appetite for it,' he said. 'Now, there's pressure to move forward because of the economic crisis that we're in.'" [York Dispatch, 6/22/10]

## Perry Voted Against Extending Unemployment Insurance 7 Times

**2014: Perry Voted Against Extending Unemployment Insurance.** In April 2014, Perry voted against: the Democratic budget alternative. "Van Hollen, D-Md., substitute amendment that would provide for $3.078 trillion in new budget authority in fiscal 2015, not including off-budget accounts. The plan would call for repealing the sequester, including cuts to Medicare. It also would propose eliminating the non-defense discretionary sequester starting in 2016. The substitute would assume an increase of the minimum wage to $10.10 per hour and enactment of the Senate-passed immigration overhaul. It would propose extending expired unemployment benefits for one year and extending the tax credits from the 2012 extension of Bush-era income and other tax cuts due to expire at the end of 2017. It would assume implementation of the 2010 health care overhaul and assume increases in physician fees for primary care services under Medicaid. It would accommodate deficit-neutral legislation to permanently address the Medicare physician reimbursement rate issue known as the "doc fix." The plan would propose expanding tax incentives aimed at encouraging low- and middle-income taxpayers to attend college and save for retirement. It would call on Congress to raise revenue by ending tax breaks for special interests and the very wealthy." The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14; CQ, 4/10/14]

**Perry Voted For: Blocking Consideration Of A Three-Month, Fully Paid-For Extension Of Federal Unemployment Insurance.** Perry voted for: blocking consideration of a three-month, fully paid-for extension of federal unemployment insurance. The previous question passed, 227-195.  [H Res 438, Vote #637, 12/12/13; CQ, 12/12/13; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 226-191. [H Res 455, Vote #5, 1/9/14; CQ, 1/9/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 228-195. [H Res 458, Vote #19, 1/15/14; CQ, 1/15/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 222-194. [H Res 465, Vote #26, 1/28/14; CQ, 1/28/14; Democratic Leader's Office, 12/12/13]



**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 221-184. [H Res 497, Vote #93, 3/5/14; CQ, 3/5/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 219-191. [H Res 501, Vote #99, 3/6/14; CQ, 3/6/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 219-190. [H Res 544, Vote #169, 4/8/14; CQ, 4/8/14; Democratic Leader's Office, 12/12/13]

## Perry Worked To Keep Employers From Having To Give Employees Breaks

### Perry Said That Legislation Requiring Employers Provide Breaks For Employees Was Not Necessary

**Perry Claimed That Legislation To Make Employers Provide Breaks For Their Employees Was Not Necessary.** "The state House of Representatives Labor Relations Committee is reviewing two bills that would require employers to provide breaks to workers throughout the day. The bills were introduced by Rep. John T. Galloway (D-Bucks County). House Bill 1756 would require employers to give employees an unpaid 15-minute break for every four hours worked. House Bill 1757 would make employers give workers an unpaid 30-minute lunch break for each seven-and-a-half- hour shift. If adopted, employers who don't comply with either of the bills could face fines of up to $2,500 for each occurrence and a $1,000 minimum fine. […] Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks." [Central Penn Business Journal, 2/29/08]

**Perry On Forcing Employers To Give Break Time: "We Have Been Able To Survive And Thrive For Hundreds Of Years Without This, And Someone Would Have To Convince Me Why They're Needed."** "Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks. 'We have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed,' Perry said. 'I have employees, and they have appropriate times to take breaks. And if you have good employees who care, they will make sure they will give an honest day's work for an honest day's pay.'" [Central Penn Business Journal, 2/29/08]

**Perry On Forcing Employers To Give Break Time: 'I Have Employees, And They Have Appropriate Times To Take Breaks. And If You Have Good Employees Who Care, They Will Make Sure They Will Give An Honest Day's Work For An Honest Day's Pay.'"** "Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks. 'We have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed,' Perry said. 'I have employees, and they have appropriate times to take breaks. And if you have good employees who care, they will make sure they will give an honest day's work for an honest day's pay.'" [Central Penn Business Journal, 2/29/08]

### An Investigation Found That Truckers Who Didn't Take Necessary Breaks Were Significantly More Likely To Be Involved In Fatal Crashes

**A 2017 Investigation Found That Trucking Companies Who Broke "Fatigue Laws" Were Significantly More Likely To Be Involved In Accidents.** "Every day, port trucking companies around Los Angeles put hundreds of impaired drivers on the road, pushing them to work with little or no sleep in violation of federal safety regulations,



a USA TODAY Network investigation found. They dispatch truckers for shifts that last up to 20 hours a day, six days a week, sometimes with tragic results. In August 2013, a Container Intermodal Transport trucker, who said in depositions that he often broke fatigue laws, barreled into stopped traffic at 55 mph, killing a teenager and injuring seven others. Seven months later, a Pacific 9 Transportation driver had just finished his 45th hour on the clock in three days when he ran over and killed a woman crossing the street. […] But the USA TODAY Network investigation shows for the first time that fatigued truckers are a near-constant threat on the roads around America's busiest ports. To identify port trucking companies that put their drivers and the public at risk, reporters retraced the movement of thousands of Los Angeles-area trucks over four years using time stamps generated each time a driver passes through a port gate. Reporters then calculated how long each truck had operated and compared the results to federal crash data from 2013 to 2016. The analysis found that, on average, trucks serving the ports of Los Angeles and Long Beach operated without the required break 470 times a day. Those trucks were involved in at least 189 crashes within a day of an extended period on the clock. Federal records do not indicate who was at fault. [USA Today, 12/28/17]

## Perry Voted Four Times To Undermine Paid Leave

### Perry Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave

**Perry Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave.** In May 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, the previous question would allow for "consideration of the bill (H.R. 1516) to allow Americans to earn paid sick time so that they can address their own health needs and the health needs of their families." A vote for the previous question was a vote to block the amendment for paid sick leave. The previous question carried, 231-188. [H Res 352, Vote #275, 5/24/17; CQ, 5/24/17]

### Perry Voted Repeatedly For Bill That Undermined Overtime Pay And Sick Leave

#### 2017: Perry Voted For Undermining Worker Protections By Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time'

**Perry Voted For The Working Families Flexibility Act, Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time.'** In May 2017, Perry voted for: "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees would be required to have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of compensatory time and employers would be required to provide monetary compensation by Jan. 31, for any unused compensatory time accrued during the preceding year. The bill's provisions would sunset five years after enactment." The bill was passed by a vote of 229-197. [HR 1180, Vote #244, 5/2/17; CQ, 5/2/17]

> **NBC News: Democrats Opposed The Bill, Saying It Weakened Worker Protections And Could Allow Employers, Who Would Have Final Say On Scheduled Comp Time, To "Kick The Can Down The Road On Money You Earned Putting In Extra Hours."** "The House of Representatives passed a bill Tuesday that would allow employees to swap overtime pay for "comp time," a rules change congressional Republicans have tried to push through for more than two decades. […] Where do the Democrats stand? They really don't like this bill. Many progressives in the House argue that the proposal would chip away at protections for hardworking Americans and undermine the Fair Labor Standards Act. The measure, among other rules, would give employers the final say on when comp time can be used. In other words, House Dems fear, your boss could conceivably kick the can down the road on money you earned putting in extra hours. Massachusetts Sen. Elizabeth Warren, a fierce advocate for workers' rights, blasted the bill as a 'disgrace.'" [NBC News, 5/3/17]

**Perry Voted Against Blocking Protections From The Bill For Employees Who Receive Seven Or More Sick Days From Their Employers, Which Can Be Used To Seek Care For Pre-Existing Medical**



**Conditions.** In May 2017, Perry voted against: "Scott, D-Va., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions employees who receive seven or more sick days from their employer." The motion was rejected by a vote of 192-234. [HR 1180, Vote #243, 5/2/17; CQ, 5/2/17]

**Perry Voted For Waive Certain Rules Making It Easier For The House To Pass A Bill To Allow Employees To Trade Overtime Pay For Comp Time.** In May 2017, Perry voted for: "Adoption of the rule (H Res 299) that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. It would waive, through the legislative day of May 5, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules on the legislative days of May 4 and May 5, 2017." The rule was adopted by a vote of 230-193. [HR 1180 (HRes 299), Vote #241, 5/2/17; CQ, 5/2/17]

---

**2013: Perry Voted For The "Working Families Flexibility Act," Which Undermined The 40-Hour Work Week, And Did Not Protect Paid Sick Leave**

---

**2013: Perry Voted For A Bill That Allowed Private-Sector Employees To Take Compensatory Time Off In Lieu Of Overtime Pay.** In May 2013, Perry voted for: "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees must have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of comp time and employers would be required to provide monetary compensation by Jan. 31, for any unused comp time accrued during the preceding year. The bill's provisions would sunset five years after enactment. As amended, it would require the Government Accountability Office to periodically report to Congress on the use of comp time allowed under the bill." The bill passed 223 to 204. [HR 1406, Vote #137, 5/8/13; CQ, 5/8/13]

> **Center For Economic And Policy Research: Bill Would "Undermine The 40-Hour Work Week" And Would Provide "Employers With A Powerful Incentive To Increase Workers' Overtime Hours."** According to the Center for Economic and Policy Research: "The proposed legislation undermines the 40-hour work week that workers have long relied on to give them time to spend with their kids. The flexibility in this comp time bill would have employees working unpaid overtime hours beyond the 40-hour workweek and accruing as many as 160 hours of compensatory time. A low-paid worker making $10 an hour who accrued that much comp time in lieu of overtime pay would effectively give his or her employer an interest-free loan of $1,600 – equal to a month's pay. That's a lot to ask of a worker making about $20,000 a year. Indeed, any worker who accrues 160 hours of comp time will in effect have loaned his or her employer a month's pay. This same arithmetic provides employers with a powerful incentive to increase workers' overtime hours." [The Hill, 4/8/13]

> **Center for Economic and Policy Research: Proposal Would "Likely Increase Overtime Hours For Those Who Don't Want Them and Cut Pay For Those Who Do."** In an op-ed submitted to the Huffington Post a senior economist with the Center for Economic and Policy Research wrote: "Touted by Republicans as a new comp time initiative that will give hourly-paid workers the flexibility to meet family responsibilities, it is neither new nor about giving these workers much needed time off to care for their families. The bill rehashes legislation Republicans passed in the House in 1997, some 16 years ago, and that they introduced again in most subsequent Congresses. Its major effect would be to hamstring workers – likely increasing overtime hours for those who don't want them and cutting pay for those who do." [Huffington Post, 4/16/13]

> **National Partnership For Women And Families: "You Have No Ability to Take That Leave When You Need It. The Employer Can Decide."** "It should be called the Employer Flexibility Act, because at every turn here, the employer gets to decide… It pretends to provide a set of options to employees. But even if they elect to take the comp time instead of wages, when they can take it is fully at the discretion of the employer. You have no ability to take that leave when you need it. The employer can decide." [Chicago Tribune, 4/22/13]



**2013: Perry Voted Against A Measure That Would Have Prevented Employers From Denying The Use Of Compensatory Time For Family Members Or Medical Purposes.** In May 2013, Perry voted against: a "motion to recommit the bill to the House Education and Workforce Committee and report it back immediately with an amendment that would bar employers from denying the use of compensatory time for certain family or medical purposes. It also would prohibit employers found in violation of equal pay protections for women under the Equal Pay Act of 1963 from replacing monetary overtime compensation with compensatory time." **The motion failed 200 to 227.** [HR 1406, Vote #136, 5/8/13; CQ, 5/8/13]

> **The Obama Administration Said It Would Veto The Bill Because It Would Not "Provide Sufficient Protections" For Workers Who May Not Want Compensatory Time Off In Lier Of Overtime Pay.** The White House released a statement of policy saying the president's advisors would recommend a veto of the bill. The White House noted that the bill "would not prevent employers from cutting the overtime hours and reducing the take-home pay of employees who currently have the right to overtime compensation. The legislation does not provide sufficient protections for employees who may not want to receive compensatory time off in lieu of overtime pay." [Statement of Administration Policy, HR 1406, 5/6/13]

## Perry Was An Enemy Of Fair Wages

### Perry Claimed To Support Equal Pay For Women, But Voted Against The Paycheck Fairness Act

#### Perry: "This Is Actually Fairly Simple. One Standard For Everybody. You Do The Work, You Get Paid The Wage"

**Perry Claimed He Supported Equal Pay For Women.** "Well, absolutely, I will tell you my mom had taught me how to treat a lady. I don't have to join a caucus to do that. I have two little girls. Of course, my mom was the president of our company and my wife is a career woman. This is actually fairly simple. One standard for everybody. You do the work, you get paid the wage." [Congressional Debate, 10/19/18]

> **Perry On Equal Pay: "Of Course, My Mom Was The President Of Our Company And My Wife Is A Career Woman. This Is Actually Fairly Simple. One Standard For Everybody. You Do The Work, You Get Paid The Wage."** "Well, absolutely, I will tell you my mom had taught me how to treat a lady. I don't have to join a caucus to do that. I have two little girls. Of course, my mom was the president of our company and my wife is a career woman. This is actually fairly simple. One standard for everybody. You do the work, you get paid the wage." [Congressional Debate, 10/19/18]

#### Perry Voted Against The Paycheck Fairness Act

**2019: Perry Voted Against The Paycheck Fairness Act.** In March 2019, Perry voted against "Passage of the bill, as amended, that would change the language and grounds that an employer could use in a legal defense to explain a difference in pay between employees when a lawsuit is brought against the employer alleging pay discrimination on the basis of sex. The bill would narrow the defense such an employer could use by requiring employers to provide non-gender, business-based reasons for differences in pay, rather than allowing the employer to demonstrate in court that 'any factor other than sex' had been the basis for the pay disparity. Under the bill, an employer would specifically need to demonstrate that the disparity is based on a bona fide factor such as education, training or experience. It would expand protections for employees against forms of retaliation and increase monetary penalties for violating the Fair Labor Standards Act." The bill passed 242-187. [HR 7, Vote #134, 3/27/19; CQ, 3/27/19]

> **HEADLINE: The House Just Passed A Bill To Close The Gender Pay Gap** [Vox, 3/27/19]

> **The Paycheck Fairness Act Closed Loopholes In The Equal Pay Act, Including Banning Employers From Asking Job Candidates For Previous Salary And Allowing Employees To Discuss Salary**


**Information.** "The Paycheck Fairness Act essentially works to close loopholes in the landmark Equal Pay Act of 1963, which required that men and women receive equal pay for equal work. […] DeLauro's Paycheck Fairness Act tries to push back on lingering inequity in three key ways. Perhaps most importantly, it would ban employers from asking candidates how much they made in previous jobs. It would also get rid of employer rules that keep workers from talking about their salary information, so that women could ask how much their coworkers are making and find out if they're underpaid. Third, the bill would require employers to be much more transparent about how much they're paying workers. Employers would have to share salary data with the Equal Employment Opportunity Commission, so that body could watch out for potential discriminatory practices." [Vox, 3/27/19]

---

**Perry Repeatedly Voted Against Considering The Paycheck Fairness Act**

**2015: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015 Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the rule (H Res 189) to provide for House floor consideration of the bill to exclude insurance paid at closing into escrow, as well as fees paid to lender-affiliated companies, from the three percent limit on points and fees imposed on qualified mortgages by redefining "points and fees" under the Truth in Lending Act. It also would provide for floor consideration of the bill to modify federal rules regarding high-cost-mortgages as they apply to manufactured housing. The rule also would take the fiscal 2016 Senate budget resolution from the Speaker's table, adopt a substitute amendment consisting of the text of the fiscal 2016 House budget resolution, as adopted by the House, and would adopt the previous concurrent resolution, as amended." According to the Democratic Leader's office, The Democratic Previous Question demands the House vote on a key measure to end the pay gap between men and women and ensure equal pay for equal work: the Paycheck Fairness Act (HR 1619)." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; CQ, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

**2015: Perry Voted For Blocking Consideration Of  The Paycheck Fairness Act.** In April 2015, Perry voted for: "Stivers, R-Ohio, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the rule (H Res 200) that would provide for House floor consideration of the bill (HR 622) that would make permanent the ability of taxpayers to deduct state and local sales taxes in lieu of state and local income taxes, the bill (HR 1105) that would repeal the federal estate tax and repeal the generation-skipping transfer tax, and the bill (HR 1195) that would establish a small business advisory board, credit union advisory council and community bank advisory council for the Consumer Financial Protection Bureau." According to the Democratic Leader's office, "The Democratic Previous Question demands the House vote on a key measure to end the pay gap between men and women and ensure equal pay for equal work: the Paycheck Fairness Act (HR 1619)." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; CQ, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

> **Bloomberg: The Legislation Protect Workers Who Share Information About Their Wages, Require Employers To Explain Pay Disparities, And Allow Employees To Seek "Unlimited" Punitive Damages In Wage Bias Cases.** "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." [Bloomberg, 4/14/15]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In September, 2014, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 727) that would provide for House floor consideration of a package of energy proposals (HR 2) that would ease federal regulations and a jobs measure (HR 4) that includes the text of 14 bills including one that would exclude recipients of veterans' health care from the 2010 health care law's employer mandate." According to the Democratic Leader's Office, "The Democratic Previous Question would force a vote on key pillars of the Middle Class Jumpstart agenda, including the Paycheck Fairness Act, the Fair Minimum Wage Act, the Bank on Students Emergency Loan Refinancing Act, the Healthy Families Act, the Strong Start for



America's Children Act, and the Bring Jobs Home Act." The previous question passed 226 to 195. [H.Res. 727, Vote #510, 9/18/14; CQ, 9/18/14; Democratic Leader's Offce Previous Questions, 9/17/14]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In July 2014, Perry voted for: "Nugent, R-Fla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 694) that would provide for House floor consideration of two measures, one (H Res 676) that would give authority to the speaker of the House to initiate litigation for actions by the president or other executive branch officials that are inconsistent with their duties under the Constitution and another (HR 935) that would change pesticide regulations." According to the Democratic Leader's Office, "The Democratic Previous Question would force the House to vote on the key components of the Middle Class Jumpstart Agenda: H.R. 851, The Bring Jobs Home Act, H.R. 377, The Paycheck Fairness Act, H.R. 1010, The Fair Minimum Wage Act and H.R. 4582, The Students' Emergency Loan Refinancing Act." The previous question passed 227 to 195. [H.Res. 694, Vote #465, 7/30/14; CQ, 7/30/14; Democratic Leader's Office Previous Questions, 7/30/14]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2014, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 544) that would provide for House floor consideration of the fiscal 2015 budget resolution." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the Paycheck Fairness Act and bipartisan Senate UI extension." A vote against the previous question would have allowed the bill to be considered. The previous question passed, 219-190. [H Res 544, Vote #169, 4/8/14; CQ, 4/8/14]

**2013: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In May 2013, Perry voted for: a "motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 198) that would provide for House floor consideration of the bill that would allow private-sector employers to offer workers compensatory time off instead of overtime pay, at a rate of 1.5 hours per hour of overtime work." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the 'Paycheck Fairness Act' (H.R. 377) which bolsters the Equal Pay Act by closing loopholes and imposing effective penalties on employers who discriminate based on gender." A vote against the previous question would have allowed the bill to be considered. The previous question passed 230 to 198. [H Res 198, Vote #132, 5/7/13; CQ, 5/7/13; Congressional Record, 5/7/13]

**2013: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2013, Perry voted for: "Foxx, R-N.C., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 146) that would provide for House floor consideration of the bill that would require the National Labor Relations Board to cease all activities that require a quorum of members until certain conditions are met." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the Paycheck Fairness Act (H.R. 377), which strengthens the Equal Pay Act by closing loopholes and imposing effective penalties on employers who discriminate based on gender." A vote against the previous question would have allowed for consideration of the Paycheck Fairness Act. The previous question was approved 226-192.. [H Res 146, Vote #97, 4/11/13; CQ, 4/11/13]

## Women In Pennsylvania Made $.80 Cents For Every Dollar A Man Made

**Women In Pennsylvania Made $.80 Cents For Every Dollar A Man Made.** [National Women's Law Center, accessed 9/5/19]

## Perry Repeatedly Voted To Roll Back Davis-Bacon Wage Protections

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In July 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill from being used to implement, administer or enforce prevailing wage requirements associated with the Davis-Bacon Act, which



specify the basis for wages paid to employees by companies under contract with the federal government." The amendment was rejected by a vote of 178-249. [H R 3219, Vote #419, 7/26/17; CQ, 7/26/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill for the Agriculture Department and related agencies from being used to implement, administer or enforce Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 176-241. [H R 3354, Vote #445, 9/6/17; CQ, 9/6/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds appropriated to the Departments of Transportation, Housing and Urban Development and related agencies from being used to implement, administer, or enforce the Davis-Bacon Act prevailing wage requirement. The amendment was rejected by a vote of 180-241. [H R 3354, Vote #453, 9/6/17; CQ, 9/6/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment, as modified, that would prohibit funding made available in the bill for the Department of Homeland Security and related agencies from being used to implement, administer or enforce the Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 173-240. [H R 3354, Vote #464, 9/7/17; CQ, 9/7/17]

 DCCC

# Perry Was Dangerously Wrong On Health Care

### Significant Findings

✓ *Perry has repeatedly tried to undo health care policies that help millions of Americans.*

    ✓ *2018: Perry advocated for replacing the Affordable Care Act entirely and said it would be his top priority after reelection.*

    ✓ *Perry compared the Affordable Care Act to slavery and prohibition in rowdy interview with Chris Matthews.*

    ✓ *2018: Patriot News: "Perry conceded he did vote to eradicate the requirements" to protect people with pre-existing conditions.*

    ✓ *Perry voted against the Protecting Americans With Preexisting Conditions Act.*

    ✓ *Perry voted 12 times to repeal the Affordable Care Act.*

    ✓ *Perry voted 22 times to cripple, defund, or change the Affordable Care Act.*

✓ *Perry consistently backed legal challenges to the Affordable Care Act.*

    ✓ *2019: Perry voted against condemning the trump administration's legal campaign against the Affordable Care Act.*

    ✓ *2019: Perry voted against authorizing House intervention into the Texas court case that found the Affordable Care Act unconstitutional.*

    ✓ *2015: Perry said he was "disappointed" in the King v. Burwell ruling and said that the Affordable Care Act "simply is bad."*

    ✓ *2010: Perry supported Pennsylvania's lawsuit against the federal government over the ACA.*

✓ *Perry backed huge tax cuts for drug companies, and voted against a bipartisan measure to bring down the cost of prescription drugs.*

    ✓ *Perry voted for the Republican Tax Scam bill – "a major victory" for big pharma investors.*

    ✓ *Perry voted against a bipartisan measure to bring down drug prices by restricting anti-competitive behaviors by pharmaceutical companies.*

✓ *Perry held dangerous beliefs regarding health care policies directly affecting women.*



✓ *Perry voted against barring health care companies from charging women higher premiums than men.*

✓ *Perry said that insurance coverage should not be required for maternity care because he was done having kids.*

✓ *Perry said that taxpayers should not have to pay for birth control or erectile dysfunction medications, and that he and his paid for birth control themselves.*

✓ *In 2012, Perry said abortion should be illegal except for in cases of rape, incest, or life of the mother.*

✓ *Perry backed legislation promoting fetal heart beat ultrasounds before receiving an abortion.*

✓ *Perry consistently supported a 20-week abortion ban.*

✓ *Perry claimed that Planned Parenthood was "reporting hundreds of millions in profits."*

## Perry Has Repeatedly Tried To Undo Health Care Policies That Help Millions Of Americans

### 2018: Perry Advocated For Replacing The Affordable Care Act Entirely, And Said It Would Be His Top Priority After Reelection

**2018: Perry Advocated For Replacing The Affordable Care Act Entirely.** "Perry is still critical of the ACA and wants to replace it entirely, although he concedes that Republicans still have work to do to bring about that final replacement package." [Patriot News, 10/21/18]

**2018: Perry Said His Top Priority Upon Reelection Was Repealing And Replacing The Affordable Care Act.** "Perry said his would be taking another shot at the full repeal and replacement of the Affordable Care Act, commonly known as Obamacare. The House's repeal effort fell just short in the U.S. Senate last year. With Democrats regaining control of the House, repealing the ACA will be a difficult task." [Penn Live, 11/8/18]

### Perry Compared The Affordable Care Act To Slavery And Prohibition In Rowdy Interview With Chris Matthews

**HEADLINE: Rep. Perry Fights Chris Matthews On Obamacare.** [Politics PA, 10/30/13]

**Chris Matthews Criticized Perry Over Comments That Obamacare Was Failing, Since The Main Part Of The Law Had Yet To Go Into Effect.** "Matthews also questioned Perry's belief that the Affordable Care Act was failing, saying that the main part of the law has not yet gone into effect. In response, Perry said that slavery and prohibition are examples of things that were once legal, but later repealed by the government. The House of Representatives voted Friday to continue to fund the government, while delaying the implementation of the Affordable Care Act, or Obamacare, for a year. The Senate will debate and discuss the bill when they return to session Monday." [Politics PA, 10/30/13]

**Perry Compared Obamacare To Slavery And Prohibition.** "Matthews also questioned Perry's belief that the Affordable Care Act was failing, saying that the main part of the law has not yet gone into effect. In response, Perry said that slavery and prohibition are examples of things that were once legal, but later repealed by the government.


The House of Representatives voted Friday to continue to fund the government, while delaying the implementation of the Affordable Care Act, or Obamacare, for a year. The Senate will debate and discuss the bill when they return to session Monday." [Politics PA, 10/30/13]

**In Response To Chris Matthews Asking About The ACA Perry Said "Slavery Was Legal At Some Point, Chris. Do You Think That Should Still Be Legal Today? Is That What You're Saying, At All Odds?"** "PERRY: But I can tell you this, Chris. Hold on. I can tell you this. The 18th Amendment to the Constitution was prohibition, which was repealed by the 21st Amendment. MATTHEWS: I know. PERRY: It was the law of the land and it was repealed. Slavery was legal at some point, Chris. Do you think that should still be legal today? Is that what you`re saying, at all odds?" [MSNBC, Hardall With Chris Matthews, 9/26/13]

**In Argument Over Obamacare, Perry Accused Chris Matthews Of Not Reading.** "Rep. Scott Perry (R-York), who represents the fourth district, voiced his support for the defunding, or delaying, of the Affordable Care Act on MSNBC's Hardball with Chris Matthews during a Thursday interview. In addition to talking about the looming potential for a shutdown, Matthews briefly brought up Perry's stance on offshore drilling in the Gulf of Mexico. 'That reasonable set of demands [directed toward the President] includes getting rid of Obamacare for a year, it includes putting in the Keystone pipeline,' Matthews said. 'When you look at that list of ten things, it looks like it was written by the oil industry.' 'I'm surprised that you read any of it, first of all,' Perry fired back." [Politics PA, 10/30/13]

**Perry Criticized Chris Matthews For Claiming Republicans Were "Holding The Country Hostage."** "Prior to the abrupt end to the interview, Perry criticized Matthews' use of the phrase 'Congress holding the country hostage,' claiming that if the government shuts down, Senate Majority Leader Harry Reid and President Barack Obama are to blame. 'Chris, those are your words that the country is being held hostage,' Perry said. 'This is a negotiation by an attractable president who will negotiate with Syria, who will negotiate with Putin, who will negotiate with Iran, but won't negotiate with 50 percent of his countrymen.'" [Politics PA, 10/30/13]

## 2018: Patriot News: "Perry Conceded He Did Vote To Eradicate The Requirements" To Protect People With Pre-Existing Conditions

**2018: Perry Said Claims He Was Against Requirements To Cover Pre-Existing Conditions Was "A Lie" But Admitted He Did Vote To Eradicate Pre-Existing Conditions Coverage.** "Perry called TV advertisements accusing him of voting against federal requirements for insurers to cover pre-existing conditions are 'a lie.' Perry conceded he did vote to eradicate the requirements in the context of larger votes to repeal the Obama administration's Affordable Care Act, a staple of his past campaigns. But those votes, he said, were simply part of a work in progress that always envisioned bringing the requirement back in a replacement plan." [Patriot News, 10/21/18]

**In Perry's District, 52% Of Non-Elderly Citizens Have A Preexisting Condition.** [Center for American Progress, 4/5/17]

**In Perry's District, There Are 305,500 Non-Elderly People With Pre-Existing Conditions.** [Center for American Progress, 4/5/17]

## Perry Voted Against The Protecting Americans With Preexisting Conditions Act

**Perry Voted Against Passage Of The Protecting Americans With Preexisting Conditions Act, Prohibiting Federal Departments From Exempting State Health Care Plans From Federal Requirements Under The ACA.** In May 2019, Perry voted against: "Passage of the bill that would prohibit the Health and Human Services and Treasury departments from taking any action to implement or enforce their October 2018 guidance regarding criteria for evaluating Section 1332 state health care plan waivers under the 2010 health care overhaul, and would prohibit the departments from effectively reissuing the guidance. Section 1332 waivers exempt state health care



plans from certain federal requirements under the Affordable Care Act, including requirements related to qualified health plans, tax credits, and individual and employer mandates. To be eligible for such waivers, proposed state plans are required to provide care to a 'comparable number' of residents that is 'as comprehensive' and 'as affordable' as would otherwise be provided under the ACA. The October 2018 guidance modifies guidelines for considering waiver applications, emphasizing that a proposed state health care plan should be evaluated based on the number of residents that would have 'access' to comparable coverage under the plan, as opposed to the number of residents that purchase such coverage." The motion was agreed to by a vote of 230-183. [HR 986, Vote #196, 5/9/19; CQ, 5/9/19]

## Perry Voted 12 Times To Repeal The Affordable Care Act

### Perry Voted 2 Times To Fully Repeal The Affordable Care Act

- **Perry Voted For Repealing The Affordable Care Act.** [HR 596, Vote #58, 2/3/15; CQ Floor Votes, 2/3/15]
- **Perry Voted For Repealing The Affordable Care Act.** [HR 45, Vote #154, 5/16/13; CQ Floor Votes, 5/16/13]

**Perry Voted For Repealing The Affordable Care Act.** In February 2015, Perry voted for: the "Passage of the bill that would repeal the 2010 health care overhaul. The bill would delay the repeal by 180 days after enactment and direct the House Education and the Workforce, Energy and Commerce, Judiciary and Ways and Means committees to submit alternative legislation with a number of provisions, including ones to increase economic growth by eliminating certain regulations; lower health care premiums through increased competition; overhaul the medical liability system; and provide states greater flexibility to administer Medicaid programs." The bill passed 239-186. [HR 596, Vote #58, 2/3/15; CQ Floor Votes, 2/3/15]

> **The Hill: The Vote Was The Fourth Vote To "Completely Repeal" The Affordable Care Act; For The First Time, The Bill Included Instructions For Committees To Replace The Bill, But With No Deadline To Finish.** "The GOP House on Tuesday voted for the fourth time to completely repeal ObamaCare, but this time with instructions for several committees to replace the healthcare law with new policies. […] This is the first time the House has coupled an ObamaCare repeal vote with instructions to write a replacement, but they included a significant caveat. The legislation doesn't impose any deadlines on committees to finish their work." [The Hill, 2/3/15]

**Perry Voted For Repealing The Affordable Care Act.** In May 2013, Perry voted for: "Passage of the bill that would repeal the 2010 health care overhaul law, which requires most individuals to buy health insurance by 2014, makes changes to government health care programs and sets requirements for health insurers. It also would repeal provisions pertaining to the Independent Payment Advisory Board. The bill would restore the provisions of law amended or repealed by the health care overhaul, and repeal certain provisions of the health care reconciliation law." The bill passed 229-195. [HR 45, Vote #154, 5/16/13; CQ Floor Votes, 5/16/13]

> **Washington Post: The Bill "Would Repeal The Health Care Law In Full."** "Since Republicans took control of the House of Representatives in 2011, the House has voted 36 times to repeal either all, or part, of President Obama's health-care law. On Thursday, the House is scheduled to do it again, taking up another bill that would repeal the health care law in full." [Washington Post, 5/15/13]

### Perry Voted 8 Times For Republican Budget Resolutions That Fully Repealed The Affordable Care Act

- **Perry Voted For Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act**. [S Con Res 11, Vote #183, 4/30/15; Bloomberg, 4/29/15]
- **Perry Voted For Republican Budget That Repealed The Affordable Care Act.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]



- **Perry Voted For Budget Alternative That Repealed The Affordable Care Act.** [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]
- **Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/25/15]
- **Perry Voted For Republican Budget That Repealed Affordable Care Act.** [H Con Res 96, Vote #177, 4/10/14]
- **Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 96, Vote #175, 4/10/14; Rep. Hall, Press Release, 4/10/14]
- **Perry Voted For Republican Budget That Repealed Affordable Care Act.** [H Con Res 25, Vote #88, 3/21/13]
- **Perry Did Not Vote On Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 25, Vote #86, 3/20/13; Rep. Hanabusa, Press Release, 3/20/13]

**Perry Voted For A Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act**. In April 2015, Perry voted for: "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S Con Res 11, Vote #183, On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**Perry Voted For A Republican Budget That Repealed The Affordable Care Act.** In March 2015, Perry voted for: "[The Republican budget] also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass." The resolution passed 228 to 199. [H. Con. Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Perry Voted For A Budget Alternative That Repealed The Affordable Care Act.** In March 2015, Perry voted for:  a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** In March 2015, Perry voted for: the "Stutzman, R-Ind., substitute amendment that would provide for $ 2.804 trillion in new budget authority in fiscal 2016, not including off-budget accounts. The substitute would call for reducing spending by $7.1 trillion over 10 years compared to the Congressional Budget Office baseline. The proposal would call for capping discretionary spending at $975 billion in fiscal 2016, freezing it for two years, and then allowing it to grow with inflation. It would call for setting discretionary defense spending at $570 billion, non-defense discretionary spending at $405 billion and allowing for $58 billion in Overseas Contingency Operations. The measure would call for, after fiscal 2019, OCO spending being incorporated into (non-emergency) discretionary defense spending. The proposal would call for repeal of the 2010 health care overhaul, converting Medicaid and the Children's Health Insurance Program into block grant programs and transitioning Medicare to a premium-support system. It would propose changing the inflationary index for Social Security benefits to 'chained' CPI for all government programs and gradually increases eligibility to age 70 for Social Security. It also would propose converting the Supplemental Nutrition Assistance Program into a block grant program and changing it to a discretionary program. The amendment would outline guidance for a tax overhaul, including stating that taxes should be revenue neutral based on dynamic scoring and that the alternative minimum tax be repealed. It also would propose that federal funding for transportation be limited to core federal duties, such as the interstate highway system." [H Con Res 27, Vote #138, 3/25/15; CQ, 3/25/15]



**The Hill: "The RSC Plan Would Repeal Obamacare Through A Budget Tool Known As Reconciliation."** [The Hill, 3/23/15]

**Perry Voted For Republican Budget That Repealed Affordable Care Act.** In April 2014, Perry voted for: "Adoption of the concurrent resolution that would provide for $2.842 trillion in new budget authority in fiscal 2015, not including off-budget accounts. It would assume $5.1 trillion in reductions over the next 10 years in both discretionary and mandatory spending. The proposal would assume the repeal of the 2010 health care overhaul. It also would propose extending the 2013 law that withheld the pay of members of Congress unless the House and Senate each approve a budget resolution. It would propose changing the Supplemental Nutrition Assistance Program into a block grant program and call for a decrease of $125 billion in SNAP funding over five years. The proposal would call for expanded work and job training requirements in order to receive aid from the Temporary Assistance to Needy Families Program and would propose preventing beneficiaries from receiving unemployment insurance and disability insurance concurrently. It would call for the creation of a block grant program for Medicaid run by individual states. It also would include a proposal for a 10-year 'doc fix' to prevent a 24 percent cut in Medicare payments to doctors. It would assume the enactment of legislation to consolidate the current seven individual tax brackets into two, allowing for the reduction of the top individual rate from 39.6 percent to 25 percent and the corporate rate from 35 percent to 25 percent and call for repeal of the alternative minimum tax. It also would call for a maximum-income cap to qualify for Pell Grants and the elimination of eligibility for less than half-time students." The resolution was adopted 219-205. [H Con Res 96, Vote #177, 4/10/14; CQ Floor Votes, 4/10/14]

**Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** In April 2014, Perry voted for: "the Republican Study Committee's budget that would balance the federal budget in four years, rein in Washington's huge deficits, and repeal 'ObamaCare.' The RSC budget failed to receive a majority vote for passage, but a subsequent vote on the Ryan budget was approved." [H Con Res 96, Vote #175, 4/10/14; Rep. Hall, Press Release, 4/10/14]

**Perry Voted For Republican Budget That Repealed Affordable Care Act.** In March 2013, Perry voted for: "Adoption of the concurrent resolution that would provide $2.769 trillion in new budget authority in fiscal 2014, not including off-budget accounts. It would assume that the spending levels required by the sequester remain in place and that non-war discretionary spending for all future years will be at post-sequester levels. It would assume that all discretionary savings from the sequester beginning in fiscal 2014 will come from non-defense programs. It would assume $5.7 trillion in reductions over the next 10 years in both discretionary and mandatory spending. It would assume repeal of the 2010 health care overhaul and a restructuring of Medicare into a "premium support" system beginning in 2024. It would call for an overhaul of the tax code, under which the alternative minimum tax would be repealed, the six current individual income tax brackets would be consolidated into two and tax credits and deductions would be eliminated or curtailed." The resolution passed 221-207. [H Con Res 25, Vote #88, 3/21/13; CQ, 3/21/13]

**Perry Did Not Vote On Republican Study Committee Budget That Repealed The Affordable Care Act.** In March 2013, Perry did not vote on: "the Republican Study Committee substitute keeps the sequester in place, repeals the Affordable Care Act, and privatizes Medicare, exempting only those 60 years or older from the changes. The measure would also cut Social Security benefits by increasing the retirement age to 70, and cap funding below 2008 levels for education, infrastructure, and other important domestic programs until 2017." [H Con Res 25, Vote #86, 3/20/13; Rep. Hanabusa, Press Release, 3/20/13]

**Perry Voted For Repealing Major Pillars Of Affordable Care Act, Including Individual Mandate**

- **Perry Voted For Overturning Obama's Veto Of A Bill That Would Repeal Major Portions Of The Affordable Care Act.** [HR 3762, Vote #53, 2/2/16; CQ Floor Votes, 2/2/16]



- **Perry Voted For Agree With Senate Amendment To Bill To Repeal Major Portions Of The Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #6, 1/6/16; CQ Floor Votes, 1/6/16]
- **Perry Voted For House Passage Of A Bill To Repeal Major Portions Of Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #568, 10/23/15; CQ Floor Votes, 10/23/15]

**Perry Voted For Overturning Obama's Veto Of A Bill That Would Repeal Major Portions Of The Affordable Care Act.** In February 2016, Perry voted for: "Passage, over President Obama's Jan. 8 2016, veto, of the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." A two-thirds majority was required to override the President's veto. The motion was rejected 241-186. [HR 3762, Vote #53, 2/2/16; CQ Floor Votes, 2/2/16]

> **The Bill Attempted "To Overturn President Obama's Veto Of Legislation To Repeal Obamacare."** "House Republicans are moving on to a new round of budget fights after failing on Tuesday to overturn President Obama's veto of legislation to repeal Obamacare and defund Planned Parenthood. Republicans were not able to rally the support of two-thirds of the House necessary to overturn the veto, leaving conservatives to turn their attention to a final year of budget fights with the president. The 241-186 vote, appropriately scheduled for Groundhog Day, was the 63rd time the House has voted to overturn all or part of Obama's signature health care law." [Washington Post, 2/2/16]

**Perry Voted For Agree With Senate Amendment To Bill To Repeal Major Portions Of The Affordable Care Act, Including Individual Mandate.** In January 2016, Perry voted for: "Price, R-Ga., motion to concur in the Senate amendment to the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The bill passed 240-181. [HR 3762, Vote #6, 1/6/16; CQ Floor Votes, 1/6/16]

> **CNN: The Legislation Would "Repeal Obamacare."** "The GOP-controlled House of Representatives on Wednesday afternoon passed legislation that would repeal Obamacare, and after more than 60 votes to roll back all or part of the law, the bill dismantle it will finally get to the President's desk." [CNN, 1/6/16]

**Perry Voted For House Passage Of A Bill To Repeal Major Portions Of Affordable Care Act, Including Individual Mandate.** In October 2015, Perry voted for: "Passage of the bill that would repeal portions of the 2010 health care law, including: the requirements for most individuals to have health insurance and employers with more than 50 employees to offer it or face penalties, the 2.3 percent tax on the sale of medical devices, the tax on certain high-value employer-sponsored health insurance plans, and the Prevention and Public Health Fund. The measure also would block, for one year, federal funding for Planned Parenthood and would increase funding for community health centers by $235 million in both fiscal 2016 and 2017." The bill passed 240-189. [HR 3762, Vote #568, 10/23/15; CQ Floor Votes, 10/23/15]

> **Los Angeles Times: The Bill "Would Repeal Several Major Pillars Of President Obama's Landmark 2010 Law, Including The Requirement That Americans Have Health Coverage."** "House Republicans pushed forward with another vote to roll back the Affordable Care Act on Friday, passing a bill that would repeal several major pillars of President Obama's landmark 2010 law, including the requirement that Americans have health coverage." [Los Angeles Times, 10/23/15]



**HEADLINE: House Republicans vote to repeal Obamacare, again** [Los Angeles Times, 10/23/15]

**According To The CBO, The Bill Would Increase The Number Of Uninsured Americans By 32 Million.** "The number of people who are uninsured would increase by 18 million in the first new plan year following enactment of the bill. Later, after the elimination of the ACA's expansion of Medicaid eligibility and of subsidies for insurance purchased through the ACA marketplaces, that number would increase to 27 million, and then to 32 million in 2026." [CBO, 1/2017]

**According To The CBO, The Bill Would Cause Health Insurance Premiums To Double.** "Premiums in the nongroup market (for individual policies purchased through the marketplaces or directly from insurers) would increase by 20 percent to 25 percent—relative to projections under current law—in the first new plan year following enactment. The increase would reach about 50 percent in the year following the elimination of the Medicaid expansion and the marketplace subsidies, and premiums would about double by 2026." [CBO, 1/2017]

**According To The CBO, The Bill Would Leave In Place Rules That Insurance Companies Could "Not Deny Coverage Or Vary Premiums Because Of An Enrollee's Health Status Or Limit Coverage Because Of Preexisting Medical Conditions."** "Importantly, H.R. 3762 would leave in place a number of market reforms—rules established by the ACA that govern certain health insurance markets. Insurers who sell plans either through the marketplaces or directly to consumers are required to: Provide specific benefits and amounts of coverage; Not deny coverage or vary premiums because of an enrollee's health status or limit coverage because of preexisting medical conditions; and Vary premiums only on the basis of age, tobacco use, and geographic location." [CBO, 1/2017]

## Perry Voted 22 Times To Cripple, Defund, Or Change the Affordable Care Act

### Perry Voted For Beginning Process Of Repealing Affordable Care Act

**Perry Voted For Beginning The Process Of Repealing Affordable Care Act.** In January 2017, Perry voted for: "Adoption of the concurrent resolution that includes reconciliation instructions for the House Energy and Commerce and Ways and Means Committees as well as the Senate Finance and Health, Education, Labor and Pensions Committees to develop legislation to reduce the deficit by at least $1 billion each over a 10-year period by January 27, 2017, which is expected to repeal parts of the 2010 health care law. The concurrent resolution also would set broad spending and revenue targets over the next 10 years. It would allow $3.3 trillion in new budget authority for fiscal 2017." The resolution was adopted 227-198. [S Con Res 3, Vote #58, 1/13/17; CQ Floor Votes, 1/13/17]

**The Vote "Began The Process Of Dismantling The Affordable Care Act" By Allowing Republicans To Use Budget Reconciliation To Roll Back The Law.** "The House of Representatives began the process of dismantling the Affordable Care Act on Friday, approving a budget resolution on a mostly party line vote. The vote was 227-198. The Senate passed the measure earlier this week. It allows Republicans on Capitol Hill to use a process known as 'budget reconciliation' to roll back major parts of the health care law. Top Republican leaders are also saying they plan to move to replace Obamacare along the same track, but they are still struggling to come up with the details on how it will work." [CNN, 1/3/17]

**HEADLINE: House takes first step towards repealing Obamacare** [CNN, 1/3/17]

### Perry Voted 2 Times To Defund The Affordable Care Act Or Major Provisions Of The Bill

- **Perry Voted For Defunding The Affordable Care Act.** [H J Res 59, Vote #478, 9/20/13; CQ Floor Votes, 9/20/13]



- **Perry Voted For Prohibiting The Treasury Department And IRS From Enforcing The Affordable Care Act.** [HR 2009, Vote #447, 8/2/13; CQ Floor Votes, 8/2/13]

---

**Perry Voted 8 Times To Delay Key Provisions Of The Affordable Care Act**

- **Perry Voted For Requiring Regulations and Rule Changes In The Affordable Care Act Be Subject To Congressional Approval.** [HR 427, Vote #474; CQ Floor Votes, 7/28/15]
- **Perry Voted For Repealing The Sustainable Growth Rate Formula, And Delaying Tax Penalty For Individual Mandate For Five Years.** [HR 4015, Vote #135, 3/14/14; CQ Floor Votes, 3/14/14]
- **Perry Voted For Delaying Tax Penalty For Individual Mandate Under The Affordable Care Act.** [HR 4118, Vote #97, 3/5/14; CQ Floor Votes, 3/5/14]
- **Perry Voted For Delaying Individual Mandate For One Year.** [HJRes 59, Vote #504, 9/30/13; CQ Floor Votes, 9/30/13]
- **Perry Voted For Delaying Implementation Of The Affordable Care Act For One Year.** [HJRes 59, Vote #498, 9/29/13; CQ Floor Votes, 9/29/13]
- **Perry Voted For Blocking Subsidies In Affordable Care Act Until A Program To Verify Recipient Qualifications Was In Place.** [HR 2775, Vote #458, 9/12/13; CQ Floor Votes, 9/12/13]
- **Perry Voted For Delaying The Individual Mandate For One Year.** [HR 2668, Vote #363, 7/17/13; CQ Floor Votes, 7/17/13]
- **Perry Voted For Delaying The Employer Mandate For One Year.** [HR 2667, Vote #361, 7/17/13; CQ Floor Votes, 7/17/13]

---

## Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill

---

**2017: Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill**

**2017: Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Perry voted for: "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

---

**American Health Care Act Would Gut Protections For People With Pre-Existing Conditions**

**Politifact Found That AHCA "Would Weaken Protections" For Those With Pre-Existing Conditions, "Would Allow States To Give Insurers The Power To Charge People Significantly More."** "An ad by the American Action Network says that under the American Health Care Act 'people with pre-existing conditions are protected.' The only kernel of truth here is that the amendment has language that states insurers can't limit access to coverage for individuals with pre-existing conditions. However, the ad omits that the House GOP health plan would weaken protections for these patients. The legislation would allow states to give insurers the power to charge people significantly more if they had a pre-existing condition. While Republicans point to the fact that those patients could get help through high-risk pools, experts question their effectiveness. Current law does not allow


states to charge people with pre-existing conditions significantly more. We rate this claim Mostly False."
[Politifact, 5/24/17]

---

**American Health Care Act Would Lead To 23 Million More Uninsured – Disproportionally Older People With Lower Incomes**

---

**CBO Estimated 14 Million More People Would Be Uninsured In 2018; 23 Million More Uninsured By 2026.**
"CBO and JCT estimate that, in 2018, 14 million more people would be uninsured under H.R. 1628 than under current law. The increase in the number of uninsured people relative to the number under current law would reach 19 million in 2020 and 23 million in 2026 (see Table 4, at the end of this document)." [CBO, 5/24/17]

> **CBO Found Increase In Uninsured Would Disproportionately Impact Older People With Lower Income.**
> "Although the agencies expect that the legislation would increase the number of uninsured broadly, the increase would be disproportionately larger among older people with lower income—particularly people between 50 and 64 years old with income of less than 200 percent of the federal poverty level (see Figure 2)." [CBO, 5/24/17]

---

**American Health Care Act Would Create An Age Tax On Older Americans**

---

**American Health Care Act Allows Insurers To Charge Older Customers Five Times More Than Younger Adults.** "Raises premiums for older people. The Affordable Care Act limited insurers from charging older customers more than three times what they charge younger adults. The House bill would raise that to five times. This may enable younger consumers to find cheaper coverage, but older policyholders would face higher rates." [Huffington Post, 3/6/17]

**New York Times: ACHA Achieved Lower Premiums Not Through Increased Choice And Competition, But By Making Health Insurance So Unaffordable For Many Older Americans They Would Leave The Market.**
"There are a lot of unpleasant numbers for Republicans in the Congressional Budget Office's assessment of their health care bill. But congressional leadership found one to cheer: The report says that the bill will eventually cut the average insurance premiums for people who buy their own insurance by 10 percent. […] But the way the bill achieves those lower average premiums has little to do with increased choice and competition. It depends, rather, on penalizing older patients and rewarding younger ones. According to the C.B.O. report, the bill would make health insurance so unaffordable for many older Americans that they would simply leave the market and join the ranks of the uninsured." [New York Times, 3/14/17]

## Perry Consistently Backed Legal Challenges To The Affordable Care Act

**2019: Perry Voted Against Condemning The Trump Administration's Legal Campaign Against The Affordable Care Act**

**Perry Voted Against Condemning The Trump Administration's Legal Campaign Against The Affordable Care Act.** In April 2019, Perry voted against: "Passage of the resolution that would express the sense of the House of Representatives that the Trump administration's stance on invalidating the 2010 health care law is 'unacceptable' and that the Justice Department should protect individuals with pre-existing conditions, individuals who pay high costs for prescription drugs, and individuals who 'gained health insurance coverage since 2014.' The resolution would recommend that the department reverse its position in the case of Texas v. United States." The resolution passed 240 to 186. [H Res 271, Vote #146, 4/3/19; CQ, 4/3/19]

> **HEADLINE: "House Votes To Condemn Trump Administration's Opposition To ACA."** [Jurist.org, 4/4/19]



**2019: Perry Voted Against Authorizing House Intervention Into The Texas Court Case That Found The Affordable Care Act Unconstitutional**

**Perry Voted Against Authorizing House Intervention Into The Texas Court Case That Found The Affordable Care Act Unconstitutional.** In January 2019, Perry voted against: "Adoption of the resolution that would establish the rules of the House for the 116th Congress. Title III of the resolution would authorize the speaker, on behalf of the House of Representatives, to intervene in the Texas court case that found the 2010 healthcare law unconstitutional and other cases related to the law. It would also direct the Office of General Counsel to represent the House in any such litigation." The resolution was adopted 235-192. [H Res 6, Vote #19, 1/09/19; CQ, 1/09/19]

HEADLINE: **House Democrats vote to defend ACA in court — and jam Republicans** [Washington Post, 1/3/19]

**2015: Perry Said He Was "Disappointed" In The King V. Burwell Ruling And Said That The Affordable Care Act "Simply Is Bad"**

**Perry Said He Was "Disappointed" In The King V. Burwell Ruling And Said That The Affordable Care Act "Simply Is Bad."** "Local politicians have responded to the U.S. Supreme Court's ruling Thursday in King v. Burwell, which further entrenches ObamaCare. […] U.S. Rep. Scott Perry, R-York. 'I'm disappointed by the Supreme Court's decision today. President Obama promised that the Affordable Care Act would cut costs and make coverage more affordable for families; however, his claims haven't held up to the facts. Many 4th District families, small business owners and medical providers I've met have told me about the increased cost of health insurance under this law and its unbearable mandates. I must respect the Supreme Court's decision but this law simply is bad and unaffordable for many people, and I'll not stop working to try to address it. I've long advocated that opposing the ACA wasn't enough; and have argued for a plan that will include common sense reforms that enjoy widespread support, such as stopping frivolous lawsuits through medical liability reform, allowing the purchase of insurance across state lines, and protecting patients with preexisting conditions. I'll continue to fight for those principles.'" [Public Opinion, 6/25/15]

**2010: Perry Supported Pennsylvania's Lawsuit Against The Federal Government Over The ACA**

**Perry Supported Pennsylvania Suing The Federal Government Over The Affordable Care Act.** "State Rep. Scott Perry, R-92, said Tuesday that he is fully supportive of Pennsylvania Attorney General Tom Corbett's effort to file suit on behalf of the commonwealth against the federal health care reform legislation." [The Sentinel, 3/24/10]

**Perry On Pennsylvania's ACA Lawsuit: "There Have Been Loud Protests Against This Act And It Seems Clear That The Majority Of The People Do Not Support The Plan As Currently Crafted. There Is No Plausible Excuse For This Being Foisted Upon The American People And The People Of Pennsylvania. I Am Pleased That Attorney General Corbett Is Taking This Action On Behalf Of Pennsylvanians, And I Join Him In Support Of It."** "'I am disappointed by the brazen neglect for the will of the citizens during passage of a major takeover of the nation's health care system,' Perry said in a statement. 'There have been loud protests against this act and it seems clear that the majority of the people do not support the plan as currently crafted. There is no plausible excuse for this being foisted upon the American people and the people of Pennsylvania. I am pleased that Attorney General Corbett is taking this action on behalf of Pennsylvanians, and I join him in support of it.'" [The Sentinel, 3/24/10]

**Perry Backed Huge Tax Cuts For Drug Companies, But Voted Against A Bipartisan Measure To Bring Down The Cost Of Prescription Drugs**



**Perry Voted For The Republican Tax Scam Bill – "A Major Victory" For Big Pharma Investors**

**Perry Voted For The Republican Tax Scam Bill**

**Perry Voted For Final Passage Of The Tax Cuts And Jobs Act.** [HR 1, Vote #699, 12/20/17; CQ Floor Votes, 12/20/17]

**Tax Cuts And Jobs Act Included A "Major Victory For Pharma Manufacturers"**

**Politico: Repatriation Provision In Tax Bill Was A "Major Victory For Pharma Manufacturers."** "The bill, H.R. 1 (115), lowers the corporate tax rate and would offer a one-time reduction on profits U.S.-based multinational companies earn and keep abroad. The repatriation provision is seen as a major victory for pharma manufacturers who store boatloads of cash in countries where tax rates are lower." [Politico, 12/4/17]

> **Pharmaceutical Companies Were "One Of The Biggest Beneficiaries" Of The Provision, And Were Seen As Likely To Return Money To Their Shareholders, Rather Than Invest In Research And Innovation.** "U.S. drugmakers will be one of the biggest beneficiaries of the repatriation portion of the bill. They've been sitting on billions of dollars in overseas earnings and can now bring home that cash at a reduced rate. While the tax bill has been promoted by Republicans as a job creator, the reality is that drug companies are more likely to return the money to shareholders, or use it to make acquisitions." [Bloomberg, 12/20/17]

> **Tax Bill Was Estimated To Save Top Five Pharmaceutical Companies $42.7 Billion.** "The tax proposal supported by President Donald Trump and congressional Republicans would give five top pharmaceutical corporations a $42.7 billion tax break." [Public Citizen and ITEP, 11/20/17]

**Pharmaceutical Companies Worked To Benefit Shareholders, Rather Than To Bring Down The Cost Of Drugs Or Invest In New Research And Development**

**Pharmaceutical Companies Were Predicted To Use Savings From Tax Bill To Invest In Mergers And Acquisitions In An Effort To Preserve Patents And Prevent Competitors From Producing Cheaper, Generic Drugs.** "Blue-chip drugmakers holding $200 billion in cash, mostly overseas, will start investing more of it in mergers and acquisitions after President Trump's tax overhaul slashed the cost of spending the money in the U.S., debt-ratings firm Moody's predicts. […] Amgen, Pfizer, Gilead, and Celgene are the most likely to seek deals, Moody's projects, as they grapple with challenges from a shrinking market for some medications to the expiration of patents on others that will enable rivals to produce cheaper generic versions." [Washington Examiner, 1/9/18]

**HEADLINE: Pharma's $50 billion tax windfall for investors** [Axios, 2/22/18]

**HEADLINE: Big Pharma investors cash in on Trump's tax plan** [Salon, 2/22/18]

**Career: Perry Took $9,500 In Campaign Cash From Big Pharma**

**Career: Perry Received $9,500 From The Pharmaceutical Industry.** [OpenSecrets, accessed 10/31/19]

**Perry Voted Against A Bipartisan Measure To Bring Down Drug Prices By Restricting Anti-Competitive Behaviors By Pharmaceutical Companies**

**Perry Voted Against The Strengthening Health Care and Lowering Prescription Drug Costs Act**

**Perry Voted Against The Strengthening Health Care and Lowering Prescription Drug Costs Act.** In May 2019, Perry voted against: "Passage of the bill, as amended, that comprises a package of measures related to the



development and market entry of generic drugs and a package of measures related to enrollment in and federal funding to support Affordable Care Act health insurance marketplaces. Title I of the bill includes provisions intended to facilitate the development and market entry of generic and biosimilar drug products. Specifically, it would allow the Food and Drug Administration to approve a subsequent company's application to manufacture a generic drug in cases where an initial company has applied but not received final FDA approval to introduce the drug after 30 months; approval of the subsequent application would trigger a 180-day exclusivity period for sale of the generic drug by the initial applicant company, after which point other generic versions could enter the market. It would prohibit generic and brand-name drug manufacturers from entering into agreements in which brand-name manufacturers pay to delay entry of a generic drug into the market, and it would authorize the Federal Trade Commission to issue penalties and initiate civil actions to enforce the prohibition. It would allow generic drug manufacturers to bring civil action against the license holder for a brand-name drug if the license holder does not provide 'sufficient quantities' of samples of the brand-name drug on 'commercially reasonable, market-based terms;' it would also outline certain affirmative legal defenses for defendants and certain terms for legal remedies in the case of a successful suit. Title II of the bill includes several provisions intended to facilitate enrollment in and provide funding and support for state- and federally-operated health insurance marketplaces under the Affordable Care Act. Specifically, it would authorize $200 million in grant funding for states to establish and operate state-based ACA health insurance marketplaces. It would authorize $100 million for Health and Human Services Department consumer outreach and educational activities related to ACA marketplace plans. It would authorize $100 million for the HHS 'navigator' program, which funds certified entities to help individuals enroll in qualified plans, and would make certain modifications to the duties and selection of navigators. It would prohibit the HHS, Treasury, and Labor departments from taking any action to implement or enforce an August 2018 rule that effectively extends the maximum duration of coverage for short-term, limited-duration health insurance plans, which are not required to meet ACA patient protection requirements. As amended, the bill would authorize $25 million annually in grant funding for the ACA navigator program in state-based marketplaces and include a number of additional requirements related to outreach and education programs by navigators and by HHS." The bill passed 234-183. [HR 987, Vote #214, 5/16/19; CQ, 5/16/19]

---

**The Bipartisan Measure Included Three Drug Pricing Provisions Restricting Anti-Competitive Behaviors By Pharmaceutical Companies**

---

**The Bipartisan Measure Included Three Drug Pricing Provisions Restricting Anti-Competitive Behaviors By Pharmaceutical Companies.** "House Democrats this evening passed the session's first legislation aimed at lowering drug prices, as the party looks to solidify its political advantage on a key issue for voters ahead ahead of 2020. […]  Five Republicans voted for the measure. The legislation includes three bipartisan drug pricing provisions restricting anti-competitive behaviors by pharmaceutical companies alongside a slate of proposals reversing Trump administration policies designed to undermine the Affordable Care Act." [Politico, 5/16/19]

> **The Bill Prevented Tactics Drug Companies Used To Keep Price High By Preventing Generic Drugs From Entering The Market.** "1) The bill targets generic drug 'parking' […] Research has shown prices start to really come down once there are several generic drugs on the market, not just one. So the House bill tries to prevent 'parking' by permitting the FDA to approve a second generic application before the first drug has gone on the market under select circumstances. […] 2) The bill bans 'pay-for-delay' agreements This is pretty straight-forward: Sometimes, brand-name drug manufacturers will straight-up pay a generic manufacturer to delay the generic product from entering the market. The Federal Trade Commission has estimated that such deals increase spending on prescription drugs by $3.5 billion annually." [Vox, 5/13/19]

> **The Bill Made It Easier For Generic Drugs To Be Developed.** "3) The bill makes it easier for generic manufacturers to get the materials from brand-name drug makers Another hiccup in the generic drug pipeline is when brand-name manufactuers refuse to provide the materials that generic competitors need to produce their cheaper knockoff versions of the brand-name drug. […] The House bill would allow generic manufacturers to request the FDA authorize them to obtain materials from the brand-name company, allow generic drug makers to sue in court for samples and the court would be allowed to award monetary damages to the generic company as a way to discourage brand-name companies from participating in anti-competitive behavior." [Vox, 5/13/19]



**The Bill Included Money For States To Set Up ACA Insurance Marketplaces, Restored Funding For ACA Enrollment And Outreach, And Repealed The Expansion Of Short Term Insurance Plans.** "Democrats have paired those policies with a few proposals to shore up Obamacare: providing money for states to set up their own insurance marketplaces[;] restoring funding for ACA enrollment outreach and support cut by the Trump administration[;] repealing President Donald Trump's expansion of skimpy 'short-term' insurance plans" [Vox, 5/13/19]

**HEADLINE: "House Passes Legislation Aiming To Shore Up Health Law And Lower Drug Costs."** [New York Times, 5/16/19]

**HEADLINE: "House Passes Drug Pricing Bills Paired With Obamacare Fixes"** [Politico, 5/16/19]

## Perry Held Dangerous Beliefs Regarding Health Care Policies Directly Affecting Women

### Perry Voted Against Barring Health Care Companies From Charging Women Higher Premiums Than Men

**Perry Voted Against Legislation Barring Health Care Companies From Charging Women Higher Premiums Than They Charge Men.** "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]

### Perry Said That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids

**HEADLINE: Congressman Doesn't Think He Should Pay For Maternity Care Because He's Done Having Kids** [HuffPost, 5/12/17]

**HEADLINE: Pa. congressman doesn't want to pay for maternity care** [PennLive, 5/13/17]

**[VIDEO IN ARTICLE] Perry Told A Constituent That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids.** "'I don't want maternity care. I have two children, and we're not having anymore. I don't want to pay for maternity care,' said Perry, who voted for the AHCA. An Indivisible activist pointed out that people who don't have children or whose children are older still have to pay property taxes, which fund schools, adding that there's a 'social contract' in American society for public goods. 'Without a doubt,'" Perry replied. "'But there's also personal responsibility. Some people never want to start a family. ... Some people don't want to own a Cadillac. But should we want to make everybody pay for a Cadillac?'" [HuffPost, 5/12/17]

### Perry Said That Taxpayers Should Not Have To Pay For Birth Control Or Erectile Dysfunction Medications, And That He And His Paid For Birth Control Themselves

**Perry Said That Taxpayers Should Not Have To Pay For Birth Control Or Erectile Dysfunction Medications.** "Perry said taxpayers should not have to pay for birth control and likewise should not have to pay for erectile dysfunction medications." [York Daily Record, 2/16/17]

**When Asked About Birth Control Access During A Town Hall, Perry Said That He And His Wife Paid For It And "That's How It Works."** "More questions and answers about birth control, including Perry's


response that he and his wife had used birth control and, 'We paid for it. That's how it works.'" [York Daily Record, 2/16/17]

## In 2012, Perry Said Abortion Should Be Illegal Except For In Cases Of Rape, Incest, Or Life Of The Mother

**2012: Perry Said Abortion Should Be Illegal Except For In The Case Of Rape, Incest, And When The Mother's Life Is In Jeopardy.** "Abortion: Perry is the only anti-abortion candidate, saying he believes abortion should be illegal except for cases of rape, incest and when the life of the mother is in jeopardy." [York Dispatch, 10/1/12]

> **Perry On Abortion: "The Life Of The Child Is Innocent In Those Circumstances (Of Rape, Incest, And When A Mother's Life Is Jeopardy); However, I Don't Have To Carry A Child From Rape Or Incest And Bear The Burden Of That For Life."** "A father of two, Perry said he wishes abortion would never happen, but there are some circumstances beyond the control of the mother. 'The life of the child is innocent in those circumstances (of rape, incest, and when a mother's life is jeopardy); however, I don't have to carry a child from rape or incest and bear the burden of that for life.'" [York Dispatch, 10/1/12]

## Perry Backed Legislation Promoting Fetal Heart Beat Ultrasounds Before Receiving An Abortion

**Perry Backed A Bill To Promote Fetal Heart Beat Ultrasounds Before Receiving An Abortion.** "Too many women are getting abortions without seeing an ultrasound image or hearing the heartbeat of their unborn fetus, according to some York County lawmakers. A bill is moving through the state House that would require physicians to perform an ultrasound and use a fetal heart rate monitor on any woman planning on getting an abortion. Supporters say they hope women will make a more informed decision and change their minds after seeing the image or hearing the heartbeat. [...] From York County, Republican state Reps. Stan Saylor, Seth Grove, Scott Perry, Will Tallman and Keith Gillespie have signed on as co-sponsors. Rapp said she believes the bill has enough bipartisan support to get out of the House; the bill is in the health committee now." [York Dispatch, 2/3/12]

> **Perry On Fetal Heartbeat Bill: "I Think Individuals In Society Need To Approach That With The Utmost Consideration. It's Not A Decision That Should Be Made Capriciously."** "'As a woman, I believe when a woman makes a crucial decision about her health and her body, she should be fully informed,' Rapp said. 'Anything we can do to reduce the abortion rate, that's what we want to do. It still doesn't take the decision away from the woman.' Some abortion clinics aren't offering those services to patients unless requested, she said, and she fears some women won't know to ask. Grove, whose wife is expecting, said seeing an ultrasound "is just an amazing experience," and it makes sense that any woman facing such a major decision would want that available. Under the bill, the woman wouldn't be forced to view any of the images, but it does require the doctor to perform the services and give her the information to do with as she wants. 'Gut-wrenching moment': Perry, Tallman and Gillespie said they want to make sure women are making informed decisions. 'I think individuals in society need to approach that with the utmost consideration. It's not a decision that should be made capriciously,' Perry said." [York Dispatch, 2/3/12]

## Perry Consistently Supported A 20 Week Abortion Ban

### 2017: Perry Voted For For A 20-Week Abortion Ban

**Perry Voted For A 20-Week Abortion Ban.** In October 2017, Perry voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape for pregnancies that are a result of rape against an adult woman, if the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest had been previously reported to law enforcement or another government agency authorized to act on reports of



child abuse. The bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the 'potential' to survive outside the womb." The rule was adopted, 237-189. [HR 36, Vote #549, 10/3/17; CQ, 10/3/17]

> **Abortion Rights Groups Said The Legislation Had No Exception If The Pregnancy Threatened The Mother's Health, And The Rape And Incest Exceptions Were Too Narrow.** "Abortion rights groups and Democratic lawmakers panned the legislation ahead of its passage, arguing it is based on faulty science and contains no exception if a pregnancy would threaten a mother's health. They also said the rape and incest exceptions are too narrow and that the bill is likely unconstitutional under existing Supreme Court rulings." [Washington Post, 10/3/17]

## Perry Claimed That Planned Parenthood Was "Reporting Hundreds Of Millions In Profits"

**Perry Claimed That Planned Parenthood Was "Reporting Hundreds Of Millions In Profits."** "Perry said, even though taxpayer money does not directly pay for abortions, federal funds do support Planned Parenthood, which 'is reporting hundreds of millions in profits.'" [York Daily Record, 2/16/17]

### Politifact Rated A Statement That Planned Parenthood "Raked In More Than $300 Million In Profits" Over The Past Several Years "Mostly False"

**Politifact Rated A Statement That Planned Parenthood "Raked In More Than $300 Million In Profits" Over The Past Several Years "Mostly False."** "In the second part of our fact-checking, does the "excess revenue over expenses" constitute a 'profit'? We sent Dannenfelser's claim to experts in nonprofit management and heard back from four. Three disagreed with using the term 'profit' to describe excess revenues over expenses: Christopher Stone, faculty director of the Hauser Center for Nonprofit Organizations at Harvard University; Herman B. 'Dutch' Leonard, professor of public management at Harvard Kennedy School of Government and at the Harvard Business School; and Beth Gazley, assistant professor at Indiana University School of Public and Environmental Affairs. 'Bottom line: a nonprofit's surplus should not be confused with profit,' Stone wrote in an e-mail. 'Profits are generated by businesses to reward investors. Businesses also use profits to provide additional compensation (bonuses tied to profits) for employees who help generate the profits for investors. Because nonprofits may not use their surpluses for either of these purposes, these surpluses should not be confused with profits. All surpluses must be devoted to the charitable purposes of the organization.'" [Politifact Florida, 6/7/11]

### Perry Voted For Shutting Down The Government Over Planned Parenthood Funding

**Perry Voted Against A Government Funding Bill That Included Funding For Planned Parenthood.** In September 2015, Perry voted against: a continuing resolution that would fund the government until December 11 because it would continue federal funding of Planned Parenthood. "Congress is sending President Obama legislation to prevent a government shutdown following a 277-151 vote in the House that will keep federal agencies funded through Dec. 11. More Republicans voted against the spending bill than in favor of it, however. Republicans objected to the inclusion of money for Planned Parenthood in the bill, leading 151 GOP lawmakers to vote against the bill, compared to only 91 who supported it." The bill passed 277 – 151. [H.R. 719, Vote #528, 9/30/15; The Hill, 9/30/15]

DCCC

# Perry Did Not Support Pennsylvania Seniors

### Significant Findings

✓ *Perry supported policies that detrimentally affected Medicare.*

   ✓ *Perry's team claimed he was running on protecting Medicare.*

   ✓ *Perry supported Paul Ryan's health care overhaul plan that gutted Medicare.*

   ✓ *Perry voted against lowering drug prices for seniors.*

   ✓ *2018: 49,223 residents of PA's 10th district received some Medicare benefits.*

✓ *Perry supported policies that would catastrophically alter Social Security.*

   ✓ *Perry voted for Republican Study Committee budgets that included increasing the Social Security retirement age.*

   ✓ *2014: Perry refused to answer when asked if he would support privatizing Social Security, Medicaid, and Medicare.*

   ✓ *Perry wanted to reform the Social Security cost-of-living adjustment formula.*

   ✓ *2018: 155,716 residents of the PA 10th district received some Social Security benefits.*

## Perry Supported Policies That Detrimentally Affected Medicare

### Perry's Team Claimed He Was Running On Protecting Medicare

**Perry's Spokesperson Said Perry Was Running On "Protecting Medicare."** "But Perry's spokesperson, Brian Nutt, says the district is still plus-four to plus-six GOP. Trump, he says, won the old Fourth by 21 points, and, if the new district was in place in 2016, would have won it by eight points. 'It's a trending-Republican district,' says Nutt, 'and Scott Perry's running on the things he's been out front and working on: lowering taxes, safer schools, national security, protecting Medicare and ending sanctuary cities.'" [Philadelphia Daily News, 10/1/18]

### Perry Supported Paul Ryan's Health Care Overhaul Plan That Gutted Medicare

**2012: Perry Agreed With The "General Concept" Of Paul Ryan's Medicare Overhaul Plan.** "With experts saying Medicare is on an unsustainable path and others concerned about Social Security, the four candidates in the race for the 4th Congressional District offered plans to address the top issues facing seniors. State Rep. Scott Perry, R-Dillsburg: There's no existing privatization plan he would support for Social Security; the federal government 'made a promise it should keep,' Perry said. He said he agrees with the 'general concept' of the Medicare overhaul proposed by Republican vice presidential nominee Paul Ryan, who wants to create a system in which beneficiaries would get a fixed payment from the government for their health insurance instead of the guaranteed benefits provided in the current system." [York Dispatch, 10/21/12]


**Ryan's Proposal Cut Medicare, Medicaid And Children's Medicaid Program To 5.5 Percent Of GDP.**
"The non-partisan Congressional Budget Office said in a report today that under the proposal, the federal budget would show a deficit of about 2 percent of the GDP in 2022, a slight surplus in 2040 and a surplus of roughly 4 percent in 2050. The proposal would reduce federal spending on Medicare, Medicaid and Children's Medicaid program to 5.5 percent of GDP in 2022." [ABC News, 4/5/11]

**Ryan's Proposal Would Have Forced Senior Citizens To Shop For Coverage On Insurance Exchanges By Their State, And Changing To Being Allotted Coverage Based On Their Income.** "The Medicare program would also undergo major overhaul. Senior citizens would be able to shop for coverage on insurance exchanges set up by their state, but instead of the federal government paying for every service as it currently does, each Medicare beneficiary would be alloted a certain amount of money based on their income." [ABC News, 4/5/11]

**2013: Perry Voted For FY14 Ryan Budget That Called For Restructuring Of Medicare Into A "Premium Support" System And $5.7 Trillion In Spending Cuts Over Ten Years.** [H. Con. Res, 25, Vote #88, 3/21/13; CQ, 3/21/13]

**National Journal: "For Those Younger Than Age 55, Medicare Could Look Unrecognizable" If Ryan Budget Were Implemented.** "And, for those younger than age 55, Medicare could look unrecognizable: People receive a fixed sum of money from the federal government to buy health insurance in their old age, regardless of the way inflation has caused health care costs to increase." [National Journal, 3/10/13]

**CBPP: Ryan Budget Would Cut Medicare Spending By A Total Of $356 Billion.** According to an analysis of the Ryan budget conducted by the Center on Budget and Policy Priorities: "Over the 2013 to 2023 period, the Ryan budget would cut Medicare spending by a total of $356 billion. His budget would save $129 billion compared to current law from limiting medical malpractice awards, increasing income-tested premiums, and repealing the Medicare benefit improvements in health reform, including closure of the prescription drug 'donut hole.' Ryan's baseline includes $138 billion in scheduled cuts from Medicare's sustainable growth rate formula for physicians and $89 billion in Medicare cuts from sequestration, bringing his total Medicare reductions to the aforementioned $356 billion." [Center on Budget and Policy Priorities, 3/12/13]

**Perry Voted For FY15 Republican Budget.** [H Con Res 96, Vote #177, 4/10/14; USA Today, 4/10/14]

**National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies. Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor. Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

**New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.**
"House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

**AARP: Republican Budget Would Remove the Medicare Guarantee.** "Chairman Ryan's proposed budget fails to address the high costs of health care and instead shifts costs onto seniors and future retirees. Repealing the benefits of the Affordable Care Act ignores the progress we've made to improve access to health care and



protect against discrimination based on age, gender or medical history. Removing the Medicare guarantee of affordable health coverage for older Americans by implementing a premium support system and asking seniors and future retirees to pay more is not the right direction." [AARP Press Release, 4/1/14]

**NCPSSM: Republican Budget Would Ultimately Kill Traditional Medicare.** "This is a budget that doubles-down on an ideological quest to turn Medicare into "coupon care", making it harder for seniors to choose their own doctors and ultimately killing traditional Medicare. If the GOP/Ryan budget becomes law, seniors will immediately lose billions in prescription drug savings, free wellness visits and preventative services provided in the ACA, and the Part D donut hole returns." [National Committee to Preserve Social Security & Medicare, 4/1/14]

**Associated Press: "The Proposal Would Reprise a Voucher-Like Medicare Program."** "The proposal would reprise a voucher-like Medicare program for future retirees that would be the basis for GOP claims that the measure would drive down government debt over the long term." [Associated Press via The Guardian, 4/1/14]

**Los Angeles Times: Republican Budget Would Turn Medicare into a "Voucher-Like Program" that "May Not Fully Cover the Cost" of Medicare.** "Ryan retained his idea for turning the Medicare health system into a voucher-like program for future seniors, providing a fixed amount of cash that can be applied toward the purchase of private health insurance. The voucher may also be used to enroll in traditional Medicare, but it may not fully cover the cost." [Los Angeles Times, 4/1/14]

**Perry Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies. Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor. Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

**New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.** "House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

**Perry Voted For FY18 House Republican Budget Resolution.** [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

**AP: House Budget "Reprises A Controversial Plan To Turn Medicare Into A Voucher-Like Program."** "The House on Thursday passed a $4.1 trillion budget plan that promises deep cuts to social programs while paving the way for Republicans to rewrite the tax code later this year. The 2018 House GOP budget reprises a controversial plan to turn Medicare into a voucher-like program for future retirees as well as the party's efforts to repeal the "Obamacare" health law. Republicans controlling Congress have no plans to actually implement those cuts while they pursue their tax overhaul." [Associated Press, 10/5/17]

**Perry Voted Against Lowering Drug Prices For Seniors**


**2017: Perry Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors**

**Perry Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Perry voted against: the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

**Perry Voted 12 Times To Reopen The Medicare Donut Hole, Costing Seniors Thousands More In Out-Of-Pocket Prescription Costs**

**Perry Voted 12 Times To Repeal The Affordable Care Act.** [H Con Res 25, Vote #88, 3/21/13; HR 45, Vote #154, 5/16/13; H Con Res 96, Vote #175, 4/10/14; H Con Res 96, Vote #177, 4/10/14; HR 596, Vote #58, 2/3/15; H Con Res 27, Vote #138, 3/25/15; H. Con Res. 27, Vote #141, 3/25/15; H. Con Res. 27, Vote #142, 3/25/15; S Con Res 11, Vote #183, 4/30/15; HR 3762, Vote #568, 10/23/15; HR 3762, Vote #6, 1/6/16; HR 3762, Vote #53, 2/2/16]

**The Affordable Care Act, AKA Obamacare, Would Eventually Close Medicare's Prescription-Drug Program Coverage Gap.** "Over time, Obamacare closes the coverage gap, informally referred to as the donut hole, in Medicare's prescription-drug program (Part D). As originally designed, once Part D beneficiaries reached their (relatively low) deductible, they had to pay 25 percent of their drug costs up to a certain dollar amount; once beneficiaries' drug costs reached that limit, they then had to pay all of their drug costs. Then, if their total out-of-pocket costs reached an even higher level (called the catastrophic coverage limit, which is currently set at $4,750), then they only had to pay 5 percent of drug costs above that limit. By the year 2020, though, there will no longer be a donut hole. From the moment beneficiaries' drug costs reach their deductibles until they reach the catastrophic coverage limit, they will only pay 25 percent of their total drug costs." [National Review, 11/26/13]

**2018: 49,223 Residents Of PA's 10th District Received Some Medicare Benefits**

**2017: 49,223 Residents Of Perry's District Received Medicare Benefits.** [Centers for Medicare & Medicaid Services, 2018 Congressional District Report]

## Perry Supported Policies That Would Catastrophically Alter Social Security

**Perry Voted For Republican Study Committee Budgets That Included Increasing The Social Security Retirement Age**

**2017: Perry Voted For An Republican Study Committee Alternative FY18 Budget.** [H Con Res 71, Vote #555, 10/5/17; CQ, 10/5/17]

**RSC Budget Would Gradually Raise The Retirement Age For Social Security To 69.** "The RSC budget would eliminate Social Security's long-run shortfall and make the program sustainably solvent by adopting Representative Sam Johnson's (R-TX) 'Social Security Reform Act,' which would slow initial benefit growth for higher-earners, gradually raise the normal retirement age to 69, and means-test annual cost-of-living adjustments, which would be calculated based on the chained Consumer Price Index (CPI)." [Committee for a Responsible Federal Budget, 9/11/17]



**2015: Perry Voted For FY2016 Republican Study Committee Budget.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

**FY2016 RSC Budget Raised The Retirement To 70.** "The Republican Study Committee would raise the retirement age to 70 for people born after 1962, use a definition of inflation that would lower benefits, and reduce benefits for wealthier retirees." [Examiner, 3/23/15]

**2014: Perry Voted For FY2014 Republican Study Committee (RSC) Budget.** [H Con Res 96, Vote #175, 4/10/14; CQ, 4/10/14]

**RSC Budget Turned Medicare Into A Voucher Program And Increased The Retirement Age To 70.** "The RSC believes we should save Medicare from bankruptcy by transitioning to a solvent premium-support system, as passed in previous House Republican Budgets. […] SAFEGUARDS SOCIAL SECURITY AND DISABILITY INSURANCE: This budget would slowly phase in an increase in the Social Security full-retirement age. The full retirement age would continue the current-law's gradual increase of two months per year  beginning in 2022 until the full retirement age reaches 70." [RSC Budget, via Wayback Machine, accessed 3/29/18]

**2013: Perry Did Not Vote On FY2014 Republican Study Committee (RSC) Budget.** [H. Con. Res 25, Vote #86, 3/20/13; CQ, 3/20/13]

**RSC Budget Would Turn Medicare Into A Voucher Program For Those 59 And Younger.** "The key difference between [the RSC and Ryan budgets] is the plan to overhaul Medicare. While Ryan calls for implementing his 'premium support' plan for future beneficiaries age 54 and younger, the RSC budget would start the change for people 59 and below." [The Hill, 3/15/13]

**RSC Budget Would Raise The Social Security Eligibility Age From 65 To 70 For Those 51 And Older.** "This budget would slowly phase in an increase in the Social Security full-retirement age for individuals born in 1962 (currently 51) and after to an eventual full-retirement age of 70." [RSC Budget, March 2013]

---

### 2014: Perry Refused To Answer When Asked If He Would Support Privatizing Social Security, Medicaid, And Medicare

---

**2014: Perry Refused To Answer When Asked If He Would Support Privatizing Social Security, Medicaid, And Medicare.** "When asked if he would vote for or support privatizing Social Security, Medicaid and Medicare, Perry would not say one way or the other. In both cases, Perry said he was in favor of making the systems solvent, whatever those solutions might be." [Patriot News, 10/14/14]

---

### 2018: 155,716 Residents Of The PA 10th District Received Some Social Security Benefits

---

**2018: 155,716 Residents Of Perry's District Received Social Security Benefits Worth Nearly $218,963.** [Social Security Administration, Congressional Statistics, released May 2019]

**In Perry's District, Social Security Beneficiaries Include 117,844 Seniors; 111,508 Were Retirees.** Of the 112,950 social security beneficiaries in Perry's district, 117,844 were aged 65 or older; 111,508 were retirees. [Social Security Administration, Congressional Statistics, released May 2019]

## Perry's Shady Business Dealings, Before His Time In, Congress Still Leave Questions Unanswered

### *Significant Findings*

✓ *Perry's company in 1999 took on a contract with a sewage plant, Memphord Estates Sewage.*

   ✓ *The Pennsylvania Attorney General accused Perry's company of environmental crimes related to false reporting that occurred at the Memphord Estates Sewage Plant.*

   ✓ *April 2002: Perry was issued a criminal complaint and an affidavit of probable cause for arrest warrant from the PA state Attorney General's office.*

   ✓ *The PA Attorney General's office began investigating the sewage plant after getting a referral from the Department of Environmental Protection that alleged Perry's firm gave false reports to the DEP.*

   ✓ *The reports Perry's company was accused of falsifying had to deal with levels of acidity and chlorine being released into the stony run creek.*

✓ *Perry's company brought up possible issues to the Department of Environmental Protection.*

   ✓ *Perry claimed that after taking a Department of Environmental Protection course on how to properly run a sewage plant, they realized that the work they had been doing at the plant was wrong.*

   ✓ *Perry claimed that when his company "tried to alert the state Department of Environmental Protection that something was amiss, they ended up facing criminal charges."*

✓ *Perry blamed false records on "unknowingly" taking a job with a "poorly run sewer plant" and on incorrect instructions given by the plant's manager.*

   ✓ *Perry claimed that the plant manager had given he and his employees incorrect instructions on collecting water samples for testing.*

✓ *A DEP inspector found that workers at Perry's company had falsified records.*

   ✓ *A DEP inspector interviewed Perry among other Hydrotech workers who were responsible for writing down test results for wastewater.*

   ✓ *One Hydrotech worker claimed that the plant operator instructed him to record "normal range readings" despite what he actually found and admitted to the Attorney General's office that the numbers on his reports were false.*

   ✓ *Perry maintained that there was no agreement between his company the plant management to record false numbers.*

✓ *Under interviews with the Attorney General's office Perry admitted to writing incorrect logs, therefore falsifying documents.*

   ✓ *The Attorney General's office presented Perry with the three logs he wrote, and he said that it appeared to be his handwriting and agreed that he recorded all of the information on the logs.*



✓ *The AG's office pointed out that Perry's log entries differed from the accurate levels for that time.*

✓ *The PA Attorney General's office created a chart showing Perry's logs were significantly different from the actual recorded chlorine and acidity levels.*

✓ *Based on Perry's admission that he wrote logs that were incorrect, the PA Attorney General's office had probable cause to believe that Perry violated the crimes code.*

✓ *Perry maintained that his company was punished for trying to "do the right thing" since they admitted "something was amiss" to the department of environmental protection.*

✓ *Perry blamed his company's case on "overzealous investigation" by the Department of Environmental Protection.*

✓ *Perry's company had to pay a $5,000 fine, and he entered an "accelerated rehabilitative" program for first time offenders.*

    ✓ *Pennsylvania eventually expunged Perry's charges after he completed the state's accelerated rehabilitative disposition probationary program.*

✓ *Perry called his entering the rehabilitative program a last-minute decision, although he requested entering the program earlier, but was rejected.*

    ✓ *The PA Attorney General's office originally denied Perry's application at first for the rehabilitation program.*

    ✓ *The PA Attorney General's office said Perry's request for rehabilitation was rejected because "of the circumstances involved in the case."*

✓ *Many of those involved in Perry's case were political influencers in Pennsylvania.*

    ✓ *Alexander, charged with Perry, was a member of the town's zoning hearing board, and Perry was a member of the Carroll Twp. Planning Commission at the time.*

    ✓ *Dillsburg's district justice recused himself from hearing Perry's case because he knew all of the men involved personally.*

    ✓ *Mesco was owned by Alexander and his mother, a former state legislator and former Deputy Secretary of the state Department of Agriculture.*

    ✓ *Perry's associate coble pleaded guilty to violating the state's clean streams laws, and was placed on two years' probation.*

## Perry's Company In 1999 Took On A Contract With A Sewage Plant, Memphord Estates Sewage

### October 1999: The Memphord Estates Sewage Plant Hired Perry's Company Hydrotech Mechanical Service

**In October 1999, The Memphord Estates Sewage Plant Hired Perry's Company Hydrotech Mechanical Services, Paying The Firm $125 A Week.** "The state attorney general's office issued a criminal complaint and an



affidavit of probable cause for an arrest warrant in April 2002. Those documents give the following account of the events leading up to the arrest: Mesco Inc. operates the sewer plant for Memphord Estates, a housing development in Monaghan Township in northern York County. Halvard Alexander, a former Dillsburg borough councilman and then-member of Dillsburg's zoning hearing board, was the plant operator. In October 1999, Alexander hired Hydrotech Mechanical Services, Perry's Dillsburg-based firm, to help run the plant. Hydrotech employees were there two days a week, and Mesco paid the firm $125 a week." [York Daily Record, 6/4/06]

## The Pennsylvania Attorney General Accused Perry's Company Of Environmental Crimes Related To False Reporting That Occurred At The Memphord Estates Sewage Plant

### April 2002: Perry Was Issued A Criminal Complaint And An Affidavit Of Probable Cause For Arrest Warrant From the PA State Attorney General's Office

**The PA State Attorney General's Office Issued A Criminal Complaint And An Affidavit Of Probable Cause For Arrest Warrant Against Perry In April 2002.** "The state attorney general's office issued a criminal complaint and an affidavit of probable cause for an arrest warrant in April 2002. Those documents give the following account of the events leading up to the arrest: Mesco Inc. operates the sewer plant for Memphord Estates, a housing development in Monaghan Township in northern York County. Halvard Alexander, a former Dillsburg borough councilman and then-member of Dillsburg's zoning hearing board, was the plant operator. In October 1999, Alexander hired Hydrotech Mechanical Services, Perry's Dillsburg-based firm, to help run the plant. Hydrotech employees were there two days a week, and Mesco paid the firm $125 a week." [York Daily Record, 6/4/06]

### The PA Attorney General's Office Began Investigating The Sewage Plant After Getting A Referral From The Department Of Environmental Protection That Alleged Perry's Firm Gave False Reports To The DEP

**The PA Attorney General's Office Began Investigating The Sewage Plant After Getting A Referral From The Department Of Environmental Protection That Alleged Perry's Firm Gave False Reports To The DEP.** "In October 1999, Alexander hired Hydrotech Mechanical Services, Perry's Dillsburg based firm, to help run the plant. Hydrotech employees were there two days a week, and Mesco paid the firm $125 a week. A special agent from the state attorney general's office began investigating the sewer plant after getting a referral from the DEP. That referred alleged that Mesco was giving false reports to the DEP. Those reports were supposed to reflect the quality of wastewater that the plant discharged into Stony Run Creek, including levels of acidity and chlorine." [York Daily Record, 6/4/06]

### The Reports Perry's Company Was Accused Of Falsifying Had To Deal With Levels Of Acidity And Chlorine Being Released Into The Stony Run Creek

**The Reports Perry's Company Was Accused Of Falsifying Had To Deal With Levels Of Acidity And Chlorine Being Released Into The Stony Run Creek.** "In October 1999, Alexander hired Hydrotech Mechanical Services, Perry's Dillsburg based firm, to help run the plant. Hydrotech employees were there two days a week, and Mesco paid the firm $125 a week. A special agent from the state attorney general's office began investigating the sewer plant after getting a referral from the DEP. That referred alleged that Mesco was giving false reports to the DEP. Those reports were supposed to reflect the quality of wastewater that the plant discharged into Stony Run Creek, including levels of acidity and chlorine." [York Daily Record, 6/4/06]

## Perry's Company Claimed It Brought Up Possible Issues To The Department Of Environmental Protection



## Perry Claimed That After Taking A Department Of Environmental Protection Course On How To Properly Run A Sewage Plant, They Realized That The Work They Had Been Doing At The Plant Was Wrong

**Perry Claimed That After Taking A Department Of Environmental Protection Course On How To Properly Run A Sewage Plant, They Realized That The Work They Had Been Doing At The Plant Was Wrong.** "'You basically turned a few knobs, adjusted the belts, greased the bearings,' Perry said. The job included monitoring a couple of gauges that measured wastewater's purity and recording the results in a notebook. In May 2000, Perry said, he enrolled the Hydrotech employees performing the work in a DEP course on running a sewer plant. After taking that course for a couple of months, they realized that some of the work they had been doing at the plant was wrong." [York Daily Record, 6/4/06]

## Perry Claimed That When His Company "Tried To Alert The State Department Of Environmental Protection That Something Was Amiss, They Ended Up Facing Criminal Charges"

**Perry Claimed That When His Company "Tried To Alert The State Department Of Environmental Protection That Something Was Amiss, They Ended Up Facing Criminal Charges."** "Perry, however, maintains that he was penalized for trying to do the right thing. He said that he and employees with his mechanical contracting firm unknowingly took a job with a poorly run sewer plant. And when they tried to alert the state Department of Environmental Protection that something was amiss, they ended up facing criminal charges. 'I never plead guilty to anything' Perry said." [York Daily Record, 6/4/06]

## Perry Said That After Employees Approached Him With Concerns He Contacted The DEP And Asked For An Inspector To Come Out

**Perry Said That After Employees Approached Him With Concerns He Contacted The DEP And Asked For An Inspector To Come Out.** "After his employees approached him with their concerns, Perry said, he contacted the DEP and asked that an inspector come out. More than six months later, Perry said, a DEP inspector approached him and informed him that the plant was under investigation, but that he and his employees shouldn't inform Alexander and should continue working." [York Daily Record, 6/4/06]

## 6 Months After Filing Their Complaint, Perry Was Notified That The Plant Was Under Investigation, But That The Plant Manager Wasn't Meant To Be Notified And They Should Continue Working

**6 Months After Filing Their Complaint, Perry Was Notified That The Plant Was Under Investigation, But That The Plant Manager Wasn't Meant To Be Notified And They Should Continue Working.** "After his employees approached him with their concerns, Perry said, he contacted the DEP and asked that an inspector come out. More than six months later, Perry said, a DEP inspector approached him and informed him that the plant was under investigation, but that he and his employees shouldn't inform Alexander and should continue working." [York Daily Record, 6/4/06]

# Perry Blamed False Records On "Unknowingly" Taking A Job With A "Poorly Run Sewer Plant" And On Incorrect Instructions Given By The Plant's Manager

## Perry Claimed That His Company "Unknowingly Took A Job With A Poorly Run Sewer Plant"

**Perry Claimed That "He And Employees With His Mechanical Contracting Firm Unknowingly Took A Job With A Poorly Run Sewer Plant."** "Perry, however, maintains that he was penalized for trying to do the right thing. He said that he and employees with his mechanical contracting firm unknowingly took a job with a poorly run sewer plant. And when they tried to alert the state Department of Environmental Protection that something was



amiss, they ended up facing criminal charges. 'I never plead guilty to anything' Perry said." [York Daily Record, 6/4/06]

## Perry Claimed That The Plant Manager Had Given He And His Employees Incorrect Instructions On Collecting Water Samples For Testing

**Perry Claimed That The Plant Manager Had Given He And His Employees Incorrect Instructions On Collecting Water Samples For Testing.** "Gauges were improperly calibrated, and Alexander had given them incorrect instructions on collecting water samples for testing, he said. Perry doesn't believe it was intentional on Alexander's part. 'As far as the deficiency in training, I think he was just preoccupied and inattentive,' Perry said. Alexander, reached by phone, declined comment last week." [York Daily Record, 6/4/06]

## One Hydrotech Worker, Edward Coble Claimed That The Plant Operator Instructed Him To Record "Normal Range Readings" Despite What He Actually Found

**One Hydrotech Worker, Edward Coble Claimed That The Plant Operator Instructed Him To Record 'Normal Range Readings' Despite What He Actually Found.** "According to the affidavit, a DEP inspector interviewed several Hydrotech workers, including Perry, who were responsible for writing down test results for the wastewater. One worker, Edward Coble, said Alexander had instructed him to record 'normal range readings' despite what he actually found." [York Daily Record, 6/4/06]

# A Department Of Environmental Protection Inspector Found That Workers At Perry's Company Had Falsified Records

## A Department Of Environmental Protection Inspector Interviewed Perry Among Other Hydrotech Workers Who Were Responsible For Writing Down Test Results For Wastewater

**A Department Of Environmental Protection Inspector Interviewed Perry Among Other Hydrotech Workers Who Were Responsible For Writing Down Test Results For Wastewater.** "According to the affidavit, a DEP inspector interviewed several Hydrotech workers, including Perry, who were responsible for writing down test results for the wastewater. One worker, Edward Coble, said Alexander had instructed him to record 'normal range readings' despite what he actually found." [York Daily Record, 6/4/06]

## Hydrotech Worker Edward Coble Admitted To The Attorney General's Office That The Numbers On His Reports Were False

**Coble Admitted To The Attorney General's Office That The Numbers On His Reports Were False.** "Coble subsequently admitted to the attorney general's investigator that the numbers on the reports were false. The affidavit also cites an interview with a former employee who left Hydrotech in 2001 and reported to an investigator that Coble had told him: 'We got an agreement with Halvard that the results stay within a certain amount.'" [York Daily Record, 6/4/06]

## A Former Hydrotech Employee Also Said There Was An Agreement With The Plant Manager That "The Results Stay Within A Certain Amount"

**A Former Hydrotech Employee Also Said There Was An Agreement With The Plant Manager That "The Results Stay Within A Certain Amount."** "Coble subsequently admitted to the attorney general's investigator that the numbers on the reports were false. The affidavit also cites an interview with a former employee who left Hydrotech in 2001 and reported to an investigator that Coble had told him: 'We got an agreement with Halvard that the results stay within a certain amount.'" [York Daily Record, 6/4/06]



### Perry Maintained That There Was No Agreement Between His Company The Plant Management To Record False Numbers

**Perry Said That His Employees Comments "Might Have Referred To His Understanding Of How He Was Supposed To Take The Samples" But That There Was No Agreement Between His Company And The Company Managing The Plant.** "Perry said that employees' comments might have referred to his understanding of how he was supposed to take the samples, but that there was no such agreement between Hydrotech and Mesco. The job offer from Mesco wasn't especially lucrative, Perry said, but they took it mainly because it was close by. Neither he nor his employees knew anything about it, and they relied on Alexander to tell them what to do and how to do it." [York Daily Record, 6/4/06]

### In Interviews With The Attorney General's Office Perry Admitted To Writing Incorrect Logs, Therefore Falsifying Documents

*NOTE: Perry's falsifying of documents in his company's case with the Department of Environmental Protection went largely unreported .*

### The Attorney General's Office Was In Possession Of Three Logs That Were Completed By Scott Perry

**The Attorney General's Office Was In Possession Of Three Logs That Were Completed By Scott Perry.** "During the interview of Joseph Rothe, your Affiant was provided with copies of all Mesco Maintenance Logs that he received from Cecile Coble on June 20, 2000. After a review of all of these logs, your Affiant found three logs that were completed by Scott Perry." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

#### Scott Perry Complete Maintenance Logs On November 12, 1999, November 23, 1999 And December 2, 1999

**Scott Perry Complete Maintenance Logs On November 12, 1999, November 23, 1999 And December 2, 1999.** "The Mesco Maintenace Logs for November 12, 1999, November 23, 1999 and December 2, 1999 all list the Service Technician from Hydrotech present on those particular days as 'Scott.' These three logs are comprised of the following dates: November 12, 1999, November 23 (no year is listed, but it is believed to be 1999), and December 2, 1999. As part of this investigation your Affiant traveled to the law firm of Jane Alexander and was furnished with the Mesco 1998-1999 log book. This log book was kept at the Memphord Estates Sewage Treatment Plant." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

### Perry Claimed That He Went To The Sewage Treatment Plant Approximately Five To Ten Times Per Year

**Perry Claimed That He Went To The Sewage Treatment Plant Approximately Five To Ten Times Per Year.** "Your affiant interviewed Scott G. Perry, the General Manager of Hydrotech. Perry formed Hydrotech in 1993. The Articles of Incorporation for Hydrotech list him as the Secretary/Treasurer for the corporation. Perry estimates that sometime around 1998 for two hours a day twice a week, an employee of Hydrotech went to the Memphord Estates Sewage Treatment Plant to do general maintenance work and operational work. Since 1998, Perry advised that he has gone to the sewage treatment plant approximately five or ten time per year. Perry stated that before he started going to the plant, Greenfield, Alexander and he went to the plant and Alexander showed him how to fill in the log. He also remembers Alexander saying that sometimes test results aren't always where they should be and that if a problem arises it needs to be taken care of as quickly as possible." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]



**Perry Said The Plant Manager Said That "Sometimes Test Results Aren't Always Where They Should Be And That If A Problem Arises It Needs To Be Taken Care Of As Quickly As Possible"**

**Perry Said The Plant Manager Said That "Sometimes Test Results Aren't Always Where They Should Be And That If A Problem Arises It Needs To Be Taken Care Of As Quickly As Possible."** "Your affiant interviewed Scott G. Perry, the General Manager of Hydrotech. Perry formed Hydrotech in 1993. The Articles of Incorporation for Hydrotech list him as the Secretary/Treasurer for the corporation. Perry estimates that sometime around 1998 for two hours a day twice a week, an employee of Hydrotech went to the Memphord Estates Sewage Treatment Plant to do general maintenance work and operational work. Since 1998, Perry advised that he has gone to the sewage treatment plant approximately five or ten time per year. Perry stated that before he started going to the plant, Greenfield, Alexander and he went to the plant and Alexander showed him how to fill in the log. He also remembers Alexander saying that sometimes test results aren't always where they should be and that if a problem arises it needs to be taken care of as quickly as possible." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

**The Attorney General's Office Presented Perry With The Three Logs He Wrote, And He Said That It Appeared To Be His Handwriting, And Agreed That He Recorded All Of The Information On The Logs**

**The Attorney General's Office Presented Perry With The Three Logs He Wrote, And He Said That It Appeared To Be His Handwriting, And Agreed That He Recorded All Of The Information On The Logs.** "Your affiant furnished to Perry three Mesco Maintenance Logs, dated November 12, 1999, November 23, 1999 and December 2, 1999. Perry reviewed the logs and stated that the logs contained his name on them and that it appears to be his handwriting. Your Affiant questioned Perry with regard to whether or not he also recorded all of the numeric information on the logs. Perry looked at the logs again and stated that he did." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

**The Attorney General's Office Presented Perry With Submitted Documents To The DEP, And Perry Confirmed That It Appeared He Recorded All Of The Information For Those Dates**

**The Attorney General's Office Presented Perry With Submitted Documents To The DEP, And Perry Confirmed That It Appeared He Recorded All Of The Information For Those Dates.** "Your Affiant then furnished to Perry DMR's submitted to the DEP from the Memphord Estates Sewage Company. This agent pointed out to Perry the results recorded for November 12, 1999, November 23, 1999 and December 2, 1999. Perry reviewed the DMRs and indicated that it appears that he recorded all of the information for those dates." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

**The Attorney General's Office Presented Perry With A Mesco Log Book, And Perry Agreed The Entries Were Written By Him**

**The Attorney General's Office Presented Perry With A Mesco Log Book, And Perry Agreed The Entries Were Written By Him.** "Your Affiant then furnished to Perry a green notebook entitled, 'Mesco, Inc. 1998-199 Log Book.' Perry looked at the November 12, 1999 entry, the November 23, 1999 entry and the December 2, 1999 entry and stated that all information recorded on these entries was written by him. Your Affiant then pointed out to Perry that the December 2, 1999 Mesco Maintenance Log results compared to the DMR and the notebook information indicate that different results were recorded. Perry reviewed the Mesco Maintenance Log and the notebook and stated that the results should be the same. Perry reviewed the DMR with the Mesco Maintenance Log and stated the results should be the same." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]



---

**The Attorney General's Office Pointed Out That Perry's Log Entries Differed From The Accurate Levels For That Time**

---

**After Agreeing That Perry Had Written All Of The Recorded Entries In The Mesco Logs, The AG Investigator Then Pointed Out That When Comparing All Of The Entries "Different Results Were Recorded."** "Your Affiant then furnished to Perry a green notebook entitled, 'Mesco, Inc. 1998-199 Log Book.' Perry looked at the November 12, 1999 entry, the November 23, 1999 entry and the December 2, 1999 entry and stated that all information recorded on these entries was written by him. Your Affiant then pointed out to Perry that the December 2, 1999 Mesco Maintenance Log results compared to the DMR and the notebook information indicate that different results were recorded. Perry reviewed the Mesco Maintenance Log and the notebook and stated that the results should be the same. Perry reviewed the DMR with the Mesco Maintenance Log and stated the results should be the same." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

---

**Upon Being Told That His Log Entries Were Not Correct, Perry Stated That "The Results Should Be The Same"**

---

**Upon Being Told That His Log Entries Were Not Correct Perry "Stated That The Results Should Be The Same."** "Your Affiant then furnished to Perry a green notebook entitled, 'Mesco, Inc. 1998-199 Log Book.' Perry looked at the November 12, 1999 entry, the November 23, 1999 entry and the December 2, 1999 entry and stated that all information recorded on these entries was written by him. Your Affiant then pointed out to Perry that the December 2, 1999 Mesco Maintenance Log results compared to the DMR and the notebook information indicate that different results were recorded. Perry reviewed the Mesco Maintenance Log and the notebook and stated that the results should be the same. Perry reviewed the DMR with the Mesco Maintenance Log and stated the results should be the same." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

---

**The PA Attorney General's Office Created A Chart Showing Perry's Logs Were Significantly Different From The Actual Recorded Chlorine And Acidity Levels**

---

**The PA Attorney General's Office Created A Chart Showing Perry's Logs Were Significantly Different From The Actual Recorded Chlorine And Acidity Levels.** "Your affiant then compared the DMR Supplemental Forms for November 12, November 23 and December 2, 1999 with Mesco Maintenance Logs for the same dates. All of the November 12, November 23 and December 2, 1999 forms/logs were complete by Scott Perry. The DMR Supplemental Forms were also compared with the data recorded in the Mesco log book. As the chart below indicates, the results for the Mesco Maintenance Logs are different then what were recorded on the DMR Supplemental Forms. The Mesco log book and the DMR Supplemental Forms have the same recorded information."

| DATE | Mesco Maintenance Logs | Mesco, Inc. Log Book (Green Notebook) | DMRs/DMR Supplemental Forms |
|---|---|---|---|
| Nov. 12, 1999 | pH - 8.1<br>$CL_2$ - 2.2 | pH - 7.0<br>$CL_2$ - .35 | pH - 7.0<br>$CL_2$ - .35 |
| Nov. 23, 1999 | pH - 9.1<br>$CL_2$ - .04 | pH - 7.0<br>$CL_2$ - .30 | pH - 7.0<br>$CL_2$ - .30 |
| Dec. 2, 1999 | pH - 7.8<br>$CL_2$ - 2.2 | pH - 7.0<br>$CL_2$ - .30 | pH - 7.0<br>$CL_2$ - .30 |



[Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

**Based On Perry's Admission That He Wrote Logs That Were Incorrect, The PA Attorney General's Office Had Probable Cause To Believe That Perry Violated The Crimes Code**

**Based On Perry's Admission That He Wrote Logs That Were Incorrect, The PA Attorney General's Office Had Probably Cause To Believe That Perry Violated The Crimes Code.** "Based on the facts contained in this Affidavit, your Affiant has probable cause to believe that Scott G. Perry violated the Crimes Code provisions as set forth in the Criminal Complaint, which is incorporated herein by reference. As may be required by Rule 107(a) of the Pennsylvania Rules of Criminal Procedure, David J. Raphael, Deputy Attorney General, Environmental Crimes Section, has reviewed and approved the Criminal Complaint and Affidavit of Probable Cause." [Commonwealth of Pennsylvania, Affidavit of Probable Cause for the Issuance of an Arrest Warrant, CR-0000063-02, 4/2/02]

## Perry Maintained That His Company Was Punished For Trying To "Do The Right Thing" Since They Admitted "Something Was Amiss" To The Department Of Environmental Protection

**Perry Maintained That "He Was Penalized For Trying To Do The Right Thing"**

**Perry Maintained That "He Was Penalized For Trying To Do The Right Thing."** "Perry, however, maintains that he was penalized for trying to do the right thing. He said that he and employees with his mechanical contracting firm unknowingly took a job with a poorly run sewer plant. And when they tried to alert the state Department of Environmental Protection that something was amiss, they ended up facing criminal charges. 'I never plead guilty to anything' Perry said." [York Daily Record, 6/4/06]

**Perry Claimed That The Charges Against Him "Came Clearly Out Of The Blue" And That He Was "Apoplectic"**

**Perry Claimed That The Charges Against Him "Came Clearly Out Of The Blue" And That He Was "Apoplectic."** "Investigators came back, asked a few more questions, and that was it. Or so Perry thought, until he got a phone call from the state instructing him to report to District Justice Richard Thomas' office, where he would be charged with the crimes. 'It came clearly out of the blue one day,' Perry said. 'I was apoplectic.'" [York Daily Record, 6/4/06]

## Perry Blamed His Company's Case On "Overzealous Investigation" By The Department Of Environmental Protection

**Perry Blamed His Company's Debacle On "The DEP's Overzealous Investigation And Prosecution"**

**Perry Blamed His Company's Debacle On "The DEP's Overzealous Investigation And Prosecution."** "Coble pleaded guilty to two counts of unlawful conduct and was sentenced to 24 months' probation and 50 hours of community service. And Dorney sentenced Alexander to 30 days of house arrest followed by 11 months' probation and 75 hours of community service. Dorney also fined $10,000, to be paid within three years. Though Perry believes he made the right decision, the situation still angers me. 'I think it was the DEP's overzealous investigation and prosecution,' he said." [York Daily Record, 6/4/06]



## Perry's Company Had To Pay A $5,000 Fine, And He Entered An "Accelerated Rehabilitative" Program For First Time Offenders

### Perry's Company Hydrotech Was Fined $5,000 By The State

**Perry's Company Hydrotech Was Fined $5,000 By The State.** "The case came to an end last month when Judge Sheryl Ann Dorney levied a $10,000 fine against Mesco. That money must be paid within three years. The company entered a 'nolo contendere' or 'no contest' plea to the charges, meaning Mesco does not admit to wrongdoing but acknowledges that it would likely be found guilty if the matter went to trial. Perry, on behalf of Hydrotech, entered the same plea. His company was fined $5,000." [Patriot News, 12/23/03]

### Perry Completed Pennsylvania's "Accelerated Rehabilitative Disposition Program" Designed For "First-Time, Non-Violent Defendants."

**Perry Completed Pennsylvania's "Accelerated Rehabilitative Disposition Program" Designed For "First-Time, Non-Violent Defendants."** "Rep. Scott Perry, R-York, faced felony charges in 2002 of conspiring to falsify state-mandated sewage records related to a business he coowns, Hydrotech Mechanical Services Inc. He avoided a conviction and completed the state's Accelerated Rehabilitative Disposition program that is designed for first-time, nonviolent defendants. Perry, who maintains his innocence, called it a 'last-minute, at-the-courtroom deal that was never supposed to happen, but it did.' He said the case still rankles him. 'People have a perception that if you get the ARD, obviously you did something wrong,' he said." [Centre Daily Times, 11/14/10]

### Perry Said People "Have A Perception" That If You Get The Accelerated Rehabilitative Disposition Program, "You Did Something Wrong"

**Perry On His Sentencing: "People Have A Perception That If You Get The" Accelerated Rehabilitative Disposition Program "Obviously You Did Something Wrong."** "Rep. Scott Perry, R-York, faced felony charges in 2002 of conspiring to falsify state-mandated sewage records related to a business he coowns, Hydrotech Mechanical Services Inc. He avoided a conviction and completed the state's Accelerated Rehabilitative Disposition program that is designed for first-time, nonviolent defendants. Perry, who maintains his innocence, called it a 'last-minute, at-the-courtroom deal that was never supposed to happen, but it did.' He said the case still rankles him. 'People have a perception that if you get the ARD, obviously you did something wrong,' he said." [Centre Daily Times, 11/14/10]

### Pennsylvania Eventually Expunged Perry's Charges After He Completed The State's Accelerated Rehabilitative Disposition Probationary Program

**Pennsylvania Eventually Expunged Perry's Charges After He Completed The State's Accelerated Rehabilitative Disposition Probationary Program For First-Time Nonviolent Offenders.** "On the contrary, Perry said, he's eager to discuss the charges with anyone who brings them up so that he can explain what actually happened. The state eventually expunged the charges after Perry completed the state's Accelerated Rehabilitative Disposition probationary program for first-time nonviolent offenders. Yet those charges dogged him through his intervening years as a prominent York County Republic committeeman, political activist, and most recently as a primary candidate in the 92nd district." [York Daily Record, 6/4/06]

### Perry Was On Active Duty In The PA National Guard When The Judgment Came Down, And Entered The Accelerated Rehabilitation Disposition Program

**Perry Was On Active Duty In The PA National Guard When The Judgment Came Down, And Entered The Accelerated Rehabilitation Disposition Program.** "Perry, on active duty in the Pennsylvania National Guard and scheduled to return soon to the Middle East, was placed on the Accelerated Rehabilitative Disposition program for



12 months but is not required to report to a probation officer. Coble, who pleaded guilty to violating the state's clean streams laws, was placed on two years' probation and ordered to compete 50 hours of community service. None of the three men were available for comment." [Patriot News, 12/23/03]

## According To Perry, He Was Informed That The State Was Offering A Deal That He Would Enter The ARD, And Neither Admit Guilt Nor Be Found Guilty

**According To Perry He Was Informed That The State Was Offering A Deal That He Would Enter The ARD, And Neither Admit Guilt Nor Be Found Guilty.** "According to Perry, his lawyer later informed him that the state had offered a deal. He would enter the ARD. In so doing, he would neither admit guilt nor be found guilty. Perry wanted to fight the charges. But his lawyer told him that the legal fees could amount to tens of thousands of dollars. So he took the state's offer. In November 2003, Judge Sheryl Ann Dorney sentenced Perry to the ARD program. Perry was on active duty in the Pennsylvania National Guard at the time. He had to pay a $300 ARD supervision fee but didn't have to report to a probation officer." [York Daily Record, 6/4/06]

## Perry Claimed He Wanted To Fight His Charges, But Was Told By His Lawyer That The Legal Fees Would Be Too Much

**Perry Claimed He Wanted To Fight His Charges, But Was Told By His Lawyer That The Legal Fees Would Be Too Much.** "According to Perry, his lawyer later informed him that the state had offered a deal. He would enter the ARD. In so doing, he would neither admit guilt nor be found guilty. Perry wanted to fight the charges. But his lawyer told him that the legal fees could amount to tens of thousands of dollars. So he took the state's offer. In November 2003, Judge Sheryl Ann Dorney sentenced Perry to the ARD program. Perry was on active duty in the Pennsylvania National Guard at the time. He had to pay a $300 ARD supervision fee but didn't have to report to a probation officer." [York Daily Record, 6/4/06]

## Perry Called His Entering The Rehabilitative Program A Last Minute Decision, Although He Requested Entering The Program Earlier, But Was Rejected

## Perry Called His Sentencing A "Last-Minute, At-The-Courtroom Deal"

**Perry Called His Sentencing A "Last-Minute, At-The-Courtroom Deal That Was Never Supposed To Happen, But It Did."** "Rep. Scott Perry, R-York, faced felony charges in 2002 of conspiring to falsify state-mandated sewage records related to a business he coowns, Hydrotech Mechanical Services Inc. He avoided a conviction and completed the state's Accelerated Rehabilitative Disposition program that is designed for first-time, nonviolent defendants. Perry, who maintains his innocence, called it a 'last-minute, at-the-courtroom deal that was never supposed to happen, but it did.' He said the case still rankles him. 'People have a perception that if you get the ARD, obviously you did something wrong,' he said." [Centre Daily Times, 11/14/10]

## The PA Attorney General's Office Originally Denied Perry's Application At First For The Rehabilitation Program

**The PA Attorney General's Office Originally Denied Perry's Application For The Rehabilitation Program.** "The state attorney general's office has denied the application to a first-time offenders program for three York County men accused of tampering with public records by sending altered reports to the state regarding a Monaghan Twp. Sewage treatment plant. Halvard E. Alexander, 43, of the 100 block of South Baltimore Street, Dillsburg; Scott G. Perry, 39, of the 100 block of Orebank Road, Carrol Twp.; and Edward R. Coble of Chestnut Grove program, said Barbara Petito, spokeswoman for the attorney general. ARD is a diversionary program available to first-time offenders that involves no admission of guilt. Conditions include a license suspension, community service and fines. If all conditions are met, the defendant's record is usually cleared. Petito said her office took over investigation and prosecution of the case at the request of the state Department of Environmental Protection. DEP



claims Alexander, who is a former Dillsburg Borough Council president, Perry, who is the president of the York County Republican Club, and Coble purposefully sent altered report regarding discharge of chlorine and the levels of acidity in water being discharged into Stony Run from the Mesco plant." [Patriot News, 9/21/02]

## The PA Attorney General's Office Said Perry's Request For Rehabilitation Was Rejected Because "Of The Circumstances Involved In The Case"

**The PA Attorney General's Office Said Perry's Request For Rehabilitation Was Rejected Because "Of The Circumstances Involved In The Case."** "Mesco provides sewer service to the Memphord Estates development. It is owned by Alexander and his mother, Dillsburg attorney Jane M. Alexander, a former state legislator and former deputy secretary of the state Department of Agriculture. Petito said the ARD applications were rejected due to the 'serious nature' of the charges. 'All three were rejected because of the circumstances involved in the case,' she said. She declined to discuss further details of the case. The three face charges of tampering with public records and conspiracy, which are third-degree felonies and carry maximum penalties of 7 years in prison and a $15,000 fine." [Patriot News, 9/21/02]

## Many Of Those Involved In Perry's Case Were Political Influencers In Pennsylvania

## Alexander, Charged With Perry, Was A Member Of The Town's Zoning Hearing Board, And Perry Was A Member Of The Carrol Twp. Planning Commission At The Time

**Alexander, Charged With Perry, Was A Member Of The Town's Zoning Hearing Board, And Perry Was A Member Of The Carrol Twp. Planning Commission At The Time.** "The state has charged Alexander, a former Dillsburg Borough Council president and a member of the town's zoning hearing board, and Perry, a member of the town's zoning hearing board, and Perry, a member of the Carrol Twp. Planning commission and former president of the York County Republican Club, sent altered reports regarding discharge of chlorine and the levels of acidity in water being discharged into Stony Run from the Mesco plant." [Patriot News, 12/23/03]

## Alexander Was Also Charged With "Dumping Sewage Sludge On Farmland Without Obtaining A Permit"

**Alexander Was Also Charged With "Dumping Sewage Sludge On Farmland Without Obtaining A Permit."** "The plant is owned by Alexander and his mother, Dillsburg attorney Jane M. Alexander, a former state legislator and former deputy secretary of the state Department of Agriculture. The company contracted with Hydrotech Mechanical Services, a Dillsburg-area firm owned by Perry that employed Coble as a technician. Alexander also was charged with dumping sewage sludge on farmland without obtaining a permit." [Patriot News, 12/23/03]

## Dillsburg's District Justice Recused Himself From Hearing Perry's Case Because He Knew All Of The Men Involved Personally

**Dillsburg's District Justice Recused Himself From Hearing Perry's Case Because He Knew All Of The Men Involved Personally.** "Dillsburg's district justice has asked York County Court to appoint another magistrate to hold a preliminary hearing for three local men charged with tampering with public records. District Justice Richard T. Thomas said he is good friends with all three of the accused and served on Dillsburg Council with one of them. On April 3, Thomas presided over the arraignment of businessman and former Dillsburg Borough Council President Halvard E. Alexander, who now chairs the borough's zoning hearing board; Scott G. Perry, president of the county Republican Club and member of the Carrol Twp. Planning commission; and Edward R. Coble of Carrol Twp. Alexander served on the council from 1994 through 1997. Thomas served on the same board from 1996 through 1999. The men have been charged by the attorney general's office with sending altered reports to the state regarding a privately owned Monaghan Twp. sewage treatment plant. The reports trace the discharge of chlorine and the levels of acidity in water being discharged into Stony Run from the Mesco sewer treatment plant." [The Patriot News,12/23/03]



**Mesco Was Owned By Alexander And His Mother, A Former State Legislator And Former Deputy Secretary Of The State Department Of Agriculture**

**Mesco Was Owned By Alexander And His Mother, A Former State Legislator And Former Deputy Secretary Of The State Department Of Agriculture.** "Mesco is owned by Alexander and his mother, Dillsburg attorney Jane M. Alexander, a former state legislator and former deputy secretary of the state Department of Agriculture. Mesco provides sewer services to the Memphord Estates development in Monaghan Twp. The charges, tampering with public records and conspiracy, are third-degree felonies and carry maximum penalties of 7 years in prison and a $15,000 fine. A preliminary hearing has been tentatively set for 1 p.m. on June 5." [The Patriot News,12/23/03]

**Perry's Associate Coble Pleaded Guilty To Violating The State's Clean Streams Laws, And Was Placed On Two Years' Probation**

**Perry's Associate Coble Pleaded Guilty To Violating The State's Clean Streams Laws, And Was Placed On Two Years' Probation.** "Perry, on active duty in the Pennsylvania National Guard and scheduled to return soon to the Middle East, was placed on the Accelerated Rehabilitative Disposition program for 12 months but is not required to report to a probation officer. Coble, who pleaded guilty to violating the state's clean streams laws, was placed on two years' probation and ordered to compete 50 hours of community service. None of the three men were available for comment." [Patriot News, 12/23/03]



## Perry Espouses Conspiracy Theories & Extremist Rhetoric

### Significant Findings

✓ *Scott Perry "hasn't seen a conspiracy theory that he didn't like."*

✓ *Perry peddled many conspiracy theories about Democrats.*

  ✓ *Perry backed up conspiracy theories about Hillary Clinton selling out Americans to Russia.*

  ✓ *Perry said he believed President Obama "enables and encourages" terrorism.*

  ✓ *Perry appeared on a panel and said that Obama was collaborating with ISIS.*

  ✓ *Perry repeatedly accused President Obama and Democrats of boosting the Muslim brotherhood.*

✓ *Perry espoused conspiracy theories about ISIS and other terrorist acts.*

  ✓ *January 2018: Perry said that he believed ISIS could be responsible for the Las Vegas shooting, said he smelled a "rat" in the local investigation.*

✓ *Perry made frightening comments about Muslims and aligned himself with a notorious islamophobe.*

  ✓ *Perry once met with an anti-Muslim hate group, and said he opposed Syrian refugees because some Muslims wanted to kill Americans.*

  ✓ *Perry appeared at least 7 times on the radio show of Frank Gaffney, who the Southern Poverty Law Center called "one of America's most notorious islamophobes."*

✓ *Perry made dangerously misinformed comments about Puerto Rico in the wake of Hurricane Maria.*

  ✓ *October 2017: Perry called the hurricane relief mission in Puerto Rico a "success story," and said that people in Puerto Rico were not dying.*

✓ *Perry made controversial statements about the FBI.*

  ✓ *January 2017: Perry said that FBI activity authorized by the Foreign Intelligence Surveillance Act resembled that of the KGB.*

  ✓ *Perry: "The FBI is no longer the pillar of justice and righteousness."*

✓ *Perry said that Black Lives Matter should be considered a hate group.*

✓ *Perry said he believed the Mexican government was holding a U.S. veteran in prison as a symbolic response to illicit U.S. gun exports.*

✓ *Perry made dangerous statements about the environment.*

  ✓ *March 2017: At a town hall, Perry said that trees cause pollution.*


✓ 2014: Perry said the "radical environmentalist left" was responsible for the country's reliance on foreign oil by refusing to support exporting natural gas or the keystone pipeline.

✓ 2016: Perry said that he opposed aid for Flint because Pennsylvanians should not be accountable for issues in other parts of the country.

✓ Perry defended a Congressman accused of sexual misconduct.

✓ Perry listed a fake award given to him by a comedian on his website, and criticized the media for pointing it out.

## Scott Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like"

### Local Columnist: Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like"

**Local Columnist: Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like."** "Which brings us to our own congressman, the estimable U.S. Rep. Scott Perry. When we last checked, he was talking about how ISIS might have been responsible for the mass shooting at a country music festival in Las Vegas and that Hillary Clinton, and not Donald Trump, was in cahoots with the Russians and that Barack Obama had aided and abetted Islamic terrorists and that.. well, you get the idea.  The man hasn't seen a conspiracy theory that he doesn't like, so long as it involves the Clintons or Obama or any Democrat, I suppose. [Mike Argento, York Daily Record, 8/1/18]

**COLUMN: U.S. Rep. Scott Perry dabbles in conspiracy theories in the Russia investigation** [Mike Argento, York Daily Record, 8/1/18]

## Perry Peddled Many Conspiracy Theories About Democrats

### Perry Backed Up Conspiracy Theories About Hillary Clinton Selling Out Americans To Russia

**Local Columnist: Perry Appeared On Gaffney's Radio Show To Peddle An Anti-Hillary Clinton Conspiracy Theory.** "In the past year, he has put forth the theory that Hillary Clinton – sorry, Crooked Hillary – sold out American interests to the Russians in the development of a tech-center billed as the Russian Silicon Valley. There doesn't seem to be much to it, and it's kind of hard to follow (part of it has to do with her husband giving a speech in Russia and being paid an obscene amount of money), but that's the beauty of conspiracy theories. The more complicated and oblique and outrageous they are, the more credibility they are afforded.  This one has to do with American tech companies investing in the Russian project and that Clinton might have had something to do with it, which is all the proof you need. Mentioning Crooked Hillary in any conspiracy theory is gold – no need to elaborate because just know that whatever it was she was involved with, it's shady." [Mike Argento, York Daily Record, 8/1/18]

### Perry Said He Believed President Obama "Enables And Encourages" Terrorism

**December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security"**

**December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security."** "You realize there is actually a memo signed by Jeh Johnson that says that this was actually the policy not to look at their social media, then you wonder if the existential threat is just ISIS or Islamists, or is it also an administration that for



political narrative puts policy and political correctness above the national security of the nation." [Fox News, On The Record With Greta Van Susteren, 12/14/15]

---

**February 2015: Perry Said He Believed President Obama's Rhetoric "Enables And Encourages" Terrorism**

---

**February 2015: Perry Said He Believed President Obama Rhetoric "Enables And Encourages" Terrorism.** "COSTELLO: Ok. So in the past along those lines you suggested that Mr. Obama is actually collaborating with Islamic state militants. Are you suggesting the President is a traitor? PERRY: Absolutely not. […] Where you talk about al Qaeda being on the run and being ineffective anymore when we see this march of radical Islam going around the globe… that's what we're talking about where the rhetoric that the president engages actually kind of incites some of this stuff and enables and encourages it. COSTELLO: So you're saying by these actions in a way, in an indirect way the President is collaborating with the enemy. PERRY: What we're saying is that he seems to be disregarding what most Americans see right in front of them. And we don't understand that. We're frustrated by it." [CNN, CNN Newsroom, 2/18/15]

---

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS**

---

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS.** "CAVUTO: Is this [beheading of Steven Sotloff] an act of war, Congressman? […] PERRY: […] Well, the president might not recognize it as such, but I would say the Islamic State and these kind of insurgents worldwide have declared war on the United States some time ago, and as we would say in the army to the president, it`s time to get in the war." [Fox News, Your World With Neil Cavuto, 9/2/14]

---

## Perry Said That Obama Was Collaborating With ISIS

**HEADLINE: Scott Perry: Obama is working collaboratively with Islamic militants** [PennLive, 2/13/15]

**Perry, At A Panel Hosted By Gaffney, Said That Obama Was Collaborating With ISIS.** "U.S Rep. Scott Perry this week suggested that President Obama was collaborating with Islamic State militants. Perry, who serves on the House Foreign Affairs Committee and is oversight chairman of the Homeland Security Committee, was part of a roundtable discussion on jihadist militants when he offered his opinion on whether he would vote to authorize military force against the so-called Islamic State. Appearing on a panel discussion entitled 'Defeat Jihad Summit' hosted by Frank Gaffney, Perry, a Republican from the 4th congressional district, said he and the people of the United States were in a 'conundrum' as to whether support the president's request for military action. The panel of about 35 participants included Louisiana Gov. Bobby Jindal, former House Speaker Newt Gingrich and Sen. Ted Cruz." [PennLive, 2/13/15]

> **Perry: Obama "Really Working Collaboratively With What I Would Say Is The Enemy Of Freedom And Individual Freedom And Liberty And Western Civilization And Modernity."** "Perry said he felt 'duty bound' to stop the 'growing scourge' of the Islamic State, but added he doesn't want to sanction the use of force by Obama. He said the president is 'really working collaboratively with what I would say is the enemy of freedom and individual freedom and liberty and Western civilization and modernity. And in that context, how do you vote to give this commander-in-chief the authority and power to take action when...you know in your heart that, if past performance is any indicator of future performance, that he won't, and that he actually might use it to further their cause and what seems to be his cause and just drag you as a complicitor in it.'" [PennLive, 2/13/15]

*NOTE: The above article contains a video of Perry's remarks.*

**After His Comments Were Reported On, Perry Said That "Of Course" Obama "Isn't Collaborating With Our Enemies."** "Rep. Scott Perry on Friday softened charges he made earlier in the week on President Obama, focusing the tenor of his criticism on what he said was the president's lack of leadership and not the earlier charge



that the president was collaborating with Islamist militants. 'Many citizens, including fellow service members, are increasingly more frustrated and fearful about the effects of the President's lack of leadership,' said Perry, a Republican from Pennsylvania's 4th congressional district. 'Of course he isn't collaborating with our enemies; but by failing to offer a coherent strategy to confront this threat, he's emboldened those who seek to harm us.'" [PennLive, 2/13/15]

## Perry Repeatedly Accused President Obama And Democrats Of Boosting The Muslim Brotherhood

**[AUDIO] Perry Claimed That A Democratic Witness At A Congressional Hearing Was A Member Of The Muslim Brotherhood.** [0:33, Segment 2] GAFFNEY: In the Africa subcommittee, I was struck again by one of the witnesses in the latter, a fellow by the name of Saed Saed, a figure in an organization called the Islamic Society of North America. One that has been identified by the Justice Department as a Muslim Brotherhood front organization. Again, it's a question of legitimizing organizations like that that's worrying, I gather that was another Democratic witness, but tell us about these hearings, if you would, and the advisability of taking testimony from the Muslim Brotherhood. PERRY: Well that of course, let's start with the Muslim Brotherhood, an organization started specifically for the furtherance of Islamism and the downfall of western civilization at their hand and of course the Muslim Brotherhood is the instrument by which it's supposed to occur. Of course, as you know, Frank, many countries around the globe have listed them as a terrorist organization, and the United States much to my dismay has not yet, but it is troubling when your own Justice Department is very concerned about them and lists them as so and investigates them as terrorist organizations and front groups, then these individuals are testifying on their behalf in front of Congress. That's very troubling indeed. But again it is a Democrat witness, so that should inform your listeners as well." [Center For Security Policy, 12/8/17]

**Perry: The Obama Administration Supported Organizations And Individuals "That Wish To Subvert The United States Government And Our Freedoms."** "I think you would agree, and most people would agree if they look at the facts—there has been a turning of the head by the current administration, by the Obama administration, to organizations and individuals tied to those organizations that wish to subvert the United States government and our freedoms. And that can be found quite easily in what I know you are very familiar with, The Holy Land Foundation investigation files and the evidence gleaned from that which shows that these individuals and organizations—including the Muslim Brotherhood, including the Council on American Islamic Relations and others, operating in and around America—they have a different plan in mind, shall we say, for America, and we want to point out these things because, look, we have finite resources and while we are seeing people being blown up and murdered around the world—and now, in many cases as you know, sadly it has come to America—and where people are searching for answers, many of us say 'our resources are stretched thin, and the answer is right in front of us,' and we can't really abide an administration that has taken an oath to uphold and defend the constitution, among other things, to look the other way when we have individuals tied to organizations that seek to do exactly the opposite." [Center For Security Policy, 1/13/17]

**[AUDIO] Perry Accused Obama Of Changing U.S. Policy To Work With The Muslim Brotherhood.** [5:37, Segment 1] Perry: "The United States, under Obama, by the written word, in a classified document that you can find some information on open source, presidential directive 11, which changes our policy in the United States to one of stability in the Middle East, well we deal with people that we don't like and don't necessarily agree with for the sake of stability and security for the United States and the greater western free world, we would deal with these people. The president, President Obama, changed that policy to one of working with organizations and individuals within those countries to overthrow those governments, and what's more breathtaking in that is that the organization of choice is the Muslim Brotherhood, Frank, and I would remind you that Egypt just upheld a life sentence for the Muslim Brotherhood leader in that country. […] And that's who we chose to work with. [Center for Security Policy, 11/4/16]

**[AUDIO] Perry Agreed With Gaffney That Americans Should Be Concerned That Huma Abedin Has Ties To The Muslim Brotherhood.** [7:30] After Gaffney stated that Huma Abedin had ties to the Muslim Brotherhood and asked if Americans should be concerned, Perry repeatedly said "absolutely." [Center for Security Policy, 11/4/16]



## Perry Attended A Pro-Gun Rally Where A State Democrat House Member Received Death Threats

**2007: Perry Attended A Pro-Gun Event Where Attendees Hurled Death Threats At A Democrat State House Member.** "Yet a few ralliers also drew attention to themselves afterward when they rolled out a banner about the gun-control bill sponsored by Rep. Angel Cruz, D-Philadelphia. Cruz' bill would require most gun owners to register their firearms every year and pay a $10 annual fee per gun. 'Rep. Cruz should be hung from the tree of liberty for treasonous acts against the Constitution,' the banner stated. […] Rep. Scott Perry, R-Carroll Township, attended the rally and said he disagrees with Cruz on the gun issue but didn't appreciate the banner. 'I don't think that's really useful,' Perry said. Though Cruz' bill is expected to languish in the House, it has mobilized gun-rights advocates who say it would only penalize law-abiding gun owners. […] Perry said he attended because he wants to 'make a strong statement that we want to support law-abiding citizens and strongly punish people who refuse to abide by the law.'" [The Evening Sun, 4/25/07]

## Perry Espoused Conspiracy Theories About ISIS And Other Terrorist Acts

## January 2018: Perry Said That He Believed ISIS Could Be Responsible For Las Vegas Shooting, Said He Smelled A "Rat" In The Local Investigation

**January 2018: Perry Said He Smelled A "Rat" In Local Police Investigation Into The Las Vegas Shooting.** "CARLSON: Congressman, you are the only member of Congress who has taken a position asking questions about this. What are your questions? […] PERRY: […] Well, I smell a rat like a lot of Americans do. Nothing is adding up. It's been four months […] He is a lone gunman, lone shooter, yet we can't get the autopsy results. […; ISIS] claimed responsibility four times. Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something is not adding up." [Fox News, Tucker Carlson Tonight, 1/18/18]

**January 2018: Perry Said He Received Evidence That A "Possible Terrorist Nexus" Was Responsible For Las Vegas Shooting.** "Recently, I've been made aware of what I believe to be credible evidence or credible information regarding potential terrorist infiltration through the southern border […] they could be – let's face it, ISIS – twice before the attack, ISIS warned the United States that they would attack Las Vegas, I think, in June, and August, and then, after the attack, claimed responsibility four times. […] I'm just telling you, I have received what I feel to be, and believe to be, credible evidence of a possible terrorist nexus." [Fox News, Tucker Carlson Tonight, 1/18/18]

**HEADLINE: Perry: ISIS might be tied to Las Vegas shooting** [York Daily Record, 1/20/18]

**Perry On Las Vegas Attack: "Nothing Adds Up. But I'm Just Telling You, I Have Received What I Feel To Be And Believe To Be Credible Evidence Of A Possible Terrorist Nexus."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Perry On Las Vegas Attack: "But Even More Troubling Than That, Recently, I've Been Made Aware Of What I Believe To Be Credible Evidence Or Credible Information Regarding Potential Terrorist Infiltration Through The Southern Border, Regarding This Incident."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in


June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**An Attorney For Victims Of The Las Vegas Shooting Called Perry's Comments "Irresponsible."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Republican Former Senator Dean Heller Called Perry's Las Vegas Comments "Inexcusable."** "Congressman Scott Perry, who represents Adams, York, and part of Cumberland County, has come under fire from his own party for comments made on Fox News regarding the Las Vegas shooting. On Friday afternoon, Republican Sen. Dean Heller of Nevada posted on Twitter that 'Rep. Scott Perry's comments on the Oct. 1st shooting in Las Vegas are inexcusable.'" [The Daily American, 1/19/18]

**The Daily American On Perry's Las Vegas Shooting Comments: "When Pressed By Carlson For Further Elaboration, Perry Seemed To Maintain That A Conspiracy Is Credible Because No One Has Yet Proved It Isn't."** "Stephen Paddock killed 58 people after opening fire on a country music festival in Las Vegas. When pressed by Carlson for further elaboration, Perry seemed to maintain that a conspiracy is credible because no one has yet proved it isn't. 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times,' Perry said. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.'" [The Daily American, 1/19/18]

**The Daily American On Perry's Las Vegas Shooting Comments: "A Link Between Terrorism And The Southern Border, As Perry Put It, Also Helps To Bolster The Case For A Wall On The Mexican Border, A Key Point For Conservative Hard-Liners."** "A link between terrorism and the southern border, as Perry put it, also helps to bolster the case for a wall on the Mexican border, a key point for conservative hard-liners. The House Freedom Caucus, of which Perry is a member, supported a short-term funding resolution on Thursday night only under the condition that immigration policy be included in a separate vote on the so-called Goodlatte-Labrador bill, according to reporting by The Hill." [The Daily American, 1/19/18]

## Perry Made Frightening Comments About Muslims And Aligned Himself With A Notorious Islamophobe

### Perry Once Met With An Anti-Muslim Hate Group, And Said He Opposed Syrian Refugees Because Some Muslims Wanted To Kill Americans

#### March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans," While Opposing Allowing Asylum To Syrian Refugees

**March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans."** "Bringing in unvetted Syrian refugees, most people see that as incongruent with saying that […] extremism is your top priority […] There are many free, peace-loving Muslims in America and around the world, but there are also ones that want



to kill Americans and westerners and they keep doing it." [Fox News, On The Record With Greta Van Susteren, 3/24/16]

**December 2016: Perry Met With An Anti-Muslim Group, Then Said It Did Not Equate To His Support Of The Group**

**December 2016: Perry Met With Anti-Muslim Group ACT For America.** "U.S. Rep. Scott Perry met recently with the leader of an organization labeled by the Southern Poverty Law Center as 'the largest grass-roots anti-Muslim group in America.' On. Dec. 14, the Dillsburg Republican posted a photo on his Facebook page of himself with Brigitte Gabriel, founder of ACT for America, whom he describes as 'someone who demands (and deserves) to be heard about the security of our nation.' ACT, which stands for American Congress for Truth, is a nonprofit organization that compares itself to the National Rifle Association, but for national security, according to its website. […] Perry said his meeting with Gabriel and one of her staffers was relatively routine, as he meets with people and groups of all backgrounds throughout the year. The three of them spoke about what Donald Trump's presidency might look like, how best to fight ISIS and certain pieces of legislation ACT for America hopes to influence, Perry said. The meeting went well, he said, and so they took a picture, which he posted on his official Facebook page." [York Dispatch, 12/20/16]

**Perry Said That Meeting With Anti-Muslim Groups Did Not Equate To His Support Of The Group.** "HARLOW: Congressman, I have one more question for you before you go, and that is, a meeting that you had […] with a group called Act for America. This is a group that the Southern Poverty Law Center calls the largest anti-Muslim group in America […] the woman you met with […] said […] practicing Muslim who believe in the teachings of the Koran cannot be a loyal citizen to the United States. Your response to those who criticize this meeting? PERRY: My response is that as a representative of Congress, I meet with people from all different groups from all different ideologies, from different religions and so on and so forth, whether I agree with them or not […] really look at the Southern Poverty Law Center, as the -- as the arbiter of who is a -- hate groups or terrorist organizations is ludicrous." [CNN, CNN Newsroom, 12/26/16]

> **Perry Said That ACT For America Was Not Anti-Muslim, And That He Was "Not Going To Be Bullied By Ideologically Driven, Radical Organizations Into Not Taking Meetings."** "Perry called the Southern Poverty Law Center an 'extremist left-wing organization' and said anyone referencing its viewpoint is ill-informed or without merit. 'The fact that they would condemn anyone is laughable,' Perry said, urging anyone who reads this article to do their own research before accepting the center's definition of hate group. 'One person's hate group is another person's patriot.' Perry said he doesn't see ACT as anti-Muslim but rather as an anti-religious discrimination and anti-radical terrorism group. 'I'm not going to be bullied by ideologically driven, radical organizations into not taking meetings,' he said." [York Dispatch, 12/20/16]

**ACT For America Has Been Designated As A Hate Group By The SPLC Since 2015.** "ACT for America is listed as an anti-Muslim hate group because it pushes wild anti-Muslim conspiracy theories, denigrates American Muslims and deliberately conflates mainstream and radical Islam. […] ACT for America has been an SPLC designated hate group since 2015, though Gabriel has a long history of degrading Muslims." [Southern Poverty Law Center, accessed 9/20/18]

**Perry Appeared At Least 7 Times On The Radio Show Of Frank Gaffney, Who The Southern Poverty Law Center Called "One Of America's Most Notorious Islamophobes"**

**Frank Gaffney Was A Notorious Islamophobe And Conspiracy Theorist, And Praised Perry**

**Local Columnist: Gaffney "A Paranoid Loon And Peddler Of Strange Conspiracy Theories" Who Pointed Out That Perry Has Been Criticized For Spreading Conspiracy Theories.** "Perry mentioned the theory on a radio show hosted by Frank Gaffney, who bills himself as a national security expert and who others bill as a paranoid loon and peddler of strange conspiracy theories. It was kind of hard to follow, and didn't make a lot of


sense, but hey, transcripts of Gaffney's shows read like the kind of stream-of-consciousness word salads that we've come to expect from people who peddle their wares in a world that seemingly has no connection to one in which the sky is blue. (During one show, Gaffney mentions that Perry has been attacked for spreading conspiracy theories and thanks the congressman for 'standing up to this kind of, well, character assignation.'" [Mike Argento, York Daily Record, 8/1/18]

**Southern Poverty Law Center: Gaffney "One Of America's Most Notorious Islamophobes."** "Once a respectable Washington insider, Frank Gaffney Jr. is now one of America's most notorious Islamophobes. Gripped by paranoid fantasies about Muslims destroying the West from within, Gaffney believes that 'creeping Shariah,' or Islamic religious law, is a dire threat to American democracy. In 1988, he founded the neoconservative turned anti-Muslim think tank Center for Security Policy.  He favors congressional hearings to unmask subversive Muslim conspiracies, and was even banned from far-right Conservative Political Action Conference events after accusing two of its organizers of being agents of the Muslim Brotherhood." [SPLC, accessed 9/18/18]

**Gaffney: Perry Has "Uncommon Intelligence, A Wealth Of Experience, And Innate Leadership Skills."**
"This is Frank Gaffney, your host and guide for what I think of as an intelligence briefing for the war on the free world. There is a man in congress who I have established has uncommon intelligence, a wealth of experience and innate leadership skills to bring them to bare for the country's well being. He is doing it these days on Capitol Hill representing the people of the fourth district of Pennsylvania. His name is representative Scott Perry, but he also goes by Brigadier General Scott Perry, United States Reserves. He has experienced a lot in time and combat in the kinetic and political kind and it's always a delight to have him with us." [Center For Security Policy, 6/19/17]

**[AUDIO] Gaffney: Perry "An Extraordinary Friend Of Mine."** [1:50; Center For Security Policy, 12/8/17]

**[AUDIO] Perry To Gaffney: "Thanks For What You Do."** [2:00, Segment 1; Center For Security Policy, 12/8/17]

---

**Perry Appeared On Gaffney's Radio Show At Least 7 Times**

- **May 11, 2016**: Perry appeared on Gaffney's show to discuss "Ramifications of moving Guantanamo detainees to the U.S., Vulnerability of the electric grid to EPA regulations, Should Ben Rhodes, Deputy National Security advisor, resign for lying about the Iran nuclear deal?"
- **July 26, 2016**: Perry appeared on Gaffney's show to discuss "the recent Islamist attack in France" and "Iran Deal updates."
- **November 4, 2016**: Perry appeared on Gaffney's show to discuss "Did Hillary's server create the largest security breach in State Department history?, Presidential Study Directive 11, North Korean and Iranian nuclear threats."
- **January 13, 2017**: Perry appeared on Gaffney's show to discuss defunding the UN, Israel-Palestine, and the Muslim Brotherhood.
- **July 19, 2017**: Perry appeared on Gaffney's show to discuss designating the Muslim Brotherhood as a terrorist organization, the NDAA, climate change, and gender reassignment surgeries for servicemembers.
- **October 16, 2017**: Perry appeared on Gaffney's show to discuss "Informal hearing on House IT Scandal, Why won't the House leadership hold a formal hearing or investigation?, Iranian backed militia's violent seizure of oil fields in Kurdish territory."
- **December 8, 2017**: Perry appeared on Gaffney's show to discuss "Implications of SPLC member serving as witness in Homeland Security hearing, Jim Jordan questions Director Wray regarding politicization of FBI, Peter Strzok's role in Clinton investigation, The Muslim Brotherhood and the downfall of Western civilization, The civil affairs mission in Africa, President Trump's Jerusalem embassy decision, The resignation of Rep. Trent Franks."



# Perry Made Dangerously Misinformed Comments About Puerto Rico In The Wake Of Hurricane Maria

## Perry Said It Was Reasonable To Suggest FEMA Pull Out Of Puerto Rico, And Said The Hurricane Relief Mission Had Been A "Success Story"

**October 2017: Perry Said He Agreed With A Trump Tweet Saying The Puerto Rican Government Was Responsible For Rebuilding After Receiving Aid From FEMA**

**October 2017: Perry Said President Trump's Statement Suggesting Pulling FEMA And Military Aid Out Of Puerto Rico Was "Reasonable".** "CUOMO: The president just tweeted and he suggested in there that you can't keep FEMA and first responders in Puerto Rico forever. […] How do you explain that tweet? PERRY: […] I think the point the president is making is that FEMA has a finite mission and a finite amount of time to be there to get people back into power and get back into some kind of civilized living condition. But then, at some point, it's up to Puerto Rico to get themselves out of this circumstance and help their people. And I think that's reasonable." [CNN, CNN Newsroom, 10/12/17]

> **Perry Said That "Nobody Came To Help" Him When He Was A Flood Victim.** "CUOMO: "I've never seen [a crisis] as bad that involves Americans as I have seen in Puerto Rico. And while I may not be the person that's unloading and loading the boxes all the time, I've seen a hell of a lot of despair, congressman. PERRY: I've lived through it myself, a victim of flood on numerous occasions, had to clean it up. And I will tell you, nobody came to help us. We handled it ourselves." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Called The Hurricane Relief Mission In Puerto Rico A "Success Story," And Said That People In Puerto Rico Were Not Dying**

**October 2017: Perry Said The Relief Mission In Puerto Rico Was A "Success Story".** "CUOMO: You are saying it's a success story and they are in dire need. PERRY: It is a success story. You're not on the ground there. CUOMO: Where is the success? I was on the ground there, sir? Don't tell me what we know and what we don't know. We're there reporting every day. Where is the success? PERRY: Yes. You are reporting every day and we're also getting reports ever[y] day that people are getting food. They're getting water and their needs are being serviced, but it's been devastated, and these things don't happen overnight." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That CNN Reporter Chris Cuomo Was "Making Up" Extent Of Crisis In Puerto Rico.** "PERRY: You just can't make these claims and not put any metric to it? Who is without for how long? Who? How many people? Who are they? CUOMO: You have less than half the country that has what they need to – […] sustain life, fresh water, power, food, places to live. PERRY: Mr. Cuomo, you are simply making this stuff up. You're making it up." [CNN, CNN Newsroom, 10/12/17]

**Perry: "They're Not Starving In The Hill, Sir. They Are Not Starving."** "PERRY: What is enough? What is enough? Having the power on the next day? CUOMO: Having them not starving in the hills of Puerto Rico, sir. PERRY: They're not starving in the hill, sir. They are not starving. CUOMO: Not existing on the box lunch and a six-pack of water -- you are wrong." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Said That People Were Not Dying In Puerto Rico.** "PERRY: If half the country didn't have food or water, those people would be dying, and they are not." [CNN, CNN Newsroom, 10/12/17]

## Perry Said That His Comments About Hurricane Maria Were Misconstrued

**Perry Said His Comments About Hurricane Maria Were Misconstrued.** "Perry, in response to questions about the protest, said his words are being misconstrued. 'I don't just empathize, I strongly sympathize, with the people of


Puerto Rico and anyone suffering from this kind of devastation. The words I used in a recent interview are being perceived in a way beyond what I intended. I continue to stand with the people of Puerto Rico and am willing to do what we can to offer assistance.'" [Patriot News, 10/22/17]

**In 2018 Perry Participated In An Event For Displaced Puerto Ricans In Pennsylvania.** "The same month, Puerto Rico's governor ordered a review and recount of the death toll. In Pennsylvania, state agencies have been partnering with other groups to hold information fairs for people displaced from Puerto Rico. One of those events will take place from 2 p.m. to 5 p.m. Feb. 12 at Union Lutheran Church, 20 S. Penn Street in York. Perry will participate in Monday's event, according to organizer Lou Rivera." [York Daily Record, 2/10/18]

**A Local Organizer Claimed Latino Leaders Met With Perry And Had Accepted His Apology And Were Ready To "Move On."** "Rivera said he and other Latino leaders met with Perry after the CNN comments. 'He's apologized to us. We're going to move on,' Rivera said." [York Daily Record, 2/10/18]

## Perry Made Controversial Statements About The FBI

### January 2017: Perry Said That FBI Activity Authorized By The Foreign Intelligence Surveillance Act Resembled That Of The KGB

**January 2017: Perry Said That FBI Activity Authorized By FISA Resembled That Of The KGB.** "INGRAHIM: we have got to get into the story that we were on last night, this massive push, now, by Republicans, under way, to release that explosive House Intelligence memo on the Russia investigation. […] Now, here's a sampling of what GOP congressmen are saying about that still-secret document. […] PERRY: You think about, is this happening in America or is this the KGB. That's how alarming it is." [Fox News, Ingraham Angle, 1/22/17]

### Perry Criticized The FBI On Gaffney's Show

**[AUDIO] Perry: "The FBI Is No Longer The Pillar Of Justice And Righteousness."** [6:17, Segment 1] "The biggest problem is that there are a bunch of holdovers from the previous administration but it sure has the appearance that the pillar of justice and righteousness that many of us believed it would be operating impartially within our society to make sure they investigate crimes, it now it looks more like it's – that we absolutely need it to be, it appears that under the last administration it became more of a secret police that no longer investigated crimes, it investigated individuals. And that's what I think the bigger picture is, that's what is laid bare." [Center For Security Policy, 12/8/17]

## Perry Was Critical Of The Black Lives Matter Movement

### Perry Appeared On Gaffney's Show To Criticize The SPLC And Black Lives Matter

**[AUDIO] Perry Said That The SPLC Was "Very Biased" For Listing Gaffney As A Hate Figure, And Said That Black Lives Matter Should Be Considered A Hate Group.** Perry: [4:00, Segment 1] "The Southern Poverty Law Center has a very biased opinion in determining who are hate organizations, which individuals are involved in hate speech, and I think their criteria is the opinion of the Southern Poverty Law Center. That's the criteria. Such people like Frank Gaffney, but the Family Research Council, Ben Carson, individuals and organizations, Ayaan Hirsi Ali, end up as people regarded as haters, so to speak and on their hate map. Meanwhile, groups like Antifa or Black Lives Matter etcetera, those individuals or groups or individuals associated with those groups aren't included. […; the SPLC is] interested in silencing and banishing from society individuals who disagree with their view." [Center For Security Policy, 12/8/17]

## Perry Made Controversial Statements About Mexico



## 2014: Perry Said He Believed The Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports

### 2014: Perry Said He Believed A U.S. Veteran Was Being Held In A Mexican Prison For Symbolic Political Purposes And Demurred When Asked If The U.S. House Of Representatives Should Act

**May 2014: Perry Said He Believed Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports.** "CAVUTO: Do you think it's possible there's anything unusual about this Marine […] that could justify this guy sitting in his cell? PERRY: […] Maybe the situation is the Mexican government has said, look, America, you sent 2,000 weapons into our country, and you're complaining about this guy coming in with three. No one has been held accountable on your side for 2,000. What are you complaining about?" [Fox News, Your World With Neil Cavuto, 5/22/14]

**July 2014: Perry Said "It's More The Position Of The Senate" To Demand The Release Of An Iraqi War Veteran Imprisoned In Mexico.** "CAVUTO: Do you think it is going to get to the point in Congress where you guys do start demanding a pound of flesh for this and saying, if you're going to keep acting like this, we're going to stop trading with you, […] we're going to stop giving aid, et cetera? Where are we there? PERRY: […] The problem is, is that it's really not the position of the House of Representatives proper to do that. It's more the position of the Senate." [Fox News, Your World With Neil Cavuto, 7/10/14]

### July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran

**July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners Like "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran.** "CAVUTO: What are the odds of […] getting him out of there? PERRY: Boy, it's a Mexican jail. If America treated its prisoners like Mexico does, we would probably have half the crime." [Fox News, Your World With Neil Cavuto, 7/10/14]

## Perry Made Dangerous Statements About The Environment

### March 2017: At A Town Hall, Perry Said That Trees Cause Pollution

**[VIDEO] Perry Held A Town Hall On March 18, 2017.** [Scott Perry, Facebook, 3/18/17]

*NOTE: Perry's comments about trees causing pollution occurred at the March 18, 2017 town hall. Due to time constraints, we did not watch the entire video, so we cannot provide an exact time stamp. The news clips below summarize what Perry said.*

**At A Town Hall, Perry Suggested That God Was A Polluter Because Trees Were Providing Nitrates And Phosphates To The Chesapeake Bay.** "Turns out that even God is a polluter. That, at least, appears to be what U.S. Rep. Scott Perry (R-York) suggested at a recent town hall in Red Lion, York County. Perry, whose district covers parts of York, Dauphin and Cumberland counties, was asked at the forum how he proposes to reclaim and protect air and water reserves with the proposed budget cuts to the Environmental Protection Agency. Perry said appropriate levels of protection are needed and pointed to the Chesapeake Bay cleanup strategy that he said focused unfairly on point sources of pollution and 'left some violators out.' 'Some violators - if you are spiritual and believe in God, one of the violators was God because the forests were providing a certain amount of nitrates and phosphates to the Chesapeake Bay,' Perry said. His response generated a round of heckling from the several hundred district residents in attendance." [Patriot News, 3/21/17]

**Perry Blamed Trees For Pollution In The Chesapeake Bay, Then Said His Comments Were Misconstrued.** "Earlier this month, U.S. Rep. Scott Perry, R, Dillsburg, told a hall full of his 4th Congressional


District constituents that trees are at least partly to blame for pollution in the Chesapeake Bay. […] Perry's comments had triggered mocking coverage from several national news organizations. He blamed the public ridicule on 'misrepresentation by the media,' although a video of the town hall meeting where he made that allegation remains on his Facebook page." [York Daily Record, 3/31/17]

**2014: Perry Said The "Radical Environmentalist Left" Was Responsible For The Country's Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas Or The Keystone Pipeline**

**July 2014: Perry Said That The "Radical Environmentalist Left" Was Responsible For Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas And Construction Of Keystone Pipeline.** "PAYNE: What do you make of the idea that today, when the President spoke, he took Europe to task, without acknowledging that, hey, we could actually free them so that they can make these independent decisions? […] What is stopping this message from reaching the White House? PERRY: What is stopping […] this message is the radical environmentalist left. They refuse to acknowledge the importance of LNG and exporting LNG. They absolutely refuse to acknowledge the importance of Keystone pipeline […] And the president is so wed to that radical left-wing base that he simply just can`t utter the words." [Fox News, Your World With Neil Cavuto, 7/18/14]

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country**

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country.** [3:00] "Last night. Just so disappointing. You've heard of the city of Flint, Michigan. Terrible tragedy with their water situation over there, right. Is it a failure of anybody in your county what happened in Flint, Michigan? No, it is not, right? It's the failure of the system and the people in it, right, at the EPA and in the city of Flint, Michigan that mismanaged their water system. Unfortunately, there's not gonna be any accountability, right. They wanted me to vote for a $170 million dollars of you payin' for tax dollars. We got problems here of our own. We'll be accountable for our problems, but don't make us be accountable for their problems. We're done with that." [Scott Perry For Congress, Facebook, 9/29/16]

## Perry Defended A Congressman Accused Of Sexual Misconduct

**Perry Defended Rep. Trent Franks, Who Resigned After Asking His Staffer To Be His Surrogate, And Said What Franks Was Accused Of Was "Not Sexual Harassment"**

**12/8/17: HEADLINE: Trent Franks, Accused of Offering $5 Million to Aide for Surrogacy, Resigns.** [New York Times, 12/8/17]

**New York Times: Franks "Offered $5 Million To A Female Employee To Be A Surrogate… She And Another Female Employee Worried That The Lawmaker Wanted To Have Sex As A Means Of Impregnating Them."** "Representative Trent Franks announced Friday that he would resign from Congress immediately after accusations emerged that he had offered $5 million to a female employee to be a surrogate mother for his children, and that she and another female employee worried that the lawmaker wanted to have sex as a means of impregnating them." [New York Times, 12/8/17]

**[AUDIO] The Day Franks Resigned, Perry Appeared On Gaffney's Show And Defended Franks, Saying That What He Was Accused Of Was "Not Sexual Harassment" And That It Was A "Guilty Until Proven Innocent Environment."** [7:11, Segment 2] "Trent is a very, very knowledgeable and outspoken advocate of our national security and particularly things like our electricity grid. He's a well-renowned expert on the grid and the electro-magnetic pulse threat that we face as well as our anti-missile defense shield. He is a salt of the earth guy, he would never hurt a flea, and I was just so crestfallen to hear the news. And I will say to you certainly I don't know the facts. But I would say, you know, what he's been accused of, is not sexual harassment, and I wish that he would



stand and fight as opposed to walk away. But in this climate, I understand it's easy to say when you're not involved in it that it's a very, it's a guilty until proven innocent environment based on any accusation. He's gonna be a huge loss to the Congress and to the American people and to the people of Arizona."   [Center For Security Policy, 12/8/17]

## Perry Listed A Fake Award Given To Him By A Comedian On His Website, And Criticized The Media For Pointing It Out

### Perry Listed A Fake Award From Sasha Baron Cohen On His Website, Then Criticized The Media For Pointing It Out

**Perry Listed A Fake Award From Sasha Baron Cohen On His Website.** "As part of his effort to trick conservative activists and lawmakers into embarrassing themselves on his Showtime series Who is America?, Sacha Baron Cohen presented a fake pro-Israel award to an array of political figures called '70 at 70.' On behalf of a non-existent Israeli outlet called 'Yerushalayim Television,' Cohen's team told its unsuspecting victims (and some more rightly skeptical marks) they were being honored for their 'significant contributions to the State of Israel.' But weeks after the ruse was revealed, it appears that Rep. Scott Perry (R-PA) still doesn't realize he was duped." [ThinkProgress, 8/3/18]

**Perry Said That Reporting On His Fake Award "Rewards Those Who Not Only Try To Humiliate In The Name Of Entertainment, But Also Make A Mockery Of Israel."** "After several attempts to interview me (all declined) for what we discovered was a mockery, this addition clearly got by. We're human, we made an administrative mistake, and I own it. But reporting this as newsworthy – which it's far from – only further divides us, rewards those who not only try to humiliate in the name of entertainment, but also make a mockery of Israel (one of our closest Allies and of whom I'm a staunch supporter), and detracts from substantive issues that define a stronger community, Commonwealth and Country. I'm in disbelief that we're actually spending time on this, so I'm just going to keep working on behalf of people who want to see us get stronger, not weaker." [ThinkProgress, 8/5/18]



# Perry Was An Ineffective Congressman

### Significant Findings

✓ *Since being elected to Congress, only one of the bills Perry sponsored has become law.*

✓ *4.9% of the bills Perry has co-sponsored since being elected to Congress have become law.*

   ✓ *Perry co-sponsored 712 pieces of legislation; 35, of which, became law.*

✓ *Perry has served on the House Foreign Affairs Committee since he entered Congress, and has barely left the country.*

   ✓ *Since 2013, Perry spent $12,403.27 on taxpayer funded travel to 4 countries.*

✓ *Perry is a member of the regularly obstructionist House Freedom Caucus.*

   ✓ *Perry claimed the House Freedom Caucus stood for placing constituents over orders from party leaders and demanded a bigger role for rank-and-file members of the House.*

   ✓ *The Freedom Caucus regularly obstructed legislative progress, notably causing their own party to fail on a health care plan.*

   ✓ *The Freedom Caucus repeatedly opposed federal budgets.*

✓ *Perry regularly voted against preventing government shutdown.*

   ✓ *2019: Perry voted against preventing another government shutdown by funding the remaining government agencies through fiscal year 2019 and providing $1.38 billion for a physical barrier along the U.S.-Mexico border.*

   ✓ *2018: Perry voted against passing $1.3 trillion FY18 omnibus that prevented a government shutdown.*

   ✓ *2015: Perry voted against short-term continuing resolution to prevent government shutdown.*

   ✓ *2014: Perry voted against a $1.1 trillion spending bill that prevented government shutdown.*

   ✓ *2013: Perry voted against continuing resolution that ended the 2013 government shutdown.*

## Since Being Elected To Congress Only 1 Of The Bills Perry Sponsored Has Become Law

### Since Being Elected To Congress In 2013, One Bill Perry Sponsored Has Become Law

**Since Being Elected To Congress In 2013, One Bill Perry Sponsored Has Become Law.** [Congress.gov, accessed 8/5/19]

| Perry Sponsorship Toplines | | |
|---|---|---|
| Congress | # of Sponsorships | # Became Law |
| 116th Congress (2019 - 2020) | 12 | 0 |


| | | |
|---|---|---|
| 115th Congress (2017 - 2018) | 20 | 1 |
| 114th Congress (2015 - 2016) | 18 | 0 |
| 113th Congress (2013 - 2014) | 8 | 0 |
| **TOTAL** | **58** | **1** |

[Congress.gov, accessed 8/5/19]

*NOTE: Table updated as of 8/5/2019.*

---

**Perry's Only Bill To Pass Was A Bill On Oversight Of Homeland Security's Vehicle Fleets**

---

**Perry's DHS SAVE Act Became Law In The 115th Congress, The One Bill Perry Sponsored To Do So.**
[Congress.gov, accessed 8/5/19]

> **The DHS SAVE Act Focused On Directing The Under Secretary Of Management For The Department Of Homeland Security To Take Over Overseeing And Managing Vehicle Fleets Throughout The Department.** "H.R. 366 would direct the Under Secretary of Management for the Department of Homeland Security (DHS) to oversee and manage vehicle fleets throughout the department. Currently, agencies within DHS (such as Customs and Border Protection) largely manage their own fleets. The act would require the Under Secretary to monitor compliance with federal laws and regulations related to the use of government vehicles, develop a methodology to determine optimal fleet size, and approve vehicle leases and acquisitions. H.R. 366 also would require DHS agencies to report data on vehicle use quarterly and submit fleet management plans, including cost-benefit analyses, annually to the Under Secretary." [Congressional Budget Office, 4/5/17]

---

**Over His Career, Perry Passed Six Bills That Passed The House**

---

**Perry Sponsored 20 Bills In The 115th Congress, 3 Of Which Passed The House.** [Congress.gov, accessed 8/5/19]

| Perry 115th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
| 07/19 /2018 | 6438 | DHS Countering Unmanned Aircraft Systems Coordinator Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |
| 07/13 /2018 | 6374 | Fitness Information Transparency Act of 2018 | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |
| 05/16 /2017 | 2468 | Unifying DHS Intelligence Enterprise Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/13/2017 |

[Congress.gov, accessed 8/5/19]

**Perry Sponsored 2 Pieces Of Legislation That Passed The House In The 114th Congress.** [Congress.gov, accessed 8/5/19]

| Perry 114th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
| 03/17 /2016 | 4785 | DHS SAVE Act | Senate - Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 07/12/2016 |
| 10/29 /2015 | 3859 | HSA Technical Corrections Act | Senate - Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs. | 12/09/2015 |

[Congress.gov, accessed 8/5/19]



**Perry Sponsored 1 Piece Of Legislation That Passed The House In The 113th Congress.** [Congress.gov, accessed 8/6/19]

| Perry 113th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
| 04/11 /2013 | 1513 | To revise the boundaries of the Gettysburg National Military Park to include the Gettysburg Train Station and certain land along Plum Run in Cumberland Township, to limit the means by which property within such revised boundaries may be acquired, and for other purposes. | Senate - Received in the Senate. | 01/14/2014 |

[Congress.gov, accessed 8/6/19]

## Perry Co-Sponsored 712 Pieces Of Legislation; 35, Or 4.9% Of Which, Became Law

### Perry Co-sponsored 712 Pieces Of Legislation; 35 Or 4.9 Percent Of Which Became Law

**As Of August 2019, Perry Co-sponsored 712 Pieces Of Legislation; 35 Or 4.9 Percent Of Which Became Law.** [Congress.gov, accessed 8/6/19]

| Perry Co-Sponsorship Toplines | | | |
|---|---|---|---|
| | # of Co-sponsorships | # Became Law | Percentage Became Law |
| 116th Congress (2019 - 2020) | 107 | 2 | 1.9% |
| 115th Congress (2017 - 2018) | 199 | 12 | 6% |
| 114th Congress (2015 - 2016) | 190 | 8 | 4.2% |
| 113th Congress (2013 - 2014) | 216 | 13 | 6% |
| **TOTAL** | **712** | **35** | **4.9%** |

[Congress.gov, accessed 8/6/19]

## Perry Has Served On The House Foreign Affairs Committee Since He Entered Congress, And Has Barely Left The Country

### Since 2013, Perry Has Served On The House Foreign Affairs Committee, And Has Only Traveled Outside The Country 4 Times

#### Perry Has Served On The House Foreign Affairs Committee Since 2013

**Perry Has Served On The House Foreign Affairs Committee Since 2013.** [Ballotpedia, Accessed 9/17/19]

**Perry Served On The House Foreign Affairs Committee Subcommittee On Asia And The Pacific.** [Scott Perry House Website, About Page, Accessed 10/2/19]

**Perry Served On The House Foreign Affairs Committee Subcommittee On Oversight And Investigations.** [Scott Perry House Website, About Page, Accessed 10/2/19]

#### Perry Spent $12,403.27 On Taxpayer Funded Travel To 4 Countries

**Perry Traveled To 4 Countries From Taxpayer Funds.** [Congressional Foreign Travel Reports, accessed 7/17/19]

**Perry Spent $12,403.27 On Taxpayer Funded Travel.** [Congressional Foreign Travel Reports, accessed 7/17/19]



| Perry Official Foreign Travel Expenditures | | | | |
|---|---|---|---|---|
| Dates | Destination | Per Diem Cost | Transportation | Total Cost |
| 11/1/14 – 11/2/14 | Pakistan | $42.00 | Military | $12,006.20 |
| 11/2/14 – 11/3/14 | Afghanistan | $28.00 | Military | $28.00 |
| 11/3/14 – 11/4/14 | UAE | $369.07 | Military | $369.07 |
| 9/30/14 | Guantanamo Bay | - | | - |
| | | | TOTAL | $12,403.27 |
| | | | TOTAL EXPENDITURES | $12,403.27 |

[Congressional Foreign Travel Reports, accessed 7/17/19]

**Nov. 2014: Perry Spent $12,403.27 On An Official Trip To Pakistan, Afghanistan And The UAE**

**November 2014: Perry Travelled To Pakistan, Afghanistan And The UAE From November 1 Through 4.** In November 2014, Perry traveled with a Congressional delegation to Pakistan, Afghanistan and the UAE. Perry visited Pakistan from November 1 through 2nd, Afghanistan from November 2nd through 3rd, and the United Arab Emirates from November 3rd through 4th. [Congressional Foreign Travel Reports, accessed 7/17/19]

# Perry Has Been An Obstructionist His Whole Career In Congress

## Perry Was A Member Of The Regularly Obstructionist House Freedom Caucus

**Perry Claimed The House Freedom Caucus Stood For Placing Constituents Over Orders From Party Leaders And Demanded A Bigger Role For Rank-And-File Members Of The House**

**2018: Perry, In Response To Criticism, Claimed The House Freedom Caucus Stood For Placing Constituents Over Orders From Party Leaders And Demanded A Bigger Role For Rank-And-File Members Of The House.** "Scott has hit Perry hard throughout the campaign for his membership in the Freedom Caucus, a group of conservative Republicans that Scott considers obstructionists who block bipartisan progress. Perry said the caucus is a process-oriented group that stands for placing constituents over orders from party leaders and demands a bigger role for rank-and-file members of the House. If that means he doesn't always go along to get along, Perry said, he believes that's because he's fighting for the principles that he told the voters he was going to fight for from the start." [Patriot News, 10/21/18]

**Perry Made A Bid For Chair Of The House Freedom Caucus**

**2018: Perry Made A Bid For Chair Of The House Freedom Caucus.** "Despite eking out a narrow, two-percentage-point win over a liberal Democrat opponent in November's general election, Congressman Scott Perry is making a bid to become the next chair of the ultra-conservative Republican House Freedom Caucus. The Freedom Caucus, a group of hardline Republicans, wielded fairly influential power over House business in recent years, but in January will enter a Democrat majority House. Brandy Brown, Perry's communication director, said Wednesday, 'At this time, I have no substantiated information (on the chairmanship.) Freedom Caucus members are working among themselves to come to a decision.' Perry's Pennsylvania seat was considered a key battleground for Republicans heading into the November election. Perry's victory came after he received public support from President Donald Trump in the final days of the campaign. Perry's bid for the Freedom Caucus chair comes after redistricting narrowed the 10th District electorate to 44 percent Republican and 40 percent Democratic. Perry had won his previous elections by margins ranging from 25 to 49 percentage points." [York Daily Record, 12/6/18]

**The Freedom Caucus Regularly Obstructed Legislative Progress, Notably Causing Their Own Party To Fail On A Health Care Plan**



**2017: Paul Ryan Had To Pull His Obamacare Repeal Bill After The House Freedom Caucus Refused To Support It.** "House Speaker Paul Ryan sensationally pulled his Obamacare repeal bill from the floor on Friday, a day after President Donald Trump had threatened to walk away from health care reform if he didn't get a vote. After a dramatic day on Capitol Hill, Ryan rushed from the White House to Capitol Hill to tell Trump he did not have the votes to pass the measure, the culmination of seven years of Republican efforts to eradicate President Barack Obama's proudest domestic achievement. Two senior administration officials said the decision to pull the bill was Ryan's. […] Friday afternoon, moderate Republicans and members of the conservative Freedom Caucus have indicated they won't back the bill." [CNN Wire, 3/24/17]

> **HEADLINE: Collapse Of Obamacare Repeal Plan Puts Freedom Caucus In Complicated Spot.** [USA Today, 3/25/17]

**Trump Criticized The House Freedom Caucus For Causing The Failure Of The Republican Obamacare Repeal Effort.** "President Trump initially publicly blamed Democrats for the failure of the Republican health care bill. But on Sunday morning, he hit the Freedom Caucus and outside groups, too, tweeting that Democrats in Washington are "smiling" after the conservative Republicans "saved" Planned Parenthood and Obamacare." [CBS News, 3/26/17]

> **CBS News: "The Failure To Win Over The Freedom Caucus -- Made Up Of The Most Conservative Members In The House -- Ultimately Doomed The American Health Care Act."** " The failure to win over the Freedom Caucus -- made up of the most conservative members in the House -- ultimately doomed the American Health Care Act, resulting in an embarrassing failure in the first legislative test of Mr. Trump's presidency." [CBS News, 3/26/17]

**HEADLINE: Journalist Describes How The Freedom Caucus Hijacked Congress.** [National Public Radio, 10/15/15]

---

**Perry The Freedom Caucus Repeatedly Opposed Federal Budgets**

---

**October 2015: The Freedom Caucus Opposed Budget Deal That "Reversed Steep Spending Cuts To Defense And Domestic Programs and Staved Off Hits To Medicare And Social Security Disability Benefits."** "The $80 billion bipartisan accord between congressional leaders and President Barack Obama reverses steep spending cuts to defense and domestic programs and staves off hits to Medicare and Social Security disability benefits […] The Freedom Caucus remained united against the budget deal, however. It 'continues the sad pattern of the past five years: A fiscal monstrosity gets negotiated in secret,' the group said." [Baltimore Sun, 10/29/15]

**March 2016: The Freedom Caucus Voted Against The Fiscal 2017 Budget Resolution Plan Advanced By House Budget Committee Chairman Tom Price Because They Want To Cut Spending Immediately.** "But the House Freedom Caucus rejected the olive branch provided by Price in the form of a promise for later votes on separate legislation that would cut at least $30 billion from other entitlement programs and a balanced budget amendment. The group, which consists of roughly 40 members, effectively has veto power, since Price and Ryan will only be able to lose the support of 28 House Republicans if they want to pass it through the chamber." [Atlanta Journal-Constitution, 3/16/16]

**July 2017: Many House Freedom Caucus Members Threatened To Oppose Any Spending Bill If The Pentagon Continued To Offer Gender Transition Therapy**. "But conservative lawmakers - many of them members of the House Freedom Caucus - had threatened to withhold support for a spending bill if Congress did not act to prohibit the Pentagon from paying for the procedures." [Washington Post, 7/26/17]

**September 2017: The Freedom Caucus Adopted An Approach To Reforming The Debt Ceiling That Would Fix A Spending Cap And Decrease It Over Time.** "The Freedom Caucus did adopt a position for a favored approach to reforming the debt ceiling: raising it initially, but including a federal spending cap pegged to a fixed percentage of the gross domestic product that would decrease over time." [Washington Post, 9/5/17]



**February 2018: Freedom Caucus Opposed A Budget Package That Would Increase Spending By $300 Billion.** "Meanwhile, the conservative House Freedom Caucus announced it would reject the package, reasoning that $300 billion in new spending, which breaks caps imposed by an earlier deal, 'adds to the swamp instead of draining it.' Annual federal deficits are expected to rise to $800 billion in 2018, levels not seen for several years, and the package also provides for a lifting of the debt limit to avoid a federal default and allow continued borrowing into 2019." [Baltimore Sun, 2/9/18]

**Perry Voted Against Providing $321.9 Billion In Discretionary Spending For Five Of The 12 Fiscal 2020 Appropriations Bills, Including Justice And Veteran Affairs.** In June 2019, Perry voted against: "Passage of the bill, as amended, that would provide $321.9 billion in discretionary spending for five of the 12 fiscal 2020 appropriations bills, including $73.9 billion for the Commerce and Justice departments and science and related agencies, $24.3 billion for the Agriculture Department and related agencies, $39.5 billion for the Interior Department, Environmental Protection Agency, and related agencies, $108.4 billion for the Veterans Affairs Department, military construction, and related agencies, and $75.8 billion for the Transportation and Housing and Urban Development departments and related agencies. It would also provide $61 billion in obligations from highway and aviation trust funds for associated Transportation Department programs. Among other provisions, the bill would provide $673 million to the Justice Department immigration review office, including to hire additional immigration judges and to provide legal resources for individuals facing deportation proceedings. It would provide $5.2 billion for Interior Department and the U.S. Forest Service wildfire preparedness and response activities and $9.5 billion for the Environmental Protection Agency, including increased funding for enforcement and compliance activities, clean air activities, and environmental restoration initiatives. It would provide $81.2 billion for VA health care programs and $2.3 billion in emergency military construction funding for bases damaged by natural disasters. It would prohibit the use of funds made available by the bill for the Census Bureau to include a question regarding citizenship on the 2020 census or for the construction of physical barriers or border security infrastructure along the U.S. southern land border." The bill passed by a vote of 227 – 194. [HR 3055, Vote #408, 6/25/19; CQ, 6/25/19]

**2016: Perry Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget.** In March 2016, Perry voted for: blocking consideration of holding a hearing for the Obama Administration's fiscal year 2017 budget proposal. "The Democratic Previous Question gives Republicans a third chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." [H Res 635, Vote #106, 3/3/16; Democratic Leader – Previous Questions, 3/3/16]

**Perry Voted Against $1.1 Trillion Overwhelmingly Bipartisan Budget Deal To Keep Government Open Through September 2016.** In December 2015, Perry voted against the omnibus spending package. "The House on Friday overwhelmingly approved a $1.1 trillion spending package that includes the first major change approved by Congress to ObamaCare, and keeps the government open through September 2016 … In the end, there was no drama in the 316-113 vote … Only 18 Democrats voted against the spending bill, while 166 supported it." [HR 2029, Vote #705, 12/18/15; The Hill, 12/18/15]

---

**Perry Dissed The Problem Solvers Caucus, Claimed That The House Freedom Caucus Is "Actually A Problem-Solving Caucus"**

---

**Perry Dissed The Problem Solvers Caucus, Claimed That The House Freedom Caucus Is "Actually A Problem-Solving Caucus."** "It is supposed to be, right, absolutely, but they don't really solve anything. Now, I'm a member of the Freedom Caucus, and just to let everybody -- what is the Freedom Caucus, right? The Freedom Caucus has a couple of rules. Number one rule is you'd have to listen to your constituents at home even if your leadership says you don't, right? They want you to do something. You choose your -- your -- your folks at home. Number two, you have to be willing to compromise and come to an agreement on something. We call it getting to yes, but that's what negotiate come to an agreement on something you can vote on. And so I think that is actually a problem-solving caucus. And what we have done, for instance, is we force the -- the requirement to make the tax cuts permanent, so we actually do get things accomplished." [Congressional Debate, 10/19/18]



**Perry On The Freedom Caucus: "We Will Not Vote For Spending Bills, For Instance, That Blow Up The Deficit. We Won't Do It. And So When We Don't Do It, Then, Somehow, We're The Obstructionists. ... Yes, John Boehner Had A Problem. He Issues Orders, And If You Don't Follow Them, You're A Problem."** "Perry also defended his membership in the Freedom Caucus on Friday as something that is basic to his compact with midstate voters. Perry said the group's primary defining feature is keeping promises made to constituents on certain core principles, the most basic of them being support for a government that lives within its means. 'We will not vote for spending bills, for instance, that blow up the deficit. We won't do it. And so when we don't do it, then, somehow, we're the obstructionists. ... Yes, John Boehner had a problem. He issues orders, and if you don't follow them, you're a problem,' Perry said. 'I take my orders from the people in the district, not from Washington, D.C.'" [Patriot News, 10/7/18]

---

### Perry Regularly Voted Against Preventing Government Shutdown

**2019: Perry Voted Against Preventing Another Government Shutdown By Funding The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border**

**Perry Voted Against Funding The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border.** In February 2019, Perry voted against: "Adoption of the conference report to accompany the joint resolution that would provide, in total, $333 billion in full-year funding for the seven remaining fiscal 2019 appropriations bills: Agriculture; Commerce-Justice-Science; Financial Services; Homeland Security; Interior-Environment; State-Foreign Operations; and Transportation-Housing and Urban Development. It would provide $49.4 billion in discretionary funds for fiscal 2019 for operations of the Homeland Security Department, as well as $12.6 billion for natural disaster response and recovery activities and $165 million for Coast Guard overseas contingency operations. Appropriations for DHS operations include $15 billion for Customs and Border Protection, including $1.38 billion for physical barriers along the U.S.-Mexico border. It would provide $7.6 billion for Immigration and Customs Enforcement, and would also require a 17 percent reduction in the number of detention beds available for individuals detained by the agency. The conference report would provide, in discretionary funding for fiscal 2019, $23 billion for the Agriculture Department and related agencies; $64.1 billion for departments of Commerce and Justice and other agencies such as NASA and the National Science Foundation; $23.4 billion in discretionary funding or financial services and general government appropriations; $35.6 billion for the Interior Department, the Environmental Protection Agency, and related agencies; $54.2 billion for for the State Department, foreign assistance and other international activities; and $71.1 billion for the departments of Transportation and Housing and Urban Development and related agencies." The conference report was adopted 300-128. [H J Res 31, Vote #87, 2/14/19; CQ, 2/14/19]

> **HEADLINE: Congress passes spending bill to avoid shutdown, sends it to Trump for his signature** [USA Today, 2/14/19]

---

### 2018: Perry Voted Against Passing $1.3 Trillion FY18 Omnibus That Prevented A Government Shutdown

**Perry Voted Against The $1.3 Trillion FY 2018 Omnibus Spending Package That Funded The Government Through September 30, 2018.** In March 2018, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with a further amendment that would provide roughly $1.3 trillion in funding for federal government operations and services through Sept. 30, 2018. The measure would provide a total of $654.6 billion in additional funding to the Defense Department […] $98.7 billion to the Health and Human Services Department, […] $3.4 billion to the Substance Abuse and Mental Health Services Administration for substance abuse block grants, and would provide roughly $3.7 billion to the National Institutes of Health, including an additional $500 million for research into opioid addiction. It would provide $47.7 billion to the Homeland Security Department, including $1.6 billion for the purpose of bolstering security measures on the U.S.-Mexico border, including the construction of new fencing along sections of the border, and would provide $7.1 billion for



Immigration and Customs Enforcement operations and enforcement. The measure includes provisions from multiple bills related to school safety and firearms regulations, including a bill (S 2135) that would require the Department of Justice to certify that appropriate records have been submitted to the National Instant Criminal Background Check System by federal agencies and state governments with respect to individuals who are not eligible to purchase firearms. The measure includes language from the bill (S 2495) that would authorize $75 million a year through fiscal 2028 for the Secure Our Schools grant program and would revise it to more explicitly focus the program on preventing student violence." The motion as agreed to, 256-167. [H Res 796, Vote #127, 3/22/18; CQ, 3/22/18]

---

**2015: Perry Voted Against Short-Term Continuing Resolution To Prevent Government Shutdown**

---

**2015: Perry Voted Against Short-Term Continuing Resolution To Prevent Government Shutdown.** In September 2015, Perry voted against: a motion to concur in the Senate amendment to the bill that would continue funding the government through Dec. 11, 2015 at an annualized rate of $1,017 trillion, the top-line post-sequester discretionary spending level for FY 2016 set by the Budget Control Act. It also would fund for Overseas Contingency Operations at a rate of $74.8 billion, roughly equal to the FY 2015 level. Under the bill, most programs would be funded at a rate that is 0.21 percent less than their FY 2015 funding level, although the measure would include increases for certain activities including $700 million in emergency funding for fighting fire in western states; it would give the VA budget flexibility in constructing a facility in Denver, and would not defund Planned Parenthood. Further, the measure would extend through Dec. 11 the ban on state taxation of Internet access and the E-Verify employment verification system. The motion was agreed to by a vote of 277-151. [HR 719, Vote #528, 9/30/15; CQ Floor Votes, 9/30/15]

> **All Of The Votes Against Were Republicans, Who Were Upset By Their Inability To Force The Obama Administration To Defund Planned Parenthood.** "With only hours to spare on the last day of the fiscal year, Congress averted a government shutdown on Wednesday by approving a temporary spending measure to keep federal agencies operating through Dec. 11. In the House, the legislation was approved only because of strong support by Democrats — a sign of how angry rank-and-file Republicans remain over their powerlessness to force policy changes on the Obama administration. The House vote was 257 to 151, with 186 Democrats and 91 Republicans in favor. All of the 'no' votes were by Republicans. In one last display of their fury, House Republicans on Wednesday adopted another resolution to cut off government financing to Planned Parenthood." [New York Times, 9/30/15]

---

**2014: Perry Voted Against A $1.1 Trillion Spending Bill That Prevented Government Shutdown**

---

**2014: Perry Voted Against A $1.1 Trillion Spending Bill That Included Funding For Agencies Covered By Unfinished Fiscal 2015 Spending Bills.** In December 2014, Perry voted against: a "motion to concur in the Senate amendment to the bill with a House amendment that would provide $1.013 trillion in discretionary appropriations in fiscal 2015 for federal departments and agencies covered by the 12 unfinished fiscal 2015 spending bills. Included in that total is: $20.6 billion for Agriculture; $61.1 billion for Commerce-Justice-Science; $554.2 billion for Defense, including $64 billion for overseas contingency operations associated with the war in Afghanistan, the fight against ISIS and other counterterrorism operations; $34.2 billion for Energy-Water; $43.2 billion for Financial Services; $30 billion for Interior-Environment; $158.2 billion for Labor-HHS-Education; $4.3 billion for the Legislative Branch; $71.8 billion for Military Construction-VA; $52 billion for State-Foreign Operations; and $53.5 billion for Transportation-HUD. The measure contains full fiscal year funding for all programs except for Homeland Security, which would be funded at current levels until Feb. 27, 2015. It also would provide $5.4 billion in emergency funding to address the Ebola outbreak and $6.5 billion in disaster aid." The motion was agreed to 162 to 206. [HR 83, Vote #563, 12/11/14; CQ, 12/11/14]

> **The Hill: The Bill Included A Rider That Repealed Part Of The Dodd-Frank Reforms "To Allow Banks To Directly Engage In Derivatives Trading."** "Most Democrats followed House Minority Leader Nancy Pelosi's (D-Calif.) lead and voted against the package because of two riders she described as 'egregious.' One of the policy riders repeals part of the Dodd-Frank Wall Street reform law to allow banks to directly engage in


derivatives trading. The other loosens limits on the amount of money people can contribute to national political parties. Just after 9 p.m. Thursday, the House wound up passing the bill with the help of 57 Democrats." [The Hill, 12/13/14]

## 2013: Perry Voted Against Continuing Resolution That Ended The 2013 Government Shutdown

**Perry Voted Against Continuing Resolution That Funded The Government Through January 15 And Provided Retroactive Pay To Employees Furloughed During The Government Shutdown.** In October 2013, Perry voted against: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment to the bill that would require the Health and Human Services Department to verify the income qualifications of people who apply for tax subsidies under the 2010 health care overhaul. The Senate amendment would provide continuing appropriations for government operations through Jan. 15, 2014, reflecting an annual discretionary level of about $986 billion. It would allow federal borrowing to continue through Feb. 7, 2014, after the president certifies that the U.S. Treasury cannot pay its obligations, and would set up an expedited process for Congress to consider resolutions of disapproval for the debt limit increase authorized by the bill. It also would provide for retroactive pay for federal employees who worked through the government shutdown that began on Oct. 1, 2013 and for workers furloughed during that time." The bill passed 285-144. [HR 2775, Vote #550, 10/16/13; CQ, 10/16/13]

> **The Agreement Ended A 16 Day Government Shutdown.** "Congressional Republicans conceded defeat on Wednesday in their bitter budget fight with President Obama over the new health care law as the House and Senate approved last-minute legislation ending a disruptive 16-day government shutdown and extending federal borrowing power to avert a financial default with potentially worldwide economic repercussions. […] Under the agreement, the government would be funded through Jan. 15, and the debt ceiling would be raised until Feb. 7. The Senate will take up a separate motion to instruct House and Senate negotiators to reach accord by Dec. 13 on a long-term blueprint for tax and spending policies over the next decade." [New York Times, 10/16/13]

## Perry Deemed All Of His Staff Essential During The 2013 Government Shutdown

**Perry Deemed All Of His Staff Essential During The 2013 Government Shutdown.** "For Perry, that meant keeping his staff of 15 full-time employees in his district and Washington, D.C. offices, manning the phones and assisting his legislative operation, Perry said Monday. 'In my mind, everyone here is essential or I wouldn't have hired them,' he said. 'I told people, 'I plan on being at work every day and you're part of this team.''" [York Dispatch, 10/15/13]

## 2013: Perry Was Delivered A Cease And Desist By 80 Local Residents To Cease The Government Shutdown

**2013: Perry Was Delivered A Cease And Desist By 80 Local Residents To Cease The Government Shutdown.** "Sometimes it's the thought that counts. A 'cease and desist' order Roger Lund delivered to the Gettysburg office of Rep. Scott Perry, R-York County, doesn't carry any legal weight, but Lund said the message behind the order is the whole point. Lund and a group of about 80 Adams County residents delivered the letter around 11:30 Tuesday morning, about two days before the nation was set to default on its debts. There's a national crisis that, according to Lund and his group, was caused by a small group of extremists in the House of Representatives. Perry, according to Lund and his group, is one of them. The letter asks the congressman from York to 'cease and desist in his efforts to keep the government shut down and keep the middle class unemployed in this area,' Lund said." [York Dispatch, 10/15/13]

## Perry Voted For Blocking An Attempt To Re-Open Government During 2013 Government Shutdown

**Perry Voted For Blocking An Attempt To Concur With The Senate's Continuing Resolution.** In October 2013, Perry voted for: "Simpson, R-Idaho, motion to table (kill) the Van Hollen, D-Md., appeal of the ruling of the chair with respect to the Simpson point of order that the Van Hollen motion to recommit the joint resolution was



not germane to the measure. The motion would recommit the joint resolution to the House Appropriations Committee with instructions that it be immediately reported back with language providing for the House to recede from its amendment and concur in the Senate amendment to the fiscal 2014 continuing resolution (H J Res 59), which would provide continuing appropriations for government operations through Nov. 15, 2013." The motion to block consideration of the bill passed 230-194. [HJ Res 70, Vote #512, 10/02/13; CQ, 10/2/13]

**HEADLINE: House GOP Blocks Vote On Re-opening Government** [Talking Points Memo, 10/02/13]

**Talking Points Memo: House Republicans Rejected An Effort To "Put A Clean Temporary Spending Bill On The Floor, Closing One Opportunity To Re-Open The Federal Government."** "The House rejected Wednesday an effort by House Democrats to put a clean temporary spending bill on the floor, closing one opportunity to re-open the federal government." [Talking Points Memo, 10/02/13]

**2013: Perry Voted For Continuing Resolutions Leading Up To Funding Deadline That "Likely Would Result" In A Government Shutdown**

**Perry Voted For Continuing Resolution That Was Funded The Government Through December 15 And Repealed The Medical Device Tax.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing appropriations with a Paulsen, R-Minn., amendment that would repeal the 2.3 percent medical device tax included in the 2010 health care overhaul. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013; bar authority for capital construction for the Dwight D. Eisenhower Memorial Commission through Dec. 15, 2013; and extend and increase available visas for the special immigrant visa program for Iraqis who supported U.S. efforts in Iraq after March 2003." The resolution passed 248-174. [HJ Res 59, Vote #497, 9/29/13; CQ, 9/29/13]

**Washington Post: Repeal Of The Medical Device Tax Was A "Nonstarter" In The Senate.** "Republicans have two demands they want fulfilled to avoid a government shutdown. The first is a one-year delay of Obamacare. The other is the repeal of Obamacare's medical device tax. [...] But the medical device tax? The priority has risen to the top of Republicans' agenda despite the fact that repeal would have a relatively minor impact on Obamacare's success. [...] In the budget debate, repeal of the medical device tax is a nonstarter. While medical device tax repeal has gotten traction in previous congressional votes, don't expect that to happen this time around. Senate Majority Leader Harry Reid (D-Nev.) put out a statement Saturday afternoon saying that Democrats would reject any changes to the Affordable Care Act that Republicans proposed." [Washington Post, 9/28/13]

**Perry Voted For Continuing Resolution That Was Funded The Government Through December 15, Delayed Implementation Of The Affordable Care Act, And Allowed Companies To Opt Out Of Birth Control Coverage.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing appropriations with a Blackburn, R-Tenn., amendment that would delay for one year implementation of any provision of the 2010 health care overhaul that would take effect between Oct. 1, 2013, and Dec. 31, 2014, including the individual mandate and the imposition or increase of specified taxes and fees. It also would allow companies and insurance providers until 2015 to opt out of mandated birth control coverage for religious or moral reasons, and bar appropriations and transfers from the Patient-Centered Outcomes Research Fund. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013." The resolution passed 231-192. [HJ Res 59, Vote #498, 9/29/13; CQ, 9/29/13]

**Senate Leadership Made Clear It Would Reject Any Continuing Resolution That Delayed The Affordable Care Act.** "'To be absolutely clear, the Senate will reject both the one-year delay of the Affordable Care Act and the repeal of the medical device tax,' Reid said in that statement. 'After weeks of futile political games from Republicans, we are still at square one: Republicans must decide whether to pass the Senate's clean CR, or force a Republican government shutdown.'" [Washington Post, 9/28/13]



**Perry Voted For Continuing Resolution That Would Have Funded The Government Through December 15 And Defunded The Affordable Care Act.** In September 2013, Perry voted for: "Passage of the joint resolution that would provide continuing appropriations through Dec. 15, 2013 for government operations that would reflect an annual discretionary level of about $986.3 billion. It also would defund the 2010 health care overhaul and allow the U.S. Treasury, once the statutory debt limit is reached, to continue borrowing over the debt limit until Dec. 15, 2014. Funds could only be used to pay the principal and interest on both government debt held by the public and on obligations to the Social Security trust fund." According to the Associated Press, The bill passed 230-189. [HJ Res 59, Vote #478, 9/20/13; CQ, 9/20/13]

> **Plan Was Known To Be A Nonstarter In The Senate, But Moved Forward Because Of Pressure From House Conservatives.** "Mr. Boehner knows that the plan he unveiled cannot pass the Senate, and that it may prove unwise politically and economically. His leadership team pressed just last week for an alternative. But with conservative forces uniting against him, he ultimately saw no alternative but to capitulate — and few good options to stop a government shutdown in two weeks." [New York Times, 9/18/13]

> **Associated Press: Any Spending Bill That Attempted To Defund The Affordable Care Act "Likely Would Result" In A Government Shutdown.** "A letter from 80 Republicans asked Speaker John Boehner, R-Ohio, to resist any spending bills that would accommodate the new health care law, which is nearing a critical stage of signing up millions of Americans for health coverage. Because it's virtually certain that President Barack Obama and the Democratic-controlled Senate would reject such demands, leaders of both parties say the standoff likely would result in a partial shutdown of the federal government, similar to those that occurred in 1995 and 1996." [Associated Press, 8/23/13]

### 2013: Perry Voted For Continuing Resolution That Caused A Government Shutdown

**Perry Voted For Continuing Resolution That Would Have Funded The Government Through December 15, Delayed The Individual Mandate, And Required Congress To Buy Insurance Through The ACA Exchanges.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment with an additional House amendment to the joint resolution that would provide fiscal 2014 continuing appropriations. The House amendment would fund the government until Dec. 15, 2013, and delay for one year a requirement in the 2010 health care overhaul that all individuals purchase health insurance or pay a tax penalty. It also would require the president, vice president, members of Congress, congressional staff and political appointees to purchase health insurance through the health care law's state insurance exchanges and would limit the subsidies they may receive for purchasing insurance." The resolution passed 228-201. [HJ Res 59, Vote #504, 9/30/13; CQ, 9/30/13]

> **House Republican Plan Virtually Guaranteed a Government Shutdown By Continuing To Demand That The Funding Bill Undermine The Affordable Care Act.** "The U.S. government began to shut down for the first time in 17 years early Tuesday, after a Congress bitterly divided over President Obama's signature health-care initiative failed to reach agreement to fund federal agencies. Hours before a midnight deadline, the Republican House passed its third proposal in two weeks to fund the government for a matter of weeks. Like the previous plans, the new one sought to undermine the Affordable Care Act, this time by delaying enforcement of the "individual mandate," a cornerstone of the law that requires all Americans to obtain health insurance." [Washington Post, 9/30/13]



## Key Visuals

**Video**

**Perry Said It Was Reasonable To Suggest FEMA Pull Out Of Puerto Rico, And Said The Hurricane Relief Mission Had Been A "Success Story"**

**October 2017: Perry Said He Agreed With A Trump Tweet Saying The Puerto Rican Government Was Responsible For Rebuilding After Receiving Aid From FEMA**

**October 2017: Perry Said President Trump's Statement Suggesting Pulling FEMA And Military Aid Out Of Puerto Rico Was "Reasonable". "**CUOMO: The president just tweeted and he suggested in there that you can't keep FEMA and first responders in Puerto Rico forever. […] How do you explain that tweet? PERRY: […] I think the point the president is making is that FEMA has a finite mission and a finite amount of time to be there to get people back into power and get back into some kind of civilized living condition. But then, at some point, it's up to Puerto Rico to get themselves out of this circumstance and help their people. And I think that's reasonable." [CNN, CNN Newsroom, 10/12/17]

> **Perry Said That "Nobody Came To Help" Him When He Was A Flood Victim.** "CUOMO: "I've never seen [a crisis] as bad that involves Americans as I have seen in Puerto Rico. And while I may not be the person that's unloading and loading the boxes all the time, I've seen a hell of a lot of despair, congressman. PERRY: I've lived through it myself, a victim of flood on numerous occasions, had to clean it up. And I will tell you, nobody came to help us. We handled it ourselves." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Called The Hurricane Relief Mission In Puerto Rico A "Success Story," And Said That People In Puerto Rico Were Not Dying**

**October 2017: Perry Said The Relief Mission In Puerto Rico Was A "Success Story".** "CUOMO: You are saying it's a success story and they are in dire need. PERRY: It is a success story. You're not on the ground there. CUOMO: Where is the success? I was on the ground there, sir? Don't tell me what we know and what we don't know. We're there reporting every day. Where is the success? PERRY: Yes. You are reporting every day and we're also getting reports ever[y] day that people are getting food. They're getting water and their needs are being serviced, but it's been devastated, and these things don't happen overnight." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That CNN Reporter Chris Cuomo Was "Making Up" Extent Of Crisis In Puerto Rico.** "PERRY: You just can't make these claims and not put any metric to it? Who is without for how long? Who? How many people? Who are they? CUOMO: You have less than half the country that has what they need to – […] sustain life, fresh water, power, food, places to live. PERRY: Mr. Cuomo, you are simply making this stuff up. You're making it up." [CNN, CNN Newsroom, 10/12/17]

**Perry: "They're Not Starving In The Hill, Sir. They Are Not Starving."** "PERRY: What is enough? What is enough? Having the power on the next day? CUOMO: Having them not starving in the hills of Puerto Rico, sir. PERRY: They're not starving in the hill, sir. They are not starving. CUOMO: Not existing on the box lunch and a six-pack of water -- you are wrong." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Said That People Were Not Dying In Puerto Rico.** "PERRY: If half the country didn't have food or water, those people would be dying, and they are not." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That His Comments About Hurricane Maria Were Misconstrued**



**Perry Said His Comments About Hurricane Maria Were Misconstrued.** "Perry, in response to questions about the protest, said his words are being misconstrued. 'I don't just empathize, I strongly sympathize, with the people of Puerto Rico and anyone suffering from this kind of devastation. The words I used in a recent interview are being perceived in a way beyond what I intended. I continue to stand with the people of Puerto Rico and am willing to do what we can to offer assistance.'" [Patriot News, 10/22/17]

**In 2018 Perry Participated In An Event For Displaced Puerto Ricans In Pennsylvania.** "The same month, Puerto Rico's governor ordered a review and recount of the death toll. In Pennsylvania, state agencies have been partnering with other groups to hold information fairs for people displaced from Puerto Rico. One of those events will take place from 2 p.m. to 5 p.m. Feb. 12 at Union Lutheran Church, 20 S. Penn Street in York. Perry will participate in Monday's event, according to organizer Lou Rivera." [York Daily Record, 2/10/18]

**A Local Organizer Claimed Latino Leaders Met With Perry And Had Accepted His Apology And Were Ready To "Move On."** "Rivera said he and other Latino leaders met with Perry after the CNN comments. 'He's apologized to us. We're going to move on,' Rivera said." [York Daily Record, 2/10/18]

---

**January 2018: Perry Said That He Believed ISIS Could Be Responsible For Las Vegas Shooting, Said He Smelled A "Rat" In The Local Investigation**

---

**January 2018: Perry Said He Smelled A "Rat" In Local Police Investigation Into The Las Vegas Shooting.** "CARLSON: Congressman, you are the only member of Congress who has taken a position asking questions about this. What are your questions? […] PERRY: […] Well, I smell a rat like a lot of Americans do. Nothing is adding up. It's been four months […] He is a lone gunman, lone shooter, yet we can't get the autopsy results. […; ISIS] claimed responsibility four times. Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something is not adding up." [Fox News, Tucker Carlson Tonight, 1/18/18]

**January 2018: Perry Said He Received Evidence That A "Possible Terrorist Nexus" Was Responsible For Las Vegas Shooting.** "Recently, I've been made aware of what I believe to be credible evidence or credible information regarding potential terrorist infiltration through the southern border […] they could be – let's face it, ISIS – twice before the attack, ISIS warned the United States that they would attack Las Vegas, I think, in June, and August, and then, after the attack, claimed responsibility four times. […] I'm just telling you, I have received what I feel to be, and believe to be, credible evidence of a possible terrorist nexus." [Fox News, Tucker Carlson Tonight, 1/18/18]

**HEADLINE: Perry: ISIS might be tied to Las Vegas shooting** [York Daily Record, 1/20/18]

**Perry On Las Vegas Attack: "Nothing Adds Up. But I'm Just Telling You, I Have Received What I Feel To Be And Believe To Be Credible Evidence Of A Possible Terrorist Nexus."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Perry On Las Vegas Attack: "But Even More Troubling Than That, Recently, I've Been Made Aware Of What I Believe To Be Credible Evidence Or Credible Information Regarding Potential Terrorist Infiltration Through The Southern Border, Regarding This Incident."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement



investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**An Attorney For Victims Of The Las Vegas Shooting Called Perry's Comments "Irresponsible."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Republican Former Senator Dean Heller Called Perry's Las Vegas Comments "Inexcusable."** "Congressman Scott Perry, who represents Adams, York, and part of Cumberland County, has come under fire from his own party for comments made on Fox News regarding the Las Vegas shooting. On Friday afternoon, Republican Sen. Dean Heller of Nevada posted on Twitter that 'Rep. Scott Perry's comments on the Oct. 1st shooting in Las Vegas are inexcusable.'" [The Daily American, 1/19/18]

**The Daily American On Perry's Las Vegas Shooting Comments: "When Pressed By Carlson For Further Elaboration, Perry Seemed To Maintain That A Conspiracy Is Credible Because No One Has Yet Proved It Isn't."** "Stephen Paddock killed 58 people after opening fire on a country music festival in Las Vegas. When pressed by Carlson for further elaboration, Perry seemed to maintain that a conspiracy is credible because no one has yet proved it isn't. 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times,' Perry said. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.'" [The Daily American, 1/19/18]

**The Daily American On Perry's Las Vegas Shooting Comments: "A Link Between Terrorism And The Southern Border, As Perry Put It, Also Helps To Bolster The Case For A Wall On The Mexican Border, A Key Point For Conservative Hard-Liners."** "A link between terrorism and the southern border, as Perry put it, also helps to bolster the case for a wall on the Mexican border, a key point for conservative hard-liners The House Freedom Caucus, of which Perry is a member, supported a short-term funding resolution on Thursday night only under the condition that immigration policy be included in a separate vote on the so-called Goodlatte-Labrador bill, according to reporting by The Hill." [The Daily American, 1/19/18]

## Perry Said That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids

**HEADLINE: Congressman Doesn't Think He Should Pay For Maternity Care Because He's Done Having Kids** [HuffPost, 5/12/17]

**HEADLINE: Pa. congressman doesn't want to pay for maternity care** [PennLive, 5/13/17]

**[VIDEO IN ARTICLE] Perry Told A Constituent That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids.** "'I don't want maternity care. I have two children, and we're not having anymore. I don't want to pay for maternity care,' said Perry, who voted for the AHCA. An Indivisible activist pointed out that people who don't have children or whose children are older still have to pay property taxes, which fund schools, adding that there's a 'social contract' in American society for public goods. 'Without a doubt,'" Perry replied. "'But there's also personal responsibility. Some people never want to start a



family. ... Some people don't want to own a Cadillac. But should we want to make everybody pay for a Cadillac?'"
[HuffPost, 5/12/17]

---

**Perry Once Met With An Anti-Muslim Hate Group, And Said He Opposed Syrian Refugees Because Some Muslims Wanted To Kill Americans**

---

**March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans," While Opposing Allowing Asylum To Syrian Refugees**

**March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans."** "Bringing in unvetted Syrian refugees, most people see that as incongruent with saying that […] extremism is your top priority […] There are many free, peace-loving Muslims in America and around the world, but there are also ones that want to kill Americans and westerners and they keep doing it." [Fox News, On The Record With Greta Van Susteren, 3/24/16]

---

**December 2016: Perry Met With An Anti-Muslim Group, Then Said It Did Not Equate To His Support Of The Group**

**December 2016: Perry Met With Anti-Muslim Group ACT For America.** "U.S. Rep. Scott Perry met recently with the leader of an organization labeled by the Southern Poverty Law Center as 'the largest grass-roots anti-Muslim group in America.' On. Dec. 14, the Dillsburg Republican posted a photo on his Facebook page of himself with Brigitte Gabriel, founder of ACT for America, whom he describes as 'someone who demands (and deserves) to be heard about the security of our nation.' ACT, which stands for American Congress for Truth, is a nonprofit organization that compares itself to the National Rifle Association, but for national security, according to its website. […] Perry said his meeting with Gabriel and one of her staffers was relatively routine, as he meets with people and groups of all backgrounds throughout the year. The three of them spoke about what Donald Trump's presidency might look like, how best to fight ISIS and certain pieces of legislation ACT for America hopes to influence, Perry said. The meeting went well, he said, and so they took a picture, which he posted on his official Facebook page." [York Dispatch, 12/20/16]

**Perry Said That Meeting With Anti-Muslim Groups Did Not Equate To His Support Of The Group.** "HARLOW: Congressman, I have one more question for you before you go, and that is, a meeting that you had […] with a group called Act for America. This is a group that the Southern Poverty Law Center calls the largest anti-Muslim group in America […] the woman you met with […] said […] practicing Muslim who believe in the teachings of the Koran cannot be a loyal citizen to the United States. Your response to those who criticize this meeting? PERRY: My response is that as a representative of Congress, I meet with people from all different groups from all different ideologies, from different religions and so on and so forth, whether I agree with them or not […] really look at the Southern Poverty Law Center, as the -- as the arbiter of who is a -- hate groups or terrorist organizations is ludicrous." [CNN, CNN Newsroom, 12/26/16]

> **Perry Said That ACT For America Was Not Anti-Muslim, And That He Was "Not Going To Be Bullied By Ideologically Driven, Radical Organizations Into Not Taking Meetings."** "Perry called the Southern Poverty Law Center an 'extremist left-wing organization' and said anyone referencing its viewpoint is ill-informed or without merit. 'The fact that they would condemn anyone is laughable,' Perry said, urging anyone who reads this article to do their own research before accepting the center's definition of hate group. 'One person's hate group is another person's patriot.' Perry said he doesn't see ACT as anti-Muslim but rather as an anti-religious discrimination and anti-radical terrorism group. 'I'm not going to be bullied by ideologically driven, radical organizations into not taking meetings,' he said." [York Dispatch, 12/20/16]

**ACT For America Has Been Designated As A Hate Group By The SPLC Since 2015.** "ACT for America is listed as an anti-Muslim hate group because it pushes wild anti-Muslim conspiracy theories, denigrates American Muslims and deliberately conflates mainstream and radical Islam. […] ACT for America has been an SPLC



designated hate group since 2015, though Gabriel has a long history of degrading Muslims." [Southern Poverty Law Center, accessed 9/20/18]

## March 2017: At A Town Hall, Perry Said That Trees Cause Pollution

[VIDEO] Perry Held A Town Hall On March 18, 2017. [Scott Perry, Facebook, 3/18/17]

*NOTE: Perry's comments about trees causing pollution occurred at the March 18, 2017 town hall. Due to time constraints, we did not watch the entire video, so we cannot provide an exact time stamp. The news clips below summarize what Perry said.*

**At A Town Hall, Perry Suggested That God Was A Polluter Because Trees Were Providing Nitrates And Phosphates To The Chesapeake Bay.** "Turns out that even God is a polluter. That, at least, appears to be what U.S. Rep. Scott Perry (R-York) suggested at a recent town hall in Red Lion, York County. Perry, whose district covers parts of York, Dauphin and Cumberland counties, was asked at the forum how he proposes to reclaim and protect air and water reserves with the proposed budget cuts to the Environmental Protection Agency. Perry said appropriate levels of protection are needed and pointed to the Chesapeake Bay cleanup strategy that he said focused unfairly on point sources of pollution and 'left some violators out.' 'Some violators - if you are spiritual and believe in God, one of the violators was God because the forests were providing a certain amount of nitrates and phosphates to the Chesapeake Bay,' Perry said. His response generated a round of heckling from the several hundred district residents in attendance." [Patriot News, 3/21/17]

> **Perry Blamed Trees For Pollution In The Chesapeake Bay, Then Said His Comments Were Misconstrued.** "Earlier this month, U.S. Rep. Scott Perry, R, Dillsburg, told a hall full of his 4th Congressional District constituents that trees are at least partly to blame for pollution in the Chesapeake Bay. […] Perry's comments had triggered mocking coverage from several national news organizations. He blamed the public ridicule on 'misrepresentation by the media,' although a video of the town hall meeting where he made that allegation remains on his Facebook page." [York Daily Record, 3/31/17]

## January 2017: Perry Said That FBI Activity Authorized By The Foreign Intelligence Surveillance Act Resembled That Of The KGB

**January 2017: Perry Said That FBI Activity Authorized By FISA Resembled That Of The KGB.** "INGRAHIM: we have got to get into the story that we were on last night, this massive push, now, by Republicans, under way, to release that explosive House Intelligence memo on the Russia investigation. […] Now, here's a sampling of what GOP congressmen are saying about that still-secret document. […] PERRY: You think about, is this happening in America or is this the KGB. That's how alarming it is." [Fox News, Ingraham Angle, 1/22/17]

## Perry Said He Believed President Obama "Enables And Encourages" Terrorism

### December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security"

**December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security."** "You realize there is actually a memo signed by Jeh Johnson that says that this was actually the policy not to look at their social media, then you wonder if the existential threat is just ISIS or Islamists, or is it also an administration that for political narrative puts policy and political correctness above the national security of the nation." [Fox News, On The Record With Greta Van Susteren, 12/14/15]

### February 2015: Perry Said He Believed President Obama's Rhetoric "Enables And Encourages" Terrorism



**February 2015: Perry Said He Believed President Obama Rhetoric "Enables And Encourages" Terrorism.** "COSTELLO: Ok. So in the past along those lines you suggested that Mr. Obama is actually collaborating with Islamic state militants. Are you suggesting the President is a traitor? PERRY: Absolutely not. […] Where you talk about al Qaeda being on the run and being ineffective anymore when we see this march of radical Islam going around the globe… that's what we're talking about where the rhetoric that the president engages actually kind of incites some of this stuff and enables and encourages it. COSTELLO: So you're saying by these actions in a way, in an indirect way the President is collaborating with the enemy. PERRY: What we're saying is that he seems to be disregarding what most Americans see right in front of them. And we don't understand that. We're frustrated by it." [CNN, CNN Newsroom, 2/18/15]

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS**

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS.** "CAVUTO: Is this [beheading of Steven Sotloff] an act of war, Congressman? […] PERRY: […] Well, the president might not recognize it as such, but I would say the Islamic State and these kind of insurgents worldwide have declared war on the United States some time ago, and as we would say in the army to the president, it`s time to get in the war." [Fox News, Your World With Neil Cavuto, 9/2/14]

**2014: Perry Said The "Radical Environmentalist Left" Was Responsible For The Country's Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas Or The Keystone Pipeline**

**July 2014: Perry Said That The "Radical Environmentalist Left" Was Responsible For Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas And Construction Of Keystone Pipeline.** "PAYNE: What do you make of the idea that today, when the President spoke, he took Europe to task, without acknowledging that, hey, we could actually free them so that they can make these independent decisions? […] What is stopping this message from reaching the White House? PERRY: What is stopping […] this message is the radical environmentalist left. They refuse to acknowledge the importance of LNG and exporting LNG. They absolutely refuse to acknowledge the importance of Keystone pipeline […] And the president is so wed to that radical left-wing base that he simply just can`t utter the words." [Fox News, Your World With Neil Cavuto, 7/18/14]

**2014: Perry Said He Believed Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports**

**2014: Perry Said He Believed A U.S. Veteran Was Being Held In A Mexican Prison For Symbolic Political Purposes And Demurred When Asked If The U.S. House Of Representatives Should Act**

**May 2014: Perry Said He Believed Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports.** "CAVUTO: Do you think it's possible there's anything unusual about this Marine […] that could justify this guy sitting in his cell? PERRY: […] Maybe the situation is the Mexican government has said, look, America, you sent 2,000 weapons into our country, and you`re complaining about this guy coming in with three. No one has been held accountable on your side for 2,000. What are you complaining about?" [Fox News, Your World With Neil Cavuto, 5/22/14]

**July 2014: Perry Said "It's More The Position Of The Senate" To Demand The Release Of An Iraqi War Veteran Imprisoned In Mexico.** "CAVUTO: Do you think it is going to get to the point in Congress where you guys do start demanding a pound of flesh for this and saying, if you're going to keep acting like this, we're going to stop trading with you, […] we're going to stop giving aid, et cetera? Where are we there? PERRY: […] The problem is, is that it's really not the position of the House of Representatives proper to do that. It's more the position of the Senate." [Fox News, Your World With Neil Cavuto, 7/10/14]



**July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran**

**July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners Like "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran.** "CAVUTO: What are the odds of […] getting him out of there? PERRY: Boy, it's a Mexican jail. If America treated its prisoners like Mexico does, we would probably have half the crime." [Fox News, Your World With Neil Cavuto, 7/10/14]

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country**

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country.** [3:00] "Last night. Just so disappointing. You've heard of the city of Flint, Michigan. Terrible tragedy with their water situation over there, right. Is it a failure of anybody in your county what happened in Flint, Michigan? No, it is not, right? It's the failure of the system and the people in it, right, at the EPA and in the city of Flint, Michigan that mismanaged their water system. Unfortunately, there's not gonna be any accountability, right. They wanted me to vote for a $170 million dollars of you payin' for tax dollars. We got problems here of our own. We'll be accountable for our problems, but don't make us be accountable for their problems. We're done with that." [Scott Perry For Congress, Facebook, 9/29/16]

**Perry: "I'm A Proud Deplorable"**

**Perry: "I'm A Proud Deplorable."** [6:42] "I'm a proud deplorable. Proud to be a deplorable." [Scott Perry For Congress, Facebook, 9/29/16]

## Audio

**Perry Appeared At Least 7 Times On The Radio Show Of Frank Gaffney, Who The Southern Poverty Law Center Called "One Of America's Most Notorious Islamophobes"**

**Frank Gaffney Was A Notorious Islamophobe And Conspiracy Theorist, And Praised Perry**

**Local Columnist: Gaffney "A Paranoid Loon And Peddler Of Strange Conspiracy Theories" Who Pointed Out That Perry Has Been Criticized For Spreading Conspiracy Theories.** "Perry mentioned the theory on a radio show hosted by Frank Gaffney, who bills himself as a national security expert and who others bill as a paranoid loon and peddler of strange conspiracy theories. It was kind of hard to follow, and didn't make a lot of sense, but hey, transcripts of Gaffney's shows read like the kind of stream-of-consciousness word salads that we've come to expect from people who peddle their wares in a world that seemingly has no connection to one in which the sky is blue. (During one show, Gaffney mentions that Perry has been attacked for spreading conspiracy theories and thanks the congressman for 'standing up to this kind of, well, character assignation.'" [Mike Argento, York Daily Record, 8/1/18]

**Southern Poverty Law Center: Gaffney "One Of America's Most Notorious Islamophobes."** "Once a respectable Washington insider, Frank Gaffney Jr. is now one of America's most notorious Islamophobes. Gripped by paranoid fantasies about Muslims destroying the West from within, Gaffney believes that 'creeping Shariah,' or Islamic religious law, is a dire threat to American democracy. In 1988, he founded the neoconservative turned anti-Muslim think tank Center for Security Policy.  He favors congressional hearings to unmask subversive Muslim conspiracies, and was even banned from far-right Conservative Political Action Conference events after accusing two of its organizers of being agents of the Muslim Brotherhood." [SPLC, accessed 9/18/18]



**Gaffney: Perry Has "Uncommon Intelligence, A Wealth Of Experience, And Innate Leadership Skills."**
"This is Frank Gaffney, your host and guide for what I think of as an intelligence briefing for the war on the free world. There is a man in congress who I have established has uncommon intelligence, a wealth of experience and innate leadership skills to bring them to bare for the country's well being. He is doing it these days on Capitol Hill representing the people of the fourth district of Pennsylvania. His name is representative Scott Perry, but he also goes by Brigadier General Scott Perry, United States Reserves. He has experienced a lot in time and combat in the kinetic and political kind and it's always a delight to have him with us." [Center For Security Policy, 6/19/17]

**[AUDIO] Gaffney: Perry "An Extraordinary Friend Of Mine."** [1:50; Center For Security Policy, 12/8/17]

**[AUDIO] Perry To Gaffney: "Thanks For What You Do."** [2:00, Segment 1; Center For Security Policy, 12/8/17]

---

**Perry Appeared On Gaffney's Radio Show At Least 7 Times**

---

- **May 11, 2016**: Perry appeared on Gaffney's show to discuss "Ramifications of moving Guantanamo detainees to the U.S., Vulnerability of the electric grid to EPA regulations, Should Ben Rhodes, Deputy National Security advisor, resign for lying about the Iran nuclear deal?"
- **July 26, 2016**: Perry appeared on Gaffney's show to discuss "the recent Islamist attack in France" and "Iran Deal updates."
- **November 4, 2016**: Perry appeared on Gaffney's show to discuss "Did Hillary's server create the largest security breach in State Department history?, Presidential Study Directive 11, North Korean and Iranian nuclear threats."
- **January 13, 2017**: Perry appeared on Gaffney's show to discuss defunding the UN, Israel-Palestine, and the Muslim Brotherhood.
- **July 19, 2017**: Perry appeared on Gaffney's show to discuss designating the Muslim Brotherhood as a terrorist organization, the NDAA, climate change, and gender reassignment surgeries for servicemembers.
- **October 16, 2017**: Perry appeared on Gaffney's show to discuss "Informal hearing on House IT Scandal, Why won't the House leadership hold a formal hearing or investigation?, Iranian backed militia's violent seizure of oil fields in Kurdish territory."
- **December 8, 2017**: Perry appeared on Gaffney's show to discuss "Implications of SPLC member serving as witness in Homeland Security hearing, Jim Jordan questions Director Wray regarding politicization of FBI, Peter Strzok's role in Clinton investigation, The Muslim Brotherhood and the downfall of Western civilization, The civil affairs mission in Africa, President Trump's Jerusalem embassy decision, The resignation of Rep. Trent Franks."

---

## Perry Appeared On A Panel Hosted By Gaffney, And Said That Obama Was Collaborating With ISIS

**HEADLINE: Scott Perry: Obama is working collaboratively with Islamic militants** [PennLive, 2/13/15]

**Perry, At A Panel Hosted By Gaffney, Said That Obama Was Collaborating With ISIS.** "U.S Rep. Scott Perry this week suggested that President Obama was collaborating with Islamic State militants. Perry, who serves on the House Foreign Affairs Committee and is oversight chairman of the Homeland Security Committee, was part of a roundtable discussion on jihadist militants when he offered his opinion on whether he would vote to authorize military force against the so-called Islamic State. Appearing on a panel discussion entitled 'Defeat Jihad Summit' hosted by Frank Gaffney, Perry, a Republican from the 4th congressional district, said he and the people of the United States were in a 'conundrum' as to whether support the president's request for military action. The panel of about 35 participants included Louisiana Gov. Bobby Jindal, former House Speaker Newt Gingrich and Sen. Ted Cruz." [PennLive, 2/13/15]



**Perry: Obama "Really Working Collaboratively With What I Would Say Is The Enemy Of Freedom And Individual Freedom And Liberty And Western Civilization And Modernity."** "Perry said he felt 'duty bound' to stop the 'growing scourge' of the Islamic State, but added he doesn't want to sanction the use of force by Obama. He said the president is 'really working collaboratively with what I would say is the enemy of freedom and individual freedom and liberty and Western civilization and modernity. And in that context, how do you vote to give this commander-in-chief the authority and power to take action when...you know in your heart that, if past performance is any indicator of future performance, that he won't, and that he actually might use it to further their cause and what seems to be his cause and just drag you as a complicitor in it.'" [PennLive, 2/13/15]

*NOTE: The above article contains a video of Perry's remarks.*

**After His Comments Were Reported On, Perry Said That "Of Course" Obama "Isn't Collaborating With Our Enemies."** "Rep. Scott Perry on Friday softened charges he made earlier in the week on President Obama, focusing the tenor of his criticism on what he said was the president's lack of leadership and not the earlier charge that the president was collaborating with Islamist militants. 'Many citizens, including fellow service members, are increasingly more frustrated and fearful about the effects of the President's lack of leadership,' said Perry, a Republican from Pennsylvania's 4th congressional district. 'Of course he isn't collaborating with our enemies; but by failing to offer a coherent strategy to confront this threat, he's emboldened those who seek to harm us.'" [PennLive, 2/13/15]

---

**December 2017: On Gaffney's Show, Perry Defended Rep. Trent Franks, Who Resigned After Asking His Staffer To Be His Surrogate, And Said What Franks Was Accused Of Was "Not Sexual Harassment"**

---

**12/8/17: HEADLINE: Trent Franks, Accused of Offering $5 Million to Aide for Surrogacy, Resigns.** [New York Times, 12/8/17]

**New York Times: Franks "Offered $5 Million To A Female Employee To Be A Surrogate… She And Another Female Employee Worried That The Lawmaker Wanted To Have Sex As A Means Of Impregnating Them."** "Representative Trent Franks announced Friday that he would resign from Congress immediately after accusations emerged that he had offered $5 million to a female employee to be a surrogate mother for his children, and that she and another female employee worried that the lawmaker wanted to have sex as a means of impregnating them." [New York Times, 12/8/17]

**[AUDIO] The Day Franks Resigned, Perry Appeared On Gaffney's Show And Defended Franks, Saying That What He Was Accused Of Was "Not Sexual Harassment" And That It Was A "Guilty Until Proven Innocent Environment."** [7:11, Segment 2] "Trent is a very, very knowledgeable and outspoken advocate of our national security and particularly things like our electricity grid. He's a well-renowned expert on the grid and the electro-magnetic pulse threat that we face as well as our anti-missile defense shield. He is a salt of the earth guy, he would never hurt a flea, and I was just so crestfallen to hear the news. And I will tell you certainly I don't know the facts. But I would say, you know, what he's been accused of, is not sexual harassment, and I wish that he would stand and fight as opposed to walk away. But in this climate, I understand it's easy to say when you're not involved in it that it's a very, it's a guilty until proven innocent environment based on any accusation. He's gonna be a huge loss to the Congress and to the American people and to the people of Arizona."  [Center For Security Policy, 12/8/17]

---

**Perry Appeared On Gaffney's Show To Criticize The SPLC And Black Lives Matter**

---

**[AUDIO] Perry Said That The SPLC Was "Very Biased" For Listing Gaffney As A Hate Figure, And Said That Black Lives Matter Should Be Considered A Hate Group.** Perry: [4:00, Segment 1] "The Southern Poverty Law Center has a very biased opinion in determining who are hate organizations, which individuals are



involved in hate speech, and I think their criteria is the opinion of the Southern Poverty Law Center. That's the criteria. Such people like Frank Gaffney, but the Family Research Council, Ben Carson, individuals and organizations, Ayaan Hirsi Ali, end up as people regarded as haters, so to speak and on their hate map. Meanwhile, groups like Antifa or Black Lives Matter etcetera, those individuals or groups or individuals associated with those groups aren't included. […; the SPLC is] interested in silencing and banishing from society individuals who disagree with their view." [Center For Security Policy, 12/8/17]

## Perry Said On Gaffney's Show That The U.S. Should Defund The U.N.

**Perry Said On Gaffney's Show That The U.S. Should Defund The U.N.** "So, you know, we took action to condemn the administration for its failure to veto that and I think you are going to see more—I think you are going to see a bill shortly, and a companion in the House, to defund the 22% of the United Nations that American taxpayers pay for, until such time as that resolution is rescinded, and I am going to be a full supporter of that. And I think you are going to see more of those types of things." [Center For Security Policy, 1/13/17]

## Perry Repeatedly Accused President Obama And Democrats Of Boosting The Muslim Brotherhood

**[AUDIO] Perry Claimed That A Democratic Witness At A Congressional Hearing Was A Member Of The Muslim Brotherhood.** [0:33, Segment 2] GAFFNEY: In the Africa subcommittee, I was struck again by one of the witnesses in the latter, a fellow by the name of Saed Saed, a figure in an organization called the Islamic Society of North America. One that has been identified by the Justice Department as a Muslim Brotherhood front organization. Again, it's a question of legitimizing organizations like that that's worrying, I gather that was another Democratic witness, but tell us about these hearings, if you would, and the advisability of taking testimony from the Muslim Brotherhood. PERRY: Well that of course, let's start with the Muslim Brotherhood, an organization started specifically for the furtherance of Islamism and the downfall of western civilization at their hand and of course the Muslim Brotherhood is the instrument by which it's supposed to occur. Of course, as you know, Frank, many countries around the globe have listed them as a terrorist organization, and the United States much to my dismay has not yet, but it is troubling when your own Justice Department is very concerned about them and lists them as so and investigates them as terrorist organizations and front groups, then these individuals are testifying on their behalf in front of Congress. That's very troubling indeed. But again it is a Democrat witness, so that should inform your listeners as well." [Center For Security Policy, 12/8/17]

**Perry: The Obama Administration Supported Organizations And Individuals "That Wish To Subvert The United States Government And Our Freedoms."** "I think you would agree, and most people would agree if they look at the facts—there has been a turning of the head by the current administration, by the Obama administration, to organizations and individuals tied to those organizations that wish to subvert the United States government and our freedoms. And that can be found quite easily in what I know you are very familiar with, The Holy Land Foundation investigation files and the evidence gleaned from that which shows that these individuals and organizations—including the Muslim Brotherhood, including the Council on American Islamic Relations and others, operating in and around America—they have a different plan in mind, shall we say, for America, and we want to point out these things because, look, we have finite resources and while we are seeing people being blown up and murdered around the world—and now, in many cases as you know, sadly it has come to America—and where people are searching for answers, many of us say 'our resources are stretched thin, and the answer is right in front of us,' and we can't really abide an administration that has taken an oath to uphold and defend the constitution, among other things, to look the other way when we have individuals tied to organizations that seek to do exactly the opposite." [Center For Security Policy, 1/13/17]

**[AUDIO] Perry Accused Obama Of Changing U.S. Policy To Work With The Muslim Brotherhood.** [5:37, Segment 1] Perry: "The United States, under Obama, by the written word, in a classified document that you can find some information on open source, presidential directive 11, which changes our policy in the United States to one of stability in the Middle East, well we deal with people that we don't like and don't necessarily agree with for the sake of stability and security for the United States and the greater western free world, we would deal with these



people. The president, President Obama, changed that policy to one of working with organizations and individuals within those countries to overthrow those governments, and what's more breathtaking in that is that the organization of choice is the Muslim Brotherhood, Frank, and I would remind you that Egypt just upheld a life sentence for the Muslim Brotherhood leader in that country. […] And that's who we chose to work with. [Center for Security Policy, 11/4/16]

**[AUDIO] Perry Agreed With Gaffney That Americans Should Be Concerned That Huma Abedin Has Ties To The Muslim Brotherhood.** [7:30] After Gaffney stated that Huma Abedin had ties to the Muslim Brotherhood and asked if Americans should be concerned, Perry repeatedly said "absolutely." [Center for Security Policy, 11/4/16]

## Perry Touted Various Other Conspiracy Theories On Gaffney's Show

**Local Columnist: Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like."** "Which brings us to our own congressman, the estimable U.S. Rep. Scott Perry. When we last checked, he was talking about how ISIS might have been responsible for the mass shooting at a country music festival in Las Vegas and that Hillary Clinton, and not Donald Trump, was in cahoots with the Russians and that Barack Obama had aided and abetted Islamic terrorists and that.. well, you get the idea.  The man hasn't seen a conspiracy theory that he doesn't like, so long as it involves the Clintons or Obama or any Democrat, I suppose. [Mike Argento, York Daily Record, 8/1/18]

**COLUMN: U.S. Rep. Scott Perry dabbles in conspiracy theories in the Russia investigation** [Mike Argento, York Daily Record, 8/1/18]

**Local Columnist: Perry Appeared On Gaffney's Radio Show To Peddle An Anti-Hillary Clinton Conspiracy Theory.** "In the past year, he has put forth the theory that Hillary Clinton – sorry, Crooked Hillary – sold out American interests to the Russians in the development of a tech-center billed as the Russian Silicon Valley. There doesn't seem to be much to it, and it's kind of hard to follow (part of it has to do with her husband giving a speech in Russia and being paid an obscene amount of money), but that's the beauty of conspiracy theories. The more complicated and oblique and outrageous they are, the more credibility they are afforded.  This one has to do with American tech companies investing in the Russian project and that Clinton might have had something to do with it, which is all the proof you need. Mentioning Crooked Hillary in any conspiracy theory is gold – no need to elaborate because just know that whatever it was she was involved with, it's shady." [Mike Argento, York Daily Record, 8/1/18]

## Perry Criticized The FBI On Gaffney's Show

**[AUDIO] Perry: "The FBI Is No Longer The Pillar Of Justice And Righteousness."** [6:17, Segment 1] "The biggest problem is that there are a bunch of holdovers from the previous administration but it sure has the appearance that the pillar of justice and righteousness that many of us believed it would be operating impartially within our society to make sure they investigate crimes, it now it looks more like it's – that we absolutely need it to be, it appears that under the last administration it became more of a secret police that no longer investigated crimes, it investigated individuals. And that's what I think the bigger picture is, that's what is laid bare." [Center For Security Policy, 12/8/17]

## Perry Co-Sponsored A Resolution To Impeach Rod Rosenstein

**Perry Was Part Of A Group Of Freedom Caucus Lawmakers Who Introduced A Resolution To Impeach Rod Rosenstein.** "U.S. Rep. Scott Perry is one of the Republicans pushing for the impeachment of Deputy Attorney General Rod Rosenstein, according to CBS News. The Washington Post described the move as 'a dramatic escalation in the battle over the special counsel investigation into Russian interference in the 2016 election.' Perry is one of 11 lawmakers who filed the resolution for impeachment. All 11 lawmakers are members of the conservative House Freedom Caucus, according to the Washington Post." [York Daily Record, 7/26/18]



## Images



[Scott Perry, Congressional Biography, accessed 9/18/19]



[Scott Perry Campaign Website, Accessed 9/18/19]



[Politics PA, 4/25/12]



# Personal & Professional History

## Biography

### Significant Findings

✓ *Perry was born in May 1962 in San Diego, California.*

✓ *Perry got his undergraduate degree from Pennsylvania State University, Harrisburg, in 1991.*

✓ *Perry served in the Pennsylvania National Guard from 1980 to March 2019.*

✓ *Perry started a mechanical contracting business in 1993.*

✓ *Perry worked for Pennsylvania State Rep. Keith Gillespie's 2002 campaign.*

✓ *Perry was president of the Pennsylvania Young Republicans.*

✓ *Perry served on the York County Republican Party's executive committee in 2006.*

✓ *Perry served as the chairman of the Carroll Township Planning Commission and as a member of the township Source Water Protection Committee in 2006.*

✓ *Perry served in the Pennsylvania State House from 2007 to 2012.*

✓ *Perry spent the second half of his first term in the Pennsylvania House deployed in Iraq.*

### Birth Date

**Born May 1962 in San Diego, California.**

### Early Life

**Perry Claimed That He Grew Up Without Electricity Or Indoor Plumbing.** "Perry, 56, has revealed more about his background than ever before during this campaign, often opening debates and even running an advertisement with anecdotes about growing up in a home without electricity or indoor plumbing, and eating food that others were throwing out." [Patriot News, 11/4/18]

**Perry Claimed That He Grew Up Eating "Food That Others Were Throwing Out."** "Perry, 56, has revealed more about his background than ever before during this campaign, often opening debates and even running an advertisement with anecdotes about growing up in a home without electricity or indoor plumbing, and eating food that others were throwing out." [Patriot News, 11/4/18]

**Perry's Mother Worked For A Wholesale Food Company And Brought Home Expired Foods For The Family To Eat.** "When his mother lost her airline job, she took work for a wholesale food company and brought home expired foods that could no longer be sold publicly for her kids to eat. Things would improve over time. The home was wired and connected to the power grid, and a well and septic tank were added to provide modern plumbing." [Patriot News, 11/4/18]

**Perry First Lived In Harrisburg And Then Carrol Township Upon Moving To Pennsylvania.** "The Perry family, a single mom and her two kids, landed first in Harrisburg, on Berryhill Street. Shortly thereafter, they



moved to Chestnut Grove Road in Carroll Township, the home where Scott Perry grew up and — in this campaign — he has recalled a period of grinding poverty." [Patriot News, 11/4/18]

**Perry's Mother Remarried To A "Chronically Unemployed" Man Not Unlike His Father.** "His mom eventually remarried to Daniel Chimel, a pilot and air traffic controller by profession. But the new relationship, in Perry's recollection, wasn't that much better than the one Cecile left in California. As Scott Perry recalls it, Chimel, who died in 2015, had his own troubles keeping jobs. 'He was chronically unemployed, and my Mom worked a lot, so there was lots of fighting over paying the bills and not working, and that kind of stuff,' Perry recalled." [Patriot News, 11/4/18]

**Perry Received An Auto Mechanics Certification And Worked At A Local Service Station Before Joining The National Guard.** "Perry graduated from Northern High School and Cumberland-Perry Vocational/Technical School with an auto mechanics certification and was working at a local service station when a chance conversation with a girlfriend's father got him into the National Guard." [Patriot News, 11/4/18]

**Perry After College Was The State Chair Of The Young Republicans Organization.** "Working under the mentorship of longtime York GOP Chairman John Thompson, he gravitated to the Young Republicans organization, eventually becoming state chair of that organization." [Patriot News, 11/4/18]

**Perry Was On Government Assistance As A Child.** "It didn't have running water or electricity. He bathed in a steel tub on the porch, and his family's meals were often made up of the scraps others threw away. 'I was on assistance growing up,' Perry said, 'and I don't think a lot of people realize that. I worked to be self-sufficient because that was something important to me.'" [York Daily Record, 10/21/18]

**Perry Got Married In 2008.** "He's running for re-election and plans to get married on Sept. 13. And if that weren't enough, state Rep. Scott Perry, R-Dillsburg, learned about a week ago that he will soon deploy to Iraq as a Black Hawk helicopter pilot with the Pennsylvania Army National Guard." [York Dispatch, 8/25/08]

## Education

**Perry Has A Master's Degree In Strategic Studies From The US Army War College.** [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Attended The Pennsylvania State University, Harrisburg, And Graduated In 1991.** [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Got His Undergraduate Degree In Business Administration Management.** [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Attended Northern High School In Dillsburg And Graduated In 1980.** [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Attended The Cumberland-Perry Vo-Tech School.** [Congressman Scott Perry House Bio, Accessed 7/18/19]

## Career

The following provides a brief overview of Perry's professional career:

Political
- **2019 - Present: U.S. Representative from Pennsylvania's 10th Congressional District**
- **2013 - 2019: U.S. Representative from Pennsylvania's 4th Congressional District**



- **2006 - 2012: Representative, Pennsylvania House of Representatives**
- **? – 2006: Chair, Planning Commission, Carroll Township**

**Professional**
- **2005 - Present: Aviation Safety Officer, Joint Command, State Aviation Office**
- **1993 - 2006: Founder, Hydrotech Mechanical Services**
- **1980 - Present: Lieutenant, Pennsylvania Army National Guard**

## Hydrotech Mechanical Services

**Perry Faced Felony Charges of Conspiring To Falsify State-Mandated Sewage Records And Took A Plea Deal To Avoid Conviction**

**Post-Gazette: In 2002, Perry Faced Felony Charges Of Conspiracy To Falsify State-Mandated Sewage Records For His Business, Hydrotech Mechanical Services, Inc.** "Rep. Scott Perry, R-York, faced felony charges in 2002 of conspiring to falsify state-mandated sewage records related to a business he co-owns, Hydrotech Mechanical Services Inc. He avoided a conviction and completed the state's Accelerated Rehabilitative Disposition program that is designed for first-time, nonviolent defendants. Mr. Perry, who maintains his innocence, called it a 'last-minute, at-the-courtroom deal that was never supposed to happen, but it did.'" [Pittsburgh Post-Gazette, 11/14/10]

**The Pennsylvania Department of Environmental Protection Brought The Case Against Perry After His Company Worked For A Company That Illegally Dumped Sewage Near Stony Run Creek In Monaghan Township.** "In 2003, Perry was accused by the state Department of Environmental Protection of doctoring discharge monitoring reports. Hydrotech was doing work for the Memphord Estates Sewage Treatment Company, which was charged with illegally dumping sludge on the bank of Stony Run Creek in Monaghan Township." [Evening Sun, 1/2/06]

**Perry Maintained His Innocence, Calling The Deal A "Last-Minute, At-The-Courtroom Deal That Was Never Supposed To Happen."** "Mr. Perry, who maintains his innocence, called it a 'last-minute, at-the-courtroom deal that was never supposed to happen, but it did.'" [Pittsburgh Post-Gazette, 11/14/10]

**Perry Claimed His Company Brought The Issue To The Attention Of The Department Of Environmental Protection, And "Tried To Do The Right Thing."** "Perry said he still feels his company got a bad rap, because they brought the problem to the attention of the DEP in the first place. 'We tried to do the right thing,' he said." [Pittsburgh Post-Gazette, 11/14/10]

**Perry Completed An Accelerated Rehabilitative Disposition Program For First-Time, Non-Violent Offenders To Avoid Conviction.** "He avoided a conviction and completed the state's Accelerated Rehabilitative Disposition program that is designed for first-time, nonviolent defendants." [Pittsburgh Post-Gazette, 11/14/10]

> **When He Admitted His Participation And Entered A Diversion Program, A Judge Told Perry His Record Would Be Cleared After 12 Months.** "Perry admitted his participation in doctoring the reports at a Common Pleas Court hearing and was placed in the Accelerated Rehabilitative Disposition probationary program for first-time nonviolent offenders. The judge told him that his record could be cleared at the end of 12 months if he committed no further crimes, which court records indicate is what happened." [Evening Sun, 1/2/06]

> **Perry And His Company Paid A $5,000 Fine After He Entered A No-Contest Plea.** "The state charged that Perry, as secretary-treasurer of Hydrotech Mechanical Services, and the two other men sent altered reports to the Department of Environmental Protection about discharge of chlorine and the levels of acidity in water being discharged into Stony Run from the Mesco plant. In November 2003, a York County judge fined Perry and



Hydrotech $5,000 after he entered a no-contest plea to the charges, meaning he didn't admit to wrongdoing but acknowledged he would likely be found guilty if the case went to trial. Perry was placed on the Accelerated Rehabilitative Disposition program for a year." [Patriot News, 3/24/06]

**Perry Said His Behavior Was "Cavalier" But Not Criminal.** "Perry insists his only mistake was to become involved in an operation that wasn't being run correctly and perhaps being slow to realize it. 'Nobody really thought about it. We didn't know what [the plant owner's] responsibilities were. We just showed up and turned the valves and that kind of stuff,' Perry said. 'Is it cavalier? Yes. But it's not like this was some big industrial operation.'" [Patriot News, 4/29/12]

## Hydrotech Mechanical Services Was Repeatedly Subject To Liens

**2004: Hydrotech Mechanical Services Was Subject To A $6,045.59 Federal Tax Lien.** The case United States of America v. Hydrotech Mechanical Services Inc (#2004-NO-002545-35) was filed 8/4/04, and closed 9/7/04. The disposition was marked "satisfied." [York County Civil Court, accessed 9/6/18]

**2005: Hydrotech Mechanical Services Was Subject To A $507.52 State Tax Lien.** The case Comm of PA Dept of Revenue vs. Hydrotech Mechanical Services (#2005-NO-000020-34) was filed 1/4/05, and closed 4/20/05. The disposition was marked "satisfied." [York County Civil Court, accessed 9/6/18]

**2011: Hydrotech Mechanical Services Was Subject To A $336.90 State Tax Lien.** The case Comm of PA Dept of Revenue vs. Hydrotech Mechanical Services (#2011-NO-006827-34) was filed 10/24/11, and closed 5/4/12. The disposition was marked "satisfied." [York County Civil Court, accessed 9/6/18]

*Note: According to his Personal Financial Disclosures, Perry was affiliated with Hydrotech Mechanical Services until 2016. Business records obtained from the Pennsylvania Department of State show the business name was transferred to a different company in 2016.*

## Perry Said His Experience With Hydrotech Led Him To Believe The Preferential Contracting System Was "Rigged"

**Perry Said His Experience At Hydrotech Led Him To Believe That The Preferential Contracting System For Minority Businesses Was "Rigged."** "Perry says preferential contracting for disadvantaged business enterprises is 'a system that is rigged in too many cases on the side of people who aren't using the program for what its intended purpose is.' At the Oct. 22 markup of the surface transportation authorization bill, Perry proposed putting a five-year limit on how long a minority-owned or woman-owned firm can remain eligible for preferential treatment. He later withdrew his amendment amid resistance from panel Democrats." " [Congressional Quarterly Magazine, 11/19/15]

**Perry Said That Hydrotech Subcontracted In DC In Order To Meet The Women And Minority Owned Business Preference.** "Pennsylvania Republican Rep. Scott Perry says his own experience in contracting has made him all too familiar with abuses of preferences for minority businesses in public sector contracting. Perry's family firm, Hydrotech Mechanical Services, does construction and maintenance for municipal and investor-owned utilities. Several years ago, it was bidding on a job for the District of Columbia Water and Sewer Authority. Perry's firm wasn't registered in D.C. as a woman-owned business enterprise (WBE) or minority-owned business (MBE), so he sought a local subcontractor to meet the city's minority participation requirement. The head of the MBE with whom Perry met told him that his firm wouldn't do any actual work. 'I'm just going to be your representative for your minority involvement. And you're going to pay me for that amount of the contract,' Perry says the MBE executive told him." [Congressional Quarterly Magazine, 11/19/15]

**Perry Said He Did Not Think His Business Benefited From Minority Contracts Despite The Fact That His Mother, Who Was Hispanic, Owned A 51 Percent In Hydrotech.** "Perry's mother, who is Hispanic,



owns 51 percent of Hydrotech Mechanical Services. But, he says, the company has never filed for any of the state or federal requirements to be considered disadvantaged. Did Perry's firm get any contracts because it was considered to be owned by a woman or a minority? 'I don't think we ever got any. Maybe we did, I don't know,' Perry says. 'If we did [benefit], it was obliquely.... It's not like we tried to. And if I was benefiting, and benefiting so greatly, why would I be the one that wants to change anything? Because it's the right thing to do is the answer.'" [Congressional Quarterly Magazine, 11/19/15]

**Perry's Mother Was The President Of His Company.** "Well, absolutely, I will tell you my mom had taught me how to treat a lady. I don't have to join a caucus to do that. I have two little girls. Of course, my mom was the president of our company and my wife is a career woman. This is actually fairly simple. One standard for everybody. You do the work, you get paid the wage." [Congressional Debate, 10/19/18]

## Military Career

### Perry Served In The Military For Almost 40 Years

**Perry Served In The Military For Almost 40 Years.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]

### Perry Began His Military Career In 1980

**Perry Began His Military Career In 1980.** "Scott began his military career in 1980. He attended basic training at Fort Dix, NJ, and graduated Advanced Individual Training at Fort Belvoir, VA, as a technical drafting specialist. He graduated as the president of his Officer Candidate School class, and was commissioned a Second Lieutenant in the Field Artillery branch. He soon branch-transferred to Army Aviation, where he earned qualifications in almost every rotary-wing aircraft in the Army inventory (Huey, Cayuse, Kiowa, Cobra, Chinook, Apache and Blackhawk), and the Instructor Pilot rating." [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Attended Basic Training At Fort Dix, NJ, And Graduated Advanced Individual Training At Fort Belvoir, VA, As A Technical Drafting Specialist.** "Scott began his military career in 1980. He attended basic training at Fort Dix, NJ, and graduated Advanced Individual Training at Fort Belvoir, VA, as a technical drafting specialist. He graduated as the president of his Officer Candidate School class, and was commissioned a Second Lieutenant in the Field Artillery branch. He soon branch-transferred to Army Aviation, where he earned qualifications in almost every rotary-wing aircraft in the Army inventory (Huey, Cayuse, Kiowa, Cobra, Chinook, Apache and Blackhawk), and the Instructor Pilot rating." [Congressman Scott Perry House Bio, Accessed 7/18/19]

### Perry Graduated As The President Of His Officer Candidate School Class, And Was Commissioned A Second Lieutenant In The Field Artillery Branch

**Perry Graduated As The President Of His Officer Candidate School Class, And Was Commissioned A Second Lieutenant In The Field Artillery Branch.** "Scott began his military career in 1980. He attended basic training at Fort Dix, NJ, and graduated Advanced Individual Training at Fort Belvoir, VA, as a technical drafting specialist. He graduated as the president of his Officer Candidate School class, and was commissioned a Second Lieutenant in the Field Artillery branch. He soon branch-transferred to Army Aviation, where he earned



qualifications in almost every rotary-wing aircraft in the Army inventory (Huey, Cayuse, Kiowa, Cobra, Chinook, Apache and Blackhawk), and the Instructor Pilot rating." [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Had Qualifications In Almost Every Rotary-Wing Aircraft In The Army Inventory (Huey, Cayuse, Kiowa, Cobra, Chinook, Apache And Blackhawk), And The Instructor Pilot Rating.** "Scott began his military career in 1980. He attended basic training at Fort Dix, NJ, and graduated Advanced Individual Training at Fort Belvoir, VA, as a technical drafting specialist. He graduated as the president of his Officer Candidate School class, and was commissioned a Second Lieutenant in the Field Artillery branch. He soon branch-transferred to Army Aviation, where he earned qualifications in almost every rotary-wing aircraft in the Army inventory (Huey, Cayuse, Kiowa, Cobra, Chinook, Apache and Blackhawk), and the Instructor Pilot rating." [Congressman Scott Perry House Bio, Accessed 7/18/19]

---

**Perry Commanded At The Company, Battalion And Brigade Levels; Commanded The 2-104th General Support Aviation Battalion, Which Deployed To Iraq From 2009-2010, And Flew 44 Combat Missions.**

---

**Perry Commanded At The Company, Battalion And Brigade Levels; Notably, Lieutenant Colonel Perry Commanded The 2-104th General Support Aviation Battalion, Which Deployed To Iraq From 2009-2010, And During Which He Flew 44 Combat Missions.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]

**While On His 2009 To 2010 Tour In Iraq, Perry Served As The "Chief Cook And Bottle Washer" For The 2-104th General Support Aviation Battalion.** "State Rep. Scott Perry, R-Dillsburg, still has some 'clean-up' work to do with the Pennsylvania Army National Guard, but he'll be back in action among his fellow Pennsylvania legislators Feb. 1. Perry, a lieutenant colonel, returned to the area days ago after a year-long deployment to Iraq, where he oversaw 650 to 850 soldiers in the southern part of the country. As the 'chief cook and bottle washer' for the 2-104th General Support Aviation Battalion, Perry kept his troops fed, made sure 47 aircraft were fixed and ready to fly and saw that a variety of missions -- assault, reconnaissance, medevac, transport and others -- were carried out completely." [York Dispatch, 1/26/10]

---

**2011: Perry Was Promoted To The Rank Of Colonel, And Became Commander Of The Fort Indiantown Gap National Training Site**

---

**2011: Perry Was Promoted To The Rank Of Colonel, And Became Commander Of The Fort Indiantown Gap National Training Site.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]



**2014: Perry Was Selected For Promotion To The Rank Of Brigadier General, And Served As The Assistant Division Commander Of The 28th Infantry Division – The Army's Oldest, Actively-Serving Division**

**2014: Perry Was Selected For Promotion To The Rank Of Brigadier General, And Served As The Assistant Division Commander Of The 28th Infantry Division – The Army's Oldest, Actively-Serving Division.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]

**2019: After Serving In His Final Military Position As Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry Retired In March**

**2019: After Serving In His Final Military Position As Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry Retired In March 2019, After Nearly 40 Years In Uniform.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]

**Perry Went On Two Tours Of Duty In The Middle East**

**2003: Perry Was On Active Duty In The PA National Guard And Did A Tour In The Middle East.** "Perry, on active duty in the Pennsylvania National Guard and scheduled to return soon to the Middle East, was placed on the Accelerated Rehabilitative Disposition program for 12 months but is not required to report to a probation officer. Coble, who pleaded guilty to violating the state's clean streams laws, was placed on two years' probation and ordered to compete 50 hours of community service. None of the three men were available for comment." [Patriot News, 12/23/03]

**Perry Commanded At The Company, Battalion And Brigade Levels; Notably, Lieutenant Colonel Perry Commanded The 2-104th General Support Aviation Battalion, Which Deployed To Iraq From 2009-2010, And During Which He Flew 44 Combat Missions.** "Scott commanded at the company, battalion and brigade levels; notably, Lieutenant Colonel Perry commanded the 2-104th General Support Aviation Battalion, which deployed to Iraq from 2009-2010, and during which he flew 44 combat missions. In 2011, he was promoted to the rank of Colonel, and became Commander of the Fort Indiantown Gap National Training Site. Scott was selected for promotion to the rank of Brigadier General in 2014, and was honored to serve as the Assistant Division Commander of the 28th Infantry Division – the Army's oldest, actively-serving Division. After serving in his final military position as Assistant Adjutant General, Joint Forces Headquarters, Pennsylvania National Guard, Perry retired on 1 March 2019, after nearly 40 years in uniform. Scott is a graduate of the US Army War College, where he earned a Master's Degree in Strategic Studies." [Congressman Scott Perry House Bio, Accessed 7/18/19]



## Criminal Record

### Perry Had Two Traffic Violations

**September 2017: Perry Was Charged With Driving Without A Signed Registration Card, Plead Guilty, And Paid A Fine Of $104.** [Unified Judicial System of Pennsylvania WebPortal, accessed 6/11/18]

**June 2016: Perry Was Charged With Exceeding Max Speed Limit Established By 5 MPH, Plead Guilty, And Paid A Fine Of $138.50.** [Unified Judicial System of Pennsylvania WebPortal, accessed 6/11/18]

## Bankruptcy Filings

**Perry had no bankruptcy filings.**

## Voter Registration & History

**Scott Perry Was Registered In Dillsburg, Pennsylvania.** [Perry profile, Votebuilder, accessed 9/6/19]

According to Votebuilder, Perry's voting history is depicted below:

| Perry Voting History | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **General** | **Primary** | **Muni Primary** | **Muni Runoff** | **Municipal** | **Pres Primary** | **Special** | **Special Primary** |
| **2019** | | M-R | | | | | | |
| **2018** | P | P-R | | | | | | |
| **2017** | | P-R | | | | | | |
| **2016** | P | M-R | | | | | | |
| **2015** | M | M-R | | | | | | |
| **2014** | P | P-R | | | | | | |
| **2013** | M | M-R | | | | | | |
| **2012** | P | P-R | | | | | | |
| **2011** | Y | | | | | | | |
| **2010** | P | P-R | | | | | | |
| **2009** | M | | | | | | | |
| **2008** | M | Y-R | | | | | | |
| **2007** | Y | Y-R | | | | | | |
| **2006** | P | P-R | | | | | | |
| **2005** | | | Y-R | | P | | | |
| **2004** | Y | Y-R | | | | | | |
| **2003** | | | Y-R | | | | | |
| **2002** | Y | Y-R | | | | | | |
| **2001** | | | Y-R | | Y | | | |
| **2000** | Y | Y-R | | | | | | |
| **1999** | | | Y-R | | Y | | | |
| **1998** | Y | Y-R | | | | | | |

[Perry profile, Votebuilder, accessed 9/6/19]





## Personal Finance

**In 2017, Perry had an estimated net worth of between $1,079,997 and $-172,981.**

**According to Perry's federal personal financial disclosures, his 2017 annual unearned income was between $20,005 and $65,600. Perry also earned $174,000 in salary from the U.S. House of Representatives. Perry's assets totaled between $527,019 and $1,430,000. Perry had between $350,003 and $700,000 in liabilities.**

*NOTE: For detailed descriptions of Perry's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

### Perry's Federal Personal Financial Disclosure Summary

*NOTE: For detailed descriptions of Perry's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

| Perry PFD Toplines | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year** | **Earned Income** | **Asset Value** | | **Unearned Income** | | **Liabilities** | |
| | | **MIN** | **MAX** | **MIN** | **MAX** | **MIN** | **MAX** |
| **2017** | $17,363.70 | $527,019 | $1,430,000 | $20,005 | $65,600 | $350,003 | $700,000 |
| **2016** | $16,718 | $527,019 | $1,430,000 | $25,006 | $80,600 | $360,004 | $715,000 |
| **2015** | $14,397.84 | $528,020 | $1,445,000 | $25,006 | $80,600 | $375,005 | $765,000 |
| **2014** | $14,397.84 | $512,018 | $1,395,000 | $12,913 | $38,600 | $375,005 | $765,000 |
| **2013** | $15,597.66 | $528,020 | $1,445,000 | $10,215 | $33,400 | $375,005 | $765,000 |

[Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18; Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17; Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16; Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15; Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

### Taxpayer Funded Salaries

### 2007-2019: Perry Received $1,741,080 Million In Taxpayer-Funded Salary As An Elected Official

#### Perry Received $1.2 Million In Salary As A Member Of Congress

Since taking office, Perry earned $174,000 a year as a Congressional salary.

| Year | Congressional Salary |
|---|---|
| 2013 | $174,000 |
| 2014 | $174,000 |
| 2015 | $174,000 |
| 2016 | $174,000 |
| 2017 | $174,000 |
| 2018 | $174,000 |
| 2019 | $174,000 |
| **TOTAL** | **$1,218,000** |

[Congressional Research Service, 9/17/19]

**While In The Pennsylvania House, Perry's Goal Was To Create A "Legislative Board Of Oversight" So Private Citizens Would Set Legislator Pay**

**2006: Perry Claimed His Goal Was To Create A "Legislative Board Of Oversight" Made Up Of Private Citizens To Set Pay Levels For Legislators.** "Perry said as representative, he will work to create a Legislative Board of Oversight made up of private citizens empowered to set pay levels for all legislators. Board members also would regulate per diem payments, state cars and expense reimbursements." [York Dispatch, 11/8/06]

**Perry Received $523,080 In Salary From The Pennsylvania State House Of Representatives**

When Perry was in the Pennsylvania State House of Representatives, he earned $87,180 a year.

| Year | Pennsylvania House Salary |
|------|---------------------------|
| 2007 | $87,180 |
| 2008 | $87,180 |
| 2009 | $87,180 |
| 2010 | $87,180 |
| 2011 | $87,180 |
| 2012 | $87,180 |
| **TOTAL** | **$523,080** |

[Ballotpedia, accessed 9/17/19]

**Perry Has Earned A Total Of $1,741,080 In Taxpayer-Funded Salary Over His 12 Years In Office**

Over his 12 years in office, Perry had earned a total of $1,741,080 in taxpayer-funded salary. [Congressional Research Service, 9/17/19; Ballotpedia, accessed 9/17/19]

**Double Dipping: Since 2013, Perry Received An Average Of $14,637.80 In Pension Per Year From Pennsylvania**

**Perry Has Earned $71,989.20 From The Pennsylvania State Employee Retirement System Since 2013.**
According to Perry's federal financial disclosures, he received $14,397.84 in state retirement from the Pennsylvania State Employee Retirement System annually. Perry has been receiving state retirement annually since 2013. [Rep. Scott Perry Personal Financial Disclosure Reports, 2013-2018]

| Perry Pennsylvania Pension Payments (2013-2018) | | | |
|------|--------|------|--------|
| Year | Source | Type | Amount |
| 2017 | Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| 2016 | Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| 2015 | Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| 2014 | Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| 2013 | Pennsylvania State Employee Retirement System | State Retirement | $15,597.66 |
| | | **TOTAL** | **$73,189.02** |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

**If He Retired In 2020, Perry Would Receive $23,664 Per Year In Taxpayer Funded Federal Pension**

According to the Office of Personnel Management, a "Member of Congress or Congressional Employee (or any combination of the two) must have at least 5 years of service as a Member of Congress and/or Congressional Employee" to qualify for their retirement annuity.



The annual pension is calculated as "1.7% of your high-3 average salary multiplied by your years of service as a Member of Congress or Congressional Employee which do not exceed 20, PLUS 1% of your high-3 average salary multiplied by your years of other service." [Office of Personnel Management, accessed 7/18/17]

For Members who joined after 1991, the annual pension is calculated as:

$$\left[ \begin{array}{c} \text{High-3} \\ \text{Salary} \end{array} \ \text{x .017 x} \ \begin{array}{c} \text{Years of} \\ \text{Service} \\ \text{through 20} \end{array} \right] + \left[ \begin{array}{c} \text{High-3} \\ \text{Salary} \end{array} \ \text{x .01 x} \ \begin{array}{c} \text{Years of} \\ \text{Service} \\ \text{over 20} \end{array} \right] = \begin{array}{c} \text{Annual} \\ \text{Pension} \end{array}$$

[The Atlantic, 10/2/15; Congressional Research Service, 11/10/16]

For any current Member eligible for their pension, their High-3 would be $174,000, making the formula:

($174,000 x .017 x Years of Service (Max 20)) + ($174,000 x .01 x (Years of Service Over 20))] = Annual Pension

For Perry, his pension would be ($174,000 x .017 x 8), or $23,664

## Political Career

This section provides an overview of Perry's political career, from 2007 to 2019.

---

**Significant Findings**

✓ *Perry served on the York County Republican Party's executive committee in 2006.*

✓ *Perry served as the chairman of the Carroll Township Planning Commission and as a member of the township Source Water Protection Committee in 2006.*

✓ *Perry served in the Pennsylvania State House from 2007 to 2012.*

✓ *Perry spent the second half of his first term in the Pennsylvania House deployed in Iraq.*

✓ *2014: Perry voted for ending taxpayer funded car leases for congressional offices.*

✓ *Perry voted for blocking a bill to ensure that senior political appointees did not spend federal funds on private air travel.*

✓ *2016: Perry voted for cutting more than $190,000 from the Office of Congressional Ethics.*

---

## Partisanship

### Perry Voted With His Party 95.6% Of The Time

**Perry Voted With The Republican Party 95.6% Of The Time.** According to CQ, over his career, Perry has voted with other members of the Republican Caucus 95.6% of the time. [CQ Vote Studies, accessed 7/19/19]

| Party Unity | | |
|---|---|---|
| **Year** | **Support** | **Oppose** |
| 2018 | 91% | 9% |
| 2017 | 96% | 4% |
| 2016 | 99% | 1% |
| 2015 | 95% | 5% |
| 2014 | 96% | 4% |
| 2013 | 97% | 3% |
| **Lifetime Average** | **95.6%** | **4.3%** |

[CQ Vote Study, accessed 7/19/19]

### Speakership Votes

### Perry Voted For Boehner For Speaker Of The House

**2013: Perry's First Vote In Congress Was To Retain John Boehner As Speaker Of The House.** "He was one of dozens of new members sworn in after the U.S. House of Representatives convened around noon. In the first vote of the session, Perry voted to retain Ohio Rep. John Boehner as Speaker of the House. The top Republican has in recent days been criticized by members of his own party for his leadership on discussions such as the so-called "fiscal cliff," but no GOP challenger was put forth." [York Dispatch, 1/2/13]



**2015: Perry Voted To Elect Paul Ryan For Speaker Of The House In 2015.** [Election of the Speaker, Vote #581, 10/29/15]

**2017: Perry Voted To Re-Elect Paul Ryan For Speaker Of The House In 2017.** [Election of the Speaker, Vote #2, 1/3/17]

**2019: Perry Voted For Rep. Jim Jordan For Speaker Of The House In 2019.** [Election of the Speaker, Vote #2, 1/3/19]

## Attendance Record

| Perry Voting Attendance Record – GovTrack.US | | | | |
|---|---|---|---|---|
| **Time Period** | **Votes Eligible** | **Missed Votes** | **Percent** | **Percentile** |
| 2013 Jan-Mar | 89 | 2 | 2.2% | 55th |
| 2013 Apr-Jun | 215 | 1 | 0.5% | 24th |
| 2013 Jul-Sep | 200 | 0 | 0.0% | 0th |
| 2013 Oct-Dec | 137 | 2 | 1.5% | 43rd |
| 2014 Jan-Mar | 148 | 0 | 0.0% | 0th |
| 2014 Apr-Jun | 219 | 1 | 0.5% | 26th |
| 2014 Jul-Sep | 147 | 2 | 1.4% | 47th |
| 2014 Nov-Dec | 49 | 1 | 2.0% | 56th |
| 2015 Jan-Mar | 144 | 3 | 2.1% | 48th |
| 2015 Apr-Jun | 244 | 4 | 1.6% | 58th |
| 2015 Jul-Sep | 139 | 0 | 0.0% | 0th |
| 2015 Oct-Dec | 177 | 0 | 0.0% | 0th |
| 2016 Jan-Mar | 137 | 4 | 2.9% | 52nd |
| 2016 Apr-Jun | 204 | 0 | 0.0% | 0th |
| 2016 Jul-Sep | 232 | 0 | 0.0% | 0th |
| 2016 Nov-Dec | 48 | 0 | 0.0% | 0th |
| 2017 Jan-Mar | 208 | 4 | 1.9% | 61st |
| 2017 Apr-Jun | 136 | 2 | 1.5% | 46th |
| 2017 Jul-Sep | 199 | 1 | 0.5% | 37th |
| 2017 Oct-Dec | 167 | 7 | 4.2% | 77th |
| 2018 Jan-Mar | 129 | 3 | 2.3% | 53rd |
| 2018 Apr-Jun | 184 | 2 | 1.1% | 28th |
| 2018 Jul-Sep | 102 | 2 | 2.0% | 53rd |
| 2018 Nov-Dec | 85 | 0 | 0.0% | 0th |
| 2019 Jan-Mar | 136 | 2 | 1.5% | 49th |
| 2019 Apr-Jun | 294 | 8 | 2.7% | 71st |
| 2019 Jul-Jul | 66 | 0 | 0.0% | 0th |
| **Total:** | **4235** | **51** | **32.40%** | |

[GovTrack.us, Rep. Scott Perry, accessed 7/19/19]

## Committees

*NOTE: Committees and subcommittees listed in italics represent chairmanships.*

| U.S. Congress | | |
|---|---|---|
| **Years** | **Committees** | **Subcommittees** |
| 2013 – 2019 | Foreign Affairs | Asia, the Pacific, and Nonproliferation |


| | | Oversight and Investigations |
|---|---|---|
| 2013 – 2019 | Transportation and Infrastructure | Aviation |
| | | Railroads, Pipelines and Hazardous Materials |
| 2013 – 2018 | Homeland Security | Cybersecurity, Infrastructure Protection, and Security Technologies |
| | | Emergency Preparedness, Response, and Communications |
| 2011 – 2012 | PA House - Appropriations | |
| 2011 – 2012 | PA House – Consumer Affairs | |
| 2011 – 2012 | PA House – Labor Relations | |
| 2011 – 2012 | PA House – Rules | |
| 2011 – 2012 | PA House – Veterans Affairs & Emergency Preparedness | |

[Ballotpedia, Accessed 9/17/19]

# Caucuses

Perry is a member of, but not limited to, the following caucuses:

| U.S. Congress | |
|---|---|
| Name | Years |
| House Freedom Caucus | 2013 – 2019 |
| PA House Republican Caucus | 2008 - 2013 |

[Ballotpedia, accessed 9/18/19]

# Freedom Caucus

## Perry Claimed The House Freedom Caucus Stood For Placing Constituents Over Orders From Party Leaders And Demanded A Bigger Role For Rank-And-File Members Of The House

**2018: Perry, In Response To Criticism, Claimed The House Freedom Caucus Stood For Placing Constituents Over Orders From Party Leaders And Demanded A Bigger Role For Rank-And-File Members Of The House.** "Scott has hit Perry hard throughout the campaign for his membership in the Freedom Caucus, a group of conservative Republicans that Scott considers obstructionists who block bipartisan progress. Perry said the caucus is a process-oriented group that stands for placing constituents over orders from party leaders and demands a bigger role for rank-and-file members of the House. If that means he doesn't always go along to get along, Perry said, he believes that's because he's fighting for the principles that he told the voters he was going to fight for from the start." [Patriot News, 10/21/18]

## Perry Made A Bid For Chair Of The House Freedom Caucus

**2018: Perry Made A Bid For Chair Of The House Freedom Caucus.** "Despite eking out a narrow, two-percentage-point win over a liberal Democrat opponent in November's general election, Congressman Scott Perry is making a bid to become the next chair of the ultra-conservative Republican House Freedom Caucus. The Freedom Caucus, a group of hardline Republicans, wielded fairly influential power over House business in recent years, but in January will enter a Democrat majority House. Brandy Brown, Perry's communication director, said Wednesday, 'At this time, I have no substantiated information (on the chairmanship.) Freedom Caucus members are working among themselves to come to a decision.' Perry's Pennsylvania seat was considered a key battleground for Republicans heading into the November election. Perry's victory came after he received public support from President Donald Trump in the final days of the campaign. Perry's bid for the Freedom Caucus chair comes after



redistricting narrowed the 10th District electorate to 44 percent Republican and 40 percent Democratic. Perry had won his previous elections by margins ranging from 25 to 49 percentage points." [York Daily Record, 12/6/18]

**Perry Dissed The Problem Solvers Caucus, Claimed That The House Freedom Caucus Is "Actually A Problem-Solving Caucus"**

**Perry Dissed The Problem Solvers Caucus, Claimed That The House Freedom Caucus Is "Actually A Problem-Solving Caucus."** "It is supposed to be, right, absolutely, but they don't really solve anything. Now, I'm a member of the Freedom Caucus, and just to let everybody -- what is the Freedom Caucus, right? The Freedom Caucus has a couple of rules. Number one rule is you'd have to listen to your constituents at home even if your leadership says you don't, right? They want you to do something. You choose your -- your -- your folks at home. Number two, you have to be willing to compromise and come to an agreement on something. We call it getting to yes, but that's what negotiate come to an agreement on something you can vote on. And so I think that is actually a problem-solving caucus. And what we have done, for instance, is we force the -- the requirement to make the tax cuts permanent, so we actually do get things accomplished." [Congressional Debate, 10/19/18]

**Perry On The Freedom Caucus: "We Will Not Vote For Spending Bills, For Instance, That Blow Up The Deficit. We Won't Do It. And So When We Don't Do It, Then, Somehow, We're The Obstructionists. ... Yes, John Boehner Had A Problem. He Issues Orders, And If You Don't Follow Them, You're A Problem."** "Perry also defended his membership in the Freedom Caucus on Friday as something that is basic to his compact with midstate voters. Perry said the group's primary defining feature is keeping promises made to constituents on certain core principles, the most basic of them being support for a government that lives within its means. 'We will not vote for spending bills, for instance, that blow up the deficit. We won't do it. And so when we don't do it, then, somehow, we're the obstructionists. ... Yes, John Boehner had a problem. He issues orders, and if you don't follow them, you're a problem,' Perry said. 'I take my orders from the people in the district, not from Washington, D.C.'" [Patriot News, 10/7/18]

**Perry Was A Member Of No Labels Problem Solvers Group**

**2013: Perry Was A Member Of No Labels Problem Solvers Group**

**2013: Perry Was A Member Of No Labels Problem Solvers Group.** "What does U.S. Rep. Scott Perry, R-York County, have in common with Janice Hahn, a California Democrat whose endorsements include the AFL-CIO, and Sen. Dianne Feinstein? More than one might think, the conservative congressman contends. The right-wing associations Perry has formed over his brief tenure in Washington, D.C., are well documented. They include grueling fitness workouts with former vice presidential candidate Paul Ryan and a local appearance by Speaker of the House John Boehner, who was enough of a Perry fan to turn up in Harrisburg to raise money for him. But Perry said he also has spent at least seven of the eight months he's been in office forming unlikely alliances across the aisle, touting his membership in No Labels, a movement that includes Democrats, Republicans and independent lawmakers who want to heal the bitter divide between parties so more can be accomplished." [York Dispatch, 8/21/13]

# Campaigns

## Election History

| Rep. Mimi Walters Electoral History | | | |
|---|---|---|---|
| Year | Office | Candidates | Results | Walters Margin |
| 2018 | U.S. House (PA-10) | Scott Perry (R) | 51.3% | +2.6% |
| | | George Scott (D) | 48.7% | |
| 2016 | U.S. House (PA-4) | Scott Perry (R) | 66.1% | +32.2% |



| | | George Scott (D) | 33.9% | |
|---|---|---|---|---|
| 2014 | U.S. House (PA-4) | Scott Perry (R) | 74.5% | +49% |
| | | George Scott (D) | 25.5% | |
| 2012 | U.S. House (PA-4) | Scott Perry (R) | 59.7% | +19.5% |
| | | George Scott (D) | 34.4% | |
| 2010 | PA State House, District 92 | Scott Perry (R) | 100% | |
| | | | | |
| 2008 | PA State House, District 92 | Scott Perry (R) | 100% | |
| | | | | |

[Ballotpedia, accessed 9/17/19]

## 2018 Election

### Perry's Local Paper Endorsed His Democratic Opponent In 2018 After Endorsing Perry Two Years Prior

**The York Daily Record Endorsed His Democratic Opponent In 2018, After Endorsing Perry In 2016.** "When George Scott, Democratic candidate for the Pa. 10th congressional district, stopped by for a chat with YDR's editorial board, we asked him which House caucuses he would align himself with if elected. He emphasized the Problem Solvers caucus. Good answer. The Problem Solvers is a bipartisan caucus looking to build legislative bridges rather than walls. If there's anything we need in Washington now, it's more problem solvers and fewer problem creators. Sure, folks might disagree on issues, but must everything in D.C. be such a vicious blood sport? Can't our representatives find areas where they agree and move forward on those issues? [...] Now he's a prominent member of the Freedom Caucus - the most conservative and unyielding group in the House. It's an interesting evolution. Mr. Perry started out more in the mold of his predecessor, Rep. Todd Platts, who was a principled conservative but also someone who could work with Democrats to get things done - and Platts followed another principled conservative, Bill Goodling. With the Freedom Caucus, it's their way or the highway. When YDR endorsed Scott Perry in the last election cycle, we urged him to be more bipartisan in his approach - as evidenced by his (so far unsuccessful) effort to remove federal laws forbidding medical marijuana." [York Daily Record, Editorial, 11/1/18]

**The York Daily Record On Perry: "When YDR Endorsed Scott Perry In The Last Election Cycle, We Urged Him To Be More Bipartisan In His Approach - As Evidenced By His (So Far Unsuccessful) Effort To Remove Federal Laws Forbidding Medical Marijuana."** "It's an interesting evolution. Mr. Perry started out more in the mold of his predecessor, Rep. Todd Platts, who was a principled conservative but also someone who could work with Democrats to get things done - and Platts followed another principled conservative, Bill Goodling. With the Freedom Caucus, it's their way or the highway. When YDR endorsed Scott Perry in the last election cycle, we urged him to be more bipartisan in his approach - as evidenced by his (so far unsuccessful) effort to remove federal laws forbidding medical marijuana." [York Daily Record, Editorial, 11/1/18]

### Perry's Original District Was Redistricted After A Pennsylvania Supreme Court Decision

**Perry's Original District Was Redistricted After A Pennsylvania Supreme Court Decision.** "Perry won his last three terms in Congress by no fewer than 25 percentage points. But now, because of a recent Pennsylvania Supreme Court decision to redraw the state's congressional map, it's a district that has a chance of flipping in the November General Election." [York Daily Record, 10/21/18]

**Perry On His Redistricting: "When The District Was Redrawn, It Was Heartbreaking. But That's The Hand You're Dealt And If You Have To Start Over Again, That's What You Do - It's About Getting To Know That New Portion Of 700,000 People You Want To Represent."** "'I knew the people of the 4th District,' Perry said. 'I grew up with them. So when the district was redrawn, it was heartbreaking. But that's the hand you're dealt and if you have to start over again, that's what you do - it's about getting to know that new portion of 700,000 people you want to represent.'" [York Daily Record, 10/21/18]



---

**In 2012 Perry Said He Supported The Redistricting Process Since "For The Most Part It Does Work"**

---

**In 2012, Perry Said He Supported The Redistricting Process Since "For The Most Part It Does Work."**
"While the process that is in place isn't perfect, I believe that for the most part it does work. When it comes to any process in the political arena, there are always going to be pluses and minuses to them. Ultimately we must ensure that the final plan meets all constitutional tests, and this was demonstrated in the most recent review which has yet to be complete with regard to districts in the General Assembly. While obviously it would be ideal that a bipartisan, non-political solution would be developed without any opposition, I am not sure this is a realistic vision. This process occurs every ten years, and I hope that next time they are able to get it done in a more timely manner and that more deference can be given regarding communities of interest. With that said, the Supreme Court decision with regard to "one man, one vote," sometimes makes that difficult to accomplish." [The Sentinel, Scott Perry Voter Questionarre, 11/1/12]

---

| Other Groups And Endorsements |
| --- |

---

**2013: The Heritage Foundation Scored A 92 On Their Scorecard**

---

**2013: The Heritage Foundation Scored A 92 On Their Scorecard.** "The conservative research group The Heritage Foundation has scored Perry a 92 -- leading Pennsylvania's delegation in the 113th Congress -- on the Heritage Action Scorecard. It measures how conservative members of Congress are, based on their votes, co-sponsorships and other legislative activity." [York Dispatch, 8/21/13]

---

**2013: Perry Was A Member Of The York 912 Patriots, York County's Tea Party Group**

---

**2013: Perry Was A Member Of The York 912 Patriots, York County's Tea Party Group.** "Perry also joined the York 912 Patriots, York's tea party, in absentia while serving in Iraq in 2009, when he was also serving in the state House." [York Dispatch, 8/21/13]

---

## Town Halls

---

**Perry Claimed To Have Done 18 In Person Town Halls Between 2013 And 2016, But Only Two Between 2017 And 2019**





SCOTT PERRY
10TH DISTRICT,
PENNSYLVANIA

1207 LONGWORTH HOUSE
OFFICE BUILDING
WASHINGTON, DC 20515
TEL: (202) 225-5836

**Congress of the United States**
House of Representatives

TRANSPORTATION AND
INFRASTRUCTURE
FOREIGN AFFAIRS

September 10, 2019

Ms. Jacqueline B. Fullam
900 Keller Dr
Red Lion, PA 17356-9025

Dear Ms. Fullam,

Thank you for contacting me. For a list of all town hall meetings I've held since taking office, please consult the list below:

**In person (20):**
2/25/13 New Cumberland
7/25/13 Stewartstown
7/26/13 Hanover
8/7/13 Harrisburg
2/13/14 York
2/14/14 Wrightsville
2/14/14 Lemoyne
2/17/14 Hanover
2/17/14 Gettysburg
3/10/14 York
3/10/14 York
2/12/15 Stewartstown
3/9/15 Gettysburg
4/27/15 Harrisburg
8/1/15 York
2/16/16 Brogue
4/4/16 Bendersville
7/16/16 York
3/18/17 Red Lion
7/30/19 Hummelstown

---

## Perry Failed To Hold A Town Hall For 2 And A Half Years, After A Rowdy Town Hall In 2017

**Perry Failed To Hold A Town Hall For 2 And A Half Years, After A Rowdy Town Hall In 2017.** "After two and a half years, U.S. Rep. Scott Perry is holding a town hall meeting. But access is limited, and it's already sold out. The upcoming town hall marks the first since March 2017, when Perry faced an angry crowd of over 500 people at Red Lion Area Junior High School. Since then, the Republican has stuck to posting video updates on his website and conducting call-in events instead. So it's no surprise that Tuesday's event was high interest for many constituents within the 10th Congressional District - it's one of the first chances they've had in two-plus years to see their congressman in the flesh. Registration is free, but an 'RSVP' is required for admission. The event is only open to residents of the 10th Congressional District and requires a valid photo ID for admittance. Information on the ID must match the RSVP registration." [York Daily Record, 7/30/19]

---

## 15 of Perry's Claimed 20 Town Halls Were Able To Be Confirmed Through Press Clips Or Social Media

**March 2017: Perry's March 2017 Town Hall In Red Lion Was Broadcast On Facebook Live.** [Rep. Scott Perry Official Facebook Page, 3/18/17]

**April 2015: Perry Held A Town In February Of 2015 In Harrisburg.** "Another invaluable opportunity to hear from the people I serve-Harrisburg tonight for a town hall meeting." [Rep. Scott Perry Official Twitter, 4/27/15]

**February 2015: Perry Held A Town Hall In February Of 2015.** "Congressman Scott Perry will hold a town hall meeting from 6 to 7:30 p.m. Wednesday at the Eureka Volunteer Fire and Ambulance Co., 82 North Main St., Stewartstown. Perry will update constituents on issues facing Congress, then will accept questions from those in attendance. Residents unable to attend the meeting are encouraged to sign up for e-mail updates at



Perry.House.Gov. Information is also available on his new Facebook, Twitter and YouTube pages." [York Dispatch, 2/12/15]

**February 2014: In February Of 2014 Perry Held A Town Hall At The Springettsbury Municipal Building.**
"During the upcoming meetings, Perry will brief residents on the issues currently facing Congress, including the federal budget, job creation and health care. He'll also accept questions on those and other federal issues. The meetings: The town halls will be held: Thursday, 11:30 a.m.-1:30 p.m. at the Springettsbury Township Building, 1501 Mount Zion Road. Friday, 9-11 a.m. at the Lower Windsor Township Building, 2425 Craley Road. Friday, 1-3 p.m. at Lemoyne Borough Building, 510 Herman Ave. in Lemoyne. Monday, 1:30-3:30 p.m. at Hanover Hospital Wellness and Education Center, 400 York St. in Hanover. Monday, 6:30-8:30 p.m. at Harrisburg Area Community College's Gettysburg Campus, 731 Old Harrisburg Road, Gettysburg." [York Dispatch, 2/11/14]

**February 2014: In February Of 2014 Perry Held A Town Hall At A Wellness Center In Hanover.**
"Congressman Scott Perry has postponed a series of town meetings originally scheduled for Thursday and Friday because of the winter storm forecast to hit the area overnight. The town meetings originally scheduled to take place Thursday in Springettsbury Township and Friday in Lower Windsor Township and Lemoyne have been postponed. The new town meeting schedule is as follows: Monday, 1:30 - 3:30 p.m.: Hanover Hospital Wellness and Education Center, 400 York Street, Hanover. Monday, 6:30 - 8:30 p.m.: HACC / Gettysburg Campus, 731 Old Harrisburg Road, Gettysburg. Monday, March 10, 11:30 a.m. - 1:30 p.m.: Springettsbury Township Building, 1501 Mt. Zion Rd, York. Monday, March 10, 6-8 p.m.: Lemoyne Borough Building, 510 Herman Avenue, Lemoyne. The meeting scheduled for Lower Windsor Township will be re-scheduled in the coming months." [York Dispatch, 2/12/14]

**February 2014: In February Of 2014 Perry Held A Town Hall At A Community Center In Hanover.**
"Congressman Scott Perry has postponed a series of town meetings originally scheduled for Thursday and Friday because of the winter storm forecast to hit the area overnight. The town meetings originally scheduled to take place Thursday in Springettsbury Township and Friday in Lower Windsor Township and Lemoyne have been postponed. The new town meeting schedule is as follows: Monday, 1:30 - 3:30 p.m.: Hanover Hospital Wellness and Education Center, 400 York Street, Hanover. Monday, 6:30 - 8:30 p.m.: HACC / Gettysburg Campus, 731 Old Harrisburg Road, Gettysburg. Monday, March 10, 11:30 a.m. - 1:30 p.m.: Springettsbury Township Building, 1501 Mt. Zion Rd, York. Monday, March 10, 6-8 p.m.: Lemoyne Borough Building, 510 Herman Avenue, Lemoyne. The meeting scheduled for Lower Windsor Township will be re-scheduled in the coming months." [York Dispatch, 2/12/14]

**March 2014: In March Of 2014 Perry Held A Town Hall At A Local Municipality Building In York.**
"Congressman Scott Perry has postponed a series of town meetings originally scheduled for Thursday and Friday because of the winter storm forecast to hit the area overnight. The town meetings originally scheduled to take place Thursday in Springettsbury Township and Friday in Lower Windsor Township and Lemoyne have been postponed. The new town meeting schedule is as follows: Monday, 1:30 - 3:30 p.m.: Hanover Hospital Wellness and Education Center, 400 York Street, Hanover. Monday, 6:30 - 8:30 p.m.: HACC / Gettysburg Campus, 731 Old Harrisburg Road, Gettysburg. Monday, March 10, 11:30 a.m. - 1:30 p.m.: Springettsbury Township Building, 1501 Mt. Zion Rd, York. Monday, March 10, 6-8 p.m.: Lemoyne Borough Building, 510 Herman Avenue, Lemoyne. The meeting scheduled for Lower Windsor Township will be re-scheduled in the coming months." [York Dispatch, 2/12/14]

**March 2014: In March Of 2014 Perry Held A Town Hall In A Local Municipality Building In Lemoyne.**
"Congressman Scott Perry has postponed a series of town meetings originally scheduled for Thursday and Friday because of the winter storm forecast to hit the area overnight. The town meetings originally scheduled to take place Thursday in Springettsbury Township and Friday in Lower Windsor Township and Lemoyne have been postponed. The new town meeting schedule is as follows: Monday, 1:30 - 3:30 p.m.: Hanover Hospital Wellness and Education Center, 400 York Street, Hanover. Monday, 6:30 - 8:30 p.m.: HACC / Gettysburg Campus, 731 Old Harrisburg Road, Gettysburg. Monday, March 10, 11:30 a.m. - 1:30 p.m.: Springettsbury Township Building, 1501 Mt. Zion Rd, York. Monday, March 10, 6-8 p.m.: Lemoyne Borough Building, 510 Herman Avenue, Lemoyne.



The meeting scheduled for Lower Windsor Township will be re-scheduled in the coming months." [York Dispatch, 2/12/14]

**Perry Held A Town Hall In Fairfield In July Of 2014 That Was Not Listed On His Official List Of Town Halls.** "Thanks to all who came this morning for our town hall meeting in Fairfield; lots of great questions and discussion." [Rep. Scott Perry Official Twitter, 7/19/14]

**Perry Held A Town Hall In Mechanicsburg PA That Was Not Listed On His Official List Of Town Halls.** "U.S. Rep. Scott Perry, R-York County, will host a series of town meetings over the next week, including one at the Upper Allen Township building. Perry will be at the township building, located at 100 Gettysburg Pike, from 5:30 p.m. to 7 p.m. Friday, July 18. Perry will talk about issues currently facing Congress, including the federal budget, job creation and national security. Afterward, he will welcome questions on any federal issues. Those who are unable to attend the meeting can contact Perry and his staff at any of his offices, or via Perry.House.Gov." [The Sentinel, 7/11/14]

**July 2013: Perry Held A Town Hall In Hanover On July 26, 2013.** "I'll be holding a town hall this morning at 10 in Hanover at the Hanover Hospital Wellness and Education Center. http://1.usa.gov/12zkoHk" [Rep. Scott Perry Official Twitter, 7/26/13]

**July 2013: Perry Held A Town Hall In Stewartstown On July 25, 2013.** "Just a reminder, I'm holding a town hall in Stewartstown tonight at 7. The meeting is at the Eureka Vol. Fire Hall. http://1.usa.gov/12zkoHk" [Rep. Scott Perry Official Twitter, 7/25/13]

**August 2013: Scott Perry Held A Town Hall In Harrisburg PA On August 9, 2013.** "UNITED STATES - AUGUST 07: Rep. Scott Perry, R-Pa., of PA-04 district, talks with constituents during a town hall meeting at the Hamilton Health Center in Harrisburg, Pa. (Photo By Tom Williams/CQ Roll Call) Photo via Newscom." [Roll Call, 8/9/13]

**February 2013: Scott Perry Held A Town Hall In February Of 2013, A Month After Taking Office.** "A standing-room-only crowd showed up on Monday for U.S. Rep. Scott Perry's first town hall meeting after taking office last month. Both Democrats and Republicans packed the Fairview Township Fire Department to ask Perry, R-Dillsburg, about a range of government issues. But much of the conversation focused on taxes, spending and gun laws. Barbara Sherry emphasized the need for legislators to uphold the Second Amendment by asking Perry to read the text of the Third Amendment. Pulling out a small copy of the U.S. Constitution he keeps in the pocket of his suit jacket, he read, 'No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner be prescribed by law.'" [York Dispatch, 2/25/13]

## Ethics

### Congressional Perks

#### 2014: Perry Voted For Ending Taxpayer Funded Car Leases for Congressional Offices

**2014: Perry Voted For Ending Taxpayer Funded Car Leases for Congressional Offices.** In May 2014, Perry voted for: "Nugent, R-Fla., amendment that would prohibit the chief administrative officer of the House of Representatives from making any payments from any members' representational allowance for the leasing of a vehicle, excluding mobile district offices." The amendment failed 196-221. [HR 4887, Vote #188, 5/1/14; CQ, 5/1/14]

#### Perry Voted For Blocking A Bill To Ensure That Senior Political Appointees Did Not Spend Federal Funds On Private Air Travel


**Perry Voted For Blocking A Bill To Ensure That Senior Political Appointees Did Not Spend Federal Funds On Private Air Travel.** In April 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule…" According to Rep. Torres, "if we defeat the previous question, I will offer an amendment to the rule to bring up Representative Lieu's H.R. 3876, the SWAMP FLYERS Act. This legislation will ensure that senior political appointees are not using Federal funds for official travel on private aircraft." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to by a vote of 225-190. [H Res 839, Vote #150, 4/25/18; CQ, 4/25/18; Congressional Record, HR 3518, 4/25/18]

**Perry Voted Against Extending Whistleblower Protections Pertaining To Employees Who Disclose Information About Improper Use Of Aircrafts By Government Officials**

**Perry Voted Against Extending Whistleblower Protections Pertaining To Employees Who Disclose Information About Improper Use Of Aircrafts By Government Officials.** In October 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill would extend the whistleblower protections in the underlying bill pertaining to employees who disclose information about the improper use of aircraft by government officials." The motion was rejected 232-190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17, DemocraticLeader.gov, accessed 11/13/17]

HEADLINE: "Trump Officials Caught Splurging On Luxury Travel." [Axios, 9/29/17]

## Office Of Congressional Ethics

**2016: Perry Voted For Cutting More Than $190,000 From The Office Of Congressional Ethics**

**Perry Voted For Cutting More Than $190,000 From The Office Of Congressional Ethics.** In June 2016, Perry voted for: an amendment to the Continuing Appropriations and Military Construction, Veterans Affairs, and Related Agencies Appropriations Act, 2017, and Zika Response and Preparedness Act (HR 5325) that would "reduce funding for the Office of Congressional Ethics by $190,970, to the fiscal 2016 level, and transfer the same amount to the spending reduction account." The amendment failed 137-270. [HR 5325, Vote #292, 6/10/16; CQ Floor Votes, 6/10/16]

**2015: Perry Voted For Limiting The Power Of The Office Of Congressional Ethics And House Ethics Committee In Investigating Members**

**2015: Perry Voted For Limiting Power Of The Office Of Congressional Ethics And House Ethics Committee In Investigating Members.** In January 2015, Perry voted for: a House Rules package that contained a rules change that would help members under ethics investigations by the Office of Congressional Ethics and House Ethics Committee. "In one of its first actions of the new year, the House of Representatives on Tuesday approved rules changes that could give lawmakers a new defense against ethics investigations. The new language, added Monday night to the sections that establish the House Ethics Committee and the independent Office of Congressional Ethics, says the two bodies 'may not take any action that would deny any person any right or protection provided under the Constitution of the United States.' The language also states that a person subject to a review by the Office of Congressional Ethics 'shall be informed of the right to be represented by counsel and invoking that right should not be held negatively against them.' … 'Clearly (the new language) was put in there to allow members of Congress to restrain certain activities of the ethics committees based on their own interpretation of what the Constitution means,' said Craig Holman of the watchdog group Public Citizen." The resolution passed 234-172. [H Res 5, Vote #6, 1/6/15; USA Today, 1/6/15]

## Extreme Rhetoric

<hr>

### Significant Findings

✓ *Local columnist: Perry "hasn't seen a conspiracy theory that he didn't like."*

✓ *Perry appeared at least 7 times on the radio show of Frank Gaffney, a prominent Islamophobe and conspiracy theorist.*

✓ *On Gaffney's show, Perry said he wished Rep. Trent Franks, who asked a staffer to be his surrogate, would not resign, saying that what he was accused of was "not sexual harassment" and that the environment was "guilty until proven innocent."*

✓ *Perry met with a group that had been designated by the Southern Poverty Law Center as an anti-Muslim hate group; Perry said the group was not anti-Muslim, and of the SPLC, said he was "not going to be bullied by ideologically driven, radical organizations into not taking meetings."*

✓ *Perry said, "there are also [Muslim people] that want to kill Americans," while opposing allowing asylum to Syrian refugees.*

✓ *In television interviews, Perry has expressed conspiracy theories, including that he believed ISIS could be responsible for 2017 Las Vegas shooting and saying he smelled a "rat" in local investigation.*

✓ *Perry also called Black Lives Matter a hate group, accused Democrats of collaborating with the Muslim Brotherhood, and espoused conspiracy theories about Hillary Clinton and the FBI.*

✓ *October 2017: Perry called the hurricane relief mission in Puerto Rico a "success story" and said that people in Puerto Rico were not dying.*

✓ *During a 2017 town hall, Perry claimed trees were contributing to pollution in the Chesapeake Bay.*

✓ *Perry listed a fake award from Sasha Baron Cohen on his website, then criticized the media for pointing it out.*

## Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like"

### Local Columnist: Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like"

**Local Columnist: Perry "Hasn't Seen A Conspiracy Theory That He Didn't Like."** "Which brings us to our own congressman, the estimable U.S. Rep. Scott Perry. When we last checked, he was talking about how ISIS might have been responsible for the mass shooting at a country music festival in Las Vegas and that Hillary Clinton, and not Donald Trump, was in cahoots with the Russians and that Barack Obama had aided and abetted Islamic terrorists and that.. well, you get the idea.  The man hasn't seen a conspiracy theory that he doesn't like, so long as it involves the Clintons or Obama or any Democrat, I suppose. [Mike Argento, York Daily Record, 8/1/18]

> **COLUMN: U.S. Rep. Scott Perry dabbles in conspiracy theories in the Russia investigation** [Mike Argento, York Daily Record, 8/1/18]



**Islam**

**Perry Once Met With An Anti-Muslim Hate Group, And Said He Opposed Syrian Refugees Because Some Muslims Wanted To Kill Americans**

**March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans," While Opposing Allowing Asylum To Syrian Refugees**

**March 2016: Perry Said, "There Are Also [Muslim People] That Want To Kill Americans."** "Bringing in unvetted Syrian refugees, most people see that as incongruent with saying that […] extremism is your top priority […] There are many free, peace-loving Muslims in America and around the world, but there are also ones that want to kill Americans and westerners and they keep doing it." [Fox News, On The Record With Greta Van Susteren, 3/24/16]

**December 2016: Perry Met With An Anti-Muslim Group, Then Said It Did Not Equate To His Support Of The Group**

**December 2016: Perry Met With Anti-Muslim Group ACT For America.** "U.S. Rep. Scott Perry met recently with the leader of an organization labeled by the Southern Poverty Law Center as 'the largest grass-roots anti-Muslim group in America.' On. Dec. 14, the Dillsburg Republican posted a photo on his Facebook page of himself with Brigitte Gabriel, founder of ACT for America, whom he describes as 'someone who demands (and deserves) to be heard about the security of our nation.' ACT, which stands for American Congress for Truth, is a nonprofit organization that compares itself to the National Rifle Association, but for national security, according to its website. […] Perry said his meeting with Gabriel and one of her staffers was relatively routine, as he meets with people and groups of all backgrounds throughout the year. The three of them spoke about what Donald Trump's presidency might look like, how best to fight ISIS and certain pieces of legislation ACT for America hopes to influence, Perry said. The meeting went well, he said, and so they took a picture, which he posted on his official Facebook page." [York Dispatch, 12/20/16]

**Perry Said That Meeting With Anti-Muslim Groups Did Not Equate To His Support Of The Group.** "HARLOW: Congressman, I have one more question for you before you go, and that is, a meeting that you had […] with a group called Act for America. This is a group that the Southern Poverty Law Center calls the largest anti-Muslim group in America […] the woman you met with […] said […] practicing Muslim who believe in the teachings of the Koran cannot be a loyal citizen to the United States. Your response to those who criticize this meeting? PERRY: My response is that as a representative of Congress, I meet with people from all different groups from all different ideologies, from different religions and so on and so forth, whether I agree with them or not […] really look at the Southern Poverty Law Center, as the -- as the arbiter of who is a -- hate groups or terrorist organizations is ludicrous." [CNN, CNN Newsroom, 12/26/16]

**Perry Said That ACT For America Was Not Anti-Muslim, And That He Was "Not Going To Be Bullied By Ideologically Driven, Radical Organizations Into Not Taking Meetings."** "Perry called the Southern Poverty Law Center an 'extremist left-wing organization' and said anyone referencing its viewpoint is ill-informed or without merit. 'The fact that they would condemn anyone is laughable,' Perry said, urging anyone who reads this article to do their own research before accepting the center's definition of hate group. 'One person's hate group is another person's patriot.' Perry said he doesn't see ACT as anti-Muslim but rather as an anti-religious discrimination and anti-radical terrorism group. 'I'm not going to be bullied by ideologically driven, radical organizations into not taking meetings,' he said." [York Dispatch, 12/20/16]

**ACT For America Has Been Designated As A Hate Group By The SPLC Since 2015.** "ACT for America is listed as an anti-Muslim hate group because it pushes wild anti-Muslim conspiracy theories, denigrates American Muslims and deliberately conflates mainstream and radical Islam. […] ACT for America has been an SPLC


designated hate group since 2015, though Gabriel has a long history of degrading Muslims." [Southern Poverty Law Center, accessed 9/20/18]

> ### Perry Appeared At Least 7 Times On The Radio Show Of Frank Gaffney, Who The Southern Poverty Law Center Called "One Of America's Most Notorious Islamophobes"

**Frank Gaffney Was A Notorious Islamophobe And Conspiracy Theorist, And Praised Perry**

**Local Columnist: Gaffney "A Paranoid Loon And Peddler Of Strange Conspiracy Theories" Who Pointed Out That Perry Has Been Criticized For Spreading Conspiracy Theories.** "Perry mentioned the theory on a radio show hosted by Frank Gaffney, who bills himself as a national security expert and who others bill as a paranoid loon and peddler of strange conspiracy theories. It was kind of hard to follow, and didn't make a lot of sense, but hey, transcripts of Gaffney's shows read like the kind of stream-of-consciousness word salads that we've come to expect from people who peddle their wares in a world that seemingly has no connection to one in which the sky is blue. (During one show, Gaffney mentions that Perry has been attacked for spreading conspiracy theories and thanks the congressman for 'standing up to this kind of, well, character assignation.'" [Mike Argento, York Daily Record, 8/1/18]

**Southern Poverty Law Center: Gaffney "One Of America's Most Notorious Islamophobes."** "Once a respectable Washington insider, Frank Gaffney Jr. is now one of America's most notorious Islamophobes. Gripped by paranoid fantasies about Muslims destroying the West from within, Gaffney believes that 'creeping Shariah,' or Islamic religious law, is a dire threat to American democracy. In 1988, he founded the neoconservative turned anti-Muslim think tank Center for Security Policy.  He favors congressional hearings to unmask subversive Muslim conspiracies, and was even banned from far-right Conservative Political Action Conference events after accusing two of its organizers of being agents of the Muslim Brotherhood." [SPLC, accessed 9/18/18]

**Gaffney: Perry Has "Uncommon Intelligence, A Wealth Of Experience, And Innate Leadership Skills."** "This is Frank Gaffney, your host and guide for what I think of as an intelligence briefing for the war on the free world. There is a man in congress who I have established has uncommon intelligence, a wealth of experience and innate leadership skills to bring them to bare for the country's well being. He is doing it these days on Capitol Hill representing the people of the fourth district of Pennsylvania. His name is representative Scott Perry, but he also goes by Brigadier General Scott Perry, United States Reserves. He has experienced a lot in time and combat in the kinetic and political kind and it's always a delight to have him with us." [Center For Security Policy, 6/19/17]

**[AUDIO] Gaffney: Perry "An Extraordinary Friend Of Mine."** [1:50; Center For Security Policy, 12/8/17]

**[AUDIO] Perry To Gaffney: "Thanks For What You Do."** [2:00, Segment 1; Center For Security Policy, 12/8/17]

**Perry Appeared On Gaffney's Radio Show At Least 7 Times**

- **May 11, 2016**: Perry appeared on Gaffney's show to discuss "Ramifications of moving Guantanamo detainees to the U.S., Vulnerability of the electric grid to EPA regulations, Should Ben Rhodes, Deputy National Security advisor, resign for lying about the Iran nuclear deal?"
- **July 26, 2016**: Perry appeared on Gaffney's show to discuss "the recent Islamist attack in France" and "Iran Deal updates."
- **November 4, 2016**: Perry appeared on Gaffney's show to discuss "Did Hillary's server create the largest security breach in State Department history?, Presidential Study Directive 11, North Korean and Iranian nuclear threats."
- **January 13, 2017**: Perry appeared on Gaffney's show to discuss defunding the UN, Israel-Palestine, and the Muslim Brotherhood.



- **July 19, 2017**: Perry appeared on Gaffney's show to discuss designating the Muslim Brotherhood as a terrorist organization, the NDAA, climate change, and gender reassignment surgeries for servicemembers.
- **October 16, 2017**: Perry appeared on Gaffney's show to discuss "Informal hearing on House IT Scandal, Why won't the House leadership hold a formal hearing or investigation?, Iranian backed militia's violent seizure of oil fields in Kurdish territory."
- **December 8, 2017**: Perry appeared on Gaffney's show to discuss "Implications of SPLC member serving as witness in Homeland Security hearing, Jim Jordan questions Director Wray regarding politicization of FBI, Peter Strzok's role in Clinton investigation, The Muslim Brotherhood and the downfall of Western civilization, The civil affairs mission in Africa, President Trump's Jerusalem embassy decision, The resignation of Rep. Trent Franks."

## Obama

### Perry Claimed That Obama Was Collaborating With ISIS

**HEADLINE: Scott Perry: Obama is working collaboratively with Islamic militants** [PennLive, 2/13/15]

**Perry, At A Panel Hosted By Gaffney, Said That Obama Was Collaborating With ISIS.** "U.S Rep. Scott Perry this week suggested that President Obama was collaborating with Islamic State militants. Perry, who serves on the House Foreign Affairs Committee and is oversight chairman of the Homeland Security Committee, was part of a roundtable discussion on jihadist militants when he offered his opinion on whether he would vote to authorize military force against the so-called Islamic State. Appearing on a panel discussion entitled 'Defeat Jihad Summit' hosted by Frank Gaffney, Perry, a Republican from the 4th congressional district, said he and the people of the United States were in a 'conundrum' as to whether support the president's request for military action. The panel of about 35 participants included Louisiana Gov. Bobby Jindal, former House Speaker Newt Gingrich and Sen. Ted Cruz." [PennLive, 2/13/15]

> **Perry: Obama "Really Working Collaboratively With What I Would Say Is The Enemy Of Freedom And Individual Freedom And Liberty And Western Civilization And Modernity."** "Perry said he felt 'duty bound' to stop the 'growing scourge' of the Islamic State, but added he doesn't want to sanction the use of force by Obama. He said the president is 'really working collaboratively with what I would say is the enemy of freedom and individual freedom and liberty and Western civilization and modernity. And in that context, how do you vote to give this commander-in-chief the authority and power to take action when...you know in your heart that, if past performance is any indicator of future performance, that he won't, and that he actually might use it to further their cause and what seems to be his cause and just drag you as a complicitor in it.'" [PennLive, 2/13/15]

*NOTE: The above article contains a video of Perry's remarks.*

**After His Comments Were Reported On, Perry Said That "Of Course" Obama "Isn't Collaborating With Our Enemies."** "Rep. Scott Perry on Friday softened charges he made earlier in the week on President Obama, focusing the tenor of his criticism on what he said was the president's lack of leadership and not the earlier charge that the president was collaborating with Islamist militants. 'Many citizens, including fellow service members, are increasingly more frustrated and fearful about the effects of the President's lack of leadership,' said Perry, a Republican from Pennsylvania's 4th congressional district. 'Of course he isn't collaborating with our enemies; but by failing to offer a coherent strategy to confront this threat, he's emboldened those who seek to harm us.'" [PennLive, 2/13/15]

### Perry Repeatedly Accused President Obama And Democrats Of Boosting The Muslim Brotherhood

**[AUDIO] Perry Claimed That A Democratic Witness At A Congressional Hearing Was A Member Of The Muslim Brotherhood.** [0:33, Segment 2] GAFFNEY: In the Africa subcommittee, I was struck again by one of the


witnesses in the latter, a fellow by the name of Saed Saed, a figure in an organization called the Islamic Society of North America. One that has been identified by the Justice Department as a Muslim Brotherhood front organization. Again, it's a question of legitimizing organizations like that that's worrying, I gather that was another Democratic witness, but tell us about these hearings, if you would, and the advisability of taking testimony from the Muslim Brotherhood. PERRY: Well that of course, let's start with the Muslim Brotherhood, an organization started specifically for the furtherance of Islamism and the downfall of western civilization at their hand and of course the Muslim Brotherhood is the instrument by which it's supposed to occur. Of course, as you know, Frank, many countries around the globe have listed them as a terrorist organization, and the United States much to my dismay has not yet, but it is troubling when your own Justice Department is very concerned about them and lists them as so and investigates them as terrorist organizations and front groups, then these individuals are testifying on their behalf in front of Congress. That's very troubling indeed. But again it is a Democrat witness, so that should inform your listeners as well." [Center For Security Policy, 12/8/17]

**Perry: The Obama Administration Supported Organizations And Individuals "That Wish To Subvert The United States Government And Our Freedoms."** "I think you would agree, and most people would agree if they look at the facts—there has been a turning of the head by the current administration, by the Obama administration, to organizations and individuals tied to those organizations that wish to subvert the United States government and our freedoms. And that can be found quite easily in what I know you are very familiar with, The Holy Land Foundation investigation files and the evidence gleaned from that which shows that these individuals and organizations—including the Muslim Brotherhood, including the Council on American Islamic Relations and others, operating in and around America—they have a different plan in mind, shall we say, for America, and we want to point out these things because, look, we have finite resources and while we are seeing people being blown up and murdered around the world—and now, in many cases as you know, sadly it has come to America—and where people are searching for answers, many of us say 'our resources are stretched thin, and the answer is right in front of us,' and we can't really abide an administration that has taken an oath to uphold and defend the constitution, among other things, to look the other way when we have individuals tied to organizations that seek to do exactly the opposite." [Center For Security Policy, 1/13/17]

**[AUDIO] Perry Accused Obama Of Changing U.S. Policy To Work With The Muslim Brotherhood.** [5:37, Segment 1] Perry: "The United States, under Obama, by the written word, in a classified document that you can find some information on open source, presidential directive 11, which changes our policy in the United States to one of stability in the Middle East, well we deal with people that we don't like and don't necessarily agree with for the sake of stability and security for the United States and the greater western free world, we would deal with these people. The president, President Obama, changed that policy to one of working with organizations and individuals within those countries to overthrow those governments, and what's more breathtaking in that is that the organization of choice is the Muslim Brotherhood, Frank, and I would remind you that Egypt just upheld a life sentence for the Muslim Brotherhood leader in that country. […] And that's who we chose to work with. [Center for Security Policy, 11/4/16]

**[AUDIO] Perry Agreed With Gaffney That Americans Should Be Concerned That Huma Abedin Has Ties To The Muslim Brotherhood.** [7:30] After Gaffney stated that Huma Abedin had ties to the Muslim Brotherhood and asked if Americans should be concerned, Perry repeatedly said "absolutely." [Center for Security Policy, 11/4/16]

---

**Perry Said He Believed President Obama "Enables And Encourages" Terrorism**

---

**December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security"**

---

**December 2015: In Response To The San Bernardino Shooting, Perry Said The Obama Administration Threatened The U.S. By Putting "Policy And Political Correctness Above The National Security."** "You realize there is actually a memo signed by Jeh Johnson that says that this was actually the policy not to look at their social media, then you wonder if the existential threat is just ISIS or Islamists, or is it also an administration that for



political narrative puts policy and political correctness above the national security of the nation." [Fox News, On The Record With Greta Van Susteren, 12/14/15]

**February 2015: Perry Said He Believed President Obama's Rhetoric "Enables And Encourages" Terrorism**

**February 2015: Perry Said He Believed President Obama Rhetoric "Enables And Encourages" Terrorism.** "COSTELLO: Ok. So in the past along those lines you suggested that Mr. Obama is actually collaborating with Islamic state militants. Are you suggesting the President is a traitor? PERRY: Absolutely not. […] Where you talk about al Qaeda being on the run and being ineffective anymore when we see this march of radical Islam going around the globe… that's what we're talking about where the rhetoric that the president engages actually kind of incites some of this stuff and enables and encourages it. COSTELLO: So you're saying by these actions in a way, in an indirect way the President is collaborating with the enemy. PERRY: What we're saying is that he seems to be disregarding what most Americans see right in front of them. And we don't understand that. We're frustrated by it." [CNN, CNN Newsroom, 2/18/15]

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS**

**September 2014: Perry Said The U.S. Should "Get In" The War Against ISIS.** "CAVUTO: Is this [beheading of Steven Sotloff] an act of war, Congressman? […] PERRY: […] Well, the president might not recognize it as such, but I would say the Islamic State and these kind of insurgents worldwide have declared war on the United States some time ago, and as we would say in the army to the president, it`s time to get in the war." [Fox News, Your World With Neil Cavuto, 9/2/14]

# FBI

**January 2017: Perry Said That FBI Activity Authorized By The Foreign Intelligence Surveillance Act Resembled That Of The KGB**

**January 2017: Perry Said That FBI Activity Authorized By FISA Resembled That Of The KGB.** "INGRAHIM: we have got to get into the story that we were on last night, this massive push, now, by Republicans, under way, to release that explosive House Intelligence memo on the Russia investigation. […] Now, here's a sampling of what GOP congressmen are saying about that still-secret document. […] PERRY: You think about, is this happening in America or is this the KGB. That's how alarming it is." [Fox News, Ingraham Angle, 1/22/17]

**Perry Criticized The FBI, Claiming They Had Become "More Of A Secret Police That No Longer Investigated Crimes" Under The Obama Administration**

**[AUDIO] Perry: "The FBI Is No Longer The Pillar Of Justice And Righteousness."** [6:17, Segment 1] "The biggest problem is that there are a bunch of holdovers from the previous administration but it sure has the biggest appearance that the pillar of justice and righteousness that many of us believed it would be operating impartially within our society to make sure they investigate crimes, it now it looks more like it's – that we absolutely need it to be, it appears that under the last administration it became more of a secret police that no longer investigated crimes, it investigated individuals. And that's what I think the bigger picture is, that's what is laid bare." [Center For Security Policy, 12/8/17]

# Las Vegas Shooting

**January 2018: Perry Said That He Believed ISIS Could Be Responsible For Las Vegas Shooting, Said He Smelled A "Rat" In The Local Investigation**



**Perry Claimed To Be Suspicious Of The Police Investigation Surrounding The Las Vegas Shooting**

**January 2018: Perry Said He Smelled A "Rat" In Local Police Investigation Into The Las Vegas Shooting.**
"CARLSON: Congressman, you are the only member of Congress who has taken a position asking questions about this. What are your questions? […] PERRY: […] Well, I smell a rat like a lot of Americans do. Nothing is adding up. It's been four months […] He is a lone gunman, lone shooter, yet we can't get the autopsy results. […; ISIS] claimed responsibility four times. Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something is not adding up." [Fox News, Tucker Carlson Tonight, 1/18/18]

**Perry Claimed To Have Received Evidence That A "Possible Terrorist Nexus" Was Responsible For The Las Vegas Shooting**

**January 2018: Perry Said He Received Evidence That A "Possible Terrorist Nexus" Was Responsible For Las Vegas Shooting.** "Recently, I've been made aware of what I believe to be credible evidence or credible information regarding potential terrorist infiltration through the southern border […] they could be – let's face it, ISIS – twice before the attack, ISIS warned the United States that they would attack Las Vegas, I think, in June, and August, and then, after the attack, claimed responsibility four times. […] I'm just telling you, I have received what I feel to be, and believe to be, credible evidence of a possible terrorist nexus." [Fox News, Tucker Carlson Tonight, 1/18/18]

**HEADLINE: Perry: ISIS might be tied to Las Vegas shooting** [York Daily Record, 1/20/18]

**Perry On Las Vegas Attack: "Nothing Adds Up. But I'm Just Telling You, I Have Received What I Feel To Be And Believe To Be Credible Evidence Of A Possible Terrorist Nexus."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Perry On Las Vegas Attack: "But Even More Troubling Than That, Recently, I've Been Made Aware Of What I Believe To Be Credible Evidence Or Credible Information Regarding Potential Terrorist Infiltration Through The Southern Border, Regarding This Incident."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**An Attorney For Victims Of The Las Vegas Shooting Called Perry's Comments "Irresponsible"**

**An Attorney For Victims Of The Las Vegas Shooting Called Perry's Comments "Irresponsible."** "Perry's response: 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection,


lone gunman. Again, something's not adding up.' Catherine Lombardo, an attorney for Las Vegas shooting victims, appeared on the same segment. She called Perry's comments 'a bit irresponsible.' 'If you do have any evidence of that, I'm asking you right now to share it with us and tell us what that is,' she said. Perry replied: 'Nothing adds up. But I'm just telling you, I have received what I feel to be and believe to be credible evidence of a possible terrorist nexus.'" [The Evening Sun, 1/21/18]

**Republican Former Senator Dean Heller Called Perry's Las Vegas Comments "Inexcusable"**

**Republican Former Senator Dean Heller Called Perry's Las Vegas Comments "Inexcusable."** "Congressman Scott Perry, who represents Adams, York, and part of Cumberland County, has come under fire from his own party for comments made on Fox News regarding the Las Vegas shooting. On Friday afternoon, Republican Sen. Dean Heller of Nevada posted on Twitter that 'Rep. Scott Perry's comments on the Oct. 1st shooting in Las Vegas are inexcusable.'" [The Daily American, 1/19/18]

**The Daily American Said Perry Maintained That A Conspiracy Was Credible, And That His Comments Linked Terrorism And The Southern Border**

**The Daily American On Perry's Las Vegas Shooting Comments: "When Pressed By Carlson For Further Elaboration, Perry Seemed To Maintain That A Conspiracy Is Credible Because No One Has Yet Proved It Isn't."** "Stephen Paddock killed 58 people after opening fire on a country music festival in Las Vegas. When pressed by Carlson for further elaboration, Perry seemed to maintain that a conspiracy is credible because no one has yet proved it isn't. 'Well, they could be, well, let's face it, ISIS twice before the attack, ISIS warned the United States that they would attack Las Vegas by, I think, in June and August, and then after the attack claimed responsibility four times,' Perry said. 'Meanwhile, the local law enforcement investigative services are telling us there is no terrorist connection, lone gunman. Again, something's not adding up.'" [The Daily American, 1/19/18]

**The Daily American On Perry's Las Vegas Shooting Comments: "A Link Between Terrorism And The Southern Border, As Perry Put It, Also Helps To Bolster The Case For A Wall On The Mexican Border, A Key Point For Conservative Hard-Liners."** "A link between terrorism and the southern border, as Perry put it, also helps to bolster the case for a wall on the Mexican border, a key point for conservative hard-liners The House Freedom Caucus, of which Perry is a member, supported a short-term funding resolution on Thursday night only under the condition that immigration policy be included in a separate vote on the so-called Goodlatte-Labrador bill, according to reporting by The Hill." [The Daily American, 1/19/18]

## Hillary Clinton

**Perry Appeared On Gaffney's Radio Show To Peddle An Anti-Hillary Clinton Conspiracy Theory**

**Local Columnist: Perry Appeared On Gaffney's Radio Show To Peddle An Anti-Hillary Clinton Conspiracy Theory.** "In the past year, he has put forth the theory that Hillary Clinton – sorry, Crooked Hillary – sold out American interests to the Russians in the development of a tech-center billed as the Russian Silicon Valley. There doesn't seem to be much to it, and it's kind of hard to follow (part of it has to do with her husband giving a speech in Russia and being paid an obscene amount of money), but that's the beauty of conspiracy theories. The more complicated and oblique and outrageous they are, the more credibility they are afforded.  This one has to do with American tech companies investing in the Russian project and that Clinton might have had something to do with it, which is all the proof you need. Mentioning Crooked Hillary in any conspiracy theory is gold – no need to elaborate because just know that whatever it was she was involved with, it's shady." [Mike Argento, York Daily Record, 8/1/18]

## Natural Disasters



**Perry Said It Was Reasonable To Suggest FEMA Pull Out Of Puerto Rico, And Said The Hurricane Relief Mission Had Been A "Success Story"**

**October 2017: Perry Said He Agreed With A Trump Tweet Saying The Puerto Rican Government Was Responsible For Rebuilding After Receiving Aid From FEMA**

**October 2017: Perry Said President Trump's Statement Suggesting Pulling FEMA And Military Aid Out Of Puerto Rico Was "Reasonable".** "CUOMO: The president just tweeted and he suggested in there that you can't keep FEMA and first responders in Puerto Rico forever. […] How do you explain that tweet? PERRY: […] I think the point the president is making is that FEMA has a finite mission and a finite amount of time to be there to get people back into power and get back into some kind of civilized living condition. But then, at some point, it's up to Puerto Rico to get themselves out of this circumstance and help their people. And I think that's reasonable." [CNN, CNN Newsroom, 10/12/17]

> **Perry Said That "Nobody Came To Help" Him When He Was A Flood Victim.** "CUOMO: "I've never seen [a crisis] as bad that involves Americans as I have seen in Puerto Rico. And while I may not be the person that's unloading and loading the boxes all the time, I've seen a hell of a lot of despair, congressman. PERRY: I've lived through it myself, a victim of flood on numerous occasions, had to clean it up. And I will tell you, nobody came to help us. We handled it ourselves." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Called The Hurricane Relief Mission In Puerto Rico A "Success Story," And Said That People In Puerto Rico Were Not Dying**

**October 2017: Perry Said The Relief Mission In Puerto Rico Was A "Success Story".** "CUOMO: You are saying it's a success story and they are in dire need. PERRY: It is a success story. You're not on the ground there. CUOMO: Where is the success? I was on the ground there, sir? Don't tell me what we know and what we don't know. We're there reporting every day. Where is the success? PERRY: Yes. You are reporting every day and we're also getting reports ever[y] day that people are getting food. They're getting water and their needs are being serviced, but it's been devastated, and these things don't happen overnight." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That CNN Reporter Chris Cuomo Was "Making Up" Extent Of Crisis In Puerto Rico.** "PERRY: You just can't make these claims and not put any metric to it? Who is without for how long? Who? How many people? Who are they? CUOMO: You have less than half the country that has what they need to – […] sustain life, fresh water, power, food, places to live. PERRY: Mr. Cuomo, you are simply making this stuff up. You're making it up." [CNN, CNN Newsroom, 10/12/17]

**Perry: "They're Not Starving In The Hill, Sir. They Are Not Starving."** "PERRY: What is enough? What is enough? Having the power on the next day? CUOMO: Having them not starving in the hills of Puerto Rico, sir. PERRY: They're not starving in the hill, sir. They are not starving. CUOMO: Not existing on the box lunch and a six-pack of water -- you are wrong." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Said That People Were Not Dying In Puerto Rico.** "PERRY: If half the country didn't have food or water, those people would be dying, and they are not." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That His Comments About Hurricane Maria Were Misconstrued**

**Perry Said His Comments About Hurricane Maria Were Misconstrued.** "Perry, in response to questions about the protest, said his words are being misconstrued. 'I don't just empathize, I strongly sympathize, with the people of Puerto Rico and anyone suffering from this kind of devastation. The words I used in a recent interview are being perceived in a way beyond what I intended. I continue to stand with the people of Puerto Rico and am willing to do what we can to offer assistance.'" [Patriot News, 10/22/17]



**In 2018 Perry Participated In An Event For Displaced Puerto Ricans In Pennsylvania.** "The same month, Puerto Rico's governor ordered a review and recount of the death toll. In Pennsylvania, state agencies have been partnering with other groups to hold information fairs for people displaced from Puerto Rico. One of those events will take place from 2 p.m. to 5 p.m. Feb. 12 at Union Lutheran Church, 20 S. Penn Street in York. Perry will participate in Monday's event, according to organizer Lou Rivera." [York Daily Record, 2/10/18]

**A Local Organizer Claimed Latino Leaders Met With Perry And Had Accepted His Apology And Were Ready To "Move On."** "Rivera said he and other Latino leaders met with Perry after the CNN comments. 'He's apologized to us. We're going to move on,' Rivera said." [York Daily Record, 2/10/18]

## Environment

### 2014: Perry Said The "Radical Environmentalist Left" Was Responsible For The Country's Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas Or The Keystone Pipeline

**July 2014: Perry Said That The "Radical Environmentalist Left" Was Responsible For Reliance On Foreign Oil By Refusing To Support Exporting Natural Gas And Construction Of Keystone Pipeline.** "PAYNE: What do you make of the idea that today, when the President spoke, he took Europe to task, without acknowledging that, hey, we could actually free them so that they can make these independent decisions? […] What is stopping this message from reaching the White House? PERRY: What is stopping […] this message is the radical environmentalist left. They refuse to acknowledge the importance of LNG and exporting LNG. They absolutely refuse to acknowledge the importance of Keystone pipeline […] And the president is so wed to that radical left-wing base that he simply just can`t utter the words." [Fox News, Your World With Neil Cavuto, 7/18/14]

### 2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country.** [3:00] "Last night. Just so disappointing. You've heard of the city of Flint, Michigan. Terrible tragedy with their water situation over there, right. Is it a failure of anybody in your county what happened in Flint, Michigan? No, it is not, right? It's the failure of the system and the people in it, right, at the EPA and in the city of Flint, Michigan that mismanaged their water system. Unfortunately, there's not gonna be any accountability, right. They wanted me to vote for a $170 million dollars of you payin' for tax dollars. We got problems here of our own. We'll be accountable for our problems, but don't make us be accountable for their problems. We're done with that." [Scott Perry For Congress, Facebook, 9/29/16]

## Mexico

### 2014: Perry Said He Believed Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports

**2014: Perry Said He Believed A U.S. Veteran Was Being Held In A Mexican Prison For Symbolic Political Purposes And Demurred When Asked If The U.S. House Of Representatives Should Act**

**May 2014: Perry Said He Believed Mexican Government Was Holding A U.S. Veteran In Prison As A Symbolic Response To Illicit U.S Gun Exports.** "CAVUTO: Do you think it's possible there's anything unusual about this Marine […] that could justify this guy sitting in his cell? PERRY: […] Maybe the situation is the Mexican government has said, look, America, you sent 2,000 weapons into our country, and you`re complaining about this guy coming in with three. No one has been held accountable on your side for 2,000. What are you complaining about?" [Fox News, Your World With Neil Cavuto, 5/22/14]



**July 2014: Perry Said "It's More The Position Of The Senate" To Demand The Release Of An Iraqi War Veteran Imprisoned In Mexico.** "CAVUTO: Do you think it is going to get to the point in Congress where you guys do start demanding a pound of flesh for this and saying, if you're going to keep acting like this, we're going to stop trading with you, [...] we're going to stop giving aid, et cetera? Where are we there? PERRY: [...] The problem is, is that it's really not the position of the House of Representatives proper to do that. It's more the position of the Senate." [Fox News, Your World With Neil Cavuto, 7/10/14]

**July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran**

**July 2014: Perry Said America Would "Have Half The Crime" If It Treated Prisoners Like "Like Mexico Does" In Response To The Mexican Government's Imprisonment Of A U.S. Veteran.** "CAVUTO: What are the odds of [...] getting him out of there? PERRY: Boy, it's a Mexican jail. If America treated its prisoners like Mexico does, we would probably have half the crime." [Fox News, Your World With Neil Cavuto, 7/10/14]

# Race

**Perry Criticized The SPLC And Black Lives Matter**

**[AUDIO] Perry Said That The SPLC Was "Very Biased" For Listing Gaffney As A Hate Figure, And Said That Black Lives Matter Should Be Considered A Hate Group.** Perry: [4:00, Segment 1] "The Southern Poverty Law Center has a very biased opinion in determining who are hate organizations, which individuals are involved in hate speech, and I think their criteria is the opinion of the Southern Poverty Law Center. That's the criteria. Such people like Frank Gaffney, but the Family Research Council, Ben Carson, individuals and organizations, Ayaan Hirsi Ali, end up as people regarded as haters, so to speak and on their hate map. Meanwhile, groups like Antifa or Black Lives Matter etcetera, those individuals or groups or individuals associated with those groups aren't included. [...; the SPLC is] interested in silencing and banishing from society individuals who disagree with their view." [Center For Security Policy, 12/8/17]

# Sexual Harassment

**December 2017: Perry Defended Rep. Trent Franks, Who Resigned After Asking His Staffer To Be His Surrogate, And Said What Franks Was Accused Of Was "Not Sexual Harassment"**

**[AUDIO] The Day Franks Resigned, Perry Appeared On Gaffney's Show And Defended Franks, Saying That What He Was Accused Of Was "Not Sexual Harassment" And That It Was A "Guilty Until Proven Innocent Environment."** [7:11, Segment 2] "Trent is a very, very knowledgeable and outspoken advocate of our national security and particularly things like our electricity grid. He's a well-renowned expert on the grid and the electro-magnetic pulse threat that we face as well as our anti-missile defense shield. He is a salt of the earth guy, he would never hurt a flea, and I was just so crestfallen to hear the news. And I will tell you certainly I don't know the facts. But I would say, you know, what he's been accused of, is not sexual harassment, and I wish that he would stand and fight as opposed to walk away. But in this climate, I understand it's easy to say when you're not involved in it that it's a very, it's a guilty until proven innocent environment based on any accusation. He's gonna be a huge loss to the Congress and to the American people and to the people of Arizona."   [Center For Security Policy, 12/8/17]

**12/8/17: HEADLINE: Trent Franks, Accused of Offering $5 Million to Aide for Surrogacy, Resigns.** [New York Times, 12/8/17]

**New York Times: Franks "Offered $5 Million To A Female Employee To Be A Surrogate... She And Another Female Employee Worried That The Lawmaker Wanted To Have Sex As A Means Of**



**Impregnating Them.**" "Representative Trent Franks announced Friday that he would resign from Congress immediately after accusations emerged that he had offered $5 million to a female employee to be a surrogate mother for his children, and that she and another female employee worried that the lawmaker wanted to have sex as a means of impregnating them." [New York Times, 12/8/17]

## Sascha Baron Cohen

### Perry Listed A Fake Award From Sasha Baron Cohen On His Website

**Perry Listed A Fake Award From Sasha Baron Cohen On His Website.** "As part of his effort to trick conservative activists and lawmakers into embarrassing themselves on his Showtime series Who is America?, Sacha Baron Cohen presented a fake pro-Israel award to an array of political figures called '70 at 70.' On behalf of a non-existent Israeli outlet called 'Yerushalayim Television,' Cohen's team told its unsuspecting victims (and some more rightly skeptical marks) they were being honored for their 'significant contributions to the State of Israel.' But weeks after the ruse was revealed, it appears that Rep. Scott Perry (R-PA) still doesn't realize he was duped." [ThinkProgress, 8/3/18]

### Perry Said That Reporting On His Fake Award "Rewards Those Who Not Only Try To Humiliate In The Name Of Entertainment, But Also Make A Mockery Of Israel"

**Perry Said That Reporting On His Fake Award "Rewards Those Who Not Only Try To Humiliate In The Name Of Entertainment, But Also Make A Mockery Of Israel."** "After several attempts to interview me (all declined) for what we discovered was a mockery, this addition clearly got by. We're human, we made an administrative mistake, and I own it. But reporting this as newsworthy – which it's far from – only further divides us, rewards those who not only try to humiliate in the name of entertainment, but also make a mockery of Israel (one of our closest Allies and of whom I'm a staunch supporter), and detracts from substantive issues that define a stronger community, Commonwealth and Country. I'm in disbelief that we're actually spending time on this, so I'm just going to keep working on behalf of people who want to see us get stronger, not weaker." [ThinkProgress, 8/5/18]



# Relationships

<u>**Significant Findings**</u>

✓ *Vice President Mike Pence campaigned for Perry in 2018.*

✓ *Former Speaker John Boehner stumped for Perry.*

✓ *Perry campaigned with former Majority Leader Eric Cantor.*

✓ *Perry said that Bannon was the kind of nationalist who "will put the needs and requirements of the nation first."*

✓ *Perry called Michael Flynn "a man of honor, courage, and integrity."*

✓ *Perry said that Paul Ryan was "probably not as conservative as I'd like him to be."*

## Mike Pence

### Mike Pence Campaigned For Perry In 2018

**Mike Pence Campaigned For Perry In 2018.** "Vice President Mike Pence touched down in Lancaster County on Wednesday to energize the GOP faithful for midstate Republican Reps. Lloyd Smucker and Scott Perry, and U.S. Senate candidate Lou Barletta. Both incumbent congressmen face spirited campaigns from Democratic challengers Jess King and George Scott, respectively, as part of the larger national battle for control of the U.S. House of Representatives. Scott hopes to unseat Perry in the 10th District, covering the capital region, and Smucker is being pushed by Democrat Jess King in the 11th, covering Lancaster County and the southern half of York County." [Patriot News, 10/25/18]

## John Boehner

### John Boehner Stumped For Perry

**2013: John Boehner Stumped For Perry.** "A high-profile legislator will join the stump for Rep. Scott Perry, R-York County during a Harrisburg fundraiser next month. Speaker of the House John Boehner, R-Ohio, will attend an Aug. 5 luncheon at Metro Bank on City Island to benefit Patriots for Perry, the freshman representative's campaign fund, according to the York County Republican Committee." [York Dispatch, 7/16/13]

## Eric Cantor

### Perry Campaigned With Eric Cantor

**In 2012, Perry Campaigned With Eric Cantor.** "Like many Republicans, U.S. House Majority Leader Eric Cantor still thinks long-blue Pennsylvania can be won by GOP presidential nominee Mitt Romney. But in case Romney doesn't reverse the state's 20-year trend of voting Democratic in presidential elections, Cantor is working to expand GOP control of the House with conservative first-time Pennsylvania congressional candidates. […] He arrived in Harrisburg late Friday afternoon to assist Scott Perry in his effort to replace retiring Republican U.S. Rep. Todd Platts, whose 19th Congressional District encompasses York and Adams counties and part of Cumberland County.



'There are some very able candidates on the Republican side of the aisle taking their races very seriously,' Cantor said. 'I'm here with Scott Perry today in Harrisburg for that reason, because I think this state is one that can be in play.'" [Patriot News, 10/10/12]

## Steve Bannon

### Perry Said That Bannon Was The Kind Of Nationalist Who "Will Put The Needs And Requirements Of The Nation First"

**Perry Said That Bannon Was The Kind Of Nationalist Who "Will Put The Needs And Requirements Of The Nation First."** "Trump has appointed political adviser Stephen Bannon, characterized widely as an ultraconservative, right-wing nationalist, to the principles committee of the National Security Council. At the same time, Trump has downgraded the roles of the director of national intelligence and the chairman of the Joint Chiefs of Staff to those of people who only occasionally attend NSC meetings. Perry described that as something 'within the President's prerogative.' But the congressman, who is an Assistant Adjutant General in the Pennsylvania National Guard and who has flown 44 combat missions, questioned whether Bannon has the 'background and historical perspective' to be on the council. He also said that 'nationalism' these days has two definitions - one is derogatory and the other is 'deeply patriotic.' 'Steve Bannon is the kind who will put the needs and requirements of the nation first,' he said." [York Daily Record, 1/31/17]

## Michael Flynn

### Perry Called Michael Flynn "A Man Of Honor, Courage, And Integrity"

**Perry Called Michael Flynn "A Man Of Honor, Courage, And Integrity."** "The resignation of of National Security Advisor Michael Flynn. Perry said Flynn is 'a man of honor, courage and integrity,' but that he was not privy to any conversations between Flynn and Russian representatives or Flynn and Vice President Pence. Perry said there should be an investigation into the allegations against Flynn. Perry also said that 'nine people divulged classified information' in the Flynn matter and 'that needs to be addressed.'" [York Daily Record, 2/16/17]

## Paul Ryan

### Perry Said That Paul Ryan Was "Probably Not As Conservative As I'd Like Him To Be"

**Perry Said That Paul Ryan Was "Probably Not As Conservative As I'd Like Him To Be."** "Paul Ryan: Perry said he supports Rep. Paul Ryan, R-Wis., as the new speaker of the House. 'He's not maybe as conservative as you'd like him to be. He's probably not as conservative as I'd like him to be,' Perry said. 'It doesn't matter as long as he's fair. […] As long as the speaker is not imposing his political philosophy on the rest of the body, it can be fair. And that's what we're looking for,' Perry said." [York Dispatch, 11/12/15]



## Donald Trump

### <u>Significant Findings</u>

- ✓ *Perry has voted with Trump's positions 88.5% of the time.*

- ✓ *Perry has been a longtime supporter of Trump.*

    - ✓ *2018: Trump endorsed Perry.*

    - ✓ *Perry called himself a "proud deplorable."*

    - ✓ *Perry supported Trump after the release of the Access Hollywood Tape.*

    - ✓ *In May 2016, Perry said he would support Trump as the GOP nominee.*

    - ✓ *Perry claimed to like Trump's policies.*

    - ✓ *Perry said that Trump was doing a "pretty remarkable job" as president.*

    - ✓ *Perry called Trump "fantastic."*

    - ✓ *Perry claimed that the Trump administration was "more interested" in helping get home Americans kidnapped by the Taliban than the Obama administration was.*

    - ✓ *Perry said the resistance to Trump "doesn't help any of us."*

    - ✓ *Perry on Trump: "you can -- you can dislike the president personally, that's -- this is America, you can dislike lima beans, if you dislike them as well."*

- ✓ *Perry joined the Freedom Caucus to call for the impeachment of Rod Rosenstein, who was overseeing the Mueller investigation.*

    - ✓ *Perry co-sponsored the resolution from Pennsylvania to impeach Rod Rosenstein.*

    - ✓ *The Washington Post called Perry's push for the impeachment of Rod Rosenstein "a dramatic escalation in the battle over the special counsel investigation into Russian interference in the 2016 election."*

- ✓ *Perry called the Mueller investigation a "fishing expedition."*

    - ✓ *Perry voted for a resolution to support the public release of the report of special counsel Robert Mueller.*

    - ✓ *Perry voted for resolution believed to be an attempt to discredit the Mueller investigation.*



✓ *Perry repeatedly voted against investigating Russian interference in the 2016 election.*

✓ *Perry repeatedly voted against releasing Trump's tax returns.*

✓ *Perry repeatedly voted against addressing conflicts of interest in Trump's administration.*

## Perry Voting Record On Trump's Positions

### Perry Has Voted With Trump's Positions 88.5 Percent Of The Time

#### Perry Voted In Line With Trump's Position 88.5 Percent Of The Time

**FiveThirtyEight: Perry Voted In Line With Trump's Position 88.5 Percent Of The Time.** [FiveThirtyEight, accessed 9/18/19]

| Pennsylvania Delegation Votes In Line With Trump | | | |
|---|---|---|---|
| **Member** | **Party** | **District** | **Trump Score** |
| Bill Shuster* | R | PA-9 | 98.90% |
| Glenn W. Thompson | R | PA-15 | 98.60% |
| Tom Marino* | R | PA-12 | 97.90% |
| Tim Murphy* | R | PA-18 | 97.90% |
| Lou Barletta* | R | PA-11 | 97.80% |
| John Joyce | R | PA-13 | 97.80% |
| Dan Meuser | R | PA-9 | 97.70% |
| Mike Kelly | R | PA-16 | 96.40% |
| Ryan A. Costello* | R | PA-6 | 95.70% |
| Lloyd Smucker | R | PA-11 | 95.70% |
| Guy Reschenthaler | R | PA-14 | 95.60% |
| Fred Keller | R | PA-12 | 94.10% |
| Charles W. Dent* | R | PA-15 | 93.00% |
| Patrick Meehan* | R | PA-7 | 88.70% |
| Scott Perry | R | PA-10 | 88.50% |
| Keith J. Rothfus* | R | PA-12 | 88.50% |
| Brian Fitzpatrick | R | PA-1 | 68.80% |
| Conor Lamb | D | PA-17 | 28.60% |
| Matt Cartwright | D | PA-8 | 22.80% |
| Robert A. Brady* | D | PA-1 | 17.20% |
| Mike Doyle | D | PA-18 | 16.70% |
| Brendan Boyle | D | PA-2 | 14.40% |
| Dwight Evans | D | PA-3 | 12.90% |
| Susan Wild | D | PA-7 | 8.30% |
| Mary Gay Scanlon | D | PA-5 | 6.30% |
| Chrissy Houlahan | D | PA-6 | 4.40% |
| Madeleine Dean | D | PA-4 | 2.20% |



[FiveThirtyEight, accessed 9/18/19]

---

**Perry Voted Against President Obama 92.75 Percent Of The Time During His Tenure**

**2013 - 2016: Perry Voted Against President Obama An Average 92.75 Percent.** [CQ, accessed 9/18/19]

| Perry Vote Statistics | | | | | |
|---|---|---|---|---|---|
| Year | Voting Participation | Presidential Support | | Party Unity | |
| | | Support | Oppose | Support | Oppose |
| 2016 | 99% | 7% | 92% | 99% | 1% |
| 2015 | 99% | 4% | 95% | 95% | 5% |
| 2014 | 99% | 6% | 94% | 96% | 4% |
| 2013 | 99% | 10% | 90% | 97% | 3% |

[CQ, accessed 9/18/19]

## Perry Has Been A Long Time Supporter Of Trump

### 2018: Trump Endorsed Perry

**In 2018, Trump Endorsed Perry.** "On Friday, Trump tweeted his support for Perry. 'Scott Perry of Pennsylvania is fantastic. He is strong on the Border, Crime, the Military, our Vets and the Second Amendment. Scott has my Total Endorsement!' the president said on Twitter. Perry is hoping for a boost from a $700,000 investment from the America First superPAC dedicated to supporting candidates who support the Trump agenda." [Patriot News, 11/4/18]

### In May 2016, Perry Said He Would Support Trump As The GOP Nominee

**In May 2016, Perry Said He Would Support Trump As The GOP Nominee.** "In statements Wednesday, staffers for U.S. Reps. Keith Rothfus, 12th District, and Scott Perry, 4th District, also said they plan to support Trump as the party's presidential nominee." [Morning Call, 5/5/16]

### Perry Supported Trump After The Release Of The Access Hollywood Tape

**Perry Supported Trump Despite His Comments Boasting About Sexual Assault.** "But Saturday, Perry seemed to be defending against those same kind of complaints. 'Let me be clear: Donald Trump's comments from 10 years ago were reprehensible and indefensible. Period. My support's based solely on which candidate can best revive our economy and make our nation stronger and safer. That candidate is not Hillary Clinton.'" [Patriot News, 10/9/16]

### Perry: "I'm A Proud Deplorable"

**Perry: "I'm A Proud Deplorable."** [6:42] "I'm a proud deplorable. Proud to be a deplorable." [Scott Perry For Congress, Facebook, 9/29/16]

### Perry Claimed To Like Trump's Policies

**Perry On Trump In 2018: "I Like His Policies […] I Think He's Heading In The Right Direction. I Think He's Done Things That Haven't Been Done In A Very Long Time."** "'I like his policies,' Perry said when asked if Trump was a president he enjoys working with. 'I think he's heading in the right direction. I think he's done things that haven't been done in a very long time.' 'I do think he's a disrupter. That makes it uncomfortable for



some folks. But I ... try to stay out of the drama and stick to the policies, and I think the policies are working and you're seeing the fruits of that all across the country.'" [Patriot News, 10/21/18]

**Perry On Trump In 2018: "I Do Think He's A Disrupter. That Makes It Uncomfortable For Some Folks. But I ... Try To Stay Out Of The Drama And Stick To The Policies, And I Think The Policies Are Working And You're Seeing The Fruits Of That All Across The Country."** "'I like his policies,' Perry said when asked if Trump was a president he enjoys working with. 'I think he's heading in the right direction. I think he's done things that haven't been done in a very long time.' 'I do think he's a disrupter. That makes it uncomfortable for some folks. But I ... try to stay out of the drama and stick to the policies, and I think the policies are working and you're seeing the fruits of that all across the country.'" [Patriot News, 10/21/18]

## Perry Said That Trump Was Doing A "Pretty Remarkable Job" As President

**Perry Said That Trump Was Doing A "Pretty Remarkable Job."** Perry praised Trump for doing his best to keep campaign promises, saying that the president is doing a 'pretty remarkable job' despite early mistakes that are common to every new leader. […] Perry was optimistic that executive and regulatory actions can be swift and produce change, as Trump has demonstrated, but the congressman acknowledged that the legislative process is challenging." [Central Penn Business Journal, 4/13/17]

## Perry Called Trump "Fantastic"

**In 2018, Trump Called Perry "Fantastic" And "Strong On The Border, Crime, The Military, Our Vets And The Second Amendment."** "On Friday, Trump tweeted his support for Perry. 'Scott Perry of Pennsylvania is fantastic. He is strong on the Border, Crime, the Military, our Vets and the Second Amendment. Scott has my Total Endorsement!' the president said on Twitter. Perry is hoping for a boost from a $700,000 investment from the America First superPAC dedicated to supporting candidates who support the Trump agenda." [Patriot News, 11/4/18]

> **Perry On Trump In His District: "And I Think That Once People Have An Opportunity To See Who The President's Opposition Will Be -- Because I Think That Plays A Huge Factor, They're Going To Really Consider How This President Affects Them Personally, And I Think That At That Point The Rhetoric Won't Be As Important As It Is To Them, As Their -- As Their Financial Situation Is."** "And I think that once people have an opportunity to see who the president's opposition will be -- because I think that plays a huge factor, they're going to really consider how this president affects them personally, and I think that at that point the rhetoric won't be as important as it is to them, as their -- as their financial situation is." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

## Perry Claimed That The Trump Administration Was "More Interested" In Helping Get Home Americans Kidnapped By The Taliban Than The Obama Administration Was

**Perry Claimed That The Trump Administration Was "More Interested" In Helping Get Home Americans Kidnapped By The Taliban Than The Obama Administration Was.** "Well, I know quite a lot about it. I have been working on it for about five years and met with the Coleman family just probably within the last month, two days ago on the house floor talked about the Coleman's plate, the family, their children, born in captivity, and our urgent need to get them out of there. So, we're really gratified. It's just a great day for us in the fourth district of Pennsylvania. And even though we don't have Caitlan quite home yet, knowing that she's out of the Haqqani network's hands is really inspiring and invigorating. It's good news all around for us. […] Yes. We've been working on it. We worked on it with the Obama administration and, of course, with the new Trump administration. And throughout the time, I can tell you that the family has been somewhat frustrated, think there have been different levels of interests from the administrations. Each administration has been well aware advised on the situation, and doing something to secure their freedom, secure their release. […] The Trump administration seemed



to take a more vigorous stance and seemed to be more interested in the issue working directly with the family back here in Pennsylvania and with me." [CNN, 10/12/17]

## Perry Said The Resistance To Trump "Doesn't Help Any Of Us"

**Perry On Trump: "I Think It's Going To Be An Uplifting Speech. I Think The President Is Going To Try. Obviously, This Resist Issue With This President Doesn't Help Any Of Us."** "I think it's going to be an uplifting speech. I think the President is going to try. Obviously, this resist issue with this President doesn't help any of us. You can -- you can dislike the President personally, that's -- this is America, you can dislike lima beans, if you dislike them as well. But the point is is that we don't have to work together for what's good for the country and see, you got to put some of those personal things aside." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/5/19]

## Perry On Trump: "You Can -- You Can Dislike The President Personally, That's -- This Is America, You Can Dislike Lima Beans, If You Dislike Them As Well"

**Perry On Trump: "You Can -- You Can Dislike The President Personally, That's -- This Is America, You Can Dislike Lima Beans, If You Dislike Them As Well."** "I think it's going to be an uplifting speech. I think the President is going to try. Obviously, this resist issue with this President doesn't help any of us. You can -- you can dislike the President personally, that's -- this is America, you can dislike lima beans, if you dislike them as well. But the point is is that we don't have to work together for what's good for the country and see, you got to put some of those personal things aside." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/5/19]

**Perry On Trump: Trump Is "Tormented By People Who Somehow Want Him To Agree With The Implication That He Didn't Win The Election Fair And Square."** "During a recent town hall meeting, Perry reiterated that he accepts the intelligence community's conclusion that Russia interfered with the 2016 election. He also said he believes Trump is 'tormented by people who somehow want him to agree with the implication that he didn't win the election fair and square.'" [York Daily Record, Mike Argento Opinion Piece, 8/5/18]

# Rod Rosenstein

## Perry Joined The Freedom Caucus To Call For The Impeachment Of Rod Rosenstein, Who Was Overseeing The Mueller Investigation

**Perry Joined The Freedom Caucus To Call For The Impeachment Of Rod Rosenstein, Who Was Overseeing The Mueller Investigation.** "Perry joined with the Freedom Caucus to call for the impeachment of the Rod Rosenstein, the senior U.S. Department of Justice official who oversees special counsel Robert Mueller's investigation into Russian interference in the 2016 presidential election." [Patriot News, 10/28/18]

**Perry Was The Only Member Of The Pennsylvania Delegation To Call For The Impeachment Of Rod Rosenstein.** "Perry was among the Republicans -- and the only Pennsylvanian legislator -- calling for the impeachment of U.S. Deputy Attorney General Rod Rosenstein in an attempt to forestall Special Prosecutor Robert Mueller's investigation into Russian interference in the 2016 President election." [York Daily Record, 12/6/18]

## Perry Co-Sponsored The Resolution From Pennsylvania To Impeach Rod Rosenstein

**Perry Co-Sponsored The Resolution From Pennsylvania To Impeach Rod Rosenstein.** "Perry is one of 11 lawmakers who filed the resolution for impeachment. All 11 lawmakers are members of the conservative House Freedom Caucus, according to the Washington Post. Perry is the only co-sponsor of the resolution from



Pennsylvania. Perry, a Republican from York County, is running for re-election in the 10th Congressional District. The district includes much of northern York County, all of Dauphin County and parts of Cumberland County. He is running against Democrat George Scott." [York Daily Record, 7/27/18]

---

**The Washington Post Called Perry's Push For The Impeachment Of Rod Rosenstein "A Dramatic Escalation In The Battle Over The Special Counsel Investigation Into Russian Interference In The 2016 Election"**

---

**The Washington Post Called The Push For The Impeachment Of Rod Rosenstein "A Dramatic Escalation In The Battle Over The Special Counsel Investigation Into Russian Interference In The 2016 Election."** "U.S. Rep. Scott Perry is one of the Republicans pushing for the impeachment of Deputy Attorney General Rod Rosenstein, according to CBS News. The Washington Post described the move as 'a dramatic escalation in the battle over the special counsel investigation into Russian interference in the 2016 election.'" [York Daily Record, 7/27/18]

## Mueller Investigation

---

**Perry Called The Mueller Investigation A "Fishing Expedition"**

---

**Perry Called The Mueller Investigation "A Fishing Expedition Prompted By The Illegal Use Of Federal Surveillance Powers And Discredited Information."** "Perry has been publicly critical of US agencies' findings when it comes to Special Counsel Robert Mueller's investigation into Russian interference efforts. In a statement to WITF in April, Perry described the Mueller probe, which has secured five guilty pleas, three of them from former Trump aides, as 'a fishing expedition prompted by the illegal use of federal surveillance powers and discredited information.'" [Daily American, 8/17/18]

---

**Perry Voted For A Resolution To Support The Public Release Of The Report Of Special Counsel Robert Mueller**

---

**Perry Voted For A Resolution To Support The Public Release Of The Report Of Special Counsel Robert Mueller.** In March 2019, Perry voted for: "adoption of the resolution, as amended, that would express the sense of Congress that the report by Special Counsel Robert S. Mueller III, regarding Russian interference in the 2016 presidential election and any connections to or coordination with the Trump campaign, should be released to Congress in full and made public to the extent allowed by public disclosure laws." The bill passed 420 to 0. [H Con Res 24, Vote #125, 3/14/19; CQ, 3/14/19]

---

**Perry Voted For Resolution Believed To Be An Attempt To Discredit The Mueller Investigation**

---

**Perry Voted For Insisting That The Justice Department Fully Comply With The Document Requests And Subpoenas Issued By The Intelligence And Judiciary Committees.** In June 2018, Perry voted for: "Adoption of the resolution that would that would insist that the Justice Department fully comply with the document requests and subpoenas issued by the Intelligence and Judiciary committees with regard to potential violations of the Foreign Intelligence Surveillance Act (FISA) by Justice Department personnel and related matters, by Friday, July 6, 2018." The resolution was adopted 226-183. [H. Res. 970, Vote #306, 6/28/18; CQ, 6/28/18]

**Freedom Caucus Leaders Spearheaded The Resolution To Pressure The Deputy Attorney General To Comply With Congressional Demands Related To FBI Investigations Of Hillary Clinton And Russian Election Interference.** "The resolution, which was spearheaded by House Freedom Caucus leaders Mark Meadows and Jim Jordan, is the latest step by conservatives who have been ratcheting up the pressure on Deputy Attorney General Rod Rosenstein to comply with congressional demands related to the FBI's Hillary Clinton and Russia investigations. The measure itself is effectively symbolic, but Republicans intend to send a



message to the Justice Department that the full Congress is demanding compliance with their document requests -- or else." [CNN, 6/26/18]

**Democratic Critics Said The Resolution Was An Attempt To Discredit The Mueller Investigation, And Give Trump An Excuse To Fire Rosenstein.** "But Democratic critics say this is all a plot to discredit the Mueller investigation. They think Trump's allies are trying to hit the Justice Department with impossible demands, so they'll either have to turn over extremely sensitive information about an ongoing message, or look bad by withholding it. Some even think this is mainly about giving Trump an excuse to fire Rosenstein, who, again, is Mueller's boss." [Vox, 6/28/18]

---

### SUMMARY: Perry Repeatedly Voted Against Investigating Russian Interference In The 2016 Election

- **Perry Voted For Blocking A Bipartisan Commission To Investigate Russian Interference In The 2016 Election.** [HRes 600, Vote #600, 11/2/17; CQ, 11/2/17, Congressional Record, 11/2/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 375, Vote #290, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** s[H Res 374, Vote #288, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]
- **Perry Voted For Killing A Procedural Move To Bring Up Bill Creating An Independent Commission To Investigate Russian Interference In The 2016 Election.** [H Res 323, Vote #259, 5/17/17; USA Today, 5/17/17]
- **Perry Voted To Kill A Resolution Would Require DHS To Send Information To House Homeland Security Committee Related To Hacking Or Other Russian Interference In The 2016 Election.** [H Res 235, Homeland Security Committee, Committee Vote, 4/5/17; The Hill, 4/5/17]
- **Perry Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]
- **Perry Voted For Blocking The Creation Of A Commission Investigating Foreign Interference In The 2016 Presidential Election.** [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]
- **Perry Voted For Blocking Consideration Of A Bill Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 156, Vote #115, 3/1/17; Office of the Democratic Leader, 115th Congress Previous Questions, 3/1/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 123, Vote #93, 2/15/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/15/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [H Res 116, Vote #90, 2/14/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/14/17]
- **Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** [HR 33, Vote #26, 1/10/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/10/17]

---

**Perry Repeatedly Voted Against Investigating Russian Interference In The 2016 Election**

**Perry Voted For Blocking A Bipartisan Commission To Investigate Russian Interference In The 2016 Election.** In November 2017, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)," According to a House floor speech by Rep. Louise Slaughter, D-



NY: "If we defeat the previous question, I will offer an amendment to the rule to bring up Representative Swalwell and Representative Cummings' bill, which would create a bipartisan commission to investigate the Russian interference in the 2016 election." The motion was agreed to 230-193. [HRes 600, Vote #600, 11/2/17; CQ, 11/2/17, Congressional Record, 11/2/17]

**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In June 2017, Perry voted for: the Democratic Previous Question that "would amend the rule to allow for consideration of H.R. 356, to establish the National Commission On Foreign Interference In The 2016 Election." The previous question passed 228-185. A vote against the previous question would have allowed the bill to be considered. [H Res 375, Vote #290, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]

**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In June 2017, Perry voted for: the Democratic Previous Question that "would amend the rule to allow for consideration of H.R. 356, to establish the National Commission On Foreign Interference In The 2016 Election." The previous question passed 228-189. A vote against the previous question would have allowed the bill to be considered. [H Res 374, Vote #288, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]

**Perry Voted For Killing A Procedural Move To Bring Up A Bill Creating An Independent Commission To Investigate Russian Interference In The 2016 Election.** "House Republicans blocked a vote Wednesday on legislation to create an independent commission to investigate Russian interference in the 2016 election. A Democratic effort to force a vote failed, with only one Republican – Rep. Walter Jones of North Carolina – joining them in a procedural vote that would have allowed them to bring up the bill. But Democrats also launched a petition Wednesday that would allow them to force a vote on the bill at a later date if they get a majority of lawmakers to sign on." [H Res 323, Vote #259, 5/17/17; USA Today, 5/17/17]

**HEADLINE: GOP blocks House vote on independent Russia-Trump investigation.** [USA Today, 5/17/17]

**Perry Voted To Kill A Resolution Requiring The DHS To Send Information To House Homeland Security Committee Related To Hacking Or Other Russian Interference In The 2016 Election.** "The House Homeland Security Committee has given an unfavorable designation to a resolution compelling the Department of Homeland Security to release documents pertaining to the Russia investigation. The resolution of inquiry, introduced by Rep. Bennie Thompson (D-Miss.), would require the DHS to send information to the panel related to hacking or other interference in the 2016 election. […] Though a committee cannot table the resolution in a way that stops it from going to the floor, it can issue a recommendation of favorable or unfavorable. In this case, the committee chose the latter on a 14-12 party-line vote." [H Res 235, Homeland Security Committee, Committee Vote, 4/5/17; The Hill, 4/5/17]

**Perry Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** In April 2017, Perry voted against: a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from applying to any individual that withheld information from Congress related to an investigation regarding individuals influencing the outcome of the 2016 U.S. presidential election." The motion was rejected 228-185. [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]

**Perry Voted For Blocking The Creation Of A Commission Investigating Foreign Interference In The 2016 Presidential Election.** In March 2017, Perry voted for: the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board." A vote in favor is a vote to prevent investigation into Russia's interference in the 2016 election. The motion was agreed to by a vote of 232-191. [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]



**Perry Voted For Blocking Consideration Of A Bill Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** In March 2017, Perry voted for: the "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 229)." A vote in favor of the motion is a vote to block consideration of a bipartisan bill, The Presidential Tax Transparency Act. The motion was agreed to by a vote of 231-189. [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]

**Perry Voted For Blocking Consideration Of A Bill Establishing The National Commission On Foreign Interference In The 2016 Election.** In March 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 233-189. A vote against the previous question would have allowed the bill to be considered. [H Res 156, Vote #115, 3/1/17; Office of the Democratic Leader, 115th Congress Previous Questions, 3/1/17]

**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 233-190. A vote against the previous question would have allowed the bill to be considered. [H Res 123, Vote #93, 2/15/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/15/17]

**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 227-188. A vote against the previous question would have allowed the bill to be considered. [H Res 116, Vote #90, 2/14/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/14/17]

**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In January 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 356, to establish the National Commission on Foreign Interference in the 2016 Election." The previous question passed 234-179. A vote against the previous question would have allowed the bill to be considered. [HR 33, Vote #26, 1/10/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/10/17]

**Bill Would Create A 12 Member Bipartisan, Independent Commission To Examine Attempts By The Russian Government To Influence The 2016 Elections.** "The bill would create a 12-member, bipartisan, independent commission empowered to interview witnesses, obtain documents, issue subpoenas, and receive public testimony to examine attempts by the Russian government and others to use electronic means to influence, interfere with, or sow distrust in this year's U.S. elections.  The commission — which would examine similar efforts by any other foreign governments or entities — would issue a final report with recommendations for future security protections to Congress and the President within 18 months of the bill's enactment." [Oversight Committee Democrats, Press Release, 12/7/16]

## Tax Returns

### SUMMARY: Perry Repeatedly Voted Against Releasing Trump's Tax Returns

- **Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** [H Res 879, Vote #173, 5/9/18; CQ, 5/9/18; DemocraticLeader.gov, 5/9/18]
- **Perry Voted For Blocking A Bill To Require The Disclosure Of The President's Tax Returns.** [H Res 831, Vote #143, 4/18/18; CQ, 4/18/18; Congressional Record, H 3409, 4/18/18]



- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #392, 7/19/17; CQ Floor Votes, 7/19/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #311, 6/21/17; CQ Floor Votes, 6/21/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]
- **Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** [H Res 375, Vote #290, 6/7/17; CQ, 6/7/17; DemocraticLeader.gov, 6/7/17]
- **Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** [Motion, Vote #274, 5/17/17; CQ, 5/24/17]
- **Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** [H Res 324, Vote #263, 5/18/17; CQ, 5/18/17; DemocraticLeader.gov, 5/18/17]
- **Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** [Motion, Vote #261, 5/17/17; CQ, 5/17/17]
- **Perry Voted For Blocking Consideration Of A Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** [HR 305 (HRes 275), Vote #224, 4/26/17; CQ, 4/26/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]
- **Perry Voted For Blocking Consideration Of A Bill Requiring Trump To Disclose His Tax Returns.** [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]
- **Perry Voted For Blocking Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Was Not A House Privilege.** [Motion, Vote #182, 3/22/17; CQ, 3/22/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]
- **Perry Voted For Blocking Consideration Of A Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]
- **Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]
- **Perry Voted Against Amendment To Prevent Committee From Moving Any Legislation That Would Provide A Financial Benefit To President Trump.** [Homeland Security Committee, CQ Committee Coverage, 2/1/17]
- **Perry Voted For Blocking Consideration Of The Presidential Tax Transparency Act.** [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]

## Perry Repeatedly Voted Against Releasing Trump's Tax Returns

**Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** In May 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would make in order Ms. Eshoo's bill H.R. 305. H.R. 305 would amend the Ethics in Government Act of 1978 to require the President, as well as any candidate of a major political party for the office of the President, to submit their Federal income tax returns for the three most recent years. This bill would ensure more transparency in the political process and provide the American people with additional information about potential conflicts of interest of the President or a candidate for the office of the President." The motion was agreed to 223-189. [H Res 879, Vote #173, 5/9/18; CQ, 5/9/18; DemocraticLeader.gov, 5/9/18]



**Perry Voted For Blocking A Bill To Require The Disclosure Of The President's Tax Returns.** In April 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule…" According to Rep. Polis, defeating the previous question would "amend the Ethics in Government Act of 1978 to require the disclosure of certain tax returns by Presidents and certain candidates for the office of the President, and for other purposes." The motion was agreed to by a vote of 226-189. [H Res 831, Vote #143, 4/18/18; CQ, 4/18/18; Congressional Record, H 3409, 4/18/18]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In July 2017, Perry voted for: "motion to table (kill) the Cicilline, D-R.I., motion to appeal the ruling of the Chair that the Cicilline resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to 235-190. [Motion, Vote #392, 7/19/17; CQ Floor Votes, 7/19/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In June 2017, Perry voted for: "motion to table (kill) the Doggett, D-Texas., motion to appeal the ruling of the Chair that the Doggett resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to 227-188. [Motion, Vote #311, 6/21/17; CQ Floor Votes, 6/21/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In June 2017, Perry voted for: "McCaul, R-Texas, motion to table (kill) the Capuano, D-Mass., motion to appeal the ruling of the Chair that the Capuano resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-186. [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** In June 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 375)." According to The Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the president to submit their federal income tax returns for the three most recent years." A vote for the motion was a vote to block the release of tax returns. The previous question carried 228-185. [H Res 375, Vote #290, 6/7/17; CQ, 6/7/17; DemocraticLeader.gov, 6/7/17]

**Perry Voted To Table An Amendment To Prohibit Implementation Of A Bill Until The Chairman Of Ways And Means Requested 10 Years Of President Trump's Tax Returns.** As a member of the Ways and Means Committee, Perry voted for a "motion to table the Doggett motion to appeal the ruling of the chairman that the Doggett amendment to the Brady, R-Texas, substitute amendment was not germane. The Doggett amendment would prohibit implementation of any provision of the bill until the chairman of the House Ways and Means Committee submits a written request to the Treasury secretary for copies of the President Donald Trump's tax returns for the past 10 years, including each business entity disclosed on the president's ethics form." The motion was agreed to 22-16. [House Ways and Means Committee, Committee Vote, 5/24/17; CQ Committee Coverage, 5/24/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Returns.** In May 2017, Perry voted for: "Buck, R-Colo., motion to table (kill) the Sanchez, D-Calif., motion to appeal the ruling of the Chair that the Sanchez resolution related to the disclosure of President Trump's text returns does not constitute a question of the privileges of the House." The motion passed, 225-187. [Motion, Vote #274, 5/17/17; CQ, 5/24/17]

**Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** In May 2017, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the president to submit their federal income tax returns for the



three most recent years." A vote for the motion was a vote to block the release of tax returns. The motion passed 226-188. [H Res 324, Vote #263, 5/18/17; CQ, 5/18/17; DemocraticLeader.gov, 5/18/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Returns.** In May 2017, Perry voted for: "Rothfus, R-Pa., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 229-188. [Motion, Vote #261, 5/17/17; CQ, 5/17/17]

**Perry Voted For Blocking Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In April 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 231-191. A vote against the previous question would have allowed the bill to be considered. [HR 305 (HRes 275), Vote #224, 4/26/17; Office of the Democratic Leader, 115th Congress Previous Questions, 4/26/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In April 2017, Perry voted for: "Foxx, R-N.C., motion to table (kill) the Jeffries, D-N.Y., motion to appeal the ruling of the Chair that the Jeffries resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-184. [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]

> **Rep. Hakeem Jeffries "Offered A Resolution… To Delay Consideration Of Tax Reform Legislation Until After Lawmakers Review Trump's Tax Returns."** "House Republicans on Wednesday blocked a Democratic effort to demand President Trump's tax returns for the sixth time in as many weeks. Rep. Hakeem Jeffries (D-N.Y.) offered a resolution directing the House to delay consideration of tax reform legislation until after lawmakers review Trump's tax returns and conclude how he could benefit from changes to the tax code." [The Hill, 4/5/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for: "Flores, R-Texas, motion to table (kill) the Lofgren, D-Calif., motion to appeal the ruling of the Chair that the Lofgren resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-190. [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]

> **Republicans Blocked Procedural Effort To Obtain Trump's Tax Returns From The IRS.** "House Republicans on Tuesday blocked more attempts by Democrats to obtain President Donald Trump's tax returns from the IRS. House Democrats tried for a third and a fourth time to use procedural votes to pry loose Trump's returns. Republicans blocked both efforts, one on the House floor and the other in the House Ways and Means Committee. The House voted 228-190 on a mostly party-line vote to block the Democrats' effort. The Ways and Means Committee voted 24-16 to oppose the effort." [Associated Press, 3/28/17]

**Perry Voted For Blocking Consideration Of A Bill Requiring Trump To Disclose His Tax Returns.** In March 2017, Perry voted for: the "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 230)." A vote in favor is a vote against requiring Trump to release his tax returns. The motion was agreed to by a vote of 232-184. [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]

**Perry Voted For Blocking Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Was Not A House Privilege.** In March 2017, Perry voted for: the "Cheney, R-Wyo., motion to table (kill) the Polis, D-Colo., motion to appeal the ruling of the Chair that the Polis resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 230-189. [Motion, Vote #182, 3/22/17; CQ, 3/22/17]



**Republican Presiding Officer Cut Off The Attempt By Democrats To Force A Vote To Push Committee To Request Trump's Tax Returns.** "Democrats tried but failed Monday to force a House floor vote to push a key committee to request copies of President Trump's tax returns. It was the fourth time in as many weeks that Democrats sought to force the vote. Rep. Jared Polis (D-Colo.) attempted to offer a resolution and trigger a House floor vote, but was cut off by the Republican presiding over the House." [The Hill, 3/20/17]

> **Rather Than Rule The Measure Was Not Privileged, Rep. Womak, The Presiding Officer, Ruled That Rep. Polis Was No Longer Able To Speak.** "Three other Democrats in recent weeks offered similar resolutions as "privileged," which would require the House to act within two legislative days. The presiding officer in the House at those times ruled that the measure didn't qualify as "privileged" by affecting the chamber's dignity and integrity. Democrats demanded roll call votes to appeal those rulings. […] But on Monday, Rep. Steve Womack (R-Ark.), who was presiding over the chamber, took a different approach to block the measure. He declared the House would not at that time determine whether the resolution met the requirements to be "privileged" and ruled that Polis was no longer recognized to speak. Womack then ordered the House to resume voting on an unrelated noncontroversial bill regarding the Department of Homeland Security." [The Hill, 3/20/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for: "McCarthy, R-Calif., motion to table (kill) the Crowley, D-N.Y., motion to appeal the ruling of the Chair that the Crowley resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 223-183. [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]

> **Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "Crowley's measure is similar to resolutions Democratic Reps. Bill Pascrell Jr. (N.J.) and Anna Eshoo (Calif.) offered on the House floor in recent weeks. It includes additional language that says the American public need to know more about Trump's business interests in order to 'ensure that all policies put forward by the Trump Administration solely benefit the American public and not his corporate business partners.' As was the case in past weeks, Crowley tried to offer the resolution as 'privileged,' meaning the House would have to act on it within two legislative days. But Rep. Mike Simpson (R-Idaho), who was presiding over the House, ruled that the measure was not privileged, and the vast majority of Republicans voted to table Crowley's appeal of that ruling, 223-183." [The Hill, 3/15/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for: "McCarthy, R-Calif., motion to table (kill) the Eshoo, D-Calif., motion to appeal the ruling of the Chair that the Eshoo resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 227-186. [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]

> **Motion Would Have Forced The House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "House Democrats on Tuesday furthered their push to force Republicans to take tough votes on President Trump, offering a resolution on the House floor to request Trump's tax returns for the second time in a little over a week. The resolution was blocked on a procedural vote of 227-186. […] Rep. Anna Eshoo (D-Calif.) offered a resolution on Tuesday instructing the House to request 10 years of Trump's tax returns so that they can be considered by the House Ways and Means Committee in a closed session." [The Hill, 3/7/17]

**Perry Voted For Blocking Consideration Of A Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In June 2016, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 224-191. A vote against the



previous question would have allowed the bill to be considered. [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In February 2017, Perry voted for: "McCarthy, R-Calif., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 229-185. [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]

    **Motion Would Have Forced The House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "A House Democratic lawmaker attempted Monday to force a House floor vote on a resolution to request President Trump's tax returns, but the effort failed on a party line vote, 229-185, with two Republicans voting 'present.' The move was the latest in a series of Democratic efforts to push Congress to request Trump's tax returns, and Democrats demanded a roll call vote to force Republicans to go on the record. [...] Rep. Bill Pascrell (D-N.J.) offered a resolution that would have directed the House to request 10 years of Trump's tax returns, have the House Ways and Means Committee review them in a closed session and then vote to send the information in the returns to the full House." [The Hill, 2/27/17]

    **Democrats Offered A Resolution To "Instruct The House To Request Trump's Tax Returns From The Last Decade So That The House Ways And Means Committee… Can Review Them In A Closed Session."** "Democrats have offered similar resolution three other times in the last four weeks, which all resulted in procedural votes. The resolutions would instruct the House to request Trump's tax returns from the last decade so that the House Ways and Means Committee, which has oversight of the Internal Revenue Service, could review them in a closed session. The chairmen of the House Ways and Means Committee, Senate Finance Committee and Joint Committee on Taxation have the power to request individual tax return information from the Treasury Department." [The Hill, 3/20/17]

        **After Republican Presiding Officers Ruled Measure Did Not Qualify As "Privileged" Action Under House Rules, Democrats Forced Roll Call Vote To Appeal Ruling.** "Three other Democrats in recent weeks offered similar resolutions as "privileged," which would require the House to act within two legislative days. The presiding officer in the House at those times ruled that the measure didn't qualify as "privileged" by affecting the chamber's dignity and integrity. Democrats demanded roll call votes to appeal those rulings." [The Hill, 3/20/17]

**Perry Voted Against Amendment To Prevent Committee From Moving Any Legislation That Would Provide A Financial Benefit To President Trump.** As a member of the Homeland Security Committee, Perry voted against an "amendment that would prohibit the full committee from moving or waiving consideration of legislation that would provide any direct financial benefit to President Donald Trump, the Trump Organization or any business the president has an equity interest." The amendment was rejected 10-17. [Homeland Security Committee, CQ Committee Coverage, 2/1/17]

    **The Amendment Was "An Attempt To Get Trump To Release His Tax Returns."** "In an attempt to get Trump to release his tax returns, New Jersey Democrat Bonnie Watson Coleman offered an amendment, rejected 10-17, that would have prohibited the full committee from moving or waiving consideration of legislation that would provide direct financial benefit to Trump, the Trump Organization or any business where he has an equity interest. She called it a 'good government' amendment, but McCaul said it had 'absolutely no relevance to any of our oversight responsibilities.' " [CQ Committee Coverage, 2/1/17]

**Perry Voted For Blocking Consideration Of The Presidential Tax Transparency Act.** In January 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, the Presidential Tax Transparency Act." The previous question passed 233-187. A vote against the previous question would have allowed the bill to be considered. [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]



## Conflicts Of Interest

**SUMMARY: Perry Repeatedly Voted Against Addressing Conflicts Of Interest In Trump's Administration**

- **Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** [HR 1116, Vote #107, 3/14/18; CQ, 3/14/18]
- **Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** [HR 4607, Vote #94, 3/6/18; CQ, 3/6/18; Congressional Record, 3/6/18]
- **Perry Voted Against A Resolution Directing The Homeland Security Department To Turn Over Documents Relating To Payments To Trump's Businesses And Hotels.** [H Res 447, Committee on Homeland Security, Committee Vote, 7/26/17; CQ Committee Coverage, 7/26/17]
- **Perry Voted Against A Resolution Requesting Trump Provide Documents Related To The Lease Of Trump International Hotel.** A. [H Res 437, Committee On Transportation And Infrastructure, Committee Vote, 7/27/17; CQ Commtitee Coverage, 7/27/17]
- **Perry Voted Against An Amendment To Instruct DHS Personnel To Avoid Contracting With Entities Owned By The President.** [House Homeland Security Committee, HR 2825, Amendment #1D, Vote 10, 6/14/17; CQ Committee Coverage, 6/14/17]
- **Perry Voted For Blocking Consideration Of A Resolution Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** [HRes 280, Vote #229, 4/27/17; Office of the Democratic Leader, 115th Congress Previous Questions, 4/27/17]
- **Perry Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]
- **Perry Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]
- **Perry Voted For Blocking Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

---

**Perry Repeatedly Voted Against Addressing Conflicts Of Interest In Trump's Administration**

---

**Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** In March 2018, Perry voted against: "Connolly D-Va., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent changes in financial regulations in the bill from being made at the request of, or for the personal gain of, the president, a member of his family, or other senior Executive Branch official." The motion to recommit failed 182-232. [HR 1116, Vote #107, 3/14/18; CQ, 3/14/18]

**Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** In March 2018, Perry voted against: "Clark, D-Mass., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prohibit a federal financial regulator from including certain rules in its review under the Economic Growth and Regulatory Paperwork Reduction Act of 1996 if such rules were issued or made at the 'request of and for the personal gain of' the president, the president's family members, or senior executive branch officials who are required to file annual financial disclosure forms." According to Rep. Clark, the "amendment simply states that before taking any action to eliminate  or change a regulation, regulators must disclose any communications  from the White House or the President's family advocating for the  action and



whether the President, his family, or any senior  administration officials would benefit financially from such action." The motion was rejected, 182-228. [HR 4607, Vote #94, 3/6/18; CQ, 3/6/18; Congressional Record, 3/6/18]

**Perry Voted Against A Resolution Directing The Homeland Security Department To Turn Over Documents Relating To Payments To Trump's Businesses And Hotels.** As a member of the Committee On Homeland Security, Perry voted against a resolution of inquiry to "direct the Homeland Security secretary to submit any document the department has attained regarding President Donald Trump's businesses and hotels. The measure would also require the submission of any documentation of payments that refer to business owned by President Trump, the Trump Organization or its subsidiaries or any member of the Trump family for the past three years. It would require the submission of costs associated with the protection of Trump family members while on international travel that has not been documented." The resolution was reported adversely to the House 18-11. [H Res 447, Committee on Homeland Security, Committee Vote, 7/26/17; CQ Committee Coverage, 7/26/17]

**Perry Voted Against A Resolution Requesting Trump Provide Documents Related To The Lease Of Trump International Hotel.** As a member of the Committee on Transportation and Infrastructure, Perry voted against a resolution of inquiry that "would request that Trump submit documents provided to the GSA regarding his lease of the Old Post Office Building, including the ground lease and any legal memoranda generated by the GSA related to it. Trump has turned the building into a hotel and the terms of the lease bar any elected official from benefiting from it. Trump was elected after he signed the lease agreement." The resolution was reported adversely to the House, 31-24. [H Res 437, Committee On Transportation And Infrastructure, Committee Vote, 7/27/17; CQ Commtiee Coverage, 7/27/17]

**Perry Voted Against An Amendment To Instruct DHS Personnel To Avoid Contracting With Entities Owned By The President.** As a member of the House Homeland Security Committee, Perry voted against an "amendment to the McCaul, R-Texas, substitute amendment that would instruct DHS personnel to avoid entering into acquisition contracts with entities owned by the president." The amendment was rejected 11-15. [House Homeland Security Committee, HR 2825, Amendment 1D, Vote 10, 6/14/17; CQ Committee Coverage, 6/14/17]

**Perry Voted For Blocking Consideration Of A Resolution Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** In April 2017, Perry voted for: "the Democratic Previous Question would amend the rule to allow for consideration of H. Res. 286 which would direct certain officials of the Trump Administration to provide information to the House of Representatives that will enable the House to meet its constitutional responsibility to conduct oversight of the Trump Administration by investigating potential conflicts of interests of President Donald J. Trump." The motion was agreed to by a vote of 230-193. [HRes 280, Vote #229, 4/27/17; Office of the Democratic Leader, 115th Congress Previous Questions, 4/27/17]

**Perry Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** In March 2017, Perry voted against: the "Jayapal, D-Wash., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would prohibit the president from making public communications that refer to a business in which the president has an equity interest and would prohibit the president from publically advocating on behalf of such business interests." The motion was rejected by a vote of 189-232. [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]

**Perry Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** In March 2017, Perry voted against: the "Raskin, D-Md., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions rules related to laws governing potential conflicts of interest and financial disclosures for executive branch employees, and would exempt rules related to bribery." The motion was rejected by a vote of 190-235. [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]



**Perry Voted For Blocking Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** In January 2017, Perry voted for: the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 371, to address financial conflicts of interest of the President and Vice President." The previous question passed 232-168. [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

# Issues

## Abortion & Women's Health Issues

### Significant Findings

✓ *In 2012, Perry said abortion should be illegal except for in cases of rape, incest, or life of the mother.*

✓ *Perry said that taxpayers should not have to pay for birth control or erectile dysfunction medications, and that he and his paid for birth control themselves.*

✓ *Perry backed legislation promoting fetal heart beat ultrasounds before receiving an abortion.*

✓ *Perry repeatedly voted for a 20-week abortion ban.*

✓ *Perry voted for requiring medical practitioners to care for babies born alive during abortions.*

✓ *Perry voted for making the Hyde amendment permanent and eliminate abortion coverage on any private health insurance plan participating in the Affordable Care Act.*

✓ *Perry claimed that Planned Parenthood was "reporting hundreds of millions in profits."*

✓ *Perry voted 12 times to defund or attack Planned Parenthood.*

✓ *Perry voted for shutting down the government over Planned Parenthood funding.*

## Reproductive Rights

### In 2012, Perry Said Abortion Should Be Illegal Except For In Cases Of Rape, Incest, Or Life Of The Mother

**2012: Perry Said Abortion Should Be Illegal Except For In The Case Of Rape, Incest, And When The Mother's Life Is In Jeopardy.** "Abortion: Perry is the only anti-abortion candidate, saying he believes abortion should be illegal except for cases of rape, incest and when the life of the mother is in jeopardy." [York Dispatch, 10/1/12]

**Perry On Abortion: "The Life Of The Child Is Innocent In Those Circumstances (Of Rape, Incest, And When A Mother's Life Is Jeopardy); However, I Don't Have To Carry A Child From Rape Or Incest And Bear The Burden Of That For Life."** "A father of two, Perry said he wishes abortion would never happen, but there are some circumstances beyond the control of the mother. 'The life of the child is innocent in those circumstances (of rape, incest, and when a mother's life is jeopardy); however, I don't have to carry a child from rape or incest and bear the burden of that for life.'" [York Dispatch, 10/1/12]

### Perry Said That Taxpayers Should Not Have To Pay For Birth Control Or Erectile Dysfunction Medications, And That He And His Paid For Birth Control Themselves



**Perry Said That Taxpayers Should Not Have To Pay For Birth Control Or Erectile Dysfunction Medications.** "Perry said taxpayers should not have to pay for birth control and likewise should not have to pay for erectile dysfunction medications." [York Daily Record, 2/16/17]

> **When Asked About Birth Control Access During A Town Hall, Perry Said That He And His Wife Paid For It And "That's How It Works."** "More questions and answers about birth control, including Perry's response that he and his wife had used birth control and, 'We paid for it. That's how it works.'" [York Daily Record, 2/16/17]

---

**Perry Backed Legislation Promoting Fetal Heart Beat Ultrasounds Before Receiving An Abortion**

**Perry Backed A Bill To Promote Fetal Heart Beat Ultrasounds Before Receiving An Abortion.** "Too many women are getting abortions without seeing an ultrasound image or hearing the heartbeat of their unborn fetus, according to some York County lawmakers. A bill is moving through the state House that would require physicians to perform an ultrasound and use a fetal heart rate monitor on any woman planning on getting an abortion. Supporters say they hope women will make a more informed decision and change their minds after seeing the image or hearing the heartbeat. […] From York County, Republican state Reps. Stan Saylor, Seth Grove, Scott Perry, Will Tallman and Keith Gillespie have signed on as co-sponsors. Rapp said she believes the bill has enough bipartisan support to get out of the House; the bill is in the health committee now." [York Dispatch, 2/3/12]

> **Perry On Fetal Heartbeat Bill: "I Think Individuals In Society Need To Approach That With The Utmost Consideration. It's Not A Decision That Should Be Made Capriciously."** "'As a woman, I believe when a woman makes a crucial decision about her health and her body, she should be fully informed,' Rapp said. 'Anything we can do to reduce the abortion rate, that's what we want to do. It still doesn't take the decision away from the woman.' Some abortion clinics aren't offering those services to patients unless requested, she said, and she fears some women won't know to ask. Grove, whose wife is expecting, said seeing an ultrasound "is just an amazing experience," and it makes sense that any woman facing such a major decision would want that available. Under the bill, the woman wouldn't be forced to view any of the images, but it does require the doctor to perform the services and give her the information to do with as she wants. 'Gut-wrenching moment': Perry, Tallman and Gillespie said they want to make sure women are making informed decisions. 'I think individuals in society need to approach that with the utmost consideration. It's not a decision that should be made capriciously,' Perry said." [York Dispatch, 2/3/12]

# 20 Week Abortion Ban

**20 Week Abortion Ban Were Unconstitutional**

**Planned Parenthood: "20-Week Bans Are Unconstitutional."** "20-week bans are unconstitutional. 20-week bans are a clear attempt to erode Roe v. Wade. In fact, 20-week ban proponents are outspoken about their goal to challenge the 1973 Supreme Court decision protecting a woman's right to safe and legal abortion." [Planned Parenthood, accessed 7/12/18]

**HEADLINE: 20-Week Abortion Bans: Still Unconstitutional After All These Years** [Rewire, 5/12/15]

**2017: Perry Voted For For A 20-Week Abortion Ban**

**Perry Voted For A 20-Week Abortion Ban.** In October 2017, Perry voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape for pregnancies that are a result of rape against an adult woman, if the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest



had been previously reported to law enforcement or another government agency authorized to act on reports of child abuse. The bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the 'potential' to survive outside the womb." The rule was adopted, 237-189. [HR 36, Vote #549, 10/3/17; CQ, 10/3/17]

> **Abortion Rights Groups Said The Legislation Had No Exception If The Pregnancy Threatened The Mother's Health, And The Rape And Incest Exceptions Were Too Narrow.** "Abortion rights groups and Democratic lawmakers panned the legislation ahead of its passage, arguing it is based on faulty science and contains no exception if a pregnancy would threaten a mother's health. They also said the rape and incest exceptions are too narrow and that the bill is likely unconstitutional under existing Supreme Court rulings." [Washington Post, 10/3/17]

**Perry Voted For Consideration Of A 20-Week Abortion Ban.** In October 2017, Perry voted for: "Adoption of the rule (H Res 548) that would provide for House floor consideration of the bill (HR 36) that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban, with certain exceptions." The rule was adopted, 233-187. [HR 36, Vote #547, 10/3/17; CQ, 10/3/17]

**Perry Voted Against An Amendment To The 20-Week Abortion Ban Allowing For An Exception For An Abortion Necessary To Save The Health Of A Pregnant Woman**

**Perry Voted Against An Amendment To The 20-Week Abortion Ban Allowing For An Exception For An Abortion Necessary To Save The Health Of A Pregnant Woman.** In October 2017, Perry voted against: "Brownley, D-Calif., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would add an exception to the 20-week abortion ban for abortions necessary to save the health of the pregnant woman." The motion was rejected, 238-187. [HR 36, Vote #548, 10/3/17; CQ, 10/3/17]

**Perry Voted For A 20-Week Abortion Ban Imposing Criminal Penalties On Doctors, With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement**

**Perry Voted For A 20-Week Abortion Ban Imposing Criminal Penalties On Doctors, With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement.** In October 2017, Perry voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape for pregnancies that are a result of rape against an adult woman, if the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest had been previously reported to law enforcement or another government agency authorized to act on reports of child abuse. The bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the 'potential' to survive outside the womb." The bill passed, 237-189. [HR 36, Vote #549, 10/3/17; CQ, 10/3/17]

## 2015: Perry Voted For A 20-Week Abortion Ban

**Perry Voted For A 20-Week Abortion Ban.** In July 2015, Perry voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape if, as amended, for pregnancies that are a result of rape against an adult woman, the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest had been previously reported to law enforcement or another government agency authorized to act on reports of child



abuse. As amended, the bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the "potential" to survive outside the womb, and, if the fetus is born alive, the bill would require that the bill be provided medical care and immediately be transported and admitted to a hospital. As amended, women wishing to have abortions under the bill's exceptions would need to sign (along with the doctor and a witness) an informed consent authorization form detailing the age of the fetus and stating that, if born alive, would be given medical assistance and transported to a hospital." The bill passed by a vote of 242-184. [HR 36, Vote #223, 5/13/15; CQ, 5/13/15]

## 2013: Perry Voted For 20 Week Abortion Ban Requiring Women Prove Rape Before Accessing An Abortion

**2013: Perry Voted For Ban Requiring Women Prove Rape Before Accessing An Abortion.** In June 2013, Perry voted for: "Passage of the bill that would create a nationwide ban on abortions performed at 20 weeks or later, except in cases where the life of the woman is in danger. It would provide exceptions to the ban in cases of pregnancy resulting from rape or incest against a minor, if it has been reported to law enforcement or a government agency authorized to act on reports of child abuse. It also would impose criminal penalties on physicians who violate the ban and subject violators to a maximum five-year jail sentence, fines or both." [CNN, 6/17/13; Associated Press, 6/18/13 The bill passed, 228-196. [HR 1797, Vote #251, 6/18/13]

# Abortion Regulations

## Perry Voted For Requiring Medical Practitioners To Care For Babies Born Alive During Abortions

**Perry Voted For Requiring Medical Practitioners To Care For Babies Born Alive During Abortions.** In January 2018, Perry voted for: "Passage of the bill that would require health care practitioners to provide care to an infant born alive during a failed abortion that is equivalent to the care they would provide to any other infant born at the same gestational age. It would impose criminal fines, and penalties of up to five years in prison, for failure to do so, and would provide for a patient in such circumstances to file a lawsuit against the health care provider for certain monetary and punitive damages. The bill would require hospital and clinic practitioners and employees to report any knowledge of failures to provide such care to the appropriate state or federal law enforcement agency, and would permit prosecution of individuals who fail to do so." The bill passed 241-183. [H.R. 4712, Vote #36, 1/19/18; CQ, 1/19/18]

## Perry Voted For Making The Hyde Amendment Permanent And Eliminate Abortion Coverage On Any Private Health Insurance Plan Participating In The Affordable Care Act

**Perry Voted For Making The Hyde Amendment Permanent And Eliminate Abortion Coverage On Any Private Health Insurance Plan Participating In The Affordable Care Act.** In January 2017, Perry voted for: "passage of the bill that would permanently prohibit federal funds from being used to pay for abortion services or health insurance plans that include abortion coverage. It also would prohibit the District of Columbia from using its own local funds to provide or pay for abortions. Individuals and small businesses also could not receive tax credits under the 2010 health care law related to purchases of health insurance plans that include abortion coverage. The bill would require the Office of Personnel Management to ensure that, starting in 2018, no multistate qualified health plan offered in a state insurance exchange provides coverage that includes abortion. The provisions would not apply to pregnancies resulting from rape or incest, or to situations where the woman would die unless an abortion is performed." The bill passed by a vote of 238-183. [HR 7, Vote #65, 1/24/17; CQ, 1/24/17]

# Planned Parenthood

## Perry Claimed That Planned Parenthood Was "Reporting Hundreds Of Millions In Profits"



**Perry Claimed That Planned Parenthood Was "Reporting Hundreds Of Millions In Profits."** "Perry said, even though taxpayer money does not directly pay for abortions, federal funds do support Planned Parenthood, which 'is reporting hundreds of millions in profits.'" [York Daily Record, 2/16/17]

**Politifact Rated A Statement That Planned Parenthood "Raked In More Than $300 Million In Profits" Over The Past Several Years "Mostly False"**

**Politifact Rated A Statement That Planned Parenthood "Raked In More Than $300 Million In Profits" Over The Past Several Years "Mostly False."** "In the second part of our fact-checking, does the "excess revenue over expenses" constitute a 'profit'? We sent Dannenfelser's claim to experts in nonprofit management and heard back from four. Three disagreed with using the term 'profit' to describe excess revenues over expenses: Christopher Stone, faculty director of the Hauser Center for Nonprofit Organizations at Harvard University; Herman B. 'Dutch' Leonard, professor of public management at Harvard Kennedy School of Government and at the Harvard Business School; and Beth Gazley, assistant professor at Indiana University School of Public and Environmental Affairs. 'Bottom line: a nonprofit's surplus should not be confused with profit,' Stone wrote in an e-mail. 'Profits are generated by businesses to reward investors. Businesses also use profits to provide additional compensation (bonuses tied to profits) for employees who help generate the profits for investors. Because nonprofits may not use their surpluses for either of these purposes, these surpluses should not be confused with profits. All surpluses must be devoted to the charitable purposes of the organization.'" [Politifact Florida, 6/7/11]

**Perry Voted 12 Times To Defund Or Attack Planned Parenthood**

- **Perry Voted For Reversing Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** [HJRes 43, Vote #99, 2/16/17; USA Today, 2/16/17]
- **Perry Voted For Doubling The Budget For The Select Committee Targeting Planned Parenthood.** [H Res 933, Vote #595, 12/1/16; The Hill, 12/1/16]
- **Perry Voted For Blocking Resolution To Disband The Planned Parenthood Select Committee.** [H Res 771, Vote #285, 6/9/16; CQ Floor Votes, 6/9/16; Office of the Democratic Leader, 6/9/16]
- **Perry Voted For Overriding The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** [HR 3762, Vote #53, 2/2/16, 2/2/16; CQ Floor Votes, 2/2/16]
- **Perry Voted For Repealing The Affordable Care Act And Defunding Planned Parenthood For One Year.** [HR 3762, Vote #6, 1/6/16; CQ, 1/6/16]
- **Perry Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** [HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]
- **Perry Voted For Establishing Select Committee Targeting Planned Parenthood.** [H Res 461, Vote #538, 10/7/15; CQ Floor Votes, 10/7/15]
- **Perry Voted For Attaching Measure To Defund Planned Parenthood To Spending Measure Necessary To Avert Government Shutdown.** [H Con Res 79, Vote #527, 9/30/15; New York Times, 10/1/15]
- **Perry Voted For Bill Making It Easier For States To Defund Planned Parenthood.** [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]
- **Perry Voted Against Motion To Protect Women's Access To Life-Saving Health Services, Including Planned Parenthood.** [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]
- **Perry Voted For Defunding Planned Parenthood**. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]
- **Perry Voted Against Preventing Attempt To Defund Planned Parenthood.** [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

**Perry Repeatedly Voted To Defund Or Attack Planned Parenthood**



**Perry Voted For Reversing Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** In February 2017, Perry voted for: overturning "an Obama-era rule banning states from denying federal funds to Planned Parenthood and other health care providers that perform abortions. The rule was designed to prohibit states from withholding family planning funding from providers for reasons other than their ability to offer family-planning services." The resolution was passed by a vote of 230-188. [HJRes 43, Vote #99, 2/16/17; USA Today, 2/16/17]

**Perry Voted For Doubling The Budget For Select Committee Targeting Planned Parenthood.** In December 2016, Perry voted for: "an additional $800,000 for the select committee investigating abortion provider practices, doubling its budget for the year. […] The panel is now likely to spend nearly $1.6 million in total over the course of just under a year after the House previously approved a $790,000 budget." The resolution passed 234-181. [H Res 933, Vote #595, 12/1/16; The Hill, 12/1/16]

**Perry Voted For Blocking Resolution To Disband The Planned Parenthood Select Committee.** In February 2016, Perry voted for: "Woodall, R-Ga., motion to order the previous question." According to the Democratic Leader's office, "The Democratic Previous Question would urge the House to vote to disband the Planned Parenthood Select Committee and protect American women, health care providers, and scientists from Republicans' vicious, politically-motivated attacks." The motion was agreed to 241-181. [H Res 771, Vote #285, 6/9/16; CQ Floor Votes, 6/9/16; Office of the Democratic Leader, 6/9/16]

**Perry Voted For Overriding The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** In February 2016, Perry voted for: overriding the President's veto of a bill to "repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The override required a two-thirds majority to pass, but failed 241 to 186. [HR 3762, Vote #53, 2/2/16; CQ Floor Votes, 2/2/16]

**Perry Voted For Repealing The Affordable Care Act And Defunding Planned Parenthood For One Year.** In January 2016, Perry voted for: "Price, R-Ga., motion to concur in the Senate amendment to the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The bill passed by a vote of 240 to 181. [HR 3762, Vote #6, 1/6/16; CQ, 1/6/16]

**Perry Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** In October, 2015, Perry voted for: a "budget reconciliation bill that seeks to gut Obamacare by repealing key sections of the law, including the individual and employer mandate and the so-called 'cadillac' tax, which targets high-end employer-sponsored health plans. In addition, it would block funding for Planned Parenthood for one year and divert that spending to other women's health programs." The bill passed 240-189. [HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]

**Perry Voted For Establishing Select Committee To Investigate Fetal Tissue Donation.** In October 2015, Perry voted for: a bill that would "establish a select investigative subcommittee under the House Energy and Commerce Committee. The panel would be responsible for investigating and reporting on issues related to fetal tissue donation, fetal tissue procurement, federal funding for abortion services, and late-term abortions." The bill passed 242-184. [H Res 461, Vote #538, 10/7/15; CQ Floor Votes, 10/7/15]



**Select Committee Targeting Planned Parenthood Given Broad Jurisdiction To Investigate Abortion Practices, Including Recommendations To Change Abortion Laws.** Although the select committee was formed in response to videos edited to implicate that Planned Parenthood sold fetus tissue for profit, "[t]he words 'Planned Parenthood' do not appear in the resolution establishing the special committee. Its jurisdiction is considerably broader, encompassing 'medical procedures and business practices used by entities involved in fetal tissue procurement' and 'any other relevant matters with respect to fetal tissue procurement.' It also permits the committee to probe the subject of federal funding for abortion providers generally, the practices of providers who perform abortions in the second and third trimesters, and 'medical procedures for the care of a child born alive as a result of an attempted abortion.' The committee is also empowered to recommend changes in laws or regulations based on its findings." [Washington Post, 10/7/15; USA Today, 10/7/15]

**Perry Voted For Adding Language To Continuing Resolution To Defund Planned Parenthood.** In September 2015, Perry voted for: "adoption of the concurrent resolution (H Con Res 79) that would require the House enrolling clerk to add language to the CR defunding Planned Parenthood before it is sent to the president." The resolution passed 241-185. [H Con Res 79, Vote #527, 9/30/15; CQ Floor Votes, 9/30/15]

**Republicans Attempted To Attach Measure To Defund Planned Parenthood To Spending Measure Necessary To Avert Government Shutdown.** "With only hours to spare on the last day of the fiscal year, Congress averted a government shutdown on Wednesday by approving a temporary spending measure to keep federal agencies operating through Dec. 11. […] In one last display of their fury, House Republicans on Wednesday adopted another resolution to cut off government financing to Planned Parenthood. The resolution was to be sent to the Senate, where Democrats were certain to block it." [New York Times, 10/1/15]

**Perry Voted For Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Perry voted for: "Passage of a bill that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The bill would expand the exceptions for which a state is not required to provide Medicaid reimbursements, allowing states to deny non-abortion health care reimbursements to medical providers such as Planned Parenthood." The bill passed by a vote of 236-193. [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]

**Perry Voted Against Motion To Protect Women's Access To Life-Saving Health Services, Including Planned Parenthood.** In September 2015, Perry voted against: motion to recommit the Women's Public Health and Safety Act. "The Democratic Motion to Recommit protects American women's access to life-saving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides life-saving health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." The motion was rejected by a vote of 184-242. [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]

**Perry Voted For Defunding Planned Parenthood.** In September 2015, Perry voted for: the Defund Planned Parenthood Act 2015 that "would bar, for one year, federal funding for Planned Parenthood and its affiliates unless they certify that, during that period, they will not perform abortions or provide funds to other entities that perform abortions. The prohibition would apply to all federal funds, including Medicaid. The bill would provide exceptions for abortions provided in the case of rape, incest, or threat to the life of the mother. As amended, the bill would effectively redirect funds from Planned Parenthood to the community health center program; specifically, it would appropriate $235 million for community health centers, in addition to any other funds available to the program." The bill passed 241 to 187. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/18/15]

**Perry Voted Against Preventing Attempt To Defund Planned Parenthood.** In September 2015, Perry voted against: a motion that "shields American women's access to lifesaving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides women's health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." A yes vote was a vote against defunding Planned Parenthood. The resolution failed, 183 to 245. [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]



---

**Perry Voted For Shutting Down The Government Over Planned Parenthood Funding**

---

**Perry Voted Against A Government Funding Bill That Included Funding For Planned Parenthood.** In September 2015, Perry voted against: a continuing resolution that would fund the government until December 11 because it would continue federal funding of Planned Parenthood. "Congress is sending President Obama legislation to prevent a government shutdown following a 277-151 vote in the House that will keep federal agencies funded through Dec. 11. More Republicans voted against the spending bill than in favor of it, however. Republicans objected to the inclusion of money for Planned Parenthood in the bill, leading 151 GOP lawmakers to vote against the bill, compared to only 91 who supported it." The bill passed 277 – 151. [H.R. 719, Vote #528, 9/30/15; The Hill, 9/30/15]



# Agriculture & Food Access Issues

<u>**Significant Findings**</u>

- ✓ *Perry said that he supported work requirements for public benefits.*

- ✓ *Perry voted against the farm bill conference report, funding farm and nutrition programs through FY 2023.*

- ✓ *Perry did not vote on the house version of 2018 farm bill that included strict work requirements for SNAP.*

- ✓ *Perry voted against the house version of the 2018 farm bill that included strict work requirements for SNAP and failed to pass.*

- ✓ *Perry voted for an amendment to allow states to privatize SNAP operations.*

- ✓ *Perry voted for blocking an effort to force the trump administration to certify that their tariffs would not harm farmers and ranchers.*

- ✓ *Perry said he opposed the 2014 farm bill because it did not go far enough in cutting SNAP.*

- ✓ *Perry voted against conference report of farm bill that included SNAP funding.*

- ✓ *Perry voted for the House version of farm bill that did not include SNAP.*

- ✓ *Perry voted against farm bill that cut spending in farm and nutrition programs by $40 Billion and required drug tests for food stamp applicants.*

## Work Requirements

### Perry Said That He Supported Work Requirements For Public Benefits

**Perry Said That He Supported Work Requirements For Public Benefits.** "Expecting able-bodied adults receiving welfare to work and/or prepare for work in exchange for receiving benefits. […] If you don't like the ideas I've mentioned, please offer me better ones. I know this for sure: 46 million people in poverty is a national disgrace. We keep throwing taxpayer money at a system that creates dependency by making poverty as tolerable as possible; poverty is anything but tolerable." [Patriot News, Scott Perry Op-Ed, 3/20/16]

## 2018 Farm Bill



**Perry Voted Against The Farm Bill Conference Report, Funding Farm And Nutrition Programs Through FY 2023**

**Perry Voted Against The Farm Bill Conference Report, Funding Farm And Nutrition Programs Through FY 2023.** In December 2018, Perry voted against: "Adoption of the conference report on the bill that would reauthorize and extend federal farm and nutrition programs through fiscal 2023, including crop subsidies, conservation, rural development and agricultural trade programs and the Supplemental Nutritional Assistance Program. It would reauthorize and extend supplemental agricultural disaster assistance programs, sugar policies and loan rates, several international food aid programs, nonrecourse marketing assistance loans for loan commodities, and several dairy programs, including the dairy risk management program (previously the margin protection program). It would create new pilot programs that would test strategies for improving the accuracy of the SNAP income verification process. It would allow industrial hemp to be grown in the United States, subject to close regulation at the state level. It would modify the activities permitted on land contracted under the conservation reserve program." The conference report was adopted by a vote of 369-47. [HR 2, Vote #434, 12/12/18; CQ, 12/12/18]

**Perry Did Not Vote On The House Version Of 2018 Farm Bill That Included Strict Work Requirements For SNAP**

**Perry Did Not Vote On The House Version Of 2018 Farm Bill.** In June 2018, Perry did not vote on: "Passage of the bill that would reauthorize and extend federal farm and nutrition programs through fiscal 2023, including crop subsidies, conservation, rural development and agricultural trade programs and the Supplemental Nutritional Assistance Program. It would require individuals receiving SNAP benefits, who are 18-59 years old, to work or participate in work training programs for a minimum of 20 hours per week, and would require the Department of Agriculture to establish a database to track individuals receiving SNAP benefits. The bill would reauthorize and extend supplemental agricultural disaster assistance programs, the current sugar policies and loan rates, several international food aid programs, nonrecourse marketing assistance loans for loan commodities, several dairy programs, including the dairy risk management program (previously the margin protection program) and would modify certain utility standards in the Home Energy Assistance Program to require SNAP benefits recipients to provide documentation of such expenses in order to receive increased benefits using the Standard Utility Allowance." The bill passed, 213-211. [H.R. 2, Vote #284, 6/21/18; CQ, 6/21/18]

HEADLINE: House farm bill passes with controversial food stamp changes [Politico, 6/21/18]

**The Bill Would Tighten Eligibility For SNAP, Resulting In 400,000 Households Losing Benefits, And Would Risk Free And Reduced-Price School Meals For Thousands For Children.** "The House farm bill would also tighten eligibility criteria under SNAP — changes that would result in some 400,000 households losing SNAP benefits. Thousands of children would also risk losing their enrollment in free and reduced-price school meal programs." [Politico, 6/21/18]

**Anti-Hunger Groups Said The Changes Would Make It More Difficult For Millions For Receive Nutrition Assistance, While Investing In Job Training Programs That Are Not Proven To Move People Out Of Poverty.** "Republicans contend the plan would put people on a pathway to self-sufficiency. Democrats and anti-hunger groups say it would make it more difficult for millions of needy Americans to receive nutrition assistance, and also would invest in a state-run job training bureaucracy under SNAP that has yet to prove it helps people move out of poverty." [Politico, 6/21/18]

**Perry Voted Against The House Version Of The 2018 Farm Bill That Included Strict Work Requirements For SNAP And Failed To Pass**

**Perry Voted Against The House Version Of The 2018 Farm Bill, Which Would Reauthorize SNAP And Farm And Rural Programs.** In May 2018, Perry voted against conservation, rural development and agricultural


trade programs and the Supplemental Nutritional Assistance Program. It would require individuals receiving SNAP benefits, who are 18-59 years old, to work or participate in work training programs for a minimum of 20 hours per week, and would require the Department of Agriculture to establish a database to track individuals receiving SNAP benefits." The bill failed 198 to 213. [HR 2, Vote #205, 5/18/18; CQ, 5/18/18]

> **HEADLINE: House Farm Bill Collapses Amid Republican Disarray** [New York Times, 5/18/18]

> **The House Farm Bill Included Strict Work Requirements For Food Aid Recipients, While Maintaining Farm Subsidies For Rural Communities.** "The twice-a-decade measure — which would have imposed strict new work requirements on food aid recipients while maintaining farm subsidies important to rural lawmakers — failed on a 213-to-198 vote. It was a rebuke of Speaker Paul D. Ryan by a key bloc of conservatives over his refusal to schedule an immediate vote on a restrictive immigration bill sponsored by the chairman of the House Judiciary Committee." [New York Times, 5/18/18]

### Perry Voted For An Amendment To Allow States To Privatize SNAP Operations

**Perry Voted For An Amendment To Allow States To Use Private Companies To Carry Out Program Eligibility Functions Of The Supplemental Nutrition Assistance Program.** In May 2018, Perry voted for: "Faso, R-N.Y., amendment that would allow states to carry out program eligibility and other administrative functions of the Supplemental Nutrition Assistance Program in a number of different ways, including the use of non-governmental contractors, as long as such personnel have no direct or indirect financial interest in an approved retail food store." The amendment was adopted, 222-192. [HR 1865, Vote #196, 5/17/18; CQ, 5/17/18]

> **Amendment Would Allow States To "Privatize SNAP Operations."** "An amendment from Representative John Faso (R-NY) that would allow states to privatize SNAP operations. This change would allow private companies to take over administration of the program, despite failed attempts in some states over the years." [CLASP, 6/12/18]

### Perry Voted For Blocking An Effort To Force The Trump Administration To Certify That Their Tariffs Would Not Harm Farmers And Ranchers

**Perry Voted For Blocking An Effort To Force The Trump Administration To Certify That Their Tariffs Would Not Harm Farmers And Ranchers.** In May 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would prohibit the Farm Bill from going into effect until the President certifies to Congress that none of the Administration's recent actions related to trade and tariffs would cause harm to domestic farmers, ranchers, and other agricultural producers." The motion was agreed to 228-189. [H Res 900, Vote #190, 5/17/18; CQ, 5/17/18; DemocraticLeader.gov, 5/17/18]

# 2014 Farm Bill

### Perry Said He Opposed The 2014 Farm Bill Because It Did Not Go Far Enough In Cutting SNAP

**Perry Said He Opposed The 2014 Farm Bill Because It Did Not Go Far Enough In Cutting SNAP.** "Regarding his opposition of the $956 billion farm bill signed Feb. 7 by Obama, Perry said it spent too much money on food stamps without any way to pay for it. The Agriculture Act of 2014 cut food stamps by $8 billion over the next decade, less than the $40 billion that was initially proposed. Perry said he did not like the bill's uneven split between agriculture and nutrition funding, something he said should be even but has turned into an 80-20 imbalance over the years with the majority going to nutrition spending. 'We can't sincerely get to the issues with them tied together,' Perry said, noting his support for a House farm bill that segregated agriculture and nutrition. 'There is too much fraud and abuse with food stamps that is not being addressed.'" [Evening Sun, 2/17/14]


## Perry Voted Against Conference Report Of Farm Bill That Included SNAP Funding

**2014: Perry Voted Against Conference Report Of Farm Bill That Included SNAP**

**2014: Perry Voted Against Conference Report Of Farm Bill That Included SNAP.** In January 2014, Perry voted against: "adoption of the conference report on the bill that would reauthorize most federal farm and nutrition programs through fiscal 2018, including crop subsidies, conservation, rural development and agricultural trade programs and food stamps (formally known as the Supplemental Nutrition Assistance Program). It would modify SNAP to prohibit undocumented immigrants, major lottery winners, traditional college students, convicted murderers and violent sex offenders from receiving SNAP benefits. It also would reduce funding for nutrition programs by $8 billion over 10 years and would reauthorize the federal sugar program, through fiscal 2018, without any changes. It would reauthorize three dairy programs and repeal four others - replacing them with a new voluntary margin insurance program to protect dairy farmers from economic loss. It also would eliminate $5 billion in direct payments to farmers and replace it with two new subsidy programs to cover, in certain circumstances, a portion of a farmer's revenue losses. Subsidy caps would be set at $125,000 per person or $250,000 per couple. It also would establish a new crop insurance program for producers to purchase additional insurance to cover a portion of losses not covered by individual crop insurance policies when losses exceed 14 percent." The bill passed 251-166. [HR 2642, Vote #31, 1/29/14; CQ, 1/29/14]

> **Conference Report Ended A Two Year Delay In The Farm Bill.** "The House of Representatives on Wednesday passed a bill authorizing nearly $1 trillion in spending on farm subsidies and nutrition programs, setting the stage for final passage of a new five-year farm bill that has been stalled for more than two years. Negotiators from the House and Senate spent several weeks working out their differences on issues in the legislation, including cuts to food stamps, income caps on farm subsidies and a price support program for dairy farmers. The bill is expected to save about $16.6 billion over the next 10 years." [New York Times, 1/29/14]

## Perry Voted For House Version Of Farm Bill That Did Not Include SNAP

**Perry Voted For Removing SNAP Funding From Farm Bill For First Time In 30 Years**

**2013: Perry Voted For House Version Of Farm Bill That Removed SNAP Funding From Farm Bill For First Time In 30 Years.** In July 2013, Perry voted for: "passage of the bill that would authorize agriculture programs through fiscal 2018. It would permanently reauthorize the sugar program, which provides a price guarantee to processors and producers of sugarcane and sugar beets. It would create two risk-management programs to replace the direct and countercyclical payments to agriculture commodity producers repealed by the bill. It also would replace several major dairy programs with a new dairy margin insurance program. The permanent 1938 and 1949 farm laws that set commodity support and other agriculture support levels would be repealed." According to the New York Times, "It was the first time food stamps had not been a part of the farm bill since 1973. […] By splitting farm policy from food stamps, the House effectively ended the decades-old political marriage between urban interests concerned about nutrition and rural areas who depend on farm subsidies." The bill passed, 216-208. [HR 2642, Vote #353, 7/11/13; CQ, 7/11/13; New York Times, 7/11/13]

> **While Cuts To SNAP Allowed The Bill To Pass The House, The Cuts Were Not Seen As Likley To Survive Negotiations With The Senate.** "The food stamp program, formally called the Supplemental Nutrition Assistance Program, was 80 percent of the original bill's cost, and it remains the centerpiece of the Senate's bipartisan farm bill. […] House and Senate negotiators could produce a compromise measure with the robust food stamp program the Senate wants, but such a bill would almost certainly have to pass the House with significant Republican defections. Asked before the vote Thursday if he would allow a compromise bill to come to a final vote in the House, Speaker John A. Boehner of Ohio shrugged and said: 'If ands and buts were candy and nuts, every day would be Christmas. You've heard that before. My goal right now is to get the farm bill passed. We'll get to those other issues later.'" [New York Times, 7/11/13]


**Perry Voted For $40 Billion In Cuts To Nutrition Program For Children And Seniors**

**2013: Perry Voted For $40 Billion In Cuts To The Supplemental Nutrition Assistance Program (SNAP).** In September 2013, Perry voted for: "passage of the bill that would reauthorize through fiscal 2016 the Supplemental Nutrition Assistance Program. It would establish a pilot program to allow states to impose new work requirements on SNAP recipients, including parents of young children exempt under current law. It would require that individuals receive at least $20 or more in aid through the Low Income Home Energy Assistance Program to qualify for automatic increases in SNAP benefits. It would authorize states to conduct drug testing on applicants as a condition of receiving benefits. Stores authorized to accept SNAP benefits would be required to purchase point-of-sale equipment to track where they are used." The bill passed 217 to 210. [HR 3102, Vote #476, 9/19/13; CQ, 9/19/13]

> **Washington Post: The House GOP Bill Would Kick About 3.8 Million People Off The Food Stamp Program In 2014, Including 1.7 Million Unemployed, Childless Adults.** "Right now, there are roughly 47.7 million Americans on food stamps — a number that swelled during the recession and has only recently started to decline. The House GOP bill would kick about 3.8 million people off the food-stamp rolls over the course of the upcoming fiscal year that begins in October. That includes 1.7 million unemployed, childless adults aged 18-50. It also includes another 2.1 million families and seniors who have incomes just slightly above the federal food-stamp limits. (In recent years, states have been able to extend food-stamp aid to these households.) Thereafter, the House GOP bill would reduce the rolls by about 2.8 million people each year compared with current law." [Washington Post, 9/19/13]

**National Farmers Union: House Nutrition Bill A Hindrance To Passing Farm Bill.** "Separating nutrition programs from the farm bill was a mistake from the very beginning. Consideration of H.R. 3102, a politically charged bill that would hurt those in our society who most need help, unnecessarily complicates the farm bill process […] We urge members of the House to vote down this bill and work together to end the detrimental separation of nutrition programming from farm programs. Passage of H.R. 3102 will only make the already complex farm bill process more difficult." [National Farmers Union, Press Release, 8/16/13]

---

**Perry Voted Against Farm Bill That Cut Spending In Farm And Nutrition Programs By $40 Billion And Required Drug Tests For Food Stamp Applicants**

**2013: Perry Voted Against Farm Bill That Would Have Allowed States To Require Drug Tests For Food Stamp Applicants**

**2013: Perry Voted Against Bill To Authorize Funding For Agricultural And Nutrition Programs Through 2018 And Allow States To Require Drug Tests On Food Stamp Applicants.** In 2013, Perry voted againstfor "Passage of the bill that would authorize roughly $939 billion through fiscal 2018 for federal farm, nutrition assistance, rural development and agricultural trade programs. It would repeal direct and countercyclical payments to agriculture commodity producers, replacing them with two new risk-management programs to protect farmers when they suffer significant losses. It would consolidate conservation programs and repeal several major dairy programs and replace them with a new program to manage the supply of milk. It would restrict 'categorical eligibility' for the Supplemental Nutrition Assistance Program, commonly known as food stamps, under which individuals become eligible based on their participation in other low-income assistance programs. Under the bill, households that receive more than $20 in utility assistance would be eligible for SNAP benefits. As amended it would allow states to conduct drug testing on SNAP applicants as a condition for receiving benefits and impose work requirements on SNAP recipients, mandating employment or job training." The bill failed 195 to 234. [HR 1947, Vote #286, 6/20/13; CQ, 6/20/13]

**New York Times: "The House Bill Would Have Cut Projected Spending In Farm And Nutrition Programs By Nearly $40 Billion Over The Next Ten Years."** "The House bill would have cut projected spending in farm and nutrition programs by nearly $40 billion over the next 10 years. Just over half, $20.5 billion, would come from



cuts to the food stamp program, known as the Supplemental Nutrition Assistance Program." [New York Times, 6/21/13]

---

**Perry Voted For "Poison Pill" Amendment That Allowed States To Require Work Requirements For Food Stamp Recipients**

---

**2013: Perry Voted For An Amendment That Would Allow States To Launch Pilot Programs Requiring That Food Stamp Recipients Show They Were Looking For Work.** In June 2013, Perry voted forfor "Southerland, R-Fla., amendment that would direct the Agriculture secretary to administer a pilot program that would allow states to impose work requirements on individuals receiving Supplemental Nutrition Assistance Program benefits. It would void work requirement waivers in states that participate in the pilot project." The amendment passed 227 to 198. [HR 1947, Vote #248, 6/20/13; CQ, 6/20/13]

> **Time Magazine: The Amendment Was "A Partisan Poison Pill" And "Enough To Kill The Measure."**
> "The House of Representatives' farm bill was crammed with so many questionable giveaways that watchdogs couldn't decide which was the worst. In the end, however, it wasn't sushi subsidies or millions of dollars of weather radio transmitters that killed the farm bill Thursday afternoon. It was a controversial amendment backed by House Majority Leader Eric Cantor. […] At 1:22 p.m., the Southerland amendment was approved in a near-party-line vote, 227 to 198. Only one Democrat went for the amendment, and only six Republicans went against. It was a partisan poison pill, the last amendment of the day. And it was enough to kill the measure." [Time Magazine, 6/21/13]

**The Center On Budget And Policy Priorities Called The Amendment "Harsh" And "Unprecedented."** "The farm bill that the House defeated on June 20 included a provision, offered by Rep. Steve Southerland (R-FL), that would make harsh, unprecedented changes to the Supplemental Nutrition Assistance Program (SNAP), the nation's primary weapon against hunger. These changes came on top of provisions already in the bill that would make more than $20 billion in cuts to SNAP and terminate eligibility for almost 2 million low-income individuals. […] In fact, the provision is not really a work requirement; it could deny benefits to large numbers of low-income people who want to work but cannot find a job, and it would incentivize states to cut such people off by giving them large amounts of new federal funding — to spend on whatever they choose — if they use the Southerland provision to cut their SNAP caseloads." [Center on Budget and Policy Priorities, 7/9/13]



## Budget Issues

<div style="border">

### Significant Findings

- ✓ *In December 2018, Perry claimed there would be no consequences to a shutdown for government workers, because all payments would be caught up, discounting those living paycheck to paycheck.*

    - ✓ *Perry: "Who's living that they're not going to make it to the next paycheck?"*

    - ✓ *Perry voted repeatedly against reopening the government during the 35-day January 2019 partial shutdown.*

- ✓ *2018: Perry voted for proposing a balanced budget amendment to the constitution.*

- ✓ *2018: Perry co-sponsored a balanced budget amendment that would threaten Social Security and Medicare.*

- ✓ *Perry voted down the 2018 omnibus bill but said "if we allow an amendment on that to build the wall, at $25 billion, that would be something I would be interested in voting for."*

- ✓ *2015: Perry voted against short-term continuing resolution to prevent government shutdown.*

- ✓ *2014: Perry voted against a $1.1 trillion spending bill that included funding for agencies covered by unfinished fiscal 2015 spending bills.*

- ✓ *2013: Perry voted for continuing resolutions with poison pills that were known to be setting up a government shutdown and voted against the deal to end the 16 day shutdown.*

    - ✓ *In 2013 Perry was delivered a cease and desist by 80 local residents to cease the government shutdown.*

    - ✓ *Perry deemed all of his staff essential during the 2013 government shutdown.*

- ✓ *Perry consistently voted for Republican budgets, including the Ryan and Republican Study Committee budgets.*

- ✓ *Perry has consistently spoken out against short term funding measures.*

- ✓ *Perry voted 6 times against raising the debt limit, and had never voted to raise the debt ceiling while in Congress.*

</div>

## Government Shut Downs

**Before The January 2019 Shutdown, Perry Claimed There Would Be No Consequences To A Shutdown For Government Workers, Because All Payments Would Be Caught Up, Discounting Those Living Paycheck To Paycheck**

**Perry Told A Politico Reporter That There Wouldn't Be Consequences Of A Shutdown For Federal Employees Because All Payments Would Be Caught Up, Not Taking Into Account The Majority Of**



**Americans Living Paycheck To Paycheck.** "U.S. Rep. Scott Perry, a regularly unfiltered speaker who is by now familiar with the sensitive tripwires of the Washington, D.C., media world, tripped those triggers again Thursday with a comment about the effects of a partial shutdown of the federal government on federal workers. When asked by a Politico reporter about the potential consequences of a shutdown for the federal employees who would be affected, Perry was quoted as saying that he didn't believe they'd be seriously affected because — in the event of a shutdown — any missed pay is eventually caught up. The outrage meter started running, however, when according to Politico's Sarah Ferris, Perry added: 'Who's living that they're not going to make it to the next paycheck?' Of course, many Americans do just that, Perry's critics were quick to point out." [Patriot News, 12/23/18]

> **According To A 2017 Survey, 78% Of Americans Live Paycheck To Paycheck.** "A 2017 survey from CareerBuilder found that 78 percent of American workers live paycheck to paycheck. The impending shutdown could mean that thousands of workers at federal agencies including the Departments of Agriculture, Commerce, Justice, Homeland Security, Interior, State, Transportation, and Housing and Urban Development — would either be furloughed or work without pay." [Patriot News, 12/23/18]

**According To A Politico Reporter Perry During A Government Shut Down Perry Exclaimed "Why Are Government Employees So Sacrosanct? Private Sector Employees Deal With This All The Time. ... The Government's Not Immune To These Things."** "Perry, a York County Republican, has built his political career in part as a staunch promoter of the free enterprise system and a 'less-government-is-better-government' approach to the public sector. He also said, according to Ferris: 'Why are government employees so sacrosanct?' 'Private sector employees deal with this all the time. ... The government's not immune to these things.' Much of the outrage, as measured on social media, stemmed from the fact that Perry's $174,000 Congressional salary would not be affected by a federal shutdown." [Patriot News, 12/23/18]

**Perry's $174,000 Congressional Salary Would Not Be Affected By A Federal Shutdown.** "Much of the outrage, as measured on social media, stemmed from the fact that Perry's $174,000 Congressional salary would not be affected by a federal shutdown. Perry, who narrowly won a fourth term in the House last month in the new 10th Congressional District, didn't dispute the quotes in a telephone interview Friday. But he told PennLive he believes the larger context of his remarks were sacrificed to Twitter. First off, he said, no one wants federal workers to have to live through a shutdown and he has a lot of empathy for them being caught in the crossfire of a political battle. But the issues at stake — including making it harder to smuggle drugs across the southern border, for one thing — are worth fighting for." [Patriot News, 12/23/18]

> **Perry Claimed His Message Had Been Lost Due To Twitter, And Claimed He Empathized With Federal Workers Losing Wages Due To A Political Battle, But Said It Was Worth It Due To The Issues At Stake.** "Much of the outrage, as measured on social media, stemmed from the fact that Perry's $174,000 Congressional salary would not be affected by a federal shutdown. Perry, who narrowly won a fourth term in the House last month in the new 10th Congressional District, didn't dispute the quotes in a telephone interview Friday. But he told PennLive he believes the larger context of his remarks were sacrificed to Twitter. First off, he said, no one wants federal workers to have to live through a shutdown and he has a lot of empathy for them being caught in the crossfire of a political battle. But the issues at stake — including making it harder to smuggle drugs across the southern border, for one thing — are worth fighting for." [Patriot News, 12/23/18]

> **Perry Claimed To Know "Lots Of People" Who Work Paycheck To Paycheck, And Said The Point He Was Trying To Make Was That It's Important To "Put Something Back" And Save For Emergencies.** "Secondly, Perry said he knows lots of people work paycheck to paycheck, just like he did for much of his life. The larger point he was trying to make, Perry said, is that all workers — public and private sector — are better off if they try to 'put something back' so they have some emergency reserves in case of a sudden layoff. Many workers find it difficult to save." [Patriot News, 12/23/18]

## 2019 Partial Government Shutdown



**Perry Voted Against Preventing Another Government Shutdown By Funding The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border**

**Perry Voted Against Funding The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border.** In February 2019, Perry voted against: "Adoption of the conference report to accompany the joint resolution that would provide, in total, $333 billion in full-year funding for the seven remaining fiscal 2019 appropriations bills: Agriculture; Commerce-Justice-Science; Financial Services; Homeland Security; Interior-Environment; State-Foreign Operations; and Transportation-Housing and Urban Development. It would provide $49.4 billion in discretionary funds for fiscal 2019 for operations of the Homeland Security Department, as well as $12.6 billion for natural disaster response and recovery activities and $165 million for Coast Guard overseas contingency operations. Appropriations for DHS operations include $15 billion for Customs and Border Protection, including $1.38 billion for physical barriers along the U.S.-Mexico border. It would provide $7.6 billion for Immigration and Customs Enforcement, and would also require a 17 percent reduction in the number of detention beds available for individuals detained by the agency. The conference report would provide, in discretionary funding for fiscal 2019, $23 billion for the Agriculture Department and related agencies; $64.1 billion for departments of Commerce and Justice and other agencies such as NASA and the National Science Foundation; $23.4 billion in discretionary funding or financial services and general government appropriations; $35.6 billion for the Interior Department, the Environmental Protection Agency, and related agencies; $54.2 billion for for the State Department, foreign assistance and other international activities; and $71.1 billion for the departments of Transportation and Housing and Urban Development and related agencies." The conference report was adopted 300-128. [H J Res 31, Vote #87, 2/14/19; CQ, 2/14/19]

> **HEADLINE: Congress passes spending bill to avoid shutdown, sends it to Trump for his signature** [USA Today, 2/14/19]

**January 25, 2019: A Stopgap Spending Bill Was Finally Passed By Voice Vote, Ending A 35 Day Shutdown With No Funding For Trump's Border Wall**

**Trump Agreed To Reopen The Government After A 35 Day Partial Government Shutdown That Left 800,000 Federal Workers Furloughed; The House And Senate Passed The Stopgap Spending Bill By Voice Vote.** "President Trump agreed on Friday to reopen the federal government for three weeks while negotiations continued over how to secure the nation's southwestern border, backing down after a monthlong standoff failed to force Democrats to give him billions of dollars for his long-promised wall. The president's concession paved the way for the House and the Senate to both pass a stopgap spending bill by voice vote. Mr. Trump signed it on Friday night, restoring normal operations at a series of federal agencies until Feb. 15 and opening the way to paying the 800,000 federal workers who have been furloughed or forced to work without pay for 35 days." [New York Times, 1/25/19]

**Perry Voted Against Providing Short Term Funding To The Department Of Homeland Security Without Funding Trump's Border Wall**

**Perry Voted Against Reopening The Department Of Homeland Security Department Through Feb. 28.** In January 2019, Perry voted against "Passage of the joint resolution that would provides stopgap fiscal 2019 funding for the Homeland Security Department through Feb. 28 (H J Res 31)." The resolution passed by a vote of 231 – 180. [H. Res. 31, Vote #51, 1/24/19; CQ Floor Votes, 1/24/19]

> **The Bill Reopened The Department Of Homeland Security Through February At 2018 Funding Levels And Did Not Include Funding For Trump's Border Wall.** "The House on Thursday passed a stopgap funding measure that would reopen the Department of Homeland Security through February at 2018 funding levels. It's the latest effort by House Democrats to try to pressure the GOP in the shutdown standoff by passing individual spending bills that don't include the $5.7 billion President Trump is seeking for a U.S.-Mexico



border wall. The House passed the bill on a 231-180 vote, with five Republicans voting yes." [Washington Times, 1/24/19]

**One Democrat Voted No Because She Had Concerns With ICE Funding.** "Rep. Alexandria Ocasio-Cortez was the lone Democrat to vote 'no' — as has been the case for several recent votes on spending bills. Ms. Ocasio-Cortez, New York Democrat, has raised concerns about funding for Immigration and Customs Enforcement (ICE)." [Washington Times, 1/24/19]

**Perry Voted Against Funding All Remaining Unfunded Departments Except Homeland Security For FY 2019, And Extending Authorization For The National Flood Insurance Program And Temporary Assistance For Needy Families**

**Perry Voted Against Funding All Remaining Unfunded Departments Except Homeland Security For FY 2019, And Extending Authorization For The National Flood Insurance Program And Temporary Assistance For Needy Families.** In January 2019, Perry voted against: "Passage of the bill that would provide $271.8 billion for full-year fiscal 2019 funding for six of the seven spending bills that reached a conference agreement, but that lack enacted appropriations (all except Homeland Security) and would extend authorization for several expiring programs including the National Flood Insurance Program and the Temporary Assistance for Needy Families." The bill passed 234-180. [HR 648, Vote #49, 1/23/19; CQ, 1/23/19]

**Perry Did Not Vote On Reopening The Government And Funding It For One Month**

**Perry Did Not Vote On Reopening The Government And Funding It For One Month.** In January 2019, Perry did not vote on: "Passage of the joint resolution that would make further continuing appropriations for fiscal 2019 through Feb. 28, 2019." The resolution passed 229-184. [H J Res 28, Vote #46, 1/23/19; CQ, 1/23/19]

**Perry Voted Against Funding The Government Not Related To Border Security**

**Perry Voted Against The Appropriations Bill To Fund The Government Not Related To Border Security.** "Perry, the Republican congressman who represents Carlisle and the eastern portion of Cumberland County, has called on House Democrats to compromise with Republicans on a higher level of border security spending. Perry has voted against appropriations bills that would fund portions of the government not related to border security, such as the votes last week to re-open the Treasury, Interior, Agriculture and other federal departments." [The Daily American, 1/19/19]

**Perry Also Voted Against The Bill To Fund $1.3 Billion For Border Security**. "He has also opposed the House security bill that would appropriate $1.3 billion for border security, a similar figure to previous House budgets, calling it a "status quo" deal that does not address illegal border crossings." [The Daily American, 1/19/19]

**Perry Voted Against Providing Continuing Appropriations For Operations Of The Federal Government At Current Funding Levels Through Feb. 8, 2019 And Funding For Supplemental Disaster Funds**

**Perry Voted Against Providing Continuing Appropriations For Operations Of The Federal Government At Current Funding Levels Through Feb. 8, 2019 And Funding For Supplemental Disaster Funds.** In January 2019, Perry voted against: "Passage of the bill that would provide continuing appropriations for operations of the federal government at current funding levels through Feb. 8, 2019. Additionally, the bill provides $12.1 billion in supplemental disaster funds for response efforts to damage caused by hurricanes, wildfires, earthquakes and other natural disasters that occurred in 2017 and 2018. The bill includes a total of $2.7 billion for Agriculture Department disaster-related activities, including $1.1 billion for crop (including milk), tree, bush, vine, and livestock losses from 2018 hurricanes, wildfires and other declared disasters. The bill provides $1.16 billion for the Housing and Urban Development Department's Community Development Block Grants-Disaster Recovery Program, and $1.7 billion for Transportation Department programs and activities, including $1.65 billion for the cost of federal


highway and bridge repairs. It provides $1.46 billion to the Defense Department to repair military facilities damaged by hurricanes Florence and Michael, primarily for repairing damage to military facilities in the Carolinas and Florida. As amended, the bill would prohibit funds provided in the bill for the Army Corps of Engineers or the Homeland Security Department from being used to construct a "new physical barrier" along the southwest border of the U.S. Also as amended, the bill would permit the use of emergency funds provided to the Agriculture Department for 2018 crop losses to be used to cover harvested wine grapes that were found to have been tainted by smoke from wildfires." The bill passed by a vote of 237 – 187. [H.R. 268, Vote #39, 1/16/19; CQ Floor Votes, 1/16/19]

> **Six Republicans Voted With Majority Democrats For The Bill.** "The measure would provide $12.1 billion in disaster aid and reopen the nine shuttered federal departments and dozens of agencies through Feb. 8. But it doesn't include the money Trump seeks for a border wall, and the administration opposes the measure. Only six Republicans voted with majority Democrats for the bill." [Bloomberg, 1/16/19]

**Perry Voted Against Reopening The Government And Funding It Through A Continuing Resolution For Approximately Two Weeks**

**Perry Voted Against Reopening The Government And Funding It Through A Continuing Resolution For A Few Weeks.** In January 2019, Perry voted against: "Lowey, D-N.Y., motion to suspend the rules and pass the joint resolution that would make further continuing appropriations for fiscal 2019 through Feb. 1, 2019." The motion was rejected 237-187. [H J Res 27, Vote #31, 1/15/19; CQ, 1/15/19]

**During The Partial Government Shutdown, Perry Voted Against Full Year Appropriations For Most Departments, Short Term Funding For The Homeland Security Department With Restrictions On Wall Funds, And Retroactive Pay For Federal Workers**

**Perry Voted Against Providing Full-Year Continuing Appropriations Covering Six Of The Seven Fiscal 2019 Appropriations Bills, Increasing Pay For Federal Workers, Providing Retroactive Pay For Federal Workers Furloughed And Extending The National Flood Insurance Program.** In January 2019, Perry voted against: "Passage of the bill that would provide full-year continuing appropriations covering six of the seven fiscal 2019 appropriations bills that have not been enacted into law, including those that relate to Agriculture, Commerce-Justice-Science, Financial Services, Interior-Environment, State-Foreign Operations, and Transportation-HUD provisions. The bill includes provisions for a 1.9 percent pay increase for federal civilian employees and would extend the National Flood Insurance Program through fiscal 2019. It would also provide for retroactive pay for federal workers furloughed during the partial shutdown." The bill passed by a vote of 241 – 190. [H.R. 21, Vote #11, 1/3/19; CQ Floor Votes, 1/3/19]

> **Seven Republicans Supported Separate Legislation That Would Reopen The Rest Of The Federal Government Through Sept. 30.** "Ultimately, just five House GOP lawmakers voted with Democrats on a spending bill that would operate the Department of Homeland Security until Feb. 8, and seven Republicans supported separate legislation that would reopen the rest of the federal government through Sept. 30. GOP officials feared the defections could have been much higher had the administration not gotten directly involved." [Washington Post, 1/4/19]

**Perry Voted Against Providing Short Term Funding For The Homeland Security Department With Restrictions On Wall Funds And Providing Back Pay For Federal Employees At The Homeland Security Department.** In January 2019, Perry voted against: "Passage of the joint resolution that would provide short-term funding for the Homeland Security Department through Feb. 8, 2019 at rates provided in the fiscal 2018 omnibus appropriations law, but with additional restrictions for use of border security funds that would prevent the appropriated dollars from being used to construct the president's proposed concrete border 'wall.' The bill would also provide for backpay for all furloughed federal employees at the Homeland Security Department as compensation for pay missed during the lapse in appropriations." The joint resolution passed by a vote of 239 – 192. [H.J. Res. 1, Vote #9, 1/3/19; CQ Floor Votes, 1/3/19]



**Five House GOP Lawmakers Voted With Democrats On A Spending Bill That Would Operate The Department Of Homeland Security Until Feb. 8.** "Ultimately, just five House GOP lawmakers voted with Democrats on a spending bill that would operate the Department of Homeland Security until Feb. 8, and seven Republicans supported separate legislation that would reopen the rest of the federal government through Sept. 30. GOP officials feared the defections could have been much higher had the administration not gotten directly involved." [Washington Post, 1/4/19]

## FY 2018 Omnibus

**Perry Voted Down The 2018 Omnibus Bill, But Said "If We Allow An Amendment On That To Build The Wall, At $25 Billion, That Would Be Something I Would Be Interested In Voting For."**

**Perry On Voting Down The Omnibus Bill: The Omnibus Bill "Was Bloated And Was Spending Much More Money Than We Have," Perry Said, But "I Said, If We Allow An Amendment On That To Build The Wall, At $25 Billion, That Would Be Something I Would Be Interested In Voting For."** "In March, the House Freedom Caucus, of which Perry is a member, voted against the omnibus spending bill needed to avert a government shutdown and encouraged Trump to veto the measure in order to gain leverage on wall funding. The omnibus bill 'was bloated and was spending much more money than we have,' Perry said, but 'I said, if we allow an amendment on that to build the wall, at $25 billion, that would be something I would be interested in voting for.'" [The Daily American, 11/1/18]

**Perry Voted Against Funding The Government For And Through December 2018**

**Perry Voted Against Funding The Government For An Additional 2.5 Months Through December 2018.** In September 2018, Perry voted against "Adoption of the conference report to accompany the bill that would provide $855.1 billion in discretionary funding for fiscal 2019 to various departments and agencies, including $674.4 billion for the Defense Department and $178.1 billion for the Labor, Health and Human Services and Education departments. The Defense Department total would include $606.5 billion in base Defense Department funding subject to spending caps, and would include $67.9 billion in overseas contingency operations funding. The bill would provide $90.3 billion in discretionary spending for the Health and Human Services Department, $71.4 billion for the Education Department and $12.1 billion for the Labor Department. The measure would also provide funding for federal government operations until Dec. 7, 2018, at an annualized rate of approximately $1.3 trillion." The amendment was adopted 361-61. [HR 6157, Vote #405, 9/26/18; CQ, 9/26/18]

**Perry Voted Against Passing $1.3 Trillion FY18 Omnibus That Prevented A Government Shutdown**

**Perry Voted Against The $1.3 Trillion FY 2018 Omnibus Spending Package That Funded The Government Through September 30, 2018.** In March 2018, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with a further amendment that would provide roughly $1.3 trillion in funding for federal government operations and services through Sept. 30, 2018. The measure would provide a total of $654.6 billion in additional funding to the Defense Department […] $98.7 billion to the Health and Human Services Department, […] $3.4 billion to the Substance Abuse and Mental Health Services Administration for substance abuse block grants, and would provide roughly $3.7 billion to the National Institutes of Health, including an additional $500 million for research into opioid addiction. It would provide $47.7 billion to the Homeland Security Department, including $1.6 billion for the purpose of bolstering security measures on the U.S.-Mexico border, including the construction of new fencing along sections of the border, and would provide $7.1 billion for Immigration and Customs Enforcement operations and enforcement. The measure includes provisions from multiple bills related to school safety and firearms regulations, including a bill (S 2135) that would require the Department of Justice to certify that appropriate records have been submitted to the National Instant Criminal Background Check System by federal agencies and state governments with respect to individuals who are not eligible to purchase firearms. The measure includes language from the bill (S 2495) that would authorize $75


million a year through fiscal 2028 for the Secure Our Schools grant program and would revise it to more explicitly focus the program on preventing student violence." The motion as agreed to, 256-167. [H Res 796, Vote #127, 3/22/18; CQ, 3/22/18]

---

**Perry Voted For Passing The House Version Of $1.23 Trillion Fiscal 2018 Omnibus Appropriations Bill**

---

**Perry Voted For Passing The $1.23 Trillion Fiscal 2018 Omnibus Appropriations Bill.** In September 2017, Perry voted for: "Passage of the bill, as amended, that would provide $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, including $621.5 billion for defense and $511 billion for nondefense discretionary spending." The bill passed by a vote of 211-198. [H R 3354, Vote #528, 9/14/17; CQ, 9/14/17]

> **Omnibus Appropriations Bill Was Not Taken Up In The Senate.** [HR 3354, last action 9/27/17]

---

| Short Term Funding Bills |
| --- |

**Perry Voted Against Concurring With The Senate On The Short Term Continuing Resolution That Funded The Government Through March 23, 2018.** In December 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would provide funding for federal government operations and services at current levels through March 23, 2018. The bill would increase defense spending caps to $629 billion for fiscal 2018 and $647 billion for fiscal 2019, and would increase non-defense spending caps by $63 billion in fiscal 2018 and $68 billion in fiscal 2019. It would suspend the debt ceiling through March 1, 2019, and would provide $89.3 billion in emergency supplemental funding including $23.5 billion in funding for the Federal Emergency Management Agency Disaster Relief Fund, $28 billion in funding to the Department of Housing and Urban Development Community Development Fund, and $4.9 billion in additional Medicaid funding for Puerto Rico and the U.S. Virgin Islands. It would authorize funding for community health centers through fiscal 2019, and would provide for an additional authorization of the Children's Health Insurance Program from fiscal 2023 to fiscal 2027. The underlying bill would allow the governor of a state, territory, possession or the mayor of the District of Columbia to order that the United States flag be flown at half-staff to honor the death of a first responder who dies while serving in the line of duty." [HR 1892, Vote #69, 2/9/18; CQ, 2/9/18]

> **Budget Deal Ending Second Government Shutdown Of 2018 Added $320 Billion To The Deficit – The Second Shutdown In Three Weeks.** "But action did not come soon enough to avoid a brief government shutdown — the second in three weeks — thanks to a one-man protest from Sen. Rand Paul (R-Ky.), who delayed the Senate vote past midnight to mark his opposition to an estimated $320 billion addition to the federal budget deficit." [Washington Post, 2/9/18]

> **Budget Deal Raised Sequestration Caps For 2018 And 2019 By $296 Billion, Suspended The Debt Ceiling Until March 2019, And Approved An Additional $90 Billion In Disaster Relief.** "Attached to the CR is language raising the sequestration budget caps for fiscal years 2018 and 2019 by a total of $296 billion, suspending the debt ceiling until March 2019 and approving an additional $90 billion in disaster relief, among a host of other policy provisions." [Roll Call, 2/9/18]

> **CNN: Continuing Resolution Included A Full Year Of Defense Spending To "Sweeten The Deal For Conservative And Defense Hawks… Who Have Been Emphatic That They Wouldn't Support The Fifth Continuing Resolution In Six Months."** "The House of Representatives passed legislation funding most federal agencies through March 23, and the Pentagon for a full fiscal year, roughly two days before the government faces a shutdown. The bill passed 245-182, but this is just the first step. The bill will next go the Senate, where Democrats are expected to oppose it because it doesn't also provide longer term money for domestic programs like opioid recovery efforts, transportation, and education. […] GOP leaders tacked on a full year of defense funding to sweeten the deal for conservative and defense hawks in their ranks who have



been emphatic that they wouldn't support the fifth continuing resolution in six months without some kind of certainty for the country's military." [CNN, 2/6/18]

**Perry Voted For House Passage Of Continuing Resolution To Fund The Government Through March 23.** In February 2018, XXXX voted for: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with an amendment that would provide for an extension of the current continuing resolution through March 23, 2018. The measure would provide for $659.2 billion in discretionary funding for the Defense Department through fiscal 2018 and would provide $3.6 billion annually for community health centers through fiscal 2019. It would also eliminate the cap on various Medicare payments and would extend funding for rural hospitals that see large numbers of Medicare patients." The motion was adopted, 245-182. [H.R. 1892, Vote #60, 2/6/18; CQ, 2/6/17]

**Perry Voted For Reopening The Government And Funding It Until February 8, 2018 As Well As Funding CHIP For Six Years.** In January 2018, Perry voted forld provide funding for federal government operations and services at current levels through Feb. 8, 2018. The measure would fund the state Children's Health and Insurance Programs at $21.5 billion annually starting in fiscal 2018 and would gradually increase the funding annually through fiscal 2023. It would suspend or delay three health-related taxes enacted as part of the 2010 health care overhaul. It would allow the ballistic missile defense funding included in the last short-term funding bill to be used for certain related intelligence activities. Additionally, it would prohibit the Government Publishing Office from providing a free printed copy of the Federal Register to any member of Congress or other U.S. government office unless a specific issue or a subscription was requested by the member or office." The motion passed 266-150. [H.R. 195, Vote #44, 1/22/18; CQ, 1/22/18]

**Measure Ended A Three Day Government Shutdown.** "Congress voted late Monday to reopen the government after a three-day shutdown, sending President Trump a short-term spending bill that passed after Senate Republican leaders pledged to act on immigration policy next month. […] Roughly 60 hours after government funding lapsed, a bipartisan group of negotiators in the Senate prevailed with leadership and trading Democratic support for reopening the government for a commitment by Republicans to hold a vote resolving the status of young undocumented immigrants by mid-February." [Washington Post, 1/22/18]

**Perry Voted For Funding The Government Until February 16, 2018 And Funding CHIP For Six Years.** In January 2018, Perry voted forment operations and services at current levels through Feb. 16, 2018, at an annualized rate of $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, of which an annualized rate of $621.5 billion would be designated for defense and an annualized rate of $511 billion for nondefense discretionary spending. The measure would fund the state Children's Health and Insurance Programs at $21.5 billion annually starting in fiscal 2018 and would gradually increase the funding annually through fiscal 2023. It would suspend or delay three health-related taxes enacted as part of the 2010 health care overhaul. It would allow the ballistic missile defense funding included in the last short-term funding bill to be used for certain related intelligence activities. Additionally, it would prohibit the Government Publishing Office from providing a free printed copy of the Federal Register to any member of Congress or other U.S. government office unless a specific issue or a subscription was requested by the member or office." The motion passed 230-197. [H.R. 195, Vote #33, 1/18/18; CQ, 1/18/18]

**Measure Failed To Protect DREAMers, Aid Puerto Rico, Or Respond To The Opioid Crisis.** "In the Senate, at least about a dozen Democratic votes would be needed to approve the measure, and there was little chance that those would materialize. Democrats are intent on securing concessions that would, among other things, protect from deportation young immigrants brought to the country illegally as children, increase domestic spending, aid Puerto Rico and bolster the government's response to the opioid crisis." [New York Times, 1/18/18]

**Bill Failed In The Senate, Leading To A Government Shutdown – The First Time A Shutdown Involving Furloughs Occurred While One Party Controlled Washington.** "The federal government entered the 18th partial shutdown of the modern budget era at midnight Saturday after the Senate failed to reach a deal on a



funding bill. The modern budget process began with the passage of the Budget Act of 1974. Since then, there have been a slew of different circumstances that prompted shutdowns, but this shutdown is unique for one reason. This is the first time that one party has controlled the House, the Senate, and the White House during a shutdown in which federal employees are furloughed." [Business Insider, 1/20/18]

**Perry Voted For Considering Legislation To Fund The Government Until February 16, 2018 And Funding CHIP For Six Years.** In January 2018, Perry voted forexpected legislative vehicle for an extension of the current continuing resolution through Feb. 16, 2018, and funding for the Children's Health Insurance Program through fiscal 2023. It would waive, through the legislative day of January 20, 2018, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee and would also provide for motions to suspend the rules through the legislative day of January 20, 2018." The rule was adopted 226-194. [H Res 695, Vote #28, 1/18/18; CQ, 1/18/18]

**Perry Voted Against The Short Term Continuing Resolution That Funded The Government Through January 19, 2018.** In December 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with a further House amendment that would provide funding for federal government operations and services at current levels through Jan. 19, 2018. The bill, as amended, would authorize $2.1 billion for the Veterans Choice Program, $2.9 billion in mandatory funding for the Children's Health Insurance Program and $550 million in funding to Community Health Centers through Mar. 31. The bill would exempt funding provided to the Children's Health Insurance Fund and other health programs, as well as the tax overhaul package, from statutory pay-as-you-go requirements. It would provide $4.7 billion in emergency supplemental funds for missile defense and Navy ship repairs. It would also extend authorities under the Foreign Intelligence Surveillance Act through Jan. 19, including FISA Section 702, which allows U.S. intelligence agencies to obtain data from electronic service providers or non-U.S. persons who reside outside the U.S." The motion passed 231 to 188. [HR 1370, Vote #708, 12/21/17; CQ, 12/21/17]

**December 2017: Perry Was The Only Pennsylvania Republican To Oppose The Short Term Spending Bill And Disaster Relief Legislation.** As lawmakers rushed off Capitol Hill for winter break, a pair of bills passed the U.S. House Thursday that include money to keep Pennsylvania's state-run children's health insurance program operating through March, as well as aid for Lehigh Valley schools that have taken in students displaced by the Puerto Rican hurricane. But only one of the measures - a short-term spending bill to keep the federal government operating through Jan. 19 - cleared the U.S. Senate later Thursday evening, leaving the $81 billion disaster relief bill and its schools funding lingering until next year. The spending bill offers some limited assurances to families of the 180,000 children - including 11,000 in Lehigh and Northampton counties - who are enrolled in Pennsylvania's children's health insurance program, known as CHIP. […] Pennsylvania's U.S. House members largely divided along party lines - with Republicans in support and Democrats opposed - on the four-week government funding bill and the disaster-relief legislation. The only exception was Rep. Scott Perry, a Republican from south-central Pennsylvania who opposed both measures. [Morning Call, 12/22/17]

**Perry Voted Against The Short Term CR That Funded The Government Through December 22, 2017.** In December 2017, Perry voted against: "Passage of the joint resolution that would provide funding for federal government operations and services at current levels through Dec. 22, 2017, at an annualized rate of $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, of which an annualized rate of $621.5 billion would be designated for defense and an annualized rate of $511 billion for nondefense discretionary spending. The bill would allow state Children's Health and Insurance Programs to receive extra redistribution funds beyond what is currently allowed, supporting the program's operations through the end of December." The resolution passed 235 to 193. [H J Res 123, Vote #670, 12/7/17; CQ, 12/7/17]

**Perry Voted Against Funding The Government Through December 8, 2017, Suspending The Debt Limit For Three Months And Making Available Supplemental Emergency Funding For Hurricane Relief.** In September 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would make available $15.25 billion in emergency



supplemental funding for fiscal 2017 to partially cover the costs of responding to multiple natural disasters, including Hurricane Harvey. The measure would suspend the public debt limit from the bill's date of enactment until Dec. 8, 2017, and would provide for government operations to be funded at fiscal 2017 levels until Dec. 8, 2017." The motion passed, 316-90. [H R 601, Vote #480, 9/8/17; CQ, 9/8/17]

**Perry Voted Against A Bipartisan Deal To Fund The Government Through September 30, 2017 And Increase Defense Funding.** In May 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendments to the bill with an amendment that would provide $1.16 trillion in discretionary appropriations through Sept. 30, 2017 for federal departments and agencies covered by the remaining 11 fiscal 2017 spending bills. Included in that total is: $20.9 billion for Agriculture, $56.6 billion for Commerce-Justice-Science, $593 billion for Defense, $37.8 billion for Energy-Water, $21.5 billion for Financial Services, $42.4 billion for Homeland Security (including $772 million for improvements and maintenance to existing Customs and Border Protection infrastructure and technology), $32.2 billion for Interior-Environment, $161 billion for Labor-HHS-Education, $4.4 billion for Legislative, $53.1 billion for State-Foreign Operations, and $57.7 billion for Transportation-HUD. The measure would authorize classified amounts of funding for fiscal 2017 for 16 U.S. intelligence agencies and intelligence-related activities of the U.S. government. The measure would provide $608 million for health benefits for retired coal miners and $296 million for Medicaid payments to Puerto Rico." The motion passed 309-118. [HR 244, Vote #249, 5/3/17; CQ, 5/3/17]

**Perry Voted For For Consideration Of $1.16 Trillion Omnibus Spending Bill.** In May 2017, Perry voted for: "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill, with House amendment, intended to serve as the legislative vehicle for a measure that would provide $1.16 trillion in discretionary appropriations for federal departments and agencies covered by the 11 unfinished fiscal 2017 spending bills." The resolution was passed by a vote of 230-188. [H.Res 308, Vote #247, 5/3/17; CQ, 5/3/17]

## 2015

**Perry Voted Against Overwhelmingly Bipartisan Budget Deal To Keep Government Open Through September 2016**

**Perry Voted Against Overwhelmingly Bipartisan Budget Deal To Keep Government Open Through September 2016.** In December 2015, Perry voted against: the omnibus spending package. According to The Hill, "The House on Friday overwhelmingly approved a $1.1 trillion spending package that includes the first major change approved by Congress to ObamaCare, and keeps the government open through September 2016 … In the end, there was no drama in the 316-113 vote … Only 18 Democrats voted against the spending bill, while 166 supported it." [HR 2029, Vote #705, 12/18/15; The Hill, 12/18/15]

**Omnibus Bill Would End U.S. Ban On Crude Oil Exports.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

**Omnibus Bill Would Reauthorize 9/11 Responder Compensation Program.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

**2015: Perry Voted Against Short-Term Continuing Resolution To Prevent Government Shutdown**

**2015: Perry Voted Against Short-Term Continuing Resolution To Prevent Government Shutdown.** In September 2015, Perry voted against: a motion to concur in the Senate amendment to the bill that would continue funding the government through Dec. 11, 2015 at an annualized rate of $1,017 trillion, the top-line post-sequester discretionary spending level for FY 2016 set by the Budget Control Act. It also would fund for Overseas



Contingency Operations at a rate of $74.8 billion, roughly equal to the FY 2015 level. Under the bill, most programs would be funded at a rate that is 0.21 percent less than their FY 2015 funding level, although the measure would include increases for certain activities including $700 million in emergency funding for fighting fire in western states; it would give the VA budget flexibility in constructing a facility in Denver, and would not defund Planned Parenthood. Further, the measure would extend through Dec. 11 the ban on state taxation of Internet access and the E-Verify employment verification system. The motion was agreed to by a vote of 277-151. [HR 719, Vote #528, 9/30/15; CQ Floor Votes, 9/30/15]

>**All Of The Votes Against Were Republicans, Who Were Upset By Their Inability To Force The Obama Administration To Defund Planned Parenthood.** "With only hours to spare on the last day of the fiscal year, Congress averted a government shutdown on Wednesday by approving a temporary spending measure to keep federal agencies operating through Dec. 11. In the House, the legislation was approved only because of strong support by Democrats — a sign of how angry rank-and-file Republicans remain over their powerlessness to force policy changes on the Obama administration. The House vote was 257 to 151, with 186 Democrats and 91 Republicans in favor. All of the 'no' votes were by Republicans. In one last display of their fury, House Republicans on Wednesday adopted another resolution to cut off government financing to Planned Parenthood." [New York Times, 9/30/15]

## 2014

---

**Perry Voted Against A $1.1 Trillion Spending Bill That Prevented Government Shutdown**

---

**2014: Perry Voted Against A $1.1 Trillion Spending Bill That Included Funding For Agencies Covered By Unfinished Fiscal 2015 Spending Bills.** In December 2014, Perry voted against: a "motion to concur in the Senate amendment to the bill with a House amendment that would provide $1.013 trillion in discretionary appropriations in fiscal 2015 for federal departments and agencies covered by the 12 unfinished fiscal 2015 spending bills. Included in that total is: $20.6 billion for Agriculture; $61.1 billion for Commerce-Justice-Science; $554.2 billion for Defense, including $64 billion for overseas contingency operations associated with the war in Afghanistan, the fight against ISIS and other counterterrorism operations; $34.2 billion for Energy-Water; $43.2 billion for Financial Services; $30 billion for Interior-Environment; $158.2 billion for Labor-HHS-Education; $4.3 billion for the Legislative Branch; $71.8 billion for Military Construction-VA; $52 billion for State-Foreign Operations; and $53.5 billion for Transportation-HUD. The measure contains full fiscal year funding for all departments except for Homeland Security, which would be funded at current levels until Feb. 27, 2015. It also would provide $5.4 billion in emergency funding to address the Ebola outbreak and $6.5 billion in disaster aid." The motion was agreed to 162 to 206. [HR 83, Vote #563, 12/11/14; CQ, 12/11/14]

>**The Hill: The Bill Included A Rider That Repealed Part Of The Dodd-Frank Reforms "To Allow Banks To Directly Engage In Derivatives Trading."** "Most Democrats followed House Minority Leader Nancy Pelosi's (D-Calif.) lead and voted against the package because of two riders she described as 'egregious.' One of the policy riders repeals part of the Dodd-Frank Wall Street reform law to allow banks to directly engage in derivatives trading. The other loosens limits on the amount of money people can contribute to national political parties. Just after 9 p.m. Thursday, the House wound up passing the bill with the help of 57 Democrats." [The Hill, 12/13/14]

## 2013

---

**Perry Voted For Preventing Another Government Shutdown While Also Reducing The Deficit**

---

**2013: Perry Voted For A Budget Agreement That Would Prevent A Government Shutdown While Also Reducing The Deficit.** In December 2013, Perry voted for: a "Ryan, R-Wis., motion to recede from the House amendment and concur in the Senate amendment to the fiscal 2014 continuing resolution (H J Res 59) with an amendment that would increase the discretionary spending caps for fiscal 2014 and 2015, establish a budget for



fiscal 2014 and outline the fiscal 2015 budget process. The increased spending would be offset by increased passenger air travel fees, increased federal employee pension contributions, extending sequester cuts to Medicare for two years and other changes. It also would block a scheduled cut to Medicare reimbursements for physicians." The bill passed 332 to 94. [HJ Res 59, Vote #640, 12/12/13; CQ, 12/12/13]

> **Politico: Budget Agreement Would Avert A Government Shutdown And Replace The Sequester.** "Rep. Paul Ryan and Sen. Patty Murray unveiled a two-year budget agreement late Tuesday night that they say will end years of bitter budget wars on Capitol Hill. The framework amounts to a modest deal that averts another government shutdown, replaces the sequester and provides a level of certainty on spending that hasn't been seen in Washington for several years. But it doesn't raise the debt ceiling, which Congress must address sometime next spring. And it's far from a grand bargain that overhauls entitlement programs or the tax code — an approach the negotiators refused to entertain for fear of getting bogged down." [Politico, 12/10/13]

**Perry Voted Against Continuing Resolution That Ended The 2013 Government Shutdown**

**Perry Voted Against Continuing Resolution That Funded The Government Through January 15 And Provided Retroactive Pay To Employees Furloughed During The Government Shutdown.** In October 2013, Perry voted against: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment to the bill that would require the Health and Human Services Department to verify the income qualifications of people who apply for tax subsidies under the 2010 health care overhaul. The Senate amendment would provide continuing appropriations for government operations through Jan. 15, 2014, reflecting an annual discretionary level of about $986 billion. It would allow federal borrowing to continue through Feb. 7, 2014, after the president certifies that the U.S. Treasury cannot pay its obligations and would set up an expedited process for Congress to consider resolutions of disapproval for the debt limit increase authorized by the bill. It also would provide for retroactive pay for federal employees who worked through the government shutdown that began on Oct. 1, 2013 and for workers furloughed during that time." The bill passed 285-144. [HR 2775, Vote #550, 10/16/13; CQ, 10/16/13]

> **The Agreement Ended A 16 Day Government Shutdown.** "Congressional Republicans conceded defeat on Wednesday in their bitter budget fight with President Obama over the new health care law as the House and Senate approved last-minute legislation ending a disruptive 16-day government shutdown and extending federal borrowing power to avert a financial default with potentially worldwide economic repercussions. […] Under the agreement, the government would be funded through Jan. 15, and the debt ceiling would be raised until Feb. 7. The Senate will take up a separate motion to instruct House and Senate negotiators to reach accord by Dec. 13 on a long-term blueprint for tax and spending policies over the next decade." [New York Times, 10/16/13]

**Perry Deemed All Of His Staff Essential During The 2013 Government Shutdown**

**Perry Deemed All Of His Staff Essential During The 2013 Government Shutdown.** "For Perry, that meant keeping his staff of 15 full-time employees in his district and Washington, D.C. offices, manning the phones and assisting his legislative operation, Perry said Monday. 'In my mind, everyone here is essential or I wouldn't have hired them,' he said. 'I told people, 'I plan on being at work every day and you're part of this team.''" [York Dispatch, 10/15/13]

**2013: Perry Was Delivered A Cease And Desist By 80 Local Residents To Cease The Government Shutdown**

**2013: Perry Was Delivered A Cease And Desist By 80 Local Residents To Cease The Government Shutdown.** "Sometimes it's the thought that counts. A 'cease and desist' order Roger Lund delivered to the Gettysburg office of Rep. Scott Perry, R-York County, doesn't carry any legal weight, but Lund said the message behind the order is the whole point. Lund and a group of about 80 Adams County residents delivered the letter around 11:30 Tuesday morning, about two days before the nation was set to default on its debts. There's a national crisis that, according to Lund and his group, was caused by a small group of extremists in the House of Representatives. Perry, according to



Lund and his group, is one of them. The letter asks the congressman from York to 'cease and desist in his efforts to keep the government shut down and keep the middle class unemployed in this area,' Lund said." [York Dispatch, 10/15/13]

### Perry Voted For Blocking An Attempt To Re-Open Government During 2013 Government Shutdown

**Perry Voted For Blocking An Attempt To Concur With The Senate's Continuing Resolution.** In October 2013, Perry voted for: "Simpson, R-Idaho, motion to table (kill) the Van Hollen, D-Md., appeal of the ruling of the chair with respect to the Simpson point of order that the Van Hollen motion to recommit the joint resolution was not germane to the measure. The motion would recommit the joint resolution to the House Appropriations Committee with instructions that it be immediately reported back with language providing for the House to recede from its amendment and concur in the Senate amendment to the fiscal 2014 continuing resolution (H J Res 59), which would provide continuing appropriations for government operations through Nov. 15, 2013." The motion to block consideration of the bill passed 230-194. [HJ Res 70, Vote #512, 10/02/13; CQ, 10/2/13]

> **HEADLINE: House GOP Blocks Vote On Re-opening Government** [Talking Points Memo, 10/02/13]

> **Talking Points Memo: House Republicans Rejected An Effort To "Put A Clean Temporary Spending Bill On The Floor, Closing One Opportunity To Re-Open The Federal Government."** "The House rejected Wednesday an effort by House Democrats to put a clean temporary spending bill on the floor, closing one opportunity to re-open the federal government." [Talking Points Memo, 10/02/13]

### 2013: Perry Was Against The Fiscal Cliff Because It Didn't Address Deficit Reduction

**Perry Didn't Support The Fiscal Cliff Bill Because  It Didn't Address Deficit Reduction And "Runaway Debt."** "Though the rest of the Pennsylvania delegation voted for the fiscal cliff deal to preserve tax cuts for the middle class, Perry said the bill didn't address the deficit reduction and "runaway debt" that's the primary concern of most people he's spoken to in the 4th District. The cliff deal only 'kicked the can down the road again,' Perry said, and he's a 'reformer' who wants less debt. Confronting the debt ceiling, he wants to see legislation that significantly reduces spending in Social Security, Medicare and Medicaid. A colonel in the Pennsylvania National Guard, he said military cuts should also be included." [York Dispatch,1/2/13]

### Perry Voted For Continuing Resolutions Leading Up To Funding Deadline That "Likely Would Result" In A Government Shutdown

**Perry Voted For Continuing Resolution That Was Funded The Government Through December 15 And Repealed The Medical Device Tax.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing appropriations with a Paulsen, R-Minn., amendment that would repeal the 2.3 percent medical device tax included in the 2010 health care overhaul. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013; bar authority for capital construction for the Dwight D. Eisenhower Memorial Commission through Dec. 15, 2013; and extend and increase available visas for the special immigrant visa program for Iraqis who supported U.S. efforts in Iraq after March 2003." The resolution passed 248-174. [HJ Res 59, Vote #497, 9/29/13; CQ, 9/29/13]

> **Washington Post: Repeal Of The Medical Device Tax Was A "Nonstarter" In The Senate.** "Republicans have two demands they want fulfilled to avoid a government shutdown. The first is a one-year delay of Obamacare. The other is the repeal of Obamacare's medical device tax. […] But the medical device tax? The priority has risen to the top of Republicans' agenda despite the fact that repeal would have a relatively minor impact on Obamacare's success. […] In the budget debate, repeal of the medical device tax is a nonstarter. While medical device tax repeal has gotten traction in previous congressional votes, don't expect that to happen this time around. Senate Majority Leader Harry Reid (D-Nev.) put out a statement Saturday afternoon saying



that Democrats would reject any changes to the Affordable Care Act that Republicans proposed." [Washington Post, 9/28/13]

**Perry Voted For Continuing Resolution That Was Funded The Government Through December 15, Delayed Implementation Of The Affordable Care Act, And Allowed Companies To Opt Out Of Birth Control Coverage.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing appropriations with a Blackburn, R-Tenn., amendment that would delay for one year implementation of any provision of the 2010 health care overhaul that would take effect between Oct. 1, 2013, and Dec. 31, 2014, including the individual mandate and the imposition or increase of specified taxes and fees. It also would allow companies and insurance providers until 2015 to opt out of mandated birth control coverage for religious or moral reasons, and bar appropriations and transfers from the Patient-Centered Outcomes Research Fund. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013." The resolution passed 231-192. [HJ Res 59, Vote #498, 9/29/13; CQ, 9/29/13]

> **Senate Leadership Made Clear It Would Reject Any Continuing Resolution That Delayed The Affordable Care Act.** "'To be absolutely clear, the Senate will reject both the one-year delay of the Affordable Care Act and the repeal of the medical device tax,' Reid said in that statement. 'After weeks of futile political games from Republicans, we are still at square one: Republicans must decide whether to pass the Senate's clean CR, or force a Republican government shutdown.'" [Washington Post, 9/28/13]

**Perry Voted For Continuing Resolution That Would Have Funded The Government Through December 15 And Defunded The Affordable Care Act.** In September 2013, Perry voted for: "Passage of the joint resolution that would provide continuing appropriations through Dec. 15, 2013 for government operations that would reflect an annual discretionary level of about $986.3 billion. It also would defund the 2010 health care overhaul and allow the U.S. Treasury, once the statutory debt limit is reached, to continue borrowing over the debt limit until Dec. 15, 2014. Funds could only be used to pay the principal and interest on both government debt held by the public and on obligations to the Social Security trust fund." According to the Associated Press, The bill passed 230-189. [HJ Res 59, Vote #478, 9/20/13; CQ, 9/20/13]

> **Plan Was Known To Be A Nonstarter In The Senate, But Moved Forward Because Of Pressure From House Conservatives.** "Mr. Boehner knows that the plan he unveiled cannot pass the Senate, and that it may prove unwise politically and economically. His leadership team pressed just last week for an alternative. But with conservative forces uniting against him, he ultimately saw no alternative but to capitulate — and few good options to stop a government shutdown in two weeks." [New York Times, 9/18/13]

> **Associated Press: Any Spending Bill That Attempted To Defund The Affordable Care Act "Likely Would Result" In A Government Shutdown.** "A letter from 80 Republicans asked Speaker John Boehner, R-Ohio, to resist any spending bills that would accommodate the new health care law, which is nearing a critical stage of signing up millions of Americans for health coverage. Because it's virtually certain that President Barack Obama and the Democratic-controlled Senate would reject such demands, leaders of both parties say the standoff likely would result in a partial shutdown of the federal government, similar to those that occurred in 1995 and 1996." [Associated Press, 8/23/13]

### Perry Voted For Continuing Resolution That Caused A Government Shutdown

**Perry Voted For Continuing Resolution That Would Have Funded The Government Through December 15, Delayed The Individual Mandate, And Required Congress To Buy Insurance Through The ACA Exchanges.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment with an additional House amendment to the joint resolution that would provide fiscal 2014 continuing appropriations. The House amendment would fund the government until Dec. 15, 2013, and delay for one year a requirement in the 2010 health care overhaul that all individuals purchase health insurance or pay a tax penalty. It also would require the president, vice president, members of Congress, congressional staff and political appointees to purchase health insurance through the health care law's state insurance exchanges and would limit the



subsidies they may receive for purchasing insurance." The resolution passed 228-201. [HJ Res 59, Vote #504, 9/30/13; CQ, 9/30/13]

> **House Republican Plan Virtually Guaranteed a Government Shutdown By Continuing To Demand That The Funding Bill Undermine The Affordable Care Act.** "The U.S. government began to shut down for the first time in 17 years early Tuesday, after a Congress bitterly divided over President Obama's signature health-care initiative failed to reach agreement to fund federal agencies. Hours before a midnight deadline, the Republican House passed its third proposal in two weeks to fund the government for a matter of weeks. Like the previous plans, the new one sought to undermine the Affordable Care Act, this time by delaying enforcement of the "individual mandate," a cornerstone of the law that requires all Americans to obtain health insurance." [Washington Post, 9/30/13]

# Short Term Funding Measures

## Perry Has Consistently Spoken Out Against Short Term Funding Measures

**Perry On Short Term Funding Measures: "Well, Something's Got To Change. I've Got To Tell You That. We - If Anybody Is Keeping Track And Paying Attention, I Think This Is The Third Or Fourth One We've Done. We Just Do Them Every About Four Weeks At A Time - Three Weeks, Four Weeks At A Time."** "Well, something's got to change. I've got to tell you that. We - if anybody is keeping track and paying attention, I think this is the third or fourth one we've done. We just do them every about four weeks at a time - three weeks, four weeks at a time. And my question becomes what is going to change to break this stalemate, this cycle? Because as far as I can tell, we're just going to keep on doing three or four-week continuing resolutions. And there's a reason for all this, but somebody's got to have the courage to just say enough is enough, and we're going to fund the government to the end of the fiscal year. And so far, none of our leadership has been able to tell me or anybody else quite honestly how that's going to happen. They just keep on saying we've got to do this, this funding package, and of course, this one goes from February 6 - to February 16. So we're looking at another four weeks." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]

**Perry On Short Term Funding Measures: "And My Question Becomes What Is Going To Change To Break This Stalemate, This Cycle? Because As Far As I Can Tell, We're Just Going To Keep On Doing Three Or Four-Week Continuing Resolutions."** "Well, something's got to change. I've got to tell you that. We - if anybody is keeping track and paying attention, I think this is the third or fourth one we've done. We just do them every about four weeks at a time - three weeks, four weeks at a time. And my question becomes what is going to change to break this stalemate, this cycle? Because as far as I can tell, we're just going to keep on doing three or four-week continuing resolutions. And there's a reason for all this, but somebody's got to have the courage to just say enough is enough, and we're going to fund the government to the end of the fiscal year. And so far, none of our leadership has been able to tell me or anybody else quite honestly how that's going to happen. They just keep on saying we've got to do this, this funding package, and of course, this one goes from February 6 - to February 16. So we're looking at another four weeks." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]

**Perry On Short Term Funding Measures: "And There's A Reason For All This, But Somebody's Got To Have The Courage To Just Say Enough Is Enough, And We're Going To Fund The Government To The End Of The Fiscal Year."** "Well, something's got to change. I've got to tell you that. We - if anybody is keeping track and paying attention, I think this is the third or fourth one we've done. We just do them every about four weeks at a time - three weeks, four weeks at a time. And my question becomes what is going to change to break this stalemate, this cycle? Because as far as I can tell, we're just going to keep on doing three or four-week continuing resolutions. And there's a reason for all this, but somebody's got to have the courage to just say enough is enough, and we're going to fund the government to the end of the fiscal year. And so far, none of our leadership has been able to tell me or anybody else quite honestly how that's going to do this, this funding package, and of course, this one goes from February 6 - to February 16. So we're looking at another four weeks." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]



**Perry On Short Term Funding Measures: "And So Far, None Of Our Leadership Has Been Able To Tell Me Or Anybody Else Quite Honestly How That's Going To Happen. They Just Keep On Saying We've Got To Do This, This Funding Package, And Of Course, This One Goes From February 6 - To February 16. So We're Looking At Another Four Weeks."** "Well, something's got to change. I've got to tell you that. We - if anybody is keeping track and paying attention, I think this is the third or fourth one we've done. We just do them every about four weeks at a time - three weeks, four weeks at a time. And my question becomes what is going to change to break this stalemate, this cycle? Because as far as I can tell, we're just going to keep on doing three or four-week continuing resolutions. And there's a reason for all this, but somebody's got to have the courage to just say enough is enough, and we're going to fund the government to the end of the fiscal year. And so far, none of our leadership has been able to tell me or anybody else quite honestly how that's going to happen. They just keep on saying we've got to do this, this funding package, and of course, this one goes from February 6 - to February 16. So we're looking at another four weeks." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]

**Perry On Short Term Funding Measures: "These Continuing Resolutions Are Particularly Hard On The Military."** "These continuing resolutions are particularly hard on the military. And if you think about things like the - you know, in the Marine Corps, fatalities and flying accidents have increased twofold in the last 10 years. Five of 58 brigade combat teams are ready to fight in the Army. The Navy's - half their aircraft can't fly due to maintenance. The Air Force is 50 percent sufficient and ready to fly." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]

**Perry On Short Term Funding Measures: "So They Must Continue To Fund Programs That Don't Work, And They're Disallowed From Funding Programs That They've Asked For To Modernize And To Move Forward. And So They Just Remain In A Status Quo Circumstance Month By Month By Month."** "This is the circumstance for our military, and it's particularly hard on them because they can't - under continuing resolutions, no policies change. So they must continue to fund programs that don't work, and they're disallowed from funding programs that they've asked for to modernize and to move forward. And so they just remain in a status quo circumstance month by month by month. And it seems to me that at a minimum, House members, Senate members, Democrats and Republicans, ought to agree to fund the folks that are trying to keep our nation safe, that are out on the front lines, and at least do that to the end of the fiscal year so they have some predictability and they can move forward. But it's being held hostage. It's being held hostage, and I just think it's inappropriate." [NPR Morning Edition, Rep. Scott Perry Interview, 1/18/18]

## Budget Resolutions

*NOTE: Unlike appropriations bills, budget resolutions are not signed by the President and do not enact spending. Instead, the resolutions set targets for Congressional committees who will then write appropriations bills.*

### FY 2018

#### Perry Voted For Concurring With FY18 Senate Republican Budget

**Perry Voted For Agreeing To The Senate Republican's Version Of The FY18 Budget That Provided $3.1 Trillion In New Budget Authority.** In October 2017, Perry voted for: "Black, R-Tenn., motion to concur in the Senate amendment to the concurrent resolution that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would allow the cap on defense spending to be raised to $640 billion for fiscal 2018, without the need for offsets. It would require the Senate Finance Committee to report legislation under the budget reconciliation process that would increase the deficit by no more than $1.5 trillion over the period of fiscal 2018 through 2027. It would also instruct the Senate Energy and Natural Resources Committee to report legislation under the budget reconciliation process that would reduce the deficit by $1 billion over the period of fiscal 2018 through fiscal 2027. The concurrent resolution would authorize the establishment of various reserve funds, including a deficit-neutral reserve fund related to repealing or replacing the 2010 health care overhaul law,



and a revenue-neutral reserve fund related to modifying the federal tax system." The budget passed 216-212. [H Con Res 71, Vote #589, 10/26/17; CQ Floor Votes, 10/26/17]

**HEADLINE: House approves Senate-passed budget plan, paving way for tax reform** [CBS News, 10/26/17]

**AP: "The Budget Plan Calls For $5 Trillion In Spending Cuts Over The Decade, Including Cuts To Medicare, Medicaid And The Obama-Era Health Care Law."** "The budget plan calls for $5 trillion in spending cuts over the decade, including cuts to Medicare, Medicaid and the Obama-era health care law, though Republicans have no plans to actually impose those cuts with follow-up legislation. Some Democrats criticized the measure for ruthless spending cuts; others took the opposite approach, failing it for tackling the deficit." [Associated Press, 10/26/17]

**Senate Budget Directed Energy And Natural Resources Committee To Find $1 Billion In Deficit Reduction, Which Was Likely To Come From Opening ANWR To Oil And Gas Leasing.** "Democrats on Tuesday said they planned to introduce an amendment to the budget resolution (S Con Res 25) to strip a provision in its reconciliation instructions that would direct the Energy and Natural Resources Committee to find $1 billion in deficit reduction. Those savings are likely to come in the form of legislation that would open ANWR to oil and gas leasing, which would generate revenues from the sale of federal leases to drilling companies and from royalties on the sale of oil and gas extracted from federally owned land." [CQ, 10/17/17]

**Perry Voted For Considering The Senate Republican's Version Of The FY18 Budget.** In October 2017, Perry voted for: "Adoption of the rule (H Res 580) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71) that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts." The resolution was adopted 233-188. [HRes 580, Vote #583, 10/25/17; CQ, 10/25/17]

## Perry Voted For FY18 House Republican Budget

**Perry Voted For FY 2018 House Republican Budget Resolution.** In October 2017, Perry voted for: "Adoption of the concurrent resolution that would provide for $3.2 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would assume $1.22 trillion in discretionary spending in fiscal 2018. It would assume the repeal of the 2010 health care overhaul law. It also would propose reducing spending on mandatory programs such as Medicare and Medicaid and changing programs such as the Supplemental Nutrition Assistance Program (also known as food stamps). It would call for restructuring Medicare into a "premium support" system beginning in 2024. I would also require the House Ways and Means Committee to report out legislation under the budget reconciliation process that would provide for a revenue-neutral, comprehensive overhaul of the U.S. tax code and would include instructions to 11 House committees to trigger the budget reconciliation process to cut mandatory spending. The concurrent resolution would assume that, over 10 years, base (non-Overseas Contingency Operations) discretionary defense spending would be increased by a total of $929 billion over the Budget Control Act caps and non-defense spending be reduced by $1.3 trillion." The concurrent resolution was adopted, 219-206. [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

**AP: House Budget "Reprises A Controversial Plan To Turn Medicare Into A Voucher-Like Program."** "The House on Thursday passed a $4.1 trillion budget plan that promises deep cuts to social programs while paving the way for Republicans to rewrite the tax code later this year. The 2018 House GOP budget reprises a controversial plan to turn Medicare into a voucher-like program for future retirees as well as the party's efforts to repeal the "Obamacare" health law. Republicans controlling Congress have no plans to actually implement those cuts while they pursue their tax overhaul." [Associated Press, 10/5/17]

**Politico: House Budget Included "$203 Billion In Mandatory Cuts Achieved Largely By Cutting Safety Net Programs."** "Under the House budget, any tax reconciliation bill would have to include the $203 billion in mandatory cuts achieved largely by cutting safety net programs. That prompted some GOP moderates to warn


of the political optics of cutting food stamps or Medicaid to pay for corporate tax breaks. The House budget also lays out strict parameters to prevent a tax plan from adding to the deficit, even short-term. And that language has given heartburn to Budget panel members like Rep. Jim Renacci (R-Ohio), who almost voted against the resolution because he was afraid it doesn't provide tax writers with enough funding flexibility to achieve desired cuts." [Politico, 10/2/17]

**Perry Voted For Consideration Of The Fiscal 2018 House Republican Budget Resolution.** In October 2017, Perry voted for: "Adoption of the rule (H Res 553) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71)." The rule was adopted, 232-188. [H Res 553, Vote #552, 10/4/17; CQ, 10/4/17]

---

### 2017: Perry Voted For FY2018 Republican Study Committee Budget That Cut $10 Trillion Over A Decade And Repealed Obamacare

**Perry Voted For An Republican Study Committee Alternative FY18 Budget.** In October 2017, Perry voted for: "McClintock, R-Calif., substitute amendment that would provide for $2.9 trillion in new budget authority in fiscal 2018. It would balance the budget by fiscal 2023 by reducing spending by $10.1 trillion over 10 years. It would cap total discretionary spending at $1.06 trillion for fiscal 2018 and would assume no separate Overseas Contingency Operations funding for fiscal 2018 or subsequent years and would incorporate funding related to war or terror into the base defense account. It would assume repeal of the 2010 health care overhaul and would convert Medicaid and the Children's Health Insurance Program into a single block grant program. It would require that off budget programs, such as Social Security, the U.S. Postal Service, and Fannie Mae and Freddie Mac, be included in the budget." The amendment was rejected, 281-139. [H Con Res 71, Vote #555, 10/5/17; CQ, 10/5/17]

**RSC Budget Would Gradually Raise The Retirement Age For Social Security To 69.** "The RSC budget would eliminate Social Security's long-run shortfall and make the program sustainably solvent by adopting Representative Sam Johnson's (R-TX) 'Social Security Reform Act,' which would slow initial benefit growth for higher-earners, gradually raise the normal retirement age to 69, and means-test annual cost-of-living adjustments, which would be calculated based on the chained Consumer Price Index (CPI)." [Committee for a Responsible Federal Budget, 9/11/17]

**RSC Budget Targeted Medicare And Medicaid, As Well As Food Assistance For Families In Need.** "The trillions of dollars in RSC-backed cuts are mainly for show, as there is little appetite within the conference or at the other end of the Capitol for deep reductions to the growth rate of mandatory spending. The RSC budget targets the major health care benefit programs Medicare and Medicaid and overhauls other means-tested benefits for the poor such as the Supplemental Nutrition Assistance Program, formerly known as food stamps, and Temporary Assistance for Needy Families." [Roll Call, 10/3/17]

**RSC Budget Included More Than $10 Trillion In Spending Cuts Over A Decade, About Twice As Much As The House Republican Budget.** "House Republicans will get the chance Thursday to vote for an alternative budget blueprint that offers up more than $10 trillion in spending cuts over a decade. [...] The Budget Committee-approved plan also proposes sizable cuts to mandatory programs, but only about $5.4 trillion in total reductions, about half of what the RSC wants. In addition, the RSC budget proposes to get to balance by fiscal 2023, as opposed to fiscal 2027 in the underlying resolution headed to the floor Thursday." [Roll Call, 10/3/17]

**RSC Budget Repealed Obamacare And Replaced It With The American Health Care Reform Act.** "(b) Policy on Replacing Obamacare.--It is the policy of this resolution that Obamacare must not only be repealed, but also replaced by enacting the American Health Care Reform Act." [McClintock Substitute Amendment, 10/5/17]

---

**FY 2016**



**Perry Voted For FY 2016 Republican Conference Report On Budget**

**2015: Perry Voted For FY16 Republican Conference Report On Budget.** In April 2015, Perry voted for: "Adoption of the conference report on the concurrent resolution that would reduce spending by $5.3 trillion over the next 10 years, including $2 trillion in reductions from repeal of the 2010 health care overhaul. The concurrent resolution would reduce spending in the areas of Medicare, Medicaid and other mandatory programs. It would call for a deficit-neutral overhaul of the tax code that lowers rates and assumes $124 billion in additional savings through 'dynamic scoring.' It would increase the amount of uncapped funding for war and related activities in the Overseas Contingency Operations (OCO), allowing $96.3 billion in fiscal 2016. It also includes reconciliation instructions to the House and Senate committees to focus on repeal of the 2010 health care overhaul and to report legislation by July 24, 2015." The budget was adopted 226-197. [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**Perry Voted For The FY 2016 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants, And Alter Medicare**

**2015: Perry Voted For FY 2016 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants, And Alter Medicare.** In March 2015, Perry voted for: the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

> **National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies.  Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor.  Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

> **New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.** "House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

**Perry Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget**

**2016: Perry Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget.** In March 2016, Perry voted for: blocking consideration of holding a hearing for the Obama Administration's fiscal year 2017 budget proposal. "The Democratic Previous Question gives Republicans a third chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." [H Res 635, Vote #106, 3/3/16; Democratic Leader – Previous Questions, 3/3/16]



**OP-ED HEADLINE: "Republicans Shouldn't Ignore The President's Budget"** [Ed Rogers Op-Ed, Washington Post, 2/9/16]

**HEADLINE: "White House Accuses GOP Lawmakers Of Pulling A Trump"** [Politico, 2/5/16]

---

**Perry Voted For FY 2016 Budget Price Amendment Repealing The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending**

---

**2015: Perry Voted For FY 2016 Price Budget Amendment To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending.** In March 2015, Perry voted for: a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

---

**Perry Voted For FY 2016 Republican Study Committee Budget That Balanced In Six Years, Cut Retirement Programs, And Called For A Balanced Budget Amendment**

---

**2015: Perry Voted For FY2016 Republican Study Committee Budget.** In March 2015, Perry voted for: the Republican Study Committee budget that would cut spending by $7.1 trillion over 10 years. "A conservative budget released by the House Republican Study Committee (RSC) on Monday would balance in five years by cutting $7.1 trillion in spending over the next decade. The cuts are much more than the $5.5 trillion in proposed cuts included in the main House GOP blueprint unveiled last week by Budget Committee Chairman Tom Price (R-Ga.). The RSC budget, prepared by RSC and Budget Committee member Marlin Stutzman (R-Ind.), would increase spending for the Pentagon." The amendment failed 132 to 294. [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

> **RSC Budget Would Cut FY16 Nondefense Discretionary Spending By $88 Billion Below Sequestration Levels.** "The RSC blueprint would lower nondefense discretionary spending for domestic programs next year to $405 billion, $88 billion below the baseline set by the 2011 deal. Altogether, discretionary spending next year would total $975 billion under the RSC's budget, much lower than the $1.018 trillion top-line number established by the 2011 law. Over the 10-year window, the RSC budget would cut nondefense spending by $1.3 trillion and increase defense spending by $435 billion." [The Hill, 3/23/15]

> **RSC Proposed "Aggressive" Budget That Would Balance In Six Years.** "Conservative members of the House Republican caucus outbid their party's official budget Monday, offering a plan to cut planned government spending by more than $7.1 trillion and balance the budget in just six years. The aggressive plan to cut spending from all areas of government and erase deficits was introduced by the Republican Study Committee, a group of congressmen organized to push policy to the right." [Washington Examiner, 3/23/15]

**FY2016 RSC Budget Raised The Retirement To 70.** "The Republican Study Committee would raise the retirement age to 70 for people born after 1962, use a definition of inflation that would lower benefits, and reduce benefits for wealthier retirees." [Examiner, 3/23/15]

**RSC Budget Balanced By "Cutting More Deeply Into Federal Healthcare And Retirement Programs."** "The Republican Study Committee on Monday unveiled its plan to cut spending by $7.1 trillion over 10 years, reaching a surplus in six years by cutting more deeply into federal healthcare and retirement programs as well as domestic agency budgets." [Reuters, 3/23/15]



**RSC Budget Called For Balanced Budget Amendment To The Constitution.** "It is the policy of this resolution that Congress should pass a joint resolution incorporating the provisions set forth in subsection (b), and send such joint resolution to the States for their approval, to amend the Constitution of the United States to require an annual balanced budget." [RSC Budget Proposal, 3/22/15]

---

| FY 2015 |
| --- |

**Perry Voted For FY 2015 House Republican Budget To Repeal The Affordable Care Act, Cut SNAP Funding, And Voucherize Medicare**

**2014: Perry Voted For FY 2015 House Republican Budget That Would Repeal The Affordable Care Act, Cut SNAP Funding, And Alter Medicare.** In April 2014, Perry voted for: "Adoption of the concurrent resolution that would provide for $2.842 trillion in new budget authority in fiscal 2015, not including off-budget accounts. It would assume $5.1 trillion in reductions over the next 10 years in both discretionary and mandatory spending. The proposal would assume the repeal of the 2010 health care overhaul. It also would propose extending the 2013 law that withheld the pay of members of Congress unless the House and Senate each approve a budget resolution. It would propose changing the Supplemental Nutrition Assistance Program into a block grant program and call for a decrease of $125 billion in SNAP funding over five years. The proposal would call for expanded work and job training requirements in order to receive aid from the Temporary Assistance to Needy Families Program and would propose preventing beneficiaries from receiving unemployment insurance and disability insurance concurrently. It would call for the creation of a block grant program for Medicaid run by individual states. It also would include a proposal for a 10-year 'doc fix' to prevent a 24 percent cut in Medicare payments to doctors. It would assume the enactment of legislation to consolidate the current seven individual tax brackets into two, allowing for the reduction of the top individual rate from 39.6 percent to 25 percent and the corporate rate from 35 percent to 25 percent and call for repeal of the alternative minimum tax. It also would call for a maximum-income cap to qualify for Pell Grants and the elimination of eligibility for less than half-time students." The budget passed 219 to 205. [H.C Con. Res 96, Vote #177, 4/10/14; CQ, 4/10/14]

> **AARP: Republican Budget Would Remove the Medicare Guarantee.** "Chairman Ryan's proposed budget fails to address the high costs of health care and instead shifts costs onto seniors and future retirees. Repealing the benefits of the Affordable Care Act ignores the progress we've made to improve access to health care and protect against discrimination based on age, gender or medical history. Removing the Medicare guarantee of affordable health coverage for older Americans by implementing a premium support system and asking seniors and future retirees to pay more is not the right direction." [AARP Press Release, 4/1/14]

> **NCPSSM: Republican Budget Would Ultimately Kill Traditional Medicare.** "This is a budget that doubles-down on an ideological quest to turn Medicare into "coupon care", making it harder for seniors to choose their own doctors and ultimately killing traditional Medicare. If the GOP/Ryan budget becomes law, seniors will immediately lose billions in prescription drug savings, free wellness visits and preventative services provided in the ACA, and the Part D donut hole returns." [National Committee to Preserve Social Security & Medicare, 4/1/14]

> **Associated Press: "The Proposal Would Reprise a Voucher-Like Medicare Program."** "The proposal would reprise a voucher-like Medicare program for future retirees that would be the basis for GOP claims that the measure would drive down government debt over the long term." [Associated Press, 4/1/14]

> **Los Angeles Times: Republican Budget Would Turn Medicare into a "Voucher-Like Program" that "May Not Fully Cover the Cost" of Medicare.** "Ryan retained his idea for turning the Medicare health system into a voucher-like program for future seniors, providing a fixed amount of cash that can be applied toward the purchase of private health insurance. The voucher may also be used to enroll in traditional Medicare, but it may not fully cover the cost." [Los Angeles Times, 4/1/14]



**Perry Voted For FY 2015 Republican Study Committee Budget That Turned Medicare To A Voucher Program And Raised The Social Security Eligibility Age**

**2014: Perry Voted For FY2014 Republican Study Committee (RSC) Budget.** In April 2014, Perry voted for: "Woodall, R-Ga., substitute amendment that would provide for $2.744 trillion in new budget authority in fiscal 2015, not including off-budget accounts. The plan would call for repeal of the 2010 health care overhaul. It would propose converting several social programs including Medicaid and the Supplemental Nutrition Assistance Program into block grants to be funded at fiscal 2014 levels. The plan would call for eliminating the mandatory increase in funding for the Pell Grant program, the subsidized interest payments on federal undergraduate student loans and the social services block grant. It would propose requiring federal employees to contribute more to both their pensions and health benefits and reducing the federal workforce through attrition. The substitute would propose reducing premium subsidies for crop insurance from 60 percent to 40 percent. It also would call for a revenue neutral tax code overhaul that would create two income tax rates, with a top rate of 25 percent. It also would call for repeal of the inheritance tax, propose setting the dividend tax rate at a maximum of 15 percent and provide for equal tax treatment for individual and employer health care expenditures." The amendment failed 104 to 132. [H Con Res 96, Vote #175, 4/10/14; CQ, 4/10/14]

> **RSC Budget Balanced The Budget In Four Years By Freezing Spending At Pre-2008 Levels.**
> "BALANCES IN FOUR YEARS: The proposal balances the federal budget in 2018, bringing spending down to an average of 18.1 percent of GDP while limiting average revenue to 18.1 percent of GDP, close to the historical average REDUCES SPENDING: Freezes discretionary spending at $950 billion, the pre-2008 spending levels, starting in FY2015 until the federal budget is balanced." [RSC Budget, via Wayback Machine, accessed 3/29/18]

> **RSC Budget Turned Medicare Into A Voucher Program And Increased The Retirement Age To 70.** "The RSC believes we should save Medicare from bankruptcy by transitioning to a solvent premium-support system, as passed in previous House Republican Budgets. […] SAFEGUARDS SOCIAL SECURITY AND DISABILITY INSURANCE: This budget would slowly phase in an increase in the Social Security full-retirement age. The full retirement age would continue the current-law's gradual increase of two months per year  beginning in 2022 until the full retirement age reaches 70." [RSC Budget, via Wayback Machine, accessed 3/29/18]

## FY 2014

**Perry Voted For FY 2014 Ryan Budget That Cut Medicare Spending By $356 Billion And Turned It Into A Voucher Program**

**2013: Perry Voted For FY 2014 Ryan Budget That Called For Restructuring Of Medicare Into A "Premium Support" System And $5.7 Trillion In Spending Cuts Over Ten Years.** In March 2013, Perry voted for: "Adoption of the concurrent resolution that would provide $2.769 trillion in new budget authority in fiscal 2014, not including off-budget accounts. It would assume that the spending levels required by the sequester remain in place and that non-war discretionary spending for all future years will be at post-sequester levels. It would assume that all discretionary savings from the sequester beginning in fiscal 2014 will come from non-defense programs. It would assume $5.7 trillion in reductions over the next 10 years in both discretionary and mandatory spending. It would assume repeal of the 2010 health care overhaul and a restructuring of Medicare into a "premium support" system beginning in 2024. It would call for an overhaul of the tax code, under which the alternative minimum tax would be repealed, the six current individual income tax brackets would be consolidated into two and tax credits and deductions would be eliminated or curtailed." The resolution passed 221 to 207. [H. Con. Res, 25, Vote #88, 3/21/13; CQ, 3/21/13]

> **National Journal: "For Those Younger Than Age 55, Medicare Could Look Unrecognizable" If Ryan Budget Were Implemented.** "And, for those younger than age 55, Medicare could look unrecognizable:



People receive a fixed sum of money from the federal government to buy health insurance in their old age, regardless of the way inflation has caused health care costs to increase." [National Journal, 3/10/13]

**CBPP: Ryan Budget Would Cut Medicare Spending By A Total Of $356 Billion."** According to an analysis of the Ryan budget conducted by the Center on Budget and Policy Priorities: "Over the 2013 to 2023 period, the Ryan budget would cut Medicare spending by a total of $356 billion. His budget would save $129 billion compared to current law from limiting medical malpractice awards, increasing income-tested premiums, and repealing the Medicare benefit improvements in health reform, including closure of the prescription drug 'donut hole.'  Ryan's baseline includes $138 billion in scheduled cuts from Medicare's sustainable growth rate formula for physicians and $89 billion in Medicare cuts from sequestration, bringing his total Medicare reductions to the aforementioned $356 billion." [Center on Budget and Policy Priorities, 3/12/13]

**CBPP: Families Making Less Than $200,000 Would Face Average Tax Hike of $3,000.** "Families with children that have incomes *below* $200,000 would have to face tax increases averaging more than $3,000 a year, if policymakers were to avoid increasing the deficit while reaching Chairman Ryan's 25-percent top-tax-rate goal… If policymakers enacted the same extremely ambitious reductions in tax expenditures for filers with incomes above $200,000…, filers with incomes of $1 million or more would lose tax breaks totaling about $90,000 on average – still leaving them with an average net tax cut of about $245,000…" [Center on Budget and Policy Priorities, 3/17/13]

**CBPP: Millionaires Would Likely Experience A $245,000 Net Tax Cut.** According to an analysis of the Ryan Budget conducted by the Center on Budget and Policy Priorities, "If policymakers enacted the same extremely ambitious reductions in tax expenditures for filers with incomes above $200,000 that TPC assumed when it analyzed Romney's tax plan, filers with incomes of $1 million or more would lose tax breaks totaling about $90,000 on average – still leaving them with an average net tax cut of about $245,000. Households with incomes above $200,000 would get a net cut of about $16,000." [Center on Budget and Policy Priorities, 3/17/13]

---

**2013: Perry Did Not Vote On FY 2014 Republican Study Committee Budget That Turned Medicare To A Voucher Program And Raised The Social Security Eligibility Age**

---

**2013: Perry Did Not Vote On FY2014 Republican Study Committee (RSC) Budget.** In March 2013, Perry did not vote on: a "substitute that would provide $2.732 trillion in new budget authority for fiscal 2014, not including off-budget accounts. The substitute would assume a $950 billion cap on total non-war discretionary spending, freezing it for four years until the budget is balanced, and then allowing for inflation growth. It would assume $552 billion for defense spending in fiscal 2014. It also would assume the repeal the 2010 health care overhaul and conversion of Medicaid and the Supplemental Nutrition Assistance Program into block grant programs. It also would assume the transformation of Medicare into a premium support program that would compete against private plans. It also would assume the reinstatement of the Bush-era tax cuts for high-income earners and an overhaul of the tax code that would eliminate the estate tax, allow taxpayers to switch to a system with two tax brackets and cut the corporate tax rate to 25 percent." The amendment failed 104 to 132. [H. Con. Res 25, Vote #86, 3/20/13; CQ, 3/20/13]

**RSC Budget Would Turn Medicare Into A Voucher Program For Those 59 And Younger.** "The key difference between [the RSC and Ryan budgets] is the plan to overhaul Medicare. While Ryan calls for implementing his 'premium support' plan for future beneficiaries age 54 and younger, the RSC budget would start the change for people 59 and below." [The Hill, 3/15/13]

**RSC Budget Would Raise The Social Security Eligibility Age From 65 To 70 For Those 51 And Older.** "This budget would slowly phase in an increase in the Social Security full-retirement age for individuals born in 1962 (currently 51) and after to an eventual full-retirement age of 70." [RSC Budget, March 2013]



**Perry Voted For The 'No Budget, No Pay' Act**

**January 2013: Perry Voted For A Bill That Would "Suspend The Salary Payments To Members In Either Chamber That Does Not Adopt A Fiscal 2014 Budget Resolution By April 15, 2013," Increase Debt Ceiling.** In January 2013, Perry voted for: "Passage of the bill that would suspend the limit on government borrowing through May 18, 2013 and then automatically increase the current $16.4 trillion ceiling to accommodate additional debt accumulated through that date. It also would suspend the salary payments to members in either chamber that does not adopt a fiscal 2014 budget resolution by April 15, 2013. Salaries of members of a chamber that do not adopt a budget by that time would be placed into an escrow account and would not be released until the chamber adopted a budget or until the last day of the 113th Congress, in January 2015." [CQ, 1/23/13; HR325, Vote #30, 1/23/13]

## Balanced Budget Amendment

### 2018: Perry Voted For Proposing A Balanced Budget Amendment To The Constitution

**Perry Voted For Proposing A Balanced Budget Amendment To The Constitution**

**Perry Voted For Proposing A Balanced Budget Amendment To The Constitution.** In April 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and pass the joint resolution that would propose a constitutional amendment that would require the U.S. government to operate under a balanced budget each year, beginning five years after ratification. Under the proposal, three-fifths of the entire House and Senate would be required to approve deficit spending or an increase in the public debt limit, but a simple majority would be sufficient to waive the requirement in times of congressionally declared war or in the face of a serious military threat." The motion was rejected by a vote of 233-184.  [H J Res 2, Vote #138, 4/12/18; CQ, 4/12/18]

> **Center for American Progress: The Balanced-Budget Amendment Threatens Americans' Health Care, Social Security, and Jobs** [Center for American Progress, 4/11/18]

> **AARP Opposed The Balanced Budget Amendment Because It Would "Likely Harm Social Security And Medicare, Subjecting Both Programs To Potentially Deep Cuts."** "AARP is writing to express our opposition to a balanced budget amendment to the Constitution of the United States. [...] A balanced budget amendment would likely harm Social Security and Medicare, subjecting both programs to potentially deep cuts without regard to the impact on the health and financial security of individuals.  It would also likely diminish the resources available for programs assisting Americans who are least able to provide for themselves – services such as meals or heating for those who are too poor or physically unable to take care of their basic needs without some support." [AARP, Letter, 4/9/18]

> **Senator Corker: "Republicans Control The House, Senate And White House. If We Were Serious About Balancing The Budget, We Would Do It. But Instead Of Doing The Real Work, Some Will Push This Symbolic Measure So They Can Feel Good When They Go Home To Face Voters."** [Sen. Corker, Twitter, 3/29/18]

**Perry Voted For Blocking An Amendment To The Balanced Budget Amendment To Protect Social Security, Medicare, And Medicaid**

**Perry Voted For Blocking An Amendment To The Balanced Budget Amendment To Protect Social Security, Medicare, And Medicaid.** In April 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on [...] providing for the speaker to entertain motions to suspend the rules on April 12, 2018, relating to the joint resolution (H J Res 2) that would propose a balanced budget amendment to the U.S. Constitution." According to Rep. McGovern, "If we defeat the previous question, I will offer an amendment to the rule which would amend the bill to exempt Social Security, Medicare, and


Medicaid, vital pillars of our social safety net." The motion was agreed to by a vote of 231-186. [H Res 811, Vote #133, 4/11/18; CQ, 4/11/18; Congressional Record, H3018, 4/11/18]

---

### 2018: Perry Co-Sponsored A Balanced Budget Amendment That Would Threaten Social Security And Medicare

---

**2018: Perry Co-Sponsored A Balanced Budget Amendment**

---

**2018: Perry Co-Sponsored A Balanced Budget Amendment.** [H J Res 2, co-sponsored 1/12/18]

**A Balanced Budget Amendment Would Override All Government Guarantees And Promises Written Into Law – Including Social Security, Medicare, Veterans Benefits, And Military Pensions.** "In general, a balanced budget requirement in the U.S. Constitution would override any and all government guarantees and promises written into law: the guarantee to pay interest on the debt; or to pay insurance and guarantee claims for bank deposits, floods, loan defaults, and nuclear accidents; or to pay program benefits for Social Security, Medicare, Medicaid, unemployment benefits, veterans' benefits, or military and civil service pensions; or to pay contractors who have delivered goods or services to the federal government." [CBPP, 3/16/18]

**Under A Balanced Budget Amendment, It Would Be Unconstitutional For Social Security To Use Its Savings – What Workers Already Paid In – To Pay Promised Benefits; Benefits Could Have To Be Cut.** "Currently, Social Security holds $2.9 trillion in Treasury securities. But under the balanced budget amendment, it would essentially be unconstitutional for Social Security to draw down these savings to pay promised benefits. Instead, benefits could have to be cut, because all federal expenditures would have to be covered by tax revenues collected during that same year." [CBPP, 3/16/18]

---

**Perry Co-Sponsored Or Introduced A Balanced Budget Amendment 7 Times**

---

**2019: Perry Introduced A Balanced Budget Amendment.** [HJ Res 50, 3/12/19]

**2017: Perry Introduced A Balanced Budget Amendment.** [HJ Res 18, 1/4/17]

**2015: Perry Introduced A Balanced Budget Amendment.** [H J Res 28, introduced 2/5/15]

**2015: Perry Introduced A Balanced Budget Amendment.** "U.S. Rep. Scott Perry, R-York County, has again penned legislation that calls for a balanced budget amendment to the U.S. Constitution. Perry, freshly sworn into his second term, had campaigned on a balanced budget amendment. The legislation also aims to decrease the amount of debt the government can carry, requiring three-fourths approval from the House and Senate to bring on new debt. The same margin of approval from lawmakers would also be needed to increase taxes." [York Dispatch, 2/5/15]

**2015: Perry Co-Sponsored A Balanced Budget Amendment.** [H J Res 2, co-sponsored 7/7/15]

**2013: Perry Introduced A Balanced Budget Amendment.** [HJ Res 36, introduced 3/14/13]

**2013: Perry Co-Sponsored Two Resolutions Proposing A Balanced Budget Amendment.** [H J Res 1, co-sponsored 7/30/13; H J Res 2, co-sponsored 7/30/13]

---

**Perry Praised Trump For Proposing A Balanced Budget**

---

**Perry Praised Trump For Proposing A Balanced Budget.** "Perry also did not give Trump's budget proposal a glowing review. But he did give the President credit for submitting a balanced budget. 'I'm hopeful that we


(Republicans and Democrats) can find common ground during the budget process and finally get serious about controlling federal spending,' Perry said." [Evening Sun, 5/30/17]

**Perry Criticized Obama For Not Producing A Balanced Budget**

**Perry Criticized Obama For Not Producing A Balanced Budget.** "For years, Republicans in Congress have been fighting to control government spending and get our debt crisis under control. President Obama has never produced a balanced budget. By this logic, Republicans should have the right to override the president and unilaterally start cutting wasteful government programs. But that's not how the Constitution works. Part of the oath I took a few weeks ago reaffirmed our commitment to a government founded on a system of checks and balances." [York Dispatch, Scott Perry Op-Ed, 2/17/15]

# Debt Limit Votes

**Perry Voted 6 Times Against Raising The Debt Limit**

**2018: Perry Voted Against A Continuing Resolution That Suspended The Debt Limit Through March 2019.** In February 2018, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would provide funding for federal government operations and services at current levels through March 23, 2018. The bill would increase defense spending caps to $629 billion for fiscal 2018 and $647 billion for fiscal 2019, and would increase non-defense spending caps by $63 billion in fiscal 2018 and $68 billion in fiscal 2019. It would suspend the debt ceiling through March 1, 2019, and would provide $89.3 billion in emergency supplemental funding including $23.5 billion in funding for the Federal Emergency Management Agency Disaster Relief Fund, $28 billion in funding to the Department of Housing and Urban Development Community Development Fund, and $4.9 billion in additional Medicaid funding for Puerto Rico and the U.S. Virgin Islands. It would authorize funding for community health centers through fiscal 2019, and would provide for an additional authorization of the Children's Health Insurance Program from fiscal 2023 to fiscal 2027. The underlying bill would allow the governor of a state, territory, possession or the mayor of the District of Columbia to order that the United States flag be flown at half-staff to honor the death of a first responder who dies while serving in the line of duty." [HR 1892, Vote #69, 2/9/18; CQ, 2/9/18]

**2017: Perry Voted Against Suspending The Public Debt Limit For Three Months.** In September 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the House amendment to the Senate amendment to the bill that would make available $15.25 billion in emergency supplemental funding for fiscal 2017 to partially cover the costs of responding to multiple natural disasters, including Hurricane Harvey. The measure would suspend the public debt limit from the bill's date of enactment until Dec. 8, 2017, and would provide for government operations to be funded at fiscal 2017 levels until Dec. 8, 2017." The motion passed, 316-90. [H R 601, Vote #480, 9/8/17; CQ, 9/8/17]

**2015: Perry Voted Against The Bipartisan Budget Act That Suspended The Debt Limit Until March 2017.** "Rogers, R-Ky., motion to concur in the Senate amendment to the bill with a modified Boehner amendment that would replace the bill with legislation that would suspend the debt limit until March 15, 2017 and increase the discretionary spending cap for fiscal 2016 by $50 billion and for fiscal 2017 by $30 billion, with the increases split equally between defense and non-defense spending. Offsets through mandatory spending cuts and revenue increases would include increasing premiums companies pay to the Pension Benefit Guarantee Corporation to insure private pension plans, the sale of oil from the Strategic Petroleum Reserve, and changes to the federal crop insurance program. It would prevent an estimated 52 percent premium increase for certain Medicare beneficiaries and instead provide for a lower increase, and would make changes to keep the Social Security disability insurance trust solvent until 2022." [HR 1314, Vote #579, 10/28/15; CQ, 10/28/15]

**2014: Perry Voted Against The Temporary Debt Limit Extension Act That Increased The Debt Limit Through March 2015.** In February 2014, Perry voted against: "Passage of the bill that would suspend the current


statutory limit on federal borrowing authority for one year, through March 15, 2015. Under the bill, on March 16, 2015, a new statutory debt limit would automatically be re-established and set at increased levels to reflect any additional federal borrowing that had occurred in order to make payments up to that point on government obligations." [S 540, Vote #61, 2/11/14; CQ, 2/11/14]

**2013: Perry Voted Against Continuing Appropriations Bill That Increased The Debt Limit Through February 2014.** In May 2014, Perry voted against: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment to the bill that would require the Health and Human Services Department to verify the income qualifications of people who apply for tax subsidies under the 2010 health care overhaul. The Senate amendment would provide continuing appropriations for government operations through Jan. 15, 2014, reflecting an annual discretionary level of about $986 billion. It would allow federal borrowing to continue through Feb. 7, 2014, after the president certifies that the U.S. Treasury cannot pay its obligations and would set up an expedited process for Congress to consider resolutions of disapproval for the debt limit increase authorized by the bill. It also would provide for retroactive pay for federal employees who worked through the government shutdown that began on Oct. 1, 2013 and for workers furloughed during that time." The bill passed 285-144. [HR 2775, Vote #550; 10/16/13 CQ, 10/16/13]

**2013: Perry Voted For No Budget, No Pay Act That Suspended Debt Limit Until May 2013.** In January 2013, Perry voted for: "Passage of the bill that would suspend the limit on government borrowing through May 18, 2013 and then automatically increase the current $16.4 trillion ceiling to accommodate additional debt accumulated through that date. It also would suspend the salary payments to members in either chamber that does not adopt a fiscal 2014 budget resolution by April 15, 2013. Salaries of members of a chamber that do not adopt a budget by that time would be placed into an escrow account and would not be released until the chamber adopted a budget or until the last day of the 113th Congress, in January 2015." The bill passed 285-144. [HR 325, Vote #30, 1/23/13; CQ, 1/23/13]



# Consumer Issues & Regulations

### Significant Findings

✓ *Perry voted against the Save The Internet Act.*

✓ *Perry voted 4 times to block rules requiring ISPs to protect the privacy of Internet customers.*

✓ *Perry voted for a bill to allow industries to influence pending regulations without public knowledge.*

## Net Neutrality

### Perry Voted Against The Save The Internet Act

**Perry Voted Against The Save The Internet Act To Reinstate Net Neutrality Rules.** In April 2019, Perry voted against: "Passage of the bill that would reverse the Federal Communications Commission's Dec. 2017 decision related to regulation of broadband internet services, which classified internet service as an 'information service' to be regulated under Title I FCC authorities. It would effectively restore and codify a 2015 FCC regulatory framework and any other rules repealed or amended by the 2017 decision. The restored framework would classify internet service as a 'telecommunications service' to be regulated under certain Title II FCC authorities, and restored rules would include prohibitions on blocking and paid prioritization of content by internet service providers. The restored rules would be effective retroactively, and the bill would prohibit the FCC from effectively reissuing the nullified rules. It would also exempt small broadband internet providers from certain public disclosure requirements related to network management practices, performance, or commercial terms, for one year after enactment." The bill passed by a vote of 232-190. [HR 1644, Vote #167, 4/10/19; CQ, 4/10/19]

> **The Save The Internet Act Would Reinstate The Obama-Era FCC's Open Internet Order That The Federal Communications Commission Voted To Repeal In 2017.** "On Wednesday, the House of Representatives successfully pushed through a measure that would reinstate the same net neutrality rules that the Federal Communications Commission voted to repeal in 2017. The Save the Internet Act was approved 232-190 Wednesday afternoon after months of debate and committee hearings in the House. The measure was introduced last month in both chambers by Rep. Mike Doyle (D-PA) and Sen. Ed Markey (D-MA) with plenty of fanfare from consumer advocacy groups and the American electorate. The bill, if approved, would restore the net neutrality rules put in place by way of the Obama-era FCC's Open Internet Order in 2015 that were repealed under a Republican majority only two years later." [The Verge, 4/10/19]

> **NBC News: The Save The Internet Act Was "The Most Significant Development Yet" To Guarantee "Equal And Open Access To All Websites And Services" On The Internet.** "House and Senate Democrats unveiled legislation Wednesday to establish net neutrality protections, the most significant development yet in a years long effort by technologists to prevent companies from using their power to manipulate how users experience the internet. The 'Save the Internet Act' is the party's latest attempt to undo the Federal Communications Commission's repeal of Obama-era rules that ensured equal and open access to all websites and services for internet users and content providers." [NBC News, 3/6/19]

## Internet Privacy

### Perry Voted 4 Times To Block Rules Requiring ISPs To Protect The Privacy Of Internet Customers



**Perry Voted For Blocking A Bill To Subject Providers Of Broadband Internet Access To Privacy Rules Adopted By The FCC In October of 2016.** In July 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 431) that would provide for House floor consideration of the bill (HR 2810)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 1868) to provide that providers of broadband Internet access service shall be subject to the privacy rules adopted by the Federal Communications Commission on October 27, 2016." A vote for the previous question was a vote to block consideration of HR 1868. The motion passed, 234-183. [H Res 431, Vote #347, 7/1217; CQ, 7/12/17; DemocraticLeader.gov, 7/12/17]

**Perry Voted For Blocking A Bill To Reinstate FCC Rules Protecting The Privacy Of Broadband Customers.** In May 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 299)." Upon defeat of the motion, Democrats planned to offer an, "amendment to the Rule, which would make in order Ms. Rosen of Nevada's bill, H.R. 1868. H.R. 1868 would reinstate the Federal Communications Commission's rules adopted on October 27, 2016 that protect the privacy of broadband customers." **A vote yes was a vote to block the Democratic amendment.** The motion was agreed to by a vote of 233-190. [HR 1868 (H.Res 299), Vote #240, 5/2/17; CQ, 5/2/17]

**Perry Voted For Nullifying A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Sensitive Information.** In March 2017, Perry voted for: "passage of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information, such as web browsing history, geolocation information, content of communications and Social Security numbers; to take reasonable measures to secure customer information; and to notify customers, the commission and law enforcement when a data breach occurs that could result in harm." The resolution passed (thus cleared for the president) by a vote of 215-205. A "yea" was a vote in support of the president's position. [SJRes 34, Vote #202, 3/28/17; CQ, 3/28/17]

**Perry Voted For Consideration Of Nullification Of A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Information.** In March 2017, Perry voted for: "adoption of the rule (H Res 230) that would provide for House floor consideration of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information." The rule was adopted by a vote of 231-189. [H.Res 230, Vote #200, 3/28/17; CQ, 3/28/17]

## Industry Regulation

**Perry Voted For A Bill To Allow Industries To Influence Pending Regulations Without Public Knowledge**

**Perry Voted For The Unfunded Mandates Information And Transparency Act, Which Required Federal Agencies To Analyze Their Regulatory Effects On Industries And To Meet With These Stakeholders.** In July 2018, Perry voted for: "Passage of the bill that would require independent agencies to conduct analyses of their proposed rules and the effect thereof on the private sector and on state and local governments. The bill would require that independent federal regulatory agencies, except for the Federal Reserve, conduct unfunded mandate analyses of their proposed rules and would require all agencies that conduct unfunded mandate reviews, including both independent and non-independent federal agencies, to consult with private-sector stakeholders on the potential impact of regulations being developed. The bill would also require federal agencies, if requested by a committee chairman or ranking member, to conduct retrospective unfunded mandate analyses of existing regulations. The bill would transfer authority for oversight of UMRA activities to the Office of Information and Regulatory Affairs within the Office of Management and Budget." The bill passed, 230-168. [H R 50, Vote #328, 7/13/18; CQ, 7/13/18]



**The Bill Would Require Agencies To Alert And Solicit Feedback From Regulated Industries Before Notifying The Public; Business Could Block New Regulations Without Any Broader Public Knowledge.** "The Unfunded Mandates and Information Transparency Act would require federal agencies to alert regulated industries when they are considering drafting a rule and solicit their feedback – before the public learns there may be a rule under consideration. Businesses could block even a hypothetical future rule and the public might never find out." [Coalition For Sensible Safeguards, accessed 7/13/18]



## Crime & Public Safety Issues

---

### Significant Findings

✓ *Perry called the death penalty a deterrent.*

✓ *Perry called red light cameras "un-constitutional."*

✓ *Perry opposed legislation to curb texting and driving, calling it hard to enforce.*

---

### Death Penalty

#### Perry Called The Death Penalty A Deterrent

**Perry Supported The Death Penalty, Saying He Thought It Was A "Deterrent."** "Yes. I'm a supporter of the death penalty. I think it is a deterrent. And in Pennsylvania we've got a governor that has seen fit to not exercise his authority to use the death penalty even in horrific cases such as this. And so I think that certainly it deserves another look, if nothing else." [Mornings With Maria, Fox Business Network, 10/29/18]

### Traffic Infractions

#### Perry Called Red Light Cameras "Un-Constitutional"

**Perry Called Red Light Cameras "Un-American And Un-Constitutional."** "Red light cameras may be in place in Philadelphia for another six months, much to the dismay of state Rep. Scott Perry. Passed in the House last week, the bill would extend the city's pilot program through June and is being sent to Gov. Tom Corbett's desk for his signature. The bill was originally sponsored by Perry, R-Dillsburg, to amend the state's official definition of a motorcycle. The legislation was amended in the Senate to include the extension. That didn't sit well with Perry, and he removed his name from the bill. 'I don't want my name associated with this red light program,' he said. Perry sees the cameras as 'un-American and un-constitutional.'" [York Dispatch, 12/26/11]

#### Perry Opposed Legislation To Curb Texting And Driving Calling It Hard To Enforce

**Perry Opposed A Bill To Curb Texting And Driving Because It Would Be Hard To Enforce, Because "I Don't Know How Police Would Be Able To Tell The Difference Between A Driver Texting Or Dialing A Phone Number."** "Motorists in Pennsylvania could soon be slapped with a $50 fine if they're caught texting while driving, under a bill that passed the state House Monday with little debate. The House voted 188-7 Monday in favor of the bill, which had been changed significantly since passing the Senate in June. All but one local lawmaker voted in favor of the legislation to ban texting while driving. The ban would make it a primary offense, but the penalty would not include points on the driver's record. State representatives Keith Gillespie, R-Springettsbury; Seth Grove, R-Dover; Eugene DePasquale, D-York City; Ron Miller, R-Jacobus; and Stan Saylor, R- Windsor Township, voted in favor of the bill. Although state Rep. Scott Perry, R-Dillsburg said the bill has good intentions, he opposed the legislation because he said it's flawed. 'I don't know how police would be able to tell the difference between a driver texting or dialing a phone number. There would be enforcement issues under this bill,' said Perry." [York Dispatch, 10/31/11]

## Education Issues

### Significant Findings

✓ *Perry supported eliminating property taxes as a means of "funding education."*

✓ *2012: Perry said when elected to congress he would abolish the Department of Education.*

✓ *Perry said that no federally assisted programs would be lost if the Department of Education was abolished.*

✓ *Perry expressed concern that President Obama's community college proposal would be too expensive.*

✓ *Perry criticized increases in education funding asking "what are we getting for all the extra money?"*

✓ *Perry voted for blocking vote to let students refinance their loans.*

✓ *Perry voted for blocking consideration of the Student Loan Relief Act.*

✓ *But Perry still voted repeatedly to slash Pell grants.*

  ✓ *Students in Perry's district received $13,781,910 in Pell grants.*

## Education

### Perry Supported Eliminating Property Taxes As A Means Of "Funding Education"

**Perry Supported Eliminating Property Taxes "As A Means Of Funding Education."** "Ideally, Perry would like to eliminate property taxes as a means of funding education, but feels that may not be realistic. He says a mix of property, income and sales taxes is likely the best approach." [Patriot News, 10/26/06]

### 2012: Perry Said When Elected To Congress He Would Abolish The Department Of Education

**2012: Perry Said When Elected To Congress He Would Abolish The Department Of Education.** "He also cited his experience as founder of a construction company, saying, "I have pulled the wagon, I have signed the front of the paycheck, I have dealt with the regulations." Reilly, 49, said cutting spending is his top priority. "I want to help restore America to fiscal greatness," he said, also promising to "roll back the Obama agenda." He claimed credit for cutting spending in York County, preventing tax increases and eliminating 59 county jobs. In Congress, he would eliminate the Department of Education, and slash Energy Department spending on research and development. Waga, 38, is a sergeant in the Baltimore County Police Department." [Patriot News, 4/5/12]

### Perry Said That No Federally Assisted Programs Would Be Lost If The Department Of Education Was Abolished

**Perry Said That No Federally Assisted Programs Would Be Lost If The Department Of Education Was Abolished.** "Closing the U.S. Department of Education. Perry said no federally assisted programs would be lost by shutting down the department." [York Daily Record, 2/16/17]



**Perry Expressed Concern That President Obama's Community College Proposal Would Be Too Expensive**

**Perry Expressed Concern That President Obama's Community College Proposal Would Be Too Expensive.** "'First of all, I am a product and an advocate of community college,' said Republican Congressman Scott Perry, who quickly followed with concerns of the price tag. 'I'm going to wait and see what the details are, but I'm not sure how this does anything to solve our debt issues,' Perry said. 'I don't know how this does anything in the long term to reduce the cost of education for most of the people who want to get a further education.' Perry said he has additional concerns about how certain colleges would be selected to participate, why community colleges were the only forms of higher education selected and what the long-term strategy is for such a program." [York Dispatch, 1/9/15]

**Perry Criticized Increases In Education Funding Asking "What Are We Getting For All The Extra Money?"**

**2010: Perry Criticized Increases In Education Funding Asking "What Are We Getting For All The Extra Money?"** "For the coming fiscal year, Rendell is calling for a fifth straight large increase for public schools — $355 million, or 6 percent more — a hallmark of his administration that Rendell says will ensure a better economic future for Pennsylvania. 'What are we getting for all the extra money spent on education?' Perry asked, arguing that the tough decisions need to be made." [The Sentinel, 2/26/10]

# College Affordability

## Student Loans

### Perry Voted For Blocking Vote To Let Students Refinance Their Loans

**2014: Perry Voted For Blocking A Vote On Allowing Students To Refinance Their Loans At Lower Interest Rates.** In June 2014, Perry voted for: a "motion to order the previous question (thus ending debate and the possibility of amendment on) the rule (H Res 616) that would provide for House floor consideration of the fiscal 2015 Agriculture appropriations measure (HR 4800) and for closed consideration of a bill (HR 4453) that would make permanent the reduced recognition period for S corporations built-in gains and another measure (HR 4457) that would give small businesses the ability to deduct up to $500,000 of their equipment costs for a maximum of $2 million worth of property." According to the Democratic Leader's Office, "The Previous Question would force a vote on the Bank on Students Emergency Refinancing Act – introduced by Congressmen Tierney and Miller – that would allow millions of borrowers to refinance their existing student loans at lower interest rates, similar to those currently available to new borrowers." The previous question passed 224 to 194. **A vote against the previous question would have allowed the bill to be considered.** [H Res 616, Vote #298, 6/11/14; CQ, 6/11/14; Democratic Leader's Office, accessed 6/7/17]

> **The Hill: The Bill "Would Allow More Than 25 Million People To Refinance Their Student Loans To Today's Lower Interest Rates Of Less Than 4 Percent."** "The Bank on Students Emergency Loan Refinancing Act, would allow more than 25 million people to refinance their student loans to today's lower interest rates of less than 4 percent. Warren paid for the bill with the "Buffet Rule" — a minimum 30 percent income tax payment from people who earn between $1 million and $2 million. Republicans oppose the bill because it would raise taxes on the wealthy. They also accused Democrats of trying to force political show votes ahead of the November election." [The Hill, 9/16/14]

### Perry Voted For Student Loan Compromise, Lowering Rates



**2013: Perry Voted For A Compromise Bill To Cap Stafford Loan Rates At 8.25 Percent.** In July 2013, Perry voted for: "Kline, R-Minn., motion to suspend the rules and concur in the Senate amendment to the bill that would set federal student loan interest rates issued after July 1, 2013 to the Treasury Department's 10-year borrowing rate, plus 2.05 percent for subsidized and unsubsidized undergraduate loans, 3.6 percent for graduate loans and 4.6 percent for PLUS loans. The loan rates would be capped at 8.25 percent, 9.5 percent and 10.5 percent, respectively. It would require the Government Accountability Office to submit a report to Congress within four months detailing the federal government's cost of administering the student loan program and recommendations to avoid generating additional revenue from the program." The bill passed 392-31. [HR 1911, Vote #426, 7/31/13; CQ, 7/31/13]

**2013: Perry Voted For A Bill That Would Allow Student Loan Interest Rate Caps To Increase Up To 8.5 Percent.** In May 2013, Perry voted for: "Passage of the bill that would tie student loan interest rates to the 10-year Treasury note rate. Interest rates on all federal student loans (except Perkins loans) issued on or after July 1, 2013 would be set each year at the 10-year Treasury note plus 2.5 percent. Rates for graduate and parent PLUS loans would be set at the 10-year note plus 4.5 percent. Overall interest rates would be capped at 8.5 percent and 10.5 percent, respectively." The bill passed 221 to 198. [HR 1911, Vote #183, 5/23/13; CQ, 5/23/13]

> **U.S. News And World Report: The Bipartisan Student Loan Act Tied Loan Interest Rates To The Free Market, Which Would Benefit Students When Market Rates Were Low, But Skyrocket To 8.5 And 10.5 Percent When They Were High.** "Unfortunately, the new law combines this market rate with different – and much higher – interest rate caps. Undergraduates can now pay a maximum interest rate of 8.25 percent – compared with the previous maximums of 6.8 and 3.4 percent for unsubsidized and subsidized direct loans. The maximum rate for unsubsidized direct loans for graduate and professional students is now 9.5 percent and the rate for PLUS loans is a whopping 10.5 percent. Those are much higher than the previous rates of 6.8 percent for unsubsidized direct loans and 7.9 percent for PLUS loans. When interest rates go up – and they will in the near future – students will pay much higher rates." [U.S. News & World Report, 8/14/13]

> **U.S. News And World Report: Bill Did Not Address "A Fundamental Problem In The Student Loan System…The Huge Profit The Federal Government Is Making At The Expense Of Students."** "The new law offers a moderate amount of help to current students at the expense of future ones. And it does nothing to address what the Student Loan Ranger sees as a fundamental problem in the student loan system – the huge profit the federal government is making at the expense of students." [U.S. News & World Report, 8/14/13]

> **HEADLINE: "Republicans Move Forward With Student Loan Plan That Could Mean Higher Rates Later."** [Associated Press, 5/16/13]

## Perry Voted For Blocking Consideration Of The Student Loan Relief Act

**Perry Voted For Blocking Consideration Of The Student Loan Relief Act, A Bill That Would Have Prohibited The Automatic Doubling Of Student Loan Rates In July 1, 2013.** In 2013, Perry voted for: a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 202) that would provide for House floor consideration of the bill that would allow the Treasury Department, once the statutory debt limit is reached, to continue borrowing to pay the principal and interest on government debt and obligations from the Social Security Trust Fund." According to the Democratic Leader's Office, "The Previous Question would amend the rule to allow for consideration of the "Student Loan Relief Act of 2013" (H.R. 1595) to amend the Higher Education Act of 1965 to extend the reduced interest rate for Federal Direct Stafford Loans." The previous question passed 227 to 199. A vote against the previous question would have allowed a vote on the student loan bill. [H Res 202, Vote #138, 5/8/13; CQ, 5/8/13; Democratic Leader's Office, accessed 6/7/17]

## Pell Grants

## Students In Perry's District Received $13,781,910 In Pell Grants…



**2018-2019: Pennsylvania's 10th District Students Were Awarded 3,754 Pell Grants Worth $13,781.910 Dollars.** [National Association of Independent Colleges & Universities, Federal Student Aid Programs by Congressional Districts, 2018-2019]

---

### …But Perry Still Voted Repeatedly To Slash Pell Grants

**2017: Perry Voted For FY18 House Republican Budget Resolution.** [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

  **FY18 House Republican Budget Cut Pell Grants By More Than $75 Billion.** "The budget calls for significantly scaling back Pell Grants, which help nearly 8 million students from low- and moderate-income families afford college. […] The Pell cuts of more than $75 billion would occur even though Pell Grants currently cover just 29 percent of the costs of college — the smallest portion covered in the program's history. The cuts in Pell would be accompanied by up to $120 billion in cuts to student loans." [CBPP, 9/5/17]

**2015: Perry Voted For FY16 Republican Conference Report On Budget.** [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

  **FY16 Conference Report Reduced Funding For Pell Grants.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

**2015: Perry Voted For FY16 Republican Budget.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

  **FY16 House Republican Rolled Back Expansion Of Pell Grant Program, Freezing Maximum Grant For 10 Years.** "House Republicans looking for ways to balance the budget want to roll back President Obama's expansion of a federal program allowing many of the country's poorest students attend college. On Tuesday, the House GOP released a budget memo that would freeze the maximum amount students receive from the government to pay for college; the grants would be held at $5,775 per school year for the next 10 years." [Washington Post, 3/18/15]

**2014: Perry Voted For FY15 House Republican Budget.** [H.C Con. Res 96, Vote #177, 4/10/14; CQ, 4/10/14]

  **FY15 House Republican Budget Cut $90 Billion From Pell Grants.** "Nor did Mr. Ryan shy away from hot-button issues. Education funding would be cut by $145 billion over 10 years. Pell grants for college students would lose $90 billion. University students would start being charged interest on their loans while still in school, reaping $40 billion." [New York Times, 4/2/14]

**2013: Perry Voted For FY14 House Ryan Budget.** [H. Con. Res, 25, Vote #88, 3/21/13; CQ, 3/21/13]

  **Ryan Budget Slashed Pell Grant Eligibility and Froze Pell Grant Funding To Not Keep Pace With Inflation.** "The budget also calls for reversing changes to the grant's needs analysis formula put into place in 2007, which expanded the number of students eligible for Pell Grants, in essence making fewer students eligible to receive them. […] Under the House Republican Budget, Pell Grants would be capped at the current level of $5,645 for 10 years, and eliminate all mandatory funding. In other words, under Ryan's plan, Pell Grants would not keep up with the pace of inflation and rising tuition costs, and would be worth less each successive year." [Inside Higher Ed, 3/13/13; Campus Progress, 3/12/13]

## Election Law & Campaign Finance Issues

### Significant Findings

✓ *Perry co-sponsored legislation limiting members of congress to three terms in the U.S. House, while running for his 4th term in Congress.*

✓ *Perry voted against the For The People Act, a package of reforms to get money out of politics.*

✓ *Perry was endorsed by Citizens United.*

✓ *Perry voted for blocking restoration of federal oversight to protect the right to vote.*

✓ *Perry called the Voting Rights Act a "dark cloud over the states that remain on the list."*

✓ *Perry voted 5 times to block consideration of bills to increase transparency in campaign finance.*

✓ *Perry voted for bill that would prohibit the IRS from requiring tax-exempt organizations to disclose donor information.*

✓ *Perry voted for blocking a constitutional amendment that would overturn Citizens United.*

## Term Limits

### 2019: Perry Cosponsored Legislation To Limit Representatives To 3 Terms

**Perry Cosponsored Legislation To Limit Congressional Terms To 3 Terms In June Of 2019.** [H.J. Res. 20, 6/19/19]

**Perry Cosponsored Term Limits Legislation With The Stipulation That Terms Before The "Ratification" Of The Bill Would "Not Count Toward Term Limits."** "This joint resolution proposes a constitutional amendment limiting Members of the House of Representatives to three terms and Members of the Senate to two terms. Terms beginning before the ratification of this article do not count towards term limits." [H.J. Res. 20, 6/19/19]

### Perry Pledged To Vote For An Amendment Limiting Members Of Congress To 3 Terms In The House

**Perry Pledged Vote For A U.S. Term Limits Amendment Of Three House Terms And Two Senate Terms.** [U.S. Term Limits, Pledge Signers 116th Congress, 11/2018]

### Perry Was In His 3rd Term In Office, And Heading Into His 4th

**2019: Perry Was In His 3rd Term In Office, And Heading Into His 4th.** "Congressman Scott Perry is a combat Veteran and represented the more than 725,000 people of the 4th Congressional District (all of York, all of Adams, part Cumberland and part Dauphin) of Pennsylvania since 2013; he earned re-election in 2018 to the newly-redistricted 10th Congressional District (all of Dauphin, part Cumberland, part York)." [Congressman Scott Perry Bio, Accessed 11/4/19]



---

## 2015: Perry Said That He Was Undecided On The Term Limits Issue

**2015: Perry Said He Was Undecided On The Issue Of Term Limits.** "Term limits: Perry said he goes back and forth on the issue of term limits. He's in favor of a politician self imposing a term limit. A large time frame, for example an elected official being limited to 15 years in office, might work. 'If you get a good person, you want to keep him, or her,' Perry said. Voters, however, make the ultimate decision of how long an elected official serves. Perry noted that in his roughly six years as a state representative, about 50 percent of the House turned over. 'I think the system works pretty well,' he said. "If we use it correctly, I think it works.'" [York Dispatch, 11/12/15]

# The For The People Act 2019

## Perry Voted Against The For The People Act

**Perry Voted Against The For The People Act.** In March 2019, Perry voted against: "Passage of the bill, as amended, that includes a package of provisions related to campaign finance, voter registration and access, and ethical standards for government officials. Among a number of provisions related to campaign finance reform, the bill would prohibit super PACs from financing political ads supporting or opposing a political candidate. It would require corporations, organizations, and political committees to disclose campaign-related expenditures of more than $1,000 and any donors contributing more than $10,000 in an election cycle. It would expand political advertising disclaimer requirements to online political ads and establish reporting requirements for online platforms selling political ads. It would prohibit foreign entities from contributing to a political campaign, super PAC, or presidential inaugural committee. The bill would also establish or modify public funding mechanisms for federal election campaigns that would match small contributions of up to $200 for congressional and presidential candidates whose campaigns do not accept contributions of more than $1,000 from any individual donor and do not use more than $50,000 of the candidate's personal funds." The bill passed 234-193. [HR 1, Vote #118, 3/8/19; CQ, 3/8/19]

> HEADLINE: "House Democrats Just Passed A Slate Of Significant Reforms To Get Money Out Of Politics." [Vox, 3/8/19]

> **The For The People Act Established A Match Program For Candidates Who Raised Money From Small Dollar Donors, Funded By A Fee On Criminal And Civil Fines By Banks And Corporations.** "Establishing public financing of campaigns, powered by small donations. Under the vision of the bill's main sponsor, Rep. John Sarbanes (D-MD), the federal government would provide a voluntary 6-1 match for candidates for president and Congress, which means for every dollar a candidate raises from small donations, the federal government would match it six times over. The maximum small donation that could be matched would be capped at $200. The most substantial change to HR 1 is this program now won't be funded by taxpayer dollars as originally planned; instead, it will come from adding a 2.75 percent fee on criminal and civil fines, fees, penalties, or settlements with banks and corporations that commit corporate malfeasance (think Wells Fargo)." [Vox, 3/8/19]

> **The For The People Act Supported An End To Citizens United And Increased Disclosure Of The Funders Of "Dark Money" Groups And Online Political Ads.** "Supporting a constitutional amendment to end Citizens United. Passing the DISCLOSE Act, pushed by Rep. David Cicilline and Sen. Sheldon Whitehouse, both Democrats from Rhode Island. This would require Super PACs and 'dark money' political organizations to make their donors public. Passing the Honest Ads Act, championed by Sens. Amy Klobuchar (MN) and Mark Warner (VA) and introduced by Rep. Derek Kilmer (WA) in the House, which would require Facebook and Twitter to disclose the source of money for political ads on their platforms and share how much money was spent." [Vox, 3/8/19]



**The For The People Act Created National Automatic Voter Registration, Made Election Day A Federal Holiday, Ended Partisan Gerrymandering, And Increased Election Security.** "Creating new national automatic voter registration that asks voters to opt out rather than opt in, ensuring more people will be signed up to vote. Early voting, same-day voter registration, and online voter registration would also be promoted. Making Election Day a holiday for federal employees and encouraging private sector businesses to do the same […] Ending partisan gerrymandering in federal elections and prohibiting voter roll purging. The bill would stop the use of non-forwardable mail being used as a way to remove voters from rolls. Beefing up election security, including requiring the director of national intelligence to do regular checks on foreign threats. Recruiting and training more poll workers ahead of the 2020 election to cut down on long lines at the polls." [Vox, 3/8/19]

## Citizens United

### Perry Was Endorsed By Citizens United

**2012: Perry Was Endorsed By Citizens United.** "Scott Perry has been endorsed by the Citizens United PAC in the race to replace Rep. Todd Platts. Citizens United is best known for bringing the lawsuit that led to the Supreme Court ruling that the government can't limit how much organizations such as corporations and unions spend on political ads. Perry, a state House member representing the Dillsburg area, is one of seven Republicans vying to replace Platts." [Patriot News, 4/11/12]

## The Voting Rights Act

### 2015: Perry Voted For Blocking Restoration Of Federal Oversight To Protect The Right To Vote

**Perry Voted For Blocking Restoration Of Federal Oversight To Protect The Right To Vote.** In November 2015, Perry voted for: a motion to block consideration of a vote on the "Voting Rights Advancement Act, which would restore federal oversight to protect the most sacred right and responsibility of American citizenship; the right to vote." The previous question carried, 241-178. A vote against the previous question would call for an immediate vote on the Voting Rights Advancement Act. [H Res 507, Vote #583, 11/3/15; Democratic Leader – Previous Questions, 11/3/15]

### Perry Called The Voting Rights Act A "Dark Cloud Over The States That Remain On The List"

**Perry Called The Voting Rights Act A "Dark Cloud Over The States That Remain On The List."** "Perry said it's also 'time to move on' from the special provisions under the Voting Rights Act, calling it a 'dark cloud over the states that remain on the list.' There's no need for the federal government to pre-approve voting rule changes if those who create the rules aren't breaking any laws, he said." [York Dispatch, 6/19/13]

## Campaign Finance Reform

### Perry Voted 5 Times To Block Consideration Of Bills To Increase Transparency In Campaign Finance

**Perry Voted For Blocking An Amendment To Create A Small Dollar Donor Matching System And Require Campaigns To Disclosure Of All Bundlers.** In May 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would help reduce the influence of big money in politics by establishing a small-donor matching system, permitting unlimited coordinated party expenditures from small donor sources, and by requiring disclosure by all bundlers of bundled contributions. Mr. Sarbanes' bill is part of House Democrats' Better Deal Agenda that will help make government more open and transparent." A vote *for the motion*



was a vote to block consideration of the bill. The motion was agreed to 222-184. [H Res 905, Vote #210, 5/22/18; CQ, 5/22/18; DemocraticLeader.gov, 5/22/18]

**Perry Voted For Blocking Consideration Of The DISCLOSE Act.** In May 2016, Perry voted for: blocking consideration of a vote that would "force a vote on: The Opioid Abuse Crisis Act, which provides $600 million in fully paid-for vital new resources to address the opioid epidemic that kills 78 Americans every day; and The DISCLOSE Act, which would bring desperately needed transparency to the enormous amounts of special interest secret money unleashed by the Supreme Court's wildly destructive Citizens United decision." A vote against the previous question was to force the vote on the Opioid Abuse Crisis Act and the DISCLOSE Act. The previous question carried, 239-176. [H Res 744, Vote #239, 5/25/16; Democratic Leader – Previous Questions, 5/25/16]

**Perry Voted For Blocking Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors.** In May 2016, Perry voted for: blocking consideration of "the DISCLOSE Act, which would bring desperately needed transparency to the tidal wave of secret money unleashed by the Supreme Court's wildly destructive Citizen's United decision, requiring corporate CEOs to stand by their ads in the same way candidates do; and compelling corporations and outside groups to disclose their campaign spending to shareholders, members, and the public." The previous question passed, 239 to 177. A vote against the previous question would have allowed the bill to be considered. [H Res 732, Vote #196, 5/17/16; Democratic Leader – 114th Congress Previous Questions, 5/17/16]

**Perry Voted Against Motion Requiring 501(c) Groups That Participate In Political Campaigns To Disclose Donations.** In June 2016, Perry voted against: a motion that "would block Republicans' assault on our campaign finance system by requiring disclosure to the IRS of any substantial donations to tax-exempt 501(c) groups that participate in political campaigns." The motion failed 180-238. [HR 5053, Vote #302, 6/14/16; Office of the Democratic Leader, 114th Congress Motions to Recommit, 6/14/16]

**Perry Voted Against Striking Section Of Appropriations Bill Forbidding The Securities And Exchange Commission From Developing A Rule Requiring The Disclosure Of Political Contributions To Tax Exempt Organizations.** In July 2016, Perry voted against: an amendment "that would strike a section of the bill that would prohibit the Securities and Exchange Commission from developing or finalizing a rule requiring the disclosure of political contributions to tax exempt organizations." The amendment failed 186-236. [HR 5471, Vote #365, 7/6/16; CQ Floor Votes, 7/6/16]

---

### Perry Voted For Bill That Would Prohibit The IRS From Requiring Tax-Exempt Organizations To Disclose Donor Information

---

**Perry Voted For Bill That Would Prohibit The IRS From Requiring Tax-Exempt Organizations To Disclose Donor Information.** In June 2016, Perry voted for: bill that would amend "the Internal Revenue Code to prohibit the Internal Revenue Service from requiring a tax-exempt organization to include in annual returns the name, address, or other identifying information of any contributor. The bill includes exceptions for: (1) required disclosures regarding prohibited tax shelter transactions; and (2) contributions by the organization's officers, directors, or five highest compensated employees (including compensation paid by related organizations)." The bill passed 240-182. [HR 5053, Vote #303, 6/14/16; CRS Bill Digest, 8/2/16]

**Bill Would Eliminate Requirement That 501(c) Organizations Disclose Gifts Larger Than $5,000 Along With The Donor's Information; Proponents Argued That Bill Would Protect Personal Information Of Donors, Critics Contended Foreign Donations Would Not Be Prevented.** "House Republicans took a step Tuesday aimed at limiting the reach of the Internal Revenue Service with a bill that would end a requirement for tax-exempt advocacy groups to list large donors as part of their annual tax returns. The [bill] … would eliminate the mandatory listing of gifts larger than $5,000, along with the names and addresses of donors, in the Form 990 for tax-exempt groups organized under section 501(c) of the tax code. … Speaker Paul D. Ryan of Wisconsin and other proponents said the measure was needed to prevent the inadvertent release of confidential data such as donor names and addresses, which are supposed to be redacted when the IRS releases public



copies of the annual returns for tax-exempt groups. … Rep. Sander M. Levin … has argued Roskam's proposal could open the door to donations from abroad to so-called social welfare groups that are organized under Section 501(c)(4) of the tax code. Such groups are authorized to spend unlimited amounts on political activity, so long as politics is not their main function." [CQ Roll Call, 6/14/16]

**Obama White House: Bill Would Constrain IRS's Ability To Enforce Tax Laws And Limit Transparency.** "The Administration opposes H.R. 5053, the Preventing IRS Abuse and Protecting Free Speech Act, which would constrain the Internal Revenue Service's (IRS) ability to enforce tax laws and reduce transparency." [Executive Office of the President, Statement of Administration Policy, 6/13/16]

---

### Perry Voted For Blocking A Constitutional Amendment That Would Overturn Citizens United

**2015: Perry Voted For Blocking A Constitutional Amendment That Would Overturn Citizens United.** In January 2015, Perry voted for: a "motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 38) that would provide for House floor consideration of the bill (HR 161) that would set statutory deadlines for considering permits on natural gas pipeline projects, and the bill (HR 36) that would create a nationwide ban on abortions performed at 20 weeks or later, with certain exceptions." According to the Democratic Leaders' office, "The Democratic Previous Question requires Congress to vote on a constitutional amendment to overturn the Supreme Court's Citizens United decision and promote transparency in our political system." The previous question passed 238 to 182. [H Res 38, Vote #38, 1/21/15; Democratic Leader – Previous Questions, 1/21/15; CQ, 1/21/15]

# Energy Issues

### Significant Findings

✓ *Perry claimed that the Keystone pipeline would end military involvement in Iraq.*

    ✓ *Perry voted against requiring TransCanada, the Keystone developer, to pay for spills.*

    ✓ *Perry voted against holding pipeline owners liable for explosions.*

✓ *Perry attacked "the radical environmentalist left" for refusing to acknowledge the importance of "liquefied natural gas."*

✓ *Perry claimed that the solution to America's "ecological mess" would be to increase fracking.*

✓ *Perry voted for protecting oil & gas companies from publicly disclosing payments to foreign governments.*

✓ *Perry voted for lifting 40-year crude oil ban.*

✓ *Perry voted against forbidding oil and gas exports to state sponsors of terrorism.*

✓ *Perry voted against energy appropriations bill that cut renewable energy programs and rolled back clean water protections.*

## Keystone Pipeline

### Perry Claimed That The Keystone Pipeline Would End Military Involvement In Iraq

**Scott Perry On The Keystone Pipeline: "If We Had The Keystone Pipeline Being Constructed Right Now, Maybe We Wouldn't Be So Concerned About Iraq Oil."** "Well, I was just listening to your show a little bit. And I just want to connect the dots for people with this foreign policy and domestic policy. How does it all add up? If we had the Keystone pipeline being constructed right now, maybe we wouldn`t be so concerned about Iraq oil." [Fox News Network, 6/13/14]

**2014: Perry Said That If We Were Building The Keystone Pipeline We Might Not Be Involved In Iraq.** "And I just want to connect the dots for people with this foreign policy and domestic policy. How does it all add up? If we had the Keystone pipeline being constructed right now, maybe we wouldn`t be so concerned about Iraq oil. That having been said, I`m -- I`m just pretty disgusted about it. You know, we -- the task force, we flew to Camp Bucca every day. And people have to understand, when you let bad people out of prison and just give them a pass to go anywhere and do anything, this is what you get. That`s number one." [FOX News, 6/13/14]

### Perry Voted For Approving The Keystone XL Pipeline

**Perry Voted For Approving The Keystone XL Pipeline.** In January 2015, Perry voted for: approving the Keystone XL pipeline. "The House voted Friday to approve the Keystone XL pipeline, seizing on the momentum from a Nebraska Supreme Court ruling hours earlier that removed the last major legal obstacle to building the politically charged oil project." The bill passed 266 to 153. [HR 3, Vote #16, 1/9/15; Politico, 1/9/15]



---

**Perry Voted Against Holding Pipeline Owners Liable For Explosions**

**Perry Voted Against Motion To Require Pipeline Owners, Not Taxpayers, Are Liable For Any Cleanup Costs Associated With Pipeline Explosion.** In January 2015, Perry voted against: a motion to recommit that would require that natural gas pipeline owners, not taxpayers, are liable for any damages, repair, and clean-up in the wake of a natural gas pipeline explosion. [HR 161, Vote #40, 1/21/15; Democratic Leader – Motions to Recommit, 1/21/15]

---

**Perry Voted Against Requiring TransCanada, The Keystone Developer, To Pay For Spills**

**Perry Voted Against A Measure To Require TransCanada, The Developer Of The Keystone XL Pipeline, To Pay For Oil Spills.** In May 2013, Perry voted against: a "motion to recommit the bill to the House Transportation and Infrastructure Committee and report it back immediately with an amendment that would require TransCanada to pay for cleanup of oil spills on U.S. soil." The motion failed 194 to 223. [HR 3, Vote #178, 5/22/13; CQ, 5/22/13]

# Oil & Gas

**Perry Attacked "The Radical Environmentalist Left" For Refusing To Acknowledge The Importance Of "Liquefied Natural Gas"**

**Perry Chastised "The Radical Environmentalist Left" For Refusing To "Acknowledge The Importance Of" Exporting Liquefied Natural Gas.** "What is stopping the environment -- this message is the radical environmentalist left. They refuse to acknowledge the importance of LNG and exporting LNG. They absolutely refuse to acknowledge the importance of Keystone pipeline, not only for our country, but for the geopolitical situation. And the president is so wed to that radical left-wing base that he simply just can`t utter the words." [FOX News, 7/18/14]

---

**Perry Claimed That The Solution To America's "Ecological Mess" Would Be To Increase Fracking**

**Perry Claimed That His Solution To "Clean Up" America's Ecological Mess Would Be To Increase Fracking.** "Well, here? Well, continue to move forward with things like, you know, the economy does a great job. You look at what natural gas has done to some of those CO2 emissions from our coal-fired plants. That was going to happen as a natural progression of the economics of natural gas and our availability to get it. And, of course, you know, Pennsylvania, rich in coal but also rich in natural gas and we're sitting right on that. And so we moved many of our plants from coal to natural gas just because of the economics." [Congressional Debate, 10/19/18]

---

**Perry Voted For Streamlining The Pipeline Approval Process**

**Perry Voted For Streamlining The Pipeline Approval Process.** In July 2017, Perry voted for: "Passage of the bill that would establish the Federal Energy Regulatory Commission as the sole lead agency for the permitting of proposals to build or expand natural gas pipelines. The bill would require the commission to set deadlines by which federal agencies would need to take certain actions as part of the pipeline project proposal review process and would, in the event an agency fails to meet a deadline set by the commission, require the head of the agency to notify Congress and set forth a recommended implementation plan for the completion of the action." Passed by a vote of 248-179. [H R 2910, Vote #402, 7/19/17; CQ, 7/19/17]

---

**Perry Voted Against Curbing The Eminent Domain Authority of Pipeline Projects**



**Perry Voted Against Curbing The Eminent Domain Authority of Pipeline Projects.** In July 2017, Perry voted against: "Watson Coleman, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit approval of an application for a certificate of public convenience and necessity under the Natural Gas Act unless the applicant agrees not to exercise its eminent domain authority under such law." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add a requirement to the underlying bill that project applicants agree not to exercise eminent domain authority." Motion rejected by a vote of 189-239/ [H R 2910, Vote #401, 7/19/17; CQ, 7/19/17; Democratic Leader's Office, Motion to Recommit, 7/19/17]

## Perry Voted For Establishing A New System For The Approval And Permitting Of Border-Crossing Oil And Gas Pipelines And Electrical Transmission Lines

**Perry Voted For Establishing A New System For The Approval And Permitting Of Border-Crossing Oil And Gas Pipelines And Electrical Transmission Lines.** In July 2017, Perry voted for: "Passage of the bill that would establish a new system for the approval and permitting of border-crossing oil and gas pipelines and electrical transmission lines. The bill would require sponsors of border-crossing oil pipelines and electricity transmission facilities that cross the U.S. borders into Canada and Mexico to receive a "certificate of crossing" from the relevant federal agency in order to build or modify their projects, thereby eliminating the need for a presidential permit. The bill would eliminate the requirement under current law that the Energy Department approve the transmission of electricity from the U.S. to another country." The bill passed by a vote of 254-175. [H R 2883, Vote #398, 7/19/17; CQ, 7/19/17]

## Perry Voted For Protecting Oil & Gas Companies From Publicly Disclosing Payments To Foreign Governments

**2017: Perry Voted For Protecting Oil & Gas Companies From Having To Publicly Disclose Payments To Foreign Governments.** In February 2017, Perry voted for: "passage of the joint resolution that would nullify a Securities and Exchange Commission rule that requires companies that develop oil, natural gas or minerals to publicly report in detail payments to foreign governments or to the U.S. government totaling at least $100,000 annually per project for extraction, exploration or export of these resources." The resolution passed by a vote of 235-187. [HJRes 41, Vote #72, 2/1/17; CQ, 2/1/17]

## Perry Voted For Lifting 40-Year Crude Oil Ban

**2015: Perry Voted For Lifting A 40-Year Ban On The Export Of Crude Oil Produced In The U.S.** In October 2015, Perry voted for: a bill that would allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. "Most [Democrats], though, opposed Barton's bill, arguing that its economic impact is overblown and that it will endanger jobs in the refining sector. They also cite environmental risks in pumping more oil for exports. 'This legislation eagerly embraces short-term profits and benefits without understanding — or even considering — the cost of such a major action,' Rep. Frank Pallone Jr. (D-N.J.) said." According to the Wall Street Journal, "The White House has threatened to veto the bill, saying it 'is not needed at this time.'" The bill passed 261 to 159. [HR 702, Vote #549, 10/9/15; The Hill, 10/9/15; Wall Street Journal, 10/9/15]

## Perry Voted Against Forbidding Oil And Gas Exports To State Sponsors Of Terrorism

**2014: Perry Voted Against A Motion That Would Prohibit The Oil Or Natural Gas Exports To Any Nation Or Organization That Supported Terrorists Or Stole American Military Technology.** In September 2014, Perry voted against: a "Schneider, D-Ill., motion to recommit the bill to the House Natural Resources and Energy and Commerce committees and report it back immediately with an amendment that would require the establishment of a Treasury Department account for $10 million per year of revenues generated from the bill to be used by the Commodity Futures Trading Commission. It also would require that any lease issued under the bill specify that



natural gas products cannot be exported to any nation or organization that provides support to terrorists or steals American military technology." The motion failed 193-222. [HR 2, Vote #514, 9/18/14; CQ, 9/18/14]

**2014: Perry Voted Against A Motion That Would Bar The Department Of Energy From Granting Authorization For National Gas Exports To Any Nation That Was A State Sponsor Of Terrorism.** In June 2014, Perry voted against: a "Garamendi, D-Calif., motion to recommit the bill to the House Energy and Commerce Committee and report it back immediately with an amendment that would bar the Energy Department from granting authorization for applicants to export natural gas if the export would increase the price of natural gas, electricity or home heating for seniors on fixed incomes. It would bar authorization if the gas would be exported to any nation that is a state sponsor of terrorism or any nation or corporation that illegally obtains military technology or intellectual property through cyber attacks." The motion failed 192-225. [HR 6, Vote #358, 6/25/14; CQ, 6/25/14]

---

| **Perry Voted For Blocking Consideration Of Bill To Protect Consumers From Price-Gouging On Gasoline** |
| --- |

**2013: Perry Voted For Blocking Consideration Of A Bill To Protect Consumers From Price-Gouging Of Gasoline And Other Fuels.** In July 2013, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)." Rep. Tim Bishop, who offered the motion, said on the House floor that he urged "my colleagues to defeat the previous question so that the House can consider pro-consumer, job-protecting legislation, the Federal Price Gouging Prevention Act, which would deter the sale of gasoline at excessive prices." The previous question was approved 224-191. A vote against the motion would have allowed for consideration of the price gouging bill [H Res 315, Vote #399, 7/24/13; CQ, 7/24/13]

---

# Renewable Energy

| **Perry Voted Against Energy Appropriations Bill That Cut Renewable Energy Programs And Rolled Back Clean Water Protections** |
| --- |

**Perry Voted Against A $146.5 Energy-Water-Legislative Branch-Veterans Affairs Appropriations For Fiscal Year 2019.** In June 2018, Perry voted against: "Passage of the bill, as amended, that would provide $146.5 billion in discretionary funding for fiscal 2019 to various departments, agencies and legislative operations, including $44.7 billion for the Energy Department, the Army Corps of Engineers, the Interior Department's Bureau of Reclamation; $98 billion for military construction activities and for VA programs and activities; and $3.8 billion for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. It would provide $11.2 billion for programs that maintain and refurbish nuclear weapons in the United States' stockpile. As amended, it would provide $1.1 billion in funding for the Veterans Community Care Program." The bill passed by a vote of 235-179. [HR 5895, Vote #257, 6/8/18; CQ, 6/8/18]

**Bill Included Cuts To Renewable Energy Research, Funding For Yucca Mountain Nuclear Waste Repository, And Rider To Repeal "Waters Of The United States" Rule.** "House lawmakers want more money for nuclear weapon modernization efforts while introducing cuts to renewable energy research. It also would set aside funding for the Yucca Mountain nuclear waste repository in Nevada and continue funding for the mixed oxide fuel fabrication facility in South Carolina. The House bill includes controversial policy riders meant to ease the repeal of the EPA-Army Corps joint 'Waters of the United States' regulation. Democrats have called the measure a "poison pill" unlikely to survive Senate scrutiny." [CQ, 6/8/18]

**Rep. Lowey: Republicans Attached Veterans Affairs Appropriations To Energy Appropriations To Force Through Cuts To Clean Energy Initiatives And Roll Back Clean Water Protections.** "This broken process has a simple aim: Republicans are using America's veterans as pawns to force through cuts to clean energy research and harmful policy provisions that weaken environmental safeguards. […] With gas prices



approaching $3 a gallon, the bill cuts energy efficiency and renewable energy initiatives. It cuts transformational science efforts, such as the successful and popular ARPA-E program. Just as bad, it contains many harmful riders, including rolling back clean water protections, blocking the National Oceans Policy, further endangering salmon on the Columbia River, and weakening gun safety rules on public lands." [Rep. Lowey Floor Statement, 6/7/18]

# Environmental Issues

<div align="center">

**Significant Findings**

</div>

- ✓ *At a town hall in 2017, Perry said that trees cause pollution.*

- ✓ *Perry voted for nullifying a bureau of land management "methane rule" to limit the release of methane from oil and gas operations on federal land.*

- ✓ *Perry voted for delaying clean air standards.*

- ✓ *Perry criticized the WOTUS rule.*

- ✓ *Perry introduced a failed amendment to strip climate change reporting from the defense budget and said that climate change was not a national security threat.*

- ✓ *Perry signed a brief opposing the Obama administration's plan to clean up the Chesapeake bay watershed and said that EPA regulations were "heavy-handed."*

- ✓ *The Daily American: "Rep. Scott Perry, posted a cryptic message on twitter Tuesday afternoon that appears to attempt to discredit a congressional hearing on global warming by pointing out that it snows in parts of the United States."*

- ✓ *Perry admitted climate change was man made, but said he wanted to use "market forces" help end climate change.*

- ✓ *Perry voted for bills that would gut the EPA.*

- ✓ *Perry voted for killing a rule banning hunters in Alaska wildlife refuges from shooting animals from a helicopter, shooting wolf puppies at point blank range, and killing hibernating bears.*

- ✓ *The League of Conservation Voters gave Perry a 2% lifetime score.*

## Pollution

### March 2017: At A Town Hall, Perry Said That Trees Cause Pollution

**[VIDEO] Perry Held A Town Hall On March 18, 2017.** [Scott Perry, Facebook, 3/18/17]

*NOTE: Perry's comments about trees causing pollution occurred at the March 18, 2017 town hall. Due to time constraints, we did not watch the entire video, so we cannot provide an exact time stamp. The news clips below summarize what Perry said.*

**At A Town Hall, Perry Suggested That God Was A Polluter Because Trees Were Providing Nitrates And Phosphates To The Chesapeake Bay.** "Turns out that even God is a polluter. That, at least, appears to be what U.S. Rep. Scott Perry (R-York) suggested at a recent town hall in Red Lion, York County. Perry, whose district covers parts of York, Dauphin and Cumberland counties, was asked at the forum how he proposes to reclaim and protect air and water reserves with the proposed budget cuts to the Environmental Protection Agency. Perry said appropriate levels of protection are needed and pointed to the Chesapeake Bay cleanup strategy that he said focused unfairly on point sources of pollution and 'left some violators out.' 'Some violators - if you are spiritual and believe



in God, one of the violators was God because the forests were providing a certain amount of nitrates and phosphates to the Chesapeake Bay,' Perry said. His response generated a round of heckling from the several hundred district residents in attendance." [Patriot News, 3/21/17]

**Perry Blamed Trees For Pollution In The Chesapeake Bay, Then Said His Comments Were Misconstrued.** "Earlier this month, U.S. Rep. Scott Perry, R, Dillsburg, told a hall full of his 4th Congressional District constituents that trees are at least partly to blame for pollution in the Chesapeake Bay. […] Perry's comments had triggered mocking coverage from several national news organizations. He blamed the public ridicule on 'misrepresentation by the media,' although a video of the town hall meeting where he made that allegation remains on his Facebook page." [York Daily Record, 3/31/17]

---

**Perry Voted For Nullifying A Bureau Of Land Management "Methane Rule" To Limit The Release Of Methane From Oil And Gas Operations On Federal Land**

---

**Perry Voted For Nullifying A Bureau Of Land Management "Methane Rule" To Limit The Release Of Methane From Oil And Gas Operations On Federal Land.** In February 2017, Perry voted for: "a Congressional Review Act resolution to nullify the Bureau of Land Management's rule to limit the release of methane from oil and gas operations on federal land. […] The Interior Department's BLM finalized the venting and flaring rule - also known as the methane rule - in November. It requires oil and gas operators to control releases of waste methane - a potent greenhouse gas - by adopting new technologies, more frequently inspecting for leaks and replacing outdated equipment that discharges large amounts of natural gas." The resolution was passed by a vote of 221-191. [HJRes 36, Vote #78, 2/3/17; CQ News, 2/3/17]

**Perry Voted For Prohibiting The EPA From Enforcing The "Methane Rule."** In September 2017, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds appropriated by the bill to enforce rules relating to source performance standards for greenhouse gas emissions and volatile organic compound emissions from the oil and natural gas sector." The amendment was adopted by a vote of 218-195. [H R 3354, Vote #488, 9/13/17; CQ, 9/13/17]

---

**Perry Voted For Delaying Clean Air Standards**

---

**Perry Voted For "Extend[ing] For Eight Years The Deadline For The EPA To Implement New National Ambient Air Quality Standards For Ground-Level Ozone."** In July 2017, Perry voted for: "Passage of the bill that would extend for eight years the deadline for the EPA to implement new National Ambient Air Quality Standards for ground-level ozone (the EPA issued such deadlines on Oct. 26, 2015). The bill would require the EPA to review the national ambient air quality standards for each pollutant every ten years, instead of every five, and would require the agency to evaluate possible adverse effects of standard changes, including effects related to public health, welfare and economics, prior to establishing or revising a national ambient air quality standard." The bill passed by a vote of 229-199. [H R 806, Vote #391, 7/18/17; CQ, 7/18/17]

**League Of Conservation Voters Opposed HR 806, Saying It Guttted The Clean Air Act And Jeopardized Health By Undermining EPA Standards Related To Smog.** "LCV urges you to vote NO on H.R. 806, the 'Ozone Standards Implementation Act,' a radical bill that jeopardizes the health of our families by undermining the EPA's recently-updated standards for ozone pollution (a.k.a. smog) and eviscerating a central pillar of the Clean Air Act. […] For the first time ever, H.R. 806 would allow the EPA to consider factors unrelated to health, like technical feasibility in the initial standard setting process. States consider feasibility and cost when they implement the standards. This system has worked extremely well since 1970 as air quality has improved dramatically while the economy has grown." [League Of Conservation Voters, 7/17/17]

**Perry Voted Against A Motion To Prohibit Implementation Of New Air Quality Standards If Those Standards Could Pose Health Risks To Those Without Access To "Affordable, Comprehensive" Health**


**Care.** In July 2017, Perry voted against: "Cartwright, D-Pa., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit implementation of the bill's provisions if the Clean Air Scientific Advisory Committee, in consultation with the Congressional Budget Office, finds such implementation could increase various health risks for individuals without access to "affordable, comprehensive" health insurance." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would prohibit implementation of the underlying bill if the Clean Air Scientific Advisory Committee finds that application of the underlying bill could increase health risks to vulnerable populations including children, seniors, pregnant women, outdoor workers, and minority and low-income communities." Motion rejected by a vote of 191-235. [H R 806, Vote #390, 7/18/17; CQ, 7/18/17; Democratic Leader's Office, Motion to Recommit, 7/18/17]

# Water

## 2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country

**2016: Perry Said That He Opposed Aid For Flint Because Pennsylvanians Should Not Be Accountable For Issues In Other Parts Of The Country.** [3:00] "Last night. Just so disappointing. You've heard of the city of Flint, Michigan. Terrible tragedy with their water situation over there, right. Is it a failure of anybody in your county what happened in Flint, Michigan? No, it is not, right? It's the failure of the system and the people in it, right, at the EPA and in the city of Flint, Michigan that mismanaged their water system. Unfortunately, there's not gonna be any accountability, right. They wanted me to vote for a $510 million dollars of you payin' for tax dollars. We got problems here of our own. We'll be accountable for our problems, but don't make us be accountable for their problems. We're done with that." [Scott Perry For Congress, Facebook, 9/29/16]

## Perry Criticized The WOTUS Rule

**Perry Called The Waters Of The United States Rule A "Power Grab."** "EPA Administrator Gina McCarthy told a joint House and Senate committee hearing earlier this month that the rule, introduced in April, would not expand the agency's authority beyond what it is now. She said the Clean Water Act prevents jurisdictional expansion. […] That explanation concerns conservatives, who say the language is problematic. 'Anything can be construed as navigable and under the jurisdiction of the federal government, as I read it,' said U.S. Rep. Scott Perry (R-York), who attended last week's hearing. 'This is a power grab by the administration and EPA because they don't think the states are doing a good job meeting what is required by the Clean Water Act.' Perry and U.S. Sen. Pat Toomey (R-Pa.) urged constituents in October to write to the EPA against the proposal during the public comment period that ended in November." [Central Penn Business Journal, 2/20/15]

## Perry Signed A Brief Opposing The Obama Administration's Plan To Clean Up The Chesapeake Bay Watershed And Said That EPA Regulations Were "Heavy-Handed"

**Perry Signed A Brief Opposing The Obama Administration's Plan To Clean Up The Chesapeake Bay Watershed.** "A group of 39 lawmakers is urging a federal court to block the Obama administration's plan to clean up the Chesapeake Bay watershed, describing it as an unjustified power grab. […] Also signing the brief were four House members from Pennsylvania Reps. Bill Shuster, Lou Barletta, Scott Perry and Glenn Thompson. The filing comes after the court's deadline for submitting legal papers in the case. But the lawmakers argue they have a special interest in weighing in, saying the EPA went too far in negotiating a 2010 agreement that sets pollution limits in the nation's largest estuary." [York Dispatch, 6/25/14]

**Perry Called EPA Regulations "Heavy-Handed" In Regards To The Chesapeake Bay.** "A federal appeals court on Monday affirmed the Environmental Protection Agency's authority to order pollution reductions from Pennsylvania and all other states with waterways that drain into the Chesapeake Bay. […] U.S. Rep. Scott Perry, R-Dillsburg, also has voiced concern about the federal regulations. 'I regularly speak with 4th (Congressional) District



family farmers, small businesses, local government officials and citizens who express great concern with the EPA's heavy-handed approach to environmental regulation,' he said. 'Of course these folks want to do their part to help the Chesapeake Bay and other environmental priorities. But instead of finding commonsense ways to protect our environment, our communities get burdened with new federal mandates that lack clear goals and any realistic means to achieve them. Until we resolve that, local taxpayers and small businesses will be forced to keep shelling out money they don't have for plans that may not work.'" [York Dispatch, 8/6/15]

## Climate Change

### Perry Introduced A Failed Amendment To Strip Climate Change Reporting From The Defense Budget And Said That Climate Change Was Not A National Security Threat

**Perry's Amendment To Strip Climate Change Reporting From The Defense Budget Was Voted Down.** "A U.S. House majority agreed on Thursday that climate change is a threat to national security, especially to American military installations, and rejected an amendment by U.S. Rep. Scott Perry to remove climate change tracking from the pending defense budget. Perry, R-Carroll Township, had argued that 'a litany' of other federal agencies are tasked with tracking the effects of climate change and that to include mandatory reporting in the defense budget was redundant and an unnecessary expense. After introducing his amendment, Perry explained that tracking climate change 'is best left to the agencies best suited to deal with these issues.' 'My goal with this amendment is to prioritize our limited defense resources on efforts that pose an immediate and direct threat to our national security,' Perry said." [York Daily Record, 7/15/17]

> **Perry Voted For Striking A Provision From The NDAA Stating Climate Change Poses A Threat To National Security. .** In July 2017, Perry voted for: "Perry, R-Pa., amendment that would eliminate the bill's provision that would express the sense of Congress that climate change is a direct threat to national security, and would eliminate the provision that would require the secretary of Defense to report to Congress on vulnerabilities to military installations and combatant commands resulting from climate change-related effects." The amendment was rejected by a vote of 185-234**.** [H R 2810, Vote #368, 7/13/17; CQ, 7/13/17]

**Perry Said That DHS Should Not Focus On Climate Change And That It Was Not A "Threat Multiplier" To National Security.** "Perry 'believes the climate is changing,' said Reilly, 'but he doesn't think that government intervention to the point that the president is advocating is appropriate.' In a July 8 subcommittee hearing 'examining the Department of Homeland Security's misplaced focus on climate change,' Perry said, 'I am shocked that the Department of Homeland Security continues to make climate change a top priority.' He denied the DHS assertion that climate change is a 'threat multiplier' and said he wondered whether the department's emphasis on the importance of considering climate change in its strategic planning was based in 'fact or propaganda.' According to Reilly, Perry is concerned that acting to combat climate change could negatively impact an 'already weakened' economy." [York Dispatch, 8/25/15]

### The Daily American: "Rep. Scott Perry, Posted A Cryptic Message On Twitter Tuesday Afternoon That Appears To Attempt To Discredit A Congressional Hearing On Global Warming By Pointing Out That It Snows In Parts Of The United States"

**The Daily American: "Rep. Scott Perry, Posted A Cryptic Message On Twitter Tuesday Afternoon That Appears To Attempt To Discredit A Congressional Hearing On Global Warming By Pointing Out That It Snows In Parts Of The United States."** "The Carlisle region's congressman, Rep. Scott Perry, posted a cryptic message on Twitter Tuesday afternoon that appears to attempt to discredit a congressional hearing on global warming by pointing out that it snows in parts of the United States. Perry, a Republican, responded to a posting by Democratic Rep. Peter DeFazio, the ranking member of the House Transportation and Infrastructure Committee. DeFazio said that he could not attend a committee hearing on climate change due to severe weather in his home state of Oregon. DeFazio 'couldn't attend today's hearing on #globalwarming because his flight was cancelled due



to snow. How will he get to Washington once the #GreenNewDeal (he's a cosponsor) eliminates the aviation industry?' Perry commented." [The Daily American, 2/26/19]

**Perry Tweeted: Rep. Defazio "Couldn't Attend Today's Hearing On #Globalwarming Because His Flight Was Cancelled Due To Snow. How Will He Get To Washington Once The #Greennewdeal (He's A Cosponsor) Eliminates The Aviation Industry?"** "The Carlisle region's congressman, Rep. Scott Perry, posted a cryptic message on Twitter Tuesday afternoon that appears to attempt to discredit a congressional hearing on global warming by pointing out that it snows in parts of the United States. Perry, a Republican, responded to a posting by Democratic Rep. Peter DeFazio, the ranking member of the House Transportation and Infrastructure Committee. DeFazio said that he could not attend a committee hearing on climate change due to severe weather in his home state of Oregon. DeFazio 'couldn't attend today's hearing on #globalwarming because his flight was cancelled due to snow. How will he get to Washington once the #GreenNewDeal (he's a cosponsor) eliminates the aviation industry?' Perry commented." [The Daily American, 2/26/19]

## Perry Admitted Climate Change Was Man Made, But Said He Wanted To Use "Market Forces" Help End Climate Change

**2018: Perry Didn't Dispute Climate Change Or That Climate Change Was Man Made, But He Did Say More Science Was Needed.** "Perry did not openly dispute climate change or a man-made contribution to it, but he said more science is needed and he equates the type of policy proposed by Scott as a tax on energy that would hurt the economy." [Patriot News, 10/21/18]

**Perry Preferred Letting "Market Forces" Help End Climate Change.** "His preference, he said, is to let market forces continue to attack the problem, pointing to large emissions reductions that have come organically in recent years as American power plants have moved from coal to cheaper natural gas as a fuel source." [Patriot News, 10/21/18]

**Perry On Climate Change In 2018: "I Think Obviously Man Has A Part To Play In That."** "During his 2018 campaign against Democratic challenger George Scott, Perry also said several times that he believes that climate change exists, but questioned the extent to which it is man-made, and the expediency of action by the United States. 'I think obviously man has a part to play in that,' Perry said when questioned about climate change during a debate on WGAL in October 2018." [The Daily American, 2/26/19]

**Perry On Climate Change In 2018: "We Know That $CO_2$ Is In The Atmosphere And Affects It."** "'We know that $CO_2$ is in the atmosphere and affects it,' Perry said. 'But the question is how, and then what can we do about it, what should we do about it, and what do we do with all the other nations that pollute much more, much more than the United States.'" [The Daily American, 2/26/19]

## Perry Pushed Blame For Climate Change On Other Countries "That Pollute Much More" Than The U.S.

**Perry On Climate Change In 2018: "But The Question Is How, And Then What Can We Do About It, What Should We Do About It, And What Do We Do With All The Other Nations That Pollute Much More, Much More Than The United States."** "'We know that CO2 is in the atmosphere and affects it,' Perry said. 'But the question is how, and then what can we do about it, what should we do about it, and what do we do with all the other nations that pollute much more, much more than the United States.'" [The Daily American, 2/26/19]

# Environmental Protection Agency

## Perry Voted For Reducing EPA Funding


**Perry Voted For Reducing EPA Funding By $1.8 Million, In Line With Trump's FY 2018 Budget Proposal.** In September 2017, Perry voted for: "Norman, R-S.C., amendment that would reduce funding for the EPA by $1.8 million." The amendment was rejected by a vote of 151-260. [H R 3354, Vote #492, 9/13/17; CQ, 9/13/17]

## Perry Voted For Bills That Would Gut The EPA

**HEADLINE: The Transparency Bills That Would Gut the EPA** [The Atlantic, 3/15/17]

**Perry Voted For The EPA Science Advisory Board Reform Act.** In March 2017, Perry voted for: "passage of a bill that would establish a selection process for members of the EPA's Science Advisory Board. The bill would require the board's members represent a variety of scientific and technical viewpoints. It would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities. It would require the board to generally avoid making policy determinations or recommendations to the EPA." The bill was passed by a vote of 229-193. [HR 1431, Vote #208, 3/30/17; CQ, 3/30/17]

> **Bill Was Opposed By Clean Water Action, Earthjustice, League of Conservation Voters (LCV), Natural Resources Defense Council And Sierra Club.** [Clean Water Action, Letter In Opposition, 3/29/17]

> **NRDC Called The Bill A "Gift To The Chemical Industry" That Would Make It Much More Difficult To Hold Polluting Industries Accountable."** "Another gift to the chemical industry is being wrapped with a bow by the Republican Congress. The EPA Science Advisory Board is meant to provide scientific advice to the EPA, such as reviewing its chemical hazard assessments. But this new Republican Science Advisory Board Act (SAB Act) would instead invite the chemical and regulated industries to help characterize the science of harm about their own hazardous products. This, ultimately, would make it much more difficult to hold polluting industries accountable." [NRDC, 3/30/17]

> **NRDC Said The Bill Would "Encourage Industry Conflicts In The Review Of Scientific Materials" And Hamper The Work And Effecitvness Of The Board, "Undermin[Ing] Important Public Health, Safety And Environmental Measures."** "In short, due to these and other provisions, the 'EPA Science Advisory Board Reform Act of 2017' would alter the nature of the SAB, which has been largely successful in providing the EPA expert review of key scientific and technical questions, and would encourage industry conflicts in the review of scientific materials. It would also pile new and burdensome requirements on the Board, severely hampering its work and effectiveness. The result would be to further stall and undermine important public health, safety and environmental measures." [NRDC, 3/30/17]

**Perry Voted For Providing For House Consideration The EPA Science Advisory Board Reform Act.** In March 2017, Perry voted for: the "adoption of the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board. The bill would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities." The rule was adopted by a vote of 232-188. [HRes 233, Vote #204, 3/29/17; CQ, 3/29/17]

**Perry Voted Against An Amendment Prohibiting Any Member Of The EPA Science Advisory Board From Being Employed By Any Interests Before The Board During That Person's Term And For Three Years After.** In March 2017, Perry voted against: the "Foster, D-Ill., motion to recommit the bill the House Science, Space and Technology Committee with instructions to report it back immediately with an amendment that would prohibit, both during and for three years following a term on the board, Science Advisory Board members from being employed by any entity with interests before the board." The motion was rejected by a vote of 189-233. [HR 1431, Vote #207, 3/30/17; CQ, 3/30/17]

**Perry Voted For The Honest and Open New EPA Science Treatment (HONEST) Act, Prohibiting The EPA From Proposing A Rule Unless The Scientific Information Backing It Up Is Publicly Available.** In March 2017, Perry voted for: "passage of the bill that would prohibit the EPA from proposing, finalizing or disseminating



a rule, regulation or standard unless the scientific and technical information on which the EPA's decisions relied is publicly available for independent analysis. It would require any personally identifiable information, trade secrets or sensitive business information to be redacted prior to the publication of the scientific information." The bill was passed by a vote of 228-194. [HR 1430, Vote #206, 3/29/17, CQ, 3/29/17]

**The HONEST Act Would Bar Many Kinds Of Scientific Evidence From Consideration, Including Studies That Included Medical Records, Which Cannot Legally Be Released, And Greatly Increase Costs To Enforce.** "For example, it would would stop the EPA from crafting public health protections based on studies that use medical records, which are confidential and cannot be legally released. […] The aides I spoke to denied that the process would be unmanageable, noting that every federal agency already redacts plenty of confidential information. But the Congressional Budget Office estimated that old iterations of the HONEST Act would take $250 million a year to enforce, and the new version only allocates an extra $1 million to the added burden of redaction—all while Trump is planning to cut the EPA's budget." [The Atlantic, 3/15/17]

**HEADLINE: The E.P.A. Says It Wants Research Transparency. Scientists See an Attack on Science.** [New York Times, 3/26/18]

**Perry Voted Against An Amendment Exempting EPA Actions Related To Public Health Threats From The Bill's Requirement That The Scientific Information Behind The EPA's Actions Must Be Publicly Available.** In March 2017, Perry voted against: the "McEachin, D-Va., motion to recommit the bill to the House Science, Space and Technology Committee with instructions to report it back immediately with an amendment that would exempt EPA actions taken in response to a public health threat from the bill's requirement that the scientific information that influenced the EPA's actions must be publicly available." The motion was rejected by a vote of 189-232. [HR 1430, Vote #205, 3/29/17; CQ, 3/29/17]

## Hunting

**Perry Voted For Killing A Rule Banning Hunters In Alaska Wildlife Refuges From Shooting Animals From A Helicopter, Shooting Wolf Puppies At Point Blank Range, And Killing Hibernating Bears**

**Perry Voted For Killing A Rule Banning Hunters In Alaska Wildlife Refuges From Shooting Animals From A Helicopter, Shooting Wolf Puppies At Point Blank Range, And Killing Hibernating Bears.** In February 2017, Perry voted for: "passage of the joint resolution that would nullify and disapprove of an Interior Department rule that prohibits certain predator control methods on federal lands in Alaska. The rule prevents Alaska, which typically has the authority to manage hunting and trapping practices on federal lands within the state, from allowing certain non-subsistence hunting practices on national wildlife refuges. Under the rule, prohibited practices include using traps to hunt bears and the taking of wolves and coyotes during denning season." The resolution was passed by a vote of 225-193. [HJRes 69, Vote #98, 2/16/17; CQ, 2/16/17]

## Mining Communities

**Perry Voted For Nullifying The Stream Protection Rule Which Protected The Drinking Water, Health, And Environment Of People In Appalachia Who Live Near Mountaintop Removal Mining Sites**

**Perry Voted For Nullifying The Stream Protection Rule Which Protected The Drinking Water, Health, And Environment Of People In Appalachia Who Live Near Mountaintop Removal Mining Sites.** In February 2017, Perry voted for: "Passage of the joint resolution that would nullify an Office of Surface Mining Reclamation and Enforcement rule that requires surface coal mining operations, to the extent possible, to avoid disturbing streams and land within 100 feet of the streams. The rule also includes provisions related to data collection and restoration



and requires native trees and plants to be used to replant reclaimed mine sites." The resolution was passed by a vote of 228-194. [HJRes 41, Vote #73, 2/1/17; CQ, 2/1/17]

---

**Perry Voted For Reducing The Funding For The Coal Mine Safety And Health Program By 10 Percent – Eliminating 96 Employees – In The FY 2018 Omnibus**

---

**Perry Voted For Reducing The Funding For The Coal Mine Safety And Health Program By 10 Percent – Eliminating 96 Employees – In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Meadows, R-N.C., amendment that would reduce the funding for the Coal Mine Safety and Health program by 10 percent." The amendment was rejected by a vote of 178-238. [H R 3354, Vote #511, 9/13/17; CQ, 9/13/17]

## Environmental Advocacy Groups

---

**The League Of Conservation Voters Gave Perry A 2% Lifetime Score**

---

**The League Of Conservation Voters Gave Perry A 2% Lifetime Score.** [League of Conservation Voters, National Environmental Scorecard, Accessed 9/26/19]

**2018: The League Of Conservation Voters Gave Perry A 3% Score.** [League of Conservation Voters, National Environmental Scorecard, Accessed 9/26/19]

---

**Early In His Career Perry Received A 0% Rating From A Pennsylvania Environmental Group**

---

**2008: Perry Received A Rating Of 0% From A Pennsylvania Environmental Group.** "A non-profit group's environmental rankings of state legislators has surprised some and upset others. PennEnvironment, a non-profit environmental advocacy group, ranked all of Pennsylvania's state legislators according to votes on specific bills that came before the House and Senate. David Masur, director of the group, said that over the last 18 months a number of environmental issues were top priority and the bills the legislators were ranked on 'offered the best solutions to tackling environmental problems.' He said PennEnvironment makes a 'legislative agenda' every year and sends to letters to all members of the Legislature stating the group's position on specific bills and asking them to vote in favor of a bill "if it's good for environmental protection. 'We'd like all our members of the legislature to score a 100 because it would be great for the environment.' Not all legislators agree with the group's agenda. State Rep. Scott Perry, R-92, characterized the rankings as 'myopic in scope.' Perry received a ranking of zero percent by PennEnvironment." [The Sentinel, 8/10/08]

**Perry On His 0% Environmental Rating: "Obviously It's A Very Biased Opinion On Where They Think You Stand On Environmental Issues."** "Perry said he is 'environmentally conscious' and said he is proud of his record as a legislator. 'Obviously it's a very biased opinion on where they think you stand on environmental issues,' Perry said. 'It's very narrow in it's focus. I think that they would be happy to bankrupt the state and all the taxpayers to promulgate the environmental issues that they support.'" [The Sentinel, 8/10/08]



# Equal Rights & Workplace Fairness

---

### Significant Findings

✓ *Perry claimed to support equal pay, but voted against the Paycheck Fairness Act.*

    ✓ *Women in Pennsylvania made $.80 cents for every dollar a man made.*

✓ *Perry voted for repealing a rule requiring businesses to disclose harassment violations when bidding on large federal contracts.*

✓ *Perry said that the days of affirmative action had "run their course."*

---

## Equal Pay

### Perry Claimed To Support Equal Pay

**Perry Claimed He Supported Equal Pay.** "Well, absolutely, I will tell you my mom had taught me how to treat a lady. I don't have to join a caucus to do that. I have two little girls. Of course, my mom was the president of our company and my wife is a career woman. This is actually fairly simple. One standard for everybody. You do the work, you get paid the wage." [Congressional Debate, 10/19/18]

> **Perry On Equal Pay: "Of Course, My Mom Was The President Of Our Company And My Wife Is A Career Woman. This Is Actually Fairly Simple. One Standard For Everybody. You Do The Work, You Get Paid The Wage."** "Well, absolutely, I will tell you my mom had taught me how to treat a lady. I don't have to join a caucus to do that. I have two little girls. Of course, my mom was the president of our company and my wife is a career woman. This is actually fairly simple. One standard for everybody. You do the work, you get paid the wage." [Congressional Debate, 10/19/18]

### Perry Voted Against The Paycheck Fairness Act

**2019: Perry Voted Against The Paycheck Fairness Act.** In March 2019, Perry voted against "Passage of the bill, as amended, that would change the language and grounds that an employer could use in a legal defense to explain a difference in pay between employees when a lawsuit is brought against the employer alleging pay discrimination on the basis of sex. The bill would narrow the defense such an employer could use by requiring employers to provide non-gender, business-based reasons for differences in pay, rather than allowing the employer to demonstrate in court that 'any factor other than sex' had been the basis for the pay disparity. Under the bill, an employer would specifically need to demonstrate that the disparity is based on a bona fide factor such as education, training or experience. It would expand protections for employees against forms of retaliation and increase monetary penalties for violating the Fair Labor Standards Act." The bill passed 242-187. [HR 7, Vote #134, 3/27/19; CQ, 3/27/19]

> **HEADLINE: The House Just Passed A Bill To Close The Gender Pay Gap** [Vox, 3/27/19]

> **The Paycheck Fairness Act Closed Loopholes In The Equal Pay Act, Including Banning Employers From Asking Job Candidates For Previous Salary And Allowing Employees To Discuss Salary Information.** "The Paycheck Fairness Act essentially works to close loopholes in the landmark Equal Pay Act of 1963, which required that men and women receive equal pay for equal work. […] DeLauro's Paycheck Fairness Act tries to push back on lingering inequity in three key ways. Perhaps most importantly, it would ban employers from asking candidates how much they made in previous jobs. It would also get rid of employer



rules that keep workers from talking about their salary information, so that women could ask how much their coworkers are making and find out if they're underpaid. Third, the bill would require employers to be much more transparent about how much they're paying workers. Employers would have to share salary data with the Equal Employment Opportunity Commission, so that body could watch out for potential discriminatory practices." [Vox, 3/27/19]

---

**Perry Repeatedly Voted Against Considering The Paycheck Fairness Act**

---

**2015: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015 Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the rule (H Res 189) to provide for House floor consideration of the bill to exclude insurance paid at closing into escrow, as well as fees paid to lender-affiliated companies, from the three percent limit on points and fees imposed on qualified mortgages by redefining "points and fees" under the Truth in Lending Act. It also would provide for floor consideration of the bill to modify federal rules regarding high-cost-mortgages as they apply to manufactured housing. The rule also would take the fiscal 2016 Senate budget resolution from the Speaker's table, adopt a substitute amendment consisting of the text of the fiscal 2016 House budget resolution, as adopted by the House, and would adopt the concurrent resolution, as amended." According to the Democratic Leader's office, The Democratic Previous Question demands the House vote on a key measure to end the pay gap between men and women and ensure equal pay for equal work: the Paycheck Fairness Act (HR 1619)." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; CQ, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

**2015: Perry Voted For Blocking Consideration Of  The Paycheck Fairness Act.** In April 2015, Perry voted for: "Stivers, R-Ohio, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the rule (H Res 200) that would provide for House floor consideration of the bill (HR 622) that would make permanent the ability of taxpayers to deduct state and local sales taxes in lieu of state and local income taxes, the bill (HR 1105) that would repeal the federal estate tax and repeal the generation-skipping transfer tax, and the bill (HR 1195) that would establish a small business advisory board, credit union advisory council and community bank advisory council for the Consumer Financial Protection Bureau." According to the Democratic Leader's office, "The Democratic Previous Question demands the House vote on a key measure to end the pay gap between men and women and ensure equal pay for equal work: the Paycheck Fairness Act (HR 1619)." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; CQ, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

> **Bloomberg: The Legislation Protect Workers Who Share Information About Their Wages, Require Employers To Explain Pay Disparities, And Allow Employees To Seek "Unlimited" Punitive Damages In Wage Bias Cases.** "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." [Bloomberg, 4/14/15]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In September, 2014, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 727) that would provide for House floor consideration of a package of energy proposals (HR 2) that would ease federal regulations and a jobs measure (HR 4) that includes the text of 14 bills including one that would exclude recipients of veterans' health care from the 2010 health care law's employer mandate." According to the Democratic Leader's Office, "The Democratic Previous Question would force a vote on key pillars of the Middle Class Jumpstart agenda, including the Paycheck Fairness Act, the Fair Minimum Wage Act, the Bank on Students Emergency Loan Refinancing Act, the Healthy Families Act, the Strong Start for America's Children Act, and the Bring Jobs Home Act." The previous question passed 226 to 195. [H.Res. 727, Vote #510, 9/18/14; CQ, 9/18/14; Democratic Leader's Offce Previous Questions, 9/17/14]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In July 2014, Perry voted for: "Nugent, R-Fla., motion to order the previous question (thus ending debate and the possibility of amendment) on



the rule (H Res 694) that would provide for House floor consideration of two measures, one (H Res 676) that would give authority to the speaker of the House to initiate litigation for actions by the president or other executive branch officials that are inconsistent with their duties under the Constitution and another (HR 935) that would change pesticide regulations." According to the Democratic Leader's Office, "The Democratic Previous Question would force the House to vote on the key components of the Middle Class Jumpstart Agenda: H.R. 851, The Bring Jobs Home Act, H.R. 377, The Paycheck Fairness Act, H.R. 1010, The Fair Minimum Wage Act and H.R. 4582, The Students' Emergency Loan Refinancing Act." The previous question passed 227 to 195. [H.Res. 694, Vote #465, 7/30/14; CQ, 7/30/14; Democratic Leader's Office Previous Questions, 7/30/14]

**2014: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2014, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 544) that would provide for House floor consideration of the fiscal 2015 budget resolution." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the Paycheck Fairness Act and bipartisan Senate UI extension." A vote against the previous question would have allowed the bill to be considered. The previous question passed, 219-190. [H Res 544, Vote #169, 4/8/14; CQ, 4/8/14]

**2013: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In May 2013, Perry voted for: a "motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 198) that would provide for House floor consideration of the bill that would allow private-sector employers to offer workers compensatory time off instead of overtime pay, at a rate of 1.5 hours per hour of overtime work." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the 'Paycheck Fairness Act' (H.R. 377) which bolsters the Equal Pay Act by closing loopholes and imposing effective penalties on employers who discriminate based on gender." A vote against the previous question would have allowed the bill to be considered. The previous question passed 230 to 198. [H Res 198, Vote #132, 5/7/13; CQ, 5/7/13; Congressional Record, 5/7/13]

**2013: Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2013, Perry voted for: "Foxx, R-N.C., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 146) that would provide for House floor consideration of the bill that would require the National Labor Relations Board to cease all activities that require a quorum of members until certain conditions are met." According to the Democratic Leader's office, "The Previous Question would amend the rule to allow for consideration of the Paycheck Fairness Act (H.R. 377), which strengthens the Equal Pay Act by closing loopholes and imposing effective penalties on employers who discriminate based on gender." A vote against the previous question would have allowed for consideration of the Paycheck Fairness Act. The previous question was approved 226-192.. [H Res 146, Vote #97, 4/11/13; CQ, 4/11/13]

---

### Women In Pennsylvania Made $.80 Cents For Every Dollar A Man Made

**Women In Pennsylvania Made $.80 Cents For Every Dollar A Man Made.** [National Women's Law Center, accessed 9/5/19]

## Sexual Harassment

### Perry Voted For Repealing A Rule Requiring Businesses To Disclose Harassment Violations When Bidding On Large Federal Contracts

**Perry Voted For Potentially Exposing Hundreds Of Thousands Of American Workers To Sexual Harassment By Repealing A Rule Requiring Businesses To Disclose Harassment Violations When Bidding On Large Federal Contracts.** In February 2017, Perry voted for: "Passage of the joint resolution that would nullify and disapprove of a Defense Department, General Services Administration and NASA rule that requires companies that bid for federal contracts of more than $500,000 to disclose whether they have been determined in



the previous three years to have violated certain federal labor laws and equivalent state laws." The resolution passed 236-187 and was signed into law on March 27, 2017. [H J Res 37, Vote #76, 2/2/17; CQ, 2/2/17]

**Politico: A Vote For The Resolution Was A Vote To Endanger "Hundreds Of Thousands Of American Workers" By Repealing Safeguards Against Sexual Harassment.** "Not long before a deluge of sexual harassment claims engulfed Capitol Hill, congressional Republicans and President Donald Trump quietly repealed safeguards to protect hundreds of thousands of American workers from such harassment. Their target was an August 2016 regulation issued by the Obama Labor Department that required businesses to disclose certain labor violations — including sexual harassment — whenever they bid on large federal contracts. The vote last year is especially relevant now that Congress, under immense public pressure, is weighing legislation to outlaw the very same secrecy agreements that it voted to keep legal less than a year ago." [Politico, 1/2/18]

**Politico: The Obama Era Regulation "Required Businesses To Disclose Certain Labor Violations — Including Sexual Harassment — Whenever They Bid On Large Federal Contracts."** "Their target was an August 2016 regulation issued by the Obama Labor Department that required businesses to disclose certain labor violations — including sexual harassment — whenever they bid on large federal contracts." [Politico, 1/2/18]

## Discrimination

### Perry Said That The Days Of Affirmative Action Had "Run Their Course"

**Perry Claimed He Was In Favor Of A "Level Playing Field" But That Days Where Affirmative Action Was Necessary Had "Run Their Course."** "His positions: On affirmative action, Perry said he's in favor of a 'level playing field' for everyone, and protected classes were needed historically. But he said he thinks those days have 'run their course.'" [York Dispatch, 6/19/13]

# FEMA & Disaster Relief Issues

### Significant Findings

✓ *Perry said it was reasonable to suggest FEMA pull out of Puerto Rico and said the hurricane relief mission had been a "success story."*

    ✓ *Perry said he agreed with a Trump tweet saying the Puerto Rican government was responsible for rebuilding after receiving aid from FEMA.*

    ✓ *Perry said that people in Puerto Rico were not dying.*

    ✓ *Perry said that his comments about Hurricane Maria were misconstrued.*

✓ *Perry voted against $17.4 billion in comprehensive disaster relief funding for disasters including hurricanes Florence and Michael, flooding, and wildfires.*

    ✓ *2017: Perry voted against $81 billion in supplemental disaster appropriations.*

✓ *Perry said he voted against Sandy relief because there was not a specific plan to spend the money.*

    ✓ *After hurricane sandy, Perry voted against increased FEMA funding to prepare for natural disasters.*

✓ *In the midst of disastrous wildfires in California, Perry voted for a bill that inadequately funded firefighting while repealing environmental protections and regulations on the logging industry.*

## Hurricane Maria

### Perry Said It Was Reasonable To Suggest FEMA Pull Out Of Puerto Rico, And Said The Hurricane Relief Mission Had Been A "Success Story"

**October 2017: Perry Said He Agreed With A Trump Tweet Saying The Puerto Rican Government Was Responsible For Rebuilding After Receiving Aid From FEMA**

**October 2017: Perry Said President Trump's Statement Suggesting Pulling FEMA And Military Aid Out Of Puerto Rico Was "Reasonable".** "CUOMO: The president just tweeted and he suggested in there that you can't keep FEMA and first responders in Puerto Rico forever. […] How do you explain that tweet? PERRY: […] I think the point the president is making is that FEMA has a finite mission and a finite amount of time to be there to get people back into power and get back into some kind of civilized living condition. But then, at some point, it's up to Puerto Rico to get themselves out of this circumstance and help their people. And I think that's reasonable." [CNN, CNN Newsroom, 10/12/17]

    **Perry Said That "Nobody Came To Help" Him When He Was A Flood Victim.** "CUOMO: "I've never seen [a crisis] as bad that involves Americans as I have seen in Puerto Rico. And while I may not be the person that's unloading and loading the boxes all the time, I've seen a hell of a lot of despair, congressman. PERRY: I've lived through it myself, a victim of flood on numerous occasions, had to clean it up. And I will tell you, nobody came to help us. We handled it ourselves." [CNN, CNN Newsroom, 10/12/17]



**October 2017: Perry Called The Hurricane Relief Mission In Puerto Rico A "Success Story," And Said That People In Puerto Rico Were Not Dying**

**October 2017: Perry Said The Relief Mission In Puerto Rico Was A "Success Story".** "CUOMO: You are saying it's a success story and they are in dire need. PERRY: It is a success story. You're not on the ground there. CUOMO: Where is the success? I was on the ground there, sir? Don't tell me what we know and what we don't know. We're there reporting every day. Where is the success? PERRY: Yes. You are reporting every day and we're also getting reports ever[y] day that people are getting food. They're getting water and their needs are being serviced, but it's been devastated, and these things don't happen overnight." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That CNN Reporter Chris Cuomo Was "Making Up" Extent Of Crisis In Puerto Rico.** "PERRY: You just can't make these claims and not put any metric to it? Who is without for how long? Who? How many people? Who are they? CUOMO: You have less than half the country that has what they need to – […] sustain life, fresh water, power, food, places to live. PERRY: Mr. Cuomo, you are simply making this stuff up. You're making it up." [CNN, CNN Newsroom, 10/12/17]

**Perry: "They're Not Starving In The Hill, Sir. They Are Not Starving."** "PERRY: What is enough? What is enough? Having the power on the next day? CUOMO: Having them not starving in the hills of Puerto Rico, sir. PERRY: They're not starving in the hill, sir. They are not starving. CUOMO: Not existing on the box lunch and a six-pack of water -- you are wrong." [CNN, CNN Newsroom, 10/12/17]

**October 2017: Perry Said That People Were Not Dying In Puerto Rico.** "PERRY: If half the country didn't have food or water, those people would be dying, and they are not." [CNN, CNN Newsroom, 10/12/17]

**Perry Said That His Comments About Hurricane Maria Were Misconstrued**

**Perry Said His Comments About Hurricane Maria Were Misconstrued.** "Perry, in response to questions about the protest, said his words are being misconstrued. 'I don't just empathize, I strongly sympathize, with the people of Puerto Rico and anyone suffering from this kind of devastation. The words I used in a recent interview are being perceived in a way beyond what I intended. I continue to stand with the people of Puerto Rico and am willing to do what we can to offer assistance.'" [Patriot News, 10/22/17]

**In 2018 Perry Participated In An Event For Displaced Puerto Ricans In Pennsylvania.** "The same month, Puerto Rico's governor ordered a review and recount of the death toll. In Pennsylvania, state agencies have been partnering with other groups to hold information fairs for people displaced from Puerto Rico. One of those events will take place from 2 p.m. to 5 p.m. Feb. 12 at Union Lutheran Church, 20 S. Penn Street in York. Perry will participate in Monday's event, according to organizer Lou Rivera." [York Daily Record, 2/10/18]

**A Local Organizer Claimed Latino Leaders Met With Perry And Had Accepted His Apology And Were Ready To "Move On."** "Rivera said he and other Latino leaders met with Perry after the CNN comments. 'He's apologized to us. We're going to move on,' Rivera said." [York Daily Record, 2/10/18]

## Disaster Relief

### 2019 Disaster Relief Funding

**Perry Voted Against $17.4 Billion In Comprehensive Disaster Relief Funding For Disasters Including Hurricanes Florence And Michael, Flooding, And Wildfires**

**Perry Voted Against $17.4 Billion In Comprehensive Disaster Relief Funding For Disasters Including Hurricanes Florence And Michael, Flooding, And Wildfires.** In May 2019, Perry voted againsthurricanes, wildfires, earthquakes, tornadoes, floods, and other natural disasters that occurred in 2017, 2018, and 2019. It



would provide $693 million in disaster nutrition and Medicaid assistance for individuals impacted by natural disasters in Puerto Rico, the Commonwealth of the Northern Mariana Islands, and American Samoa. It would extend the National Flood Insurance Program, which will expire on May 31, through September 30, 2019. It would also provide funds for areas impacted by natural disasters for economic development, training and employment services, and behavioral and social health services. The bill includes a total of $4.3 billion for Agriculture Department disaster-related activities, including $3 billion for crop, tree, bush, vine, and livestock losses from hurricanes, wildfires and other declared disasters that occurred in 2018 and 2019. The bill would provide $2.2 billion for a Housing and Urban Development Department community development block grant program, and $1.7 billion for Transportation Department programs and activities, including $1.65 billion for the cost of federal highway and bridge repairs. It would provide $1.5 billion to the Defense Department to repair military facilities damaged by hurricanes Florence and Michael, $2.8 billion to the Army Corps of Engineers for civil construction projects, and $2 billion the Army Corps for facility repairs. It would also state that military construction funds provided by the bill may only be used for purposes specified in the bill. As amended, the bill would authorize an additional $1.9 billion in funding for disaster response efforts, including $955 million for Armed Services construction and repair planning, $500 million for highway and road repairs, $310 million for the Farm Service Agency emergency watershed protection program, and $91.2 million for repairs to federal buildings and courthouses damaged as a result of Hurricane Florence." The bill passed by a vote of 257-150. [HR 2157, Vote #202, 5/10/19; CQ, 5/10/19]

## 2017 Supplemental Disaster Funding

**Perry Voted Against $81 Billion In Supplemental Disaster Appropriations.** In December 2017, Perry voted against: "Passage of the bill that would make further supplemental appropriations for fiscal 2018 for disaster assistance for Hurricanes Harvey, Irma, and Maria and wildfires that occurred in calendar year 2017. The bill would authorizes $81 billion in aid for ongoing response and recovery from 2017 hurricanes and wildfires, and would authorize Puerto Rico to use surplus toll credits to cover the local share of federal highway emergency relief. The bill would remove a cap on federal highway assistance to U.S. territories for fiscal 2018 and 2019." The bill passed 251 to 169. [HR 4667, Vote #709, 12/21/17; CQ, 12/21/17]

## 2017 Wildfires

**In The Midst Of Disastrous Wildfires In California, Perry Voted For A Bill That Inadequately Funded Firefighting While Repealing Environmental Protections And Regulations On The Logging Industry**

**Perry Voted For The Resilient Federal Forests Act Of 2017, Allowing President To Declare Wildfire Disasters And Fund FEMA Relief As Well As Expedite Timber Salvage After Fires.** In November 2017, Perry voted for: "Passage of the bill that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also exempt various forest management activities from filing environmental impact statements and would provide for expedited timber salvage operations and reforestation activities after catastrophic events. It would prohibit any court from issuing restraining orders or injunctions against salvage operations or reforestation activities undertaken in response to a large-scale catastrophic event." The bill passed 257-166. [HR 2936, Vote #598, 11/1/17; CQ, 11/1/17]

**National Parks Conservation Association: The Resilient Federal Forests Act Was "Extreme And… Puts Our Forests, Communities And Wildlife At Risk."** "NPCA, along with partners, submitted the following position to the House of Representatives ahead of an expected floor vote the week of October 30, 2017. On behalf of our millions of our members and supporters, we urge you to OPPOSE the Resilient Federal Forest Act of 2017 (H.R. 2936). This bill is extreme and unfortunately, instead of protecting and restoring our public forests, H.R. 2936 puts our forests, communities and wildlife at risk." [NCPA, 10/31/17]


**NCPA: Wildfire Suppression Funding In The RFFA Was "Completely Inadequate, Leaving Unaddressed The Largest Part Of The Problem: The Growing Impact Of Wildfire Suppression On The Forest Service's Annual Budget."** "The provisions offered in response to the wildfire funding crisis, even in this most recent version of the bill, are completely inadequate, leaving unaddressed the largest part of the problem: the growing impact of wildfire suppression on the Forest Service's annual budget." [NCPA, 10/31/17]

**Perry Did Not Vote On The Resilient Federal Forests Act Of 2017.** In November 2017, Perry did not vote on: "Adoption of the rule (H Res 595) that would provide for House floor consideration of the bill (HR 2936) that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also include various categorical exclusions from certain environmental reviews." The resolution was adopted 232-184. [HRes 595, Vote #593, 11/1/17; CQ, 11/1/17]

## 2017 Hurricanes

### Main Harvey Relief Bill

**2017: Perry Voted For $7.9 Billion In Emergency Supplemental Funding To Cover The Costs Of Responding To Hurricane Harvey.** In September 2017, Perry voted for: "Frelinghuysen, R-N.J., motion to suspend the rules and agree to the resolution that would provide for the House to concur in the Senate amendments to a bill (HR 601) that would codify practices and programs at the United States Agency for International Development related to U.S. education assistance abroad, with further amendment that would appropriate $7.9 billion in emergency supplemental funding for fiscal 2017 as an initial payment to cover the costs of responding to Hurricane Harvey. The total would include $7.4 billion for the Homeland Security Department's Disaster Relief Fund, which will be used by the Federal Emergency Management Agency to support ongoing hurricane response efforts. It would also include $450 million for the Small Business Administration's disaster loan program to assist small businesses and homeowners." The motion passed, 419-3. [HRes 502, Vote #441, 9/6/17; CQ, 9/6/17]

### Funding Tied To FAA Authorization

**Perry Voted For A Six Month Extension Of FAA Taxes Tied To Hurricane Relief And Flood Insurance Programs.** In September 2017, Perry voted for: "Passage of the bill that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs and would establish the basis for the development of a private flood insurance market. It would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria, and would allow the federal government to reimburse the governments of Puerto Rico and the U.S. Virgin Islands for any disaster tax relief that those islands provide their citizens." The bill passed by a vote of 264-155.  [HR 3823, Vote #542, 9/28/17; CQ, 9/28/17]

**Perry Voted Against Consideration Of Extending Expiring FAA Authorities, Establishing Development Of A Private Flood Insurance Market, And Modifying Tax Provisions For People Impacted By Hurricanes Harvey, Irma, And Maria.** In September 2017, Perry voted against: "Adoption of the rule (H Res 538) that would provide for House floor consideration of the bill (HR 3823) that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs, would establish the basis for the development of a private flood insurance market, and would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria. The rule would also provide for motions to suspend the rules on the legislative day of September 28, 2017." The rule was adopted by a vote of 223-190. [H RES 538, Vote #539, 9/27/17; CQ, 9/27/17]



**Perry Voted Against Requiring The Government Pay The U.S. Virgin Islands And Puerto Rico Amounts Equal To 400 Percent Of The Loss In Revenues From Hurricanes Harvey, Irma, And Maria.** In September 2017, Perry voted against: "Nadler, D-N.Y., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would require the secretary of the Treasury to pay to the U.S. Virgin Islands and Puerto Rico amounts equal to 400 percent of the loss in revenues from Hurricanes Harvey, Irma and Maria for the repair of infrastructure and the payment of health care costs on the islands. It would also modify corporate taxes and charitable contribution limitations in relation to disaster relief." The motion failed by a vote of 188-277.  [H R 3823, Vote #541, 9/28/17; CQ, 9/28/17]

## Hurricane Sandy

### Perry Said He Voted Against Sandy Relief Because There Was Not A Specific Plan To Spend The Money

**Perry Said He Voted Against Sandy Relief Because There Was Not A Specific Plan To Spend The Money.** "Perry was criticized by many, including writers of letters to the editor, when he voted against the bill to provide relief to the East Coast following Hurricane Sandy. He said that throwing the 'tens of millions of dollars' at the problem without a plan to 'quickly or effectively' respond to the disaster wasn't going to solve anything and that the money still has not gone toward providing relief for those who were truly affected by the hurricane." [York Daily Record, 10/16/14]

**Perry Claimed He Voted Against The Hurricane Sandy Relief Package Because The Bill Contained No Means For The Government To Pay For It, And No Reform For The National Flood Insurance Program.** "Rep. Scott Perry said he wasn't voting against caring when he opposed a bill to help those affected by Superstorm Sandy on Friday. Perry said he voted against the $9.7 billion package because the bill contained no means for the government to pay for it and no reform to the deeply indebted National Flood Insurance Program. 'The program is already $20 billion in debt,' Perry said. 'It's already insolvent and there's no cuts in federal spending in this that would pay for the $9.7 billion or make things solvent down the road.'" [Patriot News, 1/6/13]

**Perry On The Sandy Relief Bill: "The Program Is Already $20 Billion In Debt, It's Already Insolvent And There's No Cuts In Federal Spending In This That Would Pay For The $9.7 Billion Or Make Things Solvent Down The Road."** "Rep. Scott Perry said he wasn't voting against caring when he opposed a bill to help those affected by Superstorm Sandy on Friday. Perry said he voted against the $9.7 billion package because the bill contained no means for the government to pay for it and no reform to the deeply indebted National Flood Insurance Program. 'The program is already $20 billion in debt,' Perry said. 'It's already insolvent and there's no cuts in federal spending in this that would pay for the $9.7 billion or make things solvent down the road.'" [Patriot News, 1/6/13]

**Perry Claimed Sandy Aid Package "Doesn't Even Help The People."** "Newly seated Rep. Scott Perry, R-York County, was among 67 House Republicans who on Friday voted against a $9.7 billion plan to pay flood insurance claims for victims of Superstorm Sandy, saying the bill was 'political posturing' and 'doesn't even help the people.' The bill, which passed the House by a vote of 354-67 and with the support of most of the Republican caucus, gives the National Flood Insurance Program more borrowing authority so it can pay about 115,000 claims for people whose homes and businesses were hit by the storm, as well as about 5,000 unrelated claims." [York Dispatch, 1/4/13]

### 2013: Perry Voted Against Providing $51 Billion In Emergency Aid To Victims Of Hurricane Sandy

**2013: Perry Voted Against Providing $51 Billion In Emergency Aid To Victims Of Hurricane Sandy.** In January 2013, Perry voted against: "Passage of the bill that would provide about $50.5 billion for communities hit by Superstorm Sandy. Nearly all funding would be designated as emergency spending exempt from discretionary caps, except for $5.4 billion for the Federal Emergency Management Agency's Disaster Relief Fund. As amended,


the bill would include about $11.5 billion for FEMA's Disaster Relief Fund, $10.9 billion for transit systems, $16 billion for Department of Housing and Urban Development community development programs, $5.4 billion for the Army Corps of Engineers, $708 million for repairs to national parks, wildlife refuges and facilities, $234 million for Veterans Affairs medical activities and construction projects, $274 million for Coast Guard projects and $520 million for Small Business Administration disaster loans." The bill passed 241 to 180. [HR 152, Vote #23, 1/15/13; CQ; 1/15/13]

**2013: Perry Voted Against Providing $33.7 Billion In Long-Term Recovery Aid After Hurricane Sandy.** In 2013, Perry voted against: "Frelinghuysen, R-N.J., amendment that would add $33.7 billion for long-term recovery and mitigation spending to address damage from Superstorm Sandy. The total includes $12.2 billion for Department of Housing and Urban Development community development activities; $6.1 billion for Federal Emergency Management Agency's Disaster Relief Fund; $5.5 billion for transit support; $4 billion for Army Corps of Engineers projects; $700 million for social services programs; and $474 million for repairs to national parks, wildlife refuges and facilities. It also includes an additional $2 billion to repair federal-aid highways." The amendment passed 228 to 192. [HR 152, Vote #22, 1/15/13; CQ, 1/15/13]

**2013: Perry Voted Against Providing $9.7 Billion In Assistance To Victims Of Hurricane Sandy.** In January 2013, Perry voted against: the "Garrett, R-N.J., motion to suspend the rules and pass the bill that would temporarily increase the borrowing authority of the Federal Emergency Management Agency by $9.7 billion for carrying out the National Flood Insurance Program. The increased authority would expire Sept. 30, 2017." The bill passed, 354-67. [HR 41, Vote #7, 1/4/13; CQ, 1/4/13]

## General Disaster Relief Funding

### Oil Spills

**2015: Perry Voted Against An Amendment To Increase Funding For Inland Oil Spill Programs.** In July 2015, Perry voted against: an amendment to increase funding for inland oil spill programs. The Amendment would reduce funding for Bureau of Ocean Energy Management by $5,434,000 and to increase funding for Inland Oil Spill Programs by a similar amount. According to the amendment's sponsor, Rep. Lois Capps, "When it comes to oil spills, the damage gets worse by the minute, so ensuring that spill response teams are properly trained and prepared to respond quickly is essential to minimizing the impacts. This is precisely why the EPA has jurisdiction over the inland oil spill program. … Despite its scope and importance, this program has been seriously underfunded for years, and H.R. 2822 only makes things worse by funding this program at nearly 25 percent less than the President Requested. My amendment would simply increase funding for this program by 5.4 million, to match the President's requested amount of $23.4 million for fiscal year 2016." The amendment failed, 184 to 243. [HR 2822, Vote #394, 7/8/15; Bill Summary, Library of Congress, 7/8/15, House Congressional Record, Page H4741, 6/25/15]

### Hurricane Relief

**Perry Voted Against Making $36.5 Billion In Emergency Supplemental Funding For Fiscal 2018 To Partially Cover Costs Of Natural Disasters.** In October 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to suspend the rules and agree to the resolution (H Res 569) that would provide that upon agreeing to the resolution, the House will have been considered to have concurred in the Senate amendment to the bill (HR 2266) with a House amendment that would make available $36.5 billion in emergency supplemental funding for fiscal 2018 to partially cover the costs of responding to multiple natural disasters, including hurricanes and wildfires. The measure would include $18.7 billion for the Federal Emergency Management Agency's Disaster Relief Fund - $4.9 billion of which would be used for disaster relief loans to Puerto Rico and the U.S. Virgin Islands. It would also cancel $16 billion of the Treasury debt incurred by FEMA's National Flood Insurance Program, would release $1.2 billion in contingency reserves from the Supplemental Nutrition Assistance Program for use in Puerto Rico would provide $577 million in funding to fight wildfires." The motion was agreed to 353-69. [HRes 569, Vote #566, 10/12/17; CQ, 10/12/17]



## FEMA

### After Hurricane Sandy, Perry Voted Against Increased FEMA Funding To Prepare For Natural Disasters

**2013: Perry Voted Against Increasing FEMA Funding To Prepare For Natural Disasters.** In June 2013, Perry voted against: a "Murphy, D-Fla., motion to recommit the bill to the House Appropriations Committee and report it back immediately with an amendment that would increase by $25 million the total provided for Federal Emergency Management Agency activities including state and local programs, training, exercises and technical assistance; state, local, and tribal emergency response training; and a pre-disaster mitigation grant program. It also would reduce by a total of $10 million the amount provided for expenses for Homeland Security Department operations and the Office of the Under Secretary for Management." The amendment failed 196-226. [HR 2217, Vote #210, 6/6/13; CQ, 6/6/13]

## National Flood Insurance Program

### Perry Voted For Reauthorizing The National Flood Insurance Program Without Risk-Reduction Programs Or Flood-Risk Mapping

**Perry Voted For Reauthorizing The National Flood Insurance Program Without Risk-Reduction Programs Or Flood-Risk Mapping.** In November 2017, Perry voted for: "Passage of the bill, as amended, that would reauthorize the National Flood Insurance Program through fiscal 2022 and would make modifications to the program, including: raise annual surcharges and reserve fund assessments on federal flood insurance policyholders, raise rates on properties that incur multiple losses, establish an annual deductible for severe and extreme repetitive loss properties and end the requirement that flood insurance be purchased for commercial and multifamily properties located in flood risk zones. It would also require that flood insurance provided by private sector carriers be accepted by Federal Emergency Management Agency and considered as meeting the National Flood Insurance Program's mandatory flood insurance purchase requirements, and would allow private insurers and any other interested party to review FEMA information regarding its assessments of flood risk." The bill passed 237-189. [HR 2874, Vote #630, 11/14/17; CQ, 11/14/17]

> **HEADLINE: "U.S. House Of Representatives Misses Mark In Reducing Nation's Flood Risk.**
> "'Unfortunately, this bill falls short of significant improvements needed to bolster risk reduction and flood-risk mapping efforts under the National Flood Insurance Program,' Murdock said. 'The program has failed to achieve its intended goal of lessening our nation's flood risk. Congress needs to place more emphasis on reforms that mitigate risk and promote using the best-available science and technology in mapping processes. It is particularly important that reforms enable the restoration of functioning floodplains and disincentivize development in areas of high flood risk.'" [Nature Conservancy, 11/15/17]

> **Perry Voted Against Requiring FEMA To Certify That Claims From Hurricane Sandy Were Resolved Before The National Flood Insurance Program Is Reauthorized.** In November 2017, Perry voted against: "Pascrell, D-N.J., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from taking effect unless the Federal Emergency Management Agency certifies the resolution of all claims for losses resulting from Hurricane Sandy of 2012 that were covered under the National Flood Insurance Program." The motion was rejected 236-190. [HR 2874, Vote #629, 11/14/17; CQ, 11/14/17]

> **Perry Voted For Considering The National Defense Authorization Act Of 2018 And Reauthorizing The National Flood Insurance Program.** In November 2017, Perry voted for: "Adoption of the rule (H Res 616) that would provide for House floor consideration of the conference report to accompany the bill (HR 2810) that



would authorize $692.1 billion for defense programs in fiscal 2018. It would also provide for consideration of the bill (HR 2874) that would reauthorize the National Flood Insurance Program through fiscal 2022 and would modify several aspects of the program. The rule would require the House clerk to not transmit to the Senate a message that the House has adopted the conference report to accompany the Fiscal 2018 Defense Authorization (HR 2810) until the House receives a message from the Senate that the Senate has passed a bill (HR 4374), without amendment, that would authorize the Food and Drug Administration to expedite consideration of certain medical products at the Pentagon's request." The rule was adopted 233-187. [HRes 616, Vote #627, 11/14/17; CQ, 11/14/17]

## Financial Protections & Wall Street

### Significant Findings

✓ *Perry said the Federal Reserve should be audited.*

✓ *Perry received $349,645 in campaign contributions from finance, insurance, and real estate – over $100,000 from PACs alone.*

✓ *Perry voted 5 times to roll back Wall Street reform.*

✓ *Perry voted for limiting funding for Consumer Financial Protection Bureau.*

✓ *Perry voted for allowing certain lenders to forego mortgage escrow requirements.*

  ✓ *Perry voted for exempting home manufacturing companies from mortgage-related regulatory requirements and increasing threshold for "high cost mortgages."*

  ✓ *Perry voted for a bill that created an exception to rules meant to reduce risky, high-cost mortgages.*

## Federal Reserve

### Perry Said The Federal Reserve Should Be Audited

**Perry Said The Federal Reserve Should Be Audited.** "Perry went as far as to say he believes the Fed should be audited. He also said he believes recent rate hikes have been holding back a growing economy under President Trump." [Central Penn Business Journal, 8/10/18]

## Wall Street Reform

### Career: Perry Received $349,645 In Campaign Contributions From Finance, Insurance, And Real Estate – Over $100,000 From PACs Alone

**Career: Perry Received $ 349,645 In Campaign Contributions From Finance, Insurance & Real Estate Interests.** As of September 2019, Perry had disclosed $ 349,645 in contribution from the FIRE sector including $200,195 from individuals and $149,450 from PACS. [OpenSecrets.org, accessed 9/12/19]

**Career: Perry Received $149,450 In Campaign Contributions From Finance, Insurance & Real Estate Industry PACS.** [OpenSecrets.org, accessed 9/12/19]

**2019-2020: Perry Received $12,400 In Campaign Contributions From Finance, Insurance & Real Estate Interests.** As of September 2019, Perry had disclosed $12,400 in contribution from the FIRE sector including $7,400 from individuals and $5,000 from PACS. [OpenSecrets.org, accessed 9/12/19]

**2019-2020: Perry Received $5,000 In Campaign Contributions From Finance, Insurance & Real Estate Industry PACS.** [OpenSecrets.org, accessed 9/12/19]



**Perry Voted 5 Times To Roll Back Wall Street Reform**

**Perry Voted For A Bill That Would Raise The Minimum Asset Level At Which The More Stringent Bank Regulation Provisions Of The 2010 Financial Overhaul Applied From $50 To $250 Billion.** In May 2018, Perry voted for: "Passage of the bill that would apply the more stringent bank regulation provisions of the 2010 financial overhaul to banks with $250 billion in assets, instead of those with at least $50 billion in assets. It would also allow banks with less than $10 billion in assets to trade with depositors' money. The bill would lift the threshold for disclosure requirements to $10 million for employee-owned securities and would allow venture capital funds to have up to 250 investors and be exempt from certain registering requirements. It would provide consumers with the right to request a 'security freeze' on their credit reports, which would prohibit a consumer reporting agency from releasing information from the consumer's credit report without express authorization. It would define a 'qualified mortgage' as any residential mortgage loan held by a bank, removing the requirement that for a 'qualified mortgage,' a bank must determine that a mortgage recipient has the ability to repay." The bill was passed (thus cleared for the president) by a vote of 258-159. [S. 2155, Vote #216, 5/22/18; CQ, 5/22/18]

    **Critics Said The Bill Created Loopholes That Larger Banks Would Exploit.** "Rothfus made his claim after voting in favor of the Economic Growth, Regulatory Relief, and Consumer Protection Act, S. 2155, which supporters said will lessen the Dodd-Frank burden on community banking institutions — defined as those with less than $10 billion in assets — and which critics argue creates wiggle room and loopholes that larger banks will exploit. The rollback was signed into law by President Donald Trump on May 24." [PolitiFact, 5/31/18]

    **The Bill Contained Policies Which Would Roll Back Or Eliminate Key Parts From The Dodd-Frank Wall Street Reform And Consumer Protection Act.** "Late last year the Economic Growth, Regulatory Relief and Consumer Protection Act, which was sponsored by Banking Committee Chairman Mike Crapo, R-Idaho, with nearly 20 co-sponsors on both sides of the aisle, was introduced in the Committee on Banking, Housing and Urban Affairs […] The bill contains policies which would roll back or eliminate key parts from the Dodd-Frank Wall Street Reform and Consumer Protection Act." [Housing Wire, 3/6/18]

**2017: Perry Voted For The CHOICE Act To "Overhaul Financial Industry Regulations And Repeal Many Provisions Of The 2010 Dodd-Frank Law."** In June 2017, Perry voted for: "passage of the bill that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency funded by annual appropriations and would modify operations at the Federal Reserve and at the Securities and Exchange Commission. It would repeal the prohibition on banking entities engaging in proprietary trading and would modify regulations governing the amount of capital that banks are required to maintain. It would also nullify the Labor Department's April 2016 "fiduciary" rule regarding standards for individuals who provide retirement investment advice to act in the best interests of their clients." The bill passed 233-186. [HR 10, Vote #299, 6/8/17; CQ Floor Votes, 6/8/17]

    **HEADLINE: House passes Choice Act that would gut Dodd-Frank banking reforms** [CNBC, 6/8/17]

    **New York Times: CHOICE Act "To Erase A Number Of Core Financial Regulations," Including Limits On Risk Taking Enacted After The Financial Crash, And "Would Weaken The Powers Of The Consumer Financial Protection Bureau."** "The House approved legislation on Thursday to erase a number of core financial regulations put in place by the 2010 Dodd-Frank Act, as Republicans moved a step closer to delivering on their promises to eliminate rules that they claim have strangled small businesses and stagnated the economy. […] The Choice Act would exempt some financial institutions that meet capital and liquidity requirements from many of Dodd-Frank's restrictions that limit risk taking. It would also replace Dodd-Frank's method of dealing with large and failing financial institutions, known as the orderly liquidation authority — which critics say reinforces the idea that some banks are too big to fail — with a new bankruptcy code provision. In addition, the legislation would weaken the powers of the Consumer Financial Protection Bureau." [New York Times, 6/8/17]



**2017: Perry Voted For Consideration Of The CHOICE Act That Would Repeal Many Provisions Of The Dodd-Frank Law.** In June 2017, Perry voted for: "Adoption of the rule (H Res 375) that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency, modify operations at the Federal Reserve and at the Securities and Exchange Commission, modify regulations governing the amount of capital that banks are required to maintain, and repeal the prohibition on banking entities engaging in proprietary trading." The rule was adopted, 231-188. [H Res 375, Vote #291, 6/7/17; CQ, 6/7/17]

**2015: Perry Voted For Bill To Deregulate Wall Street.** In January 2015, Perry voted for: legislation that combined the text from eleven bills and would roll back or delay a number of regulations in the Dodd-Frank financial reform law. "The most serious attack of the bunch came in the form of a partial two-year delay of the Volcker Rule, which would ban banks from speculating in securities markets with taxpayer money. The bill would have allowed Citigroup and JPMorgan Chase to hold onto almost $50 billion in risky corporate debt packages known as collateralized loan obligations through 2019." The bill passed, 271 to 154. [HR 37, Vote #37, 1/14/15; Huffington Post, 1/10/14]

**2015: Perry Voted For Weakening Wall Street Reform And Roll Back Rules Limiting Risky Bank Investments.** In January 2015, Perry voted for: a bill "to relax some requirements under the 2010 Dodd-Frank financial regulatory law. The measure would delay until July 2019 a provision of the law's Volcker Rule intended to limit risky investments by banks, and make other changes." The vote failed to reach a 2/3 majority, 276 to 146. [HR 37, Vote #9, 1/7/15; Bloomberg, 1/7/15]

## Financial Protections

### Consumer Financial Protection Bureau

**Perry Voted For Limiting Funding For Consumer Financial Protection Bureau. Perry Voted For Limiting Funding For Consumer Financial Protection Bureau**

**Perry Voted For Limiting Funding For Consumer Financial Protection Bureau.** In April 2015, Perry voted for: a bill that limited funding for the CFPB. "Passage of the bill that would formally establish three advisory boards with which the Consumer Financial Protection Bureau (CFPB) that must consult on matters regarding small businesses, credit unions and community banks. The measure is offset by limiting funding for the CFPB in future years. As amended, the bill would encourage the CFPB to ensure the participation of veteran-owned small-business concerns as members of the Small Business Advisory Board." The bill passed 235-183. [HR 1195, Vote #167, 4/22/15; CQ News, 4/22/15]

**Perry Voted Against Prohibiting Individuals Or Companies Convicted Of Predatory Lending From Serving On CFPB Boards**

**Perry Voted Against Prohibiting Individuals Or Companies Convicted Of Predatory Lending From Serving On CFPB Boards.** In April 2015, Perry voted against: a motion that protected military bases and veterans from predatory lenders. The motion would "prohibit individuals from serving as members of the any of the advisory boards if within the last ten years they have been employed or acted as an agent of a company whose been subject to a state or federal enforcement action for predatory lending or fraud against veterans or service members." The motion was rejected, 184-234. [HR 1195, Vote #166, 4/22/15; CQ News, 4/22/15]

### Mortgage Regulation

**Perry Voted For Allowing Certain Lenders To Forego Mortgage Escrow Requirements**



**Perry Voted For Allowing Certain Lenders To Forego Mortgage Escrow Requirements.** In December 2017, Perry voted for: "Passage of the bill that would exempt lenders with assets of $10 billion or less from the 2010 financial regulatory overhaul requirement that such lenders establish escrow accounts for the first five years of so-called "high-priced" mortgage loans, if the lenders hold the loan on its own balance sheet for three years after the loan is made, and it would exempt companies that service up to 20,000 mortgage loans from current loan servicing and escrow account administration requirements." The bill passed 294 to 129. [HR 3971, Vote #675, 12/12/17; CQ, 12/12/17]

> **Maxine Waters: HR 3971 Could "Set The Stage" For Another Financial Crisis.** "A bill opponent, Rep. Maxine Waters, D-Calif., said dropping the regulations would 'set the stage for a return of the harmful practices of the subprime meltdown and the worst financial crisis since the Great Depression.'" [Concord Monitor, 12/17/17]

**Perry Voted For Exempting Home Manufacturing Companies From Mortgage-Related Regulatory Requirements And Increasing Threshold For "High Cost Mortgages**

**Perry Voted For Exempting Home Manufacturing Companies From Mortgage-Related Regulatory Requirements And Increasing Threshold For "High Cost Mortgages."** In December 2017, Perry voted for: "Passage of the bill that would change the definitions of 'mortgage originator' and 'loan originator' to exempt companies that manufacture homes and sell manufactured homes from various mortgage-related regulatory requirements. It would increase the maximum allowable rates and fees that may be applied to a manufactured home loan before the loan is classified as a high-cost mortgage." The bill passed 256 to 163. [HR 1699, Vote #651, 12/1/17; CQ, 12/1/17]

**Perry Voted For A Bill That Created An Exception To Rules Meant To Reduce Risky, High-Cost Mortgages**

**Perry Voted For A Bill That Created An Exception To Rules Meant To Reduce Risky, High-Cost Mortgages.** In February 2018, Perry voted for: "passage of the bill that would exclude insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the three percent cap on points and fees imposed on qualified mortgages by modifying the definition of 'points and fees.'" According to the Center for Responsible Lending, "the Mortgage Choice Act would allow many more risky, high-cost loans to qualify as Qualified Mortgage (QM) loans by creating exceptions to the points and fees threshold." The bill passed, 280-131. [H.R. 1153, Vote #64, 2/8/18; CQ, 2/8/18; Center for Responsible Lending, 11/13/17]



## Foreign Policy Issues

### Significant Findings

- ✓ *2019: Perry accused China of being in an "economic war" with the United States.*

- ✓ *2019: Perry supported military escalation with Iran.*

    - ✓ *Perry said that Iran hadn't seen a sign of strength from the U.S. for a "long time" and had been troubling us for 39 or 40 years.*

    - ✓ *Perry said that escalation with Iran wasn't "necessarily" a mistake.*

    - ✓ *Perry said that Trump could "turn the screws" on Iran without necessarily having "military involvement."*

- ✓ *2012: Perry said the U.S. should not "pick sides in the Syrian civil war."*

    - ✓ *In 2014, Perry said it was time for America to "get in the war" with the Islamic state.*

    - ✓ *Perry voted against withdrawing U.S. troops deployed against ISIS in Iraq.*

    - ✓ *Perry voted against authorizing funds to train and equip Syrian rebels.*

- ✓ *2014: Perry said that the U.S. should take $1 million a day from Mexico's aid funds until they released Bowe Bergdahl.*

- ✓ *2014: Perry said we needed to "get engaged" with Putin, mentioning both involvement in Crimea and Syria*

    - ✓ *Perry advocated for selling "Ukraine's surface to air, anti-aircraft defense artillery" to make Russia understand where our interests lie.*

- ✓ *Perry spoke positively about Trump's relationship with Kim Jong Un.*

    - ✓ *Perry compared foreign policy with North Korea to being a "used car."*

    - ✓ *Perry said that with this new relationship with North Korea, they could "give us a list" of their nuclear capabilities and we could find other things "that we don't know about."*

- ✓ *Perry said that the U.S. should defund the U.N.*

    - ✓ *Perry voted for defunding the United Nations Human Rights Council.*

### China

### Perry Accused China Of Being In An "Economic War" With The United States



**Perry Accused China Of Being In An "Economic War" With The United States.** "Well, I think that we're going to have to keep the pressure up. Unfortunately, China has been in my opinion in a war, an economic war with the United States for a couple of decades now at a minimum and we just simply can't let them continue." [Fox Business Network, Mornings With Maria, 5/23/19]

## Iran

### Perry Supported Military Escalation With Iran

**Perry Said That Iran Hadn't Seen A Sign Of Strength From The U.S. For A "Long Time" And Had Been Troubling Us For 39 Or 40 Years**

**Perry On Military Interaction With Iran: "Weakness Is Provocative And They Seen No Sign Of Strength From The United States For A Long Time And They're Testing The Limits Of This President."** "Well, I do think that the President doesn't want to go to war but as your other hosts say, the Iranians have been doing this to us for 39 or 40 years. Weakness is provocative and they seen no sign of strength from the United States for a long time and they're testing the limits of this president. They're trying to provide more space for good deal for them, provide some bargaining space, a place to come back to and that's why they escalation." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry On Military Interaction With Iran: "Well, I Do Think That The President Doesn't Want To Go To War But As Your Other Hosts Say, The Iranians Have Been Doing This To Us For 39 Or 40 Years."** "Well, I do think that the President doesn't want to go to war but as your other hosts say, the Iranians have been doing this to us for 39 or 40 years. Weakness is provocative and they seen no sign of strength from the United States for a long time and they're testing the limits of this president. They're trying to provide more space for good deal for them, provide some bargaining space, a place to come back to and that's why they escalation." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

### Perry Said That Escalation With Iran Wasn't "Necessarily" A Mistake

**Perry On Military Interaction With Iran: "Once They Escalate, They Can Drop Down. I Will Say That I Don't Necessarily Think It Was A Mistake But As I Guy Who Has Flown On The Iraq-Iran Border, There's No Line In The Desert. And The Iranians Will Fire At You If You Get Close."** "Once they escalate, they can drop down. I will say that I don't necessarily think it was a mistake but as I guy who has flown on the Iraq-Iran border, there's no line in the desert. And the Iranians will fire at you if you get close. We have absolute -- we lived through that." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry On Military Interaction With Iran: "They're Trying To Provide More Space For Good Deal For Them, Provide Some Bargaining Space, A Place To Come Back To And That's Why They Escalation."** "Well, I do think that the President doesn't want to go to war but as your other hosts say, the Iranians have been doing this to us for 39 or 40 years. Weakness is provocative and they seen no sign of strength from the United States for a long time and they're testing the limits of this president. They're trying to provide more space for good deal for them, provide some bargaining space, a place to come back to and that's why they escalation." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

### Perry Claimed There Was More Going On Behind The Scenes Involving The Trump Administration And Iran

**Perry On Military Interaction With Iran: "But I Think There's Probably More To The Story Here And The President Has Provided Some Space. There's Something Going Of On Behind The Scenes."** "But I think there's probably more to the story here and the President has provided some space. There's something going of on behind the scenes. And the other shoe is going to drop. It might be military but it really might not be. I think there is



a lot of levers that the President has to pull on individuals in Iran, on financial issues that really are going to be crippling. I think he can turn the screws down a lot more than he has already and it doesn't necessarily mean military involvement. That is the final push when you get to the military, but even at that, there are stages that we have to go through and so I think there's still a lot of room here to get to where we want to get to. The question is, are the Iranians really serious at all?" [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry Said That Trump Could "Turn The Screws" On Iran Without Necessarily Having "Military Involvement"**

**Perry On Military Interaction With Iran: "I Think He Can Turn The Screws Down A Lot More Than He Has Already And It Doesn't Necessarily Mean Military Involvement."** "But I think there's probably more to the story here and the President has provided some space. There's something going of on behind the scenes. And the other shoe is going to drop. It might be military but it really might not be. I think there is a lot of levers that the President has to pull on individuals in Iran, on financial issues that really are going to be crippling. I think he can turn the screws down a lot more than he has already and it doesn't necessarily mean military involvement. That is the final push when you get to the military, but even at that, there are stages that we have to go through and so I think there's still a lot of room here to get to where we want to get to. The question is, are the Iranians really serious at all?" [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

> **Perry On Military Interaction With Iran: "And The Other Shoe Is Going To Drop. It Might Be Military But It Really Might Not Be. I Think There Is A Lot Of Levers That The President Has To Pull On Individuals In Iran, On Financial Issues That Really Are Going To Be Crippling."** "But I think there's probably more to the story here and the President has provided some space. There's something going of on behind the scenes. And the other shoe is going to drop. It might be military but it really might not be. I think there is a lot of levers that the President has to pull on individuals in Iran, on financial issues that really are going to be crippling. I think he can turn the screws down a lot more than he has already and it doesn't necessarily mean military involvement. That is the final push when you get to the military, but even at that, there are stages that we have to go through and so I think there's still a lot of room here to get to where we want to get to. The question is, are the Iranians really serious at all?" [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry Questioned Whether Or Not Threats From Iran Were Serious To Begin With**

**Perry On Military Interaction With Iran: "The Question Is, Are The Iranians Really Serious At All?"** "But I think there's probably more to the story here and the President has provided some space. There's something going of on behind the scenes. And the other shoe is going to drop. It might be military but it really might not be. I think there is a lot of levers that the President has to pull on individuals in Iran, on financial issues that really are going to be crippling. I think he can turn the screws down a lot more than he has already and it doesn't necessarily mean military involvement. That is the final push when you get to the military, but even at that, there are stages that we have to go through and so I think there's still a lot of room here to get to where we want to get to. The question is, are the Iranians really serious at all?" [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry Said That India And China Would Feel The Pinch Of Iranian Oil Sanctions, Not Americans**

**Perry On Iran: "Places Like India, China, Other countries That Are Receiving Iranian Oil And They're The Ones That are Going To Feel The Pinch. It's Not America."** "And part of this equation is places like India, China, other countries that are receiving Iranian oil and they're the ones that are going to feel the pinch. It's not America." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry Said We Needed To Be Concerned With Our Allies Regarding Iran "Because Sometimes They're Not Quite The Friend That We Hoped They Would Be"**



**Perry On Military Interaction With Iran: "And So We've Got To Really Be Careful When Our Allies Are Involved Because Sometimes They're Not Quite The Friend That We Hoped They Would Be. It's Really Better When America Really Drives The Train And Sets The Conditions."** "And so we've got to really be careful when our allies are involved because sometimes they're not quite the friend that we hoped they would be. It's really better when America really drives the train and sets the conditions." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

> **Perry On Military Interaction With Iran: "As Long As We Do That, I Think Allies Can Be Involved But We Have To Lead. And In The Past, We Just Have Not Been There. I Said Weakness Is Provocative And Iran Is Testing This Administration To See If It's Like All The Rest That Has Talked Big And Delivered Little."** "As long as we do that, I think allies can be involved but we have to lead. And in the past, we just have not been there. I said weakness is provocative and Iran is testing this administration to see if it's like all the rest that has talked big and delivered little." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry Said That Barring Flights Over Iran Was A Measure To Turn "The Screws Down"**

**Perry On Barring Flights Over Iran: "Well, Again It's All About Turning The Screws Down On Iran And Isolating Them. And That's Just One More Measure."** "Well, again it's all about turning the screws down on Iran and isolating them. And that's just one more measure. They want to be part of the world and they want to be able to nefariously ship stuff in and out, whether it's you know, through the air or on the ground or over the sea. And again it's just one more hurdle that they have to go through and explain to their people that are suffering under the yoke of the theological totalitarian regime why their life has to be so miserable. It makes it tough for them to rule. And that's really the point here." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

> **Perry On Barring Flights Over Iran: "They Want To Be Part Of The World And They Want To Be Able To Nefariously Ship Stuff In And Out, Whether It's You Know, Through The Air Or On The Ground Or Over The Sea."** "Well, again it's all about turning the screws down on Iran and isolating them. And that's just one more measure. They want to be part of the world and they want to be able to nefariously ship stuff in and out, whether it's you know, through the air or on the ground or over the sea. And again it's just one more hurdle that they have to go through and explain to their people that are suffering under the yoke of the theological totalitarian regime why their life has to be so miserable. It makes it tough for them to rule. And that's really the point here." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

> **Perry On Barring Flights Over Iran: "And Again It's Just One More Hurdle That They Have To Go Through And Explain To Their People That Are Suffering Under The Yoke Of The Theological Totalitarian Regime Why Their Life Has To Be So Miserable. It Makes It Tough For Them To Rule. And That's Really The Point Here."** "Well, again it's all about turning the screws down on Iran and isolating them. And that's just one more measure. They want to be part of the world and they want to be able to nefariously ship stuff in and out, whether it's you know, through the air or on the ground or over the sea. And again it's just one more hurdle that they have to go through and explain to their people that are suffering under the yoke of the theological totalitarian regime why their life has to be so miserable. It makes it tough for them to rule. And that's really the point here." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]

**Perry On Military Interaction With Iran: "Change How You Act And All This Will End"**

**Perry On Military Interaction With Iran: "Change How You Act And All This Will End. You Keep On Being Bellicose And Threatening Your Neighbors And Killing Our Allies And Friends, Then You're Going To Have To Suffer This."** "Change how you act and all this will end. You keep on being bellicose and threatening your neighbors and killing our allies and friends, then you're going to have to suffer this." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 6/22/19]


**Perry On Iran: "So The Actionable Intelligence Tells Us That We Have To Be Prepared And We Had To Send A Message To Iran, Do Not Try This With America Under This President Because There Are Going To Be -- There Are Going To Be Very Dire Consequences."** "Well, Henry will tell you as well, we all got a briefing on the malign actions of Iran and the actionable, credible intelligence, multi- sourced intelligence that we have. And let's remember this -- Maria, the United States is responding to Iran's malign activities and they've been involved in malign activities against the United States in particular, the west in general, for decades, back to the Marine Corps barracks bombing, Hezbollah, Hamas and their proxies in Yemen, et cetera. So the actionable intelligence tells us that we have to be prepared and we had to send a message to Iran, do not try this with America under this president because there are going to be -- there are going to be very dire consequences. And so that's what this is about. Again, it's the United States responding. The United States always has military contingency plans, continually updated for just this type of event. And so there should be really no surprise about any of this." [Fox Business Network, "Mornings With Maria" Rep. Scott Perry Interview. 5/23/19]

**Perry Said That The U.S. Needed To "Send A Message To Iran" Because Under Trump "There Are Going To Be Very Dire Consequences"**

**Perry On Iran: "We Had To Send A Message To Iran, Do Not Try This With America Under This President Because There Are Going To Be -- There Are Going To Be Very Dire Consequences. And So That's What This Is About."** "Well, Henry will tell you as well, we all got a briefing on the malign actions of Iran and the actionable, credible intelligence, multi- sourced intelligence that we have. And let's remember this -- Maria, the United States is responding to Iran's malign activities and they've been involved in malign activities against the United States in particular, the west in general, for decades, back to the Marine Corps barracks bombing, Hezbollah, Hamas and their proxies in Yemen, et cetera. So the actionable intelligence tells us that we have to be prepared and we had to send a message to Iran, do not try this with America under this president because there are going to be -- there are going to be very dire consequences. And so that's what this is about." [Fox Business Network, Mornings with Maria, 5/23/19]

## Perry Voted For A Bill Requiring The Department Of The Treasury To Report All Assets Under The Control Of High-Ranking Iranian Officials

**2017: Perry Voted For A Bill Requiring The Department Of The Treasury To Report All Assets Under The Control Of High-Ranking Iranian Officials.** In December 2017, Perry voted for: "Passage of the bill that would require the Department of the Treasury to report to Congress on assets held in U.S. and foreign financial institutions that are under direct or indirect control certain high ranking Iranian officials, and how sanctions may be used to prevent the funds from being used to contribute to the development of ballistic missile technology by Iran. The bill requires that such a report be submitted to congress within 270 days of enactment, and that it be updated by the Department annually for at least two years thereafter." The bill passed 289 to 135. [HR 1638, Vote #680, 12/13/17; CQ, 12/13/17]

**Rep. Denny Heck (D-Wash): HR 1638 Would Divert Resources From Terrorism Investigations.** "A bill opponent, Rep. Denny Heck, D-Wash., said the time and effort used by Treasury employees to track down the leaders' assets would take resources away from investigations into terrorist financing and money laundering." [Concord Monitor, 12/17/17]

## Perry Voted Against Expressing Approval Of The Iran Nuclear Deal

**2015: Perry Voted Against A Measure Expressing Congressional Approval Of The Iran Nuclear Deal.** In September 2015, Perry voted against: "a measure expressing congressional approval of the Iran nuclear agreement Friday, placing a majority of the chamber on the record against the accord. The measure … states simply that Congress favors the pact. The bill was likely to fail on the House floor, but in so doing put Democrats on the record in support of the deal." The motion failed 169 to 269. [H.R. 3461, Vote #493, 9/11/15; CQ, 9/14/15]



## Syria & ISIS

### Perry Said The U.S. Should Not "Pick Sides In The Syrian Civil War"

**2012: Perry Said The U.S. Should Not "Pick Sides In The Syrian Civil War."** "Perry said that Concerning the United States' involvement in world issues, Perry said the U.S. should not pick sides in the Syrian civil war. He also said the United States should get involved in issues affecting allies, including Israel, which opposes Iran's development of a nuclear weapons program." [York Dispatch, 9/20/12]

### In 2014, Perry Said It Was Time For America To "Get In The War" With The Islamic State

**2014: Perry Advocated That It Was Time For The American Military To "Get In The War."** "Well, the president might not recognize it as such, but I would say the Islamic State and these kind of insurgents worldwide have declared war on the United States some time ago, and as we would say in the army to the president, it`s time to get in the war." [Fox News, 9/2/14]

### Perry Voted Against Withdrawing U.S. Troops Deployed Against ISIS In Iraq

**2015: Perry Voted Against Withdrawing U.S. Troops Deployed Against ISIS.** In June 2015, Perry voted against: "Adoption of the concurrent resolution (H Con Res 55) that would direct the president to withdraw U.S. forces deployed to Iraq in support of operations against the Islamic State in Syria and Iraq, other than armed forces required to protect U.S. diplomatic facilities and personnel within 30 days of enactment." The concurrent resolution failed 139 to 288. [H Con Res 55, Vote #370, 6/17/15; CQ, 6/17/15]

### Perry Voted For Limiting Funds For Military Action Against ISIS Without Congressional Authorization Of War

**2015: Perry Voted For An Amendment To Limit Funds For Military Action Against ISIS Without Congressional Authorization Of War.** In June 2015, Perry voted for: an amendment that would have "halted funding for the war against the Islamic State in Iraq and Syria, or ISIS, after March 31, 2016, unless Congress passes an Authorization for the Use of Military Force. The amendment, an effort to spur a war authorization debate and vote in Congress, would have given lawmakers nine months to produce an AUMF before funds get cut off." The amendment failed 196-231. [H.R. 2685, Vote #346, 6/11/15; Huffington Post, 6/11/15]

### Perry Voted For Eliminating $600 Million In Funding For Syria Train And Equip Fund

**Perry Voted For Amendment That Eliminates $600 Million In Funding For Syria Train And Equip Fund.** In June 2015, Perry voted for an amendment that would "eliminate the $600 million appropriated for the Syria Train and Equip Fund and transfer the savings to the spending reduction account." The amendment failed, 107-323. [H.R. 2685, Vote #343, 6/10/15; CQ Floor Votes, 6/10/15]

### Perry Voted Against Authorizing Funds To Train And Equip Syrian Rebels

**2014: Perry Voted Against Authorizing Funds To Train And Equip Syrian Rebels.** In September 2014, Perry voted against: a "McKeon, R-Calif., amendment that would authorize the Defense Department, in coordination with the State Department, to train and equip appropriately vetted Syrian rebels to defend the Syrian people from attacks by the Islamic State terrorist group and to secure territory controlled by the Syrian opposition. It bars the administration from using the amendment to justify sending the armed forces into hostile situations and requires the president to report to Congress under the War Powers Resolution on the use of U.S armed forces abroad. The



authority for training and equipping Syrian rebels would expire Dec. 11, 2014, or earlier if a defense authorization is enacted." The amendment passed 273 to 156. [HJ Res 124, Vote #507, 9/17/14; CQ, 9/17/14]

## Mexico

**Perry Said That The US Should Take $1 Million A Day From Mexico's Aid Funds Until They Released Bowe Bergdahl**

**Perry Said That The US Should Take $1 Million A Day From Mexico's Aid Funds Until They Released Bowe Bergdahl.** "The problem is, is that it`s really not the position of the House of Representatives proper to do that. It`s more the position of the Senate. To me, the Senate should take a CODEL, request an audience with the president of Mexico and demand his release and say, if he`s not released, we`re taking a million dollars for every day that he remains in prison or that he has been in prison. But the House of Representatives is going to continue to write letters, both to the Mexican government and to president, myself included, demanding, demanding action for this soldier who has -- is decorated, who has served with distinction, as opposed to others, where we move heaven and earth and release terrorists in their favor." [Fox News, 7/10/14]

## North Korea

**Perry Spoke Positively About Trump's Relationship With Kim Jong Un**

**Perry Said That At The Beginning Of The Trump Administration We Were On "A War Footing With North Korea"**

**Perry On North Korea: "Well, It's All About Context, I Think. You Know, At The Beginning Of This Administration, We Were, I Think, Arguably On A War Footing With North Korea, They Were Doing Nuclear Testing, Ballistic Missile Testing, Threatening Guam, Japan, And The World. And Now, They're Not."** "Well, it's all about context, I think. You know, at the beginning of this administration, we were, I think, arguably on a war footing with North Korea, they were doing nuclear testing, ballistic missile testing, threatening Guam, Japan, and the world. And now, they're not. So, while people might have said, well, we wish you would have gotten more, remember, this is the second meeting, this is the beginning of this long journey with a dictator and a country where we've been dealing with, their bellicose actions and not being very effective for over 60 years." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That People May Have Wanted More, But This Is The Beginning Of This Long Journey With A Dictator And A Country Where We've Been Dealing With, Their Bellicose Actions" For Over 60 Years**

**Perry On North Korea: "So, While People Might Have Said, Well, We Wish You Would Have Gotten More, Remember, This Is The Second Meeting, This Is The Beginning Of This Long Journey With A Dictator And A Country Where We've Been Dealing With, Their Bellicose Actions And Not Being Very Effective For Over 60 Years."** "Well, it's all about context, I think. You know, at the beginning of this administration, we were, I think, arguably on a war footing with North Korea, they were doing nuclear testing, ballistic missile testing, threatening Guam, Japan, and the world. And now, they're not. So, while people might have said, well, we wish you would have gotten more, remember, this is the second meeting, this is the beginning of this long journey with a dictator and a country where we've been dealing with, their bellicose actions and not being very effective for over 60 years." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That Having Trump Meet With Kim Jong Un Was The "Most Important Part Of This"**

**Perry On North Korea: "And While We Can Send Diplomats, Apparently, You Know, Having The President Meet At The Top With The Chief Negotiator Is The Most Important Part Of This."** "So, everything



else has been tried by Democrat, Republican, and diplomat along the line, and achieve no results. We're at least talking and they're not saber-rattling. So, I think this is all --this is all good progress, it's all also in the context of their culture, where trust and relationships are as important as anything. And while we can send diplomats, apparently, you know, having the President meet at the top with the chief negotiator is the most important part of this. We as Americans don't like to see our President meet with dictators and desperate (ph), and people that we think should be tried for war crimes. But the issue here is that talking is much better than fighting, better than sending our boys and girls to war." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That Americans "Don't Like To See Our President Meet With Dictators" And People "Who Should Be Tried For War Crimes," But That Talking Is Much Better Than Fighting**

**Perry On North Korea: "We As Americans Don't Like To See Our President Meet With Dictators And Desperate (Ph), And People That We Think Should Be Tried For War Crimes. But The Issue Here Is That Talking Is Much Better Than Fighting, Better Than Sending Our Boys And Girls To War."** "So, everything else has been tried by Democrat, Republican, and diplomat along the line, and achieve no results. We're at least talking and they're not saber-rattling. So, I think this is all --this is all good progress, it's all also in the context of their culture, where trust and relationships are as important as anything. And while we can send diplomats, apparently, you know, having the President meet at the top with the chief negotiator is the most important part of this. We as Americans don't like to see our President meet with dictators and desperate (ph), and people that we think should be tried for war crimes. But the issue here is that talking is much better than fighting, better than sending our boys and girls to war." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry On North Korea: "And So, While We Find That The Talks Uncomfortable Because Of Who Chairman Kim Is And What He Does With His People, It's Preferable To The Alternative."** "And so, while we find that the talks uncomfortable because of who Chairman Kim is and what he does with his people, it's preferable to the alternative. So, all in all, I think this is a plus, the President didn't give up anything, the sanctions are still there. We know that they have much more nuclear capacity than they're talking about, and the President stood firm. Anybody that's ever bought a used car or a house knows that sometimes you have to be willing to walk away to get a good deal. That's what the President did." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Compared Foreign Policy With North Korea To Being A "Used Car"**

**Perry Compared Foreign Policy With North Korea To Being A "Used Car."** "And so, while we find that the talks uncomfortable because of who Chairman Kim is and what he does with his people, it's preferable to the alternative. So, all in all, I think this is a plus, the President didn't give up anything, the sanctions are still there. We know that they have much more nuclear capacity than they're talking about, and the President stood firm. Anybody that's ever bought a used car or a house knows that sometimes you have to be willing to walk away to get a good deal. That's what the President did." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry On North Korea Negotiations: "Anybody That's Ever Bought A Used Car Or A House Knows That Sometimes You Have To Be Willing To Walk Away To Get A Good Deal. That's What The President Did."** "And so, while we find that the talks uncomfortable because of who Chairman Kim is and what he does with his people, it's preferable to the alternative. So, all in all, I think this is a plus, the President didn't give up anything, the sanctions are still there. We know that they have much more nuclear capacity than they're talking about, and the President stood firm. Anybody that's ever bought a used car or a house knows that sometimes you have to be willing to walk away to get a good deal. That's what the President did." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]



**Perry Said That We Would Maintain "Maximum Pressure" On North Korea**

**Perry On North Korea: "Oh, I Think There's Every Indication We Will Maintain Maximum Pressure On North Korea From The Sanction's Regime."** "Oh, I think there's every indication we will maintain maximum pressure on North Korea from the sanction's regime. And I think what's added is that I'm sure there was a discussion about the cheating, China, Russia, not really helping the United States or the world community in this, and cheating right alongside North Korea. And so, it provides this administration and this President an opportunity vis-a-vis Russia and China to continue the pressure, and to continue with their punishment for refusal to help the world denuclearize the Korean Peninsula." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That China And Russia Were "Cheating Right Alongside North Korea"**

**Perry On North Korea: "And I Think What's Added Is That I'm Sure There Was A Discussion About The Cheating, China, Russia, Not Really Helping The United States Or The World Community In This, And Cheating Right Alongside North Korea."** "Oh, I think there's every indication we will maintain maximum pressure on North Korea from the sanction's regime. And I think what's added is that I'm sure there was a discussion about the cheating, China, Russia, not really helping the United States or the world community in this, and cheating right alongside North Korea. And so, it provides this administration and this President an opportunity vis-a-vis Russia and China to continue the pressure, and to continue with their punishment for refusal to help the world denuclearize the Korean Peninsula." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry On North Korea: "And So, It Provides This Administration And This President An Opportunity Vis-A-Vis Russia And China To Continue The Pressure, And To Continue With Their Punishment For Refusal To Help The World Denuclearize The Korean Peninsula."** "Oh, I think there's every indication we will maintain maximum pressure on North Korea from the sanction's regime. And I think what's added is that I'm sure there was a discussion about the cheating, China, Russia, not really helping the United States or the world community in this, and cheating right alongside North Korea. And so, it provides this administration and this President an opportunity vis-a-vis Russia and China to continue the pressure, and to continue with their punishment for refusal to help the world denuclearize the Korean Peninsula." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That With This New Relationship With North Korea, They Could "Give Us A List" Of Their Nuclear Capabilities And We Could Find Other Things "That We Don't Know About"**

**Perry On North Korean Nuclear Weapons: "Well, That's The Point. I Mean, We Think We Know About Them But If They Give Us A List, You Might Find Other Things That We Don't Know About."** "Well, that's the point. I mean, we think we know about them but if they give us a list, you might find other things that we don't know about. The point is how do you verify denuclearization, unless two things, you know where they have, the stuff, and you're there to check it out personally and make sure that it's been removed. So, we got -- you know, we got to start out with a common framework of these are the -- these are the sites that we're interested. These are the materials we're interested in. And then, this is the disposition. You have to have the common operating picture. And the only ones that can really truly verify that are the North Koreans." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

**Perry Said That With This New Relationship With North Korea, We Can "Check Out" Their Nuclear Arsenal "Personally" And Make Sure They Are "Removed"**

**Perry On North Korean Nuclear Weapons: "The Point Is How Do You Verify Denuclearization, Unless Two Things, You Know Where They Have, The Stuff, And You're There To Check It Out Personally And Make Sure That It's Been Removed."** "Well, that's the point. I mean, we think we know about them but if they give us



a list, you might find other things that we don't know about. The point is how do you verify denuclearization, unless two things, you know where they have, the stuff, and you're there to check it out personally and make sure that it's been removed. So, we got -- you know, we got to start out with a common framework of these are the -- these are the sites that we're interested. These are the materials we're interested in. And then, this is the disposition. You have to have the common operating picture. And the only ones that can really truly verify that are the North Koreans." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

## Iraq

### 2014: Perry Claimed There Were More Terrorists Planning Attacks On America From Iraq

**Perry On Iraq In 2014: "Now We Got More Of These Of These Crazy Jihadists Looking To Attack American Interests Abroad, And It's Already Documented These Folks In Iraq Want To And Have Already Been Working On Attacking America."** "Securing the peace is important to -- to validate and to honor the sacrifices that were made to get there. Walking away -- I mean, I`m sure we all are war-fatigued, but now what do we have? Now we have got more insurgents. Now we got more of these of these crazy jihadists looking to attack American interests abroad, and it`s already documented these folks in Iraq want to and have already been working on attacking America. So now we have to deal with that anyhow." [Fox News Network, 6/13/14]

### 2014: Perry Said It Was "Too Convenient To Walk Away" From Iraq

**Perry On Iraq In 2014: "I Think It's All Too Convenient To Walk Away From It. I Don't Fault The Administration Completely."** "I think we should have been able to work towards a BSA. I think it`s all too convenient to walk away from it. I don`t fault the administration completely. I think Maliki has some part in that. But somebody has to be the adult in the room." [Fox News Network, 6/13/14]

## Venezuela

### Perry Did Not Think It Was The Time For Military Intervention In Venezuela, But Thought It Was "Part Of Diplomacy" To Have The Threat Of Action On The Table

**Perry On Military Intervention In Venezuela: "While Intervention In Venezuela From A Military Standpoint, [...] Personally I Don't Think We're There Yet. You Always Have To Have The Threat So-To-Speak Of Military Action. That's A Part Of Diplomacy."** "Yes, yes. And Pennsylvania's been happy to be about 80 percent of that new market, at least in natural gas. And while intervention in Venezuela from a military standpoint, and coming from a guy who's been privileged to wear the uniform for a number of decades, personally I don't think we're there yet. You always have to have the threat so-to-speak of military action. That's a part of diplomacy." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

### Perry Said The U.S. Needed To Show Putin That We're Going To Set Up Shop On Your Back Doorstep Unless You Get The Heck Out Of Venezuela And Quit Propping Up This Maduro Regime"

**Perry On Russian Influence In Venezuela: "Putin Has His Goons In There. We Have To Let Putin Know. You've Got To Get Your Goons Out Of There, Quit Protecting This Guy Or You're Going To Have The United States Of America On Your Backdoor -- Your Backdoor Step. [...] We're Going To Set Up Shop On Your Back Doorstep Unless You Get The Heck Out Of Venezuela And Quit Propping Up This Maduro Regime."** "They came into Venezuela quietly. They're propping up the Maduro government there. They're protecting him, literally, physically. Putin has his goons in there. We have to let Putin know. You've got to get your goons out of there, quit protecting this guy or you're going to have the United States of America on your backdoor -- your backdoor step. We're going to be in Poland. We're going to be in the Baltic States. We're going to be in the

 **DCCC**

Balkans. We're going to be in Ukraine. Air Defense, artillery, missile systems, long and short-range missile systems. We're going to be there with armor brigades. We're going to set up shop on your back doorstep unless you get the heck out of Venezuela and quit propping up this Maduro regime." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

## Russia

### 2014: Perry Said We Needed To "Get Engaged" With Putin, Mentioning Both Involvement In Crimea And Syria

**Perry Said We Had To "Get Engaged" With Putin, Mentioning Both Involvement In Crimea And Syria.** "Well at this point I think we need to be willing to discuss entertaining anything. Right now we are not in the driver's seat whatsoever. Vladimir Putin is and he's running the table whether it's in the Crimea or whether it's in Syria. So America has to get engaged. And - and just hoping that they won't get out of what the president describes as some 19th century operation of invading with boots on the ground, this is real politic. And whether we like it or not, whether we think it's the way things should be done in the modern era, right now Russia is in ownership of Crimea. America has to realize that this is the reality regardless of some altered standard of reality that the president feels should be present. This is the way it is, so we need to get engaged on that level." [Bloomberg TV, 3/13/14]

**Perry On Russia In 2014: "The First Thing, I Think, For The United States To Do Is To Understand Our Relationship With Russia -- They Are A Strategic Adversary. We Trade With Them, But They Are An Adversary."** "The first thing, I think, for the United States to do is to understand our relationship with Russia -- they are a strategic adversary. We trade with them, but they are an adversary. And also, to understand the longstanding relationship between Russia and Ukraine which goes back to hostilities that began in the 30s, if not, before that." [Fox News Network, 6/13/14]

### Perry Advocated For Selling "Ukraine's Surface To Air, Anti-Aircraft Defense Artillery" To Make Russia Understand Where Our Interests Lie

**Perry On Russia In 2014: "And I Think A Number Of Issues Can Be Taken By United States, Like, Selling Ukraine's Surface To Air, Anti-Aircraft Defense Artillery To Make Sure That Russia Understands Where The United States' Interests Lies And Who We Decide Our Ally Is And It Should Be Decidedly Ukraine In This Instance."** "And Russia, really, in my opinion, doesn't owe any claim to that land and shouldn't be defending it. And I think a number of issues can be taken by United States, like, selling Ukraine's surface to air, anti-aircraft defense artillery to make sure that Russia understands where the United States' interests lies and who we decide our ally is and it should be decidedly Ukraine in this instance. And I think those small steps will make a big difference on Russia's calculation on what they do vis-a-vis Ukraine." [Fox News Network, 6/13/14]

## Global War On Terror

### 2017: Perry Voted For Blocking Consideration Of A Repeal Of The 2001 Authorization For Use Of Force

**2017: Perry Voted For Blocking Consideration Of A Repeal Of The 2001 Authorization For Use Of Force.** In July 2017, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 478) that would provide for further House floor consideration of the bill making certain appropriations for fiscal 2018 (HR 3219), would provide for consideration of amendments to the Defense division of the bill, and would provide for consideration of motions to suspend the rules through July 28, 2017." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to make in order Rep. Barbara Lee's amendment repealing the 2001 authorization for use of military force." The motion was agreed to by a vote of 233-185. [H RES 478, Vote #426, 7/27/17; CQ, 7/27/17]



---

**2015: Perry Voted Against Repealing The 2001 Authorization For Use Of Military Force (AUMF)**

**2015: Perry Voted Against Repealing The 2001 Authorization For Use Of Military Force (AUMF).** In June 2015, Perry voted against: a "Lee, D-Calif., amendment that would prohibit use of funds pursuant to the 2001 Authorization for Use of Military Force after Dec. 31, 2015." The amendment failed 157 to 270. [HR 2685, Vote #347, 6/11/15; CQ, 6/11/15]

> **The Trump Administration, Like The Obama Administration, Used AUMF To Justify Military Operations Against ISIS.** "The 2001 war authorization is currently being used as a legal justification for the ongoing war against the Islamic State, and there's a growing coalition of lawmakers who think the president needs a new war authorization for military operations against ISIS." […] "The White House has yet to weigh in directly on the issue, but like the Obama administration, the Trump administration says it has the legal authority to conduct its ISIS campaign even without congressional approval." [Huffington Post, 5/18/16; CNN, 3/29/17]

## Israel

**Perry Voted For Opposing Obama's Decision To Abstain On A United Nation's Vote Condemning Israeli Settlements**

**2017: Perry Voted For Expressing The House's Opposition To A U.N. Security Council Resolution Criticizing Expansion Of Israeli Settlements In Unoccupied Areas.** In January, 2017, Perry voted for: "adoption of the resolution that would express the House's opposition to a U.N. Security Council resolution that criticized continued expansion of Israeli settlements in occupied areas" on the grounds that the U.N. Security Council Resolution was an obstacle to Israel-Palestinian peace. A yes vote was a vote to block criticism of the resolution. The resolution was adopted by a vote of 342-80. [H.Res 11, Vote #11, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/5/17]

## United Nations

**Perry Said That The U.S. Should Defund The U.N.**

**Perry Said On Gaffney's Show That The U.S. Should Defund The U.N.** "So, you know, we took action to condemn the administration for its failure to veto that and I think you are going to see more—I think you are going to see a bill shortly, and a companion in the House, to defund the 22% of the United Nations that American taxpayers pay for, until such time as that resolution is rescinded, and I am going to be a full supporter of that. And I think you are going to see more of those types of things." [Center For Security Policy, 1/13/17]

**Perry Voted For Defunding The United Nations Human Rights Council**

**Perry Voted For Defunding The United Nations Human Rights Council, The United Nations Office Of The United Nations High Commissioner For Human Rights, And The United Nations Relief And Works Agency.** In September 2017, Perry voted for: "Yoho, Fla., for Ros-Lehtinen, R-Fla., amendment that would prohibit funds from being used to make contributions to the United Nations Human Rights Council, the United Nations Office of the United Nations High Commissioner for Human Rights, and the United Nations Relief and Works Agency." The amendment was rejected by a vote of 199-212. [H R 3354, Vote #470, 9/7/17; CQ, 9/7/17]

## Gun Issues

**Significant Findings**

✓ *As a state legislator, Perry introduced the initial "Stand Your Ground" bill in Pennsylvania.*

> ✓ *Perry said he wouldn't have been able to pass his stand your ground law in PA after Trayvon Martin's murder.*

> ✓ *The governor of Pennsylvania said Perry's bill would encourage a "shoot first, ask questions later" mentality.*

✓ *Perry co-sponsored silencer de-regulation legislation.*

✓ *Perry claimed that the 2nd Amendment existed so people could "rise up against a government that becomes too powerful."*

✓ *Perry claimed there were more pressing issues for the government to deal with than gun control.*

✓ *Perry claimed an assault rifle ban had "no measurable effect on gun violence."*

✓ *Perry spoke on school shootings saying everyone "expects for our children to go to school and come back in the same condition that – that they left."*

✓ *Perry is in the pocket of the NRA.*

> ✓ *Perry has a consistent A rating from the NRA.*

> ✓ *Over his career, the NRA has given Perry over $11,000.*

> ✓ *Perry was cozy with the CEO of the NRA.*

✓ *Perry voted against closing the Charleston loophole.*

✓ *Perry voted against closing the gun show loophole.*

✓ *Perry voted 18 times to block consideration of the "no fly, no buy" bill and did not sign a discharge petition to force a vote.*

✓ *Perry voted for permitting concealed carry reciprocity between states.*

✓ *Perry voted for blocking a rule keeping firearms out of the hands of people deemed mentally incompetent by the Social Security Administration.*

## Perry Was The Father Of "Stand Your Ground" In Pennsylvania

**Perry Said He Wouldn't Have Been Able To Pass His Stand Your Ground Law In PA After Trayvon Martin's Murder**



**Perry Claimed He Could Never Have Passed Stand Your Ground Laws In Pennsylvania After "This Trayvon Martin Thing Happened"**

**Perry Claimed He Could Have Never Passed Stand Your Ground Law After The "Trayvon Martin Thing Happened."** "And as a matter of fact, where the Castle Doctrine under Governor Rendell was a component to the Megan's Law bill that was moving, if we had put a bunch of stuff on the Castle Doctrine, even though it might have been palatable to certain coalitions, it might not have got signed when it got to the Governor's Office. So, you know, folks don't realize it, and I'm not sure I would have, having not been here, but every single day with a piece of legislation is like a new day, and what might have been acceptable yesterday or an hour ago suddenly is not. And I can tell you that we passed this early in the session, and shortly thereafter or some time thereafter, this Trayvon Martin thing happened, right? And can you imagine trying to pass that legislation post those events? The same legislation, and nothing has changed ostensibly where crime statistics and the use of weapons or self-defense in Pennsylvania, post that, but just that one societal event would have changed the dynamic of the discussion about that bill. And we have done forums about the bill and about the law since that case has happened, but it would have just been a whole different dynamic." [Scott Perry Oral History Project, Pennsylvania House of Representatives Bipartisan Management Committee, 11/19/12]

**Perry On Passing The Castle Doctrine In The Wake Of The Trayvon Martin Shooting: "The Same Legislation, And Nothing Has Changed Ostensibly Where Crime Statistics And The Use Of Weapons Or Self-Defense In Pennsylvania, Post That, But Just That One Societal Event Would Have Changed The Dynamic Of The Discussion About That Bill."** "And as a matter of fact, where the Castle Doctrine under Governor Rendell was a component to the Megan's Law bill that was moving, if we had put a bunch of stuff on the Castle Doctrine, even though it might have been palatable to certain coalitions, it might not have got signed when it got to the Governor's Office. So, you know, folks don't realize it, and I'm not sure I would have, having not been here, but every single day with a piece of legislation is like a new day, and what might have been acceptable yesterday or an hour ago suddenly is not. And I can tell you that we passed this early in the session, and shortly thereafter or some time thereafter, this Trayvon Martin thing happened, right? And can you imagine trying to pass that legislation post those events? The same legislation, and nothing has changed ostensibly where crime statistics and the use of weapons or self-defense in Pennsylvania, post that, but just that one societal event would have changed the dynamic of the discussion about that bill. And we have done forums about the bill and about the law since that case has happened, but it would have just been a whole different dynamic." [Scott Perry Oral History Project, Pennsylvania House of Representatives Bipartisan Management Committee, 11/19/12]

---

### As A State Legislator, Perry Introduced The Initial Stand Your Ground Bill In Pennsylvania

**As A State Legislator, Perry Introduced The Initial Stand Your Ground Bill In Pennsylvania.** "U.S. Rep. Scott Perry, R-York, who initially introduced Pennsylvania's Castle Doctrine bill as a state legislator, likewise told The Daily Pennsylvanian in April 2012: 'An ironclad provision within the law says that 'the potential assailant must be displaying a firearm or any other weapon readily capable of lethal use.''" [Public Opinion, 12/27/13]

**2011: Perry Attempted To Pass The Castle Doctrine, Allowing Citizens To Use Weapons For Self Defense In Their Homes Or Vehicles.** "After a failed attempt to get Castle Doctrine legislation on the books last year, Rep. Scott Perry said he's confident it will pass this session. Perry has reintroduced the legislation, which would allow citizens to defend themselves and families while in their homes or vehicles." [York Dispatch, 2/4/11]

**Perry On The Castle Doctrine: "A Lot Of Constituents Across The State Said That They Want To See This Pass, And It Is A Priority For Them."** "With a new governor already expressing support for the legislation, Perry said he believes it will pass and be signed into law this session. 'We're confident that certainly by the end of the legislative session, if not by the end of the year, the Castle Doctrine will be in place,' he said. 'A lot of constituents across the state said that they want to see this pass, and it's a priority for them.'" [York Dispatch, 2/4/11]



---

**The Governor Of Pennsylvania Said Perry's Bill Would Encourage A "Shoot First, Ask Questions Later" Mentality**

**Former Gov. Ed Rendell, Who Originally Vetoed The Legislation, Called Perry's Bill A Dangerous Solution That Would Encourage A "Shoot First, Ask Questions Later" Mentality.** "Rendell on Saturday vetoed the bill, saying it would escalate violent acts by expanding a person's rights in Pennsylvania to use deadly force in self-defense, even when safe retreat is possible, if feeling threatened outside the person's home. Rendell criticized the bill as a dangerous solution to a nonexistent problem that would encourage a 'shoot first, ask questions later' mentality." [York Dispatch, 8/19/11]

---

**Perry's Castle Doctrine Passed The PA House And Was Signed Into Law**

**Perry's Castle Doctrine Legislation Passed The Pennsylvania House By A 164 To A 37 Margin And Was Signed Into Law.** "The NRA has led the nationwide movement to pass Castle Doctrine legislation, beginning with Florida in 2005. Pennsylvania is the 27th state to adopt this important measure with overwhelming bipartisan support. House Bill 40, sponsored by Rep. Scott Perry (R-92), passed by a 164 to 37 margin. Richard Alloway, II (R-33), sponsored the companion bill to HB 40, Senate Bill 273, which passed 43-4. 'I am very gratified that Governor Corbett has signed this legislation into law, correcting the grievous error made by the previous administration in denying these long-sought protections to our citizens,' said Rep. Perry." [Moscow Villager, 7/20/11]

---

**Perry Claimed His Gun Legislation Would Keep People From Worrying "Whether To Defend Themselves Or Not**

**Perry On His Gun Violence Immunity Legislation: "Individuals Understand They Don't Want To Wake Up At 4 In The Morning To The Sound Of Breaking Glass And Don't Want To Be Thinking About, As They're Wiping The Sleep From Their Eyes, Whether To Defend Themselves Or Not."** "A bill by Rep. Scott Perry, R-York, would eliminate the need to retreat under certain circumstances, make law-abiding citizens immune to lawsuits if they injure or kill someone in self-defense and expand the places where deadly force can be used to include a deck, patio, porch and vehicle. 'Individuals understand they don't want to wake up at 4 in the morning to the sound of breaking glass and don't want to be thinking about, as they're wiping the sleep from their eyes, whether to defend themselves or not,' Mr. Perry said." [Pittsburgh Post Gazette, 5/29/10]

**Perry On His Gun Violence Immunity Legislation: "Listen, We're Not Advocating Gun Fights In The Street Or Anything Like That. And If You Can Retreat, That's Still Your Best Option. But At The Same Time It's Not A Good Idea To Turn Your Back On Someone With A Weapon Who's Bearing Down On You."** "Mr. Perry also said his bill is not meant to give citizens the unfettered ability to wage war on criminals. 'Listen, we're not advocating gun fights in the street or anything like that. And if you can retreat, that's still your best option. But at the same time it's not a good idea to turn your back on someone with a weapon who's bearing down on you,' Mr. Perry said." [Pittsburgh Post Gazette, 5/29/10]

---

**States That Adopted The Castle Doctrine Saw A 7% To 9% Increase In Murder And Manslaughter Incidents Compared To States That Did Not**

**States That Adopted The Castle Doctrine Saw A 7% To 9% Increase In Murder And Manslaughter Incidents Compared To States That Did Not.** "States that adopted castle doctrine laws saw a 7% to 9% increase in murder and manslaughter incidents compared to states that did not adopt such laws. This percentage increase 'translates into an additional 500 to 700 homicides per year nationally across the states that adopted castle doctrine.'" [Journalist's Resource, Harvard Kennedy School, 7/15/13]



**Adoption Of Castle Doctrine Laws Resulted In A 17% To 15% Increase In Justifiable Homicides.** "Adoption of castle doctrine laws resulted in a 17% to 50% increase in justifiable homicides, with justifiable homicide defined by the FBI as 'the killing of a felon, during the commission of a felony, by a private citizen.' The authors note, however, that this result is suggestive, not conclusive." [Journalist's Resource, Harvard Kennedy School, 7/15/13]

**Adoption Of The Castle Doctrine Saw No Decrease In Crimes.** "Adoption of castle doctrine laws did not, on average, deter crimes including burglary, robbery and aggravated assault." [Journalist's Resource, Harvard Kennedy School, 7/15/13]

## Perry Has Backed Dangerous Gun Legislation In Congress

### Perry Co-Sponsored Silencer De-Regulation Legislation

**Perry Co-Sponsored The "Silencer Bill" Which Some Argued Would Deregulate Silencers.** "A co-sponsor of the the Hearing Protection Act, widely known as the 'silencer bill,' Perry argued that the bill would not deregulate suppressors, but reclassify them. 'The ATF is actually supportive of the reclassification, citing the lack of criminality associated with the devices,' Perry said." [Patriot News, 10/5/17]

**Perry Said That The Silencer Bill Would Prevent People From Suffering Hearing Loss.** "Thousands of residents in the 4th Congressional District, which covers York, Adams, and parts of Cumberland and Dauphin counties, participate in hunting and sport shooting regularly and are at risk of hearing damage due to gun noise, U.S. Rep. Scott Perry, R-Pa. said in a statement. 'The proposed bill seeks to increase safety while shooting, allowing people to easily hear and react to fellow hunters and range safety officers,' Perry said." [Evening Sun, 3/9/17]

### Perry Introduced A Bill To Nullify President Obama's Executive Order On Guns

**Perry Introduced A Bill To Nullify President Obama's Executive Order On Guns.** "U.S. Rep. Scott Perry introduced a bill this week that would prohibit the president from enacting his proposed executive action as it relates to gun control, according to a news release from Robert Reilly, Perry's deputy chief of staff. The Second Amendment Defense Act disallows the executive branch from unilaterally taking action to create more restrictive regulations on law-abiding gun owners, according to the release. 'The U.S. government already has 240 pages of gun regulations passed by Congress. President Obama's failure to enforce existing law should be the focus of attention here,' Perry said in the release." [Evening Sun, 1/7/16]

### Perry Voted For Blocking A Rule Keeping Firearms Out Of The Hands Of People Deemed Mentally Incompetent By The Social Security Administration

**Perry Voted For Blocking A Rule Keeping Firearms Out Of The Hands Of People Deemed Mentally Incompetent By The Social Security Administration.** In February 2017, Perry voted for: "passage of the joint resolution that would nullify a Social Security Administration rule that outlines reporting of information by the agency for inclusion in the National Instant Criminal Background Check System for gun purchases about certain non-elderly individuals with mental impairments who receive disability insurance or Supplemental Security Income benefits and use a 'representative payee' because they cannot manage their benefit payments." The resolution was passed by a vote of 235-180. [HJRes 40, Vote #77, 2/2/17; CQ, 2/2/17]

> **AP: Rule Would Have "Prevented An Estimated 75,000 People With Mental Disorders From Being Able To Purchase A Firearm."** "The Obama rule would have prevented an estimated 75,000 people with mental disorders from being able to purchase a firearm. It was crafted as part of Obama's efforts to strengthen the federal background check system in the wake of the 2012 massacre of 20 young students and six staff at Sandy Hook Elementary School in Newtown, Connecticut." [Associated Press, 2/15/17]


**Resolution To Block Rule Was Supported By The NRA.** "The National Rifle Association 'applauded' Trump's action. Chris Cox, NRA-ILA executive director, said the move 'marks a new era for law-abiding gun owners, as we now have a president who respects and supports our arms.'" [NBC News, 2/28/17]

## 2016: Perry Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms

**2016: Perry Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms.** In January 2016, Perry voted against: an "amendment that would exempt claims brought by a gun owner seeking monetary relief involving the defective design or manufacturing of a firearm." The amendment failed, 163-232. [HR 1927, Vote #25, 1/8/16; CQ Floor Votes, 1/8/16]

## Perry Introduced A Bill To Allow Military Personnel To Carry Weapons On Bases

**Perry Introduced A Bill To Allow Military Personnel To Carry Weapons On Bases.** "York County's Republican congressman has introduced legislation that would overturn a ban on military personnel carrying weapons on federal bases. Rep. Scott Perry, who represents all of York County, is calling it the Military Bases Self-Defense Act. 'Unfortunately, we now live in a world where the troops who volunteered to protect our fellow citizens in dangerous places abroad are at increasing risk from violent extremism when they return home,' Perry said, according to a news release. 'Our military installations are repeatedly targeted, and current Department of Defense policy leaves these tireless servants unable to protect themselves.'" [York Dispatch, 8/11/15]

**The Bill Was Supported By The NRA, But Opposed By A Coalition Of Retired General, Who Said It Put Vulnerable Veterans In Harm's Way.** "The National Rifle Association supports the change, while gun control activists have opposed it. […] Earlier in the week, a coalition led by retired Gens. Stanley McChrystal, David Petraeus, Peter Chiarelli, and Wesley Clark wrote a letter to lawmakers saying the proposal would 'put America's veterans who need our support the most in harm's way, by providing them with easy access to firearms.'" [Military Times, 3/16/17]

# Perry Assuages Dangerous Beliefs On Guns

## Perry Claimed That The 2nd Amendment Existed So People Could "Rise Up Against A Government That Becomes Too Powerful"

**Perry Claimed That The Reason The Second Amendment Was Written Was So That People Could "Rise Up Against A Government That Becomes Too Powerful."** "However. state Rep Scott Perry, R-York, argues that the core reason the founding fathers insisted that citizens have the right to bear arms is so they could 'rise up against a government that becomes too powerful.'" [Patriot News, 7/8/10]

## Perry Said We Need Guns "To Protect Ourselves From An Overbearing Government"

**2011, Perry On Guns: "We Must Be Able Not Only To Hunt But To Protect Ourselves From An Overbearing Government That Does Not Do The Will Of The People."** In 2011, Perry was talking about guns to The Morning Call of Allentown, and said, 'We must be able not only to hunt but to protect ourselves from an overbearing government that does not do the will of the people.'" [York Daily Record, 5/27/18]

## Perry Claimed There Were More Pressing Issues For The Government To Deal With Than Gun Control

**2018: Perry Claimed There Were More Pressing Issues For The Government To Deal With Than Gun Control.** "Perry has built his political career as a strong defender of the Second Amendment and mostly deflected a



gun-control question to discuss ways to improve safety and security at schools. Perry also noted he believes there are more pressing needs for the federal government to deal with, such as the drug-addiction problems that has ravaged the country and is at least as deadly on a daily basis." [Patriot News, 10/21/18]

### Perry Claimed Trump's Executive Order On Bumpstocks Would Solve Mass Shootings

**Perry Claimed That Trump's Executive Order Banning The Sale Of Bumpstocks Would Solve Mass Shootings.** "Perry, a supporter of gun rights with an A-plus rating from the National Rifle Association, turned a gun question into support for bolstering school safety. He said the priority should be on making schools safer, and he indicated the best way to do that is to provide resources to help school boards make decisions. Perry further said President Donald Trump's executive order banning the sale of bump stocks should solve that issue, and he argued that a prior ban on the sale of assault-style weapons had no measurable effect on gun violence." [Patriot News, 9/20/18]

**December 2018: The Trump Administration Banned Bump Stocks, The Firearm Attachment That Allowed Semi-Automatic Weapons To Fire Like Machine Guns.** "The Trump administration Tuesday banned bump stocks, the firearm attachments that allow semi-automatic weapons to fire like machine guns and were used during the worst mass shooting in modern U.S. The regulation gives gun owners until late March to turn in or destroy the devices. After that, it will be illegal to possess them under the same federal laws that prohibit machine guns. Bump stocks became a focal point of the gun control debate after they were used in October 2017 when a man opened fire from his Las Vegas hotel suite into a crowd at a country music concert, killing 58 people and injuring hundreds more." [Associated Press, 12/18/18]

### Perry Claimed Assault Weapons Bans Have "No Measurable Effect On Gun Violence"

**Perry Claimed That Prior Bans On The Sale Of Assault-Style Weapons Has "No Measurable Effect On Gun Violence."** "Perry, a supporter of gun rights with an A-plus rating from the National Rifle Association, turned a gun question into support for bolstering school safety. He said the priority should be on making schools safer, and he indicated the best way to do that is to provide resources to help school boards make decisions. Perry further said President Donald Trump's executive order banning the sale of bump stocks should solve that issue, and he argued that a prior ban on the sale of assault-style weapons had no measurable effect on gun violence." [Patriot News, 9/20/18]

## Perry Is In The Pocket Of The NRA

### Perry Has A Consistent A Rating From The NRA

**2016: The NRA Gave Perry An A Rating.** [Everytown For Gun Safety, NRA Grades Archive, Accessed 9/10/19]

**2014: The NRA Gave Perry An A + Rating.** [Everytown For Gun Safety, NRA Grades Archive, Accessed 9/10/19]

**2012: The NRA Gave Perry An A+ Rating.** [Everytown For Gun Safety, NRA Grades Archive, Accessed 9/10/19]

**2010: The NRA Gave Perry An A+ Rating.** [Everytown For Gun Safety, NRA Grades Archive, Accessed 9/10/19]

### Over His Career, The NRA Has Given Perry Over $11,000

**2018: The NRA Gave Perry $2,500.** [Open Secrets, Accessed 9/10/19]



**2016: The NRA Gave Perry $2,000.** [Open Secrets, Accessed 9/10/19]

**2014: The NRA Gave Perry $2,500.** [Open Secrets, Accessed 9/10/19]

**2012: The NRA Gave Perry $4,000.** [Open Secrets, Accessed 9/10/19]

**Perry Ranked 6th in the PA Delegation For NRA Contributions In 2016.** [Patriot News, 2/18]

| Perry Was Cozy With The CEO Of The NRA |
|---|

**Perry Posed For A Photo With Wayne LaPierre, CEO Of The National Rifle Association.** [Scott Perry Pennsylvania House Legislative Report, Summer 2010]



Rep. Perry greets National Rifle Association Executive Vice-President and Chief Operating Officer Wayne LaPierre following remarks at the Second Amendment Rally.

# School Shootings

| Perry Spoke On School Shootings Saying Everyone "Expects For Our Children To Go To School And Come Back In The Same Condition That – That They Left" |
|---|

**Perry On School Shootings: "Every One Of Us Expects For Our Children To Go To School And Come Back In The Same Condition That -- That They Left."** "Well, first of all, I think it's important to point out that every single one of us expects when we think about school violence and guns in particular, every one of us expects for our children to go to school and come back in the same condition that -- that they left. And, of course, our hearts have all been broken on numerous occasions -- too many occasions whether it's in school or elsewhere." [Congressional Debate, 10/19/18]

**Perry On Gun Violence In Schools: "Mental Health Is A Component, But We Got To Be Careful Because Not All People With Mental Health Issues Are In Danger, But I Think It's A Component And I Think There's Some Place There We Can Find Some Agreement."** Other schools might want, you know, that maybe in an older school they want a different entryway put in because they can't afford it, but they can't secure the school.



Still other schools want resource officers, and so really it comes down to a local choice by the people on the ground dealing with the issue in their communities to determine how to fix this problem. Mental health is a component, but we got to be careful because not all people with mental health issues are in danger, but I think it's a component and I think there's some place there we can find some agreement." [Congressional Debate, 10/19/18]

## Background Checks And Loopholes

### Perry Voted Against Closing The Charleston Loophole

**Perry Voted Against The Enhanced Background Check Act, Which Would Have Increased The Amount Of Time A Gun Dealer Must Wait To Hear From The FBI For A Background Check.** In February 2019, Perry voted against: "Passage of the bill that would require a licensed gun dealer to wait up to 20 business days, as opposed to three under current law, to hear from the FBI regarding an individual's background check, in instances in which no immediate determination on the individual had been made through the NICS system, before being allowed to complete the sale or transfer of a firearm. It would allow a prospective gun purchaser to petition the Justice Department for the weapon after 10 days. The bill would also modify the language that prohibits the sale of firearms to individuals on the basis of mental illness to bar sales to individuals 'adjudicated with mental illness, severe developmental disability, or severe emotional instability.'" The bill passed by a vote of 228-198. [HR 1112, Vote #103, 2/28/19; CQ, 2/28/19]

> **HEADLINE: House passes 'Charleston loophole bill' on gun background checks** [CNN, 2/28/19]

> **The Enhanced Background Checks Act Of 2019 Would Extended Background Checks From Three Days To Ten, With The Potential To Be Extended Another Ten.** "Currently a gun seller has to wait three business for federal investigators to conduct background check. Most checks are quick, but incomplete data can sometimes cause a delayed response. If the delay lasts more than three business days, the gun sale can move forward. The Enhanced Background Checks Act of 2019 expands the background check period to ten days, with the potential to be extended another ten." [NPR, 2/28/19]

> **Dylann Roof Had Been Allowed To Purchase A Gun Despite A Prior Arrest For Drug Possession Because His Background Check Had Taken Longer Than Three Days To Complete.** "The legislation addresses a loophole in current law that enables some firearms to be transferred by licensed gun dealers before the required background checks have been completed, a loophole that allowed Dylann Roof to buy a gun in 2015 and kill nine people at Mother Emanuel Church -- one of the most well known historically black churches in Charleston, South Carolina. Due to Roof's prior admission during an arrest that he was in possession of drugs, he should not have been permitted to buy the gun he used in the massacre. However, an agent working for the FBI's background check system who was performing the review on Roof failed to contact Columbia, South Carolina, police, who arrested Roof, in part because of a clerical error in records listing the wrong agency. Because Roof's background check took longer than three days to complete, the gun shop owner was allowed to sell the gun to Roof. The law permits gun sellers to sell guns if a background check takes longer than three days to complete." [CNN, 2/28/19]

### Perry Voted Against Closing The Gun Show Loophole

**Perry Voted Against Expanding Background Checks For Firearm Purchases To Include Purchases Made Through Private, Unlicensed Sellers.** In February 2019, Perry voted against: "Passage of the bill that would require most purchasers of firearms to undergo a background check through the National Instant Criminal Background Check System (NICS), including all sales and transfers of firearms through public and private purchases. The bill would specify instances in which a background check could be foregone at the time of a firearm's transfer, including when transferred as a loan or gift between family members, when transferred for hunting or fishing purposes, or when transferred for use in a shooting range, so long as the weapon remains in the presence of its owner. The bill's requirements for background checks would not apply to the transfer of firearms to


law enforcement personnel, including any law enforcement agency, armed private security professional, or member of the armed forces, insofar as the transfer is associated with official duties." The bill passed 240-190. [HR 8, Vote #99, 2/27/19; CQ, 2/27/19]

**The Bipartisan Background Checks Act Of 2019 Would Close The Gun Show Loophole That Allowed People Purchasing Firearms Via Private Sales To Forgo Background Checks.** "Giffords, a former congresswoman from Arizona, was shot in the head by a mass shooter during a 2011 meeting with constituents and has advocated for gun-violence prevention ever since. She was chosen to drop the bill, called the Bipartisan Background Checks Act of 2019, into the 'hopper' where all bills start, as lawmakers introduced it. […] The bill, however, would close the infamous 'gun show loophole,' which allows people purchasing firearms via private sales, typically at gun shows, to forgo a background check. Under the legislation, anyone who's not a licensed firearms dealer would not be able to exchange weapons, which would ensure that all sales run through the national criminal background check system — with a few exceptions." [Vice News, 1/8/19]

**Advocates Called The Bill "The Most Significant Gun Control Measurer In More Than Two Decades."** "The House passed what advocates call the most significant gun control measure in more than two decades on Wednesday when it approved the first of two bills aimed at broadening the federal background check system for firearms purchases. The vote on the first bill, dubbed the Bipartisan Background Checks Act of 2019, passed largely along party lines 240 to 190 with Democrats who control the House cheering as they carried the legislation across the finish line." [NPR, 2/27/19]

## Perry Voted To Block Consideration Of Bills To Close Gun Safety Loopholes

**Perry Voted For Blocking Consideration Of Three Bills To Close Gun Safety Loopholes.** In March 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would make in order Mr. Thompson's (CA) bill H.R. 4240; Mr. Clyburn's bill H.R. 3464; Mr. Carbajal's bill H.R. 2598; and Ms. Murphy's bill H.R. 1478. These four bills close the dangerous gun show, internet sale, and classified ad background check loopholes; prevent the sale of guns without a completed background check; ensure that people who are a danger to themselves or others can be prevented from purchasing or possessing a gun; and allow the government to sponsor scientific research on the causes of gun violence." The motion was agreed to by a vote of 232-182. [H Res 780, Vote #113, 3/15/18; CQ, 3/15/18; DemocraticLeader.gov, 3/15/18]

**Perry Voted For Blocking Consideration Of Three Bills To Close Gun Safety Loopholes.** In February 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would make in order Mr. Thompson's (CA) bill H.R. 4240, Mr. Clyburn's bill H.R. 3464, and Mr. Carbajal's bill H.R. 2598. These three bills close the dangerous gun show, internet sale, and classified ad background check loopholes, prevent the sale of guns without a completed background check, and ensure that people who are a danger to themselves or others can be prevented from purchasing or possessing a gun." The motion was agreed to by a vote of 227-185. [H.Res. 747, Vote #86, 2/27/18; CQ, 2/27/18; DemocraticLeader.gov, 2/27/18]

## Perry Voted 18 Times To Block Consideration Of The "No Fly, No Buy" Bill And Did Not Sign A Discharge Petition To Force A Vote

### Perry Voted To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms

**Perry Voted For Blocking A Vote To Prevent Individuals On The "No Fly" List From Buying A Firearm** In September 2016, Perry voted for: a "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 893) that would provide for House floor consideration of the bill (HR 954) that would temporarily exempt individuals with health care plans terminated by a Consumer Operated



and Oriented Plan from the 2010 health care law's (PL 111-148, PL 111-152) penalties for the remainder of the year in which their plans were terminated." According to the Democratic Leader's office, "Democrats' Previous Question continues to demand an immediate vote on H.R. 1076, the bipartisan "No Fly, No Buy" legislation authored by Republican Congressman Peter King." The previous question passed 244 to 176. A vote against the previous question would have allowed the bill to be considered. [HR 954, Vote #559, 9/27/16; CQ, 9/27/16]

**Perry Voted For Blocking A Demand For An Immediate Vote On A Bill To Prevent Individuals On The "No Fly" List From Buying A Firearm.** In September 2016, Perry voted for: a "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 875) that would provide for House floor consideration of the bill (HR 5719) that would allow certain employee stockholders in startup businesses to defer income taxes on stock options in their companies for up to seven years, and would provide for House floor consideration of the bill (HR 3438) that would postpone the implementation of any new federal rule that would have an economic impact of $1 billion or more per year until all related legal challenges are completed." According to the Democratic Leader's office, "Democrats' Previous Question continues to demand an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation authored by Republican Congressman Peter King." The motion was agreed to 247-171. A vote against the previous question would have allowed the bill to be considered. [H Res 875, Vote #524, 9/21/16; CQ, 9/20/16; Democratic Leader, 9/21/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In June 2016, Perry voted for: blocking consideration of legislation that would deny the purchase of a firearm or explosive to known or suspected terrorists. With the Previous Question, Democrats are demanding an immediate vote on S. 764, the bipartisan "No Fly, No Buy" legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King. The previous question carried, 245-183. A vote against the previous question was to force the vote on closing the loophole. [H Res 822, Vote #439, 7/22/16; Democratic Leader – 114th Previous Questions, 7/13/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 241-174. A vote against the previous question would have allowed a vote on the bill. [H Res 818, Vote #408, 7/12/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/12/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 236-174. A vote against the previous question would have allowed a vote on the bill. [H. Res. 820, Vote #406, 7/12/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/12/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 244-179. A vote against the previous question would have allowed a vote on the bill. [H. Res. 809, Vote #387, 7/7/16; CQ Floor Votes, 7/7/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/7/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 239-183. A vote against the previous question would have allowed a vote on the bill. The previous question passed 243-180 A vote against the previous question would have allowed a vote on the bill. [HR 4361, Vote #352, 7/6/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/6/16]



**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 229-169. A vote against the previous question would have allowed a vote on the bill. [H.Res. 794, Vote #347, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 231-168. A vote against the previous question would have allowed a vote on the bill. [H.Res. 793, Vote #345, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for: blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 232-168. A vote against the previous question would have allowed a vote on the bill. [H.Res. 796, Vote #343, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of A Bill To Close The Loophole That Allowed Suspects On The FBI Terror Watch List To Buy Firearms.** In June 2016, Perry voted for: a "motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 778) that would provide for House floor consideration of the bill (HR 5053) that would prohibit the Treasury Department from requiring 501(c) tax-exempt organizations to identify contributors in annual returns and the fiscal 2017 Defense appropriations bill (HR 5293)." According to the Democratic Leader's office, "With the Previous Question, Democrats are demanding an immediate vote on H.R. 1076, the bipartisan "No Fly, No Buy" legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 236 to 171. A vote against the previous question would have allowed consideration of the "No Fly, No Buy" bill. [H. Res. 778, Vote #299, 6/14/16; CQ, 6/14/16]

**Perry Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In January 2016, Perry voted for: consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-176. A vote against the previous question would have allowed the bill to be considered. [H.Res 581, Vote #21, 1/7/16; Democratic Leader – Previous Questions, 1/7/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, yyyy voted for: blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. The previous question carried, 241-176. A vote against the previous question was to force the vote on closing the loophole. [H Res 580, Vote #4, 1/6/16; Democratic Leader – 114th Previous Questions, 1/6/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Perry voted for: blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. A no vote would have The previous question carried, 239-175. A vote against the previous question was to force the vote on closing the loophole. [H Res 579, Vote #2, 1/6/16; Democratic Leader – 114th Previous Questions, 1/6/16]

**Perry Voted For Blocking Consideration Of A Bill To Close The Terrorist Gun Loophole.** In December 2015, Perry voted for: blocking consideration of the Denying Firearms and Explosives to Dangerous Terrorists Act, a bill "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-177. A vote against the previous question was



to force the vote on closing the loophole. [H Res 560, Vote #690, 12/11/15; Democratic Leader – Previous Questions, 12/11/15]

**Perry Voted For Tabling The Appeal Of The Chair Which Ruled Against Scheduling Vote On A Bill To Prohibit Those Listed On The Terror Watch List From Purchasing Firearms.** In December 2015, Perry voted for: a motion to table the appeal of the ruling of the Chair that the "Pelosi privileged resolution is out of order. The Pelosi privileged resolution would direct the Speaker to place on the calendar the Denying Firearms and Explosives to Dangerous Terrorists Act (HR 1076), which would allow the Attorney General to deny the sale or transfer of firearms to individuals suspected of engaging in or assisting terrorist activities. The motion failed 242-173. [Motion to Table, Vote #688 12/8/15; CQ Floor Votes, 12/10/15]

   **King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

**Perry Voted For Blocking Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms.** In December 2015, Perry voted for: blocking a measure to prohibit an "immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms. The previous question failed 242-178. [H Res 556 Vote #682 12/8/15; Democratic Leader – Previous Questions, 12/9/15]

**Perry Voted For Blocking Consideration Of Bill Stopping Suspected Terrorists From Buying Firearms.** In December 2015, Perry voted for: blocking consideration of a vote "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. [Democratic Leader – Previous Questions, 2/3/15; H Res 542, Vote #653, 12/2/15]

---

**Perry Did Not Sign A Discharge Petition To Force Consideration On "No Buy, No Fly" Bill**

**Perry Did Not Sign A Discharge Petition That Would Have Forced Consideration On The "No Buy, No Fly" Bill To Prevent Suspects On The FBI Terror Watch List From Purchasing Firearms.** [Discharge Petition, 12/7/15]

## Concealed And Open Carry

**Perry Voted For Permitting Concealed Carry Reciprocity Between States**

**Perry Voted For Permitting Concealed Carry Reciprocity Between States.** In December 2017, Perry voted for: "Passage of the bill that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons. The bill would require a twice-annual certification by all federal agencies, federal courts and state governments, in coordination with the Department of Justice, to verify that all relevant data has been reported and uploaded to the National Instant Criminal Background Check System regarding individuals who are not eligible to purchase firearms." The bill passed 231 to 198. [HR 38, Vote #663, 12/6/17; CQ, 12/6/17]

   **NRA Called The Concealed Carry Reciprocity Act Its "Highest Legislative Priority In Congress."** "The House Judiciary Committee approved the Concealed Carry Reciprocity Act on a 19-11 party-line vote, then passed the Fix NICS Act on a 17-6 bipartisan vote. The National Rifle Association this week called the concealed-carry bill, which requires states to honor permits issued elsewhere, its 'highest legislative priority in Congress.' The group says mandatory reciprocity would prevent 'abuses' in states with strict firearms laws and allow gun owners 'to exercise their rights nationwide with peace of mind.'" [Washington Post, 11/29/17]



**HEADLINE: Domestic Abusers Could Carry Concealed Guns Under US House-Passed Bill** [Columbus Dispatch, 12/6/17]

**15 States Allowed Domestic Abusers To Carry A Handgun.** "Houston Police Chief Art Acevedo, meanwhile, said Texas, despite being a strong gun rights state, has a 'very thoughtful' concealed carry process that includes a background check and safety test. Other states don't necessarily have such requirements, he said. Fifteen states, for example, allow domestic abusers to carry a handgun." [Columbus Dispatch, 12/6/17]

**Perry Voted Against Consideration Of A Bill Permitting Concealed Carry Reciprocity Between States.** In December 2017, Perry voted against: "Adoption of the rule (H Res 645) that would provide for House floor consideration of the bill (HR 38) that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons." The rule was adopted 232 to 194. [H Res 645, Vote #660, 12/6/17; CQ, 12/6/17]

## Mental Health

### Perry Supported Possibly Keeping Guns Out Of The Hands Of People With Mental Health Issues

**Perry Supported The Possibility Of Keeping Guns Out Of The Hands Of Some People With Mental Issues.** "Well, absolutely. Again, when I talk about people that maybe have a mental illness issue whether they should have a weapon or not, but we had to be very careful though. Like I said not all mental issue -- mental health issues are the same, there are a lot of people that have mental health issues but are not a danger to anyone around them. However, there are some that -- that are and the reporting requirements and some other things associated with that deter people from kind of either self-reporting or reporting a family member because they are afraid they'll lose their rights, and there's a reluctance there. And I think there's some -- again some room to -- to for agreement." [Congressional Debate, 10/19/18]

### Perry Voted For Prohibiting A Veterans Affairs Department Determination That An Individual Is Mentally Incompetent From Preventing The Individual From Buying A Gun

**Perry Voted For Prohibiting A Veterans Affairs Department Determination That An Individual Is Mentally Incompetent From Preventing The Individual From Buying A Gun.** In March 2017, Perry voted for: "passage of the bill that would prohibit a Veterans Affairs Department determination that an individual is mentally incompetent from being used as basis for that individual's inclusion in the National Instant Criminal Background Check System, which would thereby prevent the individual from purchasing a gun. Under the measure, an individual could not be considered to be mentally defective without a judicial authority's finding that the individual poses a danger to himself or herself or others." The bill passed by a vote of 240-175. [HR 1181, Vote #169, 3/16/17; CQ, 3/16/17]

**Bill Would Prevent The VA From Submitting Records Of Veterans With Severe Mental Illnesses To The Federal Criminal Background Check System.** "The second measure — which passed 240-175 — would prohibit VA officials from submitting records of veterans with severe mental illnesses to the federal criminal background check system, thereby preventing them from purchasing firearms. Exceptions would be made for court orders mandating the conditions be reported." [Military Times, 3/16/17]

**The Bill Was Supported By The NRA, But Opposed By A Coalition Of Retired General, Who Said It Put Vulnerable Veterans In Harm's Way.** "The National Rifle Association supports the change, while gun control activists have opposed it. […] Earlier in the week, a coalition led by retired Gens. Stanley McChrystal, David Petraeus, Peter Chiarelli, and Wesley Clark wrote a letter to lawmakers saying the proposal would 'put America's veterans who need our support the most in harm's way, by providing them with easy access to firearms.'" [Military Times, 3/16/17]



**Perry Voted For Blocking A Rule Keeping Firearms Out Of The Hands Of People Deemed Mentally Incompetent By The Social Security Administration**

**Perry Voted For Blocking A Rule Keeping Firearms Out Of The Hands Of People Deemed Mentally Incompetent By The Social Security Administration.** In February 2017, Perry voted for: "passage of the joint resolution that would nullify a Social Security Administration rule that outlines reporting of information by the agency for inclusion in the National Instant Criminal Background Check System for gun purchases about certain non-elderly individuals with mental impairments who receive disability insurance or Supplemental Security Income benefits and use a 'representative payee' because they cannot manage their benefit payments." The resolution was passed by a vote of 235-180. [HJRes 40, Vote #77, 2/2/17; CQ, 2/2/17]

    **AP: Rule Would Have "Prevented An Estimated 75,000 People With Mental Disorders From Being Able To Purchase A Firearm."** "The Obama rule would have prevented an estimated 75,000 people with mental disorders from being able to purchase a firearm. It was crafted as part of Obama's efforts to strengthen the federal background check system in the wake of the 2012 massacre of 20 young students and six staff at Sandy Hook Elementary School in Newtown, Connecticut." [Associated Press, 2/15/17]

    **Resolution To Block Rule Was Supported By The NRA.** "The National Rifle Association 'applauded' Trump's action. Chris Cox, NRA-ILA executive director, said the move 'marks a new era for law-abiding gun owners, as we now have a president who respects and supports our arms.'" [NBC News, 2/28/17]

## Manufacturer Liability

**2016: Perry Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms**

**2016: Perry Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms.** In January 2016, Perry voted against: an "amendment that would exempt claims brought by a gun owner seeking monetary relief involving the defective design or manufacturing of a firearm." The amendment failed, 163-232. [HR 1927, Vote #25, 1/8/16; CQ Floor Votes, 1/8/16]



# Health Care Issues

---

### Significant Findings

- ✓ *In 2018, Perry said his top priority after reelection would be repealing the Affordable Care Act.*

- ✓ *Perry compared the Affordable Care Act to slavery and prohibition.*

    - ✓ *Perry: "The 18th Amendment to the Constitution was prohibition, which was repealed by the 21st Amendment… It was the law of the land and it was repealed. Slavery was legal at some point, Chris. Do you think that should still be legal today?"*

- ✓ *Perry voted against the Protecting Americans with Preexisting Conditions Act.*

- ✓ *Patriot News: "Perry conceded he did vote to eradicate the requirements" to protect people with pre-existing conditions.*

- ✓ *Perry voted 12 times to repeal the Affordable Care Act, and 22 times to cripple, defund, or change the bill.*

- ✓ *Perry voted for the American Health Care Act – the 2017 Republican health care repeal bill.*

- ✓ *Perry voted to support the Trump administration's legal campaign against the Affordable Care Act.*

- ✓ *In 2015, Perry said he was "disappointed" in the King v. Burwell Supreme Court ruling and said that the Affordable Care Act "simply is bad."*

- ✓ *In 2010, Perry supported Pennsylvania's lawsuit against the federal government over the ACA.*

    - ✓ *In 2010, Florida Attorney General Bill McCollum filed a lawsuit to block instatement of the Affordable Care Act, and the Pennsylvania Attorney General signed on.*

- ✓ *Perry voted against a bipartisan measure to bring down prescription drug prices.*

- ✓ *Perry voted for the 2017 Republican tax bill – "a major victory" for big pharma investors.*

- ✓ *Perry said that people should be allowed to purchase health insurance across state lines.*

- ✓ *Perry said that insurance coverage should not be required for maternity care because he was done having kids.*

---

## Repeal Of The Affordable Care Act (ACA)

### 2018: Perry Advocated For Replacing The Affordable Care Act Entirely, And Said It Would Be His Top Priority After Reelection

**2018: Perry Advocated For Replacing The Affordable Care Act Entirely.** "Perry is still critical of the ACA and wants to replace it entirely, although he concedes that Republicans still have work to do to bring about that final replacement package." [Patriot News, 10/21/18]



**2018: Perry Said His Top Priority Upon Reelection Was Repealing And Replacing The Affordable Care Act.**
"Perry said his would be taking another shot at the full repeal and replacement of the Affordable Care Act, commonly known as Obamacare. The House's repeal effort fell just short in the U.S. Senate last year. With Democrats regaining control of the House, repealing the ACA will be a difficult task." [Penn Live, 11/8/18]

---

**Perry Compared The Affordable Care Act To Slavery And Prohibition In Rowdy Interview With Chris Matthews**

---

**HEADLINE: Rep. Perry Fights Chris Matthews On Obamacare.** [Politics PA, 10/30/13]

**Chris Matthews Criticized Perry Over Comments That Obamacare Was Failing, Since The Main Part Of The Law Had Yet To Go Into Effect.** "Matthews also questioned Perry's belief that the Affordable Care Act was failing, saying that the main part of the law has not yet gone into effect. In response, Perry said that slavery and prohibition are examples of things that were once legal, but later repealed by the government. The House of Representatives voted Friday to continue to fund the government, while delaying the implementation of the Affordable Care Act, or Obamacare, for a year. The Senate will debate and discuss the bill when they return to session Monday." [Politics PA, 10/30/13]

**Perry Compared Obamacare To Slavery And Prohibition.** "Matthews also questioned Perry's belief that the Affordable Care Act was failing, saying that the main part of the law has not yet gone into effect. In response, Perry said that slavery and prohibition are examples of things that were once legal, but later repealed by the government. The House of Representatives voted Friday to continue to fund the government, while delaying the implementation of the Affordable Care Act, or Obamacare, for a year. The Senate will debate and discuss the bill when they return to session Monday." [Politics PA, 10/30/13]

> **In Response To Christ Matthews Asking About The ACA, Perry Said "Slavery Was Legal At Some Point, Chris. Do You Think That Should Still Be Legal Today? Is That What You're Saying, At All Odds?"** "PERRY: But I can tell you this, Chris. Hold on. I can tell you this. The 18th Amendment to the Constitution was prohibition, which was repealed by the 21st Amendment. MATTHEWS: I know. PERRY: It was the law of the land and it was repealed. Slavery was legal at some point, Chris. Do you think that should still be legal today? Is that what you`re saying, at all odds?" [MSNBC, Hardall With Chris Matthews, 9/26/13]

**In Argument Over Obamacare, Perry Accused Chris Matthews Of Not Reading.** "Rep. Scott Perry (R-York), who represents the fourth district, voiced his support for the defunding, or delaying, of the Affordable Care Act on MSNBC's Hardball with Chris Matthews during a Thursday interview. In addition to talking about the looming potential for a shutdown, Matthews briefly brought up Perry's stance on offshore drilling in the Gulf of Mexico. 'That reasonable set of demands [directed toward the President] includes getting rid of Obamacare for a year, it includes putting in the Keystone pipeline,' Matthews said. 'When you look at that list of ten things, it looks like it was written by the oil industry.' 'I'm surprised that you read any of it, first of all,' Perry fired back." [Politics PA, 10/30/13]

**Perry Criticized Chris Matthews For Claiming Republicans Were "Holding The Country Hostage."** "Prior to the abrupt end to the interview, Perry criticized Matthews' use of the phrase 'Congress holding the country hostage,' claiming that if the government shuts down, Senate Majority Leader Harry Reid and President Barack Obama are to blame. 'Chris, those are your words that the country is being held hostage,' Perry said. 'This is a negotiation by an attractable president who will negotiate with Syria, who will negotiate with Putin, who will negotiate with Iran, but won't negotiate with 50 percent of his countrymen.'" [Politics PA, 10/30/13]

---

**Perry Voted Against The Protecting Americans With Preexisting Conditions Act**



**Perry Voted Against Passage Of The Protecting Americans With Preexisting Conditions Act, Prohibiting Federal Departments From Exempting State Health Care Plans From Federal Requirements Under The ACA.** In May 2019, Perry voted against: "Passage of the bill that would prohibit the Health and Human Services and Treasury departments from taking any action to implement or enforce their October 2018 guidance regarding criteria for evaluating Section 1332 state health care plan waivers under the 2010 health care overhaul, and would prohibit the departments from effectively reissuing the guidance. Section 1332 waivers exempt state health care plans from certain federal requirements under the Affordable Care Act, including requirements related to qualified health plans, tax credits, and individual and employer mandates. To be eligible for such waivers, proposed state plans are required to provide care to a 'comparable number' of residents that is 'as comprehensive' and 'as affordable' as would otherwise be provided under the ACA. The October 2018 guidance modifies guidelines for considering waiver applications, emphasizing that a proposed state health care plan should be evaluated based on the number of residents that would have 'access' to comparable coverage under the plan, as opposed to the number of residents that purchase such coverage." The motion was agreed to by a vote of 230-183. [HR 986, Vote #196, 5/9/19; CQ, 5/9/19]

---

### 2018: Patriot News: "Perry Conceded He Did Vote To Eradicate The Requirements" To Protect People With Pre-Existing Conditions

**2018: Perry Said Claims He Was Against Requirements To Cover Pre-Existing Conditions Was "A Lie" But Admitted He Did Vote To Eradicate Pre-Existing Conditions Coverage.** "Perry called TV advertisements accusing him of voting against federal requirements for insurers to cover pre-existing conditions are 'a lie.' Perry conceded he did vote to eradicate the requirements in the context of larger votes to repeal the Obama administration's Affordable Care Act, a staple of his past campaigns. But those votes, he said, were simply part of a work in progress that always envisioned bringing the requirement back in a replacement plan." [Patriot News, 10/21/18]

---

### Perry Voted 12 Times To Repeal The Affordable Care Act

**Perry Voted 2 Times To Fully Repeal The Affordable Care Act**

- **Perry Voted For Repealing The Affordable Care Act.** [HR 596, Vote #58, 2/3/15; CQ Floor Votes, 2/3/15]
- **Perry Voted For Repealing The Affordable Care Act.** [HR 45, Vote #154, 5/16/13; CQ Floor Votes, 5/16/13]

**Perry Voted For Repealing The Affordable Care Act.** In February 2015, Perry voted for: the "Passage of the bill that would repeal the 2010 health care overhaul. The bill would delay the repeal by 180 days after enactment and direct the House Education and the Workforce, Energy and Commerce, Judiciary and Ways and Means committees to submit alternative legislation with a number of provisions, including ones to increase economic growth by eliminating certain regulations; lower health care premiums through increased competition; overhaul the medical liability system; and provide states greater flexibility to administer Medicaid programs." The bill passed 239-186. [HR 596, Vote #58, 2/3/15; CQ Floor Votes, 2/3/15]

> **The Hill: The Vote Was The Fourth Vote To "Completely Repeal" The Affordable Care Act; For The First Time, The Bill Included Instructions For Committees To Replace The Bill, But With No Deadline To Finish.** "The GOP House on Tuesday voted for the fourth time to completely repeal ObamaCare, but this time with instructions for several committees to replace the healthcare law with new policies. […] This is the first time the House has coupled an ObamaCare repeal vote with instructions to write a replacement, but they included a significant caveat. The legislation doesn't impose any deadlines on committees to finish their work." [The Hill, 2/3/15]


**Perry Voted For Repealing The Affordable Care Act.** In May 2013, Perry voted for: "Passage of the bill that would repeal the 2010 health care overhaul law, which requires most individuals to buy health insurance by 2014, makes changes to government health care programs and sets requirements for health insurers. It also would repeal provisions pertaining to the Independent Payment Advisory Board. The bill would restore the provisions of law amended or repealed by the health care overhaul, and repeal certain provisions of the health care reconciliation law." The bill passed 229-195. [HR 45, Vote #154, 5/16/13; CQ Floor Votes, 5/16/13]

> **Washington Post: The Bill "Would Repeal The Health Care Law In Full."** "Since Republicans took control of the House of Representatives in 2011, the House has voted 36 times to repeal either all, or part, of President Obama's health-care law. On Thursday, the House is scheduled to do it again, taking up another bill that would repeal the health care law in full." [Washington Post, 5/15/13]

**Perry Voted 7 Times For Republican Budget Resolutions That Fully Repealed The Affordable Care Act**

- **Perry Voted For Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act.** [S Con Res 11, Vote #183, 4/30/15; Bloomberg, 4/29/15]
- **Perry Voted For Republican Budget That Repealed The Affordable Care Act.** [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]
- **Perry Voted For Budget Alternative That Repealed The Affordable Care Act.** [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]
- **Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/25/15]
- **Perry Voted For Republican Budget That Repealed Affordable Care Act.** [H Con Res 96, Vote #177, 4/10/14]
- **Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 96, 4/10/14; Rep. Hall, Press Release, 4/10/14]
- **Perry Voted For Republican Budget That Repealed Affordable Care Act.** [H Con Res 25, Vote #88, 3/21/13]
- **Perry Did Not Vote On Republican Study Committee Budget That Repealed The Affordable Care Act.** [H Con Res 25, Vote #86, 3/20/13; Rep. Hanabusa, Press Release, 3/20/13]

**Perry Voted For A Republican Conference Report On Budget That Began Process To Repeal Affordable Care Act**. In April 2015, Perry voted for: "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S Con Res 11, Vote #183, On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**Perry Voted For A Republican Budget That Repealed The Affordable Care Act.** In March 2015, Perry voted for: "[The Republican budget] also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass." The resolution passed 228 to 199. [H. Con. Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Perry Voted For A Budget Alternative That Repealed The Affordable Care Act.** In March 2015, Perry voted for:  a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and



other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** In March 2015, Perry voted for: the "Stutzman, R-Ind., substitute amendment that would provide for $ 2.804 trillion in new budget authority in fiscal 2016, not including off-budget accounts. The substitute would call for reducing spending by $7.1 trillion over 10 years compared to the Congressional Budget Office baseline. The proposal would call for capping discretionary spending at $975 billion in fiscal 2016, freezing it for two years, and then allowing it to grow with inflation. It would call for setting discretionary defense spending at $570 billion, non-defense discretionary spending at $405 billion and allowing for $58 billion in Overseas Contingency Operations. The measure would call for, after fiscal 2019, OCO spending being incorporated into (non-emergency) discretionary defense spending. The proposal would call for repeal of the 2010 health care overhaul, converting Medicaid and the Children's Health Insurance Program into block grant programs and transitioning Medicare to a premium-support system. It would propose changing the inflationary index for Social Security benefits to 'chained' CPI for all government programs and gradually increases eligibility to age 70 for Social Security. It also would propose converting the Supplemental Nutrition Assistance Program into a block grant program and changing it to a discretionary program. The amendment would outline guidance for a tax overhaul, including stating that taxes should be revenue neutral based on dynamic scoring and that the alternative minimum tax be repealed. It also would propose that federal funding for transportation be limited to core federal duties, such as the interstate highway system." [H Con Res 27, Vote #138, 3/25/15; CQ, 3/25/15]

> **The Hill: "The RSC Plan Would Repeal Obamacare Through A Budget Tool Known As Reconciliation."** [The Hill, 3/23/15]

**Perry Voted For Republican Budget That Repealed Affordable Care Act.** In April 2014, Perry voted for: "Adoption of the concurrent resolution that would provide for $2.842 trillion in new budget authority in fiscal 2015, not including off-budget accounts. It would assume $5.1 trillion in reductions over the next 10 years in both discretionary and mandatory spending. The proposal would assume the repeal of the 2010 health care overhaul. It also would propose extending the 2013 law that withheld the pay of members of Congress unless the House and Senate each approve a budget resolution. It would propose changing the Supplemental Nutrition Assistance Program into a block grant program and call for a decrease of $125 billion in SNAP funding over five years. The proposal would call for expanded work and job training requirements in order to receive aid from the Temporary Assistance to Needy Families Program and would propose preventing beneficiaries from receiving unemployment insurance and disability insurance concurrently. It would call for the creation of a block grant program for Medicaid run by individual states. It also would include a proposal for a 10-year 'doc fix' to prevent a 24 percent cut in Medicare payments to doctors. It would assume the enactment of legislation to consolidate the current seven individual tax brackets into two, allowing for the reduction of the top individual rate from 39.6 percent to 25 percent and the corporate rate from 35 percent to 25 percent and call for repeal of the alternative minimum tax. It also would call for a maximum-income cap to qualify for Pell Grants and the elimination of eligibility for less than half-time students." The resolution was adopted 219-205. [H Con Res 96, Vote #177, 4/10/14; CQ Floor Votes, 4/10/14]

**Perry Voted For Republican Study Committee Budget That Repealed The Affordable Care Act.** In April 2014, Perry voted for: "the Republican Study Committee's budget that would balance the federal budget in four years, rein in Washington's huge deficits, and repeal 'ObamaCare.' The RSC budget failed to receive a majority vote for passage, but a subsequent vote on the Ryan budget was approved." [H Con Res 96, Vote #175, 4/10/14; Rep. Hall, Press Release, 4/10/14]

**Perry Voted For Republican Budget That Repealed Affordable Care Act.** In March 2013, Perry voted for: "Adoption of the concurrent resolution that would provide $2.769 trillion in new budget authority in fiscal 2014, not including off-budget accounts. It would assume that the spending levels required by the sequester remain in place and that non-war discretionary spending for all future years will be at post-sequester levels. It would assume that all discretionary savings from the sequester beginning in fiscal 2014 will come from non-defense programs. It



would assume $5.7 trillion in reductions over the next 10 years in both discretionary and mandatory spending. It would assume repeal of the 2010 health care overhaul and a restructuring of Medicare into a "premium support" system beginning in 2024. It would call for an overhaul of the tax code, under which the alternative minimum tax would be repealed, the six current individual income tax brackets would be consolidated into two and tax credits and deductions would be eliminated or curtailed." The resolution passed 221-207. [H Con Res 25, Vote #88, 3/21/13; CQ, 3/21/13]

**Perry Did Not Vote On Republican Study Committee Budget That Repealed The Affordable Care Act.** In March 2013, Perry did not vote on: "the Republican Study Committee substitute keeps the sequester in place, repeals the Affordable Care Act, and privatizes Medicare, exempting only those 60 years or older from the changes. The measure would also cut Social Security benefits by increasing the retirement age to 70, and cap funding below 2008 levels for education, infrastructure, and other important domestic programs until 2017." [H Con Res 25, Vote #86, 3/20/13; Rep. Hanabusa, Press Release, 3/20/13]

---

**Perry Voted For Repealing Major Pillars Of Affordable Care Act, Including Individual Mandate**

---

- **Perry Voted For Overturning Obama's Veto Of A Bill That Would Repeal Major Portions Of The Affordable Care Act.** [HR 3762, Vote #53, 2/2/16; CQ Floor Votes, 2/2/16]
- **Perry Voted For Agree With Senate Amendment To Bill To Repeal Major Portions Of The Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #6, 1/6/16; CQ Floor Votes, 1/6/16]
- **Perry Voted For House Passage Of A Bill To Repeal Major Portions Of Affordable Care Act, Including Individual Mandate.** [HR 3762, Vote #568, 10/23/15; CQ Floor Votes, 10/23/15]

**Perry Voted For Overturning Obama's Veto Of A Bill That Would Repeal Major Portions Of The Affordable Care Act.** In February 2016, Perry voted for: "Passage, over President Obama's Jan. 8 2016, veto, of the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." A two-thirds majority was required to override the President's veto. The motion was rejected 241-186. [HR 3762, Vote #53, 2/2/16; CQ Floor Votes, 2/2/16]

> **The Bill Attempted "To Overturn President Obama's Veto Of Legislation To Repeal Obamacare."**
> "House Republicans are moving on to a new round of budget fights after failing on Tuesday to overturn President Obama's veto of legislation to repeal Obamacare and defund Planned Parenthood. Republicans were not able to rally the support of two-thirds of the House necessary to overturn the veto, leaving conservatives to turn their attention to a final year of budget fights with the president. The 241-186 vote, appropriately scheduled for Groundhog Day, was the 63rd time the House has voted to overturn all or part of Obama's signature health care law." [Washington Post, 2/2/16]

**Perry Voted For Agree With Senate Amendment To Bill To Repeal Major Portions Of The Affordable Care Act, Including Individual Mandate.** In January 2016, Perry voted for: "Price, R-Ga., motion to concur in the Senate amendment to the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The bill passed 240-181. [HR 3762, Vote #6, 1/6/16; CQ Floor Votes, 1/6/16]


**CNN: The Legislation Would "Repeal Obamacare."** "The GOP-controlled House of Representatives on Wednesday afternoon passed legislation that would repeal Obamacare, and after more than 60 votes to roll back all or part of the law, the bill dismantle it will finally get to the President's desk." [CNN, 1/6/16]

**Perry Voted For House Passage Of A Bill To Repeal Major Portions Of Affordable Care Act, Including Individual Mandate.** In October 2015, Perry voted for: "Passage of the bill that would repeal portions of the 2010 health care law, including: the requirements for most individuals to have health insurance and employers with more than 50 employees to offer it or face penalties, the 2.3 percent tax on the sale of medical devices, the tax on certain high-value employer-sponsored health insurance plans, and the Prevention and Public Health Fund. The measure also would block, for one year, federal funding for Planned Parenthood and would increase funding for community health centers by $235 million in both fiscal 2016 and 2017." The bill passed 240-189. [HR 3762, Vote #568, 10/23/15; CQ Floor Votes, 10/23/15]

> **Los Angeles Times: The Bill "Would Repeal Several Major Pillars Of President Obama's Landmark 2010 Law, Including The Requirement That Americans Have Health Coverage."** "House Republicans pushed forward with another vote to roll back the Affordable Care Act on Friday, passing a bill that would repeal several major pillars of President Obama's landmark 2010 law, including the requirement that Americans have health coverage." [Los Angeles Times, 10/23/15]

> **HEADLINE: House Republicans vote to repeal Obamacare, again** [Los Angeles Times, 10/23/15]

**According To The CBO, The Bill Would Increase The Number Of Uninsured Americans By 32 Million.** "The number of people who are uninsured would increase by 18 million in the first new plan year following enactment of the bill. Later, after the elimination of the ACA's expansion of Medicaid eligibility and of subsidies for insurance purchased through the ACA marketplaces, that number would increase to 27 million, and then to 32 million in 2026." [CBO, 1/2017]

**According To The CBO, The Bill Would Cause Health Insurance Premiums To Double.** "Premiums in the nongroup market (for individual policies purchased through the marketplaces or directly from insurers) would increase by 20 percent to 25 percent—relative to projections under current law—in the first new plan year following enactment. The increase would reach about 50 percent in the year following the elimination of the Medicaid expansion and the marketplace subsidies, and premiums would about double by 2026." [CBO, 1/2017]

**According To The CBO, The Bill Would Leave In Place Rules That Insurance Companies Could "Not Deny Coverage Or Vary Premiums Because Of An Enrollee's Health Status Or Limit Coverage Because Of Preexisting Medical Conditions."** "Importantly, H.R. 3762 would leave in place a number of market reforms—rules established by the ACA that govern certain health insurance markets. Insurers who sell plans either through the marketplaces or directly to consumers are required to: Provide specific benefits and amounts of coverage; Not deny coverage or vary premiums because of an enrollee's health status or limit coverage because of preexisting medical conditions; and Vary premiums only on the basis of age, tobacco use, and geographic location." [CBO, 1/2017]

## Perry Voted 22 Times To Cripple, Defund, Or Change the Affordable Care Act

### Perry Voted For Beginning Process Of Repealing Affordable Care Act

**Perry Voted For Beginning The Process Of Repealing Affordable Care Act.** In January 2017, Perry voted for: "Adoption of the concurrent resolution that includes reconciliation instructions for the House Energy and Commerce and Ways and Means Committees as well as the Senate Finance and Health, Education, Labor and Pensions Committees to develop legislation to reduce the deficit by at least $1 billion each over a 10-year period by January 27, 2017, which is expected to repeal parts of the 2010 health care law. The concurrent resolution also would set broad spending and revenue targets over the next 10 years. It would allow $3.3 trillion in new budget



authority for fiscal 2017." The resolution was adopted 227-198. [S Con Res 3, Vote #58, 1/13/17; CQ Floor Votes, 1/13/17]

**The Vote "Began The Process Of Dismantling The Affordable Care Act" By Allowing Republicans To Use Budget Reconciliation To Roll Back The Law.** "The House of Representatives began the process of dismantling the Affordable Care Act on Friday, approving a budget resolution on a mostly party line vote. The vote was 227-198. The Senate passed the measure earlier this week. It allows Republicans on Capitol Hill to use a process known as 'budget reconciliation' to roll back major parts of the health care law. Top Republican leaders are also saying they plan to move to replace Obamacare along the same track, but they are still struggling to come up with the details on how it will work." [CNN, 1/3/17]

**HEADLINE: House takes first step towards repealing Obamacare** [CNN, 1/3/17]

---

**Perry Voted 2 Times To Defund The Affordable Care Act Or Major Provisions Of The Bill**

---

- **Perry Voted For Defunding The Affordable Care Act.** [H J Res 59, Vote #478, 9/20/13; CQ Floor Votes, 9/20/13]
- **Perry Voted For Prohibiting The Treasury Department And IRS From Enforcing The Affordable Care Act.** [HR 2009, Vote #447, 8/2/13; CQ Floor Votes, 8/2/13]

**Perry Voted For Defunding The Affordable Care Act.** In September 2013, Perry voted for: "Passage of the joint resolution that would provide continuing appropriations through Dec. 15, 2013 for government operations that would reflect an annual discretionary level of about $986.3 billion. It also would defund the 2010 health care overhaul and allow the U.S. Treasury, once the statutory debt limit is reached, to continue borrowing over the debt limit until Dec. 15, 2014. Funds could only be used to pay the principal and interest on both government debt held by the public and on obligations to the Social Security trust fund." [H J Res 59, Vote #478, 9/20/13; CQ Floor Votes, 9/20/13]

**2013: Perry Said He Supported Defunding The Affordable Care Act Via The Appropriations Process.** "During a town hall-style meeting earlier this month, U.S. Rep. Scott Perry, R-York County, told a crowd that there were political risks to attempting to defund President Barack Obama's 2010 health care law through a temporary budget bill. 'I'm for it, if we can do it,' Perry told the crowd at a York 912 Patriots meeting in West Manchester Township on Sept. 5. House Republicans are now trying that strategy. Perry, like nearly all House Republicans, on Friday voted for a stopgap spending bill that would remove funding for the health care law. Perry described that action as a vote 'to keep the federal government open and protect every hard-working American from the harmful impacts of Obamacare.' '...It's time for the Senate to do the same,' Perry said in a short video message." [York Daily Record, 9/24/13]

**Perry Voted For Prohibiting The Treasury Department And IRS From Enforcing The Affordable Care Act.** In August 2013, Perry voted for: "Passage of the bill that would prohibit the Treasury secretary, or any delegate of the secretary, including the IRS, from implementing or enforcing any provisions of the 2010 health care law. Provisions of the law slated to go into effect in 2014 require individuals to have health insurance or pay a tax penalty." [HR 2009, Vote #447, 8/2/13; CQ Floor Votes, 8/2/13]

---

**Perry Voted 8 Times To Delay Key Provisions Of The Affordable Care Act**

---

- **Perry Voted For Requiring Regulations and Rule Changes In The Affordable Care Act Be Subject To Congressional Approval.** [HR 427, Vote #474; CQ Floor Votes, 7/28/15]
- **Perry Voted For Repealing The Sustainable Growth Rate Formula, And Delaying Tax Penalty For Individual Mandate For Five Years.** [HR 4015, Vote #135, 3/14/14; CQ Floor Votes, 3/14/14]
- **Perry Voted For Delaying Tax Penalty For Individual Mandate Under The Affordable Care Act.** [HR 4118, Vote #97, 3/5/14; CQ Floor Votes, 3/5/14]



- **Perry Voted For Delaying Individual Mandate For One Year.** [HJRes 59, Vote #504, 9/30/13; CQ Floor Votes, 9/30/13]
- **Perry Voted For Delaying Implementation Of The Affordable Care Act For One Year.** [HJRes 59, Vote #498, 9/29/13; CQ Floor Votes, 9/29/13]
- **Perry Voted For Blocking Subsidies In Affordable Care Act Until A Program To Verify Recipient Qualifications Was In Place.** [HR 2775, Vote #458, 9/12/13; CQ Floor Votes, 9/12/13]
- **Perry Voted For Delaying The Individual Mandate For One Year.** [HR 2668, Vote #363, 7/17/13; CQ Floor Votes, 7/17/13]
- **Perry Voted For Delaying The Employer Mandate For One Year.** [HR 2667, Vote #361, 7/17/13; CQ Floor Votes, 7/17/13]

**Perry Voted For Requiring Regulations and Rule Changes In The Affordable Care Act Be Subject To Congressional Approval.** In July 2015, Perry voted for: an amendment that would require "rule and regulations under the Affordable Care Act to be subject to the congressional approval process established in the bill." The amendment passed, 242-167. [HR 427, Vote #474; CQ Floor Votes, 7/28/15]

**Perry Voted For Repealing The Sustainable Growth Rate Formula, And Delaying Tax Penalty For Individual Mandate For Five Years.** In March 2014, Perry voted for: "Passage of the bill that would repeal the sustainable growth rate formula and replace it with systems to adjust payments based on performance factors or on a provider's participation in payment models that move them away from the fee-for-service structure. The bill would provide for an annual 0.5 percent payment increase for physicians from 2014 through 2018. As amended, the bill would delay for five years the penalties under the 2010 health care law on individuals who do not purchase health insurance." [HR 4015, Vote #135, 3/14/14; CQ Floor Votes, 3/14/14]

**Perry Voted For Delaying Tax Penalty For Individual Mandate Under The Affordable Care Act.** In March 2014, Perry voted for: "Passage of the bill that would delay, until January 2015, the tax penalty for individuals who fail to purchase health insurance under the 2010 health care overhaul. It also would delay certain phase-in and indexing requirements related to the individual mandate penalty." [HR 4118, Vote #97, 3/5/14; CQ Floor Votes, 3/5/14]

**Perry Voted For Delaying Individual Mandate For One Year.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to recede from House amendments and concur in the Senate amendment with an additional House amendment to the joint resolution that would provide fiscal 2014 continuing appropriations. The House amendment would fund the government until Dec. 15, 2013, and delay for one year a requirement in the 2010 health care overhaul that all individuals purchase health insurance or pay a tax penalty. It also would require the president, vice president, members of Congress, congressional staff and political appointees to purchase health insurance through the health care law's state insurance exchanges and would limit the subsidies they may receive for purchasing insurance." [HJRes 59, Vote #504, 9/30/13; CQ Floor Votes, 9/30/13]

**Perry Voted For Delaying Implementation Of The Affordable Care Act For One Year.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing appropriations with a Blackburn, R-Tenn., amendment that would delay for one year implementation of any provision of the 2010 health care overhaul that would take effect between Oct. 1, 2013, and Dec. 31, 2014, including the individual mandate and the imposition or increase of specified taxes and fees. It also would allow companies and insurance providers until 2015 to opt out of mandated birth control coverage for religious or moral reasons, and bar appropriations and transfers from the Patient-Centered Outcomes Research Fund. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013." [HJRes 59, Vote #498, 9/29/13; CQ Floor Votes, 9/29/13]

**Perry Voted For Blocking Subsidies In Affordable Care Act Until A Program To Verify Recipient Qualifications Was In Place.** In September 2013, Perry voted for: "Passage of the bill that would block premium and cost-sharing subsidies under the 2010 health care overhaul law until a program to verify recipient qualifications



is in place. As amended, the bill would require the Health and Human Services inspector general to certify the program." [HR 2775, Vote #458, 9/12/13; CQ Floor Votes, 9/12/13]

**Perry Voted For Delaying The Individual Mandate For One Year.** In July 2013, Perry voted for: "Passage of the bill that would delay for one year, until the start of 2015, the requirement in the 2010 health care overhaul that most individuals maintain health insurance coverage or pay a penalty." [HR 2668, Vote #363, 7/17/13; CQ Floor Votes, 7/17/13]

**Perry Voted For Delaying The Employer Mandate For One Year.** In July 2013, Perry voted for: "Passage of the bill that would delay for one year, until the beginning of 2015, the requirement in the 2010 health care overhaul that businesses with 50 or more full-time employees provide health insurance to their workers or pay a penalty. It also would delay by one year associated reporting requirements for employers and insurance providers." [HR 2667, Vote #361, 7/17/13; CQ Floor Votes, 7/17/13]

---

**Perry Voted 4 Times On Repealing Parts Of The Affordable Care Act**

---

- **Perry Voted For A Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]
- **Perry Voted For Eliminating Independent Payment Advisory Board.** [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]
- **Perry Voted For Repealing Medical Device Tax Under The Affordable Care Act.** [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]
- **Perry Voted For Repealing The Medical Device Tax.** [H J Res 59, Vote #497, 9/20/13; CQ Floor Votes, 9/20/13]

**Perry Voted For A Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** In December 2015, Perry voted for: concurring with a Senate amendment to a tax package that included a two year moratorium on the 2.3 percent medical device tax implemented under the Affordable Care Act. The amendment passed, 318-109. [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**Perry Voted For Eliminating The Independent Payment Advisory Board.** "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. The Independent Payment Advisory Board has never been used. It consists of 15 members and was included in the law to control the rate of Medicare growth and to help the program come up with savings. The law said the board would make savings recommendations if Medicare spending was projected to exceed a certain target rate, but so far, spending hasn't grown fast enough to trigger the IPAB. The 244-154 vote occurred days before an expected Supreme Court ruling on the legality of Obamacare subsidies." The bill passed, 244-154. [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]

> **Perry Said He Opposed The Affordable Care Act, Seemingly Citing IPAB As A Reason.** "What about the Affordable Care Act? Perry opposes it and said a provision in the act that allows a board to dictate whether a patient can have a procedure is not fair. The act has cost more than anticipated, he said." [Evening Sun, 10/22/14]

**Perry Voted For A Repealing Medical Device Tax Under The Affordable Care Act.** "The House defied a White House veto threat and voted Thursday to abolish a tax on medical device makers as a group of Democrats uncharacteristically joined Republicans in moving to kill part of President Barack Obama's health care law … The Republican-led House has voted more than 50 times since 2011 to void all or part of Obama's health care overhaul, usually along party lines." The bill passed 280 to 140. [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]

**Perry Voted For Repealing The Medical Device Tax.** In September 2013, Perry voted for: "Rogers, R-Ky., motion to concur in the Senate amendment to the joint resolution that would provide fiscal 2014 continuing



appropriations with a Paulsen, R-Minn., amendment that would repeal the 2.3 percent medical device tax included in the 2010 health care overhaul. It also would set the expiration date for the continuing appropriations to Dec. 15, 2013; bar authority for capital construction for the Dwight D. Eisenhower Memorial Commission through Dec. 15, 2013; and extend and increase available visas for the special immigrant visa program for Iraqis who supported U.S. efforts in Iraq after March 2003." [H J Res 59, Vote #497, 9/20/13; CQ Floor Votes, 9/20/13]

---

**Perry Voted 7 Times To Change The Affordable Care Act**

- **Perry Voted For Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]
- **Perry Voted For Increasing Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** [HR 30, Vote #14, 1/8/15; Politico, 1/8/15]
- **Perry Voted For A Bill To Allow Companies To Keep Employer-Sponsored Group Health Plans Not In Compliance With Affordable Care Act Requirements.** [HR 3522, Vote #495, 9/11/14; CQ News, 9/11/14]
- **Perry Voted For Increasing Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** [HR 2575, Vote #156, 4/3/14; CQ Floor Votes, 4/3/14]
- **Perry Voted For Requiring HHS To Provide Weekly Reports On HealthCare.gov, Including Enrollment Data.** [HR 3362, Vote #23, 1/16/14; CQ Floor Votes, 1/16/14]
- **Perry Voted For Requiring HHS To Notify Individuals Of Any Security Breach Of Data From HealthCare.gov.** [HR 3811, Vote #11, 1/10/14; CQ Floor Votes, 1/10/14]
- **Perry Voted For A Bill To Allow Companies To Keep Employer-Sponsored Group Health Plans Not In Compliance With Affordable Care Act Requirements.** [HR 3350, Vote #587, 11/15/13; CQ Floor Votes, 11/15/13]

**Perry Voted For A Bill Blocking Federal Funding For Abortion, Including ACA Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]

**Perry Voted For Increasing The Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** "The House will vote again on Thursday to lengthen Obamacare's full-time workweek definition to 40 hours, but the Senate has work to do before it can hope to get its first anti-Obamacare bill to the president's desk." The bill passed, 252-172. [HR 30, Vote #14, 1/8/15; Politico, 1/8/15]

**Perry Voted For A Bill To Allow Companies To Keep Employer-Sponsored Group Health Plans Not In Compliance With Affordable Care Act Requirements.** "Another Republican effort to undo a pillar of the 2010 health care law took center stage in the House on Thursday as lawmakers passed a measure that would allow companies and workers to keep employer-sponsored group health plans not in compliance with the law's coverage requirements. Lawmakers backed, 247-167, a bill (HR 3522) that would permit insurers to continue providing any group plans offered in 2013, regardless whether they meet criteria in the law (PL 111-148, PL 111-152). Insurers could offer those plans to existing or new enrollees through December 31, 2018, but could not offer the coverage through health insurance exchanges." [HR 3522, Vote #495, 9/11/14; CQ News, 9/11/14]

**Perry Voted For Increasing The Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** In April 2014, Perry voted for: "Passage of the bill that would change the definition of a full-time



employee from the current 30 hours per week to 40 hours per week for purposes of the 2010 health care law's employer mandate. It also would change how the 50-employee threshold is calculated, by requiring employers to divide the aggregate number of hours worked in a month by part-time workers by 174, rather than 120 as required by current law." [HR 2575, Vote #156, 4/3/14; CQ Floor Votes, 4/3/14]

**Perry Voted For Requiring HHS To Provide Weekly Reports On HealthCare.gov, Including Enrollment Data.** In January 2014, Perry voted for: "Passage of the bill that would require the Health and Human Services Department to report weekly on the performance of HealthCare.gov and its affiliated call center, including health insurance enrollments, website problems and other consumer interactions. It also would require HHS to disclose the names of navigators and insurance agents who educate consumers about the health care law and assist them in purchasing health insurance through the federal website." [HR 3362, Vote #23, 1/16/14; CQ Floor Votes, 1/16/14]

**Perry Voted For Requiring HHS To Notify Individuals Of Any Security Breach Of Data From HealthCare.gov.** In January 2014, Perry voted for: "Passage of the bill that would require the Health and Human Services Department to notify individuals within two business days of any security breach of health care exchange system information that resulted in the theft or unlawful access of individuals' personally identifiable information from HealthCare.gov, or the state or small business exchanges' websites." [HR 3811, Vote #11, 1/10/14; CQ Floor Votes, 1/10/14]

**Perry Voted For Bill To Allow Companies To Keep Employer-Sponsored Group Health Plans Not In Compliance With Affordable Care Act Requirements.** In November 2013, Perry voted for: "Passage of the bill that would allow health insurance companies to continue to offer in 2014, outside of the new insurance exchanges, health care plans in the individual market that were in effect as of Jan. 1, 2013. Such policies would be treated as grandfathered health plans that satisfy the minimum essential health insurance coverage requirements set by the 2010 health care overhaul." [HR 3350, Vote #587, 11/15/13; CQ Floor Votes, 11/15/13]

## 2015: Perry Said He Had "High Hopes" That The Affordable Care Act Would Be Repealed

**2015: Perry Said He Had "High Hopes" That The Affordable Care Act Would Be Repealed.** "Affordable Care Act: Asked if it's possible to overturn the Affordable Care Act, commonly called Obamacare, Perry said it seems unlikely. 'I still have high hopes,' he said. 'But every single day that goes by, it gets more and more difficult.' The needed votes may not be there and, since the system has been in place for more that five years, it might be too large to unravel." [York Dispatch, 11/12/15]

## 2015-16: Perry Repeatedly Claimed That The Affordable Care Act Cut Hundreds Of Millions From Medicare

**Perry Claimed That The Affordable Care Act Cut $716 Billion From Medicare.** "The writer also claimed that Republicans want to eliminate Medicare. Really? Turn your attention to the Affordable Care Act, which included $716 billion in cuts to Medicare and is directly responsible for the skyrocketing premiums that are crippling families and small businesses in our community. When it came for a vote, that bill was opposed by every single Republican. We plan to replace it with a health care plan that recognizes that people should have access to more patient-centered care, and not have to navigate through more government bureaucracy. You'll have the freedom and flexibility to choose the care that's best for you and your family." [Scott Perry, Op-Ed, York Daily Record, 11/27/16]

**Perry Claimed The ACA Cut $800 Billion From Medicare.** "Although Republicans are accused of trying to harm Medicare, Obamacare gutted over $800 billion from Medicare to fund its massive new entitlement program - jeopardizing the future of our seniors' health care system." [York Daily Record, Scott Perry Op-Ed, 1/15/17]



**Politifact: Obamacare Doesn't Literally "Rob" Medicare.** "Obamacare doesn't literally 'rob' Medicare. But the Affordable Care Act does include provisions that reduce future increases in Medicare spending. In other words, the law slows down the rising costs of Medicare." [Politifact, 8/7/15]

**Cuts To Medicare Came At The Cost Of Insurance Companies And Hospitals.** "Obamacare doesn't literally 'rob' Medicare. But the Affordable Care Act does include provisions that reduce future increases in Medicare spending. In other words, the law slows down the rising costs of Medicare. It's also important to note that the savings come at the expense of insurers and hospitals, not beneficiaries. (The $700 billion figure is also old, from a 2012 report by the Congressional Budget Office. It's now updated to about $800 billion.)" [Politifact, 8/7/15]

## 2013: Perry Signed Onto A Letter Asking Speaker Boehner To Defund The Implementation Of The ACA

**Perry Signed Onto A Letter Asking For The Speaker To Defund The Implementation Of The Affordable Care Act.** "Rep. Scott Perry, R-York County, is among 80 House Republicans who signed a letter to Speaker of the House John Boehner urging him to de-fund the implementation of the Affordable Care Act, so-called Obamacare. But Perry said he won't vote against any appropriations bills based solely on his disapproval of the law, and his signature was intended to 'convey the message that the American people are dissatisfied with the debt and the healthcare law.' While the House and Senate passed the legislation and President Barack Obama signed it into law in 2010, Perry and dozens of his colleagues continue to resist." [York Dispatch, 8/26/13]

## 2012: Perry Claimed That The Medicare Reform Provisions In The ACA Did Not Address Problems

**2012: Perry Claimed That The Medicare Reform Provisions In The Affordable Care Act Did Not Address Problems.** "He said it's inappropriate for wealthy people to have access to Medicare, and it should be limited to people who are middle class and the poor. He said the Medicare reform previsions in the Affordable Care Act don't address the problems, and the bill should be 'thrown out.'" [York Dispatch, 10/21/12]

# Lawsuits Opposing The ACA

## Perry Voted Against Condemning The Trump Administration's Legal Campaign Against The Affordable Care Act

**Perry Voted Against Condemning The Trump Administration's Legal Campaign Against The Affordable Care Act.** In April 2019, Perry voted against: "Passage of the resolution that would express the sense of the House of Representatives that the Trump administration's stance on invalidating the 2010 health care law is 'unacceptable' and that the Justice Department should protect individuals with pre-existing conditions, individuals who pay high costs for prescription drugs, and individuals who 'gained health insurance coverage since 2014.' The resolution would recommend that the department reverse its position in the case of Texas v. United States." The resolution passed 240 to 186. [H Res 271, Vote #146, 4/3/19; CQ, 4/3/19]

**HEADLINE: "House Votes To Condemn Trump Administration's Opposition To ACA."** [Jurist.org, 4/4/19]

## Perry Voted Against Authorizing House Intervention Into The Texas Court Case That Found The Affordable Care Act Unconstitutional

**Perry Voted Against Authorizing House Intervention Into The Texas Court Case That Found The Affordable Care Act Unconstitutional.** In January 2019, Perry voted against: "Adoption of the resolution that



would establish the rules of the House for the 116th Congress. Title III of the resolution would authorize the speaker, on behalf of the House of Representatives, to intervene in the Texas court case that found the 2010 healthcare law unconstitutional and other cases related to the law. It would also direct the Office of General Counsel to represent the House in any such litigation." The resolution was adopted 235-192. [H Res 6, Vote #19, 1/09/19; CQ, 1/09/19]

> **HEADLINE: House Democrats vote to defend ACA in court — and jam Republicans** [Washington Post, 1/3/19]

### Perry Said He Was "Disappointed" In The King V. Burwell Ruling And Said That The ACA "Simply Is Bad"

**Perry Said He Was "Disappointed" In The King V. Burwell Ruling And Said That The ACA "Simply Is Bad."** "Local politicians have responded to the U.S. Supreme Court's ruling Thusday in King v. Burwell, which further entrenches ObamaCare. […] U.S. Rep. Scott Perry, R-York. 'I'm disappointed by the Supreme Court's decision today. President Obama promised that the Affordable Care Act would cut costs and make coverage more affordable for families; however, his claims haven't held up to the facts. Many 4th District families, small business owners and medical providers I've met have told me about the increased cost of health insurance under this law and its unbearable mandates. I must respect the Supreme Court's decision but this law simply is bad and unaffordable for many people, and I'll not stop working to try to address it. I've long advocated that opposing the ACA wasn't enough; and have argued for a plan that will include common sense reforms that enjoy widespread support, such as stopping frivolous lawsuits through medical liability reform, allowing the purchase of insurance across state lines, and protecting patients with preexisting conditions. I'll continue to fight for those principles.'" [Public Opinion, 6/25/15]

### 2010: Perry Supported Pennsylvania's Lawsuit Against The Federal Government Over The ACA

**Perry Supported Pennsylvania Suing The Federal Government Over The Affordable Care Act.** "State Rep. Scott Perry, R-92, said Tuesday that he is fully supportive of Pennsylvania Attorney General Tom Corbett's effort to file suit on behalf of the commonwealth against the federal health care reform legislation." [The Sentinel, 3/24/10]

**Perry On Pennsylvania's ACA Lawsuit: "There Have Been Loud Protests Against This Act And It Seems Clear That The Majority Of The People Do Not Support The Plan As Currently Crafted. There Is No Plausible Excuse For This Being Foisted Upon The American People And The People Of Pennsylvania. I Am Pleased That Attorney General Corbett Is Taking This Action On Behalf Of Pennsylvanians, And I Join Him In Support Of It."** "'I am disappointed by the brazen neglect for the will of the citizens during passage of a major takeover of the nation's health care system,' Perry said in a statement. 'There have been loud protests against this act and it seems clear that the majority of the people do not support the plan as currently crafted. There is no plausible excuse for this being foisted upon the American people and the people of Pennsylvania. I am pleased that Attorney General Corbett is taking this action on behalf of Pennsylvanians, and I join him in support of it.'" [The Sentinel, 3/24/10]

**In 2010 Florida Attorney General Bill McCollum Filed A Lawsuit To Block Instatement Of The Affordable Care Act, And The Pennsylvania Attorney General Signed On.** "Officials from 14 states have gone to court to block the historic overhaul of the U.S. health care system that President Obama signed into law Tuesday, arguing the law's requirement that individuals buy health insurance violates the Constitution. Thirteen of those officials filed suit in a federal court in Pensacola, Florida, minutes after Obama signed the Patient Protection and Affordable Care Act. […] The case was filed by Florida Attorney General Bill McCollum and joined by 11 other Republican attorneys general, along with one Democrat. McCollum said the new law also forces states 'to do things that are practically impossible to do as a practical matter, and forcing us to do it without giving us any resources or money to do it.' McCollum's lawsuit was joined by his counterparts in Alabama, Colorado, Idaho, Louisiana, Michigan,



Nebraska, Pennsylvania, South Carolina, South Dakota Texas, Utah and Washington. Virginia's attorney general, Ken Cuccinelli, filed a separate case in his state Tuesday afternoon." [CNN, 5/23/10]

## American Health Care Act (AHCA)

### Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill

#### 2017: Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill

**2017: Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Perry voted for: "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

> **On His Vote For The AHCA Perry Said He Made A Commitment To "Repeal The Affordable Care Act," And While The AHCA Didn't Repeal The ACA, It Was "A First Step."** "'While it's important to recognize the American Health Care Act (AHCA) does not repeal the Affordable Care Act in full, it is a first step, albeit an imperfect one. Recent changes in the AHCA will give states more flexibility to tailor health care policies to meet the specific needs of its citizens and help reduce premium costs over time, while explicitly maintaining protections for those with pre-existing conditions.'" [Office of Rep. Scott Perry, Press Release, 5/4/17]

### American Health Care Act Would Gut Protections For People With Pre-Existing Conditions

**Politifact Found That AHCA "Would Weaken Protections" For Those With Pre-Existing Conditions, "Would Allow States To Give Insurers The Power To Charge People Significantly More."** "An ad by the American Action Network says that under the American Health Care Act 'people with pre-existing conditions are protected.' The only kernel of truth here is that the amendment has language that states insurers can't limit access to coverage for individuals with pre-existing conditions. However, the ad omits that the House GOP health plan would weaken protections for these patients. The legislation would allow states to give insurers the power to charge people significantly more if they had a pre-existing condition. While Republicans point to the fact that those patients could get help through high-risk pools, experts question their effectiveness. Current law does not allow states to charge people with pre-existing conditions significantly more. We rate this claim Mostly False." [Politifact, 5/24/17]

### American Health Care Act Would Lead To 23 Million More Uninsured – Disproportionally Older People With Lower Incomes

**CBO Estimated 14 Million More People Would Be Uninsured In 2018; 23 Million More Uninsured By 2026.** "CBO and JCT estimate that, in 2018, 14 million more people would be uninsured under H.R. 1628 than under current law. The increase in the number of uninsured people relative to the number under current law would reach 19 million in 2020 and 23 million in 2026 (see Table 4, at the end of this document)." [CBO, 5/24/17]


**CBO Found Increase In Uninsured Would Disproportionately Impact Older People With Lower Income.**
"Although the agencies expect that the legislation would increase the number of uninsured broadly, the increase would be disproportionately larger among older people with lower income—particularly people between 50 and 64 years old with income of less than 200 percent of the federal poverty level (see Figure 2)." [CBO, 5/24/17]

**CBO: Even In States Without Waivers, More People Would Be Uninsured Than Under Current Law.**
"CBO and JCT expect that under the current version of the legislation, the effects on health insurance coverage would be similar to those previously estimated for the half of the population that resides in states that would not obtain a waiver from the EHB or community-rating requirements. In general, under H.R. 1628, as passed by the House, fewer people would have coverage through the nongroup market, Medicaid, and employment-based coverage, and more people would be uninsured in those areas than under current law." [CBO, 5/24/17]

### American Health Care Act Would Create An Age Tax On Older Americans

**American Health Care Act Allows Insurers To Charge Older Customers Five Times More Than Younger Adults.** "Raises premiums for older people. The Affordable Care Act limited insurers from charging older customers more than three times what they charge younger adults. The House bill would raise that to five times. This may enable younger consumers to find cheaper coverage, but older policyholders would face higher rates." [Huffington Post, 3/6/17]

**New York Times: ACHA Achieved Lower Premiums Not Through Increased Choice And Competition, But By Making Health Insurance So Unaffordable For Many Older Americans They Would Leave The Market.**
"There are a lot of unpleasant numbers for Republicans in the Congressional Budget Office's assessment of their health care bill. But congressional leadership found one to cheer: The report says that the bill will eventually cut the average insurance premiums for people who buy their own insurance by 10 percent. […] But the way the bill achieves those lower average premiums has little to do with increased choice and competition. It depends, rather, on penalizing older patients and rewarding younger ones. According to the C.B.O. report, the bill would make health insurance so unaffordable for many older Americans that they would simply leave the market and join the ranks of the uninsured." [New York Times, 3/14/17]

## Big Pharma

**Perry Voted Against A Bipartisan Measure To Bring Down Drug Prices By Restricting Anti-Competitive Behaviors By Pharmaceutical Companies**

### Perry Voted Against The Strengthening Health Care and Lowering Prescription Drug Costs Act

**Perry Voted Against The Strengthening Health Care and Lowering Prescription Drug Costs Act.** In May 2019, Perry voted against: "Passage of the bill, as amended, that comprises a package of measures related to the development and market entry of generic drugs and a package of measures related to enrollment in and federal funding to support Affordable Care Act health insurance marketplaces. Title I of the bill includes provisions intended to facilitate the development and market entry of generic and biosimilar drug products. Specifically, it would allow the Food and Drug Administration to approve a subsequent company's application to manufacture a generic drug in cases where an initial company has applied but not received final FDA approval to introduce the drug after 30 months; approval of the subsequent application would trigger a 180-day exclusivity period for sale of the generic drug by the initial applicant company, after which point other generic versions could enter the market. It would prohibit generic and brand-name drug manufacturers from entering into agreements in which brand-name manufacturers pay to delay entry of a generic drug into the market, and it would authorize the Federal Trade Commission to issue penalties and initiate civil actions to enforce the prohibition. It would allow generic drug manufacturers to bring civil action against the license holder for a brand-name drug if the license holder does not



provide 'sufficient quantities' of samples of the brand-name drug on 'commercially reasonable, market-based terms;' it would also outline certain affirmative legal defenses for defendants and certain terms for legal remedies in the case of a successful suit. Title II of the bill includes several provisions intended to facilitate enrollment in and provide funding and support for state- and federally-operated health insurance marketplaces under the Affordable Care Act. Specifically, it would authorize $200 million in grant funding for states to establish and operate state-based ACA health insurance marketplaces. It would authorize $100 million for Health and Human Services Department consumer outreach and educational activities related to ACA marketplace plans. It would authorize $100 million for the HHS 'navigator' program, which funds certified entities to help individuals enroll in qualified plans, and would make certain modifications to the duties and selection of navigators. It would prohibit the HHS, Treasury, and Labor departments from taking any action to implement or enforce an August 2018 rule that effectively extends the maximum duration of coverage for short-term, limited-duration health insurance plans, which are not required to meet ACA patient protection requirements. As amended, the bill would authorize $25 million annually in grant funding for the ACA navigator program in state-based marketplaces and include a number of additional requirements related to outreach and education programs by navigators and by HHS." The bill passed 234-183. [HR 987, Vote #214, 5/16/19; CQ, 5/16/19]

---

**The Bipartisan Measure Included Three Drug Pricing Provisions Restricting Anti-Competitive Behaviors By Pharmaceutical Companies**

---

**The Bipartisan Measure Included Three Drug Pricing Provisions Restricting Anti-Competitive Behaviors By Pharmaceutical Companies.** "House Democrats this evening passed the session's first legislation aimed at lowering drug prices, as the party looks to solidify its political advantage on a key issue for voters ahead ahead of 2020. […] Five Republicans voted for the measure. The legislation includes three bipartisan drug pricing provisions restricting anti-competitive behaviors by pharmaceutical companies alongside a slate of proposals reversing Trump administration policies designed to undermine the Affordable Care Act." [Politico, 5/16/19]

> **The Bill Prevented Tactics Drug Companies Used To Keep Price High By Preventing Generic Drugs From Entering The Market.** "1) The bill targets generic drug 'parking' […] Research has shown prices start to really come down once there are several generic drugs on the market, not just one. So the House bill tries to prevent 'parking' by permitting the FDA to approve a second generic application before the first drug has gone on the market under select circumstances. […] 2) The bill bans 'pay-for-delay' agreements This is pretty straight-forward: Sometimes, brand-name drug manufacturers will straight-up pay a generic manufacturer to delay the generic product from entering the market. The Federal Trade Commission has estimated that such deals increase spending on prescription drugs by $3.5 billion annually." [Vox, 5/13/19]

> **The Bill Made It Easier For Generic Drugs To Be Developed.** "3) The bill makes it easier for generic manufacturers to get the materials from brand-name drug makers Another hiccup in the generic drug pipeline is when brand-name manufactuers refuse to provide the materials that generic competitors need to produce their cheaper knockoff versions of the brand-name drug. […] The House bill would allow generic manufacturers to request the FDA authorize them to obtain materials from the brand-name company, allow generic drug makers to sue in court for samples and the court would be allowed to award monetary damages to the generic company as a way to discourage brand-name companies from participating in anti-competitive behavior." [Vox, 5/13/19]

**The Bill Included Money For States To Set Up ACA Insurance Marketplaces, Restored Funding For ACA Enrollment And Outreach, And Repealed The Expansion Of Short Term Insurance Plans.** "Democrats have paired those policies with a few proposals to shore up Obamacare: providing money for states to set up their own insurance marketplaces[;] restoring funding for ACA enrollment outreach and support cut by the Trump administration[;] repealing President Donald Trump's expansion of skimpy 'short-term' insurance plans" [Vox, 5/13/19]

**HEADLINE: "House Passes Legislation Aiming To Shore Up Health Law And Lower Drug Costs."** [New York Times, 5/16/19]



**HEADLINE: "House Passes Drug Pricing Bills Paired With Obamacare Fixes"** [Politico, 5/16/19]

**Perry Voted For The Republican Tax Scam Bill – "A Major Victory" For Big Pharma Investors**

**Perry Voted For The Republican Tax Scam Bill**

**Perry Voted For Final Passage Of The Tax Cuts And Jobs Act.** [HR 1, Vote #699, 12/20/17; CQ Floor Votes, 12/20/17]

**Tax Cuts And Jobs Act Included A "Major Victory For Pharma Manufacturers"**

**Politico: Repatriation Provision In Tax Bill Was A "Major Victory For Pharma Manufacturers."** "The bill, H.R. 1 (115), lowers the corporate tax rate and would offer a one-time reduction on profits U.S.-based multinational companies earn and keep abroad. The repatriation provision is seen as a major victory for pharma manufacturers who store boatloads of cash in countries where tax rates are lower." [Politico, 12/4/17]

> **Pharmaceutical Companies Were "One Of The Biggest Beneficiaries" Of The Provision, And Were Seen As Likely To Return Money To Their Shareholders, Rather Than Invest In Research And Innovation.** "U.S. drugmakers will be one of the biggest beneficiaries of the repatriation portion of the bill. They've been sitting on billions of dollars in overseas earnings and can now bring home that cash at a reduced rate. While the tax bill has been promoted by Republicans as a job creator, the reality is that drug companies are more likely to return the money to shareholders, or use it to make acquisitions." [Bloomberg, 12/20/17]

> **Tax Bill Was Estimated To Save Top Five Pharmaceutical Companies $42.7 Billion.** "The tax proposal supported by President Donald Trump and congressional Republicans would give five top pharmaceutical corporations a $42.7 billion tax break." [Public Citizen and ITEP, 11/20/17]

**Pharmaceutical Companies Worked To Benefit Shareholders, Rather Than To Bring Down The Cost Of Drugs Or Invest In New Research And Development**

**Pharmaceutical Companies Were Predicted To Use Savings From Tax Bill To Invest In Mergers And Acquisitions In An Effort To Preserve Patents And Prevent Competitors From Producing Cheaper, Generic Drugs.** "Blue-chip drugmakers holding $200 billion in cash, mostly overseas, will start investing more of it in mergers and acquisitions after President Trump's tax overhaul slashed the cost of spending the money in the U.S., debt-ratings firm Moody's predicts. […] Amgen, Pfizer, Gilead, and Celgene are the most likely to seek deals, Moody's projects, as they grapple with challenges from a shrinking market for some medications to the expiration of patents on others that will enable rivals to produce cheaper generic versions." [Washington Examiner, 1/9/18]

**Nine Pharmaceutical Companies Announced $50 Billion In Share Buybacks After Tax Bill Passed, "A Sum That Towers Over Investments In Employees Or Drug Research And Development."** "The pharmaceutical industry is using a large portion of its windfall from Republicans' corporate tax cuts to boost its stock prices. Nine drug companies are spending a combined $50 billion on new share buyback programs, a sum that towers over investments in employees or drug research and development. The bottom line: All of those buybacks were announced during or after the passage of the Republican tax bill. That money is enriching hedge funds, other Wall Street investors and top drug company executives, but it isn't necessarily helping patients." [Axios, 2/22/18]

**HEADLINE: Pharma's $50 billion tax windfall for investors** [Axios, 2/22/18]

**HEADLINE: Big Pharma investors cash in on Trump's tax plan** [Salon, 2/22/18]

**Career: Perry Took $3,500 In Campaign Cash From Big Pharma**



**Career: Perry Received $3,500 From The Pharmaceutical Industry.** [FollowTheMoney.org, accessed 9/26/19]

**In 2018, Perry Took $1,000 From Amerisource Bergen's PAC.** [FollowTheMoney.org, accessed 9/26/19]

**In 2016, Perry Took $2,500 From Americsource Bergen's PAC.** [FollowTheMoney.org, accessed 9/26/19]

---

**Perry Claimed It Should Be A Goal For The Republican Party To Obtain Transparency In Drug Pricing**

**Perry Claimed It Should Be A Goal For The Republican Party To Obtain Transparency In Drug Pricing.** "And number two, one of the things that I -- I think my party needs to get to is transparency and drug pricing. The United States is the largest purchaser of drugs. We ought to all know what we're paying and how much we're paying for." [Congressional Debate, 10/19/18]

## Women's Health Care

**Perry Voted Against Barring Health Care Companies From Charging Women Higher Premiums Than Men**

**Perry Voted Against Legislation Barring Health Care Companies From Charging Women Higher Premiums Than They Charge Men.** "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]

---

**Perry Said That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids**

**HEADLINE: Congressman Doesn't Think He Should Pay For Maternity Care Because He's Done Having Kids** [HuffPost, 5/12/17]

**HEADLINE: Pa. congressman doesn't want to pay for maternity care** [PennLive, 5/13/17]

**[VIDEO IN ARTICLE] Perry Told A Constituent That Insurance Coverage Should Not Be Required For Maternity Care Because He Was Done Having Kids.** "'I don't want maternity care. I have two children, and we're not having anymore. I don't want to pay for maternity care,' said Perry, who voted for the AHCA. An Indivisible activist pointed out that people who don't have children or whose children are older still have to pay property taxes, which fund schools, adding that there's a 'social contract' in American society for public goods. 'Without a doubt,'" Perry replied. "'But there's also personal responsibility. Some people never want to start a family. ... Some people don't want to own a Cadillac. But should we want to make everybody pay for a Cadillac?'" [HuffPost, 5/12/17]

## Reforms

**Perry Said That People Should Be Allowed To Purchase Health Insurance Across State Lines**

**Perry Said That People Should Be Allowed To Purchase Health Insurance Across State Lines.** "I've argued for years that Republicans had an obligation to aggressively promote alternatives to Obamacare rather than just opposing it. I've advocated for health care reform that reduces costs, increases coverage and improves access to and quality of care. Solutions I support include: allowing citizens to purchase health insurance across state lines, helping small businesses pool together to negotiate better rates, expanding health savings accounts and pushing tort



reform. For several years, I've been a co-sponsor of legislation to do this. The Empowering Patients First Act ensures that no one is priced out of the market, including individuals with pre-existing conditions, by providing grants to each state for high-risk pools or reinsurance pools to subsidize health insurance for high-risk populations and individuals. This bill also provides measures to protect employer-sponsored insurance and makes all health care coverage more portable to help ensure families have continuity of care." [York Daily Record, Scott Perry Op-Ed, 1/15/17]

**Perry Sponsored A Bill To Prevent Pennsylvania From Creating Or Participating In A "State-Based Health Exchange."** "In a move his opponent is criticizing as 'playing politics,' State Rep. Scott Perry, R-Dillsburg on Monday introduced a bill that would bar Pennsylvania from creating or participating in a state-based health exchange required in a federal law to expand insurance coverage. While preventing the state from participating in the exchange mandated under the federal Patient Protection and Affordable Care Act, House Bill 2655 would allow state agencies or departments to 'interact with the federal government with respect to the establishment of a federally facilitated exchange.' That means the state wouldn't set up the exchange but would work with the federal government when it does." [York Dispatch, 10/2/12]

## Opioid Epidemic

### Perry Voted For Comprehensive Opioid Bill, But Voted Against Amendment To Appropriate Additional Funding For States To Combat The Opioid Crisis

**Perry Voted For The Substance Use-Disorder Prevention that Promotes Opioid Recovery and Treatment for Patients and Communities Act.** In June 2018, Perry voted for: "Passage of the bill that would modify Medicare and Medicaid and a variety of other health programs in relation to opioid abuse. It would expand both Medicare and Medicaid to cover medication-assisted treatment for substance use disorder, would require all state Medicaid programs, beginning Jan 1, 2020, to operate pharmacy programs that identify people at high risk of abusing controlled substance, and would place new requirements on states regarding Medicaid drug review and utilization requirements. It would appropriate $15 million annually, from fiscal 2019 through 2023, to support the establishment or operation of public health laboratories to detect synthetic opioids." The bill passed by a vote of 396-14. [HR 6, Vote #288, 6/22/18; CQ, 6/22/18]

**HEADLINE: House passes comprehensive bill to combat growing opioid epidemic** [ABC News, 6/22/18]

**HR 6 Was A "Catchall Bill" That Incorporated A Number Of Proposals To Curb Opioid Addiction Relating To Medicaid, Medicare, And Public Health.** "The House on Friday passed, 396-14, a bill (HR 6) that will serve as the legislative vehicle for many of the 55 other House-passed bills designed to curb opioid addiction, ending two weeks of floor votes on opioids measures. The catchall bill would incorporate a number of proposals from the Energy and Commerce and the Ways and Means committees relating to Medicaid, Medicare, and public health." [CQ, 6/22/18]

**Perry Voted Against Amending An Opioid Bill To Appropriate $995 Million, Over Three Years, For Opioid Grant Programs.** In June 2018, Perry voted against: "Tonko, D-N.Y., motion to recommit the bill to the House Energy and Commerce Committee and the House Ways and Means Committee with instructions to report it back immediately with an amendment that would appropriate $995 million annually, for fiscal 2019 through 2021, for state opioid grant programs and would allow the Health and Human Services Department to increase the number of residency positions at hospitals that have established programs related to addiction." The motion was rejected by a vote of 185-226. [HR 6, Vote #287, 6/22/18; CQ, 6/22/18]

**Rep. Tonko: Motion Would Show States That Congress Was Making "Sustained, Meaningful Investments" In The Opioid Crisis.** ""Secondly, this motion would allot an additional $1 billion annually to States through 2021 so that we can continue to invest in locally designed prevention, treatment, and recovery solutions. It is clearly going to take more than 2 years to battle the epidemic, and we need to let providers in



States know that we are making sustained, meaningful investments in this area. Finally, our motion to recommit includes a commonsense prescription drug policy which will reduce prescription drug prices for all Americans by reducing gaming by drug manufacturers to prevent generics from coming to market." [Congressional Record, 6/22/18]

---

**Perry Voted For Allowing Medicaid Coverage Of Up To 30 Days Of Opioid Abuse Treatment At Inpatient Mental Health Facilities, But Voted Against Providing Federal Funding To Cover The Treatment**

---

**Perry Voted For Allowing Medicaid Coverage Of Up To 30 Days Of Opioid Abuse Treatment At Inpatient Mental Health Facilities.** In June 2018, Perry voted for: "Passage of the bill that would temporarily allow, until 2023, the use of Medicaid funds to pay for substance use disorder treatment at certain inpatient mental health treatment facilities. It would require states, to be eligible for such funds, to include in their state Medicaid plan information on how the state will improve access to outpatient care, the process to be used for transitioning individuals to appropriate outpatient care, and how individuals will be screened and assessed. The bill would limit an individual to a maximum of 30 days of inpatient treatment in a 12-month period that could be covered by Medicaid." According to CBS News, the bill "would allow state Medicaid programs to cover up to 30 days of care for eligible individuals which an opioid use disorder. The law currently bars federal Medicaid funds from being used to pay for treatment at larger inpatient mental health facilities, which has contributed to the shortage of treatment options." The bill passed by a vote of 261-155. [H.R. 5797, Vote #276, 6/20/18; CQ, 6/20/18; CBS News, 6/22/18]

**Perry Voted Against Providing Federal Matching Funds For Medicaid Coverage Of Substance Abuse Treatment.** In June 2018, Perry voted against: "Castor, D-Fla., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would replace the bill's provisions with a program that would provide federal matching funds for the treatment for eligible individuals suffering from substance abuse disorders. It would require that states extend Medicaid eligibility to receive such federal funds." The motion was rejected to by a vote of 190-226. [H.R. 5797, Vote #275, 6/20/18; CQ, 6/20/18]

---

**Perry Voted For Sentencing Guidelines For Distributing Synthetic Opioids That Democrats Warned Would Impose Mandatory Minimums For Low-Level Offenders, Rather Than Expanding Treatment**

---

**Perry Voted For Creating Sentencing Guidelines For Manufacturing Or Distributing Synthetic Opioids.** In June 2018, Perry voted for: "Passage of the bill that would create a new category of controlled substances, "schedule A," for drugs or substances that have similar chemical structures or effects as controlled substances in schedules I through V. It would immediately classify certain fentanyl analogues as schedule A drugs. The bill would establish maximum penalties for the manufacture, distribution or dispensing of schedule A drugs, though possession of such substances alone would not constitute a basis for criminal or civil penalties." The bill passed, 239-142. [H.R. 2851, Vote #268, 6/15/18; CQ, 6/15/18]

**Democrats Warned The Bill Would Impose Mandatory Minimum Sentences, Filling Prisons With Low-Level Drug Offenders.** "The House on Friday passed Rep. John Katko's bill aimed at combating the opioid epidemic by making it easier for the federal government to stop the importation and distribution of synthetic drugs. But Democrats who opposed the bill warned the law would also impose mandatory minimum sentences, filling up the nation's prisons with low-level drug offenders rather than expanding treatment options […] House Democratic Whip Steny Hoyer said before the vote that the bill could have unintended consequences. 'This legislation lacks clarity that could result in thousands of Americans being incarcerated, potentially for life sentences, thus exacerbating an already over-populated prison system,' Hoyer said. 'Those suffering from opioid addiction need treatment and proper medical care, not more laws that will simply put them behind bars.'" [Syracuse Post-Standard, 6/15/18]



---

**Perry Voted Against Considering An Amendment To Prohibit Restrictions On Medical Malpractice Lawsuits For "Grossly Negligent" Prescription Of Opioids**

---

**Perry Voted Against Consideration Of An Amendment To The Underlying Legislation That Would Prohibit Restrictions On Medical Malpractice Lawsuits For "Grossly Negligent" Prescription Of Opioids.** In June 2017, Perry voted against: "Kuster, D-N.H., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would modify the bill's definition of 'health care lawsuits' to not include a claim or action related to the 'grossly negligent' prescription of opioids." The motion was rejected, 235-191. [HR 1215, Vote #336, 6/28/17; CQ, 6/28/17]

## Medical Marijuana

---

**Scott Perry Supported Medical Marijuana After Speaking To Constituent Families Who Needed It For Medical Care**

---

**Scott Perry On Medical Marijuana: "I'll Tell You. If You Were To Ask Me Five Years Ago, Three Years Ago, Hey, You Know, You're Going To Be The Champion For CBD, For Medical Marijuana, I Would Have Said, You're Probably Crazy."** "I'll tell you. If you were to ask me five years ago, three years ago, hey, you know, you're going to be the champion for CBD, for medical marijuana, I would have said, you're probably crazy. I've never been for recreational drug use or extracurricular drug use, but I will tell you I really didn't think about, you know, whether it's politically viable if this problematic for me. I looked at these families, I said, this is my job, I ran for this office, we have a duty, the federal government is standing in the way of their treatment. We need to break down this barrier and allow them to treat their children, keep their family together. So, in a way, I think that's why my staff looked at me, like are you crazy? I feel like this is important, and we need to be doing this?" [CNN, 8/10/14]

**Scott Perry On Medical Marijuana: "I've Never Been For Recreational Drug Use Or Extracurricular Drug Use, But I Will Tell You I Really Didn't Think About, You Know, Whether It's Politically Viable If This Problematic For Me. I Looked At These Families, I Said, This Is My Job, I Ran For This Office, We Have A Duty, The Federal Government Is Standing In The Way Of Their Treatment."** "I'll tell you. If you were to ask me five years ago, three years ago, hey, you know, you're going to be the champion for CBD, for medical marijuana, I would have said, you're probably crazy. I've never been for recreational drug use or extracurricular drug use, but I will tell you I really didn't think about, you know, whether it's politically viable if this problematic for me. I looked at these families, I said, this is my job, I ran for this office, we have a duty, the federal government is standing in the way of their treatment. We need to break down this barrier and allow them to treat their children, keep their family together. So, in a way, I think that's why my staff looked at me, like are you crazy? I feel like this is important, and we need to be doing this?" [CNN, 8/10/14]



# Housing Issues

---

### Significant Findings

✓ *Perry voted for preventing the Department of Justice from enforcing disparate impact claims under the Fair Housing Act.*

✓ *Perry voted for barring funding for the "critical" private enforcement initiative of the fair housing initiatives program*

✓ *Perry voted for amendment barring implementation of housing rule meant to combat housing segregation.*

✓ *Perry voted for weakening housing discrimination protections.*

---

## Discrimination

### Perry Voted For Preventing The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act

**2015: Perry Voted For An Amendment That Prevented The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act.** In June 2015, Perry voted for: an amendment that prevented the Department of Justice from enforcing disparate impact claims under the Fair Housing Act. "Housing discrimination claims: The House has passed an amendment sponsored by Rep. Scott Garrett, R-N.J., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would bar funding for Justice Department enforcement actions under the Fair Housing Act that rely on the theory of disparate impact to allege racial and other forms of discrimination by mortgage lenders, landlords, and home insurers. Garrett said the threat of prosecution for treating various classes of homeowners and renters differently, based on their economic status, would impede the ability 'for lenders to make rational economic decisions about risk' rather than based on the possibility that the Justice Department will consider their actions discriminatory." The amendment passed 232 to 196. [HR 2578, Vote #287, 6/3/15; On Agreeing to the Amendment, 6/3/15; Citizen-Times, 6/5/15]

### Perry Voted For Barring Funding For The "Critical" Private Enforcement Initiative Of The Fair Housing Initiatives Program

**2015: Perry Voted For An Amendment That Barred Funding For The Private Enforcement Initiative Of The Fair Housing Initiatives Program.** In June 2015, Perry voted for: an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would "bar funds from being used for the Private Enforcement Initiative of the Fair Housing Initiatives Program." The amendment passed 224 to 198. [CQ Floor Votes, 6/4/15; HR 2577, Vote #307, 6/4/15]

> **National Council On Independent Living: PEI Grantees Are "Critical" To Enforcement Of The Fair Housing Act.** "PEI grants support local, private fair housing groups' testing, complaint intake, and investigation efforts. PEI grantees are critical to enforcement efforts for the Fair Housing Act. Disability-related complaints is the largest category of Fair Housing complaints. To remove funding for the PEI program would damage Fair Housing enforcement in many communities. This harms people with disabilities when fair housing enforcement is not readily available in communities." [NCIL, 6/5/15]



## Perry Voted For Amendment Barring Implementation Of Housing Rule Meant To Combat Housing Segregation

**2015: Perry Voted For Amendment Barring The Implementation Of Affirmatively Furthering Fair Housing Rule.** In June 2015, Perry voted for: an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would " bar funding for HUD to implement, enforce or administer the proposed Affirmatively Furthering Fair Housing Rule." The amendment passed 229 to 193. [HR 2577, Vote #311, 6/9/15; CQ Floor Votes, 6/9/15]

**Affirmatively Furthering Fair Housing Rule Self Purports To Combat Segregation.** According to the Federal Register, the Affirmatively Furthering Fair Housing Rule calls for coordinated efforts to combat illegal housing discrimination, so that individuals and families can make decisions about where to live, free from discrimination, with necessary information regarding housing options, and with adequate support to make their choices viable." [Federal Register, 7/19/13]

## Perry Voted For Weakening Housing Discrimination Protections

**2015: Perry Voted For Amendment To Bar Housing And Urban Development From Enforcing Regulation Combating Discrimination In the Housing Market.** In June 2015, Perry voted for: an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used by HUD to administer a federal regulation that dictates, "If the policies of governmental agencies, banks or private real estate companies unjustifiably perpetuate segregation, regardless of their intent, they could be found in violation of the Fair Housing Act." The amendment was adopted by a vote of 231-195. [HR 2577, Vote #323, 6/9/15; Propublica, 1/21/15]



## Immigration & Border Issues

### Significant Findings

- ✓ *Perry voted against the 2019 American Dream and Promise Act, and previously voted 18 times to block the DREAM Act.*

    - ✓ *Perry voted 18 times to block the DREAM act.*

- ✓ *Perry voted against Republican immigration "compromise" with a path to citizenship for a limited number of DREAMers and $25 billion for a border wall.*

- ✓ *Perry voted for restarting deportations of DACA recipients.*

- ✓ *Perry criticized DACA and DAPA and said that the programs were unconstitutional.*

    - ✓ *Perry refused to support DACA because it was "blatantly unfair to millions of individuals and families, who wait, often for years, to come here legally."*

- ✓ *Perry blamed illegal immigration on multiple fiscal problems in America.*

    - ✓ *Perry blamed rising property taxes on illegal immigrant children needing ESL classes.*

    - ✓ *Perry blamed budget problems on illegal immigrants using the emergency room.*

- ✓ *Perry supported altering the U.S. constitution to end birthright citizenship.*

    - ✓ *Perry called for ending birthright citizenship because women who are nearly nine months pregnant come from eastern Europe to have their babies."*

- ✓ *Perry voted for hardline conservative immigration bill that criminalized undocumented immigration and funded the border wall.*

    - ✓ *Perry supported Trump's insistence on $5 billion for border security.*

    - ✓ *Perry voted against a resolution that would have terminated trump's declaration of a national emergency at the southern border.*

- ✓ *Perry supported Trump's Muslim ban.*

    - ✓ *Perry voted 3 times against blocking Trump's Muslim ban.*

- ✓ *Perry issued a statement declining to criticize Trump's child separation policy.*

    - ✓ *Perry voted for blocking consideration of a bill prohibiting the Department of Homeland Security from separating immigrant families.*

- ✓ *Perry voted for halting Obama's Syrian resettlement program.*

    - ✓ *Perry introduced a bill to allow state governments to refuse refugees.*



> ✓ *Perry co-sponsored a bill to deport undocumented minors at the border and said that the children were not refugees.*
>
> ✓ *Perry introduced bills to penalize sanctuary cities.*
>
>> ✓ *Perry sponsored legislation prohibiting any and all government spending on illegal immigrants.*
>
> ✓ *2011: Perry introduced a failed bill to make English Pennsylvania's official language*
> .
>> ✓ *Perry proposed ending printing government forms in all languages other than English.*
>
>>> ▪ *Perry's bill would make state documents like driver's license applications and voter registration forms and tax returns to be printed in English only.*
>
> ✓ *Perry posed that people could use the fiancée visa to bring terrorists to America.*

# DACA, DAPA & The DREAM Act

## Perry Voted Against The DREAM Act In 2019

**Perry Voted Against The American Dream And Promise Act, Protecting Residency Status for Undocumented Immigrants Who Entered The United States As Children.** In June 2019, Perry voted against or from nations with Temporary Protected Status designation and would prohibit the Homeland Security and Justice Departments from initiating or continuing the removal of such individuals. Title I of the bill would require DHS and DOJ to grant applications for ten-year conditional permanent residency status to undocumented immigrants who entered the U.S. as minors at least four years prior to enactment, have lived continuously in the U.S. since that time, and have earned or are enrolled in a program to earn a technical, high school, or postsecondary degree. It would disqualify certain individuals from receiving such a status based on factors including criminal record, gang participation, or other threats to public safety. It would direct DHS to grant permanent resident status to conditional residents if they maintain eligibility for conditional residency and meet certain qualifications related to postsecondary education, military service, or employment. It would also require DHS to establish a streamlined residency application process for individuals enrolled in the Deferred Action for Childhood Arrivals program. Title II of the bill would require DHS and DOJ to grant applications for permanent residency status to foreign nationals from countries designated for Temporary Protected Status or Deferred Enforced Departure who have lived continuously in the U.S. for at least three years prior to enactment and are not ineligible for admission to the U.S. under current immigration law. Among other provisions related to residency status under the bill's provisions, the bill would prohibit DHS from removing eligible individuals before providing them an opportunity to apply for residency, would provide for judicial and appellate administrative review for individuals whose residency status is denied or revoked, and would require DHS to establish a grant program for nonprofit organizations to assist eligible individuals in the application process." The bill passed 237-187. [H Res 6, Vote #240, 6/4/19; CQ, 6/4/19]

## Perry Voted Against Republican Immigration "Compromise" With A Path To Citizenship For A Limited Number Of DREAMers And $25 Billion For A Border Wall

**Perry Voted Against Border Security and Immigration Reform Act of 2018, Which Would Appropriate Funds To Build A Border Wall With Mexico, Renew DACA For 6 Years, End The Diversity Visa Program And Require That Undocumented Immigrants Be Detained With Their Children.** In June 2018, Perry voted against: "Passage of the bill that would appropriate $23.4 billion for various border security activities. Included would be $16.6 billion for a 'border wall system,' which would be available from fiscal 2019 through fiscal 2027, and $6.8 billion for border security investments, which would be available from fiscal 2019 through fiscal 2023. It would provide those with Deferred Action for Childhood Arrivals status a six-year renewable contingent non-


immigrant legal status and would allow them to apply for a green card after five years, providing a path to citizenship. It would modify legal immigration by ending the diversity visa program and reallocating those visas to other classifications. The bill would require that undocumented immigrants who are charged with a misdemeanor offense for improper entry into the United States be detained with their minor children." The bill failed 121-301. [HR 6136, Vote #297, 6/27/18; CQ, 6/27/18]

**The Bill, Known As "Goodlatte 2," Was Republicans Attempt At An Immigration Compromise.** "House Republicans' legislative attempt to find consensus within their own party on the divisive issue of immigration failed on the floor Wednesday, with the chamber overwhelmingly rejecting their so-called compromise bill, 121-301." [Roll Call, 6/27/18]

**The Bill Would Have Allowed Dreamers To Apply For A "Merit-Based" Visa With A Path To Citizenship.** "It would have provided DACA recipients the opportunity to obtain an indefinitely renewable three-year non-immigrant legal status. Goodlatte 2 included the same provision but made it last for six years and expanded its eligibility beyond current DACA recipients to those who would qualify but had not applied. Under the compromise bill, Dreamers could also apply for a new merit-based visa and eventually citizenship, something some conservatives felt amounted to amnesty." [Roll Call, 6/27/18]

**The Bill Added Restrictions To DACA Eligibility; The Bill Would Likely Provide A Pathway To Citizenship To Only 18 Percent Of Dreamers.** "These restrictions were also in DACA, but the new bill would go even further to restrict eligibility. […] In the best case scenario, the House GOP plan would likely provide a pathway to citizenship to fewer than 630,000 Dreamers—barely a third of the president's promise in January and just 18 percent of the entire Dreamer population. Moreover, only an estimated 421,000 immigrants are likely to become citizens." [CATO Institute, 6/19/18]

**The Bill Would Have Required Families Who Illegally Crossed The Border To Be Housed Together, Rather Than In Criminal Custody, But Eliminated The 20 Day Cap On Administrative Custody For Accompanied Children.** "The compromise bill also included language intended to prevent children from being separated from their parents when detained at the border.  It would have required the Department of Homeland Security to house families together while the parents are going through criminal proceedings for the misdemeanor of first-time illegal border crossing, instead of in criminal custody, and would have eliminated the 20-day cap on administrative custody for accompanied children." [Roll Call, 6/27/18]

**The Bill Granted $25 Billion In Funds For A Southern Border Wall.** "The bill also called for granting $25 billion in funds for a southern border wall, making it more difficult for migrants to seek asylum, and allowing families to be detained indefinitely at the border in response to the Trump administration's 'zero-tolerance' family separation policy. It also included provisions that would have significantly cut legal immigration levels." [Vox, 6/27/18]

**Perry Voted Against Amending The Border Security And Immigration Reform Act Of 2018 To Prohibit Law Enforcement From Detaining, Separately From Their Child, Any Individual Accused Of Entering The U.S. Illegally.** In June 2018, Perry voted against: "Espaillat, D-N.Y., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would prohibit law enforcement from detaining, separately from their child, any individual accused of illegally entering the United States with a child, in cases in which the child is under the age of 18." The motion failed, 190-230. [H.R. 6136, Vote #296, 6/27/18; CQ, 6/27/18]

**Perry Voted For Hardline Conservative Immigration Bill That Criminalized Undocumented Immigration And Funded The Border Wall**

**Perry Voted For The Securing America's Future Act, Which Wouldn't Offer DREAMers Pathway To Citizenship While Cracking Down On Asylum Seekers And Funding Trump's Border Wall.** In June 2018, Perry voted for: "bill that would authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border


security activities, including $9.3 billion for a border wall and other physical barriers and would provide individuals registered under the Deferred Action for Childhood Arrivals program with a three-year, renewable contingent non-immigrant legal status but with no special path to citizenship. It would modify legal immigration by ending the diversity visa program and restricting most family-based immigration to allow only spouses and minor children of legal permanent residents to receive green cards. It would increase enforcement of immigration laws within the United States, including by requiring all employers to verify the immigration status and eligibility of individuals seeking jobs in the United States." The bill failed 193 to 231. [HR 4760, Vote #282, 6/21/18; CQ, 6/21/18]

> **HEADLINE: "The Conservative Alternative: No Chance For Citizenship For Legalized Immigrants, Deeper Cuts To Legal Immigration"** [Vox, 6/18/18]

> **Securing America's Future Act Offered Only Limited Protections For Current DACA Recipients, And Put DREAMers Who Did Not Apply Before Trump Ended The Program At Risk.** "[T]he Securing America's Future Act provides only a potentially renewable three-year reprieve from deportation to current DACA recipients. [...] Rep. Goodlatte's bill offers only a tenuous second-class status to a small subset of people. Left out of the measure, for example, are people such as the 120,000 young Dreamers who never had the opportunity to apply for protection because of the Trump administration's decision to end the initiative. For these individuals—and for hundreds of thousands of other Dreamers—the Goodlatte bill offers the same peril it offers to all other undocumented immigrants: the threat of criminal prosecution, imprisonment, and deportation." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Would "Make It Easier To Deport Asylum Seekers, Including Unaccompanied Children."** Securing America's Future Act would "make it easier to deport asylum seekers, including unaccompanied children, without providing basic due process protections. [...] Instead of recognizing the unique vulnerability of people fleeing violence and persecution, the bill would make it far more likely that asylum seekers and unaccompanied children will be quickly deported back to their countries of origin, potentially being returned to harm or even death." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Would Criminalize All Undocumented Immigrants.** "Under long-standing immigration law, being in the country without status is a civil—not criminal—violation. The Goodlatte bill would change the law and make unlawful presence a crime, turning the 11 million undocumented immigrants in the country today into criminals overnight." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Provided $9.3 Billion For Trump's Border Wall.** The Securing America's Future Act would "authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border security activities, including $9.3 billion for a border wall and other physical barriers" [CQ, 6/21/18]

---

**Perry Voted For Killing Attempt To Bring DREAM Act And Bipartisan Immigration Bill To A Vote, Despite Signing A Discharge Petition To Do So**

---

**Perry Voted For Bringing The Securing America's Future Act Of 2018 To The Floor For A Vote.** In June 2018, Perry voted for: "Adoption of the rule (H Res 954) that would provide for House floor consideration of the bill (HR 4760) that would authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border security activities and would provide individuals registered under the Deferred Action for Childhood Arrivals program with a three-year, renewable contingent non-immigrant legal status but with no special path to citizenship. Adoption of the rule would provide for the automatic adoption of an amendment that would modify funds authorized for border activities under the bill; authorizing $24.8 billion for fiscal 2018 through fiscal 2022, instead of authorizing $24.8 billion annually for fiscal 2018 through fiscal 2022." The resolution passed 226 to 195. [H Res 954, Vote #280, 6/21/18; CQ, 6/21/18]

**Moderate Republicans Agreed To Process To Vote On Republican-Only Immigration Bills, Even Though It "Would Effectively Kill Their Discharge Petition" To Bring Bipartisan Immigration Fix To The Floor.** "They agreed to a process that night that would effectively kill their discharge petition. With no


agreement in sight, Ryan proposed two immigration votes: One on a conservative DACA bill, the other on 'compromise' legislation they'd continue trying to negotiate. Sensing the wind was against them, moderates reluctantly agreed." [Politico, 6/27/17]

**Los Angeles Times: The Vote "Meant Defeat" For The Discharge Petition Effort.** "An effort by moderate Republicans to force votes on a bipartisan immigration bill failed in the House on Tuesday, with members agreeing instead to vote on legislation that would guarantee funds for President Trump's proposed border wall. The agreement meant defeat, at least for now, for an effort led by Rep. Jeff Denham of Turlock and other GOP moderates to use a rare parliamentary maneuver known as a discharge petition to force the House to vote on the bipartisan immigration plan, and three other bills, over the objections of party leaders. […] Defeat of the effort greatly reduces the chances — already slim — that Congress could pass any form of Dreamer legislation before this year's midterm election." [Los Angeles Times, 6/12/18]

**Ryan "Acknowledged That One Of The Main Goals Of These Votes Was To Forestall" The Discharge Petition.** "At Thursday's weekly news conference, Ryan acknowledged that one of the main goals of these votes was to forestall a renegade group of Republicans from working with Democrats to pass a more liberal overhaul of immigration laws. 'Our goal was to prevent a discharge petition from reaching the floor, because a discharge petition would have brought legislation to the floor that the president would have surely vetoed,' Ryan said. 'It would have been an exercise in futility.' So instead, he set up this tortured series of votes." [Washington Post, 6/21/18]

**New York Magazine: "The Only Real Purpose Of This Exercise Was To Preempt A Discharge Petition" That Would Have Brought A Bipartisan Immigration Bill To The Floor.** "Indeed, the only real purpose of this exercise was to preempt a discharge petition that House Democrats and some politically vulnerable House Republicans had signed that might have brought a Democratic immigration bill — indeed, the original DREAM Act — to the floor under conditions where it might have actually passed. So for all the endless and interminable and redundant House GOP talk about wanting to take action on immigration, when votes were finally held it was really about preventing action on immigration." [New York Magazine, 6/21/18]

**Perry Voted Against Replacing The Text Of The Goodlatte Bill With The Text Of The DREAM Act.** In June 2018, Perry voted against: "Lujan Grisham, D-N.M., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would replace the bill's provisions with a system that would provide a pathway to citizenship for recipients of the Deferred Action for Childhood Arrivals program." According to the Democratic Leader's Office, the motion "would strike the text in the underlying bill and replace it with the text of Rep. Roybal-Allard's bill H.R. 3440 – Dream Act of 2017." The motion failed 191 to 234. [HR 4760, Vote #281, 6/21/18; CQ, 6/21/18; DemocraticLeader.gov, 6/21/18]

**Perry Voted For Blocking Amendment To The Rule To Bring Up The Four Bills From The Discharge Petition – Two Republican Bills, The DREAM Act, And A Bipartisan Bill – Under A Queen Of The Hill Rule.** In June 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule." According to the Democratic Leader's office, "The Democratic Previous Question would would [sic] provide for consideration of H.R. 4760 – Securing America's Future Act, and will make in order four substitute amendments to that bill, drafted at the discretion of the authors so long as they are germane to the underlying bill. H.Res. 774 allows for the amendment that receives the most votes (and at least a simple majority) to pass the House under a rule known as "queen-of-the-hill." The four amendments that H.Res. 774 allows for are: an amendment offered by Rep. Goodlatte, which could be similar to H.R. 4760, an amendment offered by Rep. Roybal-Allard, which could be similar to a clean DREAM Act an amendment offered by Speaker Ryan an amendment offered by Rep. Denham, which could be similar to the bipartisan bill H.R. 4796 – USA Act. If the underlying Rule passes, it will turn off the discharge petition, and allow the House GOP to bring up anti-immigrant legislation that does not solve the DACA crisis." The motion was agreed to 232-190. [H Res 954, Vote #279, 6/21/18; CQ, 6/21/18; DemocraticLeader.gov, 6/21/18]


**Perry Signed The Discharge Petition To Force Queen Of The Hill Rule Vote On Four Immigration Measures.** "The petition would force a vote on a queen of the hill rule that would set up votes on four immigration measures — with the top vote-getter prevailing. It had 205 signatures — 21 from Republicans — as of Wednesday evening. Just 13 more signatures are needed for one of the signees to be able to call the queen of the hill rule up for a vote on June 25. Denham, who says he has enough members prepared to sign the petition to reach the required 218 threshold, spoke with reporters after a Wednesday afternoon meeting with GOP leaders, conservatives and fellow moderates. Speaker Paul D. Ryan, House Majority Leader Kevin McCarthy and Majority Whip Steve Scalise were among the leadership participants. Florida GOP Rep. Carlos Curbelo, the member who formally filed the discharge petition, participated in the meeting with Denham on behalf of the moderates. House Freedom Caucus Chairman Mark Meadows and members Jim Jordan, Scott Perry, Morgan Griffith and Jeff Duncan were among the conservative participants." [Roll Call, 5/23/18]

---

## Perry Voted 18 Times To Block The DREAM Act

---

**Perry Voted For Blocking The DREAM Act.** In March 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 233-186. [H Res 796, Vote #123, 3/22/18; CQ, 3/22/18; DemocraticLeader.gov, 3/22/18]

**Perry Voted For Blocking The DREAM Act.** In March 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 233-181. [H Res 787, Vote #117, 3/20/18; CQ, 3/20/18; DemocraticLeader.gov, 3/20/18]

**Perry Voted For Blocking Consideration Of The Dream Act.** In March 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 773)." According to Rep. Polis, "if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act." The previous question carried, 234-187. [H Res 773, Vote #104, 3/14/18; CQ, 3/14/18; Congressional Record, 3/14/18]

**Perry Voted For Blocking Consideration Of The Dream Act.** In March 2018, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 762)." According to Rep. Hastings, "Democrats have offered to bring the Dream Act to the floor now 24 times. We are going to give them one more chance. We have done it 23, and every single time this effort has been blocked by the majority. To address my friend who correctly cited that we were bringing this up: […] We on this side of the aisle clearly want to fix this problem. So let's do it now.   Mr. Speaker, I urge a 'no' vote on the rule, on the previous question, and on the underlying bills." The previous question carried, 229-183. [H Res 762, Vote #96, 3/7/18; CQ, 3/7/18; Congressional Record, 3/7/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 228-184. [H.Res.748, Vote #84, 2/27/18; CQ, 2/27/18; DemocraticLeader.gov, 2/27/18]

**Perry Did Not Vote On Blocking The DREAM Act.** In February 2018, Perry did not vote on: a "motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which


would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to 228-187. [H.Res. 736, Vote #72, 2/14/18; CQ, 2/14/18; DemocraticLeader.gov, 2/14/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for: a "motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to 224-186. [H.Res. 734, Vote #67, 2/9/18; CQ, 2/9/18; DemocraticLeader.gov, 2/9/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to 235-189. [H. Res. 727, Vote #58, 2/6/18; CQ, 2/6/18; DemocraticLeader.gov, 2/6/18]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In January 2018, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment)." A vote for the motion was a vote to block Democrats from bringing the DREAM Act to a vote, according to a floor speech by Democratic Rep. Jim McGovern: "Mr. Speaker, I am going to urge that my colleagues vote to defeat the previous question, and I will give a little explanation why. Mr. Speaker, this past weekend, President Trump tweeted that he wants to show that 'Democrats do not want to solve DACA, only use it.' Well, I would beg to differ. This is the 19th time that we have attempted to bring the bipartisan bill, H.R. 3440, the Dream Act, for a vote on the House floor, and, if we defeat the previous question, we will bring that bill up. Motion agreed to by a vote of 232-187. [H.R. 695, Vote #47, 1/30/18; Congressional Record, page H694, 1/30/18; CQ, 1/30/18]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In January 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Democratic Leader, "The Democratic Previous Question would amend the rule to allow for consideration of H.R. 3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to 230-187. [HR 2954, Vote #20, 1/17/18; CQ, 1/17/19; DemocraticLeader.gov, archived, accessed 1/17/19]

**Perry Voted For Blocking The DREAM Act.** In January 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to 234 to 181. [H Res 681, Vote #9, 1/10/18; CQ, 1/10/18; DemocraticLeader.gov, 1/10/18]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In November 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question." According to the Congressional Record, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 234-189. [HR 2874, Vote #626, 11/14/17; CQ, 11/14/17; Congressional Record, 11/14/17]

**Perry Voted For Blocking The DREAM Act.** In November 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Tom Emmer (D-MN) said, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young



people who are Americans in every way, except on paper.' The motion was agreed to 224-190. [HRes 609, Vote #616, 11/8/17; CQ, 11/8/17, Congressional Record, 11/8/17]

**Perry Did Not Vote On Blocking Consideration Of The DREAM Act.** In November 2017, Perry did not vote on: "Newhouse, R-Wash., motion to order the previous question." According to the Congressional Record, "If we defeat the previous question, I am going to offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 232-184. [HR 2936, Vote #592, 11/1/17; CQ, 11/1/17; Congressional Record, 11/1/17]

**Perry Voted For Blocking The DREAM Act.** In October 2017, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion passed 228-189. [HRes 577, Vote #572, 11/9/17; CQ, 10/24/17; DemocraticLeader.gov, accessed 11/13/17]

**Perry Did Not Vote On Blocking Consideration Of The DREAM Act.** In October 2017, Perry did not vote on: "Collins, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 562)." According to the Congressional Record, Rep. Polis was going to offer an amendment for "consideration of the bill (H.R.3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." The previous question carried, 227-190. [H Res 562, Vote #560, 10/11/17; CQ, 10/11/17; Congress.gov, 10/11/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In October 2017, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 548)." According to the Democratic Leader's office, the motion prohibited "consideration of the bill (H.R. 3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." The previous question carried, 233-184. [HR 36, Vote #546, 10/3/17; CQ, 10/3/17; DemocraticLeader.gov, 10/3/17]

**Perry Voted For Blocking The DREAM Act.** In September 2017, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 538)." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 223-187. [H RES 538, Vote #538, 9/27/17; CQ, 9/27/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 533)." According to Democratic Rep. Alcee Hastings, "If we defeat the previous question, I am going to offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." The motion was agreed to by a vote of 230-189. [H RES 533, Vote #532, 9/26/17; Congressional Record, H7503, 9/26/17; CQ, 9/26/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment)." According to the Democratic Leader's website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 227-186. [H RES 504, Vote #457, 9/7/17; CQ, 9/7/17; DemocraticLeader.Gov, 9/7/17]


**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Cole, R-Okla., motion to order the previous question (thus limiting debate and possibility of amendment)." According to the Democratic Leader's Website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 233-187. [H RES 500, Vote #442, 9/6/17; CQ, 9/6/17; DemocraticLeader.Gov, 9/6/17]

## Perry Voted For Restarting Deportations Of DACA Recipients

**Perry Voted For An Amendment To Halt Deferred Action For Childhood Arrivals.** On January 24, 2015, Perry voted for: "Blackburn, R-Tenn., amendment that would bar the use of any funds after Jan. 9, 2015, to consider new, renewal or previously denied applications under the president's 2012 Deferred Action for Childhood Arrivals (DACA) program, or under any other succeeding executive policy. The prohibition would apply to any funds or fees collected or otherwise made available to the Homeland Security Department, or to any other federal agency, by any bill for any fiscal year." According to The Hill, "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; CQ, 1/14/15; The Hill 1/14/15]

**Perry Voted For Amendment To Preventing Funding To Implement Obama Administration Immigration Policies, Including The November 2014 Immigration Executive Actions.** On January 14, 2015, Perry voted for: "Aderholt, R-Ala., amendment that would bar the use of funds in the bill to implement the administration's immigration policies or to grant any federal benefit to any illegal immigrant as a result of those policies. The amendment would bar funding for the implementation of the executive actions announced in November 2014, four of the so-called 'Morton memos' from 2011 and 2012 focusing on prosecutorial discretion and changes to immigration enforcement priorities and any substantially similar policies issued after Jan. 9, 2015." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; CQ, 1/14/15]

> **Obama's November 2014 Executive Actions Allowed Unauthorized Immigrations Who Were Parents Of United States Citizens To Be Eligible For Work Permits And Expanded DACA To 300,000 More Young Immigrants.** "It would create a new program of deferrals for approximately 4 million undocumented parents of American citizens or legal permanent residents who have been in the country for at least five years. Deferrals would include authorization to work and would be granted for three years at a time. It would also expand a program created by the administration in 2012 called Deferred Action for Childhood Arrivals, or DACA, which allows young people who were brought into the country as children to apply for deportation deferrals and work permits. […] About 1.2 million young immigrants are currently eligible, and the new plan would expand eligibility to approximately 300,000 more." [New York Times, 11/20/14]

## Perry Criticized DACA And DAPA And Said That The Programs Were Unconstitutional

**Perry Criticized DACA.** "Let's be clear: We wouldn't be having this DHS funding argument if President Obama hadn't taken his unilateral executive action. He picked this unnecessary fight no one else. Prior to taking this action last year, the President said, '... The notion that I can just suspend deportations through executive order, that's just not the case.' He reiterated variations of that argument more than 20 times. The idea that President Obama was forced into acting because Congress wouldn't pass an immigration bill is absurd." [York Dispatch, Scott Perry Op-Ed, 2/17/15]

**Perry Called DAPA And DACA "Unconstitutional."** "Somewhere between the president's legal reasoning and the tide of rhetorical criticism from the right stand the millions of individuals, the vast majority of them students and parents of school-age children, who are poised to benefit from the sweeping overhaul to immigration policy laid out in President Barack Obama's executive order. 'On Nov. 4, the American people sent a clear message that they want balance in our government. They want Democrats and Republicans to work together to provide real



solutions to the country's problems. The message from the American people, however, was not that they wanted unilateral and unconstitutional actions from the president.' - Rep. Scott Perry, R-York County." [Patriot News, 11/23/14]

---

### Perry Refused To Support DACA Because It Was "Blatantly Unfair To Millions Of Individuals And Families, Who Wait, Often For Years, To Come Here Legally."

**2013: Perry Refused To Support DACA Because It Was "Blatantly Unfair To Millions Of Individuals And Families Who Wait, Often For Years, To Come Here Legally."** "Eleven members of an immigrant support group brought half of a cake to U.S. Rep. Scott Perry's Gettysburg office Thursday to celebrate the one-year anniversary of theDeferred Action for Childhood Arrivals program. Why only half of a cake? Members of the Hanover chapter of La Asamblea de Derechos Civiles said they wanted to show members of Congress that only half of the work on immigration reform has been done. […]'As this debate continues, I encourage all members of the4th Congressional District to give me their feedback on this issue, such as the people that visited the Gettysburg office Thursday to advocate for a pathway to citizenship,' Perry said in a statement released from his office. However, Perry said he does not support amnesty. 'It's blatantly unfair to the millions of individuals and families who wait, often for many years, to come here legally,' he said in the statement." [The Evening Sun, 8/15/13]

## Undocumented Immigrants

### Perry Blamed Illegal Immigration For Multiple Fiscal Problems In America

#### Perry Blamed Rising Property Taxes On Illegal Immigrant Children Needing ESL Classes

**Perry Blamed Rising Property Taxes On Illegal Immigrant Children Needing ESL Classes.** "Property taxes are driven by education needs -- some of the largest cost drivers of education today include the following: special education, gifted programs and, you guessed it, English language learners." [York Dispatch, Perry's View, Scott Perry Op-Ed, 7/1/08]

#### Perry Blamed Budget Problems On Illegal Immigrants Using The Emergency Room

**Perry Blamed Budget Problems On Illegal Immigrants Using The Emergency Room.** "Specifically, illegal immigrants strain governments' budgets in the following ways: Emergency rooms being used as primary care facilities causes strains on our hospitals and increased costs for those who actually pay." [York Dispatch, Perry's View, Scott Perry Op-Ed, 7/1/08]

#### Perry Blamed Budget Problems On DACA Children

**Perry Blamed Budget Woes On DACA Children, Due To An Expansive Welfare Budget.** "The welfare budget is the largest in history and for the third year outpaces education. No matter how you slice it, the more we pay for those availing themselves of social services, including children born in the United States to illegal immigrants, the less we have available to pay on the staples of government responsibility, like transportation." [York Dispatch, Perry's View, Scott Perry Op-Ed, 7/1/08]

#### Perry Claimed Taxpayers Support Illegal Immigrants Via Public Education, Health Care And Other Public Services

**The York Dispatch: "Perry Says Taxpayers Support Illegal Immigrants Via Public Education, Health Care And Other Public Services."** "Perry introduced a similar bill in 2007, saying Pennsylvania's welfare budget was



the largest in history, that at the time it outpaced money spent on education. Perry says taxpayers support illegal immigrants via public education, health care and other public services." [York Dispatch, 5/10/10]

**Perry On Illegal Immigration: "If You Rob A Store You Go To Jail. If You Don't Pay Tax, You're In Trouble. But Being Here Illegally Is Somehow Forgiven."** "'We want to make this an intellectual argument and leave the emotion out,' Perry said Tuesday. 'If you rob a store you go to jail. If you don't pay tax, you're in trouble. But being here illegally is somehow forgiven.'" [York Dispatch, 5/10/10]

## Perry Supported Altering The U.S. Constitution To End Birthright Citizenship

**Perry Called For Altering The Constitution To End Birthright Citizenship.** "Increase patrol: State Rep. Scott Perry, R-Dillsburg, said he would change the Constitution to remove language granting people citizenship if they're born in the U.S. because women who are nearly nine months pregnant come from Eastern Europe to have their babies." [York Dispatch, 10/14/12]

**Perry Called For Ending Birthright Citizenship Because Women Who Are Nearly Nine Months Pregnant Come From Eastern Europe To Have Their Babies."** "Increase patrol: State Rep. Scott Perry, R-Dillsburg, said he would change the Constitution to remove language granting people citizenship if they're born in the U.S. because women who are nearly nine months pregnant come from Eastern Europe to have their babies." [York Dispatch, 10/14/12]

## Perry: "I Don't Support Amnesty"

**Perry Said "I Don't Support Amnesty."** "The first step in any reform process must be to secure our borders, period. The Department of Homeland Security has no metrics to properly measure the security of our borders. I've pushed the DHS to gain control of our border. Once our border-security concerns are met, we can reform the current immigration system, which clearly is broken. I don't support amnesty. It's blatantly unfair to the millions of people who've waited to come here legally. I'll support a legal immigration system that ensures visitors leave our country when they're supposed to; provides our agricultural industries with the workers they need; requires immigrants to understand and speak basic English; and revises visa programs to keep more entrepreneurs, investors and highly skilled workers. Finally, much has been written about how immigration reform is 'good politics' for members of Congress. Let's get the policy right first, regardless of what's politically expedient, and the American people will decide the politics for us." [Patriot News, 10/30/14]

## Perry Backed A Report That Strung Together Crimes Supposedly Committed By Illegal Immigrants In Pennsylvania In Order To Bolster Immigration Reform

**Perry Backed A Report That Strung Together Crimes Supposedly Committed By Illegal Immigrants In Pennsylvania Aimed To Bolster Immigration Reform Legislation.** "Debate intensified Wednesday over a recent report released by some Republican lawmakers on illegal immigrants and crime in Pennsylvania. Two days after the report came out, Latino activists and some Democratic lawmakers denounced it at a Capitol rally, saying it is racially insensitive and suggests that all Latinos are criminals. The critics also said the report is flawed because it includes only a fraction of all crimes committed statewide and lists some criminal charges for which there has been no conviction. The report dubbed 'Invasion PA' was released by lawmakers seeking to create momentum for a package of immigration-reform bills that has been stuck in the House. The report lists 120 cases of crime, from welfare fraud to murder, that were allegedly committed by illegal immigrants in Pennsylvania. […] Rep. Scott Perry, R-Dillsburg, one of the lawmakers who backs the report, said it has nothing to do with race. 'The report was about crime and illegal immigration,' Perry said. Perry also said critics of the report are out of step with a majority of Pennsylvanians who favor immigration reforms. Supporters of the report said they want to draw more attention to illegal immigration because the federal government has failed to act and bills in the state Legislature are languishing." [The Evening Sun, 9/27/07]



## The Border Wall

### Perry Signed Onto A Letter Asking For The PA National Guard To Be Deployed To Help With Border Activity

**Perry Signed Onto A Letter Asking The Governor Of Pennsylvania To Deploy The PA National Guard To The Mexican Border To Help Deal With "A Renewed Surge In Illegal Crossings."** "Five Pennsylvania congressmen joined in a letter asking Gov. Tom Wolf to send Pennsylvania National Guard troops to the Mexican border to help deal with a renewed surge in illegal crossings. The group, including central Pennsylvanians John Joyce, R-Blair County, Scott Perry, R-York County, and Lloyd Smucker, R-Lancaster County, said they were motivated by a congressional hearing this week in which Homeland Security Secretary Kevin McAleenan said state guardsmen have been 'absolutely essential in helping maintain the DHS border security mission.'" [Patriot News, 5/26/19]

### Perry Repeatedly Voted Against Terminating Trump's National Emergency Declaration To Fund His Border Wall

**Perry Supported Trump's Insistence On $5 Billion For Border Security.** "'I support the wall, the barrier, the fence or something where it is needed per the Border Patrol and per Homeland Security,' Perry said on C-SPAN this week. Perry said Trump's insistence on a $5 billion appropriation for border security had a rationale in covering the most commonly used and dangerous illegal crossing points along the border. 'What I think the president is talking about and what many Americans are talking about is that we've got this couple thousand mile long border and we're looking at some places, according to Border Patrol, the top 10 worst places for entry where we want to put some kind of barrier,' Perry said" [The Daily American, 1/19/19]

**Perry On Trump's Border Funding: 'What I Think The President Is Talking About And What Many Americans Are Talking About Is That We've Got This Couple Thousand Mile Long Border And We're Looking At Some Places, According To Border Patrol, The Top 10 Worst Places For Entry Where We Want To Put Some Kind Of Barrier.'** "'I support the wall, the barrier, the fence or something where it is needed per the Border Patrol and per Homeland Security,' Perry said on C-SPAN this week. Perry said Trump's insistence on a $5 billion appropriation for border security had a rationale in covering the most commonly used and dangerous illegal crossing points along the border. 'What I think the president is talking about and what many Americans are talking about is that we've got this couple thousand mile long border and we're looking at some places, according to Border Patrol, the top 10 worst places for entry where we want to put some kind of barrier,' Perry said" [The Daily American, 1/19/19]

**Perry Voted Against Overriding Trump's Veto To Pass A Resolution Terminating His National Emergency Declaration.** In March 2019, Perry voted against: "Passage, over President Donald Trump's March 15, 2019 veto, of the joint resolution that would terminate the president's Feb. 15 national emergency declaration concerning the security situation at the southern border." The bill was rejected 248-181. [H J Res 46, Vote #127, 3/26/19; CQ, 3/26/19]

> **HEADLINE: House fails to override President Trump's veto of national emergency resolution** [USA Today, 3/26/19]

**Perry Voted Against A Resolution That Would Have Terminated Trump's Declaration Of A National Emergency At The Southern Border.** In February 2019, Perry voted against: "Adoption of the resolution that would terminate the president's national emergency declaration concerning the security situation at the southern border." The resolution passed by a vote of 245-182. [H J Res 46, Vote #94, 2/26/19; CQ, 2/26/19]


**Trump Declared A National Emergency In Order To Gain Access To Funds To Build A Wall On The Southern Border, But Said "I Didn't Need To Do This, But I'd Rather Do It Much Faster."** "President Trump declared a national emergency on the border with Mexico on Friday in order to access billions of dollars that Congress refused to give him to build a wall there, transforming a highly charged policy dispute into a confrontation over the separation of powers outlined in the Constitution. […] But with illegal border crossings already down and critics accusing him of manufacturing a crisis, he may have undercut his own argument that the border situation was so urgent that it required emergency action. 'I didn't need to do this, but I'd rather do it much faster,' he said. 'I just want to get it done faster, that's all.' The president's decision incited instant condemnation from Democrats, who called it an unconstitutional abuse of his authority and vowed to try to overturn it with the support of Republicans who also objected to the move." [New York Times, 2/15/19]

## In 2012, Perry Claimed He Would "Hate To See Us Put Up A Fence" To Solve Immigration

**In 2012 Perry Claimed He Would "Hate To See Us Put Up A Fence" To Solve Immigration.** "And he said people who enter the United States illegally need to be sent home so they can apply and follow the proper procedure; to do otherwise is unfair to those who've immigrated legally. Perry said border patrol needs to be increased, but he would need to see studies to know the best way to do it. 'I hate to see us put a fence up, but if that's what we need to do....'"

## Perry Supported Forcing Mexico To Help Fund The Border Wall, While Repeatedly Voting To Pay For The Border Wall With Taxpayer Funds

**2018: Perry Supported Forcing Mexico To Help Pay For A Border Wall.** "Both men tout immigration reform, but they have different visions of what should look like, starting with a basic issue: President Donald Trump's proposed wall on the southern border. Perry said he supports the wall as foundation of any reforms that would, for example, give children who came here outside the law with undocumented parents a path to citizenship. He raised the prospect that Mexico can be forced to help pay for it as part of the ongoing evolution of trade and other agreements." [Patriot News, 10/21/18]

**Perry Voted Against Increasing FEMA Funding, Eliminating Funding For A Border Wall, And Decreasing Funding For ICE Operations In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Jackson Lee, D-Texas, motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase funding for the Federal Emergency Management Agency's National Pre-disaster Mitigation Fund by $2.4 billion, would eliminate $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border, and would decrease funding for U.S. Immigration and Customs Enforcement operations by $849.5 million." The motion was rejected by a vote of 186-223. [H R 3354, Vote #527, 9/14/17; CQ, 9/14/17]

**Perry Voted For The "Security Minibus" Which Included $1.6 Billion In Funding For A Southern Border Wall.** In July 2017, Perry voted for: "Passage of the bill that would provide $788 billion in discretionary funding for fiscal 2018 to various departments, agencies and legislative operations, including $658.1 billion in funding for Defense programs; $88.8 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for military construction activities and for VA programs and activities; $37.6 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for the Energy Department, Army Corps of Engineers, Bureau of Reclamation and related agencies; and $3.6 billion in funding fiscal 2018 for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. The bill would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." Passed by a vote of 235-192. [H R 3219, Vote #435, 7/27/17; CQ, 7/27/17]

**Perry Voted Against A Motion To Eliminate Border Wall Funding From The Security Minibus.** In July 2017, Perry voted against: "Roybal-Allard, D-Calif., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would eliminate the bill's provision related


to providing funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would strike the division of the underlying bill that appropriates $1.6 billion in taxpayer funds to begin construction of President Trump's border wall along the U.S. – Mexico border." Motion rejected by a vote of 193-234. [H R 3219, Vote #434, 7/27/17; CQ, 7/27/17; Democratic Leader's Office, motion to recommit, 7/27/17]

**Perry Voted Against Adding A Requirement That All Iron And Steel Products Used In The Construction Of The Border Wall Be From The United States.** In July 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require, as a condition of issuing a certificate of crossing, that all iron and steel products used in the construction, connection, operation, and maintenance of a border-crossing facility would be produced in the United States." According to the Democratic Leader's website "Democrats' Motion to Recommit would add a requirement to the underlying bill that all iron and steel products used in construction, connection, operation, and maintenance of the border-crossing facility be produced in the United States." The motion was rejected by a vote of 193-232. [H R 2883, Vote #397, 7/19/17; CQ, 7/19/17; DemocraticLeader.Gov, 7/19/17]

**Perry Voted Against Prohibiting Funds In The FY 2018 Defense Authorization From Being Used To Plan, Develop, Or Constrict A Border Wall.** In July 2017, Perry voted against: "Lujan Grisham, D-N.M., motion to recommit the bill to the House Armed Services Committee with instructions to report it back immediately with an amendment that would prohibit funds authorized by the bill from being used to plan, develop, or construct any barriers, including walls or fences, along "the international border of the United States." According to the Democratic Leader's website, "Democrats' Motion to Recommit would prohibit any funds authorized to be appropriated in the underlying bill from being used to plan, develop, or construct any barriers, including walls or fences, along the international border of the United States." The motion was rejected by a vote of 190-235. [H R 2810, Vote #377, 7/14/17; CQ, 7/14/17; DemocraticLeader.Gov, 7/14/17]

## The Muslim Ban

### Perry Supported Trump's Muslim Ban

**Perry Said He Supported The Muslim Ban, But Said Trump Should Have Given A Day Or Two Notice Before Implementing The First Version.** "Perry said he is 'mildly critical of the rollout' of Trump's travel ban that targets entry into the U.S. by citizens of certain countries but believes the policy behind the temporary ban 'is sound.' And, the ban should have been no real surprise, he said. 'He (Trump) talked about that for a year and half,' Perry said. Perry said the problem with the ban was "not notifying people in advance" that it was going into effect immediately. He said a 'day or two' of notice would have prevented the confusion at the nation's airports. He said foreigners with plans to come to the U.S. on a visa or green card would have been able to reschedule or delay travel plans rather than finding themselves in detention or a return flight. And, he said, it would have given the TSA and ICE time to get their protocols in order." [York Daily Record, 1/31/17]

### Perry Voted 3 Times Against Blocking Trump's Muslim Ban

**Perry Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In January 2017, Perry voted for: the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 70)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 236-183. [HRes 70, Vote #68, 1/30/17; CQ, 1/30/17; Democratic Leader—Previous Questions, 1/30/17]



**Perry Voted For Blocking Consideration Of An Act To Nullify Trump's Immigration Executive Order.** In February 2017, Perry voted for: the "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 71)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 231-191. [HRes 71, Vote #70, 2/1/17; CQ, 2/1/17; Democratic Leader—Previous Questions, 2/1/17]

**Perry Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In February 2017, Perry voted for: the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 74)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would bring up HR 724, the Statue of Liberty Values Act, offered by Congresswoman Zoe Lofgren, which would give the Republican Congress a second chance in as many days to defund and rescind President Trump's unconstitutional and dangerous ban." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 230-188. [HRes 74, Vote #74, 2/2/17; CQ, 2/2/17; Democratic Leader—Previous Questions, 2/2/17]

## Family Separation

### Perry Issued A Statement Declining To Criticize Trump's Child Separation Policy

**Perry Issued A Statement Declining To Criticize Trump's Child Separation Policy.** "President Donald Trump's White House continued Monday to falsely blame Democrats for its own hard-line policy of separating families and children at the border. Meanwhile, bipartisan anger at the policy continued to build on Capitol Hill. […] U.S. Rep. Scott Perry (R): Perry's office released a statement Monday. 'We must remain a kind and humanitarian country to those who seek freedom, but we're also a sovereign nation with laws that ultimately determine how we can best control our borders and protect our people. Poor policies from previous administrations have encouraged and exacerbated illegal activities on our borders that hurt our children daily and erode our ability to protect them and our American way of life. While illegal activities on our borders that exploit children and our resources aren't new, the enforcement of our laws is; and while the laws are enforced, we must do everything we can to ensure that all children are being cared for with the goal of the best possible long-term outcomes.'" [Eastern Express Times, 6/19/18]

**Perry On Child Separation: "We Must Remain A Kind And Humanitarian Country To Those Who Seek Freedom, But We're Also A Sovereign Nation With Laws That Ultimately Determine How We Can Best Control Our Borders And Protect Our People."** "We must remain a kind and humanitarian country to those who seek freedom, but we're also a sovereign nation with laws that ultimately determine how we can best control our borders and protect our people. Poor policies from previous administrations have encouraged and exacerbated illegal activities on our borders that hurt our children daily and erode our ability to protect them and our American way of life. While illegal activities on our borders that exploit children and our resources aren't new, the enforcement of our laws is; and while the laws are enforced, we must do everything we can to ensure that all children are being cared for with the goal of the best possible long-term outcomes." [Eastern Express Times, 6/19/18]

**Perry On Child Separation: "Poor Policies From Previous Administrations Have Encouraged And Exacerbated Illegal Activities On Our Borders That Hurt Our Children Daily And Erode Our Ability To Protect Them And Our American Way Of Life."** "We must remain a kind and humanitarian country to those who seek freedom, but we're also a sovereign nation with laws that ultimately determine how we can best control our borders and protect our people. Poor policies from previous administrations have encouraged and exacerbated illegal activities on our borders that hurt our children daily and erode our ability to protect them and our American way of life. While illegal activities on our borders that exploit children and our resources aren't new, the


enforcement of our laws is; and while the laws are enforced, we must do everything we can to ensure that all children are being cared for with the goal of the best possible long-term outcomes." [Eastern Express Times, 6/19/18]

**Perry On Child Separation: "While Illegal Activities On Our Borders That Exploit Children And Our Resources Aren't New, The Enforcement Of Our Laws Is; And While The Laws Are Enforced, We Must Do Everything We Can To Ensure That All Children Are Being Cared For With The Goal Of The Best Possible Long-Term Outcomes."** "We must remain a kind and humanitarian country to those who seek freedom, but we're also a sovereign nation with laws that ultimately determine how we can best control our borders and protect our people. Poor policies from previous administrations have encouraged and exacerbated illegal activities on our borders that hurt our children daily and erode our ability to protect them and our American way of life. While illegal activities on our borders that exploit children and our resources aren't new, the enforcement of our laws is; and while the laws are enforced, we must do everything we can to ensure that all children are being cared for with the goal of the best possible long-term outcomes." [Eastern Express Times, 6/19/18]

---

### Perry Voted For Blocking Consideration Of A Bill Prohibiting The Department Of Homeland Security From Separating Immigrant Families

**Perry Voted For Blocking Consideration Of A Bill Prohibiting The Department Of Homeland Security From Separating Immigrant Families.** In June 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 953) that would provide for House floor consideration of the bill (HR 6136) that would appropriate $23.4 billion for various border security activities." According to the Congressional Record, "If we defeat the previous question, I will offer an amendment to the rule to bring up Ranking Member Nadler's bill, H.R. 6135, the Keep Families Together Act, which I am proud to cosponsor. This thoughtful proposal would prohibit the Department of Homeland Security from separating children from their parents, of course, except in extraordinary circumstances, and limit the criminal prosecution of asylum seekers." A vote *for the motion* was a vote to block consideration of the bill prohibiting immigrant family separations. The motion was agreed to 233-191. [HR 6136, Vote #285, 6/21/18; CQ, 6/21/18; Congressional Record, 6/21/18]

---

### Perry Voted Against Prohibiting The Use Of Privatized For-Profit Immigration Detention Facilities

**Perry Voted Against Prohibiting The Use Of Privatized For-Profit Immigration Detention Facilities.** In September 2017, Perry voted against: "Castro, D-Texas, amendment that would prohibit funds appropriated to the Department of Homeland Security to be used to enter into contracts with privatized immigration detention facilities." The amendment was rejected by a vote of 183-230. [H R 3354, Vote #465, 9/7/17; CQ, 9/7/17]

---

## Refugees

---

### Perry Voted For Halting Obama's Syrian Resettlement Program

**Perry Voted For Halting Obama's Syrian Resettlement Program.** In November 2015, Perry voted for: "Passage of the bill that would prohibit admitting any refugee from Iraq or Syria to the United States before the secretary of Homeland Security, with the unanimous concurrence of the director of the Federal Bureau of Investigation and the director of National Intelligence, has conducted a thorough background check on any refugee from Iraq or Syria and certified that they are not a security threat to the United States. Further, the bill would require that the secretary of Homeland Security submit a monthly report to the appropriate congressional committees on the number of applications for admission and number of security certifications not made." The bill passed 289 to 137. [HR 4038, Vote #643, 11/19/15; CQ, 11/19/15]



---

**2016: Perry Introduced A Bill To Allow State Governments To Refuse Refugees**

---

**2016: Perry Introduced A Bill To Allow State Governments To Refuse Refugees.** "In September, Perry introduced the Allow State Sovereignty Upon Refugee Entry Act, which would give state governments approval over the resettlement of refugees." [Patriot News, 11/3/16]

---

**2014: Perry Co-Sponsored A Bill To Deport Undocumented Minors At The Border and Said That The Children Were Not Refugees**

---

**2014: Perry Co-Sponsored A Bill To Deport Undocumented Minors At The Border and Said That The Children Were Not Refugees.** "Co-sponsor Rep. Scott Perry, R-York County, said Obama's immigration policies - including Obama having granted amnesty to 800,000 foreign nationals - are being selectively used to allow young people to move to the United States and stay here. Gang violence has been occurring in those countries for years, and nothing has changed to drive children here other than the perception that children wouldn't be deported, he said. The children need to be sent home, and the United States should have a limited role in resolving the issues that some say are contributing to the mass immigration, he said. 'If you have a problem in your country because of gang violence and corruption. the United States can't always do it all,' he said. 'The answer can't always be to just leave your country and go to the United States.' […] 'I'm not sure how the United States is going to help uncorrupt their governments because I suspect the people in their governments like it that way,' he said. […] Perry said he was skeptical of whether the children are refugees. 'If I move out of Chicago because there were dozens of murders on a Fourth of July weekend and I don't want to be part of that, does that make me a refugee?' he asked." [Patriot News, 7/13/14]

> **Perry Said That If You Have "A Problem In Your Country Because Of Gang Violence And Corruption, The United States Can't Always Do It All."** "Co-sponsor Rep. Scott Perry, R-York County, said Obama's immigration policies - including Obama having granted amnesty to 800,000 foreign nationals - are being selectively used to allow young people to move to the United States and stay here. Gang violence has been occurring in those countries for years, and nothing has changed to drive children here other than the perception that children wouldn't be deported, he said. The children need to be sent home, and the United States should have a limited role in resolving the issues that some say are contributing to the mass immigration, he said. 'If you have a problem in your country because of gang violence and corruption. the United States can't always do it all,' he said. 'The answer can't always be to just leave your country and go to the United States.' […] 'I'm not sure how the United States is going to help uncorrupt their governments because I suspect the people in their governments like it that way,' he said. […] Perry said he was skeptical of whether the children are refugees. 'If I move out of Chicago because there were dozens of murders on a Fourth of July weekend and I don't want to be part of that, does that make me a refugee?' he asked." [Patriot News, 7/13/14]

> **Perry Asked If "I Move Out Of Chicago Because There Were Dozens Of Murders On A Fourth Of July Weekend And I Don't Want To Be Part Of That, Does That Make Me A Refugee?"** "Co-sponsor Rep. Scott Perry, R-York County, said Obama's immigration policies - including Obama having granted amnesty to 800,000 foreign nationals - are being selectively used to allow young people to move to the United States and stay here. Gang violence has been occurring in those countries for years, and nothing has changed to drive children here other than the perception that children wouldn't be deported, he said. The children need to be sent home, and the United States should have a limited role in resolving the issues that some say are contributing to the mass immigration, he said. 'If you have a problem in your country because of gang violence and corruption. the United States can't always do it all,' he said. 'The answer can't always be to just leave your country and go to the United States.' […] 'I'm not sure how the United States is going to help uncorrupt their governments because I suspect the people in their governments like it that way,' he said. […] Perry said he was skeptical of whether the children are refugees. 'If I move out of Chicago because there were dozens of murders on a Fourth of July weekend and I don't want to be part of that, does that make me a refugee?' he asked." [Patriot News, 7/13/14]



## Sanctuary Cities

### Perry Introduced Bills To Penalize Sanctuary Cities

**2011: Perry Introduced Bills To Penalize Sanctuary Cities And Ensure Illegal Immigrants Cannot Use Government Programs.** "Rep. Scott Perry, R-York/Cumberland, doesn't want illegal immigrants taking advantage of public assistance programs meant for those living in the country legally who need help. 'All our social safety net systems, their viability is all dependent upon people not fraudulently using them,' he said. 'So if people absolutely need that safety net, it's there for them. It's really important that we secure a safeguard.' Last week, Perry introduced House Bills 809 and 810 - legislation to prohibit the spending of taxpayer dollars on illegal immigrants and provide penalties for what he calls 'sanctuary cities.' In order to receive public assistance benefits, a person would need to prove citizenship under Perry's legislation." [York Dispatch, 3/7/11]

**Perry Claimed That The "Sanctuary City Mind-Set" Was Causing Strains Of Health Care, Infrastructure, And Public Education Budgets.** "That having been said, it is arguably our duty to identify emerging and pre-emerging issues and deal with them effectively prior to them causing our society and state irreparable harm, unlike the federal government in this regard which seems unwilling to tackle the issue of illegal immigrants. Accept it or not, the sanctuary city mind-set is causing quantifiable strains in all of the budgets including health care, highways and bridges, and public education." [York Dispatch, Perry's View, Scott Perry Op-Ed, 7/1/08]

### Perry Sponsored Legislation Prohibiting Any And All Government Spending On Illegal Immigrants

**Perry Sponsored Legislation Prohibiting Spending On Illegal Immigrants By Requiring A Proof Of Legal Status Before Getting Any State Or Federal Benefits.** "House Bill 809 would prohibit the spending of taxpayer dollars on illegal immigrants through a requirement of proof of legal status, he said. In addition, any state or local entity that provided benefits to illegals would have to document the total amount spent and report it to the Department of Revenue. At that point, the department would send a statement to the U.S. Department of Homeland Security and Department of State for the purposes of transmitting it to the home country of the illegal immigrant. That nation would receive a request for reimbursement to the commonwealth and the local entities." [The Sentinel, 3/2/11]

**Perry Sponsored Legislation Forcing Any State Or Local Entity Providing Benefits To Illegal Immigrants Would Have To Document That Spending And Report It To The Department Of Revenue, Upon Which They Would Send It To The Dept. Of Homeland Security For "The Purposes Of Transmitting It To The Home Country Of The Illegal Immigrant" So That The United States Could Be Reimbursed For The Cost.** "House Bill 809 would prohibit the spending of taxpayer dollars on illegal immigrants through a requirement of proof of legal status, he said. In addition, any state or local entity that provided benefits to illegals would have to document the total amount spent and report it to the Department of Revenue. At that point, the department would send a statement to the U.S. Department of Homeland Security and Department of State for the purposes of transmitting it to the home country of the illegal immigrant. That nation would receive a request for reimbursement to the commonwealth and the local entities." [The Sentinel, 3/2/11]

## English Language

### 2011: Perry Introduced A Failed Bill To Make English Pennsylvania's Official Language

**2011: Perry Introduced A Failed Bill To Make English Pennsylvania's Official Language.** "In a definitive victory for those who prefer the obvious formalized, state Rep. Daryl Metcalfe has introduced legislation that would declare English as Pennsylvania's official state language. [...] Metcalfe courageously is picking up where



former state Rep. Scott Perry, now a congressman, left off in 2011. Perry introduced similar legislation that initially attracted considerable attention before imploding almost immediately afterward in its own needlessness." [Pittsburgh Tribune Review, 3/28/14]

**Perry On Immigration: "We Are Mostly A Nation Of Immigrants," Perry Said, "But Legal Immigrants. Illegal Immigration Is A Problem, And You Don't Have A Country If You're Not Going To Secure Your Borders."** "Both Perry and Scott referenced their immigrant backgrounds and agreed that immigration reform needs to be made in the country. Perry's response: 'We are mostly a nation of immigrants,' Perry said, 'but legal immigrants. Illegal immigration is a problem, and you don't have a country if you're not going to secure your borders.' Perry said he supports a legal immigration effort for the country – 'we can't let people wander in and out of our country without knowing what their intentions are.'" [York Daily Record, 9/20/18]

**Perry On Immigration: "We Can't Let People Wander In And Out Of Our Country Without Knowing What Their Intentions Are."** "Both Perry and Scott referenced their immigrant backgrounds and agreed that immigration reform needs to be made in the country. Perry's response: 'We are mostly a nation of immigrants,' Perry said, 'but legal immigrants. Illegal immigration is a problem, and you don't have a country if you're not going to secure your borders.' Perry said he supports a legal immigration effort for the country – 'we can't let people wander in and out of our country without knowing what their intentions are.'" [York Daily Record, 9/20/18]

**Perry On Making English The Official Language Of Pennsylvania: "If Our Language Doesn't Suit You, No One Forced You To Come Here, And No One Is Forcing You To Stay."** "Then, things really went downhill. A legislator from York County - apparently conversant in the views of 300 million people who trace their heritage to every corner of the globe - offered a fractured civics lesson that boiled down to: America, love it or leave it if you don't like speaking the mother tongue. 'This is our country, our culture, our lifestyle, and our language,' said Rep. Scott Perry (R., York). 'If our language doesn't suit you, no one forced you to come here, and no one is forcing you to stay.'" [The Philadelphia Inquirer, 9/21/11]

## Perry Proposed Ending Printing Government Forms In All Languages Other Than English

**Scott Perry Proposed Ending Printing Government Forms In All Languages Other Than English.** "You can apply for food stamps or home heating grants in Spanish. And Russian. And Chinese. And Vietnamese. State Rep. Scott Perry, R-Carroll Twp., York County, finds it offensive that his state tax dollars are used to print state forms in those languages. Perry and state Rep. RoseMarie Swanger, R-North Lebanon Twp., are pushing bills designating English the official language of Pennsylvania." [Patriot News, 9/16/11]

**Perry Claimed His Policy Ending Printing In Languages Other Than English Would "Give Immigrants Incentive To Learn English And The Chance To Obtain Better Jobs."** "'People always say: 'You talk about cutting the budget. Where can you save money, Perry?' he said Thursday. 'Well, here's a place.' The lawmakers said making English the state's official language would also give immigrants incentive to learn English and the chance to obtain better jobs." [Patriot News, 9/16/11]

**Perry's Bill Would Make State Documents Like Drivers License Applications And Voter Registration Forms And Tax Returns To Be Printed In English Only.** "The bills would codify that state documents - driver's license applications, voter registration forms, tax returns - be published in English only. Perry's bill would also extend the official tongue to business transacted in county and local governments." [Patriot News, 9/16/11]

**Perry On Changing Language Printing Policies: "'I Question The State's Right To Force Its Taxpayers To Subsidize ... Elevated Teaching Costs And Other Elevation Taxation Costs ... For The Sake Of A Minority Of Individuals' Who Don't Speak English."** "Some Republican legislators said it's a waste of taxpayers' money to print government documents in languages other than English. They said 29 languages other than English are spoken in the state, with most non-English speakers using Spanish, but many others speaking one of several dialects from China, the Philippines or other Asian languages, plus Russian, German, French or Italian. 'If you want to be part of


our society, learn our language,' Mr. Perry said. 'I question the state's right to force its taxpayers to subsidize ... elevated teaching costs and other elevation taxation costs ... for the sake of a minority of individuals' who don't speak English." [Pittsburgh-Post Gazette, 9/15/11]

## Visas

### Perry Posed That People Could Use The Fiancée Visa To Bring Terrorists To America

**Perry Concluded There Needs To Be A More Investigative Process For Those Seeking Fiancée Visas, Because They Could Bring A Terrorist Into The U.S.** "Understanding, now the American people are finally hearing that we don't check social media, that this is simply a question, a very simple questionnaire. The person that's getting the K-1 visa or the fiancée visa just has to state that she saw the other person or he saw the other person once in two years and that they have communicated with one another. And then they can come here and be married. I mean, what is robust about that and what is thorough about that? It shows also that this administration has no idea what this threat is, what this enemy is." [Fox News Network, 12/14/15]

**Perry Criticized K-1 Visas, Saying: A Person "Has To State That She Saw The Other Person Or He Saw The Other Person Once In Two Years And That They Have Communicated With One Another. And Then They Can Come Here And Be Married. I Mean, What Is Robust About That And What Is Thorough About That?"** "Understanding, now the American people are finally hearing that we don't check social media, that this is simply a question, a very simple questionnaire. The person that's getting the K-1 visa or the fiancée visa just has to state that she saw the other person or he saw the other person once in two years and that they have communicated with one another. And then they can come here and be married. I mean, what is robust about that and what is thorough about that? It shows also that this administration has no idea what this threat is, what this enemy is." [Fox News Network, 12/14/15]

**The K-1 Visa Is Also Referred To As The Fiancée Visa, And Is For People Intending To Marry An American Citizen Within 90 Days Of Entering The U.S.** "If you are a U.S. citizen who wants to bring your foreign fiancé(e) to the United States in order to get married, you will need to file a Form I-129F, Petition For Alien Fiancé(e). This is the first step to obtaining a K-1 nonimmigrant visa for your fiancé(e). The K-1 nonimmigrant visa is also known as a fiancé(e) visa. In order to obtain a K-1 fiancé(e) visa, you and your fiancé(e) must intend to marry each other within 90 days of your fiancé(e) entering the U.S as a K-1 nonimmigrant. Your marriage must be valid, meaning both you and your fiancé(e) have a bona fide intent to establish a life together and the marriage is not for the sole purpose of obtaining an immigration benefit." [U.S. Citizenship and Immigration Services, Visas for Fiancées of U.S. Citizens, Accessed 9/26/19]

### Perry Called Revising The H-1B Visa System An Increasing Quota A "Great Opportunity For America"

**Perry Called Revising The H-1B Visa System And Increasing Quotas A "Great Opportunity For America."** "Voters are open to immigration reform, but they're also wary, said U.S. Rep. Scott Perry, the freshman lawmaker who replaced outgoing sixterm U.S. Rep. Todd Platts this year. They fear the enforcement component will get short shrift, the York County Republican said. On the other hand, there's widespread recognition that the system is broken, and that reasonable reforms are needed, he said. Revising the H-1B visa system and increasing quotas is 'a great opportunity for America,' Perry said." [Central Penn Business Journal, 3/22/11]



## Infrastructure & Transportation Issues

### Significant Findings

✓ *Perry's deputy chief of staff said that the federal gas tax should be raised.*

✓ *Perry suggested a "broad-based energy tax" to fund infrastructure repair.*

✓ *Perry accused Amtrak of wasting money by not installing positive train control.*

## Infrastructure Funding

### Perry's Deputy Chief Of Staff Said That The Federal Gas Tax Should Be Raised

**Perry's Deputy Chief Of Staff Said That The Federal Gas Tax Should Be Raised.** "The federal government isn't doing enough to support transportation funding efforts, according to Bob Reilly, deputy chief of staff for Rep. Scott Perry. Reilly kicked off the speakers, followed by Matt Boyer, executive director of Commuter Services of Pennsylvania, Richard Farr, executive director of Rabbit Transit, and Dell. In his speech, Reilly pointed to the fact that the federal government hasn't increased the gas tax which helps fund a majority of transportation projects since 1993. This flat rate started to become a problem, Reilly showed through graphs, around 2008 when the economic downturn resulted in less driving. Vehicles are also becoming more fuel efficient. 'Our outlays keep growing, but revenue remains stagnant,' he said of Pennsylvania's transportation budget needs." [York Dispatch, 8/6/15]

### Perry Suggested A "Broad-Based Energy Tax" To Fund Infrastructure Repair

**Perry Suggested A "Broad-Based Energy Tax" To Fund Infrastructure Repair.** "On funding for highway and bridge repairs: The federal gas tax hasn't been raised since 1993 and applies only to gas- and diesel-powered vehicles. Instead of taxing just drivers, Perry wants to look at a broad-based energy tax that would apply to all sources of energy. And instead of passing short-term fixes to the federal Highway Trust fund, a long-term, 'methodical' approach that looks at transportation funding over five or six years is needed, Perry said. He also wants more public-private partnerships and said government should get rid of agreements that require it to pay overly high wages on highway construction projects." [York Daily Record, 7/19/14]

## Transportation

### Perry Accused Amtrak Of Wasting Money By Not Installing Positive Train Control

**Perry Accused Amtrak Of Wasting Money By Not Installing Positive Train Control.** "But several Republicans accused Amtrak of wasting the money it has - about $1.4 billion a year from Congress. Rep. Scott Perry (R., Pa.) asked why money from the $800 billion federal stimulus passed in 2009 wasn't used to install Positive Train Control, 'if it's such a priority.'" [Philadelphia Inquirer, 6/3/15]



## Labor & Working Families

---

### Significant Findings

- ✓ *Perry claimed to have worked for less than minimum wage and used it to defend being against a federal wage standard.*

- ✓ *Perry claimed he was against raising the minimum wage because it "was never meant to be" the wage you make "when you're keeping a family" and said it was "for people that are getting started out."*

- ✓ *Perry said the problem with minimum wage is that "everyone will want more."*

- ✓ *Perry said that having a nationwide minimum wage "doesn't make sense."*

- ✓ *Perry said the government shouldn't raise the minimum wage because if "you're willing to work hard and show up with a good attitude I suspect you can get another job at a higher wage."*

- ✓ *Perry voted against raising the minimum wage 8 times.*

- ✓ *Perry said that he was inspired to cut unemployment benefits in Pennsylvania because of the financial crisis.*

- ✓ *Perry said he opposed forcing workers to pay dues to join unions and said, "I question the need for public-sector unions," particularly teachers unions.*

- ✓ *Perry said that legislation requiring employers provide breaks for employees was not necessary.*

- ✓ *Perry voted for blocking an amendment to allow Americans to earn paid sick leave.*

- ✓ *Perry voted against extending unemployment insurance 7 times.*

- ✓ *Perry said that legislation requiring employers provide breaks for employees was not necessary.*

- ✓ *Perry repeatedly voted to roll back Davis-Bacon wage protections.*

- ✓ *Perry claimed he saw no evidence of slowed manufacturing jobs in his district.*

---

### Minimum Wage

### Perry Claimed To Have Worked For Less Than Minimum Wage, And Used It To Defend Being Against A Federal Wage Standards

**Perry Claimed To Have Worked For Less Than Minimum Wage In The Past, And Used It To Defend Being Against A Federal Minimum Wage.** "Well, I'm a person that's actually worked for less than minimum wage on several other jobs that I started out. And so what I know is it's important that when you want a job and you might not have any skills, when you were a young person as I was. The only skill I had was to show up with a good attitude but I still -- I had that and I wanted to work, but I had to learn some things." [Congressional Debate, 10/19/18]



**Perry On Minimum Wage: "I Don't Think The Answer Is For The Government To Decide What Our Wage Is. One Minimum Wage For The Whole Country, The Same Wage In San Francisco As In Glen Rock, To Me, That's Absurd."** "I don't think the answer is for the government to decide what our wage is. One minimum wage for the whole country, the same wage in San Francisco as in Glen Rock, to me, that's absurd. And I think the tax cut and JOBS Act proves that if we let people keep more of their money especially businesses, they will give more -- more to their employees. And we saw numerous bonuses and raises, and wages are coming up at 2.8 percent having been held flat for over a decade easily. And so wages are coming -- the best way to handle this is to let people keep more of their money and they'll decide. And it also provides portability, right, because it -- because there are more jobs available, and if you don't like this job or the wage you're getting, as long as you're willing to work hard and show up with a good attitude, I suspect you can get another job at a higher wage. So I don't think it's the government's place to homogenize that wage and determine that New York City is the same wage as York City." [Congressional Debate, 10/19/18]

**Perry Claimed He Was Against Raising The Minimum Age Because It "Was Never Meant To Be" The Wage You Make "When You're Keeping A Family" And Said It Was "For People That Are Getting Started Out."**

**Perry On Minimum Wage: "I'm Not In Favor Of Raising It Because The Minimum Wage Was Never Meant To Be The Ways That That You Were Supposed To Make When You're Keeping A Family. It's For People That Are Getting Started Out."** "I'm not in favor of raising it because the minimum wage was never meant to be the ways that that you were supposed to make when you're keeping a family. It's for people that are getting started out. And if we raise that minimum wage, if some cities have literally, unemployment goes up, employment goes down because they -- the businesses cannot pay that wage and they have to shed those -- those employees. And so the net gain is -- is not a gain, it's a loss -- lose workers." [Congressional Debate, 10/19/18]

**Perry On Minimum Wage: "If We Raise That Minimum Wage, If Some Cities Have Literally, Unemployment Goes Up, Employment Goes Down Because They -- The Businesses Cannot Pay That Wage And They Have To Shed Those -- Those Employees. And So The Net Gain Is -- Is Not A Gain, It's A Loss -- Lose Workers."** "I'm not in favor of raising it because the minimum wage was never meant to be the ways that that you were supposed to make when you're keeping a family. It's for people that are getting started out. And if we raise that minimum wage, if some cities have literally, unemployment goes up, employment goes down because they -- the businesses cannot pay that wage and they have to shed those -- those employees. And so the net gain is -- is not a gain, it's a loss -- lose workers." [Congressional Debate, 10/19/18]

**Perry Said The Problem With Minimum Wage Is That "Everyone Will Want More"**

**Perry On Minimum Wage: "The Problem With Minimum Wage Is That Everyone Will Want More."** "When an audience member who described himself as a 'liberal Democrat' suggested raising minimum wage, Perry didn't support it. If someone now making $7.25 an hour jumps to $9 an hour, the guy making $10 an hour will want more too, he said. 'The problem with minimum wage is that everyone will want more,' Perry said." [York Dispatch, 2/25/13]

**Perry Said The Government Shouldn't Raise The Minimum Wage Because If "You're Willing To Work Hard And Show Up With A Good Attitude I Suspect You Can Get Another Job At A Higher Wage."**

**Perry On Minimum Wage: "As Long As You're Willing To Work Hard And Show Up With A Good Attitude, I Suspect You Can Get Another Job At A Higher Wage [...] So I Don't Think It's The Government's Place To Homogenize That Wage And Determine That New York City Is The Same Wage As York City."** "He sees a government dictate that requires the same wages in New York City and York as having a better chance of stifling economic growth by causing employers to make fewer jobs available as labor costs


increase. With more jobs, 'as long as you're willing to work hard and show up with a good attitude, I suspect you can get another job at a higher wage,' Perry said. 'So I don't think it's the government's place to homogenize that wage and determine that New York City is the same wage as York city.'" [Patriot News, 10/21/18]

**Perry Said That Having A National Minimum Wage Did Not Make Sense**

**Perry Said That Having A Nationwide Minimum Wage "Doesn't Make Sense."** "Perry said establishing a nationwide minimum wage 'doesn't make sense' because the actual cost of living varies widely across the U.S. Instead, he said, the minimum wage should be a local government decision." [York Daily Record, 10/15/16]

**2019: Perry Voted Against Final Passage Of The Raise The Wage Act, Which Would Raise The Minimum Wage To $15 Per Hour**

**Perry Voted Against Final Passage Of The Raise The Wage Act, Which Would Raise The Minimum Wage To $15 Per Hour.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would increase the federal minimum wage to $8.40 per hour on the first day of the third month after enactment and would incrementally increase it annually to reach $15 per hour six years after the effective date. On the seventh year, the bill would require the Labor Department to determine the minimum wage based on increases in the median hourly wage of all employees. The bill would also increase the minimum wage for tipped employees, teens, and individuals with disabilities, with incremental increases over five years until each of these rates reaches $15 per hour, at which point the separate minimum wages would be repealed." The bill passed 231 to 199. [HR 582, Vote #496, 7/18/19; CQ, 7/18/19]

**2017: Perry Voted For Blocking A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years**

**Perry Voted For Blocking A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years.** In June 2017, Perry voted for: a motion to order the previous question. A yes vote would block consideration of "H.R. 15, The Raise The Wage Act,, which would give workers the raise they deserve, and increase the federal minimum wage to $15 an hour within 7 years." The bill passed 235-190. [HR 3003, Vote #331, 6/28/17; CQ, 6/28/17; DemocraticLeader.gov, accessed 9/12/17]

**2014: Perry Voted Against Raising The Minimum Wage 5 Times**

**2014: Perry Voted For Blocking Consideration Of The Fair Minimum Wage Act 4 Times.** In 2014, Perry voted 4 times against considering the Fair Minimum Wage Act.  The bill would phase in a federal minimum wage increase to $10.10 per hour over two years. Below is a list of Perry's votes.

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 224-192. [H Res 487, Vote #65, 2/26/14; Congressional Record, 2/26/14]

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 225-192. [H Res 492, Vote #79, 2/27/14; Congressional Record, 2/27/14]

**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 229-194. [H Res 530, Vote #152, 4/2/14; Congressional Record, 4/2/14]



**Perry Voted For: Blocking Consideration Of The Fair Minimum Wage Act Of 2013.** Perry voted for: blocking consideration of the Fair Minimum Wage Act of 2013. The previous question passed, 222-193. [H Res 539, Vote #157, 4/4/14; Congressional Record, 4/4/14]

**2014: Perry Voted Against Raising the Minimum Wage to $10.10.** In April 2014, Perry voted against: the Democratic budget alternative. The budget would raise the minimum wage to $10.10. Raising the minimum wage to $10.10 would increase earnings for 16.5 million workers. The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14; House Democratic Budget Substitute, FY 2015; Politico, 2/25/14; Economic Policy Institute, 12/19/13]

**2014: Perry Said He Opposed Raising The $7.25 National Minimum Wage.** "Perry opposes increasing the federal minimum wage, which is $7.25. It is not meant to be a family-sustaining wage, he said, but rather a starting point. A one-size-fits-all minimum wage policy is not good for America, Perry said." [Evening Sun, 10/22/14]

### 2013: Perry Voted Against Increasing The Minimum Wage To $10.10 An Hour

**2013: Perry Voted Against Increasing The Minimum Wage To $10.10 An Hour.** In March 2013, Perry voted against: "Miller, D-Calif., motion to recommit the bill to the House Education and the Workforce Committee and report it back immediately with an amendment that would clarify that nothing in the bill would repeal, deny or loosen employment protections, training opportunities or educational benefits for certain seniors, veterans, women or youth. It also would incrementally increase the federal minimum wage to $10.10 within two years of the bill's enactment." The motion failed 184-233. [CQ, 3/15/13; H R 803, Vote #74, 3/15/13]

# Unemployment Insurance

### Perry Said That He Was Inspired To Cut Unemployment Benefits In Pennsylvania Because Of The Financial Crisis

**Perry Claimed He Was Inspired To Cut Unemployment Benefits Because Of The Financial Crisis.** "Perry said the unemployment compensation system should have been changed years ago. But in the past, there was no pressure to make any changes to the system because it was not being used as much as it is now, he said. 'I think it should have been changed a good bit ago, but there was no appetite for it,' he said. "Now, there's pressure to move forward because of the economic crisis that we're in.'" [York Dispatch, 6/22/10]

> **Perry On Cutting Unemployment Benefits During The Financial Crisis: "I Think It Should Have Been Changed A Good Bit Ago, But There Was No Appetite For It, Now, There's Pressure To Move Forward Because Of The Economic Crisis That We're In."** "Perry said the unemployment compensation system should have been changed years ago. But in the past, there was no pressure to make any changes to the system because it was not being used as much as it is now, he said. 'I think it should have been changed a good bit ago, but there was no appetite for it,' he said. "Now, there's pressure to move forward because of the economic crisis that we're in.'" [York Dispatch, 6/22/10]

### 2010: Perry Sponsored A Bill To Make It More Difficult For Pennsylvanians To Receive Unemployment Benefits, And Also Reduce Benefits In Some Cases

**Perry Sponsored A Bill To Make It More Difficult For People To Receive Unemployment Benefits, And Also Reduce Benefits In Some Cases.** "Laid-off workers would have to prove they are searching for a job to receive unemployment benefits under a House bill announced last week by state Rep. Scott Perry, R-Dillsburg. The bill would also tighten eligibility requirements and could reduce benefits in some cases, all in an attempt to rein in costs of unemployment compensation as jobless rates remain high in the wake of the recession." [York Dispatch, 6/22/10]


| **Perry Voted Against Extending Unemployment Insurance 7 Times** |
| --- |

**2014: Perry Voted Against Extending Unemployment Insurance.** In April 2014, Perry voted against: the Democratic budget alternative. "Van Hollen, D-Md., substitute amendment that would provide for $3.078 trillion in new budget authority in fiscal 2015, not including off-budget accounts. The plan would call for repealing the sequester, including cuts to Medicare. It also would propose eliminating the non-defense discretionary sequester starting in 2016. The substitute would assume an increase of the minimum wage to $10.10 per hour and enactment of the Senate-passed immigration overhaul. It would propose extending expired unemployment benefits for one year and extending the tax credits from the 2012 extension of Bush-era income and other tax cuts due to expire at the end of 2017. It would assume implementation of the 2010 health care overhaul and assume increases in physician fees for primary care services under Medicaid. It would accommodate deficit-neutral legislation to permanently address the Medicare physician reimbursement rate issue known as the "doc fix." The plan would propose expanding tax incentives aimed at encouraging low- and middle-income taxpayers to attend college and save for retirement. It would call on Congress to raise revenue by ending tax breaks for special interests and the very wealthy." The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14; CQ, 4/10/14]

**Perry Voted For: Blocking Consideration Of A Three-Month, Fully Paid-For Extension Of Federal Unemployment Insurance.** Perry voted for: blocking consideration of a three-month, fully paid-for extension of federal unemployment insurance. The previous question passed, 227-195. [H Res 438, Vote #637, 12/12/13; CQ, 12/12/13; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 226-191. [H Res 455, Vote #5, 1/9/14; CQ, 1/9/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 228-195. [H Res 458, Vote #19, 1/15/14; CQ, 1/15/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Extension Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Extension Act. The previous question passed, 222-194. [H Res 465, Vote #26, 1/28/14; CQ, 1/28/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 221-184. [H Res 497, Vote #93, 3/5/14; CQ, 3/5/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 219-191. [H Res 501, Vote #99, 3/6/14; CQ, 3/6/14; Democratic Leader's Office, 12/12/13]

**Perry Voted For: Blocking Consideration Of The Emergency Unemployment Compensation Act.** Perry voted for: blocking consideration of the Emergency Unemployment Compensation Act. The previous question passed, 219-190. [H Res 544, Vote #169, 4/8/14; CQ, 4/8/14; Democratic Leader's Office, 12/12/13]

# Public Sector Unions



**Perry Said He Opposed Forcing Workers To Pay Dues To Join Unions, And Said "I Question The Need For Public-Sector Unions," Particularly Teachers Unions**

**Perry Said He Opposed Forcing Workers To Pay Dues To Join Unions, And Said "I Question The Need For Public-Sector Unions," Particularly Teachers Unions.** "Perry said he's against forcing workers to pay dues and join unions. While Perry said he sees the worth of unions in private companies, 'because there are still employers who abuse employees,' he's against forcing workers to pay dues and join unions. He went further, adding, 'I question the need for public-sector unions.' Perry said they pit taxpayers against the government and said that if government doesn't follow labor laws, who would. Perry said it's 'unfortunate' teachers have to pay compulsory union dues 'to pay for a union architecture and structure who often lobby against things they believe in and are teaching.'' [Patriot News, 10/26/14]

# Breaks

**Perry Said That Legislation Requiring Employers Provide Breaks For Employees Was Not Necessary**

**Perry Claimed That Legislation To Make Employers Provide Breaks For Their Employees Was Not Necessary.** "The state House of Representatives Labor Relations Committee is reviewing two bills that would require employers to provide breaks to workers throughout the day. The bills were introduced by Rep. John T. Galloway (D-Bucks County). House Bill 1756 would require employers to give employees an unpaid 15-minute break for every four hours worked. House Bill 1757 would make employers give workers an unpaid 30-minute lunch break for each seven-and-a-half- hour shift. If adopted, employers who don't comply with either of the bills could face fines of up to $2,500 for each occurrence and a $1,000 minimum fine. […] Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks." [Central Penn Business Journal, 2/29/08]

**Perry On Forcing Employers To Give Break Time: "We Have Been Able To Survive And Thrive For Hundreds Of Years Without This, And Someone Would Have To Convince Me Why They're Needed."** "Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks. 'We have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed,' Perry said. 'I have employees, and they have appropriate times to take breaks. And if you have good employees who care, they will make sure they will give an honest day's work for an honest day's pay.'" [Central Penn Business Journal, 2/29/08]

**Perry On Forcing Employers To Give Break Time: "I Have Employees, And They Have Appropriate Times To Take Breaks. And If You Have Good Employees Who Care, They Will Make Sure They Will Give An Honest Day's Work For An Honest Day's Pay."** "Rep. Scott Perry (R-Cumberland and York counties), who took his seat in the Legislature last year, said no constituents have called him to complain about employers who do not provide breaks. 'We have been able to survive and thrive for hundreds of years without this, and someone would have to convince me why they're needed,' Perry said. 'I have employees, and they have appropriate times to take breaks. And if you have good employees who care, they will make sure they will give an honest day's work for an honest day's pay.'" [Central Penn Business Journal, 2/29/08]

**An Investigation Found That Truckers Who Didn't Take Necessary Breaks Were Significantly More Likely To Be Involved In Fatal Crashes**

**A 2017 Investigation Found That Trucking Companies Who Broke "Fatigue Laws" Were Significantly More Likely To Be Involved In Accidents.** "Every day, port trucking companies around Los Angeles put hundreds of impaired drivers on the road, pushing them to work with little or no sleep in violation of federal safety regulations,


a USA TODAY Network investigation found. They dispatch truckers for shifts that last up to 20 hours a day, six days a week, sometimes with tragic results. In August 2013, a Container Intermodal Transport trucker, who said in depositions that he often broke fatigue laws, barreled into stopped traffic at 55 mph, killing a teenager and injuring seven others. Seven months later, a Pacific 9 Transportation driver had just finished his 45th hour on the clock in three days when he ran over and killed a woman crossing the street. […] But the USA TODAY Network investigation shows for the first time that fatigued truckers are a near-constant threat on the roads around America's busiest ports. To identify port trucking companies that put their drivers and the public at risk, reporters retraced the movement of thousands of Los Angeles-area trucks over four years using time stamps generated each time a driver passes through a port gate. Reporters then calculated how long each truck had operated and compared the results to federal crash data from 2013 to 2016. The analysis found that, on average, trucks serving the ports of Los Angeles and Long Beach operated without the required break 470 times a day. Those trucks were involved in at least 189 crashes within a day of an extended period on the clock. Federal records do not indicate who was at fault. [USA Today, 12/28/17]

## Paid Leave

### Perry Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave

**Perry Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave.** In May 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, the previous question would allow for "consideration of the bill (H.R. 1516) to allow Americans to earn paid sick time so that they can address their own health needs and the health needs of their families." A vote for the previous question was a vote to block the amendment for paid sick leave. The previous question carried, 231-188. [H Res 352, Vote #275, 5/24/17; CQ, 5/24/17]

### Perry Voted Repeatedly For Bill That Undermined Overtime Pay And Sick Leave

#### 2017: Perry Voted For Undermining Worker Protections By Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time'

**Perry Voted For The Working Families Flexibility Act, Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time.'** In May 2017, Perry voted for: "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees would be required to have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of compensatory time and employers would be required to provide monetary compensation by Jan. 31, for any unused compensatory time accrued during the preceding year. The bill's provisions would sunset five years after enactment." The bill was passed by a vote of 229-197. [HR 1180, Vote #244, 5/2/17; CQ, 5/2/17]

> **NBC News: Democrats Opposed The Bill, Saying It Weakened Worker Protections And Could Allow Employers, Who Would Have Final Say On Scheduled Comp Time, To "Kick The Can Down The Road On Money You Earned Putting In Extra Hours."** "The House of Representatives passed a bill Tuesday that would allow employees to swap overtime pay for "comp time," a rules change congressional Republicans have tried to push through for more than two decades. […] Where do the Democrats stand? They really don't like this bill. Many progressives in the House argue that the proposal would chip away at protections for hardworking Americans and undermine the Fair Labor Standards Act. The measure, among other rules, would give employers the final say on when comp time can be used. In other words, House Dems fear, your boss could conceivably kick the can down the road on money you earned putting in extra hours. Massachusetts Sen. Elizabeth Warren, a fierce advocate for workers' rights, blasted the bill as a 'disgrace.'" [NBC News, 5/3/17]

**Perry Voted Against Blocking Protections From The Bill For Employees Who Receive Seven Or More Sick Days From Their Employers, Which Can Be Used To Seek Care For Pre-Existing Medical**



**Conditions.** In May 2017, Perry voted against: "Scott, D-Va., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions employees who receive seven or more sick days from their employer." The motion was rejected by a vote of 192-234. [HR 1180, Vote #243, 5/2/17; CQ, 5/2/17]

**Perry Voted For Waive Certain Rules Making It Easier For The House To Pass A Bill To Allow Employees To Trade Overtime Pay For Comp Time.** In May 2017, Perry voted for: "Adoption of the rule (H Res 299) that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. It would waive, through the legislative day of May 5, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules on the legislative days of May 4 and May 5, 2017." The rule was adopted by a vote of 230-193. [HR 1180 (HRes 299), Vote #241, 5/2/17; CQ, 5/2/17]

## 2013: Perry Voted For The "Working Families Flexibility Act," Which Undermined The 40-Hour Work Week, And Did Not Protect Paid Sick Leave

**2013: Perry Voted For A Bill That Allowed Private-Sector Employees To Take Compensatory Time Off In Lieu Of Overtime Pay.** In May 2013, Perry voted for: "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees must have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of comp time and employers would be required to provide monetary compensation by Jan. 31, for any unused comp time accrued during the preceding year. The bill's provisions would sunset five years after enactment. As amended, it would require the Government Accountability Office to periodically report to Congress on the use of comp time allowed under the bill." The bill passed 223 to 204. [HR 1406, Vote #137, 5/8/13; CQ, 5/8/13]

**Center For Economic And Policy Research: Bill Would "Undermine The 40-Hour Work Week" And Would Provide "Employers With A Powerful Incentive To Increase Workers' Overtime Hours."** According to the Center for Economic and Policy Research: "The proposed legislation undermines the 40-hour work week that workers have long relied on to give them time to spend with their kids. The flexibility in this comp time bill would have employees working unpaid overtime hours beyond the 40-hour workweek and accruing as many as 160 hours of compensatory time. A low-paid worker making $10 an hour who accrued that much comp time in lieu of overtime pay would effectively give his or her employer an interest-free loan of $1,600 – equal to a month's pay. That's a lot to ask of a worker making about $20,000 a year. Indeed, any worker who accrues 160 hours of comp time will in effect have loaned his or her employer a month's pay. This same arithmetic provides employers with a powerful incentive to increase workers' overtime hours." [The Hill, 4/8/13]

**Center for Economic and Policy Research: Proposal Would "Likely Increase Overtime Hours For Those Who Don't Want Them and Cut Pay For Those Who Do."** In an op-ed submitted to the Huffington Post a senior economist with the Center for Economic and Policy Research wrote: "Touted by Republicans as a new comp time initiative that will give hourly-paid workers the flexibility to meet family responsibilities, it is neither new nor about giving these workers much needed time off to care for their families. The bill rehashes legislation Republicans passed in the House in 1997, some 16 years ago, and that they introduced again in most subsequent Congresses. Its major effect would be to hamstring workers – likely increasing overtime hours for those who don't want them and cutting pay for those who do." [Huffington Post, 4/16/13]

**National Partnership For Women And Families: "You Have No Ability to Take That Leave When You Need It. The Employer Can Decide."** "It should be called the Employer Flexibility Act, because at every turn here, the employer gets to decide… It pretends to provide a set of options to employees. But even if they elect to take the comp time instead of wages, when they can take it is fully at the discretion of the employer. You have no ability to take that leave when you need it. The employer can decide." [Chicago Tribune, 4/22/13]


**2013: Perry Voted Against A Measure That Would Have Prevented Employers From Denying The Use Of Compensatory Time For Family Members Or Medical Purposes.** In May 2013, Perry voted against: a "motion to recommit the bill to the House Education and Workforce Committee and report it back immediately with an amendment that would bar employers from denying the use of compensatory time for certain family or medical purposes. It also would prohibit employers found in violation of equal pay protections for women under the Equal Pay Act of 1963 from replacing monetary overtime compensation with compensatory time." **The motion failed 200 to 227.** [HR 1406, Vote #136, 5/8/13; CQ, 5/8/13]

> **The Obama Administration Said It Would Veto The Bill Because It Would Not "Provide Sufficient Protections" For Workers Who May Not Want Compensatory Time Off In Lier Of Overtime Pay.** The White House released a statement of policy saying the president's advisors would recommend a veto of the bill. The White House noted that the bill "would not prevent employers from cutting the overtime hours and reducing the take-home pay of employees who currently have the right to overtime compensation. The legislation does not provide sufficient protections for employees who may not want to receive compensatory time off in lieu of overtime pay." [Statement of Administration Policy, HR 1406, 5/6/13]

# Davis-Bacon

## Perry Repeatedly Voted To Roll Back Davis-Bacon Wage Protections

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In July 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill from being used to implement, administer or enforce prevailing wage requirements associated with the Davis-Bacon Act, which specify the basis for wages paid to employees by companies under contract with the federal government." The amendment was rejected by a vote of 178-249. [H R 3219, Vote #419, 7/26/17; CQ, 7/26/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill for the Agriculture Department and related agencies from being used to implement, administer or enforce Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 176-241. [H R 3354, Vote #445, 9/6/17; CQ, 9/6/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds appropriated to the Departments of Transportation, Housing and Urban Development and related agencies from being used to implement, administer, or enforce the Davis-Bacon Act prevailing wage requirement. The amendment was rejected by a vote of 180-241. [H R 3354, Vote #453, 9/6/17; CQ, 9/6/17]

**Perry Voted For Defunding Enforcement Of The Davis-Bacon Act, Which Ensures Fair Wages In Government Contracts For Construction And Repair Of Public Buildings And Public Works.** In September 2017, Perry voted for: "King, R-Iowa, amendment, as modified, that would prohibit funding made available in the bill for the Department of Homeland Security and related agencies from being used to implement, administer or enforce the Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 173-240. [H R 3354, Vote #464, 9/7/17; CQ, 9/7/17]

# Manufacturing



**Perry Claimed He Saw No Evidence Of Slowed Manufacturing Jobs In His District**

**Perry Claimed He Saw No Evidence Of Slowed Manufacturing Jobs In His District.** "MCDOWELL: Congressman, we have seen a manufacturing slowdown though. Certainly the job creation in that area the economy has slowed. The expectation for manufacturing job creation for last month, we get the jobs' report Friday, is expected to be zero. A big goose egg last month in manufacturing, manufacturing activity slowed in the most recent ISM report. Are you seeing any evidence of that, however, in your district? PERRY:  I don't really see any evidence but these things take time to be manifested as the policy changes." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]



# LGBT Issues

---

### Significant Findings

✓ *After the Obergefell decision, Perry said that marriage equality should be a state issue.*

✓ *Perry said the Family Research Council should not be considered a hate group for opposing marriage equality.*

✓ *2013: Perry voted for defending the Defense of Marriage Act against legal challenges.*

✓ *2012: Perry said he was against gay marriage because it "redefines marriage as people know it."*

---

## Marriage Equality

### After The Obergefell Decision, Perry Said That Marriage Equality Should Be A State Issue

**After The Obergefell Decision, Perry Said That Marriage Equality Should Be A State Issue.** "'I've long believed that marriage equality for homosexual couples is a state issue and thus outside the purview of the federal government. This issue should be decided democratically by the people on a state-by-state level, not serve as yet another federal mandate.' - U.S. Rep. Scott Perry, R-York." [Patriot News, 6/28/15]

### Perry Said The Family Research Council Should Not Be Considered A Hate Group For Opposing Marriage Equality

**Perry Criticized The SPLC For Designating The Family Research Council A Hate Group.** "The writer cites the Southern Poverty Law Center as an arbiter for determining 'hate groups.' The clearly radical leftist SPLC has a history of recklessly labeling conservative organizations as 'hate groups.' Where once SPLC's hate list was reserved for groups like the Aryan Nation and the KKK, in 2010 SPLC started citing Christian groups such as the Family Research Council as hate groups simply for opposing same-sex marriage. Is same-sex marriage a controversial topic - of course; but both sides have heartfelt beliefs that should be allowed the opportunity for debate." [York Daily Record, Scott Perry Op-Ed, 12/25/16]

### 2013: Perry Voted For Defending The Defense Of Marriage Act Against Legal Challenges

**2013: Perry Voted For Authorizing $1.5 Million Taxpayer Dollars To Defend The Defense Of Marriage Act Against Legal Challenges.** In January 2013, Perry voted for: "Adoption of the resolution that would set the rules for the 113th Congress. The rules would extend many provisions adopted in the 112th Congress as well as expand the rule against nepotism, provide greater authority to reduce floor voting times and broaden members' ability to use private aircraft. The resolution also would authorize the House to continue its legal efforts to defend the Defense of Marriage Act and to force the attorney general to comply with subpoenas related to the Fast and Furious gunwalking operation. It would deactivate provisions of the 2010 health care overhaul that require congressional consideration of recommendations by the Independent Payment Advisory Board, require the annual budget resolution to include details on means-tested and non-means-tested mandatory spending programs and require committees to include in legislative reports the number of federal agency rulemakings that the bill would require and whether the measure duplicates any other federal program. The resolution was adopted by a vote of 228-196. [H Res 5, Vote #6, 1/3/13; CQ, 1/3/13]



---

**2013: Perry Claimed To Support Civil Unions For Gay Couples, But Refused To Call Them Marriages**

---

**Perry Supported Civil Unions For Gay Couples, But Refused To Call Them Marriages.** "And on gay marriage, Perry isn't opposed to civil unions that give gay couples the same government perks, but he said he doesn't want those unions to be called marriages. 'Marriage has a definition,' he said. 'A definition must mean something or it means nothing.' Marriage is between a man and a woman, he said. 'If they want to call it a civil union, that's fine.'" [York Dispatch, 6/19/13]

---

**2012: Perry Said He Was Against Gay Marriage Because It "Redefines Marriage As People Know It"**

---

**2012: Perry Said He Was Against Gay Marriage Because "It Redefines Marriage As People Know It."** "Regardless of who wins in November, the next representative in the 4th Congressional District is likely to vote in favor of gay civil unions if the issue makes it to the House of Representatives. Both of the major party contenders support equal treatment for gays, as does at least one third-party candidate. But the men stop short of consensus on abortion. Gay marriage: State Rep. Scott Perry, R-Dillsburg, said he's not a proponent of 'gay marriage,' 'because it redefines marriage as people know it.'" [York Dispatch, 10/1/12]



# National Defense & Security Issues

### Significant Findings

✓ *Perry called the release of the CIA's torture report "almost treasonous."*

✓ *Perry voted against including additional requirements to obtaining warrants for surveillance through FISA.*

    ✓ *Perry voted against reauthorizing the foreign intelligence security act (FISA), including section 702, which conducts surveillance on foreign targets' communications.*

✓ *Perry voted for blocking consideration of clean, long-term Department of Homeland Security funding bill.*

✓ *Perry voted for passage of FY2019 bill providing appropriations to the department of defense for military activities.*

    ✓ *Perry voted for the national defense authorization act of 2018 that authorized $692.1 billion for defense and prohibited closing Guantanamo Bay.*

## National Security

### Perry Called The Release Of The Torture Report "Almost Treasonous"

**Perry Called The Release Of The Torture Report "Almost Treasonous."** "'Almost treasonous.' That's how U.S. Rep. Scott Perry, R-York County, described in a WPHT radio interview the release of a Senate report on the CIA's use of torture on terrorism suspects.  Obviously, the congressman is entitled to his own opinions. And he has a lot of them. For instance, remember when he said some years ago that people need guns to protect themselves against an overbearing government? That was a very strange comment from a representative of the government not to mention a military officer whose troops might become targets of armed whackos who decide to go to war against what they perceive as a tyrannical government." [Public Opinion, Editorial, 12/23/14]

    **The CIA Torture Report Was The Culmination Of An Investigation Into 6 Years Of "Enhanced Interrogation Techniques" Used By The CIA Against Suspected Terrorists.** "The report, completed in 2014, is the result of an investigation into six years of detention and "enhanced interrogation techniques" used by the CIA against suspected terrorists in secret sites around the world. The 525-page report is a summary of a classified, 6,700-page review. The Senate Select Intelligence Committee spent more than five years analyzing approximately 6.3 million pages of documents, at a cost of $40 million." [CNN, 9/12/19]

## Foreign Intelligence Surveillance Act Reauthorization

### Perry Voted For An Amendment That Would Require The Government To Obtain A Warrant Before Searching Surveillance Data Collected Through Section 702

**Perry Voted For An Amendment That Would Require The Government To Obtain A Warrant Before Searching Surveillance Data Collected Through Section 702.** In January 2018, Perry voted for: "Amash R-Mich., amendment that would end NSA collection of communications data that is neither to nor from an approved foreign target, but rather communications "about" a foreign target entirely between American citizens. It would



prohibit the FBI and intelligence agencies from searching the Section 702 database for information on U.S. citizens without first obtaining a warrant, except in certain circumstances. The amendment would end the so-called 'reverse targeting' practice, in which an American communicating with a foreign target is also subject to surveillance, and would modify oversight of and appointments to the Foreign Intelligence Surveillance Court." The amendment failed 183 to 233. [S 139, Vote #14, 1/11/18; CQ, 1/11/18]

**Detroit News: The Amendment Would Have "Required Officials To Get Warrants In Most Cases Before Intercepting And Reading Emails And More Of U.S. Citizens."** "Before approving a six-year extension of the law, the House voted 233 to 183 to kill an amendment designed to protect Americans civil liberties. This amendment would have required officials to get warrants in most cases before intercepting and reading emails and more of U.S. citizens. This amendment was proposed by Rep. Justin Amash (R-Mich). The vote was a victory for Republican establishment. House Speaker Paul D. Ryan had blocked the House from considering a compromise bill." [Forbes, 1/11/18]

**New York Times: The Amendment Would Have Provided "A Series Of New Safeguards" On Officials That Conduct Surveillance On Foreign Communications.** "Before voting to extend the law, known as Section 702 of the FISA Amendments Act, the House rejected an amendment that would have imposed a series of new safeguards. That proposal included a requirement that officials obtain warrants in most cases before hunting for, and reading, emails and other messages of Americans that were swept up under the surveillance." [New York Times, 1/11/18]

**Perry Voted Against Including Additional Requirements To Obtaining Warrants For Surveillance Through FISA**

**Perry Voted Against Including Additional Requirements To Obtaining Warrants For Surveillance Through FISA.** In January 2018, Perry voted against: "Himes D-Conn., motion to recommit the bill to the House Intelligence Committee with instructions to report it back immediately with an amendment that would include additional requirements related to obtaining warrants in order to query information incidentally collected on U.S. citizens." The motion failed 189 to 227. [S 139, Vote #15, 1/11/18; CQ, 1/11/18]

**Perry Voted Against Reauthorizing The Foreign Intelligence Security Act (FISA), Including Section 702, Which Conducts Surveillance On Foreign Targets' Communications**

**Perry Voted Against Reauthorizing The Foreign Intelligence Security Act (FISA), Including Section 702, Which Conducts Surveillance On Foreign Targets' Communications.** In January 2018, Perry voted against: "Passage of the bill that would reauthorize for six years, through 2023, the Foreign Intelligence Surveillance Act, which governs electronic surveillance of foreign terrorism suspects. The bill would reauthorize Section 702 surveillance authorities on foreign targets, and would require the development of procedures for searching the Section 702 database that would protect the Fourth Amendment rights of U.S. citizens. The bill would prohibit the FBI from accessing information without an order from the secret FISA court in certain cases. The measure would increase penalties for the unauthorized removal of classified documents or information." The bill passed 256 to 164. [S 139, Vote #16, 1/11/18; CQ, 1/11/18]

**HEADLINE: "House Extends Surveillance Law, Rejecting New Privacy Safeguards."** [New York Times, 1/11/18]

**New York Times: Section 702 Permitted The Government To Conduct Warrantless Surveillance On Communications Of Foreigners Abroad, "Even When They Are Talking To Americans."** "A yearslong debate over National Security Agency surveillance and protections for Americans' privacy rights will reach a climactic moment on Thursday as the House of Representatives takes up legislation to extend a program of warrantless spying on internet and phone networks that traces back to the Sept. 11 attacks. There is little doubt that Congress will extend an expiring statute, known as Section 702 of the FISA Amendments Act, that permits



the government to collect without a warrant from American firms, like Google and AT&T, the emails and other communications of foreigners abroad — even when they are talking to Americans." [New York Times, 1/10/18]

**Perry Voted For Consideration Of Reauthorizing The Foreign Intelligence Security Act (FISA), Including Section 702.** In January 2018, Perry voted for: "Adoption of the rule (H Res 682) that would provide for House floor consideration of the bill (S 139) that would reauthorize Title VII of the Foreign Intelligence Surveillance Act through Dec. 31, 2023, and would require the development of procedures for searching the Section 702 database that protect the Fourth Amendment rights of U.S. citizens." [H Res 682, Vote #8, 1/8/18; CQ, 1/10/18]

## Department Of Homeland Security

**Perry Voted Three Times Against A Clean Department Of Homeland Security Funding Bill That Did Not Include Efforts To Defund Obama's Immigration Executive Orders**

**Perry Voted For Blocking Consideration Of Clean, Long-Term Department of Homeland Security Funding Bill.** In February 2015, Perry voted for: "Collins, R-Ga., motion to order the previous question." According to the Democratic Leader's office, "the Democratic Previous Question would force a vote on legislation to provide long-term funding for Homeland Security, without radical, anti-immigrant riders. This is the fifth opportunity for House Republicans to vote for a clean DHS funding bill." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 240 to 183. [H Res 129, Vote #100, 2/27/15; CQ, 2/27/15; Democratic Leader, 2/27/15]

**Perry Voted For Blocking Consideration Of Clean DHS Funding Bill.** In February 2015, Perry voted for: "Woodall, R-Ga., motion to order the previous question." According to the Democratic Leader's office, "the Democratic Previous Question would force a vote on legislation to provide long-term funding for Homeland Security, without radical, anti-immigrant riders. This is the third opportunity for House Republicans to vote for a clean DHS funding bill." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 241 to 181. [H Res 121, Vote #86, 2/25/15; CQ, 2/25/15; Democratic Leader, 2/25/15]

**Perry Voted For Blocking Consideration Of Clean Department Of Homeland Security Funding Bill.** In February 2015, Perry voted for: "Cole, R-Okla., motion to order the previous question." According to the Democratic Leader's office, "The Democratic Previous Question would force a vote on clean legislation to provide long-term funding for the Department Homeland Security, without radical, anti-immigrant riders." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 232-164. [H.RES.100, Vote #71, 2/11/15; CQ, 2/11/15; Democratic Leader, 2/11/15]

## Funding

**FY 2019 National Defense Authorization Act**

**Perry Voted For Agreeing To The Conference Report For The National Defense Authorization Act FY 2019**. In July 2018, Perry voted for: "adoption of the conference report on the bill that would authorize $708.1 billion for defense-related programs, with $639.1 billion for the Defense Department's base budget, and $69 billion for overseas contingency operations. Specifically, it would authorize $65 million for the development of low-yield nuclear weapons. It would also authorize $18.8 billion for Navy aircraft procurement, $16.5 billion for Air Force aircraft, and 24.1 billion for Navy shipbuilding. It would prohibit any U.S. government agency from using technology produced by the Chinese companies ZTE or Huawei, but would not reimpose a ban on U.S. exports to ZTE." The report was agreed to, 359-54. [HR 5515, Vote #379, 7/26/18; CQ, 7/26/18]



**Perry Voted For Passage Of FY2019 Bill Providing Appropriations To The Department Of Defense For Military Activities.** In June 2018, Perry voted for: "Passage of the bill that would make a total of $674.6 billion in discretionary defense spending for fiscal 2019, which would include $605.5 billion in discretionary spending subject to spending caps for fiscal 2019 and $68.1 billion in uncapped Overseas Contingency Operations funding." The bill passed, 359-49. [HR 6157, Vote #313, 6/28/18; CQ, 6/28/18]

> **Bill Amounted To A 15,600 Troop Increase Across The Military And 2.6 Percent Pay Raise For Service Members.** "The House's budget amount includes a 15,600 troop increase across the military, and a 2.6 percent pay raise for service members beginning in January." [The Hill, 6/28/18]

> **Bill Included $9.4 Billion For 93 F-35s – 16 More Than The Trump Administration Requested – And $22.7 Billion For 12 New Navy Ships.** "In addition, the bill would provide $9.4 billion for 93 F-35 fighter jets - 16 more jets than the administration requested and four more than Senate appropriators want – as well as $22.7 billion for 12 new Navy ships, and $145.7 billion for equipment purchases and upgrades. House lawmakers had inserted several amendments into the bill leading up to the vote, including a provision to add $10 million to aid in bringing Korea War remains from North Korea to the United States, and a proposal to block the Pentagon from business with Chinese telecom companies ZTE and Huawei." [The Hill, 6/28/18]

---

## FY 2018 National Defense Authorization Act

**Perry Voted For The National Defense Authorization Act Of 2018 That Authorized $692.1 Billion For Defense And Prohibited Closing Guantanamo Bay.** In November 2017, Perry voted for: "Adoption of the conference report on the bill that would authorize $692.1 billion for defense programs in fiscal 2018, including $65.7 billion for overseas operations in Afghanistan, Iraq and Syria, and for the general war on terror. It would authorize $241.2 billion for operations and maintenance; $146.2 billion for military personnel; 10.7 billion for military construction and family housing; $15 billion for ballistic-missile defense; and $33.9 billion for defense health care programs, including $396 million from the overseas operations account. It would prohibit the use of funds for a new round of base closures. It would authorize $8 billion for various cybersecurity programs, would require the president to develop a national policy for the United States related to cybersecurity and would withhold certain funds made available for White House staff until the president would submit such national policy to Congress. The bill would authorize a 2.4 percent pay raise for military personnel. It would prohibit detainees at Guantanamo Bay, Cuba, from being transferred to U.S. soil, and would prohibit the closing of the main base and detention facility at Guantanamo. It would extend, through 2018, the authority for several bonus and special payments for military members." The conference report was adopted 356-70. [HR 2810, Vote #631, 11/14/17; CQ, 11/14/17]

> **President Trump Signed The Bill Into Law On December 12, 2017.** [HR 2810, latest action 12/12/17]

**Perry Voted For Authorization FY 2018 Discretionary Funding For Defense Programs.** In July 2017, Perry voted for: "Passage of the bill that would authorize $688.3 billion in discretionary funding for defense programs in fiscal 2018. The total would include $74.6 billion for Overseas Contingency Operations funds, of which $10 billion would be used for non-war, base defense budget needs; $239.7 billion for operations and maintenance; $10.2 billion for military construction; $142.9 billion for military personnel; and $33.9 billion for defense health care programs. It would authorize $12.5 billion for procurement of F-35 planes, research and development, as well as modifications to existing aircraft, and would prohibit the retirement of the A-10 bomber fleet. The bill would require the Defense Department to submit to Congress a report on vulnerabilities to military installations resulting from climate change over the next 20 years, and would express the sense of Congress that climate change is a "direct threat" to U.S. national security. The bill would also require the Air Force to establish, by 2019, the Space Corps, a fighting force to improve the U.S. military's ability to address threats in space." The bill passed by a vote of 344-81. [H R 2810, Vote #378, 7/14/17; CQ, 7/14/17]



**Perry Voted For FY 2017 National Defense Authorization Act That Became Law**

**Perry Voted For FY 2017 National Defense Authorization Act.** In December 2016, Perry voted for: "Adoption of the conference report on the bill that would authorize $611.2 billion for defense programs in fiscal 2017, including $59.5 billion for overseas operations in Afghanistan, Iraq and Syria. It would authorize $222.4 billion for operations and maintenance; $139.6 billion for military personnel; $7.9 billion for military construction and family housing; $10 billion for ballistic-missile defense; and $33.5 billion for defense health care programs, including $374 million from the overseas operations account. It would prohibit the use of funds for a new round of base closures. The bill would authorize a 2.1 percent pay raise for military personnel. It would elevate U.S. Cyber Command to an independent major command within the Defense Department. It would prohibit detainees at Guantanamo Bay, Cuba, from being transferred to U.S. soil, and would prohibit the closing of the main base and detention facility at Guantanamo. It would extend, through 2017, the authority for several bonus and special payments for military members." The bill passed 375 to 34. [S. 2943, Vote #600, 12/2/16; CQ, 12/2/16]

**President Obama Signed The Bill Into Law On December 23, 2016.** [S 2943, latest action 12/23/16]

**Perry Voted For FY 2016 National Defense Authorization Act That President Obama Threatened To Veto**

**2016: Perry Voted For FY 2017 National Defense Authorization Act.** In May 2016, Perry voted for: the FY2017 National Defense Authorization Act (NDAA), "that would authorize $602.2 billion in discretionary funding for defense programs in fiscal 2017. The total would include $58.8 billion for Overseas Contingency Operations funding, of which $23.1 billion of would be used for non-war, base defense budget needs. As amended, the bill would require the president to seek Senate confirmation of his national security adviser if the staff of the National Security Council exceeds 100 employees." The bill passed, 277-147. [HR 4909, Vote #216, 5/18/16; CQ, 5/18/16]

**President Obama Threatened To Veto The Bill; Bill Would Have Shrunk The National Security Council And Stymied Obama Administration Directives On Climate Change And Protections For LGBT Federal Contractors.** "The House passed a defense bill laden with several controversial policy changes Wednesday evening, serving up a $610 billion measure that dips into wartime funds, shrinks the National Security Council, and stymies presidential directives on climate change and protections for LGBT federal contractors. The White House has already threatened to veto the bill, which passed 277 to 147, just 13 votes shy of a veto-proof majority. A few dozen Democrats backed the measure, while a handful of Republicans voted against the bill." [Washington Post, 5/19/16]

**Bill Was Not Taken Up By The Senate.** [HR 4909, latest action 5/26/16]

**Perry Voted For FY 2016 National Defense Authorization Act That Became Law, Which Lifted Sequester Caps On Defense Spending For Two Years**

**Perry Voted For FY 2016 National Defense Authorization Act, Which Lifted Sequester Caps On Defense Spending For Two Years.** In November 2015, Perry voted for: suspending the rules and passing the FY 2016 National Defense Authorization Act. The bill provided that, "the annual [defense] spending caps will be lifted for another two years, the 10-year spending caps created under the Budget Control Act of 2011 remain in place." The bill passed 370-58. [S 1356, Vote #618, 11/05/15; Vice News, 10/29/15]

**FY 2016 NDAA Included $715 Million For Iraqi Forces Fighting ISIS.** "Fiscal 2016 Defense Authorization — Passage…It also would authorize $715 million for security assistance to Iraqi forces fighting the Islamic State of Iraq and the Levant (ISIL)." [CQ, accessed 1/07/16]



**FY 2016 NDAA Included $599 Billion In Discretionary Funding For Defense Programs.** "Fiscal 2016 Defense Authorization — Passage… the bill that, as amended, would authorize $599 billion in discretionary funding for defense programs in fiscal 2016." [CQ, accessed 1/07/16]

**FY 2016 NDAA Included Provisions Restricting The Ability Of The President To Transfer Prisoners From Guantanamo Bay Detention Center To Third Party Countries.** "Fiscal 2016 Defense Authorization — Passage… The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries." [CQ, accessed 1/07/16]

---

**Perry Voted For FY 2016 National Defense Authorization Act That Was Vetoed By President Obama**

---

**Perry Voted For Agreeing To The Conference Report Of The FY16 National Defense Authorization Act.** In October 2015, Perry voted for: "Adoption of a conference report to accompany the National Defense Authorization Act (HR 1735) that would authorize $604.2 billion for discretionary defense spending, including $515 billion for discretionary spending subject to sequester-reduced spending caps for FY 2016 for the base defense budget and $89.2 billion for the Overseas Contingency Operations (OCO)." The conference report was adopted, 270-156. [HR 1735, Vote #532, 10/1/15; CQ, 10/1/15]

> **President Obama Vetoed The Bill Because It Sidestepped Budget Limitations And Restricted Transfer Of Detainees Held At Guantanamo Bay.** "President Obama exercised his veto power Thursday for just the fifth time in his presidency, rejecting a defense authorization bill because of the way it would sidestep budget limitations for the military and because it would restrict the transfer of detainees being held at Guantanamo Bay. The White House said that the National Defense Authorization Act (NDAA) would tap an overseas contingency operations account designed for emergencies and war costs and use it as a 'slush fund' to avoid budget restrictions. Those restrictions — known as sequestration — would impose offsetting across-the-board cuts if spending passed certain levels." [Washington Post, 10/22/15]

**Perry Voted For FY16 National Defense Authorization Act.** In May 2015, Perry voted for: the FY16 National Defense Authorization Act "that authorizes $612 billion in government funding for programs at the Department of Defense." The bill passed, 269-151. [NBC News, 5/15/15; H.R 1735, Vote #239, 5/15/15]

> **Bill Allowed Concealed Carry Of Firearms On Military Installations.** "The U.S. House passed the National Defense Authorization Act (NDAA) for the 2016 fiscal year on Friday, including an amendment that would allow military base commanders to authorize the concealed carry of firearms on military installations." [KVUE, 5/15/15]

> **Bill Placed Restrictions On President To Transfer Prisoners From Guantanamo Bay.** "The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries and would continue existing prohibitions against transferring such detainees to the United States or its territories." [CQ Floor Votes, 5/15/15]

---

**Perry Voted For House Version Of FY 2016 Defense Appropriations Bill**

---

**Perry Voted For The House Version Of The Fiscal Year 2016 $578.6 Billion Defense Appropriations Bill.** In June 2015, Perry voted for: legislation to "provide $578.6 billion in discretionary funding for the Defense department in fiscal 2016. The total would include $490.2 billion in base Defense department funds and $88.4 billion for the Overseas Contingency Operations account, and would provide that $37.5 billion in OCO funding be used in support of base budget requirements. The bill would provide roughly $218.8 billion for operations and maintenance, approximately $116.7 billion for procurement, approximately $67.9 billion for research and development and $133.2 billion for military personnel, including a 2.3 percent pay raise. It also would provide roughly $31.7 billion for the Defense Health Program. The measure would provide $715 million for security



assistance to Iraqi forces fighting the Islamic State and at least $600 million to aid Jordan in its fight against that group. It also would provide $600 million to continue training and equipping moderate Syrian opposition forces and would appropriate $200 million for lethal weapons for Ukraine. As amended, the bill would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The bill passed 278-149. [HR 2685, Vote #358, 6/11/15; CQ Floor Votes, 6/11/15]

**Bill Added $38 Billion Above The Budget Caps Created By The Sequester.** "The House on Thursday approved this year's spending bill for the Pentagon in a 278-149 vote. Passage of the $579 billion bill came after the White House threatened a veto of the legislation over insufficient funding levels and controversial policy riders that would prohibit funds from being used to transfer detainees imprisoned at Guantanamo Bay to the United States. It also passed despite heavy opposition among Democrats and some conservatives over the use of a war fund to boost defense spending next year. Republicans added $38 billion to the war fund to give the Pentagon spending above the budget caps created by the sequester, but they left the limits in place for nondefense spending. Democrats and the White House want the sequester lifted in full." [The Hill, 6/11/15]

# Seniors' Issues

## Significant Findings

- ✓ *Perry's team claimed he was running on protecting Medicare, although Perry repeatedly voted for Republican budgets that would gut Medicare.*

- ✓ *Perry said it was inappropriate for the wealthy to have access to Medicare, and it should be limited to the middle class and poor.*

- ✓ *2017: Perry voted against consideration of an amendment lowering out-of-pocket drug costs for seniors.*

  - ✓ *Perry voted 12 times to reopen the Medicare donut hole, costing seniors thousands more in out-of-pocket prescription costs.*

- ✓ *2014: Perry refused to answer when asked if he would support privatizing Social Security, Medicaid, and Medicare.*

- ✓ *Perry wanted to reform the Social Security cost-of-living adjustment formula.*

- ✓ *2012: Perry agreed with the general concept of Paul Ryan's Medicare overhaul plan.*

- ✓ *Perry voted for Republican Study Committee budgets that included increasing the Social Security retirement age.*

- ✓ *Perry voted for nullifying a department of labor rule exempting certain government-administered state retirement savings plans from select federal regulations.*

## Medicare

### Perry's Team Claimed He Was Running On Protecting Medicare

**Perry's Spokesperson Said Perry Was Running On "Protecting Medicare."** "But Perry's spokesperson, Brian Nutt, says the district is still plus-four to plus-six GOP. Trump, he says, won the old Fourth by 21 points, and, if the new district was in place in 2016, would have won it by eight points. 'It's a trending-Republican district,' says Nutt, 'and Scott Perry's running on the things he's been out front and working on: lowering taxes, safer schools, national security, protecting Medicare and ending sanctuary cities.'" [Philadelphia Daily News, 10/1/18]

### Perry Said It Was Inappropriate For The Wealthy To Have Access To Medicare, And It Should Be Limited To The Middle Class And Poor

**2012: Perry Claimed It Was Inappropriate For The Wealthy To Have Access To Medicare While The Middle Class And Poor Did Not.** "He said it's inappropriate for wealthy people to have access to Medicare, and it should be limited to people who are middle class and the poor. He said the Medicare reform previsions in the Affordable Care Act don't address the problems, and the bill should be 'thrown out.'" [York Dispatch, 10/21/12]

### 2018: 49,223 Residents Of PA's 10th District Received Some Medicare Benefits



**2017: 49,223 Residents Of Perry's District Received Medicare Benefits.** [Centers for Medicare & Medicaid Services, 2018 Congressional District Report]

---

**Perry Repeatedly Voted For Republican Budgets That Would Gut Medicare**

---

**Perry Voted For FY18 House Republican Budget Resolution.** [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

**AP: House Budget "Reprises A Controversial Plan To Turn Medicare Into A Voucher-Like Program."**
"The House on Thursday passed a $4.1 trillion budget plan that promises deep cuts to social programs while paving the way for Republicans to rewrite the tax code later this year. The 2018 House GOP budget reprises a controversial plan to turn Medicare into a voucher-like program for future retirees as well as the party's efforts to repeal the "Obamacare" health law. Republicans controlling Congress have no plans to actually implement those cuts while they pursue their tax overhaul." [Associated Press, 10/5/17]

**Perry Voted For FY16 Republican Budget.** [H. Con. Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**National Committee To Preserve Social Security & Medicare: 2015 House GOP Budget Would Leave "Seniors And The Disabled – Some Of Our Most Vulnerable Americans – Hostage To The Whims Of Private Insurance Companies."** "Once again, the House GOP's budget would privatize Medicare with a voucher plan, leaving seniors and the disabled – some of our most vulnerable Americans – hostage to the whims of private insurance companies.  Over time, this will end traditional Medicare and make it harder for seniors to choose their own doctor.  Vouchers will not keep up with the increasing cost of health insurance… that is why seniors will pay more." [National Committee to Preserve Social Security & Medicare, 3/17/15]

**New York Times: 2015 House GOP Budget Would Turn Medicare Into A "Voucherlike" Program.**
"House Budget Committee members previewed their plans in an unusual, campaign-style video on Monday. The plan envisions a remaking of the federal government. Future recipients of Medicare would be offered voucherlike 'premium support' to pay for private insurance rather than government-provided health care. Spending on Medicaid would be cut substantially over 10 years, with the money turned into block grants to state governments, which in turn would have much more flexibility in deciding how it is allocated." [New York Times, 3/17/15]

**Perry Voted For FY15 Republican Budget.** [H Con Res 96, Vote #177, 4/10/14; USA Today, 4/10/14]

**AARP: Republican Budget Would Remove the Medicare Guarantee.** "Chairman Ryan's proposed budget fails to address the high costs of health care and instead shifts costs onto seniors and future retirees. Repealing the benefits of the Affordable Care Act ignores the progress we've made to improve access to health care and protect against discrimination based on age, gender or medical history. Removing the Medicare guarantee of affordable health coverage for older Americans by implementing a premium support system and asking seniors and future retirees to pay more is not the right direction." [AARP Press Release, 4/1/14]

**NCPSSM: Republican Budget Would Ultimately Kill Traditional Medicare.**  "This is a budget that doubles-down on an ideological quest to turn Medicare into "coupon care", making it harder for seniors to choose their own doctors and ultimately killing traditional Medicare.  If the GOP/Ryan budget becomes law, seniors will immediately lose billions in prescription drug savings, free wellness visits and preventative services provided in the ACA, and the Part D donut hole returns." [National Committee to Preserve Social Security & Medicare, 4/1/14]

**Associated Press: "The Proposal Would Reprise a Voucher-Like Medicare Program."** "The proposal would reprise a voucher-like Medicare program for future retirees that would be the basis for GOP claims that the measure would drive down government debt over the long term." [Associated Press via The Guardian, 4/1/14]



**Los Angeles Times: Republican Budget Would Turn Medicare into a "Voucher-Like Program" that "May Not Fully Cover the Cost" of Medicare.** "Ryan retained his idea for turning the Medicare health system into a voucher-like program for future seniors, providing a fixed amount of cash that can be applied toward the purchase of private health insurance. The voucher may also be used to enroll in traditional Medicare, but it may not fully cover the cost." [Los Angeles Times, 4/1/14]

**2013: Perry Voted For FY14 Ryan Budget That Called For Restructuring Of Medicare Into A "Premium Support" System And $5.7 Trillion In Spending Cuts Over Ten Years.** [H. Con. Res, 25, Vote #88, 3/21/13; CQ, 3/21/13]

**National Journal: "For Those Younger Than Age 55, Medicare Could Look Unrecognizable" If Ryan Budget Were Implemented.** "And, for those younger than age 55, Medicare could look unrecognizable: People receive a fixed sum of money from the federal government to buy health insurance in their old age, regardless of the way inflation has caused health care costs to increase." [National Journal, 3/10/13]

**CBPP: Ryan Budget Would Cut Medicare Spending By A Total Of $356 Billion."** According to an analysis of the Ryan budget conducted by the Center on Budget and Policy Priorities: "Over the 2013 to 2023 period, the Ryan budget would cut Medicare spending by a total of $356 billion. His budget would save $129 billion compared to current law from limiting medical malpractice awards, increasing income-tested premiums, and repealing the Medicare benefit improvements in health reform, including closure of the prescription drug 'donut hole.' Ryan's baseline includes $138 billion in scheduled cuts from Medicare's sustainable growth rate formula for physicians and $89 billion in Medicare cuts from sequestration, bringing his total Medicare reductions to the aforementioned $356 billion." [Center on Budget and Policy Priorities, 3/12/13]

## Medicare Part D

**2017: Perry Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors**

**Perry Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Perry voted against: the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

**Perry Voted 12 Times To Reopen The Medicare Donut Hole, Costing Seniors Thousands More In Out-Of-Pocket Prescription Costs**

**Perry Voted 12 Times To Repeal The Affordable Care Act.** [H Con Res 25, Vote #88, 3/21/13; HR 45, Vote #154, 5/16/13; H Con Res 96, Vote #175, 4/10/14; H Con Res 96, Vote #177, 4/10/14; HR 596, Vote #58, 2/3/15; H Con Res 27, Vote #138, 3/25/15; H. Con. Res. 27, Vote #141, 3/25/15; H. Con. Res. 27, Vote #142, 3/25/15; S Con Res 11, Vote #183, 4/30/15; HR 3762, Vote #568, 10/23/15; HR 3762, Vote #6, 1/6/16; HR 3762, Vote #53, 2/2/16]

**The Affordable Care Act, AKA Obamacare, Would Eventually Close Medicare's Prescription-Drug Program Coverage Gap.** "Over time, Obamacare closes the coverage gap, informally referred to as the donut hole, in Medicare's prescription-drug program (Part D). As originally designed, once Part D beneficiaries reached their (relatively low) deductible, they had to pay 25 percent of their drug costs up to a certain dollar amount; once beneficiaries' drug costs reached that limit, they then had to pay all of their drug costs. Then, if their total out-of-pocket costs reached an even higher level (called the catastrophic coverage limit, which is



currently set at $4,750), then they only had to pay 5 percent of drug costs above that limit. By the year 2020, though, there will no longer be a donut hole. From the moment beneficiaries' drug costs reach their deductibles until they reach the catastrophic coverage limit, they will only pay 25 percent of their total drug costs." [National Review, 11/26/13]

## 2012: Perry Agreed With The General Concept Of Paul Ryan's Medicare Overhaul Plan

**2012: Perry Agreed With The "General Concept" Of Paul Ryan's Medicare Overhaul Plan.** "With experts saying Medicare is on an unsustainable path and others concerned about Social Security, the four candidates in the race for the 4th Congressional District offered plans to address the top issues facing seniors. State Rep. Scott Perry, R-Dillsburg: There's no existing privatization plan he would support for Social Security; the federal government 'made a promise it should keep,' Perry said. He said he agrees with the 'general concept' of the Medicare overhaul proposed by Republican vice presidential nominee Paul Ryan, who wants to create a system in which beneficiaries would get a fixed payment from the government for their health insurance instead of the guaranteed benefits provided in the current system." [York Dispatch, 10/21/12]

### Perry Supported A System Where Tax Credits Are Given To Individuals Instead Of To Their Employers

**2012: Perry Claimed He Would Support Medicare System Where Tax Credits Are Given To Individuals Instead Of Their Employers.** "Perry said he would support a system, though, in which tax credits were given to individuals instead of their employers, he said." [York Dispatch, 10/21/12]

## Social Security

### 2014: Perry Refused To Answer When Asked If He Would Support Privatizing Social Security, Medicaid, And Medicare

**2014: Perry Refused To Answer When Asked If He Would Support Privatizing Social Security, Medicaid, And Medicare.** "When asked if he would vote for or support privatizing Social Security, Medicaid and Medicare, Perry would not say one way or the other. In both cases, Perry said he was in favor of making the systems solvent, whatever those solutions might be." [Patriot News, 10/14/14]

### Perry Wanted To Reform The Social Security Cost-Of-Living Adjustment Formula

**Perry Wanted To Reform The Social Security COLA Formula.** "Perry has previously called for reforms to Social Security funding, including the formula that determines cost-of-living adjustments." [Patriot News, 2/16/16]

**2018: Perry Said The Key To Preserving Social Security Would Be To Change The Benefit Formulas.** "Perry said the key to preserving Social Security for the long haul will likely come down to changing the benefit formulas to reflect the new balance between recipients and active workers." [Patriot News, 9/20/18]

**Perry On Social Security: "What Has To Happen At Some Point Is That Formula's Going To Have To Change For Younger Folks, They're Going To Have To Probably Retire Later, And Folks That Are Paying In During For Their Working Years Are Probably Going To Have To Pay A Little More For Their Retirement In The Future."** "'What has to happen at some point is that formula's going to have to change for younger folks,' Perry said. 'They're going to have to probably retire later, and folks that are paying in during for their working years are probably going to have to pay a little more for their retirement in the future.'" [Patriot News, 9/20/18]

### Perry Supported Changing The Formula For Social Security By Lifting The Cap On Payroll Taxes


**Perry Advocated For Changing The Formula To Social Security Congress Should Lift The Cap On Payroll Taxes.** "Scott said that before formula changes are made to Social Security, Congress should lift the current cap on payroll taxes that means someone making $128,000 per year pays the same as someone making $12.8 million." [Patriot News, 9/20/18]

---

**Perry Said Lifting The Cap On Payroll Taxes Could Fund Social Security For Up To 40 Years, And Said "Millionaires And Billionaires" Should Be "Paying Their Fair Share"**

**Perry On Social Security: "That Fund Could Be Fixed Financially For Upwards Of Potentially 40 Years By Simply Lifting The Cap On The Payroll Taxes, So Let's Take A Look At That, And Making Sure That The Millionaires And The Billionaires In Our Society Are Paying Their Fair Share."** "'That doesn't seem fair to me,' Scott said. 'That fund could be fixed financially for upwards of potentially 40 years by simply lifting the cap on the payroll taxes,' Scott said. 'So let's take a look at that, and making sure that the millionaires and the billionaires in our society are paying their fair share.'" [Patriot News, 9/20/18]

---

**2018: 155,716 Residents Of The PA 10th District Received Some Social Security Benefits**

**2018: 155,716 Residents Of Perry's District Received Social Security Benefits Worth Nearly $218,963.** [Social Security Administration, Congressional Statistics, released May 2019]

> **In Perry's District, Social Security Beneficiaries Include 117,844 Seniors; 111,508 Were Retirees.** Of the 112,950 social security beneficiaries in Perry's district, 117,844 were aged 65 or older; 111,508 were retirees. [Social Security Administration, Congressional Statistics, released May 2019]

---

**Perry Voted For Republican Study Committee Budgets That Included Increasing The Social Security Retirement Age**

**2017: Perry Voted For An Republican Study Committee Alternative FY18 Budget.** [H Con Res 71, Vote #555, 10/5/17; CQ, 10/5/17]

> **RSC Budget Would Gradually Raise The Retirement Age For Social Security To 69.** "The RSC budget would eliminate Social Security's long-run shortfall and make the program sustainably solvent by adopting Representative Sam Johnson's (R-TX) 'Social Security Reform Act,' which would slow initial benefit growth for higher-earners, gradually raise the normal retirement age to 69, and means-test annual cost-of-living adjustments, which would be calculated based on the chained Consumer Price Index (CPI)." [Committee for a Responsible Federal Budget, 9/11/17]

**2015: Perry Voted For FY2016 Republican Study Committee Budget.** [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

> **FY2016 RSC Budget Raised The Retirement To 70.** "The Republican Study Committee would raise the retirement age to 70 for people born after 1962, use a definition of inflation that would lower benefits, and reduce benefits for wealthier retirees." [Examiner, 3/23/15]

**2014: Perry Voted For FY2014 Republican Study Committee (RSC) Budget.** [H Con Res 96, Vote #175, 4/10/14; CQ, 4/10/14]

> **RSC Budget Turned Medicare Into A Voucher Program And Increased The Retirement Age To 70.** "The RSC believes we should save Medicare from bankruptcy by transitioning to a solvent premium-support system, as passed in previous House Republican Budgets. […] SAFEGUARDS SOCIAL SECURITY AND DISABILITY INSURANCE: This budget would slowly phase in an increase in the Social Security full-retirement age. The full retirement age would continue the current-law's gradual increase of two months per


year beginning in 2022 until the full retirement age reaches 70." [RSC Budget, via Wayback Machine, accessed 3/29/18]

**2013: Perry Did Not Vote On FY2014 Republican Study Committee (RSC) Budget.** [H. Con. Res 25, Vote #86, 3/20/13; CQ, 3/20/13]

> **RSC Budget Would Turn Medicare Into A Voucher Program For Those 59 And Younger.** "The key difference between [the RSC and Ryan budgets] is the plan to overhaul Medicare. While Ryan calls for implementing his 'premium support' plan for future beneficiaries age 54 and younger, the RSC budget would start the change for people 59 and below." [The Hill, 3/15/13]

> **RSC Budget Would Raise The Social Security Eligibility Age From 65 To 70 For Those 51 And Older.** "This budget would slowly phase in an increase in the Social Security full-retirement age for individuals born in 1962 (currently 51) and after to an eventual full-retirement age of 70." [RSC Budget, March 2013]

## State-Run Retirement Plans

**Perry Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations**

**Perry Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations, Taking Power Away From States Helping Their Citizens Prepare For Retirement**. In February 2017, Perry voted for: "Passage of the joint resolution that would nullify and disapprove of a Labor Department rule that exempts certain local government-administered retirement savings plans for non-government employees from select federal regulations governing pension plans. Under the rule, a city or county must have a population at least as large as the least populated state in the nation, and must administer a retirement plan for its own employees for the program to qualify for the exemption." The resolution was passed by a vote of 234-191. [HJRes 67, Vote #95, 2/15/17; CQ, 2/15/17]


## Tax Issues

### Significant Findings

✓ *Perry voted for the 2017 Republican tax bill that benefitted the wealthy and corporations over every day Americans.*

    ✓ *Perry claimed the Republican tax bill created "the framework to launch our economy into the modern era."*

    ✓ *Perry bragged about the Republican tax bill peeling back health care policy, while it kicked 4 million people off of their health care coverage.*

    ✓ *Perry claimed 90% of Americans received a tax cut under the Republican tax plan, while it actually targeted the rich.*

    ✓ *Perry claimed the Republican tax bill would close loopholes, while it created as many new perks for special interests as it got rid of.*

    ✓ *Perry claimed the Republican tax plan would delivery more jobs, while it incentivized employers to move jobs overseas and gave more money to executives.*

    ✓ *Perry said the Republican tax bill was not "necessarily meant to bring down the deficit, but what it was meant to do is spur on the economy and bring up wages and lower your taxes."*

✓ *Perry voted against preventing tax deductions for executive bonuses exceeding $1 million.*

✓ *Perry voted for blocking consideration of bill preventing U.S. corporations from moving overseas to dodge paying taxes.*

✓ *Perry supported eliminating property taxes as a means of "funding education."*

## Tax Cuts And Jobs Act

### Perry Voted For Final Passage Of The Republican Tax Scam Bill

#### Perry Voted For Final Passage Of The Republican Tax Scam Bill

**Perry Voted For Adopting The Conference Report Of The Tax Cuts And Jobs Act.** In December 2017, Perry voted for: "adoption of the conference report on the bill that would revise the federal income tax system by lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025." The conference report was adopted 227-203. [HR 1, Vote #692, 12/19/17; CQ Floor Votes, 12/19/17]



**Perry Voted For Final Passage Of The Tax Cuts And Jobs Act By Concurring With A Senate Amendment.** In December 2017, Perry voted for: "Brady, R-Texas, motion to concur in the Senate amendment to the tax overhaul that would revise the federal income tax system by: lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025. It would effectively eliminate the penalty for not purchasing health insurance under the 2010 health care overhaul law in 2019. It would also open portions of the Arctic National Wildlife Refuge to oil and gas drilling." The motion was passed 224-201. [HR 1, Vote #699, 12/20/17; CQ Floor Votes, 12/20/17]

> **House Was Forced To Vote For A Second Time On The Final Bill After Small Changes Were Made To Comply With Senate Budget Rules.** "The House, forced to vote a second time on the $1.5 trillion tax bill, moved swiftly to pass the final version on Wednesday, clearing the way for President Trump to sign into law the most sweeping tax overhaul in decades. House lawmakers approved the tax bill 224 to 201 on Wednesday, after being forced to vote on the bill again after last-minute revisions were made to it in the Senate, which passed the measure 51 to 48 early Wednesday morning. The final House vote was essentially a formality, as the changes, which were made to comply with Senate budget rules, did not significantly alter the overall bill." [New York Times, 12/20/17]

**Tax Cuts And Jobs Act Benefitted The Wealthy, Corporations, And Special Interests…**

**Washington Post: Final Tax Bill Included A "Significant Tax Break For The Very Wealthy" And "A Massive Tax Cut For Corporations."** "A new tax cut for the rich: The final plan lowers the top tax rate for top earners. Under current law, the highest rate is 39.6 percent for married couples earning over $470,700. The GOP bill would drop that to 37 percent and raise the threshold at which that top rate kicks in, to $500,000 for individuals and $600,000 for married couples. This amounts to a significant tax break for the very wealthy, a departure from repeated claims by Trump and his top officials that the bill would not benefit the rich. […] A massive tax cut for corporations "A massive tax cut for corporations: Starting on Jan. 1, 2018, big businesses' tax rate would fall from 35 percent to just 21 percent, the largest one-time rate cut in U.S. history for the nation's largest companies." [Washington Post, 12/15/17]

**…While Millions Of Americans Would Pay More In Taxes**

**Politifact: GOP Tax Bill Would Raise Taxes For The Middle Class After Individual Tax Cut Provisions Expired In 2025.** "Gillibrand said the Republican 'tax [plan] raises middle-class taxes.' That's not true during the first years of the new tax provisions. If not for the sunset for the tax changes for individuals, we likely would have rated Gillibrand's statement False or perhaps Mostly False. Middle-income taxpayers will either benefit or see no change in their tax liability through 2025. But her claim could hold up after the bill's individual provisions expire that year. There's no guarantee a future Congress will extend those parts of the bill." [Politifact, 12/22/17]

> **Tax Policy Center: In 2018, 5 Percent Of Taxpayers Would Pay More In Taxes Under The GOP Tax Bill, But Would Increase To 53 Percent Of Taxpayers In 2027.** "Some taxpayers would pay more in taxes under the proposal in 2018 and 2025 than under current law: about 5 percent of taxpayers in 2018 and 9 percent in 2025. In 2027, however, taxes would increase for 53 percent of taxpayers compared with current law." [Tax Policy Center, 12/18/17]



**Tax Cuts And Jobs Act Increased The Federal Debt – And Republicans Planned To Pay For It With Cuts To Medicare And Social Security**

**Official CBO Estimate Found Final Tax Bill Would Increase The Federal Deficit By $1.9 Trillion.** "The GOP's signature tax law is projected to increase the national debt by $1.9 trillion between 2018 and 2028, according to a new report by the Congressional Budget Office (CBO). According to the report, the tax law would cost the government $2.3 trillion in revenues, but economic growth would offset that figure by about $461 billion." [The Hill, 4/9/18]

**After Passing A Tax Bill That Added Trillions To The Deficit, Speaker Ryan Said Medicare And Medicaid Would Need To Be "Reformed" In Order To Decrease The Deficit.** "With his dream of tax reform now realized, Ryan is hoping to make progress on two other issues he's targeted during his two-decade career in Washington: entitlement and welfare reform. 'We're going to have to get back next year at entitlement reform, which is how you tackle the debt and the deficit,' Ryan, a former Budget Committee chairman, said in a recent interview this month on the Ross Kaminsky radio talk show. Medicare and Medicaid are the 'big drivers of debt,' Ryan said, suggesting Republicans could once again use the budget reconciliation process to avoid a Democratic filibuster. Medicare is the 'biggest entitlement that's got to have reform,' Ryan added." [The Hill, 12/27/17]

**HEADLINE: After Tax Overhaul, GOP Sets Sights on Medicare, Social Security** [US News, 12/7/17]

**HEADLINE: Ryan says Republicans to target welfare, Medicare, Medicaid spending in 2018** [Washington Post, 12/6/17]

**HEADLINE: Paul Ryan Pushes to Keep Overhaul of Safety-Net Programs on GOP Agenda** [Wall Street Journal, 2/4/18]

**AP: "A Wide Range Of Economists And Nonpartisan Analysts Have Warned That The Bill Will Likely Escalate Federal Debt, Intensify Pressure To Cut Spending On Social Programs And Further Widen America's Troubling Income Inequality."** "The tax overhaul of 2017 amounts to a high-stakes gamble by Republicans in Congress: That slashing taxes for corporations and wealthy individuals will accelerate growth and assure greater prosperity for Americans for years to come. The risks are considerable. A wide range of economists and nonpartisan analysts have warned that the bill will likely escalate federal debt, intensify pressure to cut spending on social programs and further widen America's troubling income inequality." [Associated Press, 12/17/17]

**Tax Cuts And Jobs Act Would Increase Incentives To Move Jobs Overseas**

**Tax Experts Said The Tax Cuts And Jobs Act Increased Incentives For Companies To Move Jobs Overseas.** "What happened to the workers in Clinton, tax experts say, will probably happen to more Americans if the Republican tax overhaul becomes law. The legislation fails to eliminate long-standing incentives for companies to move overseas and, in some cases, may even increase them, they say. 'This bill is potentially more dangerous than our current system,' said Stephen Shay, a senior lecturer at Harvard Law School and former Treasury Department international tax expert in the Obama administration. 'It creates a real incentive to shift real activity offshore.'" [Washington Post, 12/15/17]

**Tax Cuts And Jobs Act Would Lead To More Expensive Health Insurance; 13 Million More Uninsured**

**Final Tax Bill Eliminated Central Affordable Care Act Provision, Leading To 13 Million Fewer Americans With Insurance.** "The individual mandate is part of the Affordable Care Act, and removing it was a top priority for Trump and congressional Republicans. The Congressional Budget Office projects the change will increase insurance premiums and lead to 13 million fewer Americans with insurance in a decade, while also cutting government spending by more than $300 billion over that period." [Washington Post, 12/15/17]


**GOP Tax Bill Would Cause Health Insurance Premiums To Rise, And Could Lead Insurers To Drop Out Of Regional Markets.** "The final GOP plan will repeal the Affordable Care Act's individual insurance mandate, which would allow young and healthy people to leave the insurance pool, forcing insurers to compensate by raising prices due to the higher costs of insuring only less-healthy people. Not only would premiums likely rise, but many insurers could drop out of regional markets." [Newsweek, 12/18/17]

**HEADLINE: Republican Tax Plan Will Make Health Insurance More Expensive** [Newsweek, 12/18/17]

---

**Perry Claimed The Republican Tax Bill Created "The Framework To Launch Our Economy Into The Modern Era"**

---

**Perry On The Tax Cuts And Jobs Act: "I Supported The Tax Cuts And Jobs Act, Which Ultimately Creates The Framework To Launch Our Economy Into The Modern Era — Something We Owe Not Only To Working Families And Small Businesses, But Also To Future Generations Of Americans."** "Washington and its special interest allies have added dozens of loopholes but made the code too complicated and expensive for working families. At the same time, we've watched good-paying jobs and U.S. companies move to countries with more competitive tax systems. For these reasons — and a few more — I supported the Tax Cuts and Jobs Act, which ultimately creates the framework to launch our economy into the modern era — something we owe not only to working families and small businesses, but also to future generations of Americans." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

---

**Perry Bragged That The Republican Tax Bill Peeled Back Health Care Policy, While It Kicked 4 Million People Off Of Their Health Care Coverage**

---

**Perry On The Tax Cuts And Jobs Act: "The Bill Closes Unfair Loopholes, Lowers Tax Rates, Simplifies The Tax Code, And Repeals The Affordable Care Act's Individual Mandate That Punishes Americans For Declining To Buy Health Insurance They Can't Afford Or Don't Want. It Lets Our Businesses Compete On A Fair And Level Playing Field For The First Time In A Generation."** "The bill closes unfair loopholes, lowers tax rates, simplifies the tax code, and repeals the Affordable Care Act's individual mandate that punishes Americans for declining to buy health insurance they can't afford or don't want. It lets our businesses compete on a fair and level playing field for the first time in a generation." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

**CBO Projected Tax Cuts And Jobs Act Would Lead To 4 Million Fewer People With Health Care Coverage In 2019, And 13 Million Fewer People Would Be Covered By 2025 Because Of The Repeal Of The Individual Mandate.** [Center for American Progress, 12/5/17]

**Center For American Progress: Estimates Of The Increase In Uninsured By Congressional District Under The Senate GOP Tax Bill.** [Center for American Progress, 12/5/17]

---

**Perry Claimed 90% Of Americans Received A Tax Cut Under The Republican Tax Plan, While It Actually Targeted The Rich**

---

**Perry Claimed That 90% Of Americans Received A Tax Cut Under The Republican Tax Plan.** "So 90 percent -- 90 percent of Americans got a tax cut, and we voted in the House to make the tax cuts permanent for everybody. That's important to know. And with -- with the -- while the deficit has been brought up once again, those are that spending that I have voted against. And so I don't think it's going to be a good idea to take us back to the most -- the highest tax rate in the -- in the westernized world, which is what I think my opponent is -- is saying that we ought to do." [Congressional Debate, 10/19/18]

**Perry On The Tax Cuts And Jobs Act: "Under The Plan, Every Bracket Will See A Tax Reduction; That Means A Household Of Four Earning The Median Family Income Of $73,000 Could Receive A Tax Cut Of**



**$2,059.**" "Under the plan, every bracket will see a tax reduction; that means a household of four earning the median family income of $73,000 could receive a tax cut of $2,059. It also doubles the standard deduction (from $6,500 to $13,000 for individuals and $12,000 to $24,000 for married couples), expands family-focused tax benefits, and throws out many special interest loopholes. The final version of the bill also keeps existing benefits for grad students, expands the medical expense deduction, expands the teacher supply credit, and leaves the mortgage interest deduction in place for homes that cost under $750,000." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

> **New York Times Editorial HEADLINE: You Know Who The Tax Cuts Helped? Rich People** [New York Times, Editorial, 8/12/18]

> **The Atlantic: "The Richer The Family, The Bigger The Cut, Both In Absolute Terms And In Proportional Income" From The GOP Tax Bill.** "The GOP tax bill operates by two simple principles. First, families at every income level can expect a tax cut—but the richer the family, the bigger the cut, both in absolute terms and in proportional income. Households making between $500,000 and $1 million would get a $21,000 tax cut in 2019 and their after-tax income would rise by 4.3 percent. That proportional gain is four times larger than the average after-tax benefit for a family making $40,000. Second, as time goes by, most families' tax benefits would shrink—with the major exception being the most affluent. Most of the plan's individual tax cuts end after 2025. This provision is necessary (because of the procedure congressional Republicans chose for the bill) to pay for a permanent corporate tax cut whose benefits flow mostly through capital gains and dividends to shareholders. The bars below illustrate this effect:  The tax cuts shrink between 2018 and 2025 before disappearing for all levels in 2027—except for the richest households, the ones with the most money invested in stocks, who will still be reaping the benefits of lower corporate taxes." [The Atlantic, 12/19/17]

## Perry Claimed That "90 Percent Of Americans Could Be Able To File Their Taxes On A Form The Size Of A Postcard."

**Perry On The Tax Cuts And Jobs Act: "Even Better, 90 Percent Of Americans Could Be Able To File Their Taxes On A Form The Size Of A Postcard. Right Now, Our Rigged Tax Code Collectively Forces 90 Percent Of Us To Spend About 7 Billion Hours And $15 Billion Just To Comply With It."** "Even better, 90 percent of Americans could be able to file their taxes on a form the size of a postcard. Right now, our rigged tax code collectively forces 90 percent of us to spend about 7 billion hours and $15 billion just to comply with it. The plan reduces the tax burden on American businesses of all sizes — which allows them to invest more in our communities. The plan reduces the corporate tax rate to 21 percent beginning this month. Instead of encouraging companies to seek a better tax break or more loopholes, now we can encourage them to create better jobs right here in our communities." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

> **Time: Republicans Failed To Follow Through On The "Central Promises" Of Their Tax Bill – To Allow People To File On A Postcard And To Benefit Working And Middle Class Americans.** "As they pushed their sweeping tax bill through Congress, Republicans made two central promises. First, that the bill would simplify the U.S. tax code, allowing citizens to file their taxes 'on the back of a postcard.' And second, that the overhaul would primarily benefit working Americans and the middle class. The first claim proved false. And economic experts are skeptical about the second, arguing that the bill aids businesses at the expense of middle-class taxpayers." [Time, 12/19/17]

## Perry Claimed The Republican Tax Bill Would Close Loopholes, While It Created As Many New Perks For Special Interests As It Got Rid Of

**Perry On The Tax Cuts And Jobs Act: "Simply Put, The Plan Closes And Reforms Many Tax Loopholes For Wealthy Individuals And Corporations, And It Enforces Corporate Responsibility By Including Rules To Prevent Companies From Concealing Taxable Income. It's An Investment In The Future Of The American People."** "Liberal and progressive groups and many of their media supporters continue their quest to pit Americans



against each other with the "giveaway to the wealthy" rhetoric — completely disregarding the facts. These same individuals/groups conveniently complain about our national debt now that President Trump is in office, but oddly were silent when former President Barack Obama roughly doubled our national debt during his eight years in office. Simply put, the plan closes and reforms many tax loopholes for wealthy individuals and corporations, and it enforces corporate responsibility by including rules to prevent companies from concealing taxable income. It's an investment in the future of the American People." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

**GOP Tax Bill Failed To Eliminate The Carried Interest Loophole.** "Carried interest refers to the profit earned by the general partner of a private investment fund. That income is treated as a long-term capital gain, which is taxed at a lower rate than ordinary income. […] On the eve of passage, White House chief economic adviser Gary Cohn -- a former senior executive with the Wall Street firm Goldman Sachs -- blamed lawmakers for their willingness to appease lobbyists." [Politifact, 1/2/18]

**New York Times: Tax Bill "Creates As Many New Preferences For Special Interests As It Gets Rid Of" After Republican Ambitions "Fell To The Powerful Forces Of Lobbying And The Status Quo."** "The Republican tax bill does not pass the postcard test. It leaves nearly every large tax break in place. It creates as many new preferences for special interests as it gets rid of. It will keep corporate accountants busy for years to come. And no taxpayer will ever see the postcard-size tax return that President Trump laid a kiss on in November as Republican leaders launched their tax overhaul effort. This was not the grand simplification of the code that Republicans promised when they set out to eliminate tax breaks and cut the number of tax brackets as they lowered rates. As their bill tore through Congress, their ambitions fell to the powerful forces of lobbying and the status quo." [New York Times, 12/16/17]

**Politico: "Rather Than Streamlining The Tax Code, Republicans Have Made It More Complicated By Jamming Through A New Series Of Temporary Tax Breaks.... Lobbyists Expect These Breaks, Known As Tax Extenders, To Generate Paydays For Years."** "President Donald Trump just signed into law the biggest tax overhaul in a generation, but that means more work — not less — for Washington's tax lobbyists. Rather than streamlining the tax code, Republicans have made it more complicated by jamming through a new series of temporary tax breaks for everything from craft brewers to citrus growers. Lobbyists expect these breaks, known as tax extenders, to generate paydays for years. Adding to their workload: Republicans rammed their bill through Congress so quickly that it's almost certain to require follow-up legislation to fix the mistakes and miscalculations still being discovered, according to interviews with half a dozen tax lobbyists." [Politico, 1/2/18]

---

## Perry Claimed The Republican Tax Plan Would Delivery More Jobs, While It Incentivized Employers To Move Jobs Overseas And Gave More Money To Executives

**Perry On The Tax Cuts And Jobs Act: "The Plan Will Deliver More Jobs, Fairer Taxes, And Bigger Paychecks For Individuals, Families And Small Business Owners Across The Country. It'll Help Us Break Free From The Economic Conditions We've Grown Accustomed To Over The Last Few Years — Slow-Growth, Stagnant Wages And Jobs Fleeing Overseas."** "The plan will deliver more jobs, fairer taxes, and bigger paychecks for individuals, families and small business owners across the country. It'll help us break free from the economic conditions we've grown accustomed to over the last few years — slow-growth, stagnant wages and jobs fleeing overseas. Too many people have been squeezed under the current system and it's time for much-needed relief. A strong and vibrant economy benefits all of us." [Office of Rep. Scott Perry, Opinion Piece, 1/8/18]

**HEADLINE: The Republican Tax Bill's Promises Of Higher Wages And More Jobs Haven't Materialized.** [Washington Post, 6/14/18]

**HEADLINE: Tax Cut Riches Have Gone To Execs And Investors Over Workers By Nearly 3-To-1 Margin.** [CNBC, 4/17/18]



**Perry On Republican Tax Reform: "January Is The Best Month In The Market For A Very Long Time, 300,000 -- Plus 300,000 Jobs Produced In The Last Month. And, Finally, Wage Is Coming Up. This Tax Reform That This President Has Shepherded Through And Seeing Real Effects For Real Americans, From The Top To The Very Bottom. And I Think You Have To Acknowledge That."** "Each of us do for the good of the country and with all due respect to Senator Schumer, I mean, talking about the economy, I mean, January is the best month in the market for a very long time,300,000 -- plus 300,000 jobs produced in the last month. And, finally, wage is coming up. This tax reform that this President has shepherded through and seeing real effects for real Americans, from the top to the very bottom. And I think you have to acknowledge that." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/5/19]

> **New York Times: Tax Bill "Could Actually Make It Attractive For Companies To Put More Assembly Lines On Foreign Soil."** "The bill that Mr. Trump signed, however, could actually make it attractive for companies to put more assembly lines on foreign soil. Under the new law, income made by American companies' overseas subsidiaries will face United States taxes that are half the rate applied to their domestic income, 10.5 percent compared with the new top corporate rate of 21 percent. 'It's sort of an America-last tax policy,' said Kimberly Clausing, an economist at Reed College in Portland, Ore., who studies tax policy. 'We are basically saying that if you earn in the U.S., you pay X, and if you earn abroad, you pay X divided by two.'" [New York Times, 1/8/18]

> **Sperling: GOP Tax Bill Would "Give A Permanent Preference To Foreign Income And Lead Companies To Shift More Profits To Tax Havens Knowing That They Could Permanently Avoid Virtually All Taxation On Such Profits."** "Yet, it is clear that a territorial system could have just the opposite impact: It could give a permanent preference to foreign income and lead companies to shift more profits to tax havens knowing that they could permanently avoid virtually all taxation on such profits. […] What was problematic about this design was that it not only encouraged companies to move profits to tax havens, but it actually encouraged them to simultaneously move jobs and operations such as manufacturing to industrialized countries that had typical tax rates and to shift more profits to tax havens." [The Atlantic, Gene Sperling, 12/8/17]

---

**Perry Said The Republican Tax Bill Was Not "Necessarily Meant To Bring Down The Deficit, But What It Was Meant To Do Is Spur On The Economy And Bring Up Wages And Lower Your Taxes"**

---

**Perry On The Tax Cuts And Jobs Act: "What We Did In The Current Tax Cuts And Jobs Act Was A Pro-Growth Bill, So It Wasn't Necessarily Meant To Bring Down The Deficit, But What It Was Meant To Do Is Spur On The Economy And Bring Up Wages And Lower Your Taxes."** "Congressman Scott Perry attempted to balance questions on President Donald Trump's proposed border wall and the national debt, bucking some previous statements by his Republican colleagues on the party's tax plan. 'What we did in the current Tax Cuts and Jobs Act was a pro-growth bill, so it wasn't necessarily meant to bring down the deficit, but what it was meant to do is spur on the economy and bring up wages and lower your taxes,' Perry said at the forum." [The Daily American, 11/1/18]

**Perry On A Middle Class Tax Cut: "If My Colleagues Refuse Or Are Still Reluctant To Make Difficult Decisions About How We Spend ... That's Going To Be A Problem With Me For Just A Sheer Tax Cut Unless We Can Show That The Tax Cut Actually Brings More Revenue In Or Helps To Fix The Debt Issue That We Have."** "Perry talked about the budget deficit Tuesday in response to an audience question about the feasibility of President Donald Trump's promise of a 'middle-income tax cut' that would occur before the election. Such a cut will not occur prior to the election. Perry said he would need to see a commitment to spending cuts before agreeing to another tax reduction. 'If my colleagues refuse or are still reluctant to make difficult decisions about how we spend ... that's going to be a problem with me for just a sheer tax cut unless we can show that the tax cut actually brings more revenue in or helps to fix the debt issue that we have,' Perry said." [The Daily American, 11/1/18]



**2012: Perry Chastised Republican Presidential Candidates For Not Supporting A Deficit Reduction Pledge**

**Perry Chastised Republican Presidential Candidates For Not Supporting A Deficit Reduction Pledge, Saying "I've Got A Record, And Everyone Who Wants To Know Where I've Been And Where I'm At Can Look To That."** "In Pennsylvania, Republican state Rep. Scott Perry said he was disappointed to see his party's presidential candidates - all but one of whom signed the pledge - uniformly indicate in a debate last year that they would reject a deficit reduction deal that paired $1 in revenue increases for every $10 in spending cuts. 'I just think it's imprudent to hem yourself in where you can't make a good agreement that overall supports the things you want to do,' said Perry, who said he generally opposes tax increases but recently won a Republican primary in a conservative district over candidates who had signed the pledge. 'I just don't see what the point of signing would be for me. . . . I've got a record, and everyone who wants to know where I've been and where I'm at can look to that.'" [The Washington Post, 5/26/12]

**Perry Voted For House Passage Of The Republican Tax Scam Bill**

**Perry Voted For House Passage Of The Republican Tax Scam Bill**

**Perry Voted For Passage Of The House Version Of The Tax Cuts And Jobs Act.** In November 2017, Perry voted for: "passage of the bill that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would eliminate personal exemptions and would nearly double the standard deduction. It would raise the child tax credit through 2022, repeal the alternative minimum tax, repeal the estate tax in 2025 and reduce the gift tax rate in 2025. It would establish a new top tax rate for pass-through business income and would modify tax credits related to energy production." The bill passed 227-205. [HR 1, Vote #637, 11/16/17; CQ Floor Votes, 11/16/17]

**Perry Voted For Considering The Tax Cuts And Jobs Act.** In November 2017, Perry voted for: "Adoption of the rule (H Res 619) that would provide for House floor consideration of the bill (HR 1) that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries." The rule was adopted 235-191. [HRes 619, Vote #633, 11/15/17; CQ, 11/15/17]

**House Version Of The Tax Cuts And Jobs Act Would Raise Taxes On Millions**

**Politifact Found In 2018, Roughly 14 Million American Households Would See A Tax Increase, And The Number Would Grow Over Time, Increasing To 40 Million Americans By 2027.** "In other words, while most Americans would indeed see a tax cut or a minor increase in the first year, 8 percent, or roughly 14 million American households, would see an increase of at least $100. (We approximated the raw number using Tax Policy Center data.) Meanwhile, the number of Americans facing a tax increase would grow over time. By 2027, 46 percent would see a decrease and 34 percent would see a change of less than $100, but 20 percent would see a tax increase. That could mean close to 40 million Americans would pay higher taxes in 2027 than they would under today's tax laws." [Politifact, 11/9/17]

**House Version Of The Tax Cuts And Jobs Act Would Benefit Wealthy Americans And Corporations**

**Washington Post Fact Checker: "No Matter How You Slice It, The Superwealthy Do Rather Well Under The House GOP Proposal."** "Contrary to the president's claim, the tax plan is not 'so bad' for the wealthy. In fact, no matter how you slice it, the superwealthy do rather well under the House GOP proposal. As we have said, that's because they already pay a large chuck of income taxes already. Trump could actually make the distribution tables look better if he pushed to keep the AMT in place for incomes above $1 million and the estate tax in place for



estates larger than $11 million. The failure to do so underscores the fact that this tax plan is not only for the middle class." [Washington Post, 11/9/17]

**House Version Of The Tax Cuts And Jobs Act Repealed Medical Expense Deduction - Hurting Americans Who Need Long Term Care, Like Seniors With Alzheimer's And Children With Chronic Illnesses**

**Medical Expenses Deduction Helped Older Americans With Long Term Care Costs, And Younger Families Struggling To Care For Children With Chronic Conditions And Disabilities.** "According to an analysis in January from the Joint Committee on Taxation, most taxpayers who claim the deduction have incomes below $100,000, with about 40 percent below $75,000. More than half of those who claim it are older than 65, according to AARP, the lobby for older Americans. They often face staggering medical and long-term care costs. The deduction also helps younger families struggling to pay the enormous cost of caring for children with chronic conditions or disabilities, and couples going through costly fertility treatments like in vitro fertilization." [New York Times, 11/8/17]

**New York Times: "Eliminating The Medical-Expense Deduction Would Hit The Middle Class Squarely, Eliminating A Source Of Relief That Has Helped Millions Of People Cope With Steep Medical Costs."** "But while the party has framed its tax plan as a boon for the middle class, eliminating the medical-expense deduction would hit the middle class squarely, eliminating a source of relief that has helped millions of people cope with steep medical costs in a country without comprehensive, universal health coverage."

**House Version Of The Tax Cuts And Jobs Act Would End Tax Breaks For Teachers, Student Loans, Graduate Tuition**

**Republican Tax Bill Cut Deduction For Teachers Who Spend Their Own Money On School Supplies, As They Are Regularly Expected To Do.** "For now, teachers can get a small tax break — deducting up to $250 from their taxes — for what they spend on supplies. But under the GOP tax reform bill, that deduction would go away for teachers and other categories of workers, including certain state and local officials and performing artists. […] Unlike other professionals, teachers are regularly expected to furnish their own supplies. They are often filling in gaps where students are unable to afford supplies — and where districts are unable to furnish them. Teachers in the United States are not paid as well as other similarly educated professionals, studies have found." [Washington Post, 11/2/17]

**Washington Post: "The GOP Plan Would No Longer Allow People Repaying Their Student Loans To Reduce Their Burden By Up To $2,500."** "The GOP plan would no longer allow people repaying their student loans to reduce their tax burden by up to $2,500. People whose employers cover a portion of their college costs would also see the money become taxable income. The plan would also do away with a tuition tax break for university employees and their families. As it stands, tuition discounts provided to that group are excluded from income, under what are known as qualified tuition reductions. Republicans estimate that doing away with all of those deductions and tax breaks will increase government revenue by $47.5 billion over the next decade." [Washington Post, 11/2/17]

**Under Republican Tax Bill, A Large Percentage Of Undergraduate And Graduate Students Would See Increases In Their Tax Bills, Some Dramatically.** "To help pay for the $1.5 trillion tax cut, lawmakers eliminated many individual tax breaks, arguing the overall plan would compensate for any lost benefits. The result: while many families and businesses would see tax cuts, a large percentage of undergraduates and graduate students would see their tax bills increase, some dramatically." [New York Times, 11/15/17]

**Perry Voted For Blocking An Amendment To Prohibit Repeal Of The State And Local Tax Deduction**



**Perry Voted For Blocking An Amendment To Prohibit Repeal Of The State And Local Tax Deduction.** In November 2017, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Alcee Hastings (D-FL) said, "'if we defeat the previous question, I am going to offer an amendment that will prohibit any legislation from limiting or repealing the State and local tax deduction, which prevents millions of families from being taxed twice on the same income.'" The motion was agreed to 234-193. [HRes 619, Vote #632, 11/15/17; CQ, 11/15/17, Congressional Record, 11/15/17]

## Corporate Tax

### Perry Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million

**2015: Perry Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million.** In January 2015, Perry voted against: a "Van Hollen, D-Md., motion to commit the resolution to a select committee comprised of the House majority and minority leaders and report it back immediately with an amendment that would prevent companies that don't give their employees annual raises to keep pace with increases in costs of living and labor productivity from claiming tax deductions for chief executive officer bonuses or other compensation exceeding $1 million for other highly-paid executives or employees." The motion failed, 168-243. [H Res 5, Vote #5, 1/6/15; CQ, 1/6/15]

### Perry Voted For Blocking Consideration Of Bill Preventing U.S. Corporations From Moving Overseas To Dodge Paying Taxes

**2015: Perry Voted For Blocking Consideration Of Bill Preventing U.S. Corporations From Moving Overseas To Dodge Paying Taxes.** In January 2015, Perry voted for: a "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on adoption of the resolution that would set the rules for the 114th Congress." According to the Democratic Leader's office, "The Democratic Previous Question would require Congress to vote on the Stop Corporate Expatriation and Invest in America's Infrastructure Act, which would prevent U.S. corporations from renouncing their Americans citizenship to dodge taxes, and use that new revenue on projects to improve our nation's infrastructure." The previous question passed, 239 to 168. A vote against the previous question would have allowed the bill to be considered. [H Res 5, Vote #4, 1/6/15; CQ, 1/6/15; Democratic Leader's office, 1/6/15]

## Property Tax

### Perry Supported Eliminating Property Taxes As A Means Of "Funding Education"

**Perry Supported Eliminating Property Taxes "As A Means Of Funding Education."** "Ideally, Perry would like to eliminate property taxes as a means of funding education, but feels that may not be realistic. He says a mix of property, income and sales taxes is likely the best approach." [Patriot News, 10/26/06]



# Trade & Outsourcing Issues

---

### Significant Findings

- ✓ *Perry claimed Trump didn't like the tariffs that he himself had imposed.*

- ✓ *Perry blamed farmers suffering on NAFTA instead of Trump's tariffs.*

- ✓ *Perry claimed that Trump had no other option to bring China to the table than imposing tariffs.*

  - ✓ *Perry called for "continued sanctioning of China."*

  - ✓ *Perry claimed Trump had done more regarding China than any president in recent history.*

- ✓ *Perry said that the USMCA was about levelling the playing field and giving Americans "some relief."*

  - ✓ *Perry said that Dems lacking support for the USMCA was because they "hate this president."*

- ✓ *Perry voted against Trade Promotion Authority (TPA) for the Transpacific Partnership.*

- ✓ *Perry claimed that the Export-Import Bank did not help small businesses and instead subsidized wealthy corporations.*

---

## Trump Tariffs

### Perry Claimed Trump Didn't Like The Tariffs That He Himself Had Imposed

**Perry Claimed That The President Didn't Like The Tariffs He Had Imposed.** "I mean people -- and nobody really liked the tariffs. I don't think the President likes the tariffs. But China has to understand that we cannot continue to give away our economic intellectual property year after year. And when China steals $300 billion to $600 billion annually in IP from the United States, it simply cannot continue so something has to be done." [Fox Business Network, Mornings With Maria, 5/23/19]

### Perry Blamed Farmers Suffering On NAFTA Instead Of Trump's Tariffs

**Perry Blamed Farmers Suffering On NAFTA And Not Trump's Tariffs.** "Well, the message to the farmers as I understand and, of course, I grew up working picking fruit and working on a farm so not only from the -- from the policy perspective from but from the doing business end of the perspective and, of course, I go to church with farmers and so on and so forth, so I'm very attuned to what they're dealing with whether it's milk or whether it's grain and what have you, and I know that they're suffering. One of the reasons they're suffering is for trade agreements like the one we had in NAFTA with Canada, for instance, where we couldn't sell our dairy products from Pennsylvania into Canada, but that -- they could sell theirs into ours. This is painful and I don't like tariffs because they hurt the consumer. The consumer ends up paying more." [Congressional Debate, 10/19/18]

### Perry Claimed That Trump Had No Other Option To Bring China To The Table Than Imposing Tariffs



**Perry Claimed To Be Against Tariffs, But Said The Trump Administration Had No Other Options To Bring China To The Table.** "But the administration, our government has few options, right? What are we going to do? We're going to do tariffs. We're going to do a sanction or we're going to do military action. Military action certainly isn't the right answer. If you're going to sanction somebody, what's the punishment? We made these agreements, so the President is trying to force better agreements that have been made over a long time -- a long period of time and update them. And the only way to get some of these folks to come to the table is with the threat of tariffs. And in the meantime, the administration has also rolled out money and funds to make up the difference for the farmers in the meantime while the deals are -- are coming together. And you can see that they are coming together." [Congressional Debate, 10/19/18]

---

### Perry Called Trump's Tariff War "Detrimental"

**Perry Called Trump's Tariff War "Detrimental."** "Congressman Scott Perry - who votes in line with Trump's position more than 85 percent of the time, according to FiveThirtyEight - called this tariff war 'detrimental' in a statement Tuesday. 'Harley-Davidson provides quality, family sustaining jobs in our community, and I'm disappointed that these policies are projected to have such a negative impact,' Perry said. 'Tariffs are detrimental to our economic goals, and I'm hopeful that the President will resolve these trade disputes quickly for the long-term benefit of American working families.'" [York Daily Record, 6/27/18]

---

Perry Claimed That Tariffs Are "Detrimental To Our Economic Goals"

**Perry On Tariffs: "Tariffs Are Detrimental To Our Economic Goals, And I'm Hopeful That The President Will Resolve These Trade Disputes Quickly For The Long-Term Benefit Of American Working Families."** "Congressman Scott Perry - who votes in line with Trump's position more than 85 percent of the time, according to FiveThirtyEight - called this tariff war 'detrimental' in a statement Tuesday. 'Harley-Davidson provides quality, family sustaining jobs in our community, and I'm disappointed that these policies are projected to have such a negative impact,' Perry said. 'Tariffs are detrimental to our economic goals, and I'm hopeful that the President will resolve these trade disputes quickly for the long-term benefit of American working families.'" [York Daily Record, 6/27/18]

---

# China

---

### Perry Said The U.S. Has Been In An Economic War With China For Decades

**Perry On Trade With China: "Well, I Think That We're Going To Have To Keep The Pressure Up. Unfortunately, China Has Been In My Opinion In A War, An Economic War With The United States For A Couple Of Decades Now At A Minimum And We Just Simply Can't Let Them Continue."** "Well, I think that we're going to have to keep the pressure up. Unfortunately, China has been in my opinion in a war, an economic war with the United States for a couple of decades now at a minimum and we just simply can't let them continue. I mean people -- and nobody really liked the tariffs. I don't think the President likes the tariffs. But China has to understand that we cannot continue to give away our economic intellectual property year after year. And when China steals $300 billion to $600 billion annually in IP from the United States, it simply cannot continue so something has to be done." [Fox Business Network, "Mornings With Maria" Rep. Scott Perry Interview. 5/23/19]

---

Perry Said China Must Understand That The US "Cannot Continue To Give Away Our Economic Intellectual Property Year After Year"

**Perry On Trade With China: "I Mean People -- And Nobody Really Liked The Tariffs. I Don't Think The President Likes The Tariffs. But China Has To Understand That We Cannot Continue To Give Away Our Economic Intellectual Property Year After Year."** "Well, I think that we're going to have to keep the pressure up. Unfortunately, China has been in my opinion in a war, an economic war with the United States for a couple of



decades now at a minimum and we just simply can't let them continue. I mean people -- and nobody really liked the tariffs. I don't think the President likes the tariffs. But China has to understand that we cannot continue to give away our economic intellectual property year after year. And when China steals $300 billion to $600 billion annually in IP from the United States, it simply cannot continue so something has to be done." [Fox Business Network, "Mornings With Maria" Rep. Scott Perry Interview. 5/23/19]

### Perry Accused China Of Stealing $300 To $600 Billion Annually In IP From The U.S.

**Perry On Trade With China: "When China Steals $300 Billion To $600 Billion Annually In IP From The United States, It Simply Cannot Continue So Something Has To Be Done."** "Well, I think that we're going to have to keep the pressure up. Unfortunately, China has been in my opinion in a war, an economic war with the United States for a couple of decades now at a minimum and we just simply can't let them continue. I mean people -- and nobody really liked the tariffs. I don't think the President likes the tariffs. But China has to understand that we cannot continue to give away our economic intellectual property year after year. And when China steals $300 billion to $600 billion annually in IP from the United States, it simply cannot continue so something has to be done." [Fox Business Network, "Mornings With Maria" Rep. Scott Perry Interview. 5/23/19]

### Perry Said There Must Be "Continued Sanctioning Of China"

**Perry On China: "China Has Been Stealing And Been Allowed To Steal From Us For Way Too Long, And We Simply Have Had Enough Of It. And Those -- That Absolutely Has To End Or There Has To Be -- There Has To Be A Continued Sanctioning Of China."** "Well, I will tell you. I think that those issues and more, really, are essential components of the deal. I know that China is reluctant to have those things be part of the deal, and at this point, quite honestly, I don't know what's really left to steal for the Chinese, but -- so I think it would be in their interest to put those things on the table. But I think this administration and our country has to demand those things. China has been stealing and been allowed to steal from us for way too long, and we simply have had enough of it. And those -- that absolutely has to end or there has to be -- there has to be a continued sanctioning of China." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

### Perry Claimed China Was "Willing And Interested In Waiting This President Out"

**Perry On China: "I Think That We All Have To Understand That In America, We Have A Different Time Line For Things Than China Does. They're Interested And Willing To Play Long Ball And They Would Be Willing And Interested In Waiting This President Out."** "I think that we all have to understand that in America, we have a different time line for things than China does. They're interested and willing to play long ball and they would be willing and interested in waiting this president out. I'm sure they were interested in the results of the Mueller report. I think the administration has to be mindful of that. We need to get to a trade deal sooner than later. They know the Presidential election cycle is coming up and so these are factors that have to be considered. And the push has to be on to get this thing done pretty directly, in my opinion." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

### Perry Claimed Trump Had Done More Regarding Trade With China Than Any President In Recent History

**Perry Claimed Trump Had Done More Regarding Trade With China Than Any President In Recent History.** "Well, I think that I applaud this president. He's done more regarding China than any president in recent history. And so I applaud the direction. I hope we can get to it." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

### Perry Said China Was Interested In The Results Of The Mueller Report, And That China Knows "The Presidential Election Cycle Is Coming Up"



**Perry On China: "I'm Sure They Were Interested In The Results Of The Mueller Report. I Think The Administration Has To Be Mindful Of That. We Need To Get To A Trade Deal Sooner Than Later. They Know The Presidential Election Cycle Is Coming Up And So These Are Factors That Have To Be Considered."** "I think that we all have to understand that in America, we have a different time line for things than China does. They're interested and willing to play long ball and they would be willing and interested in waiting this president out. I'm sure they were interested in the results of the Mueller report. I think the administration has to be mindful of that. We need to get to a trade deal sooner than later. They know the Presidential election cycle is coming up and so these are factors that have to be considered. And the push has to be on to get this thing done pretty directly, in my opinion." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

---

**Perry Said We Needed To Treat China "In A More Reciprocal Fashion" And "See How They Like It"**

**Perry On China: "I Think We Really Ought To Start Treating China In A More Reciprocal Fashion Vis-A-Vis The Way That They Treat Us, And Just See How They Like It."** I do think he's going to have to. Apparently it's so contentious on the IP theft, et cetera, that it just can't be addressed in the trade deal without blowing it up. So I think he's going to try and get the best deal as he can. I would hope at that point that he would put the hammer down, quite honestly. I think we really ought to start treating China in a more reciprocal fashion vis-a-vis the way that they treat us, and just see how they like it." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

**Perry Said That "There's No Reason" China Should "Be Shipping All Their Students Over Here With Visas"**

**Perry On China: "And It Would Be Hard For Them To Complain If They Were Getting The Same Treatment From Us. And I'm Not Saying That We Steal Their Intellectual Property But There's No Reason That They Should Be Shipping All Their Students Over Here With Visas."** "And it would be hard for them to complain if they were getting the same treatment from us. And I'm not saying that we steal their intellectual property but there's no reason that they should be shipping all their students over here with visas." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 5/3/19]

**Perry Said Huawei Was A Huge Problem And That In Every Country They "Not Only In The United States, But Every Single Country Around The Globe, Steal Their Data And Monitor And Use That To Oppress Other Citizens In Other Countries."**

**Perry On Huawei: "Huawei Is A Problem, And It's A Big Problem, And If That's What It Takes, Yes. I Mean, China Has Got To Get The Message That They Can't Continue To Undercut Us By Those Huge Margins And Subsidize Huawei And Also Use Huawei To Spy, Not Only In The United States, But Every Single Country Around The Globe, Steal Their Data And Monitor And Use That To Oppress Other Citizens In Other Countries."** "Huawei is a problem, and it's a big problem, and if that's what it takes, yes. I mean, China has got to get the message that they can't continue to undercut us by those huge margins and subsidize Huawei and also use Huawei to spy, not only in the United States, but every single country around the globe, steal their data and monitor and use that to oppress other citizens in other countries. So, it's a –" [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

---

**Perry On Huawei: "There's Going To Be A Cost To The Europeans Losing All Of Their Data And All Of Their State Secrets As Well"**

---

**Perry On Huawei: "There's Going To Be A Cost To The Europeans Losing All Of Their Data And All Of Their State Secrets As Well. They Just Haven't -- They Haven't Realized How Valuable Those Things Are Yet, Because They Haven't Been Stung Publicly As Much As The United States Has. They'll Get There."** "We have to provide viable alternatives and we have make that unattractive. I mean, the one thing was putting it in



there, but they have to continue to operate it. Technology continues to march forward, there's going to be a cost to that as well. And there's going to be a cost to the Europeans losing all of their data and all of their state secrets as well. They just haven't -- they haven't realized how valuable those things are yet, because they haven't been stung publicly as much as the United States has. They'll get there." [Fox Business Network, "Mornings With Maria" Interview With Rep. Scott Perry, 2/28/19]

## United States – Mexico – Canada Agreement

### Perry Said That The USMCA Was About Levelling The Playing Field

#### Perry Called The Playing Field With Mexico "Unlevel"

**Perry On The USMCA: "Most Of These Folks Get What's Happening And They Get That China Has Been Abusing Us For A Very Long Time. They Get That Mexico -- The Playing Field Is Very Unlevel, And They Support The President Trying To Right The Playing Field."** "But your reporter is exactly right, most of these folks get what's happening and they get that China has been abusing us for a very long time. They get that Mexico -- the playing field is very unlevel, and they support the president trying to right the playing field." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

#### Perry Said The USMCA Was In Pelosi's Hands On Her To "Give These Folks Some Relief"

**Perry On The USMCA: "Right Now, This Is Out Of The President's Hands. He Has Passed It Off To Congress, It's In Nancy Pelosi -- It's In Speaker Pelosi's Hands And She Should Bring It To The Floor Immediately So We Can Get After It, And Give These Folks Some Relief."** "Right now, this is out of the president's hands. He has passed it off to Congress, it's in Nancy Pelosi -- it's in Speaker Pelosi's hands and she should bring it to the floor immediately so we can get after it, and give these folks some relief. They just want to compete on a level-playing field. They're not asking for handouts, they're just asking for a standard that we can all live with. And food security is very important to the American people, and having it (ph) a reasonable price that comes from America is something that I think we all desire." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

**Perry On The USMCA: "They Just Want To Compete On A Level-Playing Field. They're Not Asking For Handouts, They're Just Asking For A Standard That We Can All Live With. And Food Security Is Very Important To The American People, And Having It (Ph) A Reasonable Price That Comes From America Is Something That I Think We All Desire."** "Right now, this is out of the president's hands. He has passed it off to Congress, it's in Nancy Pelosi -- it's in Speaker Pelosi's hands and she should bring it to the floor immediately so we can get after it, and give these folks some relief. They just want to compete on a level-playing field. They're not asking for handouts, they're just asking for a standard that we can all live with. And food security is very important to the American people, and having it (ph) a reasonable price that comes from America is something that I think we all desire." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

**Perry On The USMCA: "And I Think That If The USMCA Can Be Approved By Congress, That Will Inform Those Negotiating On Behalf Of China That The U.S. Is Serious About This. And That The President Is Serious About This. And That Things Will Fall Into Place."** "I don't really see any evidence but these things take time to be manifested as the policy changes. And I think that there's a little bit of concern about the USMCA, and the China -- a China agreement. And I think that if the USMCA can be approved by Congress, that will inform those negotiating on behalf of China that the U.S. is serious about this. And that the president is serious about this. And that things will fall into place. But I also think that people on this side of the equation speculate and try and time their entry or their increase in production based on what they see." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]



**Perry Said That "Every Minute That Goes By Is Critical" And That Democrats Should "Be Very Cautious By Not Bringing It To The Floor And Allowing Us To Do Better As A Country"**

**Perry On The USMCA: "I Think That Every Minute That Goes By Is Critical, Which Is Why The USMCA Is So Important. And Again, Speaker Pelosi, And The Other Side Of The Aisle Would Be -- I Think They Should Be Very Cautious By Not Bringing It To The Floor And Allowing Us To Do Better As A Country."** "I think that every minute that goes by is critical, which is why the USMCA is so important. And again, Speaker Pelosi, and the other side of the aisle would be -- I think they should be very cautious by not bringing it to the floor and allowing us to do better as a country. They can continue to hate this president if that's what they want to do, but this helps their constituents no matter where they are. And I think that that's a -- that's a critical thing that they need to consider, if they're not going to bring it, the ramifications -- because the blame will put -- be placed squarely on him." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

**Perry Said That Dems Lacking Support For The USMCA Was Because They "Hate This President"**

**Perry On The USMCA: "They Can Continue To Hate This President If That's What They Want To Do, But This Helps Their Constituents No Matter Where They Are. And I Think That That's A -- That's A Critical Thing That They Need To Consider, If They're Not Going To Bring It, The Ramifications -- Because The Blame Will Put -- Be Placed Squarely On Him."** "I think that every minute that goes by is critical, which is why the USMCA is so important. And again, Speaker Pelosi, and the other side of the aisle would be -- I think they should be very cautious by not bringing it to the floor and allowing us to do better as a country. They can continue to hate this president if that's what they want to do, but this helps their constituents no matter where they are. And I think that that's a -- that's a critical thing that they need to consider, if they're not going to bring it, the ramifications -- because the blame will put -- be placed squarely on him." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

**Perry Said That Democrats Failing To Pass The USMCA And Help "Their Own Constituents" Would Do So "At Their Own Peril"**

**Perry On The USMCA: "The President And This Administration Have Done A Good Job At Resetting The Playing Field And Leveling The Playing Field Here. If Speaker Pelosi And Her Party Doesn't Want To Help Out Her Own - And Their Own Constituents, That Will Be At Their Own Peril."** "The president and this administration have done a good job at resetting the playing field and leveling the playing field here. If Speaker Pelosi and her party doesn't want to help out her own - and their own constituents, that will be at their own peril." [FBN "Mornings With Maria" Interview With Rep. Scott Perry, 7/2/19]

## Trans Pacific Partnership

### Perry Voted Against Trade Promotion Authority (TPA)

**2015: Perry Voted Against Trade Promotion Authority.** In June 2015, Perry voted against a: "Ryan, R-Wis., motion to concur in the Senate amendment to the bill (HR 2146) to allow public safety workers over the age of 50 to make penalty-free withdrawals from retirement plans, with an amendment that would grant Trade Promotion Authority, under which implementing legislation for trade agreements negotiated by the administration would be considered by Congress under expedited procedures and could not be amended." The motion passed 218 to 208. [HR 2146, Vote #374, 6/18/15; CQ, 6/18/15]

> **Trade Promotion Authority Allowed Obama Administration To "Fast-Track" Transpacific Trade Deal.**
> "The House on Thursday took the first step toward resuscitating the White House's trade agenda by passing legislation granting President Obama fast-track authority. [...] The House vote was 218-208, with 28 Democrats voting for it. This is the second time in a week the House has voted to approve the controversial



fast-track bill. On Friday, the House voted 219-211 in favor of fast-track, which would make it easier for Obama to complete a sweeping trans-Pacific trade deal." [The Hill, 6/18/15]

**2015: Perry Voted Against Trade Promotion Authority.** In June 2015, Perry voted against: a "Division III of the Ryan, R-Wis., motion to concur in the Senate amendment to the bill that would provide Trade Promotion Authority for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment, and would extend Trade Adjustment Assistance programs to help displaced U.S. workers. The portion of the Senate amendment covered by the division would authorize special 'trade promotion authority' for congressional consideration of legislation to implement U.S. trade agreements, under which such agreements would be considered in Congress under an expedited process and would be subject to simple up-or-down votes so they could not be amended. The expedited authority would apply to trade agreements entered into before July 1, 2018, although the bill would allow for extensions." The motion was agreed to 219 to 211. [HR 1314, Vote #362; CQ, 6/12/15]

## Ex-Import Bank

### Perry Claimed That The Export-Import Bank Did Not Help Small Businesses And Instead Subsidized Wealthy Corporations

**Perry Claimed That Ex-Im Did Not Help Small Businesses And Instead Subsidized Wealthy Corporations.** "These calls try to highlight Ex-Im as a friend of small business a marginal claim at best. Mostly, it subsidizes some of the wealthiest corporations in the world, often based solely on ideological political considerations, and has resulted in market distortions that hurt American companies that don't receive its financing." [Scott Perry, Op-Ed, 5/22/15]



# Veterans & Military Family Issues

## Significant Findings

✓ *Perry voted against increasing funds to prevent sexual assault in the military.*

✓ *Perry voted against an appropriations bill that would transition VA choice program from mandatory to discretionary spending, leaving it open to cuts.*

✓ *Perry voted for a bill to protect VA whistleblowers.*

✓ *Perry voted for blocking a bill to exempt the VA from the Trump administration's hiring freeze.*

✓ *Perry voted for underfunding Veterans' Affairs programs.*

    ✓ *2015: Perry voted for a Milcon-VA Appropriations bill that underfunded the VA by more than $1 billion.*

✓ *Perry voted against increasing funds for veterans' health care and PTSD treatment.*

## Military Personnel

### Perry Voted Against Increasing Funds To Prevent Sexual Assault In The Military

**2014: Perry Voted Against Increasing Funds To Prevent Sexual Assault In The Military By $5 Million.** In June 20, Perry voted against: a "motion to recommit the bill to the House Appropriations Committee and report it back immediately with an amendment that would increase by $5 million the amount provided for Defense-wide operations and maintenance, intended for sexual assault prevention. It would increase by $10 million the amount provided for the Defense Health Program, of which $5 million would be intended for electronic health records at the Department of Veterans Affairs and $5 million for treatment for post-traumatic stress disorder. It would decrease by $15 million the amount provided for research, development, test and evaluation." The motion failed, 190-220. [HR 4870, Vote #337, 6/20/14; CQ, 6/20/14]

## Department Of Veterans' Affairs

### Perry Voted Against An Appropriations Bill That Would Transition VA Choice Program From Mandatory To Discretionary Spending, Leaving It Open To Cuts

**Perry Voted Against A $146.5 Energy-Water-Legislative Branch-Veterans Affairs Appropriations For Fiscal Year 2019.** In June 2018, Perry voted against: "Passage of the bill, as amended, that would provide $146.5 billion in discretionary funding for fiscal 2019 to various departments, agencies and legislative operations, including $44.7 billion for the Energy Department, the Army Corps of Engineers, the Interior Department's Bureau of Reclamation; $98 billion for military construction activities and for VA programs and activities; and $3.8 billion for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. It would provide $11.2 billion for programs that maintain and refurbish nuclear weapons in the United States' stockpile. As amended, it would provide $1.1 billion in funding for the Veterans Community Care Program." The bill passed by a vote of 235-179. [HR 5895, Vote #257, 6/8/18; CQ, 6/8/18]



**Rep Lowey: Appropriations Bill Would Transition VA Choice Program From Mandatory To Discretionary Spending, Leaving It Open To Cuts.** "While I support many of the increases within the Military Construction and Veterans Affairs bill, Republicans have created a dilemma by transitioning the VA Choice program from mandatory to discretionary funding in the middle of fiscal year 2019. Even worse, Republicans have blocked consideration of my amendment to solve this problem. That will mean a further squeeze, and perhaps even cuts, to programs that benefit the middle class." [Rep. Lowey Floor Statement, 6/7/18]

## Perry Voted For A Bill To Protect VA Whistleblowers

**Perry Voted For A Bill To Protect VA Whistleblowers.** In October 2017, Perry voted for: "Passage of the bill that would set specific penalties for federal supervisors who retaliate against an employee who discloses waste, fraud or abuse. It would require a supervisor to be suspended for at least three days for an initial offense, and would require a supervisor to be fired for a second offense. It would also require the VA to develop a plan to protect the medical records of employees and would prohibit VA employees from accessing medical files for demographic information when another non-medical database is available." The bill passed, 420-0. [S 585, Vote #568, 10/12/17; CQ, 10/12/17]

**Perry Voted For An Amendment That Would Extend The VA Whistleblower Protection Bill Provisions To Apply To Any Federal Employee Disclosure Regarding The Violation Of Any Law Or Regulation Related To Travel.** In October 2017, Perry voted for: "O'Halleran, D-Ariz., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would extend the bill's provisions to apply to any federal employee disclosure regarding the violation of any law or regulation related to travel by the head of an agency or a political appointee." The motion was rejected, 232-190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17]

## Perry Voted For Blocking A Bill To Exempt The VA From The Trump Administration's Hiring Freeze

**Perry Voted For Blocking A Bill To Exempt The VA From The Trump Administration's Hiring Freeze.** In March 2017, Perry voted for: the "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule that would provide for House floor consideration of a bill (HR 1259)." According to Rep. Alcee Hastings (D-FL), a vote for the motion was a vote to block "an amendment to the rule to bring up HR 696, Representative Schrader's bill to exempt the Department of Veterans Affairs from Donald John Trump's hiring freeze. As we have already discussed, my amendment to allow the VA Secretary to fill vacant positions, regardless of whether they were vacated before or after the hiring freeze, was blocked last night in the Rules Committee. There are nearly 47,000 vacant positions within the VA, and we should not be limiting the VA's authority to fill these positions, especially as we continue to work towards reducing patient wait times." The motion was agreed to by a vote of 227-185. [HRes 198, Vote #162, 3/16/17; Democratic Leader—Previous Questions, 3/16/17; Congressional Record, H2099, 3/16/17; CQ, 3/16/17]

## Perry Voted For Passing A Bill That Would Make More Funds Available For The Veterans Choice Fund

**Perry Voted For Passing A Bill That Would Make More Funds Available For The Veterans Choice Fund.** In July 2017, Perry voted for: "Roe, R-Tenn., motion to suspend the rules and pass the bill that would make available an additional $2 billion in funding for the Veterans Choice Fund, without fiscal year limitation. The bill would extend until Dec. 31, 2027, the current cap on per-month payment of VA pensions to certain veterans residing at VA nursing care facilities, as well as the VA's authority to collect fees for VA housing loans and the VA's authority to obtain and use income information from the Social Security Administration and the IRS to validate an application for VA benefits." The motion was rejected by a vote of 219-186. [S 114, Vote #408, 7/24/17; CQ, 7/24/17]



---

**Perry Voted For Underfunding Veterans' Affairs Programs**

**2015: Perry Voted For A MilCon-VA Appropriations Bill That Underfunded VA By More Than $1 Billion.**
In April 2015, Perry voted for: "Passage of the bill, as amended, that would provide $171.1 billion in fiscal 2016 for the Veterans Affairs department, military construction and military housing. It would provide $76.6 billion in discretionary spending, including $60.2 billion for veterans' health programs. The bill would provide $94.5 billion in mandatory spending for veterans' service-connected compensation, benefits and pensions. The total also includes $7.7 billion for military construction, including $1.4 billion for military family housing. The bill would provide $167.3 billion in advance appropriations for certain VA medical care accounts for fiscal 2017." The bill passed 225 to 163. [HR 2029, Vote #193, 4/30/15; CQ, 4/30/15]

> **The Hill: VA Secretary Robert McDonald Warned The Spending Bill Would "[Fall] Short" Of The Resources Needed For Veterans.** "Addressing the Democrats at a closed-door caucus meeting in the Capitol Wednesday, VA Secretary Robert McDonald warned the lawmakers that the GOP's $77 billion bill funding the department and military construction projects in fiscal 2016 falls short of the resources needed to provide health and other services to the nation's veterans.  Relaying McDonald's message, Rep. Xavier Becerra (Calif.), chairman of the Democratic Caucus, said the GOP's bill would scale back health benefits for roughly 70,000 veterans, while also denying funds for medical research, education and veterans' cemeteries." [The Hill, 4/29/15]

**2015: Perry Voted Against An Amendment To Increase VA Funding For Veterans Medical Services By $15 Million.** In April 2015, Perry voted against: a motion that would have added $15 million to VA funding for veterans medical services.  The motion failed 181 to 236. [HR 2029, Vote #192, Motion to Recommit with Instructions, 4/30/15]

---

**Perry Voted Against Increasing Funds For Veterans' Health Care And PTSD Treatment**

**2014: Perry Voted Against Increasing Funds For Veterans' Health Care And Post-Traumatic Stress Disorder.** In June 2014, Perry voted against: a "motion to recommit the bill to the House Appropriations Committee and report it back immediately with an amendment that would increase by $5 million the amount provided for Defense-wide operations and maintenance, intended for sexual assault prevention. It would increase by $10 million the amount provided for the Defense Health Program, of which $5 million would be intended for electronic health records at the Department of Veterans Affairs and $5 million for treatment for post-traumatic stress disorder. It would decrease by $15 million the amount provided for research, development, test and evaluation." The motion failed, 190-220. [HR 4870, Vote #337, 6/20/14; CQ, 6/20/14]



# Appendix I – Personal Financial Disclosures

## 2017 – Federal Personal Financial Disclosure

### Net Worth

#### 2017: Perry Had An Estimated Net Worth Between $1,079,997 And $-172,981

**2017: Perry Had An Estimated Net Worth Between $1,079,997 And $-172,981.** [Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

### Earned Income

#### 2017: Perry Reported $17,363.70 In Earned Income

**2017: Perry Reported $17,363.70 In Earned Income From 2016 And 2017.** [Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

| 2017 Perry Earned Income | | |
|---|---|---|
| **Source** | **Type** | **Amount** |
| Aegis Therapies Inc. | Spouse Salary | N/A |
| Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| Doterra International LLC | Spouse Business Income | $2,965.86 |

[Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

### Assets & Unearned Income

#### 2017: Perry Reported Between $20,005And $65,600 In Unearned Income

**2017: Perry Reported Between $20,005And $65,600 In Unearned Income.** [Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

| 2017 Perry Assets & "Unearned" Income | | | | | | |
|---|---|---|---|---|---|---|
| SP/ DC /JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | Aegis Therapies 401K – Mercer | $100,001 | $250,000 | Tax-Deferred | | | |
| | American Funds – Capital Income Builder A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Capital World Growth and Income Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Smallcap World Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds - The Bond Fund of America – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | LPL – American Balanced Cl A | $50,001 | $100,000 | Tax Deferred | | | |
| | LPL – Insured Cash Account | $1,001 | $15,000 | Tax-Deferred | | | |
| | Members First Credit Union | $50,001 | $100,000 | Interest | $1 | $200 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| Northwestern Mutual | $15,001 | $50,000 | None | | | |
| Pennsylvania 529 Guaranteed Savings Plan – Ryenn Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| Pennsylvania 529 Guaranteed Savings Plan – Mattea Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| Pennsylvania State Employees Credit Union | $100,001 | $250,000 | Interest | $1 | $200 | |
| Residential Rental – Dillsburg PA, Location: Dillsburg/Cumberland PA, US | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| Residential Rental – Harrisburg, PA, Location: Harrisburg/Dauphin PA US | $100,001 | $250,000 | Rent | $15,001 | $50,000 | |
| State Farm Bank CDs | $1,001 | $15,000 | Interest | $1 | $200 | |
| Vanguard 500 Index Fund Adm | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard LifeStrategy Mod Growth | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard Total Stock Mkt Idx Inv | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard US Growth Fund Investor | $1,001 | $15,000 | Tax-Deferred | | | |
| **Total:** | **$527,019** | **$1,430,000** | **Total:** | **$20,005** | **$65,600** | |

[Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

## Liabilities

**In 2017 Perry Had Between $350,003 And $700,000 In Liabilities.** [Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

| 2017 Perry Liabilities | | | | |
|---|---|---|---|---|
| **Owner** | **Creditor** | **Date Incurred** | **Type** | **Amount Of Liability** |
| | Seterus Inc. Grand Rapids MI | 11/03 | Mortgage on Harrisburg, PA Rental Property | $50,001 - $100,000 |
| | SunTrust Mortgage Richmond, VA | 1/01 | Mortgage on Dillsburg PA Rental Property | $50,001 - $100,000 |
| | Members 1st FCU Houghton MI | 9/10 | Mortgage on personal property Dillsburg PA | $250,001 - $500,000 |

[Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

## Agreements

**In 2017 Perry's Only Agreement Was His Continued Participation In The Pennsylvania State Employee Retirement System.** [Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

| 2017 Perry Agreements | | |
|---|---|---|
| **Date** | **Parties To** | **Terms Of Agreement** |



| 3/8/13 | Scott G. Perry and Pennsylvania State Employee Retirement System | Continued participation in the Pennsylvania State Employee Retirement System |
|---|---|---|

[Rep. Scott Perry 2017 Public Financial Disclosure Report, filed 5/7/18]

## 2016 – Federal Personal Financial Disclosure

### Net Worth

#### 2016: Perry Had An Estimated Net Worth Between $1,069,996 And $-187,981

**2016: Perry Had An Estimated Net Worth Between $1,069,996 And $-187,981.** [Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

### Earned Income

#### 2016: Perry Reported $16,718 In Earned Income

**2016: Perry Reported $16,718 In Earned Income From His State Retirement And His Spouse.** [Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

| 2016 Perry Earned Income | | |
|---|---|---|
| **Source** | **Type** | **Amount** |
| Golden Living/Aegis Therapies Plano TX | Spouse Salary | N/A |
| Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |
| Doterra International LLC | Spouse Bonus Income | $2,320.16 |

[Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

### Assets & Unearned Income

#### 2016: Perry Reported Between $25,006 And $80,600 In Unearned Income

**2016: Perry Reported Between $25,006 And $80,600 In Unearned Income.** [Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

| 2015 Perry Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP/ DC /JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | American Funds – Captial Income Builder A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Capital World Growth and Income Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Smallcap World Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds - The Bond Fund of America – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | Fidelity Freedom Index 2035 | $100,001 | $250,000 | Tax Deferred | | | |
| | Hydrotech Mechanical Services, 49% Interest – Location, | | | Interest, S Corporation Income | $5,001 | $15,000 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| Dillsburg/Cumberland PA US, Shareholder of S Corporation | | | | | | |
| LPL – American Balanced Cl A | $50,001 | $100,000 | Tax Deferred | | | |
| LPL – Insured Cash Account | $1,001 | $15,000 | Tax-Deferred | | | |
| Members First Credit Union | $50,001 | $100,000 | Interest | $1 | $200 | |
| Northwestern Mutual | $15,001 | $50,000 | None | | | |
| Pennsylvania 529 Guaranteed Savings Plan – Ryenn Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| Pennsylvania 529 Guaranteed Savings Plan – Mattea Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| Pennsylvania State Employees Credit Union | $100,001 | $250,000 | Interest | $1 | $200 | |
| Residential Rental – Dillsburg PA, Location: Dillsburg/Cumberland PA, US | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| Residential Rental – Harrisburg, PA, Location: Harrisburg/Dauphin PA US | $100,001 | $250,000 | Rent | $15,001 | $50,000 | |
| State Farm Bank CDs | $1,001 | $15,000 | Interest | $1 | $200 | |
| Vanguard 500 Index Fund Adm | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard LifeStrategy Mod Growth | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard Total Stock Mkt Idx Inv | $1,001 | $15,000 | Tax-Deferred | | | |
| Vanguard US Growth Fund Investor | $1,001 | $15,000 | Tax-Deferred | | | |
| | Total: | $527,019 | $1,430,000 | Total: | $25,006 | $80,600 |

[Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

## Liabilities

**In 2016 Perry Reported Liabilities Between $360,004 And $715,000.** [Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

| 2016 Perry Liabilities | | | | |
|---|---|---|---|---|
| Owner | Creditor | Date Incurred | Type | Amount Of Liability |
| | Seterus Inc. Grand Rapids MI | 11/03 | Mortgage on Harrisburg, PA Rental Property | $50,001 - $100,000 |
| | SunTrust Mortgage Richmond, VA | 1/01 | Mortgage on Dillsburg PA Rental Property | $50,001 - $100,000 |
| | Members 1st FCU Houghton MI | 9/10 | Mortgage on personal property Dillsburg PA | $250,001 - $500,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 6/12 | Personal line of credit | $10,001 - $15,000 |

[Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]



## Positions

**In 2016 Perry Reported His Position As Secretary/Treasurer Of Hydrotech Mechanical Services Inc.** [Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

| 2016 Perry Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| Secretary/Treasurer | Hydrotech Mechanical Services Inc. |

[Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

## Agreements

**In 2016 Perry's Sole Reported Agreement Was His Continued Participation In The Pennsylvania State Employee Retirement System.** [Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

| 2016 Perry Agreements | | |
|---|---|---|
| **Date** | **Parties To** | **Terms Of Agreement** |
| 3/8/13 | Scott G. Perry and Pennsylvania State Employee Retirement System | Continued participation in the Pennsylvania State Employee Retirement System |

[Rep. Scott Perry 2016 Public Financial Disclosure Report, filed 6/27/17]

# 2015 – Federal Personal Financial Disclosure

## Net Worth

**2015: Perry Had An Estimated Net Worth Between $1,069,995 And $-236,980**

**2015: Perry Had An Estimated Net Worth Between $1,069,995 And $-236,980.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

## Earned Income

**2015: Perry Reported $14,397.84 In Earned Income**

**2015: Perry Reported $14,397.84 In Earned Income From 2014 And 2015.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

| 2015 Perry Earned Income | | |
|---|---|---|
| **Source** | **Type** | **Amount** |
| Golden Living/Aegis Therapies Plano TX | Spouse Salary | N/A |
| Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |

[Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

## Assets & Unearned Income

**2015: Perry Reported Between $25,006 And $80,600 In Unearned Income**

**2015: Perry Reported Between $25,006 And $80,600 In Unearned Income.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]


| SP/DC/JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
|---|---|---|---|---|---|---|---|
| | | *Min* | *Max* | | *Min* | *Max* | |
| | | | | 2015 Perry Assets & "Unearned" Income | | | |
| | American Funds – Captial Income Builder A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Capital World Growth and Income Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds – Smallcap World Fund – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | American Funds The Bond Fund of America – A | $1,001 | $15,000 | Tax-Deferred | | | |
| | Fidelity Freedom Index 2035 | $100,001 | $250,000 | Tax Deferred | | | |
| | Hydrotech Mechanical Services, 49% Interest – Location, Dillsburg/Cumberland PA US, Shareholder of S Corporation | $1,001 | $15,000 | Interest, S Corporation Income | $5,001 | $15,000 | |
| | LPL – American Balanced Cl A | $50,001 | $100,000 | Tax Deferred | | | |
| | LPL – Insured Cash Account | $1,001 | $15,000 | Tax-Deferred | | | |
| | Members First Credit Union | $50,001 | $100,000 | Interest | $1 | $200 | |
| | Northwestern Mutual | $15,001 | $50,000 | None | | | |
| | Pennsylvania 529 Guaranteed Savings Plan – Ryenn Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| | Pennsylvania 529 Guaranteed Savings Plan – Mattea Location: PA | $1,001 | $15,000 | Tax-Deferred | | | |
| | Pennsylvania State Employees Credit Union | $100,001 | $250,000 | Interest | $1 | $200 | |
| | Residential Rental – Dillsburg PA, Location: Dillsburg/Cumberland PA, US | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| | Residential Rental – Harrisburg, PA, Location: Harrisburg/Dauphin PA US | $100,001 | $250,000 | Rent | $15,001 | $50,000 | |
| | State Farm Bank CDs | $1,001 | $15,000 | Interest | $1 | $200 | |
| | Vanguard 500 Index Fund Adm | $1,001 | $15,000 | Tax-Deferred | | | |
| | Vanguard LifeStrategy Mod Growth | $1,001 | $15,000 | Tax-Deferred | | | |
| | Vanguard Total Stock Mkt Idx Inv | $1,001 | $15,000 | Tax-Deferred | | | |
| | Vanguard US Growth Fund Investor | $1,001 | $15,000 | Tax-Deferred | | | |
| | **Total:** | **$528,020** | **$1,445,000** | **Total:** | **$25,006** | **$80,600** | |

[Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

**Liabilities**



**In 2015 Perry Reported Between $375,005 And $765,000 In Liabilities.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

| 2015 Perry Liabilities | | | | |
|---|---|---|---|---|
| Owner | Creditor | Date Incurred | Type | Amount Of Liability |
| | Seterus Inc. Grand Rapids MI | 11/03 | Mortgage on Harrisburg, PA Rental Property | $50,001 - $100,000 |
| | SunTrust Mortgage Richmond, VA | 1/01 | Mortgage on Dillsburg PA Rental Property | $50,001 - $100,000 |
| | Members 1st FCU Houghton MI | 9/10 | Mortgage on personal property Dillsburg PA | $250,001 - $500,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 6/12 | Personal line of credit | $10,001 - $15,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 5/07 | Personal line of credit | $15,001 - $50,000 |

[Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

## Positions

**In 2015 Perry Reported His Position As Secretary/Treasurer Of Hydrotech Mechanical Services Inc.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

| 2015 Perry Positions | |
|---|---|
| Position | Name Of Organization |
| Secretary/Treasurer | Hydrotech Mechanical Services Inc. |

[Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

## Agreements

**In 2015 Perry's Sole Reported Agreement Was His Continued Participation In The Pennsylvania State Employee Retirement System.** [Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

| 2015 Perry Agreements | | |
|---|---|---|
| Date | Parties To | Terms Of Agreement |
| 3/8/13 | Scott G. Perry and Pennsylvania State Employee Retirement System | Continued participation in the Pennsylvania State Employee Retirement System |

[Rep. Scott Perry 2015 Public Financial Disclosure Report, filed 7/12/16]

# 2014 – Federal Personal Financial Disclosure

## Net Worth

**2014: Perry Had An Estimated Net Worth Between $1,019,995 And $-252,982**

**2014: Perry Had An Estimated Net Worth Between $1,019,995 And $-252,982.** [Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

## Earned Income



## 2014: Perry Reported $14,397.84 In Earned Income

**2014: Perry Reported $14,397.84 In Earned Income From 2013 And 2014.** [Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

| 2014 Perry Earned Income | | |
|---|---|---|
| **Source** | **Type** | **Amount** |
| Golden Living/Aegis Therapies Plano TX | Spouse Salary | N/A |
| Pennsylvania State Employee Retirement System | State Retirement | $14,397.84 |

[Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

## Assets & Unearned Income

### 2014: Perry Reported Between $12,913 And $38,600 In Unearned Income

**2014: Perry Reported Between $12,913 And $38,600 In Unearned Income.** [Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

| 2014 Perry Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SP/ DC /JT** | **Asset** | **Year-End Value** | | **Type Of Income** | **Amount Of Income** | | **Tx. > $1,000** |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | Residential Rental Property Harrisburg PA | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| | Residential Rental Property Dillsburg PA | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| | Members First Credit Union Mechanicsburg PA | $50,001 | $100,000 | Interest | $1 | $200 | |
| | PA State Employees Credit Union – Harrisburg PA | $100,001 | $250,000 | Interest | $1 | $200 | |
| | Fidelity Freedom 2035W Golden Living 401K Savings Plan Plus | $100,001 | $250,000 | Tax Deferred | None | None | |
| DC 1 | Pennsylvania 529 Guaranteed Savings Plan – Ryenn Perry | $1,001 | $15,000 | Tax Deferred | None | None | |
| DC 2 | Pennsylvania 529 Guaranteed Savings Plan – Matteo Perry | $1,001 | $15,000 | Tax Deferred | None | None | |
| | Vanguard US Growth Fund Investor | $1,001 | $15,000 | Dividends, Capital Gains | $201 | $1,000 | |
| | Vanguard – Life Strategy Mod. Growth | $1,001 | $15,000 | Dividends, Capital Gains | $1 | $200 | |
| | Vanguard – Total Stock Mkt Idx. Inv. | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds Small Cap World Fund A | $1,001 | $15,000 | Dividends | $201 | $1,000 | |
| | American Funds Capital World Growth and Income Fund A | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds Capital Income Builder A | $1,001 | $15,000 | Dividends | $1 | $200 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| | American Funds The Bond Fund of America A | $1,001 | $15,000 | Dividends | $1 | $200 |
| | American Balanced Fund Inc. | $50,001 | $100,000 | Dividends, Capital Gains | $2,501 | $5,000 |
| | State Farm Bank COS Harrisburg PA | $1,001 | $15,000 | Interest | $1 | $200 |
| | Northwestern Mutual 65 Whole Life | $1,001 | $15,000 | None | None | None |
| | Hydrotech Mechanical Services INC. Mechanical Contracting Franklintown, PA | $250,001 - $500,000 | $15,000 | None | None | None |
| | Insured money market | $1,001 | $15,000 | None | None | None |
| | **Total:** | **$512,018** | **$1,395,000** | **Total:** | **$12,913** | **$38,600** |

[Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

## Liabilities

**In 2014 Perry Reported Between $375,005 And $765,000 In Liabilities.** [Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

| 2014 Perry Liabilities | | | | |
|---|---|---|---|---|
| **Owner** | **Creditor** | **Date Incurred** | **Type** | **Amount Of Liability** |
| | Seterus Inc. Grand Rapids MI | 11/03 | Mortgage on Harrisburg, PA Rental Property | $50,001 - $100,000 |
| | SunTrust Mortgage Richmond, VA | 11/01 | Mortgage on Dillsburg PA Rental Property | $50,001 - $100,000 |
| | Members 1st FCU Houghton MI | 9/10 | Mortgage on personal property Dillsburg PA | $250,001 - $500,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 6/12 | Personal line of credit | $10,001 - $15,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 5/07 | Personal line of credit | $15,001 - $50,000 |

[Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

## Positions

**In 2014 Perry Reported His Position As Secretary/Treasurer Of Hydrotech Mechanical Services Inc.** [Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

| 2013 Perry Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| Secretary/Treasurer | Hydrotech Mechanical Services Inc. |

[Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

## Agreements

**In 2014 Perry Reported His Sole Agreement As Continued Participation In The Pennsylvania State Employee Retirement System.** [Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

| 2013 Perry Agreements |
|---|



| Date | Parties To | Terms Of Agreement |
|------|-----------|-------------------|
| 3/8/13 | Scott G. Perry and Pennsylvania State Employee Retirement System | Continued participation in the Pennsylvania State Employee Retirement System |

[Rep. Scott Perry 2014 Public Financial Disclosure Report, filed 8/7/15]

# 2013 – Federal Personal Financial Disclosure

## Net Worth

### 2013: Perry Had An Estimated Net Worth Between $1,069,995 And $ -236,980

**2013: Perry Had An Estimated Net Worth Between $1,069,995 And $-236,980.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

## Earned Income

### 2013: Perry Reported $15,597.66 In Earned Income

**2013: Perry Reported $15,597.66 In Earned Income From 2012 And 2013.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

| 2013 Perry Earned Income | | |
|-------------------------|---|---|
| Source | Type | Amount |
| Golden Living/Aegis Therapies Plano TX | Spouse Salary | N/A |
| Pennsylvania State Employee Retirement System | State Retirement | $15,597.66 |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

## Assets & Unearned Income

### 2013: Perry Reported Between $10,215 And $33,400 In Unearned Income

**2013: Perry Reported Between $10,215 And $33,400 In Unearned Income.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

| 2013 Perry Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP/ DC /JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | Residential Rental Property Harrisburg PA | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| | Residential Rental Property Dillsburg PA | $100,001 | $250,000 | Rent | $5,001 | $15,000 | |
| | Members First Credit Union Mechanicsburg PA | $15,001 | $50,000 | Interest | $1 | $200 | |
| | PA State Employees Credit Union – Harrisburg PA | $50,001 | $100,000 | Interest | $1 | $200 | |
| | Fidelity Freedom 2035W Golden Living 401K Savings Plan Plus | $100,001 | $250,000 | Tax Deferred | None | None | |
| DC 1 | Pennsylvania 529 Guaranteed Savings Plan – Ryenn Perry | $1,001 | $15,000 | Tax Deferred | None | None | |

 **DCCC**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DC 2 | Pennsylvania 529 Guaranteed Savings Plan – Matteo Perry | $1,001 | $15,000 | Tax Deferred | None | None | |
| | Vanguard Growth Equity Fund | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | Vanguard – Growth Equity Fund | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | Vanguard – Life Strategy Mod. Growth | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | Vanguard – Total Stock Mkt Idx. Inv. | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | Vanguard 500 Index Fund Inv. | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds Small Cap World Fund A | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds Capital World Growth and Income Fund A | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds Capital Income Builder A | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Funds The Bond Fund of America A | $1,001 | $15,000 | Dividends | $1 | $200 | |
| | American Balanced Fund Inc. | $50,001 | $100,000 | Dividends | $201 | $1,000 | |
| | State Farm Bank COS Harrisburg PA | $1,001 | $15,000 | Interest | $1 | $200 | |
| | Northwestern Mutual 65 Whole Life | $1,001 | $15,000 | None | None | None | |
| | Hydrotech Mechanical Services INC. Mechanical Contracting Franklintown, PA | $100,001 | $250,000 | None | None | None | |
| **Total:** | | **$528,020** | **$1,445,000** | **Total:** | **$10,215** | **$33,400** | |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

## Liabilities

**In 2013 Perry Reported Liabilities Between $375,005 And $765,000.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

| 2013 Perry Liabilities | | | | |
|---|---|---|---|---|
| **Owner** | **Creditor** | **Date Incurred** | **Type** | **Amount Of Liability** |
| | Seterus Inc. Grand Rapids MI | 11/3 | Mortgage on Harrisburg, PA Rental Property | $50,001 - $100,000 |
| | SunTrust Mortgage Richmond, VA | 11/1 | Mortgage on Dillsburg PA Rental Property | $50,001 - $100,000 |
| | Members 1st FCU Houghton MI | 9/10 | Mortgage on personal property Dillsburg PA | $250,001 - $500,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 6/12 | Personal line of credit | $10,001 - $15,000 |
| | Members 1st Federal Credit Union – Mechanicsburg PA | 5/07 | Personal line of credit | $15,001 - $50,000 |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]



## Positions

**In 2013 Perry Reported His Position As Secretary/Treasurer Of Hydrotech Mechanical Services Inc.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

| 2013 Perry Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| Secretary/Treasurer | Hydrotech Mechanical Services Inc. |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

## Agreements

**In 2013 Perry Reported The Sole Agreement Of Continued Participation In The Pennsylvania State Employee Retirement System.** [Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

| 2013 Perry Agreements | | |
|---|---|---|
| **Date** | **Parties To** | **Terms Of Agreement** |
| 3/8/13 | Scott G. Perry and Pennsylvania State Employee Retirement System | Continued participation in the Pennsylvania State Employee Retirement System |

[Rep. Scott Perry 2013 Public Financial Disclosure Report, filed 7/29/14]

# Appendix II – Campaign Finance

### Significant Findings

✓ *Perry's campaign committee received almost 78% of his PAC contributions from business PACs.*

✓ *Perry's campaign committee received 54.87% of his contributions from individual contributors and 43.84% from PACs.*

✓ *The House Freedom Fund was Perry's top campaign contributor.*

✓ *Koch Industries has given Perry over $30,000 over his career.*

## Toplines

### Perry's Campaign Raised $158,401 And Spent $127,423

| | Perry 2012 - 2019 Congress Campaign Committee Funds | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Cycle** | **Total Receipts** | | | | | | **Total Disbursements** | | |
| | **Total** | **Indivs** | **Party Cmtes** | **Other Cmtes** | **Candidate Cntribtns** | **Loans** | **Total** | **Operating Expdts** | **Refunds** |
| **2012** | $17,253 | $4,500 | $3,000 | $9,750 | $0 | $0 | $19,900 | $15,404 | $500 |
| **2014** | $6,057 | $3,040 | $0 | $3,000 | $0 | $0 | $32,684 | $32,684 | $0 |
| **2016** | $4,259 | $1,739 | $0 | $2,500 | $0 | $0 | $19,094 | $14,094 | $0 |
| **2018** | $6,527 | $3,805 | $0 | $2,700 | $0 | $0 | $34,660 | $34,660 | $0 |
| **2019 (July)** | $124,305 | $95,609 | $0 | $28,633 | $0 | $0 | $21,085 | $17,335 | $0 |

[FEC Committee Candidate and Committee Viewer, accessed 7/16/19]

### Perry's Leadership PAC Raised $13,252 And Spent $6,534

| | 2012 - 2018 First Capital PAC Funds | | | | | |
|---|---|---|---|---|---|---|
| | **Total Contributions** | | | | **Total Disbursements** | |
| **Year** | **Total** | **Indivs** | **Party Cmtes** | **Other Cmtes** | **Total** | **Operating Expdts** |
| **2012** | $5,100 | $5,000 | $0 | $100 | $1,768 | $1,768 |
| **2014** | $0 | $0 | $0 | $0 | $2,016 | $2,016 |
| **2016** | $1 | $1 | $0 | $0 | $0 | $0 |
| **2018** | $8,151 | $3,151 | $0 | $5,000 | $2,750 | $50 |

[FEC Committee Candidate and Committee Viewer, accessed 7/16/19]

### Perry's Campaign Committee Received 54.87% Of His Contributions From Individual Contributors And 43.84% From PACs

| Source Of Perry Career Congressional Campaign Committee Funds | | |
|---|---|---|
| **Category** | **#** | **%** |
| Individual Contributors | $1,978,181 | 54.87% |
| PAC Contributors | $1,580,557 | 43.84% |
| Self-Financing | $15,000 | 0.42% |
| Other | $31,546 | 0.87% |



[OpenSecrets, accessed 7/16/19]

**Perry's Campaign Committee Received Almost 78% Of His PAC Contributions From Business PACs**

| Source Of Perry Career Congressional Campaign Committee PAC Contributions | | |
|---|---|---|
| Category | # | % |
| Business PACs | $1,167,905 | 77.37% |
| Labor PACs | $21,500 | 1.42% |
| Ideological PACs | $320,050 | 21.20% |

[OpenSecrets, accessed 7/16/19]

## Top Overall Industries

| Perry Career Top Contributors By Industry | | |
|---|---|---|
| Rank | Industry | Total |
| 1 | Leadership PACs | $318,779 |
| 2 | Republican/Conservative | $202,679 |
| 3 | Retired | $136,146 |
| 4 | Oil & Gas | $128,450 |
| 5 | Electric Utilities | $116,500 |
| 6 | Real Estate | $105,510 |
| 7 | Automotive | $99,550 |
| 8 | Health Professionals | $84,340 |
| 9 | Building Materials & Equipment | $81,050 |
| 10 | Railroads | $78,274 |
| 11 | Air Transport | $78,223 |
| 12 | Insurance | $74,475 |
| 13 | General Contractors | $62,656 |
| 14 | Misc Manufacturing & Distributing | $55,458 |
| 16 | Lawyers/Law Firms | $52,525 |
| 17 | Lobbyists | $51,704 |
| 18 | Candidate Committees | $48,256 |
| 19 | Securities & Investment | $46,250 |
| 20 | Commercial Banks | $44,321 |
| 21 | Trucking | $39,500 |

[Center for Responsive Politics, accessed 7/16/19]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 7/16/19]*

## Top Overall Sectors

| Perry Career Top Contributors By Sector | | | |
|---|---|---|---|
| Sector | Total | Individuals | PACs |
| Agribusiness | $93,876 | $38,876 | $55,000 |
| Communications/Electronics | $103,620 | $11,120 | $92,500 |
| Construction | $204,606 | $63,756 | $140,850 |
| Defense | $33,520 | $1,020 | $32,500 |



| | | | |
|---|---|---|---|
| Energy & Natural Resources | $280,450 | $57,700 | $222,750 |
| Finance, Insurance & Real Estate | $343,695 | $196,245 | $147,450 |
| Health | $136,140 | $58,640 | $77,500 |
| Lawyers & Lobbyists | $104,229 | $83,329 | $20,900 |
| Transportation | $313,397 | $27,550 | $285,847 |
| Misc Business | $222,719 | $130,611 | $92,108 |
| Labor | $21,500 | $0 | $21,500 |
| Ideological/Single-Issue | $620,933 | $300,883 | $320,050 |
| Other | $161,904 | $161,404 | $500 |

[Center for Responsive Politics, accessed 7/16/19]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 7/16/19]*

## Top Overall Contributors

| Perry Campaign Committee Top Contributors (Campaign Committee & LPAC Combined) | | | |
|---|---|---|---|
| | | **Campaign Committee** | |
| **Contributor** | **PACs** | **Indiv.** | **Total** |
| House Freedom Fund | $16,633 | $134,579 | $151,212 |
| Club for Growth | $1,100 | $133,067 | $134,167 |
| National Auto Dealers Assn | $40,000 | $0 | $40,000 |
| Comcast Corp | $34,500 | $0 | $34,500 |
| Exelon Corp | $34,000 | $0 | $34,000 |
| Majority Cmte PAC | $32,500 | $0 | $32,500 |
| Koch Industries | $31,000 | $0 | $31,000 |
| National Stone, Sand & Gravel Assn | $30,000 | $0 | $30,000 |
| PPL Corp | $27,000 | $0 | $27,000 |
| National Assn of Realtors | $26,000 | $0 | $26,000 |
| American Bankers Assn | $24,500 | $500 | $25,000 |
| Berkshire Hathaway | $17,500 | $5,375 | $22,875 |
| National Assn of Home Builders | $22,000 | $0 | $22,000 |
| Kinsley Construction | $0 | $21,696 | $21,696 |
| Associated Builders & Contractors | $20,000 | $0 | $20,000 |
| Every Republican is Crucial PAC | $20,000 | $0 | $20,000 |
| AT&T Inc | $19,000 | $500 | $19,500 |
| National Ready Mixed Concrete Assn | $18,500 | $0 | $18,500 |
| Shipley Energy | $0 | $18,300 | $18,300 |
| Exxon Mobil | $18,000 | $0 | $18,000 |

[Center for Responsive Politics, accessed 9/4/19]

## Top Campaign Committee Contributors

| Perry Career Top Contributors To Campaign Committee 2020 | | | | |
|---|---|---|---|---|
| **Rank** | **Contributor** | **Total** | **Indivs** | **Other Cmtes** |
| 1 | House Freedom Fund | $49,818 | $43,185 | $6,633 |
| 2 | Club for Growth | $37,350 | $36,250 | $1,100 |
| 3 | Daniels Manufacturing | $5,600 | $5,600 | $0 |



| 3 | Mountaire Corp | $5,600 | $5,600 | $0 |
|---|---|---|---|---|
| 3 | Southern Waste Systems | $5,600 | $5,600 | $0 |
| 3 | Uline Inc | $5,600 | $5,600 | $0 |
| 7 | Comcast Corp | $5,000 | $0 | $5,000 |
| 7 | Exelon Corp | $5,000 | $0 | $5,000 |
| 7 | National Stone, Sand & Gravel Assn | $5,000 | $0 | $5,000 |
| 7 | PPL Corp | $5,000 | $0 | $5,000 |
| 11 | Cube Hydro Partners | $4,000 | $4,000 | $0 |
| 11 | International Paper | $4,000 | $0 | $4,000 |
| 13 | Rutter's Farm Stores | $2,800 | $2,800 | $0 |
| 13 | Susquehanna International Group | $2,800 | $2,800 | $0 |
| 13 | York Waste | $2,800 | $2,800 | $0 |
| 16 | Art Knitting Mills | $2,700 | $2,700 | $0 |
| 17 | Aircraft Owners & Pilots Assn | $2,500 | $0 | $2,500 |
| 17 | American Trucking Assns | $2,500 | $0 | $2,500 |
| 17 | BNSF Railway | $2,500 | $0 | $2,500 |
| 17 | Citizens United | $2,500 | $0 | $2,500 |
| 17 | Enterprise Rent-A-Car | $2,500 | $0 | $2,500 |
| 17 | FedEx Corp | $2,500 | $0 | $2,500 |
| 17 | Krapf Bus Companies | $2,500 | $2,500 | $0 |
| 17 | Norfolk Southern | $2,500 | $0 | $2,500 |
| 17 | Union Pacific Corp | $2,500 | $0 | $2,500 |

[Center for Responsive Politics, accessed 9/4/19]

| Perry Career Top Contributors To Campaign Committee 2018 | | | | |
|---|---|---|---|---|
| Rank | Contributor | Total | Indivs | Other Cmtes |
| 1 | House Freedom Fund | $101,394 | $91,394 | $10,000 |
| 2 | Club for Growth | $96,817 | $96,817 | $0 |
| 3 | Sutliff Chevrolet | $10,350 | $10,350 | $0 |
| 4 | Amazon.com | $10,000 | $0 | $10,000 |
| 4 | Auto Care Assn | $10,000 | $0 | $10,000 |
| 4 | Comcast Corp | $10,000 | $0 | $10,000 |
| 4 | Exelon Corp | $10,000 | $0 | $10,000 |
| 4 | Koch Industries | $10,000 | $0 | $10,000 |
| 4 | Majority Cmte PAC | $10,000 | $0 | $10,000 |
| 4 | National Assn of Home Builders | $10,000 | $0 | $10,000 |
| 4 | National Auto Dealers Assn | $10,000 | $0 | $10,000 |
| 12 | AT&T Inc | $9,000 | $0 | $9,000 |
| 13 | Associated Builders & Contractors | $7,500 | $0 | $7,500 |
| 13 | Enterprise Rent-A-Car | $7,500 | $0 | $7,500 |
| 13 | National Ready Mixed Concrete Assn | $7,500 | $0 | $7,500 |
| 13 | National Stone, Sand & Gravel Assn | $7,500 | $0 | $7,500 |
| 17 | PPL Corp | $7,000 | $0 | $7,000 |



| 18 | Penneco Oil Co | $6,900 | $6,900 | $0 |
| 19 | Kinsley Construction | $6,200 | $6,200 | $0 |
| 20 | National Assn of Realtors | $6,000 | $0 | $6,000 |

[Center for Responsive Politics, accessed 9/4/19]

| Perry Career Top Contributors To Campaign Committee 2016 | | | | |
|---|---|---|---|---|
| Rank | Contributor | Total | Indivs | Other Cmtes |
| 1 | Exelon Corp | $10,000 | $0 | $10,000 |
| 1 | Koch Industries | $10,000 | $0 | $10,000 |
| 1 | Majority Cmte PAC | $10,000 | $0 | $10,000 |
| 1 | National Auto Dealers Assn | $10,000 | $0 | $10,000 |
| 1 | National Stone, Sand & Gravel Assn | $10,000 | $0 | $10,000 |
| 1 | PPL Corp | $10,000 | $0 | $10,000 |
| 7 | Select Medical Corp | $8,600 | $3,600 | $5,000 |
| 8 | AT&T Inc | $8,000 | $0 | $8,000 |
| 8 | National Assn of Realtors | $8,000 | $0 | $8,000 |
| 10 | FirstEnergy Corp | $7,000 | $0 | $7,000 |
| 10 | National Assn of Home Builders | $7,000 | $0 | $7,000 |
| 12 | Comcast Corp | $6,000 | $0 | $6,000 |
| 12 | Dominion Resources | $6,000 | $0 | $6,000 |
| 12 | National Ready Mixed Concrete Assn | $6,000 | $0 | $6,000 |
| 12 | Owner-Operator Independent Drivers Assn | $6,000 | $0 | $6,000 |
| 16 | Air Line Pilots Assn | $5,500 | $0 | $5,500 |
| 16 | BNSF Railway | $5,500 | $0 | $5,500 |
| 16 | Exxon Mobil | $5,500 | $0 | $5,500 |
| 19 | York Container | $5,450 | $5,450 | $0 |
| 20 | Rutters Farm Stores | $5,400 | $5,400 | $0 |
| 20 | Zivity LLC | $5,400 | $5,400 | $0 |

[Center for Responsive Politics, accessed 9/4/19]

| Perry Career Top Contributors To Campaign Committee 2014 | | | | |
|---|---|---|---|---|
| Rank | Contributor | Total | Indivs | Other Cmtes |
| 1 | Comcast Corp | $10,000 | $0 | $10,000 |
| 1 | Every Republican is Crucial PAC | $10,000 | $0 | $10,000 |
| 1 | National Auto Dealers Assn | $10,000 | $0 | $10,000 |
| 4 | Exelon Corp | $8,000 | $0 | $8,000 |
| 5 | Buchanan, Ingersoll & Rooney | $7,750 | $750 | $7,000 |
| 6 | BNSF Railway | $7,500 | $0 | $7,500 |
| 7 | Honeywell International | $7,498 | $0 | $7,498 |
| 8 | Norfolk Southern | $7,250 | $250 | $7,000 |
| 9 | National Assn of Realtors | $7,000 | $0 | $7,000 |
| 9 | Penn Waste | $7,000 | $7,000 | $0 |
| 11 | Shipley Energy | $6,100 | $6,100 | $0 |
| 12 | Eagle Forum | $6,000 | $0 | $6,000 |



| 13 | New York Life Insurance | $5,500 | $0 | $5,500 |
|----|--------------------------|--------|--------|--------|
| 14 | Greenlee Partners | $5,250 | $5,250 | $0 |
| 15 | Members 1st Fed Credit Union | $5,200 | $5,200 | $0 |
| 15 | Susquehanna International Group | $5,200 | $5,200 | $0 |
| 15 | York Container | $5,200 | $5,200 | $0 |
| 18 | Rutters Farm Stores | $5,100 | $5,100 | $0 |
| 19 | ACA International | $5,000 | $0 | $5,000 |
| 19 | American Bankers Assn | $5,000 | $0 | $5,000 |
| 19 | BAE Systems | $5,000 | $0 | $5,000 |
| 19 | Freedom Project | $5,000 | $0 | $5,000 |
| 19 | Keystone Alliance | $5,000 | $0 | $5,000 |
| 19 | Koch Industries | $5,000 | $0 | $5,000 |
| 19 | Lockheed Martin | $5,000 | $0 | $5,000 |
| 19 | National Beer Wholesalers Assn | $5,000 | $0 | $5,000 |
| 19 | National Ready Mixed Concrete Assn | $5,000 | $0 | $5,000 |
| 19 | Perform Group | $5,000 | $5,000 | $0 |
| 19 | Union Pacific Corp | $5,000 | $0 | $5,000 |

[Center for Responsive Politics, accessed 9/4/19]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 9/4/19]*

## Top Leadership PAC Contributors

| Perry PAC Career Top Contributors | | | | | | |
|------|------------------|-------|------|------|------|-------|
| Rank | Contributor | 2018 | 2016 | 2014 | 2012 | Total |
| 1 | Koch Industries | $5,000 | | | | $5,000 |
| 2 | Penn Waste | | | | $2,500 | $2,500 |
| 3 | Sutliff Chevrolet | $2,000 | | | | $2,000 |

[Center for Responsive Politics, accessed 7/16/19]

### Perry's Top Leadership PAC Contributor Was Koch Industries

**Perry's Top Leadership PAC Contributor Was Koch Industries.** [Center for Responsive Politics, accessed 7/16/19]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 9/4/19]*



# Appendix III – Revolving Door

## Top Lines

2 Of Perry's Staffers Entered The Revolving Door

## James Braid

| James Braid Employment History | | |
|---|---|---|
| **Employer** | **Position** | **Date of Employment** |
| Office of Management and Budget | Deputy Associate Director, Legislative Affairs, Appropriations | July 2019 - |
| Rep. Ted Budd (R-NC) | Deputy Chief of Staff | Jan. 2017 – June 2018 |
| Rep. Mark Sanford (R-SC) | Deputy Chief of Staff | Sept. 2016 – Dec. 2016 |
| Rep. Mark Sanford (R-SC) | Legislative Director | Feb. 2016-Aug. 2016 |
| Rep. Mark Sanford (R-SC) | Senior Legislative Assistant | Oct. 2015-Jan. 2016 |
| Heritage Action for America | Legislative Assistant | |
| Washington Free Beacon | Staffer | |
| House Freedom Caucus - Rep. Mark Meadows (R-NC) | Policy Director | 2018-July 2019 |

[Legistorm, accessed 7/17/19]

| James Braid's Clients - 2015 | |
|---|---|
| **Year** | **Client** |
| 2015 | Heritage Action for America |

[Legistorm, accessed 7/17/19]

Perry Received $0 From Braid's Clients

## Marianne Adezio Meyers

| Marianne Adezio Meyers Employment History | | |
|---|---|---|
| **Employer** | **Position** | **Date of Employment** |
| Lung Cancer Alliance | Director of Health Policy | March 2015-Nov. 2015 |
| Rep. Scott Perry (R-PA) | Legislative Director | Jan. 2013-March 2015 |
| Rep. Todd Platts (R-PA) | Legislative Director | Jan. 2011-Jan. 2013 |
| Rep. Todd Platts (R-PA) | Legislative Director | Oct. 2003-Dec. 2004 |
| Rep. Todd Platts (R-PA) | Senior Legislative Assistant | Jan. 2003-Sept. 2003 |
| Rep. Todd Platts (R-PA) | Legislative Assistant | Jan. 2001-Dec. 2002 |
| Pennsylvania House of Representatives | Legislative Assistant | May 1997-Dec. 2000 |

[Legistorm, accessed 7/17/19]

| Marianne Adezio Myers Clients - 2006 - 2011 | |
|---|---|
| **Year** | **Client** |
| 2011 | Home Safety Council |
| 2011 | University Health Associates Inc. |



| 2011 | National Industries for the Blind |
| 2011 | Northampton Community College (Pa.) |
| 2010 | National Reverse Mortgage Lenders Association |
| 2010 | Geisinger Commonwealth School of Medicine |
| 2010 | Virginia Union University |
| 2010 | Kent State University |
| 2009 | Aware Technologies |
| 2009 | California State University, Dominguez Hills |
| 2009 | Governors State University |
| 2009 | Olympus America Inc. |
| 2009 | First Candle |
| 2008 | Drugstore.com Inc. |
| 2008 | James Agee Films Project |
| 2008 | National Court Reporters Association |
| 2007 | Mountain State Systems |
| 2006 | Bristol-Myers Squibb Co. |

[Legistorm, accessed 7/17/19]

**Perry Received $0 From Myers's Clients**



# Appendix IV – Paid Media Summary

*NOTE: Paid media advertisements saved on the DCCC research drive.*

## 2018 Election

| | Perry "Good Guy" Paid Media Summary | | | |
|---|---|---|---|---|
| **Date** | **Group** | **Name** | **Subject** | **Description** |
| 3/9/17 | American Action Network | Tell Congressman Perry to Support the American Health Care Act | Voting to repeal ACA and instate the AHCA, urge Perry to vote with Trump | Neutral |
| 9/15/18 | Scott Perry for Congress | Honor and Protect | Focus on service record and voting record on veterans issues | Positive |
| 10/9/18 | Patriots for Perry | The UK | Connecting George Scott and Nancy Pelosi, focus on the UK's single payer health care system and it's perceived failures | Negative |
| 10/16/18 | America First Action | He's A Liberal | Accused George Scott of supporting an energy tax and calling tax cuts "immoral" and connecting to Nancy Pelosi | Negative |
| 10/23/18 | Patriots for Perry | Government Takeover | Accused George Scott of being connected with Nancy Pelosi and supporting single payer healthcare, which will kill seniors | Negative |
| 10/24/18 | America First | Average Family | Accused George Scott of being a "tax hiking liberal" and supporting an energy tax | Negative |
| 10/30/18 | Club for Growth | Your Money | Accused George Scott of favoring harmful EPA regulations, and backing energy taxes and the death tax | Negative |
| 10/31/18 | Patriots for Perry | When he was Seven | Focus on Perry's local connections and dedication to the people | Positive |
| 11/3/18 | Patriots for Perry | What Do We Really Know About George Scott | Focus on connecting Scott to Nancy Pelosi and support of socialized health care, also used photo of Scott holding a gun to his colleagues head | Negative |

| | Perry "Bad Guy" Paid Media Summary | | | |
|---|---|---|---|---|
| **Date** | **Group** | **Name** | **Subject** | **Description** |
| 1/5/18 | DCCC | What Would You Buy | Taking money from special interests | Negative |



| 1/12/18 | House Majority PAC | Cadillac Healthcare | Claimed Perry took "Cadillac" congressional health care while voting against protecting pre-existing conditions | Negative |
|---|---|---|---|---|
| 4/24/18 | Committee to elect Eric Ding | Top Selling Prescription | Opposition candidate ad, focused on his investigation into harmful prescriptions (no mention of Perry) | Negative |
| 4/27/18 | George Scott for Congress | Served In The Army | Military career, threw guns into the fire | Positive |
| 9/5/18 | George Scott for Congress | Farm | Military and agriculture connections | Positive |
| 9/12/18 | George Scott for Congress | Service | Focus on service record, focus on better paying jobs and better health care | Positive |
| 9/21/18 | George Scott for Congress and the DCCC | Premature | Scott focus on health care, pointed to Perry voting against protecting pre-existing conditions, and AARP being against republican health care proposals | Negative |
| 10/11/18 | George Scott for Congress | Really Know | Focus on Perry's health care votes and comments about not supporting maternity care | Negative |
| 10/19/18 | With Honor Fund | Fight For Our Country | Focus on Scott's history as a pastor | Positive |
| 10/23/18 | George Scott for Congress | Dam | Focus on Perry's vote against protecting pre-existing conditions | Negative |
| 10/30/18 | George Scott for Congress | The Very Next Day | Focus on Perry's support of cuts to Medicare and social security | Negative |
| 10/31/18 | George Scott for Congress | Steve Nickol | Former republican state rep. Steve Nickol and state auditor Eugene DePasquale endorse Scott | Positive |

*NOTE: Paid media from past elections not saved in the DCCC Media Library, or easily accessible online, need further research.*



# Appendix V – Bill Sponsorships & Amendments

## Toplines

| Perry Sponsorship Toplines | | |
|---|---|---|
| Congress | # of Sponsorships | # Became Law |
| 116th Congress (2019 - 2020) | 12 | 0 |
| 115th Congress (2017 - 2018) | 20 | 1 |
| 114th Congress (2015 - 2016) | 18 | 0 |
| 113th Congress (2013 - 2014) | 8 | 0 |
| **TOTAL** | **58** | **1** |

[Congress.gov, accessed 8/5/19]

*NOTE: Table updated as of 8/5/2019.*

| Perry Career Sponsorships By Subject | | |
|---|---|---|
| Subject | # Of Bills Sponsored | # Became Law |
| Crime and Law Enforcement | 11 | 0 |
| Emergency Management | 7 | 1 |
| Immigration | 6 | 0 |
| Economics and Public Finance | 5 | 0 |
| Environmental Protection | 4 | 0 |
| International Affairs | 4 | 0 |
| Transportation and Public Works | 4 | 0 |
| Armed Forces and National Security | 3 | 0 |
| Education | 3 | 0 |
| Government Operations and Politics | 3 | 0 |
| Law | 2 | 0 |
| Agriculture and Food | 1 | 0 |
| Congress | 1 | 0 |
| Health | 1 | 0 |
| Housing and Community Development | 1 | 0 |
| Public Lands and Natural Resources | 1 | 0 |
| Sports and Recreation | 1 | 0 |

[Congress.gov, accessed 8/5/19]

*NOTE: Table updated as of 8/5/2019.*

## 116th Congress

*NOTE: Updated as of 8/5/19*

### Perry Sponsored 12 Bills, 0 Of Which Became Law

**In The 116th Congress Rep. Perry Sponsored 119 Bills, 2 Of Which Became Law.** [Congress.gov, accessed 8/5/19]

**Perry Introduced 3 Amendments, 0 Of Which Passed The House/Became Law.** [Congress.gov, accessed 8/5/19]

| Perry 116th Congress Sponsorships |
|---|



| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
|---|---|---|---|---|
| 07/23/2019 | 3921 | Protecting Academic Integrity Act of 2019 | Referred to the House Committee on Education and Labor. | 07/23/2019 |
| 07/16/2019 | 3787 | DHS Countering Unmanned Aircraft Systems Coordinator Act | Referred to the House Committee on Homeland Security | 07/16/2019 |
| 07/16/2019 | 3786 | Student Loan Reform Act | Referred to the House Committee on Education and Labor | 07/16/2019 |
| 07/11/2019 | 3705 | SWEET Act | Referred to the House Committee on Agriculture | 07/11/2019 |
| 06/27/2019 | 3583 | Federal Prohibition of Female Genital Mutilation Act of 2019 | Referred to the Subcommittee on Crime, Terrorism, and Homeland Security | 07/30/2019 |
| 03/07/2019 | 1584 | Energy Sovereignty Act | Referred to the House Committee on Energy and Commerce | 03/07/2019 |
| 02/04/2019 | 960 | Empower our Girls Act | Referred to the Subcommittee on Crime, Terrorism, and Homeland Security | 03/22/2019 |
| 02/04/2019 | 959 | Protect our Girls Act of 2019 | Referred to the Subcommittee on Crime, Terrorism, and Homeland Security | 03/22/2019 |
| 06/26/2019 | H.J.Res.71 | Proposing an amendment to the Constitution of the United States to require legislative approval for certain regulations. | Referred to the Subcommittee on Antitrust, Commercial, and Administrative Law | 07/30/2019 |
| 06/26/2019 | H.J.Res.70 | Proposing an amendment to the Constitution of the United States prohibiting the delegation of the legislative powers granted to Congress. | Referred to the Subcommittee on the Constitution, Civil Rights, and Civil Liberties | 07/30/2019 |
| 03/12/2019 | H.J.Res.50 | Proposing a balanced budget amendment to the Constitution requiring that each agency and department's funding is justified. | Referred to the Subcommittee on the Constitution, Civil Rights, and Civil Liberties. | 04/08/2019 |
| 03/27/2019 | H.Res.261 | Strongly condemning the February 2019 terrorist attack in India, offering condolences to the family and friends of the victims, and reaffirming solidarity with the people of India. | Referred to the Subcommittee on Asia, the Pacific and Nonproliferation | 04/02/2019 |

[Congress.gov, accessed 8/5/19]

*NOTE: Updated as of 8/5/19.*

## Sponsored Bills By Subject

| 116th Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Sponsored** | **# Became Law** |
| Crime and Law Enforcement | 3 | 0 |



| Education | 2 | 0 |
|---|---|---|
| Agriculture and Food | 1 | 0 |
| Congress | 1 | 0 |
| Economics and Public Finance | 1 | 0 |
| Emergency Management | 1 | 0 |
| Environmental Protection | 1 | 0 |
| Government Operations and Politics | 1 | 0 |
| International Affairs | 1 | 0 |

[Congress.gov, accessed 8/5/19]

## Perry Bills Sponsored With Floor Consideration Or More

### Perry Sponsored 0 Pieces Of Legislation That Became Law

**Perry Sponsored 0 Pieces Of Legislation That Became Law In The 116th Congress.** [Congress.gov, accessed 8/5/19]

### Perry Sponsored 0 Pieces Of Legislation That Passed The House

**Perry Sponsored 0 Pieces Of Legislation That Passed The House In The 116th Congress.** [Congress.gov, accessed 8/5/19]

## Amendments

**Perry Sponsored 3 Amendments, None Of Which Passed The House In The 116th Congress.** [Congress.gov, accessed 8/5/19]

# 115th Congress

## Perry Sponsored 20 Bills, 1 Of Which Became Law

**Perry Sponsored 20 Pieces Of Legislation, 1 Of Which Became Law In The 115th Congress.** [Congress.gov, accessed 8/5/19]

| Perry 115th Congress Sponsorships | | | | |
|---|---|---|---|---|
| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
| 12/20/2 018 | 7381 | Protect our Girls Act of 2018 | Referred to the House Committee on the Judiciary | 12/20/2018 |
| 07/19/2 018 | 6438 | DHS Countering Unmanned Aircraft Systems Coordinator Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |
| 07/13/2 018 | 6374 | Fitness Information Transparency Act of 2018 | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |



| | | | | |
|---|---|---|---|---|
| 04/12/2018 | 5496 | TPS Process Reform Act | Referred to the Subcommittee on Immigration and Border Security. | 05/21/2018 |
| 03/08/2018 | 5229 | Tuition Fairness for Citizens Act | Referred to the Subcommittee on Immigration and Border Security | 4/30/2018 |
| 02/08/2018 | 4994 | Energy Sovereignty Act | Referred to the Subcommittee on Environment | 02/09/2018 |
| 11/08/2017 | 4310 | Allow State Sovereignty Upon Refugee Entry (ASSURE) Act | Referred to the Subcommittee on Immigration and Border Security | 12/13/2017 |
| 10/11/2017 | 4021 | Leveraging Performance-Based Transportation Services Act of 2017 | Referred to the Subcommittee on Highways and Transit | 10/12/2017 |
| 05/16/2017 | 2468 | Unifying DHS Intelligence Enterprise Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/13/2017 |
| 05/01/2017 | 2273 | Charlotte's Web Medical Access Act of 2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 06/02/2017 |
| 04/25/2017 | 2120 | Buses United for Safety, Regulatory Reform, and Enhanced Growth for the 21st Century Act | Referred to the Subcommittee on Highways and Transit | 04/26/2017 |
| 04/14/2017 | 2098 | Second Amendment Defense Act of 2017 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 05/01/2017 |
| 04/14/2017 | 2097 | ATF Wrongful Reclassification Act | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 05/01/2017 |
| 03/02/2017 | 1351 | Strengthening Oversight of TSA Employee Misconduct Act | Placed on the Union Calendar, Calendar No. 161 | 07/17/2017 |

[Congress.gov, accessed 8/5/19]

## Perry Sponsored 20 Pieces Of Legislation, 1 Of Which Became Law

**Perry Sponsored 20 Bills In The 115th Congress, 1 Of Which Became Law.** [Congress.gov, accessed 8/5/19]

**Perry Sponsored 20 Bills In The 115th Congress, 3 Of Which Passed The House.** [Congress.gov, accessed 8/5/19]

## Sponsored Bills By Subject

| 115th Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Sponsored** | **# Became Law** |
| Crime and Law Enforcement | 4 | 0 |
| Emergency Management | 3 | 1 |
| Transportation and Public Works | 3 | 0 |
| Economics and Public Finance | 2 | 0 |
| Environmental Protection | 2 | 0 |
| Government Operations and Politics | 2 | 0 |
| Immigration | 2 | 0 |


| Education | | 1 | 0 |
|---|---|---|---|

[Congress.gov, accessed 8/5/19]

## Perry Bills Sponsored With Floor Consideration Or More

### Perry Sponsored 1 Piece Of Legislation That Became Law

**Perry Sponsored 20 Bills In The 115th Congress, 1 Of Which Became Law.** [Congress.gov, accessed 8/5/19]

| Perry 115th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 01/06/2017 | 366 | DHS SAVE Act | Became Public Law No: 115-38 | 06/06/2017 |

[Congress.gov, accessed 8/5/19]

**The DHS SAVE Act Focused On Directing The Under Secretary Of Management For The Department Of Homeland Security To Take Over Overseeing And Managing Vehicle Fleets Throughout The Department.** "H.R. 366 would direct the Under Secretary of Management for the Department of Homeland Security (DHS) to oversee and manage vehicle fleets throughout the department. Currently, agencies within DHS (such as Customs and Border Protection) largely manage their own fleets. The act would require the Under Secretary to monitor compliance with federal laws and regulations related to the use of government vehicles, develop a methodology to determine optimal fleet size, and approve vehicle leases and acquisitions. H.R. 366 also would require DHS agencies to report data on vehicle use quarterly and submit fleet management plans, including cost-benefit analyses, annually to the Under Secretary." [Congressional Budget Office, 4/5/17]

### Perry Sponsored 3 Pieces Of Legislation That Passed The House

**Perry Sponsored 20 Bills In The 115th Congress, 3 Of Which Passed The House.** [Congress.gov, accessed 8/5/19]

| Perry 115th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 07/19/2018 | 6438 | DHS Countering Unmanned Aircraft Systems Coordinator Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |
| 07/13/2018 | 6374 | Fitness Information Transparency Act of 2018 | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/05/2018 |
| 05/16/2017 | 2468 | Unifying DHS Intelligence Enterprise Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 09/13/2017 |

[Congress.gov, accessed 8/5/19]

# 114th Congress

## Perry Sponsored 28 Bills, 0 Of Which Became Law

**Perry Sponsored 18 Pieces Of Legislation, 0 Of Which Became Law In The 114th Congress.** [Congress.gov, accessed 8/5/19]

| Perry 114th Congress Sponsorships |
|---|



| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
|---|---|---|---|---|
| 09/21/2016 | 6110 | Allow State Sovereignty Upon Refugee Entry (ASSURE) Act | Referred to the Subcommittee on Immigration and Border Security | 10/11/2016 |
| 03/17/2016 | 4785 | DHS SAVE Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 07/12/2016 |
| 02/11/2016 | 4544 | Energy Sovereignty Act | Referred to the Subcommittee on Energy and Power | 02/12/2016 |
| 01/05/2016 | 4319 | Second Amendment Defense Act of 2016 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 02/03/2016 |
| 12/11/2015 | 4244 | Refugee Resettlement Fund Act of 2015 | Referred to the Subcommittee on Immigration and Border Security | 01/15/2016 |
| 10/29/2015 | 3859 | HSA Technical Corrections Act | Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs | 12/09/2015 |
| 07/29/2015 | 3391 | To provide Governors of States with the authority to withhold Federal financial assistance from units of local government that do not comply with the immigration laws, and for other purposes. | Referred to the Subcommittee on Immigration and Border Security | 09/08/2015 |
| 07/21/2015 | 3146 | Military Base Self-Defense Act | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 09/08/2015 |
| 07/21/2015 | 3145 | Protect Local Independence in Housing Act of 2015 | Referred to the Subcommittee on the Constitution and Civil Justice | 09/08/2015 |
| 05/19/2015 | 2454 | To provide for the public disclosure of information regarding surveillance activities under the Foreign Intelligence Surveillance Act of 1978. | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 06/16/2015 |
| 05/01/2015 | 2199 | DHS Acquisition Accountability and Efficiency Act | Referred to the House Committee on Homeland Security | 05/01/2015 |
| 04/28/2015 | 2077 | To amend title 49, United States Code, to prohibit the Secretary of Transportation from increasing minimum financial responsibility requirements established by Congress for motor carriers of passengers, and for other purposes. | Referred to the Subcommittee on Highways and Transit | 04/29/2015 |
| 04/23/2015 | 2019 | ATF Wrongful Reclassification Act | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 05/15/2015 |
| 03/25/2015 | 1635 | Charlotte's Web Medical Access Act of 2015 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations | 04/29/2015 |
| 03/02/2016 | H.J.Res.84 | Authorization for Use of Military Force Against Islamist Extremism | Referred to the House Committee on Foreign Affairs | 03/02/2016 |
| 02/03/2015 | H.J.Res.28 | Proposing a balanced budget amendment to the Constitution requiring that each agency and department's funding is justified. | Referred to the Subcommittee on the Constitution and Civil Justice | 02/19/2015 |
| 09/16/2015 | H.Res.422 | Honoring the Red Land Little League Team of Lewisberry, Pennsylvania for the performance of the team in the 2015 Little League World Series. | Referred to the House Committee on Oversight and Government Reform | 09/16/2015 |
| 07/29/2015 | H.Res.401 | Supporting the goals and ideals of "Vietnam Veterans' Day". | Referred to the House Committee on Veterans' Affairs | 07/29/2015 |



| | | | | |
|---|---|---|---|---|
| 07/13/2016 | H.Amdt.1347 | Description: At the end of the bill (before the short title), insert the following: SEC. __. None of the funds made available by this Act shall be used to give formal notification under, or prepare, propose, implement, administer, or enforce any rule or recommendation pursuant to, section 115 of the Clean Air Act (42 U.S.C. 7415). | On agreeing to the Perry amendment (A067) Agreed to by voice vote | 07/13/16 |
| 07/13/2016` | H.Amdt.1346 | At the end of the bill (before the short title), insert the following: SEC. __. Appropriations made in this Act for the Environmental Protection Agency are hereby reduced by 17 percent. | On agreeing to the Perry amendment (A066) Failed by recorded vote: 188 - 239 | 07/13/16 |
| 07/13/2016 | H.Amdt.1345 | At the end of the bill, before the short title, insert the following: SEC. __. None of the funds made available by this Act may be used to develop, administer, purchase, acquire, or operate an unmanned aircraft system owned by the Department of Interior or the Environmental Protection Agency to perform surveying, mapping, or collecting remote sensing data. | On agreeing to the Perry amendment (A065) Failed by recorded vote: 161 - 262 | 07/13/16 |
| 05/24/2016 | H.Amdt.1094 | Amends Bill: H.R.5055 | By unanimous consent, the Perry amendment was withdrawn. (consideration: CR H3073) | 05/24/16 |
| 05/19/2016 | H.Amdt.1076 | Amendment sought to prohibit the use of funds to enforce the Executive Order which encourages Federal agencies to require project labor agreements (PLA's) on Federal construction projects exceeding $25 million in costs. | On agreeing to the Perry amendment (A027) Failed by recorded vote: 209 - 216 | 5/19/16 |
| 11/04/2015` | H.Amdt.806 | Amendment sought to increase by 5% each fiscal year for four years, the percent amount that the Export/Import Bank should make available for small businesses. Non-compliance with such policy should bar Ex/Im from issuing any loans over $100 million. | On agreeing to the Perry amendment (A073) Failed by recorded vote: 121 - 303 | 11/04/15 |
| 07/08/2015 | H.Amdt.637 | Amendment to prohibit use of funds in the bill on an unmanned aircraft system or to operate any such system owned by the Department of Interior for the performance of surveying, mapping, or collecting remote sensing data. | On agreeing to the Perry amendment (A107) Agreed to by voice vote. | 07/08/15 |
| 06/03/2015 | H.Amdt.336 | At the end of the bill (before the short title), add the following: SEC.___. None of the funds made available in this Act may be used to implement the United States Global Climate Research Program's National Climate Assessment, the Intergovernmental Panel on Climate Change's Fifth Assessment Report, the United Nation's Agenda 21 sustainable development plan, or the May 2013 Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis under Executive Order 12866. | On agreeing to the Perry amendment (A068) Agreed to by voice vote. | 06/03/15 |



| 06/03/2015 | H.Amdt.335 | At the end of the bill (before the short title), insert the following: SEC.___. None of the funds made available by this Act may be used to take any action to prevent a State from implementing any law that makes it lawful to possess, distribute, or use cannabidiol or cannabidiol oil. | On agreeing to the Perry amendment (A067) Agreed to by recorded vote: 297 - 130 (Roll no. 286). | 06/03/15 |
| 04/29/2015 | H.Amdt.168 | Amends Bill: H.R.2028 | By unanimous consent, the Perry amendment was withdrawn. | 04/29/15 |

[Congress.gov, accessed 8/5/19]

## Perry Sponsored 28 Pieces Of Legislation, 0 Of Which Became Law

**Perry Sponsored 28 Bills In The 114th Congress, 0 Of Which Became Law.** [Congress.gov, accessed 8/5/19]

## Sponsored Bills By Subject

| 114th Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Sponsored** | **# Became Law** |
| Crime and Law Enforcement | 3 | 0 |
| Emergency Management | 3 | 0 |
| Immigration | 3 | 0 |
| Armed Forces and National Security | 2 | 0 |
| Economics and Public Finance | 1 | 0 |
| Environmental Protection | 1 | 0 |
| Housing and Community Development | 1 | 0 |
| International Affairs | 1 | 0 |
| Law | 1 | 0 |
| Sports and Recreation | 1 | 0 |
| Transportation and Public Works | 1 | 0 |

[Congress.gov, accessed 8/5/19]

## Perry Bills Sponsored With Floor Consideration Or More

## Perry Sponsored 0 Pieces Of Legislation That Became Law

**Perry Sponsored 0 Pieces Of Legislation That Became Law In The 114th Congress.** [Congress.gov, accessed 8/5/19]

## Perry Sponsored 2 Pieces Of Legislation That Passed The House

**Perry Sponsored 2 Pieces Of Legislation That Passed The House In The 114th Congress.** [Congress.gov, accessed 8/5/19]

| Perry 114th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 03/17/2016 | 4785 | DHS SAVE Act | Senate - Received in the Senate and Read twice and referred to the Committee | 07/12/2016 |



| | | | on Homeland Security and Governmental Affairs | |
|---|---|---|---|---|
| 10/29/2015 | 3859 | HSA Technical Corrections Act | Senate - Received in the Senate and Read twice and referred to the Committee on Homeland Security and Governmental Affairs. | 12/09/2015 |

[Congress.gov, accessed 8/5/19]

## Amendments

**Perry Introduced 10 Amendments, 4 Of Which Were Agreed To.** [Congress.gov, accessed 8/5/19]

# 113th Congress

## Perry Sponsored 12 Bills, 0 Of Which Became Law

**Perry Sponsored 12 Pieces Of Legislation, 0 Of Which Became Law In The 113th Congress.** [Congress.gov, accessed 8/5/19]

| Perry 113th Congress Sponsorships | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 07/28/2014 | 5226 | Charlotte's Web Medical Hemp Act of 2014 | Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | 09/26/2014 |
| 12/12/2013 | 3756 | To provide for the public disclosure of information regarding surveillance activities under the Foreign Intelligence Surveillance Act of 1978. | House - Referred to the Subcommittee on Crime, Terrorism, Homeland Security, and Investigations. | 01/27/2014 |
| 12/12/2013 | 3755 | Union Tax Fairness Act of 2013 | House - Referred to the Subcommittee on Health. | 12/13/2013 |
| 11/21/2013 | 3611 | DHS Immigration Accountability and Transparency Act of 2013 | House - Referred to the Subcommittee on Immigration and Border Security. | 01/09/2014 |
| 05/13/2013 | 1957 | Volunteer Veterans for Cemetery Service Act | House - Referred to the Subcommittee on Military Personnel. | 06/20/2013 |
| 04/11/2013 | 1513 | To revise the boundaries of the Gettysburg National Military Park to include the Gettysburg Train Station and certain land along Plum Run in Cumberland Township, to limit the means by which property within such revised boundaries may be acquired, and for other purposes. | Senate - Received in the Senate. | 01/14/2014 |
| 02/28/2013 | 925 | To amend the Diplomatic Security Act to revise the provisions relating to personnel recommendations of the Accountability Review Board under such Act. | House - Referred to the House Committee on Foreign Affairs. | 02/28/2013 |
| 03/14/2013 | H.J.Res.36 | Proposing a balanced budget amendment to the Constitution requiring that each agency and department's funding is justified. | House - Referred to the Subcommittee on the Constitution And Civil Justice. | 04/08/2013 |
| 07/09/2014 | H.Amdt.994 | Amends Bill: H.R.4923 | By unanimous consent, the Perry amendment was withdrawn. (consideration: CR H6012) | 07/09/14 |



| | | | | |
|---|---|---|---|---|
| 05/29/2014 | H.Amdt.766 | Description: Amendment prohibits the use of funds to implement the U.S. Global Climate Research Program National Climate Assessment, the Intergovernmental Panel on Climate Change's Fifth Assessment Report, the United Nation's Agenda 21 sustainable development plan, or the May 2013 Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866. | On agreeing to the Perry amendment (A077) Agreed to by voice vote. | 05/29/14 |
| 05/29/2014 | H.Amdt.758 | Description: Page 100, after line 17, insert the following new section: SEC. 541. None of the funds made available by this Act may be used for the National Aeronautics and Space Administration's Advanced Food Technology Project. | On agreeing to the Perry amendment (A069) Agreed to by voice vote. | 05/29/14 |
| 07/09/2013 | H.Amdt.252 | Description: Amendment sought to increase funding for Renewable Energy, Energy Reliability and Efficiency (for water power energy) by $31 million and to decrease funding for Departmental Administration by a similar amount. | On agreeing to the Perry amendment (A008) Failed by recorded vote: 140 - 275 | 07/09/13 |

[Congress.gov, accessed 8/5/19]

## Sponsored Bills By Subject

| 113th Sponsorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Sponsored** | **# Became Law** |
| Armed Forces and National Security | 1 | 0 |
| Crime and Law Enforcement | 1 | 0 |
| Economics and Public Finance | 1 | 0 |
| Health | 1 | 0 |
| Immigration | 1 | 0 |
| International Affairs | 1 | 0 |
| Law | 1 | 0 |
| Public Lands and Natural Resources | 1 | 0 |

[Congress.gov, accessed 8/6/19]

## Perry Bills Sponsored With Floor Consideration Or More

### Perry Sponsored 1 Piece Of Legislation That Passed The House

**Perry Sponsored 1 Piece Of Legislation That Passed The House In The 113th Congress.** [Congress.gov, accessed 8/6/19]

| Perry 113th Congress Sponsorships With Floor Consideration Or More | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 04/11/2013 | 1513 | To revise the boundaries of the Gettysburg National Military Park to include the Gettysburg Train Station and certain land along Plum Run in | Senate - Received in the Senate. | 01/14/2014 |

| | | | | |
|---|---|---|---|---|
| | | Cumberland Township, to limit the means by which property within such revised boundaries may be acquired, and for other purposes. | | |

[Congress.gov, accessed 8/6/19]



# Appendix VI – Bill Co-Sponsorships

**Career**

**Perry Co-Sponsored 712 Pieces Of Legislation; 35 Or 4.9 Percent Became Law**

**As Of August 2019, Perry Co-sponsored 712 Pieces Of Legislation; 35 Or 4.9 Percent Of Which Became Law.** [Congress.gov, accessed 8/6/19]

**Toplines**

| Perry Co-Sponsorship Toplines | | | |
|---|---|---|---|
| | # of Co-sponsorships | # Became Law | Percentage Became Law |
| 116th Congress (2019 - 2020) | 107 | 2 | 1.9% |
| 115th Congress (2017 - 2018) | 199 | 12 | 6% |
| 114th Congress (2015 - 2016) | 190 | 8 | 4.2% |
| 113th Congress (2013 - 2014) | 216 | 13 | 6% |
| **TOTAL** | **712** | **35** | **4.9%** |

[Congress.gov, accessed 8/6/19]

**Subject**

| Perry Career Co-Sponsorships By Subject | | | |
|---|---|---|---|
| Subject | # Of Bills Co-Sponsored | # Became Law | Percentage Became Law |
| International Affairs | 142 | 3 | 2% |
| Taxation | 70 | 1 | 1.4% |
| Armed Forces and National Security | 69 | 13 | 18.8% |
| Health | 68 | 1 | 1.5% |
| Government Operations and Politics | 52 | 4 | 7.7% |
| Immigration | 46 | 0 | 0% |
| Crime and Law Enforcement | 39 | 0 | 0% |
| Economics and Public Finance | 27 | 0 | 0% |
| Finance and Financial Sector | 22 | 3 | 13.6% |
| Congress | 20 | 0 | 0% |
| Environmental Protection | 20 | 1 | 5% |
| Education | 18 | 0 | 0% |
| Labor and Employment | 15 | 0 | 0% |
| Transportation and Public Works | 15 | 1 | 6.7% |
| Agriculture and Food | 13 | 0 | 0% |
| Energy | 13 | 0 | 0% |
| Civil Rights and Liberties, Minority Issues | 10 | 0 | 0% |
| Foreign Trade and International Finance | 8 | 0 | 0% |


| | | | |
|---|---|---|---|
| Public Lands and Natural Resources | 8 | 1 | 12.5% |
| Animals | 5 | 0 | 0% |
| Emergency Management | 5 | 3 | 60% |
| Social Welfare | 5 | 0 | 0% |
| Science, Technology, Communications | 4 | 0 | 0% |
| Commerce | 3 | 0 | 0% |
| Housing and Community Development | 3 | 0 | 0% |
| Sports and Recreation | 3 | 1 | 33.3% |
| Law | 2 | 1 | 50% |
| Arts, Culture, Religion | 1 | 1 | 100% |
| Social Sciences and History | 1 | 0 | 0% |
| Water Resources Development | 1 | 1 | 100% |

[Congress.gov, accessed 8/6/19]

*NOTE: Table updated as of August 6, 2019*

## Perry Co-Sponsored 66 Bills With Fewer Than 10 Other Members

| Perry Co-Sponsorships With Fewer Than 10 Other Members | | | | |
|---|---|---|---|---|
| **Date Intro.** | **Bill #** | **Title** | **Sponsor** | **# of Cosponsors** |
| 07/25/2019 | H.R.4005 | To require the Commissioner of Internal Revenue to submit a report on the Taxpayer Identification Number Perfection Program. | Rep. Carter, Earl L. "Buddy" [R-GA-1] | 9 |
| 06/11/2019 | H.R.3206 | Protecting Europe's Energy Security Act of 2019 | Rep. Kinzinger, Adam [R-IL-16] | 9 |
| 04/10/2019 | H.R.2278 | RAISE Act | Rep. Rooney, Francis [R-FL-19] | 9 |
| 04/09/2019 | H.R.2144 | Token Taxonomy Act of 2019 | Rep. Davidson, Warren [R-OH-8] | 7 |
| 03/18/2019 | H.R.1811 | Countering the Chinese Government and Communist Party's Political Influence Operations Act | Rep. Smith, Christopher H. [R-NJ-4] | 7 |
| 03/13/2019 | H.R.1738 | Protecting Children Through Eliminating Visa Loopholes Act | Rep. Sensenbrenner, F. James, Jr. [R-WI-5] | 3 |
| 01/29/2019 | H.R.848 | To restrict certain Federal assistance benefits to individuals verified to be citizens of the United States. | Rep. Grothman, Glenn [R-WI-6] | 9 |
| 01/04/2019 | H.R.262 | Susquehanna National Heritage Area Act | Rep. Smucker, Lloyd [R-PA-11] | 8 |
| 03/25/2019 | H.Res.253 | Recognizing that it is the sense of the United States House of Representatives that Socialism poses a significant threat to the freedom, liberty, and economic prosperity. | Rep. Brooks, Mo [R-AL-5] | 8 |



| 01/08/2019 | H.Res.27 | Expressing the sense of the House that more should be done to instill Holocaust education in school curricula around the country. | Rep. Boyle, Brendan F. [D-PA-2] | 6 |
| 07/18/2018 | H.R.6430 | Securing the Homeland Security Supply Chain Act of 2018 | Rep. King, Peter T. [R-NY-2] | 7 |
| 06/05/2018 | H.R.6010 | To require an unclassified interagency report on the political influence operations of the Chinese Government and Communist Party with respect to the United States, and for other purposes. | Rep. Smith, Christopher H. [R-NJ-4] | 9 |
| 06/01/2018 | H.R.5990 | Protecting Our Kids Act | Rep. Barletta, Lou [R-PA-11] | 5 |
| 04/25/2018 | H.R.5617 | No Enforcement, No Grant for Sanctuary Cities Act of 2018 | Rep. Donovan, Daniel M., Jr. [R-NY-11] | 5 |
| 04/09/2018 | H.R.5442 | A Fast-Tracked Executive Rescission Review (AFTERR) of Appropriations Act of 2018 | Rep. Norman, Ralph [R-SC-5] | 3 |
| 02/14/2018 | H.R.5016 | Revitalize Rural America Act of 2018 | Rep. Abraham, Ralph Lee [R-LA-5] | 6 |
| 02/07/2018 | H.R.4963 | Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 | Rep. Cartwright, Matt [D-PA-17] | 9 |
| 01/30/2018 | H.R.4896 | LEOSA Training Extension Act | Rep. Bacon, Don [R-NE-2] | 3 |
| 12/11/2017 | H.R.4614 | Nuclear Powers America Act of 2017 | Rep. Meehan, Patrick [R-PA-7] | 9 |
| 11/09/2017 | H.R.4370 | Small Scale LNG Access Act of 2017 | Rep. Yoho, Ted S. [R-FL-3] | 7 |
| 11/07/2017 | H.R.4282 | Protecting UACs Through Enhanced Sponsor Vetting Act of 2017 | Rep. King, Peter T. [R-NY-2] | 4 |
| 11/02/2017 | H.R.4230 | CLEAR Act | Rep. Meadows, Mark [R-NC-11] | 7 |
| 10/12/2017 | H.R.4038 | DHS Accountability Enhancement Act | Rep. McCaul, Michael T. [R-TX-10] | 2 |
| 05/23/2017 | H.R.2604 | TPS Reform Act of 2017 | Rep. Brooks, Mo [R-AL-5] | 5 |
| 05/22/2017 | H.R.2588 | Preventing Unconstitutional Collection Act | Rep. Gabbard, Tulsi [D-HI-2] | 2 |
| 04/06/2017 | H.R.2058 | Charity Transparency Act of 2017 | Rep. Poe, Ted [R-TX-2] | 3 |
| 04/04/2017 | H.R.1879 | PARTS Act | Rep. Issa, Darrell E. [R-CA-49] | 5 |
| 01/05/2017 | H.R.347 | DHS Acquisition Documentation Integrity Act of 2017 | Rep. Watson Coleman, Bonnie [D-NJ-12] | 3 |



| | | | | |
|---|---|---|---|---|
| 09/07/2018 | H.Res.1055 | To affirm strong United States-Liberia ties and support for democratic principles, and call for full implementation of the Truth and Reconciliation Commission recommendations, including the establishment of an Extraordinary Criminal Tribunal for Liberia. | Rep. Donovan, Daniel M., Jr. [R-NY-11] | 8 |
| 06/13/2018 | H.Res.938 | Of inquiry directing the Attorney General to provide certain documents in the Attorney General's possession to the House of Representatives relating to the ongoing congressional investigation related to certain prosecutorial and investigatory decisions made by the Department of Justice and Federal Bureau of Investigation surrounding the 2016 election. | Rep. Meadows, Mark [R-NC-11] | 3 |
| 06/13/2018 | H.Res.937 | Expressing the sense of the Congress, that within 7 days of enactment, that the Department of Justice shall provide certain documents in its possession to the House of Representatives relating to the ongoing congressional investigation of certain prosecutorial and investigatory decisions made by the Department of Justice and Federal Bureau of Investigation surrounding the 2016 election. | Rep. Meadows, Mark [R-NC-11] | 7 |
| 01/03/2017 | H.Res.21 | Expressing the sense of the House of Representatives regarding the firefight that occurred on March 4, 2007, between members of the United States Marine Corps and enemy forces in Bati Kot District, Nangarhar Province, Afghanistan. | Rep. Jones, Walter B., Jr. [R-NC-3] | 5 |
| 09/28/2016 | H.R.6281 | BANK Act of 2016 | Rep. Salmon, Matt [R-AZ-5] | 9 |
| 03/23/2016 | H.R.4884 | CURB Lifeline Act of 2016 | Rep. Scott, Austin [R-GA-8] | 8 |
| 02/09/2016 | H.R.4511 | Gold Star Families Voices Act | Rep. Smith, Christopher H. [R-NJ-4] | 7 |
| 11/19/2015 | H.R.4122 | To amend the Immigration and Nationality Act to provide that aliens who were present in certain countries may not be admitted under the visa waiver program, and for other purposes. | Rep. Sinema, Kyrsten [D-AZ-9] | 6 |
| 11/05/2015 | H.R.3984 | Fairness for Crime Victims Act of 2015 | Rep. Pitts, Joseph R. [R-PA-16] | 3 |
| 05/01/2015 | H.R.2201 | Warren Weinstein Hostage Rescue Act | Rep. Delaney, John K. [D-MD-6] | 3 |
| 04/30/2015 | H.R.2185 | Debt Limit Control and Accountability Act of 2015 | Rep. Sanford, Mark [R-SC-1] | 7 |
| 03/26/2015 | H.R.1689 | To prohibit the provision of certain foreign assistance to countries receiving certain detainees transferred from United States Naval Station, Guantanamo Bay, Cuba. | Rep. DeSantis, Ron [R-FL-6] | 6 |
| 03/25/2015 | H.R.1615 | DHS FOIA Efficiency Act of 2015 | Rep. Carter, Earl L. "Buddy" [R-GA-1] | 9 |
| 03/19/2015 | H.R.1465 | Medical Evaluation Parity for Servicemembers Act of 2015 | Rep. Thompson, | 8 |



| | | | Glenn [R-PA-5] | |
|---|---|---|---|---|
| 03/16/2015 | H.R.1371 | Safer Trucks and Buses Act of 2015 | Rep. Barletta, Lou [R-PA-11] | 7 |
| 03/16/2015 | H.R.1368 | No Healthcare Subsidies for Foreign Diplomats Act of 2015 | Rep. Royce, Edward R. [R-CA-39] | 9 |
| 02/24/2015 | H.R.1034 | To provide for an accounting of total United States contributions to the United Nations. | Rep. Brooks, Mo [R-AL-5] | 9 |
| 01/08/2015 | H.R.206 | Immigration Accountability Act | Rep. Collins, Doug [R-GA-9] | 9 |
| 09/09/2016 | H.Res.855 | Expressing the sense of the House of Representatives to remember and honor the members of the United States Armed Forces, veterans, and military families who served in the aftermath of September 11, 2001. | Rep. Gabbard, Tulsi [D-HI-2] | 6 |
| 04/30/2015 | H.Res.236 | Expressing condolences to the family of Dr. Warren Weinstein, and commemorating the life and work of Dr. Warren Weinstein. | Rep. Delaney, John K. [D-MD-6] | 2 |
| 04/28/2015 | H.Res.226 | Calling on the President to work toward equitable, constructive, stable, and durable Armenian-Turkish relations for the next 100 years based upon the two countries' common interests and the United States' significant security interests in the region. | Rep. Sessions, Pete [R-TX-32] | 2 |
| 09/18/2014 | H.R.5649 | United Nations Human Rights Council Accountability Act | Rep. Ros-Lehtinen, Ileana [R-FL-27] | 3 |
| 09/18/2014 | H.R.5647 | UNRWA Anti-Terrorism Act | Rep. Ros-Lehtinen, Ileana [R-FL-27] | 3 |
| 09/18/2014 | H.R.5594 | To suspend from the visa waiver program any country that has identified passport holders fighting with an Islamist extremist organization, and for other purposes. | Rep. Gabbard, Tulsi [D-HI-2] | 1 |
| 09/10/2014 | H.R.5433 | Stop Funding Terrorism Act | Rep. Stockman, Steve [R-TX-36] | 1 |
| 03/05/2014 | H.R.4155 | Fight Russian Energy Exploitation (FREE) Act | Rep. Poe, Ted [R-TX-2] | 5 |
| 03/05/2014 | H.R.4154 | Russia Visa Sanctions Act | Rep. Poe, Ted [R-TX-2] | 2 |
| 02/06/2014 | H.R.4007 | Protecting and Securing Chemical Facilities from Terrorist Attacks Act of 2014 | Rep. Meehan, Patrick [R-PA-7] | 9 |
| 01/15/2014 | H.R.3887 | Congressional Pay for Performance Act of 2014 | Rep. Rothfus, Keith J. [R-PA-12] | 4 |
| 11/14/2013 | H.R.3498 | To allow individuals to choose to opt out of the Medicare part A benefit and to allow individuals opting out of such benefit to be eligible for health savings accounts. | Rep. Johnson, Sam [R-TX-3] | 1 |
| 08/01/2013 | H.R.2903 | NCAA Act | Rep. Dent, Charles W. [R-PA-15] | 9 |



| 06/27/2013 | H.R.2533 | Stop Playing on Citizen's Cash Act | Rep. Roskam, Peter J. [R-IL-6] | 4 |
| 06/27/2013 | H.R.2532 | IRS Act of 2013 | Rep. Roskam, Peter J. [R-IL-6] | 4 |
| 06/27/2013 | H.R.2531 | Protecting Taxpayers from Intrusive IRS Requests Act | Rep. Roskam, Peter J. [R-IL-6] | 9 |
| 06/27/2013 | H.R.2530 | Taxpayer Transparency and Efficient Audit Act | Rep. Roskam, Peter J. [R-IL-6] | 9 |
| 06/09/2014 | H.Res.612 | Expressing the sense of the House of Representatives that the Government of Mexico should forthwith repatriate Sgt. Andrew Paul Tahmooressi from Mexican prison(s) and expressing the sense of the House of Representatives that the President of the United States should take actions to impose sanctions on Mexico until such time as Sgt. Tahmooressi is released. | Rep. Stockman, Steve [R-TX-36] | 9 |
| 07/19/2013 | H.Res.310 | Calling for more accountable foreign assistance for Cambodia. | Rep. Chabot, Steve [R-OH-1] | 4 |
| 06/27/2013 | H.Res.280 | Taxpayer Bill of Rights Resolution | Rep. Roskam, Peter J. [R-IL-6] | 4 |

[Congress.gov, accessed 8/6/19]

## Perry Co-Sponsored 88 Bills With Democratic Sponsors

**As Of August 2019 Perry Cosponsored 712 Bills (12.4%) Sponsored By A Democrat.** [Congress.gov, accessed 8/6/19]

| Perry Co-Sponsorships With Democratic Sponsor | | | |
|---|---|---|---|
| | # of Co-sponsorships | # With Dem Sponsor | % With Dem Sponsor |
| 116th Congress (2019 - 2020) | 107 | 36 | 33.6% |
| 115th Congress (2017 - 2018) | 199 | 17 | 8.5% |
| 114th Congress (2015 - 2016) | 190 | 20 | 10.5% |
| 113th Congress (2013 - 2014) | 216 | 15 | 6.9% |
| **TOTAL** | **712** | **88** | **12.4%** |

[Congress.gov, accessed 8/6/19]



# Appendix VII – Office Expenditures

## Career

| Perry Office Expenditures – Career | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Franked Mail** | **Personnel Compensation** | **Travel** | **Rent, Comms., Utilities** | **Printing** | **Other Services** | **Supplies and Materials** | **Equip-ment** |
| **2019** | $-5.01 | $232,778.87 | $319.69 | $21,489.7 | $889.58 | $12,732 | $4,682.38 | $4,682.38 |
| **2018** | $1,021.96 | $1,022,489.10 | $11,331.31 | $128,346.61 | $513.76 | $34,047.91 | $18,060.62 | $4,680.24 |
| **2017** | $1,145.95 | $930,159.27 | $12,698.10 | $126,862.64 | $2,065.52 | $56,757.81 | $23,275.61 | $10,378.88 |
| **2016** | $2,529.65 | $889,042.30 | $11,473.19 | $122,659.85 | $1,185.02 | $28,098.74 | $25,027.29 | $3,666.72 |
| **2015** | $6,695.52 | $856,700.75 | $14,976.37 | $121,178.93 | $9,450.90 | $54,615.65 | $24,307.61 | $3,606.72 |
| **2014** | $2,332.26 | $853,433.42 | $17,410.83 | $123,073.22 | $11,576.52 | $41,927.32 | $31,256.70 | $3,790.43 |
| **2013** | $3,894.16 | $852,433.55 | $16,279.06 | $133,941.56 | $6,433.29 | $40,733.39 | $29,342.57 | $9,794.44 |
| **Career** | **$17,614.49** | **$5,637,037.26** | **$84,488.55** | **$777,552.51** | **$32,114.59** | **$268,912.82** | **$155,952.78** | **$40,599.81** |

[U.S. House of Representatives, Statements of Disbursements, 2013 Q4; 2014 Q4: 2015 Q4: 2016 Q4: 2017 Q4: 2018 Q4: 2019 Q1]

## Perry Collected $29,600 In Personal Reimbursements, Mostly For Mileage

| Personal Reimbursements To Perry | | |
|---|---|---|
| Year | Personal Reimbursements To Perry | Subject |
| 2019 | $0 | - |
| 2018 | $663.40 | Mileage |
| 2017 | $3,743.34 | Mileage |
| 2016 | $4,329.60 | Mileage, taxi |
| 2015 | $5,629.38 | Mileage |
| 2014 | $6,586.59 | Mileage, meals, parking |
| 2013 | $8,647.38 | Mileage, parking, printing |
| **TOTAL** | **$29,600** | |

[U.S. House of Representatives, Statements of Disbursements, 2019 Q1, 2018 Q4, 2018 Q3, 2018 Q2, 2018 Q1, 2017 Q4, 2017 Q3, 2017 Q2, 2017 Q1, 2016 Q4, 2016 Q3, 2016 Q2, 2016 Q1, 2015 Q4, 2015 Q3, 2015 Q2, 2015 Q1, 2014 Q4, 2014 Q3, 2014 Q2, 2014 Q1, 2013 Q4, 2013 Q3, 2013 Q2, 2013 Q1]



# Appendix VIII – Travel Expenditures

*NOTE: Primary source documents are available on the DCCC Research drive.*

## Toplines

### Perry Spent $12,403.27 On Taxpayer Funded Foreign Travel

**Perry Spent $12,403.27 On Taxpayer Funded Travel.** [Congressional Foreign Travel Reports, accessed 7/17/19]

## Official Foreign Travel Expenditures

### Perry Spent $12,403.27 On Taxpayer Funded Travel To 4 Countries

*NOTE: Does not include MECEA fund travel.*

**Perry Spent $12,403.27 On Taxpayer Funded Travel**

**Perry Spent $12,403.27 On Taxpayer Funded Travel.** [Congressional Foreign Travel Reports, accessed 7/17/19]

**Perry Travelled To 4 Countries From Taxpayer Funds**

**Perry Traveled To 4 Countries From Taxpayer Funds.** [Congressional Foreign Travel Reports, accessed 7/17/19]

| Perry Official Foreign Travel Expenditures | | | | |
|---|---|---|---|---|
| **Dates** | **Destination** | **Per Diem Cost** | **Transportation** | **Total Cost** |
| 11/1/14 – 11/2/14 | Pakistan | $42.00 | Military | $12,006.20 |
| 11/2/14 – 11/3/14 | Afghanistan | $28.00 | Military | $28.00 |
| 11/3/14 – 11/4/14 | UAE | $369.07 | Military | $369.07 |
| 9/30/14 | Guantanamo Bay | - | | - |
| | | | **TOTAL** | **$12,403.27** |
| | | | **TOTAL EXPENDITURES** | **$12,403.27** |

[Congressional Foreign Travel Reports, accessed 7/17/19]

### Nov. 2014: Perry Spent $12,403.27 On An Official Trip To Pakistan, Afghanistan And The UAE

**November 2014: Perry Travelled To Pakistan, Afghanistan And The UAE From November 1 Through 4.** In November 2014, Perry traveled with a Congressional delegation to Pakistan, Afghanistan and the UAE. Perry visited Pakistan from November 1 through 2nd, Afghanistan from November 2nd through 3rd, and the United Arab Emirates from November 3rd through 4th. [Congressional Foreign Travel Reports, accessed 7/17/19]

## Perry Private Travel Expenditures

### Perry Received $2,963.06 Worth Of Special Interests Funded Travel

**Perry Received $2,963.06 Worth Of Special Interest Funded Travel**


**Perry Received $2,963.06 Worth Of Special Interest Funded Travel.** [Congressional Foreign Travel Reports, accessed 7/17/19]

| Perry Private Travel Expenditures | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Destination | Sponsor | Accompanying Relative | Transpor-tation | Lodging | Meals | Other Expenses | Total Cost |
| 3/1/18 – 3/2/18 | Palm Beach, FL | Club for Growth | N/A | $582.86 | $576.30 | $319.82 | N/A | **$1,478.98** |
| 12/2/16 – 12/3/16 | Charlottesville, VA | Heritage Foundation | N/A | $0 | $128 | $145.60 | $8 (notebook) $1,202.48 (meeting space) | **$1,484.08** |
| | | | | | | | **TOTAL EXPENDITURES** | **$2,963.06** |

[Congressional Foreign Travel Reports, accessed 7/17/19]

### 2018: Perry Reported 1 Travel Payment And Reimbursement

**February 2018: Perry Traveled, At The Club For Growth's Expense, To Palm Beach, Florida.** [Congressional Foreign Travel Reports, accessed 7/17/19]

### 2016: Perry Reported 1 Travel Payment And Reimbursement

**December 2016: Perry Traveled, At The Heritage Foundation's Expense, To Charlottesville, Virginia.** [Congressional Foreign Travel Reports, accessed 7/17/19]

### Perry's Staff Received $5,716 Worth Of Special Interest Funded Travel

**Perry's Staff Received $5,716 Worth Of Special Interest Funded Travel.** [Congressional Foreign Travel Reports, accessed 7/17/19]

| Perry's Staff Private Travel Expenditures | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Staff Member | Most Recent Position | Destination | Sponsor | Transpor-tation | Lodging | Meals | Other Expense | Total Cost |
| 6/5/19 – 6/7/19 | Brandy N. Brown | Communications Director | Hot Springs, VA | Congressional Institute Inc. | $156 | $304 | $276 | $892 | **$1,628** |
| 5/12/18 – 5/13/18 | Laura Detter | Legislative Assistant | Warrenton, VA | Partnership for Secure America | $41.25 | $90 | $77 | $170.37 | **$378.62** |
| 5/10/18 – 5/12/18 | Brandy N. Brown | Communications Director | Cambridge, MD | Congressional Institute Inc. | $0 | $326.88 | $160 | $172.07 | **$658.95** |
| 5/11/17 – 5/13/17 | Brandy N. Brown | Communications Director | Baltimore, MD | Congressional Institute Inc. | N/A | $359.58 | $172.50 | $207.87 (room rental) | **739.95** |
| 6/18/15 – 6/20/15 | John Drzewicki | Legislative Director | Williamsburg | Congressional Institute | $0 | $217.12 | $255.66 | $0 | **$472.78** |
| 6/12/14 – 6/15/14 | Ryan A. Nawrocki | Communications Director | Philadelphia, PA | Congressional Institute | $57.65 | $358.05 | $301.71 | $0 | **$717.41** |
| 6/12/14 – 6/14/14 | Marianne Meyers | Legislative Director | Philadelphia, PA | Congressional Institute | $115.30 | $358.05 | $527.71 | $0 | **$1,001,06** |
| 5/1/14 – 5/3/14 | Lauren E. Muglia | COS | Hot Springs, VA | Congressional Institute | $0 | $199 | $458 | $0 | **$657** |
| 5/3/13 – 5/11/13 | Lauren E. Muglia | COS | Hot Springs, VA | Congressional Institute | $0 | $388.59 | $547.13 | $0 | **$935.72** |
| TOTAL EXPENDITURES | | | | | | | | | **$5,716** |

[Congressional Foreign Travel Reports, accessed 7/17/19]



# Appendix IX – FOIA Analysis

| Perry Federal Correspondence FOIA Information | | | | |
|---|---|---|---|---|
| **Agency** | **Dept.** | **Date Request Sent** | **Status** | **Notes** |
| Office of the Secretary | Dept of Commerce | Sent | Open | Responsive documents/No responsive documents |
| Economic Development Administration | Dept of Commerce | Sent | Closed | No responsive documents |
| De~~Department of the Navy~~ Department of the Navy | Dept of Defense | Sent | Closed | No Responsive Documents |
| United States Marine Corps | Dept of Defense | Sent | Open | Assigned but no documents yet |
| Customs & Border Protection | Dept of Homeland Security | Sent | Closed | No responsive documents |
| General Services Administration | | Sent | Open | Responsive Documents |
| Small Business Administration | | Sent | Open | Assigned but no documents yet |
| Office of the Secretary | Dept of Agriculture | Sent | Closed | No responsive documents |
| Office of the Secretary and the Joint Staff | Dept of Defense | Sent | Open | |
| Department of the Air Force | Dept of Defense | Sent | Open | |
| Department of the Army Headquarters | Dept of Defense | Sent | Open | |
| Office of the Secretary | Dept of Energy | Sent | Open | |
| Food and Drug Administration | Dept of Health and Human Services | Sent | Closed | No responsive documents |
| Headquarters & Private Office | Dept of Health and Human Services | Sent | Closed | No responsive documents |
| Citizenship and Immigration Services | Dept of Homeland Security | Sent | Closed | No responsive documents |
| Immigration and Customs Enforcement | Dept of Homeland Security | Sent | Open | |
| Office for Civil Rights and Civil Liberties | Dept of Homeland Security | Sent | Closed | No responsive documents |
| United States Coast Guard | Dept of Homeland Security | Sent | Open | |
| United States Secret Service | Dept of Homeland Security | Sent | Closed | No responsive documents |
| Office of the Executive | Dept of Homeland Security | Sent | Open | |
| Office of the Secretary | Dept of Housing and Urban Development | Sent | Open | |
| Office of the Attorney General | Dept of Interior | Sent | Closed | No Responsive Documents |
| US Dept. of Justice | | Sent | Closed | Responsive Documents |



| | | | | |
|---|---|---|---|---|
| Federal Bureau of Investigation | Dept of Justice | Sent | Open | |
| Federal Bureau of Prisons | Dept of Justice | Sent | Closed | No responsive documents |
| Dept of State | Dept of State | Sent | Open | |
| Office of the Comptroller of the Currency | Dept of Treasury | Sent | Closed | No responsive documents |
| National Endowment for the Humanities | | Sent | Closed | No responsive documents |
| National Labor Relations Board | | Sent | Closed | No responsive documents |
| Securities and Exchange Commission | | Sent | Open | |
| Social Security Administration | | Sent | Open | Fee Request |
| Defense Contracts | Dept of Defense | Sent | Open | |
| Management Agency | Dept of Education | Sent | Closed | No responsive documents |
| Office of Management | Dept of Health and Human Services | Sent | Closed | No responsive documents |
| Center for Medicare and Medicaid Services | Dept of Interior | Sent | Open | |
| Bureau of Land Management | Dept of Justice | Sent | Closed | No responsive documents |
| Justice Management Division | Dept of Justice | Sent | Open | |
| Office of Violence Against Women | Dept of Justice | Sent | Open | |
| United States Parole Commission | Dept of Labor | Sent | Open | |
| Main Office | Dept of Labor | Sent | Open | |
| Occupational Health and Safety Administration | Dept of State | Sent | Open | |
| Office of the Inspector General | Dept of Transportation | Sent | Open | |
| Office of the Secretary | Dept of Transportation | Sent | Open | |
| Federal Aviation Administration | Dept of Transportation | Sent | Open | |
| Federal Highway Administration | Dept of Transportation | Sent | Open | |
| Federal Railroad Administration | Dept of Transportation | Sent | Open | |
| Federal Transit Administration | Dept of Veterans Affairs | Sent | Open | |
| Veterans Benefits Administration | Dept of Veterans Affairs | Sent | Open | |
| | Environmental Protection Agency | Sent | Open | |
| | Federal Communications Commission | Sent | Closed | No responsive documents |



|  | Federal Election Commission | Sent | Open | No responsive documents |
|---|---|---|---|---|
|  | National Endowment for the Arts | Sent | Closed | No responsive documents |
|  | National Science Foundation | Sent | Closed | No responsive documents |
|  | Office of Government Ethics | Sent | Closed | No responsive documents |

*NOTE: For more detailed information, please see "Perry FOIA Tracker" on the DCCC Research drive.*

## Federal Agency Correspondence

*DCCC Research sent Freedom of Information Act (FOIA) requests to all federal government agencies requesting copies and access to all records reflecting communication or correspondence between Perry or any individuals acting on behalf of Perry and the target agency between 2013 to 2019. Occasionally, FOIA officers would respond that the initial correspondence request was too broad. In those cases, the FOIA requests were amended to request access to official congressional correspondence logs.*

*In the cases in which we received correspondence logs, we followed up with requests for copies of specific pieces of correspondence that interested us. Where those requests have been fulfilled, we have summarized them below.*

*For full logs of correspondence as well as copies of responsive documents resulting from those logs, please see the FOIA folder located in /2020 Research/Book/Supporting Research/FOIA Tracking And Information/FOIAs/ in the candidate's folder.*

*NOTE: Primary source documents available on the DCCC Research drive.*

DCCC

# Appendix X – Vote Statistics

## Attendance Record

| Time Period | Votes Eligible | Missed Votes | Percent | Percentile |
|---|---|---|---|---|
| **Perry Voting Attendance Record – GovTrack.US** | | | | |
| 2013 Jan-Mar | 89 | 2 | 2.2% | 55th |
| 2013 Apr-Jun | 215 | 1 | 0.5% | 24th |
| 2013 Jul-Sep | 200 | 0 | 0.0% | 0th |
| 2013 Oct-Dec | 137 | 2 | 1.5% | 43rd |
| 2014 Jan-Mar | 148 | 0 | 0.0% | 0th |
| 2014 Apr-Jun | 219 | 1 | 0.5% | 26th |
| 2014 Jul-Sep | 147 | 2 | 1.4% | 47th |
| 2014 Nov-Dec | 49 | 1 | 2.0% | 56th |
| 2015 Jan-Mar | 144 | 3 | 2.1% | 48th |
| 2015 Apr-Jun | 244 | 4 | 1.6% | 58th |
| 2015 Jul-Sep | 139 | 0 | 0.0% | 0th |
| 2015 Oct-Dec | 177 | 0 | 0.0% | 0th |
| 2016 Jan-Mar | 137 | 4 | 2.9% | 52nd |
| 2016 Apr-Jun | 204 | 0 | 0.0% | 0th |
| 2016 Jul-Sep | 232 | 0 | 0.0% | 0th |
| 2016 Nov-Dec | 48 | 0 | 0.0% | 0th |
| 2017 Jan-Mar | 208 | 4 | 1.9% | 61st |
| 2017 Apr-Jun | 136 | 2 | 1.5% | 46th |
| 2017 Jul-Sep | 199 | 1 | 0.5% | 37th |
| 2017 Oct-Dec | 167 | 7 | 4.2% | 77th |
| 2018 Jan-Mar | 129 | 3 | 2.3% | 53rd |
| 2018 Apr-Jun | 184 | 2 | 1.1% | 28th |
| 2018 Jul-Sep | 102 | 2 | 2.0% | 53rd |
| 2018 Nov-Dec | 85 | 0 | 0.0% | 0th |
| 2019 Jan-Mar | 136 | 2 | 1.5% | 49th |
| 2019 Apr-Jun | 294 | 8 | 2.7% | 71st |
| 2019 Jul-Jul | 84 | 0 | 0.0% | 0th |
| **Total:** | **4253** | **51** | **1.2%** | |

[GovTrack.us, Perry, accessed 9/4/19]

## Vote Studies

| Year | Voting Participation | Presidential Support | | Party Unity | |
|---|---|---|---|---|---|
| | | Support | Oppose | Support | Oppose |
| **Perry Vote Statistics** | | | | | |
| 2018 | 99% | 79% | 21% | 91% | 9% |
| 2017 | 98% | 89% | 11% | 96% | 4% |
| 2016 | 99% | 7% | 92% | 99% | 1% |
| 2015 | 99% | 4% | 95% | 95% | 5% |
| 2014 | 99% | 6% | 94% | 96% | 4% |
| 2013 | 99% | 10% | 90% | 97% | 3% |

[CQ, accessed 9/4/19]



## Appendix XI – Votes – 116th Congress

*Votes updated through July 25, 2019*

### Abortion & Women's Health Issues

**Perry Voted For An Amendment That Would Strike $750 Million From The Bill For Family Planning And Reproductive Health Programs.** In June 2019, Perry voted for: "Lesko, R-Ariz., amendment that would strike from the bill a provision allocating $750 million for family planning and reproductive health programs, including in areas where population growth threatens biodiversity, from funding provided by the bill for U.S. Agency for International Development global health programs." The amendment was rejected 188 to 225. [H R 2740, Vote #324, 6/18/19; CQ, 6/18/19]

**Perry Voted Against An Amendment That Would Prohibit Funds From The Bill Being Used To Convene An Ethics Advisory Board On Research Grants And Projects That Propose The Use Of Human Fetal Tissue.** In June 2019, Perry voted against: In June 2019, Perry voted against: "Pocan, D-Wis., amendment that would prohibit use of funds made available by the bill to convene an ethics advisory board on research grants and projects that propose the use of human fetal tissue." The amendment was agreed to 225 to 193. [H R 2740, Vote #321, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment To Strike Language Blocking The Trump Administration's Rule Requiring All Title X Recipients To Separate Themselves From Abortion-Providing Facilities.** In June 2019, Perry voted for: "Roby, R-Ala., amendment that would strike from the bill a provision requiring the Health and Human Services Department to administer certain family planning program grants under statutory frameworks in effect as of January 18, 2017. The provision that would be struck would effectively block implementation of a March 2019 HHS rule related to grants for facilities providing abortions." The amendment was rejected 191 to 231. [HR 2740, Vote #267, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment To Strike Language Preventing The Use Of Funds To Enforce Protections For Conscientious Protections Relating To Abortion.** In June 2019, Perry voted for: "Cole, R-Okla., amendment that would strike from the bill a provision prohibiting funds authorized by the bill to be used to enforce a May 2019 Health and Human Services Department rule regarding enforcement of conscientious objection protections related to abortion and other health provisions under HHS programs." The amendment was rejected 192 to 230. [HR 2740, Vote #266, 6/12/19; CQ, 6/12/19]

**Perry Voted Against Blocking Consideration Of The Born-Alive Abortion Survivors Protection Act.** In February 2019, Perry voted against: "Torres, D-Calif., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, Rep. Woodall said, "If we defeat the previous question, I will offer an amendment to the rule to bring up the text of H.R. 962, the Born-Alive Abortion Survivors Protection Act." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 223- 195. [H Res 144, Vote #92, 2/26/19; CQ, 2/26/19; Congressional Record, 2/26/19]

### Agriculture, Animal & Food Access Issues

**Perry Voted For Motion To Suspend The Rules And Pass Horse Soring Protections.** In July 2019, Perry voted for: "Schrader, D-Ore., motion to suspend the rules and pass the bill, that would require the Department of Agriculture to create a new licensing process under which the department's Animal and Plant Health Inspection Service would appoint inspectors to ensure that chemicals, pressure, and devices that cause pain to horses' front legs or hooves are not being used to harm horses, pursuant to the 1970 Horse Protection Act." The motion passed by a vote of 333 to 96. [HR 693, Vote #510, 7/25/19; CQ, 7/25/19]


**Perry Voted Against An Amendment To Prohibit Funding To Relocate National Institute of Food and Agriculture Or The Economic Research Service Outside Of The DC Area.** In June 2019, Perry voted against: "Norton, D-D.C., amendment that would prohibit the use of funds made available by the bill to relocate the National Institute of Food and Agriculture or the Economic Research Service outside of the national capital region." The amendment was adopted in Committee of the Whole by a vote of 226 – 198. [HR 3351, Vote #412, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Issuing Permits For Importing Hunted Animal Trophies From Zimbabwe, Zambia Or Tanzania.** In June 2019, Perry voted against: "Buchanan, R-Fla., amendment that would prohibit the use of funds made available by the bill to issue permits for the importation of sport-hunted elephant or lion trophies from Zimbabwe, Zambia, or Tanzania." The amendment passed 239 to 192. [HR 3055, Vote #380, 6/20/19; CQ, 6/20/19]

**Perry Voted For An Amendment Reducing Discretionary Funding By 14 Percent For Agriculture, Rural Development, And The FDA.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all discretionary funding made available under the Agriculture, Rural Development, Food and Drug Administration, and related agencies title of the bill (Division B). Rejected in Committee of the Whole by a vote of 113-318" The motion failed by a vote of 113-318. [HR 3055, Vote #375, 6/20/19; CQ, 6/20/19]

> **Rep. Banks Press Release: "The 14% Percent Cuts […] Would Bring Non-Defense Discretionary Spending Below The FY2020 Cap Set By The Budget Control Act."** "The 14% percent cuts proposed by Congressman Banks, when applied to all non-discretionary accounts, would bring non-defense discretionary spending below the FY2020 cap set by the Budget Control Act. Congressman Banks' amendment to the Labor, Health and Human Services and Education Division, though ultimately defeated, was supported by 150 members. A vote on the Congressman's amendment to State and Foreign Operations Division is scheduled for next week. Congressman Banks will continue to offer the same amendment to all non-defense discretionary accounts as the appropriations process moves forward." [Office of Rep. Banks, Press Release, 6/13/19]

**Perry Voted For An Amendment Supporting Funding For Justice Department.** In June 2019, Perry voted for: "Stevens, D-Mich., amendment that would increase then decrease by $2 million funding for Justice Department expenses for legal activities, administration of pardon and clemency petitions, and space rental in the District of Columbia." The motion was adopted by a vote of 381-50. [HR 3055, Vote #373, 6/20/19; CQ, 6/20/19]

> **Rep. Stevens Press Release: The Amendment Encouraged "DOJ's Environment And Natural Resources Division To Allocate More Resources To Adequately Enforce Our Nation's Animal Cruelty Laws."** "Today, the House of Representatives passed an amendment led by Rep. Haley Stevens (MI-11) to H.R. 3055, the Commerce, Justice, Science, Agriculture, Rural Development, Food and Drug Administration, Interior, Environment, Military Construction, Veterans Affairs, Transportation, and Housing and Urban Development Appropriations Act. The amendment […] adds and removes $2,000,000 from the Legal Activities account at the Department of Justice (DOJ) for the purpose of instructing DOJ's Environment and Natural Resources Division to allocate more resources to adequately enforce our nation's animal cruelty laws." [Office of Rep. Stevens, Press Release, 6/21/19]

**Perry Voted For An Amendment That Would Include "Medically-Tailored Meals" For Certain Senior HHS Programs.** In June 2019, Perry voted for: "McGovern, D-Mass., amendment that would include 'medically-tailored meals' among practices to enhance senior nutrition under certain HHS programs funded by the bill." The amendment was adopted 338 to 83. [HR 2740, Vote #251, 6/12/19; CQ, 6/12/19]

**Perry Voted Against Extending Authorization And Funding Through September 30, 2019 For The Temporary Assistance For Needy Families Program And Related HHS Programs.** In June 2019, Perry voted against Temporary Assistance for Needy Families program and related Health and Human Services Department programs, including family assistance and child care grants, to states and territories." The motion passed 357-55. [H Res 415, Vote #233, 6/4/19; CQ, 6/4/19]



**Perry Voted Against $145.4 Billion In FY 2019 Funding For The Department Of Agriculture.** In January 2019, Perry voted against: "Passage of the bill that would provide $145.4 billion in fiscal 2019 for the Agriculture Department and related agencies, including $23.2 billion in discretionary funding. The bill would provide $5.4 billion for the Food and Drug Administration, $3.8 billion for Agriculture Department rural development activities, and $2.7 billion for agricultural research programs. It would reauthorize the federal crop insurance program and authorize loan levels for federal loans related to farming and rural development. It would provide $102.6 billion for domestic food programs, including $73.2 billion for the Supplemental Nutrition Assistance Program, $23.2 billion for child nutrition programs, and $6.2 billion for the Women, Infants, and Children program." The bill passed 243-183. [HR 265, Vote #25, 1/10/19; CQ, 1/10/19]

## Budget Issues

**Perry Voted For Amendment That Would Change The Name Of The Bipartisan Budget Act To "A Bill To Kick The Can Down The Road, And For Other Purposes."** In July 2019, Perry voted for: "Massie, R-Ky., amendment to the bill that would change the bill's title to read, 'A bill to kick the can down the road, and for other purposes.'" The amendment was rejected by a vote of 47-384. [HR 3877, Vote #512, 7/25/19; CQ, 7/25/19]

**Perry Voted Against Bipartisan Budget Act That Would Suspend The Public Debt Limit Through July 31, 2021.** In July 2019, Perry voted against: "Passage of the bill that would establish enforceable budget levels in the House and Senate for fiscal 2020 and 2021 and suspend the public debt limit through July 31, 2021." The bill passed by a vote of 284 to 149. [HR 3877, Vote #511, 7/25/19; CQ, 7/25/19]

> **The Compromise Bill Suspended The Debt Limit For 2 Years And Lifted Spending Caps By $320 Billion.** "This two-year agreement raises spending to $320 billion above previously-negotiated spending caps and suspends the debt ceiling for two years, allowing the federal government to continue borrowing to pay its bills while diminishing the prospects of another fiscal showdown over raising the borrowing limit before the 2020 election." [ABC News, 7/25/19]

**Perry Voted Against Adopting The Rule That Would Provide For Floor Consideration Of The Bipartisan Budget Act And The Venezuela TPS Act.** In July 2019, Perry voted against: "Adoption of the rule (H Res 519) that would provide for House floor consideration of the Bipartisan Budget Act (HR 3877) and the Venezuela TPS Act (HR 549), as amended." The resolution was agreed to by a vote of 232 to 197. [H Res 519, Vote #509, 7/25/19; CQ, 7/25/19]

**Perry Voted Against Passing Appropriations For The Treasury, Federal Communications Commission, Internal Revenue Service, And Other Agencies For The Fiscal Year Of 2020.** In June 2019, Perry voted against: "Passage of the bill, as amended, that would provide $24.95 billion in discretionary funding for the Treasury Department, the federal judiciary, the office of the president, a number of executive agencies such as the Federal Communications Commission, and other government operations. Among other provisions, the bill would provide $12 billion for the Internal Revenue Service, including $5.2 billion for enforcement activities and $2.6 billion for IRS taxpayer services. It would provide $7.9 billion for the federal judiciary, $1.9 billion for the Securities and Exchange Commission, $996 million for the Small Business Administration, $741 million in federal payments to the District of Columbia, and $178 million for the White House executive office of the president. It would prohibit the use of funds made available by the bill for the IRS to 'target' any group for regulatory scrutiny based on ideological beliefs or for the reorganization or transfer of any function or authority of the Office of Personnel Management to another federal agency." The bill passed by a vote of 224-196. [HR 3351, Vote #424, 6/26/19; CQ, 6/26/19]

**Perry Voted For An Amendment To Reduce Fourteen Percent Of Discretionary Spending From The Appropriations Bill, Except Amounts Made To The Department Of Defense.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all discretionary funding made available by the bill,



except for amounts made available to the Defense Department." The amendment was rejected by a vote of 141-285. [HR 3351, Vote #417, 6/26/19; CQ, 6/26/19]

**Perry Voted Against Providing $321.9 Billion In Discretionary Spending For Five Of The 12 Fiscal 2020 Appropriations Bills, Including Justice And Veteran Affairs.** In June 2019, Perry voted against: "Passage of the bill, as amended, that would provide $321.9 billion in discretionary spending for five of the 12 fiscal 2020 appropriations bills, including $73.9 billion for the Commerce and Justice departments and science and related agencies, $24.3 billion for the Agriculture Department and related agencies, $39.5 billion for the Interior Department, Environmental Protection Agency, and related agencies, $108.4 billion for the Veterans Affairs Department, military construction, and related agencies, and $75.8 billion for the Transportation and Housing and Urban Development departments and related agencies. It would also provide $61 billion in obligations from highway and aviation trust funds for associated Transportation Department programs. Among other provisions, the bill would provide $673 million to the Justice Department immigration review office, including to hire additional immigration judges and to provide legal resources for individuals facing deportation proceedings. It would provide $5.2 billion for Interior Department and the U.S. Forest Service wildfire preparedness and response activities and $9.5 billion for the Environmental Protection Agency, including increased funding for enforcement and compliance activities, clean air activities, and environmental restoration initiatives. It would provide $81.2 billion for VA health care programs and $2.3 billion in emergency military construction funding for bases damaged by natural disasters. It would prohibit the use of funds made available by the bill for the Census Bureau to include a question regarding citizenship on the 2020 census or for the construction of physical barriers or border security infrastructure along the U.S. southern land border." The bill passed by a vote of 227 – 194. [HR 3055, Vote #408, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Providing House Floor Consideration Of The Fiscal 2020 Commerce-Justice-Science, Agriculture, Interior-Environment, Military Construction-VA, And Transpiration-HUD Appropriations Package And Provide For Further House Floor Consideration Of The Fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, And State-Foreign Operations Appropriations Package (HR2740).** In June 2019, Perry voted against: "Adoption of the rule (H Res 445) that would provide for House floor consideration of the fiscal 2020 Commerce-Justice-Science, Agriculture, Interior-Environment, Military Construction-VA, and Transportation-HUD appropriations package and provide for further House floor consideration of the fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, and State-Foreign Operations appropriations package (HR 2740). It would make in order consideration of 290 amendments to HR 3055 and provide for automatic adoption of a Lowey, D-N.Y., manager's amendment to the bill that would authorize federal employment of individuals authorized to work in the U.S. pursuant to the Deferred Action for Childhood Arrivals program. The rule would also provide for automatic adoption of a DeLauro, D-Conn., manager's amendment to HR 2740 that would increase by a total of $289.5 million funding for a number of programs under the Labor-HHS-Education title of the bill (Division A), including HHS refugee and entrant assistance activities, HHS substance abuse and mental health programs, and Education Department programs related to school safety, including emergency response to violence." The resolution was adopted 231-195. [H.Res 445, Vote #357, 6/19/19; CQ 6/19/19]

**Perry Voted Against Providing Consideration Of The Fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, And State-Foreign Operations Appropriations Package.** In June 2019, Perry voted against: "Adoption of the rule that would provide for further House floor consideration of the fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, and State-Foreign Operations appropriations package (HR 2740). The rule would make in order 115 additional amendments, including 57 and 51 amendments to the Defense and Energy-Water sections of the bill, respectively." The bill passed 232 to 189. [HR 2740, Vote #265, 6/12/19; CQ, 6/12/19]

**Perry Voted Against Providing Floor Consideration To A Resolution Enforcing Congressional Subpoenas, As Well As The FY 2020 Labor-HHS-Education, Defense, Energy-Water, And State-Foreign Operations Appropriations Package.** In June 2019, Perry voted against: "Adoption of the rule that would provide for floor consideration of the fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, and State-Foreign Operations appropriations package (HR 2740), and a resolution (H Res 430) that would authorize the House Judiciary Committee to take civil legal actions in federal court to enforce congressional subpoenas issued to Attorney General William P. Barr and former White House Counsel Donald F. McGahn, II. The rule would also provide for



automatic adoption of a Lowey, D-N.Y., manager's amendment to HR 2740 that would remove from the bill a section making fiscal 2020 appropriations for the legislative branch. The amendment would also rescind $11.8 million in unobligated balances available for certain foreign aid grants issued by the State Department and related agencies; and it would make a technical correction to specify that previously-appropriated funds for the Defense Department shall not be used to construct physical barriers or border security infrastructure along the U.S. southern land border." The bill passed 227 to 190. [H Res 431, Vote #246, 6/11/19; CQ, 6/11/19]

**Perry Voted Against Considering Multiple Bills, Including The Save The Internet Act And A Resolution That Would Set Discretionary Spending Caps And Provide Discretionary Budget Authority At $1.3 Trillion For FY 2020.** In April 2019, Perry voted against: "Adoption of the rule that would provide for House floor consideration of the Save the Internet Act (HR 1644) that would repeal the Federal Communications Commission's Dec. 14, 2017 rules on broadband internet service regulation; of the Investing for the People Act (HR 2021) that would set discretionary spending caps for fiscal 2020; and automatic agreement in the House to a resolution (H Res 293) providing enforcement authority for fiscal 2020 discretionary spending caps. The resolution (H Res 293) would provide budget enforcement authority for fiscal 2020, consistent with spending caps on cap adjustments provided for in the Investing for the People Act (HR 2021). The resolution would provide discretionary budget authority of $1.3 trillion for fiscal 2020. It would authorize spending cap adjustments for overseas contingency operations, not exceeding $69 billion for security funds and not exceeding $8 billion for nonsecurity funds. It would authorize spending cap adjustments of up to $400 million for Internal Revenue Service tax enforcement and tax compliance activities and up to $7.5 billion for the 2020 census. The resolution would prohibit any fiscal 2020 appropriations measures from providing advance appropriations, with the exception of up to $87.6 billion in new budget authority for programs related to veterans' services for fiscal 2021, and up to $28.9 billion in new budget authority for other programs funded by advanced appropriations for fiscal 2021 and 2022." The resolution was adopted by a vote of 219-201. [H Res 294, Vote #161, 4/9/19; CQ, 4/9/19]

**Perry Voted Against Funding The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border.** In February 2019, Perry voted against: "Adoption of the conference report to accompany the joint resolution that would provide, in total, $333 billion in full-year funding for the seven remaining fiscal 2019 appropriations bills: Agriculture; Commerce-Justice-Science; Financial Services; Homeland Security; Interior-Environment; State-Foreign Operations; and Transportation-Housing and Urban Development. It would provide $49.4 billion in discretionary funds for fiscal 2019 for operations of the Homeland Security Department, as well as $12.6 billion for natural disaster response and recovery activities and $165 million for Coast Guard overseas contingency operations. Appropriations for DHS operations include $15 billion for Customs and Border Protection, including $1.38 billion for physical barriers along the U.S.-Mexico border. It would provide $7.6 billion for Immigration and Customs Enforcement, and would also require a 17 percent reduction in the number of detention beds available for individuals detained by the agency. The conference report would provide, in discretionary funding for fiscal 2019, $23 billion for the Agriculture Department and related agencies; $64.1 billion for departments of Commerce and Justice and other agencies such as NASA and the National Science Foundation; $23.4 billion in discretionary funding or financial services and general government appropriations; $35.6 billion for the Interior Department, the Environmental Protection Agency, and related agencies; $54.2 billion for for the State Department, foreign assistance and other international activities; and $71.1 billion for the departments of Transportation and Housing and Urban Development and related agencies." The conference report was adopted 300-128. [H J Res 31, Vote #87, 2/14/19; CQ, 2/14/19]

**Perry Voted Against Considering The Bill To Fund The Remaining Government Agencies Through Fiscal Year 2019 And Providing $1.38 Billion For A Physical Barrier Along The U.S.-Mexico Border.** In February 2019, Perry voted against: "Adoption of the rule (H Res 131) that would provide for House floor consideration of the conference report to accompany the joint resolution (H J Res 31) that would provide, in total, $333 billion in full-year funding for the seven remaining fiscal 2019 appropriations bills: Agriculture; Commerce-Justice-Science; Financial Services; Homeland Security; Interior-Environment; State-Foreign Operations; and Transportation-Housing and Urban Development." The rule was adopted 230-196. [H J Res 31, Vote #86, 2/14/19; CQ, 2/14/19]



**Perry Voted Against Disapproving Of Government Shutdowns And Their Damage To Federal Employees.** In January 2019, Perry voted against: "Clay, D-Mo., motion to suspend the rules and agree to the resolution that would express the sense of the House of Representatives that government shutdowns cause substantial damage to federal employees, to Americans generally who benefit from government services, to the U.S. economy and to the nation's reputation and state that shutting down the U.S. government 'is not an acceptable tactic or strategy' for resolving policy differences." The motion was rejected 249-163. [H Res 79, Vote #65, 1/30/19; CQ, 1/30/19]

**Perry Voted Against Urging Financial Institutions And Other Companies To Work With Customers Affected By The Shutdown Of The Federal Government.** In January 2019, Perry voted against "Hoyer, D-Md., motion to table the Waters, D-Calif., motion to reconsider the vote on which the resolution was agreed to by voice vote." Credit Union National Association reported that, "The U. S. House of Representatives Tuesday passed H. Res. 77, expressing the sense of Congress that 'financial institutions and other companies should work proactively with their customers affected by the shutdown of the Federal Government who may be facing short-term financial hardship and long-term damage to their creditworthiness through no fault of their own.'" The motion was agreed to by a vote of 240 – 176. [H.Res. 77, Vote #59, 1/29/19; CQ Floor Votes, 1/29/19; Credit Union National Association, 1/29/19]

**Perry Voted Against Reopening The Department Of Homeland Security Department Through Feb. 28.** In January 2019, Perry voted against "Passage of the joint resolution that would provides stopgap fiscal 2019 funding for the Homeland Security Department through Feb. 28 (H J Res 31)." The resolution passed by a vote of 231 – 180. [H. Res. 31, Vote #51, 1/24/19; CQ Floor Votes, 1/24/19]

> **The Bill Reopened The Department Of Homeland Security Through February At 2018 Funding Levels And Did Not Include Funding For Trump's Border Wall.** "The House on Thursday passed a stopgap funding measure that would reopen the Department of Homeland Security through February at 2018 funding levels. It's the latest effort by House Democrats to try to pressure the GOP in the shutdown standoff by passing individual spending bills that don't include the $5.7 billion President Trump is seeking for a U.S.-Mexico border wall. The House passed the bill on a 231-180 vote, with five Republicans voting yes." [Washington Times, 1/24/19]

> **One Democrat Voted No Because They Had Concerns With ICE Funding.** "Rep. Alexandria Ocasio-Cortez was the lone Democrat to vote 'no' — as has been the case for several recent votes on spending bills. Ms. Ocasio-Cortez, New York Democrat, has raised concerns about funding for Immigration and Customs Enforcement (ICE)." [Washington Times, 1/24/19]

**Perry Voted For Reopening The Department Of Homeland Security Department Through Jan. 24 And Ensuring DHS Employees Were Repaid.** In January 2019, Perry voted for "Granger, R-Texas, motion to recommit the joint resolution to the House Appropriations Committee with instructions to report it back immediately with an amendment that would provide stopgap fiscal 2019 funding for the Homeland Security Department through Jan. 24." The motion was rejected by a vote of 200 – 214. [H. Res. 31, Vote #50, 1/24/19; CQ Floor Votes, 1/24/19]

> **Thirteen Democrats Also Broke With Their Party To Support The Motion From Republicans Aimed At Ensuring DHS Employees Affected By The Shutdown Get Paid.** "Thirteen Democrats also broke with their party to support an earlier procedural motion from Republicans aimed at ensuring DHS employees affected by the shutdown get paid. That motion failed on a 214-200 vote." [Washington Times, 1/24/19]

**Perry Voted Against Funding All Remaining Unfunded Departments Except Homeland Security For FY 2019, And Extending Authorization For The National Flood Insurance Program And Temporary Assistance For Needy Families.** In January 2019, Perry voted against: "Passage of the bill that would provide $271.8 billion for full-year fiscal 2019 funding for six of the seven spending bills that reached a conference agreement, but that lack enacted appropriations (all except Homeland Security) and would extend authorization for several expiring



programs including the National Flood Insurance Program and the Temporary Assistance for Needy Families." The bill passed 234-180. [HR 648, Vote #49, 1/23/19; CQ, 1/23/19]

**Perry Voted For Continuing To Leave The Government Closed But Allow Federal Employees To Receive Pay.** In January 2019, Perry voted for: "Granger, R-Texas, motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would provide back pay for federal employees who have been furloughed or had their pay suspended during the lapse in appropriations that began Dec. 22, 2018." According to Minority Whip Steve Scalise "Republican Whip Steve Scalise (R-La.) released the following statement after the overwhelming majority of Democrats voted down the Motion to Recommit H.R. 648, the Consolidated Appropriations Act, 2019, which would allow all federal employees to receive pay during the shutdown but require further action to secure the border and reopen the government." The motion was rejected 200-215. [HR 648, Vote #48, 1/23/19; CQ, 1/23/19; scalise.house.gov, 1/23/19]

**Perry Did Not Vote On Considering Bills To Fund The Department Of Homeland Security Through February 2019 And All Remaining Departments For All Of FY 2019.** In January 2019, Perry did not vote on: "Adoption of the rule (H Res 61) that would provide for House floor consideration of a bill that is comprised of the remaining 2019 appropriations bills, except Homeland Security (HR 648), and a joint resolution that would provide stopgap funding for the Homeland Security Department through Feb. 28 (H J Res 31). The rule would also waive, through the legislative day of Jan. 30 2019, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee for appropriations legislation for the fiscal 2019, and would also provide for motions to suspend the rules through the legislative day of Feb. 1, 2019." The rule was adopted 223-190. [HR 648/H J Res 31, Vote #47, 1/23/19; CQ, 1/23/19]

**Perry Did Not Vote On Reopening The Government And Funding It For One Month.** In January 2019, Perry did not vote on: "Passage of the joint resolution that would make further continuing appropriations for fiscal 2019 through Feb. 28, 2019." The resolution passed 229-184. [H J Res 28, Vote #46, 1/23/19; CQ, 1/23/19]

**Perry Voted For Shortening The Time Period For The Continuing Resolution That Would Reopen The Government.** In January 2019, Perry voted for: "Granger, R-Texas, motion to recommit the joint resolution to the House Appropriations Committee with instructions to report it back immediately with an amendment that would change the date through which the joint resolution would provide funds for general government operations from Feb. 28 to Jan. 15, 2019." The motion to recommit was rejected 195-222. [H J Res 28, Vote #43, 1/17/19; CQ, 1/17/19]

**Perry Voted Against Considering A Bill Reopening The Government And Funding It Through A Continuing Resolution For Almost Six Weeks.** In January 2019, Perry voted against: "Adoption of the rule that would provide for House floor consideration of the joint resolution (H J Res 28) that would make further continuing appropriations for fiscal year 2019 that would fund the government until Feb. 28, 2019. The rule would also provide for consideration of measures under motions to suspend the rules through Jan. 25, 2019." The rule was adopted 230-190. [H J Res 28, Vote #40, 1/17/19; CQ, 1/17/19]

**Perry Voted Against Providing Continuing Appropriations For Operations Of The Federal Government At Current Funding Levels Through Feb. 8, 2019 And Funding For Supplemental Disaster Funds.** In January 2019, Perry voted against: "Passage of the bill that would provide continuing appropriations for operations of the federal government at current funding levels through Feb. 8, 2019. Additionally, the bill provides $12.1 billion in supplemental disaster funds for response efforts to damage caused by hurricanes, wildfires, earthquakes and other natural disasters that occurred in 2017 and 2018. The bill includes a total of $2.7 billion for Agriculture Department disaster-related activities, including $1.1 billion for crop (including milk), tree, bush, vine, and livestock losses from 2018 hurricanes, wildfires and other declared disasters. The bill provides $1.16 billion for the Housing and Urban Development Department's Community Development Block Grants-Disaster Recovery Program, and $1.7 billion for Transportation Department programs and activities, including $1.65 billion for the cost of federal highway and bridge repairs. It provides $1.46 billion to the Defense Department to repair military facilities damaged by hurricanes Florence and Michael, primarily for repairing damage to military facilities in the Carolinas



and Florida. As amended, the bill would prohibit funds provided in the bill for the Army Corps of Engineers or the Homeland Security Department from being used to construct a "new physical barrier" along the southwest border of the U.S. Also as amended, the bill would permit the use of emergency funds provided to the Agriculture Department for 2018 crop losses to be used to cover harvested wine grapes that were found to have been tainted by smoke from wildfires." The bill passed by a vote of 237 – 187. [H.R. 268, Vote #39, 1/16/19; CQ Floor Votes, 1/16/19]

> **Six Republicans Voted With Majority Democrats For The Bill.** "The measure would provide $12.1 billion in disaster aid and reopen the nine shuttered federal departments and dozens of agencies through Feb. 8. But it doesn't include the money Trump seeks for a border wall, and the administration opposes the measure. Only six Republicans voted with majority Democrats for the bill." [Bloomberg, 1/16/19]

**Perry Voted Against Reopening The Government And Funding It Through A Continuing Resolution For A Few Weeks.** In January 2019, Perry voted against: "Lowey, D-N.Y., motion to suspend the rules and pass the joint resolution that would make further continuing appropriations for fiscal 2019 through Feb. 1, 2019." The motion was rejected 237-187. [H J Res 27, Vote #31, 1/15/19; CQ, 1/15/19]

**Perry Voted For Providing Retroactive Pay To Furloughed Employees Or Those Working Without Compensation.** In January 2019, Perry voted for: "Cummings, D-Md., motion to suspend the rules and pass the bill that would require the federal government to provide retroactive pay to employees who are furloughed or working without compensation during the partial government shutdown. The bill would require federal employees to be compensated at the earliest possible date once the shutdown has concluded, regardless of regularly scheduled pay dates." The motion was agreed to 411-7. [S 24, Vote #28, 1/11/19; CQ, 1/11/19]

**Perry Voted For Including "Best-In-Class" Designations In The Annual Small Business Administration Report On Government Spending.** In January 2019, Perry voted for: "Velazquez, D-N.Y., motion to suspend the rules and pass the bill, that would require the Small Business Administration to report on government spending through 'best-in-class' contracts awarded to businesses classified as historically underutilized business zone, women-owned, service-disabled veteran-owned, and socially and economically disadvantaged small businesses." The motion was agreed to 414-11. [HR 226, Vote #18, 1/09/19; CQ, 1/09/19]

**Perry Voted Against Considering FY 2019 Spending Bills For The Treasury Department, IRS, SEC, Department Of Agriculture, Department Of The Interior, EPA, Department Of Transportation, And Department Of Housing And Urban Development.** In January 2019, Perry voted against: "Adoption of the rule (H Res 28) that would provide for House floor consideration of the bill (HR 264) that would make fiscal 2019 appropriations for financial services and general government; consideration of the bill (HR 265) that would make fiscal 2019 appropriations for the Department of Agriculture; the bill (HR 266) that would make fiscal 2019 appropriations for the departments of Interior and Environment and related agencies; and the bill (HR 267) that would make fiscal 2019 appropriations for the departments of Transportation and Housing and Urban Development." The rule was adopted 231-195. [H Res 28, Vote #17, 1/09/19; CQ, 1/09/19]

**Perry Voted Against Using Modified Open Rules For Discussion For Bills Funding Several Governmental Agencies.** In January 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 28) that would provide for House floor consideration of the bill (HR 264) that would make fiscal 2019 appropriations for financial services and general government; consideration of the bill (HR 265) that would make fiscal 2019 appropriations for the Department of Agriculture; the bill (HR 266) that would make fiscal 2019 appropriations for the departments of Interior and Environment and related agencies; and the bill (HR 267) that would make fiscal 2019 appropriations for the departments of Transportation and Housing and Urban Development." <span style="color:red">A vote *for the motion* was a vote to block consideration of the bill.</span> The motion was agreed to 231-195. [H Res 28, Vote #16, 1/9/19; CQ, 1/9/19]

**Perry Voted Against Providing Full-Year Continuing Appropriations Covering Six Of The Seven Fiscal 2019 Appropriations Bills, Increasing Pay For Federal Workers, Providing Retroactive Pay For Federal Workers**



**Furloughed And Extending The National Flood Insurance Program.** In January 2019, Perry voted against: "Passage of the bill that would provide full-year continuing appropriations covering six of the seven fiscal 2019 appropriations bills that have not been enacted into law, including those that relate to Agriculture, Commerce-Justice-Science, Financial Services, Interior-Environment, State-Foreign Operations, and Transportation-HUD provisions. The bill includes provisions for a 1.9 percent pay increase for federal civilian employees and would extend the National Flood Insurance Program through fiscal 2019. It would also provide for retroactive pay for federal workers furloughed during the partial shutdown." The bill passed by a vote of 241 – 190.  [H.R. 21, Vote #11, 1/3/19; CQ Floor Votes, 1/3/19]

> **Seven Republicans Supported Separate Legislation That Would Reopen The Rest Of The Federal Government Through Sept. 30.**  "Ultimately, just five House GOP lawmakers voted with Democrats on a spending bill that would operate the Department of Homeland Security until Feb. 8, and seven Republicans supported separate legislation that would reopen the rest of the federal government through Sept. 30. GOP officials feared the defections could have been much higher had the administration not gotten directly involved." [Washington Post, 1/4/19]

**Perry Voted For Modifying Aspects Of The State And Foreign Operations Provisions In The Consolidated Appropriations Act.** In January 2019, Perry voted for: "Granger, R-Texas, motion to recommit the bill (HR 21) to the House Appropriations Committee with instructions to report it back immediately with an amendment that would modify aspects of the State and Foreign Operations provisions in the bill." The motion was rejected by a vote of 199 – 232. [H.R. 21, Vote #10, 1/3/19; CQ Floor Votes, 1/3/19]

**Perry Voted For Recommitting Continuing Appropriations For The Department Of Homeland Security For FY 2019 To The House Appropriations Committee.**  In January 2019, Perry voted for: "Granger, R-Texas, motion to recommit the joint resolution to the House Appropriations Committee." The motion was rejected by a vote of 197 – 233. [H.J. Res. 1, Vote #8, 1/3/19; CQ Floor Votes, 1/3/19]

**Perry Voted Against Establishing Rules For The 116th Congress, Providing For Full-Year Appropriations For Six Of The Seven Remaining Fiscal 2019 Appropriations Bills, And Providing Short-Term Funding For The Homeland Security Department.**  In January 2019, Perry voted against: "Adoption of the rule (H Res 5) that would provide for House floor consideration of the resolution (H Res 6) that would establish the rules of the House for the 116th Congress; consideration of the bill (HR 21) that would provide for full-year appropriations for six of the seven remaining fiscal 2019 appropriations bills; and consideration of the joint resolution (H J Res 1) that would provide short-term funding for the Homeland Security Department through Feb. 8, 2019." The rule was adopted by a vote of 234 – 194. [H. Res. 5, Vote #6, 1/3/19; CQ Floor Votes, 1/3/19]

**Perry Voted For Expressing The Sense That The House Should Not Adjourn Until All Of The Annual Appropriations Bills For The Fiscal Year Were Enacted.** In January 2019, Perry voted for: "Cole, R-Okla., motion to commit the rule to a committee composed of the majority and minority leaders, with instructions to report it back with an amendment that would provide for the consideration of the resolution H Res 11." The motion was rejected by a vote of 197 – 232. [H. Res. 5, Vote #5, 1/3/19; CQ Floor Votes, 1/3/19; Library of Congress, H. Res. 11, Introduced 1/3/19]

## Crime & Public Safety

**Perry Voted For An Amendment Reducing Appropriations Funding By 14 Percent For Commerce, Justice, And Science.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all discretionary funding made available under the Commerce-Justice-Science title of the bill (Division A). Rejected in Committee of the Whole by a vote of 135-296:" The motion failed by a vote of 135-296. [HR 3055, Vote #371, 6/20/19; CQ, 6/20/19]

> **Rep. Banks Press Release: "The 14% Percent Cuts […] Would Bring Non-Defense Discretionary Spending Below The FY2020 Cap Set By The Budget Control Act."** "The 14% percent cuts proposed by



Congressman Banks, when applied to all non-discretionary accounts, would bring non-defense discretionary spending below the FY2020 cap set by the Budget Control Act. Congressman Banks' amendment to the Labor, Health and Human Services and Education Division, though ultimately defeated, was supported by 150 members. A vote on the Congressman's amendment to State and Foreign Operations Division is scheduled for next week. Congressman Banks will continue to offer the same amendment to all non-defense discretionary accounts as the appropriations process moves forward." [Office of Rep. Banks, Press Release, 6/13/19]

**Perry Voted Against An Amendment Preventing The Department Of Justice From Using Funding To Prevent Marijuana Sales In 46 States.** In June 2019, Perry voted against: "Blumenauer, D-Ore., amendment that would prohibit the use of funds made available for the Justice Department under the bill for the purpose of preventing 46 of the 50 states, the District of Columbia, the Northern Mariana Islands, Guam, Puerto Rico or the U.S. Virgin Islands, from implementing laws relating to the authorized use, distribution, possesion or cultivation of marijuana." The motion passed by a vote of 267-165. [HR 3055, Vote #370, 6/20/19; CQ, 6/20/19]

**Perry Voted Against An Amendment To Support Increasing Funding For The Health Resources And Services Administration Program.** In June 2019, Perry voted against: "Porter, D-Calif., amendment that would increase by $1 million funding for Health Resources and Services Administration program management, and decrease by the same amount HHS administrative funding." The amendment was adopted by a vote of 311-110. [HR 2740, Vote #312, 6/13/19; CQ, 6/13/19]

> **The Amendment Was Focused On Increasing Funding For A Program To Promote Intimate Partner Violence Response And Health Collaboration At The State Level.** "The House of Representatives today adopted an amendment by Congresswoman Katie Porter (CA-45) that would increase funding for a program to promote intimate partner violence response and health collaboration at the state level. The proposal passed with a large bipartisan majority. 'Addressing intimate partner violence requires a coordinated effort from all levels of government and the private sector,' Congresswoman Porter said. 'I'm glad to join with a bipartisan group of my colleagues to support this key program that equips healthcare professionals to support survivors during some the scariest moments of their lives.'" [Rep. Katie Porter, press release, 6/13/19]

**Perry Voted Against An Amendment Striking Provisions Of The Bill That Prohibit The Use Of Its Funds To Promote The Legalization Of Any Schedule I Drug.** In June 2019, Perry voted against: "Ocasio-Cortez, D-N.Y., amendment that would strike from the bill provisions prohibiting use of any funds made available in the bill for activities to promote the legalization of any Schedule I drug or substance, such as marijuana." The amendment was rejected by a vote of 91-331. [HR 2740, Vote #304, 6/13/19; CQ, 6/13/19]

**Perry Voted Against The Violence Against Women Reauthorization Act Through Fiscal 2024.** In April 2019, Perry voted against: "Passage of the bill that would reauthorize the Violence Against Women Act through fiscal 2024, including provisions aimed at protecting and assisting victims of domestic violence, dating violence, sexual violence, stalking, and sex trafficking. The measure would extend protections and assistance programs to trafficking victims. It would authorize $222 million annually for the Services and Training for Officers and Prosecutors Grant Program, which provides state and local law enforcement agencies with funds to be distributed in part to community-based victims service organizations, and would impose conditions of eligibility for the grants three years after enactment. The bill would authorize $57 million annually in grants to provide legal assistance to victims of violent crimes and their families and $50 million in rural aid to address domestic violence, stalking, and sexual assault in rural communities. It would authorize $150 million a year in grant funding for rape crisis centers, sexual assault coalitions, and additional nonprofit organizations to educate and increase awareness on the sexual assault and dating violence. The bill would establish a $16 million per year campus safety grant program that would provide prevention and education programming to college campuses in order to combat violent crimes. The bill would expand on existing prohibitions of individuals who have been convicted of various types of domestic violence (including violence toward a dating partner) and those convicted of misdemeanor stalking offenses from purchasing or possessing a firearm. It would specify that any person under a temporary court-ordered restraint related to harassing, stalking, or threatening an intimate partner or child of such intimate partner would also be prohibited from purchasing or owning a firearm. The bill would authorize $10 million annually for a pilot program



where incarcerated women and their children who were born inside prison could reside together while the inmate serves her sentence. The bill would require the Federal Bureau of Investigation to classify genital mutilation, female circumcision, and female genital cutting as a part II crime. The bill would make it a crime for any law enforcement personnel to engage in sexual acts with an individual who is under arrest, detained, or in custody of federal law enforcement." The bill passed by a vote of 263-158. [H R 1585, Vote #156, 4/4/19; CQ, 4/4/19]

**The Reauthorization Lowered The Threshold For Barring Gun Purchases To Include Misdemeanor Convictions Of Domestic Abuse Or Stalking Charges, And Closed The "Boyfriend Loophole" By Expanding Firearm Prohibitions To Include Dating Partners Convicted Of Abuse Or Stalking Charges.** "But the most controversial are new provisions to lower the criminal threshold to bar someone from buying a gun to include misdemeanor convictions of domestic abuse or stalking charges. Current law applies to felony convictions. It would also close the so-called 'boyfriend loophole' to expand existing firearm prohibitions to include dating partners convicted of abuse or stalking charges. […] The NRA called for a 'no' vote and notified Capitol Hill offices this week that the organization was 'scoring' how lawmakers vote on the bill to measure future ratings and endorsements in elections. Congressional Republicans rarely run afoul of NRA positions on legislation." [NPR, 4/4/19]

**The Reauthorization Expanded Protections For Native And Transgender People.** "Republicans also oppose a new provision to allow U.S. citizens to be tried in tribal courts for crimes of domestic or dating violence committed by non-native perpetrators on native lands; a provision to create a pathway for an 'alternative justice response' as a form of mediation between victims and abusers; and the expansion of existing protections to include transgender victims." [NPR, 4/4/19]

**Perry Voted For Adding An Amendment To Extend The Violence Against Women Act Only Through Fiscal 2020 Instead Of Through Fiscal 2024.** In April 2019, Perry voted for: "Stefanik, R-N.Y., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would effectively extend the Violence Against Women Act through fiscal 2020, instead of through fiscal 2024." The motion was rejected by a vote of 185-237. [HR 1585, Vote #155, 4/4/19; CQ, 4/419]

**Perry Voted For An Amendment To The Violence Against Women Act To Ensure That Nothing In The Measure Interfered With Applicable Immigration Laws.** In April 2019, Perry voted for: "Torres Small, D-N.M., amendment that would state that nothing in the measure should be construed to interfere with the obligation to fully comply with applicable immigration laws." The amendment was adopted by a vote of 425-0. [HR 1585, Vote #154, 4/4/19; CQ, 4/4/19]

**Perry Voted Against An Amendment Allowing Grant Funding To Be Used For Training Campus Personnel In Addressing Victims Of Sexual Harassment And Assault, Domestic And Dating Violence, And Stalking.** In April 2019, Perry voted against: "Waters, D-Calif., amendment that would allow grant funding to be used for training campus personnel to use victim-centered, trauma-informed interview techniques, focused on the experience of the victim, and informed by evidence based research on the neurobiology of trauma in addressing victims of sexual harassment, sexual assault, domestic violence, dating violence or stalking." The amendment was adopted in Committee of the Whole by a vote of 258-173. [HR 1585, Vote #149, 4/3/19; CQ, 4/3/19]

**Perry Voted For An Amendment To Require The GAO To Submit A Report To Congress Detailing The Return On Investment For Legal Assistance Grants For Funding And Services To Victims Of Domestic Violence.** In April 2019, Perry voted for: "Scanlon, D-Pa., amendment that would require the Government Accountability Office to submit a report to Congress detailing the return on investment for legal assistance grants for funding and services to victims of domestic violence." The amendment was adopted 394 to 36. [HR 1585, Vote #148, 4/3/19; CQ, 4/3/19]

**Perry Voted Against An Amendment To Ensure That Any Resources For Domestic Violence Survivors Distributed By Federal Agencies Be Distributed In Other "Commonly Encountered" Languages.** In April 2019, Perry voted against: "Jeffries, D-N.Y., amendment that would require the secretary of Labor to ensure any



information or materials on resources for domestic violence survivors distributed by various federal agencies be distributed in other 'commonly encountered' languages." The amendment was adopted 363 to 67. [HR 1585, Vote #147, 4/3/19; CQ, 4/3/19]

**Perry Voted Against Considering The Violence Against Women Act.** In April, 2019 voted against: "Adoption of the rule (H Res 281) that would provide for House floor consideration of the bill (HR 1585) that would reauthorize the Violence Against Women Act of 1994 and its provisions aimed at combatting violent crimes against women and strengthening victim services." The bill passed 231 to 194. [H Res 281, Vote #145, 4/3/19; CQ, 4/3/19]

**Perry Voted Against Blocking Consideration Of The Violence Against Women Extension Act of 2019.** In April 2019, Perry voted against: "Scanlon, D-Penn., motion to order the previous question (thus ending the debate and possibility of amendment) to the rule that would provide for House floor consideration of the bill (HR 1585) that would reauthorize the Violence Against Women Act of 1994 and its provisions aimed at combatting violent crimes against women and strengthening victim services." According to the Congressional Record, "Mrs. LESKO. Mr. Speaker, I yield myself the balance of my time. If we defeat the previous question, I will offer an amendment to the rule to provide additional consideration of H.R. 1741, authored by Representative Elise Stefanik." *A vote for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 231- 193. [H Res 281, Vote #144, 4/3/19; CQ, 4/3/19; Congressional Record, 4/3/19]

> **Violence Against Women Extension Act of 2019 Extended VAWA For One Year Instead Of Proceeding With A Long-Term Rewrite.** "Stefanik has also taken a leading role in the GOP's rebuttal to Democratic legislation, introducing a conservative alternative to the Paycheck Fairness Act — a bill, she said, that 'prioritizes trial attorneys and government regulation over women's economic empowerment.' She also urged fellow Republicans to support her own anti-domestic-violence bill, one that would extend the current VAWA for a year rather than proceed with a long-term rewrite. 'Democrats do not have a monopoly on women voters in this country,' she said in an interview Thursday." [Washington Post, 4/4/19]

**Perry Voted Against Blocking Consideration Of A Bill Reauthorizing The Violence Against Women Act Through The End Of Fiscal Year 2019.** In February 2019, Perry voted against: "Perlmutter, D-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Congressional Record, "Mr. COLE. Madam Speaker, I yield myself such time as I may consume. Madam Speaker, if we defeat the previous question, I will offer an amendment to the rule to provide for consideration of H.R. 1239, the Protecting Women Act of 2019. This bill provides a straight extension of the Violence Against Women Act, or VAWA, as is it commonly known, through the end of the fiscal year." *A vote for the motion* was a vote to block consideration of the bill. The motion was agreed to 229-195. [H J Res 31, Vote #85, 2/14/19; CQ, 2/14/19; Congressional Record, 2/14/19]

## Consumer Protections & Regulations

**Perry Voted For Requiring The Federal Communications Commission To Implement Certain Consumer Regulations Related To Robocalls.** In July 2019, Perry voted for: "Pallone, D-N.J., motion to suspend the rules and pass the bill that would require the Federal Communications Commission to implement certain consumer regulations related to robocalls, or mass telephone calls placed by an automatic dialer, including regulations that would require phone companies to offer call authentication technology at no cost to consumers." The motion was agreed to by a vote of 429 to 3. [HR 2275, Vote #502, 7/24/19; CQ, 7/24/19]

> **Bill Toughened FCC's Ability To Take Action Against Illegal Robocalls And Would Require Carriers To Implement Technology Against Them.** "The bill takes aim at illegal spam calls by toughening up the Federal Communications Commission's (FCC) ability to take action against illegal robocalling operations and requiring all carriers to implement technology to make sure calls are authentic." [The Hill, 7/24/19]

**Perry Voted Against Increasing Rural Utilities Service Grants For Programs Including Broadband, Distance Learning, And Telemedicine.** In June 2019, Perry voted against: "Spanberger, D-Va., amendment that would


increase by $55 million funding for rural utilities service grant programs, including distance learning, telemedicine, and broadband programs. It would decrease by $30 million funding for the Office of the Agriculture Department General Counsel, decrease by $12.5 million funding for the department Office of the Chief Information Officer, and decrease by $12.5 million administrative funding for the department." The amendment passed 408 to 22. [HR 3055, Vote #377, 6/20/19; CQ, 6/20/19]

**Perry Voted For An Amendment Increasing NOAA Funding By $3.5 Million, While Removing The Same Amount Of Funding From The Commerce Department Telecommunications And Information Administration.** In June 2019, Perry voted for: "Rutherford, R-Fla., amendment that would increase by $3.5 million funding for National Oceanic and Atmospheric Administration operations, research, and facilities and decrease by the same amount administrative funding for the Commerce Department Telecommunications and Information Administration. Rejected in Committee of the Whole by a vote of 186-245" The motion failed by a vote of 186-245. [HR 3055, Vote #368, 6/20/19; CQ, 6/20/19]

**Perry** Voted Against **An Amendment Supporting The Development Of Lead-Free Defense Electronics.** In June 2019, Perry voted against: "Kuster, D-N.H., amendment, as modified, that would increase then decrease by $5 million funding for Defense-wide research- and evaluation-related expenses." According to Congress.gov, "Amendment increases and decreases the defense-wide Research, Development, Test and Evaluation account by $5 million in order to support funding to develop lead-free defense electronics to ensure the defense industry can integrate cutting edge civilian technology to meet military requirements." The amendment was adopted in committee of the whole by a vote of 347-101. [H.R. 2470, Vote #346, 6/18/19; CQ, 6/18/19; H Amdt 366, offered 6/18/19]

**Perry Voted Against The Consumers First Act, Clarifying And Establishing Certain Objectives, Authorities, And Offices Of The Consumer Financial Protection Bureau.** In May 2019, Perry voted againstFinancial Protection Bureau. Among provisions related to CFPB organization and authorities, the bill would require the CFPB director to ensure each statutorily established functional unit of the agency performs its assigned duties and functions; require the director to provide "adequate staff" to each unit to carry out these functions; and prohibit the director from reorganizing or renaming such units. It would statutorily reestablish a CFPB Office of Students and Young Consumers to inform students and young people about education-related savings, loans, and debt. It would statutorily authorize the CFPB Office of Fair Lending and Equal Opportunity to carry out any supervisory and enforcement activities regarding fair lending laws. It would statutorily designate the CFPB as the Consumer Financial Protection Bureau, replacing any references in federal laws and documents to the "Bureau of Consumer Financial Protection." Among other provisions, the bill would require the CFPB director to ensure the number and duties of political appointees on staff match those of such appointees at other federal financial regulatory agencies. It would add certain qualifications for CFPB consumer advisory board members, urging the CFPB director to appoint certain experts and representatives, including experts in consumer protection, community development, and fair lending, and representatives of communities "significantly impacted" by higher-priced mortgage loans. It would require the CFPB database of consumer complaints to remain publicly available on the CFPB website. As an offset for its provisions, the bill, as amended, would reduce by a total of $38 million the amount of discretionary surplus funds that may be held by the Federal Reserve. As amended, the bill would require the Consumer Financial Protection Bureau to reissue a 2017 rule prohibiting arbitration agreements between consumers and providers of consumer financial products, such as credit card companies, that bar consumers from participating in class action lawsuits against providers. It would reinstate memoranda of understanding between the CFPB and Education Department regarding coordination of oversight related to federal student loans." The bill passed 231-191. [H Res 1500, Vote #228, 5/22/19; CQ, 5/22/19]

**The Bill Intended To Reverse "Anti-Consumer Action" Taken At CFPB Under Trump Administration.** "A bill that would reverse some controversial moves made at the nation's consumer watchdog could get a floor vote in the House in May, according to a letter that Democratic lawmakers received from their leadership late last week. The Consumers First Act, which was approved 34-26 by the House Financial Services Committee in late March, would require the Consumer Financial Protection Bureau to 'promptly reverse all anti-consumer actions' made under its previous acting director, Mick Mulvaney, who is now President Trump's acting chief of


staff. The letter from Majority Leader Steny Hoyer, D-Maryland, said the measure is one of many that the House may vote on next month." [CNBC, 4/30/19]

**Perry Voted For Adding An Amendment That Would Clarify That No Funds From Civil Penalties Collected By The Consumer Financial Protection Bureau Could Be Used For Purposes Other Than Compensating "Actual Victims" Of Activities For Which Civil Penalties Have Been Imposed Under Federal Consumer Financial Laws.** In May 2019, Perry voted forn amendment that would clarify that no funds from civil penalties collected by the Consumer Financial Protection Bureau could be used for purposes other than compensating 'actual victims' of activities for which civil penalties have been imposed under federal consumer financial laws. Under existing law, the CFPB may use such funds for the purpose of consumer education and financial literacy programs." The motion was rejected 191-231. [H Res 1500, Vote #227, 5/22/19; CQ, 5/22/19]

**Perry Voted Against Amendment That Would Require The Consumer Financial Protection Bureau To Reissue A 2017 Rule Prohibiting Arbitration Agreements Between Consumers And Providers Of Consumer Financial Products.** In May 2019, Perry voted againstents between consumers and providers of consumer financial products, such as credit card companies, that bar consumers from participating in class action lawsuits against providers. It would repeal a joint resolution that overturned the 2017 rule. It would also reduce by $10 million surplus discretionary funds that may be held by the Federal Reserve." The motion was adopted 235-193. [H Res 1500, Vote #226, 5/22/19; CQ, 5/22/19]

**Perry Voted For Amendment That Would Require The Consumer Financial Protection Bureau To Consider Appointing Experts In U.S. Economic Growth To The Advisory Board.** In May 2019, Perry voted forwth and jobs and individuals representing industries affected by the CFPB, including community banks, credit unions, and small business owners, to CFPB consumer advisory board." The motion was adopted 418-10. [H Res 1500, Vote #225, 5/22/19; CQ, 5/22/19]

**Perry Voted For Amendment That Would Subject Consumer Financial Protection Bureau Funding To Congressional Appropriations.** In May 2019, Perry voted foriscal 2020 funding for the CFPB equal to the aggregate funds transferred to the agency by the Federal Reserve Board in fiscal 2019." The motion was rejected 192-235. [H Res 1500, Vote #224, 5/22/19; CQ, 5/22/19]

**Perry Voted For Amendment Removing A Provision Requiring Consumer Complaints Be Made Publicly Available On The CFPB Website.** In May 2019, Perry voted forble on the Consumer Financial Protection Bureau website." The motion was rejected 191-236. [H Res 1500, Vote #223, 5/22/19; CQ, 5/22/19]

**Perry Voted Against The Save The Internet Act To Reinstate Net Neutrality Rules.** In April 2019, Perry voted against: "Passage of the bill that would reverse the Federal Communications Commission's Dec. 2017 decision related to regulation of broadband internet services, which classified internet service as an 'information service' to be regulated under Title I FCC authorities. It would effectively restore and codify a 2015 FCC regulatory framework and any other rules repealed or amended by the 2017 decision. The restored framework would classify internet service as a 'telecommunications service' to be regulated under certain Title II FCC authorities, and restored rules would include prohibitions on blocking and paid prioritization of content by internet service providers. The restored rules would be effective retroactively, and the bill would prohibit the FCC from effectively reissuing the nullified rules. It would also exempt small broadband internet providers from certain public disclosure requirements related to network management practices, performance, or commercial terms, for one year after enactment." The bill passed by a vote of 232-190. [HR 1644, Vote #167, 4/10/19; CQ, 4/10/19]

**The Save The Internet Act Would Reinstate The Obama-Era FCC's Open Internet Order That The Federal Communications Commission Voted To Repeal In 2017.** "On Wednesday, the House of Representatives successfully pushed through a measure that would reinstate the same net neutrality rules that the Federal Communications Commission voted to repeal in 2017. The Save the Internet Act was approved 232-190 Wednesday afternoon after months of debate and committee hearings in the House. The measure was introduced last month in both chambers by Rep. Mike Doyle (D-PA) and Sen. Ed Markey (D-MA) with plenty



of fanfare from consumer advocacy groups and the American electorate. The bill, if approved, would restore the net neutrality rules put in place by way of the Obama-era FCC's Open Internet Order in 2015 that were repealed under a Republican majority only two years later." [The Verge, 4/10/19]

**NBC News: The Save The Internet Act Was "The Most Significant Development Yet" To Guarantee "Equal And Open Access To All Websites And Services" On The Internet.** "House and Senate Democrats unveiled legislation Wednesday to establish net neutrality protections, the most significant development yet in a yearslong effort by technologists to prevent companies from using their power to manipulate how users experience the internet. The 'Save the Internet Act' is the party's latest attempt to undo the Federal Communications Commission's repeal of Obama-era rules that ensured equal and open access to all websites and services for internet users and content providers." [NBC News, 3/6/19]

**Perry Voted For Adding An Amendment To Clarify That Nothing In The Save The Internet Act Should Modify, Impair Or Supersede The Internet Tax Freedom Act.** In April 2019, Perry voted for: "Walden, R-Ore., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would clarify that nothing in the bill should be construed in such a way as to modify, impair or supersede the Internet Tax Freedom Act." The motion rejected by a vote of 204-216. [HR 1644, Vote #166, 4/10/19; CQ, 4/10/19]

**Perry Voted For A Bill That Would Have Created A Database Of Settlement Agreements Related To Federal Agencies.** In February 2019, Perry voted for: "Hill, D-Calif., motion to suspend the rules and pass the bill that would require the Office of Management and Budget to create and maintain a database of settlement agreements entered into by federal agencies." The motion was agreed to by a vote of 223-195. [HR 995, Vote #84, 2/13/19; CQ, 2/13/19]

## Education Issues

**Perry Voted For An Amendment Supporting Funding For Certain Literacy Programs And Education Programs For Disadvantaged Populations.** In June 2019, Perry voted for: "Houlahan, D-Pa., amendment that would increase then decrease by $1 million funding for certain literacy programs and education programs for disadvantaged populations." The amendment was agreed to 333 to 86. [H R 2740, Vote #320, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment To Support Increasing Funding For Community School And School Safety Programs.** In June 2019, Perry voted for: "Crow, D-Colo., amendment that would increase then decrease by $5 million funding for community school and school safety programs." The amendment was adopted by a vote of 345-73. [HR 2740, Vote #319, 6/13/19; CQ, 6/13/19]

**The Amendment Was Focused On Supporting Funding For Schools After Traumatic Events.** "This afternoon, Crow's amendment to support an increase in federal funding for Project SERV passed the House overwhelming, 345-73, as part of the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2020. Crow's amendment would support a $5 million increase for Project SERV, which provides mental health resources to students in the wake of tragedies. He also called on Congress to scale programs that provide similar assistance to our nation's students and teachers." [Rep. Jason Crow, press release, 6/13/19]

**Perry Voted Against An Amendment Increasing Funding For The Education Department Office Of The Inspector General.** In June 2019, Perry voted against: "Levin, D-Mich., amendment that would increase by $4 million funding for the Education Department Office of the Inspector General and decrease by the same amount funding for the Labor Department Office of Labor-Management Standards salaries and expenses." The amendment was adopted by a vote 233-187. [HR 2740, Vote #315, 6/13/19; CQ, 6/13/19]



**Perry Voted For An Amendment Supporting An Increase In Funding For Career, Technical, And Adult Education Programs.** In June 2019, Perry voted for: "Craig, D-Minn., amendment that would decrease, then increase by $1 million funding for career, technical, and adult education programs." The amendment was adopted by a vote of 390-29. [HR 2740, Vote #310, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Supporting An Increase In Funding For Special Education Programs.** In June 2019, Perry voted for: "Craig, D-Minn., amendment that would decrease then increase by $1 million funding for Education Department state grants for special education programs." The amendment was adopted by a vote of 376-41. [HR 2740, Vote #309, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Increase By $500,000 Funding For Education Department Programs Related To Higher Education And Decrease The Same Amount From Administrative Funding.** In June 2019, Perry voted for: "Adams, D-N.C., amendment that would increase by $500,000 funding for Education Department programs related to higher education and decrease by the same amount administrative funding for department." The amendment was adopted by a vote of 358-65. [HR 2740, Vote #297, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment That Would Prohibit Use Of Funds In Contravention Of Any Established Authorities And Functions Of The Office Of Civil Rights Within The Department Of Education.** In June 2013, Perry voted against: "Jeffries, D-N.Y., amendment that would prohibit use of funds made available by the bill in contravention of any statutorily established authorities and functions of the Office of Civil Rights within the Department of Education." The amendment was adopted by a vote of 275-148. [HR 2740, Vote #295, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment That Would Increase By $500,000 Funding For Elementary And Secondary Education Act Programs.** In June 2019, Perry voted against: "Cicilline, D-R.I. amendment that would increase by $500,000 funding for a number of programs and initiatives under the Elementary and Secondary Education Act related to national research and education enrichment programs, charter school development, assistance to magnet schools and family engagement in education programs, and would decrease by the same amount funding for Washington, D.C.-specific logistics and operations within the Department of Education." The amendment was adopted by a vote of 327-97. [HR 2740, Vote #292, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Supporting Funding For Education Department Programs Related To High Education.** In June 2019, Perry voted for: "Jackson Lee, D-Texas, amendment that would increase then decrease by $10 million funding for Education Department programs related to higher education." The amendment was adopted 312 to 109. [HR 2740, Vote #261, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment Supporting Funding For Programs Related To Charter Schools, Family Engagement, And Academic Enrichment.** In June 2019, Perry voted for: "DeSaulnier, D-Calif., amendment no. 7 that would increase then decrease by $1 million funding for certain Education Department programs related to charter and magnet schools, family engagement, and academic enrichment." The amendment was adopted 347 to 76. [HR 2740, Vote #255, 6/12/19; CQ, 6/12/19]

**Perry Voted Against Creating The Recognizing Inspiring School Employees (RISE) Award Program To Honor Excellence By Non-Profit School Employees.** In February 2019, Perry voted against: "Lee, D-Nev., motion to suspend the rules and pass the bill that would create the Recognizing Inspiring School Employees (RISE) Award Program to honor excellence by non-profit school employees who provide services to students enrolled in pre-kindergarten through high school." The motion was agreed to by a vote of 387 to 19. [H R 276, Vote #89, 2/25/19; CQ, 2/25/19]

## Energy Issues

**Perry Voted Against An Amendment To Prohibit Funds For Transportation Of Liquefied Natural Gas By Rail Tank Car.** In June 2019, Perry voted against: "DeFazio, D-Ore., amendment that would prohibit the use of


funds made available by the bill to carry out an executive order allowing for the transportation of liquefied natural gas by rail tank car or to issue special permits for such transportation." The amendment was adopted in Committee of the Whole by a vote of 221-195. [HR 3055, Vote #399, 6/24/19; CQ, 6/24/19]

**Perry Voted Against An Amendment To Prohibit Funds To Finalize Findings Proposed By EPA Regarding National Emission Standards For Coal And Oil Fired Steam Units.** In June 2019, Perry voted against: "Schrier, D-Wash., amendment that would prohibit the use of funds provided by the bill to finalize certain findings in a proposed Environmental Protection Agency rule regarding national emission standards for air pollutants from coal- and oil-fired steam-generating units." The amendment was adopted in Committee of the Whole by a vote of 253-177. [HR 3055, Vote #395, 6/20/19; CQ, 6/20/19]

**Perry Voted Against An Amendment To Prohibit Funding From The 2020 Appropriations Package To Go Toward Oil And Gas Leasing In California, Washington, And Oregon.** In June 2019, Perry voted against: "Carbajal, D-Calif., amendment that would prohibit the use of funds made available by the bill for the purpose of conducting Interior Department offshore oil and gas leasing, preleasing or related activities in the Outer Continental Shelf Planning Areas for Washington/Oregon, Northern California, Central California, and Southern California." The amendment passed, 238 to 192.  [HR 3055, Vote #393, 6/20/19; CQ, 6/20/19]

**Perry Voted Against An Amendment To Prohibit Funding From The 2020 Appropriations Package To Go Towards Oil And Gas Exploration In The Atlantic Ocean.** In June 2019, Perry voted against: "Cunningham, D-S.C., amendment that would prohibit the use of funds made available by the bill to conduct or authorize any geological or geophysical oil or gas exploration in areas located in Outer Continental Shelf Planning Areas for the Atlantic Region or to prepare environmental impact statements or assessments for such explorations." The amendment passed, 245 to 187. [HR 3055, Vote #391, 6/20/19; CQ, 6/20/19]

**Perry Voted For Allowing Funding From The 2020 Appropriations Bill To Go Toward Outer Continental Shelf Oil And Gas Leasing Activities.** In June 2019, Perry voted for: "Graves, R-La., amendment that would strike from the bill a provision that would prohibit the use of funds made available by the bill for certain activities under the Outer Continental Shelf Oil and Gas Leasing Program, as proposed in a January 2018 Bureau of Ocean Energy Management notice of intent to prepare an environmental impact statement for the program." The amendment failed, 193 to 239. [HR 3055, Vote #387, 6/20/19; CQ, 6/20/19]

**Perry Voted For Prohibiting Funding From The 2020 Appropriations Bill Be Used To Enforce A June 2016 EPA Rule On Oil And Natural Gas Emissions.** In June 2019, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds made available by the bill to enforce a June 2016 Environmental Protection Agency rule regarding emission standards for the oil and natural gas sector." The amendment failed 191 to 241. [HR 3055, Vote #385, 6/20/19; CQ, 6/20/19]

**Perry Voted For Allowing Funding From The 2020 Appropriations Bill To Go Toward Oil And Gas Lease Sales.** In June 2019, Perry voted for: "Duncan, R-S.C., amendment that would strike from the bill a prohibition on the use of funds made available under the bill for the purpose of conducting an oil or gas lease sale as required under the 2017 tax overhaul law." The amendment failed 198 to 233. [HR 3055, Vote #384, 6/20/19; CQ, 6/20/19]

**Perry Voted Against Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Offshore Oil And Gas Leasing In The Atlantic Ocean.** In June 2019, Perry voted against: "Pallone, D-N.J., amendment that would prohibit the use of funds made available by the bill for the purpose of conducting Interior Department offshore oil and gas leasing, preleasing or related activities in the Outer Continental Shelf Planning Areas for the North Atlantic, Mid-Atlantic, and South Atlantic." The amendment passed 247 to 185. [HR 3055, Vote #379, 6/20/19; CQ, 6/20/19]

**Perry Voted Against Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Offshore Oil And Gas Leasing In The South Atlantic, Straits Of Florida, And Gulf Of Mexico.** In June 2019, Perry voted against: "Wasserman Schultz, D-Fla., amendment that would prohibit the use of funds made available under the bill


for the purpose of conducting Interior Department offshore oil and gas leasing, preleasing or related activities in the Outer Continental Shelf Planning Areas for the South Atlantic, the Straits of Florida, and the central and eastern Gulf of Mexico." The amendment passed 252 to 178. [HR 3055, Vote #378, 6/20/19; CQ, 6/20/19]

**Perry Voted For An Amendment Reducing Funding Approved By The Energy And Water Development Subcommittee By 14 Percent, Not Including Funding For the Department Of Defense.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all funding made available by the Energy and Water Development and related agencies title of the bill (Division E), not including amounts made available for the Defense Department." The motion failed by a vote of 132-302. [HR 2740, Vote #365, 6/19/19; CQ, 6/19/19]

> **Rep. Banks Press Release: "The 14% Percent Cuts […] Would Bring Non-Defense Discretionary Spending Below The FY2020 Cap Set By The Budget Control Act."** "The 14% percent cuts proposed by Congressman Banks, when applied to all non-discretionary accounts, would bring non-defense discretionary spending below the FY2020 cap set by the Budget Control Act. Congressman Banks' amendment to the Labor, Health and Human Services and Education Division, though ultimately defeated, was supported by 150 members. A vote on the Congressman's amendment to State and Foreign Operations Division is scheduled for next week. Congressman Banks will continue to offer the same amendment to all non-defense discretionary accounts as the appropriations process moves forward." [Office of Rep. Banks, Press Release, 6/13/19]

**Perry Voted For An Amendment Striking The Use Of Funds To Transfer Authority From The Army Corps Of Engineers To Other Departments Or Agencies.** In June 2019, Perry voted for: "Graves, R-La., amendment that would strike from the bill a section prohibiting the use of funds made available by the bill to reorganize or transfer civil works functions or authority of the Army Corps of Engineers or Army to another department or agency." The motion failed by a vote of 162-269. [HR 2740, Vote #364, 6/19/19; CQ, 6/19/19]

**Perry Voted Against An Amendment Prohibiting Army Corps Of Engineers Funding In Alaska For Mining And A Natural Gas Pipeline.** In June 2019, Perry voted against: "Huffman, D-Calif., amendment that would prohibit the use of funds made available by the bill to finalize the environmental impact statement for a proposed Army Corps of Engineers infrastructure project in southwest Alaska, including a mine site, port, transportation corridor, and natural gas pipeline." The motion was adopted by a vote of 233-201. [HR 2740, Vote #363, 6/19/19; CQ, 6/19/19]

**Perry Voted Against Amendments Increasing Funding For The Department Of Energy By $10 Million For Energy Efficiency And Renewable Programs, Research, And For The Office Of Indian Energy Programs.** In June 2019, Perry voted against: "Kaptur, D-Ohio, en bloc package of amendments to the Energy-Water title (Division E) of the bill that would, among other provisions, increase by $5 million funding for plants and capital equipment for Energy Department energy efficiency and renewable energy activities; increase by $3 million funding for the an Energy Department agency for research and development of advanced energy technologies; and increase by $2 million funding for the Office of Indian Energy programs." The motion was adopted by a vote of 233-200. [HR 2740, Vote #360, 6/19/19; CQ, 6/19/19]

**Perry** Voted For **Amendment That Would Reduce by 5 Percent All Funding Made Available By The Energy And Water Development And Related Agendas Titles Of The Bill.** In June 2019, Perry voted for: "Burgess, R-Texas, amendment that would reduce by 5 percent all funding made available by the Energy and Water Development and related agendas title of the bill." The amendment was rejected by the committee of the whole by 146-288. [HR 2470, Vote #358, 6/19/19; CQ, 6/19/19]

## Environmental Issues

**Perry Voted For An Amendment To Block The Establishment Of A Climate Security Advisory Council Under The Director Of National Intelligence.** In July 2019, Perry voted for: "Chabot, R-Ohio, amendment that would strike from the bill a provision that would establish a climate security advisory council under the Office of



the Director of National Intelligence." The amendment failed 178-255. [HR 3494, Vote #490, 7/17/19; CQ, 7/17/19]

**Perry Voted Against Supporting Funding For The Land And Water Conservation Fund.** In June 2019, Perry voted against: "Cunningham, D-S.C., amendment that would increase then decrease by $5 million funding for operations of the Land and Water Conservation Fund, including for land and water acquisition and administrative expenses." The amendment passed, 325 to 107.  [HR 3055, Vote #392, 6/20/19; CQ, 6/20/19]

**Perry Voted For An Amendment To Prohibit Funding From The Appropriations Bill To Go Towards The EPA Database On "Chemical Hazards In The Environment."** In June 2019, Perry voted for: "Biggs, R-Ariz., amendment that would prohibit the use of funds made available by the bill for the Environmental Protection Agency integrated risk information system, a database containing information on chemical hazards in the environment and their effects on human health." The amendment failed, 157 to 275. [HR 3055, Vote #390, 6/20/19; CQ, 6/20/19]

**Perry Voted For Reducing Funding For The EPA, The Department Of The Interior, And Other Agencies By 14 Percent.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all discretionary funding made available under the Interior, Environment, and related agencies title of the bill (Division C)." The amendment failed, 132 to 299. [HR 3055, Vote #389, 6/20/19; CQ, 6/20/19]

**Perry Voted For Reducing Funding For The EPA, The Department Of The Interior, And Other Agencies By 23.6 Percent.** In June 2019, Perry voted for: "Hice, R-Ga., amendment that would reduce by 23.6 percent all discretionary funding made available under the Interior, Environment, and related agencies title of the bill (Division C)."The amendment failed, 128 to 304. [HR 3055, Vote #388, 6/20/19; CQ, 6/20/19]

**Perry Voted For To Prohibit The EPA From Using Funds To "Implement The Obama Administration's Social Cost Of Carbon Mandate."** In June 2019, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds made available by the bill for the Environmental Protection Agency to prepare or promulgate any regulation or guidance referencing analysis contained in certain documents published by the White House council on environmental quality and by interagency working groups on the social cost of carbon and greenhouse gases." According to Congressman Mullin, "Amendment #148 to H.R. 3055 would prohibit funds from being used to implement the Obama Administration's social cost of carbon mandate."  The amendment failed, 189 to 243. [HR 3055, Vote #386, 6/20/19; CQ, 6/20/19; Representative Markwayne Mullin, Press Release, 6/21/19]

**Perry Voted For Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Implementing The 2009 EPA Rule On Greenhouse Gas Emissions.** In June 2019, Perry voted for: "Gosar, R-Ariz., amendment that would prohibit the use of funds made available by the bill to implement a December 2009 Environmental Protection Agency rule making findings on greenhouse gas emissions." The amendment failed 178 to 254. [HR 3055, Vote #383, 6/20/19; CQ, 6/20/19]

**Perry Voted Against Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Timber Harvesting In Tongass National Forest In Alaska.** In June 2019, Perry voted against: "Blumenauer, D-Ore., amendment that would prohibit the use of funds made available by the bill to plan or construct, for the purpose of timber harvesting by private entities, a forest development road in the Tongass National Forest in southeast Alaska." The amendment passed 243 to188. [HR 3055, Vote #382, 6/20/19; CQ, 6/20/19]

**Perry Voted For Prohibiting Funding From The 2020 Appropriations Bill To Go Toward Implementing Two EPA Rules From October 2015 Regarding Carbon Pollution And Greenhouse Gas Emissions.** In June 2019, Perry voted for: "Duncan, R-S.C., amendment that would prohibit the use of funds made available by the bill to implement two October 2015 Environmental Protection Agency rules regarding regulation of carbon pollution and greenhouse gas emission." The amendment failed 192 to 240. [HR 3055, Vote #381, 6/20/19; CQ, 6/20/19]



**Perry Voted For An Amendment Prohibiting Funding To Evaluate Protected Status Of Right Whales.** In June 2019, Perry voted for: "Golden, D-Maine, amendment that would prohibit the use of funds made available by the bill for the use of a certain risk reduction support tool to evaluate the protected status of right whales. Rejected in Committee of the Whole by a vote of 84-345" The motion failed by a vote of 84-345 [HR 3055, Vote #372, 6/20/19; CQ, 6/20/19]

> **Portland Press Herald: The Amendment Would "Prohibit Federal Regulators From Spending Money On Right Whale Protections That Would Impact Lobstermen."** "An amendment filed by Maine Rep. Jared Golden to prohibit federal regulators from spending money on right whale protections that would impact lobstermen was voted down Thursday.  The U.S. House of Representatives voted 345-84 to kill the amendment to the U.S. Department of Commerce spending bill. The proposed budget rider was also supported by Rep. Chellie Pingree, D-1st District." [Portland Press Herald, 6/20/19]

**Perry Voted For A Republican Amendment Prohibiting Environmental Regulations Based On Certain Trump Administration Reports On Carbon And Greenhouse Gases.** In June 2019, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds made available by the bill to prepare, propose, or promulgate any regulation or guidance referencing analysis contained in certain documents published by the White House council on environmental quality and by the interagency working groups on the social cost of carbon and greenhouse gases." The motion failed by a vote of 186-248. [HR 2740, Vote #362, 6/19/19; CQ, 6/19/19]

**Perry** Voted Against **An Amendment Supporting Additional Reporting By The Defense Department On The Risks To National Security Posed By Climate Change.** In June 2019, Perry voted against: "Visclosky, D-Ind., for Jeffries, D-N.Y., amendment no. 40A that would decrease then increase by $500,000 funding for Defense-wide operations and maintenance." According to Congress.gov, "Amendment increases and decreases the Department of Defense Operation and Maintenance, Defense-Wide Fund by $500,000 to provide funding for additional reporting on the immediate risks to U.S. national security posed by climate change and its impacts to the Department and its ability to defend the nation." The amendment was adopted in committee of the whole by a vote of 254-174. [H.R. 2470, Vote #348, 6/18/19; CQ, 6/18/19; H Amdt 386, offered 6/18/19]

**Perry Voted For An Amendment To Prohibit The Use Of Funds Made Available By The Bill For The U.N Framework Convention On Climate Change.** In June 2019, Perry voted for: "Arrington, R-Texas, amendment that would prohibit the use of funds made available by the bill for the U.N. Framework Convention on Climate Change." To amendment was rejected 174 to 251. [H R 2740, Vote #337, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment To Strike From The Bill Provisions That Allowed Funds To Be Used For The Paris Climate Agreement.** In June 2019, Perry voted for: "Palmer, R-Ala., amendment that would strike from the bill provisions allowing funds provided by the bill to be used for payments under the Paris Climate Agreement and prohibiting such funds to be used for U.S. withdrawal from the agreement." The amendment was rejected 184 to 241. [H R 2740, Vote #336, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment That Would Clarify That No Funds Made Available By The Bill May Be Used For The U.N. Framework Convention On Climate Change.** In June 2019, Perry voted for: "Gosar, R-Ariz., amendment that would clarify that no funds made available by the bill may be used for the U.N. Framework Convention on Climate Change." The amendment was rejected 170 to 248. [H R 2740, Vote #329, 6/18/19; CQ, 6/18/19]

**Perry Voted Against An Amendment Supporting Funding For Planning And Construction Of Authorized Projects Of The U.S. Mexico International Boundary And Water Commission.** In June 2019, Perry voted against: "Grijalva, D-Ariz., amendment that would decrease then increase by $4 million funding for planning and construction of authorized projects of the U.S.-Mexico International Boundary and Water Commission." The amendment was agreed to 310 to 109. [H R 2740, Vote #328, 6/18/19; CQ, 6/18/19]



**Perry Voted For An Amendment That Would Clarify No Funds Be Made Available By The Bill To The Intergovernmental Panel on Climate Change, The U.N. Framework Convention On Climate Change, Or The Green Climate Fund.** In June 2019, Perry voted for: "Gosar, R-Ariz., for Luetkemeyer, R-Mo., amendment that would clarify that no funds made available by the bill may be used for contributions on behalf of the U.S. to the Intergovernmental Panel on Climate Change, the U.N. Framework Convention on Climate Change, or the Green Climate Fund." The amendment was rejected 174 to 244. [H R 2740, Vote #327, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment Supporting Funding For State Department Programs To Combat Wildlife Poaching And Tracking.** In June 2019, Perry voted for: "Jackson Lee, D-Texas, amendment 80 that would increase then decrease by $1 million funding allocated for State Department programs to combat wildlife poaching and trafficking." The amendment was agreed to 339 to 79. [H R 2740, Vote #326, 6/18/19; CQ, 6/18/19]

**Perry Voted Against An Amendment To Divert $6.25 Million In Funding Under The National Institute Of Health To Support Researching The Impact Of Harmful Algae Blooms On Human Health.** In June 2019, Perry voted against: "Buchanan, R-Fla., amendment that would increase then decrease by $6.3 million funding for National Institute of Environmental Health Sciences research." According to Congress.gov, the "Amendment redirects $6,250,000 in funding for the National Institute of Environmental Health Sciences under the National Institute of Health in order to support research into the impact of red tide and other Harmful Algal Blooms on human health." The amendment was adopted 401 to 23. [HR 2740, Vote #268, 6/12/19; CQ, 6/12/19; H Amdt 284, offered 6/12/19]

**Perry Voted Against Authorizing The Establishment Of A Program Awarding Competitive Prizes For The Development Of Monitoring, Management, And Adaptation Options In Response To Ocean Acidification.** In June 2019, Perry voted againstcompetitive prizes for the development of monitoring, management, and adaptation options in response to ocean acidification, particularly for programs to address communities, environments, or industries 'in distress' due to ocean acidification. The program could be carried out by any federal agency represented on an interagency working group on ocean acidification, in coordination with the National Oceanic and Atmospheric Administration." The motion passed 395-3. [H Res 1921, Vote #241, 6/5/19; CQ, 6/5/19]

**Perry Voted Against Prohibiting The Use Of Federal Funds For U.S. Withdrawal From The Paris Agreement On Climate Change And Requiring The President To Develop A Plan For The United States To Meet Its Contribution.** In May 2019, Perry voted against: "Passage of the bill, as amended, that would prohibit the use of federal funds for U.S. withdrawal from the Paris Agreement on climate change and would require the president to develop a plan for the United States to meet its nationally determined contribution under the accord. Specifically, it would require the plan to describe how the U.S. will meet, by 2025, its proposed goal of reducing greenhouse gas emissions to 26 to 28 percent below 2005 levels. It would also require the plan to describe how the U.S. will confirm that other major parties to the accord are fulfilling their proposed contributions. The bill would require the plan to be submitted to Congress and made public no later than 120 days after enactment and to be updated annually. As amended, the bill would require the plan to describe how the U.S. can assist other parties in fulfilling contributions to the accord; require a public comment period on the plan and on subsequent updates to the plan; and order a number of reports on the impacts of the Paris Agreement on clean energy job development, the U.S. economy, and U.S. territories." The bill passed 231 to 190, with 11 not voting. [HR 9, Vote #184, 5/2/19; CQ, 5/2/19]

**Perry Voted For Adding An Amendment To Set The Bill's Effective As The Day The President Certifies Fulfillment Of The Paris Agreement Would Not Result In A "Net Transfer Of Jobs" To China.** In May 2019, Perry voted for: "Barr, R-Ky., motion to recommit the bill to the House Foreign Affairs Committee with instructions to report it back immediately with an amendment that would set the bill's effective date as the date on which the president certifies that meeting the nationally determined contribution under the Paris Agreement will not result in a 'net transfer of jobs' from the U.S. to China." The motion was rejected by a vote of 206-214, with 11 not voting. [HR 9, Vote #183, 5/2/19; CQ, 5/2/19]



**Perry Voted Against An Amendment To Require Reporting Of How The U.S. Would Have Been Impacted By The Fulfillment Of The Paris Agreement, Including Any Effects On Industry, Jobs, Energy Costs, Or Technological Development.** In May 2019, Perry voted against: "Engel, D-N.Y., for Cox, D-Calif., amendment that would require the emissions reduction plan required by the bill to describe and take into account how U.S. regions and industries would be affected by the fulfillment of the nationally determined contribution under the Paris Agreement, including potential effects on U.S. jobs, energy costs, and technology development." The amendment was adopted 259 to 166, with 12 not voting. [HR 9, Vote #182, 5/2/19; CQ, 5/2/19]

**Perry Voted Against An Amendment To Affirm The Paris Agreement Addressed The Damage Caused By Climate Change.** In May 2019, Perry voted against: "Van Drew, D-N.J., amendment that would state that the Paris Agreement recognizes the importance of preventing and addressing loss and damage associated with the effects of climate change, including extreme weather and slow onset events such as strong winds and flooding from hurricanes and tropical storms." The amendment was adopted 257 to 167, with 13 not voting. [HR 9, Vote #181, 5/2/19; CQ, 5/2/19]

**Perry Voted For An Amendment Clarify That The President Could Include Voluntary Agricultural Practices That Would Reduce Greenhouse Gas Emissions In The Climate Action Now Bill.** In May 2019, Perry voted for: "Schrier, D-Wash., amendment that would specify that nothing in the bill should be construed to require or prohibit the president from including voluntary agricultural practices that would reduce greenhouse gas emissions in the emissions reduction plan required by the bill." The amendment was adopted 295 to 132, with 10 not voting. [HR 9, Vote #180, 5/2/19; CQ, 5/2/19]

**Perry Voted For An Amendment That Would Require Or Prohibit The Inclusion Of Any Specific Energy Technology In The Emissions Reduction Plan.** In May 2019, Perry voted for: "Fletcher, D-Texas, amendment that would specify that nothing in the bill should be construed to require or prohibit the inclusion of any specific energy technology in the emissions reduction plan required by the bill.." The amendment was adopted in Committee of the Whole by a vote of 305-121. [HR 9, Vote #179, 5/2/19; CQ, 5/2/19]

**Perry Voted Against An Amendment That Would State That The Paris Agreement Recognizes The Importance Of Technology.** In May 2019, Perry voted against under the agreement." The amendment was adopted in Committee of the Whole by a vote of 262 - 163. [HR 9, Vote #178, 5/2/19; CQ, 5/2/19]

**Perry Voted For An Amendment That Would Prohibit Any Federal Funds From Being Used To Facilitate The Withdrawal Of The United States From The Paris Agreement.** In May 2019, Perry voted for: "Gosar, R-Ariz., amendment that would remove from the bill a section that would prohibit any federal funds from being used to facilitate the withdrawal of the United States from the Paris Agreement." The amendment was rejected in Committee of the Whole by a vote of 189-234. [HR 9, Vote #177, 5/2/19; CQ, 5/2/19]

**Perry Voted Against An Amendment That Would State That The Paris Agreement Urges Parties To Consider "Climate Justice" And The Impacts Of Climate Change On Local Communities And Vulnerable Populations.** In May 2019, Perry voted against te change on local communities, migrants, children, and other 'people in vulnerable situations.'" The amendment was adopted in Committee of the Whole by a vote of 237-185. [HR 9, Vote #175, 5/2/19; CQ, 5/2/19]

**Perry Did Not Vote On Considering The Climate Now Act, Which Would Direct The President To Develop A Plan To Comply With The Paris Agreement.** In May 2019, Perry did not vote on: "Adoption of the rule (H Res 329) that would provide for House floor consideration of the Climate Action Now Act (HR 9) that would direct the president to develop a plan for the United States to meet its nationally-determined contribution under the Paris Agreement, and for other purposes." The rule was adopted by 226-183. [HR 329, Vote #173, 5/1/19; CQ, 5/1/19]

**Perry Did Not Vote On Blocking Consideration Of The Green New Deal.** In May 2019, Perry did not vote on: "McGovern, D-Md., motion to order the previous question (thus ending the debate and possibility of amendment)." According to the Congressional Record, Rep. Lesko said, "Madam Speaker, if we defeat the previous question, I


will offer an amendment to the rule to provide additional consideration of H. Res. 109, the notorious Green New Deal." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 228-191. [HR 329, Vote #172, 5/1/19; CQ, 5/1/19; Congressional Record, 5/1/19]

**Perry Voted For Authorizing $200 Million Annually Through FY 2024 For An Environmental Protection Agency Grant Program Related To State And Local Water Pollution Source Management.** In April 2019, Perry voted for: "Craig, D-Minn., motion to suspend the rules and pass the bill that would authorize $200 million annually through fiscal 2024 for an Environmental Protection Agency grant program for state and local government programs related to water pollution source management. " The motion was agreed to by a vote of 329-56 (NOTE: A two-thirds majority of those present and voting (257 in this case) is required for passage under suspension of the rules.) [HR 1331, Vote #158, 4/8/19; CQ, 4/8/19]

**Perry Voted Against A Bill That Permanently Reauthorized The Land And Water Conservation Fund And Other Programs Related To National Lands.** In February 2019, Perry voted against: "Grijalva, D-Ariz., motion to suspend the rules and pass the bill that would permanently reauthorize the Land and Water Conservation Fund, with at least 40 percent of the fund to be used for state projects, at least 40 percent for federal projects, and at least 3 percent toward increasing recreational access to federal lands. It would also reauthorize, through 2023, the national volcano monitoring system and the U.S. Geological Survey. Through 2022, it would reauthorize several programs related to wildlife conservation, invasive species management, and prevention of illegal poaching and trafficking. The bill also includes a number of provisions related to the designation, regulation, exchange, and management of federal public lands and forests. It would make additions and boundary adjustments to several national parks, monuments, and historic sites. It would authorize and establish procedures for the transfer of water and power facilities from the Bureau of Reclamation to state and local entities and would authorize a Reclamation water management project in south-central Washington State. It also contains provisions related to federal land access for hunting and ordering studies on federal land designation, among other provisions." The bill passed by a vote of 363-62 under suspension of the rules. [S 47, Vote #95, 2/26/19; CQ, 2/26/19]

**Perry Voted Against $35.9 Billion In FY 2019 Funding For The Department Of The Interior And EPA.** In January 2019, Perry voted against: "Passage of the bill that would that would provide $35.9 billion in fiscal 2019 for the Interior Department, the Environmental Protection Agency, and related agencies. The bill would provide $8.8 billion for the EPA, including $3.6 billion for state and tribal assistance grants and $1.1 billion for hazardous substance superfund activities; it would also require that $5.2 million of EPA funding be used to study algal blooms. The bill would provide $13.2 billion for the Interior Department, including $3.2 billion for the National Park Service, $1.3 billion for the Bureau of Land Management, $1.6 billion for the Fish and Wildlife Service, and $5.8 billion for the Indian Health Service. It would also provide $6.3 billion for the Forest Service, and provide a total of $4.3 billion for Forest Service and Interior Department wildfire activities." The bill passed 240-179. [HR 266, Vote #27, 1/11/19; CQ, 1/11/19]

**Perry Voted For Increasing FY 2019 Funding For Forest Service Hazardous Fuel Management Programs And Reducing Funding For The Bureau Of Land Management.** In January 2019, Perry voted for: "Calvert, R-Calif., motion to recommit the bill (HR 266) to the House Appropriations Committee with instructions to report it back immediately with amendments that would increase by $21 million the amount authorized for Interior Department and Forest Service hazardous fuel management programs. The amendments required by the instructions would also reduce by $6 million the amount authorized for Bureau of Land Management maintenance and administration." The motion was rejected 190-229. [HR 266, Vote #26, 1/11/19; CQ, 1/11/19]

## Election Law & Campaign Finance Issues

**Perry Voted Against An Election Security Bill Requiring Cybersecurity Safeguards And Paper Ballots.** "Passage of the bill, as amended, that would authorize funding for and establish a number of requirements related to voting system infrastructure, security, and audits for federal elections. Specifically, it would require each jurisdiction administering voting for a federal election to conduct votes with paper ballots that can be counted either by hand or optical scanner and to conduct manual audits for all federal elections before an election is certified. It



would authorize $1.3 billion through fiscal 2026 for U.S. Election Assistance Commission grants for states to update voting systems in accordance with the bill's provisions, including for cybersecurity risk mitigation and to conduct post-election audits. Among other provisions, it would require states to use voting system hardware and software manufactured in the U.S., require that such systems are tested by the Commission at least nine months before a general federal election, and establish certain disclosure and cybersecurity incident reporting requirements for vendors of voting system equipment. It would also prohibit states from using voting systems connected to the internet or containing wireless capabilities and would require jurisdictions to ensure that each polling station has voting systems equipped for individuals with disabilities, including visual and mobility disabilities." The bill passed by a vote of 225-184. [HR 2722, Vote #428, 6/27/19; CQ, 6/27/19]

**The SAFE Act Mandated Improvements To The Security Of Election Hardware And Software, While Requiring Voting Systems Use Backup Paper Ballots In Federal Contests.** "The House passed an election security measure Thursday that would require voting systems to use backup paper ballots in federal contests, while also mandating improvements to the higher-tech side of the polls. […] The measure, known as the Securing America's Federal Elections Act, passed Thursday would authorize $600 million for states to bolster election security. It also would give states $175 million biannually to help sustain election infrastructure. […] It would also require implementation of cybersecurity safeguards for hardware and software used in elections, bar the use of wireless communication devices in election systems and require electronic voting machines be manufactured in the United States." [Roll Call, 6/27/19]

**Perry Voted For Adding An Amendment Requiring State Election Officials To Disclose The Identity of Foreign Officials Who Infiltrated Election-Related Infrastructure Within Thirty Days.** In June 2019, Perry voted for: "Davis, R-Ill., motion to recommit the bill to the House Administration Committee with instructions to report it back immediately with an amendment that would require state election officials to disclose to the U.S. Election Assistance Commission within 30 days the identity of any foreign national known to have handled voting equipment or have had unmonitored access to certain election-related facilities or communications technology, including voter registration databases." The motion was rejected by a vote of 189-220. [HR 2722, Vote #427, 6/27/19; CQ, 6/27/19]

**Perry Voted Against Considering The Fiscal 2020 Financial Services Appropriations Bill. And The Securing America's Federal Elections (SAFE) Act.** In June 2019, Perry voted against: "Adoption of the rule (H Res 460) that would provide for House floor consideration of the Fiscal 2020 Financial Services Appropriations bill (HR 3351), and the Securing America's Federal Elections (SAFE) Act (HR 2722), which includes a number of provisions related to election infrastructure improvements and cybersecurity. The rule would provide for automatic adoption of a Lofgren, D-Calif., and manager's amendment to HR 2722 that would make technical corrections to the bill and add or modify provisions related to voter accessibility for individuals with disabilities, requirements for paper ballots, and voting technology. The rule would also provide for same-day floor consideration of any resolution reported from the House Rules Committee related to a measure making appropriations, through Thursday, June 27." The resolution was adopted by a vote of 225 - 190. [H Res 460, Vote #404, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Blocking Consideration Of The Election Security Assistance Act.** In June 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus limiting debate and possibility of amendment)." According to the Congressional Record. "Mr. COLE. Madam Speaker, I yield myself such time as I may consume… if we defeat the previous question, I will offer an amendment to the rule to immediately bring up Congressman Davis' Election Security Assistance Act for consideration under an open rule." A vote *for the motion was a vote to block consideration of the bill.* The motion agreed to by a vote of 228-188. [H Res 460, Vote #403, 6/25/19; CQ, 6/25/19; Congressional Record, 6/25/19]

**Perry Voted Against The For The People Act.** In March 2019, Perry voted against: "Passage of the bill, as amended, that includes a package of provisions related to campaign finance, voter registration and access, and ethical standards for government officials. Among a number of provisions related to campaign finance reform, the bill would prohibit super PACs from financing political ads supporting or opposing a political candidate. It would


require corporations, organizations, and political committees to disclose campaign-related expenditures of more than $1,000 and any donors contributing more than $10,000 in an election cycle. It would expand political advertising disclaimer requirements to online political ads and establish reporting requirements for online platforms selling political ads. It would prohibit foreign entities from contributing to a political campaign, super PAC, or presidential inaugural committee. The bill would also establish or modify public funding mechanisms for federal election campaigns that would match small contributions of up to $200 for congressional and presidential candidates whose campaigns do not accept contributions of more than $1,000 from any individual donor and do not use more than $50,000 of the candidate's personal funds." The bill passed 234-193. [HR 1, Vote #118, 3/8/19; CQ, 3/8/19]

**HEADLINE: "House Democrats Just Passed A Slate Of Significant Reforms To Get Money Out Of Politics."** [Vox, 3/8/19]

**The For The People Act Established A Match Program For Candidates Who Raised Money From Small Dollar Donors, Funded By A Fee On Criminal And Civil Fines By Banks And Corporations.** "Establishing public financing of campaigns, powered by small donations. Under the vision of the bill's main sponsor, Rep. John Sarbanes (D-MD), the federal government would provide a voluntary 6-1 match for candidates for president and Congress, which means for every dollar a candidate raises from small donations, the federal government would match it six times over. The maximum small donation that could be matched would be capped at $200. The most substantial change to HR 1 is this program now won't be funded by taxpayer dollars as originally planned; instead, it will come from adding a 2.75 percent fee on criminal and civil fines, fees, penalties, or settlements with banks and corporations that commit corporate malfeasance (think Wells Fargo)." [Vox, 3/8/19]

**The For The People Act Supported An End To Citizens United And Increased Disclosure Of The Funders Of "Dark Money" Groups And Online Political Ads.** "Supporting a constitutional amendment to end Citizens United. Passing the DISCLOSE Act, pushed by Rep. David Cicilline and Sen. Sheldon Whitehouse, both Democrats from Rhode Island. This would require Super PACs and 'dark money' political organizations to make their donors public. Passing the Honest Ads Act, championed by Sens. Amy Klobuchar (MN) and Mark Warner (VA) and introduced by Rep. Derek Kilmer (WA) in the House, which would require Facebook and Twitter to disclose the source of money for political ads on their platforms and share how much money was spent." [Vox, 3/8/19]

**The For The People Act Created National Automatic Voter Registration, Made Election Day A Federal Holiday, Ended Partisan Gerrymandering, And Increased Election Security.** "Creating new national automatic voter registration that asks voters to opt out rather than opt in, ensuring more people will be signed up to vote. Early voting, same-day voter registration, and online voter registration would also be promoted. Making Election Day a holiday for federal employees and encouraging private sector businesses to do the same […] Ending partisan gerrymandering in federal elections and prohibiting voter roll purging. The bill would stop the use of non-forwardable mail being used as a way to remove voters from rolls. Beefing up election security, including requiring the director of national intelligence to do regular checks on foreign threats. Recruiting and training more poll workers ahead of the 2020 election to cut down on long lines at the polls." [Vox, 3/8/19]

**Perry Voted For Adding An Amendment To Express The Sense Of Congress That "That Permitting Undocumented Immigrants To Vote 'Devalues' And 'Diminishes' The Voting Power Of U.S. Citizens."** In March 2019, Perry voted for: "Crenshaw, R-Texas., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would express the sense of Congress that voting is 'fundamental to a functioning democracy,' that the United States should protect elections from foreign interference and illegal voting, and that permitting undocumented immigrants to vote 'devalues' and 'diminishes' the voting power of U.S. citizens." The motion was rejected by a vote of 197-228. [HR 1, Vote #117, 3/8/19; CQ, 3/8/19]



**Politifact Called Claims This Amendment Would "Allow Illegal Aliens To Have Right To Vote" "False:" "The Motion Was Symbolic And Would Not Have Changed Anything, Since Existing U.S. Law Already Bans Noncitizens From Voting."** "Just because Democrats voted against a motion reaffirming that illegal immigrants can't vote doesn't mean they voted to actually allow those immigrants to vote. The United States already has a law that prevents noncitizens from casting a ballot for president or other federal offices. HR 1 doesn't change that law — and HR 1 doesn't call for extending the right to vote to noncitizens. […] A Facebook post said 228 House Democrats voted 'to allow illegal aliens to have right to vote.' The text post inaccurately describes what the vote was about. […] The motion was symbolic and would not have changed anything, since existing U.S. law already bans noncitizens from voting in federal elections. By voting against the measure, Democrats opened themselves up to attacks — but they simply didn't move to allow noncitizens to have the right to vote. We rate this statement False." [Politifact, 3/13/19]

**Factcheck.Org Called Attacks On The Motion "Misleading Because It "Would Have Had No Effect On The Law."** "On March 8, the same day the House cast its final vote on the bill, Texas Republican Rep. Dan Crenshaw introduced a Motion to Recommit H.R. 1 to the Judiciary Committee with instructions to add language condemning voting by 'illegal immigrants.' But 'sense of Congress' provisions, such as the one offered by Crenshaw, have 'no force of law,' as explained in a Congressional Research Service report. […] Again, that's misleading: The motion would have had no effect on the law, and there was no vote to give immigrants in the country illegally the right to vote." [FactCheck.org, 3/13/19]

**Perry Voted Against An Amendment To Require States To Process Voter Registration Documents For Individuals Who Were At Least 16 Years Of Age.** In March 2019, Perry voted against: "Neguse, D-Colo., amendment that would require states to accept and process voter registration documents for individuals who are at least 16 years of age. (The provision would have no effect on voting age requirements.)" The amendment was adopted 239-186. [HR 1, Vote #116, 3/8/19; CQ, 3/8/19]

**Perry Voted Against An Amendment That Would Have Required All Polling Places In A State To Be Open For Around The Same Amount Of Time, Not Varying More Than Two Hours.** In March 2019, Perry voted against: "Brindisi, D-N.Y., amendment that would require all polling places in a state to be open for a total amount of time not varying by more than two hours between locations." The amendment was adopted in the Committee of the Whole by a vote of 237-188. [HR 1, Vote #115, 3/8/19; CQ, 3/8/19]

**Perry Voted For An Amendment That Would Have Maintained Existing Law That Prohibited The SEC From Requiring Disclosure Of Political Contributions.** In March 2019, Perry voted for: "Davidson, R-Ohio, amendment that would effectively maintain existing law that prohibits the Securities and Exchange Commission from using agency funds to require certain financial disclosures, including political contributions; the amendment would strike language in the bill that would repeal this prohibition." The amendment was rejected in the Committee of the Whole by a vote of 195-237. [HR 1, Vote #114, 3/7/19; CQ, 3/7/19]

**Perry Voted For An Amendment That Would Have Exempted Some States From Federal Voter Registration Requirements.** In March 2019, Perry voted for: "Davidson, R-Ohio, amendment that would exempt states that have taken appropriate measures to increase voter turnout from additional federal voter registration mandates." The amendment was rejected in the Committee of the Whole by a vote of 194-238. [HR 1, Vote #113, 3/7/19; CQ, 3/7/19]

**Perry Voted For An Amendment That Would Have Expressed The Sense Of Congress That Campaign Contributions Equated To Free Speech, And Therefore, Were A Fundamental Right.** In March 2019, Perry voted for: "Green, R-Tenn., amendment that would express the sense of Congress that free speech is a fundamental right, including with regards to protections of political speech and financial contributions to campaigns." The amendment was rejected in the Committee of the Whole by a vote of 200-233. [HR 1, Vote #112, 3/7/19; CQ, 3/7/19]



**Perry Voted Against An Amendment That Would Have Lowered The Minimum Voting Age To 16.** In March 2019, Perry voted against: "Pressley, D-Mass., amendment that would lower the mandatory minimum voting age to 16 years of age for federal elections." The amendment was rejected in a Committee of the Whole by a vote of 126-305. [HR 1, Vote #111, 3/7/19; CQ, 3/7/19]

**Perry Voted For An Amendment That Would Have Prohibited Government Contractors From Disclosing Campaign Contributions.** In March 2019, Perry voted for: "Amendment sought to restore a provision currently in law that bars government contractors from disclosing campaign contributions as part of the bidding process." The amendment was rejected by a vote of 199-235. [HR 1, Vote #110, 3/7/19; Congress.gov, accessed 3/31/19]

**Perry Voted Against An Amendment That Would Have Prevented Corporate Campaign Expenditures.** In March 2019, Perry voted against: "Raskin, D-Md., amendment that would prevent corporate campaign expenditures unless the corporation in question has established a system by which the the political views of its shareholders could be assessed." The amendment passed by a vote of 219-215. [HR 1, Vote #109, 3/7/19; CQ, 3/7/19]

**Perry Voted Against Considering The For The People Act.** In March 2019, Perry voted against: "Adoption of the rule (H Res 172) that would provide for House floor consideration of the bill (HR 1) that would make a number of changes to existing law with respect to campaign finance, voter access, and the ethical conduct of politicians and elected officials." The rule was adopted by a vote of 232-192. [H Res 172, Vote #107, 3/7/19; CQ, 3/6/19]

**Perry Voted Against Blocking Consideration Of An Amendment To Bar Candidates From Receiving Federal Matching Funds If They Were The Subject Of A Tax Lien.** In March 2019, Perry voted against: "Scanlon, D-Pa., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, "Mr. COLE. Mr. Speaker, I yield myself such time as I may consume. Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to add a provision that bars candidates from receiving matching funds under this bill unless that candidate certifies that no tax lien exists on any property owned by that candidate by reason of a failure of the candidate to pay any Federal, State, or local tax." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 232-191. [H Res 172, Vote #106, 2/26/19; CQ, 3/6/19; Congressional Record, 3/6/19]

## Ethics & Investigations

**Perry Voted Against Holding Attorney General William Barr And Commerce Secretary Wilbur Ross In Contempt For Not Complying With Congressional Subpoenas.** In July 2019, Perry voted against: "Agreeing to the resolution that would find Attorney General William P. Barr and Commerce Secretary Wilbur Ross in contempt of Congress for failing to comply with subpoenas issued by the House Oversight and Reform Committee requiring Barr and Ross to provide documents related to efforts to add a citizenship question the 2020 census. It would direct the speaker of the House and the Oversight and Reform Committee to take actions to enforce the subpoenas, including actions to initiate or intervene in civil legal actions in federal court." The bill passed 230 to 198. [H.Res 497, Vote #489, 7/17/19; CQ, 7/17/19]

**Perry Voted For Tabling A Resolution Related To Impeaching President Trump.** In July 2019, Perry voted for: "McCarthy, R-Calif., motion to table a resolution related to the impeaching of President Donald Trump." The motion failed 332-95. [H.Res 489, Vote #483, 7/17/19; CQ, 7/17/19]

**Perry Voted Against Agreeing To A Resolution To Condemn President Trump's Racist Rhetoric.** In July 2019, Perry voted against: "Agreeing to the resolution that would express the sense of the House of Representatives condemning President Trump's recent 'racist' comments suggesting that certain members of Congress should 'go back' to other countries and stating that his comments have 'legitimized and increased fear and hatred' toward people of color and naturalized American citizens. It would express support for policies 'keeping America open' to individuals lawfully seeking refuge and asylum and affirm that immigrants and their descendants have made America stronger. " The resolution was adopted 240-187. [H.Res 489, Vote #482, 7/16/19; CQ, 7/16/19]


**Perry Voted Against A Motion To Allow Speaker Pelosi To Retain Speaking Privileges For The Legislative Day.** In July 2019, Perry voted against: "Nadler, D-N.Y., motion to proceed in order that would allow Rep. Nancy Pelosi, D-Calif., to retain speaking privileges for the legislative day." The motion passed 231-190. [H.Res 489, Vote #481, 7/16/19; CQ, 7/16/19]

> **Rep. Collins Had Requested A Recorded Vote On The Speaker's Speaking Privileges After A Vote To To Strike Her Comments Characterizing A Trump Tweet As Racist From The Record Failed.** "House Judiciary Committee Chairman Jerrold Nadler (D-N.Y.) requested Pelosi's speaking privileges be restored immediately after the vote to strike her comments from the record failed on the floor. 'I move that the gentlewoman from California, Ms. Pelosi, be permitted to proceed in order,' he said on the floor. Collins requested a recorded vote on the motion to allow her to speak, which passed in a 231-190 vote with no Republican support." [The Hill, 7/16/19]

**Perry Voted For A Motion To Strike From The Record Comments Made By Speaker Pelosi.** In July 2019, Perry voted for: "Collins, R-Ga., motion to strike from the record comments by Rep. Nany Pelosi, D-Calif." The motion failed 190-232. [H.Res 489, Vote #480, 7/16/19; CQ, 7/16/19]

> **Rep. Collins Moved To Have The Speaker's Characterization Of President Trump's Tweets As "Racist" Struck From The Record.** "Before Cleaver's action, House debate had come to an abrupt halt when Georgia Republican Doug Collins took a rare procedural step to 'take down' comments by Speaker Nancy Pelosi characterizing Trump's tweets as racist. 'Every member of this institution, Democratic and Republican, should join us to condemn the president's racist tweets,' said Pelosi, speaking on the House floor. [...] Pelosi responded that she cleared her remarks with the parliamentarian before she read them on the floor.'" [Roll Call, 7/16/19]

**Perry Voted Against Considering Resolutions Condemning President Trump's Racist Tweets And Holding Attorney General Barr And Secretary Ross In Contempt.** In July 2019, Perry voted against: "Adoption of the rule (H Res 491) that would provide for House floor consideration of the Fiscal 2018, 2019, and 2020 Intelligence Authorization (HR 3494); the resolution (H Res 489) titled, 'A resolution condemning President Trump's racist comments directed at Members of Congress'; the resolution (H Res 497) that would hold Attorney General Barr and Commerce Secretary Wilbur Ross in contempt for failure to comply with congressional subpoenas; and certain joint resolutions related to sales and exports under the Arms Export Control Act. It would also provide for automatic adoption of a Schiff, D-Calif., manager's amendment to the Fiscal 2018, 2019, and 2020 Intelligence Authorization (HR 3494) that would express the sense of Congress that any CIA officer killed during an assignment in a foreign country should receive death benefits and would formally authorize the CIA to pay death benefits equal to an officer's annual salary to any survivor designated by the officer. Among other provisions, it would require the CIA to brief Congress on the benefits and challenges of providing CIA officers Defense Department and VA with health care services, and to make recommendations to facilitate the provision of such services." The bill passed 233 to 190. [H.Res 491, Vote #479, 7/16/19; CQ, 7/16/19]

**Perry Voted Against An Amendment That Would Prohibit The Use Of Defense Department Funds For Any Military Exhibition Or Parade For Review By The President Outside Of Authorized Military Activities.** In July 2019, Perry voted against: "Raskin, D-Md., amendment that would prohibit the use of funds authorized by the bill for the Defense Department to fund any military exhibition or parade for review by the president outside of authorized military activities, with the exception of customary ceremonial honors and duties." The motion was agreed to by recorded vote: 221 - 207. [H.Amdt.535 to H.R.2500, Vote #458, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Prohibit The Use Of Funds Authorized By The Bill For The Defense Department To Reimburse Certain Expenses At Properties Owned By Or Connected To President Donald Trump Or His Businesses.** In July 2019, Perry voted against: "Lieu, D-Calif., amendment that would prohibit the use of funds authorized by the bill for the Defense Department to reimburse certain expenses at properties owned by or connected to President Donald Trump or his businesses. It would allow the president to


waive the limitation if he reimburses the Treasury Department for the associated expenses." The motion was agreed to by recorded vote: 223 - 205. [H.Amdt.534 to H.R.2500, Vote #457, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment Expanding Prohibitions On Contracts Between Members Of Congress And The Federal Government To Include The President, Vice President, Or Any Cabinet Member.** In July 2019, Perry voted against: "Smith, D-Wash., for Clark, D-Mass., amendment that would expand the prohibition on direct or indirect contracts between members of Congress and the federal government to include contracts between members and the president, vice president, or any Cabinet member." The amendment was adopted by a vote of 243-186. [HR 2500, Vote #446, 7/11/19; CQ, 7/11/19]

**Perry Voted Against Enforcing Congressional Subpoenas Issued To Attorney General Barr And Former White House Counsel Don McGahn.** In June 2019, Perry voted against: "Agreeing to a resolution that would authorize the House Judiciary Committee to take civil legal actions in federal court to enforce congressional subpoenas issued to Attorney General William P. Barr and former White House Counsel Donald F. McGahn, II, and to petition a federal court for the disclosure of certain redacted information regarding grand jury proceedings, as identified in the subpoenas and accompanying reports. It would affirm that other House committees may similarly pursue legal action to enforce subpoenas in federal court, with approval of the House Bipartisan Legal Advisory Group, which is composed of the speaker of the House and majority and minority leadership. It would also affirm that the Office of General Counsel of the House would represent any House committee in judicial proceedings related to the enforcement of subpoenas and would authorize the OGC to retain private counsel to assist in such proceedings." The bill passed 229 to 191. [H Res 430, Vote #247, 6/11/19; CQ, 6/11/19]

**Perry Did Not Vote On Not Proceeding With A Privileged Resolution Directing The Oversight And Reform Committee To Submit A Transcript Of The Testimony Of Michael Cohen To The Attorney General.** In May 2019, Perry did not vote on: "Hoyer, D-Md., motion to table the privileged resolution that would direct the Oversight and Reform Committee to submit a transcript of the testimony of Michael Cohen to the attorney general." The motion was agreed to by a vote of 226-183. [HR 304, Vote #174, 5/1/19; CQ, 5/1/19]

> **The Hill: The House Voted Against Referring "Michael Cohen To The Department Of Justice For An Investigation Into Whether He Perjured Himself By Lying To Congress."** "The House voted Wednesday to table a Republican-backed resolution referring President Trump's former personal attorney Michael Cohen to the Department of Justice for an investigation into whether he perjured himself by lying to Congress.  The vote on the motion to table passed along party lines in a 286-183 vote.  Freshman Rep. Mark Green (R-Tenn.), a member of the conservative House Freedom Caucus, sponsored the measure." [The Hill, 5/1/19]

**Perry Voted For A Resolution To Support The Public Release Of The Report Of Special Counsel Robert Mueller.** In March 2019, Perry voted for: "adoption of the resolution, as amended, that would express the sense of Congress that the report by Special Counsel Robert S. Mueller III, regarding Russian interference in the 2016 presidential election and any connections to or coordination with the Trump campaign, should be released to Congress in full and made public to the extent allowed by public disclosure laws." The bill passed 420 to 0. [H Con Res 24, Vote #125, 3/14/19; CQ, 3/14/19]

**Perry Voted Against Considering A Resolution To Support The Public Release Of The Report Of Special Counsel Robert Mueller.** In March 2019, Perry voted against: "Adoption of the rule (H Res 208) that would provide for House floor consideration of the bill (H Con Res 24) that would express the sense of Congress that the report of Special Counsel Mueller should be made available to the public and to Congress. The rule would also provide for proceedings during the period from March 15 through March 22, 2019." The rule passed 233-195. [H Res 208, Vote #124, 3/13/19; CQ, 3/13/19]

## Equal Rights & Workplace Fairness

**Perry Voted Against Considering Multiple Bills Including Prohibiting Discrimination Due To Gender Identity And Lowering Prescription Drug Prices.** In May 2019, Perry voted against: "Adoption of the rule (H



Res 377) that would provide for floor consideration of the bill (HR 5) that would prohibit discrimination of the basis of sex, gender identity, and sexual orientation; the bill (HR 312) that would reaffirm the Mashpee Wampanoag Tribe reservation; and the bill (HR 987) consisting of a package of measures related to prescription drug costs and health insurance marketplaces." The rule was adopted by a vote of 229-188. [H Res 377, Vote #206, 5/15/19; CQ, 5/15/19]

**Perry Voted Against The Paycheck Fairness Act.** In March 2019, Perry voted against "Passage of the bill, as amended, that would change the language and grounds that an employer could use in a legal defense to explain a difference in pay between employees when a lawsuit is brought against the employer alleging pay discrimination on the basis of sex. The bill would narrow the defense such an employer could use by requiring employers to provide non-gender, business-based reasons for differences in pay, rather than allowing the employer to demonstrate in court that 'any factor other than sex' had been the basis for the pay disparity. Under the bill, an employer would specifically need to demonstrate that the disparity is based on a bona fide factor such as education, training or experience. It would expand protections for employees against forms of retaliation and increase monetary penalties for violating the Fair Labor Standards Act." The bill passed 242-187. [HR 7, Vote #134, 3/27/19; CQ, 3/27/19]

**Perry Voted For To Add An Amendment To The Paycheck Fairness Act To Specify Attorney's Fees Could Not Exceed 49% Of A Judgment Awarded To A Client.** In March 2019, Perry voted for "Foxx, R-N.C., motion to recommit the bill to the House Education and Labor Committee with instructions to report it back immediately with an amendment that would specify that any contingent attorney's fees should not exceed more than 49 percent of a judgment awarded to a client in any legal action brought to enforce the provisions of the bill." The motion failed, 191-236. [HR 7, Vote #133, 3/27/19; CQ, 3/27/19]

**Perry Voted For An Amendment To Exempt An Employer With Fewer Than 100 Employees From The Demographic Reporting Requirements On Employee Compensation Of The Paycheck Fairness Act.** In March 2019, Perry voted for "Beyer, D-Va., amendment that would exempt any employer with fewer than 100 employees from reporting requirements outlined by the bill related to demographically-disaggregated data on employee compensation." The amendment passed 406-24. [HR 7, Vote #132, 3/27/19; CQ, 3/27/19]

**Perry Voted Against Considering The Paycheck Fairness Act And A Resolution Expressing Opposition To Banning Transgender Individuals From The Armed Forces.** In March 2019, Perry voted against "Adoption of the rule that would provide for floor consideration of the Paycheck Fairness Act (HR 7) and the resolution expressing opposition to the president's ban on transgender individuals serving in the armed forces (H Res 124)." The rule was adopted by a vote of 232-190. [H Res 252, Vote #131, 3/27/19; CQ, 3/27/19]

**Perry Voted Against Blocking An Amendment To The Paycheck Fairness Act To Allow Working Parents To "Voluntarily Negotiate Compensation And Benefits To Provide Flexibility" Notwithstanding Other Provisions Of The Bill.** In March 2019, Perry voted against "Torres, D-Calif., motion to order the previous question (thus ending the debate and possibility of amendment)." According to Congressional Record, Rep. Michael Burgess said: "Madam Speaker, if the previous question is defeated, I will offer an amendment to the resolution. [...] SEC. 3A. FLEXIBILITY FOR WORKING PARENTS. '(2) Notwithstanding the other provisions of this subsection, an employee and an employer may voluntarily negotiate compensation and benefits to provide flexibility to best meet the needs of such employee and employer, consistent with other provisions of this Act.'" A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to 231-192. [H Res 252, Vote #130, 3/27/19; CQ, 3/27/19; Congressional Record, 3/27/19]

**Perry Voted For Condemning Anti-Semitism, Anti-Muslim Discrimination, And Bigotry As Contrary To The Values Of The United States.** In March 2019, Perry voted for: "Nadler, D-N.Y., motion to suspend the rules and agree to the resolution that would state that the House of Representatives condemns anti-Semitism, anti-Muslim discrimination, and bigotry against minorities as 'hateful expressions of intolerance' contrary to the values of the United States. It would reject the perpetuation of anti-Semitic stereotypes in the U.S. and around the world, especially in the context of support for the U.S.-Israel alliance. It would also reject the justification of hatred or violence as an expression of disapproval over political events in the Middle East or elsewhere; acknowledge the



harassment, discrimination, and violence suffered by Muslims and others as a result of anti-Muslim bigotry; and condemn death threats received by Jewish and Muslim members of Congress. Finally, it would encourage law enforcement and government officials to avoid 'unconstitutional profiling' of individuals based on race, religion, or any other group identity and would encourage public officials to 'confront the reality of anti-Semitism, Islamophobia, racism, and other forms of bigotry, as well as historical struggles against them..'" The motion was agreed to 407-23. [H Res 183, Vote #108, 3/7/19; CQ, 3/7/19]

**HEADLINE: House Votes to Condemn All Hate as Anti-Semitism Debate Overshadows Congress** [New York Times, 3/7/19]

**Perry Voted For Adding An Amendment To The Underling Bill Affirming Congress's Support For Israel And Combating Anti-Semitism.** In February 2019, Perry voted for: "Kustoff, R-Tenn., motion to recommit the joint resolution to the House Foreign Affairs Committee with instructions to report back immediately with an amendment that would state that Congress finds it is in the national security interest of the U.S. to combat anti-Semitism around the world and to strongly support Israel." According to House Republican Leader Kevin McCarthy, the Motion to Recommit H.J. Res. 37 adding language against anti-Semitism was "a defining moment for the U.S. House of Representatives and the country as a whole, Republicans and Democrats voted as one today to condemn anti-Semitism around the world, to denounce all attempts to delegitimize Israel's right to exist, and to oppose efforts to impose boycotts on Israel." The motion was agreed to by a vote of 424-0. [HJ Res 37, Vote #82, 2/13/19; CQ, 2/13/19; House Republican Leader Kevin McCarthy, Press Release, 2/13/19]

**Perry Voted For Increasing The Maximum Thresholds For Contracts Awarded To Historically Underutilized Business Zone Small Businesses, Including Women-Owned And Service Disabled Veteran-Owned Small Businesses.** In January 2019, Perry voted for: "Velazquez, D-N.Y. motion to suspend the rules and pass the bill that would increase the maximum thresholds for contracts that may be awarded to so-called HUBZONE (Historically Underutilized Business Zone) small businesses, including women-owned and service disabled veteran-owned small businesses. Under existing law, five percent of all such contracts must be awarded to Women-Owned Small Businesses and three percent to Service Disabled Veteran-Owned Small Businesses. New threshold's under the bill would be set at $7 million for standard industrial manufacturing and $4 million for all other types of contracts." The motion was agreed to by a vote of 415 – 6. [H.R. 190, Vote #36, 1/16/19; CQ Floor Votes, 1/16/19]

## FEMA & Disaster Relief Issues

**Perry Voted For Increasing Funding For Wildfire Prevention And Emergency Response.** In June 2019, Perry voted for: "Hill, D-Calif., amendment that would increase by a total of $7 million funding for Interior Department and National Forest System fire preparedness, response, and research programs and hazardous fuel management activities; it would decrease by the same amount funding for financial management systems, information technology improvements, and other operational funds for the Interior Department." The amendment passed, 377 to 55.  [H R 3055, Vote #394, 6/20/19; CQ, 6/20/19]

**Perry Voted For Appropriations Amendments Increasing Funding For Army Corps Of Engineers Projects Related To Disaster Preparedness And Relief, In Addition To Aquatic Ecosystem Restoration, And Increased Funding For Energy Activities.** In June 2019, Perry voted for: "Kaptur, D-Ohio, en bloc package of amendments to the Energy-Water title (Division E) of the Fiscal 2020 Four-Bill Appropriations Package. Among others, it includes several provisions to increase funding for Army Corps of Engineers projects related to harbor, flood, and storm damage, shore protection, and aquatic ecosystem restoration; and it includes several provisions to increase or redistribute funding for Energy Department activities related to nuclear energy, fossil energy research, and energy effiiency and renewable energy." The motion was adopted by a vote of 382-52. [HR 2740, Vote #361, 6/19/19; CQ, 6/19/19]

**Perry Voted Against FY2019 Disaster Supplemental Appropriations Act, Providing $19.1 Billion In Supplemental Disaster Funds For Response Efforts To Damage Caused By Natural Disasters That Occurred**



**In 2017, 2018, And 2019.** In June 2019, Perry voted againstthat would that would provide $19.1 billion in supplemental disaster funds for response efforts to damage caused by hurricanes, wildfires, earthquakes, tornadoes, floods, and other natural disasters that occurred in 2017, 2018, and 2019. It would provide $648 million in disaster nutrition assistance for individuals impacted by natural disasters in Puerto Rico, the Commonwealth of the Northern Mariana Islands, and American Samoa. It would extend the National Flood Insurance Program, which will expire on May 31, through September 30, 2019. It would also provide funds for areas impacted by natural disasters for economic development, training and employment services, and behavioral and social health services. The bill includes a total of $4.7 billion for Agriculture Department disaster-related activities, including $3 billion for crop, tree, bush, vine, and livestock losses from hurricanes, wildfires and other declared disasters that occurred in 2018 and 2019. The bill would provide $2.4 billion for a Housing and Urban Development Department community development block grant program, and $1.7 billion for Transportation Department programs and activities, including $1.6 billion for the cost of federal highway and bridge repairs. It would provide $1.5 billion to the Defense Department to repair military facilities damaged by hurricanes Florence and Michael, $3.3 billion to the Army Corps of Engineers for civil construction projects. It would also state that military construction funds provided by the bill may only be used for purposes specified in the bill." The motion passed 354-58. [H Res 2157, Vote #232, 6/3/19; CQ, 6/3/19]

**Perry Voted Against $17.4 Billion In Comprehensive Disaster Relief Funding For Disasters Including Hurricanes Florence And Michael, Flooding, And Wildfires.** In May 2019, Perry voted againstturricanes, wildfires, earthquakes, tornadoes, floods, and other natural disasters that occurred in 2017, 2018, and 2019. It would provide $693 million in disaster nutrition and Medicaid assistance for individuals impacted by natural disasters in Puerto Rico, the Commonwealth of the Northern Mariana Islands, and American Samoa. It would extend the National Flood Insurance Program, which will expire on May 31, through September 30, 2019. It would also provide funds for areas impacted by natural disasters for economic development, training and employment services, and behavioral and social health services. The bill includes a total of $4.3 billion for Agriculture Department disaster-related activities, including $3 billion for crop, tree, bush, vine, and livestock losses from hurricanes, wildfires and other declared disasters that occurred in 2018 and 2019. The bill would provide $2.2 billion for a Housing and Urban Development Department community development block grant program, and $1.7 billion for Transportation Department programs and activities, including $1.65 billion for the cost of federal highway and bridge repairs. It would provide $1.5 billion to the Defense Department to repair military facilities damaged by hurricanes Florence and Michael, $2.8 billion to the Army Corps of Engineers for civil construction projects, and $2 billion the Army Corps for facility repairs. It would also state that military construction funds provided by the bill may only be used for purposes specified in the bill. As amended, the bill would authorize an additional $1.9 billion in funding for disaster response efforts, including $955 million for Armed Services construction and repair planning, $500 million for highway and road repairs, $310 million for the Farm Service Agency emergency watershed protection program, and $91.2 million for repairs to federal buildings and courthouses damaged as a result of Hurricane Florence." The bill passed by a vote of 257-150. [HR 2157, Vote #202, 5/10/19; CQ, 5/10/19]

**Perry Voted For Adding An Amendment Increasing Natural Disaster Funding To Include Additional Head Start Funding And Hurricane Funding.** In May 2019, Perry voted for amendment that would increase by $2.9 billion Health and Human Services Department funding for Head Start programs, for expenses related to the consequences of Hurricanes Florence and Michael, Typhoon Mangkhut, Super Typhoon Yutu, and other natural disasters occurring in 2018 and 2019." The motion to recommit was rejected by a vote of 189-215. [HR 2157, Vote #201, 5/10/19; CQ, 5/10/19]

**Perry Voted For An Amendment Requiring The Department Of Housing And Urban Development To Publish Mitigation Activity Grant Allocations.** In May 2019, Perry voted for enactment, all mitigation activity grant allocations made by the department from funds made available by the bill." The amendment was adopted 393-20. [HR 2157, Vote #200, 5/10/19; CQ, 5/10/19]

**Perry Voted Against An Amendment Affirming That No Funds Made Available In The Disaster Relief Bill Would Be Subject To A Two Year Deadline In The Case Of Natural Disasters.** In May 2019, Perry voted



againststation regulation requiring certain highway construction relief projects to be completed within two fiscal years, in the case of any projects in response to disasters that occurred in fiscal 2017 or thereafter." The amendment was adopted 241-168. [HR 2157, Vote #199, 5/10/19; CQ, 5/10/19]

**Perry Voted Against An Amendment Increasing Funding For Water Facilities Impacted By Typhoon Yutu.** In May 2019, Perry voted againstimpacted by Typhoon Yutu, which impacted the Northern Mariana Islands." The amendment was adopted 268-143. [HR 2157, Vote #198, 5/10/19; CQ, 5/10/19]

**Perry Voted Against An Amendment To Increase Funding For The National Oceanic And Atmospheric Administration By $5 Million For Improved Hurricane, Flood, And Wildfire Forecasting Models.** In May 2019, Perry voted against: "Perlmutter, D-Colo., amendment that would increase by $5 million funding for the National Oceanic and Atmospheric Administration for the purposes of improving hurricane, flood, and wildfire forecasting models. Adopted in Committee of the Whole 247-165." The motion was agreed to by a vote of 247-165. [HR 2157, Vote #197, 5/10/19; CQ, 5/10/19]

**Perry Voted Against An Amendment To Specify Reinsurance Programs Under Section 1332 Waivers That Meet Requirements For Public Notice And Input Be Exempt From The Bill's Prohibition On The Implementation Of The October 2019 Guidance On The Criteria For Such Waivers.** In May 2019, Perry: voted against "Brown, D-Md., amendment that would specify that reinsurance programs established under section 1332 waivers that meet requirements for public notice and input be exempt from the bill's prohibition on the implementation of the October 2018 guidance on the criteria for such waivers." The amendment was adopted 351 to 70. [HR 986, Vote #191, 5/09/19; CQ, 5/09/19]

**Perry Voted Against Providing For House Floor Consideration The "Protecting Americans With Preexisting Conditions Act," $17.4 Billion In Supplemental Disaster Funds And $91.2 Million To Repair Federal Buildings Damaged By Hurricane Florence.** In May 2019, Perry voted against: "Adoption of the rule (H Res 357) that would provide for House floor consideration of the bill (HR 986) that would prohibit the Health and Human Services and Treasury departments from implementing or enforcing guidance related to Section 1332 waivers under the 2010 health care overhaul. It would also provide for floor consideration of the bill (HR 2157) that would provide $17.4 billion in supplemental disaster funds for response efforts to damage caused by hurricanes, wildfires, earthquakes, tornadoes, floods, and other natural disasters that occurred in 2017, 2018, and 2019. The rule would also provide for the automatic adoption of a Lowey, D-N.Y., manager's amendment to HR 2157 that would authorize an additional $91.2 million for 'necessary expenses' to repair federal buildings and courthouses damaged as a result of Hurricane Florence and clarify the types of costs eligible for such disaster assistance." The resolution was adopted by a vote of 227-191. [H Res 357, Vote #190, 5/09/19; CQ, 5/09/19]

**Perry Voted Against Blocking The Disaster Tax Relief Act of 2019.** In April 2019, Perry voted against: "Morelle, D-N.Y., motion to order the previous question (thus ending the debate and possibility of amendment)." According to the Congressional Record, Rep. Dunn said, "If the previous question is defeated, it will be a first step in making some meaningful progress for victims of all the 2018 disasters. It will bring the Disaster Tax Relief Act of 2019 to the floor. I am a proud cosponsor of that bill with TOM RICE and AUSTIN SCOTT. This bill includes a set of common, routine tax breaks victims of virtually every disaster over the last decade have been entitled to, things like access to retirement savings without penalty, a tax credit for employers who continue to pay employees while shut down, suspending tax limitations on charitable contributions for relief efforts, and allowing hardworking families to use earned income from the previous year to calculate their earned income tax credits and child tax credits." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 225-192. [H Res 294, Vote #160, 4/9/19; CQ, 4/9/19; Congressional Record, 4/9/19]

**Perry Voted Against Considering Fiscal 2019 Supplemental Appropriations For Disaster Relief Programs And Services**. In January 2019, Perry voted against: "Adoption of the rule (H Res 43) that would provide for House floor consideration of the bill (HR 268) that would make fiscal 2019 supplemental appropriations for disaster relief programs and services." The rule was adopted by a vote of 230 – 193. [H. Res. 43, Vote #35, 1/16/19; CQ Floor Votes, 1/16/19]



## Financial Protections & Wall Street

**Perry Voted For An Amendment To Increase Funding By $2 Million For Community Development Banks.** In June 2019, Perry voted for: "Dean, D-Pa., amendment that would increase by $2 million funding allocated for Treasury Department programs that provide financial assistance and training to community development financial institutions to incentivize investments that benefit with individuals with disabilities, from funding provided by the bill for department programs supporting such institutions." The motion passed by a vote of 373-51. [HR 3351, Vote #420, 6/26/19; CQ, 6/26/19]

**Perry Voted Against Amendments To The Financial Services Appropriation Bill, Including Increasing Funding By $1 Million For Financial Assistance And Training Programs For Community Banks.** In June 2019, Perry voted against: "Quigley, D-Ill. en bloc amendments to the Fiscal 2020 Financial Services Appropriations bill that would, among other provisions, increase by $1 million funding for a Treasury Department program providing financial assistance and training to community development financial institutions; increase by $3 million funding for the Treasury Department office of the inspector general and decrease by the same amount funding for the office of administration within the executive office of the president; and prohibit the use of funds made available by the bill to amend or revise existing laws related to Securities and Exchange Commission regulation of certain securities transactions or for the Federal Communications Commission to finalize or implement a proposed rule regarding state and local policies promoting broadband access for individuals in multiple-tenant environments, such as apartments or office buildings." The amendment was adopted by a vote of 227-200. [HR 3351, Vote #416, 6/26/19; CQ, 6/26/19]

**Perry Voted For Cutting Discretionary Spending By 3.1 Percent In The Financial Services Appropriations Bill For The Fiscal Year 2020.** In June 2019, Perry voted for: "Grothman, R-Wis., amendment that would reduce by 3.1 percent all discretionary funding made available by bill." The amendment was rejected by a vote of 151-274. [HR 3351, Vote #415, 6/26/19; CQ, 6/26/19]

**Perry Voted For Expressing Support For Increasing Public Awareness Of Personal Financial Education.** In April 2019, Perry voted for: "Foster, D-Ill., motion to suspend the rules and agree to the resolution, that would express the support of the House of Representatives for efforts to increase public awareness of personal finance education, including awareness of financial threats to older adults. It would urge collaboration between law enforcement, financial institutions, regulatory agencies, and private entities to report, investigate, and respond to financial exploitation of older adults." The motion was agreed to by a vote of 411-6. [HR 328, Vote #171, 4/30/19; CQ, 4/30/19]

## Foreign Policy Issues

**Perry Voted For Adding An Amendment Stating Venezuela Was Designated Temporary Protective Status As A Direct Result Of Socialist Policies Implemented By Hugo Chavez And Nicolas Maduro.** In July 2019, Perry voted for: "Reschenthaler, R-Pa., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would state that Venezuela would be designated for temporary protected status under the bill's provisions 'because of the economic, humanitarian, security, and refugee crisis that is a direct result of years of socialist policies implemented by the regimes of Huge Chavez and Nicolas Maduro.'" The motion was rejected by a vote of 215-217. [HR 549, Vote #513, 7/25/19; CQ, 7/25/19]

**Perry Voted Against Blocking Consideration Of The Strengthening America's Security in the Middle East Act of 2019.** In July 2019, Perry voted against: "Pelmutter, D-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Congressional Record, Rep. Cole said "if we defeat the previous question, I will offer an amendment to the rule to immediately bring up H.R. 336, the Strengthening America's Security in the Middle East Act of 2019, with an amendment that will make it identical to S. 1, which passed the Senate in a bipartisan vote of 77–23 earlier this year." A vote *for the motion* was a vote to



block consideration of the bill. The motion was agreed to 234-195. [H Res 519, Vote #508, 7/25/19; CQ, 7/25/19; Congressional Record, 7/25/19]

**Perry Voted For Adding An Amendment That Would Require, As A Condition Of Receiving A Pension Rehabilitation Administration Loan, That Pension Plans To Do Not Knowingly Engage In Boycotts, Divestments Or Sanctions Against Israel.** In July 2019, Perry voted for: "Mast, R-Fla., motion to recommit the bill to the Education and Labor Committee with instructions to report it back immediately with an amendment that would require, as a condition of receiving a Pension Rehabilitation Administration loan, that multiemployer defined benefit pension plans do not knowingly engage in commerce- or investment-related boycotts, divestments, or sanctions intended to penalize, inflict economic harm on, or coerce political action by Israel." The motion was rejected by a vote of 200 to 232. [HR 397, Vote #504, 7/24/19; CQ, 7/24/19]

**Perry Voted For Opposing All Efforts To "Delegitimize" Israel, Including The Global Boycott, Divestment And Sanctions Movement.** In July 2019, Perry voted for: "Agreeing to the resolution that would state that the House of Representatives opposes all efforts to 'delegitimize' Israel, including the global boycott, divestment, and sanctions movement targeting Israel." The motion was agreed to by a vote of 398 to 17. [H Res 246, Vote #497, 7/23/19; CQ, 7/23/19]

**Perry Voted Against Agreeing To A Joint Resolution To Disapprove Of Providing Arms Support To Saudi Arabia And Other Nations.** In July 2019, Perry voted against: "Agreeing to the joint resolution that would disapprove of the issuance of export licenses related to the transfer of certain defense articles and services to Saudi Arabia and the United Kingdom, specifically for articles and services to support the manufacture of the Aurora fuzing system used by the Paveway IV laser-guided bomb system." The bill passed 237 to 190. [SJ Res 38, Vote #488, 7/17/19; CQ, 7/17/19]

**Perry Voted Against Agreeing To A Joint Resolution To Disapprove Of Providing Arms Support To The United Arab Emirates And Other Nations.** In July 2019, Perry voted against: "Agreeing to the joint resolution that would disapprove of the issuance of export licenses related to the transfer of guidance kits for the Paveway II laser-guided bomb system to the United Arab Emirates, United Kingdom, and France." The bill passed 238 to 190. [SJ Res 37, Vote #487, 7/17/19; CQ, 7/17/19]

**Perry Voted Against Agreeing To A Joint Resolution To Disapprove Of Providing Arms Support To Saudi Arabia And Other Nations.** In July 2019, Perry voted against: "Agreeing to the joint resolution that would disapprove of the issuance of manufacturing, technical assistance, or export licenses related to certain defense articles and services to Saudi Arabia, the United Kingdom, Spain, and Italy, including for the transfer of guidance kits for Paveway laser-guided bomb systems and services related to the manufacture of Paveway system components." The bill passed 238 to 190. [SJ Res 36, Vote #486, 7/17/19; CQ, 7/17/19]

**Perry Voted Against An Amendment That Would Prohibit The President From Issuing Any License Allowing For The Export Of Air-To-Ground Munitions Or Related Items To Saudi Arabia Or The United Arab Emirates.** In July 2019, Perry voted against: "Malinowski, D-N.J, amendment that would prohibit the president from issuing any license allowing for the export of air-to-ground munitions or related items to Saudi Arabia or the United Arab Emirates. It would require the president to suspend any such licenses previously issued." The motion was passed/agreed to in House agreed to by recorded vote: 236 – 182. [H.Amdt.561 to H.R.2500, Vote #470, 7/12/19; CQ, 7/9/19]

**Perry Voted Against An Amendment Expressing The Sense Of Congress That Using The 2001 AUMF As A Legal Basis For Force In 19 Countries Surpassed The Scope Intended By Congress And Served As A "Blank Check For Any President To Wage War At Any Time And At Any Place."** In July 2019, Perry voted against: "Lee, D-Calif., amendment that would express the sense of Congress that the use of the 2001 authorization for use of military force as a legal basis for use of force in 19 countries has surpassed the scope intended by Congress and served as a "blank check for any president to wage war at any time and at any place." It would also express the sense of Congress that any new authorization replacing the 2001 AUMF should include a sunset clause and "clear



and specific" objectives, targets, and geographic scope." The motion was agreed to by recorded vote: 237 - 183. [H.Amdt.556 to H.R.2500, Vote #465, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Repeal The 2002 Authorization For Use Of Military Force Against Iraq.** In July 2019, Perry voted against: "Lee, D-Calif., amendment that would repeal the 2002 authorization for use of military force against Iraq." The motion was agreed to by recorded vote: 242 - 180. [H.Amdt.555 to H.R.2500, Vote #464, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Clarify That No Previous AUMF Or Other Existing Law Authorizes The Use Of Military Force Against Iran Without Congressional Authorization Or Declaration Of War.** In July 2019, Perry voted against: "Khanna, D-Calif., amendment that would clarify that no previous authorization for use of military force or other existing law authorizes the use of military force against Iran and would prohibit the use of federal funds for such purposes without congressional authorization or declaration of war." The motion was agreed to by recorded vote: 251 - 170. [H.Amdt.554 to H.R.2500, Vote #463, 7/12/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Require That Any Individual Detained By The U.S. An AUMF Be Immediately Transferred From Military Custody For Court Proceedings.** In July 2019, Perry voted against: "Amash, I-Mich., amendment that would require that any individual detained by the U.S. under authorized use of military force or the provisions of the bill be immediately transferred from military custody for court proceedings. It would repeal existing law authorizing military custody disposition procedures under law of war for any individual detained under AUMF and would prohibit the transfer of any individual detained or arrested in the U.S. into military custody." The motion was failed by recorded vote: 187 - 236. [H.Amdt.539 to H.R.2500, Vote #460, 7/12/19; CQ, 7/9/19]

**Perry Voted For An Amendment Requiring The State Department To Exclude Cyprus From Existing Prohibitions On Defense Sales And Exports Or Transfers Of Arms.** In July 2019, Perry voted for: "Cicilline, D-R.I., amendment that would require the State Department to exclude the government of Cyprus from certain existing prohibitions on defense sales and exports or transfers of arms. It would require, as a condition for such exceptions, the president to annually verify efforts by Cyprus to deny port access for Russian military vessels and to cooperate with the U.S. to implement money laundering and other financial regulations." The amendment was adopted by a vote of 252-173. [HR 2500, Vote #451, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Prohibiting The Use Of Bill Funding For Intelligence, Logistical, Or Military-Personnel Support To Saudi-Led Coalition Strikes Against The Houthis In Yemen.** In July 2019, Perry voted against: "Smith, D-Wash., for Khanna, D-Calif., amendment that would prohibit the use of funds authorized by the bill for the U.S. to provide intelligence or logistical support for Saudi-led coalition strikes against the Houthis in Yemen, or for the Defense Department to provide military personnel to Saudi- and United Arab Emirates-led coalition forces engaged in such hostilities without Congressional authorization." The amendment was adopted by a vote of 240-185. [HR 2500, Vote #450, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Prohibiting The Use Of Bill Funding For The Transfer Of Any Defense Article Or Service To Saudi Arabia Or The United Arab Emirates.** In July 2019, Perry voted against: "Lieu, D-Calif., amendment that would prohibit the use of funds authorized by the bill to transfer or facilitate the transfer of any defense article or service to Saudi Arabia or the United Arab Emirates pursuant to any certification of emergency authority under the Arms Export Control Act." The amendment was adopted by a vote of 246-180. [HR 2500, Vote # 449, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Prohibiting The Use Of Bill Funding Or Assistance To Saudi Arabia Or The United Arab Emirates If Assistance Could Be Used Against Yemen.** In July 2019, Perry voted against: "Lieu, D-Calif., for Gabbard, D-Hawaii, amendment that would prohibit the use of funds authorized by the bill to provide any assistance to Saudi Arabia or the United Arab Emirates if such assistance could be used by either



country to conduct or continue hostilities in Yemen." The amendment was adopted by a vote of 239-187. [HR 2500, Vote #448, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Prohibiting The Use Of Bill Funding To Transfer Defense Articles Or Services To Azerbaijan.** In July 2019, Perry voted against: "Sherman, D-Calif., amendment that would prohibit the use of funds authorized by the bill to transfer defense articles or services to Azerbaijan, unless the president certifies to Congress that such a transfer does not threaten civil aviation." The amendment was adopted by a vote of 234-195. [HR 2500, Vote #447, 7/11/19; CQ, 7/11/19]

**Perry Voted Against The Fiscal 2020 Labor-HHS-Education, Defense, Energy-Water And State-Foreign Operations Appropriations Package.** In June 2019, Perry voted against: "Passage of the fiscal 2020 Labor-HHS-Education, Defense, Energy-Water and State-Foreign Operations appropriations package, as amended, that would provide $984.7 billion in discretionary spending for four of the twelve fiscal 2020 appropriations bills, including $690.2 billion for the Defense Department, $191.7 billion for the Labor, Health and Human Services, and Education Departments, $56.4 billion for the State Department and related agencies, and $46.4 billion for the Energy Department and federal water projects. Within total funding, the bill provides $76.1 billion in overseas contingency operations funding not subject to discretionary spending caps. Among other provisions, the bill would phase out within 240 days of enactment the 2001 authorization for use of military force, which has been used to authorize military operations Iraq, Afghanistan, and Syria. It would provide $2.4 billion for HHS refugee and entrant assistance programs and establish housing requirements for unaccompanied minors in HHS custody; $11.8 billion for Energy Department weapons-related activities; and $750 million for U.S. Agency for International Development family planning and reproductive health programs abroad. It would also prohibit the use of funds made available by the bill to facilitate U.S. withdrawal from the Paris Climate Agreement or to construct physical barriers or border security infrastructure along the U.S. southern land border. As amended, the bill would provide an additional $289.5 million funding for a number of HHS and Education Department programs, including programs related to refugee and entrant assistance, substance abuse and mental health, and school safety." The bill passed by a vote of 226-203. [HR 2740, Vote #367, 6/19/19; CQ, 6/19/19]

> **A House Appropriations Committee Press Release For The Bill Touted It Providing $982 Billion In Funding, With Investments In "Health Care, Education, Clean Energy, Infrastructure, National Security, And Restoring America's Standing Abroad."** "The $982.8 billion package, H.R. 2740, includes the FY 2020 Labor-Health and Human Services-Education, Defense, State-Foreign Operations, and Energy and Water Development spending bills. The legislation rejects the proposed slashing and outright elimination of critical programs in President Trump's budget request and instead invests in important priorities like health care, education, clean energy, infrastructure, national security, and restoring America's standing abroad." [House Committee on Appropriations, Press Release, 6/19/19]

**Perry Voted For An Amendment To Reduce By 1 Percent All Discretionary Funding For State Department.** In June 2019, Perry voted for: "Allen, R-Ga., amendment no. 2A that would reduce by one percent all discretionary funding made available under the Department of State, Foreign Operations, and related programs title of the bill (Division D)." The amendment was rejected in the committee of the whole by a vote of 134-293. [H.R. 2470, Vote #340, 6/18/19: CQ 6/18/19]

**Perry Voted Against En Bloc Amendments Including Increasing Funding For International Broadcasting Activities And Funding For International Fisheries Commission.** In June 2019, Perry voted against: "Lowey, D-N.Y., en bloc amendments to the Department of State, Foreign Operations, and related programs title of the bill (Division D) that would increase by $500,000 funding for international broadcasting activities under the U.S. Agency for Global Media and decrease by the same amount funding for the Office of Inspector General within the Administration of Foreign Affairs; and that would increase by $500,000 funding for the International Fisheries Commission and decrease by the same amount of administrative funding for certain diplomatic and other State Department programs." The amendment was adopted 283 to 144. [H.R.2740, Vote #339, 6/18/19; CQ, 6/18/19]



**Perry Voted For An Amendment To Reduce Funding For The State Department And Related Agencies By 14 Percent.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all funding made available by the bill for the State Department and related agencies (Division D), not including amounts made available for the Defense Department." The amendment was rejected 123 to 303. [H R 2740, Vote #338, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment That Would Decrease Funding For Multiple State Department Economic Development And Foreign Assistance Programs By $24 Billion.** In June 2019, Perry voted for: "Walker, R-N.C., amendment that would decrease by a total of $24 billion funding for a number of State Department economic development and foreign assistance programs, including programs to assist migrants and refugees, fund HIV/AIDS research and prevention, and provide international disaster rehabilitiation and reconstruction assistance." The amendment was rejected 110 to 315. [H R 2740, Vote #335, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment That Would Reduce All Discretionary Funding Made Available By The Bill For The State Department And Related Agencies By 2.1 Percent.** In June 2019, Perry voted for: "Grothman, R-Wis., amendment that would reduce by 2.1 percent all discretionary funding made available by the bill for the State Department and related agencies." The bill was rejected 131 to 292. [H R 2740, Vote #334, 6/18/19; CQ, 6/18/19]

**Perry Voted Against Amendments Prohibiting The Use Of Funds For, Among Other Provisions, Withdrawing From The North Atlantic Treaty, Entering Into Contracts Associated With Trump, Or Providing Military Education To The Government Of Saudi Arabia.** In June 2019, Perry voted against: "Lowey, D-N.Y., en bloc amendments to the Department of State, Foreign Operations, and related programs title of the bill (Division D) that would, among other provisions, prohibit the use of funds made available by the bill for a number of purposes, including to withdraw from the North Atlantic Treaty, to enter into contracts and agreements with business entities connected to President Donald Trump, or to provide military education and training to the government of Saudi Arabia. It would also make adjustments to a number of funds related to nonproliferation and anti-terrorism, international economic assistance, and foreign development." The amendment was agreed to 231 to 187. [H R 2740, Vote #332, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment That Would Increase Funds Withheld Form Foreign Assistance To Pakistan By $33 Million Until Dr. Shakil Afridi Was Released From Prison And Acquitted.** In June 2019, Perry voted for: "Meadows, R-N.C., amendment that would increase by $33 million funds withheld from foreign assistance to Pakistan until Dr. Shakil Afridi is released from prison and acquitted from 'charges relating to the assistance provided to the United States in locating Osama Bin Laden.'" The amendment was agreed to 387 to 33. [H R 2740, Vote #331, 6/18/19; CQ, 6/18/19]

**Perry Voted Against An Amendment Supporting Funding For The State Department Economic Assistance Programs Focused On Europe, Eurasia, And Central Asia By $40 Million.** In June 2019, Perry voted against: "Speier, D-Calif., amendment that would increase then decrease by $40 million funding for State Department economic assistance programs focused on Europe, Eurasia, and Central Asia." The amendment was agreed to 268 to 152. [H R 2740, Vote #330, 6/18/19; CQ, 6/18/19]

**Perry Voted For Individuals Who "Knowingly Engage" In Boycott, Divestment, And Sanctions Activities In Relation To Israel.** In May 2019, Perry voted foramendment that would require the Treasury Department to add to an existing list of individuals participating in an international boycott any individuals who 'knowingly engage' in boycott, divestment, and sanctions activities in relation to Israel. It would define such activities as those 'intended to penalize, inflict economic harm on, or otherwise limit commercial relations with Israel or persons doing business in Israel.' It would also raise the international boycott factor with respect to such individuals on the list to 1, resulting in a loss of certain tax benefits." The motion was rejected 200-222. [H Res 1994, Vote #230, 5/23/19; CQ, 5/23/19]



**Perry Voted For Creating The Position Of Assistance Secretary Of State For Economic And Business Matters.** In May 2019, Perry voted for: "Sires, D-N.J., motion to suspend the rules and pass the bill that would create the position of assistant secretary of State for economic and business matters. The assistant secretary would be responsible for foreign policy related to international economics and business, including international trade and investment policy and economic sanctions. Among other provisions related to international commercial activity, it would make the promotion of U.S. economic interests a 'principal duty' of each U.S. mission to a foreign country and require the State Department to produce a report to Congress detailing such efforts, disaggregated by country and region. It would also direct the State and Commerce Departments to publish a report on business climates and commercial relations with foreign countries and regions and would direct the president to pursue negotiations with other countries to establish international standards for government-supported infrastructure investment." The motion passed by a vote of 400 to 16. [H Res 1704, Vote #186, 5/07/19; CQ, 5/07/19]

**Perry Voted Against Directing The President To Remove U.S. Armed Forces From The Republic Of Yemen Within 30 Days Unless A Declaration Of War Had Been Enacted.** In April 2019, Perry voted against: "Passage of the joint the resolution that would direct the president, within 30 days of enactment, to remove U.S. armed forces from hostilities in or affecting the Republic of Yemen, including in-flight refueling of non-U.S. aircraft, unless a declaration of war or specific authorization for such use of forces has been enacted. The bill specifies that its provisions would not apply to U.S. forces engaged in operations directed at al-Qaeda or associated forces. The measure would also require two reports regarding risks to U.S. and Saudi citizens as well as the risk of humanitarian crisis, and an assessment of the potential increased risk of terrorist attacks." The resolution was passed (thus cleared for the president) by a vote of 247-175. [S J Res 7, Vote #153, 4/4/19; CQ, 4/4/19]

> **Defense News: The House Voted To "End American Involvement In The Yemen War, Rebuffing The Trump Administration's Support For The Military Campaign Led By Saudi Arabia."** "The House on Thursday voted to end American involvement in the Yemen war, rebuffing the Trump administration's support for the military campaign led by Saudi Arabia. The bill now heads to President Donald Trump, who is expected to veto it. The White House says the measure raises 'serious constitutional concerns,' and Congress lacks the votes to override him. By a 247-175 vote, Congress for the first time invoked the decades-old War Powers Resolution to try and stop a foreign conflict." [Defense News, 4/4/19]

**Perry Voted Against Blocking Consideration Of The Strengthening America's Security In The Middle East Act Of 2019.** In May 2019, Perry voted against: "Scanlon, D-Pa., motion to order the previous question (thus ending the debate and possibility of amendment) on the rule (H Res 377)." According to the Congressional Record, Rep. Cole said, "I want to take this opportunity to inform the House that if we defeat the previous question, I will offer an amendment to the rule to immediately bring up H.R. 336, the Strengthening America's Security in the Middle East Act of 2019." *A vote for the motion was a vote to block consideration of the bill.* The motion was agreed to by a vote of 228-189. [H Res 377, Vote #205, 5/15/19; CQ, 5/15/19; Congress.gov, 5/15/19]

**Perry Voted For Adding An Amendment Stating That It Was In The National Security Interest Of The U.S. To Oppose Global Efforts To Place Political Pressure On Israel And Oppose All Efforts To Delegitimize The State Of Israel.** In April 2019, Perry voted for: "McCaul, R-Texas, motion to recommit the bill to the Committee on Foreign Affairs with instructions to report it back immediately with an amendment that would state that it is in the national security interest of the U.S. to oppose global efforts to place political pressure on Israel through the use of boycotts, divestment, and sanctions and to oppose all efforts to delegitimize the State of Israel." The motion was rejected by a vote of 194-228. [S J Res 7, Vote #152, 4/4/19; CQ, 4/4/19]

**Perry Voted Against A Bill That Would Have Directed The President To Withdraw American Forces From Yemen Barring A Declaration Of War.** In February 2019, Perry voted against: "Passage of the bill that would direct the president, within 30 days of enactment, to remove U.S. armed forces from hostilities in or affecting the Republic of Yemen, including in-flight refueling of non-U.S. aircraft, unless a declaration of war or specific authorization for such use of forces has been enacted. The bill specifies that its provisions would not apply to U.S. forces engaged in operations directed at al-Qaeda or associated forces. The measure would also require two reports regarding risks to U.S. and Saudi citizens as well as the risk of humanitarian crisis, and an assessment of the



potential increased risk of terrorist attacks." The bill passed by a vote of 248-177. [HJ Res 37, Vote #83, 2/13/19; CQ, 2/13/19]

**Perry Voted Against Consideration Of A Joint Resolution Related To Removing American Forces From Yemen.** In February 2019, Perry voted against: "Adoption of the rule (H Res 122) that would provide for House floor consideration of a joint resolution (H J Res 37) regarding the removal of U.S. armed forces and military support from hostilities in Yemen. The rule would also waive, through the legislative day of Feb. 17, 2019, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee, and would also provide for motions to suspend the rules through the legislative day of Feb. 17." The rule was adopted by a vote of 228-193. [H Res 122, Vote #79, 2/13/19; CQ, 2/13/19]

**Perry Voted Against Blocking Consideration Of An Amendment That Sought To Reaffirm American Alliances In The Middle East.** In February 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, Rep. Cole said that if the previous question was defeated he would "offer an amendment to the rule to bring up the text of H.R. 336, the Strengthening America's Security in the Middle East Act of 2019… On the whole, unlike the resolution on the floor today, it will preserve and strengthen our relationship with our allies and reaffirm America's commitment to a peaceful and more secure Middle East." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 227-195. [H Res 122, Vote #78, 2/13/19; CQ, 2/13/19; Congressional Record, 2/13/19]

**Perry Voted For Disapproving Of President Trump's Plan To Terminate Sanctions On Several Russian Companies.** In January 2019, Perry voted for: "Engel, D-N.Y., motion to suspend the rules and pass the joint resolution that would disapprove of President Trump's proposed action related to the application of sanctions against certain Russian companies." The motion was agreed to be 362-53. [H J Res 30, Vote #42, 1/17/19; CQ, 1/17/19]

## Gun Issues

**Perry Voted Against An Amendment Supporting Funding For Centers For Disease Control And Prevention Programs Related To Injury Prevention And Control.** In June 2019, Perry voted against: "Maloney, D-N.Y., amendment that would increase then decrease by $5 million funding for Centers for Disease Control and Prevention programs related to injury prevention and control." According to Congress.gov, the amendment supported "specifically study the impact of firearm violence in elementary and secondary schools and higher education institutions" The amendment was adopted by a vote of 266-150. [HR 2740, Vote #296, 6/13/19; CQ, 6/13/19; H Amdt 313, offered 6/13/19]

**Perry Voted Against A Bill That Would Have Increased The Amount Of Time A Gun Dealer Must Wait To Hear From The FBI For A Background Check.** In February 2019, Perry voted against: "Passage of the bill that would require a licensed gun dealer to wait up to 20 business days, as opposed to three under current law, to hear from the FBI regarding an individual's background check, in instances in which no immediate determination on the individual had been made through the NICS system, before being allowed to complete the sale or transfer of a firearm. It would allow a prospective gun purchaser to petition the Justice Department for the weapon after 10 days. The bill would also modify the language that prohibits the sale of firearms to individuals on the basis of mental illness to bar sales to individuals 'adjudicated with mental illness, severe developmental disability, or severe emotional instability.'" The bill passed by a vote of 228-198. [HR 1112, Vote #103, 2/28/19; CQ, 2/28/19]

**HEADLINE: House passes 'Charleston loophole bill' on gun background checks** [CNN, 2/28/19]

**The Enhanced Background Checks Act Of 2019 Would Extended Background Checks From Three Days To Ten, With The Potential To Be Extended Another Ten.** "Currently a gun seller has to wait three business for federal investigators to conduct background check. Most checks are quick, but incomplete data can sometimes cause a delayed response. If the delay lasts more than three business days, the gun sale can move



forward. The Enhanced Background Checks Act of 2019 expands the background check period to ten days, with the potential to be extended another ten." [NPR, 2/28/19]

**Dylann Roof Had Been Allowed To Purchase A Gun Despite A Prior Arrest For Drug Possession Because His Background Check Had Taken Longer Than Three Days To Complete.** "The legislation addresses a loophole in current law that enables some firearms to be transferred by licensed gun dealers before the required background checks have been completed, a loophole that allowed Dylann Roof to buy a gun in 2015 and kill nine people at Mother Emanuel Church -- one of the most well known historically black churches in Charleston, South Carolina. Due to Roof's prior admission during an arrest that he was in possession of drugs, he should not have been permitted to buy the gun he used in the massacre. However, an agent working for the FBI's background check system who was performing the review on Roof failed to contact Columbia, South Carolina, police, who arrested Roof, in part because of a clerical error in records listing the wrong agency. Because Roof's background check took longer than three days to complete, the gun shop owner was allowed to sell the gun to Roof. The law permits gun sellers to sell guns if a background check takes longer than three days to complete." [CNN, 2/28/19]

**Perry Voted For Considering An Amendment To Exempt Domestic Violence Victims From A Longer Wait Time For An FBI Background Check To Buy A Gun.** In February 2019, Perry voted for: "Lesko, R-Ariz., motion to recommit the bill (HR 1112) to the House Judiciary Committee with instructions to report back immediately with an amendment that would allow a victim of domestic violence to petition the Justice Department for a firearm pending transfer, if the background check submitted by a licensed firearms dealer, manufacturer, importer or collector (licensee) has not been returned following a three-day waiting period." The motion was rejected by a vote of 194-232. [HR 1112, Vote #102, 2/28/19; CQ, 2/28/19]

**Perry Voted Against An Amendment That Would Have Permitted Gun Dealers To Rely On Background Checks For 25 Days After Notification.** In February 2019, Perry voted against: "Van Drew, D-N.J., amendment that would allow a federally licensed firearms dealer, importer, manufacturer or collector (licensee) to rely on a background check certifying that an individual meets legal requirements to purchase or receive transfer of a firearm for 25 days after the licensee is notified, if the licensee is notified more than 3 days after initial contact. The amendment would specify that the provisions of the bill would take effect 210 days after enactment." The amendment was adopted in the committee of the whole by a vote of 234-193. [HR 1112, Vote #101, 2/28/19; CQ, 2/28/19]

**Perry Voted Against An Amendment That Would Have Required The FBI To Report Publicly The Number Of Background Checks Not Completed Within 10 Days.** In February 2019, Perry voted against: "Schneider, D-Ill., amendment that would require the FBI to report to the public on the the number of petitions received from prospective gun purchasers in instances in which a National Instant Criminal Background Check System (NICS) determination was not made within 10 days." The amendment was adopted in the Committee of the Whole by a vote of 282-144. [HR 1112, Vote #100, 2/28/19; CQ, 2/28/19]

**Perry Voted Against Expanding Background Checks For Firearm Purchases To Include Purchases Made Through Private, Unlicensed Sellers.** In February 2019, Perry voted against: "Passage of the bill that would require most purchasers of firearms to undergo a background check through the National Instant Criminal Background Check System (NICS), including all sales and transfers of firearms through public and private purchases. The bill would specify instances in which a background check could be foregone at the time of a firearm's transfer, including when transferred as a loan or gift between family members, when transferred for hunting or fishing purposes, or when transferred for use in a shooting range, so long as the weapon remains in the presence of its owner. The bill's requirements for background checks would not apply to the transfer of firearms to law enforcement personnel, including any law enforcement agency, armed private security professional, or member of the armed forces, insofar as the transfer is associated with official duties." The bill passed 240-190. [HR 8, Vote #99, 2/27/19; CQ, 2/27/19]



**Advocates Called The Bill "The Most Significant Gun Control Measurer In More Than Two Decades."** "The House passed what advocates call the most significant gun control measure in more than two decades on Wednesday when it approved the first of two bills aimed at broadening the federal background check system for firearms purchases. The vote on the first bill, dubbed the Bipartisan Background Checks Act of 2019, passed largely along party lines 240 to 190 with Democrats who control the House cheering as they carried the legislation across the finish line." [NPR, 2/27/19]

**Perry Voted For Adding An Amendment Requiring Undocumented Immigrants To Be Reported To ICE If They Attempted To Purchase A Firearm.** In February 2019, Perry voted for: "Collins, R-Ga., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would require that the National Instant Criminal Background Check System (NICS) notify U.S. Immigration and Customs Enforcement when a background check for an individual seeking to purchase a firearm finds that the individual is an undocumented immigrant." The motion was agreed to 220-209. [HR 8, Vote #98, 2/27/19; CQ, 2/27/19]

**Perry Voted For Including Cases Of Domestic Violence, Sexual Assault, And Stalking As Exceptions To New Background Check Requirements For Purchasing A Weapon.** In February 2019, Perry voted for: "Horn, D-Okla., amendment that would clarify that the exemption from the bill's background check requirements in the case of temporary transfer to prevent death or great bodily harm would include cases of domestic violence or abuse, sexual assault, and stalking." The amendment was adopted in Committee of the Whole 310-119. [HR 8, Vote #97, 2/27/19; CQ, 2/27/19]

**Perry Voted Against Adding An Exemption To The Bill Increasing Background Checks To Include Participants In The Department Of Homeland Security's Trusted Traveler Programs.** In February 2019, Perry voted against: "Lesko, R-Ariz., amendment that would exempt from the bill's background check requirements any transfer of firearms to participants in Homeland Security Department-trusted traveler programs." The amendment was rejected in the Committee of the Whole 182-250. [HR 8, Vote #96, 2/27/19; CQ, 2/27/19]

**Perry Voted Against Considering The Bipartisan Background Checks Act And The Enhanced Background Checks Act.** In February 2019, Perry voted against: "Adoption of the rule (H Res 145) that would provide for House floor consideration of the Bipartisan Background Checks Act (HR 8) and the Enhanced Background Checks Act (HR 1112)." The rule was adopted by 227 to 194. [H Res 145, Vote #91, 2/26/19; CQ 2/26/19]

**The Bipartisan Background Checks Act Of 2019 Would Close The Gun Show Loophole That Allowed People Purchasing Firearms Via Private Sales To Forgo Background Checks.** "Giffords, a former congresswoman from Arizona, was shot in the head by a mass shooter during a 2011 meeting with constituents and has advocated for gun-violence prevention ever since. She was chosen to drop the bill, called the Bipartisan Background Checks Act of 2019, into the 'hopper' where all bills start, as lawmakers introduced it. […] The bill, however, would close the infamous 'gun show loophole,' which allows people purchasing firearms via private sales, typically at gun shows, to forgo a background check. Under the legislation, anyone who's not a licensed firearms dealer would not be able to exchange weapons, which would ensure that all sales run through the national criminal background check system — with a few exceptions." [Vice News, 1/8/19]

**The Enhanced Background Checks Act Of 2019 Would Extended Background Checks From Three Days To Ten, With The Potential To Be Extended Another Ten.** "Currently a gun seller has to wait three business for federal investigators to conduct background check. Most checks are quick, but incomplete data can sometimes cause a delayed response. If the delay lasts more than three business days, the gun sale can move forward. The Enhanced Background Checks Act of 2019 expands the background check period to ten days, with the potential to be extended another ten." [NPR, 2/28/19]

**Perry Voted Against Blocking Consideration Of An Amendment That Would Have Allowed Domestic Assault Victims To Be Exempt From Gun Transfer Rules.** In February 2019, Perry voted against: "Raskin, D-Md., motion to order the previous question (thus ending debate and possibility of amendment)." According to the



Congressional Record, Rep. Lesko said, "If we defeat the previous question, I will offer an amendment to the rule to make my amendment in order, which would allow domestic violence and sexual assault victims with orders of protection to be exempt from the gun transfer prohibitions. This amendment is crucial to saving lives." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 229-191. [H Res 145, Vote #90, 2/26/19; CQ, 2/26/19; Congressional Record, 2/26/19]

## Health Care Issues

**Perry Voted Against Blocking Consideration Of The Middle Class Health Benefits Tax Repeal Of 2019.** In July 2019, Perry voted against: "Morelle, D-N.Y., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Congressional Record, Rep. Walorski said, "If we defeat the previous question, Republicans will amend the rule to include the repeal of the medical device tax and the health insurance tax as part of H.R. 748, the Middle Class Health Benefits Tax Repeal Act of 2019." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 223- 195. [H.Res 492, Vote #484, 7/17/19; CQ, 7/17/19; Congressional Record, 7/17/19]

> **The Middle Class Health Benefits Tax Repeal Act Would Repeal The Affordable Care Act's "Cadillac Tax."** "The Cadillac tax levies a 40 percent tax on the most expensive employer-sponsored health insurance plans, those worth about $11,200 for individuals and $30,100 for families, starting in 2022. The tax on businesses would hit the part of the plan above the price threshold. It was supposed to go into effect in 2018 at a lower price threshold, but was delayed. Repealing the tax would cost the United States an estimated $197 billion over 10 years, according to an analysis by the Joint Committee on Taxation. The House bill, the Middle Class Health Benefits Tax Repeal Act of 2019, has more than 350 co-sponsors and is expected to pass with bipartisan support." [Vox, 7/17/19]

**Perry Voted For An Amendment To Increase Funding For $1 Million For Community-Based Youth Substance Abuse Programs And Decrease By $1 Million Funding For General Service Administration Facility Rental.** In June 2019, Perry voted for: "Lee, D-Nev., amendment that would increase by $1 million funding for an Office of National Drug Control Policy community-based youth substance abuse prevention program and decrease by the same amount funding for General Service Administration facility rental." The motion passed by a vote of 400-27. [HR 3351, Vote #419, 6/26/19; CQ, 6/26/19]

**Perry Voted For An Amendment Providing $25 Million For Telemedicine And Distance Learning For Rural Areas By Removing Administrative Funding From The Agriculture Department Office Of The Chief Information Officer.** In June 2019, Perry voted for: "Pence, R-Ind., amendment that would increase by $25 million funding for grants for telemedicine and distance learning services in rural areas and decrease by the same amount administrative funding for the Agriculture Department Office of the Chief Information Officer." The motion was adopted by a vote of 425-6. [HR 3055, Vote #376, 6/20/19; CQ, 6/20/19]

**Perry Voted Against An Amendment Prohibiting Justice Department Funds From Being Used To Argue The Affordable Care Act Was Unconstitutional.** In June 2019, Perry voted against: "Underwood, D-Ill., amendment that would prohibit the use of funds provided by the bill for the Justice Department to argue that the Patient Protection and Affordable Care Act is unconstitutional or invalid in any litigation to which the U.S. is a party." The motion was adopted by a vote of 238-194. [HR 3055, Vote #374, 6/20/19; CQ, 6/20/19]

**Perry Voted Against An Amendment Supporting Funding To Study The Feasibility Of Allowing Geolocation Services To Determine The Location Of Callers To The Suicide Prevention Hotline.** In June 2019, Perry voted against: "Beyer, D-Va., amendment that would decrease then increase by $500,000 funding for Health and Human Services Department programs addressing mental health." According to Congress.gov, the amendment would "support the Secretary of Health and Human Services to conduct a feasibility study on allowing geolocation services with respect to the location of callers to the suicide prevention lifeline referred to in section 520E3 of the Public Health Service Act." The amendment was agreed to 359 to 64. [HR 2740, Vote #299, 6/13/19; CQ, 6/13/19; H Amdt 316, offered 6/13/19]



**Perry Voted For The Extension Of Medicaid Programs.** In June 2019, Perry voted for: "Dingell, D-Mich., motion to suspend the rules and pass the bill that would extend through fiscal 2024 a Health and Human Services Department state grant program to help Medicaid-eligible individuals with chronic conditions transitioning out of health care institutions. It would authorize for the program $417 million for fiscal 2020, $450 million annually from fiscal 2021 through fiscal 2023, and $225 million for fiscal 2024. It would also shorten from 90 to 60 days institutional residency requirements for program eligibility and expand application requirements, requiring states to detail proposed use of funds, objectives, evaluation and sustainability. Among other Medicaid-related provisions, the bill would also extend through 2021 a demonstration program related to community mental health clinics, extend through 2024 rules protecting the financial resources of individuals with spouses in nursing homes, and increase from $6 million to $45.5 million annual funds available for the HHS Medicaid Improvement Fund. Finally, it would modify certain requirements of the Medicaid drug rebate program for prescription drug manufacturers, including to require manufacturers to pay rebates based on brand name drug prices as opposed to averaged prices including generic drugs." The motion was agreed to 371 to 46. [H R 3253, Vote #333, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment That Would Allocate $10 Million For Programs To Implement Or Study Opioid Alternatives In Emergency Departments.** In June 2019, Perry voted for: "Pascrell, D-N.J., amendment hat would allocate $10 million for programs to implement or study opioid alternatives in emergency departments, from funds authorized by the bill for the Health and Human Services Department." The amendment was agreed to 382 to 32. [H R 2740, Vote #322, 6/18/19; CQ, 6/18/19]

**Perry Voted For An Amendment Increasing CDC Funding For Emerging Diseases, While Decreasing Administrative Funding By The Same Amount For The Department Of Health And Human Services.** In June 2019, Perry voted for: "Delgado, D-N.Y., amendment that would increase by $1 million funding for Center for Disease Control and Prevention activities related to emerging and zoonotic infectious diseases and decrease by the same amount administrative funding for the Health and Human Services Department." The amendment was adopted by a vote of 374-44. [HR 2740, Vote #318, 6/13/19; CQ, 6/13/19]

> **The Amendment Was Specifically For Funding Lyme Disease Research, Prevention, And Treatment.** "Today, Representative Antonio Delgado (NY-19) successfully amended House appropriations legislation to include increased funding for Lyme disease research, prevention, and treatment. Rep. Delgado's amendment, which passed with bipartisan support, includes $1 million in increased Centers for Disease Control and Prevention (CDC) funding to combat Lyme disease and other tick-borne illnesses. The amendment represents a nearly 8% increase in funding from current levels. The amendment will be included in the four bill appropriations package moving through the House." [Rep. Antonio Delgado, press release, 6/13/19]

**Perry Voted For An Amendment Supporting An Increase Funding For Chronic Disease Health Prevention.** In June 2019, Perry voted for: "Spanberger, D-Va., amendment that would increase by $3 million funding for chronic disease prevention and health promotion, and would decrease by the same amount, funding for general department management for the Health and Human Service Department." The amendment was adopted by a vote of 364-54. [HR 2740, Vote #317, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Increasing Funding For Primary Health Care Programs Through HHS.** In June 2019, Perry voted for: "Pressley, D-Mass., amendment that would increase by $5 million funding for Health and Human Services Department primary health care programs and decrease by the same amount administrative funding for the Centers for Medicare and Medicaid Services." The amendment was adopted by a vote of 342-77. [HR 2740, Vote #316, 6/13/19; CQ, 6/13/19]

> **The Amendment Provided For $5 Million In Funding For School-Based Health Centers For FY 2020.** "Congresswoman Pressley's amendment provides $5 million for funding School-Based Health Centers (SBHCs) in Fiscal Year 2020. This is the first time in recent history that Congress has appropriated discretionary funding for School-Based Health Centers. SBHCs provide preventive health care and health education to countless children and adolescents across the country in a manner that is high quality, cost-



effective, and convenient. SBHCs serve as an essential part of our nation's health care safety net and as a powerful tool for reducing health inequities." [Rep. Ayanna Pressley, press release, 6/13/19]

**Perry Voted Against An Amendment Increasing The HHS Funding Allocated For Initiatives To Prevent And Treat HIV/AIDS In Minority Populations.** In June 2019, Perry voted against: "Mucarsel-Powell, D-Fla., amendment that would increase by $5 million funding allocated for initiatives to prevent and treat HIV/AIDS in minority populations, from Health and Human Services Department administrative funding authorized by the bill." The amendment was adopted by a vote of 281-138. [HR 2740, Vote #314, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment Requiring The HHS Department To Include Additional Details On Enrollment Figures In Its Report To Congress On The Affordable Care Act.** In June 2019, Perry voted against: "Porter, D-Calif., amendment that would require the Health and Human Services Department, in its report to Congress on enrollment figures for Affordable Care Act health insurance marketplaces, to detail enrollments by state, disaggregated by race, ethnicity, preferred language, age, and sex." The amendment was adopted by a vote of 235-183. [HR 2740, Vote #313, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Increasing Funding For Rural Health Programs.** In June 2019, Perry voted for: "Craig, D-Minn., amendment that would increase funding by $1 million for Health and Human Services Department rural health programs and decrease funding by the same amount HHS administrative funding." The amendment was adopted by a vote of 383-36. [HR 2740, Vote #308, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Increasing Funding For Health Workforce Initiatives.** In June 2019, Perry voted for: "Lee, D-Nev., amendment that would increase by $5 million funding for health workforce initiatives under the Department of Health and Human Services, including those related to medical education and student loans. It would decrease by the same amount administrative funding for the Education Department." The amendment was adopted by a vote of 365-54. [HR 2740, Vote #307, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Allowing Medical Developmental Screenings To Be Accepted As Donations For Unaccompanied Children.** In June 2019, Perry voted for: "Schrier, D-Wash., amendment that would include early childhood developmental screenings among medical goods and services the Health and Human Services Department may accept as donations for unaccompanied children under the care of the Office of Refugee Settlement." The amendment was adopted by a vote of 371-49. [HR 2740, Vote #306, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Increasing Funding For HHS Programs Related To Injury Prevention And Control.** In June 2019, Perry voted for: "McAdams, D-Utah, amendment that would increase by $2 million funding for Health and Human Services programs related to injury prevention and control and decrease by the same amount HHS administrative funding." The amendment was adopted by a vote of 388-30. [HR 2740, Vote #305, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment Increasing Funding For HHS Programs To Prevent HIV/AIDS.** In June 2019, Perry voted against: "Ocasio-Cortez, D-N.Y., amendment that would increase by $15 million funding for Health and Human Services Department programs to prevent HIV/AIDS, viral hepatitis, sexually transmitted diseases, and tuberculosis and decrease by the same amount HHS administrative funding." [HR 2740, Vote #303, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment To Support Increasing Funding For HHS Programs Addressing Mental Health.** In June 2019, Perry voted for: "Murphy, D-Fla., amendment that would increase by $2 million funding for Health and Human Services Department programs addressing mental health and decrease by the same amount funding for program support and supplemental activities, including surveys and data analysis, related to HHS mental health and substance abuse programs funded by the bill." The amendment was adopted by a vote of 366-55. [HR 2740, Vote #302, 6/13/19; CQ, 6/13/19]



**Perry Voted For An Amendment Supporting Funding For Health And Human Services Department Programs Related To The Health Workforce.** In June 2019, Perry voted for: "Blunt Rochester, D-Del., amendment that would decrease then increase by $1 funding for Health and Human Services Department programs related to the health workforce, including doctors, nurses, and other health care service providers." The amendment was adopted by a vote of 376-47. [HR 2740, Vote #301, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Supporting Funding To Explore Peer To Peer Mental Health Programs For First Responders.** In June 2019, Perry voted for: "Bera, D-Calif., amendment that would increase then decrease by $1 funding for Health and Human Services Department programs addressing mental health." According to Congress.gov, the amendment would "specify that SAMHSA should explore using its funds to explore peer to peer mental health programs for first responders." The amendment was adopted by a vote of 396-27. [HR 2740, Vote #293, 6/13/19; CQ, 6/13/19; H Amdt 310, offered 6/12/19]

**Perry Voted For An Amendment That Would Increase By $2 Million Funding For HHS Programs Targeting Individuals Affected By Disabilities, Birth Defects, Or Developmental Disabilities.** In June 2019, Perry voted for: "Miller, R-W.Va., amendment no. 44 that would increase by $2 million funding for Health and Human Services Department programs targeting individuals affected by disabilities, birth defects or developmental disabilities and decrease by the same amount HHS administrative funding." The amendment was adopted by a vote of 421-3. [HR 2740, Vote #291, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment Supporting Funding To Study The Social Determinants Of Health Alongside Traditional Health Services.** In June 2019, Perry voted for: "Keating, D-Mass., amendment that would increase then decrease by $1 million funding for Health Resources and Services Administration program support." According to Congress.gov, the amendment would "propose a study to examine how HHS can facilitate ways to include programs for social determinants of health under the same roof as traditional health services, and estimate what amount of additional funding might be required." The amendment was adopted by a vote of 421-3. [HR 2740, Vote #290, 6/13/19; CQ, 6/13/19; H Amdt 307, offered 6/12/19]

**Perry Voted For An Amendment That Would Increase By $7 Million Funding For Health And Human Services Department Maternal And Child Health Programs And Decrease The Same Amount From Administration Program Support Funding.** In June 2019, Perry voted for: "Richmond, D-La., amendment that would increase by $7 million funding for Health and Human Services Department maternal and child health programs and decrease by the same amount funding for Health Resources and Services Administration program support." The amendment was adopted by a vote of 365-59. [HR 2740, Vote #288, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Increase By $3 Million Funding For The National Institute Of Allergy And Infectious Diseases And Decrease The Same Amount For The Office Of The Director Of The National Institute Of Health.** In June 2019, Perry voted for: "Khanna, D-Calif., amendment that would increase by $3 million funding for the National Institute of Allergy and Infectious Diseases and decrease by the same amount funding for the Office of the Director of the National Institute of Health." [HR 2740, Vote #287, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Increase By $5.6 Million Funding For Injury Prevention And Control Programs Within The Health And Human Services Department And Decrease The Same Amount From Administrative Funding.** In June 2019, Perry voted for: "Pressley, D-Mass., for Speier, D-Calif., amendment no. 39 that would increase by $5.6 million funding for injury prevention and control programs within the Health and Human Services Department, and decrease by the same amount HHS administrative funding." The amendment was adopted by a vote of 401-23. [HR 2740, Vote #286, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Strike From The Appropriations Package The Requirement That The Health And Human Services Secretary Obligate $100 Million In FY20 For A Health Insurance Marketplace Navigator Program.** In June 2019, Perry voted for: "Hill, R-Ark., amendment that would strike from the bill the requirement that the Health and Human Services secretary obligate $100 million in fiscal 2020 for a



health insurance marketplace navigator program, including specified obligations for advertising." The amendment was rejected by a vote of 186-237. [HR 2740, Vote #284, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment To Prohibit The Use Of Appropriated Funds To Implement The August 2018 Rule On Short-Term Limited-Duration Insurance Plans.** In June 2019, Perry voted against: "Castor, D-Fla., amendment that would prohibit the use of funds made available under the bill for the implementation, administration or enforcement of an August 2018 rule issued by the Departments of the Treasury, Labor, and Health and Human Services related to short-term limited-duration insurance plans." The amendment was adopted 236 to 188. [HR 2740, Vote #283, 6/13/19; CQ, 6/13/19]

>   **The Trump Administration Rule Allowed Short Term Health Plans To Be Sold For Up To 3 Years; The Obama Administration Had Limited To 90 Days.** "Insurers will again be able to sell short-term health insurance good for up to 12 months under final rules released Wednesday by the Trump administration. This action overturns an Obama administration directive that limited such plans to 90 days. It also adds a new twist: If they wish, insurers can make the short-term plans renewable for up to three years. […] But the plans could also raise premiums for those who remain in the Affordable Care Act marketplace — and the short-term coverage is far more limited." [Kaiser Health News, 8/1/18]

>   **Short Term Plans Could Discriminate Based On Pre-existing Conditions, And Exclude Essential Health Benefits.** "Short-term plans are less expensive because, unlike their ACA counterparts, which cannot bar people with preexisting health conditions, insurers selling these policies can be choosy — rejecting people with illnesses or limiting their coverage. Short-term plans can also set annual and lifetime caps on benefits, and cover few prescription drugs. Most exclude benefits for maternity care, preventive care, mental health services or substance abuse treatment." [Kaiser Health News, 8/1/18]

**Perry Voted Against An Amendment To Increase Funding To Mental Health Programs By $6.5 Million In The Substance Abuse And Mental Health Services Administration.** In June 2019, Perry voted against: "Cleaver, D-Mo., amendment that would increase by $6.5 million funding for mental health programs within the Substance Abuse and Mental Health Services Administration and decrease by the same amount funding for program support and cross-cutting supplemental activities including national surveys on drug abuse and mental health." The amendment was adopted 386 to 38. [HR 2740, Vote #282, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment To Increase Funding To Substance Abuse Prevention Programs In The Health And Human Services Department By $1 Million.** In June 2019, Perry voted for: "Barr, R-Ky., amendment that would increase by $1 million funding for substance abuse prevention programs within the Health and Human Services Department and decrease by the same amount funding for program support and cross-cutting supplemental activities including national surveys on drug abuse and mental health." The amendment was adopted 420 to 4. [HR 2740, Vote #281, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment To Increase Funding To The Health And Human Services Department's Disability Services Programs By $2 Million.** In June 2019, Perry voted for: "Matsui, D-Calif., amendment that would increase by $2 million funding for Health and Human Services Department-wide disability assistance, community living, aging and disability services programs, and decrease by the same amount HHS administrative funding." The amendment was adopted 376 to 48. [HR 2740, Vote #280, 6/13/19; CQ, 6/13/19]

**Perry Voted Against An Amendment To Increase Funding To Injury Prevention And Control Programs In The Health And Human Services Department By $4.5 Million.** In June 2019, Perry voted against: "Moore, D-Wis., amendment that would increase by $4.5 million funding for injury prevention and control programs within the Health and Human Services Department, and reduce by the same amount funding for various program management activities within the department." The amendment was adopted 348 to 75. [HR 2740, Vote #279, 6/12/19; CQ, 6/12/19]



**Perry Voted For An Amendment To Increase Funding To Substance Abuse Programs In The Health And Human Services Department By $2 Million.** In June 2019, Perry voted for: "Johnson, R-Ohio, amendment that would increase by $2 million funding for substance abuse prevention programs within the Health and Human Services Department and decrease by the same amount HHS administrative funding." The amendment was adopted 408 to 15. [HR 2740, Vote #277, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment To Increase Funding To Substance Abuse Prevention Programs In The Health And Human Services Department By $10 Million.** In June 2019, Perry voted for: "McKinley, R-W.Va., amendment that would increase by $10 million funding for substance abuse prevention programs within the Department of Health and Human Services and decrease by the same amount funding for program support and cross-cutting supplemental activities including national surveys on drug abuse and mental health. The amendment was adopted 415 to 9. [HR 2740, Vote #275, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment To Increase Funding For National Public Health Campaigns Focused On Fighting Vaccine Misinformation In The Health And Human Services Department By $5 Million.** In June 2019, Perry voted against: "Schiff, D-Calif., amendment that would increase then decrease by $5 million administrative funding for the Health and Human Services Department." According to Congress.gov, "Amendment decreases the Health and Human Services General Departmental Management fund by $5 million and increases the same fund by $5 million for the purposes of highlighting the Office of the Assistant Secretary for Healths work in coordinating a national public health campaign to fight vaccine misinformation, funding vaccine communication research to strengthen the evidence base for what works in fighting vaccine hesitance, and encouraging vaccine counseling." The amendment was adopted 341 to 83. [HR 2740, Vote #274, 6/12/19; CQ, 6/12/19; H Admt 290, offered 6/12/19]

**Perry Voted For An Amendment To Increase Funding By $1 Million To The Health And Human Services Department To Counter Public Health Emergencies.** In June 2019, Perry voted for: "Foster, D-Ill., amendment that would decrease by $1 million administrative funding for the Health and Human Services Department and increase by the same amount funding for HHS activities related to countering public health emergencies, including biological, nuclear, radiological, chemical, and cybersecurity threats." The amendment was adopted 358 to 66. [HR 2740, Vote #273, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment To Encourage The Department Of Health And Human Services To Prioritize Funding For Medication Assisted Treatment.** In June 2019, Perry voted for: "Foster, D-Ill., amendment that would increase then decrease by $1 funding for Health and Human Services Department substance abuse treatment and prevention programs." According to Congress.gov, "An amendment numbered 21 printed in Part B of House Report 116-109 to increase and decrease $1 from the Substance Abuse Treatment fund to instruct HHS to prioritize funding for Medication Assisted Treatment." The amendment was adopted 336 to 87. [HR 2740, Vote #271, 6/12/19; CQ, 6/12/19; H Amdt 287, offered 6/12/19]

**Perry Voted Against An Amendment To Strike Provision Prohibiting HHS From Using Funds To Adopt Standards Providing For Individual Unique Health Identifiers.** In June 2019, Perry voted against: "Foster, D-Ill., amendment that would strike from the bill a provision prohibiting the Health and Human Services Department from using of funds authorized by the bill to promulgate or adopt standards providing for individual unique health identifiers." The amendment was adopted 336 to 87. [HR 2740, Vote #270, 6/12/19; CQ, 6/12/19]

**The Amendment Reversed A Longtime Ban On National Patient Identifiers, Which Had Previously Been Avoided Due To Privacy And Security Concerns.** "The U.S. House of Representatives passed a $99.4 billion HHS appropriations bill with several amendments including reversing a longtime ban on developing a national patient identifier [...] For decades, Congress has prohibited HHS from funding the development or promotion of any national program where patients would receive permanent, unique identification numbers. Lawmakers previously argued such a program could violate privacy issues or raise security concerns, while the medical community and insurers claimed the ban kept them from properly matching patients with the correct medical information." [Modern Healthcare, 6/13/19]



**Perry Voted For An Amendment To Increase Funding For The HHS Related To Birth Defects And Developmental Disabilities.** In June 2019, Perry voted for: "Davis, D-Ill., amendment that would increase by $2 million funding for Health and Human Services Department research related to birth defects and developmental disabilities and decrease by the same amount HHS administrative funding." The amendment was adopted 410 to 12. [HR 2740, Vote #263, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment Supporting Funding For Research By The National Institute Of Diabetes And Digestive Aid.** In June 2019, Perry voted against: "Jackson Lee, D-Texas, amendment that would increase then decrease by $10 million funding for research by the National Institute of Diabetes and Digestive Aid." The amendment was adopted 317 to 105. [HR 2740, Vote #260, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment That Would Increase Funding For Center For Disease Control And Prevention Activities Related To Emerging Infectious Diseases.** In June 2019, Perry voted for: "Smith, R-N.J., amendment that would increase by $1 million funding for Center for Disease Control and Prevention activities related to emerging and zoonotic infectious diseases and decrease by the same amount administrative funding for the Health and Human Services Department." The amendment was adopted 413 to 11. [HR 2740, Vote #257, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment Supporting Funding For HHS Programs Related To Substance Abuse And Mental Health.** In June 2019, Perry voted for: "DeSaulnier, D-Calif., amendment no. 8 that would increase then decrease by $5 million funding for Health and Human Services programs and activities related to substance abuse and mental health." The amendment was adopted 369 to 55. [HR 2740, Vote #256, 6/12/19; CQ, 6/12/19]

**Perry Voted For An Amendment Supporting Funding For The National Cancer Institute.** In June 2019, Perry voted for: "DeSaulnier, D-Calif., amendment that would increase then decrease by $1 million funding for the National Cancer Institute." The amendment was adopted 381 to 42. [HR 2740, Vote #254, 6/12/19; CQ, 6/12/19]

**Perry Voted Against Passage Protecting Americans With Preexisting Conditions Act, Prohibiting Federal Departments From Exempting State Health Care Plans From Federal Requirements Under The ACA.** In May 2019, Perry voted against: "Passage of the bill that would prohibit the Health and Human Services and Treasury departments from taking any action to implement or enforce their October 2018 guidance regarding criteria for evaluating Section 1332 state health care plan waivers under the 2010 health care overhaul, and would prohibit the departments from effectively reissuing the guidance. Section 1332 waivers exempt state health care plans from certain federal requirements under the Affordable Care Act, including requirements related to qualified health plans, tax credits, and individual and employer mandates. To be eligible for such waivers, proposed state plans are required to provide care to a 'comparable number' of residents that is 'as comprehensive' and 'as affordable' as would otherwise be provided under the ACA. The October 2018 guidance modifies guidelines for considering waiver applications, emphasizing that a proposed state health care plan should be evaluated based on the number of residents that would have 'access' to comparable coverage under the plan, as opposed to the number of residents that purchase such coverage." The motion was agreed to by a vote of 230-183. [HR 986, Vote #196, 5/9/19; CQ, 5/9/19]

**Perry Did Not Vote On Adding An Amendment To Include A Finding That The 2018 Guidance Did Not Permit The Health And Human Services Department To Waive Protections For Those With Pre-Existing Conditions.** In May 2019, Perry did not vote on: "Walden, R-Ore., motion to recommit the bill to the Energy and Commerce Committee with instructions to report it back immediately with an amendment that would include in the bill a finding that the 2018 guidance related to Section 1332 waivers does not amend Section 1332 of the 2010 health care overhaul and does not permit the Health and Human Services Department to waive protections for individuals with pre-existing conditions. It also adds a finding that the guidance stipulates that any Section 1332 waivers must ensure that access to coverage under state plans would be 'at least as comprehensive and affordable' as would be provided under the Affordable Care Act." The motion failed by a vote of 182-231. [HR 986, Vote #195, 5/9/19; CQ, 5/9/19]


**Perry Voted Against An Amendment To Prohibit The Health And Human Services And Treasury Departments From Taking Any Action That Would Increase Health Insurance Premiums For Those Enrolled In An "Essential Health Benefits Package."** In May 2019, Perry voted against: "Wild, D-Pa., amendment that would prohibit the Health and Human Services and Treasury departments from taking any action that would result in increased health insurance premiums for individuals enrolled in health insurance at least as comprehensive as the 'essential health benefits package' defined under the 2010 health care law." The motion was agreed to by a vote of 308-112. [HR 986, Vote #194, 5/9/19; CQ, 5/9/19]

**Perry Voted Against An Amendment To Prohibit The Health And Human Services And Treasury Departments From Taking Action To Reduce "Affordability" Of Insurance For Those With Pre-Existing Conditions.** In May 2019, Perry voted against: "Malinowski, D-N.J., amendment that would prohibit the Health and Human Services and Treasury departments from taking any action that would reduce the affordability, for individuals with preexisting conditions, of health insurance at least as comprehensive as the 'essential health benefits packages' defined under the 2010 health care law." The motion was agreed to by a vote of 302-117. [HR 986, Vote #193, 5/9/19; CQ, 5/9/19]

**Perry Voted For An Amendment That Would Change The Short Title Of The Protecting Americans With Preexisting Conditions Act To "Insert Politically Punch Title That Doesn't Reflect The Bill Substance Act."** In May 2019, Perry voted for: "Holding, R-N.C., amendment that would change the short title of the bill to 'Insert Politically Punchy Title That Doesn't Reflect the Bill Substance Act.'" The amendment failed 184 to 237. [HR 986, Vote #192, 5/09/19; CQ, 5/09/19]

> **Amendment Was An Attempt To Rename The "Protecting Americans With Preexisting Conditions Act," A Bill That Would Block Trump Administration Guidance Loosening Restrictions On States' Abilities to Waive Obamacare Requirements.** "The Protecting Americans with Preexisting Conditions Act, slated for a vote later this week, would block the Trump administration's October guidance to loosen restrictions on states' abilities to waive certain ObamaCare requirements. […] Rep. George Holding (R-N.C.) also attempted to use humor while taking aim at the bill, submitting two amendments that would change the title of H.R. 986 to either 'Nothing in This Bill Would Protect Individuals With Pre-Existing Conditions Act' or 'Insert Politically Punchy Title That Doesn't Reflect the Bill Substance Act.'" [The Hill, 5/06/19]

**Perry Voted Against Blocking A Republican Resolution Condemning A "Government Run, Soviet-Style, Top-Down Healthcare Scheme" And Instructing Congress To Develop Bipartisan Legislation To Protect People With Pre-existing Conditions If The Affordable Care Act Was Found To Be Unconstitutional.** In May 2019, Perry voted against: "Shalala, D-Fla., motion to order the previous question (thus ending the debate and possibility of amendment). According to the Congressional Record, Rep. Burgess said "Madam Speaker, if the previous question is defeated, House Republicans will move to immediately consider a resolution (H. Res. 280) that maintains that no American should have their health insurance taken away or lose protections for preexisting conditions due to the Democrats in Congress enacting an unconstitutional law. It would instruct Congress and the Trump administration to ask the Supreme Court for a stay in the Texas v. United States decision, should the Affordable Care Act be found unconstitutional. It would instruct Congress to develop bipartisan legislation that guarantees that no American citizen can be denied health insurance coverage or charged more due to a previous illness or health status. It includes commonsense consumers protections, provides more choice and affordable coverage than the Affordable Care Act, lowers prescription drug prices for patients, strengthens Medicare for current and future beneficiaries, and rejects the Democrats' radical one-size-fits-all, government run, Soviet-style, top-down healthcare scheme that would only outlaw the employer-based coverage of more than 180 million Americans." A vote *for the motion* was a vote to block consideration of the resolution. The resolution was agreed to by a vote of 227-190. [H Res 357, Vote #189, 5/09/19; CQ, 5/09/19; Congressional Record, 5/09/19]

**Perry Voted Against Condemning The Trump Administration's Legal Campaign Against The Affordable Care Act.** In April 2019, Perry voted against: "Passage of the resolution that would express the sense of the House of Representatives that the Trump administration's stance on invalidating the 2010 health care law is 'unacceptable'



and that the Justice Department should protect individuals with pre-existing conditions, individuals who pay high costs for prescription drugs, and individuals who 'gained health insurance coverage since 2014.' The resolution would recommend that the department reverse its position in the case of Texas v. United States." The resolution passed 240 to 186. [H Res 271, Vote #146, 4/3/19; CQ, 4/3/19]

**HEADLINE: "House Votes To Condemn Trump Administration's Opposition To ACA."** [Jurist.org, 4/4/19]

**Perry Voted Against Authorizing House Intervention Into The Texas Court Case That Found The Affordable Care Act Unconstitutional.** In January 2019, Perry voted against: "Adoption of the resolution that would establish the rules of the House for the 116th Congress. Title III of the resolution would authorize the speaker, on behalf of the House of Representatives, to intervene in the Texas court case that found the 2010 healthcare law unconstitutional and other cases related to the law. It would also direct the Office of General Counsel to represent the House in any such litigation." The resolution was adopted 235-192. [H Res 6, Vote #19, 1/09/19; CQ, 1/09/19]

**Perry Voted Against Modifying And Reauthorizing A Number Of Federal Public Health And Preparedness Programs And Modifying The Food And Drug Administration Regulation Of Non-Prescription Drugs.** In January 2019, Perry voted against: "Pallone, D-N.J., motion to suspend the rules and pass the bill that would modify and reauthorize a number of federal public health and preparedness programs and modify Food and Drug Administration regulation of non-prescription drugs. The bill would authorize $7.1 billion through fiscal 2028 for a Homeland Security and Health and Human Services program to develop medical countermeasures against weapons of mass destruction. Through fiscal 2023, it would authorize $610 million through for a Health and Human Services program to stockpile medical supplies; $685 million annually for Center for Disease Control grants to state and local public health departments to develop emergency planning; $612 million annually for the Health and Human Services biomedical research and development program to secure the U.S. from chemical, biological, radiological, and nuclear threats and prevent the spread of infectious diseases; and $250 million annually for the program's activities to prevent influenza pandemics. The bill would additionally authorize over $1 billion annually through fiscal 2023 for a number of other federal public health programs and activities. The bill would formally codify existing Food and Drug Administration regulatory systems for non-prescription drugs, including provisions related to labelling, safety determinations and approval of new drugs. It also contains provisions related to fees for facilities manufacturing non-prescription drugs." The motion was agreed to by a vote of 401 – 17. [H.R. 269, Vote #13, 1/8/19; CQ Floor Votes, 1/8/19]

**Perry Voted Against Blocking A Motion Calling For A Resolution To Protect People With Pre-Existing Conditions From Being Denied Or Charged More For Health Insurance.** In January 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Congressional Record, "Not later than January 31, 2019, the Committee on Energy and Commerce and the Committee on Ways and Means shall report to the House a joint resolution that is consistent with the United States Constitution and relevant Supreme Court cases that— (1) guarantees no American citizen can be denied health insurance coverage as the result of a previous illness or health status; and (2) guarantees no American citizen can be charged higher premiums or cost sharing as the result of a previous illness or health status, thus ensuring affordable health coverage for those with pre-existing conditions." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 233 – 197. [H. Res. 5, Vote #4, 1/3/19; CQ Floor Votes, 1/3/19; Congressional Record, H15, 1/3/19]

**Republicans Offered A Non-Binding Measure Saying Lawmakers Should Produce Legislation Protecting Consumers With Pre-Existing Conditions.** "The new Democratic-controlled House has moved toward defending former President Barack Obama's health care law against a federal court ruling that the statute is unconstitutional, part of the party's effort to use the issue to embarrass Republicans. […] During that debate, Republicans offered a non-binding measure saying lawmakers should produce legislation protecting consumers with pre-existing conditions. Democrats blocked it." [Associated Press, 1/4/19]



## Housing Issues

**Perry Voted Against An Amendment To Increase Funding For Housing And Urban Development Homeless Assistance Grant Programs.** In June 2019, Perry voted against: "Jayapal, D-Wash., amendment that would increase by $1 million funding for Housing and Urban Development homeless assistance grant programs and decrease by the same amount administrative funding for Housing and Urban Development Department executive offices." The amendment was adopted in Committee of the Whole by a vote of 201-220. [HR 3055, Vote #406, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Providing Mobility Assistance For Low- Income Families To Move To Areas With Lower Rates Of Poverty.** In March 2019, Perry voted against: "Waters, D-Calif., motion to suspend the rules and pass the bill that would permit the secretary of Housing and Urban Development to establish a housing mobility demonstration program that would provide 'mobility assistance,' encouraging low-income families to move to areas with lower rates of poverty in order to provide those families with greater opportunities." The motion was agreed to 387-22. [HR 1122, Vote #119, 3/11/19; CQ, 3/11/19]

**Perry Voted For Increasing FY 2019 Funding For Rural Utilities Services.** In January 2019, Perry voted for: "Aderholt, R-Ala., motion to recommit the bill (HR 265) to the House Appropriations Committee, with instructions to report it back immediately with amendments that would increase by $125 million the amount authorized for an Agriculture Department program related to rural utilities services. The amendments required by the instructions would also reduce by a total of $166 million the amount appropriated to several administrative offices within the Agriculture Department and funds appropriated for facility rentals by the Agriculture Department." The motion rejected 197-229. [HR 265, Vote #24, 1/10/19; CQ, 1/10/19]

**Perry Voted Against FY 2019 Funding For The Department Of Transportation And Department Of Housing And Urban Development.** In January 2019, Perry voted against: "Passage of the bill that would provide $71.4 billion for transportation programs for fiscal 2019 and provide for the release of $49 billion from the highway and aviation trust funds. It would provide $49.3 billion for federal highway programs; $17.7 billion for the Federal Aviation Administration; $13.5 billion for mass transit; and $2.8 billion for railroads. The bill would provide $44.5 billion for programs and activities of the Housing and Urban Development Department. From this amount, as well as offsets from payments collected by the Federal Housing Administration, the bill would provide $31.3 billion for public and Indian housing programs and $22.8 billion for the Section 8 rental assistance voucher program." The bill passed 244-180. [HR 267, Vote #23, 1/10/19; CQ, 1/10/19]

**Perry Voted For Increasing FY 2019 Funding For Rental Assistance Voucher Programs Within The Department Of Housing And Urban Development.** In January 2019, Perry voted for: "Diaz-Balart, R-Fla., motion to recommit the bill (HR 267) to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase by a total of $142 million the amount authorized for Housing and Urban Development Department rental assistance voucher programs. The amendment required by the instructions would also reduce by a total of $71 million funds appropriated for HUD information technology maintenance and activities." The motion was rejected 193-228. [HR 267, Vote #22, 1/10/19; CQ, 1/10/19]

## House Administration

**Perry Voted Against An Amendment Prohibiting The President From Transferring Any Functions Or Consolidating Any Part Of The OPM With Other Offices Or Agencies.** In July 2019, Perry voted against: "Connolly, D-Va., amendment that would prohibit the president or a designee from transferring any functions of or consolidating any part of the Office of Personnel Management with other offices or agencies." The amendment was adopted by a vote of 247-182. [HR 2500, Vote #443, 7/11/19; CQ, 7/11/19]

**Perry Voted For Establishing A Select Committee To Study And Make Recommendations On Modernizing Congress.** In January 2019, Perry voted for: "Adoption of the resolution that would establish the rules of the House



for the 116th Congress. Title II of the resolution would establish a select committee to study and make recommendations on modernizing Congress, including on matters of procedural efficiency, development of leadership, and staff recruitment and retention. It would require the committee to provide interim status reports to the House Administration and House Rules Committees and require that all policy recommendations be agreed to by at least two-thirds of the select committee's 12 members." The resolution was adopted by a vote of 418 – 12. [H. Res. 6, Vote #12, 1/4/19; CQ Floor Votes, 1/4/19]

**Perry Voted Against Establishing House Democratic Rules.** In January 2019, Perry voted against: "Adoption of the resolution that would establish the rules of the House for the 116th Congress. Many of the rules that were in effect at the end of the 115th Congress would carry over. Among rules changed, Title I of the resolution would require that legislation with substantial bipartisan support be considered at least once a week as per a new House calendar, require that all major legislation be marked up by committee before floor consideration, and require legislative text to be publicly available 72 hours prior to floor consideration. It would restore several Democratic rules related to the budget process, including to remove the supermajority requirement for any measure that would increase federal taxes and to restore the pay-as-you-go point of order that would require new government spending to be offset with cuts or taxes. It would also modify House ethics rules, including to require annual ethics trainings for members and to require each office to adopt new anti-harassment and anti-discrimination policies." The resolution was adopted by a vote of 234 – 197. [H. Res. 6, Vote #7, 1/3/19; CQ Floor Votes, 1/3/19]

> **House Rules Featured Dozens Of Changes Designed To Restore More Committee And Bipartisan Involvement In The Legislative Process, Increase Transparency And Clamp Down On Ethics Violations.** "The House on Thursday adopted the bulk of a rules package for the 116th Congress that featured dozens of changes designed to restore more committee and bipartisan involvement in the legislative process, increase transparency and clamp down on ethics violations. The measure, adopted 234 to 197, was crafted by Speaker Nancy Pelosi, D-Calif., and Rules Chairman Jim McGovern, D-Mass., with input from members across all factions of the House Democratic majority." [The Hill, 1/3/19]

> **Progressives Opposed Rules Because They Included PAYGO, A Provision That Requires Legislation That Would Increase The Deficit To Be Offset By Spending Cuts Or Revenue Increases And Would Interfere With Medicare For All.** "Khanna and Ocasio-Cortez had announced on Twitter Wednesday that they would oppose the package over a pay-as-you-go, or PAYGO, provision that requires legislation that would increase the deficit to be offset by spending cuts or revenue increases. Many progressives oppose PAYGO because they feel that some policies that will have a larger economic benefit do not need to be paid for and don't want the provision to interfere with their goals of passing costly legislation like 'Medicare for All.'" [The Hill, 1/3/19]

> **Three Republicans — Reps. Tom Reed And John Katko Of New York And Brian Fitzpatrick Of Pennsylvania — Voted For Democrats' Rules Package.** "In an atypical move, three Republicans — Reps. Tom Reed and John Katko of New York and Brian Fitzpatrick of Pennsylvania — voted for Democrats' rules package. They did so because of changes the bipartisan Problems Solvers Caucus, of which they are members, pushed to help facilitate more two-party legislating. This was the first occasion since 2001 in which anyone from the minority party has voted for the majority party's rules package." [The Hill, 1/3/19]

**Perry Voted Against Considering Bills That Would Establish Rules For The 116th Congress, Provide Full-Year Funding For Six Of The Seven Agencies And Provide Short-Term Funding For Homeland Security Department.** In January 2019, Perry voted against:"McGovern, D-Mass., motion to table the Brady, R-Texas, motion to refer the rule (H Res 5) that would provide for House floor consideration of the resolution (H Res 6) that would establish the rules of the House for the 116th Congress; consideration of the bill (HR 21) that would provide for full-year appropriations for six of the seven remaining fiscal 2019 appropriations bills; and consideration of the joint resolution (H J Res 1) that would provide short-term funding for the Homeland Security Department through Feb. 8, 2019." The motion was agreed to by a vote of 230 – 197. [H. Res. 5, Vote #3, 1/3/19; CQ Floor Votes, 1/3/19]



## Immigration & Border Issues

**Perry Voted Against Permitting Venezuelan Nationals To Qualify For Temporary Protected Status.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would grant temporary protected status to Venezuelans in the U.S. for an initial 18-month period. To receive TPS status, qualifying individuals must be continuously present in the U.S. after enactment, be legally admissible to the U.S. as immigrants, and register with the Homeland Security Department."  The bill passed 272 to 158. [HR 549, Vote #514, 7/25/19; CQ, 7/25/19]

**Perry Voted Against Requiring US Customs And Border Protection Establish And Implement Standards Of Care For Migrants In Custody.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would require U.S. Customs and Border Protection to establish and implement standards of care for migrants in CBP custody." The bill passed by a vote of 233-195. [HR 3239, Vote #507, 7/24/19; CQ, 7/24/19]

**Perry Voted For Adding An Amendment That Would Express The Sense Of Congress That Members Of The US Border Patrol Should Be Commended For Continuing To Carry Out Their Duties.** In July 2019, Perry voted for: "Kinzinger, R-Ill., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would express the sense of Congress that members of the U.S. Border Patrol should be commended for continuing to carry out their duties in a 'professional' manner, including caring for the large number of families, unaccompanied migrant children, and single adults being processed in U.S. Customs and Border Protection facilities." The motion was agreed to by a vote of 239 to 192. [HR 3239, Vote #506, 7/24/19; CQ, 7/24/19]

**Perry Voted Against Granting Temporary Protected Status To Venezuelans In The U.S. For An Initial 18-Month Period.** In July 2019, Perry voted against: "Mucarsel-Powell, D-Fla., motion to suspend the rules and pass the bill, as amended, that would grant temporary protected status to Venezuelans in the U.S. for an initial 18-month period." The motion was rejected by a vote of 268 to 154. [HR 549, Vote #498, 7/23/19; CQ, 7/23/19]

**Perry Voted Against Blocking Consideration Of Citizens Count Census Act Of 2019, Which Would Require A Citizenship Question On The Census.** In July 2019, Perry voted against: "Raskin, D-Md., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Congressional Record, Rep. Comer said, "Today, I introduce the Citizens Count Census Act of 2019, a bill that would require a citizenship question on the United States Census. If we defeat the previous question, as the gentleman from Georgia said, then we will be able to consider my bill." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 230-189. [H Res 491, Vote #478, 7/16/19; CQ, 7/16/19; Congressional Record, 7/16/19]

**Perry Voted Against An Amendment That Would Prohibit The Use Of Defense Department Facilities, Equipment, Or Personnel To House Or Construct Housing For Any Foreign Nationals Detained By Immigration And Customs Enforcement.** In July 2019, Perry voted against: "Thompson, D-Miss., amendment no. 437 that would prohibit the use of Defense Department facilities, equipment, or personnel to house or construct housing for any foreign nationals detained by Immigration and Customs Enforcement." The motion was passed/agreed to in House by recorded vote: 213 - 204 [H.Amdt.560 to H.R.2500, Vote #469, 7/12/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Prohibit The Use Of Defense Department Funds To Provide Housing In Department Facilities For Any Detained Undocumented Immigrant.** In July 2019, Perry voted against: "Ocasio-Cortez, D-N.Y., amendment that would prohibit the use of funds authorized by the bill for the Defense Department to provide housing in department facility for any detained undocumented immigrant." The motion was failed by recorded vote: 173 – 245. [H.Amdt.559 to H.R.2500, Vote #468, 7/12/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Prohibit Using Fiscal 2020 Defense Department Funds To Provide Military Support For Local Law Enforcement To Enforce Any Part Of The Immigration And Nationality Act.** In July 2019, Perry voted against: "Ocasio-Cortez, D-N.Y., amendment that would prohibit the use of any fiscal 2020 funds authorized for the Defense Department to provide military support for local law



enforcement to enforce any part of the Immigration and Nationality Act." The motion was failed by recorded vote: 179 - 241. [H.Amdt.558 to H.R.2500, Vote #467, 7/12/19; CQ, 7/9/19]

**Perry Voted For An Amendment That Would Prohibit The Use Of Defense Department Facilities To House Or Detain Unaccompanied Children Who Are Undocumented Immigrants.** In July 2019, Perry voted for: "Garcia, D-Texas, amendment that would prohibit the use of Defense Department facilities to house or detain unaccompanied children who are undocumented immigrants." The motion was failed by recorded vote: 198 - 223. [H.Amdt.557 to H.R.2500, Vote #466, 7/12/19; CQ, 7/9/19]

**Perry Voted For Eliminating The Per Country Annual Cap On Employment-Based Immigrant Visas And Establishing A Per-Country Annual Cap For Family-Sponsored Immigrant Visas.** In July 2019, Perry voted for: "Lofgren, D-Calif., motion to suspend the rules and pass the bill, as amended, that would eliminate employment-based immigrant visas from a seven percent per-country annual cap calculation under existing law. It would establish a per-country annual cap for family-sponsored immigrant visas at 15 percent of all family visas offered each year, which may be exceeded if the other available visas are not used by citizens of other nations. It also outlines a transition period for reducing the annual percentage of employment-based visas reserved for certain categories of immigrants from countries other than the top two visa-recipient countries." The motion was agreed to by a vote of 365-65. [HR 1044, Vote #437, 7/10/19; CQ, 7/10/19]

**Perry Voted For Concurring With A Senate Amendment To Emergency Supplemental Aid For Migrants At The U.S.-Mexico Border.** In June 2019, Perry voted for: "Lowey, D-N.Y., motion to concur in the Senate amendment to the Emergency Supplemental Appropriations for Humanitarian Assistance and Security at the Southern Border Act that would authorize a total of $4.6 billion in supplemental fiscal 2019 appropriations to address humanitarian concerns for migrants at the U.S.-Mexico border. Specifically, It would provide $2.9 billion for the Health and Human Services Department office of refugee resettlement, including $866 million for the provision of care in state-licensed shelters and expansion of the number of licensed shelters and $100 million for post-release, legal, and child advocacy services. It would provide $1.1 billion for U.S. Customs and Border Protection, including $793 million for acquisition, construction, and operation of migrant processing facilities, $112 million for medical care, food, water, sanitary items, and other supplies for migrants. It would provide $209 million for U.S. Immigration and Customs Enforcement, including $45 million for detainee medical care and $35.9 million for the transportation of unaccompanied minors to HHS custody. It would provide $144.8 million to the Department of Defense for operating expenses of the Army, Marine Corps, Air Force, and National Guard for activities in response to migration at the U.S. southwest border, including medical assistance and mobile surveillance. It would also provide $30 million for Federal Emergency Management Agency emergency food and shelter programs providing assistance to migrants released from DHS custody, $15 million for the Justice Department immigration review office legal orientation program, and $155 million to the U.S. Marshals Service for federal prisoner detention. It would also establish contracting standards for unlicensed facilities used as 'influx shelters' by HHS, limit the period unaccompanied minors may be held at such facilities, and require HHS to ensure that certain minors are not held at such facilities, including those with special medical needs. The measure is now cleared for the president." The motion was agreed to by a vote of 305-102. [HR 3401, Vote #429, 6/27/19; CQ, 6/27/19]

**Perry Voted Against Considering A Bill To Provide Emergency Humanitarian Assistance At The U.S.-Mexico Border.** In June 2019, Perry voted against: "Adoption of the rule (H Res 466), as amended, that would provide for House floor consideration of the Senate amendment to the Emergency Supplemental Appropriations for Humanitarian Assistance and Security at the Southern Border Act (HR 3401). As amended, the rule would make in order a motion to concur in the Senate amendment to HR 3401." The motion was adopted by a vote of 322-85. [H Res 466, Vote #426, 6/27/19; CQ, 6/27/19]

**Perry Voted Against Considering A Bill To Provide Emergency Humanitarian Assistance At The U.S.-Mexico Border.** In June 2019, Perry voted against: "On the question of consideration of the resolution (H Res 466) that would provide for floor consideration of the Senate amendment to the Emergency Supplemental Appropriations for Humanitarian Assistance and Security at the Southern Border Act (HR 3401). [...] Cole, R-



Okla., had raised a point of order that the rule would violate section 426(a) of the Congressional Budget Act." The motion was agreed to by a vote of 226-188. [H Res 466, Vote #425, 6/27/19; CQ, 6/27/19]

**Rep. Cole Raised A Point Of Order Opposing The Rule Under Congressional Budget Act Constraints; A Vote For The Question Was A Vote To Allow Consideration To Continue.** "Mr. COLE: Therefore, I make a point of order, pursuant to section 426 of the Congressional Budget Act, that this rule may not be considered. […] Madam Speaker, the bill before us today provides no CBO cost estimate, so we literally have no idea as to whether or not there are additional unfunded mandates being imposed on the States. […] Mr. McGOVERN: If my colleagues disagree, then they can vote against the bill and against consideration, but I would urge all of my colleagues to vote 'yes' so that we can move forward with this rule in consideration of this bill…" [Congressional Record, 6/27/19]

**Perry Voted Against The House Version Of A Bill Providing Emergency Supplemental Humanitarian Aid For Migrants At The U.S.-Mexico Border.** In June 2019, Perry voted against: "Passage of the bill, as amended, that would provide $4.5 billion in supplemental fiscal 2019 appropriations to address humanitarian concerns for migrants at the U.S.-Mexico border. Specifically, it would provide $2.9 billion for the Health and Human Services Department office of refugee resettlement, including $866 million for the provision of care in state-licensed shelters and expansion of the number of licensed shelters and $100 million for post-release, legal, and child advocacy services. It would provide $1.2 billion for U.S. Customs and Border Protection, including $787.5 million for acquisition, construction, and operation of migrant processing facilities, $92 million for food, water, sanitary items, and other supplies for migrants, and $20 million for medical support. It would provide $128.2 million for U.S. Immigration and Customs Enforcement, including $45 million for detainee medical care and $35.9 million for the transportation of unaccompanied minors to HHS custody. It would also provide $60 million for Federal Emergency Management Agency emergency food and shelter programs providing assistance to migrants released from DHS custody, $17 million for the Justice Department immigration review office legal orientation program, and $155 million to the U.S. Marshals Service for federal prisoner detention. Among other requirements related to facilities, resources, and services provided by DHS and HHS, the bill would require DHS to establish standards and protocols related to medical, nutrition, and sanitation needs of migrants in CBP temporary holding facilities. It would establish contracting standards for unlicensed facilities used as 'influx shelters' by HHS, limit the period unaccompanied minors may be held at such facilities, and require HHS to ensure that certain minors are not held at such facilities, including those with special medical needs." The bill passed by a vote of 230-195. [HR 3401, Vote #414, 6/25/19; CQ, 6/25/19]

**June 2019: The House Passed An Emergency Aid Package That Put Guardrails On Appropriations for ICE Funding And Restricted Overcrowding Of Migrant Children In Detention Facilities.** "Only three Republicans supported the House's original version of the bill, including one Texan, Will Hurd of Helotes. The funding designations of the House bill were carefully crafted to funnel appropriations towards improving conditions at detention facilities and extending aid and legal services to migrants. Most of the House's appropriations — some $2.9 billion — would have gone to the Department of Health and Human Services to fund legal services for migrant children who have been detained and to relieve overcrowding by creating more licensed facilities to hold migrant children. And of the remaining $1.5 billion in the House bill, the majority would have gone to the Department of Homeland Security, a sprawling network of agencies that includes U.S. Immigration and Customs Enforcement. […] Perhaps the most significant distinction in the House bill were the 'guardrails,' as some members have called them — provisions intended to prevent the misappropriation of funds by ICE and the Trump administration. Republicans argued that these restrictions on implementation would severely limit the ability for the Trump administration to administer a unilateral response in an emergency situation." [Texas Tribune, 6/27/19]

**Perry Voted For Adding An Amendment To Increase ICE Funding By $64.6 Million.** In June 2019, Perry voted for: "Rutherford, R-Fla., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase by $64.6 million funding for Immigration and Customs Enforcement expenses related to increased immigration at the U.S. southwest border." The amendment was rejected by a vote of 205-218. [HR 3401, Vote #413, 6/25/19; CQ, 6/25/19]



**Perry Voted For An Amendment To Strike A Provision Prohibiting Funds From Treasury Forfeiture Fund To Build A Wall Along Southern Border.** In June 2019, Perry voted for: "King, R-Iowa, amendment that would strike from the bill a provision that would prohibit the use of funds from a Treasury Department forfeiture fund to plan or construct a wall, barrier, fence, or road along the U.S. southern border. The fund is sourced from Treasury and Homeland Security Department forfeitures and seizures and used for related law enforcement activities." The amendment was rejected in Committee of the Whole by a vote of 191 – 226. [HR 3351, Vote #411, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Considering A Bill To Provide $4.5 Billion In Supplemental Fiscal 2019 Appropriations To Address Humanitarian Concerns At The U.S.-Mexico Border.** In June 2019, Perry voted against: "Adoption of the rule (H Res 462) that would provide for House floor consideration of the Emergency Supplemental Appropriations for Humanitarian Assistance and Security at the Southern Border Act (HR 3401), which would provide $4.5 billion in supplemental fiscal 2019 appropriations to address humanitarian concerns at the U.S.-Mexico border. The rule would provide for automatic adoption of a Lowey, D-N.Y., manager's amendment to HR 3401 that would increase from $15 million to $17 million funding provided by the bill for the Justice Department immigration review office and specify that at least $2 million would be used for operation of the immigration court helpdesk program. It would require the Homeland Security Department to establish final plans, standards, and protocols regarding individuals in U.S. Customs and Border Protection custody, including medical, nutrition, and sanitation standards for temporary holding facilities. It would also make a number of requirements related to standards for grantees and contractors providing services to individuals in HHS custody, translation services for DHS customs, immigration, and other services, and the maximum time an unaccompanied minor may be held at a facility not licensed by HHS." The motion was adopted by a vote of 225 - 189. [H Res 462, Vote #410, 6/25/19; CQ, 6/25/19]

**Perry Voted Against Blocking Consideration Of The Border Crisis Supplemental Appropriations Act of 2019.** In June 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and possibility of amendment)."According to the Congressional Record, "Mr. COLE. Mr. Speaker, I yield myself such time as I may consume. If we defeat the previous question. I will offer an amendment to the rule to immediately bring up H.R. 3056, the Border Crisis Supplemental Appropriations Act of 2019." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 226 - 188. [H Res 462, Vote #409, 6/25/19; CQ, 6/25/19; Congressional Record, 6/25/19]

**Perry Voted For Adding An Amendment To Increase Funding By $75 Million For DOJ Immigration Review Office And Decrease Funding By The Same Amount For Census Bureau Expenses.** In June 2019, Perry voted for: "Hurd, R-Texas, motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase by $75 million funding for the Justice Department immigration review office and decrease by the same amount funding for Census Bureau expenses related to collecting, analyzing, and publishing statistics for periodic censuses and programs." The motion rejected by a vote of 201 - 220. [HR 3055, Vote #407, 6/25/19; CQ, 6/25/19]

**Perry Voted For A Republican Amendment Allowing Funding For A Census Question.** In June 2019, Perry voted for: "King, R-Iowa, amendment that would strike from the bill a provision prohibiting the use of funds made available by the bill for the Commerce Department to incorporate any questions not included in a 2018 census test in the 2020 decennial census." The motion failed by a vote of  192-240. [HR 3055, Vote #369, 6/20/19; CQ, 6/20/19]

> **The Amendment Would Have Allowed Funding For A Citizenship Question In The 2020 Census.** "Last night, the House voted 240-192 against Representative Steve King's amendment to the Commerce, Justice and Science bill to strike Section 534, which prohibits the use of funds for the inclusion of a citizenship question in the 2020 Census." [Office of Rep. Serrano, Press Release, 6/21/19]



**Perry Voted For A Motion To Recommit The Appropriations Bill Back To The House Appropriations Committee.** In June 2019, Perry voted for: "Womack, R-Ark., motion to recommit the fiscal 2020 Labor-HHS-Education, Defense, Energy-Water, and State-Foreign Operations appropriations package to the House Appropriations Committee." The motion failed by a vote of 196-231. [HR 2740, Vote #366, 6/19/19; CQ, 6/19/19]

> **Womack's Office Released A Statement On The Motion To Recommit, Calling For Decreasing Spending While "Removing Poison Pill Provisions, And Addressing Defense And Border Security Provisions."** "Today, Congressman Steve Womack (AR-3) offered a Motion to Recommit on the House floor. The amendment would have sent H.R. 2740, the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, back to the Appropriations Committee in order to address longstanding problems with the bill. Corrections needed include setting realistic spending numbers, adding funding for humanitarian assistance at the border, removing poison pill provisions, and addressing defense and border security issues." [Office of Rep. Womack, Press Release, 6/19/19]

**Perry Voted For An Amendment Allowing Southern Border Wall Funding By Striking A Previous Appropriations Provision.** In June 2019, Perry voted for: "Burgess, R-Texas, amendment that would strike from the bill a provision prohibiting the use of funds made available by the bill for the Army Corps of Engineers to design or construct physical barriers or border security infrastructure along the U.S. southern land border." The motion failed by a vote 197-237. [HR 2740, Vote #359, 6/19/19; CQ, 6/19/19]

**Perry Voted Against Blocking A Republican Amendment To The Rule Related To The Process For Debate On The Border Security Appropriations Bill.** In June 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 445)." According to the Congressional Record, if the motion failed, the following amendment would have been added to the rule: "AMENDMENT TO HOUSE RESOLUTION 445 At the end of the resolution, add the following: SEC. 14. That immediately upon adoption of this resolution, the House shall resolve into the Committee of the Whole House on the state of the Union for consideration of the bill (H.R. 3056) to provide supplemental appropriations relating to border security, and for other purposes. The first reading of the bill shall be dispensed with. All points of order against consideration of the bill are waived. General debate shall be confined to the bill and shall not exceed one hour equally divided and controlled by the chair and ranking minority member of the Committee on Appropriations. After general debate the bill shall be considered for amendment under the five-minute rule. Points of order against provisions in the bill for failure to comply with clause 2 of rule XXI are waived. Clause 2(e) of rule XXI shall not apply during consideration of the bill. When the committee rises and reports the bill back to the House with a recommendation that the bill do pass, the previous question shall be considered as ordered on the bill and amendments thereto to final passage without intervening motion except one motion to recommit with or without instructions." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to by a vote of 231-193. [H.Res 445, Vote #356, 6/19/19; CQ 6/19/19; Congressional Record, 6/19/19]

**Perry Voted Against An Amendment Supporting Requiring The Office Of Refugee Resettlement To Disclose A Monthly Census Per Facility Of Unaccompanied Children In Custody.** In June 2019, Perry voted against: "Beyer, D-Va., amendment no. 53 that would decrease then increase by $500,000 funding for Health and Human Services Department refugee and immigrant assistance programs." According to Congress.gov, the amendment would "require the Secretary of Health and Human Services, acting through the Office of Refugee Resettlement, to disclose to committees of jurisdiction and legal attention providers a monthly census per facility, broken down by gender and age group, of unaccompanied alien children in the custody of the Department of Health and Human Services, including locations operated through a contract with any other entity (including a Federal, State, or local agency)." The amendment was adopted by a vote of 285-138. [HR 2740, Vote #300, 6/13/19; CQ, 6/13/19; H Amdt 317, offered 6/13/19]

**Perry Voted For An Amendment That Would Require The Office Of Refugee Resettlement To Report And Record The Death Of Unaccompanied Children Under Its Care.** In June 2019, Perry voted for: "Castro, D-Texas, amendment that would require the Office of Refugee Resettlement to report and record the death of



unaccompanied children under its care." The amendment was adopted by a vote of 355-68. [HR 2740, Vote #294, 6/13/19; CQ, 6/13/19]

**Perry Voted Against Blocking Consideration Of The Republican-Sponsored Border Crisis Supplemental Appropriations Act Of 2019.** In June 2019, Perry voted against: "Torres, D-Calif., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, Rep. Woodall said that "if we defeat the previous question, I will amend the rule to bring H.R. 3056 immediately to the floor under an open rule." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to by a vote of 230- 184. [HR 2740, Vote #264, 6/12/19; CQ, 6/12/19, 6/3/19; Congressional Record, 6/12/19]

**Perry Voted Against An Amendment That Would Increase By $10 Million The Minimum Amount To Be Used For Immigrant And Refugee Assistance Activities.** In June 2019, Perry voted against: "Shalala, D-Fla., amendment that would increase by $10 million the minimum amount to be used for legal services, child advocates, and post-release services within total funds authorized by the bill for Health and Human Services Department immigrant and refugee assistance activities." The amendment was adopted 243 to 179. [HR 2740, Vote #252, 6/12/19; CQ, 6/12/19]

**Perry Voted Against The American Dream And Promise Act, Protecting Residency Status for Undocumented Immigrants Who Entered The United States As Children.** In June 2019, Perry voted against or from nations with Temporary Protected Status designation and would prohibit the Homeland Security and Justice Departments from initiating or continuing the removal of such individuals. Title I of the bill would require DHS and DOJ to grant applications for ten-year conditional permanent residency status to undocumented immigrants who entered the U.S. as minors at least four years prior to enactment, have lived continuously in the U.S. since that time, and have earned or are enrolled in a program to earn a technical, high school, or postsecondary degree. It would disqualify certain individuals from receiving such a status based on factors including criminal record, gang participation, or other threats to public safety. It would direct DHS to grant permanent resident status to conditional residents if they maintain eligibility for conditional residency and meet certain qualifications related to postsecondary education, military service, or employment. It would also require DHS to establish a streamlined residency application process for individuals enrolled in the Deferred Action for Childhood Arrivals program. Title II of the bill would require DHS and DOJ to grant applications for permanent residency status to foreign nationals from countries designated for Temporary Protected Status or Deferred Enforced Departure who have lived continuously in the U.S. for at least three years prior to enactment and are not ineligible for admission to the U.S. under current immigration law. Among other provisions related to residency status under the bill's provisions, the bill would prohibit DHS from removing eligible individuals before providing them an opportunity to apply for residency, would provide for judicial and appellate administrative review for individuals whose residency status is denied or revoked, and would require DHS to establish a grant program for nonprofit organizations to assist eligible individuals in the application process." The bill passed 237-187. [H Res 6, Vote #240, 6/4/19; CQ, 6/4/19]

**Perry Voted For Adding An Amendment That Would Disqualify An Individual From Legal Residency Status If The Homeland Security Department "Knows Or Has Reason To Believe" They Are Or Have Been A Member Of A "Criminal Street Gang" Or Participated In Gang Activity.** In June 2019, Perry voted fort that would disqualify an individual from legal residency status under the bill's provisions if the Homeland Security Department 'knows or has reason to believe' they are or have been a member of a 'criminal street gang' or participated in gang activity. It would also require DHS to make a determination on whether an undocumented immigrant whose application for residency is denied on criminal, national security, gang, or public safety grounds should be placed in removal proceedings." The motion was rejected 202-221. [H Res 6, Vote #239, 6/4/19; CQ, 6/4/19]

**Perry Voted Against Consideration Of The American Dream And Promise Act.** In February 2015, Perry voted against: "Adoption of the rule (H Res 415) that would provide for floor consideration of the American Dream and Promise Act (HR 6)." The motion passed 219 to 203. [HR 415, Vote #236, 6/4/19; CQ, 6/4/19]



**Perry Voted Against The Termination Of Trump's National Emergency Declaration.** In March 2019, Perry voted against: "Passage, over President Donald Trump's March 15, 2019 veto, of the joint resolution that would terminate the president's Feb. 15 national emergency declaration concerning the security situation at the southern border." The bill was rejected 248-181. [H J Res 46, Vote #127, 3/26/19; CQ, 3/26/19]

**Perry Voted Against A Resolution That Would Have Stymied Trump's Declaration Of A National Emergency At The Southern Border.** In February 2019, Perry voted against: "Adoption of the resolution that would terminate the president's national emergency declaration concerning the security situation at the southern border." The resolution passed by a vote of 245-182. [H J Res 46, Vote #94, 2/26/19; CQ, 2/26/19]

**Perry Voted Against Considering A Resolution To Terminate Trump's Declaration Of A National Emergency.** In February 2019, Perry voted against: "Adoption of the rule (H Res 144) that would provide for House floor consideration of the joint resolution (H J Res 46) relating to a national emergency declared by the president on February 15, 2019." The rule was adopted by a vote of 229-193. [H Res 144, Vote #93, 2/26/19; CQ, 2/26/19]

**Perry Voted Against Prohibiting Funds Provided By The Bill For The Army Corps Of Engineers Or The Homeland Security Department From Being Used To Construct A "New Physical Barrier" Along The Southwest Border Of The U.S.** In January 2019, Perry voted against: "McGovern, D-Mass., amendment that would prohibit funds provided by the bill for the Army Corps of Engineers or the Homeland Security Department from being used to construct a 'new physical barrier' along the southwest border of the U.S." The amendment was adopted in Committee of the Whole by a vote of 230 – 197. [H.R. 268, Vote #37, 1/16/19; CQ Floor Votes, 1/16/19]

## Infrastructure Issues

**Perry Voted For An Amendment To Prohibit Funds To Be Used In Contravention Of An Order To Use American Made Products For Infrastructure Projects.** In June 2019, Perry voted for: "Bost, R-Ill., amendment that would prohibit funds made available in the bill to be used in contravention of a January 2019 executive order related to the use of American made products for infrastructure projects." The amendment was adopted in Committee of the Whole by a vote of 373-51. [HR 3055, Vote #396, 6/21/19; CQ, 6/21/19]

**Perry Voted For An Amendment To Require The Federal Communications Commission To Create A Plan On Broadband Internet Data Collection.** In April 2019, Perry voted for: "Wexton, D-Va., amendment that would require the Federal Communications Commission to submit a report to Congress on a plan regarding how the commission would evaluate and address problems with the collection of data through the use of Form 477, related to the deployment of broadband internet access service." The amendment was adopted in Committee of the Whole by a vote of 376-46. [HR 1644, Vote #164, 4/10/19; CQ, 4/10/19]

**Perry Voted For An Amendment Requiring The Government Accountability Office To Submit A Report To Congress Detailing The Benefits Of Broadband Internet Access Offered On A Standalone Basis.** In April 2019, Perry voted for: "Delgado, D-N.Y., amendment that would require the Government Accountability Office to submit a report to Congress detailing the benefits of broadband internet access offered on a standalone basis, including recommendations to increase the availability of standalone broadband internet access service in rural areas." The amendment was adopted in Committee of the Whole by a vote of 363-60. [H.R. 1644, Vote #163, 4/10/19; CQ, 4/10/19]

## Labor & Working Family Issues

**Perry Voted Against Final Passage Of The Raise The Wage Act, Which Would Raise The Minimum Wage To $15 Per Hour.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would increase the federal minimum wage to $8.40 per hour on the first day of the third month after enactment and would



incrementally increase it annually to reach $15 per hour six years after the effective date. On the seventh year, the bill would require the Labor Department to determine the minimum wage based on increases in the median hourly wage of all employees. The bill would also increase the minimum wage for tipped employees, teens, and individuals with disabilities, with incremental increases over five years until each of these rates reaches $15 per hour, at which point the separate minimum wages would be repealed." The bill passed 231 to 199. [HR 582, Vote #496, 7/18/19; CQ, 7/18/19]

**Perry Voted For Adding An Amendment To Exempt Businesses Who Employ Fewer Than 10 People Or Earn Less Than $1 Million In Gross Sales From Having To Raise Their Minimum Wage.** In July 2019, Perry voted for: "Meuser, R-Pa., motion to recommit the bill to the House Education and Labor Committee with instructions to report it back immediately with an amendment that would exempt from the bill's requirements businesses that employ fewer than 10 individuals or that have an annual gross volume of sales and business of less than $1 million." The motion was rejected by a vote of 210-218. [HR 582, Vote #495, 7/18/19; CQ, 7/18/19]

**Perry Voted Against An Amendment To Require The GAO To Produce A Report On The Effects Of Previous Minimum Wage Increases On The Economy.** In July 2019, Perry voted against: "O'Halleran, D-Ariz., amendment that would require the Government Accountability Office to submit a report to Congress, prior to the effective date of the third annual wage increase, that identifies and analyzes the effects of the first two wage increases on the economy and workforce, nationally and regionally. It would require Congress to assess and make recommendations to address the findings of the report, including with regard to the implementation of subsequent wage increases." The amendment was adopted 248 to 181. [HR 582, Vote #494, 7/18/19; CQ, 7/18/19]

**Perry Voted Against Adopting A Rule To Consider The Raise The Wage Act.** In July 2019, Perry voted against: "Adoption of the rule (H Res 492) that would provide for House floor consideration of the Raise the Wage Act (HR 582) that would incrementally increase the federal minimum wage to $15 per hour over five years. It would provide for automatic adoption of a manager's amendment to the bill and for floor consideration of one additional amendment to the bill. The Scott, D-Va., manager's amendment to the bill (HR 582) would extend the period over which the minimum wage would be incrementally increased, such that it would reach $15/hour by Oct. 1, 2025, instead of by Oct. 1, 2024." The bill passed 231 to 197. [H.Res 492, Vote #485, 7/17/19; CQ, 7/17/19]

**Perry Voted For An Amendment To Increase Funding By $1 Million For Small Business Entrepreneurial Development Programs.** In June 2019, Perry voted for: "Suozzi, D-N.Y., amendment that would increase funding by $1 million for Small Business entrepreneurial development programs and would decrease by the same amount administrative funding for Treasury Department offices." The motion passed by a vote of 406-19. [HR 3351, Vote #418, 6/26/19; CQ, 6/26/19]

**Perry Voted For An Amendment That Would Increase By $3 Million Funding For Health And Human Services Department Children And Families Services Programs And Decrease By The Same Amount Administrative Funding.** In June 2019, Perry voted for: "Adams, D-N.C., amendment that would increase by $3 million funding for Health and Human Services Department children and families services programs and decrease by the same amount HHS administrative funding." The amendment was adopted by a vote of 307-115. [HR 2740, Vote #298, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Decrease By 14 Percent All Discretionary Funding For Labor, Health And Human Services And Education.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would decrease by 14 percent all discretionary funding made available under the Labor, Health and Human Services and Education title of the bill (Division A)." The amendment was rejected by a vote of 150-273. [HR 2740, Vote #289, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment That Would Allow Labor Department Program Funding Made Available By The Appropriations Package To Be Used For Apprenticeship Grants Not Registered Under The National Apprenticeship Act.** In June 2019, Perry voted for: "Hill, R-Ark., amendment no. 38 that would allow Labor Department program funding made available by the bill to be used for grants to apprenticeship programs not



registered with the department under the National Apprenticeship Act." The amendment was rejected by a vote of 158-266. [HR 2740, Vote #285, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment To Increase Funding To Programs Aimed At Assisting Children And Families In The Health And Human Services Department By $2 Million.** In June 2019, Perry voted for: "Butterfield, D-N.C. amendment that would increase by $2 million funding for various Health and Human Services Department programs and services aimed at protecting and assisting children and families and decrease by the same amount HHS administrative funding." The amendment was adopted 356 to 68. [HR 2740, Vote #276, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment To Encourage The Bureau Of Labor Statistics To Accept More Input Into Its Projections For Its Future Workforce.** In June 2019, Perry voted against: "Foster, D-Ill., amendment that would increase then decrease by $1 funding for salaries and expenses of the Bureau of Labor Statistics." According to Congress.gov, "Amendment increases and decreases funding by $1 for the Bureau of Labor Statistics for the purpose of instructing BLS to accept a wider and more forward-looking range of inputs into its range of projections for its workforce of the future." The amendment was adopted 260 to 164. [HR 2740, Vote #272, 6/12/19; CQ, 6/12/19; H Amdt 288, offered 6/12/19]

**Perry Voted For An Amendment To Increase Funding For National Institute For Occupational Safety And Health Research.** In June 2019, Perry voted for: "Pascrell, D-N.J., amendment that would increase by $900,000 funding for National Institute for Occupational Safety and Health research and decrease by the same amount administrative funding for the Health and Human Services Department." The amendment was adopted 413 to 10. [HR 2740, Vote #262, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment That Would Prohibit The Use Of Any Funds To Close Job Corps Civilian Conservation Centers.** In June 2019, Perry voted against: "DeFazio, D-Ore., amendment that would prohibit the use of any funds authorized by the bill to close Job Corps civilian conservation centers or to alter or terminate the interagency agreement between the Labor and Agriculture Departments governing funding and operation of such centers." The amendment was adopted 313 to 109. [HR 2740, Vote #259, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment That Would Prohibit The Occupational Safety And Health Administration From Changing The Permissible Exposure Standards To Workers Exposed To Beryllium.** In June 2019, Perry voted against: "Scott, D-Va., amendment that would prohibit the Occupational Safety and Health Administration from using any funds authorized in the bill to finalize or implement a proposed rule that would change the permissible exposure standards for construction and maritime workers occupationally exposed to beryllium." The amendment was adopted 241 to 181. [HR 2740, Vote #258, 6/12/19; CQ, 6/12/19]

**Perry Voted Against An Amendment Supporting Funding For The Bureau Of Labor Statistics.** In June 2019, Perry voted against: "DeSaulnier, D-Calif., amendment that would increase then decrease by $1 million funding for salaries and expenses of the Bureau of Labor Statistics." The amendment was adopted 290 to 134. [HR 2740, Vote #253, 6/12/19; CQ, 6/12/19]

**Perry Voted For Extending Eligibility For Reemployment Services To All Individuals Claiming Unemployment Compensation.** In April 2019, Perry voted for: "Davis, D-Ill., motion to suspend the rules and pass the bill that would extend eligibility for reemployment services to individuals who claim unemployment compensation." The motion was agreed to by a vote of 393-24. [HR 1759, Vote #162, 4/9/19; CQ, 4/9/19]

**Perry Voted Against A 2.6 Percent Pay Raise For Civilian Federal Employees.** In January 2019, Perry voted against: "Passage of the bill that would increase the salaries and wages of all civilian federal employees by 2.6 percent for calendar year 2019. The pay raise would take effect immediately upon enactment, and would be backdated to apply to the first pay period that occurred after Jan. 1." The bill passed 259-161. [HR 790, Vote #64, 1/30/19; CQ, 1/30/19]



**Perry Voted For Prohibiting Pay Increases For Federal Employees Who Had Been Disciplined For Workplace Sexual Misconduct.** In January 2019, Perry voted for: "Brooks, R-Ind., motion to recommit the bill to the House Committee on Oversight and Reform with instructions to report it back immediately with an amendment that would prohibit the use of government funds for the purpose of providing an increase in pay for calendar year 2019 for any federal employee who has been disciplined for sexual misconduct in the workplace." The motion was rejected 206-216. [HR 790, Vote #63, 1/30/19; CQ, 1/30/19]

**Perry Voted Against Increasing The 2019 Pay Rate For IRS Employees By 2.6 Percent.** In January 2019, Perry voted against: "Trahan, D-Mass., amendment that would increase the rate of pay for eligible IRS employees for calendar year 2019 by 2.6 percent." The amendment was adopted in a Committee of the Whole 243-183. [HR 790, Vote #62, 1/30/19; CQ, 1/30/19]

**Perry Voted Against Considering A Bill To Increase Pay For Civilian Federal Employees.** In January 2019, Perry voted against: "Adoption of the rule (H Res 87) that would provide for House floor consideration of the bill (HR 790) that would increase pay for civilian federal employees." The rule was adopted 231-189. [HR 790, Vote #61, 1/30/19; CQ, 1/30/19]

**Perry Voted Against Exempting People Who Have Not Paid Their Federal Taxes From A Pay Increase For Civilian Federal Employees.** In January 2019, Perry voted against: "Raskin, D-Md., motion to order the previous question (thus ending debate and possibility of amendment )." According to the Congressional Record, Mr. Woodall said, "Mr. Speaker, if we defeat the previous question, I intend to bring up a very simple amendment […] those folks who have an outstanding tax bill, who have not tried to enter into a negotiated settlement, those who are not in a payment plan, but those who simply are not paying their Federal taxes, that they not be a part of this pay increase. *A vote for the motion was a vote to block consideration of the bill.* The motion was agreed to 232-190. [HR 790, Vote #60, 1/30/19; CQ, 1/30/19; Congressional Record, 1/30/19]

**Perry Voted Against A 1.9 Percent Pay Increase For Civilian Federal Workers As Well As FY 2019 Funding For The Treasury Department, IRS, SEC, And District Of Columbia.** In January 2019, Perry voted against: "Passage of the bill that would provide $23.7 billion in discretionary funding for financial services and general government appropriations in fiscal 2019. The bill would provide $12.7 billion for the Treasury Department, of which $11.3 billion is for the Internal Revenue Service. It would provide $1.7 billion for the Securities and Exchange Commission, $7.7 billion for the operation of the federal court system, and $703 million in federal payments to the District of Columbia. The bill would also provide a 1.9 percent pay increase for civilian federal workers for 2019." The bill passed 240-188. [HR 264, Vote #21, 1/09/19; CQ, 1/09/19]

## LGBT Issues

**Perry Voted Against An Amendment Requiring All Defense Department Personnel Policies To "Ensure Equality Of Treatment And Opportunity" For Servicemembers Regardless Of Race, Color, National Origin, Religion, Or Sex, Including Gender Identity Or Sexual Orientation.** In July 2019, Perry voted against: "Speier, D-Calif., amendment that would require military service eligibility requirements to be based only on gender-neutral occupational standards and would require all Defense Department personnel policies to 'ensure equality of treatment and opportunity' for servicemembers without regard to race, color, national origin, religion, or sex (including gender identity or sexual orientation). It would define 'gender identity' with regards to these provisions as the gender-related identity, appearance, mannerisms, or other gender-related characteristics of an individual, regardless of the individual's designated sex at birth." The amendment was adopted by a vote of 242-187. [HR 2500, Vote #439, 7/11/19; CQ, 7/11/19]

**Perry Voted For An Amendment To Strike Provision To Codify HUD Rule Regarding Placement Of Transgender Persons In Single-Sex Emergency Shelters And Other Facilities.** In June 2019, Perry voted for: "Duncan, R-S.C., amendment that would strike from the bill a provision that would codify a February 2015 Housing and Urban Development rule regarding the placement of transgender persons in single-sex emergency


shelters and other facilities." The amendment was rejected in Committee of the Whole by a vote of 181-236. [HR 3055, Vote #401, 6/24/19; CQ, 6/24/19]

**Perry Voted For An Amendment Strike A Provisions To Prohibit Funds To Change Or Replace Two Rules HUD Related To Equal Access Based On Gender Identity And Sexual Orientation.** In June 2019, Perry voted for: "Duncan, R-S.C., amendment that would that would strike from the bill a provision that would prohibit the use of funds made available by the bill to change or replace two Housing and Urban Development Department rules related to equal access based on gender identity and sexual orientation for HUD community planning and development programs." The amendment was rejected in Committee of the Whole by a vote of 180-236. [HR 3055, Vote #400, 6/24/19; CQ, 6/24/19]

**Perry** Voted Against **Amendment Prohibiting Use Of Defense Department Funds To Implement A March 2019 Department Memorandum Related To Military Service By Transgender Individuals And Individuals With Gender Dysphoria.** In June 2019, Perry voted against: "Brown, D-Md., for Speier, D-Calif., amendment that would prohibit the use of funds made available under the Defense Department title of the bill (Division C) to implement a March 2019 department memorandum related to military service by transgender individuals and individuals with gender dysphoria." The amendment was adopted in committee of the whole by a vote of 243-183. [H.R. 2470, Vote #344, 6/18/19; CQ, 6/18/19]

## National Defense & Security Issues

**Perry Voted Against An Amendment To Establish A Foreign Threat Response Center Under The Office Of The Director Of National Intelligence.** In July 2019, Perry voted against: "Kennedy, D-Mass., amendment that would establish a foreign threat response center under the Office of the Director of National Intelligence that would analyze and integrate U.S. intelligence related to foreign threats and coordinate federal efforts to deter such threats to the national security or political and economic systems of the U.S. and its allies." The amendment was adopted 237 to 196. [HR 3494, Vote #491, 7/17/19; CQ, 7/17/19]

**Perry Voted For Reauthorizing The 9/11 Victim Compensation Fund Through October 2089.** In July 2019, Perry voted for: "Nadler, D-N.Y., motion to suspend the rules and pass the bill that would reauthorize through fiscal 2090 the 9/11 Victim Compensation Fund to compensate first responders and other individuals with health conditions caused by toxin exposure due to the attacks on September 11, 2001. It would authorize such sums as may be necessary for the fund and allow claims to be filed through Oct. 1, 2089. It would also require the reimbursement of any claims previously reduced due to insufficient funds and includes a number of modifications to fund management, including to provide exceptions to a cap for reimbursement of noneconomic damages." The bill passed 402-12. [HR 1327, Vote #474, 7/12/19; CQ, 7/12/19]

**Perry Voted Against National Defense Authorization Act For FY 2020.** In July 2019, Perry voted against: "Passage of the bill that would authorize $724.9 billion in discretionary defense spending, including $256 billion for Defense Department operations and maintenance, including operations in Afghanistan and Syria, $140.5 billion for weapons and other procurement, and $187.6 billion for personnel-related expenses. Within the total, the bill would authorize $69 billion for overseas contingency operations not subject to discretionary spending caps. The bill would authorize $22.7 billion for Energy Department defense-related activities, including for nuclear weapon programs programs and environmental restoration activities; $33 billion for the Defense health program; $11.5 billion for military construction, family housing, and base realignment and closure activities; and approximately $11 billion for missile defense programs. Among other provisions, the bill would authorize a 3.1 percent pay increase for members of the armed forces; authorize the creation of a Space Corps within the Air Force; require the Defense Department to submit a number of reports on the effects of climate change and develop a climate vulnerability and risk-assessment tool; expand protections for victims of sexual assault involving members of the armed forces; and prohibit the transfer of F-35 aircraft to Turkey unless the Turkish government certifies that it will not purchase S-400 air defense technology from Russia. It would prohibit the use of funds authorized by the bill for the department to construct any physical barriers or border security infrastructure along the U.S-Mexico border. It would also prohibit the use of funds authorized to detain additional individuals at the U.S. naval station in



Guantanamo Bay, Cuba, and modify limitations on the transfer or release of current detainees to certain countries. As amended, the bill would prohibit the use of federal funds for the use of military force against Iran absent congressional authorization or declaration of war, repeal the 2002 authorization for use of military force against Iraq, and prohibit the transfer of certain defense articles and services to Saudi Arabia or the United Arab Emirates, with regards to hostilities in Yemen. It would require Defense Department personnel policies to ensure equal treatment and opportunity for servicemembers without regard to race, color, national origin, religion or sex, including gender-related identity regardless of designated sex at birth." The bill passed by a vote of 220 - 197. [H.R. 2500, Vote #473, 7/12/19; CQ, 7/12/19]

**Perry Voted Against An Amendment That Would Require The GAO To Report To Congress On Cost Analyses For Nuclear Security Activities.** In July 2019, Perry voted against: "Jayapal, D-Wash., amendment that would require the Government Accountability Office to report to Congress on cost analyses for nuclear security activities and require the Defense Department to contract with federally-funded research and development centers to conduct studies on cost savings associated with alternatives to current U.S. nuclear deterrence policy and force structures." The motion was passed/agreed to in House by recorded vote: 230 – 189. [H. Amdt. 563 to H.R. 2500, Vote #471, 7/12/19; CQ, 7/9/19]

**Perry Voted For An Amendment That Would Strike From The Bill A Provision Prohibiting The Deployment Of Certain Low-Yield Warheads.** In July 2019, Perry voted for: "Turner, R-Ohio, amendment no. 386 that would strike from the bill a provision prohibiting the deployment of certain low-yield warheads and replace it with a provision requiring the Defense Department to certify to Congress whether the deployment of such missile warheads is in the best interests of U.S. national security and whether alternatives to such missile warheads have similar capabilities." The motion was failed by recorded vote: 201 - 22. [H.Amdt.553 to H.R.2500, Vote #462, 7/12/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Express The Sense Of Congress Condemning U.S. Withdrawal From The Intermediate-Range Nuclear Forces Treaty With Russia.** In July 2019, Perry voted against: "Frankel, D-Fla., amendment that would express the sense of Congress condemning U.S. withdrawal from the Intermediate-Range Nuclear Forces Treaty with Russia and prohibit the use of funds authorized by the bill for the Defense Department to research, develop, test, or deploy intermediate-range missiles U.S. missile systems banned by the treaty, until the department submits certain materials to Congress, including a diplomatic proposal for obtaining the strategic stability benefits of the INF treaty." The motion was agreed to by recorded vote: 215 - 214. [H.Amdt.530 to H.R.2500, Vote #456, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Require The Energy Department Nuclear Security Administration To Contract With A Federally-Funded Research And Development Center To Conduct A Study On The Department's W80-4 Nuclear Warhead Life Extension Program.** In July 2019, Perry voted against: "Blumenauer, D-Ore., amendment that would require the Energy Department Nuclear Security Administration to contract with a federally-funded research and development center to conduct a study on the department's W80-4 nuclear warhead life extension program, including an explanation for the 'unexpected' increase in program costs. It would also withhold $185 million in funds authorized by the bill for the extension program until the study is submitted." The motion failed by recorded vote: 198 - 229. [H.Amdt.529 to H.R.2500, Vote #455, 7/11/19; CQ, 7/9/19]

**Perry Voted Against An Amendment That Would Require The Defense Department To Contract With A Federally-Funded Research And Development Center To Conduct A Study On Extending To 2050 The Life Of Minuteman III Intercontinental Ballistic Missiles.** In July 2019, Perry voted against: "Blumenauer, D-Ore., amendment that would require the Defense Department to contract with a federally-funded research and development center to conduct a study on extending to 2050 the life of Minuteman III intercontinental ballistic missiles, including on the costs of such an extension and the benefits and risks of incorporating certain 'nondestructive' testing methods and technologies to extend the life of the missiles. It would also withhold 10 percent of funds authorized by the bill for the Defense secretary's office until the study is submitted." The motion failed by recorded vote: 164 - 264. [H.Amdt.528 to H.R.2500, Vote #454, 7/11/19; CQ, 7/9/19]



**Perry Voted Against An Amendment Supporting The Extension Of The New START Treaty Through 2026.** In July 2019, Perry voted against: "Engel, D-N.Y., amendment that would express the sense of Congress that the U.S. should seek to extend to February 2026 the New Strategic Arms Reduction Treaty with the Russian government and would prohibit the use of funds authorized by the bill to withdraw from the treaty. It would also require the Director of National Intelligence to report to Congress on national security and intelligence implications if the treaty were to expire, including likely Russian response, and would require the State Department to report to Congress on likely reactions of North Atlantic Treaty Organization and its members to a U.S. decision to not extend or replace the treaty." The amendment was adopted by a vote of 236-189. [HR 2500, Vote #453, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Requiring The Defense Department To Analyze Disparities In U.S. And Third Party Reporting On Civilian Casualties Resulting From U.S. Military Operations.** In July 2019, Perry voted against: "Engel, D-N.Y., amendment that would require the Defense Department to analyze any potential disparity between U.S. government and third party estimates of civilian casualties resulting from U.S. military operations. It would impose a number of requirements related to department practices to track and report on such casualties, integrate civilian protection into operational planning, and offer 'reasonable and culturally appropriate' payments to civilians injured or to the families of civilians killed." The amendment was adopted by a vote of 241-183. [HR 2500, Vote #452, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Requiring The Defense Department To Report To Congress The Financial Costs And National Security Benefits Of Maintaining Overseas Military Operations.** In July 2019, Perry voted against: "Omar, D-Minn., amendment that would require the Defense Department to report to Congress on the financial costs and national security benefits of maintaining overseas military operations, including permanent military installations and bases." The amendment was adopted by a vote of 219-210. [HR 2500, Vote #445, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Prohibiting The President From Removing Any Item Listed In Categories I-III Of The U.S. Munitions List Of Defense-Related Articles.** In July 2019, Perry voted against: "Torres, D-Calif., amendment that would prohibit the President from removing any item listed in categories I-III of the U.S. munitions list of defense-related articles. Categories I-III of the list include firearms and ammunition." The amendment was adopted by a vote of 225-205. [HR 2500, Vote #442, 7/11/19; CQ, 7/11/19]

**Perry Voted Against Adding An Amendment Requiring An Annual Report On U.S. Strikes Against Terrorists Outside Areas Of Active Hostilities To Be Submitted By The Director Of National Intelligence Rather Than The Secretary Of Defense.** In July 2019, Perry voted against: "Smith, D-Wash., amendment that would require an annual report on U.S. strikes against terrorist targets outside areas of active hostilities to be submitted by the Director of National Intelligence instead of the Secretary of Defense. The annual report, required under the bill's provisions, would detail the number of such strikes undertaken and assess combatant and non-combatant deaths resulting from those strikes." The amendment was adopted by a vote of 236-193. [HR 2500, Vote #438, 7/11/19; CQ, 7/11/19]

**Perry Voted Against Providing Consideration Of The Fiscal 2020 National Defense Authorization Act And 441 Amendments.** In July 2019, Perry voted against: "Adoption of the rule (H Res 476), as amended, that would provide for House floor consideration of the Fiscal 2020 National Defense Authorization Act (HR 2500). As amended, it would make in order consideration of 441 amendments to the bill. It would also provide for floor consideration of the bill (HR 1327) that would permanently reauthorize the 9/11 Victim Compensation Fund, under suspension of the rules on July 11 or July 12, 2019; and it would waive rules related to the House Consensus Calendar with regards to the Military Surviving Spouses Equity Act (HR 553). It would also provide for automatic adoption of a Smith, D-Wash., amendment to HR 2500. The Smith amendment would increase by 3.1 percent basic pay for members of the uniformed services and includes provisions related to Defense Department annuity plans and benefits for surviving spouses of servicemembers, damage claims brought against the U.S. related to the injury or death of a servicemember, funding for the National Defense Stockpile transaction fund, and paid family and



medical leave policies for federal employees, among other provisions." The rule was adopted by a vote of 234-197. [H Res 476, Vote #436, 7/10/19; CQ, 7/10/19]

**Perry Voted Against An Amendment To Change The Rule To Include Two Additional Amendments To The National Defense Authorization Act For Fiscal Year 2020.** In July 2019, Perry voted against: "McGovern, D-Mass., amendment that would modify the rule (H Res 476) to make in order two additional amendments to the Fiscal 2020 National Defense Authorization Act (HR 2500). The amendments added to the rule include a Dingell, D-Mich., amendment related to EPA designation of per- and polyfluoroalkyl substances as hazardous and a Jayapal, D-Wash., amendment related to GAO studies on nuclear security activities." The rule was adopted by a vote of 234-197. [H Res 476, Vote #435, 7/10/19; CQ, 7/10/19]

**Perry Voted Against Blocking Consideration Of An Amendment Blocking The Department Of Defense From Contracting Companies Influenced By The Chinese Government.** In July 2019, Perry voted against: "McGovern, D-Mass., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, defeating the previous question would have blocked the following amendment: "The Secretary of Defense may not enter into a contract with a company that is a direct or indirect subsidiary of a company in which the Government of China or the Chinese Communist Party has a controlling interest to acquire critical United States technologies." A vote *for the motion* was a vote to block consideration of the bill. The motion was adopted by a vote of 232-197. [H Res 476, Vote #434, 7/10/19; CQ, 7/10/19; Congressional Record, 7/10/19]

**Perry Voted For Adding An Amendment To Increase Funding By $10 Million For The Treasury's Office On Terrorism And Financial Intelligence.** In June 2019, Perry voted for: "Graves, R-Ga., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase by $10 million funding for activities by the Treasury Department office on terrorism and financial intelligence to safeguard the U.S. financial system against national security threats and decrease by the same amount funding for General Services Administration facility rental." The motion passed by a vote of 226-195. [HR 3351, Vote #423, 6/26/19; CQ, 6/26/19]

**Perry** Voted For **An Amendment That Would Increase By $10 Million Funding For Research, Development, And Evaluation For Defense Department Health Programs, And Decrease By The Same Amount Of Funding For Defense-Wide Operations And Maintenance.** In June 2019, Perry voted for: "Cox, D-Calif., amendment that would increase by $10 million funding for research, development, and evaluation for Defense Department health programs, and decrease by the same amount funding for Defense-wide operations and maintenance." The amendment was adopted in the committee of the whole by a vote of 404-22. [H.R. 2470, Vote #355, 6/18/19; CQ 6/18/19]

**Perry** Voted Against **An Amendment That Would Decrease Then Increase By $13 Million Funding For Defense Wide Operations And Maintenance.** In June 2019, Perry voted against: "Crow, D-Colo., amendment that would decrease then increase by $13 million funding for Defense-wide operations and maintenance." The amendment was adopted in the committee of the whole by a vote of 277-151. [H.R. 2470, Vote #354, 6/18/19; CQ, 6/19/19]

**Perry** Voted Against **An Amendment That Would Prohibit Defense Department Funds To Be Used For Continued Research On The "Long-Range-Standoff" Air-Launched Middle.** In June 2019, Perry voted against: "Jayapal, D-Wash., amendment that would prohibit the use of funds made available by the Defense Department title of the bill (Division C) for continued research on the 'long-range standoff' air-launched missile." The amendment was rejected by the committee of the whole by a vote of 138-289. [H.R. 2470, Vote #353, 6/18/19; CQ, 6/18/19]

**Perry** Voted For **An Amendment Increasing By $19.6 Million Funding For Navy Procurement, Production, And Modification Of Missiles, Torpedoes, And Other Weapons, Including To Acquire Land For Production Plants, And Decrease By The Same Amount  Funding For Defense-Wide Operations And Maintenance.** In



June 2019, Perry **voted for:** "Gallagher, R-Wis., for Cheney, R-Wyo., amendment no. 47A that would increase by $19.6 million funding for Navy procurement, production, and modification of missiles, torpedoes, and other weapons, including to acquire land for production plants, and decrease by the same amount funding for Defense-wide operations and maintenance." This amendment was rejected in committee of the whole by a vote of 192-236. [H.R. 2470, Vote #351, 6/18/19; CQ, 6/18/19]

Perry Voted For **An Amendment That Would Increase By $76 Million Funding For Defense-Wide Research-And Evaluation-Related  Expenses, Increase By $20 Million Funding For Army Research-And Evolution Related Expenses, Decrease By 9$96 Million Funding For Defense-Wide Operations And Manteca.** In June 2019 Perry, **voted for:** "Gallagher, R-Wis., amendment that would increase by $76 million funding for Defense-wide research- and evaluation-related expenses, increase by $20 million funding for Army research- and evaluation-related expenses, decrease by $96 million funding for Defense-wide operations and maintenance."  The amendment was rejected by the committee of the whole by a vote of 203-225. [H.R. 2470, Vote #350, 6/18/19; CQ, 6/18/19]

Perry Voted Against **An Amendment That Would Prohibit The Use Of Funds Made Available By The Bill To Issue Export Licensed For Certain Defense Articles And Items.** In June 2019, Perry **voted against:** "Lieu, D-Calif., amendment that would prohibit the use of funds made available by the bill to issue export licenses for certain defense articles and items as described in a number of State Department certification transmittal documents." The amendment was adopted in the committee of the whole by a vote of 237-191. [H.R. 2470, Vote #349, 6/18/19; CQ, 6/1819]

Perry Voted For **An Amendment That Would Increase By $9 Million Funding For Army Research And Evaluation-Related Expenses.**  In June 2019, Perry voted for: "Visclosky, D-Ind., for Veasey, D-Texas, amendment that would increase by $9 million funding for Army research- and evaluation-related expenses and decrease by the same amount funding for Defense-wide operations and maintenance." The amendment was adopted in committee of the whole by a vote of 389-39. [H.R. 2470, Vote #347, 6/18/19; CQ 6/18/19]

Perry Voted For **Amendment That Would Prohibit The Use Of Defense Department Funds For Certain Searches Under The Foreign Intelligence Surveillance Act.** In June 2019, Perry voted for: "Amash, R-Mich., amendment that would prohibit the use of funds made available by the Defense Department title of the bill (Division C) for searches under the Foreign Intelligence Surveillance Act without explicit language in the search certification clarifying that it does not authorize the targeting of individuals outside the U.S. so as to acquire communications of an individual inside the U.S."  The amendment was rejected in committee of the whole by a vote 175-253. [H.R. 2470, Vote #345, 6/18/19; CQ, 6/18/19]

Perry Voted Against **Amendment That Would Increase By $10 Million Funding For Research, Development, And Evaluation For US Army Medical Research Activities Under Defense Department Health Programs And Decrease By The Same Amount Funding For Expenses Related To Operation Testing And Evaluations Of Weapons Systems.** In June 2019, Perry **voted against:** "Langevin, D-R.I., amendment that would increase by $10 million funding for research, development, and evaluation for U.S. Army medical research activities under Defense Department health programs and decrease by the same amount funding for expenses related to operational testing and evaluation of weapons systems by the Defense Department." The amended was adopted in the committee of the whole by 277-151. [H.R. 2470, Vote #343, 6/18/19; CQ 6/18/19]

Perry Voted For **Amendment That Would Increase By $10 Million Funding For Navy Research And Evaluation Related Expenses.** In June 2019, Perry **voted for:** "Langevin, D-R.I., amendment that would increase by $10 million funding for Navy research- and evaluation-related expenses and decrease by the same amount funding for such expenses Defense-wide." The amendment was adopted in committee of the whole by a vote of 355 - 73. [H.R. 2470, Vote #342, 6/18/19; CQ 6/18/19]

Perry Voted Against **En Bloc Amendments To The Defense Department Title Of The Bill That Would, Among Other Provisions, Increase By $14 Million In Total Funding For Research, Development, And**



**Evaluation For Various Defense Department Health Programs; Increase By $20 Million Funding For A Defense Department Cooperative Threat Reduction Program Related To Nuclear, Chemical, And Biological Weapons; And Increase By $5 Million Funding For Environmental Restoration Activities Of The Army, Navy, And Air Force, Respectively.** In June 2019, Perry voted against: "Visclosky, D-Ind., en bloc amendments to the Defense Department title of the bill (Division C) that would, among other provisions, increase by $14 million in total funding for research, development, and evaluation for various Defense Department health programs; increase by $20 million funding for a Defense Department cooperative threat reduction program related to nuclear, chemical, and biological weapons; and increase by $5 million funding for environmental restoration activities of the Army, Navy, and Air Force, respectively. It would also reduce and redistribute a number of funds related to research and evaluation or operations" and maintenance of various branches and agencies of the Defense Department." The amended was adopted in the committee of the whole by a vote of 381-46. [H.R. 2470, Vote #341, 6/18/19; CQ, 6/18/19]

**Perry Voted For Requiring DHS To Establish An Acquisition Board To Oversee The Progress Of Any Acquisition Program Expected To Cost At Least $300 Million.** In June 2019, Perry voted forition review board chaired by the undersecretary for management to oversee, authorize, and review the progress of any DHS acquisition programs expected to cost at least $300 million at each phase of the program. It would require the undersecretary to create and approve a baseline program report for any project authorized to begin a planning phase and submit such reports to Congress." The motion was rejected 419-0. [HR 2609, Vote #248, 6/11/19; CQ, 6/11/19]

**Perry Voted For Requiring The Homeland Security Department To Provide Briefings To Congress Every 180 Days.** In June 2019, Perry voted for briefings to Congress every 180 days including status updates on a three-year DHS strategy for its international programs and on DHS personnel whose primary duties take place outside of the U.S., including deployment schedule and costs, relation of placements to counterterrorism strategy, and risk mitigation plans related to counterintelligence threats. It would also require DHS to create a plan to improve effectiveness, capacity, and collaboration of deployed personnel, including with regard to counterterrorism and counterespionage strategy." The motion passed 394-2. [H Res 2590, Vote #244, 6/10/19; CQ, 6/10/19]

**Perry Voted For Requiring The Homeland Security Department To Prioritize Assigning Officers To High Risk Bus And Train Terminals.** In June 2019, Perry voted for. Specifically, it would require the Homeland Security Department to prioritize the assignment of Transportation Security Administration officers and intelligence analysts to locations containing high-risk surface transportation assets, such as bus terminals or rail carriers. It would require such officers and analysts to generate and disseminate intelligence products to assist state, local, and tribal law enforcement in identifying, investigating, and responding to terrorist and other security threats. It would also allow owners and operators of surface transportation assets to apply for security clearances to facilitate information sharing with DHS related to security threats and would authorize DHS to develop a training program to strengthen local law enforcement response capabilities related to surface transportation threats." The motion passed 384-13. [H Res 2539, Vote #243, 6/10/19; CQ, 6/10/19]

**Perry Voted For Authorizing A National Urban Security Technology Laboratory To Prepare For Terrorist Threats.** In June 2019, Perry voted fory within the Homeland Security Department to conduct research to help emergency responders prepare for and protect against terrorist threats, including by evaluating emerging technologies, assessing the cybersecurity of such technologies, researching radiological and nuclear response and recovery, and providing technical advice to emergency responders." The motion passed 395-3. [H Res 542, Vote #242, 6/10/19; CQ, 6/10/19]

**Perry Voted For A Motion That Would Have Granted The Justice Department Annual Funding To Purchase Armored Vests For Law Enforcement.** In May 2019, Perry voted for: "Johnson, D-Ga., motion to suspend the rules and pass the bill, as amended, that would authorize $30 million annually for a Justice Department grant program for the purchase of armor vests for state and local law enforcement and rename the program the 'Patrick Leahy Bulletproof Vest Partnership Grant Program.'" The motion was agreed to by a vote of 400-9. [H R 2379, Vote #204, 5/14/19; CQ, 5/14/19]


**Perry Voted For An Amendment Clarifying That The Underlying Bill Could Not Disrupt American Intelligence Activities.** In February 2019, Perry voted for: "Buck, R-Colo., amendment that would specify that nothing in the measure may be construed to influence or disrupt U.S. intelligence, counterintelligence and investigative activities." The amendment was adopted by a vote of 252-177. [HJ Res 37, Vote #81, 2/13/19; CQ, 2/13/19]

**Perry Voted For Formally Establishing In Statute The Existing Counterterrorism Advisory Board.** In January 2019, Perry voted for "Rice, D-N.Y., motion to suspend the rules and pass the bill that would formally establish in statute the existing Counterterrorism Advisory Board, under the Department of Homeland Security, to continue its efforts in coordinating the department's intelligence, activities, and policies related to counterterrorism." The motion was agreed to by a vote of 414 – 12. [H.R. 769, Vote #58, 1/29/19; CQ Floor Votes, 1/29/19]

**Perry Voted For Requiring The Department Of Homeland Security To Continue Producing The Catalog That Summarizes Training, Publications, Programs, And Services Available To State And Local Law Enforcement Agencies.** In January 2019, Perry voted for "motion to suspend the rules and pass the bill that would require the Department of Homeland Security to continue producing the catalog that summarizes training, publications, programs, and services available to state and local law enforcement agencies. The catalog would be available through the Homeland Security Information Network." The motion was agreed to by a vote of 412 – 12. [H.R. 449, Vote #57, 1/29/19; CQ Floor Votes, 1/29/19]

**Perry Voted For Requiring The Department Of Homeland Security To Develop And Disseminate A Threat Assessment Regarding The Use Of Virtual Currencies By Terrorist Organizations.** In January 2019, Perry voted for "Rice, D-N.Y., motion to suspend the rules and pass the bill that would require the Department of Homeland Security to develop and disseminate a threat assessment regarding the use of virtual currencies by terrorist organizations to support their operations. The threat assessment would be required to be disseminated within 120 days of enactment." The motion was agreed to by a vote of 422 – 3. [H.R. 428, Vote #56, 1/29/19; CQ Floor Votes, 1/29/19]

**Perry Voted For Requiring The State Department To Develop A Policy That Would Provide Security Searchers With Clear Guidelines For Testing And Reporting Vulnerabilities In The Department's Public Websites And Applications**.  In January 2019, Perry voted for: "Engel, D-N.Y., motion to suspend the rules and pass the bill that would require the State Department to develop a policy that would provide security searchers with clear guidelines for testing and reporting vulnerabilities in the department's public websites and applications." The motion was agreed to by a vote of 377 – 3. [H.R. 328, Vote #45, 1/22/19; CQ Floor Votes, 1/22/19]

**Perry Voted Against Prohibiting The Use Of Funds To Withdraw The U.S. From The NATO, And Expressing The Sense Of Congress That The President Should Not Withdraw The U.S. From NATO.**  In January 2019, Perry voted against: "Engel, D-N.Y., motion to suspend the rules and pass the bill that would prohibit the use of funds to take any action to withdraw the United States from the North Atlantic Treaty Organization, and would express the sense of Congress that the president should not withdraw the U.S. from NATO." The motion was agreed to by a vote of 357 – 22. [H.R. 676, Vote #44, 1/22/19; CQ Floor Votes, 1/22/19]

**Perry Voted For Decreasing FY 2019 Funding For The General Services Administration And Increasing FY 2019 Funding For The Treasury Department's Office Of Terrorism And Financial Intelligence.** In January 2019, Perry voted for: "Graves, R-Ga., motion to recommit the bill (HR 264) to the House Appropriations Committee, with instructions to report it back immediately with an amendment to modify the amounts of certain appropriations made by the bill. The amendment would increase by $2 million the amount authorized for the Treasury Department's Office of Terrorism and Financial Intelligence; decrease by $2 million the amount authorized to the General Services Administration for activities related to federal property and buildings; and decrease by $2 million the amount authorized to the General Services Administration for space rental." The motion was rejected 200-227. [HR 264, Vote #20, 1/09/19; CQ, 1/09/19]



**Perry Voted For Extending For Two Years A Homeland Security Department Program To Collect Information On And Develop Security Plans For Chemical Facilities Presenting A High Security Risk As Potential Targets For Terrorist Attacks.** In January 2019, Perry voted for: "Thompson, D-Miss., motion to suspend the rules and pass the bill that would extend for two years a Homeland Security Department program to collect information on and develop security plans for chemical facilities presenting a high security risk as potential targets for terrorist attacks." The motion was agreed to by a vote of 414 – 3. [H.R. 251, Vote #14, 1/8/19; CQ Floor Votes, 1/8/19]

**Perry Voted Against Providing Short Term Funding For The Homeland Security Department With Restrictions On Wall Funds And Providing Back Pay For Federal Employees At The Homeland Security Department.** In January 2019, Perry voted against: "Passage of the joint resolution that would provide short-term funding for the Homeland Security Department through Feb. 8, 2019 at rates provided in the fiscal 2018 omnibus appropriations law, but with additional restrictions for use of border security funds that would prevent the appropriated dollars from being used to construct the president's proposed concrete border 'wall.' The bill would also provide for backpay for all furloughed federal employees at the Homeland Security Department as compensation for pay missed during the lapse in appropriations." The joint resolution passed by a vote of 239 – 192. [H.J. Res. 1, Vote #9, 1/3/19; CQ Floor Votes, 1/3/19]

> **Five House GOP Lawmakers Voted With Democrats On A Spending Bill That Would Operate The Department Of Homeland Security Until Feb. 8.** "Ultimately, just five House GOP lawmakers voted with Democrats on a spending bill that would operate the Department of Homeland Security until Feb. 8, and seven Republicans supported separate legislation that would reopen the rest of the federal government through Sept. 30. GOP officials feared the defections could have been much higher had the administration not gotten directly involved." [Washington Post, 1/4/19]

## Native American Issues

**Perry Voted For Authorizing Funds For The Interior Department And Bureau Of Indian Affairs To Assess And Improve Sanitation, Safety Conditions, And Infrastructure On Federal Lands Maintained For The Benefit Of Certain Native American Tribes.** In April 2019, Perry voted for: "Van Drew, D-N.J., motion to suspend the rules and pass the bill that would authorize such sums as are necessary for the Interior Department and Bureau of Indian Affairs to assess and improve sanitation, safety conditions, and infrastructure on federal lands maintained for the benefit of certain Native American tribes along the Columbia River in Washington and Oregon." The motion was agreed to by a vote of 396-18. [HR 91, Vote #168, 4/29/19; CQ, 4/29/19]

**Perry Voted Against A Bill That Would Have Affirmed The Indian Reorganization Act Applied To All Federal Tribes And Expanded What Was An "Indian Tribe."** In May 2019, Perry voted against: "Grijalva, D-Ariz., motion to suspend the rules and pass the bill that would clarify that the 1934 Indian Reorganization Act, which authorizes the Interior Department to take land into trust for Indian tribes, applies to any federally-recognized Indian tribe regardless of date of recognition. It would also expand the definition of 'Indian tribe' under the reorganization act to include any community acknowledged as a tribe by the Interior Department." The motion was agreed to by a vote of 323-96. [H R 375, Vote #208, 5/15/19; CQ, 5/15/19]

**Perry Voted Against A Bill That Would Have Taken Into Trust More Than 320 Acres In Benefit Of The Mashpee Wampanoag Tribe.** In May 2019, Perry voted against: "Passage of the bill, as amended, that would ratify 2015 Interior Department actions taking into trust approximately 321 acres of land in Massachusetts for the benefit of the Mashpee Wampanoag Tribe of Massachusetts. It would also require any pending or future legal actions related to the land to be dismissed in federal court." The bill passed by a vote of 275-146. [H R 312, Vote #207, 5/15/19; CQ, 5/15/19]

## Seniors & Retirement Issues



**Perry Voted Against Establishing The Pension Rehabilitation Administration Within The Treasury Department.** In July 2019, Perry voted against: "Passage of the bill, as amended, that would establish the Pension Rehabilitation Administration within the Treasury Department to provide 30-year loans to multiemployer defined benefit pension plans in critical or declining financial status, to allow such plans to meet pension obligations to current retirees." The bill passed by a vote of 264 to 169. [HR 297, Vote #505, 7/24/19; CQ, 7/24/19]

> **Bill Was Aimed At Stabilizing Multiemployer Pension Plans To Mitigate The Pension Crisis.** "The House passed legislation Wednesday in a 264-169 vote aimed at helping stabilize multiemployer pension plans in hopes of mitigating the looming pension crisis. […] The Rehabilitation for Multiemployer Pensions Act, also known as the Butch Lewis Act — introduced by House Ways and Means Committee Chairman Richard Neal (D-Mass.) — includes provisions that would establish a Pension Rehabilitation Administration within the Department of the Treasury and a trust fund that would provide low-interest government-guaranteed loans that pension plans could pay back over the course of 30 years." [The Hill, 7/24/19]

**Perry Voted For An Amendment That Would Require Loans Issued By Treasury Department Pension Rehabilitation Administration Have An Interest Rate Of 5% For Five Years After Being Made And An Interest Rate Of 9% Thereafter.** In July 2019, Perry voted for: "Roe, R-Tenn., amendment that would require loans issued by the Treasury Department Pension Rehabilitation Administration established by the bill to have an interest rate of 5 percent for five years after being made and an interest of rate 9 percent thereafter." The amendment was rejected by a vote of 186 to 245. [HR 397, Vote #503, 7/24/19; CQ, 7/24/19]

**Perry Voted Against Consideration Of The Rehabilitation For Multiemployer Pensions Act, The Humanitarian Standards For Individuals In Customs And Border Protect Custody Act, And Ratifying And Affirming All Current And Future Investigations And Subpoenas Issued By House Committees Related To Donald Trump.** In July 2019, Perry voted against: "Adoption of the rule (H Res 509) that would provide for House floor consideration of the Rehabilitation for Multiemployer Pensions Act (HR 397), making in order consideration of one amendment to the bill, and would provide for House floor consideration of the Humanitarian Standards for Individuals in Customs and Border Protection Custody Act (HR 3239), providing for automatic adoption of a manager's amendment to the bill and making in order consideration of two additional amendments to the bill. It would provide for automatic agreement in the House to a resolution (H Res 507) that would ratify and affirm all current and future investigations and subpoenas issued by House committees related or issued to President Donald Trump, his family and businesses, the White House, former and current White House officials, and any entities seeking information related to such individuals and entities." The resolution was adopted by a vote of 234 to 195. [H Res 509, Vote #501, 7/24/19; CQ, 7/24/19]

**Perry Voted Against Blocking Addition Of An Amendment Reconstituting The Joint Select Committee on Multiemployer Pension through February of 2020.** In July 2019, Perry voted against: "Pensions, Border Facility Standards, Congressional Subpoenas - Previous Question." According to the Congressional Record, Rep. Burgess said "if we defeat the previous question, Republicans will amend the rule to add H. Con. Res. 54 that will reconstitute the Joint Select Committee on Multiemployer Pension through February of 2020." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 234 to 198. [H Res 509, Vote #500, 7/24/19; CQ, 7/24/19; Congressional Record, 7/24/19]

**Perry Voted For An Amendment To Increase Funding By $1 Million For An IRS Program To Provide Tax Counseling To Elderly Individuals.** In June 2019, Perry voted for: "Malinowski, D-N.J., amendment that would increase by $1 million funding allocated for an IRS program providing tax counseling for elderly individuals, from funding provided by the bill for IRS taxpayer services." The motion passed by a vote of 362-65. [HR 3351, Vote #422, 6/26/19; CQ, 6/26/19]

**Perry Voted For An Amendment To Increase Funding For An HHS Program To Combat Fraud And Abuse In The Medicare System.** In June 2019, Perry voted for: "Porter, D-Calif., amendment that would increase by $2 million funding allocated for a Health and Human Services program to combat fraud and abuse in the Medicare



system, from funds authorized by the bill to combat health care fraud and abuse." The amendment was adopted by a vote of 316-103. [HR 2740, Vote #311, 6/13/19; CQ, 6/13/19]

**Perry Voted For An Amendment To Increase Funding By $4.5 Million For The Health And Human Services Aging And Disability Services Program.** In June 2019, Perry voted for: "Langevin, D-R.I., amendment that would increase by $4.5 million funding for Health and Human Services aging and disability services programs and decrease by $5 million HHS administrative funding." The amendment was adopted 356 to 67. [HR 2740, Vote #269, 6/12/19; CQ, 6/12/19]

**Perry Voted Foryoyees.** In May 2019, Perry voted for number of modifications related to individual contributions to and use of tax-favored retirement accounts. The bill would allow small businesses to offer 'pooled' retirement savings plans for their employees by combining with other unrelated businesses to offer plans with multiple employer providers. It would require each employer to register with the Labor Department to be designated as a multiple employer plan sponsor. The bill would increase certain tax credits for small businesses that establish retirement plans, including for plans including automatic enrollment. It would require employers to allow certain part-time employees to participate in defined contribution retirement plans and would make 'difficulty of care' payments for home health care workers eligible for investment in such retirement plans. It would increase from 70 and one-half to 72 the age at which individuals are required to take minimum distributions from their retirement accounts and would allow individuals to continue making contributions to a regular IRA after reaching the age of 70 and one-half. It would allow individuals to withdraw up to $5,000 from retirement savings accounts to help pay for expenses related to a birth or adoption, and allow such funds to be later repaid to their accounts without penalty. It would also modify qualification requirements for safe harbor provisions exempting employers from Internal Revenue Service nondiscrimination tests related to employee participation in 401(k) plans. Among provisions related to employer-provided retirement plan administration, it would provide a safe harbor protecting employers from liability for losses due to an insurer's inability to meet its financial obligations, if the employer takes certain steps to confirm the license and certification of the insurer. It would allow employers to treat qualified retirement plans adopted before the tax filing date for a taxable year as if they were in effect for the last day of that tax year. It would require pension plan administrators to include a 'lifetime income disclosure' at least once a year in a benefits statement, detailing a total benefits accrued by the beneficiary. It would also establish retirement plan insurance premiums under the Pension Benefit Guaranty Corporation, for charities and cooperative associations. Among other provisions, the bill would modify the Internal Revenue Code to allow section 529 education savings plans to be used to cover expenses associated with apprenticeship programs and student loans, including for the sibling of the primary beneficiary. It would increase penalties for failure to file federal tax returns, including for retirement savings plans, and would modify distribution rules for beneficiaries of retirement savings plans. As amended, the bill would make adjustments to taxes on unearned income for child survivors of a parent killed in military action, known as Gold Star families." The motion passed 417-3. [H Res 1994, Vote #231, 5/23/19; CQ, 5/23/19]

> **Bill Included A Tax Fix For Gold Star Families; Bill Was Blocked By Sen. Cruz In The Senate Because Democratic House Had Included In Larger Bipartisan Retirement Bill.** "That's what happened this week when Congress tried to resolve a wrinkle in the Republican tax law that resulted in thousands of Gold Star families getting hit with unexpected tax bills this year. Lawmakers in both parties called for passing a fix before Memorial Day. Instead, they will have to wait until after their upcoming recess, thanks to House Democrats' decision to fold it into a larger retirement measure that drew opposition from Sen. Ted Cruz. […] On Tuesday, the Senate approved the Gold Star Family Tax Relief Act by unanimous consent. The bill would treat survivor benefits as earned income, instead of as if it were an estate or trust. It would also be retroactive, so families who suffered this year could recoup the costs. Procedurally, because the House has to have first say on revenue-related legislation, the Senate's unanimous approval of the bill actually meant that if the House had sent over identical legislation introduced by Democratic Rep. Elaine Luria of Virginia, it would have been considered passed. But the House didn't send over identical legislation. Instead, Democrats folded an expanded version of the fix into a larger bipartisan retirement bill. Including the tax relief provision for Gold Star families helped smooth the retirement bill's path to passage in the House -- but it provoked Cruz into halting it over the college savings plan dispute." [CNN, 5/24/19]



**Perry Voted For Establishing A Securities And Exchange Commission Task Force On Investment By Individuals Over The Age Of 65.** In April 2019, Perry voted for: "Foster, D-Ill., motion to suspend the rules and pass the bill that would establish a Securities and Exchange Commission task force on investment by individuals over the age of 65. It would require the task force to submit a biennial report to Congress describing, analyzing, and making policy recommendations related to challenges faced by senior citizen investors. It would also direct the Government Accountability Office to conduct a study on the frequency and costs of financial exploitation of senior citizens, within two years of enactment." The motion was agreed to by a vote of 392-20. [HR 1876, Vote #170, 4/30/19; CQ, 4/30/19]

## Tax Issues

## Technology Issues

**Perry Voted For Developing An Innovation Corps Course Through The National Science Foundation To Further Support The Commercializing Of Products And Services Through Federally Funded Research.** In February 2019, Perry voted for: "Lipinski, D-Ill., motion to suspend the rules and pass the bill that would develop an Innovation Corps (I-Corps) course through the National Science Foundation to further support the commercialization of products and services through federally funded research. The bill would expand the program to include individuals who receive grants under the Small Business Innovation Research Program." The motion was agreed to by 385 to 18. [H R 539, Vote #88, 2/25/19; CQ, 2/25/19]

## Trade & Outsoucing Issues

**Perry Voted Against An Amendment Requiring Stainless Steel Flatware And Dinnerware Procured By The Defense Department To Be Produced In The U.S.** In July 2019, Perry voted against: "Brindisi, D-N.Y., amendment that would require that stainless steel flatware and dinnerware procured by the Defense Department be produced in the U.S." The amendment was adopted by a vote of 243-187. [HR 2500, Vote #441, 7/11/19; CQ, 7/11/19]

## Transportation Issues

**Perry Voted For An Amendment To Reduce All Discretionary Funding Made Available For Transportation, Housing And Urban Development In The Appropriations Bill By 14 Percent.** In June 2019, Perry voted for: "Banks, R-Ind., amendment that would reduce by 14 percent all discretionary funding made available under the Transportation, Housing and Urban Development, and related agencies title of the bill (Division E)." The amendment was rejected in Committee of the Whole by a vote of 131-287. [HR 3055, Vote #405, 6/25/19; CQ, 6/25/19]

**Perry Voted For An Amendment To Reduce All Discretionary Funding Made Available For Transportation, Housing And Urban Development In The Appropriations Bill By 4.6 Percent.** In June 2019, Perry voted for: "Grothman, R-Wis., amendment that would reduce by 4.6 percent all discretionary funding made available under the Transportation, Housing and Urban Development, and related agencies title of the bill (Division E)." The amendment was rejected in Committee of the Whole by a vote of 145-273. [HR 3055, Vote #402, 6/24/19; CQ, 6/24/19]

**Perry Voted Against Establishing The Route 66 Centennial Commission To Honor Route 66.** In February 2019, Perry voted against: "Norton, D-D.C., motion to suspend the rules and pass the bill that would establish the Route 66 Centennial Commission that would study and make recommendations for the federal government to honor the centennial of Route 66." The motion was agreed to 399-22.  [HR 66, Vote #67, 2/6/19; CQ, 2/6/19]



**Perry Voted Against Reopening The National Scenic Byways Program.** In February 2019, Perry voted against: "Norton, D-D.C., motion to suspend the rules and pass the bill that would require the Department of Transportation to reopen the reopen the National Scenic Byways Program, within 90 days of enactment, to accept new nominations of roads into the program." The motion was agreed to 404-19.  [HR 831, Vote #66, 2/9/19; CQ, 2/6/19]

## Veterans & Military Family Issues

**Perry Voted For Extending Through 2023 A Statutory Exemption From Chapter 7 Bankruptcy Means Testing For Qualifying Reservists And National Guard Members.** In July 2019, Perry voted for: "Cicilline, D-R.I., motion to suspend the rules and pass the bill, as amended, that would extend through 2023 a statutory exemption from Chapter 7 bankruptcy means testing for qualifying reservists and National Guard members who have served on active duty for at least 90 days after Sept. 11, 2001." The motion was agreed to by a vote of 417 to 1. [HR 3304, Vote #499, 7/23/19; CQ, 7/23/19]

**Perry Voted Against An Amendment Requiring The Defense Department To Publicly Post A List Of Higher Education Institutions That Receive Funding Through The Department's Tuition Assistance Program.** In July 2019, Perry voted against: "Shalala, D-Fla., amendment that would require the Defense Department to make publicly available on the its website a list of higher education institutions that receive funding through the department's tuition assistance program and how much each institution receives. It would also require the Department to audit institutions for their continued eligibility in the program." The amendment was adopted by a vote of 251-178. [HR 2500, Vote #444, 7/11/19; CQ, 7/11/19]

**Perry Voted Against An Amendment Requiring The Defense Department To Establish A Standard Curriculum To Be Used In Family Planning Programs For Members Of Armed Forces.** In July 2019, Perry voted against: "Speier, D-Calif., amendment that would require the Defense Department, in consultation with the Coast Guard, to establish a uniform standard curriculum to be used in education programs on family planning for all members of the Armed Forces." The amendment was adopted by a vote of 231-199. [HR 2500, Vote #440, 7/11/19; CQ, 7/11/19]

**Perry Voted For An Amendment Instructing The Department Of Veterans Administration To Submit A Plan To Complete The Requirements Of Section 302 Of Public Law No. 115-174.** In June 2019, Perry voted for: "McAdams, D-Utah, amendment that would increase then decrease by $1 administrative funding for the Veterans Benefits Administration." According to Congress.gov, "Amendment redirects $1 with the intent to instructs the Department of Veterans Affairs submit to the Committees on Appropriations of the House of Representatives and the Senate an implementation plan, including expected timeline and resource requirements, for the Department of Veterans Affairs to complete the requirements of Section 302 of Public Law 115-174." The amendment was adopted in Committee of the Whole by a vote of 420-3. [HR 3055, Vote #398, 6/21/19; CQ, 6/21/19; H Amdt 452, offered 6/21/19]

> **Section 302 Of Public Law No. 115-174 Provided Credit Reporting Protections For Veterans Regarding Certain Medical Debts.** "Section 302 of Public Law 115-174 amends the Fair Credit Reporting Act, effective May 24, 2019, to provide credit reporting protections for veterans regarding certain medical debts. These include debts owed to a non-VA medical provider for medical care authorized by the VA and where the provider sought payment from the VA, as well as medical debt for bills wrongfully charged by the VA." [NCLC, 5/29/18]

**Perry Voted For An Amendment To Increase Funding For Maintenance And Operations Of Veterans Health Administration Facilities.** In June 2019, Perry voted for: "Golden, D-Maine, amendment that would increase by $5 million funding for maintenance and operation of Veterans Health Administration medical facilities and would decrease by $5.2 million funding for VA information technology systems and telecommunications support." The amendment was adopted in Committee of the Whole by a vote of 418-6 [HR 3055, Vote #397, 6/21/19; CQ, 6/21/19]


**Perry Voted Against Resolution Expressing That The House Of Representatives Opposed The President's Ban On Transgender Individuals In The Armed Forces.** In March 2019, Perry voted against "Adoption of the resolution that would express that the House of Representatives opposes the president's ban on transgender individuals serving in the armed forces. The resolution would reject 'the flawed scientific and medical claims upon which [the ban] is based' and would strongly urge the Defense Department not to implement the ban." The resolution was adopted by a vote of 238-185. [H Res 124, Vote #135, 3/28/19; CQ, 3/28/19]

**Perry Voted Against Considering Bills To Expand A Program Providing Child Care Assistance To Veterans And To Provide Funding For Select Committees On The Climate Crisis And Modernizing Congress.** In February 2019, Perry voted against: "Adoption of the rule (H Res 105) that would provide for House floor consideration of the bill that would make permanent and expand a Veterans Affairs Department program that provides child care assistance to veterans while they are receiving certain VA health care services (HR 840), and that would provide for the automatic agreement in the House to a resolution (H Res 86) that would provide $70,000 for the Select Committee on the Climate Crisis and $50,000 for the Select Committee on the Modernization of Congress to cover expenses through March 31, 2019. It would also provide for motions to suspend the rules through the legislative day of Feb. 15, 2019." The rule was adopted 225-193. [H Res 105, Vote #69, 2/7/19; CQ, 2/7/19]

**Perry Voted Against Collecting Fees On Housing Loans To Pay For The New Veterans Affairs Child Care Benefit.** In February 2019, Perry voted against: "Morelle, D-N.Y., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record "Mr. Speaker, the amendment that we will offer if the previous question is defeated would add the language that, by collecting fees on housing loans that would pay for this new childcare benefit so that we don't have to go deep into the Veterans' Affairs budget, cutting other benefits in order to pay for this," The motion was agreed to 227-189. [HR 840/H Res 86, Vote #68, 2/7/19; CQ, 2/7/19; Congressional Record, 2/7/19]


# Appendix XII – Votes – 115th Congress

## Agriculture & Food Safety

**Perry Voted Against The Farm Bill Conference Report, Funding Farm And Nutrition Programs Through FY 2023.** In December 2018, Perry voted against: "Adoption of the conference report on the bill that would reauthorize and extend federal farm and nutrition programs through fiscal 2023, including crop subsidies, conservation, rural development and agricultural trade programs and the Supplemental Nutritional Assistance Program. It would reauthorize and extend supplemental agricultural disaster assistance programs, sugar policies and loan rates, several international food aid programs, nonrecourse marketing assistance loans for loan commodities, and several dairy programs, including the dairy risk management program (previously the margin protection program). It would create new pilot programs that would test strategies for improving the accuracy of the SNAP income verification process. It would allow industrial hemp to be grown in the United States, subject to close regulation at the state level. It would modify the activities permitted on land contracted under the conservation reserve program." The conference report was adopted by a vote of 369-47. [HR 2, Vote #434, 12/12/18; CQ, 12/12/18]

**Perry Voted Against House Floor Consideration Of The Farm Bill.** In December 2018, Perry voted against: "Adoption of the rule (H Res 1176) that would provide for House floor consideration of the conference report to accompany the Farm Bill (HR 2), that would reauthorize and extend federal farm and nutrition programs through fiscal 2023. The rule would also waive section 7 of the War Powers Resolution for a concurrent resolution related to hostilities in Yemen." The rule was adopted by a vote of 206-203. [HR 2, Vote #432, 12/12/18; CQ, 12/12/18]

> **Language Was Also Attached To The Vote Advancing The Farm Bill That Would Prevent A Vote That Year On Limiting U.S. Involvement In Yemen.** "The bill only narrowly advanced in the House, 206-203, after language was tucked into the procedural rule preventing for the rest of the year a floor vote on any war powers resolution limiting the U.S. involvement in Yemen. The move sparked backlash from a number of lawmakers." [The Hill, 12/12/18]

**Perry Voted Against An Amendment To Prohibit Appropriated Funds From Being Used To Issue A Grazing Permit Or Lease That Violates The Mandatory Qualifications For Such Permits.** In July 2018, Perry voted against "Gallego, D-Ariz., amendment no. 51, that would prohibit appropriated funds from being used to issue a grazing permit or lease that violates the mandatory qualifications for such permits." The amendment failed, 203-212. [H.R. 6147, Vote #352, 7/18/18; CQ, 7/18/18]

**Perry Voted Against A Bill That Would Reauthorize And Modify The Magnuson-Stevens Fishery Conservation And Management Act Through 2020.** In July 2018, Perry voted against "Passage of the bill that would reauthorize and modify the Magnuson-Stevens Fishery Conservation and Management Act through fiscal 2022 and would provide greater authority to regional fishery management councils in setting the conditions under which overfished or depleted fisheries are to be restored. The bill would eliminate the current 10-year requirement for rebuilding overfished or depleted fisheries and would allow fishery councils to set rebuilding periods that reflect the individual fish species' ability to recover. The bill would also modify catch limits for specific species and would prohibit fisheries councils in four regions from implementing any new 'catch share' programs unless such plans had been approved by an industry referendum vote. The bill would authorize $397 million annually for fiscal 2018 through fiscal 2022 to carry out the bill's provisions." The bill passed, 222-193. [HR 200, Vote #321, 7/11/18; CQ, 7/11/18]

**Perry Voted Against A Motion To Recommit With Instructions To Require The Secretary Of Commerce Or State Governments To Declare A Fishery Disaster If Unilateral Tariffs Affect The Economic Viability Of The U.S. Fishing Industry.** In July 2018, Perry voted against "Gomez, D-Calif., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would require the Commerce Department, or a relevant state government, to declare a fishery disaster if any unilateral


tariffs imposed by any countries on U.S. seafood exports affect the economic viability of the U.S. fishing industry." The motion was rejected, 187-228. [HR 200, Vote #320, 7/11/18; CQ, 7/11/18]

**Perry Voted For Considering A Bill Reauthorizing The Magnuson-Stevens Fishery Conservation And Management Act Through Fiscal 2022.** In July 2018, Perry voted for "Adoption of the rule (H Res 965) that would provide for House floor consideration of the bill (HR 200) that would reauthorize the Magnuson-Stevens Fishery Conservation and Management Act through fiscal 2022 and would provide greater authority to regional fishery management councils in setting the conditions under which overfished or depleted fisheries are to be restored." The resolution was adopted 227-184. [H Res 965, Vote #317, 7/11/18; CQ, 7/11/18]

**Perry Did Not Vote On The House Version Of The 2018 Farm Bill.** In June 2018, Perry did not vote on: "Passage of the bill that would reauthorize and extend federal farm and nutrition programs through fiscal 2023, including crop subsidies, conservation, rural development and agricultural trade programs and the Supplemental Nutritional Assistance Program. It would require individuals receiving SNAP benefits, who are 18-59 years old, to work or participate in work training programs for a minimum of 20 hours per week, and would require the Department of Agriculture to establish a database to track individuals receiving SNAP benefits. The bill would reauthorize and extend supplemental agricultural disaster assistance programs, the current sugar policies and loan rates, several international food aid programs, nonrecourse marketing assistance loans for loan commodities, several dairy programs, including the dairy risk management program (previously the margin protection program) and would modify certain utility standards in the Home Energy Assistance Program to require SNAP benefits recipients to provide documentation of such expenses in order to receive increased benefits using the Standard Utility Allowance." The bill passed, 213-211. [H.R. 2, Vote #284, 6/21/18; CQ, 6/21/18]

> **HEADLINE: House farm bill passes with controversial food stamp changes** [Politico, 6/21/18]

> **The Bill Would Tighten Eligibility For SNAP, Resulting In 400,000 Households Losing Benefits, And Would Risk Free And Reduced-Price School Meals For Thousands For Children.** "The House farm bill would also tighten eligibility criteria under SNAP — changes that would result in some 400,000 households losing SNAP benefits. Thousands of children would also risk losing their enrollment in free and reduced-price school meal programs." [Politico, 6/21/18]

> **Anti-Hunger Groups Said The Changes Would Make It More Difficult For Millions For Receive Nutrition Assistance, While Investing In Job Training Programs That Are Not Proven To Move People Out Of Poverty.** "Republicans contend the plan would put people on a pathway to self-sufficiency. Democrats and anti-hunger groups say it would make it more difficult for millions of needy Americans to receive nutrition assistance, and also would invest in a state-run job training bureaucracy under SNAP that has yet to prove it helps people move out of poverty." [Politico, 6/21/18]

**Perry Voted For The Motion To Reconsider The 2018 Farm Bill.** In June 2018, Perry voted for: "Ryan, R-Wis., motion to reconsider the vote on passage of" the Agriculture and Nutrition Act of 2018. The motion was approved, 233-191. [H.R. 2, Vote #283, 6/21/18; CQ, 6/21/18]

**Perry Voted Against The House Version Of The 2018 Farm Bill, Which Would Reauthorize SNAP And Farm And Rural Programs.** In May 2018, Perry voted againstnservation, rural development and agricultural trade programs and the Supplemental Nutritional Assistance Program. It would require individuals receiving SNAP benefits, who are 18-59 years old, to work or participate in work training programs for a minimum of 20 hours per week, and would require the Department of Agriculture to establish a database to track individuals receiving SNAP benefits." The bill failed 198 to 213. [HR 2, Vote #205, 5/18/18; CQ, 5/18/18]

> **HEADLINE: House Farm Bill Collapses Amid Republican Disarray** [New York Times, 5/18/18]

> **The House Farm Bill Included Strict Work Requirements For Food Aid Recipients, While Maintaining Farm Subsidies For Rural Communities.** "The twice-a-decade measure — which would have imposed strict


new work requirements on food aid recipients while maintaining farm subsidies important to rural lawmakers — failed on a 213-to-198 vote. It was a rebuke of Speaker Paul D. Ryan by a key bloc of conservatives over his refusal to schedule an immediate vote on a restrictive immigration bill sponsored by the chairman of the House Judiciary Committee." [New York Times, 5/18/18]

**Perry Voted Against Motion To Amend The Farm Bill To Remove Provision That Takes Away $3.8 Billion In Food Assistance For Hungry Families.** In May 2018, Perry voted against "Maloney, D-N.Y., motion to recommit the bill to the House Agriculture Committee with instructions to report back immediately with an amendment." According to the Democratic Leader's office, "Democrats' Motion to Recommit would strike the SNAP child support enforcement provision that perversely spends more than $2 for every $1 in savings while taking away $3.8 billion in SNAP benefits from hungry families. By striking the provision, the amendment restores these vital SNAP benefits and eliminates wasteful administrative spending. It invests the remaining savings in 1) opioid addiction and treatment services and rural mental health services; 2) broadband connectivity to help rural communities compete in the modern economy; 3) increased export marketing to offset the uncertainty caused by the Administration's trade policies; 4) support for the Beginning Farmer and Rancher Development Program to develop the next generation of producers; 5) scholarships at 1890 Institutions; and 6) research on organics and specialty crops." The motion was rejected 183-226. [HR 2, Vote #204, 5/18/18; CQ, 5/18/18]

**Perry Voted For An Amendment To Strengthen Prohibitions Against Animal Fighting.** In May 2018, Perry voted for amendment that: "Strengthens prohibitions against animal fighting by ensuring the law applies to all US territories." The amendment was adopted 359 to 51. [HR 2, Vote #202, 5/18/18; Republican Cloak Room, 5/17/18]

**Perry Voted For An Amendment To Allow For The Interstate Trade And Human Consumption Of Unpasteurized Milk And Milk Products.** In May 2018, Perry voted for "Massie, R-Ky., amendment that would prohibit federal interference in the interstate transportation of unpasteurized milk and milk products between states that allow for the distribution of such products for direct human consumption." The amendment failed, 79-331. [HR 1865, Vote #201, 5/18/18; CQ, 5/18/18]

**Perry Voted For An Amendment To Exclude Alcoholic Products From Counting As Value-Added Agricultural Products.** In May 2018, Perry voted for "Russell, R-Okla., amendment that would exclude beer, wine, distilled spirits, hard cider, and other alcoholic products from counting as value-added agricultural products, thus making such products ineligible for agricultural product market development grants, and would rescind $8 million in unobligated funds from value-added agricultural product market development grant program." The amendment was rejected, 54-356. [HR 1865, Vote #200, 5/18/18; CQ, 5/18/18]

**Perry Voted Against An Amendment To Repeal The Department Of Agriculture Biomass And Bioenergy Subsidy Programs.** In May 2018, Perry voted against "Biggs, R-Ariz., amendment that would repeal the Department of Agriculture biomass and bioenergy subsidy programs." The amendment failed, 75-340. [HR 1865, Vote #197, 5/17/18; CQ, 5/17/18]

**Perry Voted For An Amendment To Allow States To Use Private Companies To Carry Out Program Eligibility Functions Of The Supplemental Nutrition Assistance Program.** In May 2018, Perry voted for "Faso, R-N.Y., amendment that would allow states to carry out program eligibility and other administrative functions of the Supplemental Nutrition Assistance Program in a number of different ways, including the use of non-governmental contractors, as long as such personnel have no direct or indirect financial interest in an approved retail food store." The amendment was adopted, 222-192. [HR 1865, Vote #196, 5/17/18; CQ, 5/17/18]

**Amendment Would Allow States To "Privatize SNAP Operations."** "An amendment from Representative John Faso (R-NY) that would allow states to privatize SNAP operations. This change would allow private companies to take over administration of the program, despite failed attempts in some states over the years." [CLASP, 6/12/18]

**Perry Voted For An Amendment To Reduce Work-Requirement Exemptions To Five Percent Of SNAP**



**Recipients.** In May 2018, Perry voted for "McClintock, R-Calif., amendment that would reduce work-requirement exemptions from 15 percent to five percent of SNAP benefit recipients; would reduce the qualifying age of children from three-years-old to six-years-old with respect to work requirement-exempted parents; would set the same hour-per-week work Requirement for married parents as for single parents; and would require employment and training program participants to have their work eligibility electronically verified through the E-verify system." The amendment failed, 83-330. [HR 2, Vote #195, 5/17/18; CQ, 5/17/18]

**Perry Voted For An Amendment To Phase Out Agricultural Crop Subsidies By 2030.** In May 2018, Perry voted for "McClintock, R-Calif., amendment that would phase out agricultural crop subsidies by 2030." The amendment was rejected, 34-380. [HR 2, Vote #194, 5/17/18; CQ, 5/17/18]

**Perry Voted For An Amendment To Adjust Loan Rates For The Sugar Program And Establish Tariff Rate Quotas For Raw And Refined Sugar.** In May 2018, Perry voted for "Foxx, R-N.C., amendment that would adjust loan rates for the sugar program, would terminate the feedstock flexibility program, and would establish tariff rate quotas for raw cane sugar and refined sugar. The amendment failed, 137-278. [HR 2, Vote #193, 5/17/18; CQ, 5/17/18]

**Perry Voted For Blocking An Effort To Force The Trump Administration To Certify That Their Tariffs Would Not Harm Farmers And Ranchers.** In May 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would prohibit the Farm Bill from going into effect until the President certifies to Congress that none of the Administration's recent actions related to trade and tariffs would cause harm to domestic farmers, ranchers, and other agricultural producers." A vote for the motion was a vote to block consideration of the amendment. The motion was agreed to 228-189. [H Res 900, Vote #190, 5/17/18; CQ, 5/17/18; DemocraticLeader.gov, 5/17/18]

**Perry Voted For A Bill Which Would Loosen Nutritional Disclosure Requirements For Restaurants And Other Food Establishments.**  In February 2018, Perry voted for "passage of the bill that would modify the Food and Drug Administration's menu labeling regulations to allow nutritional information to be provided online, as opposed to on a menu board, and would allow restaurants and other food establishments to determine the serving size for which nutritional information would be posted. It would prohibit states from enacting laws regarding the disclosure of nutritional information that are different from the federal law. It would prohibit the FDA from enforcing compliance with menu labeling regulations for 90 days after a violation is discovered." The motion was adopted, 366-177. [H.R 392. 772, Vote #56, 2/6/18; CQ, 2/6/18]

**Perry Voted Against An Amendment Exempting Rules Related To The Prevention Of Foodborne Illness Transmission.** In January 2017, Perry voted against the "Cicilline, D-R.I., amendment that would exempt rules related to the prevention of foodborne illness transmission. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 190-232. [HR 5, Vote #38, 1/11/17; CQ, 1/11/17]

## Arts & Humanities

**Perry Voted For An Amendment Decreasing Funds From The NEA And NEH And Appropriating Them To The Spending Reduction Account.** In July 2018, Perry voted for: "Grothman, R-Wis., amendment no. 39, that would increase funding for the spending reduction account by $46.5 million, and would decrease funding for funding for the National Endowment on the Arts and the Humanities by an equal amount." The resolution failed by a vote of 119-297. [H R 6147, Vote #345, 7/18/18; CQ, 7/18/18]

## Budget



**Perry Voted For/Voted Against/Voted Present On/Did Not Vote On}} Funding The Government Through Feb. 2019 And Authorizing $5.7 Billion For Construction Of A Border Wall On The U.S.-Mexico Border.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill, with a further House amendment. The bill is the legislative vehicle for a short-term continuing resolution that would fund the government through Feb. 8, 2019. It would also authorize $5.7 billion for construction of a border wall on the U.S.-Mexico border, as well as an estimated $7.8 billion in emergency disaster relief funding." The bill passed by a vote of 217 – 185. [H.R. 695, Vote #472, 12/20/18; CQ Floor Votes, 12/20/18]

>**Headline: CNBC: House Passes Spending Bill With Border Wall Money — Setting Up Shutdown Stalemate With Senate.** [CNBC, 12/20/18]

>**Eight Republicans Joined All 177 Voting Democrats To Oppose The Measure.** "The House of Representatives Thursday approved a bill that would fund most of the federal government through early February -- and provides $5.7 billion for President Trump's long-promised border wall, increasing the chances of a partial government shutdown later this week. Eight Republicans joined all 177 voting Democrats to oppose the measure, which passed 217-185. The bill now goes to the Senate, where it is certain to fall short of the 60 votes needed for passage since the chamber's 49 Democrats are against funding the wall." [Fox News, 12/20/18]

>**Voting Yes On The Measure Made It More Likely That A Partial Government Shutdown Would Occur.** "That, in turn, makes it more likely that parts of the federal government, including nine of 15 Cabinet-level departments and dozens of agencies, will cease operations at midnight Friday." [Fox News, 12/20/18]

**Perry Voted For Considering A Short-Term Continuing Resolution To Fund The Government And Construct A U.S.-Mexico Border Wall.** In December 2018, Perry voted for: "Adoption of the rule that would provide for House floor consideration of the bill HR 695 which is the legislative vehicle for a short-term continuing resolution that would fund the government through Feb. 8, 2019, and would provide funds for the construction of a U.S-Mexico border wall and emergency disaster relief funding." The rule was adopted 221-179. [HR 695, Vote #469, 12/20/18; CQ, 12/20/18]

**Perry Voted For Blocking Consideration of A Continuing Resolution To Fund The Government Without Funding For A U.S. Mexico Border Wall.** In December 2018, Perry voted for: "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 1183) that would provide for House floor consideration of the bill HR 695 which is the legislative vehicle for a short-term continuing resolution that would fund the government through Feb. 8, 2019, and provide funds for the construction of a U.S-Mexico border wall and emergency disaster relief funding." According to the Congressional Record, "That is why, if we defeat the previous question, I will offer an amendment to the rule to bring up the Senate amendment to H.R. 695, which is the clean CR that has already passed the Senate by a voice vote." A vote *for the motion* was a vote to block consideration of a clean CR without border wall funding. The motion was agreed to by a vote of 223-178. [HR 659, Vote #468, 12/20/18; CQ, 12/20/18; Congressional Record, 12/20/18]

**Perry Voted For Blocking Consideration Of Legislation To Fund The Remainder Of The Government And Extend The National Flood Insurance Program And Violence Against Women Act.** In December 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 1176) that would provide for House floor consideration of the conference report to accompany the Farm Bill (HR 2), that would reauthorize and extend federal farm and nutrition programs through fiscal 2023, and would waive section 7 of the War Powers Resolution for a concurrent resolution related to hostilities in Yemen." According to the Congressional Record "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 7264, a continuing resolution to fund the remainder of the government and extend the National Flood Insurance Program, the Violence Against Women Act, and the Temporary Assistance for Needy Families Act until September 30." A vote *for the motion* was a vote to block consideration of an amendment to bring up a bill funding the remainder of the government and extending the



National Flood Insurance Program and Violence Against Women Act. The motion was agreed to by a vote of 220-191. [CQ, 12/12/18; HR 2, Vote #431, 12/12/18; Congressional Record, 12/12/18]

**Perry Voted Against Funding The Government For An Additional 2.5 Months Through December 2018.** In September 2018, Perry voted against "Adoption of the conference report to accompany the bill that would provide $855.1 billion in discretionary funding for fiscal 2019 to various departments and agencies, including $674.4 billion for the Defense Department and $178.1 billion for the Labor, Health and Human Services and Education departments. The Defense Department total would include $606.5 billion in base Defense Department funding subject to spending caps, and would include $67.9 billion in overseas contingency operations funding. The bill would provide $90.3 billion in discretionary spending for the Health and Human Services Department, $71.4 billion for the Education Department and $12.1 billion for the Labor Department. The measure would also provide funding for federal government operations until Dec. 7, 2018, at an annualized rate of approximately $1.3 trillion." The amendment was adopted 361-61. [HR 6157, Vote #405, 9/26/18; CQ, 9/26/18]

**Perry Voted For Proposing A Balanced Budget Amendment To The Constitution.** In April 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and pass the joint resolution that would propose a constitutional amendment that would require the U.S. government to operate under a balanced budget each year, beginning five years after ratification. Under the proposal, three-fifths of the entire House and Senate would be required to approve deficit spending or an increase in the public debt limit, but a simple majority would be sufficient to waive the requirement in times of congressionally declared war or in the face of a serious military threat." The motion was rejected by a vote of 233-184.  [H J Res 2, Vote #138, 4/12/18; CQ, 4/12/18]

**Perry Voted For Considering A Balanced Budget Amendment To The Constitution.**  In April 2018, Perry voted for: "Adoption of the rule (H Res 811) that would provide for consideration of the bill (HR 4790) regarding 'Volcker Rule' regulation and exemptions thereto, and providing for the speaker to entertain motions to suspend the rules on April 12, 2018, relating to the joint resolution (H J Res 2) that would propose a balanced budget amendment to the U.S. Constitution." The rule was adopted 230-184. [H Res 811, Vote #134, 4/11/18; CQ, 4/11/18]

**Perry Voted For Blocking An Amendment To The Balanced Budget Amendment To Protect Social Security, Medicare, And Medicaid.** In April 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on […] providing for the speaker to entertain motions to suspend the rules on April 12, 2018, relating to the joint resolution (H J Res 2) that would propose a balanced budget amendment to the U.S. Constitution." According to Rep. McGovern, "If we defeat the previous question, I will offer an amendment to the rule which would amend the bill to exempt Social Security, Medicare, and Medicaid, vital pillars of our social safety net." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to by a vote of 231-186. [H Res 811, Vote #133, 4/11/18; CQ, 4/11/18; Congressional Record, H3018, 4/11/18]

**Perry Voted Against The $1.3 Trillion FY 2018 Omnibus Spending Package That Funded The Government Through September 30, 2018.** In March 2018, Perry voted against "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with a further amendment that would provide roughly $1.3 trillion in funding for federal government operations and services through Sept. 30, 2018. The measure would provide a total of $654.6 billion in additional funding to the Defense Department […] $98.7 billion to the Health and Human Services Department, […] $3.4 billion to the Substance Abuse and Mental Health Services Administration for substance abuse block grants, and would provide roughly $3.7 billion to the National Institutes of Health, including an additional $500 million for research into opioid addiction. It would provide $47.7 billion to the Homeland Security Department, including $1.6 billion for the purpose of bolstering security measures on the U.S.-Mexico border, including the construction of new fencing along sections of the border, and would provide $7.1 billion for Immigration and Customs Enforcement operations and enforcement. The measure includes provisions from multiple bills related to school safety and firearms regulations, including a bill (S 2135) that would require the Department of Justice to certify that appropriate records have been submitted to the National Instant Criminal Background Check System by federal agencies and state governments with respect to individuals who are not



eligible to purchase firearms. The measure includes language from the bill (S 2495) that would authorize $75 million a year through fiscal 2028 for the Secure Our Schools grant program and would revise it to more explicitly focus the program on preventing student violence." The motion as agreed to, 256-167. [H Res 796, Vote #127, 3/22/18; CQ, 3/22/18]

**Perry Voted Against Consideration Of The 2018 Omnibus Spending Package.** In March 2018, Perry voted against "Adoption of the rule (H Res 796) that would provide for consideration for the Senate amendment to HR 1625, the legislative vehicle for the fiscal 2018 omnibus appropriations package." The rule was adopted, 211-207. [HR 1625, Vote #124, 3/22/18; CQ, 3/22/18]

**Perry Voted Against Concurring With The Senate On The Short Term Continuing Resolution That Funded The Government Through March 23, 2018.** In December 2017, Perry voted against "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would provide funding for federal government operations and services at current levels through March 23, 2018. The bill would increase defense spending caps to $629 billion for fiscal 2018 and $647 billion for fiscal 2019, and would increase non-defense spending caps by $63 billion in fiscal 2018 and $68 billion in fiscal 2019. It would suspend the debt ceiling through March 1, 2019, and would provide $89.3 billion in emergency supplemental funding including $23.5 billion in funding for the Federal Emergency Management Agency Disaster Relief Fund, $28 billion in funding to the Department of Housing and Urban Development Community Development Fund, and $4.9 billion in additional Medicaid funding for Puerto Rico and the U.S. Virgin Islands. It would authorize funding for community health centers through fiscal 2019, and would provide for an additional authorization of the Children's Health Insurance Program from fiscal 2023 to fiscal 2027. The underlying bill would allow the governor of a state, territory, possession or the mayor of the District of Columbia to order that the United States flag be flown at half-staff to honor the death of a first responder who dies while serving in the line of duty." [HR 1892, Vote #69, 2/9/18; CQ, 2/9/18]

> **Budget Deal Ending Second Government Shutdown Of 2018 Added $320 Billion To The Deficit – The Second Shutdown In Three Weeks.** "But action did not come soon enough to avoid a brief government shutdown — the second in three weeks — thanks to a one-man protest from Sen. Rand Paul (R-Ky.), who delayed the Senate vote past midnight to mark his opposition to an estimated $320 billion addition to the federal budget deficit." [Washington Post, 2/9/18]

> **Budget Deal Raised Sequestration Caps For 2018 And 2019 By $296 Billion, Suspended The Debt Ceiling Until March 2019, And Approved An Additional $90 Billion In Disaster Relief.** "Attached to the CR is language raising the sequestration budget caps for fiscal years 2018 and 2019 by a total of $296 billion, suspending the debt ceiling until March 2019 and approving an additional $90 billion in disaster relief, among a host of other policy provisions." [Roll Call, 2/9/18]

> **CNN: Continuing Resolution Included A Full Year Of Defense Spending To "Sweeten The Deal For Conservative And Defense Hawks… Who Have Been Emphatic That They Wouldn't Support The Fifth Continuing Resolution In Six Months."** "The House of Representatives passed legislation funding most federal agencies through March 23, and the Pentagon for a full fiscal year, roughly two days before the government faces a shutdown. The bill passed 245-182, but this is just the first step. The bill will next go the Senate, where Democrats are expected to oppose it because it doesn't also provide longer term money for domestic programs like opioid recovery efforts, transportation, and education. […] GOP leaders tacked on a full year of defense funding to sweeten the deal for conservative and defense hawks in their ranks who have been emphatic that they wouldn't support the fifth continuing resolution in six months without some kind of certainty for the country's military." [CNN, 2/6/18]

**Perry Voted For House Passage Of Continuing Resolution To Fund The Government Through March 23.** In February 2018, Perry voted for "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the bill with an amendment that would provide for an extension of the current continuing resolution through March 23, 2018. The measure would provide for $659.2 billion in discretionary funding for the Defense Department through fiscal



2018 and would provide $3.6 billion annually for community health centers through fiscal 2019. It would also eliminate the cap on various Medicare payments and would extend funding for rural hospitals that see large numbers of Medicare patients." The motion was adopted, 245-182. [H.R. 1892, Vote #60, 2/6/18; CQ, 2/6/17]

**Perry Voted For Reopening The Government And Funding It Until February 8, 2018 As Well As Funding CHIP For Six Years.** In January 2018, Perry voted forld provide funding for federal government operations and services at current levels through Feb. 8, 2018. The measure would fund the state Children's Health and Insurance Programs at $21.5 billion annually starting in fiscal 2018 and would gradually increase the funding annually through fiscal 2023. It would suspend or delay three health-related taxes enacted as part of the 2010 health care overhaul. It would allow the ballistic missile defense funding included in the last short-term funding bill to be used for certain related intelligence activities. Additionally, it would prohibit the Government Publishing Office from providing a free printed copy of the Federal Register to any member of Congress or other U.S. government office unless a specific issue or a subscription was requested by the member or office." The motion passed 266-150. [H.R. 195, Vote #44, 1/22/18; CQ, 1/22/18]

> **Measure Ended A Three Day Government Shutdown.** "Congress voted late Monday to reopen the government after a three-day shutdown, sending President Trump a short-term spending bill that passed after Senate Republican leaders pledged to act on immigration policy next month. […] Roughly 60 hours after government funding lapsed, a bipartisan group of negotiators in the Senate prevailed with leadership and trading Democratic support for reopening the government for a commitment by Republicans to hold a vote resolving the status of young undocumented immigrants by mid-February." [Washington Post, 1/22/18]

**Perry Voted For Funding The Government Until February 16, 2018 And Funding CHIP For Six Years.** In January 2018, Perry voted forment operations and services at current levels through Feb. 16, 2018, at an annualized rate of $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, of which an annualized rate of $621.5 billion would be designated for defense and an annualized rate of $511 billion for nondefense discretionary spending. The measure would fund the state Children's Health and Insurance Programs at $21.5 billion annually starting in fiscal 2018 and would gradually increase the funding annually through fiscal 2023. It would suspend or delay three health-related taxes enacted as part of the 2010 health care overhaul. It would allow the ballistic missile defense funding included in the last short-term funding bill to be used for certain related intelligence activities. Additionally, it would prohibit the Government Publishing Office from providing a free printed copy of the Federal Register to any member of Congress or other U.S. government office unless a specific issue or a subscription was requested by the member or office." The motion passed 230-197. [H.R. 195, Vote #33, 1/18/18; CQ, 1/18/18]

> **Bill Failed In The Senate, Leading To A Government Shutdown – The First Time A Shutdown Involving Furloughs Occurred While One Party Controlled Washington.** "The federal government entered the 18th partial shutdown of the modern budget era at midnight Saturday after the Senate failed to reach a deal on a funding bill. The modern budget process began with the passage of the Budget Act of 1974. Since then, there have been a slew of different circumstances that prompted shutdowns, but this shutdown is unique for one reason. This is the first time that one party has controlled the House, the Senate, and the White House during a shutdown in which federal employees are furloughed." [Business Insider, 1/20/18]

**Perry Voted For Considering Legislation To Fund The Government Until February 16, 2018 And Funding CHIP For Six Years.** In January 2018, Perry voted forexpected legislative vehicle for an extension of the current continuing resolution through Feb. 16, 2018, and funding for the Children's Health Insurance Program through fiscal 2023. It would waive, through the legislative day of January 20, 2018, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee and would also provide for motions to suspend the rules through the legislative day of January 20, 2018." The rule was adopted 226-194. [H Res 695, Vote #28, 1/18/18; CQ, 1/18/18]

**Perry Voted Against The Short Term Continuing Resolution That Funded The Government Through January 19, 2018.** In December 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate



amendment to the bill with a further House amendment that would provide funding for federal government operations and services at current levels through Jan. 19, 2018. The bill, as amended, would authorize $2.1 billion for the Veterans Choice Program, $2.9 billion in mandatory funding for the Children's Health Insurance Program and $550 million in funding to Community Health Centers through Mar. 31. The bill would exempt funding provided to the Children's Health Insurance Fund and other health programs, as well as the tax overhaul package, from statutory pay-as-you-go requirements. It would provide $4.7 billion in emergency supplemental funds for missile defense and Navy ship repairs. It would also extend authorities under the Foreign Intelligence Surveillance Act through Jan. 19, including FISA Section 702, which allows U.S. intelligence agencies to obtain data from electronic service providers or non-U.S. persons who reside outside the U.S." The motion passed 231 to 188. [HR 1370, Vote #708, 12/21/17; CQ, 12/21/17]

**Perry Voted For Consideration Of The Short Term CR That Funded The Government Through January 19, 2018 And Supplemental Disaster Appropriations.** In December 2017, Perry voted for: "Adoption of the rule (H Res 670) that would provide for House floor consideration of the Senate amendment to the Department of Homeland Security Blue Campaign Authorization Act (HR 1370) that would fund government operations and certain programs through Jan. 19, 2018, and the disaster supplemental appropriations for fiscal 2018 (HR 4667) that would make further supplemental appropriations for disaster assistance for Hurricane Harvey, Irma, and Maria and calendar year 2017 wildfires." The rule was adopted 228-186. [H Res 670, Vote #705, 12/21/17; CQ, 12/21/17]

**Perry Voted Against The Short Term CR That Funded The Government Through December 22, 2017.** In December 2017, Perry voted against: "Passage of the joint resolution that would provide funding for federal government operations and services at current levels through Dec. 22, 2017, at an annualized rate of $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, of which an annualized rate of $621.5 billion would be designated for defense and an annualized rate of $511 billion for nondefense discretionary spending. The bill would allow state Children's Health and Insurance Programs to receive extra redistribution funds beyond what is currently allowed, supporting the program's operations through the end of December." The resolution passed 235 to 193. [H J Res 123, Vote #670, 12/7/17; CQ, 12/7/17]

**Perry Voted For Consideration Of Bills Loosening Regulations On Mergers And Acquisitions, Exempting Companies From Mortgage Escrow Requirements And Funding The Government Through December 22, 2017.** In December 2017, Perry voted for: "Adoption of the rule (H Res 647) that would provide for House floor consideration of the bill (HR 477) that would exempt certain mergers and acquisitions brokers from Securities and Exchange Commission registration requirements; of the bill (HR 3971) that would exempt certain companies from home mortgage escrow requirements; and of the joint resolution (H J Res 123) that would fund government operations at current levels through Dec. 22, 2017 and allow state Children's Health and Insurance Programs to receive extra redistribution funds beyond what is currently allowed." The rule was adopted 238 to 188. [H Res 647, Vote #666, 12/7/17; CQ, 12/7/17]

**Perry Voted For Agreeing To The Senate Republican's Version Of The FY18 Budget That Provided $3.1 Trillion In New Budget Authority.** In October 2017, Perry voted for "Black, R-Tenn., motion to concur in the Senate amendment to the concurrent resolution that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would allow the cap on defense spending to be raised to $640 billion for fiscal 2018, without the need for offsets. It would require the Senate Finance Committee to report legislation under the budget reconciliation process that would increase the deficit by no more than $1.5 trillion over the period of fiscal 2018 through fiscal 2027. It would also instruct the Senate Energy and Natural Resources Committee to report legislation under the budget reconciliation process that would reduce the deficit by $1 billion over the period of fiscal 2018 through fiscal 2027. The concurrent resolution would authorize the establishment of various reserve funds, including a deficit-neutral reserve fund related to repealing or replacing the 2010 health care overhaul law, and a revenue-neutral reserve fund related to modifying the federal tax system." The budget passed 216-212. [H Con Res 71, Vote #589, 10/26/17; CQ Floor Votes, 10/26/17]

**HEADLINE: House approves Senate-passed budget plan, paving way for tax reform** [CBS News, 10/26/17]



**AP: "The Budget Plan Calls For $5 Trillion In Spending Cuts Over The Decade, Including Cuts To Medicare, Medicaid And The Obama-Era Health Care Law."** "The budget plan calls for $5 trillion in spending cuts over the decade, including cuts to Medicare, Medicaid and the Obama-era health care law, though Republicans have no plans to actually impose those cuts with follow-up legislation. Some Democrats criticized the measure for ruthless spending cuts; others took the opposite approach, failing it for tackling the deficit." [Associated Press, 10/26/17]

**Senate Budget Directed Energy And Natural Resources Committee To Find $1 Billion In Deficit Reduction, Which Was Likely To Come From Opening ANWR To Oil And Gas Leasing.** "Democrats on Tuesday said they planned to introduce an amendment to the budget resolution (S Con Res 25) to strip a provision in its reconciliation instructions that would direct the Energy and Natural Resources Committee to find $1 billion in deficit reduction. Those savings are likely to come in the form of legislation that would open ANWR to oil and gas leasing, which would generate revenues from the sale of federal leases to drilling companies and from royalties on the sale of oil and gas extracted from federally owned land." [CQ, 10/17/17]

**Perry Voted For Considering The Senate Republican's Version Of The FY18 Budget.** In October 2017, Perry voted for: "Adoption of the rule (H Res 580) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71) that would provide for $3.1 trillion in new budget authority in fiscal 2018, not including off-budget accounts." The resolution was adopted 233-188. [HRes 580, Vote #583, 10/25/17; CQ, 10/25/17]

**Perry Voted For FY 2018 House Republican Budget Resolution.** In October 2017, Perry voted for: "Adoption of the concurrent resolution that would provide for $3.2 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would assume $1.22 trillion in discretionary spending in fiscal 2018. It would assume the repeal of the 2010 health care overhaul law. It also would propose reducing spending on mandatory programs such as Medicare and Medicaid and changing programs such as the Supplemental Nutrition Assistance Program (also known as food stamps). It would call for restructuring Medicare into a "premium support" system beginning in 2024. I would also require the House Ways and Means Committee to report out legislation under the budget reconciliation process that would provide for a revenue-neutral, comprehensive overhaul of the U.S. tax code and would include instructions to 11 House committees to trigger the budget reconciliation process to cut mandatory spending. The concurrent resolution would assume that, over 10 years, base (non-Overseas Contingency Operations) discretionary defense spending would be increased by a total of $929 billion over the Budget Control Act caps and non-defense spending be reduced by $1.3 trillion." The concurrent resolution was adopted, 219-206. [H Con Res 71, Vote #557, 10/5/17; CQ, 10/5/17]

**AP: House Budget "Reprises A Controversial Plan To Turn Medicare Into A Voucher-Like Program."** "The House on Thursday passed a $4.1 trillion budget plan that promises deep cuts to social programs while paving the way for Republicans to rewrite the tax code later this year. The 2018 House GOP budget reprises a controversial plan to turn Medicare into a voucher-like program for future retirees as well as the party's efforts to repeal the "Obamacare" health law. Republicans controlling Congress have no plans to actually implement those cuts while they pursue their tax overhaul." [Associated Press, 10/5/17]

**Politico: House Budget Included "$203 Billion In Mandatory Cuts Achieved Largely By Cutting Safety Net Programs."** "Under the House budget, any tax reconciliation bill would have to include the $203 billion in mandatory cuts achieved largely by cutting safety net programs. That prompted some GOP moderates to warn of the political optics of cutting food stamps or Medicaid to pay for corporate tax breaks. The House budget also lays out strict parameters to prevent a tax plan from adding to the deficit, even short-term. And that language has given heartburn to Budget panel members like Rep. Jim Renacci (R-Ohio), who almost voted against the resolution because he was afraid it doesn't provide tax writers with enough funding flexibility to achieve desired cuts." [Politico, 10/2/17]



**Perry Voted Against A Democratic Alternative FY18 $3.4 Billion Budget That Would Call For An Increase In The Minimum Wage And The Enactment Of Legislation To Expand Paid Sick Leave.** In October 2017, Perry voted against: "Yarmuth, D-Ky., substitute amendment that would provide for $3.4 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would repeal the Budget Control Act sequester and caps on discretionary spending and would provide an additional $54 billion for both defense and non-defense spending in fiscal 2018. It would allow for Overseas Contingency Operations funding at the level requested by the president, but would prevent the use of OCO funding for base defense needs. It would assume $160 billion in Medicare savings through efficiency programs. It would call for an increase in the minimum wage, would assume the implementation of a comprehensive immigration overhaul and it would call for the enactment of legislation to expand paid sick leave." The amendment was rejected, 268-156. [H Con Res 71, Vote #556, 10/5/17; CQ, 10/5/17]

**Perry Voted For An Republican Study Committee Alternative FY18 Budget.** In October 2017, Perry voted for: "McClintock, R-Calif., substitute amendment that would provide for $2.9 trillion in new budget authority in fiscal 2018. It would balance the budget by fiscal 2023 by reducing spending by $10.1 trillion over 10 years. It would cap total discretionary spending at $1.06 trillion for fiscal 2018 and would assume no separate Overseas Contingency Operations funding for fiscal 2018 or subsequent years and would incorporate funding related to war or terror into the base defense account. It would assume repeal of the 2010 health care overhaul and would convert Medicaid and the Children's Health Insurance Program into a single block grant program. It would require that off budget programs, such as Social Security, the U.S. Postal Service, and Fannie Mae and Freddie Mac, be included in the budget." The amendment was rejected, 281-139. [H Con Res 71, Vote #555, 10/5/17; CQ, 10/5/17]

> **RSC Budget Targeted Medicare And Medicaid, As Well As Food Assistance For Families In Need.** "The trillions of dollars in RSC-backed cuts are mainly for show, as there is little appetite within the conference or at the other end of the Capitol for deep reductions to the growth rate of mandatory spending. The RSC budget targets the major health care benefit programs Medicare and Medicaid and overhauls other means-tested benefits for the poor such as the Supplemental Nutrition Assistance Program, formerly known as food stamps, and Temporary Assistance for Needy Families." [Roll Call, 10/3/17]

> **RSC Budget Included More Than $10 Trillion In Spending Cuts Over A Decade, About Twice As Much As The House Republican Budget.** "House Republicans will get the chance Thursday to vote for an alternative budget blueprint that offers up more than $10 trillion in spending cuts over a decade. […] The Budget Committee-approved plan also proposes sizable cuts to mandatory programs, but only about $5.4 trillion in total reductions, about half of what the RSC wants. In addition, the RSC budget proposes to get to balance by fiscal 2023, as opposed to fiscal 2027 in the underlying resolution headed to the floor Thursday." [Roll Call, 10/3/17]

> **RSC Budget Repealed Obamacare And Replaced It With The American Health Care Reform Act.** "(b) Policy on Replacing Obamacare.--It is the policy of this resolution that Obamacare must not only be repealed, but also replaced by enacting the American Health Care Reform Act." [McClintock Substitute Amendment, 10/5/17]

**Perry Voted Against A Democratic $3.8 Trillion FY18 Budget Alternative That Included A Public Option, Immigration Reform, And $200 Billion For Hurricane Recovery.** In October 2017, Perry voted against: "Scott, D-Va., substitute amendment that would provide for $3.8 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would increase spending by $1 trillion over five years and would provide for a number of revenue-raising options, totaling $10.9 trillion, that could be used to raise at least $3.9 trillion in additional revenues over 10 years. It would repeal the Budget Control Act sequester and caps on discretionary spending, would end defense funding through the Overseas Contingency Operations account, would create a public insurance option to be sold within the current health insurance exchanges, would call for implementation of comprehensive immigration overhaul and would include $200 billion for hurricane recovery in in Texas, Florida, Puerto Rico and the U.S. Virgin Islands." The amendment was rejected, 292-130. [H Con Res 71, Vote #554, 10/4/17; CQ, 10/4/17]



**Perry Voted Against A Democratic $3.8 Trillion FY18 Budget Alternative That Included A Public Option And Comprehensive Immigration Reform.** In October 2017, Perry voted against: "Grijalva, D-Ariz., for Pocan, D-Wis., substitute amendment that would provide for $3.8 trillion in new budget authority in fiscal 2018, not including off-budget accounts. It would raise overall spending by $3.5 trillion over 10 years and would increase revenues by $8.2 trillion over the same period through policies that would increase taxes for corporations and high-income individuals. It would repeal the Budget Control Act sequester and caps on discretionary spending, would modify the tax code by adding five higher marginal tax rates, would create a public insurance option to be sold within the current health insurance exchanges and would call for implementation of comprehensive immigration overhaul." The amendment was rejected, 314-108. [H Con Res 71, Vote #553, 10/4/17; CQ, 10/4/17]

**Perry Voted For Consideration Of The Fiscal 2018 Budget Resolution.** In October 2017, Perry voted for: "Adoption of the rule (H Res 553) that would provide for House floor consideration of the fiscal 2018 budget resolution (H Con Res 71)." The rule was adopted, 232-188. [H Res 553, Vote #552, 10/4/17; CQ, 10/4/17]

**Perry Voted For Passing The $1.23 Trillion Fiscal 2018 Omnibus Appropriations Bill.** In September 2017, Perry voted for: "Passage of the bill, as amended, that would provide $1.23 trillion for federal departments and agencies covered by the 12 unfinished fiscal 2018 spending bills, including $621.5 billion for defense and $511 billion for nondefense discretionary spending." The bill passed by a vote of 211-198. [H R 3354, Vote #528, 9/14/17; CQ, 9/14/17]

**Perry Voted Against Increasing Funding For Taxpayer Advocate Service's Identity Theft Casework And Decreasing Funding For IRS Operational Support In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would increase funding for the Taxpayer Advocate Service's identity theft casework by $500,000, and would decrease funding for IRS operational support by $1 million." The amendment was adopted by a vote of 265-143. [H R 3354, Vote #526, 9/14/17; CQ, 9/14/17]

**Perry Voted For Prohibiting Funds From The Omnibus Appropriations Bill To Be Used To Implement, Administer, Or Enforce An SEC Rule Related To Conflict Materials.** In September 2017, Perry voted for: "Huizenga, R-Mich., amendment that would prohibit funds appropriated by the bill from being used to implement, administer or enforce a Securities Exchange Commission rule related to conflict materials." The amendment was adopted by a vote of 211-195. [H R 3354, Vote #525, 9/14/17; CQ, 9/14/17]

**Perry Voted For Reducing Funding For All Departmental Salary And Expense Accounts By 10 Percent And Transferring The Savings To A Spending Reduction Account In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Mitchell, R-Mich., amendment that would decrease funding for all departmental salary and expense accounts under the Financial Services and General Government Appropriations section of the bill by 10 percent and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 166-241. [H R 3354, Vote #524, 9/14/17; CQ, 9/14/17]

**Perry Voted Against Eliminating The Provision That Would Remove The Consumer Financial Protection Bureau's Authority To Regulate Certain Types Of Small Dollar Credit In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provision that would remove the Consumer Financial Protection Bureau's authority to regulate certain types of small dollar credit, such as payday loans and vehicle loans." The amendment was rejected by a vote of 186-221. [H R 3354, Vote #523, 9/14/17; CQ, 9/14/17]

**Perry Voted Against Eliminating The Provision Related To Manufactured Housing Mortgages, Manufacturers, And Retailers.** In September 2017, Perry voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provisions related to manufactured housing mortgages, manufacturers and retailers." The amendment was rejected by a vote of 163-245. [H R 3354, Vote #522, 9/14/17; CQ, 9/14/17]

**Perry Voted Against Eliminating The Provision That Would Incorporate The Consumer Financial Protection Bureau Into The Regular Appropriations Process** In September 2017, Perry voted against: "Ellison,



D-Minn., amendment that would eliminate the bill's provision that would incorporate the Consumer Financial Protection Bureau into the regular appropriations process." The amendment was rejected by a vote of 183-226. [H R 3354, Vote #521, 9/14/17; CQ, 9/14/17]

**Perry Voted Against Eliminating The FY 2018 Omnibus' Repeal Of The District Of Columbia's Budget Autonomy.** In September 2017, Perry voted against: "Norton, D-D.C., amendment that would eliminate the bill's repeal of the District of Columbia's budget autonomy." The amendment was rejected by a vote of 186-222. [H R 3354, Vote #520, 9/14/17; CQ, 9/14/17]

**Perry Voted For Decreasing Funding For The IRS And Transferring The Savings To The Spending Reduction Account.** In September 2017, Perry voted for: "Gohmert, R-Texas, for Posey, R-Fla., amendment that would decrease funding for Internal Revenue Service operations support by $165,300, and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 186-223. [H R 3354, Vote #519, 9/14/17; CQ, 9/14/17]

**Perry Voted For Prohibiting Any Funds In The FY 2018 Omnibus From Being Used To Implement DC's Reproductive Health Non-Discrimination Amendment Act.** In September 2017, Perry voted for: "Palmer, R-Ala., amendment that would prohibit any funds appropriated by the bill from being used to implement the District of Columbia's Reproductive Health Non-Discrimination Amendment Act." The amendment was adopted by a vote of 214-194. [H R 3354, Vote #518, 9/14/17; CQ, 9/14/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement DOL Regulations Concerning Workplace Injuries And Illness** In September 2017, Perry voted for: "Gibbs, R-Ohio, amendment that would prohibit funds appropriated by the bill from being using to implement, administer or enforce Department of Labor regulations concerned with workplace injuries and illness, that were published May 12, 2016." The amendment was adopted by a vote of 215-201. [H R 3354, Vote #515, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Prohibiting Funding In The FY 2018 Omnibus From Being Used To For Federal Contractors Who Have Willfully Or Repeatedly Violated The Fair Labor Standards Act.** In September 2017, Perry voted against: "Ellison, D-Minn., amendment that would prohibit funding appropriated by the bill from being used to enter into contracts with federal contractors who have willfully or repeatedly violated the Fair Labor Standards Act." The amendment was rejected by a vote of 191-226. [H R 3354, Vote #514, 9/13/17; CQ, 9/13/17]

**Perry Voted For Cutting One Percent Of All Funds In The FY 2018 Omnibus For The Labor, Health And Human Services, And Education Departments.** In September 2017, Perry voted for: "Blackburn, R-Tenn., amendment that would provide for a one percent cut to all funds appropriated by the bill to the Labor Department, Health and Human Services Department and the Education Department." The amendment was rejected by a vote of 156-260. [H R 3354, Vote #513, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting Any Funds In The FY 2018 Omnibus From Being Used To Implement A 2014 NLRB Rule Governing Representation-Case Procedures.** In September 2017, Perry voted for: "Walberg, R-Mich., amendment that would prohibit any funds appropriated by the bill from being used to implement a 2014 National Labor Relations Board final rule governing representation-case procedures." The amendment was adopted by a vote of 221-196. [H R 3354, Vote #512, 9/13/17; CQ, 9/13/17]

**Perry Voted For Reducing The Funding For The Coal Mine Safety And Health Program By 10 Percent In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Meadows, R-N.C., amendment that would reduce the funding for the Coal Mine Safety and Health program by 10 percent." The amendment was rejected by a vote of 178-238. [H R 3354, Vote #511, 9/13/17; CQ, 9/13/17]

**Perry Voted For Decreasing The Salaries And Expenses Of The NLRB By $99 Million In The FY 2018 Omnibus Appropriations Bill.** In September 2017, Perry voted for: "Grothman, R-Wis., amendment decrease the salaries and expenses of the National Labor Relations Board by $99 million and would transfer the savings to the



spending reduction account." The amendment was rejected by a vote of 175-241. [H R 3354, Vote #510, 9/13/17; CQ, 9/13/17]

**Perry Voted For Decreasing Funding For The Student Aid Administration Program, Department Of Education Program Administration, And Department Of Education Office Of Inspector General In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Grothman, R-Wis., amendment that would decrease funding for the Student Aid Administration by $34 million, would decrease funding for the Department of Education's program administration by $8.6 million, would decrease funding for the Office of Inspector General of the Department of Education by $1.1 million, and would transfer the balance of the saving to the spending reduction account." The amendment was rejected by a vote of 131-285. [H R 3354, Vote #509, 9/13/17; CQ, 9/13/17]

**Perry Voted For Increasing Funding For Adult Education By $70.2 Million And Reducing Higher Education Funding By The Same Amount In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Lewis, R-Minn., amendment that would increase funding for adult education by $70.2 million and would decrease funding for higher education by the same amount." The amendment was reject by a vote of 153-263. [H R 3354, Vote #508, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Increasing, Then Decreasing, Funding For Education Innovation And Improvement In The FY 2018 Omnibus** In September 2017, Perry voted against: "Courtney, D-Conn., amendment that would increase, then decrease, funding for education innovation and improvement by $1.2 million (related to magnet schools)." The amendment was rejected by a vote of 204-212. [H R 3354, Vote #507, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Increasing Funding For School Improvement Activities And Decreasing Funding For The Department Of Education Department Of Management In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Lowey, D-N.Y., for DeLauro, D-Conn., amendment that would increase funding for school improvement activities by $100 million, would increase funding for school improvement for the academic year 2018-2019 by $100 million, would increase funding for integrated student supports and specialized instructional support services by $100 million, and would decrease funding for the Department of Management of the Department of Education by $100 million." The amendment was adopted by a vote of 228-188. [H R 3354, Vote #506, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Decreasing Then Increasing Funding For The Office Of The HHS Secretary In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Lujan, D-N.M., amendment that would decrease and then increase funding for the Office of the Secretary of the Department of Health and Human Services by $2 million (related to peer support programs)." The amendment was adopted by of 213-205. [H R 3354, Vote #505, 9/13/17; CQ, 9/13/17]

**Perry Voted For Increasing Funding Related To Access To Medicare For Mental And Substance Use Disorders In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Murphy, R-Pa., amendment that would increase funding related to access to Medicare for mental and substance use disorders by $5 million." The amendment failed by a vote of 198-219. [H R 3354, Vote #504, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Increasing Funding For The Substance Abuse And Mental Health Services Administration And Decreasing Funding For The Office Of The HHS Secretary And The DOE Department Of Management In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Clark, D-Mass., for DeLauro, D-Conn., amendment that would increase funding for the Substance Abuse and Mental Health Services Administration by $231.3 million, would decrease funding for the Office of the Secretary of the Department of Health and Human Services by $219.6 million, and would decrease funding for the Department of Management of the Department of Education by $11.7 million." The amendment was adopted by a vote of 225-192. [H R 3354, Vote #503, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Increasing Funding For Maternal And Child Health Service Block Grants And Decreasing Funding For The Office Of The DHS Secretary In The FY 2018 Omnibus.** In September 2017,



Perry voted against: "Kildee, D-Mich., amendment that would increase funding for Maternal and Child Health Service block grants by $25 million, and would decrease funding for the office of the Secretary of the Department of Health and Human Services by the same amount." The amendment was adopted by a vote of 243-175. [H R 3354, Vote #502, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Decreasing Funding For The Bureau Of Labor And Statistics And Increasing Funding For Management Departments Within The Department Of Labor In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Meng, D-N.Y., amendment that would decrease funding for the Bureau of Labor Statistics by $1.1 million, and increase funding for the departments of management within the Department of Labor by the same amount." The amendment was adopted by a vote of 220-198. [H R 3354, Vote #501, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Increasing Funding For The Working Protection Agencies In The Labor, HHS, And Education Departments In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Pocan, D-Wis., for DeLauro, D-Conn., amendment that would increase funding for the Labor, Health and Human Services and Education Departments' worker protection agencies by $149 million, and would decrease funding to the departments' program administration funds by $164 million." The amendment was rejected by a vote of 199-219. [H R 3354, Vote #500, 9/13/17; CQ, 9/13/17]

**Perry Voted For Increasing Funding For The Department Of Labor's Youth Employment Activities And Decreasing Funding For The Department's Salaries And Expenses.** In September 2017, Perry voted for: "Kildee, D-Mich., amendment that would increase funding for the Department of Labor's youth employment activities by $10 million, and would decrease funding for the department's salaries and expenses by the same amount." The amendment was adopted by a vote of 247-170. [H R 3354, Vote #499, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Violate The Government's Ability To Exchange Information About Someone's Citizenship Or Immigration Status.** In September 2017, Perry voted for: "Buck, R-Colo., amendment that would prohibit funds appropriated by the bill to be used to violate the federal government's ability to send or receive information regarding the citizenship or immigration status of an individual." The amendment was adopted by a vote of 226-191. [H R 3354, Vote #498, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement, Administer, Or Enforce The National Ocean Policy.** In September 2017, Perry voted for: "Flores, R-Texas, for Byrne, R-Ala., amendment that would prohibit funds appropriated by the bill to be used to implement, administer or enforce the National Ocean Policy, related to the stewardship of oceans, coasts and the Great Lakes." The amendment was adopted by a vote of 216-199. [H R 3354, Vote #497, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Prohibiting Funds In The FY 2018 Omnibus From Being Used To Require Individuals In Halfway Houses To Pay A Subsistence Fee.** In September 2017, Perry voted against: "Norton, D-D.C., amendment that would prohibit funds appropriated by the bill to be used to require individuals who reside in a halfway house or on home confinement to pay a subsistence fee." The amendment was rejected by a vote of 189-225. [H R 3354, Vote #496, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Allowing Funds In The FY 2018 Omnibus For The Equal Employment Opportunity Commission To Be Used For Gathering Information From Employers Related To Employees' Earnings And Hours Worked.** In September 2017, Perry voted against: "Scott, D-Va., for DeLauro, D-Conn., amendment that would allow funds appropriated to the Equal Employment Opportunity Commission to be used for the collection of information from employers related to employees' earning and hours worked." The amendment was rejected by a vote of 192-223. [H R 3354, Vote #495, 9/13/17; CQ, 9/13/17]

**Perry Voted For Decreasing Funding For The DOJ Salaries And Expenses And Increasing Funding For The Hollings Manufacturing Extension Partnership In The FY 2018 Omnibus.** In September 2017, Perry voted for:


"Torres, D-Calif., amendment that would decrease funding for the Department of Justice's salaries and expenses by $5 million and would increase funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership by the same amount." The amendment was adopted by a vote of 279-137. [H R 3354, Vote #493, 9/13/17; CQ, 9/13/17]

**Perry Voted For Reducing EPA Funding By $1.8 Million.** In September 2017, Perry voted for: "Norman, R-S.C., amendment that would reduce funding for the EPA by $1.8 million." The amendment was rejected by a vote of 151-260. [H R 3354, Vote #492, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Prohibiting The Use Of FY 2018 Funds To Pursue Extra-Legal Ways To Transfer Federal Funds To Private Owners.** In September 2017, Perry voted against: "Polis, D-Colo., amendment that would prohibit the use of funds appropriated by the bill to pursue any extra-legal ways to transfer federal lands to private owners in contravention of existing law." The amendment was rejected by a vote of 198-212. [H R 3354, Vote #491, 9/13/17; CQ, 9/13/17]

**Perry Voted Against Prohibiting The Use Of Funds In The FY 2018 Omnibus For Closing Or Consolidating Any Regional EPA Office.** In September 2017, Perry voted against: "Polis, D-Colo., amendment that would prohibit the use of funds made appropriated by the bill to close or consolidate any regional office of the EPA." The amendment was rejected by a vote of 201-212. [H R 3354, Vote #490, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting FY 2018 Omnibus Funds From Being Used To Implement Rules Or Regulations That Rely On Studies Related To The "Social Cost Of Carbon."** In September 2017, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds appropriated by the bill to implement any rules or regulations that rely on certain studies related to the 'social cost of carbon.'" The amendment was adopted by a vote of 225-186. [H R 3354, Vote #489, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting FY 2018 Funds From Being Used To Enforce Rules Relating To Source Performance Standards For Greenhouse Gas Emissions.** In September 2017, Perry voted for: "Mullin, R-Okla., amendment that would prohibit the use of funds appropriated by the bill to enforce rules relating to source performance standards for greenhouse gas emissions and volatile organic compound emissions from the oil and natural gas sector." The amendment was adopted by a vote of 218-195. [H R 3354, Vote #488, 9/13/17; CQ, 9/13/17]

**Perry Voted For Prohibiting The Use Of FY 2018 Funds To Enforce Bureau Of Land Management Rules About Natural Gas Waste On Federal And Indian Lands.** In September 2017, Perry voted for: "Pearce, R-N.M. amendment that would prohibit the use of funds to finalize, implement, or enforce the Bureau of Land Management's rule aimed to reduce waste of natural gas from venting, flaring, and leaks during oil and natural gas production activities on onshore federal and Indian (other than Osage Tribe) leases." The amendment was adopted by a vote of 216-186. [H R 3354, Vote #484, 9/8/17; CQ, 9/8/17]

**Perry Voted Against Prohibiting The Use Of FY 2018 Funds To Process Any Application For A Permit To Drill Using Hydraulic Fracturing Or Acid Well Stimulation In The Pacific Outer Continental Shelf.** In September 2017, Perry voted against: "Carbajal, D-Calif., amendment that would prohibit funds to process any application under the Outer Continental Shelf Lands Act for a permit to drill or a permit to modify, that would authorize use of hydraulic fracturing or acid well stimulation treatment in the Pacific Outer Continental Shelf." The amendment was rejected by a vote of 177-230. [H R 3354, Vote #483, 9/8/17; CQ, 9/8/17]

**Perry Voted For Prohibiting The Use Of FY 2018 Funds For The EPA's Criminal Enforcement Division.** In September 2017, Perry voted for: "Palmer, R-Ala., amendment that would prohibit the use of funds by the EPA to enforce the EPA's Criminal Enforcement Division." The amendment was rejected by a vote of 178-227. [H R 3354, Vote #482, 9/8/17; CQ, 9/8/17]



**Perry Voted For Reducing All Funds Appropriated In The Interior Division By One Percent In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Blackburn, R-Tenn., amendment that would reduce all funds appropriated in Interior division of the bill by one percent." The amendment was rejected by a vote of 156-248. [H R 3354, Vote #481, 9/8/17; CQ, 9/8/17]

**Perry Voted Against Funding The Government Through December 8, 2017, Suspending The Debt Limit For Three Months And Making Available Supplemental Emergency Funding For Hurricane Relief.** In September 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to concur in the Senate amendment to the House amendment to the Senate amendment to the bill that would make available $15.25 billion in emergency supplemental funding for fiscal 2017 to partially cover the costs of responding to multiple natural disasters, including Hurricane Harvey. The measure would suspend the public debt limit from the bill's date of enactment until Dec. 8, 2017, and would provide for government operations to be funded at fiscal 2017 levels until Dec. 8, 2017." The motion passed, 316-90. [H R 601, Vote #480, 9/8/17; CQ, 9/8/17]

**Perry Voted For Prohibiting The EPA From Using FY 2018 Omnibus Funds To Take "Backstop" Actions Against States In The Chesapeake Bay Watershed.** In September 2017, Perry voted for: "Goodlatte, R-Va., amendment that would prohibit the EPA from using funds made available by the bill to take "backstop" actions against any of the six states in the Chesapeake Bay Watershed in the event that a state does not meet the goals mandated by the EPA's Chesapeake Bay Total Maximum Daily Load." The amendment was adopted by a vote of 214-197. [H R 3354, Vote #479, 9/7/17; CQ, 9/7/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Omnibus From Being Used To Implement A National Park Service Rule Related To Wildlife Management Practices On National Preserves In Alaska.** In September 2017, Perry voted for: "Young, R-Alaska, amendment that would prohibit funds made available by the bill from being used to implement a rule by the National Park Service related to wildlife management practices on national preserves in Alaska." The amendment was adopted by a vote of 215-196. [H R 3354, Vote #478, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Eliminating The Provision That Would Prohibit Using FY 2018 Omnibus Funds From being Used To Implement Coastal And Marine Spatial Planning And Ecosystem-Based Management Components Of The National Ocean Policy.** In September 2017, Perry voted against: "Lowenthal, D-Calif., amendment that would eliminate the bill's provision that would prohibit funding made available by the bill from being used to further implement the coastal and marine spatial planning and ecosystem-based management components of the National Ocean Policy." The amendment was rejected by a vote of 189-220. [H R 3354, Vote #477, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Eliminating The FY 2018 Omnibus Provision That Would Delay The Implementation Date For National Ambient Air Quality Standards.** In September 2017, Perry voted against: "Ellison, D-Minn., amendment that would eliminate the bill's provision that would delay the implementation date for national ambient air quality standards for ozone until 2026." The amendment was rejected by a vote of 194-218. [H R 3354, Vote #476, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing And Decreasing Funding To EPA State Tribal Assistance Grants.** In September 2017, Perry voted against: "Lujan, D-N.M., amendment that would increase by $6 million, and decrease by the same amount, funding to EPA state and tribal assistance grants for environmental programs and infrastructure assistance." The amendment was adopted by a vote of 220-191. [H R 3354, Vote #475, 9/7/17; CQ, 9/7/17]

**Perry Voted For Decreasing The EPA Operations And Maintenance Funding In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Biggs, R-Ariz., amendment that would decrease the EPA operations and maintenance funding by $10.2 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 184-228. [H R 3354, Vote #474, 9/7/17; CQ, 9/7/17]



**Perry Voted Against Decreasing The Department Of The Interior's Office Of The Secretary Funding By $1 Million And Increasing EPA Funding By The Same Amount In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Grijalva, D-Ariz., amendment that would decrease the Department of the Interior Office of the Secretary funding by $1 million, and would increase funding for the EPA by the same amount." The amendment was rejected by a vote of 190-218. [H R 3354, Vote #473, 9/7/17; CQ, 9/7/17]

**Perry Voted For Increasing Funds For Reclamation Of Abandoned Mine Lands And Decreasing EPA Funding In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Thompson, R-Pa., amendment that would increase funds for reclamation of abandoned mine lands and other related activities by $32.5 million, and would decrease EPA funding by the same amount." The amendment was adopted by a vote of 207-205. [H R 3354, Vote #472, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing Funding For EPA Superfund Sites And Decreasing Funding For The Bureau Of Land Management Oil And Gas Program In The FY 2018 Omnibus.** In September 2017, Perry voted against: "Grijalva, D-Ariz., amendment that would increase funding for EPA Superfund sites by $12 million, and would decrease funding for the Bureau of Land Management's oil and gas program by the same amount." The amendment was rejected by a vote of 191-221. [H R 3354, Vote #471, 9/7/17; CQ, 9/7/17]

**Perry Voted For Prohibiting Funds From Being Used In The FY 2018 Omnibus From Being Used To Make Contributions To The UN Human Rights Council, UN Office Of The High Commissioner For Human Rights, Or UN Relief And Works Agency.** In September 2017, Perry voted for: "Yoho, Fla., for Ros-Lehtinen, R-Fla., amendment that would prohibit funds from being used to make contributions to the United Nations Human Rights Council, the United Nations Office of the United Nations High Commissioner for Human Rights, and the United Nations Relief and Works Agency." The amendment was rejected by a vote of 199-212. [H R 3354, Vote #470, 9/7/17; CQ, 9/7/17]

**Perry Voted For Increasing Funding For Western Hemisphere Regional Cooperation And Decreasing Funding For International Multilateral Organizations In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Scott, R-Ga., amendment that would increase funding for Western Hemisphere Regional Cooperation by $10 million, and would decrease funding for international multilateral organizations by the same amount." The amendment was adopted by a vote of 217-193. [H R 3354, Vote #468, 9/7/17; CQ, 9/7/17]

**Perry Voted For Increasing Funding For The International Narcotics Council And Law Enforcement And Decreasing Funding For The Fulbright Program In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Rothfus, R-Pa., amendment that would increase by $30 million funding for the International Narcotics Control and Law Enforcement and decrease funding for the Fulbright Program by the same amount." The amendment was rejected by a vote of 163-248. [H R 3354, Vote #467, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Prohibiting Funds Appropriated To The Department Of Homeland Security In The FY 2018 Omnibus For Use In Construction Or Expansion Of Detention Facilities.** In September 2017, Perry voted against: "Jayapal, D-Wash., amendment that would prohibit funds appropriated to the Department of Homeland Security for use in the construction or expansion of detention facilities." The amendment was rejected by a vote of 180-230. [H R 3354, Vote #466, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Prohibiting The Use Of Department Of Homeland Security Funds In The FY 2018 Omnibus For Entering Into Contracts With Privatized Immigration Detention Facilities.** In September 2017, Perry voted against: "Castro, D-Texas, amendment that would prohibit funds appropriated to the Department of Homeland Security to be used to enter into contracts with privatized immigration detention facilities." The amendment was rejected by a vote of 183-230. [H R 3354, Vote #465, 9/7/17; CQ, 9/7/17]

**Perry Voted For Prohibiting The Use Of Funding Appropriated For The Department Of Homeland Security To Implement, Administer, Or Enforce Wage Requirements.** In September 2017, Perry voted for: "King, R-Iowa, amendment, as modified, that would prohibit funding made available in the bill for the Department of



Homeland Security and related agencies from being used to implement, administer or enforce the Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 173-240. [H R 3354, Vote #464, 9/7/17; CQ, 9/7/17]

**Perry Voted For Increasing Funding For Coast Guard Research, Development, Test And Evaluating And Decreasing Coast Guard Operating Expenses.** In September 2017, Perry voted for: "Hunter, R-Calif., amendment that would increase by $5 million funding for the Coast Guard Research, Development, Test and Evaluating account (for icebreakers), and would decrease funding for the Coast Guard Operating Expenses account by the same amount." The amendment was adopted by a vote of 245-168. [H R 3354, Vote #463, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing Funding To The Coast Guard Acquisition, Construction, And Improvements And Decreasing Funding For ICE Operations And Support.** In September 2017, Perry voted against: "Correa, D-Calif., amendment that would increase by $100 million funding to the Coast Guard Acquisition, Construction, and Improvements account, and would decrease funding to the Immigration and Customs Enforcement Operations and Support account by the same amount." The amendment was rejected by a vote of 182-229. [H R 3354, Vote #462, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing And Then Deccreasing Funding To ICE Operations And Support.** In September 2017, Perry voted against: "Castro, D-Texas, amendment that would increase by $10 million, and would decrease by the same amount, funding to the Immigration and Customs Enforcement Operations and Support account." The amendment was rejected by a vote of 203-211. [H R 3354, Vote #461, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing Funding To The Coast Guard Acquisition, Construction, And Improvements And Decreasing Funding To ICE Operations And Support.** In September 2017, Perry voted against: "Roybal-Allard, D-Calif., amendment that would increase by $850 million funding to the Coast Guard Acquisition, Construction, and Improvements account (for icebreakers), and would decrease funding to the Immigration and Customs Enforcement Operations and Support account by the same amount." The amendment was rejected by a vote of 170-241. [H R 3354, Vote #460, 9/7/17; CQ, 9/7/17]

**Perry Voted Against Increasing And Decreasing Funding To Customs and Border Protection Operation And Support.** In September 2017, Perry voted against: "Castro, D-Texas, amendment that would increase by $5 million, and decrease by the same amount, funding to the Customs and Border Protection Operations and Support account." The amendment was rejected by a vote of 205-207. [H R 3354, Vote #459, 9/7/17; CQ, 9/7/17]

**Perry Voted For Moving Forward The Consideration Of The FY 2018 Omnibus Appropriations Bill.** In September 2017, Perry voted for: "Adoption of the rule (H Res 504) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." The resolution passed by a vote of 222-190. [H RES 504, Vote #458, 9/7/17; CQ, 9/7/17]

**Perry Voted For Prohibiting State And Local Governments From Receiving HUD Funding If They Prohibit Or Restrict Reporting To INS Information About The Citizenship Or Immigration Status Of Any Individual.** In September 2017, Perry voted for: "Smith, R-Mo., amendment that would prohibit state and local government entities from receiving Housing and Urban Development Department funding if the state or local entity prohibits or restricts any government entity from reporting to Immigration and Naturalization Service with information regarding the citizenship or immigration status, lawful or unlawful, of any individual." The amendment was adopted by a vote of 225-195. [H R 3354, Vote #455, 9/6/17; CQ, 9/6/17]

**Perry Voted For Reducing Housing And Urban Development Funding In The FY 2018 Omnibus By Two Percent.** In September 2017, Perry voted for: "Grothman, R-Wis., amendment that would reduce the bill's funding


for the Department of Housing and Urban Development by two percent." The amendment was rejected by a vote of 140-280. [H R 3354, Vote #454, 9/6/17; CQ, 9/6/17]

**Perry Voted For Prohibiting FY 2018 Omnibus Funds For The Departments Of Transportation And HUD From Being Used To Implement, Administer, Or Enforce The Davis-Bacon Act Prevailing Wage Requirement.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds appropriated to the Departments of Transportation, Housing and Urban Development and related agencies from being used to implement, administer, or enforce the Davis-Bacon Act prevailing wage requirement. The amendment was rejected by a vote of 180-241. [H R 3354, Vote #453, 9/6/17; CQ, 9/6/17]

**Perry Voted For Decreasing Funding For Project Based Rental Assistance Subsidy Contracts In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Grothman, R-Wis., amendment that would decrease funding for project based rental assistance subsidy contracts by $266 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 139-282. [H R 3354, Vote #452, 9/6/17; CQ, 9/6/17]

**Perry Voted For Decreasing Funding For The Public And Indian Housing Tenant-Based Rental Assistance Program.** In September 2017, Perry voted for: "Grothman, R-Wis., amendment that would decrease the funding for the Public and Indian Housing Tenant-Based Rental Assistance Program of expiring section 8 housing tenant-based annual contributions contracts by $177 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 124-195. [H R 3354, Vote #451, 9/6/17; CQ, 9/6/17]

**Perry Voted Against Decreasing Funding For Department Of Housing And Urban Development Offices And Increasing Funding For Neighborhood Reinvestment Corporation Funding.** In September 2017, Perry voted against: "Rosen, D-Nev., amendment that would decrease funding for the Department of Housing and Urban Development administrative support offices by $47 million, decrease HUD Office CFO funding by $4 million, decrease HUD Office of General Counsel funding by $8 million, decrease HUD Office of Administration funding by $32.7 million, decrease HUD Office of the Chief Procurement Officer funding by $1.9 million, decrease HUD Office of Strategic Planning and Management funding by $475,000 and increase the Neighborhood Reinvestment Corporation funding by $35 million." The amendment was rejected by a vote of 200-220. [H R 3354, Vote #450, 9/6/17; CQ, 9/6/17]

**Perry Voted For Eliminating Funding For Grants To Amtrak In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Brooks, R-Ala., amendment that would that would eliminate $1.1 billion in funding for grants to the National Railroad Passenger Corporation (operating as Amtrak)." The amendment was rejected by a vote of 128-193. [H R 3354, Vote #449, 9/6/17; CQ, 9/6/17]

**Perry Voted For Decreasing Funding For State Of Good Repair Grants And Small Start Projects And Increasing Funding For Fixed Guideway Investment Grants In The FY 2018 Omnibus.** In September 2017, Perry voted for: "Budd, R-N.C., amendment that would decrease funding for the Federal-State Partnership for State of Good Repair grants by $474 million, would increase funding for fixed guideway investment grants by $1, would increase funding for new fixed guideway grants by $400 million and would decrease funding for small start projects by the same amount." The amendment was rejected by a vote of 159-260. [H R 3354, Vote #448, 9/6/17; CQ, 9/6/17]

**Perry Voted For Decreasing Funding To The Essential Air Service Program In The FY 2018 Omnibus.** In September 2017, Perry voted for: "McClintock, R-Calif., amendment that would decrease funding to the Essential Air Service program by $150 million and would transfer the savings to the spending reduction account." The amendment was rejected by a vote of 140-280. [H R 3354, Vote #447, 9/6/17; CQ, 9/6/17]

**Perry Voted For Prohibiting FDA Funds In The FY 2018 Omnibus From Being Used To Finalize, Implement, Or Enforce A 2015 Draft MOU Between The FDA And States Related To Distributions Of Compound Human Drugs.** In September 2017, Perry voted for: "Carter, R-Ga., amendment that would prohibit funds provided by the bill from being used by the Food and Drug Administration to finalize, implement or enforce



a 2015 draft standard memorandum of understanding between the FDA and states related to distributions of compounded human drugs." The amendment was rejected by a vote of 141-279. [H R 3354, Vote #446, 9/6/17; CQ, 9/6/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Omnibus For The Department Of Agriculture From Being Used To Implement The Davis-Bacon Act Prevailing Wage Requirements.** In September 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill for the Agriculture Department and related agencies from being used to implement, administer or enforce Davis-Bacon Act prevailing wage requirements." The amendment was rejected by a vote of 176-241. [H R 3354, Vote #445, 9/6/17; CQ, 9/6/17]

**Perry Voted For Moving Forward To Consideration Of The FY 2018 Omnibus And Waiving The Two-Thirds Vote Requirement To Consider Legislation The Same Day It Is Reported From The House Rules Committee.** In September 2017, Perry voted for: "Adoption of the rule (H Res 500) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017. The rule would waive, through the legislative day of September 9, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. The rule would also provide for motions to suspend the rules through the legislative day of September 9, 2017." The rule was adopted by a vote of 230-191. [H RES 500, Vote #443, 9/6/17; CQ, 9/6/17]

**Perry Voted For The "Security Minibus" Which Included $1.6 Billion In Funding For A Southern Border Wall.** In July 2017, Perry voted for: "Passage of the bill that would provide $788 billion in discretionary funding for fiscal 2018 to various departments, agencies and legislative operations, including $658.1 billion in funding for Defense programs; $88.8 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for military construction activities and for VA programs and activities; $37.6 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for the Energy Department, Army Corps of Engineers, Bureau of Reclamation and related agencies; and $3.6 billion in funding fiscal 2018 for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. The bill would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." Passed by a vote of 235-192. [H R 3219, Vote #435, 7/27/17; CQ, 7/27/17]

**Perry Voted Against Prohibiting Funding In The FY 2018 Minibus From Being Used To Begin, Continue, Process, Or Approve Of A Public-Private Competition Converting Federal Employee Function To Contractor Performance.** In July 2017, Perry voted against: "Cartwright, D-Pa., amendment that would prohibit funding made available by the bill from being used to begin, continue, process, or approve of a public-private competition regarding converting any function performed by federal employees to contractor performance." The amendment was adopted by a vote of 253-172. [H R 3219, Vote #433, 7/27/17; CQ, 7/27/17]

**Perry Voted Against Eliminating The FY 2018 Minibus' Provision That Would Prohibit The Use Of Its Funding To Transfer Or Release Or Assist In The Transfer Or Release Of A Detainee Held At Guantanamo Bay.** In July 2017, Perry voted against: "Nadler, D-N.Y., amendment that would eliminate the bill's provision that would prohibit the use of funding made available by the bill to transfer or release, or assist in the transfer or release, to or within the U.S. of Khalid Sheikh Mohammed or any other detainee who is not a U.S. citizen and is held at Guantanamo Bay. The amendment would eliminate a provision that would prohibit funds from being used to construct, acquire or modify any facility in the U.S. to house a prisoner transferred from Guantanamo Bay." The amendment was rejected by a vote of 172-252. [H R 3219, Vote #432, 7/27/17; CQ, 7/27/17]

**Perry Voted Against Increasing Funding For Navy And Air Force Environmental Restoration Operations And Reducing Funding For Defense Department Operations And Maintenance In The FY 2018 Minibus.** In July 2017, Perry voted against: "Boyle, D-Pa., amendment that would increase by $30 million funding for Navy



environmental restoration operations, would increase by $30 million funding to Air Force environmental restoration, and would reduce by $60 million funding to Defense Department-wide operation and maintenance." The amendment was adopted by a vote of 256-169. [H R 3219, Vote #431, 7/27/17; CQ, 7/27/17]

**Perry Voted Against Increasing Funding For Naval Environmental Restoration Operations And Decreasing Funding For Defense Department-Wide Operations And Maintenance In The FY 2018 Minibus.** In July 2017, Perry voted against: "Suozzi, D-N.Y., amendment that would increase funding for Naval environmental restoration operations by $34.7 million, and would decrease by an equivalent amount funding for Defense Department-wide operations and maintenance." The amendment was adopted by a vote of 214-211. [H R 3219, Vote #430, 7/27/17; CQ, 7/27/17]

**Perry Voted For Prohibiting Funding In The FY 2018 Minibus Being Used To Implement Or Enforce An Energy Department Rule About Energy Conservation.** In July 2017, Perry voted for: "Perry, R-Pa., amendment that would prohibit funding made available by the bill from being used to implement or enforce the Energy Department rule entitled "Energy Conservation Program: Test Procedures for Central Air Conditioners and Heat Pumps," published on Jan. 5, 2017." The amendment was rejected by a vote of 177-248. [H R 3219, Vote #429, 7/27/17; CQ, 7/27/17]

**Perry Voted For Reducing All Discretionary Spending In The Energy And Water Division Of The FY 2018 Minibus.** In July 2017, Perry voted for: "Blackburn, R-Tenn., amendment that would reduce by one percent all discretionary spending provided for in the Energy and Water division of the bill." The amendment was rejected by a vote of 140-285. [H R 3219, Vote #428, 7/27/17; CQ, 7/27/17]

**Perry Voted For Moving Forward To Consideration Of The FY 2018 Minibus, Considering Amendments To The Defense Division Of The Minibus, And Funding Customs And Border Protection For Border Wall Construction.** In July 2017, Perry voted for: "Adoption of the rule (H Res 478) that would provide for further House floor consideration of the bill that would make certain appropriations for fiscal 2018 (HR 3219), would provide for consideration of amendments to the Defense division of the bill; and would provide for consideration of motions to suspend the rules through the legislative day of July 28, 2017. The rule would also automatically modify the fiscal 2018 minibus to include an amendment that would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." The rule was adopted by a vote of 230-196. [H RES 478, Vote #427, 7/27/17; CQ, 7/27/17]

**Perry Voted Against Reducing And Increasing Funding To The Army Corps Of Engineers Investigations Account In The FY 2018 Minibus.** In July 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would reduce by $3 million, and increase by the same amount, funding to the Army Corps of Engineers Investigations account." The amendment was adopted by a vote of 234-192. [H R 3219, Vote #425, 7/26/17; CQ, 7/26/17]

**Perry Voted Against Eliminating The Provision That Would Prohibit Funding In The FY 2018 Minibus From Being Used To Implement Components Of The National Ocean Policy.** In July 2017, Perry voted against: "Pingree, D-Maine, amendment that would eliminate the bill's provision that would prohibit funding made available by the bill from being used to further implement the coastal and marine spatial planning and ecosystem-based management components of the National Ocean Policy developed under a 2010 executive order." The amendment was rejected by a vote of 192-235. [H R 3219, Vote #424, 7/26/17; CQ, 7/26/17]

**Perry Voted Against Increasing Funding To The National Nuclear Security Administration Defense Nuclear Nonproliferation Account In The FY 2018 Minibus.** In July 2017, Perry voted against: "Garamendi, D-Calif., amendment that would increase by $118 million funding to the National Nuclear Security Administration defense nuclear nonproliferation account, and would decrease funding for weapons activities at National Nuclear Security Administration by the same amount." The amendment was rejected by a vote of 180-247. [H R 3219, Vote #423, 7/26/17; CQ, 7/26/17]



**Perry Voted Against Increasing Funding For The Office Of Energy Efficiency And Renewable Energy And Decreasing Funding To The Fossil Energy Research Development Account In The FY 2018 Minibus.** In July 2017, Perry voted against: "Esty, D-Conn., amendment that would increase by $20 million funding for facility acquisition, construction or expansion in the Office of Energy Efficiency and Renewable Energy, and would reduce by $40 million funding to the Fossil Energy Research and Development account." The amendment was rejected by a vote of 203-224. [H R 3219, Vote #422, 7/26/17; CQ, 7/26/17]

**Perry Voted Against Increasing Funding For The Office Of Energy Efficiency And Renewable Energy And Decreasing Funding To The Fossil Energy Research Development Account In The FY 2018 Minibus**. In July 2017, Perry voted against: "Norcross, D-N.J., amendment that would increase by $161.7 million funding to the Office of Energy Efficiency and Renewable Energy for facility acquisition, construction or expansion, and would reduce by $323.5 million funding to the Energy Department Fossil Energy Research and Development account." [H R 3219, Vote #421, 7/26/17; CQ, 7/26/17]

**Perry Voted Against Increasing Funding To The Energy Efficiency And Renewable Energy Account And Reducing Funding To The Fossil Fuel Research And Development Account In The FY 2018 Minibus.** In July 2017, Perry voted against: "Castor, D-Fla., amendment that would increase by $177 million funding to the Energy Efficiency and Renewable Energy account and would reduce by $355 million funding to the Fossil Fuel Research and Development account." [H R 3219, Vote #420, 7/26/17; CQ, 7/26/17]

**Perry Voted For Prohibiting Funds In The FY 2018 Minibus From Being Used To Implement Prevailing Wage Requirements Associated With The Davis-Bacon Act.** In July 2017, Perry voted for: "King, R-Iowa, amendment that would prohibit funds made available in the bill from being used to implement, administer or enforce prevailing wage requirements associated with the Davis-Bacon Act, which specify the basis for wages paid to employees by companies under contract with the federal government." The amendment was rejected by a vote of 178-249. [H R 3219, Vote #419, 7/26/17; CQ, 7/26/17]

**Perry Voted Against Providing Funding In The FY 2018 Minibus For Salaries And Expenses For An Office Of Technology Assessment And Reducing Funding For The Architect Of The Capital.** In July 2017, Perry voted against: "Takano, D-Calif., amendment that would provide $2.5 million in funding for salaries and expenses in what would become the Office of Technology Assessment, and would reduce by $2.6 million funding to the capital construction and operations account of the Architect of the Capitol." The amendment failed 191-236. [H R 3219, Vote #418, 7/26/17; CQ, 7/26/17]

**Perry Voted For Moving Forward To Consideration Of Amendments To The Legislative Branch, Military Construction and Veterans Affairs, And Energy And Water Divisions Of The FY 2018 Minibus.** In July 2017, Perry voted for: "Adoption of the rule (H Res 473) providing for consideration of the bill (HR 3219) that would make certain appropriations for the fiscal year ending Sept. 30, 2018, and would provide for consideration of amendments to the Legislative Branch, Military Construction and Veterans Affairs, and Energy and Water divisions of the bill." [H RES 473, Vote #415, 7/26/17; CQ, 7/26/17]

**Perry Voted Against A Bipartisan Deal To Fund The Government Through September 30, 2017 And Increase Defense Funding.** In May 2017, Perry voted against "Frelinghuysen, R-N.J., motion to concur in the Senate amendments to the bill with an amendment that would provide $1.16 trillion in discretionary appropriations through Sept. 30, 2017 for federal departments and agencies covered by the remaining 11 fiscal 2017 spending bills. Included in that total is: $20.9 billion for Agriculture, $56.6 billion for Commerce-Justice-Science, $593 billion for Defense, $37.8 billion for Energy-Water, $21.5 billion for Financial Services, $42.4 billion for Homeland Security (including $772 million for improvements and maintenance to existing Customs and Border Protection infrastructure and technology), $32.2 billion for Interior-Environment, $161 billion for Labor-HHS-Education, $4.4 billion for Legislative, $53.1 billion for State-Foreign Operations, and $57.7 billion for Transportation-HUD. The measure would authorize classified amounts of funding for fiscal 2017 for 16 U.S. intelligence agencies and intelligence-related activities of the U.S. government. The measure would provide $608



million for health benefits for retired coal miners and $296 million for Medicaid payments to Puerto Rico." The motion passed 309-118. [HR 244, Vote #249, 5/3/17; CQ, 5/3/17]

> **Bipartisan Deal To Prevent Shutdown Included $15 For Defense Programs And $1.5 Billion For Border Security, But Did Not Fund Trump's Wall.** "The House voted Wednesday to approve a bipartisan deal to fund the government through September and prevent a shutdown — at least for the next five months. House members voted 309-118 to pass the $1.1 trillion spending bill, which funds federal agencies and boosts defense spending through the remainder of fiscal year 2017. Current funding was set to expire at midnight Friday unless Congress acted. […] The bill approved by the House on Wednesday includes $15 billion of a $30 billion request from Trump for extra funding for defense programs and combat operations in Afghanistan, Iraq and Syria. It also includes $1.5 billion in additional funding for border security, which was half of a $3 billion request from Trump. Although the president did not get funding for his wall, the bill gives the administration about $341 million to replace some existing border fencing, including about 40 miles of fencing in Arizona and California." [USA Today, 5/3/17]

**Perry Voted For Considering The $1.16 Trillion Omnibus Spending Bill.** In May 2017, Perry voted for "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill, with House amendment, intended to serve as the legislative vehicle for a measure that would provide $1.16 trillion in discretionary appropriations for federal departments and agencies covered by the 11 unfinished fiscal 2017 spending bills." The resolution was passed by a vote of 230-188. [HRes 308, Vote #247, 5/3/17; CQ, 5/3/17]

**Perry Voted For Averting A Government Shutdown By Funding The Government With A Continuing Resolution For A Week Through May 5, 2017.** In April 2017, Perry voted for "Passage of the joint resolution that would extend continuing appropriations for federal government operations through May 5, 2017. It would also provide for an extension, through May 5, of health care benefits for retired coal miners." The motion passed 382-30. [HRes 289, Vote #236, 4/28/17; CQ, 4/28/17]

**Perry Voted For Considering A Resolution To Avert A Government Shutdown By Funding The Government With A Continuing Resolution For A Week Through May 5, 2017.** In April 2017, Perry voted for "Adoption of the rule (H Res 289) that would provide for House floor consideration of the joint resolution that would extend continuing appropriations for federal government operations through May 5, 2017. It would also provide for an extension, through May 5, 2017, of health care benefits for retired coal miners." The rule was adopted by a vote of 235-178. [HRes 289, Vote #235, 4/28/17; CQ, 4/28/17]

**Perry Voted For Setting Forth The Congressional Budget For The United States Government For Fiscal Year 2017.** In January 2017, Perry voted for "adoption of the concurrent resolution that includes reconciliation instructions for the House Energy and Commerce and Ways and Means Committees as well as the Senate Finance and Health, Education, Labor and Pensions Committees to develop legislation to reduce the deficit by at least $1 billion each over a 10-year period by January 27, 2017, which is expected to repeal parts of the 2010 health care law. The concurrent resolution also would set broad spending and revenue targets over the next 10 years. It would allow $3.3 trillion in new budget authority for fiscal 2017." The resolution was adopted by a vote of 227-198. [S Con Res 3, Vote #58, 1/13/17; CQ, 1/13/17]

> **CNN: Vote "Began The Process Of Dismantling The Affordable Care Act" By Allowing Budget Reconciliation.** "The House of Representatives began the process of dismantling the Affordable Care Act on Friday, approving a budget resolution on a mostly party line vote. The vote was 227-198. The Senate passed the measure earlier this week. It allows Republicans on Capitol Hill to use a process known as 'budget reconciliation' to roll back major parts of the health care law. Top Republican leaders are also saying they plan to move to replace Obamacare along the same track, but they are still struggling to come up with the details on how it will work.'" [CNN, 1/13/17]

**Perry Voted For An "Amendment That Would Eliminate The Budget Analysis Division Of The Congressional Budget Office".** In July 2017, Perry voted for: "Griffith, R-Va., amendment that would eliminate



the budget analysis division of the Congressional Budget Office and would transfer the responsibilities of the division to the CBO's office of the director." Rejected in Committee of the Whole by a vote of 116-309. [H R 3219, Vote #417, 7/26/17; CQ, 7/26/17]

## Campaign Finance & Election Law

**Perry Voted Against Amending An Interior Appropriations Bill To Increase Funding For The Election Assistance Commission By $380 Million.** In July 2018, Perry voted against "Quigley, D-Ill., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase funding for the Election Assistance Commission by $380 million, and would decrease funding for the 'Fund for America's Kids and Grandkids' by the same amount." The motion was rejected, 182-232. [HR 6147, Vote #364, 7/19/18; CQ, 7/19/18]

**Perry Voted Against Removing A Ban On The SEC Using Funds To Issue Rules On The Disclosure Of Political Contributions.** In July 2018, Perry voted against: "Capuano, D-Mass, amendment no. 81, that would remove the bill's ban on the use of funds by the Securities and Exchange Commission to issue rules on the disclosure of political contributions." The amendment was rejected by a vote of 190-224.  [HR 6147, Vote #358, 7/18/18; CQ, 7/18/18]

**Perry Voted For Blocking An Amendment To Create A Small Dollar Donor Matching System And Require Campaigns To Disclosure Of All Bundlers.** In May 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would help reduce the influence of big money in politics by establishing a small-donor matching system, permitting unlimited coordinated party expenditures from small donor sources, and by requiring disclosure by all bundlers of bundled contributions. Mr. Sarbanes' bill is part of House Democrats' Better Deal Agenda that will help make government more open and transparent." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 222-184. [H Res 905, Vote #210, 5/22/18; CQ, 5/22/18; DemocraticLeader.gov, 5/22/18]

## Civil Rights & Liberties

**Perry Voted For The Citizens' Right to Know Act, A Bill Requiring State And Local Governments Receiving Justice Department Grants For Pretrial Services To Submit A Report To The Attorney General.** In, Perry voted for "Passage of the bill would require state and local governments that receive Justice Department grants for pretrial services to submit annually a report to the attorney general that would include the names of defendants who received services, their prior convictions where applicable, and the amount of money that had been allocated for pretrial services. The bill also states that if a state or local government were to fail to submit such a report, it could lose grant funding for the following year." The vote passed 221-197. [HR. 2152, Vote #175, 5/9/18; CQ Floor Votes, 5/9/18]

> **ACLU Opposed The Bill Due To Privacy Concerns; The Bill Would Publicly Report Personally Identifiable Information Of Individuals Who Had Not Been Convicted Of A Crime.** "This legislation raises privacy concerns for the ACLU given the personally identifiable data that is to be collected and publicly reported by the federal government. The bill also undermines efforts to eliminate or reduce jurisdictions' reliance on money bail systems. […] We also believe that the potential to harm individual reputations should be considered when arrest records are publicly shared. We are troubled that the Citizens' Right to Know Act would collect and publicly report personally identifiable information of individuals participating in pretrial services programs – individuals who have not been convicted of a crime given their pretrial status." [ACLU, 3/7/18]

**Perry Voted For Limiting The Ability Of People With Disabilities To Go To Court Over ADA Violations.** In February 2018, Perry voted for: "Passage of the bill that would require individuals to verbally request the removal



of an architectural barrier and provide written notice to give an establishment sufficient time to correct the infraction before filing a lawsuit under the Americans for Disabilities Act. It would also require the Justice Department to establish a program that would provide educational and training grants for professionals to provide guidance to state and local governments and property owners on the required public accommodations." The bill passed by a vote of 225-192. [HR 620, Vote #80, 2/15/18; CQ, 2/15/18]

> **ACLU: "This Change In The Law Would Be A Boon For Businesses At The Expense Of People With Disabilities."** "The 'ADA Education and Reform Act' upends a key provision of the ADA by preventing people with disabilities from immediately going to court to enforce their rights and to press for timely removal of the barrier that impedes access. Without this critical enforcement mechanism, compliance under the ADA will suffer and people with disabilities will be denied the access to which they are entitled to under the law. MYTH: The 'ADA Education and Reform Act' doesn't harm people with disabilities because it merely delays the ability to go to court. TRUTH: The so-called 'ADA Education and Reform Act' means that people with disabilities won't have access for weeks, months, or possibly years, and it removes any incentive for businesses to comply proactively with the ADA. This change in the law would be a boon for businesses at the expense of people with disabilities." [ACLU, accessed 3/22/18]

**Perry Voted Against An Amendment To Remove A 180-Day Waiting Period Before People With Disabilities Can Go To Court Over ADA Violations.** In February 2018, Perry voted against: "Langevin D-R.I., amendment that would remove the bill's requirement that a person who claims discrimination must first provide written notice that allows 60 days for an owner to acknowledge receipt of the complaint and 120 days to demonstrate substantial progress in removing the barrier before legal action may be pursued." The amendment was rejected in the Committee of the Whole by 188-226. [HR 620, Vote #79, 2/14/18; CQ, 2/15/18]

**Perry Voted For An Amendment Commissioning A Study To Determine The Role Islamic Rhetoric Played In Fomenting Violent Extremism.** In July 2017, Perry voted for: "Franks, R-Ariz., amendment that would require the secretary of Defense to conduct two concurrent strategic assessments of the use of violent or unorthodox Islamic religious doctrine to support extremist or terrorist messaging and justification, and would require the secretary to submit to Congress the results of the assessments." The amendment was by a vote of 208-217. [H R 2810, Vote #372, 7/14/17; CQ, 7/14/17]

> **POLITICO: The Franks Amendment "Called For The Pentagon To Identify Islamic Leaders Who Preach Peaceful Beliefs Versus Those Who Espouse Extremist Views."** "The House on Friday rejected a controversial GOP proposal identifying 'Islamic religious doctrines, concepts or schools of thought' that could be used by terrorist groups — something opponents say is unconstitutional and will lead to the targeting of Muslims. More than 20 centrist Republicans joined with Democrats to defeated the amendment, 208 to 217. Drafted by conservative Rep. Trent Franks (R-Ariz.), the proposal called for the Pentagon to identify Islamic leaders who preach peaceful beliefs versus those who espouse extremist views." [Politico, 7/14/17]

> **POLITICO: The Franks Amendment Would Require The Pentagon To Conduct "Strategic Assessments" And Specifically Identify Religious Doctrines And Concepts That "Extremists Use To Recruit Potential Terrorists, Radicalize Them And Ultimately Justify Their Heinous Acts."** "The amendment would require the Defense Department to conduct 'strategic assessments of the use of violent or unorthodox Islamic religious doctrine to support extremist or terrorist messaging and justification.' The proposal requires the assessment to identify religious doctrines and concepts that extremists use to recruit potential terrorists, radicalize them and ultimately justify their heinous acts. It also asks Pentagon officials for 'recommendations for identifying key thought leaders or proponents.' The proposal also requires the Pentagon to identify Islamic schools of thought that could be used to counter jihadist views, as well as leaders who are preaching these sorts of doctrines." [Politico, 7/14/17]

**Perry Voted Against Exempting Alleged Constitutional Or Civil Rights Violations From The Lawsuit Reduction Act.** In March 2017, Perry voted against the "Conyers, D-Mich., amendment that would exempt from


the bill's provisions actions alleging a violation of a constitutional or civil right." The amendment was rejected in Committee of the Whole by a vote of 190-227. [HR 720, Vote #155, 3/10/17; CQ, 3/10/17]

**Perry Voted For Blocking A Resolution "Affirming That The Holocaust Occurred And That It Targeted Jews […] After The White House Omitted Mention Of Jews In [Its] International Holocaust Remembrance Day Statement."** In February 2017, Perry voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 91)…" The motion was agreed to by a vote of 234-187. According to the St. Louis Post-Dispatch, "The House on Feb. 7 blocked, 234-187, a Democratic bid to force floor debate on a resolution affirming that the Holocaust occurred and that it targeted Jews. Democrats raised this issue after the White House omitted mention of Jews in the International Holocaust Remembrance Day statement it released Jan. 27. Six million Jews died in the Holocaust carried out by German leader Adolf Hitler and his Nazi regime between 1933-1945." A yes vote was a vote to block the resolution. [HRes 91, Vote #81, 2/7/17; St. Louis Post-Dispatch, 2/13/17; CQ, 2/7/17; Democratic Leader—Previous Questions, 2/7/17]

## Consumer Protections & Regulations

**Perry Voted Against Appropriating Funds For The Postal Service To Provide Additional Financial Products Or Services.** In July 2018, Perry voted against: "McHenry, R-N.C. amendment no. 87, that would prohibit funds appropriated by the bill from being used by the Postal Service to provide additional financial products or services." The amendment was rejected by a vote of 201-212. [HR 6147, Vote #362, 7/18/18; CQ, 7/18/18]

**Perry Voted For The Unfunded Mandates Information And Transparency Act, Which Required Federal Agencies To Analyze Their Regulatory Effects On Industries And To Meet With These Stakeholders.** In July 2018, Perry voted for: "Passage of the bill that would require independent agencies to conduct analyses of their proposed rules and the effect thereof on the private sector and on state and local governments. The bill would require that independent federal regulatory agencies, except for the Federal Reserve, conduct unfunded mandate analyses their proposed rules and would require all agencies that conduct unfunded mandate reviews, including both independent and non-independent federal agencies, to consult with private-sector stakeholders on the potential impact of regulations being developed. The bill would also require federal agencies, if requested by a committee chairman or ranking member, to conduct retrospective unfunded mandate analyses of existing regulations. The bill would transfer authority for oversight of UMRA activities to the Office of Information and Regulatory Affairs within the Office of Management and Budget." The bill passed, 230-168. [H R 50, Vote #328, 7/13/18; CQ, 7/13/18]

> **The Bill Would Require Agencies To Alert And Solicit Feedback From Regulated Industries Before Notifying The Public; Business Could Block New Regulations Without Any Broader Public Knowledge.** "The Unfunded Mandates and Information Transparency Act would require federal agencies to alert regulated industries when they are considering drafting a rule and solicit their feedback – before the public learns there may be a rule under consideration. Businesses could block even a hypothetical future rule and the public might never find out." [Coalition For Sensible Safeguards, accessed 7/13/18]

**Perry Voted Against Adding An Amendment That Would Have Exempted Agencies That Protect Children From Sex Offenders From The Underlying Bill.** In July 2018, Perry voted against: "Beatty, D-Ohio, motion to recommit the bill to the House Oversight and Governmental Reform Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions the actions and mandates of agencies tasked with protection of children against sex offenders, protection of domestic violence victims, protection against rape and sexual assault, and those that assist in background checks for school employees." The motion was rejected, 180-219. [H R 50, Vote #327, 7/13/18; CQ, 7/13/18]

**Perry Voted For Considering HR 50, A Bill On Agencies Rules, And HR 3281, A Bill On Transfer Of Ownership Of Water Infrastructure Facilities.** In July 2018, Perry voted for "Adoption of the rule (H Res 961) that would provide for House floor consideration of the bill (HR 50) that would require that independent agencies conduct analyses of their proposed rules on the private sector and state and local governments, and would require



all federal agencies to consult with the private sector when developing rules, and would provide for consideration of the bill (HR 3281) that would permit the Bureau of Reclamation to transfer ownership of certain federal water infrastructure facilities to certain nonfederal entities without the need for Congress to enact project-specific legislation." The rule was adopted, 229-183. [H Res 985, Vote #319, 7/11/18; CQ, 7/11/18]

**Perry Voted For Passage Of The FAA Reauthorization Act, Which Also Modified FEMA Operations And Procedures.** In April 2018, Perry voted for "Passage of the bill that would that would reauthorize federal aviation programs through fiscal 2023. The measure would authorize $10.2 billion in fiscal 2018, which would gradually increase to $11.3 billion in fiscal 2023, for Federal Aviation Administration operations; $3.4 billion annually for the Aviation Trust Fund for the Airport Improvement Program; $2.9 billion in fiscal 2018, which would gradually increase to $3.3 billion in fiscal 2023, for facilities and equipment; and $181 million in fiscal 2018, which would gradually increase to $204 million in fiscal 2023, for research and development. It would extend for six years the authorization for unmanned aircraft test ranges. It would also ban e-cigarettes and talking on a cell phone during a passenger flight. It would prohibit airlines from involuntarily removing passengers from a plane after they have checked in and taken their seats. The bill would modify the Federal Emergency Management Agency's operations and procedures, including allowing a portion of funds appropriated for major disaster assistance to be used for hazard mitigation. It would require FEMA to give greater weight and consideration to areas suffering a severe impact from a disaster when making recommendations to the president regarding the declaration of a major disaster." The bill passed 393-13. [H.R. 4, Vote #165, 4/27/18; CQ, 4/27/18]

> **FAA Reauthorization Renewed Funding For The Agency For Five Years.** "The House passed a Federal Aviation Administration reauthorization bill that will renew the agency's funding for another five years. Besides renewing funding, the legislation also includes provisions directing how disaster program funds are spent, though the measure does not allocate money for those programs. … A total of about $4.35 billion per year would be allocated for the FAA in the legislation. A few major FAA programs would receive funding authorizations. About $3.35 billion per year through 2023 would go to infrastructure, and an additional $1 billion would be authorized for an amendment proposed by House Transportation and Infrastructure Committee Chairman Bill Shuster that would create a report on the agency's Next Generation Air Transportation System to evaluate air traffic control technology." [CNN, 4/27/18]

**Perry Voted For An Amendment To Require That An Entity Hiring A Motor Carrier Verify That Certain Standards Are Met.** In April 2018, Perry voted for: "Duncan, R-Tenn., amendment that would require an entity hiring a motor carrier verify that certain standards are met, including that the motor carrier has a certain amount of insurance and has not been issued an unsatisfactory safety fitness determination." The amendment was adopted 212 to 191. [HR 4, Vote #163, 4/27/18; CQ, 4/27/18]

**Perry Voted For An Amendment Eliminating The Bill's Authorization Of Funding For The Essential Air Service Program.** In April 2018, Perry voted for: "McClintock, R-Calif., amendment that would eliminate the bill's authorization of funding for the essential air service program." The amendment was rejected 113 to 293. [HR 4, Vote #162, 4/27/18; CQ, 4/27/18]

**Perry Voted Against An Amendment To Require The FAA To Work With Air Carriers To Retrofit Aircrafts With Devices That Mitigate Noise.** In April 2018, Perry voted against: "Lynch, D-Mass., amendment that would require the Federal Aviation Administration to work with air carriers to identify and facilitate opportunities for air carriers to retrofit aircraft with devices that mitigate noise, including vortex generators." The amendment was rejected 187 to 227. [HR 4, Vote #160, 4/26/18; CQ, 4/26/18]

**Perry Voted For Rolling Back Guaranteed Meal And Rest Breaks For Truck Drivers Implemented To Fight Fatigue, Crashes And Vehicular Deaths.** In April 2018, Perry voted for: "Denham, R-Calif., amendment that would state that a local or state government may not enact a law that would prohibit motor carrier employees from working to the full extent they are allowed to work, and would prohibit the enactment of additional obligations on motor carriers." The amendment was adopted in Committee of the Whole by a vote of 222-193. [H.Amdt.563 to HR 4, Vote #159, 4/26/18; CQ, 4/26/18; The Hill, 4/25/18]



**Perry Voted Against A Rule That Required Airlines To Accommodate Passengers Thar Were Delayed For More Than Three Hours.** In April 2018, Perry voted against: "Lipinski, D-Ill., amendment that would require the Transportation Department to issue a rule that would require an air carrier, in the event of a flight cancellation, misconnection or delay exceeding three hours, to seek alternative transportation for displaced passengers, including aboard another air carrier, and would require an air carrier to accept passengers of another air carrier that have been displaced following an event within an air carriers control. It would require the department to also issue a rule that would require air carriers adopt contingency plans for lengthy terminal delays at each airport where it operates, including essential needs, meal vouchers and lodging and transportation options for displaced passengers." The amendment was rejected in Committee of the Whole by a vote of 92-323. [H.Amdt.562 to HR 4, Vote #158, 4/26/18; CQ, 4/26/18; Crain's Chicago Business, 4/26/18]

**Perry Voted Against Requiring Airplanes To Fly At The Highest Safe Altitude Possible Within 20 Minutes Of Approaching A Coastal Airport.** In April 2018, Perry voted against the "Rohrabacher, R-Calif., amendment that would require the Federal Aviation Administration to ensure that all aircraft transitioning from flight over ocean to flight over land fly at a safe altitude." The amendment "would have required airplanes to fly at the highest safe altitude possible within 20 minutes of approaching an airport and fly farther out over the ocean after takeoff before turning inland." The amendment was rejected, 37-375. [HR 4, Vote #156, 4/26/18; CQ, 4/26/18; Los Angeles Times, 4/27/18]

**Amendment Was An Attempt To Ease Aircraft Noise In Orange County.** "The House of Representatives voted against Rep. Dana Rohrabacher's four proposed amendments to the Federal Aviation Administration's annual reauthorization bill that he said would have eased aircraft noise in Orange County." [Los Angeles Times, 4/27/18]

**Perry Voted Against Repealing A Prohibition On U.S. Regulation Of Air Transportation Of Lithium Batteries.** In April 2018, Perry voted against the "DeFazio, D-Ore., amendment that would remove a prohibition on the Department of Transportation instituting regulations more stringent than the international standard on the transportation of lithium metal and lithium ion batteries in non-passenger-carrying aircraft." The amendment was rejected, 192-223. [HR 4, Vote #155, 4/26/18; CQ, 4/26/18]

**Perry Voted For Consideration Of The FAA Reauthorization And Provide For Operations Of The Federal Columbia River Power System.** In April 2018, Perry voted for: "A resolution providing for consideration of the bill (HR 4) to reauthorize programs of the Federal Aviation Administration, and for other purposes; providing for consideration of the bill (HR 3144) to provide for operations of the Federal Columbia River Power System pursuant to a certain operation plan for a specified period of time". [H Res 839, Vote #151, 4/25/18; CQ, 4/25/18]

**Perry Voted For Requiring The IRS To Develop Protections For Taxpayers Against Cybersecurity Threats And Identity Theft.** In April 2018, Perry voted for: "Passage of the bill that would require the IRS to develop protections for taxpayer information against cybersecurity threats and identity theft. The bill would require the IRS to expand the use of the electronic filing system and information technology infrastructure so that more taxpayers can file taxes and interact with the IRS online. The bill would also create a Chief Information Officer position to lead the modernization efforts of the IRS." The bill passed by a vote of 414-3. [HR 5445, Vote #145, 4/18/18; CQ, 4/18/18]

**Perry Voted For Considering A Bill To Make Structural And Procedural Changes At The IRS And Updating The IRS' Technology Infrastructure.** In April 2018, Perry voted for: "Adoption of the rule (H Res 831) provide for consideration of the bill (HR 5444) that would require a number of structural and procedural changes at the IRS, including changes to customer service priorities and enforcement rules, and would also provide for consideration of the bill (HR 5445) that would update and expand the information technology infrastructure of the IRS." The rule was adopted by a vote of 239-177. [HR 5444/HR 5445, Vote #144, 4/18/18; CQ, 4/18/18]



**Perry Voted For Prohibiting Settlement Agreements Involving The US Government From Requiring The Non-Governmental Party To Pay Any Third Party Other Than The US Government.** In October 2017, Perry voted for: "Passage of the bill that would prohibit settlement agreements involving the U.S. government from requiring the non-governmental party to make a payment or loan to any party other than the U.S. government. Prohibitions would not apply if the payment or loan under the settlement is for restitution to affected parties or is a direct remedy for actual harm." The bill passed 238-183. [HR 732, Vote #580, 10/24/17; CQ, 10/24/17]

> **The Bill Would Prevent Settlements That Opponents Said Provide Essential Relief To Parties Who Have Suffered Collateral Damage From Defendants' Actions.** "Voting 238 for and 183 against, the House on Oct. 24 passed a GOP-sponsored bill (HR 732) that would prevent the Justice Department from entering into or enforcing settlement agreements that require corporate defendants in civil actions brought by the government to donate to third parties in addition to paying fines and making restitution to direct victims of their alleged misconduct. Backers said such donations circumvent congressional authority to direct the use of federal funds and can be politicized to direct money to favored groups. Opponents of the bill said such settlements provide essential relief to parties who have suffered collateral damage because of the defendant's actions." [Thomas Voting Reports, 10/28/17]

> **Similar Agreements Were Enforced Against Bank Of America In Funding For Foreclosure-Prevention Following Its Role In The Financial Crisis, And Requiring BP To Fund Certain Parts Of Environmental Cleanup After The Deep Horizon Oil Spill.** "In one settlement cited in debate, Bank of America and Citigroup agreed to fund foreclosure-prevention programs when they settled litigation based on their involvement in the 2007-2009 financial and housing crisis. In another, BP agreed to make payments to groups including the National Academy of Sciences and the National Fish and Wildlife Foundation in a settlement related to the 2010 Deepwater Horizon explosion and oil spill in the Gulf of Mexico." [Thomas Voting Reports, 10/28/17]

**Perry Voted Against Exempting Settlements Related To Harm From Unlawful Conduct Related To Increased Lead In Drinking Water From HR 732.** In October 2017, Perry voted against: "Conyers, D-Mich., amendment that would exempt, from the bill's provisions, settlements related to indirect harm from unlawful conduct that results in an increase in the amount of lead in public drinking water." The amendment failed 229-191. [HR 732, Vote #579, 10/24/17; CQ, 10/24/17]

**Perry Voted Against Exempting Settlements Related To Predatory Or Fraudulent Residential Mortgage-Backed Securities From HR 732.** In October 2017, Perry voted against: "Cicilline, D-R.I., amendment that would exempt, from the bill's provisions, settlement agreements related to predatory or fraudulent conduct involving residential mortgage-backed securities." The amendment failed 231-189. [HR 732, Vote #578, 10/24/17; CQ, 10/24/17]

**Perry Voted Against Exempting Settlements Related To Providing Restitution For A State From HR 732.** In October 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would exempt, from the bill's provisions, settlement agreements related to providing restitution for a state." The amendment failed 234-185. [HR 732, Vote #577, 10/24/17; CQ, 10/24/17]

**Perry Voted Against Exempting Settlements Related To Harm Caused By Unlawful Conduct Relating To Vehicles' Emissions Control Systems From HR 732.** In October 2017, Perry voted against: "Johnson, D-Ga., amendment that would exempt, from the bill's provisions, settlement agreements related to indirect harm caused by unlawful conduct, including the intentional bypassing, defeating or rendering inoperative a required element of a vehicle's emissions control system." The amendment failed 235-183. [HR 732, Vote #576, 10/24/17; CQ, 10/24/17]

**Perry Voted Against Exempting Settlements Related To Discrimination Based On Race, Religion, National Origin, Or Any Protected Category From HR 732.** In October 2017, Perry voted against: "Cohen, D-Tenn., amendment that would exempt, from the bill's provisions, settlement agreements related to discrimination based on



race, religion, national origin or any other protected category." The amendment failed 233-187. [HR 732, Vote #575, 10/24/17; CQ, 10/24/17]

**Perry Voted For Consideration Of A Bill Prohibiting Settlement Agreements Involving The US Government From Requiring The Non-Governmental Party To Pay Any Third Party Other Than The US Government.** In October 2017, Perry voted for: "Adoption of the rule that would provide for House floor consideration of the bill (HR 732) that would prohibit settlement agreements involving the U.S. government from requiring the non-governmental party to make a payment or loan to any party other than the U.S. government. It would also provide for consideration of the bill (HR 469) that would require the federal government to provide advance public notice when it plans to enter into discussions regarding consent decrees and would codify and expand certain disclosure practices with regard to the Treasury Department's Judgment Fund payments." The resolution was adopted 227-190. [HRes 577, Vote #573, 10/24/17; CQ, 10/24/17]

**Perry Voted For Blocking A Bill To Subject Providers Of Broadband Internet Access To Privacy Rules Adopted By The FCC In October of 2016.** In July 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 431) that would provide for House floor consideration of the bill (HR 2810)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 1868) to provide that providers of broadband Internet access service shall be subject to the privacy rules adopted by the Federal Communications Commission on October 27, 2016." *A vote for the previous question was a vote to block consideration of HR 1868.* The motion passed, 234-183. [H Res 431, Vote #347, 7/1217; CQ, 7/12/17; DemocraticLeader.gov, 7/12/17]

**Perry Voted For Blocking A Bill To Reinstate FCC Rules Protecting The Privacy Of Broadband Customers.** In May 2017, Perry voted for "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 299)." Upon defeat of the motion, Democrats planned to offer an, "amendment to the Rule, which would make in order Ms. Rosen of Nevada's bill, H.R. 1868.  H.R. 1868 would reinstate the Federal Communications Commission's rules adopted on October 27, 2016 that protect the privacy of broadband customers." *A vote yes was a vote to block the Democratic amendment.* The motion was agreed to by a vote of 233-190. [HR 1868 (HRes 299), Vote #240, 5/2/17; CQ, 5/2/17]

**Perry Voted For Nullifying A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Sensitive Information.** In March 2017, Perry voted for "passage of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information, such as web browsing history, geolocation information, content of communications and Social Security numbers; to take reasonable measures to secure customer information; and to notify customers, the commission and law enforcement when a data breach occurs that could result in harm." The resolution passed (thus cleared for the president) by a vote of 215-205. A "yea" was a vote in support of the president's position. [SJRes 34, Vote #202, 3/28/17; CQ, 3/28/17]

**Perry Voted For Consideration Of Nullification Of A Rule Requiring Internet Providers To Obtain Permission From Customers Before Using Or Selling Their Information.** In March 2017, Perry voted for "adoption of the rule (H Res 230) that would provide for House floor consideration of the joint resolution that would disapprove and nullify a Federal Communications Commission rule that requires broadband internet service providers to obtain affirmative permission from customers to use or share their sensitive information." The rule was adopted by a vote of 231-189. [HRes 230, Vote #200, 3/28/17; CQ, 3/28/17]

**Perry Voted For The Regulatory Integrity Act, Requiring Federal Agencies To Maintain Online Databases Of Regulatory Actions Taken And Pending.** In March 2017, Perry voted for "passage of the bill that would require federal agencies to maintain and regularly update detailed online databases of regulatory actions taken and pending before the agency. Under the measure, an agency would be required to list whether it is considering alternatives and whether it is accepting comments. It would explicitly prohibit agencies from directly advocating support or opposition for pending regulatory actions in public communications. As amended, the measure would


require an agency to list regulatory actions issued by the agency, or any other agency, that would duplicate or overlap with the agency's pending regulatory action." The bill passed by a vote of 246-176. [HR 1004, Vote #126, 3/2/17; CQ, 3/2/17]

> **Coalition For Sensible Safeguards: HR 1004 Was "A Brazen Attack On The Public's Right To Know By Micro-Managing The Type Of Information" Agencies Could Share "When Taking Actions To Protect The Public, Our Economy, And The Environment."** "The bill is a brazen attack on the public's right to know by micro-managing the type of information that agencies are allowed to communicate to all of us when taking actions to protect the public, our economy, and the environment. An open government that prioritizes democratic public participation requires agencies to be able to effectively convey information to the public and make agency policy positions clear to the public. This bill will make our government less open and less democratic and should therefore be rejected." [Coalition for Sensible Safeguards, 2/28/17]

**Perry Voted Against An Amendment To The Regulatory Integrity Act Specifying That The Bill's Restrictions On Agency Communications Would Not Apply To Any Communication Protected By The First Amendment.** In March 2017, Perry voted against the "Jackson Lee, D-Texas, amendment that would specify that the bill's restrictions on agency communications would not apply to any communication that would be protected under the First Amendment to the Constitution." The amendment was rejected in Committee of the Whole by a vote of 189-232. [HR 1004, Vote #124, 3/2/17; CQ, 3/2/17]

**Perry Voted For An Amendment Requiring An Agency To List Regulatory Actions That Would Duplicate Or Overlap With The Agency's Pending Regulatory Action.** In March 2017, Perry voted for the "Farenthold, R-Texas, for Messer, R-Ind., amendment that would require an agency to list regulatory actions issued by the agency, or any other agency, that would duplicate or overlap with the agency's pending regulatory action." The amendment was adopted in Committee of the Whole by a vote of 263-145. [HR 1004, Vote #123, 3/2/17; CQ, 3/2/17]

**Perry Voted Against An Amendment To The Regulatory Integrity Act Defining The Term Propaganda As Information Or Claims Not Widely Accepted By The Scientific Community.** In March 2017, Perry voted against the "Jackson Lee, D-Texas, amendment that would define the terms propaganda, publicity and advocacy as information or claims that are not widely accepted in the scientific community or not supported by empirical data." The amendment was rejected in Committee of the Whole by a vote of 180-234. [HR 1004, Vote #122, 3/2/17; CQ, 3/2/17]

**Perry Voted For Requiring The Office Of Management And Budget's Office Of Information & Regulatory Affairs To Review Significant Government Regulatory Actions.** In March 2017, Perry voted for "passage of the bill that would require the Office of Management and Budget's Office of Information and Regulatory Affairs to review significant government regulatory actions to insure that they are consistent with relevant laws and do not conflict with regulations issued by other agencies. The bill would define significant regulatory actions as those that are likely to have an annual economic effect of $100 million or more. As amended, it would require OIRA to keep a log of all of its communications with an agency related to a regulation before a regulation is submitted for review. The communications would be required to be published when the regulation is published in the Federal Register." The bill passed by a vote of 241-184. [HR 1009, Vote #120, 3/1/17; CQ, 3/1/17]

> **Coalition For Sensible Safeguards: HR 1009 Would Put "Corporate Profits Ahead Of Protecting Working Americans, Small Businesses, And Consumer" And Undermine Environment, Air, And Water Protections.** "H.R. 1009 would further enable the radical and dangerous antiregulatory agenda that puts corporate profits ahead of protecting working Americans, small businesses, and consumers. This agenda seeks to thwart the effective enforcement of such public interest laws as the Clean Air Act, the Clean Water Act, and the Federal Food, Drug, and Cosmetic Act – all of which enjoy widespread public support. […] Particularly concerning, H.R. 1009 would in effect rewrite dozens of public interest laws containing congressional mandates that require agencies to prioritize public health and safety and the preservation of the environment, clean air, and clean water over concerns for industry profits." [Coalition for Sensible Safeguards, 2/28/17]



**Perry Voted Against Adding An Amendment Exempting The Office Of Government Ethics From Executive Branch Review.** In March 2017, Perry voted against the "Cartwright, D-Pa., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to immediately report it back with an amendment that would exempt the Office of Government Ethics from the Office of Information and Regulatory Affairs' reviews required under the bill." The motion was rejected by a vote of 193-234. [HR 1009, Vote #119, 3/1/17; CQ, 3/1/17]

**Perry Voted Against An Amendment Protecting Independent Agencies From Executive Branch Review.** In March 2017, Perry voted against the "Connolly, D-Va., amendment that would exempt independent agencies from the Office of Information and Regulatory Affairs' reviews required under the bill." The amendment was rejected in Committee of the Whole by a vote of 188-234. [HR 1009, Vote #118, 3/1/17; CQ, 3/1/17]

**Perry Voted For An Amendment Requiring Agencies To Ensure New Rules Are Not Duplicative.** In March 2017, Perry voted for the "Young, R-Iowa, amendment that would require each agency to describe what steps were taken in order to ensure that a new rule or regulation would not be duplicative or conflict with any existing or planned regulatory action." The amendment was adopted in Committee of the Whole by a vote of 265-158. [HR 1009, Vote #117, 3/1/17; CQ, 3/1/17]

**Perry Voted For The SCRUB Act, Establishing A Commission To Review And Cut Regulations That Should Be Repealed On The Basis Of Cost.** In March 2017, Perry voted for "passage of the bill that would establish a nine-member commission to review existing federal regulations and identify regulations that should be repealed on the basis of reducing costs on the U.S. economy. The commission would identify those regulatory policies that it deems should be repealed immediately, and would set up a 'Cut-Go' system that would require agencies to repeal existing rules to offset costs before issuing a new rule. As amended, the commission, in identifying which rules should be repealed, would be required to evaluate the extent to which a repeal of a rule would impact public health. It would bar from membership on the commission individuals who have been registered lobbyists during the previous two years." The bill passed by a vote of 240-185. [HR 998, Vote #114, 3/1/17; CQ, 3/1/17]

> **SCRUB Act Would Only Consider Costs Of Regulation To Industry, While Ignoring Public Benefits; Commission Would Be Tasked With Achieving 15 Percent Cost Reduction Even When Benefit Of Health, Safety, And Environmental Safeguards Was Significant.** "H.R. 998 would establish a new bureaucracy empowered to dismantle long-established science-based public health and safety standards and would make it significantly more difficult for Congress and federal agencies to implement essential future protections. […] Unless prohibited by authorizing legislation, agencies seek to develop regulations that consider the costs to affected industries while maximizing public benefits. But this commission makes costs to affected industries primary. Under H.R. 998, the commission's goal to achieve a 15 percent reduction in the cumulative cost of regulations would result in the repeal of critical health, safety, and environmental safeguards, even when the benefits of these rules are significant, appreciated by the public, and far outweigh the costs." [Coalition for Sensible Safeguards, Letter of Opposition, 2/27/17]

> **Under "Cut-Go" System In SCRUB Act, If Establishing A Needed Regulation To Protect Children, Agencies Would First Need To Find Another Protection To Cut.** "To make matters worse, the SCRUB Act creates a 'cut-go' system that is completely divorced from real issues. H.R. 998 says that any agency that issues a new regulation would be required to remove an existing regulation of equal or greater cost. […] Under this proposal if new evidence finds that another substance widely used in commerce today is harmful to infants, regulators would have to find some other protection, which still needs to be enforced, to cut before protecting young children." [Coalition for Sensible Safeguards, Letter of Opposition, 2/27/17]

**Perry Voted Against Amendment To Remove Funding For Carrying Out The Requirements Of The SCRUB Act.** In February 2017, Perry voted against the "Plaskett, D-V.I., amendment that would remove the bill's authorization of up to $30 million and would prohibit funds authorized or appropriated by other laws from being made available to implement the bill's provisions." The amendment was rejected in Committee of the Whole by a vote of 181-243. [HR 998, Vote #106, 2/28/17; CQ, 2/28/17]



**Perry Voted For Passage Of The Regulatory Accountability Act of 2017.** In January 2017, Perry voted for "passage of the bill that would modify the federal rule-making process, including by codifying requirements for agencies to consider costs and benefits of alternatives. The bill would create additional steps that agencies would need to follow when planning "major" rules with annual costs of more than $100 million or 'high-impact' rules with annual costs of more than $1 billion. For example, agencies would need to hold an advanced-notice comment period prior to proposing such rules to determine whether to continue the rule-making process. The measure would postpone the effective dates of 'high impact' rules until any lawsuits filed within 60 days of the rule's publication in the Federal Register are resolved. It would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering legal challenges to rules. It would also require agencies to evaluate the 'indirect' impacts of proposed rules on small businesses." The bill passed by a vote of 238-183. [HR 5, Vote #45, 1/11/17; CQ, 1/11/17]

> **Coalition For Sensible Safeguards: "The RAA Is Designed To Further Obstruct And Delay Rulemaking Rather Than Improve The Regulatory Process."** "It adds 80 new analytical requirements to the Administrative Procedure Act and requires federal agencies to conduct estimates of all the 'indirect' costs and benefits of proposed rules and all potential alternatives without providing any definition of what constitutes, or more importantly, does not constitute an indirect cost. The legislation would significantly increase the demands on already constrained agency resources to produce the analyses and findings that would be required to finalize any new rule. Thus, the RAA is designed to further obstruct and delay rulemaking rather than improve the regulatory process." [Coalition for Sensible Safeguards, Letter of Opposition, 1/10/17]

> **RAA Would Threaten Decades Of Public Protections By Requiring That Legislation Like The Clean Air Act Focused On Corporate Compliance Costs Rather Than Public Benefit.** "This new version of the RAA would override and threaten decades of public protections. The innocuous-sounding act is, in reality, the biggest threat to public health standards, workplace safety rules, environmental safeguards, and financial reform regulations to appear in decades. It acts as a 'super-mandate,' rewriting the requirements of landmark legislation such as the Clean Air Act and the Occupational Safety and Health Act and distorting their protective focus to instead prioritize compliance costs." [Coalition for Sensible Safeguards, Letter of Opposition, 1/10/17]

**Perry Voted Against An Amendment To The Regulatory Accountability Act Exempting Rules Related To Chemical Safety Law.** In January 2017, Perry voted against the "Tonko, D-N.Y., amendment that would exempt any rules made under a 2016 chemical safety law. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 188-235. [HR 5, Vote #42, 1/11/17; CQ, 1/11/17]

**Perry Voted Against An Amendment To HR 5, The Regulatory Accountability Act, Exempting Rules Related To Occupational Health And Safety.** In January 2017, Perry voted against the "Scott, D-Va., amendment that would exempt rules related to occupational health and safety. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 195-227. [HR 5, Vote #41, 1/11/17; CQ, 1/11/17]

**Perry Voted Against An Amendment To The Regulatory Accountability Act Exempting Rules Related To The Safety Of Children's Toys.** In January 2017, Perry voted against the "Ruiz, D-Calif., amendment that would exempt rules related to the safety of children's toys or products. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 190-233. [HR 5, Vote #40, 1/11/17; CQ, 1/11/17]

**Perry Voted Against An Amendment Exempting Rules That Significantly Benefit The Workforce From The Regulatory Accountability Act.** In January 2017, Perry voted against the "Johnson, D-Ga., amendment that would



exempt rules related to improving employment and wages, especially for workers with disabilities or limited English proficiency. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The amendment was rejected in Committee of the Whole by a vote of 188-234. [HR 5, Vote #39, 1/11/17; CQ, 1/11/17]

**Perry Voted For An Amendment Prohibiting Agencies From Appealing To The Public Concerning A Proposed Rule.** In January 2017, Perry voted for the "Peterson, D-Minn., amendment that would prohibit agencies from appealing to the public to advocate in support or against a proposed rule." The amendment was adopted in Committee of the Whole by a vote of 260-161. [HR 5, Vote #36, 1/11/17; CQ, 1/11/17]

**Perry Voted For An Amendment To Undermine The Legal Precedent Known As The Chevron Deference Under Which Courts Defer To Regulators Interpretation Of Ambiguous Legislation.** In January 2017, Perry voted for the "Goodlatte, R-Va., amendment that would prohibit a court, while reviewing an agency's rule, from interpreting a gap or ambiguity in a rule or law as an implicit delegation of legislative rule-making authority to the agency." The amendment was adopted in Committee of the Whole by a vote of 237-185. [HR 5, Vote #35, 1/11/17; CQ, 1/11/17]

**Perry Voted For Passage Of The Regulations From The Executive In Need Of Scrutiny (REINS) Act Of 2017.** In January 2017, Perry voted for "passage of the bill that would require Congress to approve, by enacting legislation, any "major rule" issued by an agency in order for them to take effect. A 'major rule' would include any regulation with an annual economic impact of $100 million or more; rules that would significantly harm employment, investment or U.S. economic competitiveness; or rules that would cause a major increase in costs or prices for consumers or industries. The bill also would create an expedited consideration process in both the House and the Senate for joint resolutions of approval. As amended, the measure would require that for new rules, agencies repeal or amend an existing rule or rules to offset any annual costs of the new rule before the new rule could take effect. As amended, it would create a process to sunset existing rules if Congress had not approved them within 10 years of the bill's enactment." The bill passed by a vote of 237-187. [HR 26, Vote #23, 1/5/17; CQ, 1/5/17]

> **CAP: The REINS Act: Handing the reins of public health and safety over to big corporations** [Center for American Progress, 1/4/17]

> **Center For American Progress: The REINS Act Constituted A "De Facto Ban On New Public Interest Safeguards."** "It's difficult to overstate the sweeping impact the REINS Act would have on federal watchdogs' ability to hold big corporations accountable to the public interest. 'Regulation' may not be a politically popular word, but these rules help to protect consumers, public health, workers, and the environment. […] No new major rule—defined as one with an economic impact of at least $100 million—could go into effect until both chambers of Congress affirmatively approve it within a 70-day window. Given partisan gridlock in Congress, this could result in a de facto ban on new public interest safeguards." [Center for American Progress, 1/4/17]

> **HEADLINE: Suspending the Rules: How Congress Plans to Undermine Public Safety** [New Yorker, 1/9/17]

**Perry Voted For Amending The REINS Act To Require All Rules Currently In Effect To Be Reviewed Over A Ten-Year Period Or Be Sunset.** In January 2017, Perry voted for the "King, R-Iowa, amendment that would require each agency annually, for 10 years, to submit to Congress for review at least 10 percent of the agency's existing rules, and would sunset certain rules if Congress had not approved them within 10 years of the bill's enactment." The amendment was adopted in Committee of the Whole by a vote of 230-193. [HR 26, Vote #21, 1/5/17; CQ, 1/5/17]

**Perry Voted Against Excluding Any Rule Related To Child Product Safety From Being Defined As A "Major Rule" Under The REINS Act** In January 2017, Perry voted against the "Johnson, D-Ga., for Jackson Lee,



D-Texas, amendment that would exclude rules related to the safety of products designed to be used or consumed by children younger than 2 years old from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-234. [HR 26, Vote #17, 1/15/17; CQ, 1/5/17]

**Perry Voted For Amending The REINS Act To Require Agencies Offset Annual Costs Of Any New Rule By Repealing Or Amending An Existing Rule.** In January 2017, Perry voted forthe "Messer, R-Ind., amendment that would require that for new rules, agencies repeal or amend an existing rule or rules to offset any annual costs of the new rule before the new rule could take effect." The amendment was adopted in Committee of the Whole by a vote of 235 to 185. [HR 26, Vote #12, 1/5/17; CQ, 1/5/17]

**Perry Voted For A Bill Allowing Congress To Disapprove Of Regulations Issued During A President's Final Year.** In January 2017, Perry voted for the "Passage of the bill that would permit a new Congress to use the procedures under the Congressional Review Act to disapprove, en bloc, multiple regulations issued during the final year of a president's term." The bill passed by a vote of 238-184. [HR 21, Vote #8, 1/4/17; CQ, 1/4/17]

## Crime & Law Enforcement

**Perry Voted For Allowing Judges More Flexibility When Handing Down Mandatory Minimum Sentences For Nonviolent Drug Offenders And Establishing Support Programs For Former Prisoners.** In December 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and concur in the Senate amendment to the House amendment to the bill that would seek to reduce numbers of federally incarcerated individuals through changes in sentencing laws. The bill would seek to do so, in part, by allowing judges more flexibility when handing down sentences below the mandatory minimum for nonviolent drug offenders. It would also establish programs to provide support for prisoners returning to society in an attempt to reduce rates of recidivism." The motion was agreed to by a vote of 358-36. [S 756, Vote #448, 12/20/18; CQ, 12/20/18]

**Perry Voted For Specifying What Acts Would Be Considered "Crimes Of Violence" For The Purpose Of Determining If The Crime Was An Aggravated Felony.** In September 2018, Perry voted for "Passage of the bill that would specify that any of the following acts would be defined as a 'crime of violence' which could be used in determining whether a crime is an aggravated felony, including: murder; voluntary manslaughter; assault; certain types of sexual abuse; abusive sexual contact; child abuse; kidnapping; robbery; carjacking; firearms use; burglary; arson; extortion; communication of threats; coercion; fleeing via a motor vehicle; interference with airline flight crews members; domestic violence; hostage taking; stalking; human trafficking; piracy; certain terrorism offenses; and unlawful possession or use of a weapon of mass destruction." The bill passed 247-152. [HR 6691, Vote #393, 9/7/18; CQ, 9/7/18]

**Perry Voted For Considering A Bill That Would Modify The Definition Of The Term "Crime Of Violence."** In September 2018, Perry voted for "Adoption of the rule (H Res 1051) that would provide for House floor consideration of the bill (HR 6691) that would modify the definition of the term 'crime of violence,' and would provide for consideration of motions to suspend the rules." The resolution was adopted 225-179. [H Res 1051, Vote #387, 9/6/18; CQ, 9/6/18]

**Perry Voted For A Motion To Suspend The Rules And Pass A Bill That Would Require The Justice Department To Develop A System To Determine The Risk Of Recidivism For Each Prisoner.** In May 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and pass the bill that would require the Justice Department to develop a system to determine the risk of recidivism for each prisoner. It would authorize $50 million annually in fiscal 2019 through fiscal 2023 to carry out the system. It would require the Justice Department to provide incentives for inmates to participate in certain recidivism reduction programs. It would also generally prohibit the use of restrains on pregnant prisoners." The motion was agreed to by a vote of 360-59. [H.R. 5682, Vote #215, 5/22/18; CQ, 5/22/18]

**Perry Voted Against A Bill That Would Create Penalties And Allow Federal Prosecution For Knowingly Causing Harm To Law Enforcement Officers.** In May 2018, Perry voted against "Passage of the bill that would



limit the punishment of knowingly causing harm to a law enforcement officer to 10 years in imprisonment and a fine, which would increase to life imprisonment if the offence includes death, kidnapping, attempted kidnapping, or an attempt to kill. The bill would also allow for federal prosecution of the stated crime in certain situations including if the offence crosses state lines, the state verdict demonstrably does not serve the federal interest in protecting the public, or prosecution by the federal government is in the public interest." The bill passed, 382-35. [HR 5698, Vote #188, 5/16/18; CQ, 5/16/18]

**Perry Voted For Passage Of A Bill That Would Increase The Penalty For Stalking Minors By Five Years.** In April 2018, Perry voted for "Goodlatte, R-Va., motion to suspend the rules and pass the bill that would increase, by five years, the maximum penalty for individuals convicted of stalking minors." The motion was agreed to, 409-2. [HR 4203, Vote #131, 4/10/18; CQ, 4/10/18]

**Perry Voted For Passage Of A Bill That Would Report On Ways To Curb Money Laundering Related To Human Trafficking.** In April 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would add the secretary of the Treasury as a member of the president's Interagency Task Force To Monitor and Combat Trafficking and would require the task force and the Financial Institutions Examination Council to review and report on ways to curb money laundering related to human trafficking." The motion was agreed to, 408-2. [HR 2219, Vote #130, 4/10/18; CQ, 4/10/18]

**Perry Voted For A Bill To Make Facilitating Sex Trafficking And Prostitution Online A Crime And Allowed Victims To Sue For Damages.** In February 2018, Perry voted for "passage of the bill that would explicitly make the use or operation of a website to promote or facilitate prostitution a federal crime. It would allow states to prosecute such conduct under state law, regardless of the immunity provisions in the 1996 Communications Decency Act, as long as the state's laws mirror federal prohibitions, and would allow victims of such sex trafficking or prostitution to recover civil damages from the website operator." The bill passed, 388-25. [HR 1865, Vote #91, 2/27/18; CQ, 2/27/18]

> **Perry Voted For Consideration Of A Bill To Make Facilitating Sex Trafficking And Prostitution Online A Crime And Allowed Victims To Sue For Damages.** In February 2018, Perry voted for: "Adoption of the rule (H Res 748) that would provide for consideration of the bill (HR 1865) that would make the use or operation of a website to promote or facilitate prostitution a federal crime. It would allow states to prosecute such conduct under state law, regardless of the immunity provisions in the 1996 Communications Decency Act, as long as the state's laws mirror federal prohibitions." The rule was adopted by a vote of 235-175. [H.Res. 748, Vote #85, 2/27/18; CQ, 2/26/18]

**Perry Voted Against An Amendment That Clarified That State Attorneys General Were Able To Bring Civil Suits Against Sex Trafficking Websites.** In February 2018, Perry voted against "Walters, R-Calif., amendment that would clarify that nothing in the bill should be interpreted as limiting the civil and criminal prosecution of websites that knowingly facilitate online sex trafficking and would explicitly state that a state attorney general may bring civil prosecution against such websites for the purpose of obtaining relief for victims in the state." The amendment was adopted, 308-107. [HR 1865, Vote #90, 2/27/18; CQ, 2/27/18]

**Perry Voted For A Bill That Would Require Adults Authorized To Interact With Minor Amateur Athletes To Report Any Suspected Incidents Of Child Abuse, Including Sexual Abuse, To The Sport's Governing Body, And Would Set Criminal Penalties For Failure To Report Such Suspected Incidents.** In January 2018, Perry voted for "Poe, R-Texas, motion to suspend the rules and pass the bill that would require adults authorized to interact with minor amateur athletes to report any suspected incidents of child abuse, including sexual abuse, to the sport's governing body, and would set criminal penalties for failure to report such suspected incidents. It would establish the United States Center for Safe Sport as an independent organization with jurisdiction over the United States Olympic Committee and all paralympic sports organizations, in relation to safeguarding amateur athletes against abuse in sports." Motion agreed to by a vote of 406-3. [S.534, Vote #45, 1/29/18; CQ, 1/29/18]



**Perry Voted Against A Bill Granting Probation Officers The Authority To Arrest Third Parties For Impeding Them In Their Official Duties.** In May 2017, Perry voted against: "Passage of the bill that would authorize probation officers, during the course of their official duties, to arrest an individual without a warrant if there is probable cause that the individual has assaulted or impeded the officer. It would require the Administrative Office of the United States Courts to issue rules and regulations governing probation officers' use of expanded arrest authority." The bill passed, 229 to 177. [HR 1039, Vote #268, 5/19/17; CQ, 5/19/17]

**Perry Voted Against Amending A Bill Allowing Probation Officers To Make Arrests To Study If Any Harm Resulted And Add A Sunset Provision.** In May 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would require the Government Accountability Office to report to Congress on the results of the bill's expansion of arrest authority for probation officers, including if any harm resulted from the exercise of the expanded authority. It would also sunset the bill's expanded arrest authority 30 months after the bill's enactment." The amendment was rejected 178-229. [HR 1039, Vote #267, 5/19/17; CQ, 5/19/17]

**Perry Voted For Consideration Of A Bill Granting Probation Officers The Authority To Arrest Third Parties For Impeding Them In Their Official Duties.** In May 2017, Perry voted for: "Adoption of the rule (H Res 324) that would provide for House floor consideration of the bill that would authorize probation officers, during the course of their official duties, to arrest an individual without a warrant if there is probable cause that the individual has assaulted or impeded the officer." The rule was adopted, 230-184. [H Res 324, Vote #264, 5/18/17; CQ, 5/18/17]

**Perry Voted For Stripping Social Security Benefits From Individuals Subject To An Outstanding Felony Arrest Warrant Or In Violation Of Parole Or Probation.** In September 2017, Perry voted for: "Passage of the bill that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation." The bill passed by a vote of 244-171.  [HR 2792, Vote #543, 9/28/17; CQ, 9/28/17]

**Perry Voted For Adopting The Rule That Would Provide For House Floor Consideration Of Authorization For The Maternal, Infant And Early Childhood Home Visiting Program.** In September 2017, Perry voted for: "Adoption of the rule (H Res 533) that would provide for House floor consideration of the bill (HR 2824), that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul, and for consideration of the bill (HR 2792), that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation. The rule would also provide for the text of the Control Unlawful Fugitive Felons Act (HR 2792), as passed by the House, if passed by the House, to be incorporated into the text of the Increasing Opportunity through Evidence-Based Home Visiting Act (HR 2824) during the engrossment of HR 2824." The rule was adopted by a vote of 230-190. [H RES 533, Vote #533, 9/26/17; CQ, 9/26/17]

**Perry Voted For A Bipartisan Bill That Protected Minor Athletes From Abuse.** In May 2017, Perry voted for: "Passage of the bill that would require adults authorized to interact with minors or amateur athletes to report any suspected incidents of child abuse to the sport's governing body. It would shield sports organizations from legal liability if they investigate and resolve any such suspected incidents, and would allow victims who suffer a personal injury as a result of such abuse to file civil lawsuits in district court against their assailant." The bill passed 415-3. [HR 1973, Vote #285, 5/25/17; CQ, 5/25/17]

**Perry Voted Against An Amendment To Limit Prison Time To One Year For Teenagers Under The Age Of 19 Convicted On Child Pornography Charges As Long As The Minor Involved Is At Least 15-Years-Old.**  In May 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would limit, to one year, a term of imprisonment for individuals convicted of child pornography crimes who are 19 years old or younger and the minor involved is 15 years old or older, as long as the minor was not more than four years younger than the individual who committed the violation and the sexual conduct that occurred was consensual." The amendment was rejected, 238-180. [HR 1761, Vote #283, 5/25/17; CQ, 5/25/17]



**Perry Voted For Consideration Of A Bipartisan Bill That Protected Minor Athletes From Abuse And Of A Bill That Would Criminalize Consensual Sexual Activity Between Minors.** In May 2017, Perry voted for: "Adoption of the rule (H Res 352) that would provide for House floor consideration of the bill (HR 1973) that would require adults authorized to interact with minors or amateur athletes to report any suspected incidents of child abuse to the sport's governing body. It would also provide for consideration of the bill (HR 1761) that would make the production of child pornography a crime regardless of whether the conduct with the minor was initiated for the purposes of producing such content." The rule was adopted, 239-179. [H Res 352, Vote #276, 5/24/17; CQ, 5/24/17]

> **The Rule Allowed For Consideration Of HR 1973, A Bipartisan Bill, And For HR 1761, A Bill That Could Subject Teenagers To Criminal Charges For Consensual Sexual Activity.** According to the Congressional Record, "The House agreed to H. Res. 352, providing for consideration of the bill (H.R. 1973) to prevent the sexual abuse of minors and amateur athletes by requiring the prompt reporting of sexual abuse to law enforcement authorities; providing for consideration of the bill (H.R. 1761) to amend title 18, United States Code, to criminalize the knowing consent of the visual depiction, or live transmission, of a minor engaged in sexually explicit conduct," which could subject teenagers to criminal charges for consensual sexual activity. [Congressional Record, 5/24/17]

**Perry Voted Against Granting Probation Officers The Authority To Arrest Third Parties For Impeding Them In Their Official Duties.** In May 2017, Perry voted against: "Passage of the bill that would authorize probation officers, during the course of their official duties, to arrest an individual without a warrant if there is probable cause that the individual has assaulted or impeded the officer. It would require the Administrative Office of the United States Courts to issue rules and regulations governing probation officers' use of expanded arrest authority." The bill passed, 229-177. [HR 1039, Vote #268, 5/19/17; CQ, 5/19/17]

**Perry Voted Against An Amendment To The Probation Officer Arrest Authority That Would Require The GAO To Report On The Impact Of The Underlying Legislation.** In May 2017, Perry voted against: "Jackson Lee, D-Texas, amendment that would require the Government Accountability Office to report to Congress on the results of the bill's expansion of arrest authority for probation officers, including if any harm resulted from the exercise of the expanded authority. It would also sunset the bill's expanded arrest authority 30 months after the bill's enactment." The amendment failed, 178-229. [HR 1039, Vote #267, 5/19/17; CQ, 5/19/17]

**Perry Voted For The Thin Blue Line Act, Requiring Courts & Juries To Consider Attempted Murder Of Law Enforcement Officers An Aggravating Factor In Imposing The Death Sentence.** In May 2017, Perry voted for: "Passage of the bill that would require courts and juries to consider if a defendant killed or attempted to kill a state law enforcement officer, local law enforcement officer or first responder as an aggravating factor when determining whether to impose the death sentence on a defendant." The bill passed, 271-143. [HR 115, Vote #265, 5/18/17; CQ, 5/18/17]

**Perry Voted For Consideration Of A Bill Requiring Courts & Juries To Consider Attempted Murder Of Law Enforcement Officers An Aggravating Factor In Imposing The Death Sentence.** In May 2017, Perry voted for: "Adoption of the rule (H Res 323) that would provide for House floor consideration of the bill that would provide for House floor consideration of the bill that would require courts and juries to consider if a defendant killed or attempted to kill a state law enforcement officer, local law enforcement officer or first responder as an aggravating factor when determining whether to impose the death sentence on a defendant." The rule was adopted, 233-184. [HR 115, Vote #260, 5/5/17; CQ, 5/5/17]

# Defense

**Perry Voted For Authorizing The Biometric Identification Transnational Migration Alert Program Within The Department Of Homeland Security.** In September 2018, Perry voted for "McCaul, R-Texas, motion to suspend the rules and pass the bill that would formally authorize the Biometric Identification Transnational



Migration Alert Program within the Department of Homeland Security. The program would direct DHS to coordinate with other federal agencies as well as foreign governments to collect and share biometric and biographical data on foreign nationals who may pose a terrorist threat or a threat to national or border security." The motion was agreed to 272-119. [HR 6439, Vote #381, 9/4/18; CQ, 9/4/18]

**Perry Voted Against Transferring Unappropriated Money From Defense Appropriations Bill To The Departments Of Labor, Health And Human Services, And Education.** In September 2018, Perry voted against "DeLauro, D-Conn., motion to instruct House conferees to agree with the Labor-HHS-Education division of the Senate amendment to the bill." The motion was rejected 171-221. [HR 6157, Vote #380, 9/4/18; CQ, 9/4/18]

**Perry Voted For Passage Of FY2019 Bill Providing Appropriations To The Department Of Defense For Military Activities.** In June 2018, Perry voted for: "Passage of the bill that would make a total of $674.6 billion in discretionary defense spending for fiscal 2019, which would include $605.5 billion in discretionary spending subject to spending caps for fiscal 2019 and $68.1 billion in uncapped Overseas Contingency Operations funding." The bill passed, 359-49. [HR 6157, Vote #313, 6/28/18; CQ, 6/28/18]

> **Bill Amounted To A 15,600 Troop Increase Across The Military And 2.6 Percent Pay Raise For Service Members.** "The House's budget amount includes a 15,600 troop increase across the military, and a 2.6 percent pay raise for service members beginning in January." [The Hill, 6/28/18]

> **Bill Included $9.4 Billion For 93 F-35s – 16 More Than The Trump Administration Requested – And $22.7 Billion For 12 New Navy Ships.** "In addition, the bill would provide $9.4 billion for 93 F-35 fighter jets - 16 more jets than the administration requested and four more than Senate appropriators want – as well as $22.7 billion for 12 new Navy ships, and $145.7 billion for equipment purchases and upgrades. House lawmakers had inserted several amendments into the bill leading up to the vote, including a provision to add $10 million to aid in bringing Korea War remains from North Korea to the United States, and a proposal to block the Pentagon from business with Chinese telecom companies ZTE and Huawei." [The Hill, 6/28/18]

**Perry Voted Against Amending Defense Appropriations Bill To Decrease Funding For Defense Operations And Maintenance By $25 Million, While Increasing Funding For Defense Health Programs.** In June 2018, Perry voted against: "Lieu, D-Calif., motion to recommit the bill to the House Appropriations Committee with instruction to report it back immediately with an amendment that would decrease funding for defense-wide operations and maintenance by $25 million and would increase funding for Defense Health Programs by the same amount." The motion failed 186-224. [HR 6157, Vote #312, 6/28/18; CQ, 6/28/18]

**Perry Voted For Amending Defense Appropriations Bill To Provide Additional Funding For Construction Of Virginia-Class Submarines.** In June 2018, Perry voted for "Courtney, D-Conn., amendment that would decrease funding for several programs and would provide funding for long lead time materials needed to construct additional Virginia-class submarines." The amendment failed 144-267. [H.Amdt. 841, Vote #311, 6/28/18; CQ, 6/28/18]

**Perry Voted Against An Amendment Prohibiting Funds For Procuring, Researching, Or Testing A Space-Based Ballistic Missile Intercept Layer.** In June 2018, Perry voted against: "Foster, D-Ill., amendment that would prohibit any funds appropriated by the bill to be used to procure, develop, research or test a space-based ballistic missile intercept layer." The motion was rejected by a vote of 160-251. [H.R. 6157, Vote #310, 6/28/18; CQ, 6/28/18]

**Perry Voted For An Amendment Decreasing, Then Increasing, Funds Made Available For Defense-Wide Research And Development.** In June 2018, Perry voted for: "Clark, D-Mass., amendment that would reduce, and then increase, by $14 million funds made available in the bill for defense-wide research, development, test and evaluation." The motion was adopted by a vote of 252-157. [H.R. 6157, Vote #309, 6/28/18; CQ, 6/28/18]



**Perry Voted Against An Amendment Decreasing Funding For Non-Military Defense Department Activities By $33 Million, While Increasing Funding For Air Force Missile Procurement.** In June 2018, Perry voted against: "Gallagher, R-Wis., amendment that would decrease funding for non-military Defense Department activities by $33 million and increase funding for Air Force missile procurement by the same amount." The motion was rejected, 115-296. [H.R. 6157, Vote #308, 6/28/18; CQ, 6/28/18]

**Perry Voted Against Decreasing Funding For Non-Military Defense Department Activities By $23.8 Million And Increase Funding For Naval Weapons Procurement By The Same Amount.** In June 2018, Perry voted against: "Gallagher, R-Wis., amendment that would decrease funding for non-military Defense Department activities by $23.8 million and increase funding for naval weapons procurement by the same amount." The amendment was rejected in Committee of the Whole by a vote of 116 – 296. [H.Amdt.824 to H.R. 6157, Vote #307, 6/28/18; CQ, 6/28/18]

**Perry Voted For An Amendment That Would Have Decreased Funding For Payments To Nations Cooperating With The U.S. Militarily.** In June 2018, Perry voted for: "Poe, R-Texas, amendment that would reduce funding for payments to key cooperating nations for logistical and military support by $200 million and would allocate the same amount to the spending reduction account." The amendment was rejected, 175-241. [H R 6157, Vote #303, 6/27/18; CQ, 6/27/18]

**Perry Voted Against An Amendment That Would Have Decreased Spending For Defense Operations And Maintenance, While Increasing Funding For Army And Navy Research And Development.** In June 2018, Perry voted against: "Langevin, D-R.I., amendment that would decrease funding for operations and maintenance, defense-wide, and research and development, defense-wide, by $40 million, increase funding for Army scientific research and development by $10 million and increase Naval scientific research and development by $30 million." The amendment was rejected, 188-228. [H R 6157, Vote #302, 6/27/18; CQ, 6/27/18]

**Perry Voted For Closing Conference Meetings On The Defense Budget To The Public When Discussing National Security Information.** In June 2018, Perry voted for: "Thornberry, R-Texas, motion that the meetings of the conference between the House and the Senate on the bill may be closed to the public at such times as classified national security information may be discussed, provided that any sitting member of Congress shall be entitled to attend any meeting of the conference." The motion was agreed to, 403-15. [HR 5515, Vote #301, 6/27/18; CQ, 6/27/18]

**Perry Voted Against An Amendment To Decrease Funding For Atomic Energy Defense Weapons Activities At The National Nuclear Security Administration By $97.2 Million While Increasing Funding For Defense Nuclear Nonproliferation Activities.** In June 2018, Perry voted against "Connolly, D-Va., amendment that would decrease funding for atomic energy defense weapons activities at the National Nuclear Security Administration by $97.2 million, and would increase funding for NNSA defense nuclear nonproliferation activities by that same amount." The amendment failed, 179-239. [H.R. 5895, Vote #248, 6/7/18; CQ, 6/7/18]

**Perry Voted Against An Amendment To Decrease Funding For Atomic Energy Defense Weapons Activities At The National Nuclear Security Administration By $65 Million While Increasing Funding For Defense Nuclear Nonproliferation Activities.** In June 2018, Perry voted against "Lee, D-Calif., amendment that would decrease funding for atomic energy defense weapons activities at the National Nuclear Security Administration by $65 million, and would increase funding for NNSA defense nuclear nonproliferation activities by that same amount." The amendment failed, 177-241. [H.R. 5895, Vote #247, 6/7/18; CQ, 6/7/18]

**Perry Voted For An Amendment To Eliminate All Funding For The Energy Department's Advanced Research Project Agency.** In June 2018, Perry voted for "Gosar, R-Ariz., amendment that would eliminate all funding for the Energy Department's Advanced Research Project Agency, and would allocate $325 million to the spending reduction account." The amendment failed, 123-295. [H.R.5895, Vote #246, 6/7/18; CQ, 6/7/18]



**Perry Voted Against An Amendment That Would Have Reduced The National Nuclear Security Administration's Budget By $198 Million.** In May 2018, Perry voted against: "Polis, D-Colo., amendment that would reduce the amount authorized for the National Nuclear Security Administration by $198 million." The amendment was rejected, 174-239. [H R 5515, Vote #228, 5/23/18; CQ, 5/23/18]

**Perry Voted For An Amendment That Prohibited Security Assistance For The Burmese Military Until They Respected Human Rights.** In May 2018, Perry voted for: "Engel, D-N.Y., amendment that would prohibit the United States from providing security assistance to the Burmese military until the secretary of State affirms that Burma has demonstrated progress in abiding by international human rights standards and would impose sanctions against current and former senior officials of the Burmese military who perpetrated humans rights offenses." The amendment was adopted, 382-30. [H R 5515, Vote #227, 5/23/18; CQ, 5/23/18]

**Perry Voted For An Amendment That Created A Service Medal Honoring Those Who Participated In Radiation-Risk Activities.** In May 2018, Perry voted for: "McGovern, D-Mass., amendment that would require the Defense Department to produce a service medal to honor retired and former members of the armed forces who participated in radiation-risk activities." The amendment was adopted, 408-1. [H R 5515, Vote #224, 5/23/18; CQ, 5/23/18]

**Perry Voted For An Amendment That Sped Up The Environmental Review Process Of Mines Deemed Necessary For National Security.** In May 2018, Perry voted for: "Amodei, R-Nev., amendment that would expedite the environmental review process for certain domestic mine projects if the minerals in the mine are deemed necessary for strategic or national security purposes." The amendment was adopted, 229-183. [H R 5515, Vote #223, 5/23/18; CQ, 5/23/18]

**Perry Voted Against An Amendment That Would Eliminate The Bill's Repeal Of The Requirement That The Secretary Of Energy May Not Commence The Development Of A Low-Yield Nuclear Weapon Unless Specifically Authorized By Congress.** In May 2018, Perry voted against: "Garamendi, D-Calif., for Blumenauer, D-Ore., amendment that would eliminate the bill's repeal of the requirement that the secretary of Energy may not commence the development of a low-yield nuclear weapon unless specifically authorized by Congress. It would also limit funding to the W76-2 warhead modification until the Defense Department reports to Congress on the potential effects of certain low-yield nuclear warheads." The amendment was rejected in Committee of the Whole by a vote of 188-226. [H.Amdt.638 to H.R. 5515, Vote #222, 5/23/18; CQ, 5/23/18]

**Perry Voted Against An Amendment That Would Require The Annual Report On The Plan For U.S. Nuclear Weapons.** In May 2018, Perry voted against: "Aguilar, D-Calif., amendment that would require the annual report on the plan for U.S. nuclear weapons to include an estimate of the projected future total lifecycle cost of each type of nuclear weapon and delivery platform." The amendment was rejected in Committee of the Whole by a vote of 198-217. [H.Amdt.637 to H.R. 5515, Vote #221, 5/23/18; CQ, 5/23/18]

**Perry Voted Against An Amendment That Would Eliminate The Authorization For The Defense Department To Develop And Implement A Strategy With Foreign Partners To Counter Destabilizing Activities Undertaken By Iran.** In May 2018, Perry voted against: "Gabbard, D-Hawaii, amendment that would eliminate the authorization for the Defense Department to develop and implement a strategy with foreign partners to counter destabilizing activities undertaken by Iran." The amendment was rejected in Committee of the Whole by a vote of 60-355. [H.Amdt.636 to H.R. 5515, Vote #220, 5/23/18; CQ, 5/23/18]

**Perry Voted Against An Amendment That Would Eliminate The Authorization Of Appropriations For Overseas Contingency Operations.** In May 2018, Perry voted against: "Nolan, D-Minn., amendment that would eliminate the authorization of appropriations for overseas contingency operations." The amendment was rejected in Committee of the Whole by a vote of 62-351. [H.Amdt.635 to H.R. 5515, Vote #219, 5/23/18; CQ, 5/23/18]

**Perry Voted For The National Defense Authorization Act Of 2018 That Authorizes $692.1 Billion For Defense And Prohibits Closing Guantanamo Bay.** In November 2017, Perry voted for: "Adoption of the


conference report on the bill that would authorize $692.1 billion for defense programs in fiscal 2018, including $65.7 billion for overseas operations in Afghanistan, Iraq and Syria, and for the general war on terror. It would authorize $241.2 billion for operations and maintenance; $146.2 billion for military personnel; 10.7 billion for military construction and family housing; $15 billion for ballistic-missile defense; and $33.9 billion for defense health care programs, including $396 million from the overseas operations account. It would prohibit the use of funds for a new round of base closures. It would authorize $8 billion for various cybersecurity programs, would require the president to develop a national policy for the United States related to cybersecurity and would withhold certain funds made available for White House staff until the president would submit such national policy to Congress. The bill would authorize a 2.4 percent pay raise for military personnel. It would prohibit detainees at Guantanamo Bay, Cuba, from being transferred to U.S. soil, and would prohibit the closing of the main base and detention facility at Guantanamo. It would extend, through 2018, the authority for several bonus and special payments for military members." The conference report was adopted 356-70. [HR 2810, Vote #631, 11/14/17; CQ, 11/114/17]

**Perry Voted For Authorization FY 2018 Discretionary Funding For Defense Programs.** In July 2017, Perry voted for: "Passage of the bill that would authorize $688.3 billion in discretionary funding for defense programs in fiscal 2018. The total would include $74.6 billion for Overseas Contingency Operations funds, of which $10 billion would be used for non-war, base defense budget needs; $239.7 billion for operations and maintenance; $10.2 billion for military construction; $142.9 billion for military personnel; and $33.9 billion for defense health care programs. It would authorize $12.5 billion for procurement of F-35 planes, research and development, as well as modifications to existing aircraft, and would prohibit the retirement of the A-10 bomber fleet. The bill would require the Defense Department to submit to Congress a report on vulnerabilities to military installations resulting from climate change over the next 20 years, and would express the sense of Congress that climate change is a "direct threat" to U.S. national security. The bill would also require the Air Force to establish, by 2019, the Space Corps, a fighting force to improve the U.S. military's ability to address threats in space." The bill passed by a vote of 344-81. [H R 2810, Vote #378, 7/14/17; CQ, 7/14/17]

**Perry Voted Against An Amendment That Would Prohibit Student-Athletes Graduating From Service Academies From Seeking A Deferment In Order To Pursue Professional Athletic Careers.** In July 2017, Perry voted against: "Rooney, R-Fla., amendment that would eliminate the bill's provision that would prohibit student-athletes graduating from service academies from seeking a deferment of service in order to pursue professional athletic careers." The amendment was rejected, 318-107. [HR 2810, Vote #371, 7/13/17; CQ, 7/13/17

**Perry Voted For An Amendment That Would Require Determination Of Prevailing Wage in The Underlying Bill To Be Conducted By The Secretary Of Labor Using Surveys That Utilize Random Statistical Sampling techniques.** In July 2017, Perry voted for: "Gosar, R-Ariz., amendment that would require any determination of prevailing wage under the bill to be conducted by the secretary of Labor, through the Bureau of Labor Statistics, using surveys that utilize random statistical sampling techniques." The amendment was rejected, 242-183. [HR 2810, Vote #370, 7/13/17; CQ, 7/13/17]

**Perry Voted For Prohibiting Department Of Defense Funds From Being Used For Medical Treatment Related To Gender Transition.** In July 2017, Perry voted for: "Hartzler, R-Mo., amendment that would prohibit the use of Defense Department funds to provide medical treatment (other than mental health treatment) related to gender transition to a person entitled to military medical care under current law." The amendment was rejected by a vote of 209-214. [H R 2810, Vote #369, 7/13/17; CQ, 7/13/17]

**Perry Voted For An Amendment To Prohibit The Defense Department From Purchasing Alternative Energy Unless They Can Prove It Is Equivalent In Cost And Capabilities To Conventional Energy.** In July 2017, Perry voted for: "Buck, R-Colo., amendment that would prohibit funds authorized by the bill from being used by the Defense Department to purchase alternative energy unless such energy is equivalent in its cost and capabilities to conventional energy. The bill would require the Defense Department to complete a cost competitiveness calculation in order to determine the cost and capabilities of such energy sources." The amendment was rejected, 218-203. [HR 2810, Vote #367, 7/13/17; CQ, 7/13/17]



**Perry Voted Against An Amendment To Eliminate The Prohibition From Using Funding To Procure A New Coast Guard Icebreaker From The Underlying Bill.** In July 2017, Perry voted against: "Garamendi, D-Calif., amendment that would eliminate the bill's provision that would prohibit defense department funds authorized in the bill from being used to procure a new Coast Guard icebreaker." The amendment was rejected, 220-198. [HR 2810, Vote #366, 7/13/17; CQ, 7/13/17]

**Perry Voted For An Amendment To Eliminate The Prohibition On Conducting An Additional Round Of Base Realignment And Closure From The Underlying Bill.** In July 2017, Perry voted for: "McClintock, R-Calif., amendment that would eliminate the bill's prohibition on conducting an additional round of base realignment and closure." The amendment was rejected, 248-175. [HR 2810, Vote #365, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment To Limit Funding For The Long Range Standoff Weapon And The W80-4 Warhead Until The Secretary Of Defense Submits A Nuclear Posture Review To Congress.** In July 2017, Perry voted against: "Blumenauer, D-Ore., amendment that would limit funding to $95.6 million for development of the long range standoff weapon and $220.3 million for the W80-4 warhead until the secretary of Defense, in consultation with other federal agencies, submits to Congress a nuclear posture review including a detailed assessment of the long range standoff weapon's capabilities." The amendment was rejected, 254-169. [HR 2810, Vote #364, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment To Extend The Reporting Period From 10 To 25 Years For Federally Mandated Reporting On Nuclear Weapons And To Require A Detailed Plan To Sustain And Modernize Nuclear Weapons.** In July 2017, Perry voted against: "Garamendi, D-Calif., amendment that would require that the federally mandated annual report regarding the nuclear weapons stockpile, complex, delivery systems and the nuclear weapons command and control system to include a detailed plan to sustain, life-extend, modernize or replace the nuclear weapons and bombs in the nuclear weapons stockpile, and would extend the scope of the report from covering a 10-year period to covering a 25-year period." The amendment was rejected, 232-192. [HR 2810, Vote #363, 7/13/17; CQ, 7/13/17]

**Perry Voted For An Amendment To Allow The Secretary Of Defense To Include Information On The Costs Of US Nuclear Weapons And Nuclear Weapons Delivery Systems Past A 10-Year Period.** In July 2017, Perry voted for: "Rogers, R-Ky., amendment that would allow the secretary of Defense to include information in the annual report on the plan for US nuclear systems on the cost of fielding, maintaining, modernizing and replacing nuclear weapons and nuclear weapons delivery systems past a 10 year period." The amendment was adopted, 253-172. [HR 2810, Vote #362, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment To Extend The CBO's Cost Estimate Review Of Nuclear Weapons From A 10-Year Period To A 30-Year Period.** In July 2017, Perry voted against: "Aguilar, D-Calif., amendment that would extend a Congressional Budget Office cost estimate review on the fielding, maintaining, modernization, replacement and life extension of nuclear weapons and nuclear weapons delivery systems from covering a 10-year period to covering a 30-year period." The amendment was rejected, 235-188. [HR 2810, Vote #361, 7/13/17; CQ, 7/13/17]



**Perry Voted Against An Amendment To Prevent The Department Of Defense From Developing Intermediate Range Ground-Launched Missile Systems Until They Prove It Is Both Preferred For Ensuring That The NATO Defense And Deterrence Posture Remains Credible And Necessary For Returning Russia To Full Compliance With The INF Treaty.** In July 2017, Perry voted against: "Blumenauer, D-Ore., amendment that would prohibit the Department of Defense from developing and funding an intermediate range ground-launched missile system until the secretary of Defense has certified to Congress that such missile system is preferred for ensuring that the North Atlantic Treaty Organization's deterrence and defense posture remains credible in the face of a Russian intermediate ground-launched missile system, and the secretary of State has certified to Congress that such missile system is necessary to the secretary's efforts to return Russia to full compliance with the INF treaty." The amendment was rejected, 249-173. [HR 2810, Vote #360, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment Removing The Underlying Bill's Prohibition On Using Funds To Relocate Individuals Detained At Guantanamo Bay To The United States.** In July 2017, Perry voted against: "Nadler, D-N.Y., amendment that would remove the bill's prohibition on the use of funds for the transfer or release of individuals detained at Guantanamo Bay to the United States." The amendment was rejected, 257-167. [HR 2810, Vote #359, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment Expressing the Sense Of Congress That The Increase Of Defense Spending Should Be Matched By A Dollar-For-Dollar Increase Of Non-Defense Spending.** In July 2017, Perry voted against: "Jayapal, D-Wash., for Pocan, D-Wis., amendment that would express the sense of Congress that any increase of the combined amount authorized for National Defense Budget and Overseas Contingency Operations should be matched by a dollar-for-dollar increase of the annual amounts authorized for the federal non-defense discretionary budget." The amendment was rejected, 245-179. [HR 2810, Vote #358, 7/13/17; CQ, 7/13/17]

**Perry Voted Against An Amendment To Instruct The President To Reduce The Funds Authorized By The NDAA By 1%.** In July 2017, Perry voted against: "Polis, D-Colo., amendment that would direct the president to make reductions in amounts authorized by the bill as the president considers appropriate to reach a total reduction of one percent of the funds authorized by the bill. Military, reserve and National Guard personnel accounts and the Defense Health Program account would not be eligible for such reductions." The amendment was rejected, 351-73. [HR 2810, Vote #357, 7/13/17; CQ, 7/13/17]

**Perry Voted For An Amendment To Prevent The Defense Department From Entering Into Or Acting Upon Existing Contracts With Biorefineries.** In July 2017, Perry voted for: "Conaway, R-Texas, amendment that would prohibit the Defense Department from entering into any new contracts, making any awards, or expending any funds with respect to drop-in biofuels or biorefineries." The amendment was rejected, 225-198. [HR 2810, Vote #356, 7/13/17; CQ, 7/13/17]

**Perry Voted For Providing $577.9 Billion In Discretionary Funding For The Defense Department In Fiscal 2017.** In March 2017, Perry voted for "passage of the bill that would provide $577.9 billion in discretionary funding for the Defense Department in fiscal 2017. The total would include $516.1 billion in base Defense Department



funding subject to spending caps. It also would include $61.8 billion in overseas contingency operations funding. The bill would provide approximately $210.1 billion for operations and maintenance, approximately $117.8 billion for procurement, approximately $72.7 billion for research and development and $132.2 billion for military personnel, including a 2.1 percent pay raise. It also would provide roughly $34.1 billion for defense health programs. The measure would prohibit use of funds to construct or modify potential facilities in the United States to house Guantanamo Bay detainees." The bill passed by a vote of 371-48. [HR 1301, Vote #136, 3/8/17; CQ, 3/8/17]

**Perry Voted For Granting Gen. James Mattis An Exemption On The Prohibition Of Newly-Retired Officers From Serving As Secretary Of Defense.** In January 2017, Perry voted for "passage of the bill that would allow the first person to be confirmed secretary of Defense after the bill's enactment to serve in the position, even if the individual has not been retired from the military for seven years, so long as the person has been retired for at least three years. The bill would thus provide an exemption for President-elect Donald Trump's pick for the position, retired Marine Corps Gen. James Mattis, from a requirement for a seven-year waiting period before former servicemembers can be appointed to Defense secretary." The bill passed (thus cleared for the president) by a vote of 268-151. [S 84, Vote #59, 1/13/17; CQ, 1/13/17]

**Perry Voted For An Amendment To Provide $659 Billion To The Defense Department And Would Prohibit The Money From Being Used To House Guantanamo Detainees In The United States.** In January 2018, Perry voted for "Granger, R-Texas, motion to concur in Senate amendment to the bill with an amendment that would provide $659.2 billion in discretionary funding for the Defense Department in fiscal 2018. The total would include $584 billion in base Defense Department funding subject to spending caps. It also would include $75.1 billion in overseas contingency operations funding, $1.2 billion of which would be for additional U.S. troops in Afghanistan. The bill would provide approximately $191.7 billion for operations and maintenance and $138.2 billion for military personnel, including a 2.4 percent pay raise. It also would provide $34.3 billion for defense health programs. The measure would prohibit use of funds to construct or modify potential facilities in the United States to house Guantanamo Bay detainees. It would also make permanent a pilot program that allows volunteer groups to obtain criminal history background checks on prospective employees through a fingerprint check using state and federal records, which are the original provisions of the bill." Motion agreed to by a vote of 250-166. [H.R. 695, Vote #49, 1/30/18; CQ, 1/30/18]

**Perry Voted For Consideration Of A Measure That Would Provide $659.2 Billion In Discretionary Funding For The Defense Department In Fiscal 2018.** In January 2018, Perry voted for "adoption of the rule (H Res 714) that would provide for House floor consideration of the Senate amendment to the bill (HR 695) that is the expected legislative vehicle for a measure that would provide $659.2 billion in discretionary funding for the Defense Department in fiscal 2018." Adopted by a vote of 236-183. [H.R. 695, Vote #48, 1/30/18; CQ, 1/30/18]

## Economy & Jobs

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Establishing The Commerce Department's Office Of Space Commerce As The Primary Office Responsible For Authorizing And Supervising The Operation Of Nongovernmental Activities In Space.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Smith, R-Texas, motion to suspend the rules and pass the bill that would establish the Commerce Department's Office of Space Commerce as the primary office responsible for authorizing and supervising the operation of nongovernmental activities in space. It would direct the Transportation secretary to establish standards for this authorization of certain nongovernmental space activities related to data collection and imagery." The motion was rejected by a vote of 239 – 137. [S. 3277, Vote #485, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted For Raising The Maximum Threshold For Contracts That Are Awarded To Small Business Owners Who Are Women Or Service-Disabled Veterans.** In September 2018, Perry voted for "Chabot, R-Ohio, motion to suspend the rules and pass the bill that would raise the maximum threshold for sole source contracts that may be awarded to small business that are owned by women or service-disabled veterans, or operate in underutilized business zones. Contracts would not be allowed to exceed $7 million for industrial manufacturing or



$4 million for any other contract. It would also modify the eligibility determination process for such contracts." The motion was agreed to 392-5. [HR 6369, Vote #401, 9/25/18; CQ, 9/25/18]

**Perry Voted For Requiring The Small Business Administration To Increase Past Performance Ratings of Small Business Contractors That Serve As Mentors To Other Small Businesses Within Certain Federal Programs.** In September 2018, Perry voted for "Chabot, R-Ohio, motion to suspend the rules and pass the bill that would require the Small Business Administration to increase past performance ratings of small business contractors that serve as mentors to other small businesses within certain federal research and technology programs for small businesses." The motion was agreed to 389-6. [HR 6368, Vote #400, 9/25/18; CQ, 9/25/18]

**Perry Voted Against An Amendment That Would Have Required The Defense Department To Domestically Source Their Flatware.** In May 2018, Perry voted against: "Tenney, R-N.Y., amendment that would establish a domestic sourcing requirement at the Department of Defense for stainless steel flatware and would provide for a one-year phase-in period." The amendment was rejected, 174-239. [H R 5515, Vote #226, 5/23/18; CQ, 5/23/18]

**Perry Voted Against An Amendment That Would Have Required The Defense Department To Domestically Source Their Dinner Ware.** In May 2018, Perry voted against: "McKinley, R-W.Va., amendment that would establish a domestic sourcing requirement at the Department of Defense for dinner ware and would provide for a one-year phase-in period." The amendment was rejected, 160-252. [H R 5515, Vote #225, 5/23/18; CQ, 5/23/18]

**Perry Voted For The Standard Merger and Acquisition Reviews Through Equal Rules Act, A Bill To Reconcile Differences In Anti-Trust Injunction Standards Between The Federal Trade Commission And The Justice Department.** In, Perry voted for "Passage of the bill that would reconcile differences in anti-trust injunction standards between the Federal Trade Commission and the Justice Department. It would also require FTC cases related to unfair methods of competition to be processed through federal courts as opposed to the commission's administrative process. The bill would allow the FTC to issue judicial actions when resolving a case and would require the commission to notify state attorneys general in instances in which the state would be entitled to bring an action." The vote passed 230-185. [H.R. 5645, Vote #177, 5/9/18; CQ Floor Votes, 5/9/18]

**Perry Voted Against A Motion To Recommit With An Amendment Prohibiting Provisions In The Bill From Applying To Mergers That Would Unreasonably Increase The Cost Of Drugs.** In, Perry voted against "Doggett, D-Texas, motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would prohibit provisions in the bill from applying to mergers that would unreasonably increase the costs of pharmaceutical drugs." The vote failed 193-220. [H.R. 5645, Vote #176, 5/9/18; CQ Floor Votes, 5/9/18]

**Perry Voted For Blocking A Bill To Invest In Apprenticeship Programs.** In May 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would invest in registered apprenticeship programs that give hard-working Americans the skills and tools they need to compete for good jobs. Additionally, H.R. 2933 improves coordination between these apprenticeship-trained workers and employers who are looking to hire them. Promoting apprenticeships is part of offering a better deal to hard-working Americans to ensure that they can make it in America with better jobs, better wages, and a better future." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 226-177. [H Res 872, Vote #169, 5/8/18; CQ, 5/8/18; DemocraticLeader.gov, 5/8/18]

**Perry Voted For The Innovators To Entrepreneurs Act.** In April 2018, Perry voted for a bill that: "Expands the pool of eligible participants for I-Corps courses by allowing a portion of Small Business Innovation Research grants and Small Business Technology Transfer grants to be used to fund I-Corps training expenses and by allowing private citizens to apply to participate and pay out-of-pocket. Authorizes a new I-Corps course for commercial-ready research ventures that teaches skills involving company organization, attracting investors, and hiring." [HR 5086, Vote #149, 4/24/18; House Committee on Science, Space, and Technology, 4/24/18]



**Perry Voted For Blocking Consideration Of The Bring Jobs Home Act.** In July 2017, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic previous question would amend the rule to allow for consideration of H.R. 685, the bring jobs home act, which closes a tax loophole that actually rewards companies for moving jobs overseas while providing a tax credit to companies that move jobs back home to the U.S. *A vote for the motion was a vote to block consideration of the Bring Jobs Home Act.* The motion was agreed to by a vote of 236-192. [H RES 454, Vote #393, 7/19/17; CQ, 7/19/17]

**Perry Voted For Blocking Consideration Of A Bill That Would Promote Effective Apprenticeships.** In July 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 440)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 2933) to promote effective registered apprenticeships, for skills, credentials, and employment, and for other purposes." *A vote for the previous question was a vote to block the bill.* The previous question carried, 234-187. [H Res 440, Vote #354, 7/13/17; CQ, 7/13/17; DemocraticLeader.gov, 7/13/17]

**Perry Voted For Blocking An Amendment To The Internal Revenue Code Of 1986 That Would Encourage Domestic Insourcing And Discourage Foreign Outsourcing.** In June 2017, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 415)." According to the Democratic Leader's office, the motion prevented "consideration of the bill (H.R. 685) to amend the Internal Revenue Code of 1986 to encourage domestic insourcing and discourage foreign outsourcing." *A vote for the previous question was a vote to block consideration of HR 685.* The previous question carried, 235-190. [H Res 415, Vote #339, 6/29/17; CQ, 6/29/17; DemocraticLeader.gov, 6/29/17]

**Perry Voted For Blocking A Bill That Would Encourage Domestic Insourcing And Discourage Foreign Outsourcing.** In June 2017, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 392) that would provide for consideration of the bill (HR 1873)." According to the Congressional Record, Rep. Polis offered an amendment for "consideration of the bill (H.R.685) to amend the Internal Revenue Code of 1986 to encourage domestic insourcing and discourage foreign outsourcing." *A vote for the previous question was a vote to block the bill encouraging domestic insourcing and discouraging foreign outsourcing.* The previous question carried, 229-186. [H Res 392, Vote #312, 6/21/17; CQ, 6/21/17; Congressional Record, 6/21/17]

## Education

**Perry Voted For Blocking Consideration Of A Bill Focused On Increasing Access To Early Learning And Care.** In September 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question." According to the Congressional Record, "Mr. Speaker, families need access to a system that provides high quality, affordable early learning and care that will prepare children for success without breaking the bank. That is why, if we defeat the previous question, I am going to offer  an amendment to the rule to bring up Education and the Workforce  Committee Ranking Member Scott's bill, H.R. 3773, the Child Care for  Working Families Act." A vote *for the motion* was a vote to block consideration of a bill to increase access to early learning and care. The motion was agreed to 224-181. [HR 6691, Vote #386, 9/06/18; CQ, 9/06/18; Congressional Record, 9/06/18]

**Perry Voted For Requiring Higher Education Institutions To Ensure That Federal Student Loan Recipients Receive Annual Financial Counseling.** In September 2018, Perry voted for "Passage of the bill that would require institutions of higher education to ensure that students and parents who receive federal student loans or Pell grants receive annual financial counseling. It would require that exit counseling be tailored to a borrower's loans and potential income. It would authorize $2 million for the Department of Education to develop an online student loan



counseling tool for institutions of higher education to use to meet the bill's annual requirements." The bill passed 406-4. [HR 1635, Vote #385, 9/5/18; CQ, 9/5/18]

**Perry Voted Against Requiring The Study On Effectiveness Of Student Loans To Include Information On The Veteran Status Of Borrowers.** In September 2018, Perry voted against "Lamb, D-Pa., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would require that the bill's study on the effectiveness of student loan counseling include information on the veteran status of borrowers." The motion was rejected 187-224. [HR 1635, Vote #384, 9/5/18; CQ, 9/5/18]

**Perry Voted For Considering A Bill That Would Modify Counseling Requirements For Federal Student Loan Recipients.** In September 2018, Perry voted for "Adoption of the rule (H Res 1049) that would provide for House floor consideration of the bill (HR 1635) that would modify counseling requirements for federal student loan recipients, and would provide for House floor consideration of the bill (HR 4606) that would allow certain small-scale imports and exports of natural gas to be automatically approved." The resolution was adopted 224-180. [H Res 1049, Vote #383, 9/5/18; CQ, 9/5/18]

**Perry Voted For Blocking Consideration Of A Bill To Make Higher Education More Affordable.** In September 2018, Perry voted for: "Cheney, R-Wyo., motion to order the previous question." According to the Congressional Record, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 6543, the Aim Higher Act. This thoughtful proposal invests in our students, making higher education more affordable while also addressing the rising costs of college." A vote *for the motion* was a vote to block consideration of a bill to make higher education more affordable. The motion was agreed to 221-186. [HR 1635/4606, Vote #382, 9/05/18; CQ, 9/06/18; Congressional Record, 9/06/18]

**Perry Voted For Blocking The Rebuild America's Schools Act That Would Invest $100 Billion In Physical And Digital Infrastructure.** In May 2018, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would Rebuild America's Schools Act of 2017. H.R. 2475 would invest $100 billion to improve important physical and digital infrastructure in our nation's schools. It's crucial for Congress to invest in infrastructure for our schools to ensure our children receive the education they deserve." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 222-189. [H Res 908, Vote #217, 5/23/18; CQ, 5/23/18; DemocraticLeader.gov, 5/23/18]

**Perry Voted Against Exempting Rules Related To Consumer Protections For Student Loan Borrowers From The SCRUB Act.** In March 2017, Perry voted against the "Bonamici, D-Ore., amendment that would exempt from the bill's provisions rules related to providing consumer protections for student loan borrowers." The amendment was rejected in Committee of the Whole by a vote of 191-235. [HR 998, Vote #109, 3/1/17; CQ, 3/1/17]

**Perry Voted For Nullifying A Department Of Education Rule Requiring States To Annually Evaluate Teacher Certification Programs.** In February 2017, Perry voted for "passage of the joint resolution that would that would nullify an Education Department rule that requires states to annually evaluate the effectiveness of teacher preparation programs at higher education institutions. Programs are required to be ranked by level of performance and states would be required to provide assistance to the lowest-performing programs." The resolution was passed by a vote of 240-181. [HJRes 8, Vote #85, 2/7/17; CQ, 2/7/17]

**Perry Voted For Nullifying A Department Of Education Rule Requiring The Department To Define And Monitor Low-Performing Schools.** In February 2017, Perry voted for "passage of the joint resolution that would nullify an Education Department rule that requires states to define, subsequently monitor and intervene with schools deemed to be low-performing schools. Under the department's rule, states are required to measure academic achievement through factors such as graduation rates and English proficiency rates." The resolution was passed by a vote of 234-190. [HJRes 57, Vote #84, 2/7/17; CQ, 2/7/17]



**Energy**

**Perry Voted For Modifying Nuclear Regulatory Commission Licensing And Fee Processes.** In December 2018, Perry voted for "Kinzinger, R-Ill., motion to suspend the rules and pass the bill that would modify Nuclear Regulatory Commission licensing and fee processes, including several provisions related to the development of advanced nuclear reactor designs. It would also require the Commission to report on uranium recovery licensing." The motion was agreed to by a vote of 361 – 10. [S. 512, Vote #493, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted For Allowing Applications For Small-Scale Imports And Exports Of Natural Gas To Be Automatically Approved If They Would Not Exceed .14 Billion Cubic Feet Per Day.** In September 2018, Perry voted for "Passage of the bill that would allow applications for small-scale imports and exports of natural gas to be automatically approved if they would not exceed 0.14 billion cubic feet per day and would not require an environmental impact statement or an environmental assessment." The bill passed 260-146. [HR 4606, Vote #392, 9/6/18; CQ, 9/6/18]

**Perry Voted Against Amending A Bill To Prohibit Any Imports Or Exports From Being Automatically Approved If The Pipeline Involved Was Acquired Through Eminent Domain.** In September 2018, Perry voted against "Watson Coleman, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit any imports or exports from being automatically approved under the bill's provisions if any pipeline involved in the importing or exporting process used land acquired through eminent domain." The motion was rejected 178-231. [HR 4606, Vote #391, 9/6/18; CQ, 9/6/18]

**Perry Voted Against Requiring Natural Gas Exports To Include Information Demonstrating That The Natural Gas Was Produced Using Techniques To Minimize Methane Emissions.** In September 2018, Perry Voted Against "DeGette, D-Colo., amendment that would require natural gas export applications covered under the bill to include information to demonstrate that the natural gas was produced using techniques and systems designed to minimize methane emissions from leaks or venting." The amendment was rejected 195-210. [HR 4606, Vote #390, 9/6/18; CQ, 9/6/18]

**Perry Did Not Vote On An Amendment That Would Let Hearings And Public Input Before A Relevant Application Could Be Deemed Consistent With The Public Interest.** In September 2018, Perry did not vote on "Pallone, D-N.J., amendment that would require an opportunity for hearings and public input before a relevant application could be deemed consistent with the public interest." The amendment was rejected 176-227. [HR 4606, Vote #389, 9/6/18; CQ, 9/6/18]

**Perry Voted For An Amendment Prohibiting Appropriating Funds For Any Regulation Based On Documents From The Interagency Working Group On The Social Cost Of Carbon.** In July 2018, Perry voted for: "Mullin, R-Okla., amendment no. 44, that would prohibit appropriated funds from being used to prepare, propose or promulgate any regulation or guidance which would rely on the analyses found in various documents published by the Interagency Working Group on the Social Cost of Carbon." The resolution was adopted by a vote of 215-199. [H R 6147, Vote #347, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment Prohibiting Appropriating Funds To Enforce An EPA Rule On Oil And Gas Emissions Standards.** In July 2018, Perry voted for: "Mullin, R-Okla., amendment no. 43, that would prohibit appropriated funds from being used to enforce the EPA's 'Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources' rule." The resolution was adopted by a vote of 215-194. [H R 6147, Vote #346, 7/18/18; CQ, 7/18/18]

**Perry Voted For Considering A Concurrent Resolution Expressing The Sense Of Congress That A Carbon Tax Would Be Detrimental To The Economy.** In July 2018, Perry voted for: "Adoption of rule (H Res 1001) that would provide for House floor consideration of the concurrent resolution (H Con Res 119) expressing the sense



of Congress that a carbon tax would be detrimental to the United States economy." The amendment was adopted, 229-183. [H Res 1001, Vote #340, 7/18/18; CQ, 7/18/18]

**Perry Voted Against A $146.5 Energy-Water-Legislative Branch-Veterans Affairs Appropriations For Fiscal Year 2019.** In June 2018, Perry voted against: "Passage of the bill, as amended, that would provide $146.5 billion in discretionary funding for fiscal 2019 to various departments, agencies and legislative operations, including $44.7 billion for the Energy Department, the Army Corps of Engineers, the Interior Department's Bureau of Reclamation; $98 billion for military construction activities and for VA programs and activities; and $3.8 billion for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. It would provide $11.2 billion for programs that maintain and refurbish nuclear weapons in the United States' stockpile. As amended, it would provide $1.1 billion in funding for the Veterans Community Care Program." The bill passed by a vote of 235-179. [HR 5895, Vote #257, 6/8/18; CQ, 6/8/18]

> **Bill Included Cuts To Renewable Energy Research, Funding For Yucca Mountain Nuclear Waste Repository, And Rider To Repeal "Waters Of The United States" Rule.** "House lawmakers want more money for nuclear weapon modernization efforts while introducing cuts to renewable energy research. It also would set aside funding for the Yucca Mountain nuclear waste repository in Nevada and continue funding for the mixed oxide fuel fabrication facility in South Carolina. The House bill includes controversial policy riders meant to ease the repeal of the EPA-Army Corps joint 'Waters of the United States' regulation. Democrats have called the measure a "poison pill" unlikely to survive Senate scrutiny." [CQ, 6/8/18]

> **Rep. Lowey: Republicans Attached Veterans Affairs Appropriations To Energy Appropriations To Force Through Cuts To Clean Energy Initiatives And Roll Back Clean Water Protections.** "This broken process has a simple aim: Republicans are using America's veterans as pawns to force through cuts to clean energy research and harmful policy provisions that weaken environmental safeguards. […] With gas prices approaching $3 a gallon, the bill cuts energy efficiency and renewable energy initiatives. It cuts transformational science efforts, such as the successful and popular ARPA-E program. Just as bad, it contains many harmful riders, including rolling back clean water protections, blocking the National Oceans Policy, further endangering salmon on the Columbia River, and weakening gun safety rules on public lands." [Rep. Lowey Floor Statement, 6/7/18]

> **Appropriations Bill Would Transition VA Choice Program From Mandatory To Discretionary Spending, Leaving It Open To Cuts.** "While I support many of the increases within the Military Construction and Veterans Affairs bill, Republicans have created a dilemma by transitioning the VA Choice program from mandatory to discretionary funding in the middle of fiscal year 2019. Even worse, Republicans have blocked consideration of my amendment to solve this problem. That will mean a further squeeze, and perhaps even cuts, to programs that benefit the middle class." [Rep. Lowey Floor Statement, 6/7/18]

**Perry Voted For An Amendment To Prohibit Appropriating Funds For The Creation Of Regulations Or Guidance's That Rely on Analysis From "Interagency Working Group On The Social Cost Of Carbon."** In June 2018, Perry voted for "Gohmert, R-Texas, amendment that would prohibit appropriated funds from being used to prepare, propose or promulgate any regulation or guidance which would rely on the analyses found in various documents published by the Interagency Working Group on the Social Cost of Carbon." The vote was adopted 212-201. [HR 5895, Vote #253, 6/8/18; CQ Floor Votes, 6/8/18]

**Perry Voted For An Amendment That Would Reduce Appropriations For The Energy Water Division By $1.5 Billion.** In June 2018, Perry voted for "Norman, R-S.C., amendment that would reduce the total amount of appropriations for the Energy-Water division of the bill by $1.5 billion." The vote failed 128-289. [HR 5895, Vote #252, 6/7/18; CQ Floor Votes, 6/7/18]

**Perry Voted For An Amendment That Would Reduce All Funds Appropriated In Energy-Water Division Of The Bill By One Percent.** In June 2018, Perry voted for "Blackburn, R-Tenn., amendment that would reduce all


funds appropriated in Energy-Water division of the bill by one percent." The amendment failed, 155-262. [H.R. 5895, Vote #251, 6/7/18; CQ, 6/7/18]

**Perry Voted For An Amendment To Reduce The Salary Of The Administrator Of The Western Area Power Administration To $1.** In June 2018, Perry voted for "Gosar, R-Ariz., amendment that would reduce the salary of the administrator of the Western Area Power Administration, Mark Gabriel, to $1." The amendment failed, 139-276. [H.R. 5895, Vote #249, 6/7/18; CQ, 6/7/18]

**Perry Voted For A Bill That Would Require The Nuclear Regulatory Commission To Decide Whether To Construct A Waste Repository At Yucca Mountain.** In May 2018, Perry voted for "Passage of the bill that would require a decision within 30 months of enactment by the Nuclear Regulatory Commission on the licensing process and construction relating to the nuclear repository at Yucca Mountain. It would also authorize the establishment of interim storage facilities to be operated by the Energy Department until the repository is finished, and would additionally authorize a rail line to connect Yucca Mountain with the national rail system. The bill would also increase from 70,000 metric tons to 110,000, the allowable storage for the repository and provide additional financing mechanisms for the Yucca Mountain project as well as the compensation to Nevada for hosting the national nuclear waste repository." The bill passed, 340-72. [HR 3053, Vote #179, 5/10/18; CQ, 5/10/18]

**Perry Voted Against An Amendment Requiring Consent From State, Local, And Tribal Governments Before Transporting Nuclear Fuel And Nuclear Waste.** In, Perry voted against "Titus, D-Nev., amendment that would strike all provisions in the bill and would require consent form state, local, and tribal governments before spent nuclear fuel or high-level radioactive waste could be transported through the entity's jurisdiction." The vote failed 80-332. [H.R. 3053, Vote #178, 5/10/18; CQ Floor Votes, 5/10/18]

**Perry Voted For Modifying Non-Federal Hydropower Project Regulations To Extend Preliminary Permits To Five Years.** In November 2017, Perry voted for: "Passage of the bill that would specify a variety of timeframes and procedures for the Federal Energy Regulatory Commission to follow in carrying out required permitting and licensing activities for non-federal hydropower projects and would make FERC the lead agency for coordinating all applicable federal authorizations. It would extend, from three years to four, the duration of a preliminary permit for proposed non-federal hydropower projects and would allow project sponsors to initiate construction up to 10 years after a proposed project receives a license from FERC." The bill passed 257-166. [HR 3043, Vote #620, 11/8/17; CQ, 11/8/17]

**Perry Voted Against Requiring That Federal Agencies Work With Stakeholders To Create New Hydropower Licensing Rules.** In November 2017, Perry voted against: "Rush, D-Ill., amendment that would replace the entirety of the bill's provisions with a requirement that a number of federal agencies work alongside other stakeholders, including tribal organizations, to develop a rule that would provide a new process for coordinated federal hydropower project licensing." The amendment failed 234-185. [HR 3043, Vote #619, 11/8/17; CQ, 11/8/17]

**Perry Voted For Streamlining The Pipeline Approval Process.** In July 2017, Perry voted for: "Passage of the bill that would establish the Federal Energy Regulatory Commission as the sole lead agency for the permitting of proposals to build or expand natural gas pipelines. The bill would require the commission to set deadlines by which federal agencies would need to take certain actions as part of the pipeline project proposal review process and would, in the event an agency fails to meet a deadline set by the commission, require the head of the agency to notify Congress and set forth a recommended implementation plan for the completion of the action." Passed by a vote of 248-179. [H R 2910, Vote #402, 7/19/17; CQ, 7/19/17]

**Perry Voted Against Curbing The Eminent Domain Authority of Pipeline Projects.** In July 2017, Perry voted against: "Watson Coleman, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit approval of an application for a certificate of public convenience and necessity under the Natural Gas Act unless the applicant agrees not to exercise its eminent domain authority under such law." According to the Democratic Leader's Office, "Democrats'


Motion to Recommit would add a requirement to the underlying bill that project applicants agree not to exercise eminent domain authority." Motion rejected by a vote of 189-239/ [H R 2910, Vote #401, 7/19/17; CQ, 7/19/17; Democratic Leader's Office, Motion to Recommit, 7/19/17]

**Perry Voted Against Requiring The Federal Energy Regulatory Commission, To Prepare A Supplement To Its Environmental Impact Statement.** In July 2017, Perry voted against: "Beyer, D-Va., amendment that would require the Federal Energy Regulatory Commission, when conducting a project-related review under the National Environmental Policy Act, to prepare a supplement to its environmental impact statement in certain cases, such as if the commission makes a substantial change to the proposed action related to environmental concerns, or if there were to be "significant new circumstances or information" related to environmental concerns with bearing on the application." The amendment was rejected by a vote of 186-222. [H R 2910, Vote #400, 7/19/17; CQ, 7/19/17]

**Perry Voted Against Prohibiting The Federal Energy Regulatory Commission From Allowing An Oil Or Natural Gas Pipeline Project On Lands Managed For Natural Resource Conservation Or Recreation.** In July 2017, Perry voted against: "Tsongas, D-Mass., amendment that would that would prohibit the Federal Energy Regulatory Commission from issuing a certificate of public convenience and necessity to an oil or natural gas pipeline project if any part of such facility would be located on lands required, by federal, state, or local law, to be managed for natural resource conservation or recreation." The amendment was rejected by a vote of 180-249. [H R 2910, Vote #399, 7/19/17; CQ, 7/19/17]

**Perry Voted For Establishing A New System For The Approval And Permitting Of Border-Crossing Oil And Gas Pipelines And Electrical Transmission Lines.** In July 2017, Perry voted for: "Passage of the bill that would establish a new system for the approval and permitting of border-crossing oil and gas pipelines and electrical transmission lines. The bill would require sponsors of border-crossing oil pipelines and electricity transmission facilities that cross the U.S. borders into Canada and Mexico to receive a "certificate of crossing" from the relevant federal agency in order to build or modify their projects, thereby eliminating the need for a presidential permit. The bill would eliminate the requirement under current law that the Energy Department approve the transmission of electricity from the U.S. to another country." The bill passed by a vote of 254-175. [H R 2883, Vote #398, 7/19/17; CQ, 7/19/17]

**Perry Voted Against A Motion Requiring Iron And Steel Products Used In The Border-Crossing Facility To Be Produced in the United States.** In July 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require, as a condition of issuing a certificate of crossing, that all iron and steel products used in the construction, connection, operation, and maintenance of a border-crossing facility would be produced in the United States." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add a requirement to the underlying bill that all iron and steel products used in construction, connection, operation, and maintenance of the border-crossing facility be produced in the United States." Motion rejected by a vote of 193-232. [H R 2883, Vote #397, 7/19/17; CQ, 7/19/17; Democratic Leader's Office, Motion to Recommit, 7/19/17]

**Perry Voted Against Prohibiting The Federal Energy Regulatory Commission From Allowing An Oil Or Natural Gas Pipeline Project On Lands Managed For Natural Resource Conservation Or Recreation.** In July 2017, Perry voted against: "Tsongas, D-Mass., amendment that would prohibit the Federal Energy Regulatory Commission from issuing a certificate of crossing for an oil or natural gas pipeline project if any part of such facility would be located on lands required, by federal, state, or local law, to be managed for natural resource conservation or recreation." The amendment was rejected by a vote of 179-247. [H R 2883, Vote #396, 7/19/17; CQ, 7/19/17]

**Perry Voted Against Establishing The State Department As Having The Agency Of Jurisdiction Regarding Permitting Cross-Border Oil Pipelines.** In July 2017, Perry voted against: "Engel, D-N.Y., amendment that would establish the State Department as the agency of jurisdiction with respect to permitting authority for cross-border oil pipelines." The amendment was rejected by a vote of 182-246. [H R 2883, Vote #395, 7/19/17; CQ, 7/19/17]



**Perry Voted For Nullifying A Bureau Of Land Management "Methane Rule" To Limit The Release Of Methane From Oil And Gas Operations On Federal Land.** In February 2017, Perry voted for "a Congressional Review Act resolution to nullify the Bureau of Land Management's rule to limit the release of methane from oil and gas operations on federal land. […] The Interior Department's BLM finalized the venting and flaring rule - also known as the methane rule - in November. It requires oil and gas operators to control releases of waste methane - a potent greenhouse gas - by adopting new technologies, more frequently inspecting for leaks and replacing outdated equipment that discharges large amounts of natural gas." The resolution was passed by a vote of 221-191. [HJRes 36, Vote #78, 2/3/17; CQ News, 2/3/17]

> **Rule Would Force Companies To Capture Methane At Drilling Sites, Preventing An Estimated 180,000 Tons From Escaping Each Year, And Raising Millions In Revenue Each Year.** "The methane emissions rule, issued by the Interior Department's Bureau of Land Management in November, addresses a potent greenhouse gas that is accelerating climate change. The rule would force oil and gas companies to capture methane that had been previously burned off or 'flared' at drilling sites. According to federal estimates, the rule would prevent roughly 180,000 tons a year of methane from escaping into the atmosphere and would boost federal revenue between $3 million and $13 million a year because firms only pay royalties on the oil and gas they capture and contain." [Washington Post, 5/10/17]

**Perry Voted For Protect Oil & Gas Companies From Having To Publicly Disclose Payments To Foreign Governments.** In February 2017, Perry voted for "passage of the joint resolution that would nullify a Securities and Exchange Commission rule that requires companies that develop oil, natural gas or minerals to publicly report in detail payments to foreign governments or to the U.S. government totaling at least $100,000 annually per project for extraction, exploration or export of these resources." The resolution passed by a vote of 235-187. [HJRes 41, Vote #72, 2/1/17; CQ, 2/1/17]

**Perry Voted Against Excluding Any Rule Intended To Ensure Pipeline Safety From Being Defined As A "Major Rule."** In January 2017, Perry voted against the "McNerney, D-Calif., for Pallone, D-N.J., amendment that would exclude rules intended to either ensure the safety of natural gas or hazardous materials pipelines or to prevent or reduce the impact of spills from such pipelines from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-235. [HR 26, Vote #19, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Perry Voted Against Excluding Any Rule Pertaining To Nuclear Reactor Safety Standards From Being Defined As A "Major Rule."** In January 2017, Perry voted against the "Nadler, D-N.Y., amendment that would exclude rules pertaining to nuclear reactor safety standards from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 194-231. [HR 26, Vote #18, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic



regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

## Environment

**Perry Voted For Requiring The Environmental Protection Agency Administrator To Revise Clean Air Standards With Respect To The Manufacture And Use Of Certain Compression-Ignition Engines Used To Provide Power In Remote Areas Of Alaska.** In December 2018, Perry voted for "Shimkus, R-Ill., motion to suspend the rules and pass the bill that would require the Environmental Protection Agency administrator to revise clean air standards with respect to the manufacture and use of certain compression-ignition engines used to provide power in remote areas of Alaska." The motion was rejected by a vote of 202 – 171. [S. 1934, Vote #494, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Reauthorizing A 1998 Act To Conserve Tropical Forests Internationally, And Expand Its Scope To Also Focus On Coral Reef Conservation.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Royce, R-Calif., motion to suspend the rules and pass the bill that would reauthorize a 1998 act to conserve tropical forests internationally, and expand its scope to also focus on coral reef conservation. It would authorize $20 million annually through fiscal 2020 for conservation programs, including grants to other countries for maintaining coral reef ecosystems. " The motion was agreed to by a vote of 332 – 43. [S. 1023, Vote #488, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted Against Reauthorizing The National Oceanic And Atmospheric Administration's National Drought Information System.** In December 2018, Perry voted against: "Smith, R-Texas, motion to suspend the rules and pass the bill that would reauthorize through fiscal 2023 the National Oceanic and Atmospheric Administration's national drought information system. It would authorize $13.5 million for the program in fiscal 2019, with the amount increasing by $250,000 annually through fiscal 2023." The motion was agreed to by a vote of 379-9. [S 2200, Vote #461, 12/20/18; CQ, 12/20/18]

**Perry Voted For Requiring Several Studies On The Management And Operations Of Fisheries.** In December 2018, Perry voted for: "Graves, R-La., motion to suspend the rules and pass the bill that would require several federal studies by the comptroller general, Commerce secretary, and National Academies on the management and operation of fisheries. It would also direct the Commerce Department collect and report data on recreational fisheries and create grants to assist states in complying with data collection." The motion was agreed to by a vote of 350-11. [S 1520, Vote #444, 12/19/18; CQ, 12/19/18]

**Perry Voted Against Authorizing The National Park Service To Acquire 89 Acres Of Land In New York.** In September 2018, Perry voted against "McClintock, R-Calif., motion to suspend the rules and pass the bill that would authorize the National Park Service to acquire 89 acres of land adjacent to the Franklin D. Roosevelt National Historic Site and incorporate such land into the site." The motion was agreed to 394-15. [HR 5420, Vote #404, 9/26/18; CQ, 9/26/18]

**Perry Voted For Authorizing Landowners In Northport Irrigation District Of Nebraska To Repay Obligations To The Bureau Of Reclamation.** In September 2018, Perry voted for "Gianforte, R-Mont., motion to suspend the rules and pass the bill that would authorize the early repayment of obligations by landowners within the Northport Irrigation District of Nebraska to the Bureau of Reclamation for construction costs of the North Platte Project in Nebraska." The motion was agreed to 378-1. [HR 4689, Vote #396, 9/12/18; CQ, 9/12/18]

**Perry Voted For A Bill That Would Direct Several Federal Agencies Across Four Departments To Establish The Every Kid Outdoors Program.** In September 2018, Perry voted for "Gianforte, R-Mont., motion to suspend the rules and pass the bill that would direct several federal agencies across four departments to jointly establish the Every Kid Outdoors program to issue all fourth grade students with a pass that would provide free access to



publicly accessible federal lands and waters. The passes would be issued as requested by each student." The motion was agreed to 383-2. [HR 3186, Vote #395, 9/12/18; CQ, 9/12/18]

**Perry Voted For Requiring The U.S. Forest Service To Exchange Land Within The Ouachita National Forest For Land Owned By Walnut Grove Community Church.** In September 2018, Perry voted for "Gianforte, R-Mont., motion to suspend the rules and pass the bill that would require the U.S. Forest Service to exchange four acres of land within the Ouachita National Forest for six acres of land owned by the Walnut Grove Community Church of Jessieville, Ark." The motion was agreed to 379-3. [HR 5923, Vote #394, 9/12/18; CQ, 9/12/18]

**Perry Voted For Removing The Gray Wolf From The List Of Endangered Species And Therefore Removing Federal Protections For The Species.** In November 2018, Perry voted for "Passage of a bill that would direct the U.S. Fish and Wildlife Service to issue a rule removing the gray wolf from the list of endangered and threatened wildlife, thus removing federal protections for the species, in the 48 contiguous United States. It would also direct the Interior Department to reissue a 2011 rule delisting gray wolves in the Western Great Lakes region of Minnesota, Wisconsin, and Michigan, and would exempt both rules, and another rule delisting the species in Wyoming, from judicial review." The bill passed 196-180. [HR 6784, Vote #420, 11/16/18; CQ, 11/16/18]

**Perry Voted For Passage Of A Bill Making Appropriations For The Department Of The Interior, Environment, And Related Agencies For FY 2019.** In July 2018, Perry voted for "Passage of the bill that would make available $58.7 billion through fiscal 2019, with $35.3 billion for the Department of Interior and environmental programs, and $23.4 billion for financial services matters and related agencies. Specifically, it would provide $8 billion for the Environmental Protection Agency, $3.1 billion for the U.S. Forest Service, non-wildfire, core functions, $13 billion for the Interior Department, and $11.6 billion for the Internal Revenue Service. It would also place $585 million into a "savings account" that could not be used until the federal budget is balanced. As amended, it would also restrict greenhouse gas emissions regulations and would limit funding for enforcement of endangered species-protections for certain animals. Other amendments would also prohibit the District of Columbia from enforcing certain health care-related provisions."  The bill passed 217-199. [HR 6147, Vote #365, 7/24/18; CQ, 7/24/18]

**Perry Voted For A Resolution Decrying A Carbon Tax.** In July 2018, Perry voted for: "Adoption of the concurrent resolution that would express the sense of Congress that a carbon tax would be detrimental to American families and businesses, and is not in the best interest of the United States." The resolution was adopted by a vote of 229-180. [H Con Res 119, Vote #363, 7/19/18; CQ, 7/19/18]

**Perry Voted For Prohibiting Funds From Being Used To Pay Lawyers' Fees In Settlements Related To The Clean Air Act, Federal Water Pollution Control Act, Or The Endangered Species Act.** In July 2018, Perry voted for: "Smith, R-Mo., amendment no. 70, that would prohibit appropriated funds from being used to pay attorney's fees in a settlement related to the Clean Air Act, the Federal Water Pollution Control Act or the Endangered Species Act." The amendment was adopted by a vote of 215-199. [HR 6147, Vote #357, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment To Prohibit Appropriated Funds From Being Used For The Environmental Justice Small Grants Program.** In July 2018, Perry voted for "Hice, R-Ga., amendment no. 69, to that would prohibit appropriated funds from being used for Environmental Justice Small Grants Program." The amendment failed, 174-240. [H.R. 6147, Vote #356, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment To Prohibit Appropriated Funds From Being Used To Establish The Ironwood Forest National Monument.** In July 2018, Perry voted for "Gosar, R-Ariz., amendment no. 63, that would prohibit appropriated funds from being used to carry out the establishment of the Ironwood Forest National Monument." The amendment failed, 193-220. [H.R. 6147, Vote #355, 7/18/18; CQ, 7/18/18]



**Perry Voted For An Amendment To Prohibit Appropriated Funds From Being Used On Rulemaking Regarding The Lesser Prairie Chicken.** In July 2018, Perry voted for "Pearce, R-N.M., amendment no. 62, that would prohibit appropriated funds from being used to propose, implement or enforce any rulemaking on the lesser prairie chicken. " The amendment was agreed to, 216-199. [H.R. 6147, Vote #354, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment To Prohibit Appropriated Funds From Being Used To Treat The New Mexico Meadow Jumping Mouse As An Endangered Species.** In July 2018, Perry voted for "Pearce, R-N.M., amendment no. 60, that would prohibit appropriated funds from being used to treat the New Mexico meadow jumping mouse as an endangered species." The amendment failed, 206-209. [H.R. 6147, Vote #353, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment To Prohibit Funds From Being Used By The EPA For Any Actions Described As A "Backstop" In A December 2009 Letter From The EPA's Regional Administrator To The States In The DC-Area Watershed.** In July 2018, Perry voted for "Goodlatte, R-Va., amendment no. 50, that would prohibit appropriated funds from being used by the EPA to take any actions described as a 'backstop' in a December 2009 letter from the EPA's regional administrator to the states in the watershed and the District of Columbia." The amendment was agreed to, 213-202. [H.R. 6147, Vote #351, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment That Would Prohibit Funds From Being Used To Implement The Threatened Or Endangered Species Listing Of Any Plant Or Wildlife That Has Not Undergone A Review Mandated By The Endangered Species Act.** In July 2018, Perry voted for "Lamborn, R-Colo., amendment no. 49, that would prohibit appropriated funds from being used to implement or enforce the threatened species or endangered species listing of any plant or wildlife that has not undergone a review as required by the Endangered Species Act." The amendment was agreed to, 213-201. [H.R. 6147, Vote #350, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment Against Appropriating Funds To Saving The Meadow Jumping Mouse.** In July 2018, Perry voted for: "Lamborn, R-Colo., amendment no. 48, that would prohibit appropriated funds from being used to implement or enforce the threatened species listing of the Preble's meadow jumping mouse under the Endangered Species Act." The resolution was adopted by a vote of 213-202. [H R 6147, Vote #349, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment Against Appropriating Funds To Washington State's Water Quality Initiatives.** In July 2018, Perry voted for: "McMorris Rodgers, R-Wash., amendment no. 46, that would prohibit appropriated funds from being used to implement Washington state's revised water quality standard." The resolution was adopted by a vote of 227-185. [H R 6147, Vote #348, 7/18/18; CQ, 7/18/18]

**Perry Voted Against Emphasizing A Need For More Funding For The Environmental Justice Program.** In July 2018, Perry voted against: "Adams, D-N.C., amendment no. 29 that would decrease, then increase, funding for Environmental Protection Agency environmental programs and management by $742,000." Congress.gov said, "this increase is to emphasize the need for greater funding for the Environmental Justice program area within the account." The resolution failed by a vote of 194-218. [H R 6147, Vote #344, 7/18/18; CQ, 7/18/18; Congress.gov, accessed 8/2/18]

**Perry Voted Against An Amendment That Would Have Increased The Interior Department's Inspector General's Office Budget, While Reducing The Secretary's.** In July 2018, Perry voted against: "Grijalva, D-Ariz., amendment no. 25, that would increase funding for the Interior Department Inspector General's Office by $2.5 million, and would decrease funding for the Office of the Interior Secretary by an equal amount." The amendment was rejected, 190-223. [H R 6147, Vote #342, 7/18/18; CQ, 7/18/18]

**Perry Voted For An Amendment That Would Have Increased The National Park Service's Operations Budget, While Reducing Their Land Acquisition Budget.** In July 2018, Perry voted for: "Biggs, R-Ariz., amendment no. 1, that would increase funding for the operations and maintenance of the National Park Service by


$2.4 million and would decrease funding for land acquisition activities by an equal amount." The amendment was rejected, 172-237. [H R 6147, Vote #341, 7/18/18; CQ, 7/18/18]

**Perry Voted For Considering FY 2019 Appropriations For Interior, Environment, Financial Services, Agriculture, FDA, Transportation, And HUD.** In July 2018, Perry voted for: "Adoption of the rule (H Res 996) that would provide for House floor consideration of the bill (HR 6147) that would make available $58.7 billion through fiscal 2019, with $35.3 billion for the Department of Interior, environment portion, and $23.4 billion for the Financial Services and related agencies portion." The rule was adopted 229-184. [H Res 996, Vote #332, 7/18/18; CQ, 7/17/18]

**Perry Voted For Passage Of The Endangered Salmon And Fisheries Predation Prevention Act.** In June 2018, Perry voted for "Passage of the bill that would authorize the National Oceanic and Atmospheric Administration to issue permits for certain state governments to hunt for sea lions. The states that would be eligible for the permits would be Washington, Oregon, Idaho, and American Indian Tribes with lands surrounding the Columbia River and its tributaries, and each permit would authorize the taking of up to 100 sea lions." The bill passed, 288-116. [H.R. 2083, Vote #294, 6/26/18; CQ, 6/26/18]

**Perry Voted Against An Amendment To Remove A Ban On The Use Of Funds Appropriated By The Bill To Further Implement Certain Coastal And Marine Spatial Planning And Ecosystem-Based Management Projects.** In June 2018, Perry voted against "Lowenthal, D-Calif., for Beyer, D-Va., amendment that would remove a ban on the use of funds appropriated by the bill to further implement certain coastal and marine spatial planning and ecosystem-based management projects." The amendment failed, 195-223. [H.R. 5895, Vote #250, 6/7/18; CQ, 6/7/18]

**Perry Voted For An Amendment To Repeal Clean Water Rule That Extended Federal Protections To More Bodies Of Water And Would Protect Against Pollution in 60 Percent Of The Nation's Bodies Of The Water.** In May 2018, Perry voted for: "Banks, R-Ind., amendment that would repeal the EPA's rule regarding the definition of the "Waters of the United States" under the Clean Water Act." According to the New York Times, the "Waters of the United States rule, designed to limit pollution in about 60 percent of the nation's bodies of water, was put forth by the E.P.A. and the Army Corps of Engineers in 2015. It had extended existing federal protections of large bodies of water, such as the Chesapeake Bay and Puget Sound, to smaller bodies that flow into them, such as rivers, small waterways and wetlands. Issued under the authority of the 1972 Clean Water Act, the rule has been hailed by environmentalists. But farmers, ranchers and real estate developers oppose it as an infringement on their property rights." The amendment adopted 238 to 173. [HR 2, Vote #203, 5/18/18; CQ, 5/18/18; New York Times, 1/31/18]

**Perry Voted For An Amendment To Exempt Alaska From A Rule That Prohibits Road Construction On Roadless Forest Service Lands.** In May 2018, Perry voted for "Young R-Alaska, amendment that would exempt Alaska from a 2001 Forest Service rule that prohibits road construction and timber harvesting on approximately 58.5 million acres of roadless Forest Service lands." The amendment was adopted, 208-207. [HR 1865, Vote #199, 5/17/18; CQ, 5/17/18]

**Perry Voted For An Amendment To Limit The Scope Of Certain Forest Management Related Environmental Impact Statements.** In May 2018, Perry voted for "Westerman, R-Ark., amendment that would require environmental impact statements for certain forest management activities to only study and describe the forest management activity in question and the alternative of not taking any action." The amendment was adopted, 224-191. [HR 1865, Vote #198, 5/17/18; CQ, 5/17/18]

**Perry Voted For Requiring The Columbia River Power System To Be Operated With Lower Water Flow.** In April 2018, Perry voted for: "Passage of the bill that would require the Federal Columbia River Power System to be operated under specifications that allow for lower water flow until Sept. 30, 2022, or until the power system is issued a final environmental impact statement. The power system would be allowed to operate under different specifications if it would be necessary for public safety or grid reliability." The bill passed, 225-189. [HR 3144, Vote #153, 4/25/18; CQ, 4/25/18]



**Bill Would Block Additional Water Spill Over Lower Snake River Dams, And Was Opposed By Environmental Groups And Fishing Interests As Effort To Thwart Salmon Recovery Efforts.** "Breaching the four Lower Snake River Dams would require an act of Congress under legislation that passed the U.S. House of Representatives today. The bill, sponsored by Reps. Cathy McMorris Rodgers and Dan Newhouse, R-Wash., would block spilling of additional water over the dams, which was recently ordered by the court to help young salmon and steelhead migrate to the ocean. Any modifications to the dams' operations would be halted for about five years, unless Congress specifically authorized changes to power production or Snake River navigation […] Environmental groups, outfitters and commercial and sport fishing interests criticized the bill, calling it an effort to thwart salmon recovery efforts by replacing science with a political process. The legislation would overturn multiple court rulings on salmon, they said." [Spokesman-Review, 4/25/18]

**Perry Voted Against Blocking An Amendment Ensuring Lowest Possible Rate Of Power From Columbia River Power System.** In April 2018, Perry voted against: "Jayapal, D-Wash., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would prohibit any of the bill's provisions from preventing the sale of power generated by the Federal Columbia River Power System at the lowest possible rate." [HR 3144, Vote #152, 4/25/18; CQ, 4/25/18]

**Perry Voted For Requiring Congressional Approval Of Mineral Withdrawal Or Monument Designation In Minnesota.** In November 2017, Perry voted for: "Passage of the bill that would prohibit the designation of national monuments and the withdrawal of lands in the National Forest System in the state of Minnesota from mineral and geothermal leases without the approval of Congress. It would designate any mineral leases issued within the boundaries of the National Forest System lands in Minnesota as indeterminate preference right leases." The bill passed 216 to 204. [HR 3905, Vote #643, 11/30/17; CQ, 11/30/17]

**Perry Voted Against Amendment Setting The Royalty Rate For Mineral Leases In The Superior National Forest To 16.66%.** In November 2017, Perry voted against: "Grijalva, D-Ariz., amendment that would set a royalty rate for mineral leases in the Superior National Forest at no less than 16.66 percent." The amendment failed 182 to 237. [HR 3905, Vote #642, 11/30/17; CQ, 11/30/17]

**Perry Voted For Consideration Of A Bill Reauthorizing The EPA's Brownfields Program And Requiring Congressional Approval Of Mineral Withdrawal Or Monument Designation In Minnesota.** In November 2017, Perry voted for: "Adoption of the rule (H Res 631) that would provide for House floor consideration of the bill (HR 3017) that would reauthorize the EPA's brownfields program through fiscal year 2022. It would provide for consideration of the bill (HR 3905) that would require congressional approval of any mineral withdrawal or national monument designation involving the National Forest System lands in the state of Minnesota." The rule was adopted 228 to 186. [H Res 631, Vote #641, 11/29/17; CQ, 11/29/17]

**Perry Voted Against Requiring Forest Management Plans To Include Climate Change Mitigation And Reauthorizing Counties To Receive Timber Payments From The National Forest Service.** In November 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would reauthorize, through 2020, the program that allows counties adjacent to National Forest Service lands to receive a percentage of the agency's timber sales revenues equal to their average payment in previous years, and would also require any forest management plan to include strategies for climate change mitigation." The motion was rejected 230-189. [HR 2936, Vote #597, 11/1/17; CQ, 11/1/17]

**Perry Voted Against Eliminating The Forest Management Dispute Arbitration Program.** In November 2017, Perry voted against: "Khanna, D-Calif., amendment that would eliminate the forest management dispute arbitration pilot program that would be established under the bill." The amendment was rejected 232-189. [HR 2936, Vote #594, 11/1/17; CQ, 11/1/17]



**NCPA: The Underlying Bill Would Block The Public From Going To Court To Enforce Environmental Laws.** "H.R. 2936 prevents the public from going to court to enforce environmental laws and hold the government accountable when it violates the law." [NCPA, 10/31/17]

**YYY Voted For Requiring The Federal Government To Provide Advance Notice To The Public Before Entering Into Consent Decrees, Placing Onerous Restrictions On How The Government Settles Lawsuits When It Has Been Accused Of Violating The Law.** In October 2017, Perry voted for: "Passage of the bill, as amended, that would require the federal government to provide advance public notice when it plans to enter into discussions regarding consent decrees and would codify and expand certain disclosure practices with regard to the Treasury Department's Judgment Fund payments. It would also allow counsel for the House of Representatives to intervene or appear as amicus curiae in any federal, state or local court. It would establish a new reporting deadline for the attorney general to inform Congress whether the Justice Department will contest, or refrain from defending, the constitutionality of a provision of federal law in court." The bill passed 234-187. [HR 469, Vote #588, 10/25/17; CQ, 10/25/17]

**Perry Voted Against Exempting Settlements Entered Into By Assistant Attorneys General From The Bill's Notification Requirements.** In October 2017, Perry voted against: "Cartwright, D-Pa., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements entered into by the assistant attorney generals under the process, known as the Meese Policy, for assistant attorney generals to accept, recommend acceptance, or reject settlement offers." The amendment failed 232-186. [HR 469, Vote #587, 10/25/17; CQ, 10/25/17]

**Perry Voted Against Exempting Settlement Agreements Related To Improving Air And Water Quality From The Bill's Notification Requirements.** In October 2017, Perry voted against: "McEachin, D-Va., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements related to improvement or maintenance of air or water quality." The amendment was rejected 226-187. [HR 469, Vote #586, 10/25/17; CQ, 10/25/17]

**Perry Voted Against Exempting Settlement Agreements Regarding Improving Access To Affordable High-Speed Broadband From The Bill's Notification Requirements.** In October 2017, Perry voted against: "Johnson, D-Ga., amendment that would exempt, from the bill's provisions that would require advance public notice for certain settlement agreements, settlement agreements pertaining to deadlines set by Congress related to improving access to affordable high-speed broadband in under-served markets." The amendment was rejected 231-185. [HR 469, Vote #585, 10/25/17; CQ, 10/25/17]

**Perry Voted For Requiring The Interior Department Convey Federal Land Within A National Wildlife Refuge To The State Of Alaska For A Road Between Two Towns.** In July 2017, Perry voted for: "Passage of the bill that would require the Interior Department to convey to the state of Alaska, if requested, 206 acres of federal land within the Izembek National Wildlife Refuge and Izembek Wilderness for the purpose of constructing a single-lane gravel road between the towns of King Cove and Cold Bay, Alaska." The bill passed by a vote of 248-179. [H R 218, Vote #406, 7/20/17; CQ, 7/20/17]

**Perry Voted Against Amendment Prohibiting Implementation Of The King Cove Land Exchange Bill Until The State Of Alaska Repaid Federal Loans.** In July 2017, Perry voted against: "Grijalva, D-Ariz., amendment that would prohibit implementation of the bill's provisions until the state of Alaska has repaid $20 million to the federal government in funds appropriated and loaned to the state of Alaska under the Department of the Interior and Related Agencies Appropriations Act of 1999, for the purpose of construction of an unpaved road, a dock, and marine facilities and equipment on King Cove Corporation lands in King Cove, Alaska." The amendment was rejected by a vote of 167-260. [H R 218, Vote #405, 7/20/17; CQ, 7/20/17]

**Perry Voted Against Amendment To Include A Provision In The King Cove Land Exchange Bill That Would Require The Implementation Of Federal Mitigation Requirements.** In July 2017, Perry voted against: "Tsongas, D-Mass., amendment that would include in the bill's road requirements a provision that would require



the implementation of previous federal mitigation requirements established by the Omnibus Public Land Management Act of 2009, related to the movement of wildlife and tidal flows, for the purpose of constructing a single-lane gravel road between King Cove, Alaska, and Cold Bay, Alaska." The amendment was rejected by a vote of 190-234. [H R 218, Vote #404, 7/20/17; CQ, 7/20/17]

**Perry Voted For "Extend[ing] For Eight Years The Deadline For The EPA To Implement New National Ambient Air Quality Standards For Ground-Level Ozone."** In July 2017, Perry voted for: "Passage of the bill that would extend for eight years the deadline for the EPA to implement new National Ambient Air Quality Standards for ground-level ozone (the EPA issued such deadlines on Oct. 26, 2015). The bill would require the EPA to review the national ambient air quality standards for each pollutant every ten years, instead of every five, and would require the agency to evaluate possible adverse effects of standard changes, including effects related to public health, welfare and economics, prior to establishing or revising a national ambient air quality standard." The bill passed by a vote of 229-199. [H R 806, Vote #391, 7/18/17; CQ, 7/18/17]

**Perry Voted Against A Motion To Prohibit Implementation Of New Air Quality Standards If Those Standards Could Pose Health Risks To Those Without Access To "Affordable, Comprehensive" Health Care.** In July 2017, Perry voted against: "Cartwright, D-Pa., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would prohibit implementation of the bill's provisions if the Clean Air Scientific Advisory Committee, in consultation with the Congressional Budget Office, finds such implementation could increase various health risks for individuals without access to "affordable, comprehensive" health insurance. According to the Democratic Leader's Office, "Democrats' Motion to Recommit would prohibit implementation of the underlying bill if the Clean Air Scientific Advisory Committee finds that application of the underlying bill could increase health risks to vulnerable populations including children, seniors, pregnant women, outdoor workers, and minority and low-income communities." Motion rejected by a vote of 191-235. [H R 806, Vote #390, 7/18/17; CQ, 7/18/17; Democratic Leader's Office, Motion to Recommit, 7/18/17]

**Perry Voted For Striking A Provision From The NDAA Stating Climate Change Poses A Threat To National Security. .** In July 2017, Perry voted for: "Perry, R-Pa., amendment that would eliminate the bill's provision that would express the sense of Congress that climate change is a direct threat to national security, and would eliminate the provision that would require the secretary of Defense to report to Congress on vulnerabilities to military installations and combatant commands resulting from climate change-related effects." The amendment was rejected by a vote of 185-234**.** [H R 2810, Vote #368, 7/13/17; CQ, 7/13/17]

**Perry Voted For A Bill That Prohibited The EPA From Regulating Certain Pesticides.** In May 2017, Perry voted for: "Passage of the bill that would prohibit the EPA and states from requiring permits for the point source use of a pesticide registered under the Federal Insecticide, Fungicide, and Rodenticide Act. It would prohibit the EPA or states from requiring a Federal Water Pollution Control Act permit for the use of registered pesticides near navigable waters." The bill passed, 265-165. [HR 953, Vote #282, 5/24/17; CQ, 5/24/17]

**Perry Voted Against Preventing Special Interests From Undermining Public Health.** In May 2017, Perry voted against: "McGovern, D-Mass., motion to recommit the bill to the House Transportation and Infrastructure Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions a discharge of a pesticide if its manufacturer or distributor made a political contribution to the president or to any federal official responsible for its registration, regulation or the approval of its use." According to the Congressional Record, Rep. McGovern said, "This amendment fights back against the corrupting influence of political contributions from pesticide companies. It would ensure that existing science-based protections for our families and our environment cannot be overturned by a well-timed contribution to President Trump or to those in his administration charged with implementing the law." The motion failed, 230-183. [HR 953, Vote #281, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Perry Voted Against An Amendment To Protect Fisheries From Unregulated Pesticides.** In May 2017, Perry voted against: "Huffman, D-Calif., amendment that would clarify that none of the bill's provisions would prevent


the EPA or a state from requiring a permit under the Federal Water Pollution Control Act for the use of a pesticide that would have a negative impact on fisheries." According to the Congressional Record, the amendment "sought to protect commercial, recreational, and subsistence fisheries from the negative impacts of unregulated discharge." The amendment was rejected, 230-189. [HR 953, Vote #280, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Perry Voted Against An Amendment To Ensure That Existing Clean Water Protections Apply To The Use Of Pesticides That Are Exempted From Regulations.** In May 2017, Perry voted against: "Esty, D-Conn., amendment that would require that the bill's provisions related to permit exemptions not apply to ingredients or chemicals in pesticides that contain certain toxic pollutants and hazardous substances previously established by federal law." According to the Congressional Record, the amendment "sought to ensure that existing clean water protections apply to the release of these toxic chemicals into the environment." The amendment was rejected, 229-191. [HR 953, Vote #279, 5/24/17; CQ, 5/24/17; Congressional Record, 5/24/17]

**Perry Voted For The EPA Science Advisory Board Reform Act.** In March 2017, Perry voted for "passage of a bill that would establish a selection process for members of the EPA's Science Advisory Board. The bill would require the board's members represent a variety of scientific and technical viewpoints. It would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities. It would require the board to generally avoid making policy determinations or recommendations to the EPA." The bill was passed by a vote of 229-193. [HR 1431, Vote #208, 3/30/17; CQ, 3/30/17]

**Bill Was Opposed By Clean Water Action, Earthjustice, League of Conservation Voters (LCV), Natural Resources Defense Council And Sierra Club.** [Clean Water Action, Letter In Opposition, 3/29/17]

**HEADLINE: The Transparency Bills That Would Gut the EPA** [The Atlantic, 3/15/17]

**NRDC Called The Bill A "Gift To The Chemical Industry" That Would Make It Much More Difficult To Hold Polluting Industries Accountable."** "Another gift to the chemical industry is being wrapped with a bow by the Republican Congress. The EPA Science Advisory Board is meant to provide scientific advice to the EPA, such as reviewing its chemical hazard assessments. But this new Republican Science Advisory Board Act (SAB Act) would instead invite the chemical and regulated industries to help characterize the science of harm about their own hazardous products. This, ultimately, would make it much more difficult to hold polluting industries accountable." [NRDC, 3/30/17]

**NRDC Said The Bill Would "Encourage Industry Conflicts In The Review Of Scientific Materials" And Hamper The Work And Effectiveness Of The Board, "Undermin[ing] Important Public Health, Safety And Environmental Measures."** "In short, due to these and other provisions, the 'EPA Science Advisory Board Reform Act of 2017' would alter the nature of the SAB, which has been largely successful in providing the EPA expert review of key scientific and technical questions, and would encourage industry conflicts in the review of scientific materials. It would also pile new and burdensome requirements on the Board, severely hampering its work and effectiveness. The result would be to further stall and undermine important public health, safety and environmental measures." [NRDC, 3/30/17]

**Perry Voted Against An Amendment Prohibiting Any Member Of The EPA Science Advisory Board From Being Employed By Any Interests Before The Board During That Person's Term And For Three Years After.** In March 2017, Perry voted against the "Foster, D-Ill., motion to recommit the bill the House Science, Space and Technology Committee with instructions to report it back immediately with an amendment that would prohibit, both during and for three years following a term on the board, Science Advisory Board members from being employed by any entity with interests before the board." The motion was rejected by a vote of 189-233. [HR 1431, Vote #207, 3/30/17; CQ, 3/30/17]

**Perry Voted For Honest and Open New EPA Science Treatment (HONEST) Act, Prohibiting The EPA From Proposing A Rule Unless The Scientific Information Backing It Up Is Publicly Available.** In March 2017,


Perry voted for "passage of the bill that would prohibit the EPA from proposing, finalizing or disseminating a rule, regulation or standard unless the scientific and technical information on which the EPA's decisions relied is publicly available for independent analysis. It would require any personally identifiable information, trade secrets or sensitive business information to be redacted prior to the publication of the scientific information." The bill was passed by a vote of 228-194. [HR 1430, Vote #206, 3/29/17, CQ, 3/29/17]

> **The HONEST Act Would Bar Many Kinds Of Scientific Evidence From Consideration, Including Studies That Included Medical Records, Which Cannot Legally Be Released, And Greatly Increase Costs To Enforce.** "For example, it would would stop the EPA from crafting public health protections based on studies that use medical records, which are confidential and cannot be legally released. [...] The aides I spoke to denied that the process would be unmanageable, noting that every federal agency already redacts plenty of confidential information. But the Congressional Budget Office estimated that old iterations of the HONEST Act would take $250 million a year to enforce, and the new version only allocates an extra $1 million to the added burden of redaction—all while Trump is planning to cut the EPA's budget." [The Atlantic, 3/15/17]

> **HEADLINE: The E.P.A. Says It Wants Research Transparency. Scientists See an Attack on Science.** [New York Times, 3/26/18]

**Perry Voted Against An Amendment Exempting EPA Actions Related To Public Health Threats From The Bill's Requirement That The Scientific Information Behind The EPA's Actions Must Be Publicly Available.** In March 2017, Perry voted against the "McEachin, D-Va., motion to recommit the bill to the House Science, Space and Technology Committee with instructions to report it back immediately with an amendment that would exempt EPA actions taken in response to a public health threat from the bill's requirement that the scientific information that influenced the EPA's actions must be publicly available." The motion was rejected by a vote of 189-232. [HR 1430, Vote #205, 3/29/17; CQ, 3/29/17]

**Perry Voted For Considering The EPA Science Advisory Board Reform Act.** In March 2017, Perry voted for the "adoption of the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board. The bill would require board member nominees to disclose financial relationships that would be relevant to EPA advisory activities." The rule was adopted by a vote of 232-188. [HRes 233, Vote #204, 3/29/17; CQ, 3/29/17]

**Perry Voted Against Exempting Rules Related To The Enforcement Of The Clean Air Act From The SCRUB Act.** In March 2017, Perry voted against the "Raskin, D-Md., amendment that would exempt from the bill's provisions rules related to the enforcement of the Clean Air Act." The amendment was rejected in Committee of the Whole by a vote of 189-231. [HR 998, Vote #110, 3/1/17; CQ, 3/1/17]

**Perry Voted For A Bill That Would Have Stopped The EPA's Rules Regulating Kiln Air Pollutants And Delayed Implementation Of Wood Heater Regulations.** In March 2018, Perry voted for "passage of the bill that would suspend the Environmental Protection Agency's rules issued Oct. 26, 2015 and Dec. 4, 2015 regarding emissions standards for hazardous air pollutants from kilns and other facilities that manufacture brick and structural clay products or clay ceramics until all judicial reviews of such rules are completed. It would also delay implementation of an agency rule setting performance standards for new residential wood heaters until May 15, 2023." The bill passed, 234-180. [HR 1917, Vote #99, 3/7/18; CQ, 3/7/18]

**Perry Voted For Overturning A Rule Barring Alaska From Allowing Non-Subsistence Hunting On National Wildlife Reserves.** In February 2017, Perry voted for "passage of the joint resolution that would nullify and disapprove of an Interior Department rule that prohibits certain predator control methods on federal lands in Alaska. The rule prevents Alaska, which typically has the authority to manage hunting and trapping practices on federal lands within the state, from allowing certain non-subsistence hunting practices on national wildlife refuges. Under the rule, prohibited practices include using traps to hunt bears and the taking of wolves and coyotes during denning season." The resolution was passed by a vote of 225-193. [HJRes 69, Vote #98, 2/16/17; CQ, 2/16/17]



**Perry Voted For Authorizing $1 Million For The Bureau Of Land Management To Survey The Boundary Along The Red River between Texas And Oklahoma.** In February 2017, Perry voted for "passage of the bill that would authorize $1 million for the Bureau of Land Management to pay for a survey to identify the boundary, with respect to title and ownership, along the Red River on the border between Texas and Oklahoma. It would require the survey use the gradient boundary method of measurement established in the Supreme Court case Oklahoma v. Texas and that the survey be completed within two years of the bill's enactment." The bill passed by a vote of 250-171. [HR 428, Vote #92, 2/14/17; CQ, 2/14/17]

**Perry Voted For Nullifying A Bureau Of Land Management Rule Directing The Agency To Develop Management Plans For Public Lands And Include Public Opinion.** In February 2017, Perry voted for "passage of the joint resolution that would that would disapprove and nullify a Bureau of Land Management rule that amends the agency's procedures for the development of resource management plans for public lands. The rule directs BLM to design management plans that address resource issues in a number of programs related to wildfire prevention, wildlife habitat protection and demands for renewable and nonrenewable energy. The rule also provides additional opportunities for the public to submit information and comments on a plan revision or amendment." The resolution was passed by a vote of 234-186. [HJRes 44, Vote #83, 2/7/17; CQ, 2/7/17]

**Perry Voted For "Kill[ing] A Federal Rule That Gives Americans More Of A Voice In Large-Scale Planning For Projects Using Public Land. .** In February 2017, Perry voted for the "adoption of the rule (H Res 91) that would provide for House floor consideration of a joint resolution of (H J Res 44) that would nullify a Bureau of Land Management rule that modifies the BLM's process of assessing and planning the development of public lands by increasing public involvement." According to the Denver Post, "The U.S. House of Representatives on Tuesday voted to kill a federal rule that gives Americans more of a voice in large-scale planning for projects using public land […; HJ Res 44] would nullify the Bureau of Land Management's 'Planning 2.0' rule that took effect in December. That rule governs all planning for future uses of 250 million acres of federal public land that is concentrated in the West." The rule was adopted by a vote of 233-186. [HJRes 44, Vote #82, 2/7/17; Denver Post, 2/7/17; CQ, 2/7/17]

**Perry Voted For Nullifying The Stream Protection Rule Which Protects Streams From Contamination By Surface Coal Mining Operations.** In February 2017, Perry voted for "Passage of the joint resolution that would nullify an Office of Surface Mining Reclamation and Enforcement rule that requires surface coal mining operations, to the extent possible, to avoid disturbing streams and land within 100 feet of the streams. The rule also includes provisions related to data collection and restoration and requires native trees and plants to be used to replant reclaimed mine sites." The resolution was passed by a vote of 228-194. [HJRes 41, Vote #73, 2/1/17; CQ, 2/1/17]

**Perry Voted Against An Amendment To HR 5 Striking The Bill's Requirement That The Forest Service And The Bureau Of Land Management Perform Regulatory Analyses.** In January 2017, Perry voted against the "Grijalva, D-Ariz., amendment that would remove provisions of the bill that would require the Forest Service and the Bureau of Land Management to conduct regulatory flexibility analyses, which describe the impact on small businesses, for land management plans." The amendment was rejected in Committee of the Whole by a vote of 185-236. [HR 5, Vote #43, 1/11/17; CQ, 1/11/17]

**Perry Voted Against Requiring New Rules To Include Reports On Environmental Impact And Impacts On Low-Income And Rural Communities.** In January 2017, Perry voted against the "Grijalva, D-Ariz., amendment that would require agencies to include an accounting of greenhouse gas emission impacts associated with a rule in the report that would be required by the bill to be submitted to Congress. The report also would need to include an analysis of the rule's impacts on low-income and rural communities. If a rule would increase carbon equivalent emissions by 25,000 metric tons annually or possibly increase the risk of certain diseases to low-income or rural communities, then the rule would be considered a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 193-230. [HR 26, Vote #13, 1/5/17; CQ, 1/5/17]



**Perry Voted For A Resolution Allowing Congress To More Easily Sell Federal Lands Without Concern For Taxpayer Costs, Establish Fines For Using Cameras On The House Floor.** In January 2017, Perry voted for the "Adoption of the resolution that would establish the rules of the House for the 115th Congress. Many of the rules that were in effect at the end of the 114th Congress would carry over. Among the rules changes, it would set monetary fines for using electronic devices on the House floor to take photos or videos." The resolution was adopted by a vote of 234-193. [HRes 5, Vote #6, 1/3/17; CQ, 1/3/17]

**HRes 5 Would "Make It Easier For Members Of The New Congress To Cede Federal Control Of Public Lands" Without Concern For Cost To U.S. Treasury.** "House Republicans on Tuesday changed the way Congress calculates the cost of transferring federal lands to the states and other entities, a move that will make it easier for members of the new Congress to cede federal control of public lands. The provision, included as part as a larger rules package the House approved by a vote of 233 to 190 during its first day in session, highlights the extent to which some congressional Republicans hope to change longstanding rules now that the GOP will control the executive and the legislative branches starting Jan. 20. […] Under current Congressional Budget Office accounting rules, any transfer of federal land that generates revenue for the U.S. Treasury — whether through energy extraction, logging, grazing or other activities — has a cost. If lawmakers wanted to give such land to a state, local government or tribe, they would have to account for that loss in expected cash flow. […] The immediate impact of the rules change is that lawmakers cannot raise a budgetary point of order if a land transfer bill comes to the floor. Under existing House rules, any measure that costs the U.S. Treasury money must be offset by either budget cuts or a revenue-raising provision." [Washington Post, 1/3/17]

## Ethics & Government Reform

**Perry Voted For Blocking Consideration Of A Bill To Protect Special Counsel Robert Mueller.** In September 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 1084) that would provide for House floor consideration of a bill related to new-business tax deductions (HR 6756), a bill related to tax-favored retirement accounts (HR 6757), and a bill that would make many temporary aspects of the individual tax code permanent (HR 6760)." According to the Congressional Record, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up Ranking Member Nadler's bill, the Special Counsel Independence Act. […] Mr. Speaker, I am here to urge this House to defeat the previous question so that we can hear H.R. 5476, a bipartisan bill to protect the Special Counsel, Mr. Mueller." A vote *for the motion* was a vote to block consideration of a bill protecting Special Counsel Robert Mueller. The motion was agreed to 227-189. [HR 6756/6757/6760, Vote #409, 9/27/18; CQ, 9/27/18; Congressional Record, 9/27/18]

**Perry Voted Against Requiring Each Federal Agency To Develop And Make Public A Comprehensive Inventory Of Its Data Assets, And Would Direct The Government Accountability Office To Establish A Public Online Catalogue Of This Data.** In December 2018, Perry voted against "Walker, R-N.C., motion to suspend the rules and concur in the Senate amendment to the bill that would require each federal agency to develop and make public a comprehensive inventory of its data assets, and would direct the Government Accountability Office to establish a public online catalogue of this data. It would require each agency to submit an annual policy plan to the Office of Management and Budget, including the agency's plans to develop evidence supporting its policymaking, and would create an interagency advisory committee on agency data use for evidence-building." The motion was agreed to by a vote of 356 – 17. [H.R. 4174, Vote #484, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Making Certain Corrections In The Enrollment Of The Foundations For Evidence-Based Policymaking Act.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Mitchell, R-Mich., motion to suspend the rules and agree to the concurrent resolution that would make certain corrections in the enrollment of the Foundations for Evidence-Based Policymaking Act." The motion was agreed to by a vote of 362 – 12. [H. Con. Res. 149, Vote #483, 12/21/18; CQ Floor Votes, 12/21/18]



**Perry Voted For Insisting That The Justice Department Fully Comply With The Document Requests And Subpoenas Issued By The Intelligence And Judiciary Committees.** In June 2018, Perry voted for: "Adoption of the resolution that would that would insist that the Justice Department fully comply with the document requests and subpoenas issued by the Intelligence and Judiciary committees with regard to potential violations of the Foreign Intelligence Surveillance Act (FISA) by Justice Department personnel and related matters, by Friday, July 6, 2018." The resolution was adopted by a vote of 226 – 183. [H. Res. 970, Vote #306, 6/28/18; CQ, 6/28/18]

**The Resolution Was Spearheaded By Freedom Caucus Leaders To Pressure The Deputy Attorney General To Comply With Congressional Demands Related To FBI Investigations Of Hillary Clinton And Russian Election Interference.** "The resolution, which was spearheaded by House Freedom Caucus leaders Mark Meadows and Jim Jordan, is the latest step by conservatives who have been ratcheting up the pressure on Deputy Attorney General Rod Rosenstein to comply with congressional demands related to the FBI's Hillary Clinton and Russia investigations. The measure itself is effectively symbolic, but Republicans intend to send a message to the Justice Department that the full Congress is demanding compliance with their document requests -- or else." [CNN, 6/26/18]

**Democratic Critics Said The Resolution Was An Attempt To Discredit The Mueller Investigation, And Give Trump An Excuse To Fire Rosenstein.** "But Democratic critics say this is all a plot to discredit the Mueller investigation. They think Trump's allies are trying to hit the Justice Department with impossible demands, so they'll either have to turn over extremely sensitive information about an ongoing message, or look bad by withholding it. Some even think this is mainly about giving Trump an excuse to fire Rosenstein, who, again, is Mueller's boss." [Vox, 6/28/18]

**Perry Voted For Considering Resolution Insisting That The Justice Department Fully Comply With The Document Requests And Subpoenas Issued By The Intelligence And Judiciary Committees.** In June 2018, Perry voted for: "Adoption of the rule (H Res 971) that would provide for consideration of the resolution (H Res 970) that would insist that the Justice Department fully comply with the document requests and subpoenas issued by the Intelligence and Judiciary committees with regard to potential violations of the Foreign Intelligence Surveillance Act (FISA) by Justice Department personnel and related matters, by Friday, July 6, 2018." The rule was adopted by a vote of 224 – 184. [H. Res. 971, Vote #305, 6/28/18; CQ, 6/28/18]

**Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** In May 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would make in order Ms. Eshoo's bill H.R. 305. H.R. 305 would amend the Ethics in Government Act of 1978 to require the President, as well as any candidate of a major political party for the office of the President, to submit their Federal income tax returns for the three most recent years. This bill would ensure more transparency in the political process and provide the American people with additional information about potential conflicts of interest of the President or a candidate for the office of the President." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 223-189. [H Res 879, Vote #173, 5/9/18; CQ, 5/9/18; DemocraticLeader.gov, 5/9/18]

**Perry Voted For Blocking A Bill To Ensure That Senior Political Appointees Did Not Spend Federal Funds On Private Air Travel.** In April 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule…" According to Rep. Torres, "if we defeat the previous question, I will offer an amendment to the rule to bring up Representative Lieu's H.R. 3876, the SWAMP FLYERS Act. This legislation will ensure that senior political appointees are not using Federal funds for official travel on private aircraft." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to by a vote of 225-190. [H Res 839, Vote #150, 4/25/18; CQ, 4/25/18; Congressional Record, H3518, 4/25/18]

**Perry Voted For Blocking A Bill To Require The Disclosure Of The President's Tax Returns.** In April 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule…" According to Rep. Polis, defeating the previous question would "amend the Ethics in



Government Act of 1978 to require the disclosure of certain tax returns by Presidents and certain candidates for the office of the President, and for other purposes." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to by a vote of 226-189. [H Res 831, Vote #143, 4/18/18; CQ, 4/18/18; Congressional Record, H 3409, 4/18/18]

**Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** In March 2018, Perry voted against: "Connolly D-Va., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent changes in financial regulations in the bill from being made at the request of, or for the personal gain of, the president, a member of his family, or other senior Executive Branch official." The motion to recommit failed 182-232. [HR 1116, Vote #107, 3/14/18; CQ, 3/14/18]

**Perry Voted Against An Amendment That Would Have Noted That The Bill Did Not Authorize Special Flight Accommodations For The EPA Administrator.** In March 2018, Perry voted against "Castor, D-Fla., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would clarify that nothing in the bill would authorize the administrator of the Environmental Protection Agency to charter a flight, or travel by any air accommodation above coach class, in order to make certain changes to rules and guidance documents for the purpose of implementing the bill's provision regarding standards for residential wood heaters." The motion was rejected, 186-227. [HR 1917, Vote #98, 3/7/18; CQ, 3/7/18]

**Perry Voted Against Preventing Financial Regulations Changes From Being Made For The Gain Of The President, His Family, Or Other Senior Executive Branch Officials.** In March 2018, Perry voted against "Clark, D-Mass., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prohibit a federal financial regulator from including certain rules in its review under the Economic Growth and Regulatory Paperwork Reduction Act of 1996 if such rules were issued or made at the 'request of and for the personal gain of' the president, the president's family members, or senior executive branch officials who are required to file annual financial disclosure forms." According to Rep. Clark, the "amendment simply states that before taking any action to eliminate  or change a regulation, regulators must disclose any communications  from the White House or the President's family advocating for the  action and whether the President, his family, or any senior  administration officials would benefit financially from such action." The motion was rejected, 182-228. [HR 4607, Vote #94, 3/6/18; CQ, 3/6/18; Congressional Record, 3/6/18]

**Perry Voted Against Extending Whistleblower Protections Pertaining To Employees Who Disclose Information About Improper Use Of Aircrafts By Government Officials.** In October 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill would extend the whistleblower protections in the underlying bill pertaining to employees who disclose information about the improper use of aircraft by government officials." The motion was rejected 232-190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17, DemocraticLeader.gov, accessed 11/13/17]

**HEADLINE: "Trump Officials Caught Splurging On Luxury Travel."** [Axios, 9/29/17]

**Sec. Price Spent $400,000 In Charter Flights, Over $1 Million In Travel Cost Alone Before Resigning.** "Tom Price, Health and Human Services Secretary  The flights: $500,000 in military flights to Africa, Asia and Europe (which were approved by the White House) and more than $400,000 in charter flights. Total cost: His travel has exceeded $1 million, Politico reports, when accounting for both his overseas trips and the more than two dozen domestic trips he's taken on private planes since May." [Axios, 9/29/17]



**Sec. Pruitt Took $58,000 In Private Taxpayer-Funded Flights.** "Scott Pruitt, Environmental Protection Agency administrator The flights: A June 7 military flight to Ohio then New York ($36,068); a July 27 charter flight from Tulsa, Oklahoma, to Guymon, Oklahoma ($14,434); an August 4 charter flight from Denver, Colorado, to Durango, ColoradoA ($5,719); an August 9 flight on the North Dakota governor's plane ($2,144). Total cost: Pruitt took 'non-commercial' flights costing taxpayers more than $58,000, according to CBS News." [Axios, 9/29/17]

**Sec. Mnuchin Used Government Jets To Travel On His Honeymoon, And To View The Solar Eclipse.** "Steve Mnuchin, Treasury Secretary The flights: Mnuchin requested a government jet earlier this year for his honeymoon, according to ABC News. He and his wife also used a government jet when traveling to Louisville and Fort Knox, Kentucky, which coincided with the eclipse. Total cost: An Air Force spokesman told ABC News that a government jet typically costs roughly $25,000 per hour to operate." [Axios, 9/29/17]

**Sec. Zinke And Aides Took "Several Flights" Including A $12,000 Charter Flight, but Had Not Released The Total Number Or Cost Of Flights.** "Ryan Zinke, Secretary of the Interior The flights: Zinke and his aides have reportedly taken several flights on private or military aircraft, including a $12,000 charter flight — which belongs to Nielson & Associates, a Wyoming-based oil-and-gas exploration firm — from Las Vegas to his hometown in Montana, and private flights between St. Croix and St. Thomas in U.S. Virgin Islands, per the Washington Post. Total cost: Unclear, as the total number of charter or military flights is unknown." [Axios, 9/29/17]

**Sec. Shulkin Used Government Funds To Fly Himself And His Wife To Europe Where He Attended A Wimbledon Chapmiosion Tennis Match, Toured Westminster Abbey, And Cruised The Thames Amid Conducting Official Business.** "David Shulkin, Secretary of Veterans Affairs The flights/luxury purchases: Although Shulkin flew commercial to Europe for meetings with Danish and British officials about veterans' health issues in July, he did use government funds to fly his wife out, stating that she was traveling on 'approved invitational orders,' per the Washington Post. The government also provided a stipend for her meals. They also attended a Wimbledon championship tennis match, toured Westminster Abbey, and took a cruise on the Thames. The VA's defense: All of Shulkin's activities on the trip, including Wimbledon visit, 'were reviewed and approved by ethics counsel,' VA press secretary Curt Cashour said in a statement." [Axios, 9/29/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In July 2017, Perry voted for "motion to table (kill) the Cicilline, D-R.I., motion to appeal the ruling of the Chair that the Cicilline resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to 235-190. [Motion, Vote #392, 7/19/17; CQ Floor Votes, 7/19/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In June 2017, Perry voted for "motion to table (kill) the Doggett, D-Texas., motion to appeal the ruling of the Chair that the Doggett resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to 227-188. [Motion, Vote #311, 6/21/17; CQ Floor Votes, 6/21/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In June 2017, Perry voted for "McCaul, R-Texas, motion to table (kill) the Capuano, D-Mass., motion to appeal the ruling of the Chair that the Capuano resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-186. [Motion, Vote #292, 6/7/17; CQ Floor Votes, 6/7/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** In June 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 375)." According to The Democratic Leader's office, "The Democratic previous


question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the president to submit their federal income tax returns for the three most recent years." A vote for the motion was a vote to block the release of tax returns. The previous question carried, 228-185. [H Res 375, Vote #290, 6/7/17; CQ, 6/7/17; DemocraticLeader.gov, 6/7/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** In May 2017, Perry voted for: "Buck, R-Colo., motion to table (kill) the Sanchez, D-Calif., motion to appeal the ruling of the Chair that the Sanchez resolution related to the disclosure of President Trump's text returns does not constitute a question of the privileges of the House." The motion passed, 225-187. [Motion, Vote #274, 5/17/17; CQ, 5/24/17]

**Perry Voted For Blocking A Bill To Require Presidential Candidates To Release Tax Returns.** In May 2017, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the president to submit their federal income tax returns for the three most recent years." A vote for the motion was a vote to block the release of tax returns. The motion passed 226-188. [H Res 324, Vote #263, 5/18/17; CQ, 5/18/17; DemocraticLeader.gov, 5/18/17]

**Perry Voted For Blocking Efforts To Force The Disclosure Of President Trump's Tax Return.** In May 2017, Perry voted for: "Rothfus, R-Pa., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 229-188. [Motion, Vote #261, 5/17/17; CQ, 5/17/17]

**Perry Voted For Requiring Fannie Mae And Freddie Mac To Comply With FOIA While Under Conservatorship.** In April 2017, Perry voted for "Adoption of the rule (H Res 280) that would provide for House floor consideration of the bill that would require that Fannie Mae and Freddie Mac comply with the agency requirements of the Freedom of Information Act while they are under the conservatorship of the federal government. It would waive, through the calendar day of April 29, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules through the calendar day of April 29, 2017." The rule was adopted by a vote of 226-192. [HRes 280, Vote #230, 2/27/17; CQ, 2/27/17]

**Perry Voted For Blocking Consideration Of A Resolution Empowering The House Of Representatives To Investigate Trump's Potential Conflicts Of Interest.** In April 2017, Perry voted for "the Democratic Previous Question would amend the rule to allow for consideration of H. Res. 286 which would direct certain officials of the Trump Administration to provide information to the House of Representatives that will enable the House to meet its constitutional responsibility to conduct oversight of the Trump Administration by investigating potential conflicts of interests of President Donald J. Trump." A vote yes was a vote against the Democrats' resolution. The motion was agreed to by a vote of 230-193. [HRes 280, Vote #229, 4/27/17; Office of the Democratic Leader, 115th Congress Previous Questions, 4/27/17]

**Perry Voted For Blocking Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In April 2017, Perry voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 231-191. A vote against the previous question would have allowed the bill to be considered. [HR 305 (HRes 275), Vote #224, 4/26/17; Office of the Democratic Leader, 115th Congress Previous Questions, 4/26/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In April 2017, Perry voted for "Foxx, R-N.C., motion to table (kill) the Jeffries, D-N.Y., motion to appeal the ruling of the Chair



that the Jeffries resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-184. [Motion, Vote #219, 4/5/17; CQ Floor Votes, 4/5/17]

> **Rep. Hakeem Jeffries "Offered A Resolution… To Delay Consideration Of Tax Reform Legislation Until After Lawmakers Review Trump's Tax Returns."** "House Republicans on Wednesday blocked a Democratic effort to demand President Trump's tax returns for the sixth time in as many weeks. Rep. Hakeem Jeffries (D-N.Y.) offered a resolution directing the House to delay consideration of tax reform legislation until after lawmakers review Trump's tax returns and conclude how he could benefit from changes to the tax code." [The Hill, 4/5/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for "Flores, R-Texas, motion to table (kill) the Lofgren, D-Calif., motion to appeal the ruling of the Chair that the Lofgren resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 228-190. [Motion, Vote #201, 3/28/17; CQ Floor Votes, 3/28/17]

> **Republicans Blocked Procedural Effort To Obtain Trump's Tax Returns From The IRS.** "House Republicans on Tuesday blocked more attempts by Democrats to obtain President Donald Trump's tax returns from the IRS. House Democrats tried for a third and a fourth time to use procedural votes to pry loose Trump's returns. Republicans blocked both efforts, one on the House floor and the other in the House Ways and Means Committee. The House voted 228-190 on a mostly party-line vote to block the Democrats' effort. The Ways and Means Committee voted 24-16 to oppose the effort." [Associated Press, 3/28/17]

**Perry Voted For Blocking Consideration Of Requiring Trump To Disclose His Tax Returns.** In March 2017, Perry voted for the "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 230)." A vote in favor is a vote against requiring Trump to release his tax returns. The motion was agreed to by a vote of 232-184. [H Res 230, Vote #199, 3/28/17; CQ, 3/28/17]

**Perry Voted For Blocking Consideration Of A Vote Appealing A Ruling That Forcing Trump To Disclose His Tax Returns Is Not A House Privilege.** In March 2017, Perry voted for the "Cheney, R-Wyo., motion to table (kill) the Polis, D-Colo., motion to appeal the ruling of the Chair that the Polis resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion was agreed to by a vote of 230-189. [Motion, Vote #182, 3/22/17; CQ, 3/22/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for "McCarthy, R-Calif., motion to table (kill) the Crowley, D-N.Y., motion to appeal the ruling of the Chair that the Crowley resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 223-183. [Motion, Vote #161, 3/15/17; CQ Floor Votes, 3/15/17]

> **Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "Crowley's measure is similar to resolutions Democratic Reps. Bill Pascrell Jr. (N.J.) and Anna Eshoo (Calif.) offered on the House floor in recent weeks. It includes additional language that says the American public need to know more about Trump's business interests in order to 'ensure that all policies put forward by the Trump Administration solely benefit the American public and not his corporate business partners.' As was the case in past weeks, Crowley tried to offer the resolution as 'privileged,' meaning the House would have to act on it within two legislative days. But Rep. Mike Simpson (R-Idaho), who was presiding over the House, ruled that the measure was not privileged, and the vast majority of Republicans voted to table Crowley's appeal of that ruling, 223-183." [The Hill, 3/15/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In March 2017, Perry voted for "McCarthy, R-Calif., motion to table (kill) the Eshoo, D-Calif., motion to appeal the ruling of the Chair that the Eshoo resolution related to the disclosure of President Trump's tax returns does not constitute a


question of the privileges of the House." The motion passed 227-186. [Motion, Vote #128, 3/7/17; CQ Floor Votes, 3/7/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "House Democrats on Tuesday furthered their push to force Republicans to take tough votes on President Trump, offering a resolution on the House floor to request Trump's tax returns for the second time in a little over a week. The resolution was blocked on a procedural vote of 227-186. […] Rep. Anna Eshoo (D-Calif.) offered a resolution on Tuesday instructing the House to request 10 years of Trump's tax returns so that they can be considered by the House Ways and Means Committee in a closed session." [The Hill, 3/7/17]

**Perry Voted Against Consideration Of An Amendment Prohibiting The President From Making Public Communications About Or Advocating For His Business Interests.** In March 2017, Perry voted against the "Jayapal, D-Wash., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would prohibit the president from making public communications that refer to a business in which the president has an equity interest and would prohibit the president from publically advocating on behalf of such business interests." The motion was rejected by a vote of 189-232. [HR 1004, Vote #125, 3/2/17; CQ, 3/2/17]

**Perry Voted Against Recommitting The SCRUBS Act With An Amendment Exempting Rules Related To Conflict Of Interest And Bribery.** In March 2017, Perry voted against the "Raskin, D-Md., motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions rules related to laws governing potential conflicts of interest and financial disclosures for executive branch employees, and would exempt rules related to bribery." The motion was rejected by a vote of 190-235. [HR 998, Vote #113, 3/1/17; CQ, 3/1/17]

**Perry Voted Against Exempting Rules Related To Whistleblower Protections From The SCRUB Act.** In March 2017, Perry voted against the "Cummings, D-Md., amendment that would exempt from the bill's provisions rules related to whistleblower protections and rules related to penalties for retaliation against whistleblowers." The amendment was rejected in Committee of the Whole by a vote of 194-231. [HR 998, Vote #112, 3/1/17; CQ, 3/1/17]

**Perry Voted For Blocking Consideration Of Bill To Require Any Candidate Of A Major Political Party To Release Three Years Of Federal Income Tax Returns.** In June 2016, Perry voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, to amend the Ethics in Government Act of 1978 to require any candidate of a major political party for the office of the President to submit their Federal income tax returns for the three most recent years." The previous question passed 224-191. A vote against the previous question would have allowed the bill to be considered. [H Res 150, Vote #103, 2/28/17; Office of the Democratic Leader, 115th Congress Previous Questions, 2/28/17]

**Perry Voted For Killing A Motion To Require President Trump To Disclose His Tax Returns.** In February 2017, Perry voted for "McCarthy, R-Calif., motion to table (kill) the Pascrell, D-N.J., motion to appeal the ruling of the Chair that the Pascrell resolution related to the disclosure of President Trump's tax returns does not constitute a question of the privileges of the House." The motion passed 229-185. [Motion, Vote #101, 2/27/17; CQ Floor Votes, 2/27/17]

**Motion Would Have Forced House To Vote On A Resolution To Request Ten Years Of President Trump's Tax Returns.** "A House Democratic lawmaker attempted Monday to force a House floor vote on a resolution to request President Trump's tax returns, but the effort failed on a party line vote, 229-185, with two Republicans voting 'present.' The move was the latest in a series of Democratic efforts to push Congress to request Trump's tax returns, and Democrats demanded a roll call vote to force Republicans to go on the record. […] Rep. Bill Pascrell (D-N.J.) offered a resolution that would have directed the House to request 10 years of



Trump's tax returns, have the House Ways and Means Committee review them in a closed session and then vote to send the information in the returns to the full House." [The Hill, 2/27/17]

> **Democrats Offered Resolution To "Instruct The House To Request Trump's Tax Returns From The Last Decade So That The House Ways And Means Committee… Can Review Them In A Closed Session."** "Democrats have offered similar resolution three other times in the last four weeks, which all resulted in procedural votes. The resolutions would instruct the House to request Trump's tax returns from the last decade so that the House Ways and Means Committee, which has oversight of the Internal Revenue Service, could review them in a closed session. The chairmen of the House Ways and Means Committee, Senate Finance Committee and Joint Committee on Taxation have the power to request individual tax return information from the Treasury Department." [The Hill, 3/20/17]

>> **After Republican Presiding Officers Ruled Measure Did Not Qualify As "Privileged" Action Under House Rules, Democrats Forced Roll Call Vote To Appeal Ruling.** "Three other Democrats in recent weeks offered similar resolutions as "privileged," which would require the House to act within two legislative days. The presiding officer in the House at those times ruled that the measure didn't qualify as "privileged" by affecting the chamber's dignity and integrity. Democrats demanded roll call votes to appeal those rulings." [The Hill, 3/20/17]

**Perry Voted For Blocking Consideration Of The Presidential Tax Transparency Act.** In January 2017, Perry voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 305, the Presidential Tax Transparency Act." The previous question passed 233-187. A vote against the previous question would have allowed the bill to be considered. [H Res 55, Vote #62, 1/24/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/24/17]

**Perry Voted For A Motion To Table A Resolution Condemning Representative Paul Gosar For Certain Actions Regarding Attendance At The State Of The Union Address.** In February 2018, Perry voted for a "motion to table (kill) a resolution related to comments made by Rep. Gosar, R-Ariz., on Jan. 30, 2018, and their compliance with the Code of Official Conduct for the House." The motion was adopted, 231-187. [H.Res.726, Vote #53, 2/6/18; CQ, 2/6/18]

**Perry Voted For Blocking Consideration Of A Bill To Address The Financial Conflicts Of Interest Of The President.** In January 2017, Perry voted for the "Democratic Previous Question would amend the rule to allow for consideration of H.R. 371, to address financial conflicts of interest of the President and Vice President." The previous question passed 232-168. A vote against the previous question would have allowed the bill to be considered. [H Res 40, Vote #32, 1/11/17; Office of the Democratic Leader, 115th Congress Previous Questions, 1/11/17]

## FEMA & Disaster Relief

**Perry Voted For Extending The National Flood Insurance Program Through May 31, 2019.** In December 2018, Perry voted for "MacArthur, R-N.J., motion to suspend the rules and pass the bill that would extend the authorization and authorities under the National Flood Insurance Program through May 31, 2019. The program is administered by the Federal Emergency Management Agency and offers federally-backed flood insurance to individuals and entities in communities that adopt certain flood plain management standards." The motion was agreed to by a vote of 315 – 48. [S. 3628, Vote #500, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted Against Correcting The Enrollment Of The National Flood Insurance Program Extension Act In The Senate Bill.** In December 2018, Perry voted against "MacArthur, R-N.J., motion to suspend the rules and agree to the concurrent resolution (H Con Res 148), that would make a correction in the enrollment of the National Flood Insurance Program Extension Act." The motion was agreed to by a vote of 344 - 25. [H. Con. Res. 148, Vote #499, 12/21/18; CQ Floor Votes, 12/21/18]



**Perry Voted For Extending The Authorization Of The National Flood Insurance Program Through May 31, 2019 And Stating That FEMA May Not Restrict Organizations From Selling Private Flood Insurance.** In December 2018, Perry voted for "Walker, R-N.C., motion to suspend the rules and pass the bill that would extend the authorization and authorities under the National Flood Insurance Program through through May 31, 2019. The program is administered by the Federal Emergency Management Agency and offers federally-backed flood insurance to individuals and entities in communities that adopt certain flood plain management standards. It would also state that FEMA may not restrict organizations from selling private flood insurance as a condition of participating in program activities." The motion was rejected by a vote of 148 – 226. [H. R. 7388, Vote #497, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted For Phasing Out A Biodiesel Tax Credit And Providing Temporary Tax Relief For Victims Of Hurricanes And Wildfires.** In December 2018, Perry voted for: "Adoption of the rule (H Res 1180) that would provide consideration of the House amendment to the Senate amendment to a bill (HR 88) that is the expected legislative vehicle for a package of tax-related bills. HR 88 would extend and gradually phase out through 2024 a biodiesel tax credit, make permanent a railroad track maintenance credit at a reduced rate, and provide temporary tax relief for victims of hurricanes and wildfires. The rule would also provide for floor proceedings during the period between Dec. 24, 2018 and Jan. 3, 2019." The rule was adopted by a vote of 207-170. [HR 88, Vote #446, 12/20/18; CQ, 12/20/18]

**Perry Voted For Extending The Authorization Of The National Flood Insurance Program.** In November 2018, Perry voted for "Hensarling, R-Texas, motion to suspend the rules and pass the bill that would extend the authorization and authorities under the National Flood Insurance Program for one week, through Dec. 7, 2018. The program is administered by the Federal Emergency Management Agency and offers federally-backed flood insurance to individuals and entities in communities that adopt certain flood plain management standards." The motion was agreed to 350-46. [HR 7187, Vote #424, 11/29/18; CQ, 11/29/18]

**Perry Voted Against Blocking An Amendment To Require Direct Federal Assistance Cover 100 Percent Of Eligible Costs In Any State Or Territory Impacted By 2017 Extreme Weather Events.** In April 2018, Perry voted against: "Velazquez, D-N.Y., motion to recommit the bill to the House Transportation and Infrastructure Committee with instructions to report it back immediately with an amendment that would require that direct federal assistance cover 100 percent of eligible costs in any state or U.S. territory impacted by Hurricanes Harvey, Irma and Maria, or the wildfires in California." The motion was rejected 182 to 223. [HR 4, Vote #164, 4/27/18; CQ, 4/27/18]

**Perry Voted Against $81 Billion In Supplemental Disaster Appropriations.** In December 2017, Perry voted against: "Passage of the bill that would make further supplemental appropriations for fiscal 2018 for disaster assistance for Hurricanes Harvey, Irma, and Maria and wildfires that occurred in calendar year 2017. The bill would authorizes $81 billion in aid for ongoing response and recovery from 2017 hurricanes and wildfires, and would authorize Puerto Rico to use surplus toll credits to cover the local share of federal highway emergency relief. The bill would remove a cap on federal highway assistance to U.S. territories for fiscal 2018 and 2019." The bill passed 251 to 169. [HR 4667, Vote #709, 12/21/17; CQ, 12/21/17]

**Perry Voted For Reauthorizing The National Flood Insurance Program Without Risk-Reduction Programs Or Flood-Risk Mapping.** In November 2017, Perry voted for: "Passage of the bill, as amended, that would reauthorize the National Flood Insurance Program through fiscal 2022 and would make modifications to the program, including: raise annual surcharges and reserve fund assessments on federal flood insurance policyholders, raise rates on properties that incur multiple losses, establish an annual deductible for severe and extreme repetitive loss properties and end the requirement that flood insurance be purchased for commercial and multifamily properties located in flood risk zones. It would also require that flood insurance provided by private sector carriers be accepted by Federal Emergency Management Agency and considered as meeting the National Flood Insurance Program's mandatory flood insurance purchase requirements, and would allow private insurers and any other interested party to review FEMA information regarding its assessments of flood risk." The bill passed 237-189. [HR 2874, Vote #630, 11/14/17; CQ, 11/14/17]


**HEADLINE: "U.S. House Of Representatives Misses Mark In Reducing Nation's Flood Risk.**
"'Unfortunately, this bill falls short of significant improvements needed to bolster risk reduction and flood-risk mapping efforts under the National Flood Insurance Program,' Murdock said. 'The program has failed to achieve its intended goal of lessening our nation's flood risk. Congress needs to place more emphasis on reforms that mitigate risk and promote using the best-available science and technology in mapping processes. It is particularly important that reforms enable the restoration of functioning floodplains and disincentivize development in areas of high flood risk.'" [Nature Conservancy, 11/15/17]

**Perry Voted Against Requiring FEMA To Certify That Claims From Hurricane Sandy Were Resolved Before The National Flood Insurance Program Is Reauthorized.** In November 2017, Perry voted against: "Pascrell, D-N.J., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from taking effect unless the Federal Emergency Management Agency certifies the resolution of all claims for losses resulting from Hurricane Sandy of 2012 that were covered under the National Flood Insurance Program." The motion was rejected 236-190. [HR 2874, Vote #629, 11/14/17; CQ, 11/14/17]

**Perry Voted For Considering The National Defense Authorization Act Of 2018 And Reauthorizing The National Flood Insurance Program.** In November 2017, Perry voted for: "Adoption of the rule (H Res 616) that would provide for House floor consideration of the conference report to accompany the bill (HR 2810) that would authorize $692.1 billion for defense programs in fiscal 2018. It would also provide for consideration of the bill (HR 2874) that would reauthorize the National Flood Insurance Program through fiscal 2022 and would modify several aspects of the program. The rule would require the House clerk to not transmit to the Senate a message that the House has adopted the conference report to accompany the Fiscal 2018 Defense Authorization (HR 2810) until the House receives a message from the Senate that the Senate has passed a bill (HR 4374), without amendment, that would authorize the Food and Drug Administration to expedite consideration of certain medical products at the Pentagon's request." The rule was adopted 233-187. [HRes 616, Vote #627, 11/14/17; CQ, 11/14/17]

**Perry Voted For The Resilient Federal Forests Act Of 2017, Allowing President To Declare Wildfire Disasters And Fund FEMA Relief As Well As Expedite Timber Salvage After Fires.** In November 2017, Perry voted for: "Passage of the bill that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also exempt various forest management activities from filing environmental impact statements and would provide for expedited timber salvage operations and reforestation activities after catastrophic events. It would prohibit any court from issuing restraining orders or injunctions against salvage operations or reforestation activities undertaken in response to a large-scale catastrophic event." The bill passed 257-166. [HR 2936, Vote #598, 11/1/17; CQ, 11/1/17]

**National Parks Conservation Association: The Resilient Federal Forests Act Was "Extreme And… Puts Our Forests, Communities And Wildlife At Risk."** "NPCA, along with partners, submitted the following position to the House of Representatives ahead of an expected floor vote the week of October 30, 2017. On behalf of our millions of our members and supporters, we urge you to OPPOSE the Resilient Federal Forest Act of 2017 (H.R. 2936). This bill is extreme and unfortunately, instead of protecting and restoring our public forests, H.R. 2936 puts our forests, communities and wildlife at risk." [NCPA, 10/31/17]

**NCPA: Wildfire Suppression Funding In The RFFA Was "Completely Inadequate, Leaving Unaddressed The Largest Part Of The Problem: The Growing Impact Of Wildfire Suppression On The Forest Service's Annual Budget."** "The provisions offered in response to the wildfire funding crisis, even in this most recent version of the bill, are completely inadequate, leaving unaddressed the largest part of the problem: the growing impact of wildfire suppression on the Forest Service's annual budget." [NCPA, 10/31/17]



**Perry Did Not Vote On The Resilient Federal Forests Act Of 2017.** In November 2017, Perry did not vote on: "Adoption of the rule (H Res 595) that would provide for House floor consideration of the bill (HR 2936) that would allow for a presidential declaration of a major disaster with regard to wildfires, which would allow for the release of funding from Federal Emergency Management Agency's Disaster Relief Fund to fight major wildfires, and would modify the disaster cap under the Budget Control Act to account for expected wildfire funding needs. It would also include various categorical exclusions from certain environmental reviews." The resolution was adopted 232-184. [HRes 595, Vote #593, 11/1/17; CQ, 11/1/17]

**Perry Voted Against Making $36.5 Billion In Emergency Supplemental Funding For Fiscal 2018 To Partially Cover Costs Of Natural Disasters.** In October 2017, Perry voted against: "Frelinghuysen, R-N.J., motion to suspend the rules and agree to the resolution (H Res 569) that would provide that upon agreeing to the resolution, the House will have been considered to have concurred in the Senate amendment to the bill (HR 2266) with a House amendment that would make available $36.5 billion in emergency supplemental funding for fiscal 2018 to partially cover the costs of responding to multiple natural disasters, including hurricanes and wildfires. The measure would include $18.7 billion for the Federal Emergency Management Agency's Disaster Relief Fund - $4.9 billion of which would be used for disaster relief loans to Puerto Rico and the U.S. Virgin Islands. It would also cancel $16 billion of the Treasury debt incurred by FEMA's National Flood Insurance Program, would release $1.2 billion in contingency reserves from the Supplemental Nutrition Assistance Program for use in Puerto Rico would provide $577 million in funding to fight wildfires." The motion was agreed to 353-69. [HRes 569, Vote #566, 10/12/17; CQ, 10/12/17]

**Perry Voted Against An Amendment To Exempt The National Interagency Fire Center From Any Provisions Of The Underlying Bill That Would Prevent Them From Having The Water Supply They Need To Fight Wildfires.** In July 2017, Perry voted against: "Carbajal, D-Calif., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would exempt the National Interagency Fire Center from any of the bill's provisions that would impair the center's ability to ensure that there is an adequate supply of water to fight wildfires." The motion was rejected, 230-189. [HR 23, Vote #351, 7/12/17; CQ, 7/12/17]

**Perry Voted For A Six Month Extension Of FAA Taxes Tied To Hurricane Relief And Flood Insurance Programs.** In September 2017, Perry voted for: "Passage of the bill that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs and would establish the basis for the development of a private flood insurance market. It would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria, and would allow the federal government to reimburse the governments of Puerto Rico and the U.S. Virgin Islands for any disaster tax relief that those islands provide their citizens." The bill passed by a vote of 264-155.  [HR 3823, Vote #542, 9/28/17; CQ, 9/28/17]

**The House Passed A Six-Month Extension To Fund The FAA – That Also Included Hurricane Relief Provisions That Were Later Stripped By The Senate – While Postponing Debate Over More Contentious FAA Reforms.** "Congress approved a six-month extension Thursday of Federal Aviation Administration taxes to give lawmakers more time to debate contentious, long-term airline policies. The House voted 264-155 to extend taxes through March 31. The time will allow more debate on contentious FAA measures dealing with air-traffic control and pilot training in legislation expected to last four or more years. The Senate made a change before approving the legislation by unanimous consent, which removed a provision dealing with flood insurance from the legislation. The House then agreed by unanimous consent to accept the change. Approval of the legislation was crucial before Saturday for the FAA because the government would have been unable to collect about $40 million per day in aviation taxes. Airport construction projects that depend on federal grants would have halted and thousands of FAA workers would have been laid off." [USA Today, 9/28/17]

**Perry Voted Against Requiring The Government Pay The U.S. Virgin Islands And Puerto Rico Amounts Equal To 400 Percent Of The Loss In Revenues From Hurricanes Harvey, Irma, And Maria.** In September 2017, Perry voted against: "Nadler, D-N.Y., motion to recommit the bill to the House Ways and Means Committee



with instructions to report it back immediately with an amendment that would require the secretary of the Treasury to pay to the U.S. Virgin Islands and Puerto Rico amounts equal to 400 percent of the loss in revenues from Hurricanes Harvey, Irma and Maria for the repair of infrastructure and the payment of health care costs on the islands. It would also modify corporate taxes and charitable contribution limitations in relation to disaster relief." The motion failed by a vote of 188-277.  [H R 3823, Vote #541, 9/28/17; CQ, 9/28/17]

**Perry Voted Against Consideration Of Extending Expiring FAA Authorities, Establishing Development Of A Private Flood Insurance Market, And Modifying Tax Provisions For People Impacted By Hurricanes Harvey, Irma, And Maria.** In September 2017, Perry voted against: "Adoption of the rule (H Res 538) that would provide for House floor consideration of the bill (HR 3823) that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. The measure would also extend multiple health care programs, would establish the basis for the development of a private flood insurance market, and would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria. The rule would also provide for motions to suspend the rules on the legislative day of September 28, 2017." The rule was adopted by a vote of 223-190. [H RES 538, Vote #539, 9/27/17; CQ, 9/27/17]

**Perry Voted For Passing FAA Authorities Tied To Private Flood Insurance Authorization And Hurricane Relief.** In September 2017, Perry voted for: "Curbelo, R-Fla., motion to suspend the rules and pass the bill that would extend through March 31, 2018, various expiring authorities, programs and activities for the Federal Aviation Administration. It would also extend multiple health care programs, would establish the basis for the development of a private flood insurance market, and would modify tax provisions for individuals living in areas impacted by Hurricanes Harvey, Irma and Maria." The motion was rejected by a vote of 245-171. [H R 3823, Vote #530, 9/25/17; CQ, 9/25/17]

## Financial Protections & Wall Street

**Perry Voted For The Foreign Investment Risk Review Modernization Act.** In June 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would expand the types of transactions covered by the Committee on Foreign Investment in the U.S. to include critical infrastructure projects and land deals near sensitive government properties and facilities. The bill would authorize the Commerce Department to request disclosures of data about foreign persons or companies with a stake in companies that partner with U.S. firms in overseas joint ventures that apply for export licenses to allow for the transfer of sensitive technology. The bill would also authorize $20 million annually for fiscal 2019 through fiscal 2023 for operations of the committee." The motion was agreed to, 400-2. [H.R. 5841, Vote #295, 6/26/18; CQ, 6/26/18]

**Perry Voted For Establishing Penalties For "Unauthorized Disclosure Of Proprietary Information" Related To A Financial Institution By A Federal Banking Regulator Employee.** In June 2018, Perry voted for: "Hill, R-Ark., motion to suspend the rules and pass the bill that would establish criminal penalties for the unauthorized disclosure of proprietary information related to a financial institution by an employee of a federal banking regulator." The motion was agreed to, 392-2. [HR 4294, Vote #293, 6/26/18; CQ, 6/26/18]

**Perry Voted For Providing "Legal Protection For A Bank" That Keeps A Customers Account Open At The "Written Request" Of A Law Enforcement Agency.** In June 2018, Perry voted for: "Hill, R-Ark., motion to suspend the rules and pass the bill that would provide legal protection for a bank or financial institution that keeps open a customer account at the written request of a local, state or federal law enforcement agency.." The motion was agreed to, 379-4. [HR 5783, Vote #290, 6/25/18; CQ, 6/25/18]

**Perry Voted For A Bill That Would Apply The More Stringent Bank Regulation Provisions Of The 2010 Financial Overhaul To Banks With $250 Billion In Assets.** In May 2018, Perry voted for: "Passage of the bill that would apply the more stringent bank regulation provisions of the 2010 financial overhaul to banks with $250 billion in assets, instead of those with at least $50 billion in assets. It would also allow banks with less than $10 billion in assets to trade with depositors' money. The bill would lift the threshold for disclosure requirements to $10 million for employee-owned securities and would allow venture capital funds to have up to 250 investors and be



exempt from certain registering requirements. It would provide consumers with the right to request a 'security freeze' on their credit reports, which would prohibit a consumer reporting agency from releasing information from the consumer's credit report without express authorization. It would define a 'qualified mortgage' as any residential mortgage loan held by a bank, removing the requirement that for a 'qualified mortgage,' a bank must determine that a mortgage recipient has the ability to repay." The bill was passed (thus cleared for the president) by a vote of 258-159. [S. 2155, Vote #216, 5/22/18; CQ, 5/22/18]

> **Critics Said The Bill Created Loopholes That Larger Banks Would Exploit.** "Rothfus made his claim after voting in favor of the Economic Growth, Regulatory Relief, and Consumer Protection Act, S. 2155, which supporters said will lessen the Dodd-Frank burden on community banking institutions — defined as those with less than $10 billion in assets — and which critics argue creates wiggle room and loopholes that larger banks will exploit. The rollback was signed into law by President Donald Trump on May 24." [PolitiFact, 5/31/18]

> **The Bill Contained Policies Which Would Roll Back Or Eliminate Key Parts From The Dodd-Frank Wall Street Reform And Consumer Protection Act.** "Late last year the Economic Growth, Regulatory Relief and Consumer Protection Act, which was sponsored by Banking Committee Chairman Mike Crapo, R-Idaho, with nearly 20 co-sponsors on both sides of the aisle, was introduced in the Committee on Banking, Housing and Urban Affairs […] The bill contains policies which would roll back or eliminate key parts from the Dodd-Frank Wall Street Reform and Consumer Protection Act." [Housing Wire, 3/6/18]

**Perry Voted For A Joint Resolution Nullifying A Consumer Financial Protection Bureau To Protect Borrowers From Discrimination In Auto Lending.** In, Perry voted for "Passage of the joint resolution that would nullify and disapprove of a Consumer Financial Protection Bureau rule that provides guidance to third parties that offer indirect financing for automobile loans. The rule states that such third party lenders are treated as creditors under the Equal Credit Opportunity Act and the lenders may not mark up the rate of an indirect loan in relation to a borrower's race, color, religion, national origin, sex, marital status, age or receipt of income from any public assistance program." The vote passed 234-175. [S.J. Res. 57, Vote #171, 5/8/18; CQ Floor Votes, 5/8/18]

**Perry Voted For Granting The Federal Reserve Sole Rulemaking Authority Over The Volcker Rule.** In April 2018, Perry voted for: "Passage of the bill that would grant the Federal Reserve sole rulemaking authority with respect to Section 619 of the 2010 financial regulatory overhaul, the so-called "Volcker Rule." The rule restricts financial institutions that are insured by the Federal Deposit Insurance Corporation from using their own funds for proprietary trading. The bill would also exempt community banks from the rule, provided that the banks have less than $10 billion in total consolidated assets and have trading and liability assets totaling less than five percent of total consolidated assets." The bill passed by a vote of 300-104. [HR 4790, Vote #139, 4/13/18; CQ, 4/13/18]

> **Bill Streamlined Rule Restricting Speculative Transactions By Investors, Which Was Being Enforced By Five Separate Regulators.** "The bill, which was approved by a vote of 300-104, would streamline the rule which is currently enforced by five separate regulators. The degree of bipartisan support for the measure suggests House lawmakers may try to include it in a broader bill easing bank rules that has already passed the Senate. […] The Volcker rule, finalized three years after the Dodd-Frank financial reform law passed in the wake of the 2007-2009 financial crisis, restricts U.S. banks from making certain kinds of speculative transactions on their own account and from investing in hedge funds." [Reuters, 4/13/18]

**Perry Voted For Reducing The Frequency Of The Federal Reserve's Stress Testing Of Financial Institutions.** In April 2018, Perry voted for: "Passage of the bill that would reduce certain conditions and the frequency of the Federal Reserve's stress testing of financial institutions. It would also prohibit the Fed from objecting to a company's capital plan on the basis of qualitative deficiencies in the company's capital planning process when conducting a Comprehensive Capital Analysis and Review test." The bill passed 245-174. [H R 4293, Vote #137, 4/11/18; CQ, 4/11/18]

**Perry Voted For Requiring The Financial Stability Oversight Council To Meet With Financial Institutions Under Their Review.** In April 2018, Perry voted for: "Passage of the bill that would change the process that the



Financial Stability Oversight Council (FSOC) would use to designate a nonbank financial institution as systemically important. It would require the FSOC to consider if other means of regulation would be sufficient before making its designation, and would require that the council be available to meet with the financial institution under review throughout the process." The bill passed 297-121. [H R 4061, Vote #135, 4/11/18; CQ, 4/11/18]

**Perry Voted Against An Amendment Requiring Stringent Federal Reserve Oversight Of Banks With Histories Of Unsafe Banking Practices.** In April 2018, Perry voted against: "Waters, D-Calif., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require global systematically important banks that have engaged in a pattern of unsafe banking practices to adhere to more stringent and frequent oversight by the Federal Reserve." The motion was rejected by a vote of 188-231. [H R 4293, Vote #136, 4/11/18; CQ, 4/11/18]

**Perry Voted For The Alleviating Stress Test Burdens To Help Investors Act, Which Would Exempt Nonbank Financial Institutions That Have Been Designated As Systemically Important From Requirements That They Conduct Annual Financial Stress Tests.** In March 2018, Perry voted for passage of the bill that would exempt nonbank financial institutions that have not been designated as systemically important from requirements that they conduct annual financial stress tests. It would also allow the Securities and Exchange Commission and the Commodity Futures Trading Commission to issue regulations for financial companies that have assets totaling more than $10 billion. The bill passed, 395 to 19. [H.R. 4566, Vote #119, 3/20/18; CQ, 3/20/18]

**Perry Voted For Creating An Office Of Independent Examination Review Within The Federal Financial Institutions Examination Council.** In March 2018, Perry voted for: "Passage of the bill that would create an Office of Independent Examination Review within the Federal Financial Institutions Examination Council, which would hear appeals by financial institutions regarding reports by banking regulatory agencies. The bill would prohibit federal banking regulators from retaliating against a financial institution for exercising its appellate rights. It would also include nondepository institutions subject to supervision by the Consumer Financial Protection Bureau under the law's appellate process for appeals of its actions." The bill passed by a vote of 283-133. [HR 4545, Vote #112, 3/15/18; CQ, 3/15/18]

> **CBO: The Office Would Investigate Complaints From Financial Institutions About Examinations And Regularly Review The Quality Of Examinations.** "H.R. 4545 would establish the Office of Independent Examination Review within the Federal Financial Institutions Examination Council (FFIEC). The new office would investigate complaints from financial institutions about examinations, regularly review the quality of examinations, and adjudicate appeals of determinations made within examinations." [CBO, 2/12/18]

**Perry Voted Against Limiting The Appeals Process In The Bill To Banks And Credit Unions With Less Than $10 Billion In Assets.** In March 2018, Perry voted against: "Waters, D-Calif., amendment that would limit the appeals process specified in the bill such that it would only apply to banks and credit unions with less than $10 billion in assets." The motion was rejected by a vote of 184-233. [HR 4545, Vote #111, 3/15/18; CQ, 3/15/18]

**Perry Voted For Increasing The Maximum Amount Of Securities A Company Could Offer Before Registering With The SEC Or State Regulatory Agencies.** In March 2018, Perry voted for: "Passage of the bill that would immediately increase, from $50 million to $75 million, the maximum amount of securities certain companies could offer in a 12-month period without full Securities and Exchange Commission registration or without having to meet state registration and qualification requirements. The bill would also require that the maximum threshold be adjusted for inflation every two years, rounded to the nearest $10,000." The bill passed by a vote of 246-170. [HR 4263, Vote #110, 3/15/18; CQ, 3/15/18]

**Perry Voted Against Eliminating The Increase In The Maximum Amount Of Securities A Company Could Offer Before Registering With The SEC Or State Regulatory Agencies.** In March 2018, Perry voted against: "Beatty D-Ohio motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would eliminate the increase in the maximum amount of securities that



a company that could offer in a 12-month period without registering with the Securities and Exchange Commission. The amendment would also require the SEC to review and revise regulations." The motion was rejected by a vote of 182-235. [HR 4263, Vote #109, 3/15/18; CQ, 3/15/18]

**Perry Voted For The TAILOR Act, Which Required Financial Regulators To Consider Business Models Of Financial Institutions When Writing Rules.** In March 2018, Perry voted for: "Passage of the bill that would require federal financial regulators to tailor their rules and regulations on covered institutions in a manner that would take into account the risk profile and business models of the different types and classes of financial institutions. It would also require a review of all regulations adopted during the seven years prior to the introduction date of this bill and would revise as appropriate any that do not meet the bill's requirements." The bill passed by a vote of 247-169. [HR 1116, Vote #108, 3/14/18; CQ, 3/14/18]

> **Americans For Financial Reform Opposed Bill, Stating It "Would Force Regulators To Prioritize The Costs Of Regulations To Financial Institutions Over The Offsetting Benefits To Consumers And The General Public."** "On behalf of Americans for Financial Reform, we are writing to urge you to vote in opposition to H.R. 1116, which is being considered on the House floor this week. This unnecessary and dangerous legislation would significantly reduce the capacity of Federal financial regulatory agencies, including the Consumer Financial Protection Bureau, to effectively protect consumers and financial stability. […] This sweeping mandate would force regulators to prioritize the costs of regulations to financial institutions over the offsetting benefits to consumers and the general public. The mandate implies that regulators would be unable to act to protect the public if such action led to any significant costs to Wall Street banks." [Americans for Financial Reform, 3/12/18]

**Perry Voted For The Comprehensive Regulatory Review Act To Require Federal Agencies To More Frequently Review The Impact Of Financial Regulations.** In March 2018, Perry voted for "passage of the bill that would modify the cycle for federal financial regulators to review rules under the Economic Growth and Regulatory Paperwork Reduction Act of 1996 from once every 10 years to once every seven years. It would require agencies conducting such reviews to seek to tailor existing regulations to limit regulatory compliance impacts, costs, liability risks and other burdens, and would expand the agencies' scope of rules under review to include those that impose requirements on individuals or companies that offer consumer financial products or services." The bill passed, 264-143. [HR 4607, Vote #95, 3/6/18; CQ, 3/6/18]

> **Under The Legislation, Agencies Would Be Required To Reduce The Cost Of Compliance For Regulated Entities.** "The legislation amends the Economic Growth and Regulatory Paperwork Reduction Act to require the Federal Financial Institutions Examination Council and each federal financial agency to conduct a regulatory review every seven years. The 1996 law only requires financial agencies to conduct regulatory reviews every 10 years and exempts agencies such as the independent Consumer Financial Protection Bureau and National Credit Union Administration from the required reviews. Under the new legislation, agencies would be required to tailor regulations in an effort to reduce burdens on covered entities, including the cost of regulatory compliance and liability risk." [The Hill, 3/6/18]

**Perry Voted For A Bill To Ease Operational Risk Capital Requirements Imposed On Certain Financial Institutions.** In February 2018, Perry voted for: "Passage of the bill that would require federal banking regulators to base operational risk capital requirements imposed on certain financial institutions on the bank's current activities and businesses, as opposed to past experiences and losses. It would also allow for regulators to adjust capital risk requirements based on other operational risk mitigation factors." The bill passed by a vote of 245-169. [HR 4296, Vote #89, 2/27/18; CQ, 2/27/18]

> **Americans For Financial Reform Opposed The Bill, Calling It "A Transparent Attempt To Pressure Regulators To Reduce Capital Protections At The Nation's Largest Banks."** "On behalf of Americans for Financial Reform, we are writing to urge you to vote in opposition to H.R. 4296, which is being considered on the House floor today. This bill is a transparent effort to boost big bank profits by pressuring regulators to weaken public protections. If it were passed, major Wall Street banks could increase their borrowing and



reduce the private capital they hold to protect the financial system and the public against the effects of a megabank failure. […] H.R. 4296 is a transparent attempt to pressure regulators to reduce capital protections at the nation's largest banks, and it should be rejected." [Americans for Financial Reform, 2/27/18]

**Perry Voted Against Requiring Systemically Banks That Had Previously Engaged In Unsafe Banking Practices To Continue To Be Subjected To Requirements.** In February 2018, Perry voted against: "Waters, D-Calif., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would exempt any global systemically important bank holding company or any subsidiary that has 'engaged in a pattern or practice of unsafe or unsound banking practices' from the bill's provisions." The motion was rejected by a vote of 185-228. [HR 4296, Vote #88, 2/27/18; CQ, 2/27/18]

**Perry Voted For Prohibiting Lenders From Increasing The Maximum Rate Of Interest After The Loan Is Sold Or Reassigned.** In February 2018, Perry voted for: "Passage of the bill that would amend the Home Owners' Loan Act, the Federal Credit Union Act, and the Federal Deposit Insurance Act to codify the 'valid-when-made' doctrine, which requires that the rate of interest of certain loans remain unchanged after sale, assignment or transfer of the loans." The bill passed by a vote of 245-171. [HR 3299, Vote #78, 2/14/18; CQ, 2/14/18]

**Perry Voted For A Bill To Modify Financial Services Regulations, Including Exempting State Regulations When Securities Qualified For Trading In A Registered National Market System.** In February 2018, Perry voted for: "Passage of the bill that would modify regulations related to financial services, including exempting from state regulations all securities that qualify for trading in any registered national market system, the listing standards of which have been approved by the Securities and Exchange Commission. It would also prohibit the SEC, unless it has issued a subpoena, from compelling a person to produce or furnish source code for automated trading to the agency, including algorithmic trading source code. It would exempt, for an additional five years, emerging growth companies from the requirement that an independent auditor attest to management's assessment of the company's internal controls over financial reporting. It would require the Financial Stability Oversight Council to consider the appropriateness of imposing heightened prudential standards as opposed to other forms of regulation to mitigate identified risks to the U.S. financial stability when determining whether to subject a U.S. or a foreign nonbank financial company to supervision by the Federal Reserve. In addition, the bill would modify the mortgage disclosure requirements that must be provided by a lender to borrowers by allowing the disclosure to include a discounted rate that a title insurance company may provide to borrowers if they were to simultaneously purchase both a lenders and owners title insurance policy." The bill passed by a vote of 271-145. [HR 3978, Vote #77, 2/14/18; CQ, 2/14/18]

> **Americans For Financial Reform Opposed The Bill, Calling It A "Grab Bag Of Bad Legislative Ideas," Including A Provision Limiting The SEC's Ability To Investigate High Frequency Trading Strategies.** "On behalf of Americans for Financial Reform, we are writing to urge you to vote in opposition to H.R. 3978, which is being considered on the House floor today. This legislation is a grab bag of bad legislative ideas that should never have advanced through the House Financial Services Committee. Especially notable given the recent wild swings in stock prices, Title II of this bill would sharply limit the ability of the Securities and Exchange Commission (SEC) to investigate high-frequency automated trading strategies that can disrupt markets. But that is hardly the only harmful bill in this package. There are several other provisions that would weaken consumer and investor protections. […] The sections of H.R. 3978 discussed above are, individually, bad bills for consumers and investors rights and protections. Packaging them together only worsens the harm. We urge you to reject H.R. 3978." [Americans for Financial Reform, 2/13/18]

**Perry Voted Against Amending A Financial Services Bill To Allow Executive Compensation To Be Clawed Back If A Company Was Not Compliant With Reporting Requirements.** In February 2018, Perry voted against: "Capuano D-Mass., motion to recommit the bill to the House Financial Services committee with instructions to report back immediately with an amendment that would extend the current policy requiring executive officer incentive-based compensation be clawed-back in a case where the issuer is required to prepare an accounting restatement due to noncompliance with any reporting requirements under securities laws." The motion failed by a vote of 189-228. [HR 3978, Vote #76, 2/14/18; CQ, 2/14/18; Congressional Budget Office, 1/18/18]



**Perry Voted For Passage Of A Bill To Increase The Minimum Asset Threshold At Which Banks Were Subject To Risk-Based Capital Requirements.** In February 2018, Perry voted for passage of the Small Bank Holding Company Relief Act of 2012, a bill that "would require the Federal Reserve Board to increase, from $1 billion to $3 billion, the asset limit for banks and holding companies exempt from certain leverage and risk-based capital requirements and therefore allowed to have higher debt levels than larger institutions." The bill was passed, 280-139. [H.R. 4771, Vote #66, 2/8/18; CQ, 2/8/18]

**Perry Voted For A Bill That Created An Exception To Rules Meant To Reduce Risky, High-Cost Mortgages.** In February 2018, Perry voted for "passage of the bill that would exclude insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the three percent cap on points and fees imposed on qualified mortgages by modifying the definition of 'points and fees.'" According to the Center for Responsible Lending, "the Mortgage Choice Act would allow many more risky, high-cost loans to qualify as Qualified Mortgage (QM) loans by creating exceptions to the points and fees threshold." The bill passed, 280-131. [H.R. 1153, Vote #64, 2/8/18; CQ, 2/8/18; Center for Responsible Lending, 11/13/17]

**Perry Voted For Exempting Certain Banks From Reporting And Record-Keeping Requirements If They Issued Below A Certain Number Of Mortgages Or Lines Of Credit.** In January 2018, Perry voted for formation on loans if a depository institution originated a limited number of closed-end mortgage loans or open-end lines of credit in in each of the two preceding calendar years." The bill passed 243-184. [H.R. 2954, Vote #32, 1/18/18; CQ, 1/18/18]

**Perry Voted Against Requiring Mortgage Lenders To Attest That They Are In Compliance With Fair Lending Laws And That Employees Have Taken Anti-Discrimination Training.** In January 2018, Perry voted against: "Ellison, D-Minn., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require a depository institution utilizing the bill's exemptions to annually attest that the institution is in compliance with all relevant federal fair lending laws and attest that its employees have completed anti-discrimination training." The motion failed 191 to 236. [H.R. 2954, Vote #31, 1/18/18; CQ, 1/18/18]

**Perry Voted For Considering Legislation To Exempt Some Depository Institutions From Certain Mortgage Records Disclosure Requirements And Authorize $3.29 Billion For The United States' Contribution To The World Bank's International Development Association.** In January 2018, Perry voted fordepository institutions from certain mortgage records disclosure requirements. It would provide for consideration of the bill (HR 3326) that would authorize $3.29 billion for the United States' contribution to the World Bank's International Development Association for fiscal 2018 through fiscal 2020, but would, for fiscal 2018 through fiscal 2023, withhold up to 30 percent of authorized funding to the bank until the Treasury secretary reports to Congress that the World Bank is undertaking certain changes." The rule was adopted 228-188. [H Res 693, Vote #21, 1/17/18; CQ, 1/17/18]

**Perry Voted For Requiring Proxy Financial Advisory Firms To Register With The SEC.** In December 2017, Perry voted for: "Passage of the bill that would require proxy advisory firms to register with the Securities and Exchange Commission. The bill would require such firms to disclose potential conflicts of interest, disclose whether they have a code of ethics, and make publicly available their methodologies for formulating proxy recommendations and analyses" The bill passed 238 to 182. [HR 4015, Vote #702, 12/20/17; CQ, 12/20/17]

**Perry Voted For Eliminating Enhanced Supervision For Banks With Assets Totaling More Than $50 Billion.** In December 2017, Perry voted for: "Passage of the bill that would modify the 2010 financial regulatory overhaul by eliminating the requirement for automatic enhanced supervision of bank holding companies with assets totaling more than $50 billion in value, and would require that the Federal Reserve make such designations for enhanced supervision based on factors including the bank's activities and relationships." The bill passed 288 to 130. [HR 3312, Vote #694, 12/19/17; CQ, 12/19/17]



**Perry Voted For Consideration Of Bills Loosening Enhanced Supervision Bank Regulations And Presenting The Tax Overhaul Conference Report.** In December 2017, Perry voted for: "Adoption of the rule (H Res 667) that would provide for House floor consideration of the bill (HR 3312) that would modify the enhanced supervision requirement for certain bank holding companies, and provide for consideration of the conference report to accompany the Tax Cuts and Jobs Act (HR 1)." The rule was adopted 233 to 193. [H Res 667, Vote #689, 12/19/17; CQ, 12/19/17]

**Perry Voted For Allowing Financial Institutions To Stop Sending Annual Privacy Notices To Their Consumers.** In December 2017, Perry voted for: "Passage of the bill that would exempt vehicle financial companies that have not changed their privacy policies, including companies that share or sell information on consumers to unaffiliated third parties, from the requirement that such companies provide annual written privacy notices to consumers. In order to qualify for the exemption, the company's privacy notice must be available online, and the consumer must be notified of the availability of online privacy notices by other means." The bill passed 275 to 146. [HR 2396, Vote #682, 12/14/17; CQ, 12/14/17]

    **Rep. Nydia Velazquez (D-NY): HR 2396 Was Too Broad, Especially Given The Lack Of Privacy Customers Had.** "A bill opponent, Rep. Nydia Velazquez, D-N.Y., said the proposed exemption was far too broad given the power financial firms have to use their customers' personal information." [Concord Monitor, 12/17/17]

**Perry Voted For Consideration Of A Bill Requiring Proxy Financial Advisory Firms To Register With The SEC.** In December 2017, Perry voted for: "Adoption of the rule (H Res 657) that would provide for House floor consideration of the bill (HR 2396) that would exempt financial service companies from a requirement that they send customers annual written privacy notices, and would provide for consideration of the bill (HR 4015) that would require proxy financial advisory firms to register with the Securities and Exchange Commission." The rule was adopted 240-184. [H Res 657, Vote #679, 12/13/17; CQ, 12/13/17]

**Perry Voted For Allowing Certain Lenders To Forego Mortgage Escrow Requirements.** In December 2017, Perry voted for: "Passage of the bill that would exempt lenders with assets of $10 billion or less from the 2010 financial regulatory overhaul requirement that such lenders establish escrow accounts for the first five years of so-called "high-priced" mortgage loans, if the lenders hold the loan on its own balance sheet for three years after the loan is made, and it would exempt companies that service up to 20,000 mortgage loans from current loan servicing and escrow account administration requirements." The bill passed 294 to 129. [HR 3971, Vote #675, 12/12/17; CQ, 12/12/17]

    **Maxine Waters: HR 3971 Could "Set The Stage" For Another Financial Crisis.** "A bill opponent, Rep. Maxine Waters, D-Calif., said dropping the regulations would 'set the stage for a return of the harmful practices of the subprime meltdown and the worst financial crisis since the Great Depression.'" [Concord Monitor, 12/17/17]

**Perry Voted For Exempting Home Manufacturing Companies From Mortgage-Related Regulatory Requirements And Increasing Threshold For "High Cost Mortgages."** In December 2017, Perry voted for: "Passage of the bill that would change the definitions of 'mortgage originator' and 'loan originator' to exempt companies that manufacture homes and sell manufactured homes from various mortgage-related regulatory requirements. It would increase the maximum allowable rates and fees that may be applied to a manufactured home loan before the loan is classified as a high-cost mortgage." The bill passed 256 to 163. [HR 1699, Vote #651, 12/1/17; CQ, 12/1/17]

**Perry Voted For Consideration Of Bills Increasing The Federal New Hire Probationary Period And Loosening Mortgage-Related Regulations.** In November 2017, Perry voted for: "Adoption of the rule (H Res 635) that would provide for House floor consideration of the bill (HR 4182) that would change the probationary period for certain federal employees in new or promoted positions and provide for consideration of the bill (HR



1699) that would modify federal regulations regarding high-cost mortgages as they apply to manufactured housing." The rule was adopted 226 to 186. [H Res 635, Vote #645, 11/30/17; CQ, 11/30/17]

**Perry Voted For Allowing Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** In November 2017, Perry voted for: "Passage of the bill that would require an issuer of securities to meet a specific set of criteria in order for the issuer's transactions to constitute a sale of 'nonpublic' securities that are exempt from registration with the Securities and Exchange Commission and from state regulation. It would require each purchaser to have a substantive pre-existing relationship with an officer or certain shareholders of the issuer, permit no more than 35 purchasers under the exemption over the preceding 12 months, and would cap, at $500,000, the total aggregate amount of securities sold in the 12-month period preceding the transaction." The bill passed 232-188. [HR 2201, Vote #622, 11/9/17; CQ, 11/9/17]

> *Voterama In Congress*: **HR 2201 Would Allow Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** "Deregulation of stock sales: The House on Nov. 9 voted, 232-188, to allow certain startups to sell relatively small sums of stock in private transactions free of Securities and Exchange Commission registration rules. Under the bill, firms would be exempt from registering securities if the aggregate amount of the private offering is less than $500,000 over 12 months and there are 35 or fewer purchasers, each of whom has a pre-existing relationship with the issuer. A yes vote was to pass HR 2201 over arguments it could lead to fraudulent offerings." [Voterama in Congress via GoErie.com, 11/12/17]

**Perry Voted For Consideration Of A Bill Allowing Startups To Sell Stock In Private Transactions Outside SEC's Jurisdiction.** In November 2017, Perry voted for: "Adoption of the rule (H Res 609) that would provide for House floor consideration of the bill (HR 2201) that would require an issuer of securities to meet a specific set of criteria in order for the issuer's transactions to constitute a sale of 'nonpublic' securities that are exempt from registration with the Securities and Exchange Commission and from state regulation." The resolution was adopted 233-190. [HRes 609, Vote #617, 11/8/17; CQ, 11/8/17]

**Perry Voted For Passage Of The Joint Resolution Nullifying The Consumer Financial Protection Rule Prohibiting Mandatory Arbitration Clauses.** In July 2017, Perry voted for: "Passage of the joint resolution that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in consumer contracts related to financial services and products." The joint resolution passed by a vote of 231-190. [H J RES 111, Vote #412, 7/25/17; CQ, 7/25/17]

> **Perry Voted For Moving Forward With Consideration Of A Joint Resolution Nullifying The Consumer Financial Protection Rule Prohibiting Mandatory Arbitration Clauses.** In July 2017, Perry voted for: "Adoption of the rule (H Res 468) that would provide for House floor consideration of the joint resolution (H J Res 111) that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in certain consumer contracts." The rule was adopted by a vote of 233-188. [H RES 468, Vote #411, 7/25/17; CQ, 7/25/17]

**Perry Voted For The CHOICE Act To "Overhaul Financial Industry Regulations And Repeal Many Provisions Of The 2010 Dodd-Frank Law."** In June 2017, Perry voted for "passage of the bill that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency funded by annual appropriations and would modify operations at the Federal Reserve and at the Securities and Exchange Commission. It would repeal the prohibition on banking entities engaging in proprietary trading and would modify regulations governing the amount of capital that banks are required to maintain. It would also nullify the Labor Department's April 2016 "fiduciary" rule regarding standards for individuals who provide retirement investment advice to act in the best interests of their clients." The bill passed 233-186. [HR 10, Vote #299, 6/8/17; CQ Floor Votes, 6/8/17]

> **HEADLINE: House passes Choice Act that would gut Dodd-Frank banking reforms** [CNBC, 6/8/17]



**New York Times: CHOICE Act "To Erase A Number Of Core Financial Regulations," Including Limits On Risk Taking Enacted After The Financial Crash, And "Would Weaken The Powers Of The Consumer Financial Protection Bureau."** "The House approved legislation on Thursday to erase a number of core financial regulations put in place by the 2010 Dodd-Frank Act, as Republicans moved a step closer to delivering on their promises to eliminate rules that they claim have strangled small businesses and stagnated the economy. […] The Choice Act would exempt some financial institutions that meet capital and liquidity requirements from many of Dodd-Frank's restrictions that limit risk taking. It would also replace Dodd-Frank's method of dealing with large and failing financial institutions, known as the orderly liquidation authority — which critics say reinforces the idea that some banks are too big to fail — with a new bankruptcy code provision. In addition, the legislation would weaken the powers of the Consumer Financial Protection Bureau." [New York Times, 6/8/17]

**Perry Voted For Consideration Of A Bill That Would Repeal Many Provisions Of The Dodd-Frank Law.** In June 2017, Perry voted for: **"**Adoption of the rule (H Res 375) that would overhaul financial industry regulations and repeal many provisions of the 2010 Dodd-Frank law. It would convert the Consumer Financial Protection Bureau into an executive agency, modify operations at the Federal Reserve and at the Securities and Exchange Commission, modify regulations governing the amount of capital that banks are required to maintain, and repeal the prohibition on banking entities engaging in proprietary trading." The rule was adopted, 231-188. [H Res 375, Vote #291, 6/7/17; CQ, 6/7/17]

**Perry Voted For An Amendment To Roll Back Regulations For Mutual Holding Companies.** In June 2017, Perry voted for: "Faso, R-N.Y., amendment that would modify federal regulations governing the valuation process for mutual holding companies in the event of a full conversion from mutual-form to stock-form of ownership." According to the Congressional Record, Rep. Faso said that the amendment "restores the dividend waiver process to what it was prior to Dodd-Frank" for mutual holding companies. The amendment was adopted, 235-184. [HR 10, Vote #297, 6/8/17; CQ, 6/8/17; Congressional Record, 6/8/17]

**Perry Voted For An Amendment To Allow Pooled Investment Funds With A Fixed Number Of Shares To Benefit From A Streamlined Registration Process That Bigger Companies Use.** In June 2017, Perry voted for: "Hollingsworth, R-Ind., amendment that would allow certain closed-end companies registered as investment companies to be considered 'well-known seasoned issuers' under federal regulations." According to the Congressional Record, Rep. Hollingsworth said, this amendment would allow "companies that meet certain criteria to have the same equivalence as bigger companies that also have access to capital markets by making them available to those fast lanes that allow them to issue shares." The amendment was adopted, 231-180. [HR 10, Vote #296, 6/8/17; CQ, 6/8/17; Congressional Record, 6/8/17]

**Perry Voted For Allowing Consideration Of A Bill That Would "Likely… Increase Industry Influence" Over The Copyright Office.** In April 2017, Perry voted for "Adoption of the rule (H Res 275) that would provide for House floor consideration of the bill that would modify the process for selecting and appointing the U.S. Copyright Office's Register of Copyrights and would limit a Register of Copyrights' term to 10 years." The rule was adopted by a vote of 237-186. [HR 1695 (HRes 275), Vote #225, 2/26/17; CQ, 2/26/17]

> **Electronic Frontier Foundation: HR 1695 Would "Effectively Strip The Librarian Of Congress Of Oversight Over The Register, And Is Likely To Increase Industry Influence Over An Already Highly Politicized Office."** "The U.S. House of Representatives today voted 378 to 48 to pass a controversial bill that would make the Register of Copyrights a presidential appointee. H.R. 1695, the Register of Copyrights Selection and Accountability Act of 2017, will effectively strip the Librarian of Congress of oversight over the Register, and is likely to increase industry influence over an already highly politicized office. The bill does nothing to improve the functioning of the Copyright Office, nor to fix any of the serious problems with copyright law, including its excessive and unpredictable penalties." [EFF.org, 4/26/17]

**Perry Voted For Allowing Consideration Of A Bill To Permit More Investors To Join In On A Venture Capital Fund.** In April 2017, Perry voted for the " adoption of the rule (H Res 242) that would provide for House



floor consideration of the bill that would increase from 100 to 250 the number of accredited investors who can form a venture capital fund to invest in small businesses." The amendment passed 240 to 181. [HR 242, Vote #218, 4/5/17; CQ, 4/5/17]

**Perry Voted For Allowing Consideration Of A Bill To Permit More Securities To Be Used For Employee Compensation Without Disclosing Some Information To Investors .** In April 2017, Perry voted for the "adoption of the rule (H Res 240) that would provide for House floor consideration of the bill that would direct the Securities and Exchange Commission to increase from $5 million to $10 million the annual amount of securities that privately-held companies can sell for employee compensation without needing to disclose certain information to investors." The amendment passed 238 to 177. [HR 240, Vote #214, 4/4/17; CQ, 4/4/17]

**Perry Voted For Changing Federal Rules Governing Civil Lawsuits To Require Federal Courts To Impose Sanctions On Parties That File Frivolous Lawsuits.** In March 2017, Perry voted for "passage of the bill that would change federal rules governing civil lawsuits to require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The sanctions would need to include monetary payments to the other party to cover the other party's attorney fees and costs. The bill also would eliminate the so-called "safe harbor" clause by removing the ability of parties to withdraw or correct claims considered frivolous within 21 days of filing." The bill passed by a vote of 230-188. [HR 720, Vote #158, 3/10/17; CQ, 3/10/17]

**Perry Voted Against Recommitting The Lawsuit Reduction Act With Instructions To Exempt Any Civil Action Related To The Constitution's Foreign Emoluments Clause.** In March 2017, Perry voted against the "Lofgren, D-Calif., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions any civil action related to the foreign emoluments clause in the Constitution." The motion was rejected by a vote of 186-232. [HR 720, Vote #157, 3/10/17; CQ, 3/10/17]

**Perry Voted Against Exempting Actions Related To Federal Whistleblower Or Anti-Retaliation Laws From The Lawsuit Reduction Act.** In March 2017, Perry voted against the "Jeffries, D-N.Y., amendment that would exempt from the bill's provisions actions related to federal whistleblower or anti-retaliation laws." The amendment was rejected in Committee of the Whole by roll call vote, 189-229. [HR 720, Vote #156, 3/10/17; CQ, 3/10/17]

**Perry Voted Against Removing A Provision From The Lawsuit Reduction Act That Sanctions For Frivolous Lawsuits Cover The Other Party's Legal Fees.** In March 2017, Perry voted against the "Jackson Lee, D-Texas, amendment that would remove the bill's provision that sanctions for frivolous lawsuits would need to include monetary payments to the other party to cover the other party's attorney fees and costs." The amendment was rejected in Committee of the Whole by a vote of 185-225. [HR 720, Vote #154, 3/10/17; CQ, 3/10/17]

**Perry Voted Against Retaining And Modifying The "Safe Harbor" Clause, Which Allows Parties To Withdraw Or Correct Claims Considered Frivolous Within Fourteen Days Of Filing.** In March 2017, Perry voted against the "Soto, D-Fla., that would retain and modify the so-called 'safe harbor' clause related to frivolous civil lawsuits by allowing parties to withdraw or correct claims considered frivolous within 14 days of filing." The clause was rejected in Committee of the Whole by a vote of 181-225. [HR 720, Vote #153, 3/10/17; CQ, 3/10/17]

**Perry Voted Against Recommitting HR 725, A Bill Seeking To Prevent Fraudulent Joinder, With An Amendment Exempting Civil Actions Related To Government Ethics.** In March 2017, Perry voted against the "Kuster, D-N.H., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions civil actions related to government ethics." The motion was rejected by a vote of 187-233. [HR 725, Vote #151, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment Exempting Cases In Which The Plaintiff Seeks Compensation Related To The Bad Faith Of An Insurer From HR 725, A Bill Seeking To Prevent Fraudulent Joinder.** In March 2017, Perry voted against the "Cartwright, D-Pa., amendment that would exempt cases in which the plaintiff seeks


compensation related to the bad faith of an insurer." The amendment was rejected in Committee of the Whole by a vote of 187-229. [HR 725, Vote #150, 3/9/17; CQ, 3/9/17]

**Perry Voted For Amending Title 28, United States Code, To Prevent Fraudulent Joinder.** In March 2017, Perry voted for "passage of the bill that would - for purposes of determining whether certain lawsuits are sent back from federal to state courts - establish a new standard for determining whether a defendant has been fraudulently joined to a case. Under the measure, federal courts would have to deny motions to remand a case back to state court if the court finds that there was fraud in the jurisdictional claim, the plaintiff's claim against that defendant is not possible or plausible under state law, or the plaintiff did not make their claim in good faith." The bill passed by a vote of 224-194. [HR 725, Vote #152, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment Exempting Cases Which The Plaintiff Seeks Compensation For Public Health Risks From HR 725, A Bill Seeking To Prevent Fraudulent Joinder.** In March 2017, Perry voted against the "Soto, D-Fla., amendment that would exempt cases in which the plaintiff seeks compensation for public health risks, including byproducts from hydraulic fracturing or water contamination." The amendment was rejected in Committee of the Whole by a vote of 189-233. [HR 725, Vote #149, 3/9/17; CQ, 3/9/17]

**Perry Voted Against Recommitting The Fairness In Class Action Litigation Act Exempting Civil Actions Related To Protection Of Public Drinking Water.** In March 2017, Perry voted against the "Kildee, D-Mich., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions civil actions related to the protection of public drinking water supplies." The motion was rejected by a vote of 188-234. [HR 985, Vote #147, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Claimants Living In Public Housing From The Bill's Provisions Related To Asbestos Trusts.** In March 2017, Perry voted against the "Espaillat, D-N.Y., amendment that would exempt claimants living in public housing from the bill's provisions related to asbestos trusts." The amendment was rejected in Committee of the Whole by a vote of 193-228. [HR 985, Vote #146, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Requiring That Asbestos Trusts Provide Reports Available To The Public Regarding Demands Received And Payments Made.** In March 2017, Perry voted against the "Jackson Lee, D-Texas, amendment that would replace the bill's provisions related to asbestos trusts with a requirement that asbestos trusts to provide a report available to the public regarding demands received and payments made." The amendment was rejected in Committee of the Whole by a vote of 193-229. [HR 985, Vote #145, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Civil Rights Cases From The Bill's Provisions.** In March 2017, Perry voted against the "Conyers, D-Mich., amendment that would exempt cases related to civil actions alleging violations of civil rights from the bill's provisions related to class actions." The amendment was rejected in Committee of the Whole by a vote of 191-230. [HR 985, Vote #144, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Exempting Civil Action Cases Alleging Fraud From The Bill's Provisions.** In March 2017, Perry voted against the "Johnson, D-Ga., amendment that would exempt cases related to civil actions alleging fraud from the bill's provisions related to class actions." The amendment was rejected in Committee of the Whole by a vote of 190-230. [HR 985, Vote #143, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Permitting Discovery Proceedings To Continue While Various Legal Motions Are Pending.** In March 2017, Perry voted against the "Soto, D-Fla., amendment that would permit discovery proceedings to continue while various legal motions are pending before a court." The amendment was rejected in Committee of the Whole by a vote of 192-230. [HR 985, Vote #142, 3/9/17; CQ, 3/9/17]



**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Removing The Bill's Requirement That Attorneys' Fee Awards To Be Based On Equitable Relief.** In March 2017, Perry voted against the "Deutch, D-Fla., amendment that would remove the bill's requirement that attorneys' fee awards to be based on equitable relief." The amendment was rejected in Committee of the Whole by a vote of 189-228. [HR 985, Vote #141, 3/9/17; CQ, 3/9/17]

**Perry Voted Against An Amendment To The Fairness In Class Action Litigation Act Ensuring That There Is No Conflict Of Interest Between The Counsel And Plaintiff.** In March 2017, Perry voted against the "Deutch, D-Fla., amendment that would remove the bill's prohibition on the use of class counsel if the named plaintiff is a present or former client or has a contractual relationship with the counsel." The amendment was rejected in Committee of the Whole by a vote of 182-227. [HR 985, Vote #140, 3/9/17; CQ, 3/9/16]

**Perry Voted For Allowing Consideration Of A Bill Requiring Federal Courts To Impose Sanctions On Parties That File Frivolous Lawsuits.** In March 2017, Perry voted for "adoption of the rule that would provide for House floor consideration of the bill (HR 720) that would require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The rule would also provide for consideration of the bill (HR 985) that would prohibit federal courts from certifying proposed classes of individuals for a class-action lawsuit unless each member of the class has suffered the same type and degree of injury. Additionally, the bill would require asbestos trusts to issue quarterly reports on claims made against the trusts and payouts made by the trusts for asbestos-related injuries." The rule was adopted by a vote of 233-184. [HRes 180, Vote #139, 3/9/17; CQ, 3/9/17]

**Perry Voted For Passage Of HR 238, The Commodity End-User Relief Act, Reauthorizing Operations Of The Commodity Futures Trading Commission.** In January 2017, Perry voted for "passage of the bill that would reauthorize operations of the Commodity Futures Trading Commission through fiscal 2021 at $250 million annually. It would amend the 2010 Dodd-Frank financial regulatory overhaul to modify and clarify how the commission is to regulate derivatives and swaps. For example, it would modify certain requirements for end users of derivatives, such as farmers and utilities that use derivatives to hedge risk, to ensure they are not subject to the same requirements as entities whose main business derives from swaps. The measure would require the commission to conduct cost-benefit analyses of its proposed rules. As amended, it would exempt all inter-affiliate transactions from being regulated as swaps." The bill passed by a vote of 239-182. [HR 238, Vote #54, 1/12/17; CQ, 1/12/17]

**Perry Voted For An Amendment To HR 238, The Commodity End-User Relief Act, Removing Provisions That Designate How The Commodity Futures Trading Commission Is To Limit Excessive Speculation.** In January 2017, Perry voted for the "Conaway, R-Texas, amendment that would remove provisions in existing law that specifically designate how the Commodity Futures Trading Commission is to limit excessive speculation." The amendment was adopted in Committee of the Whole by a vote of 236-191. [HR 238, Vote #52, 1/12/17; CQ, 1/12/17]

**Perry Voted For Passage Of HR 78, The SEC Regulatory Accountability Act.** In January 2017, Perry voted for "passage of the bill that would require the Securities and Exchange Commission to conduct cost-benefit analyses of proposed regulations. It also would direct the commission to assess costs and benefits of alternatives, including the option of not regulating. It would require the SEC to, within two years of issuing rules with an annual cost more than $100 million, review whether these rules have met their goals. It also would require the SEC to periodically review existing rules and modify or repeal those found ineffective or excessively burdensome." The bill passed by a vote of 243-184. [HR 78, Vote #51, 1/12/17; CQ, 1/12/17]

**Perry Voted Against Requiring The SEC To Consider Whether Market Participants Would Have Incentive To Relocate Outside The U.S.** In January 2017, Perry voted against the "Bustos, D-Ill., motion to recommit the bill to the House Financial Services Committee with instructions to report back immediately with an amendment that would require the Securities and Exchange Commission, in determining the costs and benefits of proposed



regulations, to consider whether market participants would have incentive to relocate outside the United States." The motion was rejected by a vote of 195-232. [HR 78, Vote #50, 1/12/17; CQ, 1/12/17]

**Perry Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC Chairman And Commissioners Undergo Ethics Training.** In January 2017, Perry voted against the "Raskin, D-Md., amendment that would require the chairman and commissioners of the Securities and Exchange Commission undergo conduct and ethical standards training in relation to prior employment at financial institutions before the bill's requirements for cost-benefit analysis of new rules and review of existing rules could take effect." The amendment was rejected in Committee of the Whole by a vote of 196-231. [HR 78, Vote #49, 1/12/17; CQ, 1/12/17]

**Perry Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC Chairman And His Or Her Family To Divest From Banks Regulated By The Commission.** In January 2017, Perry voted against the "DeSaulnier, D-Calif., amendment that would require the chairman of the Securities and Exchange Commission and the individual's immediate family members divest securities in financial institutions regulated by the commission before the bill's requirements for cost-benefit analysis of new rules and review of existing rules could take effect." The amendment was rejected in Committee of the Whole by a vote of 194-233. [HR 78, Vote #48, 1/12/17; CQ, 1/12/17]

**Perry Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Exempting Regulations Issued To Maintain U.S. Financial Stability.** In January 2017, Perry voted against the "Green, D-Texas, amendment that would exempt regulations issued to maintain or support U.S. financial stability." The amendment was rejected in Committee of the Whole by a vote of 191-232. [HR 78, Vote #47, 1/12/17; CQ, 1/12/17]

**Perry Voted Against An Amendment To HR 78, The SEC Regulatory Accountability Act, Requiring The SEC To Address Potential Conflicts Of Interest Related To Its Rulemaking.** In January 2017, Perry voted against the "Green, D-Texas, for Waters, D-Calif., amendment that would require the Securities and Exchange Commission, before issuing a regulation, to identify former employers of commissioners and senior staff that would receive any benefit from a proposed regulation. The commission would need to determine whether the proposal should be amended to remedy a conflict of interest. It also would set similar requirements regarding conflicts of interest related to employers of certain former commissioners and senior staff." The amendment was rejected in Committee of the Whole by a vote of 192-233. [HR 78, Vote #46, 1/12/17; CQ, 1/12/17]

**Perry Voted For Passage Of HR 79, Which Amends The Securities Act of 1933 To Ensure That Start-Ups Do Not Inadvertently Violating SEC Regulations Governing General Solicitation Of Potential Investors.** In January 2017, Perry voted for "passage of the bill that would direct the Securities and Exchange Commission to revise regulations to exempt presentations made at certain events where businesses offer unregistered securities in the private market from a requirement that companies verify that individuals attending are accredited investors. The exemption from the verification requirement would apply to presentations made at events sponsored by: government entities, colleges, nonprofit groups, angel investor groups, venture capital associations, trade associations or any additional group that the SEC determines by regulation. Specific information related to the offering of securities could not be distributed at such events, other than information such as the type and amount of securities offered." The bill passed by a vote of 344-73. [HR 79, Vote #31, 1/10/17; CQ, 1/10/17]

**Perry Voted Against An Amendment To HR 79 Regulating The Fees Event Sponsors Could Collect.** In January 2017, Perry voted against the "Clay, D-Mo., for Waters, D-Calif., amendment that would prohibit sponsors of events from receiving compensation for either introducing investors attending the event to issuers or for negotiating investments in order for the event to be exempt from the requirement that companies verify that individuals attending are accredited investors." The amendment was rejected in Committee of the Whole by a vote of 163-253. [HR 79, Vote #30, 1/10/17; CQ, 1/10/17]



**Perry Voted Against An Amendment Allowing Securities Advertisers To Disclose Risks Rather Than Verifying Individuals As Accredited Investors.** In January 2017, Perry voted against the "Velazquez, D-N.Y., amendment that would require sponsors of events to provide attendees with a disclosure that would describe the event and the risks of investing in the advertised securities in order for the event to be exempt from the requirement that companies verify that individuals attending are accredited investors." The amendment was rejected in Committee of the Whole by a vote of 167-249. [HR 79, Vote #29, 1/10/17; CQ, 1/10/17]

## Foreign Policy

**Perry Voted For Modifying Programs Managed By The U.S. Agency For International Development Aimed At Women's Entrepreneurship And Economic Empowerment.** In December 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would modify programs managed by the U.S. Agency for International Development aimed at women's entrepreneurship and economic empowerment." The motion was agreed to by a vote of 352 – 18. [S. 3247, Vote #492, 12/21/18; CQ Floor Votes, 12/21/18]

**Perry Voted For Directing The President To Appoint The Head Of The Office To Monitor And Combat Anti-Semitism As A Special Envoy With The Rank Of Ambassador.** In September 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would direct the president to appoint the head of the Office to Monitor and Combat Anti-Semitism within the Department of State as a special envoy with the rank of ambassador, who would report directly to the secretary of State.' The motion was agreed to 393-2. [HR 1911, Vote #398, 9/13/18; CQ, 9/13/18]

**Perry Voted For Codifying 5 Years Of Sanctions On Individuals Whose Actions Contribute To The Ongoing Instability And Conflict In The Democratic Republic Of The Congo.** In November 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill, as amended, that would codify for five years sanctions imposed by 2006 and 2014 executive orders on individuals whose actions contribute to ongoing instability and conflict in the Democratic Republic of the Congo, unless the President determines that the DRC has made significant progress towards holding free and fair elections and respecting civil liberties as described in a 2016 United Nations resolution. It would also require the president to determine whether additional DRC senior government officials should be sanctioned under these provisions, and would order a State Department report on DRC government and military complicity in human rights abuses and corruption." The motion was agreed to 374-11. [HR 6207, Vote #422, 11/27/18; CQ, 11/27/18]

**Perry Voted For Directing The Secretary Of State To Develop An Interagency Initiative To Prevent Violence And Stabilize Conflict-Affected Areas Around The World.** In November 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill, as amended, that would direct the secretary of State to develop an interagency initiative to prevent violence and stabilize conflict-affected areas worldwide, in coordination with relevant federal departments and agencies, including the U.S. Agency for International Development and Department of Defense. It would require the secretary to submit to Congress 10-year plans for stabilization and prevention in at least six regions within 180 days of enactment." The motion passed 376-16. [HR 5273, Vote #421, 11/27/18; CQ, 11/27/18]

**Perry Voted For A Motion To Table An Attempt By Democrats To Criticize The Nunes Memo.** In February 2018, Perry voted for "McCarthy, R-Calif., motion to table (kill) the Pelosi, D-Calif., motion to appeal the ruling of the Chair that the Pelosi resolution related to a memo released by the House Intelligence Committee on Feb. 2, 2018, does not constitute a question of the privileges of the House." According to CNN, "House Minority Leader Nancy Pelosi attempted to bring up a 'privileged resolution' criticizing the Nunes memo release, but it was ruled out of order in the Republican-controlled House of Representatives." The motion passed 236-190. [Motion, Vote #57, 2/6/18; CQ, 2/6/18; CNN, 2/6/18]

**Perry Voted Against Authorizing $3.29 Billion For The U.S. Contribution To The World Bank's International Development Association.** In January 2018, Perry voted against Association for fiscal 2018 through fiscal 2020. It would require that, for fiscal 2018 through fiscal 2023, 15 percent of funds authorized to the World



Bank be withheld until it the Treasury secretary reports that the bank is prioritizing poverty reduction and capable project management. An additional 15 percent would be withheld, for fiscal 2018 through fiscal 2023, until the Treasury secretary reports that the bank's policies emphasize support for secure property rights and due process of law, and that the bank is strengthening its projects' ability to undermine violent extremism." The bill passed 237-184. [H.R. 3326, Vote #24, 1/17/18; CQ, 1/17/18]

**Perry Voted For A Bill Requiring The Department Of The Treasury To Report All Assets Under The Control Of High-Ranking Iranian Officials.** In December 2017, Perry voted for: "Passage of the bill that would require the Department of the Treasury to report to Congress on assets held in U.S. and foreign financial institutions that are under direct or indirect control certain high ranking Iranian officials, and how sanctions may be used to prevent the funds from being used to contribute to the continued development of ballistic missile technology by Iran. The bill requires that such a report be submitted to congress within 270 days of enactment, and that it be updated by the Department annually for at least two years thereafter." The bill passed 289 to 135. [HR 1638, Vote #680, 12/13/17; CQ, 12/13/17]

   **Rep. Denny Heck (D-Wash): HR 1638 Would Divert Resources From Terrorism Investigations.** "A bill opponent, Rep. Denny Heck, D-Wash., said the time and effort used by Treasury employees to track down the leaders' assets would take resources away from investigations into terrorist financing and money laundering." [Concord Monitor, 12/17/17]

**Perry Voted For Consideration Of Bills Requiring The Treasury Department To Create Reports On Iranian Assets And Iranian Aircraft Purchases And Exports.** In December 2017, Perry voted for: "Adoption of the rule (H Res 658) that would provide for House floor consideration of the bill (HR 1638) that would require the Treasury Department to compile and submit to Congress a report concerning Iranian assets held in U.S and foreign institutions, and would provide for consideration of the bill (HR 4324) that would require the Treasury secretary to submit reports to Congress on transactions of financial institutions associated with the purchase and export of aircraft on behalf of Iran." The rule was adopted 238 to 182. [H Res 658, Vote #677, 12/13/17; CQ, 12/13/17]

**Perry Voted For Blocking A Bipartisan Commission To Investigate Russian Interference In The 2016 Election.** In November 2017, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)," According to a House floor speech by Rep. Louise Slaughter, D-NY: "If we defeat the previous question, I will offer an amendment to the rule to bring up Representative Swalwell and Representative Cummings' bill, which would create a bipartisan commission to investigate the Russian interference in the 2016 election. A vote *for* the amendment was a vote **to block** the bipartisan commission to investigate Russian interference in the 2016 election. The motion was agreed to 230-193. [HRes 600, Vote #600, 11/2/17; CQ, 11/2/17, Congressional Record, 11/2/17]

**Perry Voted For Requiring The Treasury Department To Create Reports On Iranian Aircraft Purchases And Exports.** In December 2017, Perry voted for: "Passage of the bill that would require the secretary of the Treasury to report to Congress on any U.S. or foreign financial institutions that are involved in financing the purchase or export of aircraft on behalf of Iran, and to certify that such transactions pose no money-laundering or terrorism-financing risk." The bill passed 252 to 167. [HR 4324, Vote #684, 12/14/17; CQ, 12/14/17]

**Perry Voted For Blocking Consideration Of A Repeal Of The 2001 Authorization For Use Of Force.** In July 2017, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 478) that would provide for further House floor consideration of the bill making certain appropriations for fiscal 2018 (HR 3219), would provide for consideration of amendments to the Defense division of the bill, and would provide for consideration of motions to suspend the rules through July 28, 2017." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to make in order Rep. Barbara Lee's amendment repealing the 2001 authorization for use of military force." A vote *for the motion* was a vote to block consideration of the repeal of the 2001 authorization for use of force. The motion was agreed to by a vote of 233-185. [H RES 478, Vote #426, 7/27/17; CQ, 7/27/17]



**Perry Voted For Blocking Consideration Of A Bill To Establish The National Commission On Foreign Interference In The 2016 Election.** In June 2017, Perry voted for the Democratic Previous Question that "would amend the rule to allow for consideration of H.R. 356, to establish the National Commission On Foreign Interference In The 2016 Election." The previous question passed 228-185. A vote against the previous question would have allowed the bill to be considered. [H Res 375, Vote #290, 6/7/17; Office of the Democratic Leader, 115th Congress Previous Questions, 6/7/17]

**Perry Voted For Blocking The Establishment Of A Nonpartisan Commission To Investigate Russia's Interference In The 2016 Election.** In June 2017, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 374)." According to the Congressional Record, Rep. Hastings was going to propose "consideration of the bill (H.R.356) to establish the National Commission on Foreign Interference in the 2016 Election." A vote for the previous question was a vote to block the commission. The previous questions carried, 228-189. [H Res 374, Vote #288, 6/7/17; CQ, 6/7/17; Congressional Record, 6/7/17]

**Perry Voted For Blocking The Establishment Of A Nonpartisan Commission To Investigate Russia's Interference In The 2016 Election.** In May 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Congressional Record, Rep. Hastings said, "if we defeat the previous question, I am going to offer an amendment to the rule to bring up a bipartisan bill, H.R. 356, which would create a nonpartisan commission to investigate Russian interference in our 2016 election. This marks the seventh time we tried to bring this bill to the House floor. On the previous six occasions, the Republican majority regrettably refused the House to even debate this important legislation." A vote *for the previous question* was a vote to block the commission. The previous question carried, 230-189. [H Res 323, Vote #259, 5/17/17; CQ, 5/17/17; Congressional Record, H4237, 5/17/17]

**Perry Voted Against Preventing The Underlying Bill From Applying To Any Individual Who Withheld Information From Congress Related To An Investigation Regarding Russian Influence Of The 2016 Presidential Election.** In April 2017, Perry voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the bill's provisions from applying to any individual that withheld information from Congress related to an investigation regarding individuals influencing the outcome of the 2016 U.S. presidential election." The motion was rejected 228-185. [HR 1343, Vote #215, 4/4/17; CQ Floor Votes, 4/4/17]

**Perry Voted For Blocking The Creation Of A Commission Investigating Foreign Interference in the 2016 Presidential Election.** In March 2017, Perry voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 233) that would provide for House floor consideration of the bill that would establish a selection process for members of the EPA's Science Advisory Board." A vote in favor is a vote to prevent investigation into Russia's interference in the 2016 election. The motion was agreed to by a vote of 232-191. [HRes 233, Vote #203, 3/29/17; CQ, 3/29/17]

**Perry Voted For Blocking Consideration Of Establishing An Investigation Into Foreign Interference In The 2016 Presidential Election.** In March 2017, Perry voted for the "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 229)." A vote in favor of the motion is a vote to block consideration of a bipartisan bill, The Presidential Tax Transparency Act. The motion was agreed to by a vote of 231-189. [HRes 229, Vote #197, 3/28/17; CQ, 3/28/17]

**Perry Voted For Blocking Consideration Of A Rule Establishing The National Commission On Foreign Interference In The 2016 Election.** In March 2017, Perry voted for the "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 156)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference ll Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-189. [HRes 156, Vote #115, 3/1/17; CQ, 3/1/17; Democratic Leader—Previous Questions, 3/1/17]



**Perry Voted For Blocking The Establishment Of The National Commission On Foreign Interference In The 2016 Election.** In February 2017, Perry voted for "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 123)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 233-190. [HRes 123, Vote #93, 2/15/17; CQ, 2/15/17; Democratic Leader—Previous Questions, 2/15/17]

**Perry Voted For Blocking The Establishment Of A National Commission On Foreign Interference In The 2016 Election.** In February 2017, Perry voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 116)" According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 227-188. [HRes 116, Vote #90, 2/14/17; CQ, 2/14/17; Democratic Leader—Previous Questions, 2/14/17]

**Perry Voted For A Resolution Calling On The Department Of Defense And Foreign Governments To Continue Efforts To Investigate, Recover, And Identify All Unaccounted For U.S. Personnel From Past Wars.** In February 2018, Perry voted for a motion to suspend the rules and agree to the resolution "that would call upon the Defense POW/MIA Accounting Agency and other elements of the Defense Department, as well as other federal agencies and all foreign governments, to intensify efforts to investigate, recover, identify and as fully as possible account for all missing and unaccounted-for U.S. personnel worldwide." The motion was agreed to, 411-0. [H.Res. 129, Vote #75, 2/14/18; CQ, 2/14/18]

**Perry Voted For The Hamas Human Shields Prevention Act.** In February 2018, Perry voted for a "motion to suspend the rules and pass the bill that would direct the president to impose sanctions, including freezing of bank accounts and property in the United States, and the revocation or denial of visas, against members of Hamas who are responsible for ordering or directing the use of human shields. The measure would also call on the president to direct the U.S. ambassador to the United Nations to secure support for a resolution that would impose multilateral sanctions against Hamas for the use of human shields to protect combatants and military objects from attack." The motion was agreed to, 415-0. [H.R. 3542, Vote #74, 2/14/18; CQ, 2/14/18]

**Perry Voted For A Bill Which Would Take Actions To Help Ukraine Improve Its Cybersecurity And Support U.S.-Ukraine Cooperation On Cybersecurity.** In February 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would require the State Department to report to Congress on US and NATO efforts to strengthen cybersecurity in Ukraine and on new areas for bilateral collaboration. It would also express the sense of Congress that the department should support Ukraine's efforts to improve its cybersecurity as well as its ability to respond to Russian supported disinformation and propaganda efforts through social media and other outlets." The bill passed, 404-3. [H.R. 1997, Vote #62, 2/8/18; CQ, 2/8/18]

**Perry Voted For A Bill To Allow The State Department To Offer Awards For The Arrest Or Conviction Of Foreign Nationals Accused Of War Crimes.** In February 2018, Perry voted for "Royce, R-Calif., motion to suspend the rules and pass the bill that would allow the secretary of State to make additional individuals eligible for rewards under the department's War Crimes Rewards Program. Individuals would be eligible if they provide information that leads to the arrest or conviction of foreign nationals who have committed genocide or war crimes as defined by an international tribunal, U.S. law, or the laws of another nation." The bill passed, 407-0. [H.R. 3851, Vote #61, 2/7/18; CQ, 2/7/18]

**Perry Voted Against A Motion Prohibiting The CFTC From Considering Foreign Swaps Regulatory Requirements Of Governments Found To Have Engaged In Cyber-Attacks On U.S. Elections.** In January 2017, Perry voted against the "Langevin, D-R.I., motion to recommit the bill to the House Agriculture Committee with instructions to report back immediately." According to Democratic Leader Nancy Pelosi's office, "Democrats'


Motion to Recommit would prohibit the Commodity Futures Trading Commission from considering the swaps regulatory requirements of a foreign jurisdiction as comparable to United States swaps requirements, if the Director of National Intelligence has found that foreign jurisdiction engaged in cyber-attacks targeting any election in the United States." The motion was rejected by a vote of 190-235. [HR 238, Vote #53, 1/12/17; DemocraticLeader.gov, 1/12/17; CQ, 1/12/17]

**Perry Voted For Blocking Consideration Of A Bill Establishing The National Commission On Foreign Interference In The 2016 Election.** In January 2017, Perry voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 33) that would provide for House floor consideration of the bill (HR 79) that would exempt certain events from a Securities and Exchange Commission requirement that calls for verification that attendees are accredited investors, and a bill (HR 5) that would modify the federal rule-making process by codifying certain requirements, including a requirement that agencies estimate the cost of proposed regulations, and would subject rules likely to cost more than $100 million or $1 billion annually to additional procedural steps." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 356, to establish the National Commission on Foreign Interference in the 2016 Election." A vote yes was against establishing the commission. The motion was agreed to by a vote of 234-179. [HRes 33, Vote #26, 1/10/17; CQ, 1/10/17; Democratic Leader— Previous Questions, 1/10/17]

**Perry Voted For Expressing The House's Opposition To A U.N. Security Council Resolution Criticizing Expansion Of Israeli Settlements In Unoccupied Areas.** In January, 2017, Perry voted for "adoption of the resolution that would express the House's opposition to a U.N. Security Council resolution that criticized continued expansion of Israeli settlements in occupied areas" on the grounds that the U.N. Security Council Resolution was an obstacle to Israel-Palestinian peace. A yes vote was a vote to block criticism of the resolution. The resolution was adopted by a vote of 342-80. [HRes 11, Vote #11, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/5/17]

**Perry Voted For Blocking Consideration Of A Resolution To Express The House's Support For A Two-State Solution To The Israeli-Palestinian Conflict.** In January 2017, Perry voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 22)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of H. Res. 23, which would express the sense of the House and reaffirm the United States policy in support of a two-state solution to the Israeli-Palestinian conflict." A yes vote was a vote to block consideration of the resolution. The motion was agreed to by a vote of 235-188. [HR 22, Vote #9, 1/5/17; CQ, 1/5/17; Democratic Leader—Previous Questions, 1/15/17]

## Guns

**Perry Voted For Blocking Consideration Of Three Bills To Close Gun Safety Loopholes..** In March 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would make in order Mr. Thompson's (CA) bill H.R. 4240; Mr. Clyburn's bill H.R. 3464; Mr. Carbajal's bill H.R. 2598; and Ms. Murphy's bill H.R. 1478. These four bills close the dangerous gun show, internet sale, and classified ad background check loopholes; prevent the sale of guns without a completed background check; ensure that people who are a danger to themselves or others can be prevented from purchasing or possessing a gun; and allow the government to sponsor scientific research on the causes of gun violence. A vote *for the motion* was a vote to block consideration of the bills. The motion was agreed to by a vote of 232-182. [H Res 780, Vote #113, 3/15/18; CQ, 3/15/18; DemocraticLeader.gov, 3/15/18]

**Perry Voted For Blocking Consideration Of Three Bills To Close Gun Safety Loopholes.** In February 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would make in order Mr. Thompson's (CA) bill H.R. 4240, Mr. Clyburn's bill H.R. 3464, and Mr. Carbajal's bill H.R. 2598. These



three bills close the dangerous gun show, internet sale, and classified ad background check loopholes, prevent the sale of guns without a completed background check, and ensure that people who are a danger to themselves or others can be prevented from purchasing or possessing a gun." A vote *for the motion* was a vote to block consideration of the bills. The motion was agreed to by a vote of 227-185. [H.Res. 747, Vote #86, 2/27/18; CQ, 2/27/18; DemocraticLeader.gov, 2/27/18]

**Perry Voted For Permitting Concealed Carry Reciprocity Between States.** In December 2017, Perry voted for: "Passage of the bill that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons. The bill would require a twice-annual certification by all federal agencies, federal courts and state governments, in coordination with the Department of Justice, to verify that all relevant data has been reported and uploaded to the National Instant Criminal Background Check System regarding individuals who are not eligible to purchase firearms." The bill passed 231 to 198. [HR 38, Vote #663, 12/6/17; CQ, 12/6/17]

**Perry Voted Against Consideration Of A Bill Permitting Concealed Carry Reciprocity Between States.** In December 2017, Perry voted against: "Adoption of the rule (H Res 645) that would provide for House floor consideration of the bill (HR 38) that would permit any individual authorized by their home state to carry a concealed handgun to also carry that concealed weapon in any other state that permits the carrying of concealed weapons." The rule was adopted 232 to 194. [H Res 645, Vote #660, 12/6/17; CQ, 12/6/17]

**Perry Voted For Blocking The Establishment Of The Select Committee On Gun Violence Prevention.** In November 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. McGovern, D-Ma., said: "If we defeat the previous question, I will offer an amendment to the rule to bring up H. Res. 367, which would establish the Select Committee on Gun Violence Prevention." A vote *for* the amendment was a vote **to block** the Select Committee on Gun Violence Prevention. The bill motion was agreed to 233-182. [HRes 607, Vote #610, 11/7/17; CQ, 11/7/17, Congressional Record, 11/7/17]

**Perry Voted For Blocking Establishment Of A Select Committee On Gun Violence Prevention.** In October 2017, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 553)." According to Congressional Record, Rep. McGovern said, "Mr. Speaker, I urge my colleagues to defeat the previous question so we can bring up the Thompson bill […] resolution (H. Res. 367) to establish the Select Committee on Gun Violence Prevention." A vote for the previous question was a vote to block the establishment of the Select Committee on Gun Violence Prevention. The previous question carried, 231-189. [H Res 553, Vote #551, 10/4/17; CQ, 10/4/17; Congressional Record, 10/4/17]

**Perry Voted For Prohibiting A Veterans Affairs Department Determination That An Individual Is Mentally Incompetent From Preventing The Individual From Buying A Gun.** In March 2017, Perry voted for "passage of the bill that would prohibit a Veterans Affairs Department determination that an individual is mentally incompetent from being used as basis for that individual's inclusion in the National Instant Criminal Background Check System, which would thereby prevent the individual from purchasing a gun. Under the measure, an individual could not be considered to be mentally defective without a judicial authority's finding that the individual poses a danger to himself or herself or others." The bill passed by a vote of 240-175. [HR 1181, Vote #169, 3/16/17; CQ, 3/16/17]

**Perry Voted For Funding The Secure Our Schools Grant Program Through 2028, A Program Focused On Improving School Security And Training To Prevent Student Gun Violence.** In March 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and pass the bill that would authorize $75 million a year through fiscal 2028 for the Secure Our Schools grant program and would revise it to more explicitly focus the program on preventing student violence. It would modify the program's mission to improve school security through evidence-based training and technical assistance to prevent violence. It would also expand the eligible uses for the grant to include help for state and local governments to provide training to prevent student violence, development and operation of anonymous reporting systems for threats of school violence, and the development and operation of


school threat assessment intervention teams." The motion was agreed to by a vote of 407-110. [HR 4990, Vote #106, 3/14/18; CQ, 3/14/18]

**Perry Voted For Motion To Kill A Democratic Attempt To Consider Legislation On Gun Regulations.** In February 2018, Perry voted for: "Burgess, R-Texas, motion to table (kill) the Thompson, D-Calif., motion to appeal the ruling of the Chair that the Thompson resolution related to the consideration of legislation related to gun regulations does not constitute a question of the privileges of the House." The motion passed 228-184. [Motion, Vote #83, 2/26/18; CQ, 2/26/18]

**Perry Voted For Blocking The Social Security Administration From Sharing Information With The National Instant Criminal Background Check System On People With Mental Disorders In Order To Prevent Them From Purchasing Firearms.** In February 2017, Perry voted for "passage of the joint resolution that would nullify a Social Security Administration rule that outlines reporting of information by the agency for inclusion in the National Instant Criminal Background Check System for gun purchases about certain non-elderly individuals with mental impairments who receive disability insurance or Supplemental Security Income benefits and use a "representative payee" because they cannot manage their benefit payments." The resolution was passed by a vote of 235-180. [HJRes 40, Vote #77, 2/2/17; CQ, 2/2/17]

## Health Care

**Perry Voted For Allowing Health Savings Accounts To Be Used To Purchase Catastrophic Health Plans.** In July 2018, Perry voted for "Passage of the bill that would modify the 2010 health care overhaul law to allow anyone to purchase a 'copper' (catastrophic) plan through the law's insurance exchanges, and would extend the suspension of the annual tax on health insurers through 2021. It would also allow individuals on certain plans to use health savings accounts associated with their plans and would also increase the contribution limit for certain HSAs." The bill passed, 242-176. [HR 6311, Vote #376, 7/25/18; CQ, 7/25/18]

> **Seattle Times: The Bill Would Allow HSA's To Be Used To Purchase "Copper" Or Catastrophic Plans.** "By a vote of 242 for and 176 against, the House on July 25 passed a bill (HR 6311) that would expand access to the Affordable Care Act`s catastrophic, or "copper," health plans. […] In part, the bill would allow Health Savings Accounts to be used to purchase copper plans, make the plans available to seniors on Medicare Part A and allow tax credits to be used to subsidize their premiums." [Seattle Times, 7/28/18]

**Perry Voted For Repealing Provisions Of The Affordable Care Act That Limit Payments For Medications From Health Savings Accounts.** In July 2018, Perry voted for "Passage of the bill that would make a number of changes to health savings accounts. It would permit certain plans to pay for initial medical services before the plan's deductible kicks in, and would allow an individual to have an HSA in addition even if they also have certain other types of health care coverage in addition to a high deductible plan. It would also permit an individual to contribute to an HSA even if their spouse has a flexible spending account, and would allow the use of HSAs to pay for over-the-counter medical products, as well as some sport and fitness expenses." According to the Congressional Research Service "This bill repeals provisions of the Internal Revenue Code, as added by the Patient Protection and Affordable Care Act, that limit payments for medications from health savings accounts, medical savings accounts, health flexible spending arrangements, and health reimbursement arrangements to only prescription drugs or insulin (thus allowing distributions from such accounts for over-the-counter drugs). The bill also allows the accounts to be used for menstrual care products." The bill passed, 277-142. [HR 6199, Vote #377, 7/25/18; CQ, 7/25/18; Congress.gov, 7/19/18]

**Perry Voted For Expanding Medicare And Medicaid Coverage To Include Medication-Assisted Treatment For Substance Use Disorder.** In September 2018, Perry voted for "Walden, R-Ore., motion to suspend the rules and adopt the resolution that would provide for the concurrence by the House in the Senate amendment to HR 6, with an amendment that would modify Medicare and Medicaid and a variety of other health programs in relation to opioid abuse. It would expand both Medicare and Medicaid to cover medication-assisted treatment for substance use disorder and would place new requirements on states regarding Medicaid drug review and utilization



requirements. It would appropriate $15 million annually, from fiscal 2019 through 2023, to support the establishment or operation of public health laboratories to detect synthetic opioids. As amended, the bill would allow Medicaid patients with opioid use or cocaine use disorders to stay up to 30 days per year in certain treatment facilities with more than 16 beds." The motion was agreed to 393-8. [H Res 1099, Vote #415, 9/28/18; CQ, 9/28/18]

**Perry Voted Against Amending A Bill On Copper Health Care Plans To Delay Provisions Enactment Until Two Federal Health Insurance Funds Were Solvent.** In July 2018, Perry voted against "Frankel, D-Fla., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would prohibit enactment of the bill's provisions until the annual reports from the Board of the Trustees of the Federal Hospital Insurance Trust Fund and the Federal Supplementary Medical Insurance Trust Fund indicate that such funds are solvent." The motion was rejected 187-229. [HR 6311, Vote #375, 7/25/18; CQ, 7/25/18]

**Perry Voted For Passage Of The Protect Medical Innovation Act, Which Repealed The Medical Device Tax.** In July 2018, Perry voted for "Passage of the bill that would fully repeal the 2.3 percent excise tax on the sale of a medical device by the manufacturer, producer, or importer after Dec. 31, 2019." The bill passed, 283-132. [HR 184, Vote #372, 7/24/18; CQ, 7/24/18]

**Perry Voted For Prohibiting Funds Being Used To Enforce The Liability Provisions Of D.C.'s Individual Mandate.** In July 2018, Perry voted for: "Rothfus, R-Pa., amendment no. 85, that would prohibit funds appropriated by the bill from being used to seize property as a means of enforcing the liability provisions of the District of Columbia's individual mandate." The amendment was adopted by a vote of 231 – 184. [HR 6147, Vote #361, 7/18/18; CQ, 7/18/18]

**Perry Voted For Prohibiting Funds Being Used For The Multi-State Plan Program Created By The Affordable Care Act.** In July 2018, Perry voted for: "Meadows, R-N.C., amendment no. 84, that would prohibit any funds appropriated by the bill from being used for the multi-state plan program created by the 2010 health care overhaul." The amendment was adopted by a vote of 223-192. [HR 6147, Vote #360, 7/18/18; CQ, 7/18/18]

**Perry Voted For Prohibiting D.C. From Using Funds To Enforce Certain Health Insurance Requirements.** In July 2018, Perry voted for: "Palmer, R-Ala., amendment no. 83, that would prohibit the District of Columbia from using funds appropriated by the bill to enforce certain health insurance requirements." The amendment was adopted by a vote of 226-189. [HR 6147, Vote #359, 7/18/18; CQ, 7/18/18]

**Perry Voted For The Substance Use-Disorder Prevention that Promotes Opioid Recovery and Treatment for Patients and Communities Act.** In June 2018, Perry voted for: "Passage of the bill that would modify Medicare and Medicaid and a variety of other health programs in relation to opioid abuse. It would expand both Medicare and Medicaid to cover medication-assisted treatment for substance use disorder, would require all state Medicaid programs, beginning Jan 1, 2020, to operate pharmacy programs that identify people at high risk of abusing controlled substance, and would place new requirements on states regarding Medicaid drug review and utilization requirements. It would appropriate $15 million annually, from fiscal 2019 through 2023, to support the establishment or operation of public health laboratories to detect synthetic opioids." The bill passed by a vote of 396-14. [HR 6, Vote #288, 6/22/18; CQ, 6/22/18]

**HEADLINE: House passes comprehensive bill to combat growing opioid epidemic** [ABC News, 6/22/18]

**HR 6 Was A "Catchall Bill" That Incorporated A Number Of Proposals To Curb Opioid Addiction Relating To Medicaid, Medicare, And Public Health.** "The House on Friday passed, 396-14, a bill (HR 6) that will serve as the legislative vehicle for many of the 55 other House-passed bills designed to curb opioid addiction, ending two weeks of floor votes on opioids measures. The catchall bill would incorporate a number of proposals from the Energy and Commerce and the Ways and Means committees relating to Medicaid, Medicare, and public health." [CQ, 6/22/18]



**Perry Voted Against Amending An Opioid Bill To Appropriate $995 Million, Over Three Years, For Opioid Grant Programs.** In June 2018, Perry voted against: "Tonko, D-N.Y., motion to recommit the bill to the House Energy and Commerce Committee and the House Ways and Means Committee with instructions to report it back immediately with an amendment that would appropriate $995 million annually, for fiscal 2019 through 2021, for state opioid grant programs and would allow the Health and Human Services Department to increase the number of residency positions at hospitals that have established programs related to addiction." The motion was rejected by a vote of 185-226. [HR 6, Vote #287, 6/22/18; CQ, 6/22/18]

> **Rep. Tonko: Motion Would Show States That Congress Was Making "Sustained, Meaningful Investments" In The Opioid Crisis.** ""Secondly, this motion would allot an additional $1 billion annually to States through 2021 so that we can continue to invest in locally designed prevention, treatment, and recovery solutions. It is clearly going to take more than 2 years to battle the epidemic, and we need to let providers in States know that we are making sustained, meaningful investments in this area. Finally, our motion to recommit includes a commonsense prescription drug policy which will reduce prescription drug prices for all Americans by reducing gaming by drug manufacturers to prevent generics from coming to market." [Congressional Record, 6/22/18]

**Perry Voted For Blocking Additional Funds For State Grants To Combat The Opioid Crisis And Conduct Research On Addiction And Pain Related To Substance Misuse.** In June 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would amend the 21st Century Cures Act to provide additional funds for state grants to address the opioid crisis. Further, the bill provides additional funds to the Department of Health and Human Services for state grants to conduct research on addiction and pain related to substance misuse." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 221-185. [H Res 949, Vote #273, 6/20/18; CQ, 6/20/18; DemocraticLeader.gov, 6/20/18]

**Perry Voted For Blocking Appropriation Of $2.5 Billion In Additional State Grants To Combat The Opioid Epidemic.** In June 2018, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would amend the 21st Century Cures Act to appropriate $2.5 billion to provide additional funds for state grants to help combat the opioids abuse health epidemic." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 230-183. [H Res 934, Vote #261, 6/13/18; CQ, 6/13/18; DemocraticLeader.gov, 6/13/18]

**Perry Voted For The Right To Try Act, Allowing Dying Patients To Access Experimental Medications From Drug Manufactures Without FDA Approval.** In May 2018, Perry voted for: "Passage of the bill that would allow patients with life-threatening diseases or conditions who are not participating in clinical trials to seek access to experimental and investigational drugs directly from a drug manufacturer, without approval by the Food and Drug Administration. It would require that in order for the patient to be eligible, the patient must first try all approved treatment options and be unable to participate in a clinical trial. Only drugs that have completed phase 1 clinical trials, that have not been approved or licensed for any use, and that are currently under an active FDA application or are undergoing clinical trials would be eligible for use under the bill's provisions." The bill passed 250 to 169. [S 204, Vote #214, 5/22/18; CQ, 5/22/18]

**Perry Voted Against Amending Bill To Require FDA And Drug Manufacturers To Produce Annual Summaries On Usage Of Experimental Drugs For Dying Patients.** In May 2018, Perry voted against: "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require both the Food and Drug Administration and the manufacturers of drugs eligible under the bill to produce annual summaries on the usage of such drugs." The motion failed 187-231. [S 204, Vote #213, 5/22/18; CQ, 5/22/18]



**Perry Voted For The Overdose Prevention and Patient Safety Act, Allowing Medical Professionals To Access Substance Abuse Patients' Abuse-Related Medical Files Without Their Consent.** In June 2018, Perry voted for: "Passage of the bill that would allow certain medical professionals to access patients' medical files related to substance abuse without their explicit consent if they are treating a patient for a substance abuse disorder. The bill would allow disclosure of such medical records to public health authorities if an individual's identifying information is not included. The bill would prohibit disclosure of such records as part of law enforcement activities." The bill passed by a vote of 357-57. [H.R. 6082, Vote #278, 6/20/18; CQ, 6/20/18]

**Perry Voted Against Removing Provisions Allowing Medical Professionals To Access Patients' Medical Files Related To Substance Abuse Without Their Consent.** In June 2018, Perry voted against: "Pallone, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would remove the bill's provisions that would allow certain medical professionals to access patients' medical files related to substance abuse without their explicit consent and would instead require the secretary of Health and Human Services to identify model programs for training health care providers in the appropriate use and disclosure of patient health records." The motion was rejected by a vote of 175-240. [H.R. 6082, Vote #277, 6/20/18; CQ, 6/20/18]

**Perry Voted For Allowing Medicaid Coverage Of Up To 30 Days Of Opioid Abuse Treatment At Inpatient Mental Health Facilities.** In June 2018, Perry voted for: "Passage of the bill that would temporarily allow, until 2023, the use of Medicaid funds to pay for substance use disorder treatment at certain inpatient mental health treatment facilities. It would require states, to be eligible for such funds, to include in their state Medicaid plan information on how the state will improve access to outpatient care, the process to be used for transitioning individuals to appropriate outpatient care, and how individuals will be screened and assessed. The bill would limit an individual to a maximum of 30 days of inpatient treatment in a 12-month period that could be covered by Medicaid." According to CBS News, the bill "would allow state Medicaid programs to cover up to 30 days of care for eligible individuals which an opioid use disorder. The law currently bars federal Medicaid funds from being used to pay for treatment at larger inpatient mental health facilities, which has contributed to the shortage of treatment options." The bill passed by a vote of 261-155. [H.R. 5797, Vote #276, 6/20/18; CQ, 6/20/18; CBS News, 6/22/18]

**Perry Voted Against Providing Federal Matching Funds For Medicaid Coverage Of Substance Abuse Treatment.** In June 2018, Perry voted against: "Castor, D-Fla., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would replace the bill's provisions with a program that would provide federal matching funds for the treatment for eligible individuals suffering from substance abuse disorders. It would require that states extend Medicaid eligibility to receive such federal funds." The motion was rejected to by a vote of 190-226. [H.R. 5797, Vote #275, 6/20/18; CQ, 6/20/18]

**Perry Voted For Creating Sentencing Guidelines For Manufacturing Or Distributing Synthetic Opioids.** In June 2018, Perry voted for: "Passage of the bill that would create a new category of controlled substances, "schedule A," for drugs or substances that have similar chemical structures or effects as controlled substances in schedules I through V. It would immediately classify certain fentanyl analogues as schedule A drugs. The bill would establish maximum penalties for the manufacture, distribution or dispensing of schedule A drugs, though possession of such substances alone would not constitute a basis for criminal or civil penalties." The bill passed, 239-142. [H.R. 2851, Vote #268, 6/15/18; CQ, 6/15/18]

**Democrats Warned The Bill Would Impose Mandatory Minimum Sentences, Filling Prisons With Low-Level Drug Offenders.** "The House on Friday passed Rep. John Katko's bill aimed at combating the opioid epidemic by making it easier for the federal government to stop the importation and distribution of synthetic drugs. But Democrats who opposed the bill warned the law would also impose mandatory minimum sentences, filling up the nation's prisons with low-level drug offenders rather than expanding treatment options […] House Democratic Whip Steny Hoyer said before the vote that the bill could have unintended consequences. 'This legislation lacks clarity that could result in thousands of Americans being incarcerated, potentially for life


sentences, thus exacerbating an already over-populated prison system,' Hoyer said. "'Those suffering from opioid addiction need treatment and proper medical care, not more laws that will simply put them behind bars.'" [Syracuse Post-Standard, 6/15/18]

**Perry Voted For Setting Guidelines For How Law Enforcement Would Determine If A Controlled Substance Analogue Was Intended For Human Consumption.** In June 2018, Perry voted for: "Thornberry, R-Texas, amendment that would set guidelines for how law enforcement should determine if a controlled substance analogue is intended for human consumption." The motion was adopted by a vote of 223-158. [HR 2851, Vote #267, 6/15/18; CQ, 6/15/18]

**Perry Voted For Establishing A Pilot Program For Transitional Housing Programs Focused On Substance Use Disorders.** In June 2018, Perry voted for: "Passage of the bill that would establish a pilot program that would provide 10,000 Section 8 Housing Choice vouchers, or 0.5 percent of such available vouchers, whichever is less, to nonprofit entities to pay for individuals to live in supportive and transitional housing programs that provide treatment for opioid use disorders or other substance use disorders. Non-profit entities would be required to provide an evidence-based treatment program and a jobs skills training program, and meet various other standards to qualify for vouchers under the pilot program." The bill passed by a vote of 230-173. [HR 5735, Vote #266, 6/14/18; CQ, 6/14/18]

**Perry Voted For The Securing the International Mail Against Opioids Act, Requiring The U.S. Postal Service Obtain Electronic Tracking Data For Any Packages Entering The United States.** In June 2018, Perry voted for: "Passage of the bill that would require the U.S. Postal Service to obtain advance electronic tracking data, including the shipment's contents and intended recipients, for packages entering the United States. The bill would require the U.S. Postal Service to pass information about such packages to U.S. Customs and Border Protection and would authorize a customs fee of $1 per piece of inbound express mail to cover the cost of screening international mail. The bill would require the U.S Customs and Border Protection to develop technology for the detection of controlled substances in mail." The bill passed by a vote of 353-52. [HR 5788, Vote #265, 6/14/18; CQ, 6/14/18]

**Perry Voted For Funding Grants For Providers That Offer Treatment Services For People With Opioid Use Disorders.** In June 2018, Perry voted for: "Carter, R-Ga., motion to suspend the rules and pass the bill that would authorize $10 million annually, for fiscal 2019 through fiscal 2023, for Health and Human Services Department grants for to providers that offer treatment services for people with opioid use disorders. It would require that there be at least 10 grants awarded to qualified providers." The motion was agreed to by a vote of 383-13. [HR 5327, Vote #258, 6/12/18; CQ, 6/12/18]

**Perry Voted For The Right To Try Act of 2018.** In March 2018, Perry Voted For: "passage of the bill that would allow eligible patients to seek access to drugs, through drug manufacturers, that have not yet been cleared by the Food and Drug Administration (FDA). The measure specifies that, in order to be eligible, a patient must be diagnosed with a disease or condition from which they are likely to die within a matter of months, or one that causes significant irreversible morbidity likely to lead to a severely premature death. The bill specifies that any such drugs that patients could try would need to have completed phase-one clinical trials, not have been approved or licensed for any use, and would need to currently be under an active FDA application or undergoing clinical trials." The bill passed 267 to 149. [H.R. 5247, Vote #121, 3/21/18; CQ, 3/21/18]

**Perry Voted Against Blocking An Amendment To The Right To Try Act To Require The FDA To Issue Guidance On Products Under View, And Provide Liability Protections To Physicians And Hospitals.** In March 2018, Perry voted against "Pallone, D-N.J., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require the Food and Drug Administration to issue guidance on how to expand access to products currently under review. It would also provide liability protections for drug manufacturers, physicians, clinical investigators and hospitals when they are involved in offering a product under expanded access." The motion failed, 182 to 233. [H.R. 5247, Vote #120, 3/21/18; CQ, 3/21/18]



**Perry Voted For Blocking A Bill To Invest In Prevention And Treatment Of Opioid Addiction.** In February 2018, Perry voted for "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would make in order Ms. Kuster's bill H.R. 4938 – Respond NOW Act. H.R. 4938 invests in the prevention and treatment of opioid addiction, including funding for education and awareness, research, health care workforce development and community-based interventions." The motion was adopted, 231-188. [H. Res. 725, Vote #54, 2/6/18; CQ, 2/6/18; DemocraticLeader.gov, 2/6/18]

**Perry Voted For Authorizing The Department Of Health And Human Services To Improve Oral Health Education And Services.** In February 2018, Perry voted for: "Burgess, R-Texas, motion to suspend the rules and pass the bill that would authorize $14 million annually, through fiscal 2022 for the Health Resources and Services Administration's dental health grant program and would allow funds to be used to provide comprehensive dental care to the elderly, children and individuals with disabilities. It would also authorize $18 million annually, through fiscal 2022, for existing water fluoridation and school tooth sealant programs and a new Centers for Disease Control program to improve oral health education." The motion was agreed to by a vote of 387-13. [HR 2422, Vote #82, 2/26/18; CQ, 2/26/18]

**Perry Voted For Authorizing The Department Of Health And Human Services To Conduct And Report On Research Regarding Congenital Heart Disease.** In February 2018, Perry voted for: "Burgess, R-Texas, motion to suspend the rules and pass the bill that would authorize $4 million annually, through fiscal 2022, for the Health and Human Services Department to conduct a national study of congenital heart diseases and to increase awareness of congenital heart diseases." The motion was agree to by a vote of 394-7. [HR 1222, Vote #81, 2/26/18; CQ, 2/26/18]

**Perry Voted For Blocking Consideration Of A Bill Permanently Funding CHIP.** In January 2018, Perry voted for Congressional Record, "If we defeat the previous question, I will offer an amendment to the rule to bring up Representative McEachin's bill, H.R. 4820, the Advancing Seniors and Kids Act. […] It permanently reauthorizes CHIP; it reauthorizes community health centers for 2 years; and it includes other vital healthcare programs that provide relief to pregnant women, seniors, and many more." A vote *for the motion* was a vote against considering permanently reauthorizing CHIP. The motion was agreed to 229-190. [H.R. 4712, Vote #29, 1/18/18; CQ, 1/18/18; Congressional Record, 1/18/18]

**Perry Voted For Blocking Consideration Of A Bill Permanently Funding CHIP.** In January 2018, Perry voted forl Record, "If we defeat the previous question, I will offer an amendment to the rule to bring up Representative McEachin's bill, H.R. 4820, the Advancing Seniors and Kids Act. […] It permanently reauthorizes CHIP, saving us $6 billion. It reauthorizes the community health centers for 2 years and includes other vital healthcare programs that provide relief to pregnant women, seniors, and so many more." A vote *for the* motion was a vote against considering permanently reauthorizing CHIP. The motion was agreed to 229-191. [HR 195, Vote #27, 1/18/18; CQ, 1/18/18; Congressional Record, 1/18/18]

**Perry Voted For The CHAMPION Act, Extending Funding For CHIP By Gutting Health Care Programs Resulting In People Losing Health Care Coverage Under The ACA.** In November 2017, Perry voted for: "Passage of the bill, as amended, that would extend funding for the Children's Health Insurance Program through fiscal 2022, and would increase funding from $21.5 billion in fiscal 2018 to $25.9 billion in fiscal 2022. It would also provide $3.6 billion annually for community health centers through fiscal 2019, and would extend funding for a number of other public health programs through fiscal 2019. It would provide for up to $1 billion in additional Medicaid funding to Puerto Rico and would eliminate, through fiscal 2019, scheduled cuts in Medicaid funding to hospitals that serve large numbers of uninsured and low-income patients. It would reduce spending from the Prevention and Public Health Fund through fiscal 2026, would require high-income individuals enrolled in Medicare parts B and D to pay the entirety of their premiums for these services and would shorten the grace period for certain missed payments on federally subsidized health insurance plans purchased through state exchanges to offset the cost of the measure's funding for CHIP, community health centers and other health programs." The bill passed 242-174. [HR 3922, Vote #606, 11/3/17; CQ, 11/3/17]



**The CHAMPION Act Would Cut "Billions In Funding" For An ACA Health Fund And Raise Medicare Premiums On The Wealthy.** "A five-year reauthorization bill passed the U.S. House on Friday by a 242-174 vote, but some have voiced worries that obstacles remain in the more-evenly divided Senate due to disagreements between Republicans and Democrats over how to pay for it. Only three House Republicans voted against the bill, while just 15 Democrats voted in support of it. Many Democrats have criticized the bill, called the CHAMPION Act, for paying for the reauthorization by cutting billions in funding for the Prevention and Public Health Fund established by the Affordable Care Act, reducing the grace period for people who miss premium payments on health plans bought on the federal exchange and raising Medicare premiums for wealthy recipients." [Deseret News, 11/5/17]

**Deseret News:  "The CHAMPION Act Would Save The Federal Government $4.9 Billion From 2018 Through 2027 'As A Result' Of More People Losing Their Coverage On The Federal Exchange."** "A Congressional Budget Office report estimated last month that the CHAMPION Act would save the federal government $4.9 billion from 2018 through 2027 'as a result' of more people losing their coverage on the federal exchange because of stricter grace period guidelines." [Deseret News, 11/5/17]

**Perry Voted Against Modifying The Medicare Advantage Payment System To Offset The Cuts In The CHAMPION Act.** In November 2017, Perry voted against: "Clyburn, D-S.C., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would modify the Medicare Advantage payment system to offset the funding in the measure." The motion was rejected 231-187. [HR 3922, Vote #605, 11/3/17; CQ, 11/3/17]

**Perry Voted For Consideration Of The CHAMPION Act, Extending Funding For CHIP By Gutting Health Care Programs Resulting In People Losing Health Care Coverage Under The ACA.** In November 2017, Perry voted for: "Adoption of the rule (H Res 601) that would provide for House floor consideration of the bill (HR 3922) that would extend funding for the Children's Health Insurance Program for five years, community health centers for two years and other public health programs for two years. It would also provide for up to $1 billion in additional Medicaid funding to Puerto Rico." The resolution was adopted 231-192. [HRes 601, Vote #603, 11/2/17; CQ, 11/2/17]

**Perry Voted Against Authorizing $400 Million A Year For The Maternal, Infant, And Early Childhood Home Visiting Program.**  In September 2017, Perry voted against: "Passage of the bill that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul. The bill would require entities that receive grants under the Maternal, Infant and Early Childhood Home Visiting program to continue to demonstrate improvements in applicable benchmarks and guidelines." The bill passed by a vote of 214-209. [H R 2824, Vote #537, 9/26/17; CQ, 9/26/17]

**Perry Voted Against Eliminating Requirements For Grantees Of The Maternal, Infant And Early Childhood Home Visiting Program To Demonstrate Improvements In Applicable Benchmarks.** In September 2017, Perry voted against: "DelBene, D-Wash., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would eliminate the bill's provisions that would require entities that receive grants under the Maternal, Infant and Early Childhood Home Visiting program to continue to demonstrate improvements in applicable benchmarks and guidelines." The motion failed by a vote of 191-232. [H R 2824, Vote #536, 9/26/17; CQ, 9/26/17]

**Perry Voted Against An Amendment That Would Remove A Requirement That States Track Whether The Home Visit Program Increases Employment And Earnings.** In September 2017, Perry voted against: "Pascrell, D-N.J., amendment that would remove the bill's provision that would require states or other eligible entities to track whether the home visit program increases employment and earnings as a measure of the program goals." The amendment was rejected by a vote of 191-231. [H R 2824, Vote #535, 9/26/17; CQ, 9/26/17]

**Perry Voted For Adopting The Rule That Would Provide For House Floor Consideration Of Authorization For The Maternal, Infant And Early Childhood Home Visiting Program.** In September 2017, Perry voted for:



"Adoption of the rule (H Res 533) that would provide for House floor consideration of the bill (HR 2824), that would authorize, through fiscal 2022, $400 million a year for the Maternal, Infant and Early Childhood Home Visiting program created under the 2010 health care overhaul, and for consideration of the bill (HR 2792) that would prohibit, beginning in 2021, the payment of social security benefits to an individual who is the subject of an outstanding arrest warrant for committing a felony or for violating a condition of parole or probation. The rule would also provide for the text of the Control Unlawful Fugitive Felons Act (HR 2792), as passed by the House, if passed by the House, to be incorporated into the text of the Increasing Opportunity through Evidence-Based Home Visiting Act (HR 2824) during the engrossment of HR 2824." The rule was adopted by a vote of 230-190. [H RES 533, Vote #533, 9/26/17; CQ, 9/26/17]

**Perry Voted Against Consideration Of An Amendment To The Underlying Legislation That Would Prohibit Restrictions On Medical Malpractice Lawsuits For "Grossly Negligent" Prescription Of Opioids.** In June 2017, Perry voted against: "Kuster, D-N.H., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would modify the bill's definition of 'health care lawsuits' to not include a claim or action related to the 'grossly negligent' prescription of opioids." The motion was rejected, 235-191. [HR 1215, Vote #336, 6/28/17; CQ, 6/28/17]

**Perry Voted For A Bill To Allow People Who Get Their Health Insurance Through COBRA To Use Tax Credits To Subsidize Their Payments Under The AHCA.** In June 2017, Perry voted for: "Passage of the bill that would modify the definition of a "qualified health plan" to allow, beginning in 2020, for new tax credits proposed by the American Health Care Act (HR 1628) to be used by individuals or families to pay for continued group health coverage under COBRA, provided that the AHCA is enacted into law. The measure would also apply to continuation coverage as part of church-based group health plans, but the tax credit could not be utilized for a health flex spending account under the bill's provisions." The bill passed 267-144. [HR 2579, Vote #308, 6/15/17; CQ, 6/15/17]

**Perry Voted For A Bill Prohibiting The Advance Payment Of Health Insurance Premium Tax Credits To Applicants Until HHS Confirms Applicants Are Citizens.** In June 2017, Perry voted for: "Passage of the bill that would prohibit the advance payment of health insurance premium tax credits to individuals that apply for the credits unless the Treasury Department receives confirmation from the Health and Human Services Department that such an individual's status as a citizens or lawfully present alien has been verified. If the American Health Care Act (HR 1628) is enacted, the bill (HR 2581) would make verification of an individual's status mandatory in order to receive advance payment of the new health insurance premium tax credit created by the American Health Care Act, and would also provide an exemption from the American Health Care Act's continuous coverage requirements for individuals who experience delays in coverage as a result of the verification process." The billed passed, 238-184. [HR 2581, Vote #306, 6/13/17; CQ, 6/13/17]

**Perry Voted Against Making An Exception In Delaying The Advance Payment Of Health Insurance Premium Tax Credits For Babies Under The Age Of 1.** In June 2017, Perry voted against: "Sanchez, D-Calif., motion to recommit the bill to the House Committee on Ways and Means with instructions to report it back immediately with an amendment that would exempt individuals under 1-year-old from the bill's prohibition on the advance payment of health insurance premium tax credits unless the Treasury Department has received confirmation of the individuals' status as a citizen or lawfully present alien has been verified." The motion failed, 231-193. [HR 2581, Vote #305, 6/13/17; CQ, 6/13/17]

**Perry Voted For The American Health Care Act – The Republican Health Care Repeal Bill.** In May 2017, Perry voted for "Passage of the bill that would make extensive changes to the 2010 health care overhaul law, by effectively repealing the individual and employer mandates as well as most of the taxes that finance the current system. It would, in 2020, convert Medicaid into a capped entitlement that would provide fixed federal payments to states and end additional federal funding for the 2010 law's joint federal-state Medicaid expansion. It would prohibit federal funding to any entity, such as Planned Parenthood, that performs abortions and receives more than $350 million a year in Medicaid funds. As amended, it would give states the option of receiving federal Medicaid funding as a block grant with greater state flexibility in how the funds are used, and would require states to



establish their own essential health benefits standards. It would allow states to receive waivers to exempt insurers from having to provide certain minimum benefits, would provide $8 billion over five years for individuals with pre-existing conditions whose insurance premiums increased because the state was granted a waiver to raise premiums based on an individual's health status, and would create a $15 billion federal risk sharing program to cover some of the costs of high medical claims." The bill was passed by a vote of 217-213. [HR 1628, Vote #256, 5/4/17; CQ, 5/4/17]

**Perry Voted For Repealing The Republican Provision Exempting Members Of Congress From The Republican Health Care Bill.** In May 2017, Perry voted for "Passage of the bill would repeal, if the health care overhaul measure (HR 1628) is enacted, an exemption for members of Congress and staff from provisions of the health care overhaul measure that would allow state waivers of certain health insurance minimum benefit and patient protection requirements under the 2010 health care overhaul." The bill was passed by a vote of 429-0. [HR 2192, Vote #255, 5/4/17; CQ, 5/4/17]

**Perry Voted For Blocking An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Perry voted for "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 308) that would provide for House floor consideration of the bill (HR 2192) that would repeal, if the health care marketplace overhaul measure (HR 1628) is enacted" Upon defeat of the motion, Democrats planned to offer an amendment that "The amendment would restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income. Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." **A vote yes was a vote to block the amendment.** The motion was agreed to by a vote of 235-193. [H.Res 308, Vote #252, 5/4/17; CQ, 5/4/17]

**Perry Voted For An Amendment That Would Protect Health Care Coverage For Pre-Existing Conditions, Ban Lifetime Insurance Limits, Protect Medicare, Block Tax Increases On The Middle Class, And Would Require A CBO Estimate Prior To Consideration Of Any Health Care Reform Bill.** In May 2017, Perry voted for "Cole, R-Okla., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 305) that would provide for House floor consideration of the Senate amendments to the bill." Upon defeat of the motion, Democrats planned to offer an amendment to the bill that would, "restrict consideration of legislative provisions relating to health care that would result in: (1) the denial of health insurance on the basis of a preexisting condition or a requirement for individuals with a preexisting condition to pay more for coverage; (2) the elimination of the prohibition on life-time limits on dollar value of health insurance benefits; (3) the termination of the ability of individuals 26 years of age to be included on their parent's employer or individual health insurance; (4) the reduction in the number of individuals receiving health insurance under the Patient Protection and Affordable Care Act; (5) an increased cost to seniors for prescription drugs due to any changes pertaining to closing the Medicare prescription drug 'donut hole'; (6) the requirement that individuals pay for preventive services such as mammography, health screening, and contraceptive services; (7) reduction of Medicare solvency or any changes to the Medicare guarantee; or (8) the reduction of Federal taxes on the 1% of the population with the highest income or an increase on the 80% of the population with the lowest income.  Additionally, the amendment would restrict consideration of legislation relating to health care unless an easily searchable electronic estimate and comparison



prepared by the Director of the Congressional Budget Office is made available on a publicly available website of the House." **A vote yes was a vote to block the amendment.** The motion was agreed to by a vote of 231-192. [H.Res 305, Vote #246, 5/3/17; CQ, 5/3/17]

**Perry Voted For Eliminating "Stop-Loss" Insurance As Federally Recognized Health Care Insurance.** In April 2017, Perry voted for the "adoption of the rule (H Res 241) that would provide for House floor consideration of the bill that would establish that 'stop-loss' insurance, coverage that protects businesses from certain large financial risks associated with providing insurance, would not be considered health care insurance under federal law." The amendment passed 234 to 184. [HR 241, Vote #212, 4/4/17; CQ, 4/4/17]

**Perry Voted For Exempting Health Care Plans Sponsored By Trade And Business Associations From Most State Laws And Regulations.** In March 2017, Perry voted for "passage of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations. The bill would allow an association sponsoring a health care plan to have full discretion to choose the health benefits included in the plan, as long as the plan would still meet certain statuary minimums. The sponsored health care plans could not make membership, payment or coverage conditional on factors related to the health of a member company's employees." The bill passed by a vote of 236-175. [HR 1101, Vote #186, 3/22/17; CQ, 3/22/17]

**Perry Voted Against Requiring Association Health Plans To Provide Coverage For Substance Abuse Disorder Treatments.** In March 2017, Perry voted against the "Shea-Porter, D-N.H., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would require association health plans to provide coverage for substance abuse disorder treatments." The motion was rejected by a vote of 179-233. [HR 1101, Vote #185, 3/22/17; CQ, 3/22/17]

**Perry Voted For Providing Consideration For A Bill Exempting Health Care Plans Sponsored By Trade And Business Associations From Most State Laws And Regulations.** In March 2017, Perry voted for the "adoption of the rule (H Res 210) that would provide for House floor consideration of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations. The bill would allow the association sponsoring a health care plan to have full discretion to choose the health benefits included in the plan, as long as the plan would still meet certain statuary minimums." The rule was adopted by a vote of 233-186. [HRes 210, Vote #180, 3/21/17; CQ, 3/21/17]

**Perry Voted For Blocking A Requirement That A CBO Cost Estimate Be Made Publicly Available Before Considering Any Legislation To Repeal Or Replace The Affordable Care Act.** In March 2017, Perry voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 210) that would provide for House floor consideration of the bill that would exempt health care plans sponsored by trade and business associations from most state laws and regulations." Rep. Jared Polis (D-CO) described the vote in a floor speech, saying, "If we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to that legislation, to be made publicly available before the bill may be considered on the House floor." A vote against is a vote to allow the Democratic minority to offer an alternative plan. The motion was agreed to by a vote of 233-186. [H.Res 210, Vote #179, 3/21/17; Congressional Record, Pages H2260-H2267, 3/21/17; CQ, 3/21/17]

**Perry Voted For Blocking An Amendment To Require A CBO Score For Any Legislation Or Amendments Repealing The Affordable Care Act Before The Legislation Could Be Considered.** In March 2017, Perry voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 209) that would provide for House floor consideration of a bill that would eliminate most of the federal antitrust exemptions for health insurance providers that are subject to regulation at the state level." According to Rep. Jared Polis (D-CO), "if we defeat the previous question, I will offer an amendment to the rule that would require a CBO cost estimate that analyzes the impact of any legislation amending or repealing the Affordable Care Act, as well as the impact of any manager's amendment to that legislation to be made publicly available before the bill may be considered on the House floor." A yes vote was a vote to block the amendment.



The motion was agreed to be a vote of 231-185. [H.Res 209, Vote #176, 3/21/17; Congressional Record, H2255, 3/21/17; CQ, 3/21/17; Democratic Leader—Previous Questions, 3/21/17]

**Perry Voted Against Exempting From The Bill Any Rule Prohibiting Insurance From Eliminating Health Coverage For Dependents Younger Than 26.** In January 2017, Perry voted against the "Murphy, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt from the bill any rule prohibiting an insurance issuer from eliminating health coverage for dependents younger than 26 years old." The motion was rejected by a vote of 190-235. [HR 26, Vote #22, 1/5/17; CQ, 1/5/17]

> **The Purpose Of HR 26 Is To Increase Accountability For And Transparency In The Federal Regulatory Process By Requiring Congress To Approve All New Major Regulations.** "This bill states that its purpose is to increase accountability for and transparency in the federal regulatory process by requiring Congress to approve all new major regulations. The bill revises provisions relating to congressional review of agency rulemaking to require federal agencies promulgating rules to: (1) identify and repeal or amend existing rules to completely offset any annual costs of new rules to the U.S. economy…" [HR 26, Summary, 1/5/17]

**Perry Voted Against Excluding Any Rule Pertaining To Workplace Health And Safety From Being Defined As A "Major Rule."** In January 2017, Perry voted against the "Scott, D-Va., amendment that would exclude from the bill's provisions rules made by the Occupational Safety and Health Administration or the Mine Safety and Health Administration related to the prevention of traumatic injury, cancer or irreversible lung disease." The amendment was rejected in Committee of the Whole by a vote of 193-232. [HR 26, Vote #20, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Perry Voted Against Excluding Any Rule Related To Public Health Or Safety From Being Defined As A "Major Rule."** "In January 2017, Perry voted against the "Cicilline, D-R.I., amendment that would exclude rules related to the protection of public health or safety from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 186-232. [HR 26, Vote #15, 1/5/17; CQ, 1/5/17]

> **A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Perry Voted Against Excluding Any Rule That Results In Reduced Incidence Of Diseases In Children From Being Defined As A "Major Rule."** In January 2017, Perry voted against the "Castor, D-Fla., amendment that would exclude rules that would result in reduced incidence of cancer, early death, asthma attacks or respiratory disease in children from the definition of a 'major rule.'" The amendment was rejected in Committee of the Whole by a vote of 190-233. [HR 26, Vote #14, 1/5/17; CQ, 1/5/17]


**A "Major Rule" Is Any Rule The OMB Has Found Could Result In A Cost To The Economy Of $100 Million Or More, A Major Increase In Costs Or "Adverse Effects On Competition, Employment, Investment," And Other Economic Functions.** "A 'major rule' is any rule that the Office of Information and Regulatory Affairs of the Office of Management and Budget finds has resulted in or is likely to result in: (1) an annual cost on the economy of $100 million or more (adjusted annually for inflation); (2) a major increase in costs or prices for consumers, individual industries, federal, state, or local government agencies, or geographic regions; or (3) significant adverse effects on competition, employment, investment, productivity, innovation, or the ability of U.S.-based enterprises to compete with foreign-based enterprises." [HR 26, Summary, 1/5/17]

**Perry Voted Against A Motion To Protect Individuals From Discrimination In The Health Insurance Marketplace Based On Gender Or Pre-Existing Conditions, Protect Seniors From Higher Premiums And Out-Of-Pocket Costs Under Medicare Part D.** In January 2017, Perry voted against the "Castor, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would add an exemption to the bill for rules that prohibit health insurance companies from discriminating against individuals based on gender or preexisting conditions. The amendment also would exempt from the measure rules that prohibit higher premiums or out-of-pocket costs for seniors for medication under the Medicare Part D prescription drug program." The motion was rejected by a vote of 183-236. [HR 21, Vote #7, 1/4/17; CQ, 1/4/17]

## House Administration

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Considering A Rule The Same Day It Is Reported From The Rules Committee.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}}: "Adoption of the rule (H Res 1181) that would waive the requirement of a two-thirds vote to consider a rule on the same day it is reported from the Rules Committee, through Dec. 24, and would provide for House consideration of measures under suspension of the rules through Dec. 23, 2018." The rule was adopted by a vote of 350-30. [H Res 1181, Vote #447, 12/20/18; CQ, 12/20/18]

**Perry Voted Against An Amendment That Would "Appropriate $2.5 Million" For The Office Of Technology Assessment And "Decrease Funding" For Architect Of The Capitol Projects.** In June 2018, Perry voted against "Takano, D-Calif., amendment that would appropriate $2.5 million for the Office of Technology Assessment and would decrease funding for the Architect of the Capitol's capital construction and operations projects by $3.5 million." The vote failed 195-217. [HR 5895, Vote #255, 6/8/18; CQ Floor Votes, 6/8/18]

**Perry Voted For An Amendment To Prohibit Appropriating Funds To Enforce The Repeal Of GAO's Ability To Perform Semiannual Financial Reviews Of Expenditures From The Independent Counsel Permanent Indefinite Appropriation.** In June 2018, Perry voted for "Meadows, R-N.C., amendment that would prohibit appropriated funds from being used to enforce the repeal of the Government Accountability Office's ability to perform semiannual financial reviews of expenditures from the Independent Counsel permanent indefinite appropriation." The vote was adopted 207-201. [HR 5895, Vote #254, 6/8/18; CQ Floor Votes, 6/8/18]

**Perry Voted For A Motion To Kill A Crowley Resolution To Investigate The House Chaplain's Resignation.** In, Perry voted for "McCarthy, R-Calif., motion to table (kill) the Crowley, D-N.Y., resolution that would establish a select committee to investigate the resignation of Chaplain of the House of Representatives, Patrick J. Conroy." The vote passed 223-182. [H. Res. 878, Vote #172, 5/8/18; CQ Floor Votes, 5/8/18]

**Perry Voted For A Motion To Table A Resolution To Investigate Father Patrick Conroy's Resignation As House Chaplain.** In April 2018, Perry voted for "McCarthy, R-Calif., motion to table (kill) a resolution that would establish a House select committee to investigate the resignation of the Chaplain of the House of Representatives, Patrick J. Conroy." The motion was agreed to, 215-171. [H.Res. 856, Vote #166, 4/27/18; CQ, 4/27/18]

**Paul Ryan Had Asked Father Conroy To Resign.** "Speaker Paul Ryan has ousted the chaplain of the House of Representatives, according to the religious leader's resignation letter — a move that's outraged members of



both parties who have come to the defense of the Jesuit priest. [...] Conroy has been blunt in some of his remarks, including a prayer about the GOP tax bill that he offered on the House floor on Nov. 6, 2017, before the legislation was passed and signed into law by President Donald Trump." [NBC News, 4/26/18]

**Perry Voted Against Electing Paul Ryan Speaker Of The House.** In January 2017, Perry voted for the Nomination of Paul D. Ryan, D-Wis., and Nancy Pelosi, D-Calif., for Speaker of House of Representatives for the 115th Congress." Ryan was elected by a vote of 239-189. [Vote 2, 1/3/17; CQ, 1/3/17]

## Immigration

**Perry Voted For Blocking Consideration Of A Bill Prohibiting The Department Of Homeland Security From Separating Immigrant Families.** In June 2018, Perry voted for: "Newhouse, R-Wash., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 953) that would provide for House floor consideration of the bill (HR 6136) that would appropriate $23.4 billion for various border security activities." According to the Congressional Record, "If we defeat the previous question, I will offer an amendment to the rule to bring up Ranking Member Nadler's bill, H.R. 6135, the Keep Families Together Act, which I am proud to cosponsor. This thoughtful proposal would prohibit the Department of Homeland Security from separating children from their parents, of course, except in extraordinary circumstances, and limit the criminal prosecution of asylum seekers." A vote *for the motion* was a vote to block consideration of the bill prohibiting immigrant family separations. The motion was agreed to 233-191. [HR 6136, Vote #285, 6/21/18; CQ, 6/21/18; Congressional Record, 6/21/18]

**Perry Voted For Considering Legislation To Fund The Department Of Defense And A Resolution Stating That Allowing "Illegal Immigrants" To Vote Diminishes The Voting Power Of U.S. Citizens.** In September 2018, Perry voted for "Adoption of the rule (H Res 1077) that would provide for House floor consideration of the conference report to accompany the Defense and Labor-HHS-Education and continuing appropriations package (HR 6157), providing for a resolution (H Res 1071) related to voting by 'illegal immigrants,' and providing for motions to suspend the rules." The resolution was adopted 230-188. [H Res 1077, Vote #403, 9/26/18; CQ, 9/26/18]

**Perry Voted For A Resolution Expressing The House's Continued Support For ICE And Denouncing Calls To Abolish ICE.** In July 2018, Perry voted for: "Goodlatte, R-Va., motion to suspend the rules and agree to the resolution that would express the House of Representative's continued support for U.S. Immigration and Customs Enforcement and all government entities tasked with law enforcement duties on or near the nation's borders. It would also denounce calls to abolish ICE." The motion was agreed to, 244-35. [H Res 990, Vote #337, 7/18/18; CQ, 7/18/18]

**Perry Voted For Blocking Consideration Of A Bill To Require The Trump Administration To Reunify Immigrant Children With Their Family.** In June 2018, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule." According to the Democratic Leader's office, "[The Democratic Previous Question would make in order Rep. Bass of California's bill H.R. 6236. Due to the Trump Administration's manufactured crisis at our southern border, caused by its cruel policy of separating young children from their parents, Ms. Bass' bill would require federal agencies to reunify children who were forcibly separated from their family." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 231-188. [H Res 964, Vote #298, 6/27/18; CQ, 6/27/18; DemocraticLeader.gov, 6/27/18]

**Perry Voted Against Border Security and Immigration Reform Act of 2018, Which Would Appropriate Funds To Build A Border Wall With Mexico, Renew DACA For 6 Years, End The Diversity Visa Program And Require That Undocumented Immigrants Be Detained With Their Children.** In June 2018, Perry voted against: "Passage of the bill that would appropriate $23.4 billion for various border security activities. Included would be $16.6 billion for a 'border wall system,' which would be available from fiscal 2019 through fiscal 2027, and $6.8 billion for border security investments, which would be available from fiscal 2019 through fiscal 2023. It would provide those with Deferred Action for Childhood Arrivals status a six-year renewable contingent non-



immigrant legal status and would allow them to apply for a green card after five years, providing a path to citizenship. It would modify legal immigration by ending the diversity visa program and reallocating those visas to other classifications. The bill would require that undocumented immigrants who are charged with a misdemeanor offense for improper entry into the United States be detained with their minor children." The bill failed 121-301. [HR 6136, Vote #297, 6/27/18; CQ, 6/27/18]

**The Bill, Known As "Goodlatte 2," Was Republicans Attempt At An Immigration Compromise.** "House Republicans' legislative attempt to find consensus within their own party on the divisive issue of immigration failed on the floor Wednesday, with the chamber overwhelmingly rejecting their so-called compromise bill, 121-301." [Roll Call, 6/27/18]

**The Bill Would Have Allowed Dreamers To Apply For A "Merit-Based" Visa With A Path To Citizenship.** "It would have provided DACA recipients the opportunity to obtain an indefinitely renewable three-year non-immigrant legal status. Goodlatte 2 included the same provision but made it last for six years and expanded its eligibility beyond current DACA recipients to those who would qualify but had not applied. Under the compromise bill, Dreamers could also apply for a new merit-based visa and eventually citizenship, something some conservatives felt amounted to amnesty." [Roll Call, 6/27/18]

**The Bill Added Restrictions To DACA Eligibility; The Bill Would Likely Provide A Pathway To Citizenship To Only 18 Percent Of Dreamers.** "These restrictions were also in DACA, but the new bill would go even further to restrict eligibility. […] In the best case scenario, the House GOP plan would likely provide a pathway to citizenship to fewer than 630,000 Dreamers—barely a third of the president's promise in January and just 18 percent of the entire Dreamer population. Moreover, only an estimated 421,000 immigrants are likely to become citizens." [CATO Institute, 6/19/18]

**The Bill Would Have Required Families Who Illegally Crossed The Border To Be Housed Together, Rather Than In Criminal Custody, But Eliminated The 20 Day Cap On Administrative Custody For Accompanied Children.** "The compromise bill also included language intended to prevent children from being separated from their parents when detained at the border.  It would have required the Department of Homeland Security to house families together while the parents are going through criminal proceedings for the misdemeanor of first-time illegal border crossing, instead of in criminal custody, and would have eliminated the 20-day cap on administrative custody for accompanied children." [Roll Call, 6/27/18]

**The Bill Granted $25 Billion In Funds For A Southern Border Wall.** "The bill also called for granting $25 billion in funds for a southern border wall, making it more difficult for migrants to seek asylum, and allowing families to be detained indefinitely at the border in response to the Trump administration's 'zero-tolerance' family separation policy. It also included provisions that would have significantly cut legal immigration levels." [Vox, 6/27/18]

**Perry Voted Against Amending The Border Security And Immigration Reform Act Of 2018 To Prohibit Law Enforcement From Detaining, Separately From Their Child, Any Individual Accused Of Entering The U.S. Illegally.** In June 2018, Perry voted against "Espaillat, D-N.Y., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would prohibit law enforcement from detaining, separately from their child, any individual accused of illegally entering the United States with a child, in cases in which the child is under the age of 18." The motion failed, 190-230. [H.R. 6136, Vote #296, 6/27/18; CQ, 6/27/18]

**Perry Voted For Moving To A Floor Vote On The "Compromise" Immigration Bill.**  In June 2018, Perry voted for: "Adoption of the rule (H Res 953) that would provide for House floor consideration of the bill (HR 6136) that would appropriate $23.4 billion for various border security activities. Included would be $16.6 billion for a 'border wall system,' which would be available from fiscal 2019 through fiscal 2027, and $6.8 billion for border security investments, which would be available from fiscal 2019 through fiscal 2023.It would provide those with Deferred Action for Childhood Arrivals status a six-year renewable contingent non-immigrant legal status and



would allow them to apply for a green card after five years thereby providing a path to citizenship." The rule was adopted, 227-195. [H. Res. 953, Vote #286, 6/21/18; CQ, 6/21/18]

**Perry Voted For The Securing America's Future Act, Which Wouldn't Offer DREAMers Pathway To Citizenship While Cracking Down On Asylum Seekers And Funding Trump's Border Wall.** In June 2018, Perry voted for "bill that would authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border security activities, including $9.3 billion for a border wall and other physical barriers and would provide individuals registered under the Deferred Action for Childhood Arrivals program with a three-year, renewable contingent non-immigrant legal status but with no special path to citizenship. It would modify legal immigration by ending the diversity visa program and restricting most family-based immigration to allow only spouses and minor children of legal permanent residents to receive green cards. It would increase enforcement of immigration laws within the United States, including by requiring all employers to verify the immigration status and eligibility of individuals seeking jobs in the United States." The bill failed 193 to 231. [HR 4760, Vote #282, 6/21/18; CQ, 6/21/18]

> **HEADLINE: "The Conservative Alternative: No Chance For Citizenship For Legalized Immigrants, Deeper Cuts To Legal Immigration"** [Vox, 6/18/18]

> **Securing America's Future Act Offered Only Limited Protections For Current DACA Recipients, And Put DREAMers Who Did Not Apply Before Trump Ended The Program At Risk.** "[T]he Securing America's Future Act provides only a potentially renewable three-year reprieve from deportation to current DACA recipients. [...] Rep. Goodlatte's bill offers only a tenuous second-class status to a small subset of people. Left out of the measure, for example, are people such as the 120,000 young Dreamers who never had the opportunity to apply for protection because of the Trump administration's decision to end the initiative. For these individuals—and for hundreds of thousands of other Dreamers—the Goodlatte bill offers the same peril it offers to all other undocumented immigrants: the threat of criminal prosecution, imprisonment, and deportation." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Would "Make It Easier To Deport Asylum Seekers, Including Unaccompanied Children."** Securing America's Future Act would "make it easier to deport asylum seekers, including unaccompanied children, without providing basic due process protections. [...] Instead of recognizing the unique vulnerability of people fleeing violence and persecution, the bill would make it far more likely that asylum seekers and unaccompanied children will be quickly deported back to their countries of origin, potentially being returned to harm or even death." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Would Criminalize All Undocumented Immigrants.** "Under long-standing immigration law, being in the country without status is a civil—not criminal—violation. The Goodlatte bill would change the law and make unlawful presence a crime, turning the 11 million undocumented immigrants in the country today into criminals overnight." [Center for American Progress, 6/7/18]

> **Securing America's Future Act Provided $9.3 Billion For Trump's Border Wall.** The Securing America's Future Act would "authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border security activities, including $9.3 billion for a border wall and other physical barriers" [CQ, 6/21/18]

**Perry Voted Against Replacing The Text Of The Goodlatte Bill With The Text Of The DREAM Act.** In June 2018, Perry voted against "Lujan Grisham, D-N.M., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would replace the bill's provisions with a system that would provide a pathway to citizenship for recipients of the Deferred Action for Childhood Arrivals program." According to the Democratic Leader's Office, the motion "would strike the text in the underlying bill and replace it with the text of Rep. Roybal-Allard's bill H.R. 3440 – Dream Act of 2017." The motion failed 191 to 234. [HR 4760, Vote #281, 6/21/18; CQ, 6/21/18; DemocraticLeader.gov, 6/21/18]

**Perry Voted For Bringing The Securing America's Future Act Of 2018 To The Floor For A Vote.** In June 2018, Perry voted for : "Adoption of the rule (H Res 954) that would provide for House floor consideration of the


bill (HR 4760) that would authorize $24.8 billion for fiscal 2018 through fiscal 2022 for various border security activities and would provide individuals registered under the Deferred Action for Childhood Arrivals program with a three-year, renewable contingent non-immigrant legal status but with no special path to citizenship. Adoption of the rule would provide for the automatic adoption of an amendment that would modify funds authorized for border activities under the bill; authorizing $24.8 billion for fiscal 2018 through fiscal 2022, instead of authorizing $24.8 billion annually for fiscal 2018 through fiscal 2022. " The resolution passed 226 to 195. [H Res 954, Vote #280, 6/21/18; CQ, 6/21/18]

**Moderate Republicans Agreed To Process To Vote On Republican-Only Immigration Bills, Even Though It "Would Effectively Kill Their Discharge Petition" To Bring Bipartisan Immigration Fix To The Floor.** "They agreed to a process that night that would effectively kill their discharge petition. With no agreement in sight, Ryan proposed two immigration votes: One on a conservative DACA bill, the other on 'compromise' legislation they'd continue trying to negotiate. Sensing the wind was against them, moderates reluctantly agreed." [Politico, 6/27/17]

**New York Magazine: "The Only Real Purpose Of This Exercise Was To Preempt A Discharge Petition" That Would Have Brought A Bipartisan Immigration Bill To The Floor.** "Indeed, the only real purpose of this exercise was to preempt a discharge petition that House Democrats and some politically vulnerable House Republicans had signed that might have brought a Democratic immigration bill — indeed, the original DREAM Act — to the floor under conditions where it might have actually passed. So for all the endless and interminable and redundant House GOP talk about wanting to take action on immigration, when votes were finally held it was really about preventing action on immigration." [New York Magazine, 6/21/18]

**Perry Voted For Amending The Rule To Bring Up Four Bills – Two Republican Bills, The DREAM Act, And A Bipartisan Bill – Under A Queen Of The Hill Rule.** In June 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment) on the rule." According to the Democratic Leader's office, "The Democratic Previous Question would would [sic] provide for consideration of H.R. 4760 – Securing America's Future Act, and will make in order four substitute amendments to that bill, drafted at the discretion of the authors so long as they are germane to the underlying bill. H.Res. 774 allows for the amendment that receives the most votes (and at least a simple majority) to pass the House under a rule known as "queen-of-the-hill." The four amendments that H.Res. 774 allows for are: an amendment offered by Rep. Goodlatte, which could be similar to H.R. 4760, an amendment offered by Rep. Roybal-Allard, which could be similar to a clean DREAM Act an amendment offered by Speaker Ryan an amendment offered by Rep. Denham, which could be similar to the bipartisan bill H.R. 4796 – USA Act. If the underlying Rule passes, it will turn off the discharge petition, and allow the House GOP to bring up anti-immigrant legislation that does not solve the DACA crisis." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to 232-190. [H Res 954, Vote #279, 6/21/18; CQ, 6/21/18; DemocraticLeader.gov, 6/21/18]

**Perry Voted For Blocking The DREAM Act.** In March 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to by a vote of 233-186. [H Res 796, Vote #123, 3/22/18; CQ, 3/22/18; DemocraticLeader.gov, 3/22/18]

**Perry Voted For Blocking The DREAM Act.** In March 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to by a vote of 233-181. [H Res 787, Vote #117, 3/20/18; CQ, 3/20/18; DemocraticLeader.gov, 3/20/18]


**Perry Voted For Blocking Consideration Of The Dream Act.** In March 2018, Perry voted for "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 773)." According to Rep. Polis, "if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act." A vote for the previous question was a vote to block the Dream Act. The previous question carried, 234-187. [H Res 773, Vote #104, 3/14/18; CQ, 3/14/18; Congressional Record, 3/14/18]

**Perry Voted For Blocking Consideration Of The Dream Act.** In March 2018, Perry voted for "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 762)." According to Rep. Hastings, "Democrats have offered to bring the Dream Act to the floor now 24 times. We are going to give them one more chance. We have done it 23, and every single time this effort has been blocked by the majority.   To address my friend who correctly cited that we were bringing this up: […] We on this side of the aisle clearly want to fix this problem. So let's do it now.   Mr. Speaker, I urge a 'no' vote on the rule, on the previous question, and on the underlying bills." A vote for the previous question was a vote to block the Dream Act. The previous question carried, 229-183. [H Res 762, Vote #96, 3/7/18; CQ, 3/7/18; Congressional Record, 3/7/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "The Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to by a vote of 228-184. [H.Res.748, Vote #84, 2/27/18; CQ, 2/27/18; DemocraticLeader.gov, 2/27/18]

**Perry Did Not Vote On Blocking The DREAM Act.** In February 2018, Perry did not vote on a "motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 228-187. [H.Res. 736, Vote #72, 2/14/18; CQ, 2/14/18; DemocraticLeader.gov, 2/14/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for a "motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 224-186. [H.Res. 734, Vote #67, 2/9/18; CQ, 2/9/18; DemocraticLeader.gov, 2/9/18]

**Perry Voted For Blocking The DREAM Act.** In February 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 235-189. [H. Res. 727, Vote #58, 2/6/18; CQ, 2/6/18; DemocraticLeader.gov, 2/6/18]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In January 2018, Perry voted for "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment)." A vote for the motion was a vote to block Democrats from bringing the DREAM Act to a vote, according to a floor speech by



Democratic Rep. Jim McGovern: "This is the 19th time that we have attempted to bring the bipartisan bill, H.R. 3440, the Dream Act, for a vote on the House floor, and, if we defeat the previous question, we will bring that bill up." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion agreed to by a vote of 232-187. [H.R. 695, Vote #47, 1/30/18; Congressional Record, page H694, 1/30/18; CQ, 1/30/18]

**Perry Voted For Blocking The DREAM Act.** In January 2018, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment). According to the Democratic Leader's website, "the Democratic Previous Question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 234 to 181. [H Res 681, Vote #9, 1/10/18; CQ, 1/10/18; DemocraticLeader.gov, 1/10/18]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In January 2018, Perry voted forLeader, "The Democratic Previous Question would amend the rule to allow for consideration of H.R. 3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote against considering a bill to protect DREAMers. The motion was agreed to 230-187. [HR 2954, Vote #20, 1/17/18; CQ, 1/17/18; DemocraticLeader.gov, archived, accessed 1/17/19]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In November 2017, Perry voted for: "Byrne, R-Ala., motion to order the previous question." According to the Congressional Record, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 234-189. [HR 2874, Vote #626, 11/14/17; CQ, 11/14/17; Congressional Record, 11/14/17]

**Perry Voted For Blocking The DREAM Act.** In November 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Tom Emmer (D-MN) said, "Mr. Speaker, if we defeat the previous question, I will offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way, except on paper."" A vote *for* the amendment was a vote **to block** the DREAM Act. The motion was agreed to 224-190. [HRes 609, Vote #616, 11/8/17; CQ, 11/8/17, Congressional Record, 11/8/17]

**Perry Did Not Vote On Blocking Consideration Of The DREAM Act.** In November 2017, Perry did not vote on: "Newhouse, R-Wash., motion to order the previous question." According to the Congressional Record, "If we defeat the previous question, I am going to offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block consideration of the DREAM Act. The motion was agreed to 232-184. [HR 2936, Vote #592, 11/1/17; CQ, 11/1/17; Congressional Record, 11/1/17]

**Perry Voted For Blocking The DREAM Act.** In October 2017, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Democratic Leader's office, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for* the amendment was a vote **to block the DREAM Act.** The motion passed 228-189. [HRes 577, Vote #572, 11/9/17; CQ, 10/24/17; DemocraticLeader.gov, accessed 11/13/17]

**Perry Did Not Vote On Blocking Consideration Of The DREAM Act.** In October 2017, Perry did not vote on: "Collins, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 562)." According to the Congressional Record, Rep. Polis was going to offer an amendment for



"consideration of the bill (H.R.3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." A vote for the previous question was a vote to block consideration of HR 3440. The previous question carried, 227-190. [H Res 562, Vote #560, 10/11/17; CQ, 10/11/17; Congress.gov, 10/11/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In October 2017, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 548)." According to the Democratic Leader's office, the motion prohibited "consideration of the bill (H.R. 3440) to authorize the cancellation of removal and adjustment of status of certain individuals who are long-term United States residents and who entered the United States as children and for other purposes." A vote for the previous question was a vote to block consideration of HR 3440. The previous question carried, 233-184. [HR 36, Vote #546, 10/3/17; CQ, 10/3/17; DemocraticLeader.gov, 10/3/17]

**Perry Voted For Blocking The DREAM Act.** In September 2017, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 538)." According to the Democratic Leader's website, "The Democratic previous question would amend the rule to allow for consideration of H.R.3440, which would permanently protect DREAMers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 223-187. [H RES 538, Vote #538, 9/27/17; CQ, 9/27/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 533)." According to Democratic Rep. Alcee Hastings, "If we defeat the previous question, I am going to offer an amendment to the rule to bring up H.R. 3440, the Dream Act. This bipartisan, bicameral legislation would help thousands of young people who are Americans in every way except on paper." A vote *for the motion* was a vote to block the DREAM Act. The motion was agreed to by a vote of 230-189. [H RES 533, Vote #532, 9/26/17; Congressional Record, H7503, 9/26/17; CQ, 9/26/17]

**Perry Voted Against A Motion To Eliminate Funding For The Border Wall From A Spending Bill.** In September 2017, Perry voted against: "Jackson Lee, D-Texas, motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would increase funding for the Federal Emergency Management Agency's National Predisaster Mitigation Fund by $2.4 billion, would eliminate $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border, and would decrease funding for U.S. Immigration and Customs Enforcement operations by $849.5 million." The motion was rejected by a vote of 186-223. [H R 3354, Vote #527, 9/14/17; CQ, 9/14/17]

**Perry Voted For Prohibiting Foreign Gang Members From Entering The United States And Denying Foreign Gang Members Immigration Benefits.** In September 2017, Perry voted for: "Passage of the bill that would define a criminal gang as a group of five or more persons that has the primary purpose of the commission of one or more certain criminal offenses and would prohibit individuals defined as foreign criminal gang members from entering the United States. It would prohibit a criminal gang member, who is not a U.S. citizen or U.S. national, from being eligible for certain immigration benefits such as asylum, special immigrant juvenile status, and temporary protected status." The bill passed by a vote of 233-175.  [H R 3697, Vote #517, 9/14/17; CQ, 9/14/17]

**The House Passed Legislation That Would Allow Officials To Take Action Against Suspected Gang Members, Regardless Of Whether They've Been Convicted Of A Crime.** "The House on Thursday passed a bill introduced by Rep. Barbara Comstock (R-Va.) that would expand the authority of the federal government to deport or detain non-citizen immigrants who are gang members or suspected of gang activity. The legislation, offered as a response to an increase in killings perpetuated by the resurgent MS-13 gang in the Washington region and nationally, would allow officials to take action against suspected gang members, regardless of whether they've been convicted of a crime." [Washington Post, 9/14/17]



**Perry Voted Against Prohibit The Bills Provisions From Being Used To Deport Someone For An Action Done On Behalf Of A Religious Organization For Humanitarian Reasons.** In September 2017, Perry voted against: "Beyer, D-Va., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would that would prohibit the bill's provisions from being used to authorize the deportation of an alien for action taken on behalf of a religious organization with the primary purpose of providing humanitarian aid." The motion was rejected by a vote of 184-220. [H R 3697, Vote #516, 9/14/17; CQ, 9/14/17]

**Perry Did Not Vote On Consideration Of A Bill Changing The Definition Of A Criminal Gang And Prohibiting Foreign Criminal Gang Members From Entering The United States.** In September 2017, Perry did not vote on: "Adoption of the rule (H Res 513) that would provide for House floor consideration of the bill (HR 3697) that would define a criminal gang as a group of five or more persons that has the primary purpose of the commission of one or more certain criminal offenses and would prohibit individuals defined as foreign criminal gang members from entering the United States." The resolution passed by a vote of 222-186. [H R 513, Vote #487, 9/13/17; CQ, 9/13/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 504) that would provide for further House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." According to the Democratic Leader's website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." The motion was agreed to by a vote of 227-186. A vote *for the motion* was a vote to block the DREAM Act. [H RES 504, Vote #457, 9/7/17; CQ, 9/7/17; DemocraticLeader.Gov, 9/7/17]

**Perry Voted For Blocking Consideration Of The DREAM Act.** In September 2017, Perry voted for: "Cole, R-Okla., motion to order the previous question (thus limiting debate and possibility of amendment) on the rule (H Res 500) that would provide for House floor consideration of the fiscal 2018 Interior-Environment appropriations bill (HR 3354), which is the legislative vehicle for an omnibus appropriations package which would include: eight of the 12 fiscal 2018 appropriations measures and the text of the minibus appropriations package (HR 3219) passed on July 27, 2017." According to the Democratic Leader's Website "The Democratic previous question would amend the rule to allow for consideration of H.RE.3440, which would permanently protect dreamers and allow them to remain here and work legally to contribute to strengthening the nation they have called home since childhood." A vote *for the motion* was a vote to block the DREAM Act. The motion was agreed to by a vote of 233-187. [H RES 500, Vote #442, 9/6/17; CQ, 9/6/17; DemocraticLeader.Gov, 9/6/17]

**Perry Voted For The "Security Minibus" Which Included $1.6 Billion In Funding For A Southern Border Wall.** In July 2017, Perry voted for: "Passage of the bill that would provide $788 billion in discretionary funding for fiscal 2018 to various departments, agencies and legislative operations, including $658.1 billion in funding for Defense programs; $88.8 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for military construction activities and for VA programs and activities; $37.6 billion in net appropriations subject to discretionary caps for fiscal 2018 that would provide funding for the Energy Department, Army Corps of Engineers, Bureau of Reclamation and related agencies; and $3.6 billion in funding fiscal 2018 for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office. The bill would provide $1.6 billion in funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." Passed by a vote of 235-192. [H R 3219, Vote #435, 7/27/17; CQ, 7/27/17]

**Perry Voted Against A Motion To Eliminate Border Wall Funding From The Security Minibus.** In [MONTH] 2017, Perry voted against: "Roybal-Allard, D-Calif., motion to recommit the bill to the House Appropriations Committee with instructions to report it back immediately with an amendment that would eliminate



the bill's provision related to providing funding to U.S. Customs and Border Protection for procurement, construction and improvement of a barrier along the southern U.S. border." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would strike the division of the underlying bill that appropriates $1.6 billion in taxpayer funds to begin construction of President Trump's border wall along the U.S. – Mexico border." Motion rejected by a vote of 193-234.  [H R 3219, Vote #434, 7/27/17; CQ, 7/27/17; Democratic Leader's Office, motion to recommit, 7/27/17]

**Perry Voted Against Adding A Requirement That All Iron And Steel Products Used In The Construction Of The Border Wall Be From The United States.**  In July 2017, Perry voted against: "O'Halleran, D-Ariz., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would require, as a condition of issuing a certificate of crossing, that all iron and steel products used in the construction, connection, operation, and maintenance of a border-crossing facility would be produced in the United States." According to the Democratic Leader's website "Democrats' Motion to Recommit would add a requirement to the underlying bill that all iron and steel products used in construction, connection, operation, and maintenance of the border-crossing facility be produced in the United States." The motion was rejected by a vote of 193-232. [H R 2883, Vote #397, 7/19/17; CQ, 7/19/17; DemocraticLeader.Gov, 7/19/17]

**Perry Voted Against Prohibiting Funds In The FY 2018 Defense Authorization From Being Used To Plan, Develop, Or Constrict A Border Wall.** In July 2017, Perry voted against: "Lujan Grisham, D-N.M., motion to recommit the bill to the House Armed Services Committee with instructions to report it back immediately with an amendment that would prohibit funds authorized by the bill from being used to plan, develop, or construct any barriers, including walls or fences, along "the international border of the United States." According to the Democratic Leader's website, "Democrats' Motion to Recommit would prohibit any funds authorized to be appropriated in the underlying bill from being used to plan, develop, or construct any barriers, including walls or fences, along the international border of the United States." The motion was rejected by a vote of 190-235. [H R 2810, Vote #377, 7/14/17; CQ, 7/14/17; DemocraticLeader.Gov, 7/14/17]

**Perry Voted For 'Kate's Law' – A Bill To "Establish Specific Possible Fines And Prison Sentences For Undocumented Immigrants Convicted Of Certain Criminal Offenses."** In June 2017, Perry voted for: "Passage of the bill that would establish specific possible fines and prison sentences for undocumented immigrants convicted of certain criminal offenses and who illegally return to the United States despite having been previously deported or otherwise excluded from the country. The bill would establish maximum sentences for such individuals with varying criminal histories, including a 10-year maximum sentence for illegal immigrants who reattempt to enter the country after three or more deportations, even if such individuals have not been convicted of any other crimes." The bill Passed by a vote of 257-167. [H R 3004, Vote #344, 6/29/17; CQ, 6/29/17]

> **Washington Post: 'Kate's Law' "Would Enhance Penalties For Convicted And Deported Criminals Who Reenter The United States Illegally.** "On Thursday, just two days before the second-year anniversary of Steinle's shooting, the House of Representatives passed a bill known as "Kate's Law," which would enhance penalties for convicted and deported criminals who reenter the United States illegally. It was first introduced in 2015, but it failed to advance in the Senate." [Washington Post, 6/29/17]

> **Washington Post: "Civil Rights Groups… Strongly Opposed Kate's Law," Described It As "Shortsighted And Ill-Conceived."** "Civil rights groups, including the American Civil Liberties Union, have strongly opposed Kate's Law, calling it a 'shortsighted and ill-conceived response'" to the young woman's slaying. They argue that it is blanket legislation that would penalize even those who come to the United States to escape persecution. Opponents also say that the bill perpetuates the false notion that undocumented immigrants are inherently criminals." [Washington Post, 6/29/17]

**Perry Voted Against A Motion To Exempt From Kate's Law "Victims Of Sex Trafficking That Voluntarily Present Themselves At A Port Of Entry And Request Protection."** In June 2017, Perry voted against: "motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions victims of sex trafficking that voluntarily present



themselves at a port of entry and request protection." According to the Democratic Leader's website, "Democrats' Motion to Recommit would add an exemption to the underlying bill to allow a victim of sex-trafficking to voluntarily present herself or himself at a port of entry to request protection without fear of violating the law." The motion was rejected by a vote of 193-232.  [H R 3004, Vote #343, 6/29/17; CQ, 6/29/17; Democratic Leader's office, motion to recommit, 6/29/17]

**Perry Voted For A Bill To Ban Sanctuary Cities.** In June 2017, Perry voted for: "Passage of the bill that would prohibit federal, state and local governments from restricting any federal, state, or local government entity or official from complying with immigration laws or from assisting federal law enforcement entities or officials in their enforcement of such laws. The bill would allow the Homeland Security Department to issue detainers for arrests of individuals in violation of "any criminal or motor vehicle law" in cases where there is probable cause to believe such individual is an "inadmissible or deportable alien," and would revoke eligibility for certain federal law enforcement grants for states and cities found not to be in compliance with the bill's provisions." The bill passed 228-195. [HR 3003, Vote #342, 6/29/17; CQ, 6/29/17]

> **New York Times: The No Sanctuary For Criminals Act "Broadens The Pool Of Money That Cities Could Lose For Not Cooperating With Federal Immigration Officials."** "One of the House bills, known as the No Sanctuary for Criminals Act, potentially broadens the pool of money that cities could lose for not cooperating with federal immigration officials. It also seeks to indemnify local law enforcement officials who detain immigrants on behalf of the federal authorities from lawsuits, making the federal government the defendant in such cases. The bill passed 228 to 195." [New York Times, 6/29/17]

> **The National Fraternal Order Of Police Opposed The No Sanctuary For Criminals Act.** "Some law enforcement officials have also expressed concerns with the legislation. The National Fraternal Order of Police came out against the sanctuary cities bill this week. In a letter to House leadership, the group's national president, Chuck Canterbury, said, 'Law enforcement officers do not get to pick and choose which laws to enforce, and must carry out lawful orders at the direction of their commanders and the civilian government that employs them.'" [New York Times, 6/29/17]

> **ACLU: HR 3003 Would Violate 4th Amendment Protections Against Detention Without Due Process Or Probable Cause.** "And the American Civil Liberties Union said the sanctuary cities bill violates the Fourth Amendment by requiring local law enforcement to hold people without due process or probable cause when requested by immigration agents." [New York Times, 6/29/17]

**Perry Voted For Consideration Of A Bill To Ban Sanctuary Cities.** In June 2017, Perry voted for: "Adoption of the rule (H Res 414) that would provide for House floor consideration of the bill (HR 3003) that would prohibit federal, state and local governments from restricting any federal, state, or local government entity or official from complying with immigration laws or from assisting federal law enforcement in its enforcement of such laws." The bill passed 235-190. [HR 3003, Vote #332, 6/28/17; CQ, 6/28/17]

**Perry Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In February 2017, Perry voted for the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 74)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would bring up HR 724, the Statue of Liberty Values Act, offered by Congresswoman Zoe Lofgren, which would give the Republican Congress a second chance in as many days to defund and rescind President Trump's unconstitutional and dangerous ban." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 230-188. [HRes 74, Vote #74, 2/2/17; CQ, 2/2/17; Democratic Leader—Previous Questions, 2/2/17]

**Perry Voted For Blocking Consideration Of An Act To Nullify Trump's Immigration Executive Order.** In February 2017, Perry voted for the "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 71)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of



Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 231-191. [HRes 71, Vote #70, 2/1/17; CQ, 2/1/17; Democratic Leader—Previous Questions, 2/1/17]

**Perry Voted For Blocking Consideration Of An Act Nullifying Trump's Immigration Executive Order.** In January 2017, Perry voted for the "Newhouse, R-Wash., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 70)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the rule to allow for consideration of HR 724, the Statue of Liberty Values Act of 2017, which provides that President Trump's Immigration Executive Order shall have no force or effect." A vote for the previous question was a vote in support of the executive order. The motion was agreed to by a vote of 236-183. [HRes 70, Vote #68, 1/30/17; CQ, 1/30/17; Democratic Leader—Previous Questions, 1/30/17]

## Labor & Working Families

**Perry Voted For To Protect Union Negotiating Power.** In June 2018, Perry voted for: "Collins, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment) on the rule." According to the Democratic Leader's office, "The Democratic Previous Question would make in order Mr. Cartwright of Pennsylvania's bill, H.R. 6238. Following the Supreme Court's decision yesterday in Janus vs. AFSCME to overturn decades of legal precedent that protect the rights of unions to collect fair share fees to cover collective bargaining rights, H.R. 6238 would protect the ability of these unions to negotiate for decent pay and reinforce their important role in assuring fair workplaces that benefit all." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 224-186. [H Res 954, Vote #304, 6/28/18; CQ, 6/28/18; DemocraticLeader.gov, 6/28/18]

> **The Public Service Freedom To Negotiate Act Would Give State And Local Government Employees Similar Protections To Private Sector Workers To Voluntarily Have Union Dues Deducted From Their Paychecks.** "On Thursday, Sen. Mazie Hirono (D-Hawaii) and Rep. Matthew Cartwright (D-Pa.) introduced a bill, dubbed the Public Service Freedom to Negotiate Act, to protect the ability of public employees to form, join or assist labor organizations without fear of reprisal. The federal legislation would give all state and local government employees protections similar to those that private-sector workers enjoy, including the right to voluntarily have union dues deducted from their paychecks. A number of states prohibit automatic payroll deductions for public employees, claiming government resources should not be used to underwrite union agendas." [Washington Post, 6/28/18]

**Perry Voted For Blocking Consideration Of A Bill To Protect Union Negotiating Power.** In June 2018, Perry voted for: "Cheney, R-Wyo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule." According to the Democratic Leader's office, "Following the Supreme Court's decision yesterday in Janus vs. AFSCME to overturn decades of legal precedent that protect the rights of unions to collect fair share fees to cover collective bargaining rights, H.R. 6238 would protect the ability of these unions to negotiate for decent pay and reinforce their important role in assuring fair workplaces that benefit all." A vote *for the motion* was a vote to block consideration of the bill. The motion was agreed to 219-172. [H Res 961, Vote #291, 6/26/18; CQ, 6/26/18; DemocraticLeader.gov, 6/26/18]

> **The Public Service Freedom To Negotiate Act Would Give State And Local Government Employees Similar Protections To Private Sector Workers To Voluntarily Have Union Dues Deducted From Their Paychecks.** "On Thursday, Sen. Mazie Hirono (D-Hawaii) and Rep. Matthew Cartwright (D-Pa.) introduced a bill, dubbed the Public Service Freedom to Negotiate Act, to protect the ability of public employees to form, join or assist labor organizations without fear of reprisal. The federal legislation would give all state and local government employees protections similar to those that private-sector workers enjoy, including the right to voluntarily have union dues deducted from their paychecks. A number of states prohibit automatic payroll


deductions for public employees, claiming government resources should not be used to underwrite union agendas." [Washington Post, 6/28/18]

**Perry Voted For Prohibiting Funding To Implement Or Enforce Davis-Bacon Act Protections.** In April 2018, Perry voted for: "King, R-Iowa, amendment that would prohibit any funds authorized by the bill to be used to implement or enforce the prevailing wage rate requirements established by the Davis-Bacon Act." The amendment was rejected in Committee of the Whole by a vote of 172-243. [H.Amdt.557 to HR 4, Vote #157, 4/26/18; CQ, 4/26/18]

**Perry Voted For Increasing The Probationary Period For Newly Hired Federal Employees To Two Years.** In November 2017, Perry voted for: "Passage of the bill that would increase to two years the probationary period for newly hired federal employees, for any individuals promoted to a supervisory or managerial role, and for any individual appointed to the Senior Executive Service. It would also establish a system in which supervisors would be notified near the end of an employee's probationary period." The bill passed 213 to 204. [HR 4182, Vote #648, 11/30/17; CQ, 11/30/17]

**Perry Voted Against Delaying The Federal New Hire Probationary Period Increase Until After A Study Of Its Potential Effects Was Conducted.** In November 2017, Perry voted against: "Connolly, D-Va., amendment that would strike the provisions of the bill and require that a study be conducted on the effects of an increase in employment probationary periods within federal agencies" The amendment failed 193 to 223. [HR 4182, Vote #647, 11/30/17; CQ, 11/30/17]

**Perry Voted Against Exempting Individuals Who Have Participated In Programs Like AmeriCorps Or PeaceCorps From The Federal New Hire Probationary Period.** In November 2017, Perry voted against: "Hastings, D-Fla., amendment that would exempt an individual who has completed a term of service for a program under the Corporation for National and Community Service, such as PeaceCorps and AmeriCorps, from the bill's required increase in probationary period length." The amendment failed 195 to 221. [HR 4182, Vote #646, 11/30/17; CQ, 11/30/17]

**Perry Voted For Overturning An Obama-Era National Labor Relations Board Ruling That Made Companies Liable For Labor Law Violations Of Subcontractors.** In November 2017, Perry voted for: "Passage of the bill that would define a joint employer as an entity with actual, direct and immediate control over employees, with significant control over essential terms of employment such as hiring, determining pay and benefits, day-to-day supervision of employees, and assigning individual work schedules." The bill passed 242-181. [HR 3441, Vote #614, 11/7/17; CQ, 11/7/17]

HEADLINE: "House Passes Bill To Overturn Controversial Joint-Employer Ruling." [The Hill, 11/7/17]

The Hill: Bill Overturned NLRB "Ruling That Made Companies Potentially Liable For Labor Law Violations Committed By Their Subcontractors." "The House on Tuesday evening passed a bill that would overturn an Obama-era National Labor Relations Board (NLRB) ruling that made companies potentially liable for labor law violations committed by their subcontractors. […] The bill, which passed the House Monday, would change that definition under the National Labor Relations Act and the Fair Labor Standards Act to state a company is only considered a joint employer if it 'directly, actually and immediately' has control over essential terms and conditions of employment." [The Hill, 11/7/17]

**Perry Voted Against Requiring A Franchisor To Be Treated As A Joint Employer if The Franchisee Violates Labor Laws.** In November 2017, Perry voted against: "Bonamici, D-Ore., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would require a franchisor to be treated as a joint employer if a franchisee violates labor laws at the direction of the franchisor." The motion was rejected 235-186. [HR 3441, Vote #613, 11/7/17; CQ, 11/7/17]



**Perry Voted For Considering A Bill To Overturn Obama-era NLRB Rule That Made Companies Liable For Labor Law Violations Of Subcontractors.** In November 2017, Perry voted for: "Adoption of the rule (H Res 607) that would provide for House floor consideration of the bill (HR 3043) that would specify a variety of timeframes and procedures for the Federal Energy Regulatory Commission to follow in carrying out required permitting and licensing activities for non-federal hydropower projects. It would also provide for consideration of the bill (HR 3441) that would modify the statutory definition of joint employer to clarify that an employer must have actual, direct and immediate control over employees to be considered a joint employer." The resolution was adopted 233-182. [HRes 607, Vote #611, 11/7/17; CQ, 11/7/17]

**Perry Voted For Blocking Consideration Of HR 2933, The Leveraging Effective To Rebuild National Skills Act.** In July 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 468) that would provide for House floor consideration of the joint resolution (H J Res 111) that would nullify and disapprove of a Consumer Financial Protection Bureau rule that prohibits mandatory arbitration clauses in certain consumer contracts." According to the Democratic Leader's website "the Democratic previous question would amend the rule to allow for consideration of H.R. 2933, the leveraging effective apprenticeships to rebuild national skills act, which would promote effective apprenticeships that give students and workers the skills they need to find well-paying jobs." A vote *for the motion* was a vote to block consideration of the leveraging effective apprenticeships to rebuild national skills act. The motion was adopted by a vote of 229-184. [H RES 468, Vote #410, 7/25/17; CQ, 7/25/17; DemocraticLeader.Gov, 7/25/17]

**Perry Voted For Block A Bill To Increase The Minimum Wage To $15 Per Hour In Seven Years.** In June 2017, Perry voted for a motion to order the previous question. A yes vote would block consideration of "H.R. 15, The Raise The Wage Act,, which would give workers the raise they deserve, and increase the federal minimum wage to $15 an hour within 7 years." The bill passed 235-190. [HR 3003, Vote #331, 6/28/17; CQ, 6/28/17; DemocraticLeader.gov, accessed 9/12/17]

**Perry Voted For Blocking An Amendment To Allow Americans To Earn Paid Sick Leave.** In May 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, the previous question would allow for "consideration of the bill (H.R. 1516) to allow Americans to earn paid sick time so that they can address their own health needs and the health needs of their families." A vote for the previous question was a vote to block the amendment for paid sick leave. The previous question carried, 231-188. [H Res 352, Vote #275, 5/24/17; CQ, 5/24/17]

**Perry Voted For Allowing Private-Sector Employees To Swap Overtime Pay For 'Comp Time.'** In May 2017, Perry voted for "Passage of the bill that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. To be eligible, employees would be required to have worked at least 1,000 hours in a 12-month period. Employees would be limited to 160 hours of compensatory time and employers would be required to provide monetary compensation by Jan. 31, for any unused compensatory time accrued during the preceding year. The bill's provisions would sunset five years after enactment." The bill was passed by a vote of 229-197. [HR 1180, Vote #244, 5/2/17; CQ, 5/2/17]

**NBC News: Democrats Opposed The Bill, Saying It Weakened Worker Protections And Could Allow Employers, Who Would Have Final Say On Scheduled Comp Time, To "Kick The Can Down The Road On Money You Earned Putting In Extra Hours."** "The House of Representatives passed a bill Tuesday that would allow employees to swap overtime pay for "comp time," a rules change congressional Republicans have tried to push through for more than two decades. [...] Where do the Democrats stand? They really don't like this bill. Many progressives in the House argue that the proposal would chip away at protections for hardworking Americans and undermine the Fair Labor Standards Act. The measure, among other rules, would give employers the final say on when comp time can be used. In other words, House Dems fear, your boss could conceivably kick the can down the road on money you earned putting in extra hours. Massachusetts Sen. Elizabeth Warren, a fierce advocate for workers' rights, blasted the bill as a 'disgrace.'" [NBC News, 5/3/17]



**Perry Voted Against Blocking Protections From The Bill For Employees Who Receive Seven Or More Sick Days From Their Employers, Which Can Be Used To Seek Care For Pre-Existing Medical Conditions.** In May 2017, Perry voted against "Scott, D-Va., motion to recommit the bill to the House Education and the Workforce Committee with instructions to report it back immediately with an amendment that would exempt from the bill's provisions employees who receive seven or more sick days from their employer." The motion was rejected by a vote of 192-234. [HR 1180, Vote #243, 5/2/17; CQ, 5/2/17]

**Perry Voted For Waive Certain Rules Making It Easier For The House To Pass A Bill To Allow Employees To Trade Overtime Pay For Comp Time.** In May 2017, Perry voted for "Adoption of the rule (H Res 299) that would allow private-sector employers to provide non-exempt employees compensatory time off at a rate of 1.5 hours per hour of overtime work. It would waive, through the legislative day of May 5, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee. It also would provide for consideration of measures under suspension of the rules on the legislative days of May 4 and May 5, 2017." The rule was adopted by a vote of 230-193. [HR 1180 (HRes 299), Vote #241, 5/2/17; CQ, 5/2/17]

**Perry Voted For Nullifying A Department Of Labor Rule That Extends The Period Of Time In Which The Occupational Safety And Health Administration Can Issue Citations To Employers Who Do Not Maintain Workplace Injuries.** In March 2017, Perry voted for "passage of a joint resolution that would nullify and disapprove of an Occupational Safety and Health Administration rule that extends, from six months to five years, the period in which OSHA can issue citations to employers who do not maintain workplace injury or illness records." The resolution was passed by a vote of 231-191. [HJRes 83, Vote #121, 3/1/17; CQ, 3/1/17]

**Perry Voted For Nullifying A Labor Department Rule Limiting The Occupations For Which States Can Require Drug Tests For People Applying For Unemployment Benefits.** In February 2017, Perry voted for "passage of the joint resolution that would nullify and disapprove of a Labor Department rule that limits the occupations for which states can require drug tests for individuals applying for unemployment benefits. Under the rule, an individual can be required to be tested for drugs if an individual's typical employment is an occupation for which state or federal laws require an employee to be tested for controlled substances." The resolution was passed by a vote of 236-189. [HJRes 42, Vote #97, 2/15/17; CQ, 2/15/17]

**Perry Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations And Providing Guidance On ERISA Preemption.** In February 2017, Perry voted for "passage of the joint resolution that would nullify and disapprove of a Labor Department rule that exempts certain state-administered retirement savings plans from select federal regulations governing pension plans if the state programs meet certain standards. Under the rule, the savings program must be established and administered by the state, and the savings plans must be voluntary for the employee for the program to qualify for the exemption." The resolution was passed by a vote of 231-193. [HJRes 66, Vote #96, 2/15/17; CQ, 2/15/17]

**Perry Voted For Nullifying A Department Of Labor Rule Exempting Certain Government-Administered State Retirement Savings Plans From Select Federal Regulations**. In February 2017, Perry voted for "Passage of the joint resolution that would nullify and disapprove of a Labor Department rule that exempts certain local government-administered retirement savings plans for non-government employees from select federal regulations governing pension plans. Under the rule, a city or county must have a population at least as large as the least populated state in the nation, and must administer a retirement plan for its own employees for the program to qualify for the exemption." The resolution was passed by a vote of 234-191. [HJRes 67, Vote #95, 2/15/17; CQ, 2/15/17]

**Perry Voted For Nullifying An Obama-Administration Rule Requiring Contractors To Disclose Labor Law Violations Within The Past Three Years.** In February 2017, Perry voted for "passage of the joint resolution that would nullify a Defense Department, General Services Administration and NASA rule that requires companies that bid for federal contracts of more than $500,000 to disclose whether they have been determined in the previous three



years to have violated certain federal labor laws and equivalent state laws." The resolution was passed by a vote of 236-187. [HJRes, 37, Vote #76, 2/2/17; CQ, 2/2/17]

## National Security & Terrorism

**Perry Voted For Agreeing To The Conference Report For The National Defense Authorization Act FY 2019.** In July 2018, Perry voted for "adoption of the conference report on the bill that would authorize $708.1 billion for defense-related programs, with $639.1 billion for the Defense Department's base budget, and $69 billion for overseas contingency operations. Specifically, it would authorize $65 million for the development of low-yield nuclear weapons. It would also authorize $18.8 billion for Navy aircraft procurement, $16.5 billion for Air Force aircraft, and 24.1 billion for Navy shipbuilding. It would prohibit any U.S. government agency from using technology produced by the Chinese companies ZTE or Huawei, but would not reimpose a ban on U.S. exports to ZTE." The report was agreed to, 359-54. [HR 5515, Vote #379, 7/26/18; CQ, 7/26/18]

**Perry Voted For A Bill FY 2018 And FY 2019 Funding For 16 U.S. Intelligence Communities And Requiring The Publishing Of Reports On Threats To U.S. Cybersecurity.** In July 2018, Perry voted for "Passage of the bill that would authorize classified amounts in fiscal 2018 and fiscal 2019 for 16 U.S. intelligence agencies and intelligence-related activities of the U.S. government, which would cover general intelligence operations, clandestine human intelligence programs and analysis, and covert action programs. The bill would authorize $547 million in fiscal 2018 and $515 million in fiscal 2019 for the Intelligence Community Management account. The bill would require several reports on foreign malign influencers, including Russia, North Korea and Iran, and activities related to funding or carrying out a cyber or terrorist attack. The bill would also require the Director of National Intelligence to electronically publish an unclassified report on foreign counterintelligence and cybersecurity threats to U.S. election campaigns for federal offices." The bill passed, 363-54. [HR 6237, Vote #326, 7/12/18; CQ, 7/12/18]

**Perry Voted For Considering A Bill Authorizing Intelligence Appropriations For FY 2018 And FY 2019.** In July 2018, Perry voted for "Adoption of the rule (H Res 989) that would provide for House floor consideration of the bill (HR 6237) that would authorize classified amounts in fiscal 2018 and fiscal 2019 for 16 U.S. intelligence agencies and intelligence-related activities of the U.S. government, which would cover general intelligence operations, clandestine human intelligence programs and analysis, and covert action programs." The resolution was adopted, 235-178. [HR 6237, Vote #323, 5/16/18; CQ, 7/12/18]

**Perry Voted Against Reauthorizing The Foreign Intelligence Security Act (FISA), Including Section 702, Which Conducts Surveillance On Foreign Targets' Communications.** In January 2018, Perry voted against: "Passage of the bill that would reauthorize for six years, through 2023, the Foreign Intelligence Surveillance Act, which governs electronic surveillance of foreign terrorism suspects. The bill would reauthorize Section 702 surveillance authorities on foreign targets, and would require the development of procedures for searching the Section 702 database that would protect the Fourth Amendment rights of U.S. citizens. The bill would prohibit the FBI from accessing information without an order from the secret FISA court in certain cases. The measure would increase penalties for the unauthorized removal of classified documents or information." The bill passed 256 to 164. [S 139, Vote #16, 1/11/18; CQ, 1/11/18]

HEADLINE: "House Extends Surveillance Law, Rejecting New Privacy Safeguards." [New York Times, 1/11/18]

**New York Times: Title VII Permitted The Government To Conduct Warrantless Surveillance On Communications Of Foreigners Abroad, "Even When They Are Talking To Americans."** "A yearslong debate over National Security Agency surveillance and protections for Americans' privacy rights will reach a climactic moment on Thursday as the House of Representatives takes up legislation to extend a program of warrantless spying on internet and phone networks that traces back to the Sept. 11 attacks. There is little doubt that Congress will extend an expiring statute, known as Section 702 of the FISA Amendments Act, that permits the government to collect without a warrant from American firms, like Google and AT&T, the emails and other



communications of foreigners abroad — even when they are talking to Americans." [New York Times, 1/10/18]

**Perry Voted Against Including Additional Requirements To Obtaining Warrants For Surveillance Through FISA.** In January 2018, Perry voted against: "Himes D-Conn., motion to recommit the bill to the House Intelligence Committee with instructions to report it back immediately with an amendment that would include additional requirements related to obtaining warrants in order to query information incidentally collected on U.S. citizens." The motion failed 189 to 227. [S 139, Vote #15, 1/11/18; CQ, 1/11/18]

**Perry Voted For An Amendment That Would Require The Government To Obtain A Warrant Before Searching Surveillance Data Collected Through Section 702.** In January 2018, Perry voted for: "Amash R-Mich., amendment that would end NSA collection of communications data that is neither to nor from an approved foreign target, but rather communications 'about' a foreign target entirely between American citizens. It would prohibit the FBI and intelligence agencies from searching the Section 702 database for information on U.S. citizens without first obtaining a warrant, except in certain circumstances. The amendment would end the so-called 'reverse targeting' practice, in which an American communicating with a foreign target is also subject to surveillance, and would modify oversight of and appointments to the Foreign Intelligence Surveillance Court." The amendment failed 183 to 233. [S 139, Vote #14, 1/11/18; CQ, 1/11/18]

> **Detroit News: The Amendment Would Have "Required Officials To Get Warrants In Most Cases Before Intercepting And Reading Emails And More Of U.S. Citizens."** "Before approving a six-year extension of the law, the House voted 233 to 183 to kill an amendment designed to protect Americans civil liberties. This amendment would have required officials to get warrants in most cases before intercepting and reading emails and more of U.S. citizens. This amendment was proposed by Rep. Justin Amash (R-Mich). The vote was a victory for Republican establishment. House Speaker Paul D. Ryan had blocked the House from considering a compromise bill." [Forbes, 1/11/18]

> **New York Times: The Amendment Would Have Provided "A Series Of New Safeguards" On Officials That Conduct Surveillance On Foreign Communications.** "Before voting to extend the law, known as Section 702 of the FISA Amendments Act, the House rejected an amendment that would have imposed a series of new safeguards. That proposal included a requirement that officials obtain warrants in most cases before hunting for, and reading, emails and other messages of Americans that were swept up under the surveillance." [New York Times, 1/11/18]

**Perry Voted For Consideration Of A Bill Reauthorizing The Foreign Intelligence Security Act (FISA), Including Section 702.** In January 2018, Perry voted for: "Adoption of the rule (H Res 682) that would provide for House floor consideration of the bill (S 139) that would reauthorize Title VII of the Foreign Intelligence Surveillance Act through Dec. 31, 2023, and would require the development of procedures for searching the Section 702 database that protect the Fourth Amendment rights of U.S. citizens." [H Res 682, Vote #8, 1/8/18; CQ, 1/10/18]

**Perry Voted For Moving Forward To Consideration Of The FY 2018 Funding For The Intelligence Agencies And Waiving The Two-Thirds Vote Requirement To Consider Legislation The Same Day It Is Reported From The House Rules Committee.** In July 2017, Perry voted for: "Adoption of the rule (H Res 481) that would provide for House floor consideration of the bill (HR 3180) that would authorize classified amounts of funding through fiscal 2018 for 16 U.S. intelligence agencies and intelligence-related activities, including the Office of the National Intelligence Director, the CIA and the National Security Agency. The rule would waive, through the legislative day of August 1, 2017, the two-thirds vote requirement to consider legislation on the same day it is reported from the House Rules Committee." The rule was adopted by a vote of 224-186. [H RES 481, Vote #436, 7/28/17; CQ, 7/28/17]

**Perry Voted For Suspending The Rules And Passing A Bill That Would Authorize FY 2018 Funding For US Intelligence Agencies And Intelligence Related Activities.** In July 2017, Perry voted for: "Nunes, R-Calif.,



motion to suspend the rules and pass the bill that would authorize classified amounts of funding through fiscal 2018 for 16 U.S. intelligence agencies and intelligence-related activities, including the Office of the National Intelligence Director, the CIA and the National Security Agency. The bill would authorize $527 million in fiscal 2018 in funding to the Intelligence Community Management Account and would authorize $514 million through fiscal 2018 in funding to the CIA Retirement and Disability Fund. The bill would require the director of National Intelligence to submit to Congress multiple reports regarding Russia's campaigns directed at foreign elections and its efforts related to cyber influence, including an analytical assessment of the most significant Russian influence campaigns, if any, conducted during the three years prior to the bill's enactment." The motion was rejected by a vote of 241-163. [H R 3180, Vote #407, 7/24/17; CQ, 7/24/17]

**2017: Perry Voted For Blocking An Amendment To Prohibit Members Of The Administration Whose Primary Function Is Political From Being Appointed To The National Security Council.** In February 2017, Perry voted for: the "Cole, R-Okla., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 99)." According to Democratic Leader Nancy Pelosi's office, "The Democratic Previous Question would amend the National Security Act of 1947 to prohibit any individual whose primary responsibility is political in nature from being designated a member of the Council.  Further, the bill expresses the sense of Congress that the Director of National Intelligence or the Chairman of the Joint Chiefs of Staff should not be prevented from attending Principals Committee meetings." A yes vote was a vote to block the amendment. The motion was agreed to by a vote of 225-189. [H.Res 99, Vote #88, 2/14/17; CQ, 2/14/17; Democratic Leader— Previous Questions, 2/14/17]

> **January 2017: President Trump Designated Political Advisor Steve Bannon To A Full Seat On The "Principals Committee" Of The National Security Council, Elevating His Informal Rank To The Equivalent Of A Cabinet-Level Secretary.** "The whirlwind first week of Donald J. Trump's presidency had all the bravura hallmarks of a Stephen K. Bannon production. […] But the defining moment for Mr. Bannon came Saturday night in the form of an executive order giving the rumpled right-wing agitator a full seat on the "principals committee" of the National Security Council — while downgrading the roles of the chairman of the Joint Chiefs of Staff and the director of national intelligence, who will now attend only when the council is considering issues in their direct areas of responsibilities. It is a startling elevation of a political adviser, to a status alongside the secretaries of state and defense, and over the president's top military and intelligence advisers. In theory, the move put Mr. Bannon, a former Navy surface warfare officer, admiral's aide, investment banker, Hollywood producer and Breitbart News firebrand, on the same level as his friend, Michael T. Flynn, the national security adviser, a former Pentagon intelligence chief who was Mr. Trump's top adviser on national security issues before a series of missteps reduced his influence." [New York Times, 1/29/17]

## Native American Issues

**Perry Voted Against Increasing Funding For The Office Of Navajo And Hopi Indian Relocation.** In July 2018, Perry voted against: "O'Halleran, D-Ariz., amendment no. 27, that would increase funding for the Office of Navajo and Hopi Indian Relocation by $3 million, and would decrease funding for Office of the Special Trustee for American Indians by an equal amount." The resolution was adopted by a vote of 217-196. [H R 6147, Vote #343, 7/18/18; CQ, 7/18/18]

**Perry Voted For Allowing Native American Tribes To Use Settlement Funds On Rural Water Systems, And Exempting Tribes From Being Defined As Employers Under The National Labor Relations Act.** In January 2018, Perry voted for: "Passage of the bill that would amend the White Mountain Apache Tribe Water Rights Quantification Act of 2010 to specify that settlement funds may be used for the planning, design, and construction of the tribe's rural water system. In addition, the bill would also amend the National Labor Relations Act to exclude Native American tribes and any institutions or enterprises owned or operated by a Native American tribe from being defined as employers under the NLRA. The bill further includes provisions that would aid specific tribes with development and land issues." The bill passed 239 to 173. [H Res 681, Vote #11, 1/10/18; CQ, 1/10/18]



**Perry Voted For Consideration Of A Bill }} Allowing Native American Tribes To Use Settlement Funds On Rural Water Systems, And Exempting Tribes From Being Defined As Employers Under The National Labor Relations Act.** In January 2018, Perry voted for: Adoption of the rule (H Res 681) that would provide for House floor consideration of the bill (S 140) that would provide for House floor consideration of the bill that would amend the White Mountain Apache Tribe Water Rights Quantification Act of 2010 to clarify the use of amounts in the WMAT Settlement Fund." The motion passed 227 to 181. [H Res 681, Vote #10, 1/10/18; CQ, 1/10/18]

**Perry Voted Against Exempting Rules Related To Federal Obligations To Tribal Governments And Tribal Sovereignty From The SCRUB Act.** In March 2017, Perry voted against the "Moore, D-Wis., amendment that would exempt from the bill's provisions rules related to federal obligations to tribal governments and rules related to supporting tribal sovereignty." The amendment was rejected in Committee of the Whole by a vote of 197-229. [HR 998, Vote #111, 3/1/17; CQ, 3/1/17]

## Science & Technology

**Perry Voted For Authorizing And Renaming The Office Of Electronic Government As The Office Of The Federal Chief Information Officer.** In November 2018, Perry voted for "Comer, R-Ky., motion to suspend the rules and pass the bill as amended, that would formally authorize and rename the Office of Electronic Government within the Office of Management and Budget as the Office of the Federal Chief Information Officer. The bill would formally codify the position and duties of the Federal CIO and another presidential appointee reporting to the CIO. It would also direct OMB to develop, for all federal agencies, an information technology expenditure reporting system." The motion was agreed to 391-0. [HR 6901, Vote #425, 11/30/18; CQ, 11/30/18]

## Seniors

**Perry Voted For Blocking Legislation That Would Prevent The House From Cutting Social Security, Medicare, Or Medicaid.** In May 2017, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment.)" According to the Democratic Leader's office, the motion blocked legislation to "restrict consideration of any bill, joint resolution, motion, amendment, or conference report that: (1) cuts social security benefits, (2) raises the retirement age for social security, (3) privatizes social security, (4) cuts guaranteed medicare benefits, or (5) results in cuts to state medicaid plan benefits or eligibility." A vote for the previous question was a vote to block the legislation prohibiting the House from cutting these programs. The previous question carried, 229-191. [H Res 348, Vote #271, 5/23/17; CQ, 5/23/17; DemocraticLeader.gov, 5/23/17]

**Perry Voted Against Consideration Of An Amendment Lowering Out-Of-Pocket Drug Costs For Seniors.** In January 2017, Perry voted against the "Demings, D-Fla., motion to recommit the bill to the House Judiciary Committee with instructions to report back immediately with an amendment that would exempt regulations that significantly lower seniors' out-of-pocket costs for prescription drugs under Medicare Part D. It would remove the bill's provision that would effectively overturn two Supreme Court decisions that require federal courts to defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules." The motion was rejected by a vote of 190-233. [HR 5, Vote #44, 1/11/17; CQ, 1/11/17]

## Taxes

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} The Republican Tax Extenders Package.** In December 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Brady, R-Texas, motion to concur in the Senate amendment to a bill (HR 88), with a further House amendment, comprised of a package of tax-related bills. The bill would extend and gradually phase out through 2024 a biodiesel tax credit, make permanent a railroad track maintenance credit at a reduced rate, and provide temporary tax relief for victims of hurricanes and wildfires. It would delay or repeal certain health-related taxes enacted as part of the 2010 healthcare overhaul. The bill also contains a number of provisions related to tax-favored retirement savings plans


and operations of the Internal Revenue Service." The motion was agreed to by a vote of 220 – 183. [H.R. 88, Vote #470, 12/20/18; CQ Floor Votes, 12/20/18]

**Tax Extenders Package Included Expansion Of 529 Education Savings Accounts For Home-Schooling Expenses And Repeal Of The So-Called Johnson Amendment, Which Prohibited Churches And Charities From Making Political Endorsements.** "At the same time, Brady added a host of measures favored by Republicans, including rollbacks of several health care-related taxes, a fix to last year's tax law for the recreational vehicle industry and add-ons favored by conservatives, such as an expansion of 529 education savings accounts for home-schooling expenses and repeal of the so-called Johnson Amendment, which prohibits churches and charities from making political endorsements or risk losing their nonprofit status." [Roll Call, 12/11/18]

**Tax Extenders Delayed ACA Excise Tax On Medical Device Manufacturers, Suspended The Health Insurer Fee For Two Years, And Delayed The Cadillac Tax From Taking Effect For One Additional Year.** "Meanwhile, Brady would further delay the onset of several of the 2010 health care law's taxes that Congress has already repeatedly pushed back, namely the excise tax on medical device manufacturers, a fee applied to health insurers and the so-called Cadillac tax on high-cost employer-sponsored health plans. Brady's revised bill would extend the medical device tax suspension for five years, through 2024; suspend the health insurer fee for two years through 2021; and delay the Cadillac tax from taking effect for one additional year, through 2022." [Roll Call, 12/11/18]

**Tax Extenders Extended Biodiesel Tax Credit And The Alternative Fuels Tax Credit.** "The generally popular tax extenders package was dominated by a seven-year extension and phase-out of the biodiesel tax credit, scored at a $16.9 billion cost, and a one-year extension of the alternative fuels tax credit, scored at a cost of $7.1 billion." [Roll Call, 12/11/18]

**Tax Extenders Included Temporary Tax Breaks For Residents In Areas Hit By Hurricanes Michael And Florence And Retirement Savings Provisions.** "Brady repeated his hopes of Democratic support because of sections of the bill that would overhaul the IRS, which the House passed as a stand-alone bill by a vote of 414-0 earlier this year; temporary tax breaks for residents in areas hit by hurricanes Michael and Florence, among other natural disasters; and retirement savings provisions that have garnered support from Democrats." [Roll Call, 12/11/18]

**Perry Voted Against Establishing An Independent Appeals Office Within The IRS And Updating IRS Systems And Cybersecurity Measures.** In December 2018, Perry voted against: "Rice, R-S.C., motion to suspend the rules and pass the bill which contains a number of provisions related to Internal Revenue Service operations and modernization. It would establish an independent office of appeals within the agency to resolve taxpayer controversies and make several modifications or clarifications related to IRS operations, services, and authorities. It also includes provisions to update IRS information technology systems, other electronic systems, and cybersecurity measures." The motion as agreed to by a vote of 378-11. [HR 7227, Vote #455, 12/20/18; CQ, 12/20/18]

**Perry {{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Making Several Provisions Of The Tax Cuts And Jobs Act Permanent.** In September 2018, Perry {{voted for/voted against/voted present on/did not vote on}} "Passage of the bill that would make permanent a number of tax provisions that would otherwise expire in 2025. The provisions from the 2017 tax overhaul (PL 115-97) that would become permanent include: reduced tax rates and modified tax bracket breakpoints for the seven tax brackets, the standard deduction amount, the elimination of personal exemptions for each taxpayer and dependent, and the increased child tax credit." The bill passed 220-19. [HR 6760, Vote #414, 9/28/18; CQ, 9/28/18]

**Perry Voted Against Amending A Bill Making Several Provisions Of The Tax Cuts And Jobs Act Permanent Until It Included A Provision That Actuaries Certify That The Bill Would Not Cause Financial Harm.** In September 2018, Perry voted against "Recommit Larson, D-Conn., motion to recommit the bill to the House Ways and Means Committee with instructions to report it back immediately with an amendment that would prevent


enactment of the bill's provisions until actuaries from the Medicare Hospital Insurance Trust Fund and the Old-Age and Survivor Insurance and Disability Insurance Trust Funds certify that the measure would not cause financial harm to such trust funds." The motion was rejected 184-226. [HR 6760, Vote #413, 9/28/18; CQ, 9/28/18]

**Perry Voted For Allowing Individual Taxpayers to Deduct Up To $20,000 In The Year They Start A Business If The Expenses Are Related To A Business Start-Up.** In September 2018, Perry voted for "Passage of the bill that would allow individual taxpayers, beginning in tax year 2019, to deduct up to $20,000 during a year in which they start a new business for expenses related to business start-up. It would allow up to $120,000 of such expenses to be amortized over 15 years. It would allow the thresholds to be adjusted for inflation annually, beginning in 2020." The bill passed 260-156. [HR 6756, Vote #412, 9/27/18; CQ, 9/27/18]

**Perry Voted For Modifying Tax-Favored Retirement Accounts, Including Allowing Pooled Retirement Plans By Unrelated Small Businesses And Allowing Individuals To Continue Making IRA Contributions After Reaching 70 Years And Six Months Of Age.** In September 2018, Perry voted for "Passage of the bill that would make various modifications related to tax-favored retirement accounts. It would provide for the establishment of "pooled" retirement plans by unrelated small businesses that are not in the same trade or industry. It would allow individuals to continue making contributions to a regular IRA after reaching the age of 70 years and six months, exempt individuals who have less than $50,000 in their retirement accounts from having to take required minimum distributions from those accounts after reaching age of 70 years and six months. It would also allow individuals to withdraw up to $7,500 from their retirement plans, without penalty, to help pay for the expenses of a new baby or adopted child. It would establish tax-favored Universal Savings Accounts that could be used by individuals and families for any purpose." The bill passed 240-177. [HR 6757, Vote #411, 9/27/18; CQ, 9/27/18]

**Perry Voted For Considering Legislation Related To New-Business Tax Deductions, Tax-Favored Retirement Accounts, And Making Temporary Aspects Of Individual Tax Code Permanent.** In September 2018, Perry voted for "Adoption of the rule (H Res 1084) that would provide for House floor consideration of a bill related to new-business tax deductions (HR 6756), a bill related to tax-favored retirement accounts (HR 6757), and a bill that would make many temporary aspects of the individual tax code permanent (HR 6760)." The resolution was adopted 266-189. [H Res 1084, Vote #410, 9/27/18; CQ, 9/27/18]

**Perry Voted Against Funding The Payments In Lieu Of Taxes Program That Provides Federal Payments To Local Governments That Have Land That Cannot Be Locally Taxed.** In September 2018, Perry voted against "McCollum, D-Minn., motion to instruct the conferees on the part of the House to agree to the Senate amendment to the bill in relation to provisions that would fund the Payments in Lieu of Taxes program that provides federal payments to local governments that have large tracts of federal land that cannot be locally taxed." The motion was rejected 187-218. [HR 6147, Vote #388, 9/6/18; CQ, 9/6/18]

**Perry Voted For Final Passage Of The Tax Cuts And Jobs Act By Concurring With A Senate Amendment.** In December 2017, Perry voted for "Brady, R-Texas, motion to concur in the Senate amendment to the tax overhaul that would revise the federal income tax system by: lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025. It would effectively eliminate the penalty for not purchasing health insurance under the 2010 health care overhaul law in 2019. It would also open portions of the Arctic National Wildlife Refuge to oil and gas drilling." The motion was passed 224-201. [HR 1, Vote #699, 12/20/17; CQ Floor Votes, 12/20/17]

**House Was Forced To Vote For A Second Time On The Final Bill After Small Changes Were Made To Comply With Senate Budget Rules.** "The House, forced to vote a second time on the $1.5 trillion tax bill,


moved swiftly to pass the final version on Wednesday, clearing the way for President Trump to sign into law the most sweeping tax overhaul in decades. House lawmakers approved the tax bill 224 to 201 on Wednesday, after being forced to vote on the bill again after last-minute revisions were made to it in the Senate, which passed the measure 51 to 48 early Wednesday morning. The final House vote was essentially a formality, as the changes, which were made to comply with Senate budget rules, did not significantly alter the overall bill." [New York Times, 12/20/17]

**Perry Voted For Adopting The Conference Report Of The Tax Cuts And Jobs Act.** In December 2017, Perry voted for "adoption of the conference report on the bill that would revise the federal income tax system by lowering the corporate tax rate from 35 percent to 21 percent; lowering individual tax rates through 2025; limiting state and local deductions to $10,000 through 2025; decreasing the limit on deductible mortgage debt through 2025; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would repeal personal exemptions and would roughly double the standard deduction through 2025. It would raise the child tax credit to $2,000 through 2025, would repeal the alternative minimum tax for corporations and provide for broader exemptions to the tax for individuals through 2025. It would double individual exemptions to the estate tax and gift tax through 2025, and would establish a new top tax rate for "pass-through" business income through 2025." The conference report was adopted 227-203. [HR 1, Vote #692, 12/19/17; CQ Floor Votes, 12/19/17]

**Perry Voted Against Sending The Tax Bill Back To Conference And Instructing Conferees To Oppose Repeal Of The Individual Mandate And To Disagree With Provisions Related To The SALT Deduction.** In December 2017, Perry voted against "Neal, D-Mass., motion to recommit the bill to the Committee of Conference with instructions to the managers on the part of the House that they disagree with provisions related to state and local tax deductions, and related to the bill's language that would effectively repeal the individual health care mandate established by the 2010 health care overhaul." The motion to recommit the conference report failed 191-236. [HR 1, Vote #691, 12/19/17; CQ Floor Votes, 12/19/17]

**Perry Voted Against Instructing Conferees On The Tax Cuts And Jobs Act To Oppose Repeal Of The Individual Mandate And To Recede From The House Bill's Provisions To Eliminate The SALT Deduction.** In December 2017, Perry voted against "Neal, D-Mass., motion to instruct conferees to disagree with the Senate amendment that would repeal the individual health insurance mandate, and to recede from the section House bill that would eliminate the deduction for state and local income taxes through 2025." The motion to instruct conferees failed 186-233. [HR 1, Vote #654, 12/4/17; CQ Floor Votes, 12/4/17]

**Perry Voted For Moving The Tax Cuts And Jobs Act To Conference Committee.** In December 2017, Perry voted for "Brady, R-Texas, motion that the House disagree with the Senate amendment and request a conference with the Senate on the bill that would revise the federal income tax system by lowering individual and corporate tax rates, repealing various deductions through 2025." The motion to go to conference passed 222-192. [HR 1, Vote #653, 12/4/17; CQ Floor Votes, 12/4/17]

**Perry Voted For Passage Of The House Version Of The Tax Cuts And Jobs Act.** In November 2017, Perry voted for "passage of the bill that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries. Specifically, it would eliminate personal exemptions and would nearly double the standard deduction. It would raise the child tax credit through 2022, repeal the alternative minimum tax, repeal the estate tax in 2025 and reduce the gift tax rate in 2025. It would establish a new top tax rate for pass-through business income and would modify tax credits related to energy production." The bill passed 227-205. [HR 1, Vote #637, 11/16/17; CQ Floor Votes, 11/16/17]

**Perry Voted For Considering The Tax Cuts And Jobs Act.** In November 2017, Perry voted for: "Adoption of the rule (H Res 619) that would provide for House floor consideration of the bill (HR 1) that would revise the federal income tax system by: lowering individual and corporate tax rates; consolidating the current seven tax income rates into four rates; eliminating the deduction for state and local income taxes; limiting certain deductions



for property taxes and home mortgages; and creating a new system of taxing U.S. corporations with foreign subsidiaries." The rule was adopted 235-191. [HRes 619, Vote #633, 11/15/17; CQ, 11/15/17]

**Perry Voted For Blocking An Amendment To Prohibit Repeal Of The State And Local Tax Deduction.** In November 2017, Perry voted for: "Sessions, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment)." In a speech on the House floor, Rep. Alcee Hastings (D-FL) said, "'if we defeat the previous question, I am going to offer an amendment that will prohibit any legislation from limiting or repealing the State and local tax deduction, which prevents millions of families from being taxed twice on the same income.'" A vote *for* the amendment is a vote **to block** protecting the state and local tax deduction. The motion was agreed to 234-193. [HRes 619, Vote #632, 11/15/17; CQ, 11/15/17, Congressional Record, 11/15/17]

**Perry Voted For Blocking Consideration Of A Bill That Would Prevent The Tax Cuts And Jobs Act From Being Brought For A Vote Before The CBO Analysis Had Been Made Available.** In November 2017, Perry voted for: "Burgess, R-Texas, motion to order the previous question." According to the Congressional Record, "So if we can defeat the previous question, I will offer an amendment to the rule that will prevent this massive tax cut bill from coming to the House floor unless nonpartisan analysis from the experts at the Congressional Budget Office has been available for at least 2 days." A vote *for the motion* was a vote to block consideration of a bill preventing the TCJA from being brought for a vote before the CBO analysis was available for 2 days. The motion was agreed to 230-190. [HR 3922, Vote #602, 11/2/17; CQ, 11/2/17; Congressional Record, 11/2/17]

**Perry Voted For Blocking A Democratic Motion To Protect The State And Local Tax Deduction From Repeal Or Limitation.** In October 2017, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment)." According to the Democratic Leader, "The Democratic previous question would create a point of order in the House and Senate that prohibits any legislation from limiting or repealing the state and local tax deduction." A vote *for the motion* was a vote against protecting the state and local tax deduction. The motion was agreed to 229-188. [H Con Res 71, Vote #582, 10/25/17; CQ, 10/25/17; DemocraticLeader.gov, accessed 1/5/18]

## Trade

**Perry Voted For A Motion To Suspend The Rules And Pass The Bill To Extend, Through December, 31, 2010, The Generalized System Of Preferences Program, Managed By The U.S. Trade Representative.** In February 2018, Perry voted for a "motion to suspend the rules and pass the bill that would extend, through Dec. 31, 2020, the Generalized System of Preferences program, managed by the U.S. Trade Representative. The bill would also make the preferences retroactive to the program's 2017 expiration date." The motion was agreed to, 400-2. [H.R. 4979, Vote #71, 2/13/18; CQ, 2/13/18]

## Transportation & Infrastructure

**Perry Voted For A Bill That Would Allow The Bureau Of Reclamation To Transfer Water Infrastructure To Non-Federal Entities Without Congressional Approval.** In July 2018, Perry voted for "Passage of the bill that would permit the Bureau of Reclamation to transfer ownership of certain federal water infrastructure facilities to certain nonfederal entities without the need for Congress to enact project-specific legislation, provided that the entity to which ownership would be transferred has a water service contract with BOR. The bill would require that, for a transfer to take place, the agency must notify Congress in writing of the proposed conveyance and the reason for the conveyance at least 90 days before it would occur, and Congress must not pass a joint resolution disapproving the conveyance before that date. The bill would require BOR to establish criteria for determining which facilities are eligible for such title transfers, including that a proposed transfer would not have an 'unmitigated significant effect on the environment,' and that the receiving entity would need to intend to use the property for substantially the same purposes as it had been used for prior to the transfer. The bill would also prohibit any conveyance that would adversely impact power rates or repayment obligations." The bill passed, 233-184. [HR 3281, Vote #325, 7/12/18; CQ, 7/12/18]



**Perry Voted Against An Amendment That Would Prevent Infrastructure Transfers To Companies That Recently Employed Interior Department Officials As Registered Lobbyists.** In May 2018, Perry voted against "Huffman, D-Calif., motion to recommit the bill to the House Natural Resources Committee with instructions to report it back immediately with an amendment that would prohibit a conveyance under the bill's provisions if the qualifying entity to which the facility would be conveyed had employed the secretary or deputy secretary of the Interior Department as federally registered lobbyist in the last three years." The amendment failed, 187-230. [HR 3281, Vote #324, 7/12/18; CQ, 7/12/18]

**Perry Voted For Blocking Resolution Encouraging Investment In Roads, Bridges, And Clean Energy Infrastructure.** In June 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question calls on Congress to create millions of new jobs through investing in roads, bridges, and 21st century clean energy infrastructure projects that will benefit all Americans and not just billionaires." *A vote for the motion was a vote to block consideration of the resolution.* The motion was agreed to 224-176. [H Res 918, Vote #234, 6/6/18; CQ, 6/6/18; DemocraticLeader.gov, 6/6/18]

**Perry Voted Against Exempting Rules Related To Airport Noise Restrictions From The SCRUB Act.** In February 2017, Perry voted against the "Krishnamoorthi, D-Ill., amendment that would exempt rules related to airport noise restrictions." The amendment was rejected in Committee of the Whole by a vote of 192-230. [HR 998, Vote #108, 2/28/17; CQ, 2/28/17]

**Perry Voted Against Exempting Rules Related To Airspace Safety From The SCRUB Act.** In February 2017, Perry voted against the "Krishnamoorthi, D-Ill., amendment that would exempt rules related to the safety of the national airspace system." The amendment was rejected in Committee of the Whole by a vote of 189-234. [HR 998, Vote #107, 2/28/17; CQ, 2/28/17]

## Veterans

**Perry Voted Against Adopting The Conference Report For FY 2019 Three-Bill Spending Package That Would Provide Billions In Funding For Energy, Interior, Legislative, And Veterans Affairs.** In September 2018, Perry voted against "Adoption of the conference report to accompany the fiscal 2019 three-bill spending package: Energy-Water, Legislative Branch, Military Construction-VA that would provide $147.5 billion in discretionary funding for fiscal 2019 to various departments, agencies and legislative operations, including $35.7 billion for the Energy Department, $7 billion for the Army Corps of Engineers, and $1.6 billion for the Interior Department's Bureau of Reclamation. It would provide $98.1 billion for military construction activities and for VA programs and activities, and $4.8 billion for operations of the House, Senate, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, and the Government Accountability Office." The amendment was adopted 377-20. [HR 5895, Vote #399, 9/13/18; CQ, 9/13/18]

**Perry Voted For Considering Replacing The 30-Hour Threshold Full-Time Employees Under The Affordable Care Act With A 40-Hour Threshold And The Conference Report For FY19 Energy, VA, And Other Appropriations.** In September 2018, Perry voted for "Adoption of the rule (H Res 1059) that would provide for House floor consideration of the bill (HR 3798) that would modify a number of aspects of the 2010 health care law related to employer provided health care, and would provide for consideration of the conference report to accompany the bill (HR 5895) the Fiscal 2019 Energy-Water, Legislative Branch, Military Construction-VA Appropriations package." The amendment was adopted 222-171. [H Res 1059, Vote #397, 9/13/18; CQ, 9/13/18]

**Perry Voted Against Supporting Amendment To Cover Contraceptives For TRICARE Beneficiaries.** In June 2018, Perry voted against: "Carbajal, D-Calif., motion to instruct conferees on the part of the House to agree to section 703 of the Senate bill, which is the provision related to contraception coverage parity under the TRICARE Program." The motion failed by a vote of 188-231. [HR 5515, Vote #300, 6/27/18; CQ, 6/27/18]


**Perry Voted For Authorizing Retroactive Payments To Vietnam Veterans Exposed To Pesticides And Eliminating Fees Members Of The National Guard And Reserve Paid On Home Loans.** In June 2018, Perry voted for: "Roe, R-Tenn., motion to suspend the rules and pass the bill that would allow veterans who served off the shore of Vietnam between Jan. 9, 1962, and May 7, 1975, to be eligible for a presumption of exposure to certain herbicides, including Agent Orange, for the purpose of VA disability compensation and would authorize retroactive payments to veterans who have previously been denied a claim for a eligible condition caused by presumed exposure to Agent Orange. The bill would eliminate the use of the Freddie Mac conforming loan limit with regard to the VA home loan program, would eliminate the additional fee that members of the National Guard and Reserve pay on home loans, and would impose a fee on certain veteran borrowers who have service-connected disabilities." The motion was agreed to by a vote of 382-0. [HR 299, Vote #289, 6/25/18; CQ, 6/25/18]

**Perry Voted Against A Motion To Recommit With An Amendment Decreasing Funding For VA Administration And Increasing Funding For Medical Funding At The Veterans Health Administration.** In June 2018, Perry voted against "Kuster, D-N.H., motion to recommit the bill to the House Appropriations Committee with instructions to report back it back immediately with an amendment that would decrease funding for VA administration by $10.2 million and would increase funding for medical funding at the Veterans Health Administration by $10 million, to be available on Oct 1, 2018." The vote failed 187-225. [HR 5895, Vote #256, 6/8/18; CQ Floor Votes, 6/8/18]

**Perry Voted For Blocking Budget Change To Make Funding For VA MISSON Act Mandatory, Rather Than Subject To Discretionary Spending Caps.** In June 2018, Perry voted for: "Burgess, R-Texas, motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would make the budgeting change necessary to implement the VA MISSION Act without subjecting its funding to the Budget Control Act's current discretionary spending cap, thereby protecting other non-defense programs that benefit veterans. The amendment would also include the additional funds that are being self-executed in H.R. 5698 to fund non-VA community care and family caregiver programs." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to 227-185. [H Res 923, Vote #240, 6/7/18; CQ, 6/7/18; DemocraticLeader.gov, 6/7/18]

**Perry Voted For A Bill That Would Consolidate Privatized Medical Care Programs For Veterans Into The Veterans Community Care Program.** In May 2018, Perry voted for "Passage of the bill that would consolidate programs that allow veterans to seek medical care outside of the VA into a new singular entity, the Veterans Community Care Program. The bill would continue the current VA Choice Program for one year, and would authorize an additional $5.2 billion for the costs of providing non-VA medical care through the old program and for transitioning to the new program. It would also authorize the VA to enter into Veterans Care Agreements that would include care standards for providers and private facilities, and would allow veterans to access care at federally-qualified health centers walk-in clinics. The bill would also create a commission to review VA modernization proposals and includes other provisions related to the recruitment of health care professionals. The bill would also require the Interior Department to provide an outer burial receptacle for new graves in open cemeteries that are controlled by the National Park Service, and would require the Department to reimburse veterans' survivors who had purchased one on their own." The bill passed, 347-70. [S 2372, Vote #189, 5/16/18; CQ, 5/16/18]

**Perry Voted For Blocking Budget Change To Make Funding For VA MISSON Act Mandatory, Rather Than Subject To Discretionary Spending Caps.** In May 2018, Perry voted for: "Woodall, R-Ga., motion to order the previous question (thus ending debate and possibility of amendment)." According to the Democratic Leader's office, "The Democratic Previous Question would make a budgeting change necessary to implement the VA MISSION Act without subjecting its funding to the Budget Control Act's current discretionary spending cap, thereby protecting other non-defense programs that benefit veterans." A vote *for the motion* was a vote to block consideration of the amendment. The motion was agreed to 230-184. [H Res 891, Vote #185, 5/16/18; CQ, 5/16/18; DemocraticLeader.gov, 5/16/18]



**Perry Voted For Blocking Consideration Of A Bill Guaranteeing Pay And Death Benefits For The Military.**
In January 2018, Perry voted forhe Congressional Record, "Mr. Speaker, if we defeat the previous question, I will
offer an amendment to the rule to bring up H.R. 4871, the Pay Our Military Act, to guarantee pay and death
benefits for our military." A vote *for the motion* was a vote against considering guaranteeing pay and death benefits
for the military. The motion was agreed to 224-180. [H Res 708, Vote #41, 1/20/18; CQ, 1/20/18; CQ, 1/20/18]

**Perry Did Not Vote On Consideration Of A Senate Bill To Protect VA Whistleblowers.** In October 2017, Perry
did not vote on: "Adoption of the rule (H Res 562) that would set specific penalties for federal supervisors who
retaliate against an employee who discloses waste, fraud or abuse. It would also require the VA to develop a plan to
protect the medical records of employees and would prohibit VA employees from accessing medical files for
demographic information when another non-medical database is available. The rule would also provide for motions
to suspend the rules on the legislative days of Oct. 12 and 13, 2017." The rule was adopted, 234-185. [H Res 562,
Vote #561, 10/11/17; CQ, 10/11/17]

**Perry Voted For A Bill To Protect VA Whistleblowers.** In October 2017, Perry voted for: "Passage of the bill
that would set specific penalties for federal supervisors who retaliate against an employee who discloses waste,
fraud or abuse. It would require a supervisor to be suspended for at least three days for an initial offense, and would
require a supervisor to be fired for a second offense. It would also require the VA to develop a plan to protect the
medical records of employees and would prohibit VA employees from accessing medical files for demographic
information when another non-medical database is available." The bill passed, 420-0. [S 585, Vote #568, 10/12/17;
CQ, 10/12/17]

**Perry Voted For An Amendment That Would Extend The VA Whistleblower Protection Bill Provisions To
Apply To Any Federal Employee Disclosure Regarding The Violation Of Any Law Or Regulation Related To
Travel.** In October 2017, Perry voted for: "O'Halleran, D-Ariz., motion to recommit the bill to the House
Oversight and Government Reform Committee with instructions to report it back immediately with an amendment
that would extend the bill's provisions to apply to any federal employee disclosure regarding the violation of any
law or regulation related to travel by the head of an agency or a political appointee." The motion was rejected, 232-
190. [S 585, Vote #567, 10/12/17; CQ, 10/12/17]

**Perry Voted For Suspending The Rules And Passing A Bill That Would Make More Funds Available For
The Veterans Choice Fund.** In July 2017, Perry voted for: "Roe, R-Tenn., motion to suspend the rules and pass
the bill that would make available an additional $2 billion in funding for the Veterans Choice Fund, without fiscal
year limitation. The bill would extend until Dec. 31, 2027, the current cap on per-month payment of VA pensions to
certain veterans residing at VA nursing care facilities, as well as the VA's authority to collect fees for VA housing
loans and the VA's authority to obtain and use income information from the Social Security Administration and the
IRS to validate an application for VA benefits." The motion was rejected by a vote of 219-186. [S 114, Vote #408,
7/24/17; CQ, 7/24/17]

**Perry Voted For Blocking Legislation To Prohibit A Hiring Freeze At The Department Of Veterans Affairs.**
In June 2017, Perry voted for: "Buck, R-Colo., motion to order the previous question (thus ending debate and
possibility of amendment) on the rule (H Res 378)." According to the Congressional Record, Rep. Hasting said, "if
we defeat the previous question, I am going to offer an amendment to the rule to bring up Representative
Schrader's bill, H.R. 696, which would prohibit any hiring freeze from affecting the Department of Veterans
Affairs." A vote for the previous question was a vote to block a prohibition of a hiring freeze at the VA.  The
previous question carried, 229-189." [H Res 378, Vote #302, 6/13/17; CQ, 6/13/17; Congressional Record 6/13/17]



**Perry Voted For Updating VA Guidelines On The Employee Hiring And Evaluation Process.** In March 2017, Perry voted for "passage of the bill that would require the Veterans Affairs Inspector General to determine non-clinical VA health care positions that should be eligible for expedited hiring, require annual performance reviews for all political appointees at the VA, and would require the VA to establish a database with information on qualified individuals who previously applied for a position at the VA. The measure would require that the information from the database be used to fill positions that have been vacant for an extended period of time. As amended, it would prohibit the secretary of the VA from appointing former political appointees to non-political positions one grade higher than their last position at the VA without having to go through a competitive selection process." The bill passed by a vote of 412-0. [HR 1367, Vote #171, 3/17/17; CQ, 3/17/17]

**Perry Voted For Expanding The Veteran Affairs Department's Ability To Fire, Demote, Or Suspend Employees For Misconduct.** In March 2017, Perry voted for "passage of the bill that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct or poor performance. The measure would authorize the VA to recoup any bonus paid to a VA employee if the VA deems it appropriate, and it would require that the employee be given advance notice and the right to appeal the decision. As amended, the measure would require that annual performance reviews for supervisors at the VA include evaluations on the supervisor's ability to address poor performance among their employees and would require the VA to provide supervisors with periodic training related to whistleblower rights and effective management techniques." The bill passed by a vote of 237-178. [HR 1259, Vote #168, 3/16/17; CQ, 3/16/17]

**Perry Voted Against Consideration Of An Amendment Extending Whistleblower Protections In The VA.** In March 2017, Perry voted against the "Kihuen, D-Nev., motion to recommit the bill to the Committee on Veterans' Affairs with instructions to report it back immediately with an amendment that would extend the bill's whistleblower protections to individuals that make disclosures to the central whistleblower office, including those who do so anonymously. It would also exempt veterans and whistleblowers from the bill's provisions that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct or poor performance." The motion was rejected by a vote of 189-229. [HR 1259, Vote #167, 3/16/17; CQ, 3/16/17]

**Perry Voted Against Replacing The Proposed VA Employee Removal Process For A Process That Provides For The Removal Of VA Employees For Misconduct Related To Public Health And Safety In The VA Accountability First Act.** In March 2017, Perry voted against the "Takano, D-Calif., amendment that would replace the bill's proposed VA employee removal process with an alternative process that would provide for the suspension and removal of Veterans Affairs Department employees for misconduct that is a threat to public health and safety. Suspended employees would be entitled to a written statement of the charges, a hearing and a review of their case. It would also provide for back pay for suspended whistleblowers." The amendment was rejected in Committee of the Whole by a vote of 183-232. [HR 1259, Vote #166, 3/16/17; CQ, 3/16/17]

**Perry Voted Against Removing The Expansion Of The Veteran Affairs Department's Ability To Fire Or Demote Employees For Misconduct From The VA Accountability First Act.** In March 2017, Perry voted against the "Walz, D-Minn., amendment that would remove the bill's provisions that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct, and would alternatively expand the VA's authority to suspend or demote senior executives. It would allow for the removal of non-executives for performance issues occurring only within a preceding two-year period." The amendment was rejected in Committee of the Whole by a vote of 194-223. [HR 1259, Vote #165, 3/16/17; CQ, 3/16/17]

**Perry Voted For Providing For Consideration Of A Bill Creating New VA Staffing And Retention Programs And A Bill Prohibiting A VA Determination That A Veteran Is Mentally Incompetent From Automatically Preventing A Veteran From Being Able To Buy A Gun.** In March 2017, Perry voted for "adoption of rule that would provide for House floor consideration of a bill (HR 1259) that would expand the Veterans Affairs Department's ability to fire, demote and suspend employees for misconduct; a bill (HR 1367) that would establish various new staffing, recruitment and retention programs at the VA; and a bill (HR 1181) that would prohibit a VA



determination that a veteran is mentally incompetent from automatically preventing the veteran from being able to purchase a gun." The rule was adopted by a vote of 229-187. [HRes 198, Vote #163, 3/16/17; CQ, 3/16/17]

**Perry Voted For Blocking A Bill To Exempt The VA From The Trump Administration's Hiring Freeze.** In March 2017, Perry voted for the "Buck, R-Colo., motion to order the previous question (thus ending debate and possibility of amendment) on the rule that would provide for House floor consideration of a bill (HR 1259)." According to Rep. Alcee Hastings (D-FL), a vote for the motion was a vote to block "an amendment to the rule to bring up HR 696, Representative Schrader's bill to exempt the Department of Veterans Affairs from Donald John Trump's hiring freeze. As we have already discussed, my amendment to allow the VA Secretary to fill vacant positions, regardless of whether they were vacated before or after the hiring freeze, was blocked last night in the Rules Committee. There are nearly 47,000 vacant positions within the VA, and we should not be limiting the VA's authority to fill these positions, especially as we continue to work towards reducing patient wait times." The motion was agreed to by a vote of 227-185. [HRes 198, Vote #162, 3/16/17; Democratic Leader—Previous Questions, 3/16/17; Congressional Record, H2099, 3/16/17; CQ, 3/16/17]

## Women & Gender Issues

**Perry Voted For Blocking Consideration Of A Bill To Reauthorize The Violence Against Women Act.** In September 2018, Perry voted for: "Cole, R-Okla., motion to order the previous question." According to the Congressional Record, "We must oppose this rule and defeat the previous question. The reason for such is not because we do not support the troops or our children but because defeating the previous question will enable this House to consider and pass H.R. 6545, the Violence Against Women Reauthorization Act of 2018." A vote *for the motion* was a vote to block consideration of a bill to reauthorize the Violence Against Women Act. The motion was agreed to 230-188. [HR 6157; Vote #402; 9/26/18; CQ, 9/26/18; Congressional Record, 9/26/18]

**Perry Voted For Requiring Medical Practitioners To Care For Babies Born Alive During Abortions.** In January 2018, Perry voted forquivalent to the care they would provide to any other infant born at the same gestational age. It would impose criminal fines, and penalties of up to five years in prison, for failure to do so, and would provide for a patient in such circumstances to file a lawsuit against the health care provider for certain monetary and punitive damages. The bill would require hospital and clinic practitioners and employees to report any knowledge of failures to provide such care to the appropriate state or federal law enforcement agency, and would permit prosecution of individuals who fail to do so." The bill passed 241-183. [H.R. 4712, Vote #36, 1/19/18; CQ, 1/19/18]

**Perry Voted For Considering Legislation To Require Medical Practitioners To Care For Babies Born Alive During Abortions.** In January 2018, Perry voted fortitioners to give the same level of care to an infant born alive during an abortion procedure as they would give to any other infant born at the same gestational age, and would set criminal fines and penalties for not doing so." The rule was adopted 228-189. [H Res 694, Vote #30, 1/18/18; CQ, 1/18/18]

**Perry Voted For A 20-Week Abortion Ban Imposing Criminal Penalties On Doctors, With Exceptions For Rape And Incest Only If It Had Been Reported To Law Enforcement.** In October 2017, Perry voted for: "Passage of the bill that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban. It would provide exceptions for cases in which the woman's life is in danger as well as for pregnancies that are a result of rape for pregnancies that are a result of rape against an adult woman, if the woman received counseling or medical treatment for the rape at least 48 hours prior to the abortion. An exception would be provided for pregnancies resulting from rape or incest against a minor if the rape or incest had been previously reported to law enforcement or another government agency authorized to act on reports of child abuse. The bill would require a second doctor trained in neonatal resuscitation to be present for abortions where the fetus has the 'potential' to survive outside the womb." The bill passed, 237-189. [HR 36, Vote #549, 10/3/17; CQ, 10/3/17]



**Perry Voted Against An Amendment To The 20-Week Abortion Ban Allowing For An Exception For An Abortion Necessary To Save The Health Of A Pregnant Woman.** In October 2017, Perry voted against: "Brownley, D-Calif., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would add an exception to the 20-week abortion ban for abortions necessary to save the health of the pregnant woman." The motion was rejected, 238-187. [HR 36, Vote #548, 10/3/17; CQ, 10/3/17]

**Perry Voted For Consideration Of A 20-Week Abortion Ban.** In October 2017, Perry voted for: "Adoption of the rule (H Res 548) that would provide for House floor consideration of the bill (HR 36) that would prohibit abortions in cases where the probable age of the fetus is 20 weeks or later and would impose criminal penalties on doctors who violate the ban, with certain exceptions." The rule was adopted, 233-187. [HR 36, Vote #547, 10/3/17; CQ, 10/3/17]

**Perry Voted For Nullifying A Rule Preventing States From Restricting Federal Family Planning Funding To A Health Provider That Provides Abortion.** In February 2017, Perry voted for "passage of the joint resolution that would nullify and disapprove of a Health and Human Services Department rule that prevents states from restricting federal family planning funding to a health provider, such as denying funds to a center that provides abortions, for any basis other than its ability to provide health services. Under the rule, HHS can withhold family planning grants to any state that restricts the participation of a health provider in the family planning services grant program." The resolution was passed by a vote of 230-188. [HJRes 43, Vote #99, 2/16/17; CQ, 2/16/17]

**Vote Reversed Obama Rule Preventing States From Withholding Grants From Planned Parenthood.** "The House voted Thursday to overturn an Obama-era rule banning states from denying federal funds to Planned Parenthood and other health care providers that perform abortions. The rule was designed to prohibit states from withholding family planning funding from providers for reasons other than their ability to offer family-planning services. The Republican-led House voted 230-188 largely along party lines to dismiss the rule under the Congressional Review Act, which allows Congress to overturn recently enacted regulations." [USA Today, 2/16/17]

**Perry Voted For Prohibiting Federal Funds Including Individual And Small Business Tax Credits Under The ACA From Being Used To Pay For Abortion Serves Or Health Insurance Plans That Include Abortion Coverage And Would Ban Multistate Health Plans The Provide Abortion Coverage From State Exchanges.** In January 2017, Perry voted for "passage of the bill that would permanently prohibit federal funds from being used to pay for abortion services or health insurance plans that include abortion coverage. It also would prohibit the District of Columbia from using its own local funds to provide or pay for abortions. Individuals and small businesses also could not receive tax credits under the 2010 health care law related to purchases of health insurance plans that include abortion coverage. The bill would require the Office of Personnel Management to ensure that, starting in 2018, no multistate qualified health plan offered in a state insurance exchange provides coverage that includes abortion. The provisions would not apply to pregnancies resulting from rape or incest, or to situations where the woman would die unless an abortion is performed." The bill passed by a vote of 238-183. [HR 7, Vote #65, 1/24/17; CQ, 1/24/17]

**Perry Voted Against Consideration Of An Amendment That Prevents Insurance Plans From Charging Women Higher Premiums Than Men.** In January 2017, Perry voted against the "Schakowsky, D-Ill., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would state that the bill could not be interpreted to allow health insurance plans to charge women higher premiums than they charge men." The motion was rejected by a vote of 187-235. [HR 7, Vote #64, 1/24/17; CQ, 1/24/17]



# Appendix XIII – Votes – 114th Congress

## Agriculture & Food Safety

**Perry Voted For A Plan Offering Options For GMO Labeling.** In July 2016, Perry voted for directing "the Agriculture Department to issue nationwide rules for determining which foods should be labeled as genetically modified. The measure would mandate labeling and disclosure requirements for genetically modified foods, but would offer companies the choice of several methods of labeling or disclosure, including on-label disclosure, the use of a symbol developed by the Agriculture Department, or electronic bar codes." The amendment passed 306-117. [HR 5538, Vote #466, 7/14/16; CQ, 7/14/16]

**Perry Voted Against Keeping A Plan To Move Water To San Joaquin Valley Farmers At The Cost Of Endangered Fish Populations.** In July 2016, Perry voted against amendments en bloc to delete a provision which "focuses on funneling more water to San Joaquin Valley growers by reducing the amount used to support endangered fish populations." The amendments failed 181-248.  [HR 5538, Vote #436, 7/13/16; Los Angeles Times, 7/30/16]

**Perry Voted Against Exempting Rules Issued By The Food And Drug Administration That Pertain To Consumer Safety From The Separation Of Powers Restoration Act.** In July 2016, Perry voted against "Johnson, D-Ga., for Cicilline, D-R.I., amendment that would exempt rules issued by the Food and Drug Administration that pertain to consumer safety from the bill's requirements. The bill would end the requirement that federal courts defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules and regulations." The amendment was rejected 181-235. [H Amdt 1276 to HR 4768, Vote #414, 7/12/16; CQ Floor Votes, 7/12/16]

> **Separation Of Powers Restoration Act Overturned Legal Precedent That Said Courts Must Defer To Agency Interpretations Of "Ambiguous" Statutes When Disputes Arise, Unless The Interpretation Is Unreasonable.** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. The Separation of Powers Restoration Act overturns the 1984 Supreme Court decision that created Chevron deference. The legal precedent says courts must defer to agency interpretations of 'ambiguous' statutes when disputes arise, unless the interpretation is unreasonable." [The Hill, 7/12/16]

**Perry Voted For Amendment To Protect Hunting & Fishing Rights In Mark Twain National Forest.** In February 2016, Perry voted for amendment to HR 2406. "The U.S. House of Representatives Friday passed two amendments authored by Congressman Jason Smith, of Missouri's 8th District, to preserve the ability of Missourians to freely hunt and fish in the Mark Twain National Forest and other public lands. During passage of H.R. 2406, the Sportsmen's Heritage and Recreational Enhancement (SHARE) Act, the U.S. House voted to adopt language offered by Smith on the House floor which prevents the National Forest Service from physically blocking or locking any access point to the Mark Twain National Forest for hunters and fisherman…. Smith's amendments help specifically protect the roughly 1.3 million people who hunt or fish in the Mark Twain National Forest." The amendment passed, 232 to 173. [HR 2406, Vote #95, 2/26/16; The Rolla Daily News, 2/28/16]

**Perry Voted Against Removing Requirement That States Approve Federal Fishing Regulations In Waters Under Jurisdiction Of National Park Service And Office Of National Marine Sanctuaries.** In February 2016, Perry voted against amendment to HR 2406. "An amendment No. 8 printed in House Report 114-429 to strike language that requires state approval of federal fishing regulations in waters under the jurisdiction of the National Park Service and the Office of National Marine Sanctuaries." The amendment failed, 169 to 236. [HR 2406, Vote #94, 2/26/16]

**Perry Voted For To Reduce Requirements On Restaurant Calorie Disclosures.** In February 2016, Perry voted for a bill "that would change the requirement for how restaurants and similar retail establishments with more than 20 locations must disclose calorie information on their menus. Instead of the current requirement for businesses to


disclose the number of calories in a "standard menu item," businesses could opt to disclose the number of calories per serving along with the number of servings or disclose the number of calories per common unit division of the standard menu item. The bill would allow for disclosures to have variations from actual nutrient content, including inadvertent human error, variations in ingredients and serving size, and other reasonable variations." The bill passed 266-144. [HR 2017, Vote #81, 2/24/16; CQ, 2/12/16]

> **Obama Administration: Legislation "Would Reduce Consumers' Access To Nutrition Information."** On February 10, 2016, the White House sent out a statement opposing 'The Common Sense Nutrition Disclosure Act of 2015.' "The Administration opposes H.R. 2017, the Common Sense Nutrition Disclosure Act of 2015. … H.R. 2017 would undercut the objective of providing clear, consistent calorie information to consumers. If enacted, it would reduce consumers' access to nutrition information and likely create consumer confusion by introducing a great deal of variability into how calories are declared. The legislation also would create unnecessary delays in the implementation of menu labeling." [White House Statement, 2/10/16]

**Perry Voted Against Amendment That Would Not Have Allowed Restaurants To Only Post Nutritional Information Online.** In February 2016, Perry voted against an amendment to the Common Sense Nutrition Disclosure Act which would "remove the provision in the bill that would allow restaurants or similar retail food establishments to disclose calorie information solely online if the majority of their orders are placed by customers who are offsite." The amendment was rejected 148 to 258. [HR 2017, H Amdt. 943, Vote #80, 2/12/16; CQ, 2/12/16]

**Perry Voted For Amendment That Would Have Not Punished Restaurants For Human Error In Food Preparation.** In February 2016, Perry voted for an amendment to the Common Sense Nutrition Disclosure Act which would "ensures that businesses will not be penalized for inadvertent human error in preparation or variation of ingredients." The amendment was accepted 309 to 100. [HR 2017, H Amdt. 942, Vote #79, 2/12/16]

**Perry Voted Against Changing Title Of The Bill From "Safe and Accurate Food Labeling Act" To "Deny Americans the Right to Know Act."** In July 2015, Perry voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would change the title of the bill to the "Deny Americans the Right to Know Act." The amendment was rejected 87-337. [HR 1599, Vote #463, 7/23/15; CQ Floor Votes, 7/23/15]

**Perry Voted For Overriding State Laws Requiring GMO Labeling And Establishing A Voluntary National Genetically Engineered Certification Program.** In July 2015, Perry voted for the Safe and Accurate Food Labeling Act of 2015, which would "require the Agriculture Department to establish a voluntary national genetically engineered (GE) food certification program under which food producers could label their product as including or not including genetically modified ingredients. The program created under the bill would pre-empt related state and local laws and prohibits mandatory labeling of GE or non-GE food." The bill passed 275-150. [HR 1599, Vote #462, 7/23/15; CQ Floor Votes, 7/23/15]

> **Headline: The Hill: "House passes bill blocking states from requiring GMO labels on food."** "The House on Thursday passed hotly contested legislation that would keep states from issuing mandatory labeling laws for foods that contain genetically modified organisms, often called GMOs. The Safe and Accurate Food Labeling Act of 2015, which passed 275-150, would instead create a federal standard for the voluntary labeling of foods with GMO ingredients… Opponents have pushed back against the legislation, saying it will keep consumers from knowing what's in their food and stop FDA from crafting a national GMO-labeling solution." [The Hill, 7/23/15]

**Perry Voted Against An Amendment To Prohibit Foods Labeled "Natural" To Contain Genetically Engineered Plants.** In July 2015, Perry voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would "prohibit foods labeled with the term 'natural' to contain genetically engineered plants." The amendment was rejected 163-262. [HR 1599, Vote #461, 7/23/15; CQ Floor Votes, 7/23/15]



**Perry Voted Against An Amendment To Ensure Tribal Sovereignty Under The Safe And Accurate Food Labeling Act.** In July 2015, Perry voted against an amendment to the Safe and Accurate Food Labeling Act of 2015 that would "ensure tribal sovereignty and would guarantee that the bill does not prohibit or limit the right to cultivate genetically engineered plants on or near tribal lands." The amendment was rejected 196-227. [HR 1599, Vote #460, 7/23/15; CQ Floor Votes, 7/23/15]

**Perry Voted Against Requiring GMO Labeling For Companies Requiring Labels In Foreign Countries.** In July 2015, Perry voted against an amendment that "would require a U.S. company or subsidiary with products labeled a containing GMOs (genetically modified organisms) in any foreign country to indicate the presence of GMOs in the equivalent product sold in the U.S." The amendment failed, 123-303. [HR 1599, Vote #459, 7/23/15; CQ Floor Votes, 7/23/15]

**Perry Voted For Repealing Country Of Origin Labeling Requirements On Meat Sold In U.S.** In June 2015, Perry voted for a bill to repeal U.S. country of origin labeling requirements for beef, pork and chicken that is sold in the United States.  The bill passed by a vote of 300-131. [HR 2393, Vote #333, 6/10/15; CQ Floor Votes, 6/10/15]

**Perry Voted For Amendment Requiring Any Plan To Address Salmon Recovery Include Examination Of Predator Impact, Not Just Water Flow.** In June 2015, Perry voted for an amendment requiring any recovery plan for salmon require that attention be placed on whether predators, not just water flows, have an impact. "An issue at the heart of our water debates – whether nonnative fish prey heavily on salmon and steelhead – wriggled through Congress this week. The U.S. House of Representatives approved an amendment proposed by Rep. Jeff Denham, R-Turlock, that would require attention to this issue in any recovery plan for salmon or steelhead under the Endangered Species Act … The idea raises concerns in two camps – environmental groups and bass anglers. The former say predation could be part of the problem but the biggest need is increased flows in rivers. The latter do not want to lose a fish that is among the most popular in the Sacramento-San Joaquin Delta and its tributaries." The amendment passed, 245 to 181. [HR 2578, Amendment #86, Vote #295, 6/3/15; Modesto Bee, 6/5/15]

**Perry Voted For Bill Removing Timeframe Which Allowed For Rebuilding Of Depleted Fishing Stocks.** In June 2015, Perry voted for the reauthorization of the Magnusen-Stevens Fishery Conservation and Management Act, to remove the ten-year timeframe, which allowed for the rebuilding of depleted fishing stocks. "Defying a White House veto threat, the Republican-controlled House on Monday approved a bill to give regional fisheries managers more power to set local fishing levels in federal waters. The bill, sponsored by Rep. Don Young, R-Alaska, would remove a 10-year timeframe for rebuilding depleted fish stocks and allow fisheries managers to consider the economic needs of fishing communities in setting annual catch limits." The bill passed 225 to 152. [HR 1335, Vote #267, 6/1/15; Associated Press, 6/1/15]

**Alaska Public Radio: Opponents Believed Bill Would Allow Commercial Interests To Push Managers To Set Too High Of Harvest Levels.** "A bill to reauthorize the Magnuson-Stevens Act, the nation's primary fishing law, passed the U.S. House this evening, largely on party lines. The sponsor, Alaska Congressman Don Young, says the bill makes practical revisions to continue a law that has restored the health of America's fisheries. … Young's bill also introduces a controversial element of flexibility in fisheries management. It would eliminate the mandatory 10-year planning period for rebuilding depleted stocks. Opponents says that allows for commercial interests to pressure managers to set harvest levels too high. Young, though, says the rebuilding time frame should vary, depending on the needs of the species." [Alaska Public Radio, 6/1/15]

**Independent National Research Council: 43-Percent Of Fish Stocks Classified As Overfished Were "Rebuilt Or Showed Good Progress Toward Rebuilding Within 10 Years."** "A 2013 report by the independent National Research Council found that federal efforts to rebuild depleted fish populations have largely been successful, but said pressure to overfish some species remains high and some fish stocks have not rebounded as quickly as projected. Forty-three percent of fish stocks identified as being overfished were rebuilt or showed good progress toward rebuilding within 10 years, the time limit required by the Magnuson-Stevens law, the report said. Another 31 percent were on track to rebuild if sharply reduced fishing levels remain in place, the report said." [Associated Press, 6/1/15]



**Perry Voted Against Motion To Require "Polluters" To Pay For Clean-Up Of Spill Of Toxics Or Oil That Would Harm Fisheries, Fishing Jobs Or Fishing Communities.** In June 2015, Perry voted against a motion to recommit which would require "polluters" to pay for clean-up of a toxic spill or oil spill that would harm fisheries, fishing jobs or fishing communities. "The Democratic recommit amendment protects our fisheries and forces polluters to pay for cleanup of a toxic spill or oil spill that harms fisheries, fishing jobs, and local fishing communities." The motion failed 155 to 233. [HR 1335, Vote #266, 6/1/15; Motion To Recommit, 6/1/15]

**Perry Voted For Resolution To Consider Bill That Could Create "Dangerous Exemptions From Catch Limits," Preventing Overfishing.** In May 2015, Perry voted for considering reauthorization of the Magnuson-Stevens Act, which "provide[s] flexibility for fishery managers and stability for fisherman[.]" U.S. Rep. Don Young (R-Alaska) has proposed several changes to the Magnuson-Stevens Fishery Conservation and Management Act that he says will give fishery managers more flexibility in rebuilding fish stocks. He has said the changes will allow fishery managers to address the economic needs of fishermen. But some fishermen and environmentalists said Young's proposal creates dangerous exemptions from catch limits that are designed to prevent overfishing. They point to a recent federal report that says several economically valuable East Coast fish stocks are rebounding and no longer subject to overfishing as evidence that the Magnuson-Stevens act is effective in its current form." The resolution passed 237 to 174. [H Res 274, Vote #215, 5/21/15; Associated Press, 4/30/15]

> **Rep. Raul Grijalva: "HR 1335 Would Take Us Back To The Dark Ages By Gutting Science-Based Requirements To Rebuild Overfished Stocks And Set Annual Catch Limits."** "The U.S. House Natural Resources Committee today passed a bill to renew the Magnuson-Stevens Act, the nation's fundamental fisheries law. The sponsor, Alaska Congressman Don Young, says the law has kept foreign fishing fleets off America's shores and sustained healthy fisheries. ...'H.R. 1335 would take us back to the dark ages by gutting science-based requirements to rebuild overfished stocks and to set annual catch limits,' said Rep. Raul Grijalva of Arizona, the committee's top Democrat." [Alaska Public Radio, 4/30/15]

## Budget

**Perry Voted For FY2017 Continuing Appropriations To Authorize $1.07 Trillion To Fund The Federal Government.** In December 2016, Perry voted for the "Rogers, R-Ky., motion to concur in the Senate amendment with an amendment that would provide funding for federal government operations until April 28, 2017, at an annualized rate of $1.070 trillion. The measure would provide $170 million for repairs to the water system in Flint, Mich., $872 million for medical research, and $45 million for an extension, through April 30, 2017, of health benefits for retired coal miners. The measure would include $10.1 billion in supplemental Overseas Contingency Operations funds for the Defense Department and certain other security-related accounts. It would include $4.1 billion in natural disaster funding to address damage caused by hurricane and flooding events in 2016. The measure would also provide for expedited Senate consideration of legislation to waive the requirement that a former member of the armed forces cannot become secretary of Defense until seven years have lapsed since the person left active duty." The motion passed 326 to 96. [H.R. 2028, Vote #620, 12/8/16; CQ, 12/8/16]

**Perry Voted For Providing $21.7 Billion In Funding For Financial Services And General Government Appropriations In Fiscal 2017.** In July 2016, Perry voted for "Passage of the bill that would provide $21.7 billion in discretionary funding for financial services and general government appropriations in fiscal 2017. The bill would provide $12.4 billion for the Treasury Department, of which $11 billion is for the Internal Revenue Service. It would provide $1.6 billion for the Securities and Exchange Commission, $7.4 billion for the operation of the federal court system, and $725 million in federal payments to the District of Columbia. The measure would modify the budgetary treatment of the Consumer Financial Protection Bureau to make it subject to annual appropriations beginning in fiscal 2018 and changes its leadership structure from a director to a five-member commission." The bill passed 239-185. [HR 5485, Vote #398, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted Against Increasing Funding For Office Of Terrorism And Financial Intelligence By $5 Million And Decreasing Funding For Federal Buildings Fund By The Same Amount.** In July 2016, Perry voted against



"Peters, D-Calif., motion to recommit the bill to the House Appropriations Committee with instructions to report back to the House immediately with an amendment that would increase funding to the Office of Terrorism and Financial Intelligence by $5 million and decrease funding to the Federal Buildings Fund by the same amount." The motion was rejected 183-241. [HR 5485, Vote #397, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Decreasing Funding For FY 2017 Financial Services And General Appropriations Bill By One Percent.** In July 2016, Perry voted for a "Blackburn, R-Tenn., amendment that would decrease all discretionary funding in the bill by one percent." The amendment was rejected in Committee of the Whole 182-241. [H Amdt 1242 to HR 5485, Vote #377, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Bill To Increase Budgets For Member Offices By 1.5%, Provides Funding For The Legislative Branch.** In June 2016, Perry voted for the Legislative Branch Appropriations for FY17 bill that would "provide $3.5 billion for legislative branch operations, excluding Senate operations, in fiscal 2017. The total would include $1.2 billion for House operations, $629 million for the Library of Congress, $533 million for the Government Accountability Office, $552 million for the Architect of the Capitol and $391 million for the Capitol Police." The bill passed 233-175. [HR 5325, Vote #294, 6/10/16; CQ Floor Votes, 6/10/16]

> **Rep. Moulton: HR 5325 Would Fund Planned Parenthood And Benghazi Committees, Force Library Of Congress To Continue Use The Term "Illegal Aliens."** "I voted against H.R. 5325 because it would continue to fund the Republican's Select Committee on Benghazi as well as the Select Committee on Planned Parenthood. The politically-motivated Benghazi Committee has so far cost U.S. taxpayers $7 million and lasted 763 days, which is longer than the investigations of Pearl Harbor, the Kennedy Assassination, Iran-Contra, and Hurricane Katrina. The Select Committee on Planned Parenthood has found no conclusive evidence of wrongdoing by Planned Parenthood or any other health care provider. This legislation also includes a provision that would force the Library of Congress to continue using the pejorative term 'illegal aliens' in its subject headings. In March, the Library of Congress decided to use 'noncitizen' and 'unauthorized immigration,' rather than 'illegal aliens,' as subject headings in its cataloguing of information. This is the first time in the history of the U.S. Congress that legislators have interfered in the Library's subject headings processes, and they are doing so to force the use of a derogatory term by the Library of Congress." [Rep. Seth Moulton Op-Ed, Medium, 6/10/16]

> **Legislative Appropriations Bill Would Give Member Offices 1.5% Increase, Funds U.S. House Operations, Library Of Congress, Capitol Police, GAO, GPO, And Other Government Agencies.** "The bill provides $3.5 billion for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, Government Accountability Office (GAO) and Government Publishing Office (GPO). In keeping with long-established practice, the measure contains no funding for the Senate, which will add funds to its version. The total is $73 million more than current funding but $153 million (4%) less than requested by the offices and agencies covered by the bill. It increases funding for the Capitol Police (4%), Library of Congress (5%) and Architect of the Capitol (4%). And for the first time since 2010, it increases funds to operate members' offices, providing a 1.5% boost; that funding has been flat for the past three years after being reduced by 16% from FY 2010. The bill also continues to freeze the pay of lawmakers." [CQ House Action Reports, 6/6/16]

**Perry Voted For Blocking Consideration On Voting On The Republican Budget**. In April 2016, Perry voted for a motion that would force an "immediate vote on the Republican 'Road to Ruin' budget passed out of the Republican Budget Committee – so the American people can see where their representatives stand." The previous question passed 243-182. A vote against the previous was to force the House to vote on the Republican budget. [H Res 672, Vote #141, 4/13/16; Democratic Leader – Previous Questions, 4/13/16]

**Perry Voted For Blocking Consideration Of Measure To Force The House To Remain In Session Until It Has Adopted A Budget Resolution For 2017.** In March 2016, Perry voted forblocking the consideration of "an amendment to H. Res. 640, offered by Congressman Jared Polis of Colorado, to force the Republican-led Congress to do its job by refusing to adjourn on March 23, unless the House has adopted a budget resolution for Fiscal Year


2017." The previous question carried, 235-177. A vote against the previous question would have allowed the amendment to be considered. [H Res 653, Vote #131, 3/22/16; Democratic Leader, 3/22/16]

**Perry Voted For Blocking Consideration Of Forcing The House To Remain In Session Until It Has Adopted Budget Resolution For 2017.** In March 2016, Perry voted for blocking the consideration of "an amendment to H. Res. 640, offered by Congressman Jared Polis of Colorado, to force the Republican-led Congress to do its job by refusing to adjourn on March 23, unless the House has adopted a budget resolution for Fiscal Year 2017." The previous question carried, 235-177. A vote against the previous question would have allowed the amendment to be considered. [H Res 640, Vote #114, 3/15/16; Democratic Leader, 3/15/16]

**Perry Voted For Blocking Consideration Of Holding A Hearing For The President's FY16 Budget.** In March 2016, Perry voted for blocking consideration of holding a hearing for the Obama Administration's fiscal year 2017 budget proposal. "The Democratic Previous Question gives Republicans a third chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." [H Res 635, Vote #106, 3/3/16; Democratic Leader – Previous Questions, 3/3/16]

   **OP-ED HEADLINE: "Republicans Shouldn't Ignore The President's Budget"** [Ed Rogers Op-Ed, Washington Post, 2/9/16]

   **HEADLINE: "White House Accuses GOP Lawmakers Of Pulling A Trump"** [Politico, 2/5/16]

**Perry {Voted For/Voted Against/Voted Present/Did Not Vote On}} Blocking Consideration Of Bill To Call On Hearings For President's Budget.** In February 2016, Perry voted for blocking consideration of H. Res. 619, an ordering of the previous question on HR 2406. "The Democratic Previous Question gives Republicans a second chance to call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624 to demand a fair hearing on the President's Budget by demanding that House Republicans hold a Budget hearing with the Director of the Office of Management and Budget." The previous question passed, 240 to 178. [H.Res.619, Vote #90, 2/25/16; Democratic Leader-Ordering of Previous Question, 2/25/16]

**Perry Voted For To Block Hearing On President's Budget With Director Of The Office Of Management And Budget.** In February 2016, Perry voted for a motion to block consideration of a vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 6234, which would "demand a fair hearing on the President's Budget by demanding that House Republicans hold a budget hearing with the Director of the Office of Management and Budget." The previous question carried, 237-180. A vote against the previous question would call for an immediate vote on Budget Committee Ranking Member Chris Van Hollen's H.R. 624. [H Res 618, Vote #85, 2/24/16; Democratic Leader – Previous Questions, 2/24/16]

**Perry Voted For The Debt Management and Fiscal Responsibility Act of 2015 Which Required Treasury Department To Report To Congress.** In February 2016, Perry voted for the bill that "requires the Secretary of the Treasury to provide a report to Congress prior to any date on which the Secretary anticipates the public debt will reach the statutory limit. The Secretary must appear before the House Ways and Means Committee and the Senate Finance Committee to submit a report including: the historic, current, and projected levels of the debt; the drivers and composition of future debt; and how the United States will meet debt obligations if the debt limit is raised." The legislation "the Debt Management and Fiscal Responsibility Act, sponsored by Rep. Kenny Marchant, R-Texas. The bill would require the Treasury Department to provide reports to Congress and the public detailing the federal government's historic, current and projected future debt levels, as well as information about when the debt will reach its statutory limit." The bill passed 267 to 151. [HR 3442, Vote #76, 2/11/16; Targeted News Service, 2/12/16]

**Perry Voted Against RequiringReport On Treasury's Plans To Address Federal Deficit To Include Impact Of Threat Of Default On Economy.** In February 2016, Perry voted against an amendment to require the report on treasury's plans to address federal deficit to include the impact of the threat of default on the economy. The



amendment would have required "the report to include the impact the threat of default would have on the economy, including, but not limited to, the impact on the Gross Domestic Product (GDP), interest rates, employment, household wealth, and retirement assets." The amendment failed 190 to 227.  [HR 3442, Vote #74, 2/11/16; On Agreeing to the Amendment, 2/11/16]

**Bill Required Treasury Secretary To Prepare A Report For Congress About Plans To Address The Federal Deficit Before Congress Agrees To Raise The Debt Limit.**  "House lawmakers Thursday 267-151 passed legislation that would require the Treasury secretary to appear before Congress prior to raising the debt limit. The Obama administration has threatened a veto of the bill, which now goes to the Senate. But it picked up support from all 239 Republicans who voted and 28 Democrats … The legislation (HR 3442), sponsored by Rep. Kenny Marchant, R-Texas, would require the secretary to come before the Ways and Means Committee when the nation approaches the debt limit and present a report to Congress on the state of the public debt … The proposal also would require the secretary to outline the president's plans to reduce the debt and prepare a subsequent progress report. All the information would be posted publicly on the Treasury's website." [Congressional Quarterly News, 2/11/16]

**Perry Voted Against Requiring Treasury Secretary's Report To Include Information On Salary, Wages, And Impact Of Spending Cuts On Gross Domestic Product.** In February 2016, Perry voted against an amendment to require the treasury secretary's report to include information on salary, wages, and impact of spending cuts on gross domestic product. The amendment sought to "require the Treasury Secretary's report to also include individual salary and wage information, as well as projections of consumer spending and the impact of spending cuts on gross domestic product." The amendment failed 171 to 245.  [HR 3442, Vote #73, 2/11/16; On Agreeing to the Amendment, 2/11/16]

**Perry Voted For Requiring Treasury Secretary To Notify Congress If Treasury Is Able To Pay Principal And Interest On National Debt If Debt Limit Is Reached.** In February 2016, Perry voted for an amendment to require the Treasury Secretary to notify Congress whether Treasury is able to pay principal and interest on the national debt if the debt limit is reached. The amendment requires "the Secretary of the Treasury to notify Congress whether it is able to pay only principal and interest on the national debt, as opposed to other obligations, in the event that the debt limit is reached." The amendment passed 240 to 176. [HR 3442, Vote #72, 2/11/16; On Agreeing to the Amendment, 2/11/16]

**Perry Voted Against Requiring Treasury Secretary's Report To Include Potential Public Health And Safety Costs Of Failing To Raise Debt Limit.** In February 2016, Perry voted against an amendment to require the Treasury Secretary's report to include the potential public health and safety costs of failing to raise the debt limit. The amendment "sought to require the Treasury Secretary's report to also include an economic forecast of the negative consequences of failing to raise the debt limit, including costs associated with public health and safety." The amendment failed 184 to 234. [HR 3442, Vote #71, 2/11/16; On Agreeing to the Amendment, 2/11/16]

**Perry Voted Against $1.1 Trillion Overwhelmingly Bipartisan Budget Deal To Keep Government Open Through September 2016.** In December 2015, Perry voted against the omnibus spending package. "The House on Friday overwhelmingly approved a $1.1 trillion spending package that includes the first major change approved by Congress to ObamaCare, and keeps the government open through September 2016 … In the end, there was no drama in the 316-113 vote … Only 18 Democrats voted against the spending bill, while 166 supported it." [HR 2029, Vote #705, 12/18/15; The Hill, 12/18/15]

**Omnibus Bill Would End U.S. Ban On Crude Oil Exports.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]

**Omnibus Bill Would Reauthorize 9/11 Responder Compensation Program.** According to Congressional Quarterly, "The measure would end the U.S. ban on crude oil exports and would reauthorize health care and victim compensation programs for 9/11 first-responders." [CQ, 12/18/15]



**Perry Voted For Amendment Liquidating The Federal Reserve's Surplus Funds, Redirecting $59.5 Billion Over Ten Years To The General Fund.** In November 2015, Perry voted for an amendment to the Fixing America's Surface Transportation (FAST) Act introduced by Representatives Randy Neugebauer (R., Texas) and Bill Huizenga (R., Mich.) which would "liquidate the Fed's surplus account and transfer it to the Treasury. Aides to both lawmakers said the provision would generate about $59.5 billion over 10 years." The amendment passed 354 to 72. [H R 22, Vote #622, 11/5/15; Wall Street Journal, 11/5/15]

**{Voted For/Voted Against/Voted Present/Did Not Vote On}} Motion That Would Have Replaced HR 1314 With Bill Suspending Debt Limit Until March 2017 And Increasing Discretionary Spending Cap.** Perry Voted Against "motion to concur in the Senate amendment to the bill with a modified Boehner amendment that would replace the bill with legislation that would suspend the debt limit until March 15, 2017 and increase the discretionary spending cap for fiscal 2016 by $50 billion and for fiscal 2017 by $30 billion, with the increases split equally between defense and non-defense spending." The motion passed 266 to 167. [HR 1314, Vote #579, 10/28/15; CQ Billtrack, 11/4/15]

**Motion Included The Sale Of Oil From The Strategic Petroleum Reserve.** "Offsets through mandatory spending cuts and revenue increases would include increasing premiums companies pay to the Pension Benefit Guarantee Corporation to insure private pension plans, the sale of oil from the Strategic Petroleum Reserve, and changes to the federal crop insurance program. It would prevent an estimated 52 percent premium increase for certain Medicare beneficiaries and instead provide for a lower increase, and would make changes to keep the Social Security disability insurance trust solvent until 2022. Motion agreed to 266-167. Note: A 'yea' was a vote in support of the president's position." [CQ Billtrack, 11/4/15]

**Perry Voted For Blocking Consideration Of A Clean Debt Limit Extension.** In October, 2015, Perry voted for blocking consideration of a vote on "a clean debt limit extension." The previous question carried, 244-185. A vote against the previous question was to force the vote on a clean debt limit bill. [HR 3762 Vote #566, 10/22/15; Democratic Leader – Previous Questions, 10/22/15]

**Perry Voted For Debt Limit Bill That Would Only Allow Payments For The Nation's Creditors And Social Security Recipients.** In October 2015, Perry voted for the Default Prevention Act, a bill that would force a partial government shutdown by only funding payments towards the nation's creditors and Social Security recipients. "With less than two weeks until the federal government is expected to reach its borrowing limit, House Republican leaders are readying a vote on legislation intended to avoid a financial meltdown should that ceiling be reached. … The Default Prevention Act … would allow the federal government to keep borrowing above the statutory debt limit for the sole purpose of paying principal and interest on debt held by the public or the Social Security Trust Fund." The bill passed, 235 to 194. [HR 692, Vote #557, 10/21/15; Washington Post, 10/16/15]

**Bill Criticized For Being A "Cop-Out" And Prioritizing Foreign Bondholders Over Military Members, Medicare, And Medicaid Recipients.** "Democrats oppose the bill, calling it a cop-out that would pave the way for a partial government shutdown where military members and federal workers would go without paychecks, doctors and hospitals would go without Medicaid and Medicare payments, and federal contractors would be hung out to dry. Rep. Sander M. Levin (D-Mich.), ranking member of Ways and Means, called the bill 'reckless and indefensible' last month and doubted whether the bill could even be implemented under current Treasury systems and procedures. 'Even if such prioritization were possible, it would put China and other foreign bondholders before our own citizens at a time when they can least afford it,' he said." [Washington Post, 10/16/15]

**Bill Falls "Far Short Of The Needed Debt-Limit Increase."** "With the potential for an unprecedented federal default two weeks away, House Republicans on Wednesday plan to pass legislation not to avert disaster, but rather to manage it… Yet with time running out, what the House will vote on Wednesday and send to the Senate falls far short of the needed debt-limit increase. … Privately, some Republicans concede the vote is a way for members to seem to oppose default. Douglas Holtz-Eakin, an economics adviser to Republicans and



the former director of the nonpartisan Congressional Budget Office, called it 'political cover but not a solution of any type. There's no way that you can pretend that taking out the Pentagon budget and a huge chunk of the domestic budget is not going to be damaging,' he said." [New York Times, 10/20/15]

**HEADLINE: "House GOP Brings Back Debt Ceiling Cop-Out Bill For A Floor Vote This Week"** [Talking Points Memo, 10/19/16]

**Perry Voted For Blocking Consideration Of A Clean Debt Limit Extension That Would Avoid A Government Default.** In October 2015, Perry voted for blocking consideration of a clean debt limit extension that would avoid a government default and an increase of interest rates on mortgages, student loans, credit cards, and car payments. The previous question passed, 241 to 181. A vote against the previous question would have allowed the bill to be considered. [H.Res. 480, Vote #553, 10/21/15; Democratic Leader – Previous Questions, 10/21/15]

**Perry Voted Against Short-Term Continuing Resolution To Prevent Government Shutdown.** In September 2015, Perry voted against a motion to concur in the Senate amendment to the bill that would continue funding the government through Dec. 11, 2015 at an annualized rate of $1,017 trillion, the top-line post-sequester discretionary spending level for FY 2016 set by the Budget Control Act. It also would fund for Overseas Contingency Operations at a rate of $74.8 billion, roughly equal to the FY 2015 level. Under the bill, most programs would be funded at a rate that is 0.21 percent less than their FY 2015 funding level, although the measure would include increases for certain activities including $700 million in emergency funding for fighting fire in western states; it would give the VA budget flexibility in constructing a facility in Denver, and would not defund Planned Parenthood. Further, the measure would extend through Dec. 11 the ban on state taxation of Internet access and the E-Verify employment verification system. The motion was agreed to by a vote of 277-151. [HR 719, Vote #528, 9/30/15; CQ Floor Votes, 9/30/15]

**All Of The Votes Against Were Republicans, Who Were Upset By Their Inability To Force The Obama Administration To Defund Planned Parenthood.** "With only hours to spare on the last day of the fiscal year, Congress averted a government shutdown on Wednesday by approving a temporary spending measure to keep federal agencies operating through Dec. 11. In the House, the legislation was approved only because of strong support by Democrats — a sign of how angry rank-and-file Republicans remain over their powerlessness to force policy changes on the Obama administration. The House vote was 257 to 151, with 186 Democrats and 91 Republicans in favor. All of the 'no' votes were by Republicans. In one last display of their fury, House Republicans on Wednesday adopted another resolution to cut off government financing to Planned Parenthood." [New York Times, 9/30/15]

**Perry Voted For Amendment Allowing Republican Leaders To Fast-Track Stopgap Spending Bill.** In September 2015, Perry voted for consideration of an amendment to H.Res.420. "CR could be Fast-Tracked Under Rule Passed by House …. The House Thursday quietly granted itself a method for speeding consideration of legislation after the papal visit next week, presumably for a must-pass stopgap spending bill. The chamber approved an amendment to a rule (H Res 420) that waives the requirement that two-thirds of lawmakers vote to allow the House Rules Committee to bring a report to the floor the same day it is advanced out of the panel." The amendment passed 237 to 187. [H.Res. 420, Vote #498, 9/17/15; CQ News, 9/17/15]

**Perry Voted For Republican Conference Report On Budget For Fiscal Year 2016**. In April 2015, Perry voted for a conference report outlining the Republican Congressional budget for fiscal year 2016 and budget levels for 2017 through 2025. "House and Senate Republicans agreed on a unified budget plan Wednesday that would allow them to bypass Democrats and send President Barack Obama legislation to repeal or revise his landmark health-care law. The budget proposal spells out the Republican Party's priorities by calling for $5.3 trillion in spending cuts to reach balance in nine years." An agreement to pass the Conference Report passed 226 to 197. [S CON RES 11, Vote #183; On Agreeing to the Conference Report, 4/30/15; Bloomberg, 4/29/15]

**Called For $4.1 Trillion In Reductions To Entitlement Programs While War Funding Totaled $96 Billion.** "Of this, $4.1 trillion in reductions would come from programs including entitlements like Medicare.



Discretionary spending in 2016 would be limited to $1.016 trillion, while war funding would total $96 billion, far above Obama's request." [Bloomberg, 4/29/15]

**Conference Report Reduced Funding For Pell Grants, Low-Income Housing Assistance Programs, And Food Stamp Program.** "The budget slashes domestic discretionary spending by trimming away at several major priorities for Democrats. The final bill includes a reduction in funding for federal Pell Grants and housing programs for low-income earners, and cuts to the Supplemental Nutrition Assistance Program, also known as food stamps." [Washington Post, 4/29/15]

**Perry Voted For FY16 Republican Budget To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare.** In March 2015, Perry voted for the FY16 Republican House budget that would repeal the Affordable Care Act, slash Pell grants and alter Medicare. "It also includes parliamentary language, called reconciliation that orders House committees to draft legislation repealing the Affordable Care Act. Under budget rules, that reconciliation repeal bill cannot be filibustered in the Senate and would need only a majority vote to pass. The budget would turn Medicaid into block grants to the states, cutting health care spending for the poor by $900 billion. The food stamp program would also be turned into block grants and cut by hundreds of billions of dollars. Special education, Pell Grants, job training and housing assistance would all be cut. Medicare would transition to a system where future seniors would be encouraged to use government-funded vouchers to purchase insurance in the private market." The resolution passed 228 to 199. [H. Con Res. 27, Vote #142, 3/25/15; New York Times, 3/25/15]

**Perry Voted For FY16 Budget Amendment To Repeal The Affordable Care Act, Slash Pell Grants And Alter Medicare While Requiring No Offsets For Increased OCO Defense Spending.** In March 2015, Perry voted for a budget alternative known as Price amendment #2 offered as an amendment on the floor that would repeal the Affordable Care Act, slash Pell grants and alter Medicare while requiring no offsets for increased OCO defense spending. "Tom Price, R-Ga., also submitted an amended version that included increased defense funding without requiring cuts in other areas to offset the spending. Price's plan increased funding to the Overseas Contingency Operations Fund by $2 billion over the committee plan, to $96 billion, and requires no offsets. The version that passed out of committee would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The resolution passed 219 to 208. [H. Con Res. 27, Vote #141, 3/25/15; US News and World Report, 3/25/15]

**Perry Voted Against FY2016 Democratic Alternative Budget Plan.** In March 2015, Perry voted against the Democratic alternative budget that "proposed more investment in education and infrastructure, new taxes on the wealthiest Americans, and several pet ideas including a higher minimum wage, paid sick leave, expanded early childhood education and a ban on tax breaks for executives unless they increase their employees' wages." The amendment failed 160 to 264. [H Con Res 27, Vote #139, 3/25/15; RealClearPolitics, 3/23/15]

**Increased Investments In Head Start, Universal Preschool, And College Affordability.** "On education, the Democratic budget would increase investments in Head Start, which provides early childhood education to low-income children, as well as fund President Obama's proposal for universal preschool for children. It would also increase funding aimed at making college more affordable." [RealClearPolitics, 3/23/15]

**Promoted Obamacare And Made Medicare More Efficient.** "While Republicans' budget fully repeals Obamacare, turns Medicare into a voucher program and cuts funding to Medicaid, the Democratic budget promotes Obamacare and maintains Medicare while promoting more efficiency, Van Hollen said." [RealClearPolitics, 3/23/15]

**Perry Voted For FY2016 Republican Study Committee Budget.** In March 2015, Perry voted for the Republican Study Committee budget that would cut spending by $7.1 trillion over 10 years. "A conservative budget released by the House Republican Study Committee (RSC) on Monday would balance in five years by cutting $7.1 trillion in spending over the next decade. The cuts are much more than the $5.5 trillion in proposed cuts included in the main House GOP blueprint unveiled last week by Budget Committee Chairman Tom Price (R-Ga.). The RSC budget,



prepared by RSC and Budget Committee member Marlin Stutzman (R-Ind.), would increase spending for the Pentagon." The amendment failed 132 to 294. [H Con Res 27, Vote #138, 3/25/15; The Hill, 3/23/15]

**RSC Budget Would Cut FY16 Nondefense Discretionary Spending By $88 Billion Below Sequestration Levels.** "The RSC blueprint would lower nondefense discretionary spending for domestic programs next year to $405 billion, $88 billion below the baseline set by the 2011 deal. Altogether, discretionary spending next year would total $975 billion under the RSC's budget, much lower than the $1.018 trillion top-line number established by the 2011 law. Over the 10-year window, the RSC budget would cut nondefense spending by $1.3 trillion and increase defense spending by $435 billion." [The Hill, 3/23/15]

**RSC Proposed "Aggressive" Budget That Would Balance In Six Years.** "Conservative members of the House Republican caucus outbid their party's official budget Monday, offering a plan to cut planned government spending by more than $7.1 trillion and balance the budget in just six years. The aggressive plan to cut spending from all areas of government and erase deficits was introduced by the Republican Study Committee, a group of congressmen organized to push policy to the right." [Washington Examiner, 3/23/15]

**RSC Budget Balanced By "Cutting More Deeply Into Federal Healthcare And Retirement Programs."** "The Republican Study Committee on Monday unveiled its plan to cut spending by $7.1 trillion over 10 years, reaching a surplus in six years by cutting more deeply into federal healthcare and retirement programs as well as domestic agency budgets." [Reuters, 3/23/15]

**RSC Budget Called For Balanced Budget Amendment To The Constitution.** "It is the policy of this resolution that Congress should pass a joint resolution incorporating the provisions set forth in subsection (b), and send such joint resolution to the States for their approval, to amend the Constitution of the United States to require an annual balanced budget." [RSC Budget Proposal, 3/22/15]

**Perry Voted Against FY16 Congressional Black Caucus Budget.** In March 2015, Perry voted against the Congressional Black Caucus budget that "focuses on increasing economic opportunities through robust investments in education, infrastructure, affordable housing, domestic manufacturing, small businesses, and job training.  It also protects and enhances social safety net programs…" The amendment failed 120 to 306. [H Con Res 27, Vote #137, 3/25/15; Congressional Black Caucus Website, 3/23/15]

**Perry Voted Against FY16 Congressional Progressive Caucus Budget.** In March 2015, Perry voted againstt the Congressional Progressive Caucus budget that promised 8.8 million jobs by 2017 and $4 trillion in deficit reduction. The budget repeals the sequester, cuts taxes for families, closes loopholes for corporations, reverses pay freezes, expands benefits for federal retirees, and strengthens health care and retirement programs. The amendment failed 96 to 330. [H Con Res 27, Vote #136, 3/25/15; Congressional Progressive Caucus Website, accessed 5/6/15]

## Civil Rights

**Perry Voted For To Block Restoration Of Federal Oversight To Protect The Right To Vote.** In November 2015, Perry voted for a motion to block consideration of a vote on the "Voting Rights Advancement Act, which would restore federal oversight to protect the most sacred right and responsibility of American citizenship; the right to vote." The previous question carried, 241-178. A vote against the previous question would call for an immediate vote on the Voting Rights Advancement Act. [H Res 507, Vote #583, 11/3/15; Democratic Leader – Previous Questions, 11/3/15]

**Perry Voted For Blocking Consideration On An Immediate Vote For A Resolution To Remove Any State Flag Containing The Confederate Battle Flag From The U.S. Capitol Grounds.** In July 2015, Perry voted forblocking consideration "for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle flag from the U.S. Capitol grounds." A vote against the previous question was to force the vote on removing state flags containing the Confederate battle flag from the U.S. Capitol grounds. The



motion to order the previous question passed, 242 to 185. [H Res 350, Vote #429, 7/9/15; Democratic Leader – Previous Questions, 7/9/15]

**Perry Voted For Referring A Motion To Remove Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds To The House Administration Committee.** In July 2015, Perry voted for a motion to refer a privileged resolution to "remove any state flag containing the Confederate Battle flag - images of hate and division in our nation's history that deserve to be stored in a museum and not displayed in a place of honor in the United States Capitol" to the House Administration Committee. The motion passed, 238 to 176. [H RES 355, Vote #426, 7/9/15; CQ Floor Votes, 7/9/15; Democratic Leader – Previous Questions, 7/9/15]

**Perry Voted For Blocking Consideration Of Removing Any State Flag Containing The Confederate Battle Flag From US Capitol Grounds.** In July 2015, Perry voted for blocking consideration of a vote to "call for an immediate vote on Leader Pelosi's privileged resolution to remove any state flag containing the Confederate Battle flag from the U.S. Capitol grounds." The previous question carried, 238-185. The previous question passed, 238 to 185. A vote against the previous question would have allowed the bill to be considered. [H RES 355, Vote #425, 7/9/15; Democratic Leader – Previous Questions, 7/9/15]

**Perry Voted Against Delaying A Resolution That Would Require Removal Of All Confederate Symbols From The House.** In June 2015, Perry voted against delaying a "privileged resolution that would require the Speaker of the House to remove all symbols of the Confederacy from the House wing of U.S. Capitol and donate such symbols to the Library of Congress."  The motion passed 240-184 [HR 341, Vote #385, 6/25/15; CQ Floor Votes, 6/25/15]

> **The Hill: House Delays Floor Vote On Removing Confederate Symbol From Capitol.** "The House referred a resolution on Thursday that would remove symbols of the Confederacy from the Capitol and adjacent office buildings to the committee level for possible later consideration. … [Democratic Rep. Bennie] Thompson's resolution is privileged, which forces the House to expedite its consideration. The House vote on Thursday of 240-184 sends his resolution to the House Administration Committee for further review, instead of immediately voting on the measure. Democrats uniformly opposed the move to delay consideration, while all but one Republican voted in favor. [The Hill, 6/25/15]

**Perry Voted Against Prohibiting Display Of Confederate Flag Imagery in VA Cemeteries.** In May 2016, Perry voted against an amendment "that would prohibit the use of appropriated funds to display Confederate flag imagery in Veterans Administration cemeteries." The amendment passed, 265-159. [HR 4974, Vote #223, 5/19/16]

**Perry Voted Against A Motion Striking Exception Allowing Schools With ROTC Program To Fly Confederate Flag.**  In May 2016, Perry voted against a motion that would "strike section 1094 of the bill, which would allow religious organizations contracting with the federal government to discriminate against LGBT individuals whom they may employ, in blatant violation of President Obama's Executive Order prohibiting federal contractors discriminating against LGBT people in employment."  The motion failed, 181-243. [HR 4909, Vote #215, 5/18/16; Democratic Leader, MTRs]

## Consumer Protections And Regulations

**Perry Voted For Allowing A New Congress To Disapprove En Bloc Of Regulations Passed During A President's Final Year In Office.** In November 2016, Perry voted for the Midnight Rules Relief Act of 2016 that "permit a new Congress to use the procedures under the Congressional Review Act to disapprove en bloc multiple regulations issued during the final year of a president's term." The bill passed 240 to 179. [H.R. 5982, Vote #585, 11/17/16; CQ, 11/17/16]

**Perry Voted Against Exempting Regulations From Being Overturned Relating To Earnings And Workforce Participation.** In November 2016, Perry voted against "Pocan, D-Wis., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from



the bill's provisions any rule related to employment, retention, and earnings of workforce participants." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add an exemption to the underlying bill for any rule that pertains to improving employment, job retention, or the quality of the workforce in order to ensure the continued productivity and competiveness of the country." The motion failed 181 to 239. [H.R. 5982, Vote #584, 11/17/16; DemocraticLeader.gov, 11/17/16 CQ, 11/17/16]

**Perry Voted Against Amendments Exempting Regulations From Being Overturned Whose Benefits Exceed Their Costs And That Address Effects Of Climate Change.** In November 2016, Perry voted against two Connolly (D-VA) amendment to the Midnight Rules Relief Act of 2016 that "would exempt from the bill's provisions rules that the director of the Office of Management and Budget determines would have benefits that exceed their costs. The amendments also would exempt from the bill's provisions rules that would address effects of climate change." The amendments were rejected 180 to 237. [H.R. 5982, Vote #583, 11/17/16; CQ, 11/17/16]

**Perry Voted Against An Amendment Exempting Regulations From Being Overturned That Respond To National Security Matters.** In November 2016, Perry voted against a Jackson-Lee (D-TX) amendment to the Midnight Rules Relief Act of 2016 that "would exempt from the bill's provisions any rule related to responding to matters of national security." The amendment was rejected 179 to 238. [H.R. 5982, Vote #582, 11/17/16; CQ, 11/17/16]

**Perry Voted Against An Amendment Exempting Regulations From Being Overturned That Address Imminent Health And Safety Emergencies.** In November 2016, Perry voted against a Conyers (D-MI) amendment to the Midnight Rules Relief Act of 2016 that "would exempt from the bill's provisions rules relating to imminent health threats, safety and other emergencies." The amendment was rejected 180 to 233. [H.R. 5982, Vote #581, 11/17/16; CQ, 11/17/16]

**Perry Voted For Blocking Consideration Of A Bill To Prevent Registered Lobbyists From Serving On Presidential Transition Teams.** In November 2016, Perry voted for the "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 921) that would provide for House floor consideration of the bill (HR 5711) that would prohibit the Secretary of the Treasury from authorizing certain transactions by a U.S. financial institution in connection with the export or re-export of a commercial passenger aircraft to the Islamic Republic of Iran, and would provide for House floor consideration of the bill (HR 5982) that would permit a new Congress to use the procedures under the Congressional Review Act to disapprove, en bloc, multiple regulations issued during the final year of a president's term." According to the Democratic Leader's office, "The Democratic Previous Question would force a vote on H.R. 6324, to amend the Presidential Transition Act of 1963, which would by law prevent registered lobbyists from serving on presidential transition teams." The motion passed 231 to 181. [H.Res. 921, Vote #579, 11/16/16; DemocraticLeader.gov, 11/16/16; CQ, 11/16/16]

**Perry Voted For Preventing Wireless Callers From Using False Caller ID Information.** In November 2016, Perry voted for the Anti-Spoofing Act of 2016 which "would make the transmission of inaccurate caller identification information through Voice-over-Internet calls or text messages illegal, and would require the Federal Communications Commission and the Federal Trade Commission to develop information to help consumers identify scams related to inaccurate caller ID information." The bill passed 382 to 5. [H.R. 2669, Vote #576, 11/14/16; CQ, 11/14/16]

**Perry Voted For A Bill To Require D.C. Judges To Disclose Financial Ties.** In September 2016, Perry voted for a "Carter, R-Ga., motion to suspend the rules and pass the bill that would require judges in the District of Columbia to disclose: any income exceeding $200 or of the judge's spouse exceeding $1,000, except for income from the federal government; each foundation or business in which the judge holds a leadership position; and gifts worth more than $250." The motion was agreed to 414 to 17. [HR 4419, Vote #551, 9/22/16 CQ, 9/22/16]

**Prior To HR 4419, D.C. Judges Were Paid By The Federal Government But Were Not "Held To The Same Standard As Federal Judges" In Terms Of Publicly Disclosing Their Finances.** "A new


congressional bill is calling for greater transparency in how District of Columbia judges report their financial ties, a response to a 2013 Center for Public Integrity investigation that gave the city a failing grade. […] And that quirk highlights the oddity of the existing situation: District of Columbia Court judges' paychecks come from the federal government, but the judges currently aren't held to the same standard as federal judges when it comes to publicly disclosing where they invest that money." [Center for Public Integrity, 2/1/16]

**Perry Voted Against A Bill That Would Require The Office Of Management And Budget To Adopt New Government-Wide Standards And Policies For Project Management.** In September 2016, Perry voted against a "Carter, R-Ga., motion to suspend the rules and pass the bill that would require the deputy director for management at the Office of Management and Budget to adopt and oversee implementation of government-wide standards, policies and guidelines for program and project management. The deputy director of the OMB would be required to conduct portfolio reviews to address programs identified as 'high risk' by the Government Accountability Office and establish a five-year strategic plan for program and project management." The motion was agreed to 404 to 11. [S 1550, Vote #550, 9/22/16; CQ, 9/22/16]

> **The Project Management Improvement Act Was "Built Around Private-Sector Efficiency Practices."**
> "The Program Management Improvement and Accountability Act (S. 1550), introduced by Sens. Joni Ernst, R-Iowa, and Heidi Heitkamp, D-N.D., […] is built around private-sector efficiency practices. It would create a formal federal job series and career path for program managers, spur development of a standards-based program management policy governmentwide, and highlight the key role of executive sponsorship by having each agency designate an official to be in charge and share best practices through the new interagency body." [Government Executive, 9/23/16]

**Perry Voted For Providing Regulations For Federal Employees To Use Transportation Alternatives While Traveling On Official Business.**  In September 2016, Perry voted for a "Carter, R-Ga., motion to suspend the rules and pass the bill that would require the Government Services Administration (GSA) to issue regulations, within 90 days of the bill's enactment, that would provide for federal employees to use transportation alternatives to driving alone, such as car-share, bike-share, and application-based mobility providers, while traveling on official business. The bill would require the GSA to annually submit a report to Congress on any government savings from such regulatory changes." According to Congress.gov, "This bill requires the General Services Administration (GSA) to prescribe regulations to provide for the reimbursement of federal employees traveling on official business for the use of a transportation network company or innovative mobility technology. The Administrative Office of the United States Courts shall prescribe such regulations with respect to judicial branch employees." The motion was agreed to 415 to 0. [HR 5625, Vote #549, 9/22/16; CQ, 9/22/16, Congress.gov, 9/22/16]

**Perry Voted For A Bill To Ensure That The Social Security Administration Does Not Include Full Social Security Numbers On Documents Sent By Mail Unless Necessary.** In September 2016, Perry voted for a "Johnson, R-Texas, motion to suspend the rules and pass the bill that would restrict the inclusion of complete Social Security account numbers on documents sent by mail by the Social Security Administration to situations in which the administration determines that inclusion of the complete number is necessary, and would be required to submit a rationale for situations deemed to require the number's inclusion." According to Congress.gov, "this bill amends title II (Old Age, Survivors and Disability Insurance) of the Social Security Act to direct the Social Security Administration to ensure that no document it sends by mail includes a complete Social Security account number unless necessary." The motion was agreed to 414 to 17. [HR 5320, Vote #545, 9/22/16; CQ, 9/22/16, Congress.gov, 9/22/16]

**Perry Voted For A Bill That Prohibits Final Agency Rules From Taking Effect Until The Office Of Information And Regulatory Affairs Determines Its Value.** In September 2016, Perry voted for passage of a "bill that would require all federal rules that would have an economic impact of $1 billion or more per year have implementation postponed until all related legal challenges would be completed. The measure would require all rules be submitted to the Office of Management and Budget's Office of Information and Regulatory Affairs to determine their annual cost to the U.S. economy." The bill passed 244 to 180. [HR 3438, Vote #535, 9/21/16; CQ, 9/21/16]



**Perry Voted For A Bill To Expand The Types Of Records The Government Accountability Office (GAO) Can Access During Investigations.** In September 2016, Perry voted for a "Carter, R-Ga., motion to suspend the rules and pass the bill that would authorize the Government Accountability Office (GAO) to access federal agency records that would be necessary for completing the GAO's duties, and would allow the GAO to bring a civil action in court against an agency that would refuse to disclose information required to fulfill GAO's oversight and investigation duties." The bill passed 404 to 27. [HR 5690, Vote #523, 9/20/16; CQ, 9/20/16]

**Perry Voted For A Bill To Provide An Annuity Supplement To Certain Air Traffic Controllers.** In September 2016, Perry voted for a "Russell, R-Okla., motion to suspend the rules and pass the bill that would exempt retired federal air traffic controllers who choose to work full-time as Federal Aviation Administration air traffic instructors from a limit to their supplemental income during retirement." The bill passed 399 to 4. [HR 5785, Vote #522, 9/20/16; CQ, 12/2/16]

**Perry Voted Against A Bill To Remove Arbitrary Legal Barriers That Prevented People With Disabilities From Creating Special Needs Trusts.** In September 2016, Perry voted against a "Guthrie, R-Ky., motion to suspend the rules and pass the bill that would allow disabled individuals to set up their own special needs trusts for the purposes of Medicaid eligibility, and would extend Medicaid coverage of tobacco cessation services to mothers through the first year following the birth of their child. The measure would eliminate federal Medicaid matching funds for prescription drugs used for cosmetic or hair growth purposes." The bill passed 383 to 22. [HR 670, Vote #521, 9/20/16; CQ, 9/20/16]

**Perry Voted For Passage Of HR 5226, The Regulatory Integrity Act Of 2016.** In September 2016, Perry voted for "passage of the bill that would require federal agencies to maintain and regularly update detailed online databases of regulatory actions taken and pending before the agency. Under the measure, an agency would be required to list whether it is considering alternatives, whether it is accepting comments, and information on analyses conducted for each pending regulation." The bill was passed 250 to 171. [HR 5226, Vote #510, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against Recommitting The Regulatory Databases Bill To The House Oversight And Government Reform Committee.** In September 2016, Perry voted against a "motion to recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would exempt public communications related to combating public health crises from the bill's requirement that the agency making the communication state whether it is considering alternatives to its regulatory actions." The motion was rejected 185 to 238. [HR 5226, Vote #509, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted For Requiring Regulatory Analysis To Be Disclosed.** In September 2016, Perry voted for an "amendment that would require an agency to post, in the database required by the bill, the findings of a regulatory impact analysis or similar cost-benefit analysis along with any data or formula used in conducting the analysis for pending regulations." The amendment was adopted 241 to 154. [HR 5226, Vote #508, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against A Motion To Add Requirements For Funds Owning Emergency Service Companies To Report Rural And Urban Vehicle Response Times.** In September 2016, Perry voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require the adviser of a private fund with a controlling interest in an emergency service company to annually file a report on emergency vehicle response times in both rural and urban areas. It also would require the report to describe the impact on the company's value when emergency vehicle response times do not meet standards set by the local government." The motion was rejected 176 to 232. [HR 5424, Vote #494, 9/9/16; CQ Floor Vote, 9/9/16]

**Perry Voted For To Pass HR 5063.** In September 2016, Perry voted for "passage of the bill that would prohibit settlement agreements involving the U.S. government from requiring the non-governmental party to make a


payment to any party other than the U.S. government. Prohibitions would not apply if the payment under the settlement is for restitution to affected parties or is a direct remedy for actual harm." The bill was passed, 241 to 174. [HR 5063, Vote #488, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted Against A Motion To Recommit HR 5063 With Instructions.** In September 2016, Perry voted against an "motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt settlement agreements that would reduce the cost of medical devices through the enforcement of anti-trust laws from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 155-262. [HR 5063, Vote #487, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted For An Amendment To Establish Attorney Fee Limits On Environmental Cases.** In September 2016, Perry voted for an "amendment that would prohibit settlement agreements related to environmental cases from including payments for attorney fees with rates exceeding $125 an hour." The amendment failed, 178 to 235. [HR 5063, Vote #486, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted Against An Amendment To Exempt Settlement Agreements That Resolve A Workplace-Harassment/Discrimination Related Civil Action.** In September 2016, Perry voted against an "amendment that would exempt settlement agreements that would resolve a civil action or potential civil action related to work place harassment or discrimination from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 178 to 235. [HR 5063, Vote #485, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted Against An Amendment To Exempt Discriminatory Settlement Agreements.** In September 2016, Perry voted against an "amendment that would exempt settlement agreements related to discrimination based on race, religion, national origin from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 175 to 236. [HR 5063, Vote #484, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted Against An Amendment To Exempt Discriminatory Settlement Agreements.** In September 2016, Perry voted against an "amendment that would exempt settlement agreements related to discrimination based on race, religion, national origin from the bill's provisions that would limit settlement payments to third parties." The amendment failed, 178 to 234. [HR 5063, Vote #483, 9/7/16; CQ Floor Votes, 9/7/16]

**Perry Voted For Ending Requirement That Federal Courts Defer To An Agency's Interpretation Of The Underlying Law Or Rule When Considering Challenges To Agency Rules And Regulations.** In July 2016, Perry voted for "passage of the bill that would require that federal courts decide 'de novo' all relevant questions of law in an agency rule-making, including the interpretation of constitutional and statutory provisions as well as the interpretation of the rule developed by the agency." The bill passed 240-171. [HR 4768, Vote #416, 7/12/16; CQ Floor Votes, 7/12/16]

> **Separation Of Powers Restoration Act Overturned Legal Precedent That Said Courts Must Defer To Agency Interpretations Of "Ambiguous" Statutes When Disputes Arise, Unless The Interpretation Is Unreasonable.** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. The Separation of Powers Restoration Act overturns the 1984 Supreme Court decision that created Chevron deference. The legal precedent says courts must defer to agency interpretations of 'ambiguous' statutes when disputes arise, unless the interpretation is unreasonable." [The Hill, 7/12/16]

> **The Hill: "Democrats Argued The Legislation Raised Concerns About The Separation Of Power It Purports To Restore."** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. […] Democrats argue the legislation raises concerns about the separation of power it purports to restore. 'By eliminating judicial deference, the bill would effectively empower the courts to make public policy from the bench, even though they may lack the specialized expertise and democratic accountability that agencies possess, through delegated authority from and oversight by the American people's elected representatives.' Rep. John Conyers (D-Mich.) said." [The Hill, 7/12/16]



**The Hill: Obama Administration Said It Would Veto Bill "Because It Would Unnecessarily Overrule Decades Of Supreme Court Precedent, It Was Not In The Public Interest, And It Would Add Needless Complexity And Delay To Judicial Review Of Regulatory Actions."** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. […] The Obama administration said senior advisors would recommend the president veto HR 4768 because it would unnecessarily overrule decades of Supreme Court precedent, it is not in the public interest, and it would add needless complexity and delay to judicial review of regulatory actions." [The Hill, 7/12/16]

**Perry Voted Against Statutorily Authorizing The Presidential Innovation Fellows Program Within The General Services Administration And The Advisory Board That Advises The Program.** In July 2016, Perry voted against "Farenthold, R-Texas, motion to suspend the rules and pass the bill that would statutorily authorize the Presidential Innovation Fellows program within the General Services Administration (GSA) and the advisory board that advises the program." The motion was agreed to 409-8. [HR 5658, Vote #410, 7/12/16; CQ Floor Votes, 7/12/16]

> **Presidential Innovation Fellows Program Paired Technologists And Innovators With Civil Servants To Address Challenges.** "The Presidential Innovation Fellows program brings the principles, values, and practices of the innovation economy into government through the most effective agents of change we know: our people. This highly-competitive program pairs talented, diverse technologists and innovators with top civil-servants and change-makers working at the highest levels of the federal government to tackle some our nation's biggest challenges. These teams of entrepreneurs-in-residence and government experts take a user-centric approach to issues at the intersection of people, processes, products, and policy to achieve lasting impact at startup speed." [General Services Administration, accessed 3/15/16]

**Perry Voted Against Expanding Geographic Targeting Orders To Combat Money Laundering.** In July 2016, Perry voted against "Fitzpatrick, R-Pa., motion to suspend the rules and pass the bill that would expand geographic targeting orders, issued by the Treasury Department to combat money laundering, to include all funds, including funds involved in electronic transfers." The motion was agreed to 356-47. [HR 5602, Vote #401, 7/11/16; CQ Floor Votes, 7/11/16]

**Perry Voted For Defunding The Consumer Product Safety Commission's Proposed Rule On Voluntary Remedial Actions And Guidelines For Voluntary Recall Notices.** In July 2016, Perry voted for "Mullin, R-Okla., amendment that would prohibit funds from being used to finalize, implement, administer or enforce the Consumer Product Safety Commission's proposed rule on Voluntary Remedial Actions and Guidelines for Voluntary Recall Notices." The amendment was adopted in Committee of the Whole 240-179. [H Amdt 1260 to HR5485, Vote #391, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Expanding Agencies' Ability To Suspend, Fire Or Demote Senior Executive Service.** In July 2016, Perry voted for "Passage of the bill, as amended, that would expand agencies' ability to suspend, fire or demote Senior Executive Service (SES) employees based on performance or misconduct and double probationary periods for civil service employees before they receive federal job protections. The measure would also require that SES employees be reassigned every five years. The measure would require annual reports on the amount of time federal employees work as union representatives. The measure would also allow agencies to block access to personal email and social media on federal computers if deemed necessary for cybersecurity purposes." The bill passed 241-181. [HR 4361, Vote #376, 7/7/16; CQ Floor Votes, 7/7/16]

> **Opponents Said The Bill Limited "Due Process Rights For Senior Executives" And Made Them "More Susceptible To Politically Motivated Reprisals."** "The House passed 'the Government Reform and Improvement Act' early Thursday morning. […] The National Active and Retired Federal Employees Association (NARFE) wrote its own letter to House lawmakers, arguing that many provisions in the bill undo federal employees' due process rights. 'Limits on due process rights for senior executives make them more susceptible to politically motivated reprisals, undermining the goal of a merit-based civil service and



hearkening back to a spoils-based system operated by political appointees,' NARFE National President Richard Thissen wrote." [Federal News Radio, 7/6/16]

**Opponents Said The Bill Could Cut "Off A Vital Feedback Channel For Improving Veterans' Care" By Hurting Department of Veteran Affairs Employees.** "The House passed 'the Government Reform and Improvement Act' early Thursday morning. […] The American Federation of Government Employees (AFGE), which represents about 230,000 VA employees, spoke out against the latest VA legislation, arguing that the department's employees will be held more accountable if they're empowered to speak about the issues they see in the workplace. 'Chipping away at vital due process rights leaves these employees more exposed to retaliatory acts, cutting off a vital feedback channel for improving veterans' care,' AFGE National President J. David Cox said. 'Whistleblower protections can only do so much to right these wrongs, and the surest way to keep the VA accountable to veterans is stronger, not weaker due process rights." [Federal News Radio, 7/6/16]

**Perry Voted Against Exempting From Midnight Rule Moratorium Any Rule That Has Been Included In The Unified Regulatory Agenda For At Least One Year.** In July 2016, Perry voted against a "Watson Coleman, D-N.J., amendment that would exempt from the bill's midnight rule moratorium any rule that has been included in the Unified Regulatory Agenda for at least one year." The amendment was rejected in Committee of the Whole 179-243. [H Amdt 1225 to HR 4361, Vote #374, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry {Voted For/Voted Against/Voted Present On/Did Not Vote On}} Amendment Striking Language Related To Extended Probationary Period And Undermining Due Process For Senior Federal Employees.** In July 2016, Perry voted against "Norton, D-D.C., amendment that would strike bill language related to suspension and termination procedures for Senior Executive Service (SES) employees." The bill was rejected in committee of the Whole 183-239. [H Amdt 1224 to HR 4361, Vote #373, 7/6/16; CQ Floor Votes, 7/6/16]

**Norton Amendment Took Out Provisions That Extended The Probationary Period For Senior Executive Service Employees From One To Two Years.** "Norton's amendment specifically strikes provisions in the bill that extend the probationary period for Senior Executive Service (SES) employees from one to two years, a period under which these employees have few due process or appeal rights and are essentially at-will employees; reduce the time SES employees have to file an appeal to an adverse personnel decision, potentially interfering with employees' due process rights to receive notice and be given an opportunity to respond; and allow agencies to place an employee on mandatory leave using the employee's own accrued leave, among others." [Congresswoman Eleanor Holmes Norton, Press Release, 7/6/16]

**Norton Argued The Bill Undermined Constitutional Due Process Rights, Enabled Retaliation Against Whistleblowers, And Overrode Collective Bargaining Rights.** "An amendment offered by Congresswoman Eleanor Holmes Norton (D-DC) to strike harmful provisions from a bill that would significantly hinder federal employee due process rights has been made in order and she will speak on it today on the House floor, likely between 5:00 p.m. – 6:00 p.m. Norton said that the Republican-sponsored bill, the Federal Information Systems Safeguards Act of 2016 (HR 4361), undermines constitutional due process rights to which federal employees are entitled, enables retaliation against whistleblowers, and overrides collective bargaining rights." [Congresswoman Eleanor Holmes Norton, Press Release, 7/6/16]

**Perry Voted Against Reprograming Existing Funds To Create An "Office Of Good Jobs" For The Treasury Department.** In July 2016, Perry voted against an amendment to "reprogram already appropriated funds to create an Office of Good Jobs for the Treasury Department." The amendment failed 173-245. [HR 5485, Vote #357, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Amendment That Would Reduce Spending Levels For The Legislative Branch By One Percent.** In June 2016, Perry voted for an amendment to the Legislative Branch Appropriations for FY17 bill that would "reduce spending levels throughout the bill by one percent, except for funding for the Capitol Police and its buildings and the Office of the Sergeant at Arms." The amendment failed 165-237. [HR 5325, Vote #290, 6/10/16; CQ Floor Votes, 6/10/16]



**Legislative Appropriations Bill Funds U.S. House Operations, Library Of Congress, Capitol Police, GAO, GPO, And Other Government Agencies.** "The bill provides $3.5 billion for operations of the House of Representatives, joint House-Senate items and legislative branch entities such as the Library of Congress, the Capitol Police, Government Accountability Office (GAO) and Government Publishing Office (GPO). In keeping with long-established practice, the measure contains no funding for the Senate, which will add funds to its version. The total is $73 million more than current funding but $153 million (4%) less than requested by the offices and agencies covered by the bill. It increases funding for the Capitol Police (4%), Library of Congress (5%) and Architect of the Capitol (4%). And for the first time since 2010, it increases funds to operate members' offices, providing a 1.5% boost; that funding has been flat for the past three years after being reduced by 16% from FY 2010. The bill also continues to freeze the pay of lawmakers." [CQ House Action Reports, 6/6/16]

**Perry Voted Against Amendment That Would Provide Funding For A New "Office Of Good Jobs" Government Agency.** In June 2016, Perry voted against an amendment to the Legislative Branch Appropriations for FY17 bill that would "reduce funding for the Office of the Chief Administrative Officer by $1 million, and increase funding by an equal amount, with the aim of creating an Office of Good Jobs." The amendment failed 157-241. [HR 5325, Vote #289, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted Against Bill That Would Bailout Puerto Rico From $72 Billion Debt, Establish Financial Oversight And Decrease Minimum Wage On The Island.** In June 2016, Perry voted against bill that would "establish a financial oversight board for Puerto Rico that would have authority to initiate a proceeding for restructuring the island's debts in federal district court if negotiations between creditors and the Puerto Rican government do not result in agreement. The Puerto Rican government would need to develop fiscal plans and budgets, which the board would approve or reject. The panel could take corrective actions related to compliance, such as preventing laws passed by the Puerto Rican legislature that are significantly inconsistent with the fiscal plan from being enforced. It also would temporarily allow a lower minimum wage in Puerto Rico for some young workers." The bill passed 297-127. [HR 5278, Vote #288, 6/9/16; CQ Floor Votes, 6/9/16]

**Perry Voted Against Amendment That Would Block Republican Effort To Decrease Minimum Wage In Puerto Rico.** In June 2016, Perry voted against an amendment to the Puerto Rico Oversight, Management, and Economic Stability Act (HR 5278) that would "remove the bill's provisions that would temporarily allow a lower minimum wage in Puerto Rico for some young workers." The amendment failed 196-225. [HR 5278, Vote #287, 6/9/16; CQ Floor Votes, 6/9/16]

**Perry Voted For A Bill Prohibiting The IRS From Rehiring Employees Previously Removed For Misconduct Or Dismissed For Cause.** In April 2016, Perry Perry Voted For a bill that would prohibit the IRS from rehiring individuals "previously employed by the IRS but was removed for misconduct or whose employment was terminated for cause." The Bill would achieve this by making amendments to the Internal Revenue Code. The bill Passed 345 to 78. [H Res 3724, Vote #163, 4/21/16; Congress.Gov, 4/21/16]

**Perry Voted For A Bill Prohibiting The Treasury From Paying Bonuses To IRS Employees Until The Treasury Develops A Comprehensive Customer Service Strategy.** In April 2016, Perry Perry Voted For HR 4890, under which no new "bonuses, awards, or similar cash payments" could be paid to IRS employees until the Treasury "develops and submits to Congress a comprehensive customer service strategy that has been reviewed and approved by the Treasury Inspector General for Tax Administration. The strategy must include: (1) appropriate telephone and correspondence levels of service; (2) a thorough assessment of which services the IRS can shift to self-service options; and (3) proposals to improve customer service over the short-term, the medium-term, and the long-term." The bill passed, 260 to 158. [H Res 4890, Vote #162, 4/21/16; Congress.gov, 4/21/16]

**Perry Voted For Requiring The IRS To Funnel All User-Fee Revenue Into The Treasury General Fund Instead Of Towards Operating Costs.** On April 20, 2016, Perry voted for a bill that would require the IRS to deposit all user-fee revenue into the general fund of the Treasury. HR 4885 "aims to give Congress more oversight



power by requiring the (IRS) receive Congressional approval before spending funds are collected through user fees. The IRS would have to deposit fees into a general fund at the Department of Treasury, which is slated to be used to improve services for taxpayers." The resolution passed, 245—179. [H Res 4885, Vote #161, 4/20/16; The Daily Caller, 4/20/16]

> **Obama Administration OMB: Repealing User Fee Authority Undercuts IRS's Ability To Cover Costs And Provide Service To Taxpayers.** "H.R. 4885 would repeal the IRS's longstanding legal authority to offset the cost of providing services to taxpayers with user fees. The IRS has had this authority since 1995, and charges user fees for a variety of services. Repealing this authority would reduce overall IRS resources by roughly 4 percent…These cuts cost the Nation billions of dollars each year in lost tax revenue and have been enacted despite the IRS's crucial and growing responsibilities to implement new mandates and enhance cybersecurity protections." [White House Office Of Management and Budget, 4/18/16]

**Perry Voted For Bill To Weaken Government Oversight On Mergers.** In April 2016, Perry voted for a bill that would "require the Federal Trade Commission (FTC) to comply with the same procedures as the Department of Justice under the Clayton Act (PL 63-212) for cases of antitrust laws that could 'substantially lessen competition' or 'tend to create a monopoly.'. Additionally, the bill would require the Attorney General and the FTC to notify a state attorney general in writing, on cases in which a state could bring action on an antitrust case, would give the FTC subpoena authority for such cases, and would give United States district courts jurisdiction in relevant cases." The bill passed 235-171. [HR 2745, Vote #137, 3/23/16; CQ Floor Votes, 3/23/16]

> **Proponents Of The Bill Argued That It Would Guarantee Fairness During The Government's Review Of The Merger And Acquisition Process.** "The U.S. House approved a partisan bill last week that Republicans contend would help guarantee fairness in the government's review of business mergers." [Las Vegas Review-Journal, 3/27/16]

> **Opponents Of The Bill Argued It Would Gut An Independent Process And Make The FTC A Redundant Agency.** "The U.S. House approved a partisan bill last week… Democrats warn it would gut an independent process that protects competition and consumers… He [Rep. Conyers] said Farenthold's bill would transform the FTC from an independent agency to just another enforcement agency with redundant powers that might be headed for elimination. The Obama administration also voiced strong opposition to the bill. In its official statement of administration policy, it said the changes proposed by the legislation are not only unnecessary but threaten to undermine the FTC's important role in protecting competition and consumers." [Las Vegas Review-Journal, 3/27/16]

**Perry Voted Against Preventing Federal Trade Commission From Being Forced To Use Same Procedures As Department Of Justice In Reviewing Mergers That Would Increase Pharmaceutical Drug Costs.** In March 2016, Perry voted against a motion that would add an exception for "mergers that would unreasonably increase the costs of pharmaceutical drugs" to a bill that would make the Federal Trade Commission review mergers using the same procedures as the Department of Justice.  The motion failed 174-235. [HR 2745, Vote #136, 3/23/16; Democratic Leader, 3/23/16]

**Perry Voted For To Set New Standard On Deciding "Whether Certain Lawsuits Are Heard In Federal Instead Of State Court."** In February 2016, Perry voted for 'The Fraudulent Joinder Prevention Act', which "would set a new, national standard for deciding whether certain lawsuits are heard in federal instead of state court because an in-state co-defendant should not have been joined to the case. The bill would require district courts to deny motions to send a lawsuit back to state court because a defendant is from the same state as a plaintiff if: there was fraud in the pleading of jurisdictional facts in relation to the co-defendant joined to the lawsuit, it is not plausible that state law would impose liability against the co-defendant, state or federal law bars claims against the co-defendant, or if there is no good faith intention to seek a judgment against the co-defendant." The bill passed, 229 to 189. [HR 3624, Vote #89, 2/25/16; CQ, 2/25/16]


**Legislation Would "Make It More Difficult For Americans To Enforce Their Rights In State Courts."** On February 23, 2016, the Center for Justice and Democracy sent a group letter to Speaker Ryan and Leader Pelosi opposing 'The Fraudulent Joinder Prevention Act.' "The House will soon be voting on H.R. 3624, the 'Fraudulent Joinder Prevention Act.' "This bill would upend long established law in the area of federal court jurisdiction, place unreasonable burdens on the federal judiciary, and make it more difficult for Americans to enforce their rights in state courts. … H.R. 3624 would undermine this fundamental precept and force state cases into federal court when they don't belong there. The bill would do this by transforming the centuries-old concept called 'fraudulent joinder,' which is a way to defeat complete diversity i.e., when non-diverse defendants are in case." [Center for Justice and Democracy, 2/23/16]

**Perry Voted Against Motion Exempting Cases Where Plaintiff "Seeks Relief In Connection With The Sexual Abuse And Exploitation Of A Minor" From Lawsuit Reform Bill.** In February 2016, Perry voted against "motion to recommit the 'Fraudulent Joinder Prevention Act' to the Judiciary Committee with instructions to report it back immediately with an amendment that would exempt from the bill cases in which the plaintiff seeks relief in connection with the sexual abuse and exploitation of a minor." The motion failed, 180 to 239. [HR 3624, Vote #88, 2/25/16; CQ, 2/25/16]

**Perry Voted Against Amendment Exempting Cases In Which Plaintiffs Seek Compensation Because Of Bad Faith Of Insurer.** In February 2016, Perry voted against an amendment "that would exempt cases in which plaintiffs seek compensation because of the bad faith of an insurer" from Fraudulent Joinder Prevention Act. The amendment failed, 178 to 237. [HR 3624, Vote #87, 2/25/16; CQ Floor Vote 87, 2/25/16]

**Perry Voted Against Amendment To Fairness In Class Action Litigation Act To Protect Privacy Of Asbestos Exposure Victims.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act that that would "require asbestos trusts to provide a report available to the public regarding demands received and payments made, and would repeal the requirement that the report contain the personal information of people paid by the trust." The amendment was rejected in Committee of the Whole by a vote of 179-222. [H R 1927, Vote #31, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted Against Amendment To The Fairness In Class Action Litigation Act To Allow Plaintiffs Access To Information Held In Trusts.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act that would "allow litigants in a pending class action suit to access information held in a trust that is directly related to a plaintiff's claim for asbestos exposure." The amendment was rejected in Committee of the Whole by a vote of 174-228. [H R 1927, Vote #30, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted Against Amendment Exempting Lawsuits Involving Fraudulent College And Universities From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt claims against institutions under Title IV of the Higher Education Act, education loan institutions as defined by section 221 of the Internal Revenue Code of 1986, or educational institutions as defined by chapter 33 of Title 38 United States Code." The amendment was rejected in Committee of the Whole by a vote of 177-223. [H R 1927, Vote #28, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted Against Amendment Exempting Equal Pay Lawsuits From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt a pay equity claim under Title VII of the Civil Rights Act or the Fair Labor Standards (Equal Pay) Act." The amendment was rejected in Committee of the Whole by a vote of 177-224. [H R 1927, Vote #27, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted Against Amendment Exempting Housing Discrimination Lawsuits From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act that would "exempt claims under the Fair Housing Act or the Equal Credit Opportunity Act." The amendment was rejected in Committee of the Whole by a vote of 172-229. [H R 1927, Vote #26, 1/8/16; CQ Floor Votes, 1/8/16]



**Perry Voted Against Exempting Claims Seeking Monetary Relief Under Civil Rights Act.** In January 2016, Perry voted againstan amendment that "would exempt claims seeking monetary relief under Title VII of the Civil Rights Act." The amendment failed, 163-221. [HR 1927, Vote #24, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted Against Exempting Claims Against Perpetrator Of Terrorist Attack By Victims Of Attack.** In January 2016, Perry voted against an amendment that "would exempt claims against the perpetrator of a terrorist attack by victims of the attack." The amendment failed, 158-211. [HR 1927, Vote #23, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted For Establishing "Cut-Go" To Require Agencies To Repeal Existing Rules Before Issuing New Ones.** In January 2016, Perry voted fora bill that "would establish a nine-member commission to review existing federal regulations and identify regulations that should be repealed on the basis of reducing costs on the U.S. economy. The commission would identify those regulatory policies that should be repealed immediately, and would set up a "Cut-Go" system that would require agencies to repeal existing rules to offset costs before issuing a new rule. The measure, as amended, would require the commission to review a rule or regulation's unfunded mandate, whether the rule or regulation limits or prevents government agencies from adopting technology to improve efficiency, and the rule or regulation's impact on wage growth, when determining if the rule or regulation should be repealed." The bill passed, 245-174. [HR 1155, Vote #20, 1/7/16; CQ Floor Votes, 1/7/16]

**Perry Voted Against An Amendment To Exempt FDA Consumer Safety Rules From The SCRUB Act.** In January 2016, Perry voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Food and Drug Administration concerning consumer safety." The amendment was rejected 173-245. [HR 1155, Vote #18, 1/7/16; CQ Floor Votes, 2/2/16]

**Perry Voted Against An Amendment To Exempt DHS Rules From The SCRUB Act.** In January 2016, Perry voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Homeland Security Department." The amendment was rejected 173-244. [HR 1155, Vote #17, 1/7/16; CQ Floor Votes, 2/2/16]

**Perry Voted Against An Amendment To Exempt Rules Issued In Response To Emergencies From The SCRUB Act.** In January 2016, Perry voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued in response to an emergency." The amendment was rejected 176-239. [HR 1155, Vote #16, 1/7/16; CQ Floor Votes, 2/2/16]

**Perry Voted Against An Amendment To Exempt Veterans' Affairs Department Rules From The SCRUB Act.** In January 2016, Perry voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by the Veterans' Affairs Department." The amendment was rejected 176-241. [HR 1155, Vote #15, 1/7/16; CQ Floor Votes, 2/2/16]

**Perry Voted Against An Amendment To Exempt Rules Issued By Independent Establishments From The SCRUB Act.** In January 2016, Perry voted against an amendment to the Searching for and Cutting Regulations that are Unnecessarily Burdensome (SCRUB) Act that would "exempt rules issued by independent establishments from the bill's provisions." The amendment was rejected 172-244. [HR 1155, Vote #14, 1/7/16; CQ Floor Votes, 2/2/16]

**Perry Voted Against Removing Requirement That Federal Agencies File Monthly Rule-Making Status Reports.** In January 2016, Perry voted against an amendment that would remove from HR 712, the Sunshine for Regulatory Decrees and Settlements Act, the requirement that federal agencies file monthly status reports of their rule-making activities. "The bill is intended to limit special interest groups' ability to push federal agencies to adopt rules through litigation by prohibiting the same-day filing of complaints, pre-negotiated consent decrees and settlement agreements in cases seeking to compel agency action … The White House said this week that the



president would veto both bills because they would limit authority federal agencies have to issue rules." The amendment failed 174-244. [HR 712, Vote #8, 1/7/16; CQ, 1/7/16; The Hill, 1/7/16]

**Perry Voted Against Exempting Rules The OMB Determines Would Create Jobs From Actions That May Delay The Rulemaking Process.** In January 2016, Perry voted against an amendment to HR 712, the Sunshine for Regulatory Decrees and Settlements Act, proposed by Rep. Hank Johnson. When introducing the amendment Johnson said, "H.R. 712 would significantly delay and possibly stop the Federal rulemaking process by making it easier for regulated industries and well-funded antiregulatory entities to delay or prevent agency action and prohibiting any rule from being finalized until certain information is posted online for 6 months.   This assault on the regulations is based on the false premise that Federal regulation stifles economic growth and job creation. My amendment confronts this fallacious assumption by excepting from H.R. 712 all rules that the Office of Management and Budget determines would result in net job creation." The amendment failed 175-242. [HR 712, Vote #7, 1/7/16; Congressional Record, 1/7/16]

**Perry Voted For Requiring Federal Agencies To Post Data And Cost-Benefit Analysis Relating To Federal Rule Changes Online.** In November 2015, Perry voted for an amendment, "that would require, for each publication in the Federal Register related to a rule that would be required under the measure, the inclusion by the agency of information on which the rule is based, including data, studies and cost-benefit analyses. It also would need to identify how the public can access the information online." The amendment passed 236-192. [HR 22, Vote #617, 11/4/15; CQ, accessed 1/7/16]

**Perry Voted Against A Motion To Ensure Enforcement Of Laws And Regulations Necessary To Protect Human Health, Environment, Or Public Safety.** In October 2015, Perry voted against a motion to ensure nothing in HR 702, a bill that would allow for the export of crude oil, would prevent the "enforcement of federal laws that protect human health, the environment, and public safety." The motion failed 179 to 242. [HR 702, Vote #548, 10/9/15; Motion to Recommit, 10/9/15]

**Perry Voted Against Amendment To State That Nothing In RAPID Act Would Limit Agencies From Public Comment Or Participation In Decision-Making.** In September 2015, Perry voted against an amendment to the Responsibly And Professionally Invigorating Development (RAPID) Act of 2015 which would "state that nothing the bill would limit agencies from allowing public comment or participation in the decision-making process." The amendment failed 176 to 232. [HR 348, Vote #516, 9/25/15; CQ, 9/25/15]

> **RAPID Act Would Modify Environmental Review For Federally Funded Projects And Permits By Setting Deadlines On Agency Reviews, Limiting Grounds For Civil Actions Against Approvals.** The Responsibly And Professionally Invigorating Development (RAPID) Act "modifies the environmental review process for federally funded projects and for federal permits for private projects by setting deadlines on agency reviews, and by limiting the grounds for civil actions filed against an environmental review or permit approval." [CQ, 9/18/15]

**Perry Voted Against Amendment To Bar The Bill From Affecting Permitting Projects That Could Be Terror Targets, Critical Infrastructure.** In September 2015, Perry voted against an amendment to the Responsibly And Professionally Invigorating Development (RAPID) Act of 2015 that would "bar the bill's provisions from affecting permitting projects that could be a potential target for a terrorist attack or that involve chemical facilities and other critical infrastructure." The amendment failed 176 to 232. [HR 348, Vote #515, 9/25/15; CQ, 9/25/15]

> **RAPID Act Would Modify Environmental Review For Federally Funded Projects And Permits By Setting Deadlines On Agency Reviews, Limiting Grounds For Civil Actions Against Approvals.** "The Responsibly And Professionally Invigorating Development (RAPID) Act "modifies the environmental review process for federally funded projects and for federal permits for private projects by setting deadlines on agency reviews, and by limiting the grounds for civil actions filed against an environmental review or permit approval." [CQ, 9/18/15]



**Perry Voted Against Removing Automatic Project Approval In Absence Of Agency Decision Within 90 To 120 Day Deadline.** In September 2015, Perry voted against an amendment "that would remove the bill's provision that would automatically approve any project for which the reviewing agency does not make a decision within the bill's deadlines." The bill stipulated a deadline of between 90 and 120 days. The amendment failed, 173 to 237. [HR 348, Amendment #5 Vote #511, 9/25/15; CQ, 9/25/15]

**Perry Voted For Requiring Federal Courts To Impose Monetary Sanctions On Parties That File Frivolous Lawsuits.** In September 2015, Perry voted for a bill that "would change federal rules governing civil lawsuits to require federal courts to impose sanctions on parties that file frivolous civil lawsuits. The sanctions would need to include monetary payments to the other party to cover the other party's attorney fees and costs. The bill also would eliminate the so-called 'safe harbor' clause by removing the ability of parties to withdraw of correct claims considered frivolous within 21 days of firing." The bill passed 241 to 185. [HR 758, Vote #501, 9/17/15; CQ, 9/17/15]

> **Democratic Rep. Frankel: Bill Reinstates Procedural Rules; Strips Ability Of Federal Judges To Impose Sanctions Deemed Appropriate To Bring Frivolous Lawsuits.** "This misguided bill would reinstate procedural rules that failed thirty years ago, stripping federal judges of the ability to impose the sanctions they deem appropriate for bringing frivolous lawsuits. During the ten years the old rules were in effect, judges completely lost their discretion about whether or not to impose sanctions on attorneys and were forced to issue harsh penalties for even the smallest infractions. Heavy punishments under the old system lead to endless motions that clogged our already burdened legal system, preventing access to justice." [Rep. Lois Frankel Statement, 9/22/15]

**Perry Voted For Bill To Stifle Government's Ability To Enact Rules To Protect Americans.** In July 2015, Perry voted for the Regulations from the Executive in Need of Scrutiny (REINS) Act, "a bid to roll back the executive branch's rulemaking authority … Democrats fear the legislation would pave the way for Republicans to block what they believe to be much-needed public health and environmental protections. Rep. Hank Johnson (D-Ga.) said the REINS Act is a 'gift to the economic elites' that would 'stop all future regulations.'" The bill passed 243 to 165. [HR 427, Vote #482, 7/28/15; The Hill, 7/28/15]

**Perry Voted Against Motion To Protect The Regulatory Process For Social Security And Medicare.** In July 2015, Perry voted against a motion to exempt rulemaking for Social Security and Medicare from the Regulations from the Executive in Need of Scrutiny (REINS) Act which would require congressional approval for new rules written by federal agencies. The motion failed 167 to 241. [HR 427, Vote #481, 7/28/15; Motion to Recommit, 7/28/15]

**Perry Voted Against Exempting Rules Changes Regarding Availability Of Medication & Healthcare Management For Veterans From Requirement For Congressional Approval.** In July 2015, Perry voted against an amendment that "would exempt rules issued by the Veterans Affairs Department relating to the availability of medication and healthcare management for veterans from the Congressional approval process outlined in the bill." The amendment failed, 167-239. [HR 427, Vote #480; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted Against Exempting Safety Regulations For Nuclear Reactors From Congressional Approval On Major Rule Changes.** In July 2015, Perry voted against an amendment that "would exempt any rule relating to



nuclear reactor safety standards from the Congressional approval process outlined in the bill." The amendment failed, 167-241. [HR 427, Vote #479, 7/28/15; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted Against Exempting Product Safety Regulations Intended To Protect Children Under Two From Congressional Approval On Major Rules Changes.** In July 2015, Perry voted against an amendment that "would exempt rules pertaining to the safety of any product designed for children under two from the Congressional approval process outlined in the bill." The amendment failed, 167-243. [HR 427, Vote #478, 7/28/15 CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted Against Exempting Public Health And Safety Regulations From Congressional Approval On Major Rule Changes.** In July 2015, Perry voted against an amendment that "would exempt rules pertaining to public health and safety from the Congressional approval process outlined in the bill." The amendment failed, 166-242. [HR 427, Vote #477, 7/28/15; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted Against Exempting From Requirement For Congressional Approval Rules Governing Pipelines Carrying Natural Gas and Hazardous Materials.** In July 2015, Perry voted against an amendment that "would exempt rules intended to ensure the safety of natural gas or hazardous materials pipelines from the Congressional approval process outlined in the bill." The amendment failed, 166-244.  [HR 427, Vote #476, 7/28/15; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]



**Perry Voted Against Exempting From Requirement For Congressional Approval Rules That Would Increase Jobs.** In July 2015, Perry voted against an amendment that "would exempt rules that the Office of Management and Budget determined would increase jobs from the congressional approval process established in the bill." The amendment failed, 163-246. [HR 427, Vote #475, 7/28/15; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […]The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted For To Require Regulations and Rule Changes In The Affordable Care Act Must Be Subject To Congressional Approval.** In July 2015, Perry voted for an amendment that would require "rule and regulations under the Affordable Care Act to be subject to the congressional approval process established in the bill." The amendment passed, 242-167. [HR 427, Vote #474, 7/28/15; CQ Floor Votes, 7/28/15]

> **Amendment Was To REINS Act Which Would Give "Congress The Final Say Over All Major Regulations."** "The controversial regulatory reform bill, which the House will vote on later this week, would give Congress the final say over all major regulations. […] The regulatory reform measure would give Congress final say over any rule with an annual economic impact of $100 million or more. Federal agencies would be required to submit major rules to Congress for approval before they could take effect. This would all but guarantee Republicans the ability to block dozens of controversial rules from the Obama administration and drastically slow the pace of regulations." [The Hill, 7/27/15]

**Perry Voted For An Amendment To Require Agencies To Publish Data On Proposed Executive Branch Rules.** In July 2015, Perry voted for an amendment to the REINS Act that would "require agencies to publish information online on which [an executive branch] rule is based, including data, scientific and economic studies, and cost-benefit analyses, and make such information publically accessible." The amendment was adopted 250-159. [HR 427, Vote #473, 7/28/15; CQ Floor Votes, 7/28/15]

**Perry Voted For Consideration Of Appropriations Bill Providing For $55 Billion In Funding For The Departments Of Transportation, And Housing And Urban Development.** In June 2015, Perry voted for a resolution providing for the consideration of H.R. 2557 and H.R. 2578. According to CQ Bill Track, "A resolution providing for consideration of HR 2577, a bill making appropriations for the Departments of Transportation, and Housing and Urban Development, and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes, and providing for consideration of HR 2578, bill making appropriations for the Departments of Commerce and Justice, Science and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes." According to the Hill, "The House is scheduled to vote Tuesday on a $55 billion Republican funding bill for the departments of Transportation, and Housing and Urban Development. The measure, which is known as THUD, provides $55.3 billion in funding the departments of Transportation, and Housing and Urban Development, which is a $1.5 billion increase over the agencies' current 2015 spending levels." The bill passed 242 to 180. [H. Res. 287, Vote #268, 6/2/15; CQ Bill Track, 6/1/15; The Hill, 6/9/15]

> **Appropriations Bill Opposed By Trucker Safety Groups For Eliminating Industry Safety Regulations.** "President Obama is threatening to veto a $55 billion Republican funding bill for the departments of Transportation, and Housing and Urban Development. The White House said Tuesday that Obama would reject the measure, which is known as THUD, on the grounds that it underfunds federal transportation and housing programs, and includes a number of policy riders involving travel restrictions between the U.S. and Cuba, and truck driver scheduling. … Truck safety groups have accused GOP lawmakers of using the appropriations process to undo a series of trucking regulations they say makes U.S. roads safer, including limits on the length and weight of trucks. Trucking companies have opposed these limits for years." [The Hill, 6/2/15]



**Perry Voted For Bill Regulating Commercial Space Ventures, Exempting Industry From Passenger Safety Regulations For 10-Years.** In May 2015, Perry voted for the SPACE Act of 2015, a bill to regulate the commercial space industry. "Led by House Majority Leader Kevin McCarthy (R., Calif.), senior Republican lawmakers supported the bill to extend and update federal protection for commercial launches from some potential liability involving property damage or personal injuries and fatalities on the ground. The legislation, which also effectively bars the Federal Aviation Administration from closely regulating fledgling space-tourism ventures for up to 10 more years, garnered widespread support from closely held companies and industry leaders." The measure passed 284 to 133. [HR 2262, Vote #262, 5/21/15; Wall Street Journal, 5/21/15]

**Perry Voted For Increasing Review Of SBA Regulations, Expand Right To Challenge New Rules.** In February 2015, Perry voted for the Small Business Regulatory Flexibility Improvements Act of 2015 to "give the Small Business Administration more authority to ensure federal agencies grant small businesses flexibility in following regulations… Under the bill, the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The bill passed 260 to 163. [HR 527, Vote #68, 2/5/15; CQ News, 2/5/15]

**Perry Voted Against Exempting FDA Consumer Protections From Greater Regulatory Review And Legal Challenges.** In February 2015, Perry voted against Jackson Lee of Texas Part A Amendment No. 6, an amendment to the Small Business Regulatory Flexibility Improvements Act of 2015  that "sought to exempt from the bill all regulations issued by the Food and Drug Administration relating to consumer safety, including those issued pursuant to the FDA Food Safety Modernization Act." HR 527 was a bill under which "the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The amendment failed 184 to 234. [HR 527, Vote #66, 2/5/15; Thomas.loc.gov, 2/5/15; CQ News HR 527 Coverage, 2/5/15]

**Perry Voted Against Amendment To Remove Anti-Consumer Rights Provisions From Bill Tightening Class Action Lawsuit Requirements.** In January 2016, Perry Perry Voted Against an amendment to the Fairness in Class Action Litigation Act. The original bill would "eliminate most consumer class actions by forcing consumers to prove that they've each suffered the exact same type and scope of injury from a company in order for their case to be certified—and move forward as a group—in court." The amendment would eliminate the same "scope" of injury clause from the bill. The amendment was rejected in Committee of the Whole by a vote of 177-223. [H R 1927, Vote #29, 1/8/16; CQ Floor Votes, 1/8/16; The Hill, 10/7/15]

**Perry Voted For "Dramatically" Restricting Government's Ability to Enact New Safety Standards.** In January 2015, Perry voted for restricting the government's ability to enact new regulations or safety standards. "The House passed a measure Tuesday to dramatically restrict the government's ability to enact any significant new regulations or safety standards, potentially hamstringing the efforts of every federal agency, from financial regulators to safety watchdogs.  …The primary way the bill would work is by making just about every step an agency takes on a major new rule subject to numerous legal challenges. It does that by defining major rules as ones that have direct costs of more than $100 million or indirect costs above $1 billion, or would have significant costs for just about anyone, including government. Then it requires that for any such rule, agencies must make public their cost-benefit analyses of the new regulation and choose the cheapest option." The bill passed 250 to 175. [HR 185, Vote #28, 1/13/15; Huffington Post, 1/13/15; CQ Floor Votes, 1/13/15]

> **Law Professor: "Irresponsible Reform: The House Favors Extreme Legislation That Would Delay Public Protections by Ten Years or More."** [Center For Progressive Reform Blog, 1/13/15]

**Perry Voted Against Protecting Public Health And Safety Regulations From Significant Delays.** In January 2015, Perry voted against an amendment exempting public health and safety regulations from the bill's burdensome requirements on creating new rules. "The House has rejected an amendment sponsored by Rep. Gerald E. Connolly,



D-Va., to the Regulatory Accountability Act (H.R. 185) … Connolly said the exemption was needed to ensure that regulations needed to protect food and drug safety and air and water quality can move forward promptly." The amendment failed 178 to 248. [HR 185, Amendment No. 4, Vote #26, 1/13/15; Albany Herald, 1/16/15]

**Perry Voted For Requiring Agency Rulemakers To Consider Low-Income Populations.** In January 2015, Perry voted for an amendment "that would require agencies to review the potential effects of new rules on low-income populations." The amendment passed 254 to 168. [HR 185, Vote #23, 1/13/15; The Hill, 1/13/15]

## Crime & Public Safety

**Perry Voted For To Allow D.C. Courts And The Public Defender Service To Establish A Voluntary Separation Incentive Program.** In September 2016, Perry voted for a "Carter, R-Ga., motion to suspend the rules and pass the bill that would authorize the District of Columbia's Joint Committee on Judicial Administration to establish a voluntary separation incentive payment program for non-judicial employees of the D.C. courts, and would limit voluntary incentive payments to $25,000." The motion was agreed to 413 to 1. [HR 5037, Vote #555, 9/22/16; CQ, 9/22/16]

**Perry Voted Against A Bill Reauthorizing The Juvenile Justice Delinquency Prevention Block Grant.** In September 2016, Perry voted against a "Curbelo, R-Fla., motion to suspend the rules and pass the bill that would convert the existing Juvenile Justice Delinquency Prevention Block Grant program into a competitive evidence-based program, and would authorize $92 million for the competitive grant program in fiscal 2018, and would gradually increase the annual authorization to $96 million in fiscal 2022. The measure would also modify requirements for state plans under the juvenile justice and delinquency prevention program, and would increase emphasis on the reduction of the use of physical restraints and on providing mental health services, and would require programs for girls and minorities." The motion was agreed to 382 to 29. [HR 5963, Vote #552, 9/22/16; CQ, 9/22/16]

**HR 5963 Sought To Withhold Federal Funding To States That Held Minors In Adult Jails.** "Yesterday, the U.S. House of House of Representatives overwhelmingly voted for the passage of H.R. 5963, the Supporting Youth Opportunity and Preventing Delinquency Act of 2016, which strengthens and updates the Juvenile Justice and Delinquency Prevention Act of 1974 (JJDPA). The measure passed with a vote of 382 to 29. The act, which was originally introduced by the Education and Workforce Committee, garnered support from both Republicans and Democrats. The bill is an update of the Juvenile Justice and Delinquency Prevention Act, which has been expired since 2007. It would withhold federal funding from states that hold minors in adult jails. Unlike previous versions of the law, the new bill would extend that protection to juveniles who have been charged with adult crimes but are still awaiting trial." [Campaign for Youth Justice, 9/23/16]

**HR 5963 Also "Promotes The Use Of Alternatives To Incarceration," "Improves Conditions And Educational Services For Incarcerated Youth," And "Increases Accountability."** "H.R. 5963 would build upon these national standards by reducing the placement of youth in adult jails pre-trial, providing more structure to the law's requirement to decrease racial and ethnic disparities, and calling on states to phase out exceptions that allow the detention of youth who have engaged in status offense behaviors. The bill also promotes the use of alternatives to incarceration; supports the implementation of trauma-informed, evidence-based practices; calls for the elimination of dangerous practices in confinement, including eliminating the use of restraints on pregnant girls; improves conditions and educational services for incarcerated youth; focuses on the particular needs of special youth population such as trafficked youth and Tribal youth; and increases accountability." [Campaign for Youth Justice, 9/23/16]

**Perry Voted For Amendment Restricting Law Enforcement's Ability To Gather License Plate Information.** In June 2015, Perry voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to acquire a camera for the purpose of collecting or storing vehicle license plate numbers. The amendment was adopted by a vote of 297-129. [HR 2577, Vote #327, 6/9/15; CQ Floor Votes, 6/9/15; Congressional Record, 6/9/15]



**Perry Voted For Underfunding Agencies And Relax Gun Restrictions.** In June 2015, Perry voted for Justice and Commerce spending bill that underfunded agencies. "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The amendment failed, 208 to 215. [HR 2578, Vote #297, 6/3/15; The Hill, 6/3/15]

**Perry Voted Against Motion That Provided Additional Funding For Programs Including Sexual Assault, Violence Against Women And Missing And Exploited Children.** In June 2015, Perry voted against motion that would provide an additional $3 million for sexual assault victims assistance within the Violence Against Women Prevention and Prosecution Programs account and an additional $3 million for missing and exploited children programs in the Juvenile Justice Programs account. It would decrease funding for the Justice Information Technology Account by $6 million. The amendment failed, 190 to 232. [HR 2578, Vote #296, 6/3/15; CQ, 6/3/15]

**Perry Voted For Amendment That Proposed Cutting Funding In The Commerce-Justice-Science Appropriations Bill By 2.48 Percent.** In June 2015, Perry voted for an amendment that proposed cutting funding in the Commerce-Justice-Science appropriations bill by 2.48%. The amendment failed 134 to 290. [HR 2578, Vote #292; On Agreeing to the Amendment, 6/3/15]

**Perry Voted For An Amendment That Prevented The National Institute Of Standards And Technology From Consulting With The NSA Or CIA To Change Cryptographic Or Computer Standards.** In June 2015, Perry voted for an amendment that prevented the National Institute of Standards and Technology from consulting with the NSA or CIA to change cryptographic or computer standards. The amendment passed 383 to 43. [HR 2578, Vote #290; On Agreeing to the Amendment, 6/3/15]

**Perry Voted For An Amendment That Prevented The ATF From Banning Some Forms Of Armor-Piercing Ammunition And Military Style Handguns.** In June 2015, Perry voted for an amendment that prevented the ATF from banning some forms of armor-piercing ammunition and military style handguns. "The Commerce-Justice-Science appropriations bill, which cruised through the House this week, contains several provisions directed squarely at the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF) rule-making authority. Under the measure, the ATF would be prohibited from banning certain forms of armor-piercing ammunition or blocking the importation of military-style shotguns. Another provision would block federal agents from creating what critics say is a gun registry … Among them is the ATF's proposed — and later withdrawn — ban on certain forms of armor-piercing ammunition used in AR-15 rifles … Eventually, the ATF relented and pulled back the bullet ban, but the agency left the door open to reconsider the rule in the future. To make sure this doesn't happen again, Republicans included multiple provisions, authored by Reps. Richard Hudson (R-N.C.) and Thomas Massie (R-Ky.), in the bill barring future action." The amendment passed 250 to 171. [HR 2578, Vote #289, 6/3/15; On Agreeing to the Amendment, 6/3/15; The Hill; 6/5/15]

**Perry Voted For An Amendment That Prohibited The DOJ And DEA From Enforcement Actions Against Commercial Hemp Growers.** In June 2015, Perry voted for an amendment that prohibited the DOJ and DEA from taking enforcement actions against commercial hemp growers. The amendment passed 289 to 132. [HR 2578, Vote #288, 6/3/15; On Agreeing to the Amendment, 6/3/15]

**Perry Voted For An Amendment That Stopped Use Of Federal Funds To Prevent States From Establishing Laws Related To Cannibidiol Oil.** In June 2015, Perry voted for an amendment that stopped use of federal funds to prevent states from establishing laws related to cannibidiol oil. "An amendment by Rep. Suzanne Bonamici, D-Oregon, that would block federal money from being used to prevent states from allowing the use, distribution, possession, or cultivation of industrial hemp also passed. So did an amendment from Rep. Scott Perry, R-



Pennsylvania, would prevent federal funds from stopping states from implementing laws relating to cannabidiol oil." The amendment passed 297 to 130. [HR 2578, Vote #286, 6/3/15; On Agreeing to the Amendment, 6/3/15; NBC News, 6/3/15]

**Perry Voted For An Amendment That Would Have Prohibited The Department Of Justice From Preventing States From Establishing Their Own Rules Governing The Use, Distribution, Cultivation Or Possession Of Marijuana.** In June 2015, Perry voted for an amendment that that would have prohibited the Department of Justice from preventing states from establishing their own rules governing the use, distribution, cultivation or possession of marijuana. "Marijuana advocates have their sights set on legalization after lawmakers approved a number of pot-friendly measures Wednesday in a government spending bill. The marijuana vote-a-rama was capped off by a provision that would prohibit the Department of Justice (DOJ) from interfering with state medical marijuana laws. But it's a marijuana amendment that was rejected that has pot advocates even more excited. A provision that would have blocked the Justice Department from interfering with state laws permitting the use of recreational marijuana came just a few votes shy of passing. The measure would have essentially ended the federal prohibition on pot, advocates say … An amendment from Reps. Tom McClintock (R-Calif.) and Jared Polis (D-Colo.) would have blocked the DOJ from interfering with any state marijuana law, including laws that permit the recreational use of pot. The provision failed, but not before garnering 206 votes, just a handful shy of the number needed to be approved." The amendment failed 206 to 222. [HR 2578, Vote #285, 6/3/15; On Agreeing to the Amendment, 6/3/15; The Hill, 6/3/15]

**Perry Voted For Amendment To Prohibit Use Of Funds To Compel Journalists To Testify About Information Obtained From Confidential Sources.** In June 2015, Perry voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibit[s] the use of funds to compel a person to testify about information or sources that the person states in a motion to quash the subpoena that he has obtained as a journalist or reporter and that he regards as confidential." [HR 2578, Vote #284, 6/3/15]

**Perry Voted Against Amendment To Ban Federal Money Going To Discriminating Profiling By Law Enforcement.** In June 2015, Perry voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits use of funds for law enforcement agencies that engage in discriminatory profiling based on gender, race, ethnicity, religion, sexual orientation, or national origin and also prohibits the use of funds to repeal the December 14 revised profiling guidance issued by the Department of Justice." The amendment failed 184-244. [HR 2578, Vote #281, 6/3/15]

**Perry Voted For Prohibiting The Use Of Funds To Prevent States From Creating Laws That Authorize Use And Distribution Of Hemp Laws.** In June 2015, Perry voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits the use of funds to prevent a State from implementing its own State laws that authorize the use, distribution, possession, or cultivation of industrial hemp." The amendment passed 282-146.  [HR 2578, Vote #280, 6/3/15]

**Perry Voted For Amendment Increasing Funding For FBI Salaries And Expenses By $25 Million.** In June 2015, Perry voted for an amendment increasing funding intended for FBI salaries and expenses by $25 million in the FY 2016. "House Vote 275 Fiscal 2016 Commerce- Justice-Science Appropriations — FBI. Pittenger, R-N.C., amendment that would increase by $25 million the amount that would be provided for FBI salaries and expenses, and would be offset by an equal reduction to the Legal Services Corporation." The amendment failed 163 to 263. [HR 275, Pittenger Amendment, Vote #275, 6/3/15; CQ Bill Tracker, 6/3/15]

**Perry Voted For An Amendment Cutting $1 Million From Justice Department.** In June 2015, Perry voted for an amendment cutting $1 million from the Justice Department' general legal activities. "House Vote 273 Fiscal 2016 Commerce-Justice-Science Appropriations — Justice Department General Legal Activities. Gosar, R-Ariz., amendment that would reduce funding for Justice Department general legal activities by $1 million, and increase the spending reduction account by $1 million." The amendment passed 228 to 198. [H.R. 2578, Gosar Amendment, Vote #273, 6/2/15; CQ Bill Tracker, 6/2/15]


**Perry Voted For Amendment To Increase Funding For Mental Health Courts By $2 Million.** In June 2015, Perry voted for an amendment increasing funding for mental health courts and adult and juvenile collaborations programs by $2 million in FY 2016. "House Vote 272 Fiscal 2016 Commerce-Justice-Science Appropriations — Mental Health Courts and Adult and Juvenile Collaboration Program Grants. Lujan Grisham, D-N.M., amendment that would increase funding for mental health courts and adult and juvenile collaboration program grants by $2 million, which would be offset by a $2 million reduction in funding for the Justice Department's general administration salaries and expenses account." The amendment was adopted 417 to 10. [HR 2578, Grisham Amendment, Vote #272, 6/2/15; CQ Bill Tracker, 6/2/15]

**Perry Voted For Consideration Of Bill Providing For $51.4 Billion In Funding For The Departments Of Justice And Commerce.** In June 2015, Perry voted for a resolution providing for the consideration of H.R. 2557 and H.R. 2578. According to CQ Bill Track, "A resolution providing for consideration of HR 2577, a bill making appropriations for the Departments of Transportation, and Housing and Urban Development, and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes, and providing for consideration of HR 2578, bill making appropriations for the Departments of Commerce and Justice, Science and related agencies for the fiscal year ending Sept. 30, 2015, and for other purposes." According to the Hill, "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." The resolution passed 242 to 180. [H. Res. 287, Vote #268, 6/2/15; CQ Bill Track, 6/1/15; The Hill, 6/3/15]

> **Appropriations Bill Would Have Relaxed Gun Restrictions.** "The House on Wednesday passed the fourth of a dozen spending bills for fiscal 2016, funding the Justice and Commerce departments as well as science agencies. Lawmakers approved the $51.4 billion measure in a 242-183 vote, after adopting amendments regarding gun control, immigration, U.S.-Cuba relations, Guantánamo Bay and marijuana…. Passage of the bill came after the White House threatened to veto the legislation because of insufficient funding levels, capped by sequestration, and controversial policy riders that would undermine President Obama's policy to normalize relations with Cuba, relax gun restrictions and block funds for the transfer of any detainees at Guantánamo Bay prison to the United States." [The Hill, 6/3/15]

## Defense

**Perry Voted For Expanding Protections For FBI Whistleblowers.** In December 2016, Perry voted for "Chaffetz, R-Utah, motion to suspend the rules and pass the bill that would extend new protections to FBI employees who file grievances authorized by a law or regulation, disclose information to the inspector general or refuse to obey an order that would require the employee to violate a law." The motion passed 404 to 0. [H.R. 5790, Vote #616, 12/7/16; CQ, 12/7/16]

**Perry Voted For FY 2017 National Defense Authorization Act.** In December 2016, Perry voted for "Adoption of the conference report on the bill that would authorize $611.2 billion for defense programs in fiscal 2017, including $59.5 billion for overseas operations in Afghanistan, Iraq and Syria. It would authorize $222.4 billion for operations and maintenance; $139.6 billion for military personnel; $7.9 billion for military construction and family housing; $10 billion for ballistic-missile defense; and $33.5 billion for defense health care programs, including $374 million from the overseas operations account. It would prohibit the use of funds for a new round of base closures. The bill would authorize a 2.1 percent pay raise for military personnel. It would elevate U.S. Cyber Command to an independent major command within the Defense Department. It would prohibit detainees at Guantanamo Bay, Cuba, from being transferred to U.S. soil, and would prohibit the closing of the main base and detention facility at Guantanamo. It would extend, through 2017, the authority for several bonus and special payments for military members." The bill passed 375 to 34. [S. 2943, Vote #600, 12/2/16; CQ, 12/2/16]



**Perry Voted Against Requiring The Treasury Department To Submit A Number Of Reports To Congress Related To National Security.** In July 2016, Perry voted against "Fitzpatrick, R-Pa., motion to suspend the rules and pass the bill that would require the Treasury Department to submit a number of reports to Congress, including a report on U.S. embassies with full-time or temporary Treasury attaches, a report on the advisability and implications of transforming the Office of Terrorism and Financial Intelligence into a stand-alone bureau within the Treasury, and an assessment of a pilot program to provide technical assistance to depository institutions and credit unions operating in Somalia. The measure would also expand geographic targeting orders issued by the Treasury Department to include all funds, including funds involved in electronic transfers." The motion was agreed to 362-45. [HR 5607, Vote #402, 7/11/16; CQ Floor Votes, 7/11/16]

**Perry Voted For Closing Meetings Of The Conference Committee On National Defense Authorization To Members Of The Public When Classified National Security Information May Be Discussed.** In July 2016, Perry voted for "Thornberry, R-Texas, motion that the meetings of the conference between the House and the Senate on S 2943 (National Defense Authorization) may be closed to the public at such times as classified national security information may be discussed, provided that any sitting member of Congress shall be entitled to attend any meeting of the conference." The motion was agreed to 397-14. [S 2943, Vote #400, 7/8/16; CQ Floor Votes, 7/8/16]

**Perry Voted For Defunding Changes To The Selective Service System Registration Requirements.** In July 2016, Perry voted for "Davidson, R-Ohio, amendment that would prohibit the use of funds to change the Selective Service System registration requirements." The amendment was adopted in Committee of the Whole 217-203. [H Amdt 1244 to HR 5485, Vote #379, 7/7/16; CQ Floor Votes, 7/7/16]

> **Amendment Effectively Prevented Women From Having To Register For The Draft.** "The House on Thursday adopted an amendment that would effectively prevent women from having to register for the draft. The amendment to a general government spending bill, offered by Rep. Warren Davidson, R-Ohio, was approved 217-203. It would prohibit federal funds from being used to change the Selective Service registration requirements." [Roll Call, 7/7/16]

**Perry Voted For Decreasing Funding For The Selective Service System By $23 Million.** In July 2016, Perry voted for an amendment that would "decrease funding for the Selective Service System by $23 million and increase the spending reduction account by the same amount." The amendment failed 128-294. [HR 5485, Vote #363, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Amendment That Would Prohibit DOD From Moving Guantanamo Detainees To The United States.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "prohibit use of funds by the Defense Department to survey, assess or review potential locations in the United States to house Guantanamo Bay detainees." The amendment passed 245-175. [HR 5293, Vote #319, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Amendment That Would Prohibit Funding For DOD Directive That Addressed Climate Change.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "prohibit use of funds to implement a Defense Department directive related to climate change." The amendment passed 216-205. [HR 5293, Vote #314, 6/16/16; CQ Floor Votes, 6/16/16]

> **DOD Climate Change Directive Helps Prepare For And Address Effects Of Climate Change.** "The Department of Defense's Directive 4715.21, released in mid-January in accordance with Obama's 2013 executive order requiring government agencies to prepare for climate change, received little coverage when it was first published. … [A]ccording to military and climate experts, it's a critical step toward streamlining how different offices prepare for climate change, including designating specific officials to attend to specific tasks. The assistant secretary of defense for energy, installations and environment is named as DOD's 'primary climate change adaption official' and charged with building infrastructure that will accommodate warming temperatures. The assistant secretary of defense for acquisition is responsible for ensuring weapons systems



and equipment acquisitions are adapted for changing weather patterns. Another official is charged with drawing up plans for future disasters resulting from climate change, from offering humanitarian assistance to preparing for new conflicts." [Politico, 6/23/16]

**Perry Voted For Amendment That Would Allow DOD To Provide New Military Recruits With Cash Voucher For Running Shoes.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that sought to "ensure that the Department of Defense retains its statutory authority to provide new military recruits a small cash voucher that they can use to purchase running shoes for training." The amendment failed 155-265. [HR 5293, Vote #313, 6/16/16; Congress.gov, 6/16/16]

**Perry Voted For Amendment To Cut $200 Million From Reimbursements Owed To Pakistan For Supporting U.S. Military Efforts To Counter ISIS.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "reduce by $200 million funding for payments to reimburse nations for support provided to U.S. military and stability operations in Afghanistan and to counter the Islamic State, with the aim of reducing funding to Pakistan from $900 million to $700 million." The amendment failed 191-230. [HR 5293, Vote #312, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted Against Amendment Eliminating Requirement That U.S. Air Force Base In Germany Only Use U.S.-Sourced Energy.** In June 2016, Perry voted against an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "remove a section of the bill that would require the Air Force to use U.S.-sourced energy as the base load energy for heating at U.S. defense installations in Kaiserslautern, Germany." The amendment passed 268-153. [HR 5293, Vote #311, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted Against Amendment To Prevent Funding For Military Base Closures.** In June 2016, Perry voted against an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "remove a section of the bill that would prohibit use of funds for a new Base Realignment and Closure round." The amendment failed 157-263. [HR 5293, Vote #310, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted Against Amendment That Would Cut $76 Million From Air Force's Long Range Standoff Weapon.** In June 2016, Perry voted against an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "decrease funding for Air Force research and development by $76 million and would transfer the money to the spending reduction account, with the aim of reducing funding for the Long Range Standoff weapon by $76 million." The amendment failed 159-261. [HR 5293, Vote #309, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Amendment That Would Reallocate $109 Million From The Air Force To Defense-Wide R&D, Missile Defense Agency.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "increase funding for defense-wide research and development by approximately $109 million, and would reduce funding for Air Force research and development by the same amount, with the aim of adding additional funding for directed energy and other research and development at the Missile Defense Agency." The amendment failed 177-243. [HR 5293, Vote #308, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted Against Amendment To Provide $1 Million For "Office Of Good Jobs" At DOD By Cutting The Same Amount From Defense-Wide Operations.** In June 2016, Perry voted against an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "decrease funding for defense-wide operations and maintenance by $1 million, and increase funding by the same amount, with the aim of creating an Office of Good Jobs for the Defense Department." The amendment failed 172-248. [HR 5293, Vote #307, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Amendment Increasing Funding For Army Operations And Maintenance, While Cutting Defense-Wide Operations.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "increase funding for Army operations and maintenance by $170 million, with the aim of preventing a cut to depots and the Organic Industrial Base, which would be offset by reductions in


funding for defense-wide operations and maintenance and certain environmental restoration accounts." The amendment failed 205-216. [HR 5293, Vote #306, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For FY2017 Military Construction And Veterans Affairs Appropriations Bill.** In May 2016, Perry voted for the House Military Construction-Veterans Affairs Appropriations bill that "would provide $81.6 billion in discretionary spending, including $172 million in Overseas Contingency Operations funding. The Veterans Health Administration's medical services account would receive a total of $52.5 billion for veterans medical services for fiscal 2017, the bulk of which would be advance funding that was provided by prior-year appropriations laws. It would provide $7.9 billion for military construction, including $1.3 billion for family and military housing. The bill would provide $66.4 billion in advance appropriations for certain VA medical accounts for fiscal 2018. It also would include $103.9 billion in advance fiscal 2018 appropriations for mandatory VA benefits." The bill passed, 295-129. [HR 4974, Vote #228, 5/19/16; CQ Floor Votes, 5/19/16]

**Perry Voted For FY2017 National Defense Authorization Act.** In May 2016, Perry voted for the FY2017 National Defense Authorization ActNDAA, "that would authorize $602.2 billion in discretionary funding for defense programs in fiscal 2017. The total would include $58.8 billion for Overseas Contingency Operations funding, of which $23.1 billion of would be used for non-war, base defense budget needs. As amended, the bill would require the president to seek Senate confirmation of his national security adviser if the staff of the National Security Council exceeds 100 employees." The bill passed, 277-147. [HR 4909, Vote #216, 5/18/16]

**Perry Voted Against Repealing 2001 Authorization For Use Of Military Force.** In May 2016, Perry voted against an amendment "that would repeal the 2001 Authorization for Use of Military Force 90 days after the bill's enactment." The amendment failed, 138-285. [HR 4909, Vote #210, 5/18/16]

**Perry Voted For FY 2016 National Defense Authorization Act, Which Lifted Sequester Caps On Defense Spending For Two Years.** In November 2015, Perry voted for suspending the rules and passing the FY 2016 National Defense Authorization Act. The bill provided that, "the annual [defense] spending caps will be lifted for another two years, the 10-year spending caps created under the Budget Control Act of 2011 remain in place." The bill passed 370-58. [S 1356, Vote #618, 11/5/15; Vice News, 10/29/15]

    **FY 2016 NDAA Included $715 Million For Iraqi Forces Fighting ISIS.** "Fiscal 2016 Defense Authorization — Passage…It also would authorize $715 million for security assistance to Iraqi forces fighting the Islamic State of Iraq and the Levant (ISIL)." [CQ, accessed 1/7/16]

    **FY 2016 NDAA Included $599 Billion In Discretionary Funding For Defense Programs.** "Fiscal 2016 Defense Authorization — Passage… the bill that, as amended, would authorize $599 billion in discretionary funding for defense programs in fiscal 2016." [CQ, accessed 1/7/16]

    **FY 2016 NDAA Included Provisions Restricting The Ability Of The President To Transfer Prisoners From Guantanamo Bay Detention Center To Third Party Countries.** "Fiscal 2016 Defense Authorization — Passage… The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries." [CQ, accessed 1/7/16]

**Perry Voted For Eliminating $500 Million In New Funding For The Maritime Security Program.** In October 2015, Perry voted for an amendment to strip $500 million in new funding for the Maritime Security Program. According to Democratic Whip Steny Hoyer, "This amendment would harm America's national security. Under the program that it seeks to eliminate, the Pentagon reserves capacity on roughly 60 U.S.-flagged commercial ships to ensure the supply and transport of American troops. It is a program that supports our private sector as well, requiring the Defense Department to contract private commercial ships rather than building their own. So there was not redundancy, but complementary ability. It is a program that enhances America's national security by ensuring that our military can depend on U.S.-flagged and crewed vessels instead of foreign ones. It is a program that supports important domestic maritime jobs." The amendment failed 109 to 306. [HR 702, Vote #545, 10/9/15; Amash Amendment, 10/9/15]


**Perry Voted For Agreeing To The Conference Report Of The FY16 National Defense Authorization Act.** In October 2015, Perry voted for "Adoption of a conference report to accompany the National Defense Authorization Act (HR 1735) that would authorize $604.2 billion for discretionary defense spending, including $515 billion for discretionary spending subject to sequester-reduced spending caps for FY 2016 for the base defense budget and $89.2 billion for the Overseas Contingency Operations (OCO)." The conference report was adopted, 270-156. [HR 1735, Vote #532, 10/1/15; CQ, 10/1/15]

> **President Obama Vetoed The Bill Because It Sidestepped Budget Limitations And Restricted Transfer Of Detainees Held At Guantanamo Bay.** "President Obama exercised his veto power Thursday for just the fifth time in his presidency, rejecting a defense authorization bill because of the way it would sidestep budget limitations for the military and because it would restrict the transfer of detainees being held at Guantanamo Bay. The White House said that the National Defense Authorization Act (NDAA) would tap an overseas contingency operations account designed for emergencies and war costs and use it as a 'slush fund' to avoid budget restrictions. Those restrictions — known as sequestration — would impose offsetting across-the-board cuts if spending passed certain levels." [Washington Post, 10/22/15]

> **Bill Included 1.3 Percent Military Pay Raise.** "The bill includes a host of military pay and benefits authorizations, and would allow Obama to set the 2016 military pay raise at 1.3 percent." [Military Times, 10/1/15]

**Perry Voted Against Shifting $38 Billion From OCO Account To Defense Base Budget.** In October 2015, Perry voted against a motion that "would transfer $38.3 billion from the Overseas Contingency Operations (OCO) account to the Department of the Defense based budget by striking the requirement that the administration treat these funds as emergency war funding." The motion failed, 186-241.   [CQ Floor Votes, 10/1/15; HR 1735, Vote #531, 10/1/15]

**Perry Voted For The House Version Of The Fiscal Year 2016 $578.6 Billion Defense Appropriations Bill.** In June 2015, Perry voted for legislation to "provide $578.6 billion in discretionary funding for the Defense department in fiscal 2016. The total would include $490.2 billion in base Defense department funds and $88.4 billion for the Overseas Contingency Operations account, and would provide that $37.5 billion in OCO funding be used in support of base budget requirements. The bill would provide roughly $218.8 billion for operations and maintenance, approximately $116.7 billion for procurement, approximately $67.9 billion for research and development and $133.2 billion for military personnel, including a 2.3 percent pay raise. It also would provide roughly $31.7 billion for the Defense Health Program. The measure would provide $715 million for security assistance to Iraqi forces fighting the Islamic State and at least $600 million to aid Jordan in its fight against that group. It also would provide $600 million to continue training and equipping moderate Syrian opposition forces and would appropriate $200 million for lethal weapons for Ukraine. As amended, the bill would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The bill passed 278-149. [HR 2685, Vote #358; CQ Floor Votes, 6/11/15]

> **Bill Added $38 Billion Above The Budget Caps Created By The Sequester.** "The House on Thursday approved this year's spending bill for the Pentagon in a 278-149 vote. Passage of the $579 billion bill came after the White House threatened a veto of the legislation over insufficient funding levels and controversial policy riders that would prohibit funds from being used to transfer detainees imprisoned at Guantanamo Bay to the United States. It also passed despite heavy opposition among Democrats and some conservatives over the use of a war fund to boost defense spending next year. Republicans added $38 billion to the war fund to give the Pentagon spending above the budget caps created by the sequester, but they left the limits in place for nondefense spending. Democrats and the White House want the sequester lifted in full." [The Hill, 6/11/15]

**Perry Voted Against An Additional $5 Million For Funding Army Medical Research.** In June 2015, Perry voted against "an additional $5 million for the U.S. Army Medical Research and Material Command to implement



congressionally-directed medical research programs and an additional $2 million for the Operation and Maintenance Army account. It also would provide an additional $2 million for the Operation and Maintenance Defense-Wide account and reduce funding for that account by $9 million." The motion to recommit failed 186-240. [HR 2685, Vote #357; CQ Floor Votes, 6/11/15]

**Perry Voted For Prohibiting Department Of Defense From Transferring Mine-Resistant Ambush-Protected Vehicles To Local Law Enforcement Agencies.** In June 2015, Perry voted for the prohibition of "funds to transfer mine-resistant ambush-protected vehicles from the Defense Department to local law enforcement agencies." The amendment failed, 166-262. [HR 2685, Vote #353; CQ Floor Votes, 6/11/15]

> **The Pentagon Has Transferred Mine-Resistant Ambush Protected Vehicles To Law Enforcement Agencies In Recent Years.** "Here at The Watch, we're looking for the smallest town in America to acquire an MRAP, or Mine-Resistant Ambush Protected armored personnel vehicle. For the past few years, the Pentagon has been giving these vehicles to police departments across the country. The unwieldy behemoths have little real application in domestic police work. They're designed for use on a battlefield. (The Pentagon offers no training to police departments when it gives the vehicles away. And they've been known to tip over.)" [Washington Post, 4/18/14]

**Perry Voted For Prohibiting Funds For Army Aircrew Combat Uniforms.** In June 2015, Perry voted for an amendment that would have prohibited the "use of funds to procure any Army aircrew combat uniforms." The amendment failed, 51- 378. [HR 2685, Vote #352; CQ Floor Votes, 6/11/15]

**Perry Voted Against Amendment To Prohibit Transferring Flash-Bang Grenades To Local Law Enforcement.** In June 2015, Perry voted against an amendment that would "prohibit use of funds to transfer flash-bang grenades from the Defense Department to local law enforcement agencies." The amendment failed, 165-265. [H.R. 2685, Vote #351, 6/11/15; CQ Floor Votes, 6/11/15]

**Perry Voted For Amendment To Prohibit Navy From Divesting Or Transferring Search And Rescue Units From Marine Corps.** In June 2015, Perry voted for an amendment that would "prohibit use of funds by the Navy to divest or transfer any search and rescue units from the Marine Corps." The amendment failed, 81-347. [H.R. 2685, Vote #350, 6/11/15; CQ Floor Votes, 6/11/15]

**Perry Voted For Reducing Funding For Defense Operation And Maintenance Account By $430 Million.** In June 2015, Perry voted for an amendment "that would reduce the Defense-wide operation and maintenance account by $430 million." The amendment failed, 117-315. [CQ Floor Votes, 6/10/15; HR 2685, Vote #340, 6/10/15]

**Perry Voted For Ending Prohibition On Transferring Funds To Sea Based Deterrence Fund.** In June 2015, Perry voted for an "amendment that would strike section 8122 of the bill, which bars funds from being transferred to the National Sea Based Deterrence Fund." The amendment passed, 321-111. [CQ Floor Votes, 6/10/15; HR 2685, Vote #339, 6/10/15]

**Perry Voted Against Striking Measure To Require Including U.S. Coal For Heating At U.S. Defense Installations Overseas.** In June 2015, Perry voted against an amendment "that would strike section 8053 of the bill, which would require the secretary of the Air Force to implement cost-effective facility heating agreements in the Kasierlautern Military Community in Germany provided that such agreements include U.S. coal as the base load energy for municipal district heat at U.S. defense installations." The amendment passed, 252-179. [HR 2685, Vote #335, 6/10/15]

**Perry Voted Against Increasing Funding For Defense Wide Operations.** In June 2015, Perry voted against an amendment "that would reduce the Army's operation and maintenance funding by $3 million and increase Defense-wide operations and maintenance by a net $2 million." The amendment was rejected, 195-237. [CQ Floor Votes, 6/10/15; HR 2685, Vote #334, 6/10/15]



**Perry Voted For FY16 National Defense Authorization Act.** In May 2015, Perry voted for the FY16 National Defense Authorization Act "that authorizes $612 billion in government funding for programs at the Department of Defense." The bill passed, 269-151. [NBC News, 5/15/15; H.R 1735, Vote #239, 5/15/15]

    **Bill Allowed Concealed Carry Of Firearms On Military Installations.** "The U.S. House passed the National Defense Authorization Act (NDAA) for the 2016 fiscal year on Friday, including an amendment that would allow military base commanders to authorize the concealed carry of firearms on military installations." [KVUE, 5/15/15]

    **Bill Placed Restrictions On President To Transfer Prisoners From Guantanamo Bay.** "The measure would place new restrictions on the ability of the president to transfer prisoners from the Guantanamo Bay, Cuba, detention center to third-party countries and would continue existing prohibitions against transferring such detainees to the United States or its territories." [CQ Floor Votes, 5/15/15]

**Perry Voted Against Ensuring A Pay Raise For Servicemembers & To Ensure They Were Paid In Event Of Government Shutdown.** In May 2015, Perry voted against a motion to recommit that would ensure a 2.3% pay increase for fiscal year 2016 for servicemembers and would ensure that servicemembers are paid in the event of a government shutdown. [HR 1735, Vote #238, 5/15/15]

**Perry Voted Against Striking Provision Placing Limits On Funding Used To Dismantle Nuclear Weapons.** In May 2015, Perry voted against an amendment that would "strike a section of the bill that would place limits on the use of funding authorized for the National Nuclear Security Administration in fiscals 2016 through 2020 for dismantlement of nuclear weapons." The amendment failed, 178-242. [H.R 1735, Vote #237, 5/15/15; CQ Floor Votes, 5/15/15]

**Perry Voted Against Amendment Requiring Funding For Replacement Submarines To Come From Navy Accounts Instead Of Sea-Based Deterrent Fund.** In May 2015, Perry voted against an amendment that would "require funding for the Navy's new Ohio-class replacement submarines to come from their traditional Navy accounts, instead of the Sea-Based Deterrent Fund…" The amendment failed, 43 to 375. [H.R. 1735, Vote #235, 5/15/15; Congress.gov, accessed 5/26/15]

    **Amendment Would Transfer Funds From Sea-Based Deterrent Fund To Navy's Budget.** The amendment would also "[transfer] funds from the Sea-Based Deterrent Fund back into their historic Navy budget lines." [Congress.gov, accessed 5/26/15]

**Perry Voted Against Reducing The Number Of Naval Operation Carriers From 11 To 10.** In May 2015, Perry voted against an amendment reducing from 11 to 10 the statutory requirement for the number of operational carriers that the U.S. Navy must have. The amendment failed, 60- 363. [HR 1735, Vote #228; CQ Floor Votes, 5/14/15]

**Perry Voted Against Reducing Atomic Energy Defense By $25 Million And Apply Savings To Deficit Reduction.** In April 2015, Perry voted against an amendment to the energy and water development funding bill that reduce the Atomic Energy Defense Activities National Nuclear Security Administration, Weapons Activities Account by $25 million and to apply the savings to the spending reduction account. "The first amendment the National Nuclear Security Administration's Weapons Activities Account for the W80-4 Life Extension Program by $25,000,000, applying this savings to deficit reduction. This technology is used in our Long Range Stand Off (LRSO) weapon." The amendment was rejected 149 to 272. [H.AMDT.181, Vote #204, 4/30/15; Congressional Documents, 5/1/15]

**Perry Voted AgainstReducing National Nuclear Security Administration Funding By $167 Million.** In April 2015, Perry voted against an amendment to the energy and water development funding bill that would apply $167,050,000 to the savings reduction account for the new nuclear arm cruise missile. "Quigley, D-Ill., amendment that would reduce the National Nuclear Security Administration weapons activities by $167 million and transfer the


same amount to the spending reduction account." The amendment was rejected 164 to 257. [H.AMDT.181, Vote #203, 4/30/15; CQ 4/30/15]

**Perry Voted For Amendment That Prevented Use Of OCO Funds For Defense Military Construction Projects.** In April 2015, Perry voted for the second Mulvaney amendment that prevented the use of funds under the Pentagon's Overseas Contingency Operations (OCO) account for Defense military construction projects. "Reps. Chris Van Hollen (D-Md.), the top Democrat on the House Budget Committee, and Rep. Mick Mulvaney (R-S.C.), a member of the conservative House Freedom Caucus, offered an amendment to strike provisions of the bill for military construction projects that use funds from the Pentagon's war fund, known as the Overseas Contingency Operations account." The amendment failed to pass 190 to 231. [HR 2029, Vote #186; On Agreeing to the Amendment, 4/29/15; The Hill, 4/30/15]

**Perry Voted For Amendment That Prevented Use Of OCO Funds For Air Force Construction Projects.** In April 2015, Perry voted for the first Mulvaney amendment that prevented the use of OCO funds for Air Force construction projects. "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Mulvaney and Van Hollen plan to propose amendments to strike every penny of OCO money not used for war from here on out, including in Defense and State department bills … The Mulvaney-Van Hollen duo's test vote Thursday night showed they still have some support work to do. The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." The amendment failed to pass 192 to 229. [HR 2029, Vote #185; On Agreeing to the Amendment, 4/29/15; Politico, 4/30/15]

> **Mulvaney Amendments Cut $530 Million In Funds Under Pentagon's Overseas Contingency Operations (OCO) Account For Military Construction Projects.** "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Defense funds were supposed to be frozen below caps laid out in a 2011 deficit-reduction law. But GOP leadership planned to dole out an extra $38 billion for the Pentagon using OCO, which isn't subject to the caps … The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." [Politico, 4/30/15]

**Perry Voted For Amendment That Prevented Use Of OCO Funds For Navy And Marine Corps Construction Projects.** In April 2015, Perry voted for the Van Hollen amendment that prevented the use of OCO funds for Navy and Marine Corps construction projects. "Mick Mulvaney, a South Carolina Republican, and Chris Van Hollen, a Maryland Democrat running for Senate, are joining forces to block a series of Pentagon spending increases that underpin the GOP's spending strategy this year … they could jeopardize a $38 billion Pentagon boost that GOP leaders used to woo support from defense hawks … Mulvaney and Van Hollen plan to propose amendments to strike every penny of OCO money not used for war from here on out, including in Defense and State department bills … The Mulvaney-Van Hollen duo's test vote Thursday night showed they still have some support work to do. The three Mulvaney-Van Hollen amendments would have eliminate $530 million of OCO money that's supposed to be used for construction projects on military bases and installations." The amendment failed to pass 191 to 229. [HR 2029, Vote #184; On Agreeing to the Amendment, 4/29/15; Politico, 4/30/15]

**Perry Voted For Budget Plan That Prohibited Increased OCO Defense Spending Without Offsetting Cuts.** In March 2015, Perry voted for a budget that would set funding for the Overseas Contingency Operations war funding account at $94 billion in FY2016. This budget plan "would have required offsets over $73.5 billion in the OCO fund, which pays for wars and other overseas activities and is not subject to sequester caps." The amendment failed 105 to 319. [H Con Res 27, Vote #140, 3/25/15; US News, 3/25/15]



**Perry Voted Against A Motion Exempting Federal Regulations Aimed At Halting Nuclear Proliferation From New Rulemaking Requirement.** In February 2015, Perry voted against a motion that would "would provide exemptions for rules and regulations that stop the proliferation, spread or development of nuclear weapons" from the new rulemaking requirements in HR 527, under which "the SBA would have new authority to ensure agencies comply with the law's regulatory review requirements, including by getting more directly involved with agency reviews of proposed rules. It would expand the ability of small businesses and other small entities affected by an agency's regulations to legally challenge those rules." The motion failed, 182-240. [HR 527, Vote #67, 2/5/15; CQ News, 2/5/15, 2/5/15]

## Disaster Aid

**Perry Voted For Codifying FEMA's Search And Rescue System.** In December 2016, Perry voted for "Barletta, R-Pa., motion to suspend the rules and pass the bill, as amended, that would codify the operational requirements of the U.S. search and rescue system and would affirm the Federal Emergency Management Agency's responsibility for the system's administration, and would ensure that private citizens who leave their jobs as part of a FEMA disaster response would be guaranteed their jobs when they return. The measure would require the FEMA administrator to develop a comprehensive plan to finance and replace search and rescue equipment." The motion passed 405 to 7. [S. 2971, Vote #615, 12/7/16; CQ, 12/7/16]

**Perry Voted For A Tax Deduction For Citrus Growers To Expense The Cost Of Replanting Crops Damaged Or Destroyed By Natural Disaster.** In September 2016, Perry voted for a "Buchanan, R-Fla., motion to suspend the rules and pass the bill that would allow citrus growers with at least a majority interest in replanted citrus crops to, under the tax code, expense the cost of replanting crops damaged or destroyed by natural disaster. The measure would allow the expensing the costs of replanting such crops through Dec. 31, 2025." The bill passed 400 to 20. [HR 3957, Vote #528, 9/21/16; CQ, 9/21/16]

**Perry Voted Against Preserving Legal Recourse To Salvage And Reforestation Projects Conducted In Response To Catastrophic Events.** In July 2015, Perry voted against an amendment that would "strike section 203 and Title III from the bill, which impose restrictions on lawsuits. Section 203 prohibits restraining orders, preliminary injunctions and injunctions pending appeal against salvage and reforestation projects conducted in response to catastrophic events." The amendment failed, 181 to 247. [HR 2647, Vote #427, 7/9/15; CQ Floor Votes, 7/9/15]

**Perry Voted Against Striking Provision Allowing Vacant Public Land Grazing Allotments When Existing Allotment Is Unusable Due To Drought Or Wild Fire.** In July 2015, Perry voted against "an amendment to strike section 433, which provides for vacant public land grazing allotments when an existing allotment is unusable due to drought or wildfire." The amendment failed 178 to 251. [HR 2822, Vote #399, 7/8/15; H AMDT 570, 7/8/15]

**Perry Voted Against Amendment To Increase Funding For Inland Oil Spill Programs.** In July 2015, Perry voted against an amendment to increase funding for inland oil spill programs. The Amendment would reduce funding for Bureau of Ocean Energy Management by $5,434,000 and to increase funding for Inland Oil Spill Programs by a similar amount. According to the amendment's sponsor, Rep. Lois Capps, "When it comes to oil spills, the damage gets worse by the minute, so ensuring that spill response teams are properly trained and prepared to respond quickly is essential to minimizing the impacts. This is precisely why the EPA has jurisdiction over the inland oil spill program. … Despite its scope and importance, this program has been seriously underfunded for years, and H.R. 2822 only makes things worse by funding this program at nearly 25 percent less than the President Requested. My amendment would simply increase funding for this program by 5.4 million, to match the President's requested amount of $23.4 million for fiscal year 2016." The amendment failed, 184 to 243. [HR 2822, Vote #394, 7/8/15; Bill Summary, Library of Congress, 7/8/15, House Congressional Record, Page H4741, 6/25/15]

**Perry Voted Against Storm Impact Prevention, FEMA Funding.** In January 2015, Perry voted against a bill "that would authorize $21 million per year from fiscal 2015-2017 for the National Windstorm Impact Reduction Program. For each year, it would authorize $5.3 million for the Federal Emergency Management Agency, $9.7


million for the National Science Foundation, $4.1 million for the National Institutes for Standards and Technology and $2.3 million for the National Oceanic and Atmospheric Administration." The bill passed 381-39. [HR 23, Vote #10, 1/7/15; CQ Votes]

## Economy & Business

**Perry Voted For Establishing New Entities In The Securities And Exchange Commission To Help Small Businesses Comply With Agency Rules And Raise Capital.** In December 2016, Perry voted for the "Garrett, R-N.J., motion to suspend the rules and pass the bill that would establish two new entities within the Securities and Exchange Commission to help small businesses navigate and comply with the agency and regulations, and raise capital. The measure would also increase the number of accredited investors who can form a qualifying venture capital fund to invest in small businesses, would clarify who is considered an accredited investor eligible to make certain small-business investments, and would define a 'crowdfunding' vehicle." The motion passed 391 to 2. [H.R. 6427, Vote #602, 12/5/16; CQ, 12/5/16]

**Perry Voted For Allowing The Department Of Commerce To Promote Concrete Masonry Production.** In November 2016, Perry voted for a motion to suspend the rules and pass, as Amended the Concrete Masonry Products Research, Education, and Promotion Act of 2015 that "would allow concrete masonry producers, through Commerce Department orders, to establish a program of research, generic promotion and education to improve, maintain and develop markets for concrete masonry products." The motion passed 355 to 38. [H.R. 985, Vote #575, 11/14/16; CQ, 11/14/16]

**Perry Voted Against Amendment Narrowing The Exemption From XBRL Reporting Requirements To Only "Emerging Growth Companies."** In February 2016, Perry voted against an amendment "narrow[ed] the underlying bill's exemption from XBLR requirements to only 'Emerging Growth Companies' and only for a period of three years, while permitting such companies to elect to use XBLR for such reporting." The amendment failed 173 to 248. [HR 1675, Vote #59, 2/3/16; Daily Whip, 2/3/16; CQ Floor Votes, 2/3/16]

> **XBRL Is A Financial Reporting Language Provides Faster And More Efficient Reporting For Compliance, Performance, And Business Reports.** "In a nutshell, XBRL provides a language in which reporting terms can be authoritatively defined. Those terms can then be used to uniquely represent the contents of financial statements or other kinds of compliance, performance and business reports. XBRL lets reporting information move between organisations(sic) rapidly, accurately and digitally." [XBRL.org, accessed 3/9/16]

> **"Emerging Growth Companies" Are Companies With Gross Annual Revenues Less Than $1 Billion.** "An 'emerging growth company' is defined in the Securities Act and the Exchange Act as an issuer with "total annual gross revenues" of less than $1 billion during its most recently completed fiscal year." [Securities and Exchange Commission, 12/21/15]

**Perry Voted Against Limiting The Exemption From XBRL Reporting For Emerging Growth Companies To Companies That Are First Required To File With The SEC After The Bill's Enactment.** In February 2016, Perry voted against an amendment that would "limit the exemption under the bill for emerging growth companies and companies with annual revenues of less than $250 million from the current requirement for companies to use eXtensible Business Reporting Language (XBRL), an interactive data format, for filing financial statements with the Securities and Exchange Commission. Specifically, the amendment would limit the exemption to issuers that are first required to file financial statements after the bill's enactment." The amendment failed 194 to 221. [HR 1675, Vote #58, 2/3/16; CQ Floor Votes, 2/3/16]

> **XBRL Is A Financial Reporting Language Provides Faster And More Efficient Reporting For Compliance, Performance, And Business Reports.** "In a nutshell, XBRL provides a language in which reporting terms can be authoritatively defined. Those terms can then be used to uniquely represent the contents of financial statements or other kinds of compliance, performance and business reports. XBRL lets reporting information move between organisations(sic) rapidly, accurately and digitally." [XBRL.org, accessed 3/9/16]



**Perry Voted Against Amendment Directing Securities And Exchange Commission (SEC) To Study Prevalence Of Employee Ownership Plans In Companies That Include Social Benefit.** In February 2016, Perry voted against an amendment that would have "direct[ed] the Securities and Exchange Commission to study and report to Congress on the prevalence of employee ownership plans within companies that include a flexible or social benefit component in their articles of incorporation, as permitted by relevant state laws." The amendment failed 180 to 243. [HR 1675, Vote #57, 2/3/16; CQ Floor Votes, 2/3/16]

**Perry Voted For Bill To Undercut The Federal Reserve's Ability To Independently Set U.S.  Monetary Policy.**   In November 2015, Perry Perry Voted Forthe Fed Oversight Reform and Modernization (FORM) Act, a bill that would direct the Federal Reserve to be "more open in communicating monetary policy decisions and require it to use a mathematical rule in deciding on interest rates… Under the bill, the Fed would be required to use a formula to set interest rates but would be allowed to deviate from that strategy if economic conditions warranted a change. The Fed's chosen formula would be subject to a review by the Government Accountability Office, and the GAO would be required to audit the Fed anytime the central bank chose to make changes to its rule." The bill passed by a vote of 241-185. [H R 3189, Vote #641, 11/19/15; Associated Press, 11/19/15]

**Perry Voted Against Amendment That Increased The Freight Program Small Project Funding.** In November 2015, Perry oted against an amendment that "sought to increase the freight program small project set aside from 10 percent to 20 percent" The amendment failed, 160 to 263. [HR 22, H Amdt. 764, Vote #592, 11/3/15]

> **Transportation Bill Included Funding For National Freight Program.**  "Several members also praised the creation of a national freight program, funded at $725 million in fiscal 2016, $735 million in fiscal 2017 and $750 million each year thereafter. California transportation agencies, such as the Alameda Corridor-East Construction Authority in the San Gabriel Valley, supported the idea, Napolitano's staff said. The program designates certain highways as part of a national freight network, providing $4.5 billion a year to expand the network's capacity and reduce congestion." [Los Angeles Times, 11/12/15]

**Perry Voted Against Amendment That Allowed Government Projects To Be Combined To Meet Higher Project Threshold.** In November 2015, Perry voted against an amendment that "sought to allow for a program of eligible projects to count as a single project to meet the $100 million threshold of project costs. An amendment numbered 31 printed in Part B of House Report 114-325 to allow for a program of eligible projects to count as a single project to meet the $100,000,000 threshold of project costs." The amendment failed, 174 to 248. [HR 22, H Amdt. 763, Vote #591, 11/3/15]

**Perry Voted Against Extending The Redesignation Period For Historically Underutilized Business Zones To Seven Years.** In July 2016, Perry voted against "Carney, D-Del., amendment that would extend the redesignation period for HUBZones, a Small Business Administration program for small companies, to seven years." The amendment was rejected in Committee of the Whole 131-292. [H Amdt 1265 to HR5485, Vote #393, 7/7/16; CQ Floor Votes, 7/7/16]

> **Historically Underutilized Business Zone Program Helped Small Businesses In Urban And Rural Communities.** "The Historically Underutilized Business Zones (HUBZone) program helps small businesses in urban and rural communities gain preferential access to federal procurement opportunities." [U.S. Small Business Administration, accessed 3/15/17]

**Perry Voted For A Motion To Suspend The Rules And Vote On A Bill Creating A Special Investment Vehicle To Pool Funds To Invest In Small Companies.** In July 2016, Perry voted for a motion to "suspend the rules and pass the bill, as amended, that would create a special purpose investment vehicle ('crowdfunding vehicle') through which multiple investors can pool funds to invest in small companies. The measure would also increase the individual investor and investment thresholds that trigger a requirement to register with the Securities and Exchange Commission." The motion passed 394-4. [HR 4855, Vote #350, 7/5/16; CQ Floor Votes, 7/5/16]



**Perry Voted For A Motion To Suspend The Rules And Pass A Bill Increasing The Number Of Accredited Investors Who Can Form A Venture Capital Fund To Form Small Businesses.** In July 2016, Perry voted for a motion to "suspend the rules and pass the bill, as amended, that would increase from 100 to 250 the number of accredited investors who can form a venture capital fund to invest in small businesses." The motion passed 388-9. [HR 4854, Vote #349, 7/5/16; CQ Floor Votes, 7/5/16]

**Perry Voted Against Requiring Minority And Women Owned Small Business Representatives On Small Business Advisory Council.** In April 2015, Perry voted against an amendment "that would require the Consumer Financial Protection Bureau to include representatives of minority- and women-owned small-business concerns as members of the Small Business Advisory Board." The amendment was passed 244-173. [HR 1195, Vote #165, 4/22/15; CQ News, 4/22/15]

**Perry Voted For Considering Bill Establishing Small Business, Credit Union, and Community Bank Advisory Boards On House Floor.** In April 2015, Perry voted for considering a bill establishing a small business advisory board, credit union advisory council, and community bank advisory council as a part of the Consumer Financial Protection Bureau. The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

**Perry Voted AgainstAmendment Striking Provision In Bill Which Allowed SBA's Chief Counsel To Set Size Small Business Size Standards. .** In February 2015, Perry voted against Schrader of Oregon Part A Amendment No. 4, an amendment to the Small Business Regulatory Flexibility Improvements Act of 2015 that would strike a provision in the bill that would provide the Small Business Administration's chief counsel with authority to set size standards for small businesses and approve such standards.  The amendment failed 184 to 234. [HR 527, Vote #65, 2/5/15; CQ]

**Perry Voted Against Repealing Statutory Changes Of Bill If GDP Growth Remained Under 5% First Year After Enactment.** In February 2015, Perry voted against Connolly of Virginia Part C Amendment No. 3, an amendment to the Unfunded Mandates Information and Transparency Act of 2015 that would "provide that in the event that the average annual rate of real gross domestic product (GDP) growth remains below 5 percent over the first four calendar quarters occurring after the date of enactment of H.R. 50, then the statutory changes made by the bill would be repealed." HR 50 itself "would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The amendment failed 173 to 249. [HR 50, Vote #62, 2/4/15; Congress.gov, 2/4/15; CQ News HR 50 Coverage, 2/4/15]

**Perry Voted Against Amendment Eliminating Requirement That Agencies Provide Regulatory Cost-Benefit Analysis At Congressional Request.** In February 2015, Perry voted against Cummings of Maryland Part C Amendment No. 2, an amendment to the Unfunded Mandates Information and Transparency Act of 2015 that would "strike section 12 of the bill, which would require Federal agencies to conduct a retrospective cost-benefit analysis of any regulation at the request of the Chairman or Ranking Member of a Congressional Committee."  The amendment failed 179 to 245. [HR 50, Vote #61, 2/4/15; Congress.gov, 2/4/15]

## Education

**Perry Voted For Blocking A Vote On A Bill That Would Allow Student Loan Borrowers To Refinance Their Existing Loans At Lower Interest Rates.** In September 2016, Perry voted for a "Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 897) that would provide for additional House floor consideration of the bill (HR 5303) that would authorize 31 Army Corps of Engineers water resources projects, including navigation, flood control, environmental restoration and natural disaster damage projects, and would provide for House floor consideration of the bill (HR 6094) that would delay, by six months, implementation of a Labor Department overtime rules revision." According to the Democratic Leader's office, "The Democratic Previous Question would force a vote on H.R. 1434, the Bank on Students Emergency Loan Refinancing Act, which would allow millions of borrowers to refinance their existing student



loans at lower interest rates, similar to those currently available to new borrowers." The previous question passed 242 to 183. A vote against the previous question would have allowed the bill to be considered. [H Res 897, Vote #565, 9/28/16; CQ, 9/28/16, Democratic Leader, 9/28/16]

**Perry Voted Against An Amendment To Exempt From The Bill's Requirements Rules Relating To Improving The Affordability Of Higher Education.** In September 2016, Perry voted against an "amendment that would exempt rules related to improving the affordability of higher education from the bill's requirement that federal rules that would have an economic impact of $1 billion or more per year have implementation postponed until all legal challenges would be completed." The amendment failed 184 to 237. [HR 3438, Vote #533, 9/21/16; CQ, 9/21/16]

**Perry Voted For Passage Of The Strengthening Career And Technical Education For The 21st Century Act.** In September 2016, Perry voted for "motion to suspend the rules and pass the bill that would reauthorize various career and technical education programs at both secondary and postsecondary levels of education through fiscal 2022. The measure would authorize $1.1 billion for such programs in 2017, would gradually increase the authorization annually, and would peak at $1.2 billion annually in fiscal 2022. The measure would allow states to set their own standards for career and technical education programs, instead of requiring the states to negotiate standards with the Education Department." The motion was agreed to 405 to 5. [HR 5587, Vote #503, 9/13/16; CQ Floor Vote, 9/13/16]

**Perry Voted For D.C. Private School Voucher Program Criticized For Low Educational Standards And Diverting Money Away From Public Schools.** In April 2016, Perry voted forpassage of the Scholarship for Opportunity and Results Reauthorization Act, a bill providing funds for a private school voucher program for K-12 students in the District of Columbia, "the only federally funded, private school voucher program for K-12 students. Local D.C. leaders have long been against the voucher program, arguing that it diverts money and students away from the public school system." The bill passed, 224 to 181. [H Res 4901, Vote # 179, 4/29/16; Washington Post, 4/29/16]

> **Voucher Program Criticized For Lax Educational Standards For Participating Schools**. "A Washington Post investigation in 2012 found that quality controls for schools accepting the vouchers in D.C. were lacking. Hundreds of D.C. students were using their voucher dollars to attend schools that are unaccredited or are in unconventional settings, such as a family-run K-12 school operating out of a storefront, a Nation of Islam school based in a converted Deanwood residence, and a school built around the philosophy of a Bulgarian psychotherapist." [Washington Post, 4/29/16]

**Perry Voted Against Replacing No Child Left Behind And Shifting Accountability Back To States And School Districts.** In December 2015, Perry voted against the Every Student Succeeds Act, which would "replace the No Child Left Behind Act, ending the federal accountability system and shifting academic standards and school accountability authority back to states and local school districts." The bill passed 359-64. [S 1177, Vote #665, 12/2/15; CQ Floor Votes, 12/2/15]

> **States Still Required To Test Students Annually And Report Scores.** "States will still be required to test students annually in math and reading in grades three through eight and once in high school and to publicly report the scores according to race, income, ethnicity, disability and whether students are English-language learners." [Washington Post, 12/10/15]

> **States Will Decide How To Remedy Troubled Schools, How To Weigh Test Scores, And How To Evaluate Teachers.** "[S]tates will decide what to do about the most troubled schools, those where test scores are in the lowest 5 percent, achievement gaps between groups of students are greatest, or where fewer than two-thirds of students graduate on time. And states will decide how to weigh test scores and whether or how to evaluate teachers. They will be allowed to consider other factors, such as whether a school offers challenging courses or the degree of parent involvement. They will set their own goals and timelines for academic progress, though their plans must be approved by the federal Department of Education." [Washington Post, 12/10/15]



**Perry Voted For D.C. Private School Voucher Program.** In October 2015, Perry voted for the Scholarships for Opportunity and Results Act, a bill providing funds for a private school voucher program for K-12 students in the District of Columbia. "House Republicans approved a bill Wednesday to extend the D.C. Opportunity Scholarship Program, the only federally funded, private school voucher program for K-12 students, through 2021. House Speaker John A. Boehner (R-Ohio) authored the bill, which for the first time would require that some students with vouchers take the same standardized tests in math and reading administered to public school students in the District." The bill passed, 240 to 191. [HR 10, Vote #559, 10/21/15; Washington Post, 10/21/15]

> **Critics Cite Lack Of Academic Gains And Poor Management.** "[F]ederal studies have found that the program does not result in statistically significant academic gains for students. And at a time when public schools face increasing scrutiny, the private schools that have received millions of federal voucher dollars have been subject to few quality controls and offer widely disparate experiences, according to a 2012 Washington Post investigation. A Government Accountability Office report the following year found that the voucher program was poorly managed." [Washington Post, 10/21/15]

> > **HEADLINE: "Quality Controls Lacking For D.C. Schools Accepting Federal Vouchers"** [Washington Post, 11/17/12]

**Perry Voted Against Ensuring D.C. Students Be Protected By Civil Rights Laws.** In October 2015, Perry voted against requiring voucher students in the District of Columbia be protected by civil rights, age discrimination, and disability laws, a guarantee not found in the Scholarships for Opportunity and Results Reauthorization Act. The motion failed, 185 to 242. [H.R. 10, Vote #558, 10/21/15; CQ Floor Votes, 10/21/15]

**Perry Voted For Student Success Act To Renew And Overhaul No Child Left Behind.** In July 2015, Perry voted for the Student Success Act, a bill to "renew and overhaul the 2001 landmark elementary and secondary education law (PL 107-110) known as 'No Child Left Behind.'" The bill passed, 218 to 213. [H R 5, Vote #423, 7/8/15; CQ Synopsis, 7/8/15]

> **Student Success Act Would Allow Funding To Follow Students From Lower Income Families To Other Schools, Eliminate And Merge The Funding Of 65 Programs.** "Passage of the bill, as amended, that would reauthorize the Elementary and Secondary Education Act of 1965 (ESEA) and would make fundamental changes to many of its programs through Fiscal 2019. The bill would allow Title I funding to follow individual students to other schools, and eliminates more than 65 elementary and secondary education programs and merges their funding." [CQ Floor Votes, 7/8/15]

> **Student Success Act Would Distribute New Title 1 Block Grants To States, Allow Them To Establish Their Own Teach Evaluation Systems Tied To Student Achievement.** "The new Title I block grant would give states greater flexibility in how funds are used. It would also allow states to establish their own teacher evaluation systems tied to student achievement." [CQ Floor Votes, 7/8/15]

> **Student Success Act Would Reauthorize And Expand Charter School Programs, Increase Parental Choice.** "The bill would also reauthorize and expand the charter school program and includes other provisions to increase parental choice." [CQ Floor Votes, 7/8/15]

**Perry Voted Against A Motion To Guarantee Continued Funding For The Individuals With Disabilities Education Act.** In July 2015, Perry voted against a Democratic motion to recommit that "guarantees continued funding for IDEA [Individuals with Disabilities Education Act], including for students with autism and cognitive disabilities; and protects children with disabilities from abusive seclusion and restraint practices, which, according to the GAO, have resulted in severe injury and even death." The motion failed, 185 to 244. [HR 5, Vote #422, 7/8/15; Democratic Leader – Motion To Recommit, 7/8/15]



**Perry Voted For Allowing Parents To Have Their Children Opt Out Of Federally-Required Standardized Tests.** In July 2015, Perry voted for an amendment to the Student Success Act that, "grants parents the right to opt their children out of federally-required standardized tests." The amendment passed 251 to 178. [HR 5, Vote #420, 7/8/15; Daily Caller, 7/9/15]

**Perry Voted For Allowing States To Opt Out Of Federal Education Requirements Without Losing Federal Funds.** In July 2015, Perry voted for an amendment to the Student Success Act that, "would have allowed states to opt out of federal requirements entirely without losing federal funds." The amendment failed 195 to 235. [HR 5, Vote #419, 7/8/15; Daily Caller, 7/9/15]

**Perry Voted Against Ensuring That Minority And Low-Income Students Are College-Ready.** In July 2015, Perry voted against an amendment to the Student Success Act that would determine, "that the enactment of this Act, and the amendments made by this Act, will not decrease the college and career readiness of students who are racial or ethnic minority, students with disabilities, English learners, and low-income student." The amendment failed 189 to 241. [HR 5, Vote #418, 7/8/15]

**Perry Voted Against Authorizing Funds For Early Childhood Education Scholarships.** In July 2015, Perry voted against an amendment to the Student Success Act that would, "authorize funds for the Secretary of Education to provide grants for early-childhood education scholarships, professional development and licensing credentials, or increased compensation for educators who have attained specific qualifications." The amendment failed 205 to 224. [HR 5, Vote #417, 7/8/15]

**Perry Voted Against An Amendment Awarding Grants For Digital Learning Technologies In Rural Schools.** In July 2015, Perry voted against an amendment to the Student Success Act that would, "authorize the issuance of Education Department grants to rural schools for the deployment of digital learning technologies. Loebsack said educational software and other technology held the promise of 'vastly expanding the educational options and opportunities available to students in rural areas,' providing them with an advanced education similar to that available for urban students." The amendment passed 218 to 213. [HR 5, Vote #416, 7/8/15; Albany Herald, 7/12/15]

**Perry Voted Against Awarding Grants To States To Establish Programs To Recognize Bilingual Students.** In July 2015, Perry voted against an amendment to the Student Success Act that would have, "The Secretary of Education shall award grants to States to establish or improve a Seal of Biliteracy program to recognize student proficiency in speaking, reading, and writing in both English and a second language." The amendment failed 191 to 239. [HR 5, Amendment 39, Vote #415, 7/8/15]

**Perry Voted Against Developing A National Research Strategy That Evaluates Student Learning And Effective Teacher Preparation.** In July 2015, Perry voted against an amendment to the Student Success Act that would, "develop a national research strategy with respect to elementary and secondary education that includes advancing—an annual measure of student learning, including a system of assessments; effective teacher preparation and continuing professional development; education administration; and international comparisons of education." The amendment failed 186 to 245. [HR 5, Amendment 35, Vote #414, 7/8/15]

**Perry Voted Against Amendment Providing School Dropout Prevention And Grants For Raising Academic Achievement Levels.** In July 2015, Perry voted against providing dropout protection and grants to raise academic achievement. "The U.S. House of Representative reconsidered and ultimately passed Wednesday a Republican-backed reauthorization of the Elementary and Secondary Education Act—though it's far from the measure that President Barack Obama may eventually sign into law when it's all said and done …Rep. Wilson: Would provide for school dropout prevention and reentry and provide grants to raise academic achievement levels for all students." The amendment failed, 192 to 237. [HR 5, Vote #413, 7/7/15; Education Week, 7/8/15]

**Perry Voted Against Amendment Requiring The Secretary Of Education To Study The Impacts Of School Start Times On Student Health.** In July 2015, Perry voted against requiring the Secretary of Education to study



the impacts of school start times on student health. "The U.S. House of Representative reconsidered and ultimately passed Wednesday a Republican-backed reauthorization of the Elementary and Secondary Education Act—though it's far from the measure that President Barack Obama may eventually sign into law when it's all said and done … Rep. Alan Grayson, D-Fla.: Would require the Secretary of Education to conduct an assessment of the impact of school start times on student health, well-being, and performance. Failed 198-228." The amendment failed, 199 to 228. [HR 5, Vote #412, 7/7/15; Education Week, 7/8/15]

**Perry Voted For Amendment Allowing States To Withdraw From Common Core Without Jeopardizing Federal Funding.** In July 2015, Perry voted for an amendment allowing states to withdraw from common core without losing their funding. "The first piece of legislation Rep. Lee Zeldin introduced since his election to Congress was an amendment to an education law that would allow states to withdraw from the Common Core standards without jeopardizing federal.States are not required under federal law to adopt the Common Core. Rather, some states that have been recipients of federal grants through President Obama's Race To The Top program were required to implement curriculum guidelines that boost college and career readiness." The amendment passed, 373 to 206. [HR 5, Vote #410, 7/7/15; Politico, 3/3/15]

**Perry Voted Against A Substitute Amendment To Overhaul Elementary And Secondary Education Standards And Funding.** In July 2015, Perry voted against a substitute amendment to the Student Success Act that would "require states to establish college-and career-ready standards in English, math and science for grades K-12 and high-quality assessments aligned to those standards. The amendment would also require state education plans for youth in juvenile institutions, require districts to include teacher salaries in their calculations for Title I funds and require states and districts to publicly report progress in making funding equitable. Furthermore, the amendment would reauthorize and modify the Charter School Program similar to those in HR 5 and create programs for STEM education and literacy from preschool through grade 12, as well as grants for technology infrastructure and for nongovernmental entities to develop curricula in various subject matters. Finally, it would authorize grants to states for high-quality preschool programs and increase authorizations for Native Indian, Hawaiian and Alaska Native education programs, as well as for the education of homeless children and youth." The amendment failed, 187 to 244. [HR 5, Vote #421, 7/8/15; CQ Floor Votes, 7/8/15]

**Perry Voted Against An Amendment To Protect Title II Funding For High Poverty Schools.** In February 2015, Perry voted against an amendment that would delay implementation of the new formula for Title II funding until the Education secretary determines that the implementation will not reduce funding for schools serving high percentages of students in poverty. According to the amendment's sponsor, Rep. Gwen Moore, "Specifically, the No Child Left Behind title II formula for school districts focuses 65 percent of funds on students in poverty and 35 percent on the number of students, which is students in poverty versus just the number of students. The State formula focuses 80 percent of its funding on poverty and 20 percent on student population. H.R. 5 completely upends this … As written, we have strong reasons to fear that H.R. 5 would result in Federal dollars being siphoned away from States and school districts with the poorest students and being awarded to States and schools with higher affluence." The amendment failed, 185 to 239. [HR 5, Vote #99, 2/26/15; House Congressional Record, Page H1265, 2/26/15]

**Perry Voted Against An Amendment To Restore Qualification Requirements For Paraprofessional Educators Like Teachers' Aides & Assistants.** In February 2015, Perry voted against an amendment to restore paraprofessional qualification requirements in the Student Success Act, "requirements that existed in the original [No Child Left Behind] NCLB but had been removed from this legislation. Under NCLB, this provision stopped school districts from hiring paras with little experience in education and mandated that they provide training … 'We must ensure that paraprofessionals are qualified to provide much-needed instructional support, support that is often targeted to students who are struggling academically or who need additional help, such as English learners, or students with disabilities. That support is crucial to students, parents, and teachers, particularly in communities where resources are scarce and children are already at a disadvantage,' said [Illinois Federation of Teachers Secretary-Treasurer Marcia] Campbell." The amendment passed, 218 to 201. [HR 5, Vote #98, 2/26/15; IFT, 2/27/15]



**Perry Voted Against An Amendment To Create A Federal Ombudsman For School Textbooks.** In February 2015, Perry voted against an amendment to establish an ombudsman within the Department of Education to act as a neutral arbiter to ensure that textbooks meet academic standards. "Under Castro's proposal, students, teachers and administrators could submit complaints to the Department of Education ombudsman. The ombudsman would not be able to undo state decisions over textbooks, but could help resolve disagreements over textbook content." The amendment failed, 182 to 243. [HR 5, Vote #97, 2/26/15; The Hill, 2/26/15]

**Perry Voted For Decreasing Length Of No Child Left Behind Reauthorization From Six To Three Years.** In February 2015, Perry voted for an amendment to decrease the length of the bill's reauthorization of existing elementary and secondary education law from Fiscal Year 2021 to Fiscal Year 2018. According to Rep. Jared Polis, "Having the Federal education policy in place for long enough for all of its systems around public education to catch up and create rules, create policies to see the new law succeed to the extent that it can are absolutely critical for any Federal education law. The worst possible outcome would be every single 2 or 3 years, this body goes in a radically different direction with regard to Federal education policy, causing every State, every district, every educator, every principal--instead of spending time teaching kids and helping educate children in the classroom-- studying up on Federal education policy, trying to fill out new forms, trying to figure out new testing regimes; and, just as they figure them out, we are going to move the ball again.  Whatever the Federal education policy is, it is very important to have some consistency." [HR 5, Vote #96, 2/26/15; House Congressional Record, Page H1255, 2/26/15]

**Perry Voted Against An Amendment To Authorize STEM Education Grants For Women, Minorities, And Low-Income Students.** In February 2015, Perry voted against an amendment that "would have established a STEM Gateways program for state education agencies to issue grants for educating girls, underrepresented minorities and low-income students in the science, technology, engineering and math fields at elementary schools and secondary schools." The amendment failed, 204 to 217. [HR 5, Vote #95, 2/26/15; Bangor Daily News, 2/27/15]

## Election Law & Campaign Finance

**Perry Voted For Blocking A Vote On A Constitutional Amendment To Bring Increased Transparency To Outside Spending In U.S. Elections.** In September 2016, Perry voted for a "Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 876) that would provide for House floor consideration of the bill (HR 5461) that would require the Treasury secretary to compile and submit to Congress a report detailing the known assets of the top political and military leaders of Iran." According to the Democratic Leader's office, "the Democratic Previous Question will force a House vote on a constitutional amendment to bring increased transparency to outside spending in our elections." The motion was agreed to 242 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 876, Vote #526, 9/21/16; CQ, 9/21/16, Democratic Leader, 11/17/15]

**Perry Voted Against Prohibiting Funding For Broadcast Announcements That Do Not State The Entity Responsible.** In July 2016, Perry voted against "Yarmuth, D-Ky., amendment that would prohibit funds from being used in contravention of section 317 of the Communications Act of 1934, which requires that if payment is made for the broadcast of an announcement, that fact and the identity of the entity making the payment must be announced." The amendment was rejected in Committee of the Whole 189-232. [H Amdt 1268 to HR 5485, Vote #394, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Prohibiting Funds From Enforcing FEC Rule That Members' Corporation's Stockholders Or Personnel From Trade Associations Be Approved By Member Corporations Prior To Solicitation.** In July 2016, Perry voted for the amendment that would "prohibit funds from being used to enforce the requirement of the Federal Election Campaign Act that solicitation of contribution from member corporation's stockholders or personnel from a trade association be separately and specifically approved by the member corporation involved prior to the solicitation and that such member corporation does not approve any such solicitation by more than one



trade association in any calendar year." The amendment passed 235-185. [HR 5485, Vote #371, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Striking Section Of Appropriations Bill Forbidding The Securities And Exchange Commission From Developing A Rule Requiring The Disclosure Of Political Contributions To Tax Exempt Organizations.** In July 2016, Perry voted against  an amendment "that would strike a section of the bill that would prohibit the Securities and Exchange Commission from developing or finalizing a rule requiring the disclosure of political contributions to tax exempt organizations." The amendment failed 186-236. [HR 5471, Vote #365, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Bill That Would Prohibit The IRS From Requiring Tax-Exempt Organizations To Disclose Donor Information.** In June 2016, Perry voted for bill that would amend "the Internal Revenue Code to prohibit the Internal Revenue Service from requiring a tax-exempt organization to include in annual returns the name, address, or other identifying information of any contributor. The bill includes exceptions for: (1) required disclosures regarding prohibited tax shelter transactions; and (2) contributions by the organization's officers, directors, or five highest compensated employees (including compensation paid by related organizations)." The bill passed 240-182. [HR 5053, Vote #303, 6/14/16; CRS Bill Digest, 8/2/16]

> **Bill Would Eliminate Requirement That 501(c) Organizations Disclose Gifts Larger Than $5,000 Along With The Donor's Information; Proponents Argued That Bill Would Protect Personal Information Of Donors, Critics Contended Foreign Donations Would Not Be Prevented.** "House Republicans took a step Tuesday aimed at limiting the reach of the Internal Revenue Service with a bill that would end a requirement for tax-exempt advocacy groups to list large donors as part of their annual tax returns. The [bill] … would eliminate the mandatory listing of gifts larger than $5,000, along with the names and addresses of donors, in the Form 990 for tax-exempt groups organized under section 501(c) of the tax code. … Speaker Paul D. Ryan of Wisconsin and other proponents said the measure was needed to prevent the inadvertent release of confidential data such as donor names and addresses, which are supposed to be redacted when the IRS releases public copies of the annual returns for tax-exempt groups. … Rep. Sander M. Levin … has argued Roskam's proposal could open the door to donations from abroad to so-called social welfare groups that are organized under Section 501(c)(4) of the tax code. Such groups are authorized to spend unlimited amounts on political activity, so long as politics is not their main function." [CQ Roll Call, 6/14/16]

> **Obama Administration: Bill Would Constrain IRS's Ability To Enforce Tax Laws And Limit Transparency.** "The Administration opposes H.R. 5053, the Preventing IRS Abuse and Protecting Free Speech Act, which would constrain the Internal Revenue Service's (IRS) ability to enforce tax laws and reduce transparency." [Executive Office of the President, Statement of Administration Policy, 6/13/16]

**Perry Voted Against Motion Requiring 501(c) Groups That Participate In Political Campaigns To Disclose Donations.** In June 2016, Perry voted against a motion that "would block Republicans' assault on our campaign finance system by requiring disclosure to the IRS of any substantial donations to tax-exempt 501(c) groups that participate in political campaigns." The motion failed 180-238. [HR 5053, Vote #302, 6/14/16; Office of the Democratic Leader, 114th Congress Motions to Recommit, 6/14/16]

**Perry Voted For Blocking Consideration Of The Opioid Abuse Crisis Act And The DISCLOSE Act.** In May 2016, Perry voted for blocking consideration of a vote that would "force a vote on: The Opioid Abuse Crisis Act, which provides $600 million in fully paid-for vital new resources to address the opioid epidemic that kills 78 Americans every day; and The DISCLOSE Act, which would bring desperately needed transparency to the enormous amounts of special interest secret money unleashed by the Supreme Court's wildly destructive Citizens United decision." The previous question carried, 239-176. A vote against the previous question was to force the vote on the Opioid Abuse Crisis Act and the DISCLOSE Act. [H Res 744, Vote #239, 5/25/16; Democratic Leader – Previous Questions, 5/25/16]



**Perry Voted For Blocking Consideration Of Legislation To Require Dark Money Groups To Disclose Their Donors.** In May 2016, Perry voted for blocking consideration of "the DISCLOSE Act, which would bring desperately needed transparency to the tidal wave of secret money unleashed by the Supreme Court's wildly destructive Citizen's United decision, requiring corporate CEOs to stand by their ads in the same way candidates do; and compelling corporations and outside groups to disclose their campaign spending to shareholders, members, and the public." The previous question passed, 239 to 177. A vote against the previous question would have allowed the bill to be considered. [H Res 732, Vote #196, 5/17/16; Democratic Leader – 114th Congress Previous Questions, 5/17/16]

**Perry Voted For Blocking Constitutional Amendment To Overturn Citizens United.** In January 2015, Perry voted for blocking a motion to require Congress to vote on a constitutional amendment to overturn the Supreme Court's Citizens United decision and promote transparency in our political system. The previous question carried, 238-182. A vote against the previous question would have allowed the bill to be considered. [H Res 38, Vote #38, 1/21/15; Democratic Leader – Previous Questions, 1/21/15]

## Energy

**Perry Voted For Allowing The House Energy And Commerce Committee To Spend An Additional $800,000 During The 114th Congress.** In December 2016, Perry voted for "Adoption of the resolution that would allow the House Energy and Commerce Committee to spend an additional $800,000 during the remainder of the 114th Congress." The resolution was agreed to 234 to 181. [H.Res. 933, Vote #595, 12/1/16; CQ, 12/1/16]

**Perry Voted For Continuing To Sell Three Oil Leases In Alaskan Waters.** In July 2016, Perry voted for prohibiting "funds to remove three Alaskan sites from a schedule of potential lease sales within the Bureau of Ocean Management's 2017-2022 Outer Continental Shelf Oil and Gas Leasing Proposed Program." The amendment passed 242-185. [HR 5538, Vote #461, 7/13/16; CQ, 7/13/16]

**Perry Voted For Bill To Streamline The Permitting Process For Pipelines And Natural Gas Exports.** In May 2016, Perry voted for the House version of the North American Energy Security and Infrastructure Act of 2016. The bill, as amended, that would increase the Federal Energy Regulatory Commission's (FERC) authority with regard to licensing and permitting of natural gas pipelines and hydropower projects, and would set statutory deadlines for agencies. It also would set a deadline for the Energy Department to approve or deny applications to export natural gas to within 30 days of the bill's enactment or the close of the application's public comment period, whichever is later. The bill would require FERC to facilitate voluntary information sharing between federal, state, and local authorities and operators and users of the U.S. bulk power system. It would deem mining operations of "strategic and critical minerals" as "infrastructure projects" as described in a 2012 presidential order regarding permitting of infrastructure projects. The measure also would require that additional water be pumped south from Northern California when water levels in the state are generally low rather than retaining water in the north for habitat restoration and other environmental purposes. [S 2012, Vote #250, 5/25/16; CQ Floor Votes, 5/25/16]

**Perry Voted For Blocking A Motion To Halt Lifting The 40-Year Ban On Crude Oil Exports.** In December 2015, Perry voted for blocking a motion to halt lifting a crude oil export ban. According to the Democratic Leader, "The Democratic Previous Question would stop Republicans from lifting the 40-year old ban on crude oil exports, protecting vital American refinery jobs and low gas prices from Republicans' spectacular special-interest giveaway." The previous question carried, 244-177. A vote against the previous question was to prevent lifting the crude oil export ban. [H Res 566, Vote #701, 12/17/15; Democratic Leader – Previous Questions, 12/17/15]

**Perry Voted For Comprehensive Energy Bill Which Authorized Crude Oil Exports.** In December 2015, Perry voted for a bill that "that would revise national energy efficiency standards, require the Federal Energy Regulatory Commission to designate at least 10 corridors across federal lands in the Eastern U.S. where pipelines could be built, and require the Department of Energy to expedite decisions on applications to export liquefied natural gas. As amended, the bill would create a permitting process for cross-border infrastructure projects, allow U.S. export of crude oil, prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, require the


Environmental Protection Agency (EPA) to satisfy regulatory planning and review requirements, place a filing deadline on judicial cases involving energy projects on federal lands, require studies on barriers to the export of natural energy resources and on the shipment of crude oil, and incentivize community solar projects." The bill passed 249-174. [HR 8, Vote #672, 12/3/15; CQ Floor Votes, 12/3/15]

> **The North American Energy Security And Infrastructure Act Intended To Bolster The Strategic Petroleum Reserve.** "The bill is a large energy package that supporters say reinvests in the Strategic Petroleum Reserve, modernizes energy infrastructure against cyber attacks, severe weather and electro-magnetic pulse, and streamlines the approval process for liquefied natural gas export projects." [Washington Examiner, 11/27/15]

**Perry Voted Against Clean Energy Development.** In December 2015, Perry voted against a motion to "recommit the bill to the Committee on Energy and Commerce with instructions to report back to the House with an amendment that would remove market barriers that inhibit the development of renewable energy infrastructure in response to the scientific consensus on climate change." The motion to recommit failed 243-180. [HR 8, Vote #671, 12/3/15; CQ Floor Votes, 12/3/15]

**Perry Voted For An Amendment To Repeal An EPA Rule Establishing Efficiency Standards For Residential Wood Heaters.** In December 2015, Perry voted for an amendment to the North American Energy Security and Infrastructure Act that would "repeal the Environmental Protection Agency's March 2015 rule titled, 'Standards of Performance for New Residential Wood Heaters, New Residential Hydronic Heaters and Forced-Air Furnaces,' which establishes energy efficiency standards for residential wood heaters." The amendment was adopted 247-177. [HR 8, Vote #669, 12/3/15; CQ Floor Votes, 12/3/15]

**Perry Voted For An Amendment To Lift Ban On Exporting Oil.** In December 2015, Perry voted for an amendment to the North American Energy Security and Infrastructure Act that would "allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. The amendment would prohibit U.S. officials from imposing or enforcing restrictions on U.S. crude oil exports, and would require separate reports on how lifting the ban will affect greenhouse gas emissions, national security, and jobs for veterans and women." The amendment was adopted 255-168. [HR 8, Vote #664, 12/2/15; CQ Floor Votes, 12/2/15]

**Perry Voted Against An Amendment To Require Notification To Land Owners When Federally Owned Minerals Have Been Leased For Oil And Gas Development.** In December 2015, Perry voted against an amendment to the North American Energy Security and Infrastructure Act that would "would require the Department of the Interior to notify land owners when federally owned minerals beneath their land have been leased for oil and gas development." The amendment was rejected 206-216. [HR 8, Vote #663, 12/2/15; CQ Floor Votes, 12/2/15]

**Perry Voted Against An Amendment To Incentivize Use Of Local Renewable Thermal Energy And Waste Heat.** In December 2015, Perry voted against an amendment to the North American Energy Security and Infrastructure Act that would "would incentivize local renewable thermal energy and waste heat such as combined heat and power, and would provide technical assistance to eligible entities to establish distributed energy systems." The amendment was rejected 175-247. [HR 8, Vote #662, 12/2/15; CQ Floor Votes, 12/2/15]

**Perry Voted Against Providing Energy Efficiency Grants To Low Income Families.** In December 2015, Perry voted against an amendment that would "reauthorize the Weatherization Assistance Program, under the Energy Conservation and Production Act, and the State Energy Program, under the Energy Policy and Conservation Act, through FY 2020." The program provides grants to improve energy efficiency grants in the homes of low-income families. The amendment failed, 198-224. [CQ Floor Votes, 12/2/15; HR 8, Vote #661, 12/2/15]

**Perry Voted Against Keeping Consumer Protection In Place When Purchasing Energy Star Products Not Delivering Associated Energy Savings.** In December 2015, Perry voted against an amendment "that would



remove the bill's provisions that would prohibit lawsuits when consumers purchase Energy Star products that do not deliver the associated energy savings." The amendment was rejected, 183-239.  [CQ Floor Votes, 12/2/15; HR 8, Vote #660, 12/2/15]

**Perry Voted Against Continuing Reducing Energy From Fossil Fuels In Federal Buildings.** In December 2015, Perry voted against against an amendment "that would continue currently enacted targets for reducing energy from fossil fuels in federal buildings." The amendment failed, 172-246. [CQ Floor Votes, 12/2/15; HR 8, Vote #659, 12/2/15]

**Perry Voted For Creating a Permitting Process For Cross-Border Infrastructure Permitting.** In December 2015, Perry voted for for an amendment that would "create a permitting process including the Department of Energy, Federal Energy Regulatory Commission, and Department of State for cross-border infrastructure projects, including the import and export of water, petroleum, natural gas, and the transmission of electricity." The amendment passed, 263-158. [HR 8, Vote #658, 12/2/15]

**Perry Voted For Keeping Permitting Process Of Pipelines In Place.** In December 2015, Perry voted for an amendment that "would remove the bill's changes to the permitting process of pipelines." The amendment failed, 179-244.  [CQ Floor Votes, 12/2/15; HR 8, Vote #657, 12/2/15]

**Perry Voted For Striking Incentives For Hydropower Operators To Make Energy Efficiency Improvements.** In December 2015, Perry voted for an amendment that "would strike incentives to hydropower operators to make energy efficient improvements and would end the requirement that the Energy Department report on energy savings performance contracts that a federal agency has with electrical utilities. The bill would create an Energy Security and Infrastructure Modernization Fund paid for with sales of oil from the Strategic Petroleum Reserve, as well as a program to improve education and training for energy and manufacturing-related jobs. The amendment would also make a number of technical corrections." The amendment passed, 246-177. [CQ Floor Votes, 12/2/15; HR 8, Vote #656, 12/2/15]

**Perry Voted For Amendment Exempting Low-Volume Manufacturers Of Replica Cars From Safety And Emissions Standards.** In November 2015, Perry voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "exempt low-volume vehicle manufacturers of replica cars from safety and emissions standards. It also would include other provisions related to the National Highway Traffic Safety Administration." The amendment passed 235 to 192. [HR 22, Vote #621, 11/5/15; CQ, 11/5/15]

**Perry Voted For Amendment Requiring The EPA To Ensure Natural Gas Vehicles Would Receive Same Incentives As Electric Vehicles.** In November 2015, Perry voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "require the Environmental Protection Agency's administrator to ensure that preference or incentives provided to electric vehicles would also be provided to natural gas vehicles, and to revise regulations as necessary to do so." The amendment passed 246 to 178. [HR 22, Vote #620, 11/5/15; CQ, 11/5/15]

**Perry Voted For A Bill To Expedite The Mining Permitting Process, And Restrict Civil Suits Over Mining Permits.** In October 2015, Perry voted for a bill to "streamline the permitting process for new mining on federal lands. … H.R. 1937 — the National Strategic and Critical Minerals Production Act of 2015 — which shortens the time for the federal permit process, limits lawsuits against mining permits and gives states more power in the process." The bill passed 254-177. [HR 1937, Vote #565, 10/22/15; Duluth News Tribune, 10/23/15]

> **The Bill Would Have Designated Mines Of "Strategic And Critical Minerals" As "Infrastructure Projects."** Passage of the bill that would deem mining operations of 'strategic and critical minerals' as 'infrastructure projects' as described in a 2012 presidential order regarding permitting of infrastructure projects. The bill would define "strategic and critical minerals" as those that are essential for national defense, energy infrastructure, domestic manufacturing, and for the nation's economic security. [CQ, 10/22/15]


**The Bill Would Have Required "The Lead Agency Responsible For Issuing Mining Permits To Appoint A Project Lead."** "The bill would require the lead agency responsible for issuing mining permits to appoint a project lead to coordinate interagency permitting to minimize delays and set timelines." [CQ, 10/22/15]

**The Bill Would Have "Deem[ed] Requirements Under The National Environmental Policy Act" Fulfilled If The Lead Agency Determines "Certain Factors Specified In The Bill" Will Be Addressed By The State Or A Federal Agency.** "The bill also would deem requirements under the National Environmental Policy Act to have been met if the lead agency determines that any state or federal agency has or will address certain factors specified in the bill, including the environmental impact and public participation." [CQ, 10/22/15]

**The Bill Would Have "Limit[ed] To 60 Days The Period In Which Civil Action Could Be Taken" And "Prevent[ed] The Awarding Of Attorney's Fees."** "The bill also would limit to 60 days the period in which civil action could be taken against the federal government regarding a mining permit and prevent the awarding of attorney's fees under the Equal Access to Justice Act." [CQ, 10/22/15]

**Perry Voted Against An Amendment To Require Proposed Mining Operations Demonstrate Insufficient Supply Of The Mineral To Be Mined.** In October 2015, Perry voted against an "amendment that would require proposed mining operations, in order to be covered under the bill, to demonstrate that the combined capacity of existing domestic mining operations that produce the same mineral is less than 80 percent of the domestic demand for the mineral." The amendment failed 183-246. [HR 1937, Vote #563, 10/22/15; CQ, 10/22/15]

**Perry Voted Against Eliminating The Prohibition On Awarding Attorneys Fees & Eliminating Restrictions On The Judicial Review Period Regarding Mining Permits.** In October 2015, Perry voted against an "amendment that would remove the portion of the bill regarding judicial review. The section of the bill that would be removed includes provisions that would limit to 60 days the period in which civil action could be taken against the federal government regarding a mining permit and that would prevent the awarding of attorney's fees under the Equal Access to Justice Act." The amendment failed, 184-245. [HR 1937, Vote #562, 10/22/15; CQ, 10/22/15]

**Perry Voted For Lifting A 40-Year Ban On The Export Of Crude Oil Produced In The U.S.** In October 2015, Perry voted for a bill that would allow the export of crude oil produced in the United States by removing the export ban imposed by the 1975 Energy Policy and Conservation Act. "Most [Democrats], though, opposed Barton's bill, arguing that its economic impact is overblown and that it will endanger jobs in the refining sector. They also cite environmental risks in pumping more oil for exports. 'This legislation eagerly embraces short-term profits and benefits without understanding — or even considering — the cost of such a major action,' Rep. Frank Pallone Jr. (D-N.J.) said." According to the Wall Street Journal, "The White House has threatened to veto the bill, saying it 'is not needed at this time.'" The bill passed 261 to 159. [HR 702, Vote #549, 10/9/15; The Hill, 10/9/15; Wall Street Journal, 10/9/15]

**Perry Voted For Allowing States To Create Their Own Coal Ash Disposal And Storage Programs.** In July 2015, Perry voted for a bill that "would establish minimum federal standards regarding the disposal and storage of coal combustion residuals (CCR) that would codify parts of the Environmental Protection Agency's (EPA) rule regarding coal ash, while superseding other elements of the rule. Additionally, the bill would permit states to create their own coal ash permit programs, but would provide for EPA oversight of the bill's standards in cases when a state lacks its own program or fails to meet the standards set in the bill. It also would provide that coal ash received by manufacturers who intend to use it for other beneficial uses would not to be considered as a receipt of CCR for state permitting purposes." The amendment passed, 258-166. [HR 1734, Vote #458, 7/22/15; CQ Floor Votes, 7/22/15]

**Bill Would Allow Coal Ash Into Groundwater.** "The Republican-led House of Representatives struck another blow to environmental regulation Wednesday night, passing a bill that will undercut the Environmental Protection Agency's (EPA) coal ash regulations, opponents said . . . . Among the differences, she said, is the fact that the EPA rule prohibits disposing coal ash waste directly into the water supply, while the House bill



does not. In a survey the EPA did of state laws on coal ash, only five of the 25 states surveyed specifically prohibited disposing of coal ash into groundwater, Evans said." [Think Progress, 7/23/15]

**Perry Voted Against Prohibiting Coal Rules To Go Into Effect If It Harmed Infants, Children, And The Elderly.** In July 2015, Perry voted against an amendment that "would prohibit the measure from going into effect if the Environmental Protection Agency determines it will have a negative impact on vulnerable populations, such as infants, children, the elderly, and other subsections of the population identified as vulnerable." The amendment failed, 180-240. [HR 1734, Vote #456, 3/25/15; CQ Floor Votes, 7/22/15]

**Perry Voted For Amendment Prohibiting Use Of Funds To Increase Royalties Paid To The United States For Oil And Gas Produced On Federal Land.** In July 2015, Perry voted for amendment to prohibit the use of funds to increase the rate of any royalty required to be paid to the United States for oil and gas produced on Federal land, or to prepare or publish a proposed rule relating to such an increase. "Finally, two amendments aimed to allow dirty energy companies to continue paying below-market rates for fossil fuels extracted from public lands. An amendment from Rep. Steve Pearce would prohibit any increase in the royalty rates paid for oil and gas." The amendment passed, 231 to 198. [HR 2822, Vote #408, 7/7/15; Huffington Post, 8/11/15]

**Perry Voted Against An Amendment That Would Have Prioritized Reducing Greenhouse Gas Emissions.** In July 2015, Perry voted against an amendment that would have prioritized reducing greenhouse gas emissions. Specifically, the amendment would "prohibit funds from being used in contravention of an executive order establishing an integrated strategy towards sustainability in the federal government and making reduction of greenhouse gas emissions a priority." The amendment failed 237 to 189. [HR 2822, H.AMDT.588, Vote #406, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15]

**Perry Voted Against An Amendment That Would Allow Rules To Consider The Social Cost Of Carbon.** In July 2015, Perry voted against an amendment to "allow rules to consider the social cost of carbon." Specifically, the amendment "prohibits the use of funds for the social cost of carbon to be incorporated into any rulemaking or guidance document until a new Interagency Working Group revises the estimates." The amendment failed 237 to 192. [HR 2822, H.AMDT.580, Vote #403, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15]

**Perry Voted Against An Amendment That Would Have Prevented Hydraulic Fracturing On Federal Land.** In July 2015, Perry voted against an amendment "that would remove the bill's prohibition on BLM from implementing its final rule governing fracking on federal lands." Specifically, the amendment struck "section 439 from the bill which provides for prohibitions regarding hydraulic fracturing." The amendment failed 250 to 179. [HR 2822, H.AMDT.576, Vote #402, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15]

**Perry Voted Against An Amendment That Would Have Removed A Limitation In FY 2016 EPA Funding Bill Updating Ozone Standards So That 85 Percent Of Counties That Do Not Meet Current Standards Comply.** In July 2015, Perry voted against an amendment that struck section 438 from HR 2822, which provided for a limitation on the use of funds regarding ozone standards. Specially, the amendment would have removed "the bill's limitation on EPA from updating its ozone standards until 85% of counties that do not meet the current standard come into compliance." The amendment failed 249 to 180. [HR 2822, H.AMDT.573, Vote #401, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15]

**Perry Voted Against Ending Prohibition On Using Funds For The Social Cost Of Carbon To Be Incorporated Into Rulemaking Until A New Working Group Revised Estimates.** In July 2015, Perry voted against "an amendment to strike section 437, which prohibits the use of funds for the social cost of carbon to be incorporated into any rulemaking or guidance document until a new Interagency Working Group revises the estimates using the discount rates and domestic-only limitation on benefits estimates in accordance with Executive Order 12866." The amendment failed 186 to 243. [HR 2822, Vote #400, 7/8/15; H AMDT 571, 7/8/15]

**Perry Voted For Postponing Enforcement Of EPA Carbon Emission Reduction Rules Until Completion Of All Judicial Challenges**. In June 2015, Perry voted for "passage of a bill that would postpone the dates by when


states and existing fossil-fuel power plants must comply with current or future EPA rules to reduce carbon emissions until all judicial challenges are completed, and it allows state governors to opt out of developing an emissions reduction plan or complying with a federal plan for existing plants if he or she determines that the requirement would have an adverse effect on electricity ratepayers." The bill passed 247 to 180. A "nay" was a vote in support of the president's position. [HR 2042, Vote #384, 6/24/15; CQ Floor Votes, 6/24/15]

**Perry Voted Against Replacing Ability Of Governor To Opt Out Of Clean Power Plan With Requirement That Public Utility Commissions Issue Reliability Analysis On State Or Federal Carbon Emission Plans.** In June 2015, Perry voted against an amendment to Ratepayer Protection  Act of 2015. "EPA Carbon Emission Rules — Judicial Review of EPA Carbon Rules McNerney, D-Calif., amendment that would remove the bill's requirements that EPA's rules are to be delayed pending to resolution of all judicial reviews and instead require a state's public utility commission to conduct an analysis of any state or federal plan." The amendment failed 177 to 250. [HR 2042, Vote #383, 6/24/15; CQ Billtrack, 6/24/15]

**Perry Voted Against Requiring Governors To Certify That Any Electricity Rate Increases Associated With Implementing Clean Power Plan To Be Greater Than Any Cost Associated With Weather Events Associated With Human-Induced Climate Change.** In June 2015, Perry voted against an amendment to the Ratepayer Protection Act of 2015. "EPA Carbon Emission Rules — Governor Certification On Weather Events Rush, D-Ill., amendment that would require a governor's certification that any ratepayer increase associated with implementing a state or federal plan would be greater than any cost associated with responding to extreme weather events associated with human-caused climate change, including sea level rise, flooding, frequent and intense storms, frequent and intense wildfires or drought." The amendment failed 182 to 243. [HR 2042, H.AMDT.527, Vote #382, 6/24/15; CQ Billtrack, 6/24/15]

**Perry Voted Against Requiring A Governor Opting Out Of Clean Power Plan To Include Certification That Electric Generating Units Contribute To Human-Caused Climate Change.** In June 2015, Perry voted against an amendment to the  Ratepayer Protection  Act of 2015. "Amendment sought to require a Governor wishing to opt out of the Clean Power Plan to include a certification that electric generating units are sources of carbon pollution that contribute to human-induced climate change; and that the state or federal plan to reduce carbon emissions from electric generating units would promote national security, economic growth and public health by addressing human induced climate change through the increased use of clean energy, energy efficiency and reductions in carbon pollution." The amendment failed 181 to 245. [HR 2042, H.AMDT.526, Vote #381, 6/24/15]

**Perry Voted Against Amendment Increasing Fees On Oil Companies To Bolster The Pipeline And Hazardous Materials Safety Administration.** In June 2015, Perry voted against an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would have "raised fees on oil companies to increase funding for the Pipeline and Hazardous Materials Safety Administration, which regulates oil pipelines." The amendment failed 202 to 222. [HR 2577, Vote #305, 6/4/15; Scripps Howard Foundation, 6/16/15]

**Perry Voted Against Amendment Continuing ARPA Goal Of Reducing Imports Of Foreign Energy, Through The Development Of Energy Efficiency Technology.** In May 2015, Perry voted against an amendment to the America COMPETES Reauthorization Act of 2015 maintaining greenhouse gas emission goals for ARPA-E projects. The amendment would strike a provision in the bill that removed Advanced Research Projects Agency-Energy (ARPA-E) goals for pursuing the development of energy technologies to reduce foreign energy imports, the reduction of energy-related emissions, including greenhouse gases, and improvement in the energy efficiency of all economic sectors. The amendment failed, 190 to 232. [HR 1806, Amendment #11, Vote #256, 5/20/15; CQ, 5/20/15]

**Perry Voted Against Amendment To Allow Commercial Biofuels Production For Defense Purposes.** In May 2015, Perry voted against an amendment allowing DOE research funds to be used for commercial biofuels production for defense purposes. "Bonamici, D-Ore., amendment that would remove a provision in the bill that would bar funds authorized for an Energy Department bioenergy research program from being used to fund


commercial biofuels production for defense purposes." The amendment failed, 208 to 215. [HR 1806, Amendment #10, Vote #255, 5/20/15; Science Magazine, 5/20/15; CQ, 5/20/15]

**Perry Voted For FY16 Energy-Water Appropriations Bill Appropriating $35.4 Billion For Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs.** In May 2015, Perry voted for the Energy and Water Development bill, which increased funding to weapons programs, Army Corps of Engineers projects and nuclear weapons programs. "The House passed its second 2016 appropriations bill on Friday, this time to fund the Department of Energy and water infrastructure projects. Passed 240-177 along party lines, the measure would provide $35.4 billion for the Army Corps of Engineers, Department of Energy and nuclear weapons programs. The measure provides $1.2 billion more than the current enacted spending level, but $633 million less than what the Obama administration requested." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/1/15; The Hill, 5/1/15]

> **Bill Kept Yucca Mountain Nuclear Waste Site From Being Completely Closed.** In May 2015, Perry voted for the Energy and Water Development bill, which contained funding to ensure that Yucca Mountain Nuclear Waste Site remained open. "House Republicans Friday passed the second of 12 spending bills for the upcoming budget year, a $35 billion measure funding the Energy Department and popular water projects constructed by the Army Corps of Engineers. …The measure includes a big boost to modernize the U.S. nuclear arsenal and also contains money that would keep the Yucca Mountain nuclear waste site in Nevada from being completely shuttered, a challenge to Senate powerhouse Harry Reid, D-Nev., who has been largely responsible for blocking the project in the past." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/1/15; Associated Press, 5/1/15]

> **Bill Provided $150 Million Towards Nuclear Waste Disposal Fund.** "The House passed its second 2016 appropriations bill on Friday, this time to fund the Department of Energy and water infrastructure projects. … In total, the measure provides $150 million for the Nuclear Waste Disposal Program." [The Hill, 5/1/15]

> **Bill Cut $279 Million From Renewable Energy Programs.** "Fearing an escalation of nuclear weapons, Rep. John Garamendi, D-Walnut Grove, on Friday voted against HR 2028, a $35.4 billion appropriations bill that also includes energy and water development projects. The bill passed, 240-177. …Meanwhile, renewable energy programs are funded at only $1.7 billion, a cut of $279 million compared to FY 2015, Garamendi said. The bill also includes language that would weaken the Clean Water Act in some circumstances." [Davis Enterprise, 5/3/15]

> **Bill "Locks In Sequestration."** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after beating back amendments that would drastically slash funding for various Department of Energy research programs. …Democrats criticized spending levels and individual policy riders in the bill, including one that would bar the Obama administration from implementing its National Oceans Policy and another that would permanently block the White House from moving forward on the so-called clean water rule. But their main point of contention was the bill's adherence to an overall spending framework that locks in sequestration." [CQ Roll Call, 5/1/15]

> **Bill Contained Rider Allowing Guns To Be Carried On All Corps Of Engineers' Lands.** In May 2015, Perry voted for the Energy and Water Development bill, which contained a rider allowing guns to be carried on all Corps of Engineers' Lands. "Some provisions in the House energy and water bill approved Friday range far afield, such as a so-called legislative 'rider' allowing guns to be carried on all Corps of Engineers' lands. Citing the politically divisive firearms policy, among other reasons, the White House issued a veto threat against the legislation." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/1/15; San Jose Mercury News, 5/1/15]

**FY16 Water-Energy Appropriations Bill Increasing Funding For Weapons Programs, Army Corps Of Engineer Projects And Nuclear Research.** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after beating back amendments that would drastically slash funding for various Department of Energy research


programs. . . . Nearly all Democrats united to vote against the $35.4 billion spending measure (HR 2028), which advanced by a vote of 240-177 after lawmakers debated amendments late into the night Thursday and early Friday." The bill passed, 240 to 177. [H.R. 2028, Vote #215, 5/1/15; The Hill, 5/1/15]

**Perry Voted Against Appropriating $30 Million Towards Drought Relief, State Electricity Energy Reliability And Assurance.** In May 2015, Perry voted against a motion that would increase funding for drought relief and state electricity energy reliability and assurance by $30 million. The motion failed, 180 to 235. [H.R. 2028, Vote #214, 5/1/15; CQ Floor Votes, 5/1/15]

**Perry Voted For Amendment Reducing Appropriations In FY16 Energy And Water Bill By 1%.** In May 2015, Perry voted for an amendment reducing appropriations in energy and water bill by 1%. "Blackburn, R-Tenn., amendment that would reduce each amount made available under the act by 1 percent." The amendment was rejected, 159-248. [H.R. 2028, Vote #210, 5/1/15; CQ Floor Votes, 5/1/15]

**Perry Voted For Amendment Prohibiting Use Of Funds To Study Report Analyzing Life Cycle Of Green House Gas Emissions And Interactions With Liquefied Natural Gas.** In May 2015, Perry voted for an amendment prohibiting funding for the Department of Energy to consider report analyzing the life cycle of greenhouse gas emissions when making determinations on liquefied natural gas exports. "The chamber approved 232-172 a provision from Pennsylvania Republican Keith Rothfus that would bar funding for the Department of Energy to consider a report that analyzed the life cycle of greenhouse gas emissions when making determinations on liquefied natural gas exports." The measure passed, 232 to 172. [H.R. 2028, Vote #208, 5/1/15; CQ Roll Call, 5/1/15]

**Perry Voted For Amendment Prohibiting Use Of Funds To Enforce Energy Efficiency Standards For Incandescent Light Bulbs.** In April 2015, Perry voted for an amendment prohibiting the use of funds regulate energy efficiency standards for incandescent bulbs. "The House adopted an amendment from Rep. Michael Burgess (R-Texas) late Thursday night that would prohibit the use of funds to enforce energy efficiency standards for incandescent light bulbs. The Texan likened the energy conservation measure to an issue of individual liberty. 'We should not be forcing these light bulbs on the American public,' Burgess said. 'The bottom line is the federal government has no business taking away the freedom of Americans to choose what bulbs to put in their homes.'" The amendment passed, 232 to 189. [H.R. 2028, Vote #207, 4/30/15; The Hill, 5/1/15]

**Perry Voted For Amendment Eliminating Funding For Advanced Technology Vehicles Manufacturing Program.** In April 2015, Perry voted for an amendment eliminating funding for advanced technology vehicles program. "The House also rejected 171-250 an amendment by South Carolina Republican Mark Sanford to eliminate funding for the Energy Department's loan guarantee program for advanced technology vehicle manufacturing. Sanford argued that the program is dated and has outlived its purpose, but Energy-Water cardinal Mike Simpson, R-Idaho, said zeroing out its funding would hamper oversight of the $8 billion in loans already doled out." The amendment failed, 171 to 250. [H.R. 2028, Vote #206, 4/30/15; CQ Roll Call, 4/30/15]

> **Republican Rep. Mike Simpson Opposed Eliminating Funding, Believing It Would "Hamper Oversight Of The $8 Billion In Loans Already Doled Out."** "Sanford argued that the program is dated and has outlived its purpose, but Energy-Water cardinal Mike Simpson, R-Idaho, said zeroing out its funding would hamper oversight of the $8 billion in loans already doled out." [CQ Roll Call, 4/30/15]

**Perry Voted For Amendment Reducing Appropriations In Energy And Water Bill By 11%; National Nuclear Security Administration And Defense Activities Exempted.** In April 2015, Perry voted for an amendment reducing appropriations in energy and water bill by 11%, with the National Nuclear Security Administration, Environmental, defense activities and the Defense Nuclear Facilities Safety Board. "Hudson, R-La., amendment that would reduce funds in the bill by 11 percent across the board, except for those designated for the National Nuclear Security Administration, Environmental and Other Defense Activities or Defense Nuclear Facilities Safety Board." The amendment failed, 143 to 278. [H.R. 2028, Vote #205, 4/30/15; CQ Floor Votes, 4/30/15]


**Amendment Would Have "Slashed Spending By 11.2% Across The Board."** "The House on Friday passed a spending bill that would boost funding for the nation's weapons programs, Army Corps of Engineers projects and nuclear research, after beating back amendments that would drastically slash funding for various Department of Energy research programs. … Simpson and his allies were able to hold off a bevy of amendments seeking to drastically shift or cut funding in the bill, including one from North Carolina Republican Richard Hudson that would have slashed spending by 11.2 percent across the board." [CQ Roll Call, 5/1/15]

**Perry Voted Against Amendment To Add $20 Million To Keep Funding For Energy Technology Research At Current Levels.** In April 2015, Perry voted against an amendment to the energy and water development funding bill that would increase funding for Advanced Research Projects Agency-Energy (ARPA-E) by $20 million and to reduce funding for Departmental Administration by a similar amount. "Earlier in the evening, California Democrat Eric Swalwell proposed an amendment bumping funding for the Advanced Research Projects Agency-Energy up $20 million from the $280 million level in the underlying bill, using funds directed toward departmental administrative functions. The measure would keep funding for the agency, which supports breakthrough energy technology research, at the current level." The amendment was rejected 202 to 219. [H.AMDT.178, Vote #202, 4/30/15; Congressional Quarterly News, 4/30/15]

**Perry Voted Against Amendment To Decrease Funding For Fossil Energy Research And Development By $45 Million.** In April 2015, Perry voted against an amendment to the energy and water development funding bill that would reduce funding for Fossil Energy Research and Development by $45 million and to apply the savings to the spending reduction account. "Page 22, line 20, after the dollar amount, insert "(reduced by $45,000,000)" The amendment was rejected 175 to 246. [H.AMDT.174, Vote #201, 4/30/15; Congressional Quarterly, 4/30/15]

**Perry Voted For Amendment To Cut $3.2 Billion By Eliminating Funding For Renewable Energy And Decreasing Funding For Nuclear Energy.** In April 2015, Perry voted for an amendment to the energy and water development funding bill that would zero out funding for Energy Efficiency and Renewable Energy, reduce Nuclear Energy by $691,886,000, and zero out funding for Fossil Energy and to apply the aggregate savings of $2,954,660,000 to the spending reduction account. "REP. TOM McCLINTOCK, R-Calif, that would eliminate funding for the energy efficiency and renewable energy program, nuclear energy and fossil fuel research and apply the $3.2 billion savings to the spending reduction account." The amendment was rejected 110 to 311. [H.AMDT.172, Vote #200, 4/30/15; Congressional Quarterly House Action Report, 4/30/15]

**Perry Voted For Amendment That Would Have Eliminated Funding For Renewable Energy And Decreased Funding For Nuclear Energy.** In April 2015, Perry voted for an amendment to the energy and water development funding bill that would zero out funding for Energy Efficiency and Renewable Energy and apply the savings of $1,657,774,000 to the spending reduction account. The amendment was rejected 139 to 282. [H.AMDT.172, Vote #199, 4/30/15]

**Perry Voted Against Amendment That Would Have Increased Funding For Renewable Energy And Decreased Funding For Fossil Fuel Energy.** In April 2015, Perry voted against an amendment to increase funding for Energy Efficiency and Renewable Energy by $25,500,000 and to reduce funding for Fossil Energy by $34,000,000. The amendment was rejected 173 to 248. [H.AMDT.167, Vote #198, 4/29/15]

**Perry Voted For Increasing Fossil Energy Research Funding By $50 Million While Cutting Renewable Energy Funding.** In April 2015, Perry voted for an amendment to the energy and water development funding bill that would have increased funding for funding for Fossil Energy Research and Development by $50 million and to reduce funding for Energy Efficiency and Renewable Energy by a similar amount. The amendment was rejected 177 to 244. [H.AMDT.164, Vote #197, 4/29/15]

**Perry Voted Against Amendment That Would Have Increased Funding For Water And Drought Work While Cutting Fossil Fuel Funding.** In April 2015, Perry voted against an amendment to the energy and water



development funding bill that would have increased funding for Water and Related Resources by $5 million and reduced funding for Fossil Energy Research and Development by $20 million. "The same goes for the second amendment Ruiz introduced last week, which moves $5 million away from the study of fossil fuels and towards the study of drought mitigation in the West via the Bureau of Reclamation." The amendment was rejected 172 to 249. [H.AMDT.162, Vote #196, 4/29/15; Desert Sun, 5/2/15]

**Perry Voted For Cutting Funding For Sundry Accounts.** In April 2015, Perry voted for an amendment to the energy and water development funding bill that would have reduced funding for sundry accounts and to apply the aggregate savings of $128,920,000 to the spending reduction account. The amendment was rejected 126 to 295. [H.AMDT.159, Vote #195, 4/29/15]

**Perry Voted For Legislation To Require Expedited Consideration Of LNG Export Permit Applications**. In January 2015, Perry voted for legislation that "would require the Energy Department to make a decision on pending applications to export liquefied natural gas within 30 days of the bill's enactment or at the end of the public comment period, whichever is later. Under the bill, applications would have to publicly disclose the countries that would receive the proposed exports. It also would authorize the U.S. Court of Appeals for the circuit where the proposed export facility will be located to exercise original and exclusive jurisdiction over any civil action pertaining to such applications. The court would be required to order the Energy Department to approve any applications within 30 days if it finds the agency did not issue a decision by the bill's deadline." [HR 351, Vote #50, 1/28/15; CQ, 1/28/15]

**Perry Voted Against A Motion To Prohibit LNG Exports To State Sponsors Of Terrorism & Ensure LNG Exports Are On US-Built Ships.** In January 2015, Perry voted against a motion that would prohibit LNG exports to any nation that is a state sponsor of terrorism, or to any nation or corporation that engages in cyber-attacks against the United States, and would ensure that U.S. flagged and built ships are used to export LNG. The motion to recommit failed, 175-237. [HR 351, Vote #49, 1/28/15; Democratic Leader – Motions to Recommit, 1/22/15]

**Perry Voted For Bill To Expedite FERC Permitting For Natural Gas Pipeline Projects.** In January 2015, Perry voted for a bill that "would require the Federal Energy Regulatory Commission to approve or deny a natural gas pipeline project within one year after receiving a completed application. Federal agencies responsible for issuing permits would have to issue a ruling within 90 days of when FERC issues its final environmental statement for the project. Under the bill, FERC could extend that period for another 30 days. The bill would provide that if a federal agency does not rule within the required time period, the permit will be deemed approved 30 days later." The bill passed, 253 to 169. [HR 161, Vote #41, 1/21/15; CQ, 1/21/15]

**Perry Voted Against Motion To Require Pipeline Owners, Not Taxpayers, Are Liable For Any Cleanup Costs Associated With Pipeline Explosion.** In January 2015, Perry voted against a motion to recommit that would require that natural gas pipeline owners, not taxpayers, are liable for any damages, repair, and clean-up in the wake of a natural gas pipeline explosion. [HR 161, Vote #40, 1/21/15; Democratic Leader – Motions to Recommit, 1/21/15]

**Perry Voted For Approving The Keystone XL Pipeline.** In January 2015, Perry voted for approving the Keystone XL pipeline. "The House voted Friday to approve the Keystone XL pipeline, seizing on the momentum from a Nebraska Supreme Court ruling hours earlier that removed the last major legal obstacle to building the politically charged oil project." The bill passed 266 to 153. [HR 3, Vote #16, 1/9/15; Politico, 1/9/15]

## Environment

**Perry Voted For Authorizing $10 Billion For New Water Projects And $170 Million For Repairs To The Water System In Flint, Mich.** In December 2016, Perry voted for "Passage of the bill, as amended, that would authorize $10 billion for new water projects for construction by the Army Corps of Engineers, would authorize $170 million for repairs to the water system in Flint, Mich., would authorize the corps to conduct feasibility studies for additional projects, would deauthorize nine existing projects and would establish an expedited process for the


deauthorization of other projects that are no longer viable for construction. The measure would require additional water be pumped south from Northern California rather than allowing such water to be retained for environmental purposes. The measure would also allow federal funding to cover the 50 percent of the cost of harbor and channel dredging up to 50 feet." The bill passed 360 to 61. [S. 612, Vote #622, 12/8/16; CQ, 12/8/16]

**Perry Voted Against Making Permanent A 9-Month Buy American Requirement For Iron And Steel Products Used In Drinking Water Projects.** In December 2016, Perry voted against the "Doyle, D-Pa., motion to recommit the bill to the House Energy and Commerce Committee with instructions to report it back immediately with an amendment that would make permanent the requirement that certain drinking water infrastructure projects only use iron and steel products produced in the United States." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would replace the underlying bill's provision that would create a temporary 9-month Buy American requirement for iron and steel products used in drinking water projects with a permanent Buy American requirement for such products." The motion failed 184 to 236. [S. 612, Vote #621, 12/8/16; DemocraticLeader.gov, 12/8/16; CQ, 12/8/16]

**Perry Voted For Renaming The Olympic Wilderness In Washington.** In December 2016, Perry voted for the "Bishop, R-Utah, motion to suspend the rules and pass the bill that would re-designate the Olympic Wilderness in the state of Washington as the 'Daniel J. Evans Olympic National Park Wilderness.'" The motion passed 401 to 8. [S. 3028, Vote #612, 12/7/16; CQ, 12/7/16]

**Perry Voted For Ordering Land In The Federal Arbuckle Water Project In Oklahoma To Be Conveyed To Murray County, Oklahoma.** In December 2016, Perry voted for the "Bishop, R-Utah, motion to suspend the rules and pass the bill that would require the Bureau of Reclamation to convey all land in the maintenance complex and district office of the federal Arbuckle water project in Oklahoma to the Arbuckle Master Conservancy District in Murray County, Okla." The motion passed 412 to 1. [H.R. 1219, Vote #611, 12/7/16; CQ, 12/7/16]

**Perry Voted Against The Water Resources Development Act Authorizing 31 Army Corps Of Engineers Projects, Including Flood Control And Natural Disaster Damage Projects.** In September 2016, Perry voted against the Water Resources Development Act that "would authorize 31 Army Corps of Engineers water resources projects, including navigation, flood control, environmental restoration and natural disaster damage projects." The bill passed, 399 to 25. [H.R. 5303, Vote #572, 9/28/16; CQ, 9/28/16]

**Perry Voted Against A Motion That Would Prevent The U.S. Army Corps Of Engineers From Using Their Resources On A $810 Development Project.** In September 2016, Perry voted against a "DeFazio, D-Ore., motion to recommit the bill to the House Transportation and Infrastructure Committee with instructions to report it back immediately with an amendment that would would prohibit the Secretary of the Army from carrying out a construction project in Upper Trinity River, Modified Central City, Fort Worth, Texas if any part of the project would be the construction of soccer fields, baseball fields, basketball courts or splash parks." According to the Democratic Leader's office, "Democrats' Motion to Recommit would stop Republicans' latest bill from squandering the U.S. Army Corps of Engineers' limited resources by preventing the use of Army Corps resources for the construction of soccer fields, baseball fields, covered basketball courts, and a water splash park as part of a lavish $810 million waterfront development project." The motion failed 181 to 243. [HR 5303, Vote #571, 9/28/16; CQ, 9/28/16, Democratic Leader, 9/28/16]

**Perry Voted Against An Amendment To Provide Additional Assistance To States That The President Declared An Emergency Due To Unhealthy Constituents In The Water System.** In September 2016, Perry voted against a "Kildee, D-Mich., amendment that would authorize the Army Corps of Engineers to provide additional assistance to any community in any state in which the president has declared an emergency as a result of the presence of chemical, physical or biological constituents, including lead or other contaminants in the water system, for the repair or replacement of public and private infrastructure. The amendment would authorize the appropriation of $170 million to remain available until expended." The amendment was adopted 284 to 141. [HR 5303, Vote #570, 9/28/16; CQ, 9/28/16]



**Perry Voted For An Amendment To The Clean Water Act That Would Authorize Funds To The Great Lakes Restoration Initiative.** In September 2016, Perry voted for a "Joyce, R-Ohio, amendment that would amend the Clean Water Act (PL 92-500) to authorize the appropriation of $300 million annually for the Great Lakes Restoration Initiative for fiscal 2017 through fiscal 2021. The initiative would carry out projects to improve water quality in the Great Lakes area." The amendment was adopted 407 to 18. [HR 5303, Vote #569, 9/28/16; CQ, 9/28/16]

**Perry Voted For An Amendment That Would Allow Non-Federal Interests To Undertake Army Corps Of Engineer Projects If It Proved Cost-Effective.** In September 2016, Perry voted for a "Graves, R-La., amendment that would require the Secretary of the Army to allow non-federal interests to undertake Army Corps of Engineers projects if the non-federal interest could demonstrate greater cost effectiveness and project delivery efficiency than the Army Corps of Engineers, and would direct 20 percent of the savings back to other Corps projects." The amendment failed 190 to 233. [HR 5303, Vote #568, 9/28/16; CQ, 9/28/16]

**Perry Voted For Blocking An Amendment That Would Provide Urgent Resources To Address The Flint Water Crisis.** In September 2016, Perry voted for a "Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 892) that would provide for House floor consideration of the bill (HR 5303) that would authorize 31 Army Corps of Engineers water resources projects, including navigation, flood control, environmental restoration and natural disaster damage projects. The rule would waive, for resolutions related to a measure making or continuing appropriations for the fiscal year ending September 30, 2017 and reported through the legislative day of Sept. 30, 2016, the two-thirds majority vote requirement to consider a rule on the same day it is reported from the House Rules Committee. It would grant suspension authority on the legislative days of Sept. 29, 2016 and Sept. 30, 2016." According to the Democratic Leader's office, "Democrats' Previous Question demands an immediate vote on the amendment to H.R. 5303 offered by Congressman Kildee of Michigan, blocked by the GOP rule, which would provide urgent resources to address the Flint Water Crisis." The previous question passed 243 to 178. A vote against the previous question would have allowed the bill to be considered. [HR 5303, Vote #561, 9/27/16; CQ, 9/27/16]

**Perry Voted Against A Bill To Rename A Postal Facility In Illinois To "Abner J. Mikva Post Office."** In September 2016, Perry voted against a "Hice, R-Ga., motion to suspend the rules and pass the bill that would designate the postal facility located at 1101 Davis St. in Evanston, Ill., as the 'Abner J. Mikva Post Office Building.'" The motion was agreed to 391 to 22. [HR 5798, Vote #556; 9/22/16; CW, 9/22/16]

> **The Late Abner Mikva Served As A Congressman From Illinois And A Federal Judge Under President Bill Clinton.** "Former congressman Abner J. Mikva, who represented Evanston in Washington for two decades, was honored Tuesday by the renaming of the Davis Street post office as the Abner J. Mikva Post Office Building. […] In 1974, Mikva was elected to represent Illinois' 10th Congressional District that was based in Evanston. He was reelected three times. During his third term, he was appointed to the U.S. Court of Appeals for the District of Columbia, where he served with Clarence Thomas, Antonin Scalia, and Ruth Bader Ginsburg before their appointments to the U.S. Supreme Court." [Evanston Now, 3/13/17]

**Perry Voted For Blocking An Immediate House Vote On The Families Of Flint Act To Address The Flint Water Crisis.** In September 2016, Perry voted for a "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 879) that would provide for House floor consideration of the bill (HR 5931) that would prohibit, in most instances, the U.S. government from directly or indirectly providing U.S. or foreign promissory notes, including currency, to the government of Iran. The rule would waive, for resolutions related to a measure making or continuing appropriations for the fiscal year ending September 30, 2017 and reported through the legislative day of Sept. 27, 2016, the two-thirds majority vote requirement to consider a rule on the same day it is reported from the House Rules Committee." According to the Democratic Leader's office, "Democrats' Previous Question demands an immediate vote on H.R. 4479, the Families of Flint Act to address the Flint Water Crisis." The previous question passed 236 to 175. A vote against the previous question would have allowed the bill to be considered. [HR 5931, Vote #542, 9/22/16; CQ, 9/22/16, Democratic Leader, 9/22/16]



**Perry Voted Against Exempting Environmental Protection Agency Rules Pertaining To Regulation Of Lead Or Copper In Drinking Water From The Separation Of Powers Restoration Act.** In July 2016, Perry voted against "Johnson, D-Ga., for Conyers, D-Mich., amendment that would exempt rules issued by the Environmental Protection Agency pertaining to regulation of lead or copper in drinking water from the bill's requirements. The bill would end the requirement that federal courts defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules and regulations." The amendment was rejected 194-223.  [H Amdt 1272 to HR 4768, Vote #411, 7/12/16; CQ Floor Votes, 7/12/16]

> **Separation Of Powers Restoration Act Overturned Legal Precedent That Said Courts Must Defer To Agency Interpretations Of "Ambiguous" Statutes When Disputes Arise, Unless The Interpretation Is Unreasonable.** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. The Separation of Powers Restoration Act overturns the 1984 Supreme Court decision that created Chevron deference. The legal precedent says courts must defer to agency interpretations of 'ambiguous' statutes when disputes arise, unless the interpretation is unreasonable." [The Hill, 7/12/16]

**Perry Voted For To Suspend The Rules And Pass The Cooperate Management Of Mineral Rights Act Of 2016.** In September 2016, Perry voted for a "motion to suspend the rules and pass the bill that would remove a requirement that prior to the commencement of surface-disturbing activities related to gas and oil development in the Allegheny National Forest in Pennsylvania, the Forest Service be permitted to sell marketable timber cut in relation to such surface-disturbing activities." The motion was agreed to, 395-3. [HR 3881, Vote #480, 9/6/16; CQ Floor Votes, 9/6/16]

**Perry Voted For To Pass The Department Of The Interior, Environment, And Related Agencies Appropriations Act.** In July 2016, Perry voted for the passage of HR 5538, a "bill that would provide $32.1 billion in fiscal 2017 for the Interior Department, the EPA and related agencies. The bill would provide $12.1 billion for the Interior Department, $8 billion for the EPA, $5.4 billion for the Forest Service, $1.2 billion for the Bureau of Land Management and $5.1 billion for the Indian Health Service. The measure would prohibit the EPA from limiting greenhouse gas, methane, and air emissions from power plants and the oil and gas industry. The measure would also block the EPA from completing its "Waters of the United States" rule-making to clarify which bodies of water are subject to regulation under the clean air act. As amended, the measure would prohibit funds from being used to finalize, implement or enforce new regulations on offshore Arctic energy exploration and development." The bill passed, 231 to 196. [HR 5538, Vote #477, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment To Prohibit Using Funds For Light Vehicles Which Do Not Meet The Requirements Of Obama's Federal Fleet Performance Executive Order.** In July 2016, Perry voted against "amendment no. 122, that would prohibit funds from being used to lease or purchase new light duty vehicles unless those vehicles meet the requirements of President Obama's May 24, 2011 Executive Order on Federal Fleet Performance. " The amendment failed, 213 to 214. [HR 5538, Vote #476, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment That Would Increase Funding For The EPA's Hazardous Substance Superfund Account.** In July 2016, Perry voted against an "amendment that would increase by $15.3 million funding for the Hazardous Substance Superfund account." The amendment failed, 195 to 232. [HR 5538, Vote #475, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment To Prevent Part Of The Bill That Would Block BLM Management Plans From Going Forward If It Failed To Meet Its Multiple Use Obligations.** In July 2016, Perry voted against an "amendment that would prohibit Bureau of Land Management management plans from going into effect if failing to implement the plans would limit the agency's ability to meet its multiple use obligations, including providing opportunities for hunting, fishing and outdoor recreation." The amendment failed, 184 to 241. [HR 5538, Vote #474, 7/14/16; CQ Floor Votes, 7/14/16]



**Perry Voted Against An Amendment That Would Discourage Transferring Federal Lands To Private Owners.** In July 2016, Perry voted against an "amendment that would prohibit funds from being used to pursue any additional legal ways to transfer federal lands to private owners in contravention of existing law." The amendment failed, 188 to 239. [HR 5538, Vote #473, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment To Protect The Obama Administration's Climate Change And Environmental Sustainability Executive Order.** In July 2016, Perry voted against an "amendment that would protect the administration's climate change and environmental sustainability executive order to ensure that no funds be used to weaken the executive order within this act." The amendment failed, 191 to 236. [HR 5538, Vote #472, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment To Insert A Sentence At The End Of The Act Asserting That None Of The Funds From The Act Could Be Used In Contravention Of The Interior's Promise To Address Impacts Of Climate Change.** In July 2016, Perry voted against an "amendment that would prohibit funds from being used in contravention to a 2009 Interior Department Secretarial Order that called for renewable energy on public lands and a response to the impact of climate change on the land, ocean, fish, wildlife, and cultural heritage resources. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment failed, 192 to 233. [HR 5538, Vote #Vote #471, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against An Amendment To Bar Funds From The Department Of The Interior, Environment, And Related Agencies Appropriations Act From Being Used To Abolish Law Enforcement Offices At The Bureau Of Land Management And The U.S. Forest Service.** In July 2016, Perry voted against an "amendment barring funds in the bill from being used to abolish law enforcement offices at the Bureau of Land Management and the U.S. Forest Service. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment failed, 194 to 233. [HR 5538, Vote #470, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted Against Prohibiting Fracking On the Pacific Continental Shelf.** In July 2016, Perry voted against an amendment to bar the "use of hydraulic fracturing or acid well stimulation treatment in the Pacific Outer Continental Shelf." The amendment failed 172-254. [HR 5538, Vote #469, 7/14/16; CQ, 7/14/16]

**Perry Voted Against Allowing the EPA To Develop Regulations Related To Stream Buffers And The Waters Of The US Rule.** In July 2016, Perry voted against an amendment to prohibit preventing "the EPA from developing or enforcing regulations related to stream buffers, fill material, or the 'Waters of the United States' rule." The amendment failed 178-246. [HR 5538, Vote #468, 7/14/16; CQ, 7/14/16]

**Perry Voted Against Prohibiting Activities To Support Drilling In Some Of The Atlantic Ocean.** In July 2016, Perry voted against prohibiting "funds from being used to authorize, permit or conduct geological or geophysical activities in support of oil, gas, or methane hydrate exploration and development in certain areas of the Atlantic Ocean." The amendment failed 192-236. [HR 5538, Vote #465, 7/13/16; CQ, 7/13/16]

**Perry Voted Against Allowing Agencies To Prepare For Climate Change.** In July 2016, Perry voted against an amendment to "prohibit funds from being used to oppose" executive orders requiring agencies prepare for the impacts of climate change. The amendment failed 194-234. [HR 5538, Vote #464, 7/13/16; CQ, 7/13/16; E&E Daily, 7/12/16; President Obama Press Release, 3/19/15; EPA, accessed 3/15/17]

**Perry Voted Against Removing Three Provisions Relating To Specific Species And The Endangered Species List.** In July 2016, Perry voted against an amendment to "allow for the review of the status of the greater sage-grouse as an endangered species, remove the bill's requirement that a new rule be issued concerning the gray wolf, and allow funds to be used to treat the lesser prairie chicken as an endangered species." The amendment failed, 193-235. [HR 5538, Vote #463, 7/13/16; E&E Daily, 7/12/16; CQ, 7/13/16]



**Perry Voted For Prohibiting A National Marine Monument Established Between 12 And 200 Nautical Miles Off The American Coast.** In July 2016, Perry voted for prohibiting "funds from being used to establish a national marine monument" in waters between 12 and 200 nautical miles off the American coast. The amendment passed, 225-202. [HR 5538, Vote #462, 7/13/16; CQ, 7/13/16; NOAA, accessed 3/15/17]

**Perry Voted For Prohibiting The President From Designating Much Of The Alaska National Wildlife Refuge A Wilderness And Thus Preventing Drilling.** In July 2016, Perry voted for an amendment to prevent the U.S. Fish and Wildlife Service from designating the Alaska Wildlife Refuge a wilderness, which would prevent drilling there. The amendment passed 237-191.  [HR 5538, Vote #460, 7/13/16; Rep. Young Press Release, 7/14/16; Washington Post, 1/26/15; Alaska Dispatch News, 4/3/15]

**Perry Voted For Preventing The Government From Paying Legal Fees In Settlements After Suits More Than Three Environmental Laws.** In July 2016, Perry voted for an amendment to "prohibit funds from being used to pay legal fees related to settlements for cases in which the federal government is a party and that arise under the Clean Air Act, the Federal Water Pollution Control Act or the Endangered Species Act." The amendment passed 226-202. [HR 5538, Vote #459, 7/13/16; CQ, 7/13/16]

> **Clean Water Action: "This Amendment Seeks To Discourage Citizens From Enforcing Essential Protections" By Discouraging Suit Against The Federal Government.** "This amendment seeks to discourage citizens from enforcing essential protections of the Endangered Species Act, the Clean Air Act, and the Clean Water Act and targets settlements involving congressionally mandated federal agency actions, including requirements to protect public health and the environment. … This nonsensical amendment would change this by barring payment of citizens' legal fees whenever parties avoid costly litigation by agreeing to a settlement." [Clean Water Action, 7/12/16]

**Perry Voted For Allowing Funds Recovered Following Pollution Of A Resource To Be Used For Things Other Than Restoration Of The Resource.** In July 2016, Perry voted for allowing "funds recovered following damage to a natural resource to be used for other purposes beyond the restoration or replacement of the natural resource." The amendment failed, 170-257. [HR 5538, Vote #458, 7/13/16; CQ, 7/13/16]

**Perry Voted For Barring Implementation Of A Voluntary Program To Reduce Carbon Emissions.** In July 2016, Perry voted for an amendment to "prohibit funds from being used to finalize or implement a proposed Environmental Protection Agency rule related to the design details of a voluntary program for states to incentivize certain early emission reduction projects."  The amendment failed 231-197. [HR 5538, Vote #457, 7/13/16; CQ, 7/13/16]

> **The EPA's Clean Energy Incentive Program Was To Provide Early Credit To States For Carbon Reduction Between 2020 And 2021.**  In April 2016, the National Conference of State Legislators wrote, "the Clean Energy Incentive Program (CEIP), a voluntary program that will provide participating states with emission rate credits (up to the equivalent of 300 million short tons of carbon dioxide emissions) for reductions made in 2020-21 due to  investments in renewable energy or energy efficiency measures. These credits can be used to offset targets during the 2022-30 steps." [NCSL, 4/18/16]

**Perry Voted For Cutting The EPA By 17%.** In July 2016, Perry voted for an amendment to "decrease all appropriations under the bill for the Environmental Protection Agency by 17 percent." The amendment failed 188-239. [HR 5538, Vote #456, 7/13/16; CQ, 7/13/16]

**Perry Voted For Preventing Interior And The EPA From Having Mapping Or Surveying Drones.** In July 2016, Perry voted for an amendment to "prohibit funds from being used for the Interior Department or the Environmental Protection Agency to develop, acquire or operate an unmanned aircraft system for surveying, mapping or collecting remote sensing data." The amendment failed 161-262.  [HR 5538, Vote #455, 7/13/16; CQ, 7/13/16]



**Perry Voted For Preventing The Mexican Wolf From Being Listed As An Endangered Species.** In July Perry Voted For an amendment to "prohibit funds from being used to treat the Mexican wolf as an endangered species under the Endangered Species Act or to implement recovery programs outside of the Mexican wolf's historic range." The amendment was adopted 219-203. [HR 5538, Vote #454, 7/13/16; CQ, 7/13/16]

**Perry Voted For Eliminating The EPA's Law Enforcement And Criminal Investigations Division.** In July 2016, Perry voted for an amendment to "prohibit funds from being used for the Environmental Protection Agency's law enforcement and criminal investigations division." The amendment failed 195-223. [HR 5538, Vote #453, 7/13/16; CQ, 7/13/16]

**Perry Voted For Delisting The Gray Wolf From The Endangered Species List In 2017.** In July 2016, Perry voted foran amendment to "enable the U.S. Fish and Wildlife Service to move forward with its proposal made three years ago to delist the gray wolf under the federal Endangered Species Act by 2017." The amendment passed 223-201. [HR 5538, Vote #452, 7/13/16; AP, 7/14/16]

**Perry Voted Against Prohibiting Seismic Airgun Testing On The Outer Continental Shelf Bordering Florida.** In July 2016, Perry voted against "prohibit use of funds to carry out seismic airgun testing or seismic airgun surveys in the Outer Continental Shelf planning areas located within the exclusive economic zone bordering Florida." The amendment failed 197-231. [HR 5538, Vote #451, 7/13/16; CQ, 7/13/16]

**Perry Voted For Prohibiting The Listing Of Preble's Meadow Jumping Mouse As Threatened On The Endangered Species List.** In July 2016, Perry voted for an amendment to "prohibit the use of funds to implement or enforce the threatened species listing of the Preble's meadow jumping mouse." The amendment passed 228-199. [HR 5538, Vote #450, 7/13/16; CQ, 7/13/16]

> **Preble's Meadow Jumping Mouse Only Inhabits Colorado And Wyoming.** "The Preble's meadow jumping mouse … inhabits the foothills in southeastern Wyoming, southward along the eastern edge of the front range of Colorado to Colorado Springs." [Fish And Wildlife Service, accessed 3/14/17]

**Perry Voted For Prohibiting Interior Or The EPA From Enforcing Threatened Or Endangered Species Listing Of  Any Species Which Had Not Undergone A 5 Year Review.** In July 2016, Perry voted for an amendment to "prohibit the use of funds to implement or enforce the threatened species or endangered species listing of any plant or wildlife that has not undergone a periodic five-year review." The amendment passed 238-190. [HR 5538, Vote #449, 7/13/16; CQ, 7/13/16]

**Perry Voted For Prohibiting The Interior Department, The EPA And The Forest Service From Administering Or Enforcing Prevailing Wage Requirements.** In July 2016, Perry voted for amendment to "prohibit the use of funds to implement, administer or enforce Davis-Bacon prevailing rate wage requirements." The amendment failed 188-238. [HR 5538, Vote #448, 7/13/16; CQ, 7/13/16]

**Perry Voted Against Prohibiting The Study Of Offshore Drilling Off Of Florida's Gulf Coast.** In July 2016, Perry voted against an amendment to "prohibit funds made available by the bill to be used to research, investigate, or study offshore drilling in the Eastern Gulf of Mexico Planning Area."  The Eastern Gulf Of Mexico Planning Area is the portion that borders Florida. The amendment failed 185-243.  [HR 5538, Vote #447, 7/13/16; CQ, 7/13/16; BOEM, 3/1/17]

**Perry Voted For Preventing The EPA From Taking Action Against States That Fail To Meet Their Goals Cleaning Chesapeake Bay.** In July 2016, Perry voted for an amendment to "strip the Environmental Protection Agency of its authority to take action against states that fall short of meeting their Chesapeake Bay cleanup goals." The amendment was adopted 231-197. [HR 5538, Vote #446, 7/13/16; Bay Journal, 7/14/16]

**Perry Voted For Preventing The Obama Administration's National Ocean Policy.** In July 2016, Perry voted for an amendment to "prohibit funds to implement, administer or enforce the Obama administration's National

 **DCCC**

Ocean Policy." The National Ocean Policy sought to coordinate agencies enforcement of maritime laws, and was opposed by anglers and energy firms. The amendment passed 237-189. [HR 5538, Vote #445, 7/13/16; CQ, 7/16/16; Washington Post, 10/28/12]

**Perry Voted For Preventing Stricter Rules For Oil Wells On The Continental Shelf.** In July 2016, Perry voted for an amendment to "prohibit any funds from being used for the implementation of the April 2015 'Well Control' rule, which mandates more stringent design requirements and operational procedures for critical well control equipment used in oil and gas operations on the U.S. Outer Continental Shelf." The amendment was adopted 234-195. [HR 5538, Vote #444, 7/13/16; CQ, 7/13/16]

**Perry Voted For Cutting Spending In The Bill By One Percent Across The Board.** In July 2016, Perry voted for an amendment "that would impose a one percent across-the-board spending cut to the bill. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment failed 171-258. [HR 5538, Vote #438, 7/13/16; CQ, 7/13/16]

**Perry Voted Against Eliminating A Provision Prohibiting The President From Designating Grand Canyon Watershed, Sedona, And Bears Ear National Monuments.** In July 2016, Perry voted against an amendment which would eliminate a provision allowing the President to designate "the proposed Grand Canyon Watershed and Sedona Monuments in Arizona and Bears Ears National Monument in Utah." The amendment failed 202-225. [HR 5538, Vote #437, 7/12/16; Rep. Gosar Press Release, 7/13/16; Grand Canyon News, 6/21/16]

**Perry Voted Against Allowing The Interior Department To Update Royalty Rates On Coal, Oil And Gas.** In July 2016, Perry voted against an amendment which would "would allow the Interior Department to proceed with updating royalty rates and valuation for federal coal, oil, and gas." The amendment failed 183-246. [HR 5538, Vote #435, 7/13/16; CQ, 7/13/16]

> **The Obama Administration Proposed Closing A Loophole That Benefits Companies Exporting Hydrocarbons At The Cost Of Taxpayer Revenue.** "The changes, crafted under the administration of President Barack Obama, were aimed at ensuring companies don't shortchange taxpayers on coal sales to Asia and other markets. … Yet federal lawmakers and watchdog groups have long complained that taxpayers were losing hundreds of millions of dollars annually because royalties on coal from public lands were being improperly calculated. … Rules in place since the 1980s have allowed companies to sell their fuel to affiliates and pay royalties to the government on that price, then turn around and sell the coal at higher prices, often overseas. Under the suspended rule change, the royalty rate would be determined at the time the coal is leased, and revenue will be based on the price paid by an outside entity, not an interim sale to an affiliated company. … The Interior Department rule also included changes to oil and gas valuations, but those changes have attracted far less attention than coal royalties." [Associated Press, 2/25/17]

**Perry Voted Against To Preserve The EPA's Authority To Develop Rules Relating To Methane Emissions.** In July 2016, Perry voted against "remove the bill's provisions prohibiting the use of funds by the Environmental Protection Agency to develop rules or guidelines relating to methane emissions." The amendment failed 187-240. [HR 5538, Vote #434, 7/13/16; CQ, 7/13/16]

**Perry Voted Against An Amendment To Preserve The EPA's Authority To Enforce Worker Protection Standards.** In July 2016, Perry voted against an amendment to "remove the bill's prohibition on the Environmental Protection Agency enforcing worker protection standards." The amendment failed 177-249. [HR 5538, Vote #433, 7/13/16; CQ, 7/13/16]

**Perry Voted Against An Amendment To Preserve Agencies' Ability To Account For The Social Cost Of Carbon In Rulemaking.** In July 2016  Perry Voted Against an amendment which would strike provisions from the bill in order to "allow federal agencies to use the social cost of carbon in rule makings and guidance documents." The amendment failed 185-241. [HR 5538, Vote #432, 7/12/16; RSC, 7/12/16]

 **DCCC**

**Perry Voted Against An Amendment To Preserve EPA Limits On Greenhouse Gasses From Power Plants.**
In July 2016, Perry voted againstan amendment to "remove the bill's provisions that would prohibit the Environmental Protection Agency from limiting greenhouse gas emissions from new and existing power plants." The amendment failed 182-244. [HR 5538, Vote #431, 7/12/16; CQ 7/12/16]

> **Clean Power Plan Was To Reduce Carbon Emissions, To Meet The American Target It Pledged At The Paris Talks.** "The Clean Power Plan was designed to lower carbon emissions from U.S. power plants by 2030 to 32 percent below 2005 levels. Power plants are the largest source of U.S. carbon emissions. The Clean Power Plan is the main tool for the United States to meet the emissions reduction target it pledged to reach at U.N. climate talks in Paris last December." [Reuters, 9/27/16]

**Perry Voted Against Removing A Provision Regarding Insurance Requirements For Hazardous Waste Shipping To Compensate Victims In Crashes.** In July 2016, Perry voted against an amendment to remove the provision preventing new rules on the amount of "financial responsibility, either through insurance, a bond, or other financial security, as a means to protect the public in the event of a crash. An April 2014 Report to Congress found that while catastrophic motor carrier crashes are rare, the costs for resulting severe and critical injuries can exceed $1 million; current insurance limits do not adequately cover these costs, which are primarily due to increases in medical expenses and other crash-related costs." The amendment failed 190-236. [HR 5538, Vote #430, CQ 7/12/16; Lashly & Baer, P.C., undated]

**Perry Voted Against Eliminating Provisions Delaying An EPA Rule Requiring Certification Those Who Disturb Lead Paint.** In July 2016, Perry voted against an amendment to "remove the bill's provisions that would delay implementation of an Environmental Protection Agency rule related to lead renovation, repair and painting." The rule "requires that firms performing renovation, repair, and painting projects that disturb lead-based paint in homes, child care facilities and pre-schools" use renovators with EPA approved training. The amendment failed 195-231. [HR 5538, Vote #429, 7/12/16; CQ, 7/12/16; EPA, accessed 3/13/17]

**Perry Voted Against Eliminating Provisions Barring Environmental Assessments For Certain Forest Management Activities.** In July 2016, Perry voted against an amendment "that would remove the bill's provisions that would bar environmental assessments for forest management activities related to insect infestations, increasing water yields or other purposes." The amendment was rejected 170-256. [HR 5538, Vote #428, 7/12/16; CQ, 7/12/16]

**Perry Voted Against Implementing A Monitoring Program For Water Quality In response To The Gold King Mine Spill.** In July 2016 Perry Voted Against an "amendment that would decrease funding to state and tribal assistance grants by $6 million and increase funding by the same amount for the purpose of directing the Environmental Protection Agency to implement a long-term monitoring program for water quality of the Animas and San Juan Rivers in response to the Gold King Mine spill." The amendment was adopted 219-207. [HR 5538, Vote #427, 7/12/16; CQ, 7/12/16]

**Perry Voted For Eliminating Diesel Emission Reduction Grants.** In July 2016, Perry voted for an amendment to eliminate Diesel Emission Reduction Grants. The amendment was rejected 175-250. [HR 5538, Vote #426, 7/12/16; E&E Daily, 7/12/16]

**Perry Voted For Eliminating EPA Funding For Climate And Energy Research.** In July 2016, Perry voted for an amendment to eliminate the EPA's Air, Climate and Energy Research Program. The amendment was rejected 208-217. [HR 5538, Vote #425, 7/12/16; House Republican Caucus, 7/12/16; Clean Water Action, 7/12/16]

**Perry Voted Against Allowing A Rule Restricting Emissions By Offshore Drilling Activity.** In July 2016, Perry voted against an amendment to remove the language from the bill prohibiting the finalization of "new air standards for offshore activity for the first time in more than three decades. Looking at operations in the Gulf of Mexico and the Arctic Ocean, the proposed rules are designed to rein in emissions on everything from offshore


platforms to the icebreakers that clear the way off Alaska." The amendment was rejected 181-244. [HR 5538, Vote #424, 7/12/16; CQ, 7/12/16; Houston Chronicle, 3/17/16]

**Perry Voted Against Allowing Development And Enforcement Of Regulation On Drilling Related To Oil, Gas, And Sulphur Operations In The Outer Continental Shelf.** In July 2016, Perry voted against "Castor, D-Fla., amendment that would remove the bill's prohibition on developing, enforcing or updating regulations pertaining to drilling margins or static downhole mud weight as related to oil, gas and sulphur operations in the outer continental shelf. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 186-237. [H Amdt 1290 to HR5538, Vote #423, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted Against Establishing Criteria For When Flared Natural Gas Would Qualify As Waste And Thus Be Subject To Royalties.** In July 2016, Perry voted against "Huffman, D-Calif., for Lujan Grisham, D-N.M., amendment that would remove the bill's prohibition on finalizing or implementing proposed rules by the Bureau of Land Management that would establish criteria for when flared natural gas would qualify as waste and thus be subject to royalties. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 184-240. [H Amdt 1289 to HR5538, Vote #422, 7/12/16; CQ Floor Votes, 7/12/16]

> **Environmental Groups Said Flaring Natural Gas Was A Strong Contributor To Climate Change And Resulted In Public Health Problems.** "The Republican-controlled House voted on Friday to overturn an Obama administration rule that sought to reduce harmful methane emissions into the environment, part of the Democrat's campaign to combat climate change. […] Environmental groups and public health organizations opposed the rollback, saying the new rule will reduce the risk of ozone formation in the air and ozone-related health problems, including asthma attacks, hospital admissions and premature deaths. Methane, the primary gas burned off during flaring operations, is strong contributor to climate change. It is about 25 times more potent at trapping heat than carbon dioxide, although it does not stay in the air as long. Methane emissions make up about 9 percent of U.S. greenhouse gas emissions, according to government estimates." [Fox News, 2/3/17]

**Perry Voted Against Allowing Interior Department Rules That Prevented River Contamination From Mines.** In July 2016, Perry voted against "Beyer, D-Va., amendment that would remove the bill's prohibition on finalizing or implementing proposed Interior Department rules that would require a 'stream buffer zone' between a mining operation and a surface body of water for the purposes of preventing river contamination. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 190-235. [H Amdt 1288 to HR5538, Vote #421, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted Against Decreasing Funding For Payments To The Interior Department In Lieu Of Taxes By $13 Million And Increase Funding For The Hazardous Substance Superfund By The Same Amount.** In July 2016, Perry voted against "Norcross, D-N.J., amendment that would decrease funding for payments to the Interior Department in lieu of taxes by $13 million and increase funding for the Hazardous Substance Superfund by the same amount. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 143-282. [H Amdt 1287 to HR5538, Vote #420, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted Against Decreasing Funding For The Management Of Interior Department By $1 Million And Increase Funding By The Same Amount To Create An "Office Of Good Jobs" At The Department Of The Interior.** In July 2016, Perry voted against "Ellison, D-Minn., amendment that would decrease funding for the management of the Department of the Interior by $1 million and increase funding by the same amount for the purpose of creating an Office of Good Jobs at the Department of the Interior. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 173-251. [H Amdt 1286 to HR5538, Vote #419, 7/12/16; CQ Floor Votes, 7/12/16]



**Perry Voted Against Decreasing Funding For National Park Service Operations By $300,000, And Increase Funding By The Same Amount To Fund The New England National Scenic Trail.** In July 2016, Perry voted against "Himes, D-Conn., for Courtney, D-Conn., amendment that would decrease funding for operation of the National Park Service by $300,000 and increase funding by the same amount for the purpose of funding the New England National Scenic Trail. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 183-241. [H Amdt 1282 to HR 5538, Vote #418, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted Against Increasing The Funding For Law Enforcement Of The National Wildlife Refuge System By $2.4 Million, And Decrease Funding For The Management Of The Interior Department By The Same Amount.** In July 2016, Perry voted against "Castor, D-Fla., amendment that would increase the funding for the law enforcement of the National Wildlife Refuge System by $2.4 million and decrease funding for the management of the Interior Department by the same amount. The bill would provide $32.1 billion for the Interior Department, the Environmental Protection Agency, the Forest Service and other agencies." The amendment was rejected in Committee of the Whole 197-225. [H Amdt 1280 to HR 5538, Vote #417, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted For Defunding Securities And Exchange Commission's Guidance Relating To Climate Change.** In July 2016, Perry voted for "Posey, R-Fla., amendment that would prohibit funds from being used to implement, administer, enforce or codify into regulation the Securities and Exchange Commission's guidance relating to "Commission Guidance Regarding Disclosure Related to Climate Change." The amendment was adopted in Committee of the Whole 230-193. [H Amdt 1261 to HR5485, Vote #392, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Amendment To Bar Use Of Funds For Implementing Certain Green Energy Mandates.** In June 2016, Perry voted for an amendment "that would bar use of funds for implementing certain green energy mandates." The amendment passed 221-197. [HR 5293, Vote #322, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Bill That Would Gut Clean Air Act Protections And Block Efforts To Reduce Pollution.** In June 2016, Perry voted for the Ozone Standards Implementation Act (HR 4775), which would "delay the implementation of the final rule promulgated by the Environmental Protection Agency (EPA) in 2015 related to ambient-air-quality standards for ozone emissions. That rule, published in the Federal Register on October 26, 2015, requires states to determine whether different geographical areas in the states are in compliance with federal limits on ozone pollution and to submit plans to reduce ozone emissions to EPA starting in 2020. The legislation would delay the requirement for states to submit those plans until 2026. The bill also would require EPA to make several changes to its process for reviewing National Ambient Air Quality Standards for ozone and other pollutants. Notably, the bill would extend the review cycle for certain pollutants from 5 to 10 years and would allow EPA to consider technological feasibility when setting standards for safe levels of those pollutants." The bill passed 234-177. [HR 4775, Vote #282, 6/8/16; Congressional Budget Office, 6/6/16]

    **American Lung Association: HR 4775 An "Attack On Lifesaving Protections From Air Pollution."** "The American Lung Association is deeply disappointed by the passage of H.R. 4775 in the U.S. House of Representatives, and calls upon the U.S. Senate to reject this dangerous bill. The 'Smoggy Skies Act' is a sweeping attack on lifesaving protections from air pollution. Not only would it block essential steps to protect Americans from dangerous ozone pollution for years, but it would also permanently weaken the Clean Air Act, undermining future health protections from dangerous pollutants such as particle pollution, carbon monoxide and lead." [American Lung Association press release, 6/8/16]

    **U.S. Chamber Of Commerce: HR 4775 Streamlines Air Permitting Process For Businesses To Expand Operations And Create Jobs, Criticized 2015 Ozone Standards For Being Duplicative.** "This legislation provides a common-sense approach for implementing national ambient air quality standards, recognizes ongoing state efforts to improve air quality through a reasonable implementation schedule for the 2015 ozone standards, streamlines the air permitting process for businesses to expand operations and create jobs, and



includes other reforms that bring more regulatory certainty to federal air quality standards. … We have significant concerns that the 2015 ozone standards overlap with existing state plans to implement the 2008 standards, leading to duplicative and wasteful implementation schedules, and unnecessary and severe economic impacts." [U.S. Chamber of Commerce press release, 4/18/16]

**Perry Voted Against Motion To Block Republican Bill That Would Gut Air Protections If It Would Be Harmful To Human Health.** In June 2016, Perry voted against a motion that would  "strike Republicans' ozone implementation delay if the Environmental Protection Agency finds that doing so would increase asthma attacks, respiratory disease, cardiovascular disease, stroke, and heart attacks; Babies born with low birth weight and impaired fetal growth; Neurological damage, premature mortality; or other serious harms to human health, especially for vulnerable populations such as pregnant women, children, seniors, outdoor workers, and low-income communities." The motion failed 173-239. [HR 4775, Vote #281, 6/8/16; CQ Floor Votes, 6/8/16]

> **Ozone Standards Implementation Act Would Block Efforts To Reduce Pollution And Delay Reviews For Harmful Pollutants.** The Ozone Standards Implementation Act (HR 4775) "would delay the implementation of the final rule promulgated by the Environmental Protection Agency (EPA) in 2015 related to ambient-air-quality standards for ozone emissions. That rule, published in the Federal Register on October 26, 2015, requires states to determine whether different geographical areas in the states are in compliance with federal limits on ozone pollution and to submit plans to reduce ozone emissions to EPA starting in 2020. The legislation would delay the requirement for states to submit those plans until 2026. The bill also would require EPA to make several changes to its process for reviewing National Ambient Air Quality Standards for ozone and other pollutants. Notably, the bill would extend the review cycle for certain pollutants from 5 to 10 years and would allow EPA to consider technological feasibility when setting standards for safe levels of those pollutants." [Congressional Budget Office, 6/6/16]

**Perry Voted Against Amendment That Would Prohibit Ozone Standards Bill From Taking Affect If EPA Finds That It Could Harm Human Health Or The Environment.** In June 2016, Perry voted against an amendment to the Ozone Standards Implementation Act (HR 4775) that would "prohibit the bill from taking effect if the EPA finds that it could harm human health or the environment." The amendment failed 171-239. [HR 4775, Vote #280, 6/8/16; CQ Floor Votes, 6/8/16]

> **Ozone Standards Implementation Act Would Block Efforts To Reduce Pollution And Delay Reviews For Harmful Pollutants.** The Ozone Standards Implementation Act (HR 4775) "would delay the implementation of the final rule promulgated by the Environmental Protection Agency (EPA) in 2015 related to ambient-air-quality standards for ozone emissions. That rule, published in the Federal Register on October 26, 2015, requires states to determine whether different geographical areas in the states are in compliance with federal limits on ozone pollution and to submit plans to reduce ozone emissions to EPA starting in 2020. The legislation would delay the requirement for states to submit those plans until 2026. The bill also would require EPA to make several changes to its process for reviewing National Ambient Air Quality Standards for ozone and other pollutants. Notably, the bill would extend the review cycle for certain pollutants from 5 to 10 years and would allow EPA to consider technological feasibility when setting standards for safe levels of those pollutants." [Congressional Budget Office, 6/6/16]

**Perry Voted Against Amendment That Would Add Hydrogen Sulfide To The List Of Hazardous Air Pollutants.** In June 2016, Perry voted against an amendment to the Ozone Standards Implementation Act (HR 4775) that would "require the EPA to issue a rule that would add hydrogen sulfide to the list of hazardous air pollutants." The amendment failed 160-251. [HR 4775, Vote #279, 6/8/16; CQ Floor Votes, 6/8/16]

> **Ozone Standards Implementation Act Would Block Efforts To Reduce Pollution And Delay Reviews For Harmful Pollutants.** The Ozone Standards Implementation Act (HR 4775) "would delay the implementation of the final rule promulgated by the Environmental Protection Agency (EPA) in 2015 related to ambient-air-quality standards for ozone emissions. That rule, published in the Federal Register on October 26, 2015, requires states to determine whether different geographical areas in the states are in compliance with federal



limits on ozone pollution and to submit plans to reduce ozone emissions to EPA starting in 2020. The legislation would delay the requirement for states to submit those plans until 2026. The bill also would require EPA to make several changes to its process for reviewing National Ambient Air Quality Standards for ozone and other pollutants. Notably, the bill would extend the review cycle for certain pollutants from 5 to 10 years and would allow EPA to consider technological feasibility when setting standards for safe levels of those pollutants." [Congressional Budget Office, 6/6/16]

**Perry Voted Against Amendment That Would Prohibit The EPA From Considering "Technological Feasibility" When Establishing Air Quality Standards.** In June 2016, Perry voted against an amendment to the Ozone Standards Implementation Act (HR 4775) that would "remove a portion of the bill that would allow the EPA to consider 'technological feasibility' when establishing new National Ambient Air Quality Standards." The amendment failed 169-242. [HR 4775, Vote #278, 6/8/16; CQ Floor Votes, 6/8/16]

   **Ozone Standards Implementation Act Would Block Efforts To Reduce Pollution And Delay Reviews For Harmful Pollutants.** The Ozone Standards Implementation Act (HR 4775) "would delay the implementation of the final rule promulgated by the Environmental Protection Agency (EPA) in 2015 related to ambient-air-quality standards for ozone emissions. That rule, published in the Federal Register on October 26, 2015, requires states to determine whether different geographical areas in the states are in compliance with federal limits on ozone pollution and to submit plans to reduce ozone emissions to EPA starting in 2020. The legislation would delay the requirement for states to submit those plans until 2026. The bill also would require EPA to make several changes to its process for reviewing National Ambient Air Quality Standards for ozone and other pollutants. Notably, the bill would extend the review cycle for certain pollutants from 5 to 10 years and would allow EPA to consider technological feasibility when setting standards for safe levels of those pollutants." [Congressional Budget Office, 6/6/16]

**Perry Voted Against Amendment That Would Block Governments From Opting Out Of Pre-Construction Permit Applications.** In June 2016, Perry voted against an amendment to the Ozone Standards Implementation Act (HR 4775) that would "allow federal, state, local and tribal permitting authorities to opt out of a provision that would exempt pre-construction permit applications from new National Ambient Air Quality Standards if the EPA does not also issue implementation guidance at the same time. The provision would not apply if the entities determine that application of the provision would increase air pollution, slow issuance of final pre-construction permits or increase the cost of achieving the new air quality standard in the area." The amendment failed 171-235. [HR 4775, Vote #277, 6/8/16; CQ Floor Votes, 6/9/16]

**Perry Voted For Amendment That Would Limit Funding To Implement Ozone Standards Implementation Act.** In June 2016, Perry voted for an amendment to the Ozone Standards Implementation Act (HR 4775) that would "state that no additional funds be authorized to implement the bill." The amendment passed 236-170. [HR 4775, Vote #276, 6/8/16; CQ Floor Votes, 6/8/16]

**Perry Voted For Bill That Would Modify The Terms Of A Land Exchange In Oregon.** In June 2016, Perry voted for a bill "that would modify the terms of a land exchange between the Forest Service and Mount Hood Meadows ski area in Oregon by reducing the amount of land the Forest Service can convey and modifying the required easements." The bill passed 401-2. [HR 3862, Vote #275, 6/8/16; CQ Floor Votes, 6/8/16]

**Perry Voted Against Bill To Implement Conservation Plan, Direct Funding To Wildfire Planning And Hazardous Fuel Reduction Projects, And Reduce The Size Of Three Wilderness Areas In Nevada.** In June 2016, Perry voted against a bill allowing "for implementation of a conservation plan associated with the Virgin River, authorize the Bureau of Land Management to use a portion of proceeds from certain land sales in Lincoln County, Nev., for wildfire planning and hazardous fuel reduction projects, and reduce the size of three wilderness areas in Nevada." The bill passed 360-7. [HR 1815, Vote #272, 6/7/16; CQ Floor Votes, 6/7/16]

**Perry Voted For Bill To Allow Time-Limited Employees Of A Land Management Agency To Be Eligible For Permanent Positions.** In July 2016, Perry voted for bill to allow "otherwise eligible employees of a land


management agency serving under a time-limited appointment in the competitive service to compete for a permanent appointment in the competitive service: (1) at such agency when the agency is accepting applications from individuals within the agency's workforce under merit promotion procedures; or (2) at any agency when the agency is accepting applications from individuals outside its own workforce under its merit promotion procedures." The bill passed 363-0. [HR 4906, Vote #270, 6/7/16; CQ CRS Bill Digest, 7/18/16]

**Perry Voted Against Motion In Support Of Permanently Authorizing the Land and Water Conservation Fund.** In May 2016, Perry voted against a motion to instruct House conferees to insist on the inclusion of Senate-passed provisions to the North American Energy Security and Infrastructure Act of 2016 that would permanently authorize the Land and Water Conservation Fund. Motion rejected 205-212. [S 2012, Vote #264, 5/26/16; CQ Floor Votes, 5/25/16]

**Perry Voted For Amendment To Prohibit Funds To Promulgate Regulations Based On The Analysis Of The Social Costs Of Carbon.** In May 2016, Perry voted for an amendment that would prohibit use of funds made available by the bill to issue regulations or guidance that references or relies on the social cost of carbon analysis. The amendment was adopted in Committee of the Whole 230-188. [HR 5055, Vote #256, 5/25/16]

**Perry Voted Against Adding Amendment Stating That North American Energy Security And Infrastructure Act Will Not Prevent Federal Agencies From Considering Potential Impacts On Climate Change.** In May 2016, Perry voted against a motion that would "commit the bill [North American Energy Security and Infrastructure Act], as amended, to the House Energy and Commerce Committee with instructions to report back immediately with an amendment that would add a section to the bill that would state that it would not prevent a federal agency from considering potential impacts on climate change during permitting or approval processes undertaken in accordance with the measure." The motion failed, 178-239. [S 2012, Vote #249, 5/25/16; CQ Bill Track, 5/25/16]

**Perry Voted Against An Amendment To Remove California Drought Provisions From The Energy And Water Appropriations Bill.** In May 2016, Perry voted against an amendment to the Energy and Water Appropriations bill that would remove California drought provisions from the bill. The amendment failed 169-247. [HR 5055, Vote #242, 5/25/16; CQ Bill Track, 6/6/16; Sacramento Bee, 5/25/16]

**Perry Voted For Motion To Modify The Process EPA Uses To Test Chemicals.** In May 2016, Perry voted for a motion to concur "that would modify how the EPA decides what existing chemicals to test and would require that decisions concerning whether chemicals may pose an unreasonable risk to health or the environment would need to be made without consideration of cost or other non-risk factors. It also would change the process the agency must follow regarding new chemicals, require the EPA to make science-based decisions in conducting risk evaluations and expand the EPA's ability to collect and use fees to pay for chemical tests. Under the measure, state chemical safety laws would not be pre-empted under certain circumstances. The measure also would specify under what circumstances states could continue to regulate chemicals the EPA is already regulating." The motion passed 403-12. [HR 2576, Vote #238, 5/24/16; CQ Bill Track, 6/6/16]

**Perry Voted For Temporarily Prohibiting EPA & States From Requiring A Permit For Use Of Registered Pesticides Near Navigable Waters.** In May 2016, Perry voted for a bill that would "temporarily modify the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) to prohibit the EPA or a state government from requiring a permit for the use of registered pesticides near navigable waters. The measure also would modify the Federal Water Pollution Control Act to prohibit the EPA and states from requiring permits for the point source use of a pesticide registered under FIFRA, with certain exceptions. The temporary prohibitions would end on Sept. 30, 2018." The bill passed 258-156. [HR 897, Vote #237, 5/24/16; CQ Bill Track, 6/6/16]

**Perry Voted Against A Motion To Prohibit Zika Vector Control Act From Applying If There Is Evidence That A Pesticide Causes Adverse Health Effects On Pregnant Women Or Fetal Development.** In May 2015, Perry voted against a motion that would "prohibit the underlying bill from applying to the discharge of a pesticide if there is any evidence, based on peer-reviewed science, that the pesticide is known or suspected to cause adverse



health effects on pregnant women, or cause adverse impacts to fetal growth or development, or early childhood development." The motion failed, 182-232. [HR 897, Vote #236, 5/24/16; Democratic Leader – Motions to Recommit, 5/24/16]

**Perry Voted For Blocking Consideration Of A Bill To Ensure Flint Children Obtain Safe Drinking Water And Health, Nutritional, And Educational Support.** In May 2016, Perry voted for blocking consideration of a vote that would "address this public health emergency by helping Flint residents obtain safe drinking water and ensuring that the nearly 9,000 Flint children under the age of 6 who are at risk due to their exposure to lead-contaminated water receive the health, nutritional, and educational support they need to thrive." The previous question carried, 233-174. A vote against the previous question was to force the vote on safe drinking water and support for Flint children. [H Res 743, Vote #231, 5/24/16; Democratic Leader – Previous Questions, 5/24/16]

**Perry Voted For Establishing EPA Compliance Standards For Waste Coal Power Plants.** In March 2016, Perry voted for legislation "that would establish EPA compliance standards for…power plants where at least 75 percent of the fuel used is waste coal from bituminous coal mining." The bill passed 231-183. [HR 3797, Vote #123, 3/15/16; CQ, 3/14/16]

**Perry Voted Against Preventing Establishment Of EPA Compliance Standards For Waste Coal Power Plants Until It Is Shown Doing So Will Not Increase Harmful Air Emissions.** In March 2016, Perry voted against a motion that would prevent an act that would establish EPA compliance standards for waste coal power plants from taking effect until it can be proven that the act will not increase air emissions that harm "brain development or causes learning disabilities in infants or children" or increase "mercury deposition to lakes, rivers, streams, and other bodies of water, that are used as a source of public drinking water." The motion failed 173-236. [HR 3797, Vote #122, 3/15/16; Democratic Leader, 3/15/16]

**Perry Voted Against Requiring Report On Emissions Resulting From A Bill To Establish EPA Compliance Standards For Waste Coal Power Plants.** In March 2016, Perry voted against an "amendment that would require the Government Accountability Office to issue a report on the emissions of sulfur dioxide and other air pollutants that were a result of" a bill to that would establish EPA compliance standards for waste coal power plants. The amendment failed 179-235. [HR 3797, Vote #120, 3/15/16; CQ, 3/15/16]

**Perry Voted For Blocking Clean Air Act Rules Governing The Emissions Of Air Pollutants From Brick And Clay Manufacturers.** In March 2016, Perry voted for a bill that would prohibit the EPA from regulating emissions of air pollutants caused by the manufacturing of brick and clay products. "The bill would prohibit the Environmental Protection Agency (EPA) from implementing two 2015 final Clean Air Act rules governing the emissions of air pollutants: the Brick and Structural Clay Products rule and the final Clay Ceramics Manufacturing… H.R. 4557 would delay completion of these rules until ligation related to the rules is completed, 'judgment becomes final, and (is) no longer subject to further appeal or review.'" [HR 4557, Vote #109, 3/3/16; Office of the Democratic Whip, 3/3/16]

> **Bill Supported By The U.S. Chamber Of Commerce.** "The U.S. Chamber of Commerce… strongly supports H.R. 4557… The bill would ensure that the U.S. brick industry will not be forced to comply with the Brick Maximum Achievable Control Technology (MACT) air quality issued by the U.S. Environmental Protection Agency (EPA) until after judicial challenges to the rule are resolved. … The Chamber released a report last month examining how the new Brick MACT rule could devastate the U.S. brick manufacturing industry… It is important that American industries are not unfairly penalized when they are compelled to comply with costly rules that are later overturned by the courts. This wasteful and unreasonable outcome must be avoided." [U.S. Chamber of Commerce, 3/3/16]

> **Environmental Groups And LWV Opposed Bill, Cited Harmful Toxins Emitted From Facilities.** "[B]rick manufacturing facilities … emit mercury, a dangerous neurotoxin that harms children's developing brains, and other dangerous toxins including arsenic and chromium, that are known to cause cancer. … The BRICK Act aims to help the polluters avoid regulation, since it seeks to further delay implementation of toxic air pollution



standards for brick facilities until every polluter's lawsuit has been fully litigated and appealed, including to the Supreme Court. … Not only would the BRICK Act delay needed health protections, exposing Americans to more deadly toxic air pollution, but the BRICK Act would also insert the legislative branch into ongoing litigation and interfere with the authority of our judicial branch of government." [League of Women Voters, 3/2/16]

**Perry Voted For Requiring Hunters' Access To Federal Lands, Blocking Prohibitions On Ivory Trafficking And Regulations On Lead In Bullets.** In February 2016, Perry voted for a bill that would allow hunters greater access to federal land managed by the Departments of Interior and Forest Service while blocking restrictions on the trafficking of elephant ivory, combat regulations on lead contained in bullets, and prevent the Army Corps of Engineers from restricting firearms on Corps properties. "This bill would require the Interior Department and the U.S. Forest Service to provide access to lands managed by those agencies for hunting, fishing, and recreational shooting. … Additionally, the bill blocks the Administration's rule to restrict trade in elephant ivory and allows the importation into the U.S. of polar bear hunting trophies taken prior to when polar bears were listed as threatened under the Endangered Species Act. The measure also amends the Toxic Substances Control Act (TSCA) to prohibit the Environmental Protection Agency (EPA) from regulating lead contained in bullets, angling lures, and other hunting and fishing equipment." [HR 2406, Vote #101, 2/26/16; Office of the Democratic Whip, 2/23/16]

> **Obama Administration: Bill Would Combat Environmental Protections, Restrict Regulations On Firearm Possession And Hunting And Fishing Activities.** "[T]he Administration strongly opposes Title VI, which would: (1) exclude management decisions from the National Environmental Policy Act, the cornerstone law guiding environmental protection and public involvement in Federal actions; … (3) undermine the Wilderness Act of 1964. The Administration also strongly opposes the following: … Title IV, which would prohibit the Secretary of the Army from promulgating or enforcing any regulations that would prohibit the possession of firearms at water resources development projects with limited exceptions; … (5) Title XIV, which would restrict the ability of the Secretaries of the Interior and Commerce to regulate certain recreational or commercial fishing access to certain waters; (6) Title XV, which would potentially create public safety issues by restricting the ability of the Secretary of Agriculture and Forest Service Chief to regulate certain hunting and fishing activities within the National Forest System…" [Statement of Administration Policy, Executive Office of the President, 2/24/16]

**Perry Voted Against Requiring Companies To Report Chemicals That Could Contaminate Public Drinking Water.** In February 2016, Perry voted against a motion "that would require any manufacturer of items that contain chemicals that could contaminate public drinking water to submit data to relevant state and federal agencies on the product's risks to human health and the environment, including studies on neurotoxicity and cancer-causing effects. Exposing the public to such items without these studies would be considered prohibited under a federal toxic substances law." The motion failed 165-238. [HR 2406, Vote #100, CQ, 2/26/16]

**Perry Voted Against Designate The Coastal Plain Of The Arctic National Wildlife Refuge As Wilderness.** In February 2016, Perry voted against an amendment which "would designate the coastal plain of the Arctic National Wildlife Refuge as wilderness, and therefore a part of the National Wilderness Preservation System." The amendment failed 176-227. [HR 2406, Vote #99, CQ, 2/26/16]

> **Designating The Coastal Area Of ANWR A Wilderness "Would Put Oil Development In The Coastal Plain Further Out Of Reach."** "Alaska's congressional delegation has long sought oil exploration and production in ANWR, but there has been a stalemate over that idea for decades, with environmental groups strongly opposed and clashing with pro-development forces. Over 7 million acres of the refuge are currently managed as wilderness. Obama is asking Congress to approve another 12 million acres as wilderness, including the coastal plain. … Both sides of the long-running debate have said a wilderness expansion would put oil development in the coastal plain further out of reach." [Alaska Dispatch News, 4/3/15]

**Perry Voted For An Amendment To Repeal The National Park Service Rule On Hunting And Trapping Practices In Alaskan National Preserves.** In February 2016, Perry voted for an amendment which "would require


the National Park Service director to withdraw a 2015 final rule on hunting and trapping in Alaskan national preserves, and would prohibit the director from issuing a similar rule." The amendment was adopted 236-169.  [HR 2406, Vote #98, CQ, 2/26/16]

**Natural Park Service's Rule "Banned A Handful Of Controversial Hunting Practices On The 20 Million Acres Of Alaska's National Preserves."** "Driving a deeper wedge between state and federal game managers, the National Park Service on Friday banned a handful of controversial hunting practices on the 20 million acres of Alaska's national preserves where sport hunting is allowed. Among the "state-authorized practices being prohibited (because they) conflict with National Park Service law" are:  Taking wolves and coyotes (including pups) during the animals' denning season. Taking black bears with artificial light at den sites. Taking brown or black bears attracted to bait. Using dogs in black bear hunts. State law currently prohibits using dogs to hunt big game, with an exception for black bears. … Shooting swimming caribou, a practice primarily used in the Noatak National Preserve in Northwest Alaska. Currently, state law prohibits taking big game that is swimming, but hunters may shoot a swimming caribou from a boat under power, and hunters can also shoot a caribou that has emerged from the water on the shoreline while the hunter is still in a moving boat. … The new rules, published Friday, override state regulations, and state officials contend they subjugate the state's role, established under the Alaska National Interest Lands Act, as the managing authority of fish and wildlife on all Alaska lands. But the Park Service countered that the new rules only cement temporary regulations that have been imposed annually for several years." [Alaska Dispatch News, 10/23/15]

**Perry Voted For An Amendment To Remove Gray Wolves From The Endangered Species List.**  In February 2016, Perry voted for an amendment which "would reinstate the 2011 U.S. Fish and Wildlife Service decisions to remove the gray wolf in the Western Great Lakes and Wyoming from protection under the Endangered Species Act." The amendment was adopted 232-171. [HR 2406, Vote #97, CQ, 2/26/16]

**2014: Federal Judge "Threw Out An Obama Administration Decision To Remove The Gray Wolf … From The Endangered Species List – A Decision That Will Ban Further Wolf Hunting."** "A federal judge on Friday threw out an Obama administration decision to remove the gray wolf population in the western Great Lakes region from the endangered species list -- a decision that will ban further wolf hunting and trapping in three states." [CBS News/AP, 12/19/14]

**Perry Voted For Congressional Disapproval Of "Waters Of The United States" Rule, Which Expanded Jurisdiction Of EPA And Army Corps Of Engineers Under Clean Water Act.** In January 2016, Perry voted for a resolution expressing congressional disapproval of the "Waters of the United States" rule. "The Obama administration announced new protections Wednesday for thousands of waterways and wetlands … On its face, the Waters of the United States rule is largely a technical document, defining which rivers, streams, lakes and marshes fall under the jurisdiction of the Environmental Protection Agency and the Army Corps of Engineers. … The agencies and their supporters say the safety of drinking water and stream health are threatened because of weak state and local regulation and a lack of enforcement. The rule is meant to make it clearer which waterways EPA and the Corps of Engineers can oversee under the 43-year-old Clean Water Act, which covers 'navigable waters' such as the Mississippi River and Lake Erie but is vague on how far upstream protections must go to keep those water bodies clean." The resolution passed 253 to 166. [S J Res 22, Vote #45, 1/13/16; Politico, 5/27/15]

**Perry Voted Against Amendment To Eliminate An Exemption Which Allowed Importing Polar Bear Trophies Taken In Sport.** In February 2016, Perry voted against amendment to HR 2406. "An amendment No. 3 printed in House Report 114-429 to strike Title III, the exemption to import polar bear trophies taken in sport." The amendment failed, 159 to 242. [HR 2406, Vote #93, 2/26/16]

**2014: Hunters Who Killed Polar Bears In Canada Were Not Allowed To Import Their Game Into The United States.** "Since 2008, dozens of polar bears have been held in frozen, climate-controlled conditions in Canada, waiting for the U.S. government to allow them into the country. There's just one issue: These bears are dead. A complicated series of conservation laws and disagreements between the governments of Canada and the U.S. have left 41 American polar bear hunters and their prizes trapped in a bureaucratic limbo over the past


six years. Rep. Don Young, R-Alaska, who claims to be the only member of Congress to have killed one of the massive mammals himself, aims to remedy that this week. While the United States outlawed polar bear hunting in the Marine Mammal Protection Act of 1972 (except among Alaskan natives, who are still allowed to hunt the bears), the practice remains legal in Canada, attracting dozens of American big-game hunters every year." [The Atlantic, 2/4/14]

**Perry Voted For Legislation That Would Block Obama Administration Efforts To Restrict Mountaintop Removal Coal Mining Process.** In January 2016, Perry voted for legislation that would block Administration attempts to restrict a controversial coal mining process. "A House Republican introduced a bill Monday that would block the Obama administration's efforts to restrict the controversial mountaintop removal coal mining process. The Interior Department is planning to propose soon a regulation to restrict mountaintop removal mining near streams in an effort to protect streams in Appalachia from the mining waste. … Mooney's bill would stop Interior's Office of Surface Mining from going forward with the rule for at least a year, stop it from using the Clean Water Act to justify the rule and require the agency to conduct a study into the industry impacts of the regulation." The bill passed 235 to 188. [HR 1644, Vote #42, 1/12/16; The Hill, 3/30/15]

**Perry Voted Against Preventing Delays To Rules That Address Imminent Or Long-Term Threats To Human Life And Removing Delays To Rules That Protect Public Health.** In January 2016, Perry voted against a Democratic Motion to Recommit that would prevent delays to rules that address imminent or long-term threats to human life. "The Democratic Motion to Recommit would protect American families and communities by preventing delays to rules that address imminent or long-term threats to human life, and removing delays to rules that protect public health in the event of an increase of life-threatening illnesses such as: heavy metal contamination, lung cancer, heart or kidney disease or birth defects in communities near mountaintop removal coal mining projects." The Motion to Recommit failed 186 to 237. [H R 1644, Vote #41, 1/12/16; Motion to Recommit, 1/12/16]

**Perry Voted Against An Amendment To Make It Easier To Postpone Delay Of A Rule If Delay Would Significantly Contribute To Development Of Negative Chronic Or Long-Term Health Conditions.** In January 2016, Perry voted against an amendment to H.R. 1644 that would make it easier to delay the postponement of a rule "if there is a threat that a delay would cause or significantly contribute to the development of negative chronic or long-term health conditions." The amendment failed 190 to 235. [HR 1644, Vote #40, 1/12/16; Morning Consult, 1/12/16]

**Perry Voted Against An Amendment To Prohibit The North American Energy Security And Infrastructure Act From Taking Effect Until Carbon Impacts Are Analyzed.** In December 2015, Perry voted against an amendment to the North American Energy Security and Infrastructure Act that would "prohibit the provisions of the bill from taking effect until after the Energy Information Administration has analyzed and published a report on the carbon impacts of its provisions." The amendment failed 181-243. [HR 8, Vote #670, 12/3/15; CQ Floor Votes, 12/3/15]

**Perry Voted For An Amendment To Allow Some Voluntary Vegetation Management Without Being Held Liable For Wildlife Damage.** In December 2015, Perry voted for an amendment to the North American Energy Security and Infrastructure Act that would "permit voluntary vegetation management within 150 feet of certain right-of-ways near structures for selective thinning and fuel reduction without being held liable for wildlife damage, loss, or injury, including the cost of fire suppression, except in cases of gross negligence or criminal misconduct." The amendment was adopted 252-170. [HR 8, Vote #668, 12/3/15; CQ Floor Votes, 12/3/15]

**Perry Voted For Resolution Disapproving Of New Regulations Mandating Steep Cuts In Greenhouse Gas Emissions From Future U.S. Power Plants**. In December 2015, Perry voted for the passage of a resolution that would "disapprove of the Environmental Protection Agency emissions rule for new power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets specific emission limits for new fossil-fuel electrical power plants, limiting large new natural-gas-fired turbines to 1,000 pounds of carbon dioxide per megawatt-hour and smaller turbines to 1,100 pounds of carbon dioxide per megawatt-hour, with the



option of averaging emissions over multiple years to allow for operational flexibility." The resolution was adopted 235-188. [S J RES 23, Vote #651, 12/1/15; CQ Floor Votes, 12/1/15]

**Perry Voted For Resolution Disapproving Of New Regulations Forcing Steep Cuts In Greenhouse Gas Emissions From Existing U.S. Power Plants**. In December 2015, Perry voted for a resolution that would "disapprove of the Environmental Protection Agency emissions rule for existing power plants issued on Oct. 23, 2015. The resolution provides that the rule will have no force or effect. The EPA rule sets different emissions targets for 49 states based on their existing energy profile and requires each state to reduce emissions by a certain amount by 2030. Under the rule, states are required to submit proposed plans on how to reduce emissions to the EPA by June 2016, with the agency evaluating whether the plans reduce emissions and are enforceable." The resolution was adopted by a vote of 242-180: [S J RES 24, Vote #650, 12/1/15; CQ Floor Votes, 12/1/15]

**Perry Voted For Amendment To Require Website Post Number Of Environmental Reviews Initiated & Total Average Cost And Time For Infrastructure Projects.** In November 2015, Perry voted for an amendment "that would specify that a website required under the bill that would make publicly available the status of infrastructure projects that require environmental review would need to include the total number of environmental reviews that were initiated and the total average cost and time to conduct environmental reviews." The amendment failed, 196 to 225. [HR 22, Vote #587, 11/3/15; CQ, 11/3/15]

**Perry Voted Against A Measure To Ensure The Underlying Bill Wouldn't Prevent Agencies From Assessing A Proposal's Contribution To Climate Change.** In October 2015, Perry voted against a "motion to recommit the bill to the House Natural Resources Committee with instructions to report back immediately with an amendment that would state that the bill would not limit the authority of the lead permitting agency to assess the proposed activity's potential contribution to climate change." The amendment failed 184-246. [HR 1937, Vote #564, 10/22/15; CQ, 10/22/15]

**Perry Voted Against Amendment To Mining Deregulation Bill Ensuring Environmental Impact Reviews For Mining Permits.** In October 2015, Perry voted against an amendment to the National Strategic and Critical Minerals Production Act that would ensure environmental impact reviews for mining permits. "The bill would reduce or eliminate environmental reviews, and give mining companies control over the timing of permitting decisions, for virtually all types of mining operations on federal public land… [I]t requires the Interior Department to waive compliance with the National Environmental Policy Act (NEPA) if the federal or state permitting process is deemed 'adequate'… Dingell Amendment … [e]nsures that mining permits are fully reviewed under the National Environmental Policy Act." The amendment failed, 181 to 248. [HR 1937, Vote #561, 10/11/15; CQ Floor Votes, 10/22/15; Office of the Democratic Whip, 10/22/15]

> **Evidence Of "Environmental Damage" From Rare Earth Mining.** "Republicans pushed a bill through the House Thursday that allows the government to exempt gold, copper, silver and uranium mining on federal land from formal environmental reviews. … China is by far the world's largest producer of rare earth minerals. But in June, China's cabinet issued a paper saying that poor regulation of mining there had caused widespread environmental damage. In the U.S., there has also been evidence of environmental damage. The process not only disturbs land, uncovering naturally radioactive materials and toxic metals in rock and soil, but the chemicals and compounds used to refine the minerals can also cause contamination." [Associated Press, 7/12/12]

**Perry Voted Against Amendment That Would Eliminate Mining Industry Giveaways.** In October 2015, Perry voted against an amendment to the National Strategic and Critical Minerals Production Act that would eliminate giveaways to the mining industry by declassifying sand, gravel, and clay as "strategic and critical" national security minerals, a designation that would "reduce or eliminate environmental reviews, and give mining companies control over the timing of permitting decisions, for … mining operations … involving strategic or critical minerals.  It does this by defining 'strategic and critical' minerals so broadly that they would include … materials such as sand, clay, [and] gravel…" Democratic Rep. Alan Lowenthal's amendment "[c]larifies that the definition of 'Strategic and Critical Minerals' only includes the minerals identified by the National Research Council (NRC) as strategic and


critical minerals (and any additional minerals added by the Secretary that meet the NRC's criteria), and does not include sand, gravel or clay." The amendment failed, 176 to 253. [H.R. 1937, Vote #560, 10/22/15; House Rules Committee, accessed 1/22/16; Office of the Democratic Whip, 10/22/15]

**Perry Voted For Blocking Consideration Of Bill That Would Fund Local And National Parks, Forests, And Wildlife Refuges.** In October 2015, Perry voted for blocking consideration of the Land and Water Conservation Act, a bill that provides funds and support for local and national parks, forests, wildlife refuges, and historical places. The previous question passed, 243 to 184. A vote against the previous question would have allowed the bill to be considered. [H.Res. 481, Vote #555, 10/21/15; Democratic Leader – Previous Questions, 10/21/15]

**Perry Voted For Weakening Environmental Review, Including Banning Carbon Costs Considerations, Of Major Federal Actions Related To Construction Projects**. In September 2015, Perry voted for the Responsibly and Professionally Invigorating Development Act of 2015 (RAPID Act) which would weaken the environmental review and permitting process for federal construction projects. "This bill establishes procedures to streamline the regulatory review, environmental decision making, and permitting process for major federal actions that are construction activities undertaken, reviewed, or funded by federal agencies. … No more than one environmental impact statement and one environmental assessment for a project must be prepared under the National Environmental Policy Act of 1969 (NEPA) for a project, except for supplemental environmental documents prepared under NEPA or environmental documents prepared pursuant to a court order. After the lead agency issues a record of decision, federal agencies may only rely on the environmental document prepared by the lead agency. … A lead agency may not use the social cost of carbon in the environmental review or environmental decision making process." The bill passed, 233 to 170. [HR 348, Vote #518, 9/25/15; CRS, 1/14/15]

> **The RAPID Act Was Opposed By The Obama Administration.** "The Administration strongly opposes H.R. 348, which would undercut responsible decisionmaking and public involvement in the Federal environmental review and permitting processes. As the Administration said when virtually identical legislation was considered previously, H.R. 348 would increase litigation, regulatory delays, and potentially force agencies to approve a project if the review and analysis cannot be completed before the proposed arbitrary deadlines. This legislation would complicate the regulatory process and create two sets of standards for Federal agencies to follow to review projects – one for "construction projects" and one for all other Federal actions, such as rulemakings or management plans." [Office of Management and Budget, Statement of Administration Policy, 9/16/15]

**Perry Voted Against Preventing The Weakening Of Any Provisions That Preserve Safe Drinking Water, Private Property Rights, And the Health, Safety, And Sovereignty Of Native American Tribes.** In September 2015 Perry Voted Against a motion that would ensure provisions that safeguard drinking water, private property rights, and Native American sovereignty rights would not be weakened by the RAPID Act. The motion failed 175 to 229. [HR 348, Vote #517, 9/25/15; Motion to Recommit, 9/25/15]

**Perry Voted For Prohibiting Federal Agencies From Considering Greenhouse Gasses And Their Link To Climate Change When Reviewing Environmental Permits For Government Construction Projects.** In September 2015, Perry voted for an amendment to HR 348 that would "bar federal agencies from using draft guidance for accounting for greenhouse gas emissions and their link to climate change in reviewing environmental permits for federal government construction projects." The amendment passed 223 to 186. [HR 348, Vote #514, 9/25/15; Citizen Times, 10/2/15]

**Perry Voted Against Prohibiting Federal Agencies From Using Social Cost Of Carbon In Environmental Reviews And Decision Making.** In September 2015, Perry voted against an amendment that would have removed language "prohibit[ing] agencies from using the social cost of carbon in an environmental review or environmental decision making process." The amendment failed 179 to 229. [HR 348, Vote #513, 9/25/15]

**Perry Voted Against Amendment To Exclude Projects That Would Limit Access To Hunting Or Fishing, Affect Endangered Species Or Automatically Approved By Lack Of Agency Decision.** In September 2015, Perry voted against an amendment "that would exclude projects that would limit access to or opportunities for



hunting or fishing, or that would affect an endangered or threatened species under the Endangered Species Act from the bill's provision that would automatically approve projects if the agency has not made a decision within the bill's deadlines." The bill stipulated a deadline of between 90 and 120 days. The amendment failed, 187 to 223. [HR 348, Amendment #6, Vote #512, 9/25/15; CQ, 9/25/15]

**Perry Voted Against An Amendment To Allow State, Local, And Tribal Officials To Extend Deadlines For Environmental Impact Studies.** In September 2015, Perry voted against an amendment that would have allowed state, local, and tribal officials to extend deadlines for environmental impact studies. The amendment failed 179 to 230. [HR 348, Vote #510, 9/25/15; On Agreeing to the Amendment, 9/25/15]

> **Amendment Was Part Of The RAPID Act, Which Rejected Inclusion Of Social Cost Of Carbon And Required Environmental Impact Studies To Be Completed Within Two Years.** "The House passed a bill (HR 348) to scale back the National Environmental Policy Act as a regulator of large construction projects in the United States. The bill disavows the social cost of carbon emissions; sets a two-year deadline for completing environmental reviews; requires lawsuits challenging reviews to be filed within 180 days; limits the number of reviews per project; authorizes states to prepare alternative environmental assessments; and allows agencies to accept secondary rather than original analyses of environmental effects." [Washington Post, 10/1/15]

**Perry Voted Against An Amendment To Include Impact On Low-Income And Minority Communities In Environmental Impact Statements For New Construction Projects.** In September 2015, Perry voted against an amendment to include potential impacts on low-income and minority communities in environmental impact statements for new construction projects. "The House has passed an amendment sponsored by Rep. Raul M. Grijalva, D-Ariz., to the RAPID Act (H.R. 348). The amendment would require regulators to include impacts on low-income and minority communities in their assessments of environmental impact statements for construction projects. Grijalva said the requirement would seek to fulfill 'the promise of environmental justice for all communities.'" The amendment passed 320 to 88. [HR 348, Vote #509, 9/25/15; On Agreeing to the Amendment, 9/25/15; Albany Herald, 10/4/15]

> **The Amendment Was Part Of The RAPID Act, Which Streamlined Environmental Review Processes For Infrastructure Projects.** "The House passed legislation on Friday to streamline the environmental review process for infrastructure projects. The bill passed largely along party lines by a vote of 233-170, with seven mostly centrist Democrats joining all Republicans in support. Under the measure, federal agencies would only have to use one environmental impact statement and one environmental assessment as required by the National Environmental Policy Act." [The Hill, 9/25/15]

**Perry Voted Against Amendment To Prevent "Further Evaluation Or Adoption" Of Environmental Impact Processes That Did Not Address Risks Associated With Climate Change.** In September 2015, Perry voted against amendment that "sought to prevent further evaluation or adoption of an alternative that does not adequately address risks associated with flooding, wildfire, and climate change." The amendment "would reform the review process for the environmental impact of federally-funded construction projects. The goal of these reforms would be to streamline the review process under the National Environmental Policy Act, or NEPA. The bill also would prohibit the consideration of the 'social cost of carbon' in any environmental review or decision making process." The bill failed, 170 to 228. [H Amdt 699, Vote #508, 9/25/15; Govtrack, 9/25/15]

**Perry Voted Against To Require Criteria To Prevent Toxic Contamination Of Groundwater And To Protect Water Sources, Including Great Lakes.** In July 2015, Perry voted against an amendment that "would require implementing agencies to require that all surface impoundment structures meet criteria sufficient to prevent toxic contamination of ground water and to protect drinking water sources, including the Great Lakes." The amendment failed, 184-240. [HR 1734, Vote #457, 3/25/15; CQ Floor Votes, 7/22/15]

**Perry Voted Against Requiring Alternate Safe Drinking Water Within 24 Hours If Drinking Water Had Unsafe Coal Pollution Levels.** In July 2015, Perry voted against an amendment that "would require the owner or



operator of a coal combustion residuals surface impoundment to survey all nearby drinking water supply wells and to supply an alternative source of safe drinking water within 24 hours if well water sampling exceeds groundwater quality standards for constituents associated with the presence of coal combustion residuals." The amendment failed, 192-231. [HR 1734, Vote #455, 3/25/15; CQ Floor Votes, 7/22/15]

**Perry Voted Against Requiring Inactive Hazardous Waste Sites To Follow Groundwater Monitoring Standards.** In July 2015, Perry voted against an amendment that "would require all inactive surface impoundments to follow post-closure groundwater monitoring standards in the Environmental Protection Agency's (EPA) rule." The amendment failed, 177-245. [HR 1734, Vote #454, 3/25/15; CQ Floor Votes, 7/22/15]

**Perry Voted Against Requiring Increased Disclosure On Groundwater Monitoring.** In July 2015, Perry voted against an amendment that "would require all inactive surface impoundments follow post-closure groundwater monitoring standards to meet current public disclosure requirements." The amendment failed, 177-244. [HR 1734, Vote #453, 3/25/15; CQ Floor Votes, 7/22/15]

**Perry Voted For Overriding Legal Protections For Fish And Wildlife To Funnel Additional California Water To The San Joaquin Valley.** In July 2015, Perry voted for a bill that would require that more water from Northern California be pumped south for agricultural uses in the Central Valley in times of drought. "The House bill aims to funnel more water to San Joaquin Valley growers by reducing the amount used to support endangered fish populations … environmental groups and commercial fishermen called the measure a bid to override legal protections for salmon, migratory birds and other fish and wildlife. They said it would repeal the settlement of an 18-year lawsuit involving the restoration of the San Joaquin River, and limit the federal government's ability to protect commercial and tribal fisheries on the Trinity and Klamath rivers." The bill passed by a vote of 245-176. [HR 2898, Vote #447, 7/16/15; CQ Floor Votes, 7/16/15; Los Angeles Times, 7/17/15]

**Perry Voted Against Protecting The Supply Of Water For Drinking And To Fight Wildfires In The Western United States.** In July 2015, Perry voted against a motion to recommit that would ensure an adequate supply of water for safe drinking that is untainted by arsenic, salt, or other toxins which become concentrated in diminished water supplies, to fight wild fires, and to honor tribal water rights. The motion was rejected by a vote of 183-239. [HR 2898, Vote #446, 7/16/2015; Democratic Leader – Motions to Recommit, 7/16/15]

**Perry Voted Against Amendment To Provide Funding For Water Recycling And Reuse Projects.** In July 2015, Perry voted against an amendment that would fund water reclamation programs and water reuse projects so that the Bureau of Reclamation can investigate additional opportunities to reclaim and reuse wastewater and naturally impaired ground and surface water. The amendment was rejected by a vote of 179-242. [HR 2898, Vote #445, 7/16/15; CQ Floor Votes, 7/15/15]

**Perry Voted For Providing Klamath River Basin Contractors More Formal Role In The Endangered Species Act Consultation Process.** In July 2015, Perry voted for an amendment that would provide contractors operating at the Klamath Project in Oregon and California, if Reclamation initiates actions under the Endangered Species Act, all the "rights and responsibilities" extended to applicants in the consultation process. The amendment was adopted by a vote of 246-172. [HR 2898, Vote #444, 7/16/15; CQ Floor Votes, 7/15/15]

**Perry Voted Against Collaborating With California Officials To Install A Fish Screen To Protect Migrating Salmon.** In July 2015, Perry voted against an amendment that would direct federal agencies to collaborate with the California Department of Water Resources to "help installation of a fish screen at the Delta Cross Channel Gates to protect migrating salmon." The amendment was rejected by a vote of 182-236. [HR 2898, Vote #443, 7/16/15; CQ Floor Votes, 7/15/15; Sacramento Bee, 7/15/15]

**Perry Voted For Expediting Environmental Reviews Of Logging And Underbrush Removal Projects On Tribal And Federal Lands.** In July 2015, Perry voted for the Resilient Federal Forests Act of 2015 that "would speed up environmental reviews of logging and underbrush removal projects on tribal and federal lands. The Obama administration opposes the measure … The bill would allow shortened environmental reviews for projects



to remove trees after natural disasters such as floods, landslides or insect or disease outbreaks; tree removal to comply with forest management plans such as wildlife habitat improvement; and thinning to reduce the risk of wildfires. Democrats questioned a provision that would require individuals or groups that want to challenge approved projects in court to post bonds large enough to cover estimated legal fees and expenses." The bill passed, 262 to 167, and then referred to the Senate Committee on Agriculture, Nutrition, and Forestry. [HR 2647, Vote #428, 7/9/15; CQ News, 7/9/15]

**The Office Of Management And Budget Claimed HR 2647 Will Undermine Public Trust In Forest Management Projects.** "HR 2647 includes several provisions that will undermine collaborative, landscape-scale forest restoration by undermining public trust in forest management projects and by limiting public participation in decision-making." [Office of Management and Budget, 7/8/15]

**Would Also Reduce Available Funding In The Forest Service's Budget For Restoration And Risk Reduction Programs.** "[T]he requirement in H.R. 2647 to fully fund the ten-year average for wildland fire suppression would mean that less funding is available each year in the agencies' budgets for restoration and risk reduction programs as it is diverted to the ever-increasing ten-year average." [Office of Management and Budget, 7/8/15]

**Would Make It More Difficult To Challenge Forest Restoration Projects In Court.** "[T]he Administration opposes provisions in the bill that require litigants to post a bond when challenging forest restoration projects. As the Forest Service has demonstrated, the best way to address concerns about litigation is to develop restoration projects in partnership with broad stakeholder interests through a transparent process informed by the best available science." [Office of Management and Budget, 7/8/15]

**Perry Voted For Amendment Prohibiting President From Creating National Monuments Against Local Objection In States, Including Oregon, California, New Mexico, Arizona, Utah And Nevada.** In July 2015, Perry voted for an amendment blocking the President from creating National Monuments in certain counties if there was local objection. "Cresent Hardy introduced an amendment to an Interior Department bill that would block Obama from creating monuments in areas with local opposition. His amendment made its way into the bill on a 222-206 vote, and lists counties in Nevada, Arizona, California, New Mexico, Oregon and Utah as off-limits. 'This Antiquities Act has been abused,' Hardy said in an interview Friday. 'I am a huge supporter of protecting certain lands, but I think there's a right process to go through it.' Hardy accused Obama and Reid of pushing the Nevada monument to burnish their legacies." The amendment passed, 222 to 206. [HR 2822, Vote #409, 7/7/15; Star-Tribune, 7/10/15]

**Perry Voted For Amendment Cutting Funds By One Percent Across-The-Board For The Department Of The Interior, Environment, And Related Agencies Appropriations Act Of 2016.** In July 2015, Perry voted for the Blackburn amendment cutting funds from the Department Of The Interior, Environment, And Related Agencies Appropriations Act Of 2016 by one percent across-the-board. The amendment failed, 168 to 258. [HR 2822, Amendment #59, Vote #407, 7/7/15]

**Perry Voted Against An Amendment That Sought To Disrupt The Ivory Market And Prevent Killing Of Elephants For Their Ivory.** In July 2015, Perry voted against an amendment that would have sought to disrupt the ivory market and prevent killing of elephants for their ivory. The amendment "would block implementation of U.S. Fish and Wildlife Service rules and policies necessary to disrupt ivory markets and ensure that U.S. citizens do not contribute to the ongoing slaughter of African elephants." The amendment failed 244 to 183. [HR 2822, H.AMDT.584, Vote #405, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15; NRDC June & July 2015 Legislative Threats to the Endangered Species Act, 8/3/15]

**Perry Voted Against An Amendment To Maintain Endangered Species Protections For Gray Wolves, Sage-Grouse, And Long-Eared Bats.** In July 2015, Perry voted against an amendment to maintain endangered species protections for gray wolves, sage-grouse, and long-eared bats. The "House Interior Appropriations bill (H.R. 2822) which, as usual, contained numerous anti-ESA riders. One would strip gray wolves in Wyoming and the Great



Lakes of ESA protections. One would eliminate tools that have been developed by industry and federal and state governments to protect the greater sage grouse and limit our options to properly manage this species and its habitat. One would increase the threats to the threatened northern long-eared bat." The amendment failed 243 to 186. [HR 2822, H.AMDT.582, Vote #404, 7/8/15; Congressional Quarterly's House Action Reports, 7/8/15; NRDC June & July 2015 Legislative Threats to the Endangered Species Act, 8/3/15]

**Perry Voted Against Ending Prohibition On Using Funds To Implement Coastal And Marine Spatial Planning And Management Components Of The National Ocean Policy.** In July 2015, Perry voted against "an amendment to strike section 425, which prohibits the use of funds to further implement coastal and marine spatial planning and management components of the National Ocean Policy" The amendment failed 191-238. [HR 2822, Vote #398, 7/8/15; H AMDT 568, 7/8/15]

>   **Coastal And Marine Spatial Planning Was Recommended By Task Force On Ocean Policy Started By President Obama.** "On June 12, 2009, President Obama signed a memorandum establishing the Interagency Ocean Policy Task Force, led by the White House Council on Environmental Quality. Then, on July 19, 2010, this task force released a set of final recommendations that set a new direction for improved stewardship of the ocean, our coasts, and the Great Lakes." [National Oceanic and Atmospheric Administration, accessed 10/21/15]

>   **Costal And Marine Spatial Planning Involves Agencies Working Together And Sharing Information To Preserve Coasts And Ocean Ecosystems.** "Coastal and marine spatial planning—or marine planning—is a science-based tool that regions can use to address specific ocean management challenges and advance their goals for economic development and conservation. Just as federal agencies work with states, tribes, local governments, and others to manage forests, grasslands, and other areas, they also can use marine planning to coordinate activities among all coastal and ocean interests and provide the opportunity to share information. This process is designed to decrease user conflict, improve planning and regulatory efficiencies, decrease associated costs and delays, engage affected communities and stakeholders, and preserve critical ecosystem functions and services." [National Oceanic and Atmospheric Administration, accessed 10/21/15]

**Perry Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For The Environmental Programs And Management By More Than $1.9 Million.** In July 2015, Perry voted against "an amendment to reduce funding for the Office of the Secretary Departmental Operations by 1,913,000 and increase the funding for the Environmental Programs and Management by a similar amount.." The amendment failed 188-239. [HR 2822, Vote #396, 7/8/15; H AMDT 550, 7/8/15]

>   **No Funds From The Act Could Be Used To Reclassify The West Indian Manatee From An Endangered Species To A Threatened Species.** "None of the funds made available by this Act may be used to consider a petition to reclassify the West Indian manatee from an endangered species to a threatened species under the Endangered Species Act of 1973." [CQ Floor Amendment Analysis, 7/7/15]

>   **Environmental Programs And Management Is Focused On Running Programs To Reduce Negative Environmental Impacts.** "Environmental management programs support the NIEHS Environmental Policy and the overall goal of reducing negative environmental impacts. These programs were established to assure compliance with federal, state, and local environmental regulations. Each program includes specific requirements that are documented in the NIEHS EMS Manual as well as a corresponding written plan, procedure, or instruction." [National Institute of Environmental health Sciences, accessed 10/21/15]

**Perry Voted Against Amendment To Shift $4 Million From BLM To Fish And Wildlife Service To Fight Against Invasive Species.** In July 2015, Perry voted against an amendment to reduce the Bureau of Land Management by $4,010,000 and increase the US Fish and Wildlife Service by $3,902,000. According to the amendment's sponsor, Rep. John Garamendi, "There is a problem in the [Sacramento-San Joaquin River] delta … The delta is being totally overrun by water hyacinths. Other parts of the United States and the West are also finding these invasive water squats plants plugging their pumps, reducing water supply … What this amendment does is


address that problem by adding $3,902,000 to the aquatic habitat and species conservation fund, thereby allowing the Federal agencies to work with the State and local agencies to attack the aquatic plants … those who want to have more water flowing south to the San Joaquin Valley and southern California's great metropolitan areas, including Orange County, ought to be in favor of unplugging the pumps and getting the water hyacinths reduced in the delta." The amendment failed, 181 to 244. [HR 2822, Vote #393, 7/8/15; Bill Summary, Library of Congress, 7/8/15, House Congressional Record, Page H4733, 6/25/15]

**Perry Voted For An Amendment That Blocked Funding To Establish National Ocean Policy, A Policy Initiative Aimed At Increasing Planning And Coordination On Ocean Use.** In June 2015, Perry voted for an amendment that blocked funding to establish national ocean policy, a policy initiative aimed at increasing planning and coordination on ocean use. "The House voted along party lines to attach an amendment from Rep. Bill Flores (R-Texas) prohibiting the use of funds to establishing the National Ocean Policy, an effort the Obama administration began in 2010 with the aim of improving coordination and planning. The House has attached the rider to spending bills in the past, driven by Republican assertions that the policy is akin to 'zoning the oceans.'" The amendment passed 236 to 190. [HR 2578, Vote #291, 6/3/15; On Agreeing to the Amendment, 6/3/15; Environment & Energy Publishing, 6/4/15]

**Perry Voted For Allowing The Speaker Of The House And Senate Majority Leader To Appoint Members To Committee Reviewing Energy Department Carbon Capture Research Program.** In May 2015, Perry voted for an amendment that would allow the Speaker of the House and the Majority Leader of the Senate to appoint members to the STEM Education Advisory Panel and a second advisory committee that would oversee the Energy Department's carbon capture and sequestration research program. The amendment passed 234 to 183. [HR 1806, H.Amdt. 248, Vote #253, 5/20/15; CQ Floor Votes, 5/20/15]

**Perry Voted For Prohibiting Listing Of Prairie Chicken As Threatened Or Endangered Species.** In May 2015, Perry voted for an amendment that would "prohibit the listing of the lesser prairie chicken as a threatened or endangered species until 2021. The amendment also would de-list the American burying beetle as a threatened or endangered species." The amendment passed, 229-190. [H.R 1735, Vote #236, 5/15/15; CQ Floor Votes, 5/15/16]

**Perry Voted For Halting EPA's Waters Of The United States Rulemaking Relating To Smaller Waterways That Feed Into Larger Ones.** In May 2015, Perry voted for the Regulatory Integrity Protection Act which "would require the EPA and the Army Corps of Engineers to withdraw its Waters of the United States rule. The rule would define the EPA's oversight authority over streams, ponds and small waterways that feed into larger ones..." According to Rep. Donna Edwards, "H.R. 1732 would halt the current Clean Water rulemaking, and require the agencies to withdraw the proposed rule and restart the rulemaking process. This is after one million public comments, a 208 day comment period, and over 400 public hearings." The bill passed 261 to 155. [HR 1732, Vote # 219, 5/12/15; The Hill, 4/29/15; Edwards Press Release, 4/29/15]

**Perry Voted Against Protecting America's Waterways To Ensure Safe Drinking Water Supply.** In May 2015, Perry voted against a motion that would "protect the quality of America's water supply for safe drinking, particularly in the Great Lakes, which has been affected by harmful algal blooms; drought mitigation in California and the West; agriculture and irrigation; and flood and coastal storm protection from wetlands." The motion failed 175 to 241. [HR 1732, Vote #218, 5/12/15; Democratic Leader, 5/12/15]

**Perry Voted Against Amendment To Prohibit Issuing Final Clean Water Rules If They Violated Previous Court Decisions.** In May 2015, Perry voted against an amendment to the Regulatory Integrity Protection Act proposed by Rep. Donna Edwards. According to Edwards, "Under my amendment, the administration cannot expand the scope beyond those water bodies covered prior to the decisions of the U.S. Supreme Court in those two cases, and it cannot be inconsistent with Justices Scalia's and Kennedy's judicial opinions in Rapanos. In addition to that, they can't increase the regulation of ditches." The amendment failed 167 to 248. [HR 1732, Vote #217, 5/12/15; Edwards Press Release, 4/29/15]



**Perry Voted For Amendment Limiting Water Used To "Flush Fish Diseases Out Of Klamath River."** In May 2015, Perry voted for an amendment limiting the amount of water released from Lewiston Dam into the Trinity River, which protects salmon from becoming infected by fish diseases. "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases. LaMalfa said the U.S. Bureau of Reclamation, which controls the dam, should not be allowed to send more water downstream than allowed under 15-year-old agreement called the 'Record of Decision.'" The amendment passed, 228 to 183. [H.R. 2028, Vote #213, 5/1/15; Record Searchlight, 5/7/15]

> **Amendment Limited Amount Of Water Released From Dam Into Trinity River.** "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases." [Record Searchlight, 5/7/15]

> **Record Searchlight: 2012-2015: U.S. Bureau Of Reclamation Sent Higher Levels Of Colder Water To "Flush Disease-Causing Pathogens Out Of the River."** "During the past three years, the bureau has sent higher levels of colder water down the river to flush fish diseases out of the Klamath River. In the fall thousands of salmon annually swim up the Klamath River, crowding into pools, where fish diseases can spread in the warmer water conditions. The past three years, the bureau has used water from the Trinity, which flows into the Klamath, to flush disease-causing pathogens out of the river, ease fish crowding and lower the water temperature." [Record Searchlight, 5/7/15]

> **During Fall, Thousands Of Fish Swim Up Klamath River, Crowding Into Pools, Where Fish Diseases Spread In Warmer Temperatures.** "During the past three years, the bureau has sent higher levels of colder water down the river to flush fish diseases out of the Klamath River. In the fall thousands of salmon annually swim up the Klamath River, crowding into pools, where fish diseases can spread in the warmer water conditions. The past three years, the bureau has used water from the Trinity, which flows into the Klamath, to flush disease-causing pathogens out of the river, ease fish crowding and lower the water temperature." [Record Searchlight, 5/7/15]

> **Fisheries And Environmental Groups Believed Measure Had Potential To Cause Massive Fish Die Offs.** "An amendment to a House appropriations bill to limit the amount of water sent down the Trinity River has come under fire from fish and wildlife groups that say the move could lead to a massive fish die-off downstream in the Klamath River. The amendment, by U.S. Rep. Doug LaMalfa, R-Richvale, would prohibit releasing more water from Lewiston Dam into the Trinity River in late summer to keep salmon from becoming sickened by fish diseases. LaMalfa said the U.S. Bureau of Reclamation, which controls the dam, should not be allowed to send more water downstream than allowed under 15-year-old agreement called the 'Record of Decision.' … The amendment was added to the Energy and Water Appropriations bill, which the House approved last week." [Record Searchlight, 5/7/15]

> **Pacific Coast Federation Of Fishermen's Association Believed Fish Kill Would Negatively Affect West Coast Commercial And Recreational Fishing Industry.** "Glen Spain, Northwest regional director of the Pacific Coast Federation of Fishermen's Associations, said a fish kill would also hurt the West Coast commercial and recreational fishing industry. 'Again, it's going to affect the economy of the whole Northern California if we have another fish kill,' Spain said." [Record Searchlight, 5/7/15]

> **Higher Flows Into River Meant Less Water Was Piped Into Powerhouses, Forcing Redding To Buy More Expensive Electricity Elsewhere.** "Higher flows down the Trinity River mean that less water is piped over the mountains from Lewiston Lake to the Carr Powerhouse at Whiskeytown Lake and the Spring Creek


Powerhouse at Keswick Lake. When those two powerhouses generate less electricity, Redding Electric Utility has to purchase more expensive power from other sources, Eastman said. 'Requiring the Bureau to maintain Trinity flows under the Record of Decision keeps more water available to all Central Valley Project water recipients, including Redding and agriculture in the North State,' he said. REU pays about $6.5 million per year for electricity from the Western Area Power Administration, which distributes the power, said Barry Tippin, Redding's assistant city manager. The city pays hundreds of thousands of dollars more for power if it has to get electricity from other sources when hydropower generation runs low, he said." [Record Searchlight, 5/7/15]

**Perry Voted For Amendment Prohibiting Funds Used To Regulate "Agricultural Activities" Identified As Exemptions Under Clean Water Act.** In May 2015, Perry voted for an amendment prohibiting the use of funds to regulate certain agricultural activities under the Clean Water Act. "LaMalfa, R-Calif., amendment that would prohibit funds made available under the act from being used to regulate agricultural activities identified as exemptions under certain sections of the Clean Water Act." The amendment passed, 239 to174. [H.R. 2028, Vote #212, 5/1/15; CQ Floor Votes, 5/1/15]

**Perry Voted For Amendment To Block Bureau Of Reclamation From Buying Water To Increase Instream Flow To Help Fish.** In May 2015, Perry voted for amendment to prohibit the buying of water for the purpose of enhancing river flow to help fish. "The House briefly debated at about 1:20 a.m. Friday, and eventually approved along nearly party lines, an amendment by Rep. Tom McClintock, R-Calif., that would block the Bureau of Reclamation from buying water for the purpose of supplementing river flows to help fish." The amendment passed, 228 to 183. [HR 2028, Vote #211, 5/1/15; Associated Press, 5/1/15]

**U.S. Bureau Of Reclamation Public Affairs Officer: Major Water Purchases Were Made To Meet Water Quality Standards.** "Rep. Tom McClintock's amendment to forbid federal agencies from purchasing water during California's catastrophic drought in order to release it into rivers to meet environmental requirements was adopted May1 as part of the House of Representatives' Fiscal Year 2016 Energy and Water Appropriations Act. The amendment was adopted on a vote of 226-9, and final passage of the Appropriations Act on a vote of 230-7. … Public Affairs Officer Erin Curtis said the agency's major water purchases in recent years have been on the San Joaquin River in order to comply with the Vernalis Adaptive Management Plan intended to meet water quality standards at Vernalis, not far from where the Stanislaus River meets the San Joaquin River." [Calaveras Enterprise, 5/8/15]

**U.S. Bureau Of Reclamation Public Affairs Officer: Bureau Required By Law To Release Water To Protect Water Quality, Fish And Wildlife.** "Curtis noted in an email that the bureau is required by a variety of environmental laws to release water to protect water quality as well as fish and wildlife. Among the beneficiaries of those releases are farms and cities that draw water from the San Joaquin River Delta." [Calaveras Enterprise, 5/8/15]

**Farms And Cities Benefit From Releases.** "Among the beneficiaries of those releases are farms and cities that draw water from the San Joaquin River Delta." [Calaveras Enterprise, 5/8/15]

**Calaveras Enterprise: "Flows From The Stanislaus River Help Dilute Salt Contamination That Would Otherwise Render Water In the Delta Unusable For Irrigation."** "Rep. Tom McClintock's amendment to forbid federal agencies from purchasing water during California's catastrophic drought in order to release it into rivers to meet environmental requirements was adopted May1 as part of the House of Representatives' Fiscal Year 2016 Energy and Water Appropriations Act. … Flows from the Stanislaus River help dilute salt contamination that would otherwise render water in the delta unusable for irrigation and more expensive to treat for drinking water." [Calaveras Enterprise, 5/8/15]

**Perry Voted For Amendment Prohibiting Funding For Energy Department's Climate Models Program.** In May 2015, Perry voted for amendment prohibiting funding for the Energy Department's climate models program. "The House has passed an amendment sponsored by Rep. Paul A. Gosar, R-Arizona, to the Energy and Water Development and Related Agencies Appropriations Act. The amendment would bar funding for the Energy



Department's Climate Model Development and Validation program. Gosar said funding Energy's 'duplicative and wasteful' climate modeling effort was not central to Energy's mission and was redundant, given an abundance of other global climate models being adopted by other U.S. and foreign governments and private businesses." The amendment passed, 224 to 184. [H.R. 2028, Vote #209, 5/1/15; Bangor Daily News, 5/8/15]

> **CQ Roll Call: Program "Evaluates Predictive Models Of The Earth's Climate."** "Nearly all Democrats united to vote against the $35.4 billion spending measure (HR 2028), which advanced by a vote of 240-177 after lawmakers debated amendments late into the night Thursday and early Friday. … Lawmakers also approved an amendment 224-184 that would bar funding for a DOE program that evaluates predictive models of the Earth's climate." [CQ Roll Call, 5/1/15]

**Perry Voted For Prohibiting EPA Regulations That Relied Upon Non-Public Scientific Research.** In March 2015, Perry voted for a bill that "prohibits EPA from proposing, finalizing or disseminating a rule or other 'covered action' unless all scientific and technical information used to decide upon the rule is made available to the public so the research can be independently analyzed and reproduced." The bill passed 241 to 175. [HR 1030, Vote #125, 3/18/15; CQ House Action Reports, 3/13/15]

> **Would Limit EPA's Ability To Write Regulations To Combat Pollution And Climate Change.** "Critics say the bill would severely handicap the EPA's ability to write regulations necessary to fight pollution and climate change and protect the environment and human health, and would require the EPA to violate patient confidentiality. EPA Administrator Gina McCarthy has criticized the accusation from the GOP, saying transparency and sound science are among the agency's priorities." [The Hill, 2/27/15]

## Ethics & Government Reform

**Perry Voted For Blocking Consideration Of A Bill To Require All Presidential Candidates To Release Their Tax Returns.** In December 2016, Perry voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 937) that would provide for House floor consideration of the conference report to accompany the bill (S 2943) that would authorize $611.2 billion for defense programs in fiscal 2017." According to the Democratic Leader's office, "The Democratic Previous Question would force a vote on H.R. 5386, which would require all presidential candidates to release their tax returns." The motion passed 235 to 180. [H.Res. 937, Vote #596, 12/1/16; DemocraticLeader.gov, 12/1/16; CQ, 12/1/16]

**Perry Voted For Amendment That Would Cut More Than $190K From The Office Of Congressional Ethics.** In June 2016, Perry voted for an amendment to the Continuing Appropriations and Military Construction, Veterans Affairs, and Related Agencies Appropriations Act, 2017, and Zika Response and Preparedness Act (HR 5325) that would "reduce funding for the Office of Congressional Ethics by $190,970, to the fiscal 2016 level, and transfer the same amount to the spending reduction account." The amendment failed 137-270. [HR 5325, Vote #292, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted For Limiting Power Of OCE And House Ethics In Investigating Members.** In January 2015, Perry voted for a House Rules package that contained a rules change that would help members under ethics investigations by the Office of Congressional Ethics and House Ethics Committee. "In one of its first actions of the new year, the House of Representatives on Tuesday approved rules changes that could give lawmakers a new defense against ethics investigations. The new language, added Monday night to the sections that establish the House Ethics Committee and the independent Office of Congressional Ethics, says the two bodies 'may not take any action that would deny any person any right or protection provided under the Constitution of the United States.' The language also states that a person subject to a review by the Office of Congressional Ethics 'shall be informed of the right to be represented by counsel and invoking that right should not be held negatively against them.' … 'Clearly (the new language) was put in there to allow members of Congress to restrain certain activities of the ethics committees based on their own interpretation of what the Constitution means,' said Craig Holman of the watchdog group Public Citizen." The resolution passed, 234-172. [H Res 5, Vote #6, 1/6/15; USA Today, 1/6/15]



## Financial Protections & Wall Street

**Perry Voted For Requiring The US Government To Publish International Insurance Standards Before Agreeing To Them.** In December 2016, Perry voted for "Passage of the bill that would, as amended, prohibit the United States from agreeing to any proposed international insurance standards until the government had publicly published the proposal, and would prohibit the adoption of any international insurance capital standards until the Federal Reserve had issued domestic capital standards for insurance companies. The measure would also specify objectives for U.S. officials negotiating international insurance standards, and would reduce, from $50 million to $43 million, the maximum amount of money that the Securities and Exchange Commission could deposit into its reserve fund during fiscal 2017.'" The bill passed 239 to 170. [H.R. 5143, Vote #613, 12/7/16; CQ, 12/7/16]

**Perry Voted For Modifying Dodd-Frank To Eliminate Requiring The Federal Reserve To Automatically Review Bank Holding Companies With Assets Over $50 Billion.** In December 2016, Perry voted for "Passage of the bill that would modify the Dodd-Frank Act to eliminate the requirement that the Federal Reserve automatically review bank holding companies with assets greater than $50 billion. The measure would authorize the Financial Stability Oversight Council to require enhanced Federal Reserve supervision and regulation of any bank holding company based on the FSOC's determination of the individual institution's riskiness." The bill passed 254 to 161. [H.R. 6392, Vote #599, 12/1/16; CQ, 12/1/16]

**Perry Voted Against Subjecting Banks With Over $50 Billion In Assets To Higher Scrutiny If They Are Being Sued By The US Government In Relation To The Financial Crisis.** In December 2016, Perry voted against the "Waters, D-Calif., motion to recommit the bill to the House Financial Services Committee with instructions to report back with an amendment that would subject certain bank holding companies to enhanced supervision and standards. The provisions of the amendment would apply to any bank holding company that has assets greater than $50 billion and against which the U.S. government has a pending lawsuit related to residential mortgage backed securities." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would add an exemption to the underlying bill for any bank holding company over $50B that has any pending litigation or enforcement matters with an agency of the U.S. government, including similar activities that occurred during the financial crisis." The motion failed 178 to 236. [H.R. 6392, Vote #598, 12/1/16; DemocraticLeader.gov, 12/1/16; CQ, 12/1/16]

**Perry Voted For Allowing Employees To Defer Income Attributable To Certain Stocks That Are Transferred To The Employee By The Employer.** In September 2016, Perry voted for passage of a bill "that would allow certain employee stockholders in startup businesses to defer income taxes on stock options in their companies for up to seven years if the business offers stock options to 80 percent of their U.S. workforce. Chief executives or officers of the business and the highest-paid employees would not be eligible to defer taxes on the company's stock options, and the bill would require none of the company's stock could be publicly traded in any preceding year to be eligible for tax deferral." According to Congress.gov, "this bill amends the Internal Revenue Code to allow an employee to elect to defer, for income tax purposes, income attributable to certain stock transferred to the employee by an employer." The bill passed 287 to 124. [HR 5719, Vote #544, 9/22/16; Q, 9/22/16, Congress.gov, 9/22/16]

**HR 5719, The Empowering Employees Through Stock Ownership Act, "Would Ease The Tax Burden Of Private-Company Stock Options.** "A bill introduced in Congress this summer would ease the burden by letting some private-company employees defer the income, and thus the federal tax due, for up to seven years. (The bill would not affect state taxes.) But it would not eliminate the risk of paying taxes on paper profits. […] SB3152, the Empowering Employees Through Stock Ownership Act, is sponsored by Sens. Mark Warner, D-Va., and Dean Heller, R-Nev. A companion bill in the House, HR5719, also has a sponsor from each party. Both are early in the legislative process. The bill would apply to both stock options and restricted stock, but the main target is options." [San Francisco Chronicle, 8/17/16]



**Perry Voted For Passage Of The Investment Advisers Modernization Act Of 2016.** In September 2016, Perry voted for "passage of the bill that would eliminate requirements for private equity funds to annually submit an investment report to the Securities and Exchange Commission. The measure would exempt private equity funds from existing requirements regarding the relationship between investment fund managers and their investors. As amended, the measure would maintain the requirement in current law for private equity funds to submit to unannounced, independent audits." The bill passed 261 to 145. [HR 5424, Vote #495, 9/9/16; CQ Floor Vote, 9/9/16]

**Perry Voted For The Accelerating Access to Capital Act, Which Expanded The Types Of Companies Who Could Use Simplified Disclosure Forms For Security Sales.** In September 2016, Perry voted for "passage of the bill that would expand the types of companies that can use a simplified disclosure form to register securities sales, and would exempt certain securities sales, like those to accredited investors, from the Securities and Exchange Commission's registration process." The bill passed 236 to 178. [HR 2357, Vote #493, 9/8/16; CQ Floor Vote, 9/8/16]

**Perry Voted Against A Motion To Add Requirement That Investors Disclose Cybersecurity Risks To Be Eligible For Some SEC Filing Exemptions.** In September 2016, Perry voted against a "motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would require accredited investors to disclose cybersecurity risks in order to be eligible for exemptions from certain filings with the Securities and Exchange Commission." The motion was rejected 180 to 233. [HR 2357, Vote #492, 9/8/16; CQ Floor Vote, 9/8/16; Congressional Record, 9/8/16]

**Perry Voted For Providing For Consideration Of HR 2357, Accelerating Access To Capital Act Of 2015; And Providing For Consideration Of HR 5424, Investment Advisers Modernization Act Of 2016.** In September 2016, Perry voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 844) that would provide for House floor consideration of the bill (HR 2357) that would require the Securities and Exchange Commission to expand the types of companies that can use a simplified disclosure form to register securities, and the bill (HR 5424) that would reduce or eliminate certain reporting requirements for private equity funds." The motion was agreed to 238 to 180. [HR 5063, Vote #489, 9/8/16; CQ Floor Votes, 9/8/16]

**Perry Voted For Prohibiting Funds From Being Used By The Consumer Financial Protection Bureau To Implement Any Contract With A Vendor To Provide Consumer Awareness.** In July 2016, Perry voted for "Hartzler, R-Mo., amendment that would prohibit funds from being used by the Consumer Financial Protection Bureau to implement any contract with a vendor to provide informational messages." The amendment was adopted in Committee of the Whole 242-179. [H Amdt 1271 to HR5485, Vote #396, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Prohibiting The CFPB From Using Funds To Commence Administrative Action Beyond The Three Year Statutes Of Limitations.** In July 2016, Perry voted for "Messer, R-Ind., amendment that would prohibit funds from being used by the Consumer Financial Protection Bureau to commence any administrative adjudication or civil action beyond the three-year statute of limitation established by the Dodd-Frank Act." The amendment was adopted in Committee of the Whole 235-179. [H Amdt 1258 to HR 5485, Vote #389, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Defunding Securities And Exchange Commission's Pay Ratio Disclosure Rules.** In July 2016, Perry voted for "Huizenga, R-Mich., amendment that would prohibit the use of funds to finalize, implement, administer or enforce the Securities and Exchange Commission's Pay Ratio Disclosure rules." The amendment was adopted in Committee of the Whole 236-185. [H Amdt 1254 to HR5485, Vote #385, 7/7/16; CQ Floor Votes, 7/7/16]

> **SEC Rule Required A Public Company To Disclose The Ratio Of The Compensation Of Its Chief Executive Officer (CEO) To The Median Compensation Of Its Employees.** "The Securities and Exchange Commission today adopted a final rule that requires a public company to disclose the ratio of the compensation



of its chief executive officer (CEO) to the median compensation of its employees.  The new rule, mandated by the Dodd-Frank Wall Street Reform and Consumer Protection Act, provides companies with flexibility in calculating this pay ratio, and helps inform shareholders when voting on 'say on pay.'" [Securities and Exchange Commission, Press Release, 8/5/15]

**Perry Voted For Defunding Securities And Exchange Commission Rule Against "Conflict Minerals."** In July 2016, Perry voted for "Huizenga, R-Mich., amendment that would prohibit funds from being used to enforce a Securities and Exchange Commission rule pursuant to the Dodd-Frank Act relating to 'conflict minerals." The amendment was adopted in Committee of the Whole 236-188. [H Amdt 1253 to HR5485, Vote #384, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Prohibiting The Consumer Financial Protection Bureau From Administering Guidance On Indirect Auto Lending.** In July 2016, Perry voted for "Guinta, R-N.H., amendment that would prohibit the Consumer Financial Protection Bureau from using funds to enforce or administer guidance pertaining to indirect auto lending." The amendment was adopted in Committee of the Whole 260-162. [H Amdt 1251 to HR 5485. Vote #383, 7/7/16; CQ Floor Votes, 7/7/16]

    **Opponents Said Amendment Could Stop The Consumer Financial Protection Bureau From Protecting Minorities Against Discriminatory Vehicle Loans.** "The House has passed an amendment sponsored by Rep. Frank C. Guinta, a New Hampshire Republican, to the Financial Services and General Government Appropriations Act (HR 5485). The amendment would block funding for the Consumer Financial Protection Bureau to issue regulatory guidance for indirect auto lending. Guinta said guidance issued by the Bureau in 2013 could end the ability of car dealers to provide discounted interest rates on loans for vehicles purchased at the dealers, making it harder for consumers to finance vehicle purchases. An amendment opponent, Rep. Maxine Waters, a California Democrat, said it would stop the Bureau from protecting minorities against discriminatory vehicle loans." [Targeted News Service, 7/10/16]

**{Voted For/Voted Against/Voted Present On/Did Not Vote On}} Defunding The Designation Of Any Non-Bank Financial Company As "Too Big To Fail."** In July 2016, Perry voted for "Garrett, R-N.J., amendment that would prohibit the use of funds to designate any non-bank financial company as 'too big to fail' or as a 'systemically important financial institution' or to make a determination that material financial distress at a non-bank financial company could pose a threat to U.S. financial stability." The amendment was adopted in Committee of the Whole 239-182. [H Amdt 1248 to HR5485, Vote #381, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Defunding Proposal That Made It Easier For Investors To Defeat Corporate Boards' Candidates During The Annual Proxy Process.** In July 2016, Perry voted for "Garrett, R-N.J., amendment that would prohibit the Securities and Exchange Commission from proposing or implementing a rule that mandates the use of universal proxy ballots during proxy contests." The amendment was adopted in Committee of the Whole 243-180. [H. Amdt.1247 to HR5485, Vote #380, 7/7/16; CQ Floor Votes, 7/7/16]

    **Amendment Defunded Proposal That Made It Easier For Activist Investors To Defeat Corporate Boards' Candidates During The Annual Proxy Process.** "The U.S. House on Thursday nixed a U.S. Securities and Exchange Commission proposal for 'universal proxy ballots' that would make it easier for activist investors to defeat corporate boards' candidates during the annual proxy process.  The House agreed 243-180 to an amendment by Rep. Scott Garrett, R-N.J., to its 2017 spending bill adding language that prohibits the SEC from proposing or implementing a rule that mandates the use of the universal ballots during proxy contests. The overall spending bill passed the House 239-185 vote, largely along party lines." [Law360, 7/8/16]

**Perry Voted Against Striking A Section Of The Bill Prohibiting Funds From Being Used By The Consumer Financial Protection Bureau To Enforce Regulations Related To Payday Loans, Vehicle Loans, Or Other Similar Loans.** In July 2016, Perry voted against an amendment that would "strike a section in the bill that would prohibit funds from being used by the Consumer Financial Protection Bureau to enforce regulations or rules with


respect to payday loans, vehicle title loans or other similar loans during fiscal 2017." The amendment failed 182-240. [HR 5485, Vote #369, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Increasing Funding For The Securities And Exchange Commission By $50 Million.** In July 2016, Perry voted against an amendment to "increase funding for the Securities and Exchange Commission by $50 million." The amendment failed 183-238. [HR 5485, Vote #362, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Striking Sections Repealing Funding For The Consumer Financial Protection Bureau And Change The Bureau's Management Structure.** In July 2016, Perry voted against en bloc amendments that would "strike sections that would: repeal provisions of the Dodd-Frank Act that fund the Consumer Financial Protection Bureau (CFPB) through transfer of funds directly from the Federal Reserve without the need for appropriations, require the CFPB to notify Congress and publicly post on its website when it requests a transfer of funds from the Federal Reserve during fiscal 2017, and change the CFPB's management structure." The amendment failed 179-243. [HR 5485, Vote #361, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Barring The Use Of Funds For The Consumer Financial Protection Bureau To Regulate Pre-Dispute Arbitration Between Consumers And Firms.** In July 2016, Perry voted against an amendment to "strike the bill's provision that would bar use of funds for the Consumer Financial Protection Bureau to regulate pre-dispute mandatory arbitration agreements in consumer contracts with firms offering financial products." The amendment failed 181-236. [HR 5485, Vote #360, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Striking A Provision Preventing The IRS From Issuing Guidance Defining Political Activity For 501c4s.** In June 2016, Perry voted against Becerra amendment to "strike a provision that would prevent the Internal Revenue Service from issuing guidance to define political activity for 501(c)(4) ('social welfare') organizations." The amendment failed 183-239. [HR 5485, Vote #359, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Decreasing The Community Development Financial Institutions Account By $75 Million.** In July 2016, Perry voted for Duffy amendment to "decrease the Community Development Financial Institutions (CDFI) account by $75 million to offset an augmentation of this account by the Justice Department through settlement agreements, which required banks to donate $75 million to certified CDFI entities" The amendment failed 166-254. [HR 5485, Vote #358, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For A Resolution Disapproving Labor Department's Expansion Of "Fiduciary Rule" To Cover Conflict-Of-Interest Risks By Retirement Advisors.** In April 2016, Perry voted for a joint resolution blocking a Labor Department rule imposing the 'fiduciary rule' for retirement advisers. The measure "would invalidate a rule to define 'fiduciary' as anyone compensated for individualized retirement investment advice, thus requiring them to act in the best interest of their clients…Financial advisers claim that brokers' regulatory costs and liability concerns would increase if the rule goes into effect. But supporters argue the new guidelines would close loopholes that have allowed retirement advisers to promote substandard investment options for their own financial benefit." The resolution passed, 234 to 183. [H J Res 88, Vote #176, 4/28/16; CQ Roll Call, 4/21/16]

**Perry Voted For Easing Regulations That Safeguard Against General Solicitation From Companies Issuing Private Securities.** In April 2016, Perry voted for the Helping Angels Lead Our Startups Act of 2016, a bill easing prohibitions of general solicitation by companies issuing private securities. "The bill…would create a new exemption to the prohibition on general solicitation for companies issuing private securities. It would require the Securities and Exchange Commission to revise its Regulation D so that the prohibition against general solicitation does not apply to presentations or communications made at an event sponsored by certain groups." The bill passed, 325-89. [H Res 4498, Vote #171; CQ News, 4/26/16]

> **Obama Administration Office Of Management And Budget: Easing Capital-Raising Creates New Risks To Certain Investors**. A White House OMB Statement of Administration Policy said that "Creating a new exemption…may make it easier for companies access necessary capital, but providing such an exemption


comes at the cost of potentially increasing undue risk for certain investors." [White House Office of Management And Budget, 4/26/16]

**Perry Voted For To Make It Easier For Small Bank To Take On Additional Debt To Make Acquisitions.** In April 2016, Perry voted for a bill "that would direct the Federal Reserve Board to revise a policy statement that allows small bank holding companies to take on higher levels of debt to purchase an acquisition than permitted for larger holding companies. Specifically, the amount of consolidated assets a holding company can have and be covered under the policy statement would be increased from less than $1 billion to less than $5 billion." The bill passed 247-171. [HR 3791, Vote #149, 4/14/16; CQ Floor Votes, 4/14/16]

> **Bill Would Make It Easier For Small Lenders To Make Acquisitions By Allowing To Operate With Higher Debt.** "The House Financial Services Committee approved a bill that would enable more small lenders to make acquisitions and form new bank and thrift holding companies… H.R. 3791, which would increase the consolidated asset threshold under the Federal Reserve's Small Bank Holding Company Policy Statement to $5 billion from $1 billion." [Bloomberg BNA, 12/9/15]

**Perry Voted For Would Provide Funding To The Financial Stability Oversight Council and Office Of Financial Research Through The Appropriations Process.** In April 2016, Perry voted for a bill that "would place funding for the Financial Stability Oversight Council and the Office of Financial Research (OFR) under the annual appropriations process. Additionally, the bill would require the OFR to quarterly report to Congress on its spending, staff and performance. It also would provide for a minimum 90-day public notice and comment period before the OFR could issue any proposed rule, report or regulation." The bill passed 239-179. [HR 3340, Vote #146, 4/14/16; CQ Floor Votes, 4/14/16]

**Perry Voted For Preventing Bank Regulators From "Requesting Or Ordering Banks" To Close Customer Accounts Involved In Ongoing Law Enforcement Investigations.** In February 2016, Perry voted for a bill to "limit regulators' ability to request shutting off bank accounts associated with businesses suspected of fraud. Passed largely along party lines by a vote of 250-169, the bill would prevent banking regulators from requesting or ordering banks to close specific customer accounts unless the reason isn't based solely on reputation." The bill passed 250 to 169. [H. 766, Vote #63, 2/4/16; The Hill, 2/4/16]

**Perry Voted Against Motion Ensuring Financial Institutions Haven't Broken The Law By Taking Advantage Of Service Members Or Abusing Mortgage Market.** In February 2016, Perry voted against a motion that would have prevented the Financial Institution Customer Protection Act of 2016 from taking effect until it had been certified that financial institutions covered by bill haven't broken the law, taken advantage of service members or perpetrated abuses in the mortgage market during the previous five years. The motion failed, 177 to 240. [H.R. 766, Vote #62, 2/4/16; Congressional Record, 2/4/16]

**Perry Voted For Reducing Transparency Requirements For Firms That Offer Stock Options.** In February 2016, Perry voted for a bill that "would reduce the disclosure burden on firms that offer stock options to their employees." The bill passed 265 to 159. [HR 1675, Vote #61, 2/3/16; Business Wire, 2/4/16]

**Perry Voted Against Excluding Individuals Convicted Of Securities-Related Crimes From Reduced Disclosure Over Employee Stock Options.** In February 2016, Perry voted against a motion that would have, "prohibit[ed] individuals convicted of felonies or misdemeanors involving securities from making use of the exemptions or other authorities that would be provided under the bill." The underlying bill, "would reduce the disclosure burden on firms that offer stock options to their employees." The motion failed 184 to 241. [HR 1675, Vote #60, 2/3/16; CQ Floor Votes, 2/3/16; Business Wire, 2/4/16]

**Perry Voted For Legislation That Would Revoke The CFPB's Guidance On Auto Lending.** In November 2015, Perry voted for legislation which "would revoke 2013 auto lending guidance from the CFPB. The guidance suggests lenders should either impose limits on or eliminate dealerships' ability to adjust, on a case-by-case basis,



the amount of compensation they keep for arranging a consumer auto loan, a discretionary practice that the CFPB says can lead to discriminatory loan pricing." The bill passed the House, 332 - 96. [HR 1737, Vote # 637, 11/18/15; Automotive News, 11/18/15]

**Perry Voted For Legislation That Would Provide Legal Protections For Lenders Who Issue Predatory Loans.** In November 2015, Perry voted for legislation that would prevent borrowers from filing claims against holders of loans that contain abusive and harmful terms. "Under the bill, depository institutions that hold a loan in portfolio would receive a legal safe harbor even if the loan contains terms and features that are abusive and harmful to consumers. The bill would limit the right of borrowers to file claims against holders of such loans and against mortgage originators who directed them to the loans, the White House said." The bill passed the House, 255 - 174. [HR 1210, Vote #636, 11/18/15; Housing Wire, 11/18/15]

**Perry Voted Against Measure To Protect The Rights Of Veterans To File Lawsuits If Their Mortgages Violate Anti-Predatory Lending Laws.** In November 2015, Perry voted against a Democratic Motion to Recommit which would "protect veterans and members of the Armed Forces by preserving their right to file a lawsuit if their mortgages violate anti-predatory lending laws; and prevent mortgage brokers from receiving bonuses for steering servicemembers or veterans into mortgages that are more expensive than what they qualify for under their credit profile." The motion to recommit failed in the House, 184 - 242. [HR 1210, Vote #635, 11/18/15; Motion to Recommit, 11/18/15]

**Perry Voted For Bill To Prevent Department Of Labor From Issuing Fiduciary Rule "Setting Standards Of Conduct For Brokers And Dealers Of Securities."** In October 2015, Perry voted for  HR 1090, the Retail Investor Protection Act. "H.R. 1090 would prohibit the Secretary of Labor from finalizing a regulation related to certain investment advisors until the Securities and Exchange Commission (SEC) issues a final rule setting standards of conduct for brokers and dealers of securities. The regulation that would be delayed by the bill will define the circumstances under which an individual is considered to be a fiduciary when providing investment advice to employee retirement and other benefit plans and their participants. Under current law, the SEC is authorized to develop regulations that establish the same standards of conduct for brokers and dealers that are already in place for investment advisors when providing advice to persons who use the information for personal reasons." [HR 1090, Vote #575, 10/27/15; Congressional Budget Office, 10/21/15]

> **Bill Did Not Direct Securities And Exchange Commission To Issue Fiduciary Rule; Commission Had Not Proposed Rule.** "Because the bill would not direct the SEC to issue a rule on standards of conduct, CBO expects that implementing H.R. 1090 would not affect the SEC's workload or its costs. Enacting H.R. 1090 would not affect direct spending or revenues; therefore, pay-as-you-go procedures do not apply." [Congressional Budget Office, 10/21/15]

> **TIME Money, Ian Salisbury Opinion: Bill Did Not Prohibit Instituting Of Fiduciary Standard, But Required Department Of Labor To Defer To Securities And Exchange Commission's Parallel Efforts.** "To be sure, the mechanics get a bit more complicated: Tuesday's bill technically doesn't nix the fiduciary standard. It requires the Labor Department to defer to the Securities and Exchange Commission's parallel efforts. There is some merit to that: It is certainly possible to quibble about the Labor Department's proposal. But given the fact that many of the same lawmakers who voted for latest bill have also fought to squelch the S.E.C.'s own efforts, it seems unlikely their objections are purely a matter of defending bureaucratic jurisdiction." [TIME Money, Ian Salisbury Opinion, 10/28/15]

> **TIME Money, Ian Salisbury Opinion: Bill Preventing Rule To Protect Retail Investors Was "In True, It-Can-Only-Happen-In-Washington-Style."** "On Tuesday, the House passed, 'The Retail Investor Protection Act.'… Confused? You should be. In true, it-can-only-happen-in-washington-style, the Act actually prevents the Department of Labor from implementing a rule retail investor advocates have been promoting for close to a decade. As Morningstar analyst and long-time industry watcher John Rekenthaler recently lamented, 'George Orwell would be amused.'" [TIME Money, Ian Salisbury Opinion, 10/28/15]


**Perry Voted Against Amendment To Allow Department Of Labor To Adopt Fiduciary Rule Regarding Investment Advisors.** In October 2015, Perry voted against amendment to HR 1090. "H.AMDT.732 to H.R.1090 Amendment sought to allow the Department of Labor to complete and adopt a rule to require that investment advisers act solely in the best interests of the workers and retirees who rely upon them in making financial decisions regarding their retirement." The amendment failed 184 to 246.  [HR 1090, Vote #574, 10/27/15]

**Perry Voted For Weakening Federal Oversight Of American Financial Institutions Trading Overseas.** In June 2015, Perry voted for final passage of HR 2289, The Commodity End-User Relief Act of 2015. The bill limited "the CFTC's authority to regulate cross-border derivatives trading. It would require the agency to issue rules that allow U.S. firms to carry out trades in the eight largest foreign markets without U.S. supervision, provided those countries have equivalent oversight." The bill passed 246 to 171. [HR 2289, Vote #309, 6/9/15; CQ News, 6/9/15]

**Perry Voted For Consideration Of Bill Restricting Ability Of Commodity Futures Trading Commission To Regulate Wall Streets' Banks Overseas Trade.** In June 2015, Perry voted for the consideration of a bill reauthorizing the Commodity Futures Trading Commission. "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama.The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." The resolution passed 243 to 182. [H. Res. 288, Vote #274, 6/3/15; Bloomberg News, 6/9/15]

> **Bloomberg News: Bill Would Force CFTC To Conduct Additional Cost Analysis Of Its Rules, "A Key Requirement That Could Stall The Agency's Work."** "The U.S. House of Representatives passed legislation to curb the power of the nation's top derivatives regulator, advancing the measure over Democrats' objections and in the face of a veto threat from President Barack Obama. The Republican-led House on Tuesday voted 246-171, mostly along party-lines, for a bill that would renew the responsibilities of the Commodity Futures Trading Commission while limiting its ability to regulate Wall Street banks' overseas trades. It also would force the CFTC to do more cost-analysis of its rules, a key requirement that could stall the agency's work." [Bloomberg News, 6/9/15]

**Perry Voted For Limiting Funding For Consumer Financial Protection Bureau.** In April 2015, Perry voted for a bill that limited funding for the CFPB. "Passage of the bill that would formally establish three advisory boards with which the Consumer Financial Protection Bureau (CFPB) that must consult on matters regarding small businesses, credit unions and community banks. The measure is offset by limiting funding for the CFPB in future years. As amended, the bill would encourage the CFPB to ensure the participation of veteran-owned small-business concerns as members of the Small Business Advisory Board." The bill passed 235-183. [HR 1195, Vote #167, 4/22/15; CQ News, 4/22/15]

**Perry Voted Against Measure To Prohibit Individuals Or Companies Convicted Of Predatory Lending From Serving On CFPB Boards.** In April 2015, Perry voted against a motion that protected military bases and veterans from predatory lenders. The motion would "prohibit individuals from serving as members of the any of the advisory boards if within the last ten years they have been employed or acted as an agent of a company whose been subject to a state or federal enforcement action for predatory lending or fraud against veterans or servicemembers." The motion was rejected, 184-234. [HR 1195, Vote #166, 4/22/15; CQ News, 4/22/15]

**Perry Voted For Mandating Private Sector Input On Federal Agency Rules, Expand Judicial Review, And Restrict CFPB Funding.** In February 2015, Perry voted for the Unfunded Mandates Information and Transparency Act of 2015. "in a new GOP attempt to roll back federal regulations, the House passed a measure Wednesday aimed at limiting agency rules that impose unfunded mandates. Lawmakers approved the bill 250-173, after adding a provision that would restrict funding for the Consumer Financial Protection Bureau…The main part of the bill (HR 50) would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal



agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The bill passed 250 to 173. [HR 50, Vote #64, 2/4/15; CQ News, 2/4/15]

> **Coalition For Sensible Safeguards: "The Unfunded Mandates Information and Transparency Act Lets Big Business Write The Rules."** "But the Coalition for Sensible Safeguards (CSS) says the bill would give businesses special access to regulators and block hypothetical future rules without the public knowing. 'The Unfunded Mandates Information and Transparency Act lets big business write the rules,' Katherine McFate, president of the Center for Effective Government and CSS co-chair, said in a statement. 'It doesn't improve or streamline the regulatory process, which is already plagued by hurdles and delays. This act would make it even more difficult for agencies to implement laws enacted by Congress.'" [The Hill, 1/30/15]

> **HR 50 Cut CFPB Funding By $36 Million.** "Limits the total budget authority which the Consumer Financial Protection Bureau may request from the Federal Reserve to $550 million in FY 2016. This limitation is needed to ensure that the CFPB will comply with the requirements contained elsewhere within HR 50 without increasing their drawdown of funds from the federal reserve, which would otherwise add a direct spending cost to the bill. The limitation is set at $36 million below the CBO baseline projection for CFPB Budget Authority in FY 2016." [HR 50, Amendment #4, 2/4/15]

**Perry Voted For Bill To Deregulate Wall Street.** In January 2015, Perry voted for legislation that combined the text from eleven bills and would roll back or delay a number of regulations in the Dodd-Frank financial reform law. "The most serious attack of the bunch came in the form of a partial two-year delay of the Volcker Rule, which would ban banks from speculating in securities markets with taxpayer money. The bill would have allowed Citigroup and JPMorgan Chase to hold onto almost $50 billion in risky corporate debt packages known as collateralized loan obligations through 2019." The bill passed, 271 to 154. [HR 37, Vote #37, 1/14/15; Huffington Post, 1/10/14]

**Perry Voted Against A Motion To Prohibit Individuals & Entities Assisting Terrorist Groups From Receiving Benefits Under Wall Street Bill.** In January 2015, Perry voted against a motion to recommit that would prohibit any person or financial entity that has been convicted of providing assistance to terrorist groups or state sponsors of terrorism from receiving the benefits of Republicans' wall-street giveaway bill. The motion failed, 183-242. [HR 37, Vote #36, 1/14/15; Democratic Leader – Motions to Recommit, 1/14/15]

**Perry Voted For Weakening Wall Street Reform And Roll Back Rules Limiting Risky Bank Investments.** In January 2015, Perry voted for a bill "to relax some requirements under the 2010 Dodd-Frank financial regulatory law. The measure would delay until July 2019 a provision of the law's Volcker Rule intended to limit risky investments by banks, and make other changes." The vote failed to reach a 2/3 majority, 276 to 146. [HR 37, Vote #9, 1/7/15; Bloomberg, 1/7/15]

## Foreign Policy

**Perry Voted For Authorizing Additional Funding For US Embassy Security Overseas And Address Sexual Abuse Within UN Peacekeeping Operations.** In December 2016, Perry voted for the "Royce, R-Calif., motion to suspend the rules and pass the bill that would authorize certain programs and activities of the State Department, including a series of embassy security enhancements to protect U.S. diplomatic personnel overseas. The measure would include provisions to improve oversight of the State Department, and it would require the State Department to address sexual exploitation and abuse within U.N. peacekeeping operations." The motion passed 374 to 16. [H.R. 6427, Vote #603, 12/5/16; CQ, 12/5/16]

**Perry Voted For Prohibiting Aircraft Exports To Iran.** In November 2016, Perry voted for the No US Financing for Iran Act that "would prohibit the Secretary of the Treasury from authorizing certain transactions by a U.S.



financial institution in connection with the export or re-export of a commercial passenger aircraft to the Islamic Republic of Iran." The bill passed 243 to 174. [H.R. 5711, Vote #587, 11/17/16; CQ, 11/17/16]

**Perry Voted Against Prohibiting US Banks From Doing Business With Foreign Entities That Launched Cyberattacks Targeting US Elections.** In November 2016, Perry voted against "Swalwell, D-Calif., motion to recommit the bill to the House Financial Services Committee with instructions to report it back immediately with an amendment that would prevent the Treasury secretary from authorizing certain transactions by a U.S. financial institution with a foreign entity that has been found to have engaged in cyber attacks targeting any election held in the U.S." According to the Democratic Leader's Office, "Democrats' Motion to Recommit would prohibit the Secretary of the Treasury from authorizing a transaction by any U.S. financial institution engaged in business with a foreign entity that has been found to have engaged in or authorized cyber-attacks targeting any election held in the United States." The motion failed 181 to 239. [H.R. 5711, Vote #586, 11/17/16; DemocraticLeader.gov, 11/17/16; CQ, 11/17/16]

**Perry Voted For Consideration Of Bills Prohibiting Export Of Commercial Aircraft To Iran And A Bill Allowing Congress To Disapprove Of Midnight Regulations.** In November 2016, Perry voted for "Adoption of the rule (H Res 921) that would provide for House floor consideration of the bill (HR 5711) that would prohibit the Secretary of the Treasury from authorizing certain transactions by a U.S. financial institution in connection with the export or re-export of a commercial passenger aircraft to the Islamic Republic of Iran, and would provide for House floor consideration of the bill (HR 5982) that would permit a new Congress to use the procedures under the Congressional Review Act to disapprove, en bloc, multiple regulations issued during the final year of a president's term." The resolution passed 231 to 181. [H.Res. 921, Vote #580, 11/16/16; CQ, 11/16/16]

**Perry Voted For Urging The US To Impose Sanctions On Government Officials In The Democratic Republic Of Congo.** In November 2016, Perry voted for Urging respect for the constitution of the Democratic Republic of the Congo in the democratic transition of power in 2016 which "would urge the U.S. to impose sanctions on government officials of the Democratic Republic of the Congo who obstruct a democratic transition of power during credible elections held in 2016." The resolution passed 416 to 3. [H.Res. 780, Vote #578, 11/15/16, CQ, 11/15/16]

**Perry Voted For Extending Sanctions Against Iran For 10 More Years Until 2026.** In November 2016, Perry voted for the Iran Sanctions Extension Act which "would reauthorize the 1996 Iran Sanctions Act for 10 years through Dec. 31, 2026. The bill would reinstate sanctions that may be imposed against foreign companies or entities that invest in the development of Iran's oil and gas industry." The bill passed 419 to 1. [H.R. 6297, Vote #577, 11/15/16; CQ, 11/15/16]

**Perry Voted For A Bill Prohibiting The U.S. From Providing Monetary Instruments To Iran And From Paying Ransom For U.S. Hostages.** In September 2016, Perry voted for a "Passage of the bill, as amended, that would that would prohibit, in most instances, the U.S. government from directly or indirectly providing U.S. or foreign promissory notes, currency or precious metals, to the governments of Iran, North Korea, and any government that would qualify as a state sponsor of terrorism. The measure would require sanctions be imposed on any Iranian person who kidnaps a U.S. citizen or resident, and would also prohibit payments to any country for the release of unjustly detained U.S. nationals." The bill passed 254 to 163. [HR 5931, Vote #554, 9/22/16; CQ, 9/22/16]

**HR 5931 Was Introduced After The Obama Administration Was Accused Of Paying $400 Million To Iran In Exchange For Four U.S. Hostages.** "House Foreign Affairs Committee Chairman Ed Royce introduced a bill Tuesday that "makes clear" President Obama violated U.S. policy by paying $400 million in cash in exchange for four U.S. citizens held in Iran. The legislation would also "ban cash payments to Iran — period," and would require "transparency on future settlements" to ensure they are not used to pay ransom. Royce has been one of the loudest critics of the payment, which was delivered in cash to Iran before the Americans were allowed to fly out of the country. Obama denied the payments were a form of ransom, but the



State Department has admitted that the money was used as leverage at the last minute to ensure the release of the U.S. hostages, even though it insists the U.S. owed Iran that money." [Washington Times, 9/6/16]

**Perry Voted For A Bill To Protect International Cultural Property And Develop Strategies To Reduce The Illegal Trade In Such Property.** In September 2016, Perry voted for a "Roskam, R-Ill., motion to suspend the rules and pass the bill that would require U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement to designate principal coordinators to arrange cross-department efforts to protect international cultural property and develop strategies to reduce the illegal trade in such property." The motion was agreed to 415 to 0. [HR 2285, Vote #547, 9/22/16; CQ, 9/22/16]

**Perry Voted For A Bill To Require The Treasury Secretary To Submit A Report To Congress On The Known Assets Of Top Iranian Officials.** In September 2016, Perry voted for passage of a bill "that would require the Treasury secretary to compile and submit to Congress a report detailing the known assets of the top political and military leaders of Iran, and it would require an annual report for two years following the initial report. The report would need to be submitted in unclassified form and include a classified annex if necessary. It also would need to be published in English, Farsi, Arabic and Azeri." The bill passed 282 to 143. [HR 5461, Vote #536, 9/21/16; CQ, 9/21/16]

**Perry Voted For Expressing Support For Memorandum Of Understanding On Military Assistance To Israel.** In September 2016, Perry voted for a "motion to suspend the rules and agree to the resolution that would reaffirm that Israel is a major strategic partner of the United States, would reaffirm support for Israel's maintenance of its qualitative military edge, and would urge the finalization of a new memorandum of understanding between the United States and Israel." The motion was agreed to 405 to 4. [H RES 729, Vote #504, 9/13/16; CQ Floor Vote, 9/13/16]

**Perry Voted For Condemning Russian Occupation Of Georgia.** In September 2016, Perry voted for "motion to suspend the rules and agree to the resolution that would condemn Russian occupation of Georgian territory in the Abkhazia and Tskhinvali region, and would urge the U.S. government to not recognize the sovereignty of Russia over any part of Georgia." The motion was agreed to 410 to 6. [H RES 660, Vote #491, 9/8/16; CQ Floor Vote, 9/8/16]

**Perry Voted For A Bill Strengthening Sanctions On Iran And Specific Iranian Agencies, And Requiring Assistance To Promote Democracy In Iran.** In July 2016, Perry voted for a bill which expanded "existing U.S. sanctions against Iran related to its ballistic-missile program, support for international terrorism, and ongoing human rights abuses against its population. The measure would mandate sanctions against the Iran Revolutionary Guard, Iran's Aerospace Industries Organization, and would expand the list of persons subject to sanctions for human rights abuses. The measure would also require the Treasury Department to create and maintain a watch list for entities connected to the Revolutionary Guard. The measure would add ballistic missile and ballistic-missile launch technology to the list of sanctionable activities. The measure would also authorize the Secretary of State to provide assistance to individuals and entities working to promote democracy in Iran." The bill passed 246-179. [HR 5631, Vote #467, 7/14/16; CQ, 7/14/16]

**Perry Voted For Banning Purchases Of Heavy Water From Iran.** In July 2016, Perry voted for a bill to "prohibit federal funds from being used to purchase or issue licenses to purchase heavy water, a component of nuclear reactors, from Iran." The bill passed 249-176. [HR 5119, Vote #441, 7/13/16; CQ, 7/13/16]

> **The Obama Administration Said America Would Import $8.6 Million Of Heavy Water From Iran, Opponents Of The Iran Deal Sought To Undermine The Effort.** "Deal opponents have repeatedly introduced legislation that the administration sees as efforts to undermine the international agreement. … The Obama administration said in April the United States would buy $8.6 million worth of heavy water from Iran, angering Republicans who called it a subsidy of the country's nuclear program." [Reuters, 7/13/16]



**Perry Voted For Suspending The Rules To Pass A Bill Requiring The President To Implement A Comprehensive Strategy To Promote Global Food Security.** In July 2016, Perry voted for a motion to "suspend the rules and pass the bill that would require the president to develop and implement a comprehensive strategy to promote global security and agricultural development, and would authorize almost $3.8 billion in fiscal 2017 and 2018 for this strategy and for international disaster assistance." The motion passed 369-53. [S. 1252, Vote #354, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against Prohibiting The Use Of Funds For The 2001 Authorization For Use Of Military Force Beginning In April 2017.** In June 2016, Perry voted against an amendment "that would prohibit use of funds for the 2001 Authorization for Use of Military Force beginning April 30, 2017." The amendment failed 146-274. [HR 5293, Vote #330, 6/16/16; CQ Floor Votes, 6/16/16]

> **Amendment Intended To Require Debate On An ISIL Specific AUMF By Restricting Funding To Actions Under The Post-9/11 AUMF.** "Today the House will debate the Lee-Jones-Welch amendment to the FY2017 Department of Defense Appropriations Act (HR 5293). Our amendment is very straightforward: it would require a debate and vote on an ISIL-specific AUMF by restricting funding for the overly-broad and outdated 2001 AUMF beginning April 30, 2017.  Our amendment allows ample time for Congress to act on an updated and ISIL-specific AUMF. The 2001 AUMF opened the door for ANY president to wage endless war without a Congressional debate or vote.  In fact, the Congressional Research Service issued a report just last month showing this authorization has become that blank check for war. In the more than 14 years since its passage, the 2001 AUMF has been used 37 times in 14 countries to wage war with little or no Congressional oversight." [Lee Letter To Colleagues, 6/16/16]

**Perry Voted Against Prohibiting The Use Of Funds For Counter-Drug Activities In Afghanistan.** In June 2016, Perry voted against Massie amendment to "prohibit the use of funds for counter-drug activities in Afghanistan." The amendment failed 135-285. [HR 5293, Vote #329, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds To Syria Train And Equip Programs.** In June 2016, Perry voted for an "amendment that would prohibit use of funds for the Syria train and equip program." The amendment failed 135-283. [HR 5293, Vote #328, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted Against Amendment To Prohibit Use Of Funds To Transfer Cluster Munitions To Saudi Arabia.** In June 2016, Perry voted against an "amendment that would prohibit use of funds to transfer or authorize the transfer of cluster munitions to Saudi Arabia." The amendment failed 204-216. [HR 5293, Amendment 40, Vote #327, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds To Implement A Provision Related To Paying For Existing Afghanistan Infrastructure Fund Projects.** In June 2016, Perry voted for "an amendment that would prohibit use of funds to implement a provision in current law related to paying for existing Afghanistan Infrastructure Fund projects." The amendment passed 218-201. [HR 5293, Amendment 37, Vote #326, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds For Assistance To Pakistan.** In June 2016, Perry voted for an amendment "that would prohibit use of funds for assistance to Pakistan." The amendment failed 84-336. [HR 5293, Amendment 36, Vote #325, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds For Counter-Drug Activities In Afghanistan.** In June 2016, Perry voted for Massie amendment to "prohibit the use of funds for counter-drug activities in Afghanistan." The amendment failed 48-372. [HR 5293, Vote #320, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Bill Requiring The State Department To Craft A Multi-Year Strategy For U.S.-Caribbean Relations.** In June 2016, Perry voted for bill that would "require the State Department to submit to Congress a

 **DCCC**

multi-year strategy for U.S engagement with the Caribbean region." The bill passed 386-6. [HR 4939, Vote #297, 6/13/16; CQ Floor Votes, 6/13/16]

**Perry Voted For Resolution Urging Germany To Provide Holocaust Victims With Medical And Financial Resources.** In June 2016, Perry voted for a motion to suspend the rules and adopt the resolution that would "urge Germany to ensure that Holocaust victims receive all of the medical care, home care and other 'vital services necessary to live in dignity' and to immediately provide additional financial resources to address their unique needs." The bill passed, 363-0. [H Con Res 129, Vote #269, 6/7/16; CQ Floor Votes, 6/7/16]

**Perry Voted Against Increasing America's Nuclear Nonproliferation Program Funding By $20 Million.** In May 2016, Perry voted against motion to recommit the bill to the House Appropriations Committee with instructions to report back immediately with an amendment that would increase funding for National Nuclear Security Administration nuclear nonproliferation programs by $20 million and reduce federal salaries and expenses at the National Nuclear Security Administration by the same amount. The motion was rejected, 178-236. [HR 5055, Vote #265, 5/26/16; CQ Floor Votes, 5/26/16]

**Perry Voted For Amendment To Prohibit The Purchase Of Heavy Water From Iran.** In May 2016, Perry voted for an amendment to the Energy and Water Development Appropriations Act that would prohibit use of funds made available by the bill to buy heavy water from Iran. The amendment was adopted in Committee of the Whole, 251-168. [HR 5055, Vote #263, 5/25/16; CQ Vote Floor Votes, 5/25/16]

**Perry Voted For A Bill To Restrict The President's Ability To Lift Sanctions On Iranian And Other Financial Institutions As Called For By The 2015 Iran Nuclear Agreement.** In February 2016, Perry voted for a bill to "restrict the president's ability to lift sanctions on Iranian and other financial institutions, as called for by the 2015 Iran nuclear agreement, by requiring various certifications to Congress. Specifically, it would prohibit the president from removing the foreign financial institutions from the Treasury Department's Office of Foreign Asset Control's list of blocked nationals and persons until the president submits to Congress a certification that the institutions have not knowingly facilitated a significant transaction for Iran's Revolutionary Guard Corps, a foreign terrorist organization or anyone sanctioned in connection with Iran's weapons of mass destruction and ballistic-missile programs." The bill passed 246 to 181. [H Res 3662, Vote #54, 2/2/16; CQ Floor Votes, 2/2/16]

**Perry Voted For A Motion To Continue The Benghazi Select Committee.** In October 2015, Perry voted for a motion to table the ruling of the Chair and continue the Select Committee on Benghazi, even after Majority Leader Kevin McCarthy admitted it was a partisan tactic. The motion failed, 240-183. [Motion, Vote #536, 10/7/15; Rep. Louise Slaughter, Press Release, 10/7/15; Congressional Record, 10/7/15]

**Perry Voted For Prohibiting Waiving Iran Sanctions Until Iran Pays Legal Terrorism Related Judgment.** In October 2015, Perry voted for to "prohibit the president from waiving sanctions under the Iran Nuclear Agreement until Iran pays the legal terrorism-related judgment it owes. The president would be required to certify to Congress that the Iranian government has paid all outstanding judgments before Iran's sanctions are lifted or its assets released." The bill passed, 251-173. [CQ Floor Votes, 10/1/15; HR 3457, Vote #533, 10/1/15]

**Perry Voted For The Bill To Prevent The President From Reducing Iran's Sanctions Until 2017.** In September 2015, Perry voted for a bill that would suspend the President's authority to reduce, waive, or suspend sanctions on Iran until January 21, 2017. The bill passed, 247 to 186. [HR 3460, Vote #494, 9/11/15; CQ, 9/11/15; AP, 9/11/15]

**Perry Voted Against A Measure Expressing Congressional Approval Of The Iran Nuclear Deal.** In September 2015, Perry voted against "a measure expressing congressional approval of the Iran nuclear agreement Friday, placing a majority of the chamber on the record against the accord. The measure … states simply that Congress favors the pact. The bill was likely to fail on the House floor, but in so doing put Democrats on the record in support of the deal." The motion failed 169 to 269. [H.R. 3461, Vote #493, 9/11/15; CQ, 9/14/15]



**Perry Voted For A Resolution Asserting That The President Did Not Provide Information For Congressional Review Of The Iran Nuclear Deal.** In September 2015, Perry voted for a resolution "asserting that the Obama administration did not provide information required for congressional review of the Iran nuclear deal… The measure … would find that the review period under the Iran Nuclear Agreement Review Act has not officially started because the president has not transmitted all so-called side deals to Congress. Conservative Republicans … assert the mandated 60-day review period cannot legally be said to have begun since Congress has not had physical access to two separate arrangements between the International Atomic Energy Agency and Tehran. Specifically, Republicans are objecting to the absence of a 'road map' between Iran and the IAEA that lays out commitments by Tehran to disclose past and present alleged military research with nuclear dimensions." The bill passed 245 to 186. [H.Res. 411, Vote #492, 9/10/15; CQ, 9/10/15]

**Perry Voted Against Reducing Funding For The Secretary Departmental Operations To Increase Funding For Insular Affairs By $5 Million.** In July 2015, Perry voted against "reduc[ing] funding for the Office of the Secretary Departmental Operations by 5 million and increase funding for the Insular Affair by a similar amount." The amendment failed 183-245. [HR 2822, Vote #395, 7/8/15; H AMDT 549, 7/8/15]

> **Insular Affairs Coordinates Federal Policy For Island Territories Including American Samoa And Guam.** "The Assistant Secretary for Insular Areas carries out the administrative responsibilities of the Secretary of the Interior in coordinating federal policy for the territories of American Samoa, Guam, the U.S. Virgin Islands and the Commonwealth of the Northern Mariana Islands. The Assistant Secretary is also responsible for administering and overseeing U.S. federal assistance to the freely associated states of the Federated States of Micronesia, the Republic of the Marshall Islands, and the Republic of Palau under the Compacts of Free Association, as well as providing technical and financial assistance to all the Insular Areas." [US Department of Interior, accessed 10/21/15]

**Perry Voted Against Withdrawing Troops From Iraq By The End Of 2015 At The Latest.** In June 2015, Perry voted against a resolution "which would have required Obama to remove the troops within 30 days, or by the end of 2015 if the administration determined it was not safe to do so within the 30-day timeframe." The resolution failed 139 to 288. [H Con Res 55, Vote #370, 6/17/15; Reuters, 6/17/15]

**Perry Voted Against Amendment To Prohibit Funding For Live-Fire Ranges Or Training Courses Within Northern Marianas Islands.** In June 2015, Perry voted against an amendment that would "prohibit use of funds to establish any live-fire range, training course, or maneuver area within the Northern Marianas Islands." The amendment failed, 173-256. [H.R. 2685, Vote #349, 6/11/15; CQ Floor Votes, 6/11/15]

**Perry Voted Against Amendment To Prohibit Funds For 2002 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS.** In June 2015, Perry voted against an amendment that would "prohibit use of funds pursuant to the 2002 Authorization for Use of Military Force Against Iraq," which President Obama cited as "legal justification for unilaterally launching a military campaign against ISIS." The amendment failed, 165-264. [H.R. 2685, Vote #348, 6/11/15; CQ Floor Votes, 6/11/15; Huffington Post, 6/11/15]

**Perry Voted Against Amendment To Prohibit Funds For 2001 Authorization For Use Of Military Force Used To Justify Military Campaign Against ISIS.** In June 2015, Perry voted against an amendment that would "prohibit use of funds pursuant to the 2001 Authorization for Use of Military Force after Dec. 31, 2015," which President Obama cited as "legal justification for unilaterally launching a military campaign against ISIS." The amendment failed, 157-270. [H.R. 2685, Vote #347, 6/11/15; CQ Floor Votes, 6/11/15; Huffington Post, 6/11/15]

**Perry Voted For Amendment To Limit Funds For Military Action Against ISIS Without Congressional Authorization Of War.** In June 2015, Perry voted for an amendment that would have "halted funding for the war against the Islamic State in Iraq and Syria, or ISIS, after March 31, 2016, unless Congress passes an Authorization for the Use of Military Force. The amendment, an effort to spur a war authorization debate and vote in Congress, would have given lawmakers nine months to produce an AUMF before funds get cut off." The amendment failed, 196-231. [H.R. 2685, Vote #346, 6/11/15; Huffington Post, 6/11/15]



**Perry Voted Against Amendment To Prohibit Secretary Of Defense From Waiving Restrictions On Aid For Pakistan.** In June 2015, Perry voted against an amendment that would disallow "the secretary of Defense, in consultation with the secretary of State, to waive certain restrictions on aid to Pakistan by certifying in writing to congressional defense committees that it is in national security interest to do so." The amendment failed, 114-318. [H.R. 2685, Vote #344, 6/10/15; CQ Floor Votes, 6/10/15]

**Perry Voted For Amendment That Eliminates $600 Million In Funding For Syria Train And Equip Fund.** In June 2015, Perry voted foran amendment that would "eliminate the $600 million appropriated for the Syria Train and Equip Fund and transfer the savings to the spending reduction account." The amendment failed, 107-323. [H.R. 2685, Vote #343, 6/10/15; CQ Floor Votes, 6/10/15]

**Perry Voted For Eliminating $715 Million To Equip Iraqi Government And Kurdish Military To Fight ISIS.** In June 2015, Perry voted for against an amendment "to further eliminate the $715 million allocated for equipping the Iraqi government and Kurdish military forces against ISIS." The amendment was rejected, 56-375. [The Hill, 6/10/15; HR 2685, Vote #342, 6/10/15]

**Perry Voted For Ending Spending On Existing Projects Under Afghanistan Infrastructure Fund.** In June 2015, Perry voted for an "amendment that would strike provisions under the Afghanistan Security Forces Fund that allows the secretary of Defense to expend funds appropriated for existing projects under the Afghanistan Infrastructure Fund." The amendment passed, 233-199. [HR 2685, Vote #341, 6/10/15; CQ Floor Votes, 6/10/15]

**Perry Voted Against Prohibiting Flights And Maritime Commerce Between The United States And Cuba.** In June 2015, Perry voted against an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would have prohibited funding to implement provisions in the bill that would limit economic ties with Cuba by "bar[ring] use of funds to facilitate new flights originating from the United States that land, or pass through, property confiscated by the Cuban government," and "bar[ring] use of funds by the Federal Maritime Commission to issue a license or certificate for a commercial vessel that docked or anchored within the previous 180 days within seven miles of a port on property that was confiscated by the Cuban government." The amendment failed 176 to 247. [HR 2577, Vote #306, 6/4/15; CQ Floor Votes, 6/4/15]

**Perry Voted Against Amendment To Ban Spending For Promoting The Cuban Military.** In June 2015, Perry voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "prohibits use of funds to facilitate, permit, license, or promote exports to the Cuban military or intelligence service or to any officer of the Cuban military or intelligence service, or an immediate family member thereof." The amendment failed 153-273. [HR 2578, Vote #277, 6/3/15]

**Perry Voted For Amendment To Prohibit Funding To Implement START Treaty Until Russia Withdraws From Ukraine.** In May 2015, Perry voted for an amendment that would "bar funds authorized to be appropriated or otherwise made available for the Defense Department in fiscal 2016 from being used to implement the New START treaty until the president certifies that Russia's armed forces are 'no longer illegally occupying Ukrainian territory,' as well as certain other certifications." The amendment was adopted, 235 to 182. [H.R. 1735, Vote #234, 5/15/15; CQ Floor Votes, 5/15/15]

**Perry Voted For Extending Select Committee Investigation Of Benghazi.** In January 2015, Perry voted for a House Rules package that extended the House select committee investigation into the 2012 attacks on the U.S. embassy in Benghazi. The resolution passed, 234-172. [H Res 5, Vote #6, 1/6/15]

   **Extension Set Not Limit On Budget Or Time Frame.** "Five Democrats on the select committee lamented the reauthorization, which set no limit on the committee's budget or time frame, which means it could last well into the presidential election year." [New York Times, 1/6/15]


**Investigation Estimated To Cost $1.5 Million In 2014.** "The House is on track to spend around $1.5 million this year on the Republican-created special committee to further investigate the 2012 attack on the U.S. diplomatic compound in Benghazi, Libya, according to congressional spending reports." [USA Today, 12/3/14]

**Previous House Investigations Into Benghazi Found No Wrongdoing.** "Democrats call the committee a waste of time and money. No questions about the attack are left to answer, they say, particularly after a new House Intelligence Committee report found no wrongdoing by government agencies." [USA Today, 12/3/14]

# Guns

**Perry Voted For Blocking A Vote To Prevent Individuals On The "No Fly" List From Buying A Firearm** In September 2016, Perry voted for a "Burgess, R-Texas, motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 893) that would provide for House floor consideration of the bill (HR 954) that would temporarily exempt individuals with health care plans terminated by a Consumer Operated and Oriented Plan from the 2010 health care law's (PL 111-148, PL 111-152) penalties for the remainder of the year in which their plans were terminated." According to the Democratic Leader's office, "Democrats' Previous Question continues to demand an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation authored by Republican Congressman Peter King." The previous question passed 244 to 176. A vote against the previous question would have allowed the bill to be considered. [HR 954, Vote #559, 9/27/16; CQ, 9/27/16]

**Perry Voted For Blocking A Demand For An Immediate Vote On A Bill To Prevent Individuals On The "No Fly" List From Buying A Firearm.** In September 2016, Perry voted for a "Collins, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 875) that would provide for House floor consideration of the bill (HR 5719) that would allow certain employee stockholders in startup businesses to defer income taxes on stock options in their companies for up to seven years, and would provide for House floor consideration of the bill (HR 3438) that would postpone the implementation of any new federal rule that would have an economic impact of $1 billion or more per year until all related legal challenges are completed." According to the Democratic Leader's office, "Democrats' Previous Question continues to demand an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation authored by Republican Congressman Peter King." The motion was agreed to 247-171. A vote against the previous question would have allowed the bill to be considered. [H Res 875, Vote #524, 9/20/16; CQ, 9/20/16; Democratic Leader, 9/21/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In June 2016, Perry voted for blocking consideration of legislation that would deny the purchase of a firearm or explosive to known or suspected terrorists. With the Previous Question, Democrats are demanding an immediate vote on S. 764, the bipartisan "No Fly, No Buy" legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King. The previous question carried, 245-183. A vote against the previous question was to force the vote on closing the loophole. [H Res 822, Vote #439, 6/22/16; Democratic Leader – 114th Previous Questions, 7/13/16]

**Perry Voted Against Excepting From Judicial Review Rules Regarding The Prevention Of Firearm Transfers To Criminals And Suspected Terrorists**. In July 2016, Perry voted against "Keating, D-Mass., motion to recommit the bill to the House Judiciary Committee with instructions to report back to the House immediately with an amendment that would except from judicial review rules regarding the prevention of firearm transfers to criminals and suspected terrorists." The motion was rejected 169-236. [HR 4768, Vote #415, 7/12/16; CQ Floor Votes, 7/12/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 241-174. A vote against the previous question would have allowed a vote on the bill. [H Res 818, Vote #408, 7/12/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/12/16]



**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 236-174. A vote against the previous question would have allowed a vote on the bill. [H. Res. 820, Vote #406, 7/12/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/12/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for "demanding an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation to keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The motion was agreed to 244-179. A vote against the previous question would have allowed a vote on the bill. [H. Res. 809, Vote #387, 7/7/16; CQ Floor Votes, 7/7/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/7/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 239-183. A vote against the previous question would have allowed a vote on the bill. The previous question passed 243-180 A vote against the previous question would have allowed a vote on the bill. [HR 4361, Vote #352, 7/6/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/6/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 229-169. A vote against the previous question would have allowed a vote on the bill. [H.Res. 794, Vote #347, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 231-168. A vote against the previous question would have allowed a vote on the bill. [H.Res. 793, Vote #345, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In July 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 232-168. A vote against the previous question would have allowed a vote on the bill. [H.Res. 796, Vote #343, 7/5/16; Office of the Democratic Leader, 114th Congress Previous Questions, 7/5/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In June 2016, Perry voted for blocking "an immediate vote on HR 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 229-175. A vote against the previous question would have allowed a vote on the bill. [HJ Res 88, Vote #337, 6/22/16; Office of the Democratic Leader, 114th Congress Previous Questions, 6/22/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In June 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous question passed 239-183. A vote against the previous question would have allowed a vote on the bill. [H Res 783, Vote #304, 6/15/16; Office of the Democratic Leader, 114th Congress Previous Questions, 6/15/16]

**Perry Voted For Blocking Consideration Of Bill Preventing Suspected Terrorists From Buying Guns.** In June 2016, Perry voted for blocking "an immediate vote on H.R. 1076, the bipartisan 'No Fly, No Buy' legislation keep guns out of the hands of suspected terrorists, authored by Republican Congressman Peter King." The previous


question passed 236-171. A vote against the previous question would have allowed a vote on the bill. [H Res 778, Vote #299, 6/14/16; Office of the Democratic Leader, 114th Congress Previous Questions, 6/14/16]

**Perry Voted For An Amendment To Prohibit Arrests Under State Law Of People Transporting Locked, Unloaded Guns.** In February 2016, Perry voted for an amendment which "would prohibit arrest under state law of individuals transporting a firearm if they are transporting an unloaded firearm that is stored in a locked container, secured by a safety device or is not accessible from the vehicle's passenger compartment. Arrest would require probable cause to believe the person is transporting the firearm in a manner that is not provided for under standards outlined in the amendment. It also would provide for a defendant who prevails in asserting the amendment's provisions as a defense in a criminal case to be awarded reasonable attorney's fees." The amendment was adopted 239-165. [HR 2406, Vote #96, CQ, 2/26/16]

**Perry Voted Against Amendment To Not Allow A Person Prohibited From Possessing A Firearm From Using Public Target Ranges.** In February 2016, Perry voted against amendment to HR 2406. "An amendment No. 2 printed in House Report 114-429 to prohibit an individual who is prohibited from possessing a firearm by the Gun Control Act from using a public target range." The amendment failed, 161 to 244. [HR 2406, Vote #92, 2/26/16]

**Perry Voted For Blocking Consideration Of Bill To Lift Ban On Gun Violence Research.** In February 2016, Perry voted for blocking consideration of "Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research." The previous question carried, 237 to 178. [H Res 611, Vote #77, 2/11/16; Democratic Leadership, 2/11/16; HR 3926, 11/4/15]

**Perry Voted Against Designating Gun Violence Research An NSF Priority.** In February 2016, Perry voted against a motion that "The House refused, 177-241, to designate gun-violence research as a National Science Foundation priority, so that science could potentially help reduce gun deaths as it has done for smoking and highway mortality. A yes vote was to adopt the amendment to HR 3293." The motion failed, 177 to 241. [H.R. 3293, Vote #69, 2/10/16; St. Louis Post Dispatch, 2/12/16]

**Perry Voted For Blocking Consideration Of A Bill To Allow The CDC To Study The Effects Of Gun Violence.** In February 2016, Perry voted for blocking consideration of a bill that "would lift a ban on allowing the Centers for Disease Control to research the causes of gun violence … The CDC's self-imposed prohibition has been in place since 1996. In the 1990s, the National Rifle Association accused the CDC of trying to use scientific studies to promote gun control, such as one that found having a gun in the home increased the odds for injury. Congress later threatened to cut the CDC's budget by the same amount the CDC was spending on gun violence research. Lawmakers also enacted legislative language prohibiting the use of funds to 'advocate or promote gun control.' The CDC has since then shied away from pursuing the topic. Republicans have continued to defend the ban." The previous question passed, 237 to 180. A vote against the previous question would have allowed the bill to be considered. [H. Res. 609, Vote #65; Congressional Record, 2/10/16; The Hill, 11/5/15]

**Perry Voted For Blocking Consideration Of The Gun Violence Research Act.** In February 2016, Perry voted for blocking consideration of "an immediate vote on Congressman Mike Honda's Gun Violence Research Act, H.R. 3926, to lift the ban on gun violence research so we can confront the national gun violence epidemic." The previous question passed, 240 to 176. A vote against the previous question would have allowed the bill to be considered. [H Res 595, Vote #55, 2/3/16; Democratic Leader, 2/3/16]

**Perry Voted For Blocking Consideration Of A Bill That Would Lift The Ban On Gun Violence Research.** In February 2016, Perry voted for blocking consideration of the Gun Violence Research Act, H.R. 3926, "to lift the ban on gun violence research." The Gun Violence Research Act will "[g]ive the CDC the authority to research the causes, mechanisms, prevention, diagnosis, and treatment of injuries with respect to gun violence; encourage the improvement and expansion of National Violent Death Reporting Systems; and empower health care providers by not inhibiting a physician or other health care provider from asking a patient about the possession of a firearm, speaking to a patient about gun safety, or reporting to authorities a patient's threat of violence." The previous



question passed, 236 to 178. A vote against the previous question would have allowed the bill to be considered. [H Res 594, Vote #48, 2/2/16; Democratic Leader, 2/2/16; Rep. Mike Honda Press Release, 11/5/15]

**Perry Voted Against Exempting Claims By Gun Owners Seeking Monetary Relief On Defective Firearms.** In January 2016, Perry voted against an amendment that "amendment that would exempt claims brought by a gun owner seeking monetary relief involving the defective design or manufacturing of a firearm." The amendment failed, 163-232. [HR 1927, Vote #25, 1/8/16; CQ Floor Votes, 1/8/16]

**Perry Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In January 2016, Perry voted for consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-176. A vote against the previous question would have allowed the bill to be considered. [HRes 581, Vote #21, 1/7/16; Democratic Leader – Previous Questions, 1/7/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Perry voted for blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. The previous question carried, 241-176. A vote against the previous question was to force the vote on closing the loophole. [H Res 580, Vote #4, 1/6/16; Democratic Leader – 114th Previous Questions, 1/6/16]

**Perry Voted For Blocking Consideration Of Legislation To Close Terrorist Watchlist Gun Loophole.** In January 2016, Perry voted for blocking consideration of legislation that would deny the purchase of a firearm or explosive to know or suspected terrorists. A no vote would have The previous question carried, 239-175. A vote against the previous question was to force the vote on closing the loophole. [H Res 579, Vote #2, 1/6/16; Democratic Leader – 114th Previous Questions, 1/6/16]

**Perry Voted For Blocking Consideration Of A Bill To Close The Terrorist Gun Loophole.** In December 2015, Perry voted for blocking consideration of the Denying Firearms and Explosives to Dangerous Terrorists Act, a bill "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 236-177. A vote against the previous question was to force the vote on closing the loophole. [H Res 560, Vote #690, 12/11/15; Democratic Leader – Previous Questions, 12/11/15]

**Perry Voted For Tabling The Appeal Of The Chair Which Ruled Against Scheduling Vote On A Bill To Prohibit Those Listed On The Terror Watch List From Purchasing Firearms.** In December 2015, Perry voted for a motion to table the appeal of the ruling of the Chair that the "Pelosi privileged resolution is out of order. The Pelosi privileged resolution would direct the Speaker to place on the calendar the Denying Firearms and Explosives to Dangerous Terrorists Act (HR 1076), which would allow the Attorney General to deny the sale or transfer of firearms to individuals suspected of engaging in or assisting terrorist activities. The motion failed 242-173. [Motion to Table, Vote #688, 12/8/15; CQ Floor Votes, 12/10/15]

> **King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

**Perry Voted For To Block Consideration Of A Bill Allowing Those Listed On The Terror Watch List To Own Firearms.** In December 2015, Perry voted for blocking a measure to prohibit an "immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist


from buying firearms. The previous question failed 242-178. [H Res 556 Vote #682, 12/8/15; Democratic Leader – Previous Questions, 12/9/15]

**King's Bill Would Prevent People On U.S. Terrorist Watch Lists From Buying Firearms.** "At about the time Wednesday that two shooters under investigation for potentially having terrorist ties were gunning down people at a community center in San Bernardino, House Republicans blocked legislation that would help prevent people on U.S. terrorist watch lists from buying firearms legally." [San Francisco Chronicle, 12/3/15]

**Perry Voted For Blocking Consideration Of Bill To Close Terrorist Gun Loophole And Prevent People On Terrorist Watchlist From Buying Firearms.** In December 2015, Perry voted for to block consideration of a vote to "call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. A vote against the previous question was to force the vote on Rep. Peter King's bill. [H Res 546, Vote #666, 12/3/15; Democratic Leader – Previous Questions, 12/3/15]

**Perry Voted For Blocking Consideration Of Bill Stopping Suspected Terrorists From Buying Firearms.** In December 2015, Perry voted for to block consideration of a vote "to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." The previous question carried, 243-179. [H Res 542, Vote #653, 12/2/15; Democratic Leader – Previous Questions, 2/3/15]

**Perry Voted For Blocking Consideration Of Bill Prohibiting Suspected Terrorists From Buying Guns.** In December 2015, Perry voted for a motion to order the previous question (thus ending debate and possibility of amendment) on the rule H Res 539. "The Democratic Previous Question would call for an immediate vote on Republican Congressman Peter King's Denying Firearms and Explosives to Dangerous Terrorists Act, H.R. 1076, to protect the American people by closing the terrorist gun loophole and preventing people on the terrorist watchlist from buying firearms." [H RES 539, Vote #646, 12/1/15; Democratic Leader – Previous Questions, 4/14/15]

**Perry Voted For Blocking Consideration Of Background Checks For Gun Purchases.** In October 2015, Perry voted for to block consideration of a vote "on the bipartisan King-Thompson Public Safety and Second Amendment Rights Protection Act to strengthen the life-saving background checks that keep guns out of the wrong hands." The previous question passed, 244-183. A vote against the previous question was to force a vote on background checks. [H Res 466, Vote #541, 10/8/15; Democratic Leader – Previous Questions, 10/23/15]

## Health Care

**Perry Voted Against Reauthorizing Federal Programs To Locate Missing Alzheimer's Patients.** In December 2016, Perry voted against the "Goodlatte, R-Va., motion to suspend the rules and pass the bill that would reauthorize the Missing Alzheimer's Disease Patient Alert Program and would expand the program to include certain children with developmental disabilities. The measure would also provide grants to state and local agencies and non-profit organizations to provide training related to preventing individuals from wandering and to implement alert systems and locative tracking technology programs to find individuals who have wandered. The measure would authorize the appropriation of $2 million annually for fiscal 2017 through fiscal 2021." The motion passed 346 to 66. [H.R. 4919, Vote #619, 12/8/16; CQ, 12/8/16]

**Perry Voted For Requiring NASA To Create A Program To Treat Astronauts For Space-Flight Associated Medical Conditions.** In December 2016, Perry voted for "Babin, R-Texas, motion to suspend the rules and pass the bill, as amended, that would require NASA to establish a program that provides for the medical treatments of crewmembers for space flight-associated medical conditions. Treatments would be provided under the program without any cost sharing obligations required of participating crewmembers." The motion passed 413 to 0. [H.R. 6076, Vote #614, 12/7/16; CQ, 12/7/16]



**Perry Voted For $1 Billion In Health Funding For Opioid Addiction Treatment And Response Among Other Funding.** In November 2016, Perry voted for the "Upton, R-Mich., motion to concur in the Senate amendment with an amendment that would reauthorize the National Institutes of Health and Food and Drug Administration, and would modify the FDA's drug and medical device review and approval process to accelerate the approval and distribution of new drugs and devices. The measure would create three dedicated offset funds within the Treasury into which $6.3 billion would be transferred over 10 years, through 2026. The accounts would include $4.8 billion for NIH medical research, $500 million for FDA approval and review modification and $1 billion for opioid addiction treatment and response. Funding for the accounts would not count against annual budget caps. Within the NIH funding, $1.8 billion would be for cancer therapy and test development, $1.5 would be for brain-related research and $1.5 billion would be for medical treatments related to genetic characteristics. The measure would also expand the Health and Human Services Department's oversight of mental health issues, would modify the Medicare program for hospitals, and would allow small employers to provide certain reimbursement plans for employees to purchase their own health insurance." The motion passed 392 to 26. [H.R. 34, Vote #592, 11/30/16; CQ, 11/30/16]

**Perry Voted For A Bill That Would Temporarily Exempt From The ACA Individual Mandate Individuals Whose COOP Health Care Plan Was Terminated Through.** In September 2016, Perry voted for a "Passage of the bill that would temporarily exempt (through the end of a given year) individuals whose health care coverage is terminated by the closure of a Consumer Operated and Oriented Plan from penalties set by the 2010 health care law (PL 111-148, PL 111-152). The bill's exemption would apply retroactively to any cancellation that occurred after Dec. 31, 2013, and would also apply to any future cancellations." The bill passed 258 to 165. [HR 954, Vote #563, 9/27/16; CQ, 9/27/16]

> **HR 954 Would Exempt Co-Op Enrollees From "Having To Pay The Individual Shared Responsibility Penalties That The Affordable Care Act Imposes" On People Who Do Not Have Health Coverage.** "The other bill, H.R. 954, the CO-OP Consumer Protection Act of 2016 bill, could affect enrollees in Consumer Operated and Oriented Plan carriers that fail in the middle of the year. H.R. 954 would exempt stranded CO-OP carrier enrollees from having to pay the individual shared responsibility penalties that the Affordable Care Act imposes on many people who fail to have what the government classifies as solid health coverage, or minimum essential coverage, for enough of the year." [Life Health Pro, 9/28/16]

**Perry Voted For Adding 22 Synthetic Drug Compounds To The Controlled Substances Act.** In September 2016, Perry voted for a "Guthrie, R-Ky., motion to suspend the rules and pass the bill that would place 22 synthetic drug compounds, including three synthetic opioid substances, on Schedule I of the Controlled Substances Act." The motion was agreed to 258 to 101. [HR 3537, Vote #557, 9/26/16; CQ, 9/26/16]

**Perry Voted Against An Amendment To Exempt From The Requirements Of The Bill Any Rule That Would Reduce The Cost Of Health Care For People Over The Age Of 65.** In September 2016, Perry voted against a "Cicilline, D-R.I., amendment that would exempt rules related to the reduction of the cost of health care for people over the age of 65 from the bill's requirement that federal rules that would have an economic impact of $1 billion or more per year have implementation postponed until all related legal challenges are completed." The amendment failed 189 to 232. [HR 3438, Vote #532, 9/21/16; CQ, 9/21/16]

**Perry Voted For Extending An Exemption That Would Allow Certain Therapeutic Services In Rural Hospitals To Be Provided Without Direct Supervision Of Physicians.** In September 2016, Perry voted for a "Tiberi, R-Ohio, motion to suspend the rules and pass the bill that would extend an exemption, through Dec. 31, 2016, that would allow certain therapeutic services furnished in small rural hospitals be provided without the direct supervision of physicians. The measure would require the Medicare Payment Advisory Commission to report to Congress on how the delays related to the exemption have affected the access to health care by Medicare beneficiaries and the quality of that care." The bill passed 420 to 11. [HR 5613, Vote #531, 9/21/16; CQ, 9/21/16]

**Perry Voted For Providing 'Regulatory Relief' To Long-Term Care Hospitals.** In September 2016, Perry voted for a "Tiberi, R-Ohio, motion to suspend the rules and pass the bill that would extend certain Medicare payment



rules for long-term care hospitals through June 2017, including the reinstatement of the 50 percent threshold for patients from a single acute care hospital before lower site-neutral Medicare payment rates would apply, The measure would also prohibit Medicare from paying for items or services furnished by select newly-enrolled medical providers in select areas of the country." The bill passed 420 to 3. [HR 5713, Vote #530, 9/21/16; CQ, 9/21/16]

**Perry Voted For To Lower Threshold At Which People Can Deduct Unreimbursed Medical Expenses From Their Income.** In September 2016, Perry voted for "passage of the bill that would lower the threshold at which individuals may deduct unreimbursed medical expenses from their income as set by the 2010 health care law. Specifically, the measure would set the threshold at 7.5 percent of adjusted gross income for all taxpayers, and would prevent the threshold from increasing to 10 percent for seniors." The bill passed 261 to 147. [HR 3590, Vote #502, 9/13/16; CQ Floor Vote, 9/13/16]

**Perry Voted For Amending The Internal Revenue Code Of 1986 To Repeal The Increase In The Income Threshold Used In Determining The Deduction For Medical Care.** In September 2016, Perry voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 858) that would provide for House floor consideration of the bill (HR 3590) that would lower the threshold at which individuals may deduct unreimbursed medical expenses from their income as set by the 2010 health care law." According to the Democratic Minority Leader, "The Democratic Previous Question would force a vote on the Bank on Students Emergency Loan Refinancing Act that would allow millions of borrowers to refinance their existing student loans at lower interest rates, similar to those currently available to new borrowers." The motion was agreed to 237 to 171. [H RES 858, Vote #500, 9/13/16; CQ Floor Vote, 9/13/16, Democratic Leader News, 9/13/16]

**Perry Voted For Blocking Consideration Of A $1.9 Billion Emergency Supplemental For Zika.** In September 2016, Perry voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 843." According to the Democratic Leader, "The Democratic Previous Question would urge the House to vote on the full $1.9 billion emergency supplemental request needed to protect American families." A vote against the previous question is a vote to allow consideration of the bill. The motion was agreed to 231-177. [H RES 843, Vote #481, 9/7/16; Democratic Leader – Previous Question, 9/7/16]

> **President Obama Requested $1.9 Million To Support Response Efforts To The Zika Virus.** "On February 22, the President sent a request to Congress for almost $1.9 billion in emergency Zika funding for Fiscal Year (FY) 2016, which would support domestic (including U.S. territories) and international response efforts including: mosquito control (vector management), expanded surveillance of transmission and infections, research and development activities (vaccines, diagnostics, and vector control methods), health workforce training, public education campaigns, and maternal and child health programs." [Kaiser Family Foundation, 9/9/16]

**Perry Voted For Adopting The Conference Report Of Comprehensive Addiction And Recovery Act, Which Provided The DOJ Resources To Combat Opioid Abuse.** In July 2016, Perry voted for "Adoption of the conference report on the bill that would authorize $103 million to the Justice Department each year through fiscal 2021 to award grants to state, local and tribal governments to provide services relating to opioid abuse, including first-responder training for opioid overdose reversal drugs and treatment alternatives to incarceration programs. The measure would create several new opioid treatment programs within the Health and Human Services Department, including state demonstration grants for comprehensive opioid abuse response and grants to recovery community organizations. The measure would require the Food and Drug Administration to seek recommendations from an advisory committee before approving the use of new opioid drugs. The measure would require Medicare prescription drug plans to develop a drug management program to limit access for beneficiaries who are at risk of abuse. The measure would also require the VA to more closely track opioid use by veterans within the VA health care system and to expand its opioid safety initiative at VA medical facilities." The conference report was adopted (thus sent to the Senate) 407-5. [S 524, Vote #399, 7/8/16; CQ Floor Votes, 7/8/16]



**Perry Voted For A Motion To Suspend The Rules And Pass A Bill Creating A New Assistant Secretary For Mental Health And Substance Abuse.** In July 2016, Perry voted for a "motion to suspend the rules and pass the bill, as amended, that would create a new assistant secretary for mental health and substance abuse to replace the head of the Health and Human Services (HHS) Department's Substance Abuse and Mental Health Services Administration and provide HHS greater data collection and identification of best practices. The measure would create a new grant program for community-based mental health care and expand Medicaid coverage of inpatient treatment services at mental health institutions. The measure would also require greater federal oversight of insurance companies to ensure parity between a health plan's mental health coverage and physical health coverage." The motion passed 422-2. [HR 2646, Vote #355, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Doubling The Maximum Contribution Limit For Health Savings Accounts.** In July 2016, Perry voted for "passage of the bill that, as amended, would modify rules related to health savings accounts (HSAs) by doubling the maximum contribution limit, allowing couples to divide their combined catch-up contributions among either of their HSAs, creating a special rule for certain medical expenses incurred before the establishment of an HSA, and repealing a rule under the 2010 health care law that made over-the-counter medications ineligible for coverage under HSAs." The bill passed 243-164. [HR 1270, Vote #351, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Block Consideration Of Bill Urging The House Fund $1.9 Billion Zika Bill.** In June 2016, Perry voted for the "Democratic Previous Question would urge the House to vote on the full $1.9 billion emergency supplemental request needed to protect American families." The previous question passed 230-163. A vote against the previous question would have allowed the bill to be considered. [H Res 767, Vote #273, 6/8/16; Office of the Democratic Leader, 114th Congress Previous Questions, 6/8/16]

> **President Obama Requested $1.9 Billion To Combat Zika.** "After nearly seven months of bickering and finger-pointing, Congress on Wednesday agreed to allocate $1.1 billion to help fight the spread and effects of the Zika virus. … President Obama asked for $1.9 billion in emergency federal funding back in February to fight Zika. The administration has been using money shifted from other accounts, including money that had been specified for studying and fighting Ebola, and for state-level emergency preparedness, to address the Zika threat." [NPR, 9/28/16]

**Perry Voted For Blocking Consideration Of A Vote To Fully Fund The President's $1.9 Billion Request To Fight Zika Outbreak.** In May 2016, Perry voted for blocking consideration of a vote to "remove House Republicans' recklessly inadequate Zika bill and their cravenly rebranded Pesticides Trojan Horse legislation, and instead go to conference with the full $1.9 billion emergency supplemental needed to protect American families." A vote against the previous question would call for an immediate vote to consider the Obama Administration's $1.9 billion emergency supplemental to fight the Zika virus. The motion was agreed to 236-180. [H Res 751, Vote #267, 5/26/16; Democratic Leader – Previous Questions, 5/26/16; USA Today, 5/31/16]

**Perry Voted Against Allowing DC To Use Local Funds To Prevent And Treat Zika Virus.** In May 2015, Perry voted against a motion that would "add an exemption to the underlying bill [DC Home Rule Act] to allow the District of Columbia government to use local funds to prevent and treat the Zika virus." The motion failed, 179-239. [HR 5233, Vote #247, 5/25/16; Democratic Leader – Motions to Recommit, 5/25/16]

**Perry Voted For Blocking Consideration Of Providing The Full $1.9 Billion Emergency Funding For Zika Requested By The Administration.** In May 2016, Perry voted for blocking consideration of a vote that would "provide the full $1.9 billion in emergency resources needed to respond to the Zika virus." The previous question carried, 234-175. A vote against the previous question was to force the vote on Zika emergency funding. [H Res 742, Vote #233, 5/24/16; Democratic Leader – Previous Questions, 5/24/16]

**Perry Voted For Supplemental Zika Virus Bill That Severely Underfunded Administration's Request.** In May 2016, Perry voted for a bill " that would appropriate $622 million in supplemental funding for activities to combat the Zika virus, including $170 million for the Centers for Disease Control and $230 million for the National Institutes of Health. The funding would only be available during fiscal 2016 and would be subject to restrictions on


appropriations included in the fiscal 2016 omnibus appropriations law, which includes a prohibition on the use of funds to pay for abortions. The cost of the measure would be offset by rescinding $352 million in funding appropriated under the fiscal 2015 omnibus appropriations law to combat the outbreak of Ebola and $270 million in Health and Human Services Department administrative funding." The bill passed, 241-184. [HR 4909, Vote #207, 5/18/16]

> **Money Used Would Raid Programs For Ebola.** "The amount the House approved, $622 million, would raid  programs meant to battle the Ebola outbreak, even though continued U.S. spending is needed to produce a vaccine, prepare regional centers to respond, and keep this deadly infection at bay in poor, vulnerable African countries." [USA Today, 6/7/16]

> **House Bill Provided $1.3 Billion Less Than Federal Health Officials Required.** "Republican House leaders introduced legislation Monday that would provide $622 million to combat Zika — about $1.3 billion less than federal health officials say they need. The House is expected to take up its bill this week." [USA Today, 5/17/16]

**Perry Voted For Blocking Consideration Of Fully Funding Zika Prevention Efforts.** In May 2016, Perry voted for blocking consideration of legislation that would provide "provides the full $1.9 billion in emergency resources needed to respond to the Zika virus." The previous question passed, 240 to 182. A vote against the previous question would have allowed the bill to be considered. [H Res 742, Vote #201, 5/18/16; Democratic Leader – 114th Congress Previous Questions, 5/18/16]

**Perry Voted For The Comprehensive Addiction and Recovery Act.** In May 2016, Perry voted for legislation to address the opioids epidemic. "Lawmakers voted 400-5 on the Comprehensive Addiction and Recovery Act — its version of the opioids legislation passed the Senate in March … The main provisions of the bill include an interagency task force to recommend new guidelines for pain management and prescribing and a new substance abuse program within the Department of Justice. The package also includes a measure to strengthen legal protections for "good samaritans" who help administer overdose-reversal drugs." The bill passed, 400 to 5. [S 524, Vote #193, 5/13/16; The Hill, 5/13/16]

**Perry Voted For Blocking Consideration Of Legislation To Provide $600 Million In Funding To Address The Opioid Epidemic.** In May 2016, Perry voted for blocking consideration of legislation that would provide $600 million in funding to help ensure that a package of bills passed by the House to address the opioid epidemic was fully funded. The previous question passed, 232 to 172. A vote against the previous question would have allowed the bill to be considered. [H Res 725, Vote #190, 5/13/16; Kuster Press Release, 5/11/16; Democratic Leader – 114th Congress Previous Questions, 5/13/16]

**Perry Voted For The Comprehensive Opioid Abuse Reduction Act.** In May 2016, Perry voted for the Comprehensive Opioid Abuse Reduction Act of 2016, a bill that "would authorize the future appropriation of $103 million annually from 2017 – 2021 to allow the Department of Justice (DOJ) to give grants to state, local, and tribal governments for programs to combat opioid abuse." The bill passed, 413 to 5. [HR 5046, Vote #187, 5/12/16; Democratic Whip, 5/12/16]

**Perry Voted Against An Amendment To Expand Grants For Programs To Ensure The Security Of Opioids At Medical Facilities.** In May 2016, Perry voted against an amendment to expand grants to provide for developing, implementing, or expanding programs to ensure security of opioids at medical facilities. The amendment failed, 190 to 225. [HR 5046, Vote #186, 5/12/16; @RepStephenLynch, 5/12/16]

**Perry Voted For Creating A National Task Force On Opioid Policies.** In May 2016, Perry voted for "a bill to create a national task force on opioid policies, which advocates hope will spur a major overhaul to the government's approach to addiction. Lawmakers voted 412 to 4 to support the bill from Rep. Susan Brooks (R-Ind.), one of 18 House bills this week aimed at halting the scourge of drug overdoses over the last decade. The task force would be led by the Department of Health and Human Services (HHS) and would include a voice from nearly


every corner of the healthcare sector, from hospitals CEOs to patients suffering from chronic pain." The bill passed, 412 to 4. [HR 4641, Vote #184, 5/11/16; The Hill, 5/11/16]

**Perry Voted For Blocking Consideration Of Legislation To Provide $600 Million In Funding To Address The Opioid Epidemic.** In May 2016, Perry voted for blocking consideration of legislation that would provide $600 million in funding to help ensure that a package of bills passed by the House to address the opioid epidemic was fully funded. The previous question passed, 215 to 173. A vote against the previous question would have allowed the bill to be considered.  [H Res 720, Vote #182, 5/11/16; USA Today, 5/11/16; Kuster Press Release, 5/11/16; Democratic Leader – 114th Congress Previous Questions, 5/11/16]

**Perry Voted For Blocking Consideration For Emergency Supplemental Zika Funding.** In April 2016, Perry voted forblocking a vote on legislation that would provide emergency supplemental funding for addressing health risks presented by the Zika virus. According to the Office of the Democratic Leader, "The Democratic Previous Question would force an immediate vote on H.R. 5044, the Zika Emergency Supplemental, which provides emergency resources urgently needed to respond to the Zika virus." The motion passed, 238 to181. A vote against the previous question would have forced an immediate vote on the Zika Emergency Supplemental. [H Res 706, Vote #173; Democratic Leader – 114th Previous Questions, 4/28/16]

**Perry Voted For Blocking Consideration For Emergency Supplemental Zika Funding.** On April 27th, 2016, Perry voted forblocking a vote on legislation that would provide emergency supplemental funding for addressing health risks presented by the Zika virus. According to the Office of the Democratic Leader, "The Democratic Previous Question would force an immediate vote on H.R. 5044, the Zika Emergency Supplemental, which provides emergency resources urgently needed to respond to the Zika virus." The motion passed 238 to181. A vote against the previous question would have forced an immediate vote on the Zika Emergency Supplemental. [H Res 706, Vote #168; Democratic Leader – 114th Previous Questions, 4/27/16]

**Perry Voted For Ensuring Transparency And Accountability, Removal Of Terminated Providers For Medicaid And CHIP.** In March 2016, Perry voted for a bill that would improve transparency and accountability for Medicaid and CHIP providers by instituting improved disclosure requirements. "The bill would create additional requirements for Medicaid and CHIP, like data reporting… The legislation … will increase the efficiency of the Medicaid program by creating a searchable database that is more patient friendly.  It would provide beneficiaries served under the Medicaid fee-for-service or primary care case management programs with a directory of physicians participating in the program so those patients can receive the most up to date information and are able to find doctors who accept Medicaid more quickly and efficiently." [HR 3716, Vote #105, 3/2/16; Office of the Democratic Whip, 3/2/16]

> **Obama Administration Supported Bill, Cited Improved Ability Of States To Identify Terminated Providers.** "H.R. 3716 would improve the ability of States to identify health care providers who have been terminated from participating in Medicare or in another State's Medicaid or CHIP program. The Affordable Care Act requires that State Medicaid programs terminate participation of health care providers that have been terminated by Medicare or another State Medicaid program. This legislation would improve States' ability to fulfill this requirement by codifying this requirement in CHIP, requiring providers participating in Medicaid and CHIP managed care to enroll with the State, and increasing required reporting, sharing of information, and standardization of documentation of reasons for termination." [Statement of Administration Policy, Executive Office of the President, 3/1/16]

> **Bill Would Save $28 Million Over Ten Years.** "The Congressional Budget Office (CBO) estimates that the bill would reduce direct spending by $28 million over the next ten years." [Office of the Democratic Whip, 3/2/16]

**Perry Voted For Motion Agreeing With Senate Amendment To Place A Moratorium On Health Care Reform's Medical Device Tax.** In December 2015, Perry voted for to concur with a Senate amendment to a tax package that included a two year moratorium on the 2.3 percent medical device tax implemented under the



Affordable Care Act. The amendment passed, 318-109. [HR 2029, Vote #703, 12/17/15; Med Device Online, 12/17/15]

**Perry Voted For Reconciliation Bill To Repeal Key Sections Of The Affordable Care Act And Defund Planned Parenthood.** In October, 2015, Perry voted for a "budget reconciliation bill that seeks to gut Obamacare by repealing key sections of the law, including the individual and employer mandate and the so-called 'cadillac' tax, which targets high-end employer-sponsored health plans. In addition, it would block funding for Planned Parenthood for one year and divert that spending to other women's health programs." The bill passed 240-189. HR 3762, Vote #568, 10/23/15; Washington Post, 10/23/15]

**Perry Voted Against Providing $9.3 Billion For Medical Research And Revamp Of The Drug And Medical Device Evaluation Process.** In July 2015, Perry voted against a bill that "would provide $9.3 billion for the National Institutes of Health and Food and Drug Administration over five years while revamping aspects of the FDA's drug and medical device evaluation processes. The cost would be fully offset, and the measure also would reauthorize NIH for three years." The bill passed with strong bipartisan support, 344 – 77, and then referred to the Senate Committee on Health, Education, Labor, and Pensions. [HR 6, Vote #433, 7/10/15; CQ News, 7/10/15]

**Perry Voted For Eliminating Medicare Cost-Control Board.** In June 2015, Perry voted for the Protecting Seniors' Access to Medicare Act of 2015. "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. The Independent Payment Advisory Board has never been used. It consists of 15 members and was included in the law to control the rate of Medicare growth and to help the program come up with savings. The law said the board would make savings recommendations if Medicare spending was projected to exceed a certain target rate, but so far, spending hasn't grown fast enough to trigger the IPAB. The 244-154 vote occurred days before an expected Supreme Court ruling on the legality of Obamacare subsidies." The bill passed, 244-154. [HR 1190, Vote #376, 6/23/15; National Journal, 6/23/15]

> **Bill Repealed Independent Payment Advisory Boards.** "H.R. 1190 would repeal the provisions of the Affordable Care Act (ACA) that established the Independent Payment Advisory Board (IPAB) and that created a process by which the Board (or the Secretary of the Department of Health and Human Services) would be required under certain circumstances to modify the Medicare program to achieve specified savings." [Congressional Budget Office, 6/11/15]

> **Congressional Budget Office: Elimination Of Board Would "Probably Result In Higher Spending For The Medicare Program In The Years 2022 Through 2025."** "CBO estimates that enacting H.R. 1190 would not have any budgetary impact between 2015 and 2021, but would increase direct spending by $7.1 billion over the 2022-2025 period. That estimate is extremely uncertain because it is not clear whether the mechanism for spending reductions under the IPAB authority will be triggered under current law for most of the next ten years; under CBO's current baseline projections such authority is projected to be triggered in 2025. However, given the uncertainty that surrounds those projections, it is possible that such authority would be triggered in more than one of those years; taking into account that possibility, CBO estimates that repealing the IPAB provision of the ACA would probably result in higher spending for the Medicare program in the years 2022 through 2025 than would occur under current law. CBO's estimate represents the expected value of a broad range of possible effects of repealing the provision over that period." [Congressional Budget Office, 6/11/15]

> **Bill Offset By Cuts To Prevention And Public Health Fund.** "The House easily passed a repeal of Obamacare's Independent Payment Advisory Board, with a handful of Democrats voting with Republicans against a part of the law aimed at checking the growth of Medicare spending. …Although only 11 Democrats ended up voting for the repeal, others might have done so if the bill wasn't offset by cuts to Obamacare's Prevention and Public Health Fund." [National Journal, 6/23/15]

> > **Fund Trained More Primary-Care Doctors.** "The graph that my subconscious came up with charted all the cuts to the Prevention and Public Health Fund. That's a $15 billion Obamacare program initially meant



to — you guessed it — fund prevention and public health activities. This has included everything from training more primary-care doctors to supporting healthy corner stores. The funds are not earmarked for any specific activity. Instead, they get doled out each year. And that has made the Prevention Fund a prime target for legislators looking to pay for other health-care activities." [Washington Post, 4/19/13]

**Perry Voted For Repeal Of Medical Device Tax Under The Affordable Care Act.** In June 2015, Perry voted for repealing the medical device tax implemented under the Affordable Care Act. "The House defied a White House veto threat and voted Thursday to abolish a tax on medical device makers as a group of Democrats uncharacteristically joined Republicans in moving to kill part of President Barack Obama's health care law … The Republican-led House has voted more than 50 times since 2011 to void all or part of Obama's health care overhaul, usually along party lines." The bill passed 280 to 140. [HR 160, Vote #375, 6/18/15; Associated Press, 6/18/15]

**Perry Voted For Amendment To Prohibit Funds For Medical Marijuana.** In June 2015, Perry voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibits the use of funds in the bill to supersede State law in those States that have legalized the use of medical marijuana." The amendment passed 242 to 186. [HR 2578, Vote #283, 6/3/15]

**Perry Voted For Allowing Reform To Medicare Fee Payments For Doctors & To Reauthorize Children's Health Insurance Program (CHIP).** In March 2015, Perry voted for a bill to provide permanent solution for paying doctors that treat Medicare patients and reauthorize the CHIP program for an additional two years. "The Senate on Tuesday overwhelmingly approved sweeping changes in the way Medicare pays doctors, clearing the bill for President Obama and resolving an issue that has bedeviled Congress and the Medicare program for more than a decade. The 92-to-8 vote in the Senate, following passage in the House last month by a vote of 392 to 37, was a major success for Republicans, who devised a solution to a complex policy problem that had frustrated lawmakers of both parties. Mr. Obama has endorsed the bill, saying it 'could help slow health care cost growth.' The bill, drafted in the House in negotiations between Speaker John A. Boehner and Representative Nancy Pelosi, the Democratic leader, also extends the Children's Health Insurance Program for two years, through 2017. Without action by Congress, doctors would have faced a 21 percent cut in Medicare fees." The bill passed, 392 to 37. [HR 2, Vote #144, 3/26/15; New York Times, 4/14/15]

**Perry Voted For A Full Repeal Of The ACA.** In February 2015, Perry voted for repealing the ACA. "The House voted … to abolish the 2010 health care law in Congress' first repeal vote of the year … The House has voted more than 50 times to roll back all or portions of the law." The bill passed 239 to 186. [HR 596, Vote #58, 2/3/15; CQ News, 2/3/15]

    **Vote Was Republicans 56th Attempt To Repeal Affordable Care Act.** "In Tuesday's repeal effort by House Republicans — their first of this Congress and their 56th overall — it became clear that they had succeeded at one thing: They had bored even themselves into a slumber." [Washington Post, 2/3/15]

**Perry Voted Against Prohibiting 56th Republican Vote To Repeal The ACA.** In February 2015, Perry voted against a motion that would prohibit Republicans 56th vote to repeal the Affordable Care Act. The motion to recommit failed, 179 to 241. [HR 596, Vote #57, 2/3/15; Democratic Leadership Summary, 2/3/15]

**Perry Voted For Increasing Definition Of Full-Time From 30 Hours To 40 Hours Under Affordable Care Act.** In January 2015, Perry voted for a bill that would lengthen the Affordable Care Act's definition of a full-time work week to 40 hours from 30 hours. "The House will vote again on Thursday to lengthen Obamacare's full-time workweek definition to 40 hours, but the Senate has work to do before it can hope to get its first anti-Obamacare bill to the president's desk." The bill passed, 252-172. [HR 30, Vote #14, 1/8/15; Politico, 1/8/15]

    **Bill Would Increase Deficit By $53.2 Billion And Cut Healthcare For About 1 Million Workers.** "The independent Congressional Budget Office said Wednesday that the House's bill would add $53.2 billion to the deficit from 2015 to 2025. That's because fewer businesses would pay fines and because some of the employees who would have been covered at work will instead get subsidies to buy plans on the Obamacare



exchanges. The CBO estimated that about 1 million people would lose their work-based coverage, a fact that Democrats intend to highlight." [Politico, 1/8/15]

## House Administration

**Perry Voted Against Exempting Rules Issued Pursuant To An Express Grant Of Authority From Congress From The Separation Of Powers Restoration Act.** In July 2016, Perry voted against "Johnson, D-Ga., amendment that would exempt rules issued pursuant to an express grant of authority from Congress from the bill's requirements. The bill would end the requirement that federal courts defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules and regulations." The amendment was rejected 174-243. [H Amdt 1275 to HR 4768, Vote #413, 7/12/16; CQ Floor Votes, 7/12/16]

> **Separation Of Powers Restoration Act Overturned Legal Precedent That Said Courts Must Defer To Agency Interpretations Of "Ambiguous" Statutes When Disputes Arise, Unless The Interpretation Is Unreasonable.** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. The Separation of Powers Restoration Act overturns the 1984 Supreme Court decision that created Chevron deference. The legal precedent says courts must defer to agency interpretations of 'ambiguous' statutes when disputes arise, unless the interpretation is unreasonable." [The Hill, 7/12/16]

**Perry Voted Against Striking The Repeal Of The District Of Columbia Budget Autonomy Referendum.** In July 2016, Perry voted against an "amendment that would strike the repeal of the District of Columbia budget autonomy referendum." The amendment failed 182-238. [HR 5485, Vote #370, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Preventing DC From Spending Local Tax Dollars Without Congressional Approval.** In May 2016, Perry voted for a bill that would "repeal a District of Columbia law that modified the district's home rule charter to allow locally-generated funds to be spent without congressional approval." The bill passed 240-179. [HR 5233, Vote #248, 5/25/16; CQ Bill Track, 6/1/16]

> **House Overturned Voter-Approved Ballot Measure Giving DC More Control Over Its Finances.** "The House passed legislation on Wednesday to gut a D.C. ballot measure that gives the city more control over its finances. Lawmakers voted 240-179, along party lines, to approve a bill that would prevent the District of Columbia from spending local tax dollars without congressional approval." [The Hill, 5/25/16]

**Perry Voted For FY2016 Legislative Branch Budget That Extended Congressional Pay Freeze.** In May 2015, Perry voted for the bill that would provide $3.3 billion for legislative branch operations, excluding Senate operations, in fiscal 2016. "[The] annual legislative branch spending bill … [included] language extending the congressional salary freeze for a seventh consecutive year." The bill was passed by a vote of 357-67. [HR 2250, Vote #247, 5/19/15; CQ Floor Votes, 5/19/15; Roll Call, 5/20/15]

**Perry Voted For Amendment To Cut Legislative Branch Budget By 1 Percent.** In May 2015, Perry voted for the Blackburn, R-Tenn., amendment that would cut funding under the bill by one percent for all accounts except for the Capitol Police, the Sergeant at Arms, and the Architect of the Capitol's Capitol Police buildings, grounds and security account. The amendment was rejected by a vote of 172-250. [HR 2250, Vote #246, 5/19/15; CQ Floor Votes, 5/19/15]

**Perry Voted For Amendment To Block Funding For Exchange Program To Promote American-Style Democracy In Post-Soviet Countries.** In May 2015, Perry voted for the Ratcliffe, R-Texas, amendment that would "block funding for the Open World Leadership Center, a program begun in 1999 and intended to educate politicians from the former Soviet Union about democracy in the U.S." The amendment was adopted by a vote of 224-199. [HR 2250, Vote #245, 5/19/15; Albany Herald, 5/19/15]

**Perry Voted For Blocking Requirement That Text Legislative Text Be Posted In Accordance With House Rules.** In January 2015, Perry voted for blocking requirement that legislative text be posted in accordance with



House rules. "House Rules require a bill to be posted for 3 days so it can be read before it comes to the floor, and the Republican Leadership has made this particular rule sacrosanct above all others. However, on HR 7 the Republican Leadership filed the bill late on the night before the vote the following morning, in direct violation of this Rule and their principles. The Democratic Previous Question would eliminate the waiver of this very important Rule that provides transparency for both the public and Members who must vote on legislation." The previous question carried, 239-183. A vote against ordering the previous question would have eliminated the waiver of the House rule. [H Res 42, Vote #42, 1/22/15; Democratic Leader – Previous Questions, 1/21/15]

## Housing

**Perry Voted Against Allowing HUD To Continue An FHA Program Automating An Alternative Credit Rating System For Borrowers With Insufficient Credit Histories.** In February 2016, Perry voted against an amendment that would "allow the Housing and Urban Development Department to continue a Federal Housing Administration pilot program for an automated process to provide alternative credit rating information to help determine creditworthiness of borrowers with insufficient credit histories." The amendment was rejected, 181 to 239. [H R 3700, Vote #51, 2/2/16, 2/2/16; CQ Floor Votes, 2/2/16]

**Perry Voted For Exempting Public Housing Agencies From Requirement For At Least One Board Member Receiving Housing Assistance If They Have A Resident Advisory Board.** In February 2016, Perry voted for an amendment that would "exempt certain public housing agencies from a requirement that their boards of directors include at least one member who directly receives public housing agency assistance, if the public housing agency establishes an advisory board of at least six public housing residents." The amendment was adopted by a vote of 236 to 178. [H R 3700, Vote #50, 2/2/16, 2/2/16; CQ Floor Votes, 2/2/16]

**Perry Voted For Delaying Implementation Of Consumer Financial Protection Bureau Rules For Home Buyers.** In October 2015, Perry voted for a bill that would "delay implementation of the Consumer Financial Protection Bureau's rules regarding lender disclosures to consumers applying for home mortgage loans until Feb. 1, 2016. Enforcement of the rules and lawsuits against lenders would be prohibited as long as the lender makes a good-faith effort to comply with the rules." The bill passed 303-121. [HR 3192, Vote #540, 10/7/15; CQ Floor Votes, 10/7/15]

**Perry Voted Against A Motion To Allow Home Buyers To Seek Court Remedy Against Predatory Practices.** In October 2015, Perry voted against a motion that would "protect the rights of servicemembers, seniors, and students to seek a court remedy against predatory practices in the home-buying process." The motion failed, 185-240. [HR 3192, Vote #539, 10/7/15; Democratic Leader – Motions to Recommit, 10/7/15]

**Perry Voted Against Exempting Rules Issued By The Housing And Urban Development Department From The Separation Of Powers Restoration Act.** In July 2016, Perry voted against "Meeks, D-N.Y., amendment that would exempt rules issued by the Housing and Urban Development Department from the bill's requirements. The bill would end the requirement that federal courts defer to an agency's interpretation of the underlying law or rule when considering challenges to agency rules and regulations." The amendment was rejected 174-243. [H Amdt 1274 to HR 4768, Vote #412, 7/12/16; CQ Floor Votes, 7/12/16]

> **Separation Of Powers Restoration Act Overturned Legal Precedent That Said Courts Must Defer To Agency Interpretations Of "Ambiguous" Statutes When Disputes Arise, Unless The Interpretation Is Unreasonable.** "A GOP-backed bill to limit federal agencies' rulemaking power passed the House on Tuesday. The Separation of Powers Restoration Act overturns the 1984 Supreme Court decision that created Chevron deference. The legal precedent says courts must defer to agency interpretations of 'ambiguous' statutes when disputes arise, unless the interpretation is unreasonable." [The Hill, 7/12/16]

**Perry Voted Against Striking A Section Of The Bill Prohibiting Funds From Being Used To Enforce Truth In Lending Act Disclosure Requirements For Loans Under $75,000.** In July 2016, Perry voted against amendment that would "strike a section of the bill that would prohibit funds from being used to enforce Truth in


Lending Act disclosure requirements for loans less than $75,000 secured by a personal dwelling or that do not include the purchase of property on which the interest rate is below 10 percentage points and the total points and fees are below 5 percent or $3,000." The amendment failed 162-255. [HR 5485, Vote #368, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Amendment To Bar HUD From Enforcing Regulation Combating Discrimination In the Housing Market.** In June 2015, Perry voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used by HUD to administer a federal regulation that dictates, "If the policies of governmental agencies, banks or private real estate companies unjustifiably perpetuate segregation, regardless of their intent, they could be bound in violation of the Fair Housing Act." The amendment was adopted by a vote of 231-195. [HR 2577, Vote #323, 6/9/15; Propublica, 1/21/15]

**Perry Voted For Baring Use Of Funds For Providing Need-Based Housing For Unauthorized Aliens.** In June 2015, Perry voted for an amendment to a DOT and HUD appropriations bill that would "bar funds from being used to provide financial assistance in contravention of section 214 (d) of the Housing and Community Development Act of 1980, regarding non-citizen eligibility for need-based housing." Section 214 of the Housing and Community Development Act of 1980 states that "only certain categories of noncitizens are eligible for benefits under the housing programs covered by Section  214. Unauthorized aliens are not eligible for benefits under Section 214." The amendment was adopted 246 to 180. [HR 2577, Vote #320, 6/9/15; CQ Summary, 6/9/15; CRS, 1/23/12]

**Perry Voted For Baring Use Of Funds In Violation Of HUD Regulations On Assistance To Non-Citizens.** In June 2015, Perry voted for an amendment relating to a DOT and HUD appropriations bill that would "bar funds from being used in violation of HUD regulations relating to restrictions on assistance to non-citizens. " The amendment was adopted 244-181. [HR 2577, Vote #319, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For An Amendment That Barred Funding For The Private Enforcement Initiative Of The Fair Housing Initiatives Program.** In June 2015, Perry voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would "bar funds from being used for the Private Enforcement Initiative of the Fair Housing Initiatives Program." The amendment passed 224 to 198. [CQ Floor Votes, 6/4/15; HR 2577, Vote #307, 6/4/15]

> **National Council On Independent Living: PEI Grantees Are "Critical" To Enforcement Of The Fair Housing Act.** "PEI grants support local, private fair housing groups' testing, complaint intake, and investigation efforts. PEI grantees are critical to enforcement efforts for the Fair Housing Act. Disability-related complaints is the largest category of Fair Housing complaints. To remove funding for the PEI program would damage Fair Housing enforcement in many communities. This harms people with disabilities when fair housing enforcement is not readily available in communities." [NCIL, 6/5/15]

**Perry Voted For An Amendment That Prevented The Department Of Justice From Enforcing Disparate Impact Claims Under The Fair Housing Act.** In June 2015, Perry voted for an amendment that prevented the department of justice from enforcing disparate impact claims under the Fair Housing Act. "Housing discrimination claims: The House has passed an amendment sponsored by Rep. Scott Garrett, R-N.J., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would bar funding for Justice Department enforcement actions under the Fair Housing Act that rely on the theory of disparate impact to allege racial and other forms of discrimination by mortgage lenders, landlords, and home insurers. Garrett said the threat of prosecution for treating various classes of homeowners and renters differently, based on their economic status, would impede the ability 'for lenders to make rational economic decisions about risk' rather than based on the possibility that the Justice Department will consider their actions discriminatory." The amendment passed 232 to 196. [HR 2578, Vote #287, 6/3/15; On Agreeing to the Amendment, 6/3/15; Citizen-Times, 6/5/15]

**Perry Voted For A Bill That Changed The Definition Of A Qualified Mortgage Under The Truth In Lending Act.** In April 2015, Perry voted for the Mortgage Choice Act. "The bill excludes insurance paid at closing into escrow, as well as fees paid for related services to lender-affiliated companies, from the 3% cap on points and fees



imposed on 'qualified mortgages' by redefining 'points and fees' under the Truth in Lending Act. The measure is intended to clarify conflicting definitions under current law and thereby ensure that mortgage loans to low- and middle-income borrowers remain affordable." The bill passed, 286 to 140. [HR 685, Vote #152, 4/14/15; CQ, 4/10/15]

> **Bill They Voted On Would "Weaken Regulations On Mortgage Lenders."** "Ranking second behind the Chamber was the National Association of Realtors. The group spent $7.7 million lobbying on issues like flood insurance premiums, which have risen sharply in the past few years. NAR also lobbied for the Mortgage Choice Act, a bill that would weaken regulations on mortgage lenders enacted following the 2007 collapse of the housing market. The Mortgage Choice Act passed in the House of Representatives on April 14." [Huffington Post, 4/23/15]

**Perry Voted For Weakening Aspects Of Wall Street Reform Allowing Mortgage Lenders To Disclose Less Information To Borrowers.** In April 2015, Perry voted for legislation that would roll back regulations in the Wall Street reform law. "Regulations from the Dodd-Frank Act that went into effect in early 2014 tightened requirements and restrictions on 'high-cost' loans. For example, if the interest rate and fees on loans reach a certain level, lenders have to verify a borrower's ability to repay loans and disclose consequences of default and loan terms … the Preserving Access to Manufactured Housing Act of 2015. HR 650 would raise the threshold for which loans are considered 'high cost,' from 8.5 percent above the average rate to 10 percent above the average rate. President Obama has threatened to veto it if it passes both houses. The change may seem minor, but the higher threshold would mean the lender has to do less work and disclose less information to borrowers. The majority of loans on manufactured homes carry high interest rates, especially compared with a typical mortgage." The bill passed, 263 to 162. [HR 650, Vote #151, 4/14/15; Seattle Times Editorial, 4/14/15]

**Perry Voted AgainstPreventing Those Convicted Of Mortgage Fraud And Predatory Lenders From Providing Loans To Homeowners.** In April 2015, Perry voted against a motion that would prevent those convicted of mortgage fraud and predatory lenders from providing loans to homeowners. "No person or lender that has been found to have engaged in unfair, deceptive, predatory, or abusive lending practices, or convicted of mortgage fraud under Federal or relevant State law may make use of the amendments made by this Act " The motion failed 184 to 239. [HR 650, Vote #150, 14/14/15; Motion to Recommit, 4/14/15]

**Perry Voted Against Reauthorizing Indian And Native American Housing Programs.** In March 2015, Perry voted against reauthorizing Indian and Native Hawaiian housing programs. "This bill reauthorizes a number of Indian and Native Hawaiian housing programs through FY 2019, including the Indian Housing Block Grant Program (IHBG), which it modifies to provide for multi-year housing plans and to allow tribes to meet program requirements more efficiently. It also establishes a set-aside for housing for Native American veterans within Veterans Affairs (VA) Department housing programs and creates a demonstration program to leverage private investment in affordable Indian housing." The bill passed 297 to 98. [HR 360, Vote #130, 3/23/15; CQ House Action Reports, 3/20/15]

**Perry Voted For Amendment Barring The Implementation Of Affirmatively Furthering Fair Housing Rule.** In June 2015, Perry voted for an amendment to the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016 that would " bar funding for HUD to implement, enforce or administer the proposed Affirmatively Furthering Fair Housing Rule." The amendment passed 229 to 193. [HR 2577, Vote #311, 6/9/15; CQ Floor Votes, 6/9/15]

> **Affirmatively Furthering Fair Housing Rule Self Purports To Combat Segregation.** According to the Federal Register, the Affirmatively Furthering Fair Housing Rule "[e]stablish[es] an approach to affirmatively further fair housing that calls for coordinated efforts to combat illegal housing discrimination, so that individuals and families can make decisions about where to live, free from discrimination, with necessary information regarding housing options, and with adequate support to make their choices viable." [Federal Register, 7/19/13]



## Immigration & Border

**Perry Voted For Prohibiting Federal Agencies From Providing Foreign Language Services To Anyone Who Might Seek To Engage With Federal, State And Local Governments.** In July 2016, Perry voted for "King, R-Iowa, amendment that would prohibit federal agencies from providing foreign language services to anyone who might seek to engage with federal, state and local governments." The amendment was rejected in Committee of the Whole 192-232. [H Amdt 1256 to HR 5485, Vote #386, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Prohibiting Funds From Being Used To Provide Financial Assistance To "Sanctuary Cities."** In July 2016, Perry voted for "Gosar, R-Ariz., amendment that would prohibit funds from being used to provide financial assistance to 'sanctuary cities' or U.S. cities that shelter undocumented immigrants." The amendment was adopted in Committee of the Whole 236-182. [H Amdt 1250 to HR 5485, Vote #382, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For Amendment To Prohibit Extending The Expiration Date Of Military Eligibility Program For DACA Recipients.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "bar use of funds to extend the expiration date of a Sept. 25, 2014, memo that allowed undocumented immigrants granted deferral of deportation under the Deferred Action for Childhood Arrivals program to be eligible for military enlistment through the Military Accessions Vital to the National Interest program." The amendment failed 207-214. [HR 5293, Vote #318, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Amendment To Prohibit Extending The Expiration Date Of Military Eligibility Program For DACA Recipients.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "prohibit use of funds to extend the expiration date of, or to reissue with a new expiration date, a Sept. 25, 2014, memo that allowed undocumented immigrants granted deferral of deportation under the Deferred Action for Childhood Arrivals program to be eligible for military enlistment through the Military Accessions Vital to the National Interest program." The amendment failed 210-211. [HR 5293, Vote #317, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Amendment That Would Prohibit Funding For DOD To Enlist DACA Youth In The Military.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "prohibit the use of funds by the Department of Defense to enlist DACA youth in the United States military." The amendment passed 221-200. [HR 5293, Vote #316, 6/16/16; Congress.gov, 6/16/16]

**Perry Voted For Amendment To Prohibit Military Funding For Temporary Housing For Unaccompanied Immigrant Children.** In June 2016, Perry voted for an amendment to the FY17 Department of Defense Appropriations Act (HR 5293) that would "prohibit use of funds to modify military installations in the United States to provide temporary housing for unaccompanied immigrant children." The amendment passed 223-198. [HR 5293, Vote #315, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Withholding Federal Law Enforcement Grant Funding From State And Local Governments That Do Not Comply With Federal Immigration Laws.** In July 2015, Perry voted for a bill that would "withhold certain federal law enforcement grants to state and local governments that bar their officials from taking certain immigration-related actions, such as gathering or maintaining information on the immigration or citizenship status of individuals or sharing such information with federal immigration authorities." The bill passed 241-179. [HR 3009, Vote #466, 7/23/15; CQ Floor Votes, 7/23/15]

> **Headline: The Hill: "Democrats slam sanctuary city legislation, labeling it 'The Donald Trump Act.'"** [The Hill, 7/22/15]

> **Headline: Politico: "GOP picks a fight over immigration."** [Politico, 7/23/15]



**Perry Voted Against Prohibiting Reduction In Federal Law Enforcement Grant Funding If It Would Result In Increase In Crime Or Decrease In Law Enforcement Officers.** In July 2015, Perry voted against a motion that would "prohibit the Attorney General from reducing federal law enforcement grants to states or local governments if the Attorney General determines that such reductions would result in an increase in the overall crime rate of the state or a decrease in the number of law enforcement officers in that area." The motion failed 181-239. [HR 3009, Vote #465, 7/23/15; CQ Floor Votes, 7/23/15]

**Perry Voted For Amendment Blocking Funding For Cities That Neglect To Fully Participate In Reporting Names To Federal Immigration Officials.** In June 2015, Perry voted foran amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act of 2016 blocking funds to cities "The House also voted 227-198 for an amendment that would block certain federal funds to localities that refuse to report names to federal immigration authorities. That's become an issue in recent months as localities refused to participate in a federal program that turns over the names of people picked up for crimes to federal immigration authorities." the amendment passed, 227 to 198. [HR 2578, Amendment #84, Vote #294, 6/3/15; Associated Press, 6/3/15]

**Perry Voted For Amendment To Prevent DOJ From Using Its Funds To Defend President Obama's Executive Orders On Immigration In Pending Legal Battle.** In June 2015, Perry voted for and amendment preventing the Department of Justice from using its funds to defend President Obama's executive orders on immigration in a pending legal battle. "House Republicans just went after President Barack Obama's executive actions on immigration – again. The GOP-led chamber voted Wednesday to block the Justice Department from being able to defend itself in a legal battle that has put Obama's sweeping and controversial immigration actions on hold. The measure, written by conservative immigration firebrand Rep. Steve King of Iowa, was an amendment to the overall funding bill for DOJ. As he spoke about his measure, King noted that the House has voted multiple times to restrain Obama's legal authority on immigration and dismissed the actions as 'unconstitutional executive amnesty.' Obama's directive was the epicenter of a battle over Homeland Security, pushing the department's funding to the brink before Republicans capitulated on their demands to defund Obama's actions." The amendment passed 222 to 204. [HR 2578, Vote #293, 6/3/15; On Agreeing to the Amendment, 6/3/15; Politico, 6/3/15]

**Perry Voted Against Motion To Provide Funding For Library Of Congress To Remove The Term "Illegal Aliens."** In June 2016, Perry voted against a motion that would "reduce funding for the Architect of the Capitol's capital construction and operations account by $200,000 and increase funding for Library of Congress salaries and expenses by the same amount, with the aim of letting the Library of Congress replace the term 'illegal aliens' in subject headings as it has planned." The motion failed 170-237. [HR 5325, Vote #293, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted For Removing Provision Encouraging Defense Department To Allow DREAMers To Serve In Military.** In May 2015, Perry voted for removing an amendment to the Defense Authorization bill that "would encourage the Pentagon to consider allowing immigrants brought to the country as children to [serve in the military]." [HR 1735, Vote #229, 5/14/15; NPR, 5/13/15]

> **Headline: Alabama Media: "Rep. Mo Brooks amendment passes; keeps DREAMers out of military."**
> [Alabama Media, 5/14/15]

**Perry Voted For Barring Funding To Modify Military Installations To Temporarily House Unaccompanied Immigrant Children.** In May 2016, Perry voted for for an amendment "that would bar use of appropriated funds to modify military installations in the United States to temporarily house unaccompanied immigrant children." The amendment passed, 219-202. [HR 4974, Vote #222, 5/19/16]

**Perry Voted For Authorizing Speaker Ryan To File An Amicus Curiae Brief On The House's Behalf In A Supreme Court Case About Obama's Actions To Protect Undocumented Immigrants From Deportation.** In March 2016, Perry voted for a resolution that would "authorize the Speaker to file an amicus curiae – or 'friend of the court' - brief on behalf of the House in a Supreme Court case challenging executive action over immigration…The Supreme Court case centers on President Barack Obama's executive action aimed to protect



millions of undocumented immigrants from being deported." The resolution passed 234-186. [H Res 639, Vote #129, 3/17/16; CQ, 3/16/16]

**Perry Voted For Blocking The Consideration Of Lofgren Amicus Brief Asserting President's Authority To Set Reasonable Priorities On Immigration Enforcement.** In March 2016, Perry voted for blocking the consideration of an amendment "to bring to the House Floor a resolution supporting the amicus brief filed by House Democrats on March 8, 2016 that asserts the President's legal authority to set rational enforcement priorities on immigration." The previous question carried, 234-181. A vote against the previous question would have allowed the declaration of this presidential authority to be considered. [H Res 639, Vote #127, 3/17/16; Democratic Leader, 3/17/16]

**Perry Voted For Bill Restarting Deportations Of Undocumented Families And DREAMers.** In January 2015, Perry voted for a federal funding bill providing $47.8 billion for Homeland Security in FY 2015. The bill also included $12.6 billion for Customs and Border Protection, $6.3 billion for Immigration and Customs Enforcement, $10 billion for the Coast Guard, and $10.8 billion for the Federal Emergency Management Agency. The bill defunded President Obama's executive action on immigration and ended a program that halted the deportation of some illegal immigrants who came to the United States as children. "Democrats rallied against the bill, which would fund the Department of Homeland Security (DHS) through September, after Republicans adopted a series of contentious amendments that take aim at facets of Obama's immigration policy. One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal immigrants to stay in the country and obtain work permits. A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The bill passed 236 to 191. [HR 240, Vote #35, 1/14/15; The Hill, 1/14/15; CQ Floor Votes, 1/14/15]

**Perry Voted For Anti-Immigrant Amendment Putting Interests Of Legal Aliens Above Undocumented Immigrants.** In January 2015, Perry voted for an anti-immigrant amendment imploring the Obama Administration to stop putting the interests of legal aliens behind those who arrived illegally. It also encouraged the U.S. Citizenship and Immigration Services to use available funds to improve services and the benefits application process for legal immigrants. The amendment was adopted 260 to 167. [HR 240, Amendment No. 5, Vote #33, 1/14/15; CQ Floor Votes, 1/14/15]

**Perry Voted For Anti-Immigrant Amendment Discouraging Policies To Promote Hiring Of Undocumented Immigrants.** In January 2015, Perry voted for an anti-immigrant amendment imploring the Obama Administration not to pursue policies making it economically advantageous to hire illegal immigrants. The amendment was adopted 253-171. [HR 240, Amendment No. 4, Vote #32, 1/14/15; CQ Floor Votes, 1/14/15]

**Perry Voted For Anti-Immigrant Amendment That Would Discourage Victims From Reporting Abuse.** In January 2015, Perry voted for an anti-immigrant amendment that purports to prioritize immigration enforcement actions against illegal immigrants convicted of violent or sexually-oriented offenses. However, the Conference of Catholic Bishops stated that this amendment "would discourage many [domestic violence] victims from reporting abuse." The amendment was adopted 278-149. [HR 240, Amendment No. 3, Vote #31, 1/14/15; Democratic Leader Nancy Pelosi, Floor Remarks, 1/14/15; CQ Floor Votes, 1/14/15]

**Perry Voted For Amendment To End Deferred Action For Childhood Arrivals.** On January 24, 2015, Perry voted for an amendment to the Department of Homeland Security funding bill that would end a program to suspend the deportation of DREAMers. "A second amendment would halt the Deferred Action for Childhood Arrivals Program (DACA), which lifts deportation for some illegal immigrants who came to the United States as children." The amendment was adopted 218 to 209. [HR 240, Vote #30, 1/14/15; The Hill 1/14/15]

**Perry Voted For Amendment To Defund Immigration Executive Order.** On January 14, 2015, Perry voted for an amendment to defund President Obama's executive action on immigration. "One of the amendments would choke off funding for Obama's executive action announced in November, which would allow some illegal



immigrants to stay in the country and obtain work permits." The amendment was adopted 237 to 190. [HR 240, Vote #29, 1/14/15; The Hill, 1/14/15]

**Perry Voted For Blocking Consideration Of Homeland Security Funding Bill Without Language Stopping Immigration Changes.** In January 2015, Perry voted for blocking consideration of a bill that "would prevent Republicans from endangering national security and fund the Department of Homeland Security for the rest of the year, bringing forward the bipartisan Homeland Security appropriations bill for a clean vote without Republicans' anti-immigrant amendments." The motion failed 242 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 27, Vote #20, 1/13/15; 114th Previous Questions]

## Jobs

**Perry Voted For Blocking Consideration Of A Bill To Close The Tax Loophole That Encourages Companies To Ship Jobs Overseas, And Give Them Tax Credits For Bringin Jobs Home.** In December 2016, Perry voted for the "Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 949) that would provide for House floor consideration of the House amendment to the Senate amendment to the bill (HR 2028) intended to serve as a legislative vehicle for a measure that would make $1.07 trillion in continuing appropriations to fund government operations through April 28, 2017; and that would provide for House floor consideration of the House amendment to the bill (S 612) intended to serve as a legislative vehicle for a measure that would authorize $10 billion for new water projects for construction by the Army Corps of Engineers." According to the Democratic Leader's office, "The Democratic Previous Question would force an immediate vote on HR 2963, the Bring Jobs Home Act, to close the tax loophole that rewards companies for moving jobs abroad, and encourage companies to move back home by providing tax credits equal to 20 percent of the cost associated with bringing jobs and business activities back to the United States." The motion passed 234 to 181. [H.Res. 949, Vote #617, 12/8/16; DemocraticLeader.gov, 12/8/16; CQ, 12/8/16]

**Perry Voted For Blocking Consideration Of A Bill To Close The Tax Loophole That Encourages Companies To Ship Jobs Overseas, And Give Them Tax Credits For Bringing Jobs Home.** In December 2016, Perry voted for the "Byrne, R-Ala., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 944) that would provide for House floor consideration of the bill (HR 5143) that would prohibit the United States from agreeing to any proposed international insurance standards until the government would publicly publish the proposal. It would grant suspension authority on the legislative day of Dec. 8, 2016, and it would provide for House proceedings from Dec. 9, 2016, through Jan. 3, 2017." According to the Democratic Leader's office, "The Democratic Previous Question would force an immediate vote on HR 2963, the Bring Jobs Home Act, to close the tax loophole that rewards companies for moving jobs abroad, and encourage companies to move back home by providing tax credits equal to 20 percent of the cost associated with bringing jobs and business activities back to the United States." The motion passed 231 to 178. [H.Res. 944, Vote #609, 12/7/16; DemocraticLeader.gov, 12/7/16; CQ, 12/7/16]

**Perry Voted Against Amendment That Would Strike Provision Turning Medicare Into Premium Support System, Would Include Paid Sick Leave Provision.** In April 2015, Perry voted against a motion to instruct that would ask the House agree with the Senate in favoring paid sick leave and preventing Medicare from becoming a voucher program. "In the House, Van Hollen, who's running for Senate in the Old Line State, said he wants the House to vote on at least two things: the right for workers to earn paid sick leave and another that would bar Medicare from being turned into a voucher program, a GOP aspiration." The motion failed 187 to 239. [H. Con Res. 11, Vote #153, 4/14/15; Motion to Instruct Conferees, 4/14/15; Politico, 4/14/15]

**Perry Voted For Blocking Consideration Of Career Education In Manufacturing.** In February 2015, Perry voted for to block consideration of a vote to provide career education in manufacturing to help students prepare for 21st century manufacturing jobs. The previous question carried, 242-176. A vote against the previous question was to force the vote on career education in manufacturing. [H Res 70, Vote #54, 2/3/15; Democratic Leader – Previous Questions, 2/3/15]



**Perry Voted Against Exempting Rules Resulting In Net Job Creation From Significant Delays.** In January 2015, Perry voted against an amendment exempting rules resulting in net job creation from the bill's burdensome requirements. The amendment failed 247 to 178. [HR 185, Amendment No. 2, Vote #24, 1/13/15; CQ Floor Votes, 1/13/15]

## Labor

**Perry Voted For Delaying Implementation Of The Obama Administration's Overtime Rule.** In September 2016, Perry voted for the Regulatory Relief For Small Businesses, Schools, And Nonprofits Act that "would delay, from Dec. 1, 2016, to June 1, 2017, implementation of a Labor Department overtime rules revision that `would raise the income threshold under which workers are automatically eligible for overtime from an annual salary of $23,660 to $47,476." The bill passed 246 to 177. [H.R. 6094, Vote #574, 9/28/16; CQ, 9/28/16]

**Perry Voted For Overturning President Obama's Veto Of A Joint Resolution Nullifying The Department Of Labor's Fiduciary Rule.** In June 2016, Perry voted for passage "over President Obama's June 8, 2016 veto, of the joint resolution that would disapprove and nullify the Labor Department's April 2016 rule regarding standards for individuals who provide retirement investment advice to act in the best interests of their clients. [H.J. Res. 88, Vote #338, 6/22/16; CQ Floor Votes, 6/22/16]

**Perry Voted For Prohibiting Use Of Funds On PLA Agreements.** In May 2016, Perry voted for an amendment that would "prohibit use of funds to implement an executive order related to project labor agreements and federal construction projects." The amendment failed, 209-216. [HR 4974, Vote #225, 5/19/16; CQ Floor Votes, 5/19/16]

**Perry Voted For Prohibiting Using Appropriated Funds To Allow Solicitation Of Labor Organization Membership in VA Facilities.** In May 2016, Perry voted for against an amendment that "would prohibit appropriated funds from being used to allow solicitation of labor organization membership in Veterans Affairs Department facilities." The amendment failed 200-225. [HR 4974, Vote #224, 5/19/16]

**Perry Voted For An Amendment To Prevent Funds From The FAST Act From Being Used To Enforce Prevailing Wage Requirements For Public Transportation Projects.** In November 2015, Perry voted for an amendment to prevent funds from the FAST Act from being used to enforce of prevailing wage requirements in each state for public transportation projects. The amendment would have required "that none of the funds made available by this Act may be used to implement, administer, or enforce the prevailing rate wage requirements of the Davis-Bacon Act." The amendment failed 188 to 238. [HR 22, Vote #602, 11/4/15; On Agreeing to the Amendment, 11/4/15]

> **Amendment Would Have Cut Off Federal Grant Funding To Implement, Administer Or Enforce Prevailing Wage Requirements.** "Republicans and Democrats also sparred over an amendment sponsored by several Republicans including Rep. Steve King of Iowa, that would have cut off federal grant funding to implement, administer or enforce the prevailing wage requirements of the Davis-Bacon Act. His amendment was rejected 188-238." [Congressional Quarterly News, 11/5/15]

**Perry Voted For Providing For A Second Vote To Allow Workers At Businesses With 15 Or More Employees To Ear Up To 7 Sick Days Each Year.** In November 2015, Perry voted for a motion to "give Republicans a second chance in two weeks to vote on the Healthy Families Act, which would allow workers in businesses with 15 or more employees  to earn up to seven job-protected sick days each year."  The previous question was agreed to, 241 to 183. A vote against the previous question would have allowed the amendment to be considered. [H Res 512, Vote #597, 11/4/15; Democratic Leader, 11/4/15]

**Perry Voted For Blocking Consideration Of Allowing Workers In Businesses With 15 Or More Employees To Accrue Up To Seven Sick Days A Year.** In October 2015, Perry voted for consideration of H. Res. 491, an ordering of the previous question on HR 1090 to call for an immediate vote on the Healthy Families Act. "The Democratic Previous Question on the Rule providing for the consideration of H.R. 1090, So-Called 'Retail Investor



Protection Act,' would call for an immediate vote on the Healthy Families Act, which would allow workers in businesses with 15 or more employees to earn up to seven job-protected sick days each year." The previous question carried 242 to 185. [H.Res.491, Vote #570, 10/27/15; Democratic Previous Question, HR 1090, 10/27/15]

> **Huffington Post: Healthy Families Act "Would Allow Workers At Larger Employers To Accrue Up To Seven Sick Days Per Years."** "To address the private sector, Obama will begin stumping for the Healthy Families Act, a Democratic proposal in Congress that would allow workers at larger employers to accrue up to seven sick days per year. Such laws tend to draw heavy opposition from employer lobbies, and the proposal is all but certain to fail while Republicans control both the House and Senate." [Huffington Post, 1/14/15]

**Perry Voted Against Prohibiting Funding To Contractors Who Violate The Fair Labor Standards Act.** In June 2015, Perry voted against a prohibition on the "use of funds for contractors that willfully and repeatedly violate the Fair Labor Standards Act. The prohibition would last for five years." The amendment failed, 187-242. [HR 1735, Vote #354; CQ Floor Votes, 6/11/15]

**Perry Voted Against Amendment To Prohibit Contracts Be Awarded To Employers That Have Previously Violated The Fair Labor Standards Act.** In June 2015, Perry voted against an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to enter into a contact with any individual who has willfully or repeatedly violated the Fair Labor Standards Act. The amendment was rejected by a vote of 182-243. [HR 2577, Vote #324, 6/9/15; Congressional Record, 6/9/15]

**Perry Voted For Prohibiting Enforcement Of Prevailing Wage Requirements On VA Construction Projects.** In April 2015, Perry voted for an amendment that would prohibit using funds for the enforcement of prevailing wage requirements laid out by the Davis-Bacon Act. The Davis-Bacon Act requires contracts working on federally funded construction projects to pay workers the prevailing wage in whichever jurisdiction a construction project is taking place. The amendment failed to pass 186 to 235. [HR 2029, Vote #191; On Agreeing to the Amendment, 4/30/15]

**Perry Voted For Preventing VA Employees From Performing Union Related Activities While On The Job.** In April 2015, Perry voted for an amendment that would prevent VA employees from performing union related activities while on the job. The amendment's sponsor, Rep. Jody Hice (GA-10) claimed that the practice known as official time wastes taxpayer dollars and said "The Department of Veterans Affairs is one of the agencies with the most egregious use of official time. This agency is singlehandedly responsible for almost one-third of all the reported official time usage in the entire Federal Government." The amendment failed to pass 190 to 232. [HR 2029, Vote #190; On Agreeing to the Amendment, 4/30/15; Congressional Record, 4/29/15]

**Perry Voted Against Amendment To Prohibit Use Of Federal Funds For Contracts With Employers Who Have Previously Violated The Fair Labor Standards Act.** In April 2015, Perry voted against an amendment that would have prohibited the use of federal funds for contracts with employers who have previously violated the Fair Labor Standards Act. The amendment failed to pass 186 to 237. [HR 2029, Vote #189; On Agreeing to the Amendment, 4/30/15]

**Perry Voted For Blocking Implementation Of Union Election Rules Set By NLRB.** In March 2015, Perry voted for blocking new election rules the National Labor Relations Board put in place for union elections. "The National Labor Relations Board's new rules governing representation elections went into effect April 14. The rules block certain litigation ahead of union certification elections, set new timelines for pre-election and postelection hearings, allow parties to file documents electronically and require employers to disclose employees' phone numbers and email addresses to union organizers. The NLRB and unions say the new rules modernize regulations and delay frivolous lawsuits." The resolution passed 232 to 186. [S J Res 8, Vote #128, 3/19/15; CQ News, 4/30/15]

> **Obama Said He Would Veto Measure.** The measure "is highly unlikely to become law, as the White House has vowed to veto the measure." [International Business Times, 3/19/15]



## LGBT

**Perry Voted Against Fiscal Year 2017 Energy-Water Appropriations Bill Appropriating $37.4 Billion Towards Army Corps Of Engineers, Department Of Energy And Nuclear Weapons Programs.** In May 2016, Perry voted against Passage of the bill that would provide $37.4 billion in fiscal 2017 to fund the Energy Department, the Army Corps of Engineers and the Interior Department's Bureau of Reclamation. It would provide $30.1 billion for the Energy Department, of which $12.9 billion would be designated for the National Nuclear Security Administration. It also would provide $6.1 billion for the Army Corps of Engineers and $1.1 billion for the Bureau of Reclamation. As amended, the measure would prohibit use of funds to buy heavy water from Iran or in contravention of an executive order that prohibits federal contractors from discriminating based on sexual orientation or gender identity, except as required under the First Amendment, the Fourteenth Amendment and Article I of the Constitution. The bill was rejected by a vote of 112-305. [HR 5055, Vote #266, 5/26/16; CQ Floor Votes, 5/26/16]

> **Headline: "Key House Spending Bill Fails Over LGBT Controversy."** "The House on Thursday failed to pass its annual spending bill funding water and energy programs after a contentious debate over rights for LGBT federal workers. Republicans came under pressure after a bipartisan amendment was attached to the bill that protected federal workers from being fired on the basis of sexual discrimination or gender identity." [CNN, 5/26/16]

**Perry Voted For Amendment To Give Religious Institutions An Exemption From Protecting LGBT Workers From Discrimination.** In May 2016, Perry voted for an amendment that would prohibit use of funds made available by the bill in contravention of a law that prohibits the government from substantially burdening the free exercise of religion, an executive order related to faith based organizations, or certain provisions of the Civil Rights Act or the American Disabilities Act related to religious groups. The amendment was adopted in Committee of the Whole by a vote of 233-186. [HR 5055, Vote #259, 5/25/16; CQ Floor Votes, 5/25/16]

**Perry Voted Against Amendment Prohibiting Federal Contractors From Discriminating On The Basis Of Sexual Orientation Or Gender Identity.** In May 2016, Perry voted against an amendment that would "bar federal contractors from government work if they discriminate against the lesbian, gay, bisexual and transgender (LGBT) community." The amendment was adopted in Committee of the Whole, 223-195.  [HR 5055, Vote #258, 5/25/16; Reuters, 5/26/16]

> **Headline: Politico: "Ban On LGBT Discrimination Finally Clears House." "**The House late Wednesday night passed a spending bill amendment that would ban federal contractors who discriminate against lesbian, gay, bisexual, or transgender people, putting into law a 2014 executive order. Rep. Sean Patrick Maloney (D-N.Y.) had attempted to attach a similar amendment to a Veterans Affairs appropriations bill last week, but House Republican leaders held the vote open and persuaded enough members to change their votes to defeat the measure. But on Wednesday, Maloney's measure passed in a 223-195 vote as an amendment to an energy and water spending bill. [Politico, 5/26/16]

**Perry Voted For Amendment to Protect North Carolina From Losing Federal Funding After It Passed Anti-Transgender Bathroom Law.** In May 2016, Perry voted for an amendment "which prohibits the Obama administration from blocking North Carolina from receiving federal funds in retaliation to its transgender bathroom law. " The amendment was adopted in Committee of the Whole by a vote of 227-192. [HR 5055, Vote #255, 5/25/16; Roll Call, 5/26/16]

**Perry Voted Against Prohibiting Federal Contractors From Discriminating Based On Sexual Orientation.** In May 2016, Perry voted against an amendment "that would bar use of appropriated funds in contravention of an executive order that prohibits federal contractors from discriminating based on sexual orientation or gender identity." The amendment failed, 212-213. [HR 4974, Vote #226, 5/19/16]



**House Republicans Voted Down Maloney Amendment By One Vote Margin After Several Republicans Switched Votes At Last Minute. "**It was an unruly scene on the floor with Democrats chanting, 'Shame!' after GOP leaders barely muscled up the votes to reject, 212-213, an amendment by Rep. Sean Patrick Maloney (D-N.Y.) that would have effectively barred federal contractors from getting government work if they discriminate against the LGBT community. At one point, a monitor in the House gallery showed there were 217 votes supporting the legislation, eliciting cheers of joy from Democrats who thought the measure might actually pass. But over the course of about 10 minutes, those votes suddenly dropped one by one to 212 — and the amendment failed." [Politico, 5/19/16]

**Perry Voted Against A Motion Striking Language Barring Religious Organizations Contracting With Federal Government From Discriminating Against LGBT Individuals.** In May 2016, Perry voted against a motion that would "strike section 1094 of the bill, which would allow religious organizations contracting with the federal government to discriminate against LGBT individuals whom they may employ, in blatant violation of President Obama's Executive Order prohibiting federal contractors discriminating against LGBT people in employment." The motion failed, 181-243. [HR 4909, Vote #215, 5/18/16; Democratic Leader MTRs]

**Perry Voted Against Protecting LGBT Schoolchildren Against Discrimination In D.C. Voucher Program.** In April 2016, Perry voted against a motion that would amend the SOAR Act to require D.C.'s voucher program to prohibit schools from discriminating against LGBT students. The motion "would codify exclusion from the bill's private school voucher program any eligible entity or school that discriminates against program participants or applicants on the basis of "actual or perceived sexual orientation or gender identity." The motion failed, 167 to 228. [H Res 4901, Vote #178; CQ BillTrack, 4/29/16]

**Perry Voted Against Preventing Discrimination Based On Sexual Orientation Or Gender Identity.** In January 2016, Perry voted against a motion that would "exempt from the bill's provisions any rule that prohibits discrimination by federal contractors or subcontractors on the basis of sex, sexual orientation, or gender identity." The motion to recommit failed, 178-239. [HR 1155, Vote #19, 1/7/16; CQ Floor Votes, 1/7/16]

## National Security & Terrorism

**Perry Voted For Prohibiting The Export-Import Bank From Financing Entities Designated As State Sponsors Of Terrorism.** In November 2015, Perry voted for an amendment, "that would prohibit the Export-Import Bank from providing financing to an entity designated a state-sponsor of terrorism by the secretary of State." The amendment failed 183-244. [HR 22, Vote #614, 11/4/15; CQ, accessed 1/7/16]

**Perry Voted For FY2017 Funding For Intelligence Agencies Which Included $560 Million In Funding And Require A Declassification Review Of Intelligence Reports Related To Released Guantanamo Bay Detainees.** In November 2016, Perry voted for the "Nunes, R-Calif., motion to suspend the rules and pass the bill that would authorize classified amounts of funding for fiscal 2017 for 16 U.S. intelligence agencies and intelligence-related activities of the U.S. government, including the Office of the National Intelligence Director, the CIA and the National Security Agency, as well as foreign intelligence activities of the Defense Department, FBI, State Department, Homeland Security Department and other agencies. The measure would authorize $560 million for the Intelligence Community Management Account in fiscal 2017 and would also require the Director of National Intelligence to conduct a prompt declassification review of certain intelligence reports related to released or transferred Guantanamo Bay detainees and make such reports available to the public once declassified." The motion passed 390 to 30. [H.R. 6393, Vote #593, 11/30/16; CQ, 11/30/16]

**Perry Voted For Shifting Funding For The National Human Trafficking Resource Center Hotline From HHS To The Department Of Justice.** In November 2016, Perry voted for the "Goodlatte, R-Va., motion to suspend the rules and pass the bill that would require that grant funding for the National Human Trafficking Resource Center's hotline be provided by the Health and Human Services Department instead of the Justice Department." The motion passed 399 to 0. [H.R. 5422, Vote #588, 11/29/16; CQ, 11/29/16]



**Perry Voted For Overriding President Obama's Veto And Narrowing The Immunity Of Foreign States From U.S. Lawsuits By Victims Of Terrorist Attacks.** In September 2016, Perry voted for "Passage, over President Obama's Sept. 23, 2016, veto, of the bill that would narrow the immunity of foreign states and their employees from U.S. lawsuits by victims of terrorist acts. U.S. courts could hear cases involving claims against a foreign state for death, damage or physical injury that occur inside the United States due to terrorism and acts of a foreign state or its employees. Jurisdiction would not apply to acts of "mere negligence." The bill also would allow federal courts to impose liability on individuals who help commit acts of international terrorism against U.S. nationals. The bill would apply to civil actions that arise from injuries on September 11, 2001, or later." The bill passed (thus enacted into law), 348 to 77. [S 2040, Vote #564, 9/28/16; CQ, 9/28/16]

> **S 2040 Allowed Survivors And Victims Of The September 11 Terrorist Attacks To Sue Saudi Arabia.** "The president had vetoed the legislation Friday because he said the bill — known as the Justice Against Sponsors of Terrorism Act, or JASTA — would infringe on the president's ability to conduct foreign policy. It was the 12th veto of his presidency. But after an intense push by 9/11 survivors and families of victims who want to sue Saudi Arabia based on claims the country played a role in the 2001 terror attacks, even Obama's Democratic allies on Capitol Hill voted to override his veto." [USA Today, 9/28/16]

**Perry Voted Against An Amendment That Would Require The President To Notify Congress Before Making A Payment To Any Government That Qualifies As A State Sponsor Of Terrorism.** In September 2016, Perry voted against a "Engel, D-N.Y., substitute amendment that would require the president to notify Congress at least 5 days prior to making a payment to North Korea or any government that would qualify as a state sponsor of terrorism. The amendment would require the president to publish a list of such payments that were made during the 180-day period prior to the bill's enactment and would require the president to report to Congress on all claims pending before the Iran-United States Claims Tribunal." The amendment failed 176 to 238. [HR 5931, Vote #553, 9/22/16; CQ, 9/22/16]

**Perry Voted For The Establishment Of A Grant Program To Train Emergency Responders To Prevent, Prepare And Respond To Terrorist Scenarios In Metropolitan Areas.** In September 2016, Perry voted for a "McCaul, R-Texas, motion to suspend the rules and pass the bill that would establish a grant program within the Homeland Security Department for the purpose of training emergency response providers to prevent, prepare for and respond to likely terrorist scenarios in major metropolitan areas. The bill would authorize $39 million annually through 2022 for such grants, for which law enforcement, firefighters, or emergency medical service providers in Urban Area Security Initiative jurisdictions would be eligible recipients." The motion was agreed to 395 to 30. [HR 5859, Vote #537, 9/21/16; CQ, 9/21/16]

**Perry Voted Against Against A Motion That Would Add An Exception For The Rules To Decrease The Vulnerability Of The Public To A Terrorist Attack.** In September 2016, Perry voted against a "Thompson, D-Miss., motion to recommit the bill to the House Judiciary Committee with instructions to report it back immediately with an amendment that would exempt rules related to protecting against national security threats from the bill's requirement that federal rules that would have an economic impact of $1 billion or more per year have implementation postponed until all related legal challenges would be completed." According to the Democratic Leader's office, "Democrats' Motion to Recommit would stop Republicans' latest special interest bill from endangering the lives of Americans by exempting from the provisions of the legislation any rules that pertain to protecting the nation against security threats." The motion failed 182 to 240. [HR 3438, Vote #534, 9/21/16; CQ, 9/21/16, Democratic Leader, 9/21/16, Congress.Gov, 9/21/16]

**Perry Voted For Passage Of A Bill Prohibiting Transfer Of Guantanamo Detainees.** In September 2016, Perry voted for "passage of the bill that would prohibit the transfer or release of any Guantanamo detainee to or within the United States, its territories, or to any foreign country through Jan. 21, 2017. The prohibition would end prior to that date if an act authorizing appropriations for military activities of the Department of Defense for fiscal 2017 is enacted into law." The bill was passed, 244 to 174. [HR 5351, Vote #520, 9/15/16; CQ Floor Vote, 9/15/16]



**Perry Voted For Prohibiting Transfer Of Guantanamo Bay Detainees.** In September 2016, Perry voted for motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 863) that would provide for House floor consideration of the bill (HR 5351) that would prohibit the transfer or release of any Guantanamo detainee to or within the United States, its territories, or to any foreign country, and would provide for House floor consideration of the bill (HR 5226) that would require federal agencies to maintain detailed online databases of regulatory actions taken and pending before the agency." The motion was agreed to 232 to 172. [H RES 863, Vote #505, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against Expanding The Range Of Suspected Illegal Activities Covered By The Patriot Act.** In July 2016, Perry voted against "Fitzpatrick, R-Pa., motion to suspend the rules and pass the bill that would expand the existing 'safe harbor' for disclosing customer information between financial institutions registered with the Treasury Department's Financial Crimes Enforcement Network. The measure would expand the range of suspected illegal activities covered by the Patriot Act and would require a study to determine the appropriate level of information sharing with foreign subsidiaries or headquarters of U.S. banking operations." The motion was rejected 229-177.  [HR 5606, Vote #403, 7/11/16; CQ Floor Votes, 7/11/16]

**Perry Voted For The Motion To Suspend The Rules To Pass A Bill Requiring Homeland Security To Create A Strategic Plan To Work With Technology Developers To Address Homeland Security Needs.** In June 2016, Perry voted for a motion to "suspend the rules and pass the bill that would require the Homeland Security Department to create a strategic plan to work with technology developers and firms to address homeland security needs. It also would allow the department to have offices in areas with high concentrations of "innovative and emerging" technology firms." The motion passed 347-8. [HR 5389, Vote #336, 6/21/16; CQ Floor Votes, 6/21/16]

**Perry Voted For Suspending The Rules To Pass A Bill Requiring Homeland Security To Research And Develop Cybersecurity Technologies.** In June 2016, Perry voted for a motion to "suspend the rules and pass the bill that would require the Homeland Security Department to support research and development on cybersecurity technologies. The research would need to advance development of more secure information systems, create technologies for detecting cyberattacks and establish recovery methods." The motion passed 351-4. [HR 5388, Vote #335, 6/21/16; CQ Floor Votes, 6/21/16]

**Perry Voted For Passing The Department Of Homeland Security Authorization And Training State And Local Law Enforcement To Counter Extremism And Terrorism.** In June 2016, Perry voted for a "motion to suspend the rules and pass the bill that would authorize the Homeland Security Department to train state and local law enforcement at fusion centers as part of the department's efforts to counter violent extremism and terrorism. It also would codify and expand the Counterterrorism Advisory Board and require the department to incorporate testimonials of former extremists and their friends and families as part of the department's efforts to combat terrorist recruitment in the United States." The motion passed 402-15. [HR 5471, Vote #333, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For The Fiscal 2017 Defense Appropriations Bill.** In June 2016, Perry voted for passage for the 2017 Defense Appropriations bill, which "would provide $575.8 billion in discretionary funding for the Defense Department in fiscal 2017. The total would include $517.1 billion in base Defense Department funding subject to spending caps. It also would include $58.6 billion in overseas contingency operations funding, of which $15.7 billion would be used for non-war base budget purposes. The bill would provide approximately $209.2 billion for operations and maintenance, approximately $120.8 billion for procurement, approximately $70.8 billion for research and development and $132.6 billion for military personnel, including a 2.1 percent pay raise. It also would provide roughly $34.3 billion for defense health programs. As amended, the measure would prohibit use of funds to survey or assess potential locations in the United States to house Guantanamo Bay detainees. Also as amended, it would prohibit use of funds to modify military installations in the United States to provide temporary housing for unaccompanied immigrant children." The bill passed 282-138. [HR 5293, Vote #332, 6/16/16; CQ Floor Votes, 6/16/16]

 **DCCC**

**Perry Voted Against Reducing Total Defense Appropriations By One Percent, Except For Funding For Personnel, Defense Health Program, And Overseas Contingency Operations.** In June 2016, Perry voted against an "amendment that would reduce the total amount of appropriations that would be made available by the bill by one percent, except for funding for military personnel, the Defense Health Program account and overseas contingency operations." The amendment failed 69-351. [HR 5293, Vote #331, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds To Pay Salaries Or Expenses For The Special Envoy Or Principal Director At Guantanamo.** In June 2016, Perry voted for an amendment "that would prohibit use of funds to pay salaries or expenses for the offices of the special envoy for Guantanamo detention closure or the principal director for detainee policy." The amendment passed 226-194. [HR 5293, Vote #324, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting War Funds From Being Used For Anything Other Than Contingency Operations.** In June 2016, Perry voted for amendment "that would prohibit war funds from being used for anything other than contingency operations as defined in law." The amendment failed 112-306. [HR 5293, Vote #323, 6/16/16; CQ Floor Votes, 6/16/16]

**Perry Voted For Prohibiting The Use Of Funds To Conduct Warrantless Surveillance Of Americans' Digital Communications When Data Crosses The Border.** In June 2016, Perry voted for an amendment that "would prohibit use of funds to conduct warrantless surveillance of Americans' digital communications when the data crosses the U.S. border. It also would prohibit use of funds by the CIA and the National Security Agency to request companies to alter their products to allow electronic surveillance." The amendment failed 198-222. [HR 5293, Vote #321, 6/16/16; CQ Floor Votes, 6/16/16]

> **Privacy Advocates "Lost A Battle" To Ban Warrantless Surveillance Of Americans' Electronic Communications And From Forcing Tech Companies To Build "Backdoors" Into Encrypted Devices.** "Privacy rights advocates in the House lost a battle Thursday to ban warrantless surveillance of Americans' electronic communications and prevent the government from forcing tech companies to build 'backdoors' into encrypted smartphones and other devices. The House voted to defeat legislation by Reps. Thomas Massie, R-Ky., and Zoe Lofgren, D-Calif., after opponents argued that it would make it tougher for the FBI to stop terrorists such as the gunman who committed the mass shootings in Orlando on Sunday." [USA Today, 6/6/16]

**Perry Voted Against An Amendment To Allow Prisoners To Be Transferred Out Of Guantanamo Bay.** In May 2016, Perry voted against an amendment to remove provisions from the National Defense Authorization Act that prohibits "transferring prisoners held at the military prison at Guantanamo Bay, Cuba, to the U.S. and building a facility in the U.S. to hold them." The amendment failed, 163 to 259. [HR 4909, Vote #204, 5/18/16; Politico, 5/17/16]

**Perry Voted For To Block A Vote On The Secure Refugee Process Act.** In November 2015, Perry voted for to block a vote "on the House Democrats' tough alternative refugee legislation, the Secure Refugee Process Act." The Secure Refugee Process Act would have required the Secretary of Homeland Security and five federal agencies to verify the identity of all refugee applicants and would have required the Secretary of Homeland Security to certify that all relevant Federal immigration laws had been complied with. The Previous Question passed in the House, 243 - 182. [H Res 531, Vote #638, 11/19/15; Previous Question, 11/19/15; Democratic Homeland Security Committee Staff, 2/2/16]

**Perry Voted For Increasing Visa Requirements On Individuals From Syria, Iran, Sudan, And Iraq.** In December 2015, Perry voted for to "suspend the rules and pass the bill that would prohibit individuals who have been to specified nations, including Syria, Iran, Sudan, and Iraq, from entering the United States unless they were interviewed by U.S. officials and obtained a regular visa, even if the individuals arrived from countries that participate in the Visa Waiver Program. The bill would also update requirements for countries to participate in the Visa Waiver Program; would require fraud-resistant electronic passports, biographic and biometric information; and would require participation in the program's electronic collection of information on all additional countries



where an applicant has or had citizenship." The bill passed 407-19. [HR 22, Vote #679, 12/8/15; CQ Floor Votes, 12/8/15]

**The New Restrictions Would Deny Individuals Who Qualify For Visa-Free Entry If They Have Visited Iraq, Syria, And Other Terror Hotspot Countries.** "Under the legislation, citizens from countries that qualify for the program would be denied visa-free entry to the U.S. if they have visited Iraq, Syria or other countries deemed to be terror hotspots in the last five years, or if they are citizens of those countries. Those individuals would instead have to pass through a more stringent security process." [The Hill, 12/8/15]

**Perry Voted Against The FY16 Intelligence Authorization Act.** In December 2015, Perry voted against a motion to suspend the rules and pass the Intelligence Authorization Act for Fiscal Year 2016 to "authorize appropriations for fiscal year 2016 for intelligence and intelligence-related activities, including the Office of the Director of National Intelligence (DNI), the Central Intelligence Agency (CIA), the National Security Agency (NSA), the Federal Bureau of Investigation (FBI), the Department of Defense, the Department of State, and the Department of Homeland Security. The bill would provide authorizations for fighting terrorism, activities in Iraq and Afghanistan, countering the proliferation of weapons of mass destruction, investments in information technology enterprises, surveillance and reconnaissance, and cyber defense. The classified annex, which specifies the funding levels and personnel ceilings for each intelligence program, is only available to members." The motion was agreed to by a vote of 364-58. [H R 4127, Vote #649, 12/1/15; CQ Floor Votes, 12/1/15]

**Perry Voted For To Place Onerous Restrictions On Syrian Refugee Resettlement Program.** In November 2015, Perry voted for the American SAFE Act, "legislation that would in effect halt the resettlement of refugees from Syria and Iraq [to the United States] … The House bill would require leaders of the nation's security apparatus — the director of national intelligence and the heads of the Department of Homeland Security and the FBI — to certify that refugees who are admitted pose no security threat. The White House, which has proposed admitting at least 10,000 refugees to the U.S. this fiscal year from war-torn Syria, said the House bill creates 'unnecessary and impractical requirements,' noting the current screening process is rigorous and takes up to 24 months. Critics say the legislation would essentially shut down the program." The bill passed by a vote of 289-137. [H R 4038, Vote #643, 11/19/15; Los Angeles Times, 11/19/15]

**Perry Voted Against Removing Requirement For FBI Director – In Addition To DHS Secretary – To Certify Each Syrian Refugee Is Not A Security Risk From Harsh Refugee Overhaul Bill.** In November 2015, Perry voted against a motion to recommit the American SAFE Act to the Committee on the Judiciary with instructions to report back to the House with an amendment that would "require the secretary of Homeland Security to verify the identities and biographic information of Iraqi and Syrian refugees and certify that the individual is not a threat to the security of the United States, but would not require that the director of the Federal Bureau of Investigation and the director of National Intelligence conduct background checks or concur in this certification." The motion was rejected by a vote of 180-244. [H R 4038, Vote #642, 11/19/15; CQ Floor Votes, 11/19/15]

**Perry Voted Against Fiscal Year 2016 Intelligence Authorization Act.** In June 2015, Perry voted against the Intelligence Authorization Act. Rep. Adam Schiff, ranking member on the Select Committee on Intelligence said in a release, "several issues remain unresolved, causing me to vote against the bill.  It was my hope that we would have been able to strip restrictions on closing the Guantanamo Bay prison and preclude the use of OCO funds to augment the artificial budget caps set for national security, but unfortunately, we were not able to do so.  I will continue to work hard to fix these issues as this bill progresses — the American people deserve nothing less." The bill passed 247 to 178. [HR 2596, Vote #369, 6/16/15; Permanent Select Committee on Intelligence – Democratic Office, 6/16/15]

**Perry Voted Against Motion To Require Communication Across The National Intelligence Community To Increase Airport And Cyber Security.** In June 2015, Perry voted against a motion that would add language to the Intelligence Authorization Act to "deter terrorist attacks, and strengthen America's cybersecurity by requiring intelligence agencies to share with the Transportation Safety Administration the latest info on terrorist attempts to thwart airport security and who's on the terrorist watch list; and foil and counter state-sponsored cyberattacks by



China, Russia, and others that resulted in OPM hacks, and theft of personal health information of 80 million Americans from Anthem Health and Blue Cross Blue Shield." The motion failed 183 to 240. [HR 2596, Vote #368, 6/16/15; Democratic Leader, 6/16/15]

**Perry Voted Against Amendment To Remove Additional Restrictions On The Closure Of Guantanamo Bay.** In June 2015, Perry voted against an amendment that would strike four sections of the Intelligence Authorization Act which add new restrictions to prevent the Obama Administration from closing the Guantanamo Bay Detention Camp. The amendment failed 176 to 246. [HR 2596, Vote #367, 6/16/15; CQ Floor Votes, 6/16/15]

**Perry Voted For Ending Backdoor Surveillance Of Americans.** In June 2016, Perry voted for restricting the use of "funds to query a collection of foreign intelligence information acquired under Section 702 of the Foreign Intelligence Surveillance Act of 1978 using a United States person identifier. The amendment also would bar use of funds by the National Security Agency or the Central Intelligence Agency to mandate that a company alter products or services to permit electronic surveillance of users, except for mandates or requests authorized under the Communications Assistance for Law Enforcement Act." The amendment passed, 255-174. [HR 2685, Vote #356; CQ Floor Votes, 6/11/15]

> **Amendment Would End Spying On American Citizens Whose Data Was Incidentally Collected During Foreign Surveillance.** "The House passed legislation Thursday that would prevent the NSA from spying on American citizens whose data was incidentally collected during foreign dragnets, marking the second year in a row that the lower chamber has put the kibosh on backdoor domestic spying. Sponsored by Reps. Thomas Massie, R-Ky., and Zoe Lofgren, D-Calif., the amendment to the Department of Defense spending bill was approved in a 255-174 vote across party lines." [Intercept, 6/12/15]

**Perry Voted For Prohibiting Funding For Defense Counsel For Foreign Detainees At Guantanamo Bay.** In June 2015, Perry voted for an amendment to "prohibit use of funds to provide for defense counsel for any foreign detainee at the Guantanamo Bay, Cuba, detention facility." The amendment failed, 133-297. [HR 2685, Vote #355; CQ Floor Votes, 6/11/15]

**Perry Voted Against Striking Prohibition On Funds Being Used To Transfer Detainee From Guantanamo Bay To Home Country Or Any Other Foreign Country.** In June 2015, Perry voted againstan amendment "that would strike section 8102 of the bill, which bars funds from being used to transfer any individual detained at U.S. Naval Station, Guantanamo Bay, Cuba to the custody or control of the individual's home country or any other foreign country except in accordance with the fiscal 2014 defense authorization act." The amendment was rejected, 181-251. [CQ Floor Votes, 6/10/15; HR 2685, Vote #338, 6/10/15]

**Perry Voted Against Striking Prohibition On Funds To Construct Any Facility In U.S. To House Guantanamo Detainees.** In June 2015, Perry voted againstan amendment "that would strike section 8101 of the bill, which bars funds from being used to construct, acquire or modify any facility in the United States, or its territories, to house Guantanamo Bay detainees for purposes of imprisonment." The amendment was rejected, 173-259. [CQ Floor Votes, 6/10/15; HR 2685, Vote #337, 6/10/15]

**Perry Voted Against Striking Prohibition On Funds Being Used To Transfer Guantanamo Bay Detainees To the U.S.** In June 2015, Perry voted againstan amendment "that would strike section 8100 of the bill, which bars funds from being used to transfer or release within the United States, or its territories, Khalid Sheikh Mohammed or any other detainee held at U.S. Naval Station, Guantanamo Bay, Cuba." The amendment was rejected, 174-257. [HR 2685, Vote #336, 6/10/15; CQ Floor Votes, 6/10/15]

**Perry Voted Against Amendment For Banning The Transfer Or Release Of Prisoners From Guantanamo Bay.** In June 2015, Perry voted against an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that would "strike section 527 from the bill which prohibits use of funds to transfer, release, or assist in the transfer or release to or within the U.S., its territories, or possessions Khalid Sheikh Mohammed or any other detainee who is not a U.S. citizen or a member of the Armed Forces of the U.S. and is or was held on or after


June 24, 2009, at the U.S. Naval Station, Guantanamo Bay, Cuba, by the Department of Defense." The amendment failed 170-256. [HR 2578, Vote #276, 6/3/15]

**Perry Voted Against Amendment To Include Border Security Activities In Preferred Applications For Defense Department Property Transfers.** In May 2015, Perry voted against an amendment that would "amend current law to include border security activities to the list of preferred applications the Defense Department considers when transferring excess property to other federal agencies." The amendment was adopted, 253 to 166. [H.R. 1735, Vote #232, 5/14/15; CQ Floor Votes, 5/14/15]

**Perry Voted Against Closing Guantanamo Bay Detention Camp By 2017.** In May 2015, Perry voted against "a framework for closing the detention facility at Guantanamo Bay, Cuba, by Dec. 31, 2017. The amendment would remove restrictions in the bill against transferring Guantanamo Bay, Cuba detainees to the U.S., constructing or modifying any facility in the U.S. to house a Guantanamo Bay detainee, and transferring detainees to a combat zone." The amendment failed, 174-249. [HR 1735, Vote #231; CQ Floor Votes 5/14/15]

> **Measure Would Have Maintained Current Ban Against Transferring Detainees To The US And Prohibiting Facilities To House Detainees On US Soil.** "The legislation maintains the current ban against transferring Guantánamo Bay detainees to the U.S. It also prohibits building facilities to house detainees on U.S. soil." [The Hill, 5/14/15]

**Perry Voted For Increasing Restrictions On Transferring Guantanamo Detainees To The U.S. & Forbid Building New Facilities On Us Soil.** In May 2015, Perry voted for "lengthen[ing] to two years the bill's restrictions on the transfer of detainees from Guantanamo Bay, Cuba to the U.S. and on construction or modification of facilities in the U.S. to house Guantanamo detainees. It also would prohibit transfers of detainees to Yemen and bar the Defense secretary from using a national security waiver to transfer prisoners to combat zones." The amendment passed, 243-180. [HR 1725, Vote #230; CQ Floor Votes 5/14/15]

**Perry Voted Against NSA Surveillance Reform.** In May 2015, Perry voted against the USA FREEDOM Act "which would prevent the NSA from collecting bulk metadata about the phone numbers people dial and when their calls are placed … The bill would require the NSA to obtain a court order to look at data, which would be held by phone companies. It would also be required to ask for a 'specific selection term,' so that records could not be collected in bulk. It would place limits on other types of data collection as well, add new transparency measures to make more information public and create a special team of experts to weigh in on some unique cases before the secretive federal court that oversees intelligence programs." The bill passed 338 to 88. [HR 2048, Vote #224, 5/13/15; The Hill, 5/13/15]

**Perry Voted Against An Amendment To Prevent Funds From Being Used To Build, Renovate, Or Expand Detainee Housing Facilities In Guantanamo Bay.** In April 2015, Perry voted against an amendment that would prevent from being used to build, renovate, or expand housing facilities for detainees in Guantanamo Bay. The amendment failed to pass 167 to 254. [HR 2029, Vote #187; On Agreeing to the Amendment, 4/30/15; Section 512 of HR 2029; CQ, Bill Track]

**Perry Voted For Encouraging Private Sector To Share Cyber Threat Data With Department of Homeland Security.** In April 2015, Perry voted for the passage of the bill, as amended, that would promote the voluntary sharing of information about cyber threats among private companies and between the private sector and federal government. The bill would provide liability protections to companies that share cyber threat information. It would also establish the Homeland Security Department's National Cybersecurity and Communication Integration Center as the lead federal agency in receiving and exchanging cyber threat information with other federal agencies and private companies. The provisions of the bill would sunset after seven years. The bill passed by a vote of 355-63. [HR 1731, Vote #173, 4/23/15; CQ Floor Votes, 4/23/15]

**Perry Voted Against Prioritizing Protecting Infrastructure, Jobs And Health Information In Cyber Threat Intelligence Sharing Programs.** In April 2015, Perry voted against the Israel, D-N.Y., motion to recommit the bill



to the House Homeland Security Committee with instructions to report back with an amendment that would clarify the protection of infrastructure, jobs and health information from cyberattacks. The amendment would direct the secretary of Homeland Security conduct ongoing risk-informed outreach to the owners and operators of at-risk critical infrastructure. The motion was rejected by a vote of 180-238. [HR 1731, Vote #172, 4/23/15; CQ Floor Votes, 4/23/15]

**Perry Voted For Requiring Homeland Security Department Issue Report On Civil Liberties' Impact Of Programs Created Under Cyber Threat Intelligence Sharing Bill.** In April 2015, Perry voted for the Jackson Lee, D-Texas, amendment that would require the Homeland Security Department to issue a report to Congress on the best means for aligning federally funded cybersecurity research and development with private sector efforts to protect privacy and civil liberties while also protecting the nation's critical infrastructure. The amendment was adopted by a vote of 405-8. [HR 1731, Vote #171, 4/23/15; CQ Floor Votes, 4/23/15]

**Perry Voted Against Encouraging Private Sector To Share Cyber Threat Data With Federal Intelligence Agencies.** In April 2015, Perry voted against the passage of the bill to promote the voluntary sharing of cyber threat information among private companies and between the private sector and federal government. The bill would provide liability protections to companies that share cyber threat information and would require that all personally identifiable information be removed from information that is shared. It would also establish a Cyber Threat Intelligence Integration Center within the director of National Intelligence's Office. As amended, the provisions of the bill would sunset after seven years. The bill was passed by a vote of 307-116. [HR 1560, Vote #170, 4/22/15; CQ Floor Votes, 4/22/15]

**Perry Voted Against Prioritizing Terrorist & Foreign Threats To Military Assets In Cyber Threat Intelligence Sharing Programs.** In April 2015, Perry voted against the Rice, D-N.Y., motion to recommit the bill to the House Select Intelligence Committee with instructions to report back with an amendment that would add language to clarify that appropriate agencies prioritize the sharing of cyber threat indicators regarding known terrorist organizations and attempts to steal U.S. military technology by state-sponsored computer hackers. The motion was rejected by a vote of 183-239. [HR 1560, Vote #169, 4/22/15; CQ Floor Votes, 4/22/15]

**Perry Voted For Sunset Protecting Cyber Networks Act After Seven Years.** In April 2015, Perry voted for the Mulvaney, R-S.C., amendment that would sunset the provisions of the bill after seven years. The amendment was adopted by a vote of 313-110. [HR 1560, Vote #168, 4/22/15; CQ Floor Votes, 4/22/15]

**Perry Voted For Allowing DHS To Share Cyberthreat Information With Private Entities.** In April 2015, Perry voted for a rule to allow consideration of a bill "that would promote voluntary sharing of information about cyberthreats among private companies and between the private sector and federal government and the bill (HR 1731) that would allow the Homeland Security Department to share the cyberthreat information it gathers with private sector entities." The resolution passed, 238-182. [HRes 212, Vote #164, 4/22/15; CQ News, 4/22/15]

**Perry Voted For Blocking Consideration Of Bill Protecting Veterans' Personal Information From Cyber Attacks.** In April 2015, Perry voted for blocking consideration of a bill to protect veterans' personal information from cyber-attacks. The bill "would promote voluntary sharing of information about cyberthreats among private companies and between the private sector and federal government and the bill (HR 1731) that would allow the Homeland Security Department to share the cyberthreat information it gathers with private sector entities." The previous question passed, 237-179. A vote against the previous question would have allowed the bill to be considered. [HRes212, Vote #163, 4/22/15; CQ News, 4/22/15]

**Perry Voted Against Bill To Fund Department Of Homeland Security.** On March 3, 2015, Perry voted against a bill to fund the Department of Homeland Security. "The House of Representatives passed a bill on Tuesday funding the Department of Homeland Security through the end of September, effectively ending a congressional standoff that nearly shut the department down at the end of last week. The bill, identical to a measure that cleared the Senate last Friday, passed by a margin of 257 to 167, with 75 Republicans and 182 Democrats voting in favor." [HR 240, Vote #109, 3/3/15; CBS, 3/3/15]



**Perry Voted Against Extending Funding For Department Of Homeland Security By One Week.** In February 2015, Perry voted against a motion to suspend the rules and concur with a Senate amendment to extend FY2015 funding levels for the Department of Homeland Security by one week. "Congress managed at the last minute on Friday night to avert a partial shuttering of the Department of Homeland Security, passing a one-week funding measure for the agency. President Obama signed it shortly before the midnight deadline … After the House bill went down, the Senate sought to pull DHS back from the brink by swiftly passing the one-week bill by a voice vote. The House followed suit shortly thereafter, voting 357 to 60 in favor of it." [HR 33, Vote #106, 2/27/15; Washington Post, 2/28/15]

**Perry Voted Against Clean, Full-Year DHS Funding Bill.** In February 2015, Perry voted against a motion to instruct members of a conference committee to accept a clean, long-term Department of Homeland Security appropriations bill approved by the Senate. According to the motion's sponsor, Rep. Roybal-Allard, "my motion would instruct the conferees to recede to the Senate position, which is the responsible position of providing a full-year funding for the Homeland Security Department ... Let the House, like the Senate, do the right thing and send this bill to the President. I urge my colleagues to vote for this motion to instruct conferees to bring back a clean, full-year, bipartisan funding bill for this Nation's homeland security." [HR 240, Vote #105, 2/27/15; House Congressional Record, Page H1485, 2/27/15]

**Perry Voted Against Stalling Three Weeks On Passing Long-Term Funding For Department Of Homeland Security.** In February 2015, Perry voted against continuing FY2015 funding levels for the Department of Homeland Security for three weeks. "Earlier in the day, the House collapsed in failure when a last-ditch attempt to fund the agency for an additional three weeks died at the hands of most Democrats and dozens of Republicans who voted against it." The resolution failed, 203 to 224. [H J Res 35, Vote #104, 2/27/15; Washington Post, 2/28/15]
s
> **Vote Highlighted Lack Of House Republican Unity.** "The defeat was a major blow to Speaker John A. Boehner (R-Ohio), whose struggles to get unruly members to fall in line have continued in the new Congress. More broadly, it was an early black eye for the unified Republican majority that had vowed to govern effectively." [Washington Post, 2/28/15]

> **Vote Was A "Humiliating Setback" For Speaker Boehner.** "The accord was reached after a stunning and humiliating setback for Speaker John A. Boehner and his leadership team earlier Friday, when the House voted against their original plan to extend funding for the department for three weeks — a position that Mr. Boehner had considered a fail-safe. More than 50 House Republicans defected, voting against the bill." [New York Times, 2/28/15]

**Perry Voted For Clean, Long-Term Department Of Homeland Security Appropriations Bill.** In February 2015, Perry voted for considering a clean, long-term Department of Homeland Security funding bill approved by the Senate and instead voted to disagree with the Senate amendments and request a conference committee. "The House passed a measure along party lines Friday afternoon to go to conference with the Senate to hash out the differences between their long-term bills. Majority Leader Mitch McConnell (R-Ky.) later announced a motion to agree. But Senate Democrats, who insist on a clean bill, are expected to block plans for a conference on Monday." The motion passed, 228 to 191. [HR 240, Vote #102, 2/27/15; Washington Post, 2/28/15]

**Perry Voted For Blocking Consideration Of Clean, Long-Term Department of Homeland Security Funding Bill.** In February 2015, Perry voted for "Collins, R-Ga., motion to order the previous question." According to the Democratic Leader's office, "the Democratic Previous Question would force a vote on legislation to provide long-term funding for Homeland Security, without radical, anti-immigrant riders. This is the fifth opportunity for House Republicans to vote for a clean DHS funding bill." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 240 to 183. [H Res 129, Vote #100, 2/27/15; CQ, 2/27/15; Democratic Leader, 2/27/15]


**Perry Voted For Blocking Consideration Of Clean DHS Funding Bill.** In February 2015, Perry voted for "Woodall, R-Ga., motion to order the previous question." According to the Democratic Leader's office, "the Democratic Previous Question would force a vote on legislation to provide long-term funding for Homeland Security, without radical, anti-immigrant riders. This is the third opportunity for House Republicans to vote for a clean DHS funding bill." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 241 to 181. [H Res 121, Vote #86, 2/25/15; CQ, 2/25/15; Democratic Leader, 2/25/15]

**Perry Voted For Blocking Consideration Of Clean DHS Funding Bill.** In February 2015, Perry voted for blocking consideration of a motion to force a clean vote on the DHS funding bill without anti-immigration riders. A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 232 to 164. [H Res 101, Vote #77, 2/12/15]

**Perry Voted For Blocking Consideration Of Clean Department Of Homeland Security Funding Bill.** In February 2015, Perry voted for "Cole, R-Okla., motion to order the previous question." According to the Democratic Leader's office, "The Democratic Previous Question would force a vote on clean legislation to provide long-term funding for the Department Homeland Security, without radical, anti-immigrant riders." A vote against the previous question would have allowed the bill to be considered. The previous question was agreed to 232-164. [H.RES.100, Vote #71, 2/11/15; CQ, 2/11/15; Democratic Leader, 2/11/15]

**Perry Voted Against A Motion To Loosen Restrictions On Individuals Who Finance Terrorism.** In January 2015, Perry voted against a motion that would disqualify anyone convicted of providing financial assistance to terrorist organizations or state sponsors of terrorism from regulatory relief under the underlying bill, the Promoting Job Creation and Reducing Small Business Burdens Act. "But House members also took up a narrower measure that would slow enforcement of Dodd-Frank requirements and weaken other regulations on financial services companies." The motion failed 183 to 242. [HR 37, Vote #37, 1/14/15; Motion to Recommit, 1/14/15; CQ Floor Votes, 1/14/15; New York Times, 1/13/15]

**Perry Voted Against Clean DHS Funding Bill.** In January 2015, Perry voted against a motion that would allow a clean version of the Homeland Security funding bill—without amendments defunding Obama's executive order on immigration—to pass, removing the threat of shutdown for the Department. The measure failed 244 to 184. [HR 240, Vote #34, 1/14/15]

**Perry Voted Against Motion To Block Elimination Of Regulations That Prevent Terrorism And Crime, Protect Wages.** In January 2015, Perry voted against a motion that would block Republicans from eliminating regulations that help prevent terrorism and crime, protect wages and gender pay equity, save taxpayer dollars, help small businesses, and prevent discrimination. The motion failed 245 to 180. [HR 185, Vote #27, 1/13/15; Motion To Recommit, 1/13/15]

**Perry Voted Against Protecting Department Of Homeland Security Regulations From Significant Delays.** In January 2015, Perry voted against an amendment exempting rules issued by the Department of Homeland Security from the bill's burdensome requirements. The amendment failed 242 to 176. [HR 185, Amendment No. 3, Vote #25, 1/13/15, CQ Floor Votes, 1/13/15]

## Native American Issues

**Perry Voted For Selling 30,000 Acres Of Federal Landl Along The Red River.** In December 2015, Perry voted for a bill "that would require the Bureau of Land Management (BLM) to sell roughly 30,000 acres of federal land along the Red River on the border between Texas and Oklahoma to current and adjacent landowners. The bill would require the BLM to sell at $1.25 per acre, with no cap on the amount an individual can buy. After the boundary between public and private land is settled, BLM would be required to sell the remaining federal land along the Red River at no less than fair market value, with adjacent landowners given the right of first refusal." The bill passed 253-177. [HR 2130, Vote #686, 12/8/15; CQ Floor Votes, 12/9/15]



**Perry Voted Against Native American Tribes Having The Right Of First Refusal On Purchasing Land Along The Red River.** In December 2015, Perry voted against an amendment "that would allow Indian tribes to have the right of first refusal on purchasing lands. The amendment would require land to be sold at fair market value instead of $1.25 per acre as under the bill." The amendment passed 246-183. [HR 2130, Vote #684, 12/8/15; CQ Floor Votes, 12/9/15]

**Perry Voted For Legislation To Exempt Tribal Governments And Tribally-Owned Gaming Facilities From The National Labor Relations Act.** In November 2015, Perry voted for legislation that would exempt tribal governments and tribally-owned gaming facilities from the National Labor Relations Act, thus preventing tribal employees from organizing labor unions. "The Act would insulate tribes from union organizing efforts by providing tribes with the same exemption from the NLRA that state and municipal governments enjoy." The bill passed the House, 249 - 177. [HR 1694, Vote #633, 11/17/15; National Law Review, 6/16/15]

**Perry Voted For Consideration Of A Constitutional Amendment To Bring Increased Transparency To Outside Spending In Elections.** In November 2015, Perry voted for a motion to consider "a constitutional amendment to bring increased transparency to outside spending in our elections." The previous question passed, 245 to 178. A vote against the previous question would have allowed the amendment to be considered. [H Res 526, Vote #629, 11/17/15; DemocraticLeader.gov, 11/17/15]

**Perry Voted For Prohibiting Any Tribal Nation From Operating Bingo Or Las Vegas-Style Gaming In The Phoenix Area Through January 2027.** In November 2015, Perry voted for a motion to suspend the rules and pass a bill that would "prohibit any tribal nation from operating bingo or Las Vegas-style gaming in the Phoenix metropolitan area through Jan. 1, 2027." The bill, which required a two-thirds majority, failed 263 to 146. [H R 308, Vote #626, 11/16/15; CQ, 11/16/15]

**Perry Voted For The Native American Energy Act Which Would Reduce Federal Regulations On The Development Of Native American Land.** In October 2015, Perry voted for a bill that "would reduce federal regulations on the development of Indian lands to expedite the development of energy. As amended, the bill would allow state, tribe, and local governments in an affected area to continue to comment on an environmental impact statement. Further, the bill would create a demonstration project with Indian tribes to perform administrative, management, and other functions of programs of the Tribal Forest Protection Act." The bill passed 254-173. [HR 538, Vote #544, 10/8/15; CQ Floor Votes, 10/8/15]

> **Republicans Argued That The Bill Would Allow Native Americans To Develop Reservations Easier.** "Young says the bill would cut red tape to help Native people develop their own resources. On the House floor before the vote, the Alaska Republican argued the bill would also deter frivolous lawsuits, in part by shortening the timeline for legal challenges. 'The judicial review provision is crucial for Alaska natives, whose ability to develop their own settlement lands has been abused by special interest groups filing lawsuits,' he said." [Alaska Public Radio Network, 10/9/15]

> **The Obama Administration Issued A Veto Threat And Democrats Argued That The Bill Would Weaken A "Bedrock" Conservation Law.** "The White House issued a veto threat this week. In a memo, President Obama's advisors said the bill would undermine public oversight and set unrealistic deadlines…conservation law, the National Environmental Policy Act. And, Grijalva says, it could apply on non-Indian lands, too. 'If an energy company is developing natural resources anywhere in the United States and they get a tribal partner they could fall under this provision,' he said. 'This could incentivize energy companies to partner with tribes simply for the benefit of skirting NEPA and profiting from restricted judicial review.'" [Alaska Public Radio Network, 10/9/15]

**Perry Voted Against Protecting Native American Sacred Lands.** In October 2015, Perry voted against a motion "that would ensure that nothing in the bill would contravene the authority of the president to avoid adversely affecting the physical integrity of any site identified as sacred by virtue of established religious significance to, or



ceremonial use by, and Indian religion." The motion failed 184-239. [HR 538, Vote #543, 10/8/15; CQ Floor Votes, 10/8/15]

## Science & Technology

**Perry Voted For A Resolution Expressing That Access To Digital Communications Tools Is Necessary To Prepare U.S. Youth For Competition In The Economy.** In December 2016, Perry voted for the "Latta, R-Ohio, motion to suspend the rules and agree to the resolution that would express the sense of the House of Representatives that access to digital communications tools is necessary to prepare U.S. youth for competition in the economy. The motion was agreed to 414 to 1." [H.Res. 939, Vote #605, 12/6/16; CQ, 12/6/16]

**Perry Voted For Adopting A National Technology Policy.** In September 2016, Perry voted for a "motion to suspend the rules and agree to the resolution that would express the sense of the House that the United States should develop a national policy to encourage the development of tools related to the empowerment of consumers through customized, connected devices. It also would express that the United States should prioritize the acceleration of the development of alternative technologies that would support transparency and security." The motion was agreed to 385 to 4. [H RES 835, Vote #497, 9/12/16; CQ Floor Vote, 9/12/16]

**Perry Voted For Adopting An "Internet Of Things."** In September 2016, Perry voted for a "motion to suspend the rules and agree to the resolution that would express the sense of the House that United States should develop a national strategy to encourage the development of connections between the physical world and the internet through sensors and actuators, known as the 'Internet of Things.' It also would express that the U.S. government should determine whether the Internet of Things can improve government efficiency and effectiveness." The motion was agreed to 367 to 4. [H RES 847, Vote #496, 9/12/16; CQ Floor Vote, 9/12/16]

**Perry Voted For Prohibiting Federal Communications Commission From Implementing Any Rules Intended To Follow Net Neutrality Rule.** In July 2016, Perry voted for  amendment that would prohibit the Federal Communications Commission (FCC) from implementing, administering, or enforcing any of the rules proposed in the Notice of Proposed Rulemaking adopted by the FCC on March 31, 2016, intended to regulate consumer privacy obligations as necessitated by the FCC's 'net neutrality' rule." The amendment passed 232-187. [HR 5485, Vote #372, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted Against S Striking Section Of Appropriations Bill Prohibiting Funds From Being Used To Implement Or Enforce The Federal Communication Commission's Net Neutrality Order.** In July 2016, Perry voted against an amendment that would "strike a section of the bill that would prohibit funding from being used to implement or enforce the Federal Communications Commission's "net neutrality" order." The amendment failed 182-238. [HR 5485, Vote #366, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Ending Lifeline Program, Which Granted Subsidies For Mobile Voice And Data Service For Low-Income Americans.** In June 2016, Perry voted for an "motion to suspend the rules and pass the bill that would end subsidies for mobile voice and data service under the Federal Communications Commission's Lifeline program for low-income Americans." The bill passed 207-143. [HR 5525, Vote #334, 6/21/16; CQ Floor Votes, 6/21/16]

**Perry Voted For Bill That Would Require Cost Audits Be Conducted On The National Science Foundation.** In June 2016, Perry voted for bill that would "require the National Science Foundation to ensure that an incurred cost audit happens at least biennially on major multi-user research facilities in accordance with Government Accountability Office standards, and to ensure that an external cost proposal analysis is conducted for such facilities." The bill passed 412-9. [HR 5049, Vote #301, 6/14/16; CQ Floor Votes, 6/14/16]

**Perry Voted For Bill Requiring More Research To Be Done In The Area Of Cybersecurity And Big Data.** In June 2016, Perry voted for a bill that would "require the Networking and Information Technology Research and Development program to conduct research in additional areas, including enhancement of cybersecurity, human-



computer interactions and big data. It also would require agencies to develop a strategic plan for the program and would require the program to support large-scale, long-term, interdisciplinary research and development directed toward agency mission areas that could have significant societal benefits." The bill passed 385-7. [HR 5312, Vote #298, 6/13/16; CQ Floor Votes, 6/13/16]

**Perry Voted Against Amendment To Provide $2.5 Million For The Office Of Technology Assessment, Cut Same Amount From Architect Of The Capitol.** In June 2016, Perry voted against an amendment to the Legislative Branch Appropriations for FY17 bill that would "appropriate $2.5 million to re-institute the Office of Technology Assessment, which would be offset by an equal funding reduction from the Architect of the Capitol's capital construction and operations account." The amendment failed 179-223. [HR 5325, Vote #291, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted For Bill Requiring Executive Agencies To Develop Software Licensing Policies.** In June 2016, Perry voted for bill requiring "the Office of Management and Budget to issue a directive to require chief information officers of each executive agency to develop comprehensive software licensing policies." The bill passed 366-0. [HR 4904, Vote #271, 6/7/16; CQ Floor Votes, 6/7/16]

**Perry Voted For To Weaken FCC Regulations On  Rates Broadband Companies Provide.** In April 2016, Perry voted for a bill "that would prohibit the Federal Communications Commission from regulating the rates that broadband Internet service providers charge for broadband Internet access service. The bill would not apply to the commission's administration of the Universal Service Fund, or its enforcement of truth-in-billing rules or the ban on paid prioritization." The bill passed 241-173. [HR 2666, Vote #152, 4/15/16; CQ Floor Votes, 4/15/16]

> **Opponents Of The Bill Claimed That The FCC Would Be Unable To Inquire How Broadband Companies Exchange Discounts For Customers' Personal Information.** "This bill would strip the Federal Communications Commission (FCC) of authority to review certain practices of broadband providers related to their customers' privacy. Specifically, the FCC would have no power to inquire into broadband providers' offers of discounts or other incentives in exchange for the ability to use or disclose customers' personal information." [Center For Democratic & Technology, 4/13/16]

**Perry Voted For Exempting Small Broadband ISPs From Making Public Disclosures.** In March 2016, Perry voted for legislation "that would exempt small broadband Internet service providers from making public disclosures under the Federal Communications Commission's net neutrality rules.  Under that measure, small providers would not be required to release information such as monthly charges, promotional rates, data caps and network performance."  The bill passed 411-0. [HR 4596, Vote #124, 3/16/16; CQ, 3/14/16]

**Perry Voted For A Bill To Require Funding For The National Science Foundation Be Justified In Writing Or Reaffirmed.** In February 2016, Perry voted for a bill to require funding for the national science foundation be justified in writing or reaffirmed. The bill "directs the National Science Foundation (NSF) to award federal funding for basic research and education in the sciences through a new research grant or cooperative agreement only if it makes an affirmative determination, justified in writing, that the grant or agreement promotes the progress of science in the United States, is worthy of federal funding, and meets certain other criteria." The bill passed 236 to 178. [HR 3442, Vote #70, 2/10/16; On Passage, 2/10/16]

> **Bill Required Written Justification For Each Grant Awarded To The National Science Foundation And Proof Of How The Research Could Benefit The Public And The Economy.** "Limits on NSF Grants--HR 3293, Scientific Research in the National Interest Act. The bill allows the National Science Foundation (NSF) to award grants or enter into cooperative agreements for basic research and science education only if it determines that the grant or cooperative agreement promotes the progress of science in the United States and is consistent with the NSF's mission, is worthy of federal funding and is in the national interest as specified by the bill, and a written justification detailing those determinations accompanies the public announcement of the award. Supporters of the bill say it is needed to properly account for scarce federal research dollars and that it



essentially codifies the NSF's policy requiring clear, non-technical explanations of each research grant and how the grant supports the public interest." [Congressional Quarterly's House Action Reports, 2/5/16]

**Prominent Scientists Noted That Scientific Studies Do Not Always Provide Immediate Economic Value But Can Lead To Long-Term Research Developments.** "On February 10th, the House passed a bill requiring the NSF to certify the usefulness of its grants; one of the possible criteria was economic. 'I think there's a misunderstanding between some members of congress and the research community that every grant that's given out should have some economic potential benefit," said Bill Andresen, associate vice president for federal relations at the University of Pennsylvania. "And that's just not the way science works.' Not only is some science valuable in non-economic ways, but when research does have an economic impact you can't always know it ahead of time. Studies of eagles ended up leading to advances in contact lenses, said Andrese. NSF director France Cordova points to NSF funding for digital libraries that helped lead to Google." [Marketplace, 2/22/16]

**Perry Voted Against Bill Ensuring NSF Grant Funding Is Determined By NSF Merit Review Criteria.** In February 2016, Perry voted against the "Johnson, D-Texas, amendment that would provide for the bill's requirement that the National Science Foundation (NSF) determine that a grant is worthy of federal funding to be fulfilled by having met the NSF's merit review criteria." The amendment failed, 181 to 235. [H.R. 3293, Amendment #1, Vote #68; CQ, 2/10/16]

**Perry Voted For An Amendment Which Would Make NIH And Cures Innovation Fund Discretionary.** In July 2015, Perry voted for an "amendment that would change the mandatory funding for the new National Institute of Health and Cures Innovation Fund to an authorization of discretionary appropriations." The amendment failed, 141 to 281. [HR 6, Vote #431, 7/10/15; CQ Floor Votes, 7/10/15]

**Perry Voted For U.S. Government's Oversight Of Internet's Naming And Addressing System Over To The International Community.** In June 2015, Perry voted for a motion to suspend the rules and pass a bill, the Domain Openness Through Continued Oversight Matters (DOTCOM) Act of 2015. "The DOTCOM Act would allow the U.S. government to transfer its power to oversee the Internet's naming and addressing system — what turns www.google.com into a viewable Web page — over to the international community. While this might sound like giving the Internet to America's rivals, Washington actually ceded those powers long ago, and it retains them in name only. Today, that managing function is performed by a nonprofit called the International Corporation for Names and Numbers, or ICANN." The bill passed, 378 to 25. [HR 805, Vote #377, 6/23/15; Washington Post, 7/21/15]

**Perry Voted For Amendment To Band Funds For The Experimental Program To Stimulate Competitive Research.** In June 2015, Perry voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act, that "amendment to prohibit the use of funds to fund any Experimental Program to Stimulate Competitive Research (EPSCoR) program." The amendment failed 195-232. [HR 2578, Vote #279, 6/3/15]

**The EPSCoR Program Was Funded To Advance Discovery And Knowledge In Scientific Fields.** "The mission of EPSCoR is to assist the National Science Foundation in its statutory function 'to strengthen research and education in science and engineering throughout the United States and to avoid undue concentration of such research and education.' EPSCoR goals are: a) to provide strategic programs and opportunities for EPSCoR participants that stimulate sustainable improvements in their R&D capacity and competitiveness; b) to advance science and engineering capabilities in EPSCoR jurisdictions for discovery, innovation and overall knowledge-based prosperity." [National Science Foundation, accessed 8/21/15]

**Perry Voted For Department Of Energy Cuts Aimed At Limiting Scientific And Climate Change Research.** In May 2015, Perry voted for the America COMPETES Reauthorization Act of 2015, which contained targeted cuts for Department of Energy funding aimed at limiting scientific and climate change research. "On Wednesday, the House passed a new iteration of the COMPETES Act that's nearly unrecognizable from its original version. Overall spending remains the same, but under Science, Space and Technology Chairman Lamar Smith, R-Texas, the 2015



reauthorization carries the imprimatur of the Republican Party, with targeted cuts the GOP calls 'fiscally responsible' and Democrats decry as 'draconian.' The new version contains language that would bar some Department of Energy climate science research, dictate research priorities to entities that have typically had more autonomy and ban certain federally-sponsored research from influencing policy decisions. With passage of the bill Wednesday night, 217-205, legislation that was once a Democrat-touted achievement has become a potential selling point for the GOP — transformed so thoroughly that President Barack Obama promised to veto the latest version and no Democrats supported it." The bill passed 217 to 205. [HR 1806, Vote #258, 5/20/15; Roll Call, 5/20/15]

**Bill Cut Programs To Modernize Energy Grid And Funding For Alternative Fuel Research.** "The White House's Office of Management and Budget warned Monday evening that it would advise President Barack Obama to veto the bill, called the COMPETE Re-authorization Act. OMB praised the investments research and technology but panned cuts to programs focused on energy grid modernization and alternative fuels. … COMPETES focuses on the Department of Energy and the National Science Fund, giving each more than $200 million in general research funding increases. But this comes with serious strings attached. Researchers and the White House claim the bill's cuts to alternative energy research hampers growth in a critical field, and the bill bars the Energy Department from setting recommendations for the Environmental Protection Agency based on its own research." [Dallas Morning News, 5/20/15]

**Bill Eliminated Six Department Of Energy Programs.** "The bill would also eliminate six Department of Energy programs that Alexander's office said were never fully implemented and reform five others." [The Hill, 5/20/15]

**Bill Sponsor: Legislation Cuts Funding For "Social And Behavioral Science, Redundant Climate Research, And Subsidies For Private Companies."** "The America COMPETES Reauthorization Act of 2015, legislation I introduced that the House will consider this week, sets priorities aimed at stimulating economic competitiveness and growth.  Our bill increases funding for the physical sciences and biology, from which come most of the scientific breakthroughs with the potential to stimulate new industries and jobs. Funding is cut for lower priority areas, including social and behavioral science, redundant climate research, and subsidies for private companies." [The Hill, Rep. Lamar Smith (R-TX) Op-Ed, 5/18/15]

**Bill Prevents Department Of Energy From Conducting New Climate Change Research, Must Prove That The Research Would Be Unique Before Approval.** "Scalise said that Republicans intend to end funding on 'programs that don't meet the national interests' with legislation, passed Wednesday 217-205, that would focus federal research in biology, chemistry, math and computer science. But Democrats, who didn't provide a single vote for the bill, said that while there may be a few questionable research projects funded by the federal government, the Republican-drafted bill makes deep cuts in vital scientific research and seems intended to block research into climate change. The bill bars the Department of Energy's Office of Science and Technology from approving new climate change science research 'without making a determination that such work is unique and not duplicative of work by other agencies.' Avoiding duplication makes sense, particularly at a time of large deficits and significant other funding priorities, said Rep. Lamar Smith, R-Texas." [Times-Picayune, 5/20/15]

**Bill Cut Funding For The National Science Foundation By 45% And Decreased Geoscience Funding By 12%.** "Known as the America COMPETES Act, the sweeping measure sets priorities for research programmes at the National Science Foundation (NSF), the Department of Energy and the National Institute of Standards and Technology (NIST). It has drawn sharp criticism from science organizations, which say that the plan would limit the agencies' ability to fund the most promising research, and from the White House. Some of the most controversial provisions apply to the NSF. The bill suggests slashing funds for the agency's social, behavioural and economic-sciences directorate from US$272.2 million in fiscal year 2015 to $150 million a year in 2016 and 2017 — a 45% cut. And it calls for a 12% decrease in geoscience funding, to $1.2 billion annually." [Nature, 5/21/15]



**Perry Voted Against Amendment To Restore Funding For Energy And Climate Change Research.** In May 2015, Perry voted against an amendment that would have restored funding levels for scientific research. The amendment would have provided for "sustained growth and sensible policies across the scientific agencies, in keeping with the goals of the original Competes legislation." "A bill opponent, Rep. Eddie Bernice Johnson, D-Texas, criticized its flat funding of research and development, politicization of the scientific grant-making process, and decreased funding of the ARPA-E program for breakthrough energy research." The motion failed 179 to 239. [HR 1806, Vote #257; On Agreeing to the Amendment, 5/20/15; Albany Herald, 5/23/15]

> **Amendment Sponsor LTE: Bill Made "Ideologically Driven Cuts" To Clean Energy And Climate Change Research.** "The chairman, however, is wrong about the way in which research should be prioritized. Politicians should not make ideologically driven cuts to particular areas of investigation with which they disagree, such as clean energy, climate research or the social sciences. Instead, research priorities should be set through the constantly evolving deliberation and debates within the scientific community and at the individual grant level about the areas that need further investigation. It is the National Science Foundation's well-proven, scientific merit-review process, in which trained experts select the highest quality proposals across all fields of science and engineering, that ought to guide how we invest. Politicians, most of whom do not possess the same scientific or technical expertise, are ill-equipped to predict where the next breakthroughs are most likely to occur. Substituting our judgment for that of scientists would likely result more in missed opportunities than in new advances for American science and innovation." [The Hill, Reps. Steny Hoyer (D-MD) and Eddie Bernice Johnson (D-TX) Letter to Editor, 5/26/15]

**Perry Voted Against Amendment Allowing Energy Department To Verify Scientific Results With Additional Study.** In May 2015, Perry voted against an amendment to the America COMPETES Reauthorization Act that would have allowed the Department of Energy to verify scientific results in climate research through additional research by striking provisions from the bill, which blocked duplicative projects in climate change research. "The amendment would have struck from the bill provisions placing added reporting requirements on research funded by the Energy Department and eliminating duplicative projects in climate change research. Lowenthal said duplicative research projects were necessary to reproduce and verify previously published science, but the bill provisions would block such research, and also curtail the Energy Department's ability to choose to fund projects based on their merits." The amendment failed 187 to 236. [HR 1806, H.Amdt. 250, Vote #254, 5/20/15; Portland Press Herald 5/24/15]

## Seniors

**Perry Voted Against Measure To Prevent Financial Companies That Harm Seniors From Using Any Emergency Lending Program Established By The Federal Reserve.** In November 2015, Perry voted against for a Democratic Motion to Recommit that "would ensure that financial companies found to engage in activity that harms seniors' financial health and stability are prevented from participating in any emergency lending program or facility established by the Federal Reserve." The motion to recommit failed in the House, 182 - 242. [HR 3189, Vote #640, 11/19/15; Motion to Recommit, 11/19/15]

**Perry Voted For House Rules Package That Jeopardized Social Security Disability.** In January 2015, Perry voted for a House Rules package that contained a provision that could threaten benefit cuts to Social Security. According to Politico, "Like Mrs. O'Leary's cow, House Republicans kick-started a bigger fire than many imagined with an opening day rules change that revived Social Security as a hot issue for this Congress — and the 2016 presidential elections. The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits. In the past, Congress has simply shifted revenues from Social Security's larger retirement account to fill holes in the disability fund. But the new House rule throws up a roadblock by creating a point of order against any such bill that does not improve the 'actuarial balance' of the combined funds." The resolution passed, 234-172. [H Res 5, Vote #6, 1/6/15; Politico, 1/20/15]



**Eleven Million Recipients Of Disability Benefits Faced A 19 Percent Benefit Cut.** "The GOP's immediate target is Social Security's sprawling disability insurance program, which has grown at a pace far beyond its revenues and will exhaust its trust fund reserves by December 2016, threatening a 19 percent cut in benefits." [Politico, 1/20/15]

**Eleven Million People Receive Disability Benefits.** "About 11 million people get disability benefits, nearly 40 percent more than a decade ago." [Associated Press, 1/7/15]

## Taxes

**Perry Voted For To Prevent The IRS From Seizing Money From Individuals In Violation Of Reporting Requirements In Amounts Greater Than $10,000.** In September 2016, Perry voted for a "Roskam, R- Ill., motion to suspend the rules and pass the bill that would prohibit the Internal Revenue Service from seizing money from people in violation of reporting requirements in amounts greater than $10,000. The bill would allow seizures if the agency could show probable cause that the money was derived from an illegal source or the funds were structured for the purpose of concealing the violation of a criminal law or regulation, and would provide for a notice and hearing process for those with seized assets." The motion was agreed to 415 to 0. [HR 5523, Vote #548, 9/22/16; CQ, 9/22/16]

**HEADLINE: Forbes: "U.S. House To Stop IRS From Stealing Your Bank Account."** [Forbes, 9/19/16]

**Perry Voted For A Bill For Olympic Or Paralympic Medalists To Exclude The Value Of Any Medal Or Prize Money Received From Their Gross Income.** In September 2016, Perry voted for a "Dold, R-Ill., motion to suspend the rules and pass the bill that would permanently exclude, for purposes of federal income taxes, any prizes or awards won in competition in the Olympic Games or the Paralympic Games, including the value of any medal and any prize money received from the U.S. Olympic Committee. The bill's tax exemption would only apply to athletes with adjusted gross incomes less than $1 million for the relevant tax year." The motion was agreed to 415 to 1. [HR 5946, Vote #546, 9/22/16; CQ, 9/22/16]

**Perry Voted For Prohibiting Payment Of A Salary Greater Than $0 To The Commissioner Of The Internal Revenue Service A Salary Greater Until January 2017.** In July 2016, Perry voted for a "Buck, R-Colo., amendment that would prohibit funds from being used to pay the salary of the commissioner of the Internal Revenue Service from the date of enactment until Jan. 20, 2017, at a rate greater than a pro-rated annual rate of $0." The amendment was rejected in Committee of the Whole 197-224. [H Amdt 1243 to HR 5485, Vote #378, 7/7/16; CQ Floor Votes, 3/7/16]

**Perry Voted For Resolution Opposing Oil Taxes And Future Taxes On Industries That Have Been Subjected To Cuts.** In June 2016, Perry voted for a concurrent resolution "that would express a sense of Congress in opposition to the president's proposed $10-per-barrel tax on oil. It also would express a sense of Congress that lawmakers, in considering future policy, should review potential harms of new taxes on industries that have seen job, revenue and production cuts." The resolution passed 253-144. [H Con Res 112, Vote #296, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted For Resolution Opposing A Carbon Tax.** In June 2016, Perry voted for a concurrent resolution "that would express a sense of Congress that a carbon tax would harm families and businesses and is 'not in the best interest of the United States.'" The resolution passed 237-163. [H Con Res 89, Vote #295, 6/10/16; CQ Floor Votes, 6/10/16]

**Perry Voted For A Bill Halting New IRS Hires Until US Treasury Certifies That No Agency Employee Has Delinquent Taxes.** On April 20th, 2016, Perry voted for the passage of the No Hires for the Delinquent IRS Act. The bill proposed "to suspend the hiring of new IRS employees unless Treasury Secretary Jacob J. Lew certifies that none of the agency's workers has serious tax delinquencies, or provides an explanation of why such a certification is not possible." The bill passed, 254 to 170. [H Res 1206, Vote #160; CQ News, 4/20/16]



**Perry Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Fund Infrastructure Investment.** In April 2016,Perry Voted For and use those funds to create good-paying jobs rebuilding America's crumbling roads and bridges." The previous question carried, 239-173. A vote against the previous question was to force the vote on limiting offshore tax loopholes to fix the country's infrastructure. [H Res 687, Vote #157, 4/19/16; Democratic Leader – Previous Questions, 4/19/16]

**Perry Voted For Blocking Consideration Of Closing Offshore Tax Loopholes To Pay For Infrastructure, Military, And Education Programs.**
In April 2016, Perry voted for a motion that would "limit the inversions that have enabled many corporations to dodge paying their fair share of the taxes that support our military, our infrastructure, and our children's education." The previous question carried 240-172. A vote against the previous question was to force the vote on limiting offshore tax loopholes to pay for the military, education, and infrastructure. [H. Res 688, Vote #155, 4/19/16; Democratic Leader – Previous Questions, 4/19/16]

**Perry Voted Against Motion To Analyze Long-Term Impact Of Tax Loopholes.** In February 2016, Perry voted against on the motion to recommit on legislation to analyze "the long-term impact that tax loopholes abused by special interests have on American businesses, American workers, and our economy." The motion failed, 179 to 238. [HR 3442, Vote #75, 2/11/16; Democratic Leader, 2/11/16]

**Perry Voted Against Closing Corporate Inversion Tax Loophole To Fund Investments In U.S. Transportation Infrastructure.** In July 2015, Perry voted against a motion to recommit that "would help improve America's roads, bridges, and highways by stopping corporations that seek to avoid paying their fair share of taxes by moving their business address to another country. Instead, those reclaimed resources will be invested in much-needed American transportation infrastructure improvements." The motion was rejected by a vote of 185-244. [HR 3038, Vote #440, 7/15/2015; Democratic Leader – Motions to Recommit, 7/15/15]

**Perry Voted For Permanent Research And Tax Development Tax Credit.** In May 2015, Perry voted for the American Research Competitiveness Act of 2015. "H.R. 880, the American Research and Competitiveness Act of 2015 (Brady) to simplify and make the research & development tax credit permanent." The bill passed 274 to 145. [HR 880, Vote #260, 5/20/15; Roll Call, 5/1/15]

**Perry Voted Against Extending Research Tax Credit By Two Years And Preventing Deficit Increase.** In May 2015, Perry voted against a motion to recommit with instructions for the American Research Act of 2015. "Motion to recommit the bill to the House Ways and Means Committee with instructions to report back immediately with an amendment that would remove the bill's proposal to make permanent the research and development tax credit that expired at the end of calendar year 2014, and change the way elements of the credit are calculated. The bill would replace those provisions with language that would extend the credit for two years and would state that the bill shall not result in increasing the deficit or delaying or weakening efforts to adopt a permanent extension of the research credit in a 'fiscally responsible manner.'" The motion failed, 181-240. [HR 880, Vote #259, 5/20/15; CQ, 5/22/15]

**Perry Did Not Vote On Repealing Estate Tax.** In April 2015, Perry did not vote on repealing the estate tax. "The measure also would repeal the generation-skipping transfer tax and reduce the top marginal rate for the federal gift tax from 40 percent to 35 percent." The bill passed, 240-179. [HR 1105, Vote #161, 4/16/15; CQ News, 4/16/15]

**USA Today: "Repealing Estate Tax Would Reward .2%."** "Of the nearly 3 million Americans who die every year, only about two-tenths of 1% have enough assets to qualify. It's a rather exclusive group. This isn't to disparage people who worked hard enough (or, in some cases, were lucky enough) to have estates that big. It's just that, at a time when income inequality is one of the nation's most vexing problems, the 0.2% hardly need extra help from Congress." [Editorial, USA Today, 4/16/15]

**CBPP: "Roughly 2 Of Every 1,000 Estates Face The Estate Tax."** "Today, 99.8 percent of estates owe no estate tax at all, according to the Joint Committee on Taxation.[3] Only the estates of the wealthiest 0.2 percent



of Americans -- roughly 2 out of every 1,000 people who die -- owe any estate tax. (See Figure 1.) This is because of the tax's high exemption amount, which has jumped from $650,000 per person in 2001 to $5.43 million per person in 2015." [CBPP, "10 Facts You Should Know About The Federal Estate Tax," 3/23/15]

**Bill Impacted Fewer Than 6,000 Families.** "This tax is levied on the portion of estates exceeding $5.43 million per person or $10.86 million per married couple, and because of those exemption levels, it affects less than 1 percent of estates, or fewer than 6,000 families in 2014." [Philadelphia Inquirer, 4/19/15]

**Bill Would Add $269 Billion To National Debt.** "Voting 240 for and 179 against, the House on April 16 passed a GOP-sponsored bill (HR 1105) that would permanently repeal the federal estate tax in a way that would add $269 billion to national debt through fiscal 2025." [Albuquerque Journal, 4/19/15]

**Politifact: False – "Estate Tax 'In Many Cases' Forces Family Farmers And Small Business Owners To Sell Their Holdings.** "The U.S. Department of Agriculture estimates only 6 tenths of 1 percent of estates with farms qualified for the tax in 2013. The nonpartisan Tax Policy Center estimates that there were 20 small, closely held farms and businesses that were subject to the tax that year. It's unknown how many of them, if any at all, were sold to pay the levy. So Hurt's statement comes up empty. We rate it False." [Politifact, 5/3/15]

**Perry Did Not Vote On Preventing Giving Inheritance Tax Benefits To Those Convicted Of Tax Evasion Or Fraud.** In April 2015, Perry did not vote on a motion to recommit that would have prevented giving inheritance tax benefits to those convicted of tax evasion or fraud. The motion "would disqualify from the bill's provisions individuals convicted of attempting to evade the gift tax or before the bill's enactment engaged in a transaction with intent to evade the estate tax." The motion failed, 186-232. [HR 1105, Vote #160, 4/16/15; CQ Votes, 4/16/15]

**Perry Did Not Vote On Permanently Allowing Taxpayers To Deduct State And Local Sales Taxes.** In April 2015, Perry did not vote on a bill "that would make permanent the ability of taxpayers to deduct state and local sales taxes in lieu of state and local income taxes, which expired at the end of 2014. The measure would be effective for tax years beginning with 2015." The bill passed, 272-152. [HR 622, Vote #159, 4/16/15; CQ News, 4/16/15]

**Bill Not Paid For, Would Add $42 Billion To National Debt.** "Because the bill is not paid for, it would add $42 billion to national debt through fiscal 2025." [Albuquerque Journal, 4/19/15]

**Perry Did Not Vote On Requiring State & Local Tax Deduction Legislation To Not Increase Deficit Or Delay Comprehensive Tax Reform.** In April 2015, Perry did not vote on a motion that would prevent deficit increases or delays in overall tax reform as a result of state & local tax deduction legislation. The motion also provided a one year extension of a state and local sales tax deduction rather than a permanent extension to make sure Congress could perform fiscally responsible tax extensions. The motion failed, 179-243. [HR 622, Vote #158, 4/16/15; CQ News, 4/16/15]

**Perry Voted For Making Individuals With Severely Delinquent Tax Debt Ineligible For Federal Employment.** In April 2015, Perry voted for a bill that would make individuals with "seriously delinquent tax debt" ineligible for federal employment, and would include existing federal employees. The bill failed, 266-160. A two thirds majority was required to pass the bill, under suspension of the rules. [HR 1563, Vote #157, 4/15/15; CQ News, 4/15/15]

**Bill Opponents Noted That Tax Compliance Rate Was 97 Percent For Civil Servants.** "Opponents noted in debate that the tax compliance rate for civil servants was 97 percent in 2014, compared to 95 percent for House members and their staffs and 91 percent for the public at large. Civil servants owed $1.14 billion in delinquent taxes last year." [Bakersfield Californian, 4/18/15]

**Perry Voted For Considering Bills To Repeal The Estate Tax And Allow State And Local Sales Tax Deductions.** In April 2015, Perry voted for "Adoption of the rule (H Res 200) that would provide for House floor



consideration of the bill (HR 622) that would make permanent the ability of taxpayers to deduct state and local sales taxes in lieu of state and local income taxes, the bill (HR 1105) that would repeal the federal estate tax and repeal the generation-skipping transfer tax, and the bill (HR 1195) that would establish a small business advisory board, credit union advisory council and community bank advisory council for the Consumer Financial Protection Bureau." The rule was adopted, 242-182. [HRes 200, Vote #155, 4/15/15; CQ Votes, 4/15/15]

**Perry Voted Against Preventing Tax Deductions For Executive Bonuses Exceeding $1 Million.** In January 2015, Perry voted against a motion that would prevent companies from claiming tax deductions for executive bonuses exceeding $1 million if they failed to give lower level employees raises to match increases in the cost of living. The motion failed, 168-243. [H Res 5, Vote #5, 1/6/15; CQ Floor Votes, 1/6/15]

**Perry Voted For Blocking Consideration Of Bill Preventing U.S. Corporations From Moving Overseas To Dodge Paying Taxes.** In January 2015, Perry voted for blocking consideration of the Stop Corporate Expatriation and Invest in America's Infrastructure Act, a bill that would prevent U.S. corporations from moving overseas to dodge taxes. "The second is an infrastructure bill that would stop corporations from relocating abroad and redirect tax money lost through these so-called inversions to infrastructure projects in the U.S. That money would be sent to the highway trust fund." The previous question passed, 239 to 168. A vote against the previous question would have allowed the bill to be considered. [H Res 5, Vote #4, 1/6/15; Politico, 1/5/15; Congressional Record, 1/6/15]

## Trade

**Perry Voted For To Prohibit The Use Of The U.S. Dollar In Trade Transactions With Iran.** In July 2016, Perry voted for "passage of the bill that would prohibit the administration from allowing the U.S. dollar to be used, directly or indirectly, to facilitate trade transactions with Iran. The measure would prohibit U.S. financial institutions from processing transactions transferred through a second foreign bank on behalf of any Iranian state-owned or private entity. The measure would also uphold Iran's designation as a 'primary money laundering concern.'" The bill passed, 246 to 181. [HR 4992, Vote #478, 7/14/16; CQ Floor Votes, 7/14/16]

**Perry Voted For Strengthening Trade Enforcement.** In December 2015, Perry voted for the Conference Report to the Trade Facilitation and Trade Enforcement Act of 2015. "The Conference Report facilitates trade by strengthening trade enforcement, including provisions to guard against evasion of anti-dumping and countervailing duty laws, protect intellectual property against piracy, and target sources of unfair trade and provisions streamlining the flow of legitimate trade by modernizing Customs operations and reducing paperwork. Also, it closes a loophole in current law that allows the importation of products made using child or forced labor." [HR 644, Vote #693, 12/11/15; The Daily Whip, 12/11/15]

**Perry Voted For Conference Report On Trade Bill That Would Barr The Inclusion Of Climate Change Provisions In Fast Track Trade Deals.** In December 2015, Perry voted for the Conference Report to the Trade Facilitation and Trade Enforcement Act of 2015. The Conference Report contained language that "would single out greenhouse gas emission provisions as being ineligible for inclusion in a trade deal, raising concerns about its impact on efforts to protect the environment in trade deals as called for in the May 10, 2007, Agreement setting out Democratic priorities for trade negotiations." The report passed, 256-158. [HR 644, Vote #693, 12/11/15; The Daily Whip, 12/11/15]

**Perry Voted Against A Motion In Support Of A Customs Bill To Honor American Workers, Address Human Trafficking, And Protect The Environment.** In December 2015, Perry voted against a motion to "challenge Republicans to support a Customs Bill that honors American workers, addresses human trafficking, and protects our environment." The motion failed, 172-239. [HR 644, Vote #692, 12/11/15; Democratic Leader – Motions to Recommit, 12/11/15]

**Perry Voted Against Investigating Currency Manipulation By Foreign Governments And Public Entities.** In December 2015, Perry voted against a motion requiring the United States Trade Representative "to investigate currency manipulation by foreign governments and public entities and specifies the methodology with which the



Trade Representative determines currency manipulation." The motion was rejected, 193-232. [HR 644, Vote #655, 12/2/15; CQ Floor Votes, 12/2/15]

**Perry Voted For Stripping Out Provisions In The Customs Enforcement Bill Protecting American Workers From Currency Manipulation.** In December 2015, Perry voted for a motion that the House insist on the House amendment to the Senate amendment and request a conference on the Trade Facilitation and Trade Enforcement Act (HR 644). The House amendment did not include language "combat currency manipulation… [by] directing the Department of Commerce to slap duties on goods that have unfairly benefited from undervalued currency." The motion was agreed to by a vote of 252-170. [H R 644, Vote #652, 12/1/15; Congressional Record, 12/1/15]

**Perry Voted For Allowing Companies To Appeal Directly To Ex-Im Board Of Directors Regarding Economic Harm Caused By The Bank's Transactions.** In November 2015, Perry voted for an amendment, "that would allow companies to appeal directly to the Export-Import Bank's board of directors regarding an allegation that the company would suffer economic harm from a proposed bank transaction." The amendment failed 129-298. [HR 22, Vote #616, 11/4/15; CQ, accessed 1/7/16]

**Perry Voted For Requiring The Export-Import Bank To Use Fair Value Accounting Principles In Financial Statements.** In November 2015, Perry voted for an amendment, "that would require financial statements of the Export-Import Bank to be in accordance with fair value accounting principles." The amendment failed 133-295. [HR 22, Vote #615, 11/4/15; CQ, accessed 1/7/16]

**Perry Voted For Prohibiting The Export-Import Bank From Providing Financing To A Foreign Borrower Without The US Company Guaranteeing The Loan Be Repaid.** In November 2015, Perry voted for an amendment, "that would prohibit the Export-Import Bank from providing financing to a foreign borrower in connection with the export of goods or services by a U.S. company without a guarantee from the company of repayment by the foreign borrower, and a pledge of collateral, in certain percentages specified in the measure. It also would require that the guarantee be senior to any other obligation. Small businesses would be exempt." The amendment failed 115-313. [HR 22, Vote #613, 11/4/15; CQ, accessed 1/7/16]

**Perry Voted For Amendment Limiting Ex-Im Bank Single Sector Credit Exposure To 20 Percent, Prohibit Single Person From Benefiting From More Than 10 Percent.** In November 2015, Perry voted for an "amendment that would require the Export-Import Bank's credit exposure in a single industrial sector to be limited to 20 percent of the bank's total credit exposure. It also would prohibit the bank from issuing financing in a fiscal year if doing so would result in a single person benefitting from more than 10 percent of the total dollar amount of the bank's credit assistance in the fiscal year." The amendment failed, 114 to 314. [H.R. 22, Amendment #78, Vote #612, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Eliminating Treasury Department Loss Guarantee For Ex-Im Bank.** In November 2015, Perry voted for an "amendment that would eliminate the Treasury Department's guarantee of losses at the Export-Import Bank." The amendment failed, 117 to 308. [H.R. 22, Amendment #77, Vote #611, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Prohibiting ExIm Financing Of Foreign Companies If Receiving Foreign Government Support From Country With Sovereign Wealth Fund Value Of $100 Million Or More.** In November 2015, Perry voted for an "amendment that would prohibit the Export-Import Bank from providing financing to foreign companies that benefit from support from a foreign government if the foreign government's sovereign wealth funds have a value of more than $100 billion." The amendment failed, 116 to 308. [H.R. 22, Amendment #76, Vote #610, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Requiring Ex-Im Financing Recipients Of $10 Million Or More To Have Been Denied By Private Sector At Least Twice.** In November 2015, Perry voted for an "amendment that would require recipients of Export-Import Bank financing of more than $10 million to have been denied financing at least twice by the private sector. It also would institute penalties for inaccurate claims made by financing recipients about the



availability of competing foreign export financing or private sector financing." The amendment failed, 124 to 302. [H.R. 22, Amendment #75, Vote #609, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Prohibiting Ex-Im Bank From "Guaranteeing, Insuring Or Extending Credit" In Transactions Absent Competition From Foreign Credit Agencies.** In November 2015, Perry voted for an "amendment that would prohibit the Export-Import Bank from guaranteeing, insuring or extending credit involving transactions that do not meet competition from foreign export credit agencies." The amendment failed, 117 to 309. [H.R. 22, Amendment #74, Vote #608, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Increasing Financing Set-Aside For Small Businesses By Ex-Im Bank, Absence Of Increase Would Temporarily Bar Issuing Guarantees.** In November 2015, Perry voted for an "amendment that would increase by five percent each fiscal year for four years the percent of financing available to the Export-Import Bank that it is required to set aside for small businesses. Absent an increase in the set-aside, the bank would be temporarily barred from issuing guarantees, insurance or credit more than $100 million benefitting one person." The amendment failed, 121 to 303. [H.R. 22, Amendment #73, Vote #607, 11/4/15; CQ, 11/4/15]

**Perry Voted Against Bill To Re-Authorize The Export-Import Bank.** In October 2015, Perry voted against HR 597. "Lawmakers are trying to complete work on a long-term bill by Nov. 20, the date the current authorization expires. Backers of the Ex-Im Bank see attaching its reauthorization (HR 597) to the highway bill to be the best chance of renewing its charter that expired at the end of June." The bill passed 313 to 118. [HR 597, Vote #576, 10/27/15; CQ News, 11/5/15]

> **Bill Was Advanced To Vote By The Little-Used Discharge Petition That Forced House To vote On The Legislation Against The Wishes Of Party Leadership.** "If Republicans aren't already divided enough, several dozen party members have signed a petition that will force the House to vote on whether to revive a controversial government-run bank that helps big American companies sell goods overseas. Some 41 Republicans signed a so-called discharge petition in an effort to fully reopen the Export-Import Bank. They joined ranks with nearly all Democrats to meet the 218-vote threshold required to allow a bill to reach the House floor…. A discharge petition is an obscure technique used to force a vote on an issue against the wishes of party leadership. They are rarely used and rarely succeed." [MarketWatch, 10/9/15]

**Perry Voted Against Blocking Consideration Of Re-Authorization Of Export-Import Bank.** In October 2015, Perry voted against consideration of the re-authorization of the Export-Import Bank of the United States. "Providing for the consideration of the bill (H.R. 597) to reauthorize the Export-Import Bank of the United States, and for other purposes." The ordering of the previous question carried, 271 to 158. [H.Res.450, Vote #572, 10/27/15]

**Perry Voted Against Bringing A Bill To Reauthorize The Export-Import Bank To The Floor.** In October 2015, Perry voted against a "motion to discharge from the House Rules Committee and bring to the House floor the rule (H Res 450) that would provide for House floor consideration of the bill (HR 597) that would reauthorize the Export-Import Bank through fiscal 2019." The motion carried 246-177. [HR 597, Vote #569, 10/23/15; CQ 10/23/15]

**Perry Voted For Blocking Consideration Of Reauthorizing The Export-Import Bank.** In October  2015, Perry voted for to block consideration of a vote to reauthorization of the Export-Import Bank. The previous question carried, 237-180. A vote against the previous question was to force the vote on reauthorizing the Export-Import Bank. [H RES 449, Vote #529, 10/1/15; Democratic Leader, Previous Questions, 10/1/15]

**Perry Voted For Blocking Reauthorization Of The Ex-Im Bank.** In September 2015, Perry voted for a motion to block consideration of a vote to "re-authorize the Export-Import Bank, a self-funded agency that provides certainty and support to American businesses of all sizes that are eager to compete in the global market." The previous question carried, 243-183. A vote against the previous question would call for an immediate vote to re-authorize the Ex-Im Bank. [H Res 421, Vote #502, 9/17/15; Democratic Leader – Previous Questions, 9/17/15]



**Perry Voted For Blocking Consideration Export-Import Bank Reauthorization.** In September 2015, Perry voted for blocking consideration of a vote to reauthorize the Export-Import Bank. The previous question carried, 238-179. A vote against the previous question was to force the vote on Export Import Bank Reauthorization. [HR 420, Vote #497, 9/17/15; Congressional Record, 9/17/15]

**Perry Voted For Blocking Consideration Of Renewing The Export-Import Bank.** In July 2015, Perry voted for to block consideration of an "amendment to reauthorize the Export-Import Bank." The previous question carried, 242-180. A vote against the previous question was to force the vote on reauthorization of the Export-Import Bank. [H Res 388, Vote #483, 7/29/15; Democratic Leader – Previous Questions, 7/29/15]

**Perry Voted Against Ending Prohibition On Using Funds Regarding The Legal Trade And Transport Of Ivory.** In July 2015, Perry voted against "an amendment to strike section 120 prohibiting use of funds regarding legal trade and transport of ivory." The amendment failed 189-239. [HR 2822, Vote #397, 7/8/15; H AMDT 553, 7/8/15]

> **Rep. Raul M Grijalva: Amendment Was Introduced After One Ton Of Illegal Ivory Was Found In Philadelphia.** "Last week, the United States Fish and Wildlife Service destroyed more than one ton of illegal African elephant ivory, most of which had been confiscated from a Philadelphia antique dealer named Victor Gordon. All of this ivory – and all of the unknown volume of ivory Gordon sold over the past decade – was not antique, but instead had been made to look so after being removed from recently poached elephants. Sales of illegal ivory fund crime syndicates and terrorist groups, and anyone who has bought or sold any of the ivory that Gordon put into circulation before he was caught is complicit in giving financial support to these organizations, whether intended or not." [Rep. Raul M Grijalva Letter, 7/7/15]

> **Rep. Raul M Grijalva: Original Bill Blocked Fish And Wildlife From Implementing Ivory Rules.** "This is why we have to end the ivory trade in the United States now. Unfortunately, section 120 of H.R. 2822 would block implementation of Fish and Wildlife Service rules and policies necessary to disrupt ivory markets and ensure that U.S. citizens do not contribute to the ongoing slaughter of African elephants, which are being killed at the rate of one every 15 minutes." [Raul M Grijalva Letter, 7/7/15]

> **Rep. Raul M Grijalva: Amendment Was Supported By The Humane Society, Defenders Of Wildlife, And National Resources Defense Council.** "This amendment is supported by the following groups: Humane Society of the United States, Defenders of Wildlife, Animal Welfare Institute, Natural Resources Defense Council, Endangered Species Coalition, and Born Free USA." [Raul M Grijalva Letter, 7/7/15]

**Perry Voted Against Reauthorizing The Trade Adjustment Assistance Program And Extending AGOA, The Generalized System Of Preferences And The Preferential Duty Treatment For Haiti.** In June 2015, Perry voted against a trade preferences bill that would reauthorize the Trade Adjustment Assistance program. "The House Thursday finally sent President Barack Obama a bill to reauthorize the Trade Adjustment Assistance program, which had become a casualty of a protracted fight between the White House and congressional Democrats over fast track. The 286-138 vote on the trade preferences bill (HR 1295) included 175 Democrats, many of whom earlier this month voted against trade assistance, or TAA, measure as part of their strategy to block fast-track Trade Promotion Authority. In the end, only six Democrats voted against TAA. … The trade preferences bill includes the African Growth and Opportunity Act, known as AGOA, and the Generalized System of Preferences that provides developing nations access to the U.S. market through the duty-free treatment of exports. It also includes preferential duty treatment for certain goods from Haiti. The bill also includes a House-passed provision that would replace a $700 million cut to Medicare in 2024, originally proposed to help pay for TAA." The bill passed, 286 to 138. [HR 1295, Vote #388, 6/25/15; CQ News accessed 8/20/15]

**Perry Voted For Adopting A Rule In Order To Concur Senate Amendment To Extend TAA Programs And AGOA.** In June 2015, Perry voted for the "adoption of the resolution (H Res 338) that would make in order a motion to concur in the Senate amendment to the bill (HR 1295) that would extend Trade Adjustment Assistance



(TAA) programs that help U.S. workers harmed by trade agreements until 2021 and the African Growth and Opportunity Act (AGOA) through FY 2025." The rule was adopted 251-176. [H. Res. 338, Vote #386, CQ Floor Votes, 6/25/15]

**Perry Voted For Consideration Of Bill To Re-Authorize The Export-Import Bank.** In June 2015, Perry voted for consideration of a bill to re-authorize the Export-Import Bank. "The Democratic Previous Question would force a vote to re-authorize the Ex-Im Bank, ending Republicans' needless crisis." The previous question passed 243 to 181. A vote against the previous question would have allowed the bill to be considered. [H.Res. 333, Vote #379, 6/24/15]

**Perry Voted Against Concurring In Senate Amendment To Grant The President Trade Promotion Authority.** In June 2015, Perry voted against Trade Promotion Authority (TPA). "The House on Thursday took the first step toward resuscitating the White House's trade agenda by passing legislation granting President Obama fast-track authority … This is the second time in a week the House has voted to approve the controversial fast-track bill. On Friday, the House voted 219-211 in favor of fast-track, which would make it easier for Obama to complete a sweeping trans-Pacific trade deal … House Democrats have historically favored TAA, but they voted against it on Friday to kill fast-track, which is deeply opposed by unions and other liberal groups." The amendment passed 218 to 208. [HR 2146, Vote #374, 6/18/15; The Hill, 6/18/15]

**Perry Voted For Blocking Vote On Immediate Reauthorization Of Export-Import Bank.** In June 2015, Perry voted for blocking a vote to re-authorize the Export-Import bank. Congressional Republicans failed to take action and the bank's charter expired. [H Res 319, Vote #371, 6/17/15; USA Today, 7/1/15; House Democratic Leader – Previous Questions, accessed 7/8/15]

**Perry Voted For Concurring In Senate Amendment On Currency Manipulation To Trade Facilitation and Trade Enforcement Act.** In June 2015, Perry voted for an amendment that would "establish a center for coordinating federal government efforts to protect intellectual property from infringement, automate the processing of certain trade documents by the Customs and Border Protection agency, and establish processes for investigating whether foreign countries are directly or indirectly manipulating their currency to subsidize their exports … A bill opponent, Rep. Sander M. Levin, D-Mich., said its currency manipulation provisions had no substance and would not be enforceable, thereby putting millions of jobs at risk due to other countries using their undervalued currencies to undercut American companies." The amendment passed 240 to 190. [HR 644, Vote #363, 6/12/15; Citizen-Times, 6/19/15]

**Perry Voted Against Senate Amendment To Provide Trade Promotion Authority For Trade Agreements Negotiated By The Administration.** In June 2015, Perry voted against an amendment that would provide Trade Promotion Authority (TPA) for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment. However, due to Congress rejecting Trade Adjustment Assistance (TAA) in the vote immediately preceding, votes in favor of TPA were rendered largely irrelevant. "Republicans moved quickly to hold a vote on Trade Promotion Authority, but even though the bill received a majority of votes, it will not go to the president's desk because it does not match the Senate-passed package." The amendment passed 219 to 211. [HR 1314, Vote #362, 6/12/15; The Atlantic, 6/12/15]

**Perry Voted Against Extension Of Trade Adjustment Assistance (TAA)**. In June 2015, Perry voted against a "motion to concur in the Senate amendment to the bill that would provide Trade Promotion Authority for trade agreements negotiated by the administration, under which they would be considered by Congress under expedited procedures without amendment, and would extend Trade Adjustment Assistance programs to help displaced U.S. workers. The portion of the Senate amendment covered by the division would reauthorize, through June 30, 2021, trade adjustment assistance programs and alternative trade adjustment assistance for workers laid off because of the impact of foreign competition. Offsets would include an extension of certain customs fees and prevention of certain taxpayers with high levels of foreign income from receiving the refundable portion of the child tax credit." The motion failed 126-302. [HR 1314, Vote #361; CQ Floor Votes, 6/12/15]



**NYT: TAA Failing Would Cripple President Obama's Trade Agenda.** "Hours after President Obama made a dramatic, personal appeal for support, House Democrats on Friday thwarted his push to expand trade negotiating power — and quite likely his chance to secure a legacy-defining accord spanning the Pacific Ocean. In a remarkable blow to a president they have backed so resolutely, House Democrats voted to end assistance to workers displaced by global trade, a program their party created and has supported for four decades. That move effectively scuttled legislation granting the president trade promotion authority — the power to negotiate trade deals that cannot be amended or filibustered by Congress." [New York Times, 6/12/15]

**Perry Voted Against Adopt The Rule For Floor Consideration Of TPA.** In June 2015. Perry Voted Against the "Adoption of the rule (H Res 305) that would provide for House floor consideration of the Senate amendment to a package (HR 1314) of Trade Promotion Authority and Trade Adjustment Assistance legislation and provide for floor consideration of the Senate amendments to a customs enforcement measure (HR 644)." The rule was adopted 217-212. [H. Res. 305, Vote #359; CQ Floor Votes, 6/11/15]

**Perry Voted For Bill To Extend African Growth And Opportunity Act And Renew Generalized System Of Preferences.** In June 2015, Perry voted for a bill that would "provide a 10-year extension of the African Growth and Opportunity Act, renew the Generalized System of Preferences and extend certain programs dealing with duty-free treatment of Haitian textiles and apparel… The bill would provide offsets dealing with customs user fees, payment of corporate estimated taxes and penalties for businesses that fail to file correct tax and income information." The motion was agreed to, 397-32. [H.R. 1295, Vote #345, 6/11/15; CQ Floor Votes, 6/11/15]

**AGOA Lowers U.S. Tariffs On Exports For African Countries.** "The AGOA lowers U.S. tariffs on exports for beneficiary African nations to promote more long-term economic development, trade and investment." [AGOA Website, 4/16/15]

**GSP Provides Duty-Free Importation Of Goods From Developing Nations.** "The GSP, on the other hand, provides duty-free importation of more than 5,000 products from developing nations. The GSP expired in 2013, but the AGOA Extension and Enhancement Act would extend the program through 2017." [AGOA Website, 4/16/15]

**Perry Voted For Amendment To Prohibit Funds For Trade Agreement Negotiations Where The Terms Are Confidential.** In June 2015, Perry voted for an amendment to the Commerce, Justice, Science, and Related Agencies Appropriations Act that "prohibit[s] the use of funds to negotiate or enter into a trade agreement whose negotiating texts are confidential." The amendment failed 27-399. [HR 2578, Vote #282, 6/3/15]

**Perry Voted Against Amendment To Increase Funding For Hollings Manufacturing Extension Partnership By $11 Million.** In June 2015, Perry voted against an amendment increasing funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership program by $11 million in FY 2016. "House Vote 271 Fiscal 2016 Commerce-Justice-Science Appropriations — Manufacturing Extension Partnership. Esty, D-Conn., amendment that would increase funding for the National Institute of Standards and Technology's Hollings Manufacturing Extension Partnership program by $11 million and reduce funding for federal prison system buildings and facilities by $31 million." The amendment failed 213 to 214. [H.R. 2578, Esty Amendment, Vote #271, 6/2/15; CQ Bill Tracker, 6/2/15]

**Politifact: Program "Helps U.S. Manufacturing Firms Capitalize On Business Opportunities And Make Them More Competitive In The Global Markets."** During the 2008 presidential campaign, Barack Obama promised to double funding for the Hollings Manufacturing Extension Partnership, a program run by the U.S. Commerce Department that helps U.S. manufacturing firms capitalize on business opportunities and make them more competitive in the global markets." [Politifact, 9/30/11]

**Program Provided Business Information And Resources To U.S. Manufacturing Firms.** "The Hollings Manufacturing Extensions Partnership is part of the National Institute of Standards and Technology, which in turn falls under the U.S. Department of Commerce. The partnership, which consists of federal, state and local



organizations, provides business information and resources to U.S. manufacturing firms to make them more competitive in the global markets." [Politifact, 11/6/09]

**Perry Voted For Amendment Reducing Funding For International Trade Administration By $312 Million.** In June 2015, Perry voted for an amendment which would cut funding to the International Trade Administration by $312 million in FY 2016. "House Vote 270 Fiscal 2016 Commerce-Justice-Science Appropriations — International Trade Administration. McClintock, R-Calif., amendment that would reduce funding for the International Trade Administration by $312 million, with an increase of the same amount to the spending reduction account." [H.R. 2578, McClintock Amendment, Vote #270, 6/2/15; CQ Bill Track, 6/26/15]

> **Texas Republican Rep. Opposed Amendment Saying Cut Would Degrade "Ability To Fight Against 'Unfair Subsidies Given By Foreign Governments To Their Businesses That Cause American Workers To Lose Their Jobs."** "Funding trade promotion: The House has rejected an amendment sponsored by Rep. Tom McClintock, R-Calif., to the Commerce, Justice, Science, and Related Agencies Appropriations Act (H.R. 2578). The amendment would have eliminated $312 million of funding for trade promotion programs at the government's International Trade Administration. McClintock said trade promotion was the proper responsibility of private businesses, both individually and in trade associations, and taxpayers should not pay for the profits of private businesses. An amendment opponent, Rep. John Abney Culberson, R-Texas, said the funding cut would degrade the International Trade Administration's ability to fight against "unfair subsidies given by foreign governments to their businesses that cause American workers to lose their jobs." The vote, on June 2, was 154 yeas to 263 nays." [Citizens-Times, 6/5/15]

**Perry Voted For Blocking Consideration Of Bill To Re-Authorize Export-Import Bank.** In March 2015, Perry voted for blocking consideration of a bill to "force an immediate vote to re-authorize the Export-Import Bank, a self-funded agency that provides certainty and support to American businesses and creates American jobs." The previous question passed 233 to 181. A vote against the previous question would have allowed the bill to be considered. [H Res 152, Vote #126, 3/19/15; 114th Congress Previous Questions, 3/19/15]

## Transportation

**Perry Voted For A Requirement For The Transportation Department To Notify Congress Before Publically Announcing Competitive Grant Awards Of More Than $750,000.** In September 2016, Perry voted for a "Graves, R-Mo., motion to suspend the rules and pass the bill that would require the Transportation Department to notify certain congressional committees at least three business days before publically announcing the award of competitive grants with a value of $750,000 or more." The motion was agreed to 424 to 1. [HR 5977, Vote #539, 9/21/16; CQ, 9/21/16]

**Perry Voted For A Requirement For The Transportation Department To Evaluate The Effects Of Potential Construction On Air Navigation Facilities And Equipment.** In September 2016, Perry voted for a "Graves, R-Mo., motion to suspend the rules and pass the bill that would require the Transportation Department to evaluate proposed construction that could affect U.S. air navigation facilities and equipment, to also consider the potential effect on space navigation facilities, equipment, and space launches and reentries." The motion was agreed to 425 to 0. [HR 6007, Vote #538, 9/21/16; CQ, 9/21/16]

**Perry Voted For Five-Year Comprehensive Highway Funding Bill That Reauthorized Export-Import Bank And Reauthorized Amtrak.** In December 2015, Perry voted for adopting the conference report to "accompany the Surface Transportation Reauthorization and Reform Act (HR 22) that would reauthorize federal-aid highway and transit programs for five years, through FY 2020, at increased funding levels. The bill would transfer over $70 billion from the Treasury's general fund and other funds to cover projected shortfalls in the Highway Trust Fund and to fully fund the measure's estimated $305 billion cost. Further, the bill would reauthorize Amtrak, renew the charter for the Export-Import Bank, and roll back a reduction in the crop insurance program used as an offset in last month's two-year budget deal." The conference report was adopted, 359-65. [HR 22, Vote #673, 12/3/15; CQ Floor Votes, 12/3/15]



**Perry Voted For A Motion For House To Go To Conference With Senate On Six-Year Authorization Of Surface Transportation Programs.** In November 2015, Perry voted for a motion that "the House insist on the House amendment to the Senate amendment and request a conference on a bill (HR 22) that would provide a six-year authorization of surface transportation programs." The amendment passed 371 to 54. [H R 22, Vote #624, 11/5/15; CQ, 11/5/15]

**Perry Voted For Amendment Reauthorizing Surface Transportation Programs For Six Years, Turning It Into A Block Grant Program And Changing Environmental Reviews.** In November 2015, Perry voted for an amendment to the Fixing America's Surface Transportation (FAST) Act to adopt "the amendments adopted in the Committee of the Whole, including an amendment consisting of the text of the surface transportation reauthorization measure (HR 3763) approved by the House Transportation and Infrastructure Committee, with modifications. That amendment would reauthorize surface transportation programs for six years, with policy provisions including those that would change the Surface Transportation Program into a block grant program, create a new grant program for nationally significant freight and highway projects, and make a number of changes to the environmental review process. . Another amendment would liquidate the Federal Reserve's surplus funds and redirect that money to the General Fund. The House amendments did not affect a Senate move to reauthorize the Export-Import Bank." The amendment passed 363 to 64. [H R 22, Vote #623, 11/5/15; CQ, 11/5/15]

**Perry Voted Against Requiring Additional Information Be Displayed On Used Cars For Sale And Making Vehicle Safety Databases More Publicly Accessible.** In November 2015, Perry voted against an amendment, "that would require the Transportation secretary to make the National Highway Traffic Safety Administration's vehicle safety databases more publicly accessible and require certain additional information regarding vehicle history to be displayed on used cars for sale." The amendment failed 176-251. [HR 22, Vote #619, 11/5/15; CQ, accessed 1/7/16]

**Perry Voted Against An Amendment To Conduct A GAO Study On The Economic Impact Of Contract Negotiations At West Coast Ports.** In November 2015, Perry voted against an amendment to conduct a GAO study on the economic impact of contract negotiations at ports on the west coast. The amendment "request[ed] a GAO study on the economic impact of contract negotiations at ports on the west coast." The amendment failed 200 to 228. [HR 22, Vote #605, 11/4/15; On Agreeing to the Amendment, 11/4/15]

**Perry Voted Against An Amendment Commission A Study On The Safety Of Intrastate Teen Truck Drivers.** In November 2015, Perry voted against an amendment to replace the graduated commercial driver's license program language in the FAST act with a study on the safety of intrastate teen truck drivers. The "Amendment sought to strike the graduated commercial driver's license program language in the bill and replace it with a study on the safety of intrastate teen truck drivers." The amendment failed 181 to 248. [HR 22, Vote #604, 11/4/15; On Agreeing to the Amendment, 11/4/15]

> **Amendment Sought To Eliminate Pilot Program From The Bill That Would Allow Commercially Licensed Drivers To Drive Large Trucks On Interstate Highways At The Age Of 19 ½ Years; Current Minimum Age For Truck Drivers Was 21 Years.** "Voting 181 for and 248 against, the House on Nov. 4 refused to strip HR 22 (above) of a pilot program that would allow commercially licensed drivers as young as 19 ½ years to operate large trucks on the Interstate Highway System. The existing minimum age for truck drivers on interstates is 21 years. Amendment sponsor John Lewis, D-Ga., said 'young drivers may not have the experience needed to handle heavy, dangerous vehicles. Some follow too closely. Others go too fast and don't check their mirrors. Young drivers can use their brakes too much, and that is a real danger when handling an 80,000-pound truck.'" [Oshkosh Northwestern, 11/30/15]

**Perry Voted For An Amendment To Require Local Transit Organizations To Have A 1:1 Debt To Equity Ratio In Order To Qualify For Federal Funding.** In November 2015, Perry voted for an amendment to require local transit organizations to have a 1:1 debt to equity ratio in order to qualify for federal funding. The amendment



sought to "require local transit entity to have a debt to equity ratio of at least 1:1 in order to be eligible for federal funds." The amendment failed 116 to 313. [HR 22, Vote #603, 11/4/15; On Agreeing to the Amendment, 11/4/15]

**Perry Voted For An Amendment To Standardize Meal And Rest Break Laws For The Motor Carrier Industry Across All States.** In November 2015, Perry voted for an amendment to standardize meal and rest break laws for the motor carrier industry across all states. The "Amendment clarifies the intent of Congress and ensures that the motor-carrier industry can operate under one standard when engaging in commerce and pre-empts a patchwork of 50 different state meal and rest break laws to provide certainty for regional carriers doing business." The amendment passed 248 to 180. [HR 22, Vote #601, 11/4/15; On Agreeing to the Amendment, 11/4/15]

**Perry Voted Against An Amendment To Establish Program To Allow The Use Of Live Plant Materials For Road Side Maintenance.** In November 2015, Perry voted against an amendment to establish a program to allow the use of live plant materials for road side maintenance. The amendment sought to "to establish a program to permit the use of live plant materials for road side maintenance." The amendment failed 173 to 255. [HR 22, Vote #600, 11/4/15; On Agreeing to the Amendment, 11/4/15]

> **Amendment Would Have Allowed Companies To Contribute To Roadside Maintenance And Receive Public Thanks Through Roadside Corporate Logos Made Of Live Plants; Critics Labeled It Highway Commercialization.** "Under an amendment offered by Rep. Duncan Hunter, 10 states would be allowed to let companies contribute to roadside maintenance and be publicly thanked by setting up corporate logos made of live plant materials. The California Republican said the proposal would save his state millions of dollars annually in roadside maintenance costs and free up funds for other highway projects. DeFazio objected, saying the step would commercialize federal highway right-of-ways and open the door to additional advertising on interstate roads. Hunter expressed surprise. 'This is one of those things that I thought everybody would enjoy,' he said. 'It's environmentally friendly, it uses plants and flowers, and it doesn't cost anybody anything. This is one of those deals that I'm surprised is opposed by any member.' The amendment was rejected 173-255, with 121 Republicans and 134 Democrats opposed." [CQ Weekly, 11/13/15]

**Perry Voted Against An Amendment To Require State And Regional Transportation Proposals To Include Project Criteria And Descriptions Developed By States Rather Than Federal Government.** In November 2015, Perry voted against an amendment to require state and regional transportation proposals to include project criteria and descriptions that states developed instead of the federal government. The "Amendment sought to require State and regional transportation plans to include project descriptions and to score projects based on criteria developed by the State or the region, not the Federal Government." The amendment failed 171 to 252. [HR 22, Vote #599, 11/4/15; On Agreeing to the Amendment, 11/4/15]

> **Amendment Was Part Of Transportation Bill Aimed At Improving Roadways And Infrastructure.** "Congressional negotiators clinched a deal on Tuesday for a five-year, roughly $300 billion transportation bill that would inject badly needed investments into the nation's deteriorated highways and other infrastructure and also reopen the Export-Import Bank." [New York Times, 12/1/15]

> **Bill Did Not Raise The Gas Tax; Used Funds From The Federal Reserve And Back Taxes.** "Instead of raising the 18.4 cents per gallon gas tax, the bill relies on a variety of short-term financing provisions, including a requirement that the federal government use private collection agencies to recoup certain outstanding taxes, a provision that would allow the government to deny new passports to individuals owing more than $50,000 in back taxes, and the sale of 66 million barrels of oil from the Strategic Petroleum Reserve. The sale of oil is projected to generate $6.2 billion over 10 years, effectively pricing the oil at more than double the current price per barrel. Some of the money will come from the Federal Reserve. The bill cuts the Fed's annual dividend payments to large commercial banks, redirecting that money to highway construction. It also drains money from the Fed's rainy-day fund." [New York Times, 12/1/15]

**Perry Voted For Amendment Requiring Transportation Projects In Excess of $2.5 Billion To Establish Measures To Identify Potential Cost Overrun Causes.** In November 2015, Perry voted for an amendment to the



Fixing America's Surface Transportation (FAST) Act which would "require transportation 'megaprojects' - those estimated to cost at least $2.5 billion - that receive federal financial assistance to establish a peer review group and a comprehensive risk management plan to identify and monitor elements that could result in cost overruns or project delays." The amendment was rejected, 169 to 257. [H R 22, H Amdt. 773, Vote #596, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment Providing For States To Allow Livestock Hauling Vehicles Up To 95,000 Pounds With Permit Costs Limited To $200.** In November 2015, Perry voted for an amendment to the Fixing America's Surface Transportation (FAST) Act which would "provide for states to allow, by special permit, the operation of vehicles with a gross weight up to 95,000 pounds for hauling livestock. The cost of a permit could not exceed $200 annually." The amendment was rejected, 185 to 240. [H R 22, H Amdt 771, Vote #595, 11/4/15; CQ, 11/4/15]

**Perry Voted For Amendment That Would Have Banned Funding For Landscaping In Transportation Projects.** In November 2015, Perry voted for an amendment "to repeal the authority of the Secretary of Transportation to approve as part of the construction of federal-aid highways the costs of landscape and roadside development." "Representative Vicky Hartzler, Republican of Missouri, wanted an amendment that would prohibit the use of federal highway money for 'landscaping and beautification.' 'We should spend our federal highway dollars to improve our roads and bridges, not plant flowers,' Ms. Hartzler declared. Noting that between 1992 and 2013 about $1.3 billion was spent on landscaping, while 61,000 bridges were classified as structurally deficient, she added, 'This is outrageous.'" The amendment failed, 172 to 255. [HR 22, H Amdt. 769, Vote #594, 11/4/15; New York Times, 11/5/15]

**Perry Voted Against Amendment That Would Have More Equitably Divided Transportation Money For U.S. Territories.** In November 2015, Perry voted against an amendment that "was an attempt to distribute territorial highway funds more equitably among the islands. That, by using objective benchmarks like highway miles, population and traffic to allocate a limited pot of money—currently about 40-million dollars, divided 10-percent each for the NMI and American Samoa, 40-percent each for Guam and the VI." The amendment failed, 113 to 310. [HR 22, H Amdt. 766, Vote #593, 11/3/15; PNC News, 11/6/15]

**Perry Voted Against Amendment To Require Transportation Secretary To Conduct Reviews Of Pipeline Transportation Infrastructure Project If Requested By State Or Tribe.** In November 2015, Perry voted against an amendment "that would require the Transportation secretary to conduct a safety review of pipeline transportation infrastructure project if requested by a state or tribal government." The amendment failed, 160 to 263. [HR 22, Vote #590, 11/3/15; CQ, 11/3/15]

**Perry Voted For Amendment To Establish National Advisory Committee On Travel And Tourism Infrastructure.** In November 2015, Perry voted for an amendment "that would require the establishment of a National Advisory Committee on Travel and Tourism Infrastructure to advise the Transportation secretary on infrastructure issues and funding needs related to the use of the intermodal transportation network in facilitating travel and tourism, identify critical transportation facilities and corridors, and other duties." The amendment passed, 216 to 207. [HR 22, Vote #589, 11/3/15; CQ, 11/3/15]

**Perry Voted For Amendment To Allow States To Permit 6-Axle Trucks In Excess Of 80,000 Lbs To Drive On Interstate Highways.** In November 2015, Perry voted for an amendment "that would allow states to permit trucks on their interstate highways that exceed the current weight limit of 80,000 pounds. Trucks would need to be equipped with a sixth axle and could not exceed a gross weight of 91,000 pounds." The amendment failed, 187 to 236. [HR 22, Vote #588, 11/3/15; CQ, 11/3/15]

**Perry Voted Against Amendment To Expand Congestion Mitigation And Air Quality Improvement Program To Include Projects Like Bikeshare & Carpool Programs.** In November 2015, Perry voted against an amendment "that would expand the eligibility of the Congestion Mitigation and Air Quality Improvement program to include projects that use innovative mobility technologies to provide alternatives to driving alone, such as


bikeshare and carpool programs, that are shown to reduce vehicle miles travelled or improve air quality." The amendment failed, 181 to 237. [HR 22, Vote #586, 11/3/15; CQ, 11/3/15]

**Perry Voted Against Three Month Funding Patch For The Highway Trust Fund And Veterans Affairs Department.** In July 2015, Perry voted against "a three-month extension of highway funding Wednesday, just two days before the Highway Trust Fund was set to run out of money to help states build roads, bridges, and mass transit projects." The bill "also would authorize the Veterans Affairs Department (VA) to use $3.4 billion to pay for veteran care through non-VA providers and instruct the VA to consolidate all non-VA programs into a single program." The bill passed 385 to 34. [HR 3236, Vote #486, 7/29/15; USA Today, 7/29/15; CQ, 7/29/15]

**Perry Voted For Blocking Consideration Of Long-Term Transportation Bill That Would Fund Domestic Infrastructure By Prohibiting Corporations From Moving Overseas To Avoid Taxes.** In July 2015, Perry voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs.  The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." The previous question carried, 240-167. A vote against the previous question was to force the vote on long-term transportation funding. [H Res 380, Vote #470, 7/28/15; Democratic Leader – Previous Questions, 2/3/15]

**Perry Voted For Blocking Consideration Of A Long Term Transportation Bill.** In July 2015, Perry voted for to block consideration of a vote to "re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs." The previous question carried, 239-167. A vote against the previous question was to force the vote on a long term transportation bill. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

    **Bill Would Also Target Corporations Moving Abroad To Avoid Paying Taxes, Instead Reinvest Money In Transportation Improvements.** The bill also intended to "stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on a bill to stop corporations moving abroad to avoid paying taxes. [H Res 369, Vote #450, 7/22/15; Democratic Leader – Previous Questions, 7/22/15]

**Perry Voted Against $8.1 Billion Short-Term Highway Funding Extension.** In July 2015, Perry voted against a bill that "would reauthorize federal-aid highway and transit programs through Dec. 18, 2015 and would transfer $8.1 billion in funding from the Treasury to the Highway Trust Fund to cover projected trust fund shortfalls over that time. The measure completely offsets the cost of the proposed funding transfer by extending for two years the current budgetary treatment of Transportation Security Administration (TSA) fees as mandatory savings and through several tax compliance provisions." The bill passed by a vote of 312-119. [HR 3038, Vote #441, 7/15/15; CQ Floor Votes, 7/15/15]

**Perry Voted For Blocking Consideration On A Vote To Re-Authorize A Long-Term Transportation Bill And To Crack Down On Corporations That Avoid Taxes By Moving Overseas.** In July 2015, Perry voted for blocking consideration on "a vote to re-authorize a long-term Transportation Bill that provides 6 years of funding so states and localities can address critical infrastructure needs.  The bill would also stop corporations that seek to move abroad to avoid paying their taxes and use that money for transportation improvements here in America." A vote against the previous question was to force the vote on the long-term Transportation bill and the crackdown on corporations that move overseas to avoid paying taxes. The motion to order the previous question passed, 245 to 182. [H Res 362, Vote #438, 7/15/15; Democratic Leader – Previous Questions, 7/15/15]

**Perry Voted For FY16 Transportation-HUD Appropriations Bill That Slashed Amtrak Funding By $242 Million, Cut Housing Assistance & Rehabilitation.** In June 2015, Perry voted for the FY16 Transportation-HUD Appropriations. "[The bill] cut Amtrak's budget by $242 million … falls short of Obama's request for housing subsidies for the poor, which the administration says is lengthening waiting lists for rent vouchers … cut funding to rehabilitate housing projects by almost $200 million to $1.7 billion, and would offer just $20 million to Choice



Neighborhoods grants to help cities rebuild poor neighborhoods, a 75 percent cut from current spending … The measure also seeks to reverse Obama administration steps to greatly ease travel restrictions to Cuba." The bill passed by a vote of 216-210. [HR 2577, Vote #329, 6/9/15; Associated Press, 6/9/15]

**Perry Voted Against Motion Authorizing $6 Million For Positive Train Control Systems, Technology That Could Have Prevented Deadly 2014 Amtrak Crash.** In June 2015, Perry voted against a motion to recommit the FY16 Transportation-HUD Appropriations bill. "[The motion] intended to help give Amtrak funds to pay for positive train control technology, a safety upgrade that the National Transportation Safety Board said could have prevented the May 12 derailment of a passenger train near Philadelphia that killed 8 and injured more than 200. The motion offered a $6 million increase in capital and debt service grants to Amtrak, offset by a decrease in the Office of Lead Hazard Control and Healthy Homes Information Technology Fund." The motion was rejected by a vote of 181-244.  [HR 2577, Vote #328, 6/9/15; Congressional Quarterly News, 6/9/15]

**Perry Voted For Amendment To Prohibit New Start Grant Funding Be Used For Upgrades To Improve Usability Of Transit Projects.** In June 2015, Perry voted for an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used to carry out any enrichment for any New Start grant request, including improvements to a transit project like a sidewalk, paths, plazas, lighting, and signage. The amendment was rejected by a vote of 212-214. [HR 2577, Vote #325, 6/9/15; CQ Floor Votes, 6/9/15; Congressional Record, 6/9/15]

**Perry Voted For Amendment Requiring Grant Funding To The Northeast Corridor Match The Line's Prior Year Profits Before Amtrak Funding Can Be Distributed To Other Parts Of The Country.** In June 2015, Perry voted for an amendment to the FY16 Transportation-HUD Appropriations bill that prohibit the use of funds for Amtrak capital grants may be used for projects off the Northeast Corridor until the level of capital spending by Amtrak for capital projects on the Northeast Corridor during fiscal year 2016 equals the amount of Amtrak's profits from Northeast Corridor operations during FY 2015. The amendment was rejected by a vote of 199-227. [HR 2577, Vote #322, 6/9/15; Congressional Record, 6/9/15]

**Perry Voted For Baring Funds From Being Used By The FAA For Bio-Data Assessment In Air Traffic Control Specialist Hiring.** In June 2015, Perry voted for an amendment to a DOT and HUD appropriations bill that would "bar funds from being used by the Federal Aviation Administration for the bio-data assessment in the hiring of air traffic control specialists." The amendment was adopted 240-186**.** [HR 2577, Vote #321, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted Against Blocking DOT Funding For Making Loans Over $600 Million For Rail Projects.** In June 2015, Perry voted against an amendment to a DOT and HUD appropriations bill that would "bar funding for the Transportation Department to make a loan under the Railroad Revitalization and Regulatory Reform Act that exceeds $600 million." The amendment was rejected 134 to 287. [HR 2577, Vote #318, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For Blocking DOT From Financing Rail Projects With Top Speeds Under 150MPH.** In June 2015, Perry voted for an amendment to a DOT and HUD appropriations bill that would "bar funding for the Transportation Department to authorize exempt facility bonds to finance passenger rail projects that cannot attain the speech[sic] of 150 mph." The amendment was rejected 148-275. [HR 2577, Vote #317, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted Against Requiring The FAA To Allow Bob Hope Airport To Impose Curfew.** In June 2015, Perry voted against an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "require the Federal Aviation Administration to allow the Bob Hope Airport in Burbank, Calif., to impose a curfew on flights." The amendment was rejected 157-266. [HR 2577, Vote #316, 6/9/15; CQ Summary, 6/9/15]


**Perry Voted Against Requiring The FAA To Allow Bob Hope Airport To Impose Curfew.** In June 2015, Perry voted against an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "require the Federal Aviation Administration to allow the Bob Hope Airport in Burbank, Calif., to impose a curfew on flights." The amendment was rejected 157-266. [HR 2577, Vote #316, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For An Amendment To Bar Funding For Any Amtrak Route With Operating Costs Exceeding Twice Its FY 2014-18 Five Year Plan Funding.** In June 2015, Perry voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for Amtrak to operate any route for which the operating costs exceed two times its revenues based on Amtrak's FY 2014-18 Five Year Plan from April 2014." The amendment was rejected 186-237. [HR 2577, Vote #315, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For Amendment To Bar Funding On The Amtrak Route With The Highest Loss Per Rider— New Orleans To LA.** In June 2015, Perry voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for Amtrak on the route with the highest loss, measured by the loss per rider. It would eliminate the 'Sunset Limited' line from New Orleans to Los Angeles" The amendment was rejected 205-218. [HR 2577, Vote #314, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For Amendment Blocking Funding For Orlando To Miami Passenger Rail Line Through Indian River County.** In June 2015, Perry voted for an amendment to a Department of Transportation and Department of Housing and Urban Development appropriations bill that would "bar funding for the Transportation Department to finance a new passenger rail project that runs from Orlando to Miami through Indian River County, Fla." The amendment was rejected 163-260. [HR 2577, Vote #313, 6/9/15; CQ Summary, 6/9/15]

**Perry Voted For Baring Funding For Rule Meant To Reduce The Probability Of Train Accidents Involving Trains Carrying Flammable Liquids.** In June 2015, Perry voted for an amendment barring funding for a rule that is "designed to reduce the consequences and, in some instances, reduce the probability of accidents involving trains transporting large quantities of flammable liquids." The amendment failed 136 to 286. [HR 2577, Vote #312, 6/9/15; CQ Floor Votes, 6/9/15; Federal Register, 5/8/15]

**Perry Voted For Decreasing Funding For Transportation, Housing and Urban Development By One Percent.** In June 2015, Perry voted for an amendment that would "reduce spending by 1 percent to all accounts," in the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2016. The amendment failed 163 to 259. [HR 2577, Vote #310, 6/9/15; CQ Floor Votes, 6/9/15]

**Perry Voted Against Additional $3 Million In Additional Funding For Federal Railroad Safety.** In June 2015, Perry voted against an amendment that would "reduce by $3 million funding for the Federal Aviation Administration's operations account, with the reduction targeted at funding for staff offices, and provide an additional $3 million for the Federal Railroad Administration's safety and operations account." The amendment failed 184 to 230. [HR 2577, Vote #308, 6/4/15; CQ Floor Votes, 6/4/15]

**Perry Voted For Amendment That Slashed More Than $280 Million In Funding For Amtrak.** In June 2015, Perry voted for an amendment cutting $288 million in Amtrak operating grants. "The House on Thursday rejected a conservative lawmaker's push to impose steep cuts on Amtrak's budget a month after a fatal derailment near Philadelphia. The annual appropriations measure for the Department of Transportation contains $1.13 billion for Amtrak, down from the current $1.4 billion level. Rep. Mo Brooks (R-Ala.) offered two amendments to slash Amtrak funding further. His first proposal, rejected 143-283 with 99 Republicans in opposition, would eliminate all $288.5 million for Amtrak operating grants." The amendment failed, 190 to 232. [HR 2577, Amendment #20, Vote #303, 6/4/15; The Hill, 6/4/15]



**Perry Voted For Increasing Safety Funding By Nearly $17 Million For Existing Rail Lines.** In June 2015, Perry voted for an amendment increasing funding for the Federal Railroad Administration's safety and operations account by $16,930,000 in order to improve safety on existing rail lines and reduce funding for FRA capital investment grants by $83 million. "The U.S. House on Thursday rejected an effort by Rep. Scott Garrett to use some money earmarked for new transit projects to improve safety on existing lines instead. By a vote of 266-160, the House defeated Garrett's attempt to amend the transportation spending bill and transfer $17 million to the Federal Railroad Administration's safety account from the funds earmarked for new construction." The amendment failed, 160 to 266. [HR 2577, Amendment #18, Vote #302, 6/4/15; NJ.com 6/5/15]

**Perry Voted Against Amendment Increasing Insurance Requirements For Commercial Vehicles.** In June 2015, Perry voted against an amendment that would remove a section of the bill that would bar funds from being used to develop, issue or implement regulations that increase the minimum financial responsibility for transporting passengers or property by commercial motor vehicles. The amendment failed, 176 to 247. [HR 2577, Amendment #16, Vote #301, 6/4/15; CQ, 6/4/15]

**Perry Voted For Preventing Local Officials From Working With The Department Of Transportation To Reduce Motorcycle Fatalities.** In June 2015, Perry voted for an amendment to the Transportation And HUD Appropriations Bill that would remove language from the bill that would allow the Transportation secretary to engage in activities with states and state lawmakers to consider proposals related to reducing motorcycle fatalities. The amendment passed, 235 to 189. [HR 2577, Amendment #9, Vote #299, 6/4/15; CQ, 6/4/15]

**Perry Voted For Amendment Eliminating Discretionary Funding For Essential Air Service Program.** In June 2015, Perry voted for an amendment that would eliminate discretionary funding for the Essential Air Service (EAS) program and increase the spending reduction account by $155 million, the amount that the underlying bill would provide in discretionary funding for the EAS program. The amendment, failed 166 to 255. [HR 2577, Amendment #8, Vote #298, 6/4/15; CQ, 6/4/15]

**Perry Voted Against Amendment To Authorize $750 Million In Positive Train Control That Could Have Prevented Amtrak Collision.** In May 2015, Perry voted against an amendment to authorize $750 million in positive train control. "House Democrats wanted increased funding for an automated train control system that could have prevented last week's deadly Amtrak crash included in a surface transportation bill being voted on Tuesday. . . . A spokesman for House Minority Leader Nancy Pelosi (D-Calif.) said Democrats were offering a motion to recommit on the road and transit measure that the House is voting on Tuesday that would boost the federal government's funding for the automated train control system to $750 million." [The Hill, 5/19/15; HR 2353, Vote #248, 5/19/15]

## Veterans

**Perry Voted For Expanding Services To Veterans.** In December 2016, Perry voted for the "Roe, R-Tenn., motion to suspend the rules and pass the bill that would modify numerous programs at the Veterans Affairs Department, including those related to health care, education benefits, homeless veterans and construction. The measure would expand certain services at the Veterans Health Administration and would give Medal of Honor recipients top priority for enrolling in the VA health care system; would authorize the appropriation of $531 million for the major projects account within the VA construction account; would provide for potential future VA research projects concerning the effects of toxic exposure on veterans' descendants; would change the VA definition of "homeless veteran" to include individuals fleeing domestic violence; and would make claims appeal wait times available to the public." The motion passed 419 to 0. [H.R. 6416, Vote #606, 12/6/16; CQ, 12/6/16]

**Perry Voted For Requiring The FCC To Report To Congress On Promoting Broadband Internet Access To Veterans.** In December 2016, Perry voted for the "Latta, R-Ohio, motion to suspend the rules and pass the bill that would require the Federal Communications Commission to report to Congress on the promotion of broadband internet access services to veterans. The report would be required to focus on veterans with low-incomes and on veterans residing in rural areas." The motion passed 411 to 4. [H.R. 6394, Vote #604, 12/6/16; CQ, 12/6/16]



**Perry Voted For Allowing Veterans Who Had Taxes Improperly Withheld From Severance Payments To Recoup Those Losses.** In December 2016, Perry voted for the "Brady, R-Texas, motion to suspend the rules and pass the bill that would allow veterans who had taxes improperly withheld from severance payments for combat-related injuries to recoup such funds. The measure would require that the Defense Department identify, and subsequently notify, veterans to whom the department paid severance after Jan. 17, 1991, and would require the department to provide instructions for filing amended tax returns to recoup funds improperly withheld. The Defense Department would also be required to ensure the prevention of such improper withholdings in the future." The motion passed 392 to 0. [H.R. 5015, Vote #601, 12/5/16; CQ, 12/5/16]

**Perry Voted For Requiring The Federal Government To Provide Information To Veterans On Transferring Course Credit Between Universities.** In November 2016, Perry voted for the "Miller, R-Fla., motion to suspend the rules and pass the bill that would direct the Veterans Affairs Department and the Labor Department to provide information to veterans and servicemembers about the transfer of educational credits between institutions of higher learning when the departments provide educational and vocational counseling to veterans, and would require the VA to inform student veterans about vocational and educational counseling opportunities." The motion passed 411 to 3. [H.R. 5047, Vote #591, 11/30/16; CQ, 11/30/16]

**Perry Voted For Allowing Deceased Medal Of Honor Recipients To Be Noted As Such Even if Buried In A Private or State Cemetery.** In November 2016, Perry voted for "Miller, R-Fla., motion to suspend the rules and pass the bill that would require the Department of Veterans Affairs to provide new headstones or markers to indicate a deceased veteran's status as a Medal of Honor recipient if the veteran is buried in a private or state cemetery." The motion passed 401 to 0. [H.R. 4757, Vote #589, 11/29/16; CQ, 11/29/16]

**Perry Voted Against The FY2017 Continuing Resolution To Authorize $82 Billion In Discretionary Funding For The VA.** In September 2016, Perry voted against the FY2017 Continuing Resolution that authorized "$82.3 billion in discretionary funding for the Veterans Affairs Department, military construction and military housing in fiscal 2017. It also would fund other government operations through Dec. 9, 2016, at roughly 0.5 percent less than fiscal 2016 levels" The bill passed 342 to 85. [H.R. 5325, Vote #573, 9/28/16; CQ, 9/28/16]

**Perry Voted For To Rename A Veterans Affairs Clinic To "PFC James Dunn VA Clinic."** In September 2016, Perry voted for a "Lamborn, R-Colo., motion to suspend the rules and pass the bill that would designate the community-based outpatient clinic of the Department of Veterans Affairs in Pueblo, Colo., as the 'PFC James Dunn VA Clinic.'" The motion was agreed to 423 to 0. [S 3283, Vote #567, 9/28/16; CQ, 9/28/16]

**Perry Voted For Requiring The Department Of Veterans Affairs To Improve The Veterans Crisis Line So All Calls Received Are Answered.** In September 2016, Perry voted for a "Miller, R-Fla., motion to suspend the rules and pass the bill that would require the Department of Veterans Affairs (VA) to identify, develop, and report to Congress on performance metrics and objectives related to improving the effectiveness of the Veterans Crisis Line (VCL), and would require the VA to develop a plan to ensure that all communications received by the VCL would be answered in a timely fashion." The motion was agreed to 357 to 0. [HR 5392, Vote #558, 9/28/16; CQ, 9/26/16]

**Perry Voted For Passage Of The VA Accountability First And Appeals Modernization Act.** In September 2016, Perry voted for "passage of the bill that would expand the Veterans Affairs Department's (VA's) ability to fire employees for misconduct, would provide three new options for appealing VA benefits decisions, and would modify the disciplinary process for Senior Executive Service employees at the VA. The measure would authorize the VA to recoup any bonus paid to a VA employee if the VA deems it appropriate, and it would require that the employee be given advance notice and the right to appeal the decision. The measure also would establish a minimum 14-day suspension as punishment for whistleblower retaliation at the VA." The bill passed, 310 to 116. [HR 5620, Vote #519, 9/14/16; CQ Floor Vote, 9/14/16]



**Perry Voted Against A Motion To Recommit The Bill With Instructions To Use Gender-Neutral Terminology.** In September 2016, Perry voted against an "motion to recommit the bill to the House Veterans Affairs Committee with instructions to report it back immediately with an amendment that would remove instances of 'opposite sex' from the definition of 'spouse' as it relates to veterans benefits. The amendment would replace the term with gender-neutral phrases." The motion failed 185 to 239. [HR 5620, Vote #518, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted For An Amendment Allowing The VA To Also Use Hearing Aid Specialists.** In September 2016, Perry voted for an "amendment that would allow the Veterans Affairs Department to use licensed hearing aid specialists to provide supplemental, non-medical care to veterans and would require an annual report on VA hearing health services." The amendment was adopted, 423 to 1. [HR 5620, Vote #517, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted For An Amendment Allowing The VA To Furnish And Modify Rehabilitative Equipment To Veterans With Prosthetics.** In September 2016, Perry voted for an "amendment that would allow the Veterans Affairs Department to furnish rehabilitative equipment to veterans entitled to prosthetic appliances, and it would allow the VA to modify non-rehabilitative equipment owned by a qualifying veteran at the veteran's request. The amendment would require an annual report to Congress on the equipment modified and furnished by the VA." The amendment was adopted, 421 to 0. [HR 5620, Vote #516, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted For An Amendment Designating Members Of The Reserves Who Are Entitled To Retired Pay As Veterans.** In September 2016, Perry voted for an "amendment that would allow members of the reserve components of the military who are entitled to retirement pay for their service to be designated as veterans, but such individuals would receive no additional benefits from the designation." The amendment was adopted, 421 to 1. [HR 5620, Vote #515, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted For An Amendment Extending The VA's Authority For The Performance Of Medical Disability Evaluations By Contract Physicians.** In September 2016, Perry voted for an "amendment that would extend, through Dec. 2017, the Veterans Affairs Department authority for contract physicians to perform medical disability evaluations." The amendment was adopted, 426 to 0. [HR 5620, Vote #514, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against An Amendment Expediting The Removal Of Senior VA Executives.** In September 2016, Perry voted against an "amendment that would replace the bill's provisions related to the removal of Veterans Affairs Department Senior Executive Service employees with an alternative process to expedite the removal or demotion of a member of the Senior Executive Service. It also would require the establishment of a performance management system for evaluating members of the Senior Executive Service." The amendment failed, 183 to 236. [HR 5620, Vote #513, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against An Amendment Allowing The Secretary To Suspend Any VA Employee Without Pay Whose Performance Or Misconduct Threatens Public Health Or Safety.** In September 2016, Perry voted against an "amendment that would replace the bill's process for the expedited removal of Veterans Affairs Department (VA) employees with provisions that would give the VA the authority to immediately suspend without pay any employees who are clear and direct threats to public health or safety." The amendment failed 184 to 240. [HR 5620, Vote #512, 9/14/16; CQ Floor Vote, 9/14/16]

**Perry Voted Against An Amendment Removing All Of The Bill's Accountability Provisions.** In September 2016, Perry voted against an "amendment that would remove all of the bill's sections except those related to overhauling the Veterans Affairs Department (VA) disability benefits decision appeals process. The amendment would remove the bill's provisions related to VA employee misconduct." The amendment failed 173 to 250. [HR 5620, Vote #511, 9/14/16; CQ Floor Vote, 9/14/16]



**Perry Voted For Providing For The Removal Of Department Of Veterans Affairs Employees Based On Performance Or Misconduct.** In September 2016, Perry voted for a "motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 859) that would provide for House floor consideration of the bill (HR 5620) that would expand the Veterans Affairs Department's ability to fire employees for misconduct and would provide three new options for the appeal of VA benefits decisions." According to the Democratic Minority Leader, "The Democratic Previous Question would urge the House to vote on the full $1.9 billion emergency supplemental request needed to protect American families." The motion was agreed to 237 to 170. [H RES 859, Vote #498, 9/13/16; CQ Floor Vote, 9/13/16; Democratic Leader News, 9/13/16]

**Perry Voted Against Prohibiting The Revision Of Any Policy Or Directive Related To Hiring Preferences For Veterans Of The Armed Forces.** In July 2016, Perry voted against "Gallego, D-Ariz., amendment that would prohibit funds from being used to revise any policy or directive related to hiring preferences for veterans of the Armed Forces." The amendment was adopted in Committee of the Whole 409-14. [H Amdt 1270 to HR5485, Vote #395, 7/7/16; CQ Floor Votes, 7/7/16]

**Perry Voted For The Conference Report Providing Funding For The Veterans' Affairs Department.** In June 2016, Perry voted for adoption "of the conference report on the bill that would provide $189.6 billion in fiscal 2017 for the Veterans Affairs Department, military construction and military housing. The total would include $82.5 billion in discretionary funding and $172 million in Overseas Contingency Operations funding. The Veterans Health Administration's medical services account would receive a total of $52.8 billion for fiscal 2017. It would provide $7.7 billion for military construction and $1.3 billion for family housing. The conference report would provide $66.4 billion in advance appropriations for certain VA medical accounts for fiscal 2018. In addition, the conference report would provide $1.1 billion in supplemental funding to combat the Zika virus, including $476 million for the Centers for Disease Control. The conference report would offset $750 million of the Zika funding by rescinding previously appropriated but unobligated funds, including $107 million of previously appropriated funding to combat the Ebola outbreak and $543 million that was provided under the 2010 health care law to create health care exchanges in U.S. territories." The bill passed 239-171. [HR 2577, Vote #342, 6/23/16; CQ Floor Votes, 6/23/16]

**Perry Voted For Legislation To Offer A Percentage Of Construction Jobs Related To Federal Transportation Projects To Veterans.** In November 2015, Perry voted for legislation requiring "states to offer a percentage of construction jobs related to transportation projects to veterans." "The measure, which is sponsored by Reps. Mike Fitzpatrick (R-Pa.), Cheri Bustos (D-Ill.) and Don Young (R-Alaska), calls for states that receive federal money for transportation projects to included veteran-owned businesses in their contracting processes. The sponsors said the measure, which has been dubbed the 'Fairness to Veterans for Infrastructure Investment Act' (H.R. 1694), would 'level the playing field in federal contracting for veteran-owned businesses by providing veterans access to existing preferences authorized for transportation projects.'" On a "motion to suspend the rules and pass" by a 2/3 vote, the bill passed the House, 285 - 138. [HR 1694, Vote #631, 11/17/15; The Hill, 4/8/15]

**Perry Voted For Amendment Expressing Sense Of Congress That The Federal Gas Tax Should Be Reduced By "About 15 Cents" Per Gallon From 18.4.** In November 2015, Perry voted for "an amendment that called for sharply reducing the 18.4-cents-per-gallon gas tax that is traditionally used to pay for federal transportation projects and transferring authority for most infrastructure projects to states. The nonbinding amendment, from Rep. Ron DeSantis (R-Fla.), sought to establish a 'sense of Congress' that lawmakers think the gas tax should be reduced by about 15 cents to allow states to play a bigger role in transportation funding. The amendment was defeated in an 118-310 vote on Wednesday evening." The amendment failed, 118 to 310. [H.R. 22, Amendment #69, Vote #606, 11/4/15; The Hill, 11/4/15]

**Perry Voted For Cutting Workplace Protections For Department Of Veterans Affairs Employees.** In July 2015, Perry voted for a bill cutting "workplace protections for Department of Veterans Affairs employees and extend their probationary period, making it easier to fire new staffers … In a statement the day before the vote, the White House said the legislation would create 'a disparity in the treatment of one group of career civil servants. The centerpiece of the bill is a provision that allows a VA employee to be removed from Federal service or



demoted without the opportunity to appeal that decision to the full Merit Systems Protection Board' (MSPB), as most other federal workers can." The bill passed 256 to 170. [HR 1994, <u>Vote #489</u>, 7/29/15; Washington Post, <u>7/29/15</u>]

**Perry Voted Against Protecting Whistleblowers At The Department Of Veterans Affairs.** In July 2015, Perry voted against a motion to protect VA whistleblowers "who strive to ensure public health and safety, and are willing to expose discrimination and malfeasance, from being fired at will." The motion failed 184 to 241. [HR 1994, <u>Vote #488</u>, 7/29/15; Democratic Leader – 114th Congress Motions to Recommit, <u>7/29/15</u>]

**Perry Voted Against Allowing The Department of Veterans Affairs To Immediately Suspend Employees Without Pay For Threatening Public Health Or Safety.** In July 2015, Perry voted against an amendment granting the Veterans Affairs Department the authority to suspend without pay any employee whose performance or misconduct threatens public health and safety. Rep. Mark Takano, sponsor of the amendment in the nature of a substitution said during debate on the House floor, "My substitute would mean that, if a VA employee's behavior threatened veterans' health or safety, VA could immediately fire that employee. Current law only allows VA to ask such an employee to leave work while still receiving pay.  My substitute would also cap paid administrative leave at 14 days so VA employees would not sit at home and collect a paycheck while fighting a disciplinary action. My substitute would shield our bold VA whistleblowers by protecting existing laws and requiring the VA to backpay any whistleblower unjustly fired for reporting wrongdoing." The substitute amendment failed, 191 to 233. [HR 1994, <u>Vote #487</u>, 7/29/15; H.Amdt.693, <u>7/29/15</u>]

**Perry Voted For MilCon-VA Appropriations Bill That Underfunded VA By More Than $1 Billion, Impacting 70,000 Veterans.** In April 2015, Perry voted for legislation that would underfund the VA and impact veterans' health care, medical research, education, and cemeteries.  "Addressing the Democrats at a closed-door caucus meeting in the Capitol Wednesday, VA Secretary Robert McDonald warned the lawmakers that the GOP's $77 billion bill funding the department and military construction projects in fiscal 2016 falls short of the resources needed to provide health and other services to the nation's veterans. Relaying McDonald's message, Rep. Xavier Becerra (Calif.), chairman of the Democratic Caucus, said the GOP's bill would scale back health benefits for roughly 70,000 veterans, while also denying funds for medical research, education and veterans' cemeteries … Passed with bipartisan support by the House Appropriations Committee last week, the bill provides a 5.6 percent increase for the VA over 2015 levels, but falls more than $1 billion shy of the figure President Obama had included in his 2016 budget request." The bill passed 225 to 163. [HR 2029, <u>Vote #193</u>, 4/30/15; The Hill, <u>4/29/15</u>]

**Perry Voted Against Amendment To Increase VA Funding For Veterans Medical Services By $15 Million.** In April 2015, Perry voted against a motion that would have added $15 million to VA funding for veterans medical services.  The motion failed 181 to 236. [HR 2029, <u>Vote #192</u>, Motion to Recommit with Instructions, <u>4/30/15</u>]

**Perry Voted For Amendment To Allow VA Doctors To Talk To Patients About Medical Marijuana As A Treatment Option.** In April 2015, Perry voted for an amendment that would allow doctors at the VA to talk to patients about the use of medical marijuana as a treatment option. "The House rejected a proposal Thursday to allow doctors at Department of Veterans Affairs hospitals to discuss the use of medical marijuana with patients … Medical marijuana is legal in more than 30 states and the District of Columbia. But VA doctors are prohibited from completing patient forms seeking recommendations or opinions regarding medical marijuana to treat conditions like post-traumatic stress disorder (PTSD) … Lawmakers from both parties argued veterans should at least be able to receive recommendations from their doctors about the drug's merits. They stressed the amendment wouldn't force doctors to recommend medical marijuana or authorize marijuana possession at VA facilities." The amendment failed to pass 210 to 213. [HR 2029, <u>Vote #188</u>; On Agreeing to the Amendment, <u>4/30/15</u>; The Hill, <u>4/30/15</u>]

**Perry Voted For Amendment To Increase Veterans Affairs Department Budget By $1.5 Billion.** In April 2015, Perry voted for the Dent, R-Pa., point of order that the Bishop, D-Ga., amendment addresses sections of the bill that have not yet been read, and is consequently out of order. The Bishop amendment would increase various spending levels in accounts within the Veterans Affairs department. The ruling of the chair was sustained by a vote of 237-180. [HR 2029, <u>Vote #178</u>, 4/29/15; CQ Floor Votes, 4/29/15; Congressional Record, <u>4/29/15</u>]



**Perry Voted For Blocking Consideration Of Bill To Accelerate Skills Training For US Veterans.** In February 2015, Perry voted for blocking consideration of H.R. 344, a bill to "to carry out a five-year pilot program (to be known as the Veterans Manufacturing Employment Program) to award competitive grants to three states for the establishment and administration of a State Manufacturing Employment Program to make grants to manufacturing employers and labor-management organizations that provide training, on-job training, apprenticeships, and certification classes to eligible veterans." The previous question passed, 242 to 183. A vote against the previous question would have allowed the bill to be considered. [H.RES.78, Vote #59, 2/4/15; CRS Summary, 1/14/15]

**Perry Voted For Bill To Help Prevent Veteran Suicide.** In January 2015, Perry voted for a bill that would "designed to launch new community outreach efforts and recruit more psychiatrists to slow the nation's estimated 22 veterans suicides each day … The Clay Hunt Suicide Prevention bill, named for a Marine veteran activist who took his own life in 2011, would require an annual evaluation of VA suicide prevention programs, to determine which are working and which need to be replaced. It would mandate a new website better detailing the department's many mental health resources, and create new peer support programs for veterans outreach. Supporters say both of those are relatively simple changes which could produce immediate aid for veterans in crisis. The measure would also start a pilot program to repay student loans of psychiatry students, helping VA officials more quickly fill those specialty vacancies." The bill passed 403 to 0. [HR 203, Vote #17, 1/12/15; Military Times, 1/12/15]

## Women & Gender Issues

**Perry Voted Against A Bill Requiring Public Federal Buildings To Be Equipped With Baby-Changing Facilities That Are Physically Safe, Sanitary And Appropriate.** In September 2016, Perry voted against a "Barletta, R-Pa., motion to suspend the rules and pass the bill that would require that the public restrooms in most federal buildings, except those that are not open to the public or in which the modifications would not be feasible, be equipped with baby-changing facilities that are physically safe, sanitary and appropriate. This requirement would be subject to any reasonable accommodations that could be made for individuals in accordance with disability laws." The motion was agreed to 389 to 34. [HR 5147, Vote #541, 9/21/16; CQ, 9/21/16]

**Perry Voted For To Suspend The Rules And Pass The Survivors' Bill Of Rights Act Of 2016.** In September 2016, Perry voted for a "motion to suspend the rules and pass the bill that would establish additional rights for sexual assault survivors, including the right to have a sexual assault evidence collection kit preserved for the shorter of the maximum applicable statute of limitations or 20 years without charge, the right to be informed of results of a kit, the right to be notified prior to the intended destruction of the kit, and the right to be informed of the new rights established under the measure. The motion was agreed to, 399-0. [HR 5578, Vote #479, 9/6/16; CQ Floor Votes, 9/6/16]

**Perry Voted For Allowing Health Care Providers To Deny Abortion Coverage.** In July 2016, Perry voted for a bill mandating "federal government and state and local governments cannot penalize or discriminate against health care providers who won't perform abortions or sponsor or provide abortion coverage." The bill passed 245-182. [S 304, Vote #443, 7/13/16; AP, 7/13/16]

**Perry Voted Against Ensuring Abortion Insurance Coverage Restrictions Would Not Reduce Zika-Related Healthcare Access.** In July 2016, Perry voted against a motion requiring that the bill to allow companies to not cover abortion services must "waive the bill's provisions if they reduced Zika-related health care access." The motion failed 182-244. [S 304, Vote #442, 7/13/16; AP, 7/13/16; Democratic Leader – Motions to Recommit 7/13/16]

**Perry Voted For Defunding The Implementation Of D.C.'s Reproductive Health Non-Discrimination Amendment Act.** In July 2016, Perry voted for "Palmer, R-Ala., amendment that would prohibit funds from being used to implement the District of Columbia's Reproductive Health Non-Discrimination Amendment Act." The



amendment was adopted in Committee of the Whole 223-192. [H Amdt 1259 to HR 5485, Vote #390, 7/7/16; CQ Floor Votes, 7/7/16]

> **Reproductive Health Non-Discrimination Act, Prohibited Employers From Discriminating Against Workers, Their Spouses Or Dependents For Obtaining Contraception Or Family Planning Services.** "The D.C. law, known as the Reproductive Health Non-Discrimination Act, prohibits employers from discriminating against workers, their spouses or dependents for obtaining contraception or family planning services. The law further bans employees from retaliation for having abortions." [The Hill, 4/30/15]

**Perry Voted Against Striking Section Of Appropriations Bill Prohibiting Funds Under Federal Employee Health Plans To Pay For An Abortion.** In July 2016, Perry voted against an  amendment that would "strike a section of the bill that would prohibit funds from being used to pay for an abortion or administrative expenses in connection with any health plan under the federal employees health benefits program that provides benefits or coverage for abortions." The amendment failed 177-245. [HR 5485, Vote #364, 7/6/16; CQ Floor Votes, 7/6/16]

**Perry Voted For Bill To Fund The Legislative Branch.** In June 2016, Perry voted for the Legislative Branch Appropriations for FY17 bill that would "provide $3.5 billion for legislative branch operations, excluding Senate operations, in fiscal 2017. The total would include $1.2 billion for House operations, $629 million for the Library of Congress, $533 million for the Government Accountability Office, $552 million for the Architect of the Capitol and $391 million for the Capitol Police." The bill passed 233-175. [HR 5325, Vote #294, 6/10/16; CQ Floor Votes, 6/10/16]

> **Rep. Moulton: HR 5325 Would Fund Planned Parenthood Select Committee.** "I voted against H.R. 5325 because it would continue to fund the Republican's … Select Committee on Planned Parenthood. … The Select Committee on Planned Parenthood has found no conclusive evidence of wrongdoing by Planned Parenthood or any other health care provider." [Rep. Seth Moulton Op-Ed, Medium, 6/10/16]

**Perry Voted For Motion To Disband The Planned Parenthood Select Committee And Protect Women's Health Services.** In June 2016, Perry voted for motion to "urge the House to vote to disband the Planned Parenthood Select Committee and protect American women, health care providers, and scientists from Republicans' vicious, politically-motivated attacks." The previous question passed 241-181. A vote against the previous question would have allowed a vote on the bill. [H Res 771, Vote #285, 6/9/16; Office of the Minority Leader, 114th Congress Previous Questions, 6/9/16]

**Perry Voted For Renaming A STEM Program Grant For Minorities And Women After Jeanette Rankin.** In April 2016, Perry voted for a motion that would suspend the rules a pass a bill that would designate the grants given under the Department of Agriculture's women and minorities in STEM fields program as the 'Jeannette Rankin Women and Minorities in STEM Fields Program Grant." The motion passed 377-6. [HR 4570, Vote #153; 4/18/16; CQ Floor Votes, 4/18/16]

**Perry Voted For Overriding The President's Veto Of A Bill To Repeal The Affordable Care Act And Block Funding Of Planned Parenthood For A Year.** In February 2016, Perry voted for overriding the President's veto of a bill to "repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The override required a two-thirds majority to pass, but failed 241 to 186. [H R 3762, Vote #53, 2/2/16, 2/2/16; CQ Floor Votes, 2/2/16]

**Perry Voted For Establishing Select Committee To Investigate Fetal Tissue Donation.** In October 2015, Perry voted for a bill that would "establish a select investigative subcommittee under the House Energy and Commerce Committee. The panel would be responsible for investigating and reporting on issues related to fetal tissue



donation, fetal tissue procurement, federal funding for abortion services, and late-term abortions." The bill passed 242-184. [H Res 461, Vote #538, 10/7/15; CQ Floor Votes, 10/7/15]

**Select Committee Targeting Planned Parenthood Given Broad Jurisdiction To Investigate Abortion Practices, Including Recommendations To Change Abortion Laws.** Although the select committee was formed in response to videos edited to implicate that Planned Parenthood sold fetus tissue for profit, "[t]he words 'Planned Parenthood' do not appear in the resolution establishing the special committee. Its jurisdiction is considerably broader, encompassing 'medical procedures and business practices used by entities involved in fetal tissue procurement' and 'any other relevant matters with respect to fetal tissue procurement.' It also permits the committee to probe the subject of federal funding for abortion providers generally, the practices of providers who perform abortions in the second and third trimesters, and 'medical procedures for the care of a child born alive as a result of an attempted abortion.' The committee is also empowered to recommend changes in laws or regulations based on its findings." [Washington Post, 10/7/15; USA Today, 10/7/15]

**Perry Voted For Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Perry voted for a bill that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The bill would expand the exceptions for which a state is not required to provide Medicaid reimbursements, allowing states to deny non-abortion health care reimbursements to medical providers such as Planned Parenthood. The bill passed by a vote of 236-193. [HR 3495, Vote #524, 9/29/15; CQ Floor Votes, 9/29/15]

**Perry Voted Against Motion To Protect Women's Access To Life-Saving Health Services.** In September 2015, Perry voted against motion to recommit the Women's Public Health and Safety Act. "The Democratic Motion to Recommit protects American women's access to life-saving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides life-saving health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." The motion was rejected by a vote of 184-242. [HR 3495, Vote #523, 9/29/15; Democratic Leader – Motions to Recommit, 9/30/15]

**Perry Voted For Blocking Consideration Of Bill Making It Easier For States To Defund Planned Parenthood.** In September 2015, Perry voted for motion to order the previous question (thus ending debate and possibility of amendment) on the rule (H Res 444) that would provide for floor consideration of the bill (HR 3495) that would amend title XIX of the Social Security act to allow states to exclude medical providers who perform abortions from the state's Medicaid contracts. The motion was agreed to 243-182. A vote against the previous question would have allowed the bill to be considered. [H Res 444, Vote #521, 9/29/15; CQ Floor Votes, 9/29/15]

**Perry Voted For Bill Requiring Doctors To Provide Medical Care To Aborted Fetuses That Show Signs Of Life.** In September 2015, Perry voted for legislation that "amends the federal criminal code to require any health care practitioner who is present when a child is born alive following an abortion or attempted abortion to: (1) exercise the same degree of care as reasonably provided to any other child born alive at the same gestational age, and (2) ensure that such child is immediately admitted to a hospital. The term 'born alive' means the complete expulsion or extraction from his or her mother, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut." The bill passed, 248 to 177. [HR 3504, Vote #506, 9/18/15]

**Doctors Would Face Up To 5 Years In Prison If They Were Found To Not Follow The Legislation.** "Per the bill, 'the term 'born alive' means the complete expulsion or extraction from his or her mother, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut.' Physicians could face up to five years of prison time for lack of adherence to this measure and may also face civil suits from women who wish to press charges." [Yahoo News, 9/18/15]



**President Of The American Congress Of Obstetricians And Gynecologists Called The Legislation "A Disservice To America's Women And Gross Legislative Interference Into The Practice Of Medicine."** "In a statement, Mark S. DeFrancesco, MD, president of the American Congress of Obstetricians and Gynecologists, called the passage of H.R. 3504 'a disservice to America's women and gross legislative interference into the practice of medicine, putting politicians between women and their trusted doctors. This bill and others like it are part of a larger attempt to deny women access to safe, legal, evidence-based abortion care,' he said in the statement. 'We urge the United States Senate and the President to stand with women and stand up for safe medical care, by preventing this and other legislation like it to become law.'" [Yahoo News, 9/18/15]

**Perry Voted For Defunding Planned Parenthood.** In September 2015, Perry voted for the Defund Planned Parenthood Act 2015 that "prohibits, for a one-year period, the availability of federal funds for any purpose to Planned Parenthood Federation of America, Inc., or any of its affiliates or clinics, unless they certify that the affiliates and clinics will not perform, and will not provide any funds to any other entity that performs, an abortion during such period. The restriction will not apply in cases of rape or incest or where a physical condition endangers a woman's life unless an abortion is performed." The bill passed 241 to 187. [H.R. 3134, Vote #505, 9/18/15; CQ, 9/23/15]

**Defunding Planned Parenthood Would Increase Public Spending By $130 Million Over 10 Years.** "Days before lawmakers must pass new legislation to fund the government, Republicans are vowing to reject any proposal that includes public money for Planned Parenthood. The move could trigger not only a shutdown, but if it succeeds, more bills for taxpayers. The Congressional Budget Office said in a new report on Thursday that cutting off the women's health organization from federal money would actually increase public spending by an estimated $130 million over 10 years. … The office's math: Halting federal funds to Planned Parenthood would shrink spending by $520 million in the short run -- but, over the first decade, it would cost taxpayers an additional $650 million." [Washington Post, 9/24/15]

**Perry Voted Against Preventing Attempt To Defund Planned Parenthood.** In September 2015, Perry voted against a motion that "shields American women's access to lifesaving health care services from Republicans' attempt to defund Planned Parenthood by protecting any organization that provides women's health services, such as preventive care and cancer screenings, from being stripped of vital federal resources to serve America's families." A yes vote was a vote against defunding Planned Parenthood. The resolution failed, 183 to 245. [H.R. 3134, Vote #504, 9/18/15; Democratic Leader – Motions To Recommit, 9/18/15]

**Perry Voted Against Motion That Would Have Protected "Women's Rights To Equal Wages," By Excluding Claims Of Employment Discrimination From Bill.** In September 2015, Perry voted against on Democratic motion to recommit with instructions HR 758. "The Democratic Motion to Recommit protects women's right to demand equal wages, by excluding claims of employment discrimination from the underlying bill that raises new obstacles for Americans to seek remedy in the courts." The motion to recommit failed 179 to 239. [HR 758, Vote #500, 9/17/15; Democratic Motion to Recommit, HR 758, 9/17/15]

**Perry Voted For Creating Commemorative Coin To Help Fund Breast Cancer Research.** In July 2015, Perry voted for a bill that would require the Treasury Department to mint and issue legal tender coins in 2018. "The bill, which passed 421-9, would create a pink commemorative coin in 2018 and donate proceeds from the coin sales to the Breast Cancer Research Foundation." [HR 2722, Vote #442, 7/15/15; CQ Floor Votes, 7/15/2015; The Hill, 7/15/15]

**Perry Voted Against An Amendment Stripping Language From LHHSE Approps Prohibiting Federal Money For Abortion In NIH And FDA Funding.** In July 2015, Perry voted against "a Democratic amendment to strip bill language added in the final stages that would make policy riders in the fiscal 2016 Labor-HHS-Education appropriations bill – including those prohibiting federal dollars for abortion – applicable to the NIH and FDA funding stream." The amendment failed, 176 to 245. [HR 6, Vote #432, 7/10/15; CQ News, 7/10/15]



**Perry Voted Against Amendment To Ensure Enforcement Of LGBT Discrimination Protections In Federal Contracts.** In June 2015, Perry voted against an amendment to the FY16 Transportation-HUD Appropriations bill that would bar funds from being used in contravention of an executive order prohibiting federal contractors from discriminating on the basis of sexual orientation or gender identity against their employees or those seeking employment. The amendment was adopted by a vote of 241-184. [HR 2577, Vote #326, 6/9/15; Congressional Record, 6/9/15]

**Perry Voted For Restricting A Woman's Right To Choose After 20 Weeks, Including Requiring 48-Hour Waiting Period For Rape Survivors.** In May 2015, Perry voted for "a bill banning abortions after 20 weeks of pregnancy in a party-line vote on Wednesday." According to The Hill, "But the bill did not change a provision that allows victims of incest to receive an abortion only if they are under 18 years old … The new version of the House bill also includes a two-day waiting period for rape victims. Doctors must also ensure that victims have received medical treatment or counseling during that time." [HR 36, Vote #223, 5/13/15; The Hill, 5/13/15; The Hill, 5/11/15]

**Perry Voted Against Adding Exception To Anti-Choice Bill To Protect The Health Of The Woman.** In May 2015, Perry voted against adding a woman's health exception to a 20-week abortion bill. "U.S. Rep. Julia Brownley's attempt to amend a bill calling for a ban on abortions after 20 weeks of pregnancy was defeated Wednesday, and the House went on to pass the ban. The Westlake Village Democrat's motion and amendment would have added language to the Pain Capable Unborn Child Protection Act that would have permitted abortions after 20 weeks if a woman's health were at risk. It was defeated on a mostly party-line 181-246 vote." [H.R. 36, Vote #222, 5/13/15; Ventura County Star, 5/13/15]

**Perry Voted For Repealing DC Reproductive Health Non Discrimination Act.** In February 2015, Perry voted for repealing the action of the District of Columbia Council in approving the Reproductive Health Non-Discrimination Amendment Act of 2014. "The resolution disapproves, and thereby effectively repeals, the District of Columbia's Reproductive Health Non-Discrimination Amendment Act of 2014, which is intended to ensure that individuals are protected from discrimination by an employer because of the individual's or family member's 'reproductive health decision' -- including use of contraception or the planned or intended initiation or termination of a pregnancy." The bill passed 228 to 192. [HR 596, Vote #194, 4/30/15; CQ House Action Report, 4/29/15]

**Perry Voted For A Rule To Bring A Resolution To The Floor Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Perry voted for the adoption of the rule (H Res 231) providing for House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule regarding the definition of the 'Waters of the United States,' the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive Health Non-Discrimination Amendment Act. The rule was adopted 242-181. [H Res 231, Vote #181, 4/30/15; CQ Floor Votes, 4/30/15]

**Perry Voted For Blocking Consideration Of A Bill Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Perry voted for the Woodall, R-Ga., motion to order the previous question (thus ending debate and the possibility of amendment) on the rule (H Res 231) that would provide for House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule regarding the definition of the 'Waters of the United States,' the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive Health Non-Discrimination Amendment Act. The motion was agreed to 241-181. [H Res 231, Vote #180, 4/30/15; CQ Floor Votes, 4/30/15]

**Perry Voted For A Question To Bring A Resolution To The Floor Disapproving Of A Law That Would Prohibit Employers From Discriminating Against Employees Who Use Birth Control.** In April 2015, Perry voted for the question of whether the House should consider the rule (H Res 231) that would provide for further House floor consideration of the bill (HR 1732) that would prohibit EPA and the Army Corps of Engineers from finalizing or implementing the currently proposed rule regarding the definition of the "Waters of the United States,"



the fiscal 2016 budget conference report (S Con Res 11) and the joint resolution (H J Res 43) disapproving the District of Columbia's Reproductive –-Health Non-Discrimination Amendment Act. The question was agreed to consider by a vote of 240-174. Note: Watson-Coleman, D-N.J., had raised a point of order that the rule would violate clause 426(a) of the Congressional Budget Act, regarding unfunded mandates. [H Res 231, Vote #179, 4/30/15; CQ Floor Votes, 4/30/15]

**Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015, Perry voted for blocking consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 240 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 200, Vote #154, 4/15/15; Bloomberg, 4/14/15; Congressional Record, 4/15/15; Democratic Leader – Previous Questions, 4/15/15]

**Perry Voted For Blocking Consideration Of The Paycheck Fairness Act.** In April 2015, Perry voted for blocking consideration of the Paycheck Fairness Act, a bill that would end the pay gap between men and women and unsure equal pay for equal work. "The legislation would protect workers from retaliation for sharing information about their wages, require employers to explain any pay disparities among workers performing the same job, and allow employees to seek unlimited punitive damages in wage bias cases." The previous question passed 239 to 183. A vote against the previous question would have allowed the bill to be considered. [H. Res. 189, Vote #148, 4/14/15; Bloomberg, 4/14/15; Congressional Record, 4/14/15; Democratic Leader – Previous Questions, 4/14/15]

**Perry Voted Against A Motion Exempting Federal Protections Against Sexual And Domestic Abuse From Weakening Provisions.** In February 2015, Perry voted against a motion that would "recommit the bill to the House Oversight and Government Reform Committee with instructions to report it back immediately with an amendment that would limit the provisions of the bill from affecting federal regulations concerning victims of domestic violence and sexual assault." HR 50 itself "would expand and modify the 1995 Unfunded Mandates Reform Act (PL 104-4) that requires all federal agencies to consult with the private sector when developing rules... The measure would extend judicial review of agency rules and permit a court to stay, enjoin or invalidate a rule if an agency fails to complete the required UMRA analysis or adhere to the regulatory principles." The motion failed, 184-239. [HR 50, Vote #63, 1/6/15; CQ Floor Votes, 2/4/15; CQ News HR 50 Coverage, 2/4/15]

> **Coalition For Sensible Safeguards: "The Unfunded Mandates Information and Transparency Act Lets Big Business Write The Rules."** "But the Coalition for Sensible Safeguards (CSS) says the bill would give businesses special access to regulators and block hypothetical future rules without the public knowing. 'The Unfunded Mandates Information and Transparency Act lets big business write the rules,' Katherine McFate, president of the Center for Effective Government and CSS co-chair, said in a statement. 'It doesn't improve or streamline the regulatory process, which is already plagued by hurdles and delays. This act would make it even more difficult for agencies to implement laws enacted by Congress.'" [The Hill, 1/30/15]

**Perry Voted For Bill Blocking Federal Funding For Abortion, Including Tax Credits For Small Businesses Providing Healthcare That Includes Abortion Coverage.** In January 2015, Perry voted for the No Taxpayer Funding for Abortion Act, which restricted federal funding for abortions and abortion coverage. "The House did easily pass H.R. 7, the No Taxpayer Funding for Abortion and Abortion Insurance Full Disclosure Act of 2015, sponsored by Rep. Chris Smith (R-N.J.). White House advisers said they would recommend a veto should the bill reach the president's desk. The Hyde Amendment already prevents the use of federal funds to pay for abortion, except in cases of incest, rape and life endangerment of the mother. That is passed every year as part of an appropriations bill, but this bill would make that permanent law. The House bill would also restrict small businesses from getting an Affordable Care Act tax credit if they purchase employee health plans that include abortion coverage on the Small Business Health Options Program, or SHOP exchange." [HR 7, Vote #45, 1/22/15; Politico, 1/22/15]



**Bill Would Give Big Insurance Companies Incentive To Drop Abortion Coverage.** "The bill gives insurers a big incentive to drop abortion coverage from their plans, or risk losing the large pool of consumers who receive the law's subsidies. Abortion coverage is historically relatively ubiquitous in health plans, so the effect could be far-reaching." [National Journal, 1/28/14]

**Perry Voted Against Prohibiting Violation Of Medical Privacy Regarding Choice Of Health Insurance Coverage, Including Coverage For Victims Of Rape Or Incest.** In January 2015, Perry voted against a motion to recommit that would prohibit any violation of the medical privacy of a woman regarding her choice of health insurance coverage, and in particular the very sensitive privacy needs of those who are victims of rape and incest. In contrast, the underlying bill goes so far as to restrict a woman's own private funds under her health insurance coverage for abortion services. [HR 7, Vote #44, 1/22/15; Democratic Leader – Motions to Recommit, 1/22/15]

**Perry Voted For Repealing The Affordable Care Act And Defunding Planned Parenthood For One Year.** In January 2016, Perry voted for: "Price, R-Ga., motion to concur in the Senate amendment to the bill that would repeal portions of the 2010 health care law and block federal funding for Planned Parenthood for one year. The bill would zero-out the law's penalties for noncompliance with the law's requirements for most individuals to obtain health coverage and employers to offer health insurance. The bill would scrap in 2018 the law's Medicaid expansion, as well as subsidies to help individuals buy coverage through the insurance exchanges. It also would scrap certain taxes included in the law, including the tax on certain high-value employer-sponsored health insurance plans." The bill passed by a vote of 240 to 181. [HR 3762, Vote #6, 1/6/16; CQ, 1/6/16; The Hill, 1/6/16]



## Appendix XIV – Votes – 113th Congress

### AGRICULTURE

**Voted for $40 Billion in Cuts to Nutrition Program for Children, Seniors**

In September 2013, Perry voted for $40 billion in cuts to the Supplemental Nutrition Assistance Program (SNAP).

According to the <u>New York Times</u>, "The bill would cut $40 billion from the food stamp program over the next 10 years. […] According to the Congressional Budget Office, nearly four million people would be removed from the food stamp program under the House bill. A Census Bureau report released on Tuesday found that the food stamp program had kept about four million people above the poverty level and had prevented millions more from sinking further into poverty." [<u>New York Times</u>, <u>9/19/13</u>]

The bill would kick about 3.8 million out of the program in 2014, including 1.7 million unemployed, childless adults aged 18-50. [<u>Washington Post</u>, <u>9/19/13</u>]

The bill passed 217-210. [HR 3102, <u>Vote #476</u>, 9/19/13]

> **National Farmers Union: House Nutrition Bill a Hindrance to Passing Farm Bill**
>
> "Separating nutrition programs from the farm bill was a mistake from the very beginning. Consideration of H.R. 3102, a politically charged bill that would hurt those in our society who most need help, unnecessarily complicates the farm bill process […] We urge members of the House to vote down this bill and work together to end the detrimental separation of nutrition programming from farm programs. Passage of H.R. 3102 will only make the already complex farm bill process more difficult." [National Farmers Union, <u>8/16/13</u>]

**Voted for "Poison Pill" that Killed Farm Bill**

In June 2013, Perry voted for an amendment to the Farm Bill that would let states launch pilot programs requiring that food stamp recipients work or show they are looking for work. The amendment was largely blamed for the failure of the underlying bill.

Time Magazine described the amendment as "a partisan poison pill, the last amendment of the day. And it was enough to kill the measure." [Time Magazine, <u>6/21/13</u>]

The Center on Budget and Policy Priorities called the provision "harsh" and unprecedented." CBPP reported that the amendment "could deny benefits to large numbers of low-income people who want to work but cannot find a job, and it would incentivize states to cut such people off by giving them large amounts of new federal funding - to spend on whatever they choose - if they use the Southerland provision to cut their SNAP caseloads." [Center on Budget and Policy Priorities, <u>7/09/13</u>]

The amendment passed, 227-198. [HR 1947, <u>Vote #248</u>, 6/20/13]

**Voted For Ending Safety Net for Dairy Farmers**

In June 2013, Perry voted for an amendment that would repeal the permanent price support authority for dairy farmers, called the "permanent law." The amendment would prevent the suspended 1949 law from becoming reactivated for dairy farmers should Congress not pass a Farm Bill. [CQ Floor Votes, 6/19/13; Congress.gov, accessed <u>7/11/13</u>]



The National Farmers Union opposed the amendment. "Repealing permanent law would remove the element in the bill which would force Congress to act on a piece of legislation that provides a safety net for farmers," said the NFU. "Maintaining the existing permanent law provision provides an incentive for Congress to be engaged in agricultural policy." [National Farmers Union, 6/20/13; 7/11/13; 7/09/12]

Conservative group Heritage Action supported ending the permanent law completely in the farm bill, calling the provisions, "Depression-era, Soviet-style laws so often used as a means of coercing lawmakers into authorizing bad legislation." [Heritage Action, 5/23/13]

The amendment failed 112-309. [HR 1947, Vote #258, 6/19/13]

**ALTERNATE: Voted to End "Soviet-Style" Law, According to Heritage Action**

In June 2013, Perry voted for an amendment that would repeal the permanent price support authority for dairy farmers, called the "permanent law." The amendment would prevent the suspended 1949 law from becoming reactivated for dairy farmers should Congress not pass a Farm Bill. [CQ Floor Votes, 6/19/13; Congress.gov, accessed 7/11/13]

Conservative group Heritage Action supported ending the permanent law completely in the farm bill, calling the provisions, "Depression-era, Soviet-style laws so often used as a means of coercing lawmakers into authorizing bad legislation." [Heritage Action, 5/23/13]

The amendment failed 112-309. [HR 1947, Vote #258, 6/19/13]

## Opposed Initiative to Provide Healthy Food for Low-Income Communities

In 2013, Perry voted for an amendment that would eliminate the Health Food Financing Initiative that provided access to healthy food in low-income communities.

The National Sustainable Agriculture Coalition said the amendment "attacked" healthy food access. [CQ Quarterly, 6/20/13, National Sustainable Agriculture Coalition, 6/20/13]

The amendment failed to pass 194-232. [HR 1947, Vote #267, 6/20/13]

## Voted To End Wasteful Crop Insurance Subsidies for Wealthy Farmers

In 2013, Perry voted to end crop insurance subsidies for wealthy farmers. The amendment, introduced by Wisconsin Representative Ron Kind, would limit federal crop insurance premium subsidies to producers with profits of less than $250,000 and limit per-person subsidies to $50,000 per year.

The amendment would save $11 billion over 10 years, and had the backing of a mix of organizations, including the R Street Institute, the National Taxpayer Union, and the Environmental Working Group.  [Congressional Quarterly News, 6/20/13; Property Casualty 360, 6/21/13; Congressional Record, H3908, 6/19/13; Environmental Working Group press release, 6/20/13]

The amendment "was almost adopted before a handful of Republicans changed their vote." The amendment was ultimately rejected by a vote of 208-217, with 74 Republicans voting in favor of it. [Associated Press, 6/20/13; HR 1947, Vote #276, 6/20/13]

## Opposed Restoring $20.5 Billion in Food Stamp Cuts

In 2013, Perry voted against an amendment to restore $20.5 billion in Supplemental Nutrition and Assistance Program (SNAP) funding to the House Farm Bill by offsetting the Farm Risk Management Election Program and the Supplemental Coverage Option.



According to MSNBC, "The $20.5 billion in cuts within the House bill amount to roughly $2 billion per year. If those cuts went through, nearly two million people could lose food stamp eligibility, and some 210,000 children could lose eligibility for free school meals." [MSNBC, 6/20/13]

The amendment, proposed by Rep. Jim McGovern, failed 188-234. [HR 1947, Vote #256, 6/19/13]

### Voted to Strike Dairy Protections from the Farm Bill

In 2013, Perry voted for an amendment that would strike the dairy market stabilization program and the dairy producer margin protections program in the Farm Bill.

With the amendment, farmers would have the option to enroll annually in a new insurance program at margin levels between $4 and $8 at increments of 50 cents. Support payments would be triggered when margins fell below the selected price, and coverage would be available for between 25 percent and 80 percent of a farmer's historic dairy production. [CQ Votes, 6/20/13]

The dairy proposal, which was amended in Boehner's favor, was one of the most controversial of the bill. [Grand Forks Herald, 6/20/13]

The bill passed, 291-135. [HR 1947, Vote #278, 6/20/13]

### Cut $31 Billion from SNAP Program

In June 2013, Perry voted for an amendment that would cut $31 billion from the Supplemental Nutrition Assistance Program (SNAP) and block grant spending to the states.

The bill would have rolled back the state exemption option and made it mandatory for each state to adopt stiffer work requirements to receive food aid. [Kansas Health Institute, 7/08/13]

The amendment failed 175-250. [HR 1947, Vote #283, 6/20/13]

### Opposed Rural Business Opportunity Grants

In 2013, Perry voted against funding for rural business opportunity grants, forest fire suppression, and water assistance programs.

The motion would have added an amendment to the Farm Bill to authorize $20 million per year for rural business opportunity grants from FY 2014 to 2018.

The amendment also provided funding for fire suppression equipment and personnel to prevent forest fires, increased funding for water, waste disposal and wastewater facility grants by $10 million per year, and extended funding for an emergency and imminent community water assistance program. [CQ Floor Votes, 6/20/13]

The motion failed 188-232. [HR 1947, Vote #285, 6/20/13]

### Opposed Extreme Farm Bill with Poison Pills

In 2013, Perry voted against the final version of the Farm Bill, which would authorize $939 billion in funding for federal farm and food assistance programs through FY 2018.



The bill, as amended, would allow states to drug test applicants for food stamps and would require recipients to meet work requirements, mandating employment or job training. In addition, the bill would eliminate subsidies for farmers and would direct the funds instead to crop insurance programs. [CQ Floor Votes, 6/20/13]

According to the New York Times, "The House bill would have cut projected spending in farm and nutrition programs by nearly $40 billion over the next 10 years. Just over half, $20.5 billion, would come from cuts to the food stamp program, known as the Supplemental Nutrition Assistance Program." [New York Times, 6/21/13]

The bill failed 195-234. [H.R. 1947, Vote #286, 6/20/13]

**Voted Against Capping Farm Program Commodity Payments at $250,000 Per Year Per Farm**

In 2013, Perry voted against an amendment that would reduce farm program payment limits, capping commodity payments at $250,000 per year for any one farm. It also would clarify who can receive such payments. The amendment was adopted by a vote of 230-194. [HR 1947, Vote #282, 6/20/13]

**Voted to Lower Loan Rates Sugar Subsidy Program**

In 2013, Perry voted for an amendment that would direct the Agriculture secretary to lower loan rates for domestic sugar cane producers to 18 cents per pound for raw cane sugar for each crop year 2014 through 2018. It would require the Agriculture secretary to revise trade tariffs to lower the sugar stocks-to-use ratio to 15.5 percent. The department would be required to administer marketing allotments to ensure sugar supplies, be authorized to suspend or modify any marketing allotment provision and exercise discretion in administering the import quota to provide for adequate sugar supplies at "reasonable prices." It also would repeal the sugar-to-ethanol program.

The amendment was rejected by a vote of 206-221. [HR 1947, Vote #281, 6/20/13]

**Voted Against $3.65 Million for Increased Funding to Fight Invasive Specifies**

In July 2013, Perry voted against increased funding for the Corps of Engineers Investigations and Construction by a total of $3.65 million, intended to fight invasive species.

Rep. Brad Schneider (IL) said the motion was to ensure the "Great Lakes and the Mississippi River are protected from the continued threat of invasive species, including and particularly taking practical steps to address the threat of Asian carp to our fishing, tourism, and navigation on our Nation's inland waterways." [Congressional Record, H4365, 7/10/13]

The motion would increase by $7 million funding for flood and natural disaster preparation; and increase by $2 million funding for energy efficiency and renewable-energy activities. It also would reduce by $12.7 million funding for Energy Department administration activities. [CQ Floor Votes, 7/10/13]

The measure failed 195-230. [HR 2609, Vote #344, 7/10/13]

**Opposed On-Site Food Safety Audits**

In 2013, Perry voted against directing the Secretary of Agriculture to conduct annual on-site audits of the food regulatory system of countries eligible to export meat, poultry and egg products to the United States. It also would allow the Agriculture secretary to transfer department funds to the Food Safety and Inspection Service to respond to a food safety emergency.

The amendment failed 198-226. [HR 2642, Vote #352, 7/11/13]

**Voted to Remove SNAP Funding from Farm Bill for First Time in 30 Years**



In July 2013, Perry voted for a farm bill that would authorize $196 billion for federal farm programs through FY 2018. House Republicans removed funding for the Supplemental Nutrition Assistance Program from the farm bill for the first time since 1973, a split that "effectively ended the decades-old political marriage between urban interests concerned about nutrition and rural areas who depend on farm subsidies."

The bill would repeal direct payments to farmers and replace them with new risk management programs. The bill would also repeal portions of the "permanent law," laws from 1938 and 1949 that set agricultural support levels in the case of a farm bill expiration, and replace them with a provision making the bill's commodity title the new permanent law. The bill would reduce agricultural spending by $12.9 billion over ten years.

The bill passed, 216-208. [HR 2642, Vote #353, 7/11/13; CQ House Action Reports, HR 2642, 7/10/13; New York Times, 7/11/13]

### More than 500 Agricultural Organizations Said Removing Food Stamps Could Jeopardize Farm Bill

In July 2013, 532 farm organizations urged House Republican leaders against splitting the nutrition title, or food stamp funding, from the farm bill and warned that a split could jeopardize the farm bill as a whole.

"Farm bills represent a delicate balance between America's farm, nutrition, conservation, and other priorities, and accordingly require strong bipartisan support," wrote the groups. "We believe that splitting the nutrition title from the rest of the bill could result in neither farm nor nutrition programs passing, and urge you to move a unified farm bill forward." [Farm Groups Letter to Speaker Boehner, 7/02/13]

### Farm Groups Warned Repeal of Permanent Law Removed Incentive for Congress to Pass Farm Bill

Farm groups warned that without permanent law, "there would be no incentive for Congress to pass a farm bill on time." [New York Times, 7/11/13]

The National Farmers Union wrote that the repeal of permanent law "eliminated much of the incentive for farm bill reauthorization since there would be no consequences for failing to pass a new farm bill or extend existing legislation." [National Farmers Union blog, 7/11/13]

### Nutrition Assistance Program Lifted 4.7 Million Americans Out of Poverty in 2011

According to the Center for American Progress, "Similarly, the Supplemental Nutrition Assistance Program lifted 4.7 million people out of poverty in 2011. Without it, the child poverty rate would have been 2.9 percentage points higher." [Center for American Progress, 11/14/12]

### Nutrition Assistance Covers More Than 47 Million People, Half Are Children

According to CNN, "Republicans pledged a vote at a later time on legislation focused on nutrition and the food stamp program, which is the largest domestic safety net against hunger. Food stamps cover more than 47 million people, nearly half children, according to the Agriculture Department." [CNN, 7/12/13]

### Voted Against Farm Bill Cutting SNAP for 850,000 Households While Weakening Income Caps for Farm Subsidies

In January 2014, Perry voted against final passage of a $1 trillion five-year farm bill. The bill would cut $8 billion from the Supplemental Nutrition Assistance Program (SNAP).



The New York Times reported that the SNAP cuts would force 850,000 households to lose $90 in monthly benefits, while  Feeding America criticized that the reduction would result in the affected households losing 34 meals per month. [New York Times, 1/29/14]

While the final bill cut billions from SNAP, negotiators weakened provisions placing payment limits on farm subsidies for individuals and couples and removed an overall income cap for receiving crop insurance.

Republican Senator Chuck Grassley said, "Subsidizing large farmers to get larger in my view is just wrong…The American people should not be forced to subsidize the income of those farmers making upward of $1 million a year." [The Hill, 2/03/14]

The bill passed 251-166. [HR 2642, Vote #31, 1/29/14]

### Bill Would Allow Lawmakers to Continue to Keep Secret if They Receive Farm Subsidies

In February 2014, CNN reported that a proposal to require lawmakers disclose whether they or their immediate family received farm subsidies was shelved despite earlier backing from House Republicans.

"Lawmakers could have opted for a higher standard of transparency either for themselves or for everyone receiving these subsidies, but instead the public will have no way of discovering where this money flows," CNN reported. [CNN, 2/04/14]

### ALTERNATE: Voted Against Saving $16 Billion and Providing Certainty to Farmers by Authorizing Farm Bill

In 2014, Perry voted against final passage of a five-year farm bill. The bill had previously been stalled for more than two years.

The bill would save $16.6 billion over 10 years through savings in the Supplemental Nutrition Assistance Program, income caps on farm subsidies, and eliminating direct payments to farmers. [New York Times, 1/29/14]

The American Farm Bureau praised the bill, stating it "will enhance rural economies with additional jobs, invest in research and education and include reform that works for farm and ranch families." [American Farm Bureau, 2/07/14]

The bill passed 251-166. [HR 2642, Vote #31, 1/29/14]

## Voted to Limit Designation of National Monuments

In March 2014, Perry voted for a bill that would "severely curtail the presidents' ability to designate national monuments."

The bill would amend the 1906 Antiquities Act by limiting a president to designating one national monument per state during a four-year term. It would allow presidents to make a three-year emergency designation of 5,000 acres or less as national monument, but would require Congress to approve it following the three-year period. [Post-Intelligencer, 3/26/14]

The bill passed, 222-201. [HR 1459, Vote #147, 3/26/14]

# BUDGET

## Voted Against Special Interest Backed Spending Bill Benefiting Big Banks



In December 2014, Perry voted against a $1.1 trillion government funding bill that would undo Dodd-Frank Wall Street reforms aimed at preventing another financial collapse. The funding bill would prevent another government shutdown.

The bill contained a policy rider that would undo a Dodd-Frank reform requiring big banks to separate trades in financial derivatives from traditional banking accounts. The rider was essentially written by Citigroup lobbyists. [New York Times, 12/09/14]

"The derivatives played a key role in the financial collapse," The Hill reported. "Critics argue the change would leave taxpayers on the hook if trades explode." [The Hill, 12/10/14]

The bill passed, 219-206. [HR 83, Vote #563, 12/11/14]

**Voted Against Preventing Another Government Shutdown**

In December 2014, Perry voted against a $1.1 trillion federal spending bill aimed at preventing another government shutdown.

NPR reported, "A massive federal spending bill finally won the House's approval Thursday night, less than three hours before a midnight deadline that threatened a federal shutdown." [NPR, 12/11/14]

The bill passed, 219-206. [HR 83, Vote #563, 12/11/14]

### …Even Voted Against Raising Military Pay

In December 2014, Perry voted against the $1.1 trillion federal spending bill. The bill also contained a 1 percent pay raise for military and civilian personnel.

The bill passed, 219-206. [HR 83, Vote #563, 12/11/14]

**Voted Against Preventing Another Government Shutdown**

In September 2014, Perry voted against a continuing resolution that would keep the federal government funded through December 11, 2014.

Talking Points Memo reported that passage of the bill from the House helped "take a government shutdown off the table until after the midterm elections." [Talking Points Memo, 9/17/14]

The bill passed, 319-108. [HJ Res 124, Vote #509, 9/17/14]

**Voted for Radical Ryan Budget with Wrong Priorities**

In 2013, Perry voted for the Republican budget for fiscal year 2014 with all the wrong priorities – such as cutting taxes for millionaires, raising taxes on the middle class, and eliminating the Medicare guarantee. [H Con Res 25, Vote #88, 3/21/13]

**CBPP: Families Making Less Than $200,000 Would Face Average Tax Hike of $3,000.** "Families with children that have incomes *below* $200,000 would have to face tax increases averaging more than $3,000 a year, if policymakers were to avoid increasing the deficit while reaching Chairman Ryan's 25-percent top-tax-rate goal… If policymakers enacted the same extremely ambitious reductions in tax expenditures for filers with incomes above $200,000…, filers with incomes of $1 million or more would lose tax breaks



totaling about $90,000 on average – still leaving them with an average net tax cut of about $245,000…" [Center on Budget and Policy Priorities, 3/17/13]

**CBPP: Millionaires Would Likely Experience A $245,000 Net Tax Cut.** According to an analysis of the Ryan Budget conducted by the Center on Budget and Policy Priorities, "If policymakers enacted the same extremely ambitious reductions in tax expenditures for filers with incomes above $200,000 that TPC assumed when it analyzed Romney's tax plan, filers with incomes of $1 million or more would lose tax breaks totaling about $90,000 on average – still leaving them with an average net tax cut of about $245,000. Households with incomes above $200,000 would get a net cut of about $16,000." [Center on Budget and Policy Priorities, 3/17/13]

**National Journal: "For Those Younger Than Age 55, Medicare Could Look Unrecognizable" If Ryan Budget Were Implemented.** According to the National Journal: "And, for those younger than age 55, Medicare could look unrecognizable: People receive a fixed sum of money from the federal government to buy health insurance in their old age, regardless of the way inflation has caused health care costs to increase." [National Journal, 3/10/13]

**CBPP: Ryan Budget Would Cut Medicare Spending by a Total of $356 Billion."** According to an analysis of the Ryan budget conducted by the Center on Budget and Policy Priorities: "Over the 2013 to 2023 period, the Ryan budget would cut Medicare spending by a total of $356 billion. His budget would save $129 billion compared to current law from limiting medical malpractice awards, increasing income-tested premiums, and repealing the Medicare benefit improvements in health reform, including closure of the prescription drug 'donut hole.' Ryan's baseline includes $138 billion in scheduled cuts from Medicare's sustainable growth rate formula for physicians and $89 billion in Medicare cuts from sequestration, bringing his total Medicare reductions to the aforementioned $356 billion." [Center on Budget and Policy Priorities, 3/12/13]

**EPI: "Ryan Budget Would Increase the Unemployment Rate by Between .6 [and] .8 Percentage Points."** According to an analysis of the Ryan budget conducted by the Economic Policy Institute, "We estimate that the Ryan budget would increase the unemployment rate by between 0.6 percentage points and 0.8 percentage points." [Economic Policy Institute, 3/12/13]

**CBPP: Ryan Budget "Would Likely Add to Deficits, Undercutting […] Claim to Balance the Budget Within a Decade."** The Center on Budget and Policy Priorities dismissed Ryan's claim that his budget would balance within a decade, by writing: "Nor is his vow to raise $6 trillion by scaling back tax expenditures plausible, given that the most costly of them, such as the mortgage interest deduction and deduction for charitable giving, tend to be the most politically popular. As a result, if policymakers were to cut taxes enough to meet Chairman Ryan's goal, they would likely add to deficits, undercutting Chairman Ryan's claim to balance the budget within a decade." [Center on Budget and Policy Priorities, 3/17/13]

**Ryan Budget Slashes Pell Grant Eligibility and Freezes Pell Grant Funding to Not Keep Pace With Inflation.** According to an analysis of the Ryan budget conducted by Inside Higher Ed: "The budget also calls for reversing changes to the grant's needs analysis formula put into place in 2007, which expanded the number of students eligible for Pell Grants, in essence making fewer students eligible to receive them. It also revisits proposals put forward last year: using 'fair value' accounting for student loans, which makes the program seem much less profitable for the federal government than it does under current accounting rules." In addition, Campus Progress found: "Under the House Republican Budget, Pell Grants would be capped at the current level of $5,645 for 10 years, and eliminate all mandatory funding. In other words, under Ryan's plan, Pell Grants would not keep up with the pace of inflation and rising tuition costs, and would be worth less each successive year." [Inside Higher Ed, 3/13/13; Campus Progress, 3/12/13]

**Ryan Budget Would Slash The Corporate Tax Rate From 35 Percent to 25 Percent.** According to the New York Times, "Under the Ryan plan, the corporate tax rate would also fall, from 35 percent to 25



percent – although all those tax changes are supposed to be crafted to bring in the same amount of revenue as the current tax code, a tall order." [New York Times, 3/12/13]

**Ryan's "Budget Would Add About $1.2 Trillion to the National Debt."** According to the Washington Post: "With $41.5 trillion in spending over the next decade and $40.2 trillion in revenues, Ryan's budget would add about $1.2 trillion to the national debt. But shrinking deficits would reduce borrowing and cause the debt to shrink as a percentage of the economy. By the time a $7 billion surplus emerges in 2023, Ryan predicts that the Treasury would owe $14.2 trillion to outside creditors (compared with $11.8 trillion today), or about 55 percent of the gross domestic product (compared with about 76 percent today)." [Washington Post, 3/12/13]

## Voted for Suspending the Debt Limit for Nearly Four Months

In January 2013, Perry voted for a suspension of the debt limit through May 18, 2013, and then automatically to increase the debt limit to accommodate the additional debt accumulated through that date.

The bill also directed both chambers of Congress to adopt a budget resolution for FY 2014 by April 15, 2013. If either body failed to pass a budget, members of that body would have their paychecks put into an escrow account starting on April 16, until that body adopted a budget. [CQ Votes, 1/23/13]

The government added $306 billion in new debt during the four-month suspension of the debt limit, making the limit $16.7 trillion. [Reuters, 5/20/13]

The bill passed, 285-44. [HR 325, Vote # 30, 1/23/13]

### ALTERNATE: Would Not Take Pay Without Passing Budget

In January 2013, Perry voted for the No Budget No Pay Act, which would suspend members' salary payments in either chamber that did not adopt a fiscal 2014 budget passed by April 15, 2013. The salaries of the chamber that did not pass a budget by that date would be placed into an escrow account  and would not be released until a budget was adopted or until the last day of the 113th Congress.

The bill also suspended the debt limit through May 18, 2013, and then would automatically increase the debt limit to accommodate the additional debt accumulated through that date.

The bill passed, 285-44. [HR 325, Vote #30, 1/23/13]

### ALTERNATE: Voted for Debt Limit Gimmick

In January 2013, Perry voted for suspending the debt limit through May 18, 2013, and then automatically increasing the debt limit to accommodate the additional debt accumulated through that date.

Democrats blasted the bill, calling it a gimmick. "They're playing political games with the debt ceiling. And that undermines certainty," Rep. Sander Levin said. Rep. George Miller said the bill put the country on a 90-day leash, a situation that could cause another downgrade in the credit rating that would drive up the cost of borrowing money. [CQ News, 1/23/13]

The bill also directed both chambers of Congress to adopt a budget resolution for FY 2014 by April 15, 2013. If either body failed to pass a budget, members of that body would have their paychecks put into an escrow account starting on April 16, until that body adopted a budget. [CQ Votes, 1/23/13]

The bill passed, 285-44. [HR 325, Vote #30, 1/23/13]



**ALTERNATE: Voted for $300 Billion in New Debt**

In January 2013, Perry voted for a suspension of the debt limit through May 18, 2013, and then to automatically increase the debt limit to accommodate the additional debt accumulated through that date.

The government added $306 billion in new debt during the four-month suspension of the debt limit, making the limit $16.7 trillion. [Reuters, 5/20/13]

The bill passed, 285-44. [HR 325, Vote #30, 1/23/13]

## Voted Against the Democratic Alternative Budget for Fiscal Year 2014

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014. The budget prioritized protecting Medicare and keeping the tax burden low on the middle class, while replacing across-the-board sequestration cuts with targeted cuts and savings.

The amendment failed 165-253. [H Con Res 25, Vote #87, 3/20/13]

### Voted to Protect Member Perks, Including First Class Airfare, House Barber Shop, Salon, and Dining Room

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014. The budget established: "It is the policy of this resolution that the House should lead by example and identify any savings that can be achieved through greater productivity and efficiency gains in the operation and maintenance of House services and resources like printing, conferences, utilities, telecommunications, furniture, grounds maintenance, postage, and rent. This should include a review of policies and procedures for acquisition of goods and services to eliminate any unnecessary spending. The Committee on House Administration shall review the policies pertaining to the services provided to Members of Congress and House Committees, and shall identify ways to reduce any subsidies paid for the operation of the House gym, Barber shop, Salon, and the House dining room. Further, it is the policy of this resolution that no taxpayer funds may be used to purchase first class airfare or to lease corporate jets for Members of Congress." [H Con Res 25, Vote #87, 3/20/13; H Con Res 25, 3/18/13]

### Opposed Statement Criticizing Privatizing Social Security

In 2013, Perry voted against Democratic alternative budget for fiscal year 2014, which included a policy statement declaring that "diverting workers' payroll contributions toward private accounts undermines retirement security and the social safety net by subjecting the workers' retirement decisions and income to the whims of the stock market." [H Con Res 25, Vote #87, 3/20/13; H Con Res 25, 3/18/13]

### Voted Against Budget That Would Create 560,000 New Jobs

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014, which the Economic Policy Institute estimated would create 560,000 new jobs by 2015. "The Van Hollen budget would boost GDP growth by 0.4 percent and increase employment by roughly 450,000 jobs in 2013, relative to current policy. A smaller economic boost of 0.1 percent of GDP and roughly 110,000 jobs would be expected in 2014." [H Con Res 25, Vote #87, 3/20/13; Economic Policy Institute, 3/18/13]

### Voted Against Budget That Established Buy it in America Requirements

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014, which included a policy statement declaring "that Congress should pursue a 'Make it in America' agenda with a priority to consider and enact legislation to help create jobs, remove incentives to out-source jobs overseas and instead



support incentives that bring jobs back to the U.S., and help middle class families by increasing the minimum wage." [H Con Res 25, Vote #87; H Amdt 36, 3/18/13]

**Voted Against Budget That Replaced Sequester**

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014, which included a policy statement declaring that Congress should vote on HR 699, the Stop the Sequester Job Loss Now Act.

"That measure would eliminate subsidies to the farm industry, scrap tax preferences used by oil-and-gas companies and implement a new minimum tax rate on people making seven figures annually – the proposal commonly known as the 'Buffett Rule.'" [H Con Res 25, Vote #87; H Amdt 36, 3/18/13; The Hill, 2/11/13]

**Voted Against Budget That Provided $1 Billion for Veterans Job Corps**

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014, which included $1 billion for the Veterans Job Corps.

"The jobs bill would have hired veterans who served in the military since the terrorist attacks of Sept. 11, 2001, to work on federal public lands projects and would have established a network of job training centers." [H Con Res 25, Vote #87; H Amdt 36, 3/18/13; Los Angeles Times, 9/19/12]

**Voted Against Budget That Provided $80 Billion for Education, Including $30 Billion for Rebuilding 35,000 Public Schools**

In 2013, Perry voted against the Democratic alternative budget for fiscal year 2014, which assumes $80 billion in education jobs funding for the President's initiatives to promote jobs now while also creating an infrastructure that will help students learn and create a better future workforce, including $30 billion for rebuilding at least 35,000 public schools, $25 billion to prevent hundreds of thousands of educator layoffs, and $8 billion to help community colleges train 2 million workers in high growth industries with skills that will lead directly to jobs. [H Con Res 25, Vote #87; H Amdt 36, 3/18/13]

**Did Not Vote on Extreme Republican Study Committee Budget**

In 2013, Perry did not vote on the Republican Study Committee budget for fiscal year 2014 with all the wrong priorities – such as cutting taxes for millionaires, raising taxes on the middle class, and eliminating the Medicare guarantee.

The amendment failed 104-132. [H Con Res 25, Vote #86, 3/20/13]

**RSC Budget Would Turn Medicare Into a Voucher Program for Those 59 and Younger.** According to The Hill: "The key difference between [the RSC and Ryan budgets] is the plan to overhaul Medicare. While Ryan calls for implementing his 'premium support' plan for future beneficiaries age 54 and younger, the RSC budget would start the change for people 59 and below." [The Hill, 3/15/13]

**RSC Budget Would Raise The Social Security Eligibility Age From 65 to 70 for those 51 and Older.** According to the RSC's FY 2014 budget blueprint, "This budget would slowly phase in an increase in the Social Security full-retirement age for individuals born in 1962 (currently 51) and after to an eventual full-retirement age of 70." [RSC Budget, March 2013]

**RSC Budget Would Eliminate the Consumer Financial Protection Bureau and Reinstates Too Big to Fail.** The RSC's FY2014 calls for the elimination of the Consumer Financial Protection Bureau and removes the Federal Deposit Insurance Corporations authority to wind-down banks that are too big to fail. [RSC Budget, March 2013]



**RSC Budget Would Allow Pell Grants to Collect Interest During Enrollment and Deny Grants to Adjust to Inflation.** Under current law, Pell Grants do not collect interest during the student's enrollment; however, the RSC's FY 2014 budget blueprint calls for the repeal of this provision. In addition, the RSC budget would prevent the Pell Grant from keeping pace with inflation. [RSC Budget, March 2013]

**RSC Budget Would Slash the Corporate Tax Rate from 35 Percent to 25 Percent and Adopt a Territorial Tax System.** According to the RSC's FY 2014 budget blueprint, "This budget calls for reducing America's top corporate tax rate from 35 percent to 25 percent. In addition, the "budget directs the House Ways and Means Committee to identify tax deductions and credits that could be eliminated and to report legislation transitioning the U.S. to a territorial tax system." [RSC Budget, March 2013]

**RSC Budget Would Cap the Capital Gains Tax at 15 Percent and Remove the Capital Gains Inflation Index.** The RSC's FY 2014 budget blueprint would cap the capital gains tax at 15 percent. In addition, "This budget would eliminate the capital gains tax on inflation." [RSC Budget, March 2013]

**RSC Budget Would Establish A System With Two Income Tax Brackets: 25 Percent and 15 Percent and Eliminate Individual Deductions and Credits.** The RSC's FY 2014 budget blueprint would establish: "Just two rates – 15 percent (first $50,000 taxable income for single filers, $100,000 for joint filers) and 25 percent (taxable income above those amounts); A standard deduction of $12,500 for single filers, and $25,000 for joint filers; An additional deduction of $12,500 for each dependent; and No other individual deductions or credits or exclusions." [RSC Budget, March 2013]

**CBPP: Two-Tax Bracket Structure Included in RSC Budget Would Likely Result in Net Tax Increases for Low and Middle Income Families.** In 2012, the Center on Budget and Policy Priorities analyzed the impacts of Rep. Dave Camp's tax reform package, which contained many of the policy proposals that are also included in the FY 2014 RSC budget – such as the repeal of the Alternative Minimum Tax (AMT) and two income tax brackets – and concluded that if passed, the proposal would result in a net tax increase for working families. The CBPP wrote: "The proposals thus provide no protection from policy changes that would shift tax burdens down the income scale by giving large net tax cuts to high-income individuals and net tax increases to low- and moderate-income families. That's because the tax rate cuts that the bills call for would be very regressive and give their biggest tax cuts by far to people at the top, while curbs on tax expenditures could cause significant tax increases for low- and middle-income families. That's especially true if, as many Republicans favor, policymakers protect the primary tax expenditure that benefits people at the top – the low top rate on capital gains and dividend income – while substantially cutting tax expenditures on which ordinary families rely." [Center on Budget and Policy Priorities, 7/31/12]

## Voted Against the Senate Democratic Version of the 2014 Budget

In 2013, Perry voted against a version of the 2014 budget, introduced by Republican Mick Mulvaney of South Carolina, which was a virtual copy of the Senate Democratic budget.

The Senate budget would provide $2.963 trillion in new budget authority for fiscal year 2014.

The budget would provide $100 billion in infrastructure investments, while assuming a $240 billion reduction in defense spending, a $142 billion reduction in non-defense spending, a $275 billion decrease in health care spending and a $76 billion reduction in spending for other mandatory programs. [Senate Budget Committee Democrats, March 2013]

The amendment failed 154-261. [H Con Res 25, Vote #83, 3/20/13]

**Republicans Introduced the Budget as a "Stunt"**



In 2013, the introduction of an alternative budget by Republican Congressman Mick Mulvaney that was identical to the budget supported by Senate Democrats was received no votes from any Republicans, including the sponsor Mulvaney himself.

"Mulvaney voted against the budget he introduced. It was a stunt." [National Public Radio, 3/21/13]

**Budget Would've Cut the Federal Deficit by $1.85 Trillion, Amounting to $4.25 Trillion in Deficit Reduction Since the Bowles-Simpson Report**

According to Reuters, "Democrats on Wednesday will unveil a budget blueprint that attempts to slice federal deficits by $1.85 trillion over 10 years through an equal mix of spending cuts and tax increases on the rich, according to a Democratic source." The Center for American Progress found that "Since the start of fiscal year 2011, President Barack Obama has signed into law approximately $2.4 trillion of deficit reduction for the years 2013 through 2022." [Reuters, 3/12/13; Center for American Progress, 1/08/13]

**Budget Included Nearly $1 Trillion in Tax Hikes**

According to Politico, "$975 billion would be raised through an overhaul of the Tax Code by eliminating certain tax deductions, including ones typically claimed by high earners and corporations" in the Senate budget. [Politico, 3/12/13]

## Voted to Fund Government Operations through 2013

In 2013, Perry voted for a continuing resolution to provide funding for government operations through fiscal year 2013. The bill would provide $1.043 trillion in discretionary funds before sequestration.

The bill would provide $517.7 billion in base discretionary funding for the Department of Defense, $39.6 billion for the Department of Homeland Security and $71.9 billion for veterans programs and military construction.

The continuing resolution would provide $20.5 billion for agriculture programs and $50.2 billion for commerce, law enforcement and science programs.

The bill passed with bipartisan support, 318-109. [HR 933, Vote #89, 3/21/13]

**Republican Congressman: CR Sets "Responsible Spending Levels"**

"This continuing resolution is a good step forward in ensuring continuity of government operations at responsible spending levels," Republican Representative Richard Hanna said. [Richard Hanna press release, accessed 4/02/13]

**ALT: Protected Tuition Assistance for Military Service Members**

In 2013, Perry voted for a continuing resolution to fund the government. The legislation included a measure to protect tuition assistance for military service members from sequestration cuts. Before the vote, the Marines, Army, Air Force, and Coast Guard announced the suspension of military tuition assistance for students serving in the military.

"Some 380,000 men and women in the military utilize this earned benefit every year, and this legislation will ensure many more can continue to do so. Tuition assistance is a key tool in recruiting and maintaining a strong and talented force, and this measure will make good on that promise to our men and women who serve our military," said Sen. Mazie Hirono, who championed the legislation. [Hirono press release, 3/21/13]

 **DCCC**

The bill passed, 318-109. [HR 933, Vote #89, 3/21/13]

### Voted to Apply Sequester Cuts to House Committees

In 2013, Perry voted for a bill to provide $241 million in the 113th Congress for the 19 standing committees of the House and the Permanent Select Committee on Intelligence.

The appropriations bill specifically authorized the Committee on House Administration to make House Committee budgets compliant with the Budget Control Act (sequestration), which would impose an average 11 percent cut from amounts authorized for committees in the 112th Congress.

The Budget, Ways and Means, and Intelligence Committees would be cut by roughly 9 percent.
The Financial Services, Foreign Affairs, Science, Space and Technology, Small Business, Transportation and Infrastructure, and Veterans Affairs Committees would be cut nearly 12 percent.

The bill passed the House 272-136. [HR 115, Vote #82, 3/19/13]

#### Republican: Cuts Would Hinder House Ability to Conduct Oversight

Republican Representative Buck McKeon said the cuts "would cripple committee functions at an important time." [Statement of Howard P. "Buck" McKeon before the Committee on House Administration, 3/05/13]

Representative Juan C. Vargas called the cuts the "next step in a slow march" in making the House incapable of conducting its oversight function. [CQ News, 3/19/13]

"The passage of H. Res. 115 jeopardizes Congress' ability to serve the American people and conduct meaningful oversight," said Congresswoman Carol Shea-Porter. [Rep. Carol Shea-Porter press release, 3/20/13]

### Voted Against Considering the Replacement of Sequester with a Balanced Approach

In 2013, Perry voted against considering the Stop the Sequester Job Loss Now Act, which would replace the entire sequester for the remainder of fiscal year 2013.

"That measure would eliminate subsidies to the farm industry, scrap tax preferences used by oil-and-gas companies and implement a new minimum tax rate on people making seven figures annually – the proposal commonly known as the 'Buffett Rule.'" [The Hill, 2/11/13]

The previous question was approved 229-196. A vote against the motion would have allowed for consideration of the sequester replacement bill. [H Res 99, Vote #59, 3/06/13]

### Voted to Ease Flight Delays Due to Sequestration Cuts

In 2013, Perry voted for legislation that would give the secretary of transportation the flexibility to end flight delays due to cuts to the Federal Aviation Administration.

The bill would allow as much $253 million to be moved from other parts of the Transportation Department to the FAA to "stop further furloughs and keep the air traffic control system operating at a normal pace" through the fiscal year. [New York Times, 4/26/13]

Over the course of a week, the furloughs delayed "more than 3,000 flights" according to FAA tallies. [CNN, 4/26/13]

 **DCCC**

However, the Obama administration and Democrats argued that the bill was not a full fix and that Congress "had effectively come to the rescue of an affluent and elite slice of the public affected by the cuts, including lawmakers themselves, while leaving the poor to continue to fend for themselves." [New York Times, 4/26/13]

The bill passed 361-41. [HR 1765, Vote #125, 4/26/13]

## Repeatedly Voted to Keep the Sequester Cuts

In 2013, Perry repeatedly voted to keep the sequester cuts:

**Republican Budget: Voted for Republican Budget, Which Contained Cuts From Sequestration.** [H Con Res 25, Vote #88, 3/21/13]

**RSC Budget: Did Not Vote on the RSC Budget, Which Contained Cuts From Sequestration.** [H Con Res 25, Vote #86, 3/21/13]

**Voted for Sequester Cuts to House Committee Appropriations.** [HR 115, Vote #82, 3/19/13]

## Repeatedly Voted Against Replacing the Sequester

In 2013, Perry repeatedly voted against replacing the sequester cuts with a balanced approach:

**House Democratic Budget: Voted Against the House Budget That Replaced the Sequester with a Balanced Approach.** [H Con Res 25, Vote #87, 3/21/13]

**House Progressive Caucus Budget: Voted Against CPC Budget that Replaced Sequester.** [H Con Res 25, Vote #85, 3/20/13; Economic Policy Institute, 3/13/13]

**Senate Democratic Budget: Voted Against Senate Budget That Replaced the Sequester with a Balanced Approach.** [H Con Res 25, Vote #83, 3/20/13; Politico, 3/12/13]

**Voted Against Consideration of Replacing Sequester Cuts with Balanced Approach.** [H Res 83, Vote #51, 2/27/13; The Hill, 2/11/13]

**Voted Against Consideration of Replacing Sequester Cuts with Balanced Approach.** [H Res 48, Vote #33, 2/27/13]

**Voted Against Consideration of Replacing Sequester Cuts with Balanced Approach.** [H Res 66, Vote #41, 2/27/13]

**Voted Against Consideration of Replacing Sequester Cuts with Balanced Approach.** [H Res 99, Vote #59, 2/27/13]

**Continuing Appropriations Measure: Voted Against Striking Sequester Cuts.** [HR 933, Vote #61, 3/06/13]

## Voted to Pay China Ahead of Veterans and Troops

In 2013, Perry voted for a bill that would prioritize paying bondholders – including in China, Iran and the Cayman Islands – if the nation were to default on its debt payments, instead of American troops, veterans, doctors and hospitals, and American small businesses.



House Speaker John Boehner even admitted that a "debt prioritization bill makes it clear to our bondholders that we're going to meet our obligations…Listen. Those who have loaned us money, like in any other proceeding, if you will, court proceeding, the bondholders usually get paid first. Same thing here," Boehner said.

"This bill would threaten the full faith and credit of the United States, cost American jobs, hurt businesses of all sizes, and do damage to the economy," the Obama administration wrote in a statement of policy. [Huffington Post, 5/07/13]

The bill would also bar official compensation for members of Congress until the debt limit is increased. [Roll Call, 6/13/13]

The bill passed 221-207. [HR 807, Vote #142, 5/09/13]

## Supported Military Sponsorship of Wrestling Sports and NASCAR

In June 2013, Perry voted against an amendment to a defense authorization bill that would have saved the military $53 million by prohibiting military sponsorships of NASCAR and professional wrestling events.

"The fact that $53 million in taxpayers' funds is going to sponsor some of the most violent and sexist entertainment on television and NASCAR racing teams that results in zero recruits is a waste of money," Rep. Betty McCollum, the amendment's sponsor, said. [Minnesota Public Radio, 6/14/13]

The amendment failed 134-290. [HR 1960, Vote #231, 6/14/13]

## Voted Against Suspending Debt Limit Until 2015

In February 2014, Perry voted against suspending the debt limit until March 15, 2015 without any concessions on spending.

The vote did not raise the debt limit by a set amount but would let the Treasury borrow normally until March 2015. [Associated Press, 2/11/14]

The bill passed, 221-201. [S 540, Vote #61, 2/11/14]

### ALTERNATE: Voted to Default on Debt

In February 2014, Perry voted against suspending the debt limit until March 15, 2015 without any concessions on spending. Voting against the compromise would have led to a "high-stakes fight" requiring lifting the cap or defaulting on the nation's debt.

The vote did not raise the debt limit by a set amount but would let the Treasury borrow normally until March 2015. [Associated Press, 2/11/14]

The bill passed, 221-201. [S 540, Vote #61, 2/11/14]

## Voted to Prevent Another Government Shutdown While Reducing the Deficit

In December 2013, Perry voted for a bipartisan two-year budget agreement that would reduce the deficit while providing relief from sequestration and averting another government shutdown.

"The framework amounts to a modest deal that averts another government shutdown, replaces the sequester and provides a level of certainty on spending that hasn't been seen in Washington for several years […] The bipartisan



package includes $63 billion of 'sequester relief,' $85 billion of total savings, and $23 billion in net deficit reduction." [Politico, 12/10/13]

The bill passed, 332-94. [HJ Res 59, Vote #640, 12/12/13]

### ALTERNATIVE: Voted to Cut $6 Billion from Veterans' Retirement

In December 2013, Perry voted for a budget agreement that would cut $6 billion from military retirement over 10 years.

The agreement would reduce annual cost-of-living increases for military retirees younger than 62 by one percent each year until they turned 62.

The Military Officers Association of America said the bill would cut the military retirement of a typical member who retired at age 40 with 20 years of service by $83,000 while the typical officer retiring at age 42 after 20 years of service would lose $124,000. [Military.com, 12/11/13]

The bill passed, 332-94. [HJ Res 59, Vote #640, 12/12/13]

### Voted to Restore Cuts to Head Start, Research and Job Training

In January 2014, Perry voted for a $1.1 trillion budget agreement that would fully or partially restore sequestration cuts for Head Start, medical research and job training.

The budget agreement would appropriate $1 billion more to the National Institutes of Health than the agency received under sequestration. Sequestration cuts to Head Start would be fully reversed and Head Start partnerships benefiting toddlers and infants would be expanded. [Washington Post, 1/14/14]

The bill passed, 359-67. [HR 3547, Vote #21, 1/15/14]

### Voted for FY 2015 House Republican Budget

In April 2014, Perry voted for the FY 2015 House Republican budget. The budget would turn Medicare into a voucher program and give tax breaks to the wealthy and corporations while raising taxes on the middle class.

The budget passed, 219-205. [H Con Res 96, Vote #177, 4/10/14]

*NOTE: State specific data regarding the impact of the House Republican budget is available here from the White House and here from the DPCC.*

#### Republican Budget Would Turn Medicare into a Voucher Program, Making Seniors Pay More

The Washington Post reported that the budget "calls to privatize Medicare by changing it from an entitlement program into a voucher-style program." [Washington Post, 4/01/14]

Unlike previous Republican budget proposals, the FY 2015 budget would make changes to Medicare to anyone under 56. [Los Angeles Times, 4/01/14]

The AARP criticized the budget for raising costs for seniors, stating, "Chairman Ryan's proposed budget fails to address the high costs of health care and instead shifts costs onto seniors and future retirees […] Removing the Medicare guarantee of affordable health coverage for older Americans by implementing a premium support system and asking seniors and future retirees to pay more is not the right direction." [AARP Press Release, 4/01/14]

**Republican Budget Would Cost 3 Million Jobs**

The Economic Policy Institute estimated that the budget would cost 1.1 million jobs in FY 2015 and 3 million jobs in FY 2016. The budget would also decrease GDP by 2.5 percent in FY 2016. [Economic Policy Institute, 4/01/14]

**Republican Budget Would Give Millionaires and Corporations a Tax Cut While Raising Taxes for the Middle Class**

Citizens for Tax Justice estimated that the budget would cut taxes for millionaires by an average of $200,000. The budget would also cut the corporate tax rate by 10 percent. [Citizens for Tax Justice, 4/02/14; The Hill, 4/01/14]

The New York Times wrote that the budget would increase taxes for middle-class families with children by an average of $2,000. [New York Times Editorial, 4/01/14]

**Republican Budget Would Cut Pell Grants and Charge Students More for Loans**

The budget would cut Pell Grants by $125 billion over 10 years while reducing Pell Grant eligibility. [CBPP, 4/01/14; Politico, 4/01/14]

The budget would also charge students interest on their loans while they were still in school, generating $40 billion. [New York Times, 4/01/14]

**Voted for FY 2015 Extreme Tea Party Budget**

In April 2014, Perry voted for the Republican Study Committee Budget, billed as the "more austere alternative" to the House Republican budget. [Reuters, 4/07/14]

The RSC budget would turn Medicare into a voucher program starting for people who turn 65 in 2019, earlier than the House Republican budget. The budget would also raise the Medicare eligibility age to 67 and the Social Security retirement age to 70. [CBS News, 4/08/14; RSC "Back to Basics" Budget, FY 2015]

The budget failed, 133-291. [H Con Res 96, Vote #175, 4/10/14]

# CAMPAIGN ISSUES

**Voted to Call on Justice Department to Appoint Special Counsel to Investigate I.R.S.**

In May 2014, Perry voted for a resolution calling on Attorney General Eric H. Holder, Jr. to appoint a special counsel to investigate the targeting of conservative nonprofit groups by the Internal Revenue Service.

The resolution passed, 250-168. [HR 565, Vote #204, 5/07/13; Fox News, 5/03/14]

**House Republican Investigation into IRS Already Cost At Least $14 Million**

In 2013, IRS Commissioner John Koskinen estimated that the House Oversight and Government Reform investigation into his agency cost at least $14 million and more than 97,000 hours of staff time. [Huffington Post, 4/02/14]

**Voted to Find Lois Lerner in Contempt of Congress**



In May 2014, Perry voted for a resolution to find Internal Revenue Service Director Lois Lerner in contempt of Congress for refusal to comply with a subpoena issued by the Committee on Oversight and Government Reform.

Lerner was under investigation by the Committee for alleged IRS targeting of the tax exempt status of conservative groups. Lerner headed the IRS division responsible for applications for tax-exempt status. [Fox News, 9/23/13]

Politico reported that critics of the vote "compared the entire process to the 1950's, when Sen. Joe McCarty directed a series of contempt votes on Americans who refused questioning about what he called their 'un-American' activities." [Politico, 5/07/14]

The resolution passed, 231-187. [HR 574, Vote #203, 5/07/13]

**Voted Against Allowing Treasury to Require Disclosure of Secret Political Donors**

In February 2014, Perry voted against a motion that would allow the Treasury secretary to issue regulations requiring the disclosure of secret political donors. [CQ Floor Votes, 2/26/14]

The motion failed, 191-230. [HR 3865, Vote #68, 2/26/14]

# DISASTER RELIEF

**Voted Against Providing Funds to Cover Insurance Claims of Victims of Hurricane Sandy**

In January 2013, Perry voted against providing $9.7 billion in assistance to victims of Hurricane Sandy. The funds would be the first part of a larger aid package sought by affected states.

The bill would give the National Flood Insurance Program the authority to borrow $9.7 million to cover insurance claims filed by those whose homes were damaged or destroyed by the storm. FEMA previously notified Congress that it would be unable to cover all of the claims. [New York Times, 1/04/13]

All votes against the aid came from House Republicans. The bill passed, 354-67. [HR 41, Vote #7, 1/04/13]

### Republicans Slammed GOP Colleagues for Delaying Vote on Bill

Governor Chris Christie of New Jersey criticized Republicans for delaying an initial vote on the bill, declaring they "failed the most basic test of leadership" and calling their behavior "disappointing" and "disgusting." [CNN, 1/03/13]

Republican Congressman Peter King of New York called on residents of New York and New Jersey to halt campaign contributions to Republicans after the bill was delayed and said there was "dysfunction in the Republican leadership." [Politico, 1/02/13; CNN, 1/02/13]

Congressman Michael Grimm of New York called the Republican delay tactics a "personal betrayal" that was "untenable and unforgivable." [NBC, 1/02/13]

**Voted Against Providing $51 Billion in Emergency Aid to Victims of Hurricane Sandy**

In January 2013, Perry voted against providing $51 billion in emergency aid to victims of Hurricane Sandy. The governors of New York and New Jersey previously requested $82 billion in aid to cover damage in their states.

The aid would be directed to those victims whose homes were damaged or destroyed, as well as to business owners who suffered heavy losses. The package would also pay for repairing transit systems, fixing bridges and tunnels, reimbursing local governments for emergency spending, and replenishing shorelines. [New York Times, 1/28/13]

The bill passed, 241-180. [HR 152, Vote #23, 1/15/13]

### Republican Congressman Called No Votes "Disgraceful"

Republican Congressman Peter King called House Republicans who voted against Hurricane Sandy aid "disgraceful" and said they made representatives from the impacted region feel like "third-world beggars."

"Quite frankly, it's going to be difficult going back and working with people you sit next to," said King. [New York Daily News, 1/18/13]

### …Even Voted to Offset Relief Funds with Cuts to Military

In January 2013, Perry voted for an amendment sponsored by Congressman Mick Mulvaney that would require a 1.63 percent cut to all discretionary spending to offset the original $17 billion Hurricane Sandy relief bill.

Republican Congressman Bill Young, chairman of the Appropriations Defense subcommittee, said he opposed the amendment because it would cut military pay. Politico reported that amendment would include cuts to the Pentagon's budget. [The Hill, 1/15/13; Politico, 2/05/13]

The amendment failed, 162-258. [HR 152, Vote #14, 1/15/13]

### Voted Against $17 Billion for Relief Needs

In January 2013, Perry voted against a supplemental $17 billion to address immediate needs relating to damage from Sandy. The amendment was sponsored by Republican Appropriations Chair Hal Rogers.

The funds included $5.4 billion for FEMA's disaster relief fund, $5.4 billion for public transportation in New York and New Jersey, $3.9 billion for HUD development programs, $1.4 billion for the Army Corps of Engineers, and millions more.

The amendment was adopted, 327-91. [HR 152, Vote #15, 1/15/13]

### Voted Against $33.7 Billion in Long-Term Recovery Aid

In 2013, Perry voted against an additional $33.7 billion for long-term recovery spending. The amount included $2 billion to repair federal highways.

The amendment passed, 228-192. [HR 152, Vote #22, 1/15/13]

### Voted for Pandemic and Disaster Preparedness Funding

In 2013, Perry voted for the Pandemic and All-Hazards Preparedness Reauthorization Act.

The bill would strengthen national preparedness and response for public health emergencies, eliminate bureaucratic inefficiencies and accelerate the stockpiling of vaccines.

The bill passed, 370-28, and was signed into law. [HR 307, Vote #56, 3/04/13]

### Voted Against Increased Funding to Prepare for Natural Disasters

In 2013, Perry voted against a motion to increase funding FEMA activities to prepare for natural disasters.



The amendment to the homeland security appropriations bill would increase by $25 million the total provided for state and local programs, tribal emergency response training, and a pre-disaster mitigation grant program.

The amendment failed 196-226. [HR 2217, Vote #210, 6/06/13]

## Voted Against Funds to Fight and Prevent Wildfires

In February 2014, Perry voted against authorizing $50 million to fight wildfires. The motion would authorize an additional $50 million for hazardous fuels reduction on public lands. [CQ Floor Votes, 2/06/14]

The motion failed 194-222. [HR 2954, Vote #53, 2/06/14]

## Voted Against Reauthorizing Funds for Rural Schools, Firefighters and Policemen

In February 2014, Perry voted against a motion that would reauthorize the Payments in Lieu of Taxes initiative, or federal payments to local governments to offset losses in property taxes to non-taxable Federal lands within their boundaries. [CQ Floor Votes, 2/06/14]

The Department of the Interior reported that PILT payments help rural communities fund firefighters and police departments, construction of publics cools and roads, and search-and-rescue operations. [Department of the Interior, accessed 4/08/14]

The motion failed 194-222. [HR 2954, Vote #53, 2/06/14]

## Opposed Flood Insurance Premium Increases

In March 2014, Perry voted for stopping flood insurance premium increases for some homeowners while capping future premium increase.

The bill would reinstate the flood insurance program's grandfathering provision that was eliminated under the Biggert-Waters Flood Insurance Reform Act, meaning that homes compliant with previous flood maps would not be hit with large premium increases under new maps.

The bill would also limit yearly premium increases to an average of 15 percent per year while stipulating that no individual policy holder pay an increase of more than 18 percent per year. [Times-Picayune, 3/12/14]

The bill passed, 306-91. [HR 3370, Vote #91, 3/04/14]

## Voted Against Considering a Delay in Flood Insurance Rate Increases X Times

In 2014, Perry voted X times against considering delaying flood insurance premium increases resulting from the Biggert-Waters Flood Insurance Reform Act of 2012. [Times-Picayune, 2/04/14]

The New York Times reported that "over the past year, millions of coastal property owners were hit with flood insurance rate increases that sent their premiums soaring up to five or 10 times the previous amounts. As their insurance bills soared and their property values plummeted, homeowners begged lawmakers to block or delay the Biggert-Waters provisions." [New York Times, 1/30/14]

The Homeowner Flood Insurance Affordability Act would have delayed the premium increases. [Times-Picayune, 2/04/14]



✓ Perry voted against consideration of the Homeowner Flood Insurance Affordability Act. [Congressional Record, 2/04/14]

The previous question passed, 225-193. [H Res 470, Vote #34, 2/04/14]

- **Headline**: House rejects Democratic proposal for quick vote on Senate-passed bill delaying flood insurance hikes [Times-Picayune, 2/04/14]

✓ Perry voted against consideration of the Homeowner Flood Insurance Affordability Act. [Congressional Record, 2/05/14]

The previous question passed, 226-196. [H Res 472, Vote #36, 2/05/14]

✓ Perry voted against consideration of the Homeowner Flood Insurance Affordability Act. [Congressional Record, 2/11/14]

The previous question passed, 222-195. [H Res 475, Vote #58, 2/11/14]

# ECONOMY

## Voted for the Reauthorization of Overseas Private Investment Corporation

In May 2014, Perry voted for H.R. 2548, the Electrify Africa Act, which included a three-year reauthorization of the Overseas Private Investment Corporation (OPIC). Created in 1969, OPIC is a federal agency that subsidizes private domestic companies investing in foreign countries.

The Chamber of Commerce listed OPIC reauthorization of one of its major legislative priorities, saying that it would help "level the global playing field for American businesses and workers by lowering barriers to trade and investment." [Chamber of Commerce Policy Priorities, 2013]

The bill passed, 297-117. [HR 2547, Vote #208, 5/08/13]

## Voted to Block Long-Term Reauthorization of Export-Import Bank

In September 2014, Perry voted to block a seven-year reauthorization of the Export-Import Bank. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 9/15/14]

The Export-Import Bank supports more than 200,000 American jobs by providing financing or guarantees for $37.4 billion in American exports. Nearly 90 percent of the Export-Import Bank's transactions support American small businesses. [Chamber of Commerce, accessed 11/18/14]

The previous question passed, 224-188. [H Res 722, Vote #498, 9/16/14]

## Voted to Go on Paid Recess Without Fixing Sequester First

In February 2013, two weeks before the sequester would begin cutting indiscriminately from government, Perry voted to adjourn for over a week before reaching a solution.

The resolution passed with 222 Republicans and no Democrats voting for adjournment, 222-190. [H Con Res 15, Vote #43, 2/15/13]

### CBO: Sequester Will Slash 2013 Economic Growth In Half



According to the Wall Street Journal's MarketWatch: "Fiscal tightening including the automatic budget cuts known as the sequester would cut U.S. growth in half in 2013 if allowed to go into effect, the Congressional Budget Office said Tuesday in a new budget and economic outlook. … CBO said Tuesday that growth would be about 1.5 percentage points faster in 2013 if not for fiscal tightening including the sequester." [MarketWatch, 2/05/13]

## Voted Against Minimum Wage Increase

In March 2013, Perry voted against a measure to increase the minimum wage from $7.25 to $10.10 per hour over three years.

Upon enactment, the measure would have increased the federal minimum wage from $7.25 to $8.20 within three months. A year from this date, the federal minimum wage would increase from $8.20 to $9.15. A year from this date, the federal minimum wage would increase to $10.10.

The measure failed, 184-233. [HR 803, Vote #74, 3/15/13]

### Raising the Minimum Wage Would Benefit as Many as 30 Million Americans

According to the Economic Policy Institute, "Increasing the federal minimum wage to $10.10 by July 1, 2015, would raise the wages of about 30 million workers, who would receive over $51 billion in additional wages over the phase-in period." [Economic Policy Institute, 3/13/13]

**…And Generate 140,000 Net New Jobs.** According to the Economic Policy Institute, "Across the phase-in period of the minimum-wage increase, GDP would increase by roughly $32.6 billion, resulting in the creation of approximately 140,000 net new jobs (and 284,000 job years) over that period." [Economic Policy Institute, 3/13/13]

### At the Time, 71 Percent of Americans Favored Increasing Minimum Wage

A Pew Research/USA Today poll in February 2013 found that 71 percent of Americans favored increasing the minimum wage. [Pew Research/USA Today poll, 2/13-18/13]

## Voted Against Considering Build America Bonds Program

In 2013, Perry voted against considering a bill to permanently extend the Build America Bonds program. The program, part of the Put America Back to Work Act, would help states and local governments leverage private capital to create jobs today and build the infrastructure that is the backbone of economic growth.

The previous question was ordered, 228-192, meaning the bill was not brought up for consideration. [H Res 175, Vote #121, 4/23/13]

## Threatened Critical Safety Regulations in Burdensome Congressional Approval Process

In 2013, Perry voted against exempting a broad range of regulations enforced by federal agencies from requiring explicit Congressional approval to keep families safe and protect economic growth.

The amendment would protect regulations that would create jobs or economic growth, reduce the deficit and long-term debt, prevent outsourcing, protect Medicare guaranteed benefits and Medicaid, protect the health and safety of women, children, seniors, and veterans, guarantee equal pay for women, restrict exposure to toxic substances, protect safe drinking water, or promote the safe disposal of hazardous waste, prevent financial or health care fraud, prevent child sex trafficking and child pornography, protect the American people from terrorist attacks, or prevent



discrimination based on race, religion, national origin, or any other legally protected characteristic. [CQ Votes, 8/02/13]

The amendment failed 185-229. [HR 367, Vote # 444, 8/02/13]

## Supported Congressional Approval of Executive Agency Regulations

In August 2013, Perry voted for the REINS Act that would require Congress to approve executive agency regulatory proposals that are deemed to be "major rules."

As amended, the bill would include in the definition of "major rules" those likely to cost more than $50 million; rules that would have adverse economic effects; any regulations crafted to implement or provide for the collection of a carbon tax; and rules made under the 2010 health care overhaul law.

It also would require that federal agencies list, in reports submitted to Congress, any related regulatory actions or pending actions by another federal agency with authority to implement the same statutory provision or regulatory objective. [CQ Floor Votes, 8/02/13]

The bill was part of a series before leaving "Washington for a five-week summer break… aimed mostly at embarrassing the Obama administration and scoring political points." [Washington Post, 7/31/13]

According to the Office of Budget and Management, the bill would reflect an unprecedented and unjustified power shift in Washington. In a policy statement, OMB wrote, "This radical departure from the longstanding separation of powers between the Executive and Legislative branches would delay and, in many cases, thwart implementation of statutory mandates and execution of duly-enacted laws." [The Hill, 7/31/13]

The White House threatened to veto the measure, noting that federal agencies were already required to adhere to federal law and that Congress had the ability to review them. The White House wrote that the REINS Act would "throw all major regulations into a months-long limbo, fostering uncertainty and impeding business investment that is vital to economic growth." [CQ News, 8/02/13]

The bill passed 232-183. [HR 367, Vote #445, 8/02/13]

# ENERGY

## Voted Against Requiring Keystone Oil Be Used in the USA

In 2013, Perry voted against an amendment that would prohibit approval and construction of the Keystone XL pipeline until the president determined that the oil and refined fuels transported through it is used in the United States and not exported.

An exception would exist if the president found that approval or construction was in the national interest or required by law.

The amendment failed 162-255. [HR 3, Vote #177, 5/22/13]

## Voted to Allow Keystone XL Construction

In 2013, Perry voted for a bill that would allow construction of the northern portion of the Keystone XL oil sands pipeline. The bill stated that no presidential permit was needed to begin construction of the northern route, as the White House has delayed full approval of the project.

The bill passed, 241-175. [HR 3, Vote #179, 5/22/13]

## Voted Against Requiring Keystone Developer to Pay for Spills

In 2013, Perry voted against a measure to require TransCanada, the developer of the Keystone XL pipeline, to pay for oil spills.

The motion would certify that the oil through the pipeline would be treated similarly to conventional crude for the purposes of determining contributions that fund the Oil Spill Liability Trust Fund.

The motion failed 194-223. [HR 3, Vote #178, 5/22/13]

## Voted Against Considering the Federal Price Gouging Prevention Act

In 2013, Perry voted against considering the Federal Price Gouging Prevention Act, which would protect consumers from price-gouging of gasoline and other fuels.

The previous question was approved 223-194. A vote against the motion would have allowed for consideration of price gouging bill. [H Res 228, Vote #167, 5/22/13; Congressional Record, H2860, 5/22/13]

## Voted to Undermine States' Rights to Restrict Off-Shore Development and Use

In 2013, Perry voted against an amendment preventing the underlying oil leasing measure from affecting states' authority to restrict leasing and natural-resource development beneath states' navigable waters.

The vote failed 209-210. [HR 2231, Vote #301, 6/28/13]

## Undermined Existing Ban on New Drilling under Great Lakes

In 2013, Perry voted for a measure that would ensure the prohibition of new offshore oil and gas drilling permits under any of the Great Lakes.

The motion, offered by Rep. Brad Schneider of Illinois, also would require future drilling permit holders to encourage oil companies operating the leases to use American-made equipment and to avoid outsourcing American jobs. [CQ Floor Votes, 6/28/13]

The motion failed 195-225. [HR 2231, Vote #303, 6/28/13]

### ALTERNATE: Supported Outsourcing American Jobs in Energy Development

In 2013, Perry voted for a measure that would ensure the prohibition of new offshore oil and gas drilling permits under any of the Great Lakes.

The motion, offered by Rep. Brad Schneider of Illinois, also would require future drilling permit holders to encourage oil companies operating the leases to use American-made equipment and to avoid outsourcing American jobs. [CQ Floor Votes, 6/28/13]

The motion failed 195-225. [HR 2231, Vote #303, 6/28/13]

### University of Michigan: Great Lakes Provide 1.5 Million Jobs

"The Great Lakes provide 1.5 million jobs in the U.S., and $62 billion in wages every year, according to a study by Michigan Sea Grant at the University of Michigan. The study said Michigan has the most jobs related to the Great Lakes, with 525,886." [Grand Rapids Press, 2/24/11]



**"A Yes Vote was to Bar Drilling in the Great Lakes"**

The Wisconsin State Journal reported, "Voting 195 for and 225 against, the House on June 28 defeated a Democratic attempt to bar HR 2231 (above) from authorizing oil and gas drilling in the Great Lakes [...] A yes vote was to bar drilling in the Great Lakes." [Wisconsin State Journal, 6/29/13]

### Supported Offshore Drilling

In 2013, Perry voted for a bill that would direct the Secretary of the Interior to develop a five-year offshore leasing plan that would make at least 50 percent of the unleased coastal areas with the most potential for energy production available for oil and gas exploration and development.

Under the bill, drilling would be allowed off the coasts of California, South Carolina and Virginia. It also would require the Interior secretary to prepare a multi-sale environmental impact statement in accordance with the National Environmental Policy Act for all lease sales authorized by the bill. As amended it would require that claims arising from projects covered by the bill be filed within 60 days and resolved within six months. [CQ Votes, 6/28/13]

The bill passed, 235-186. [HR 2231, Vote #304, 6/26/13]

**Offshore Energy and Jobs Act would Put Local Coastal Communities at Risk**

The Offshore Energy and Jobs Act would expand drilling in US waters and would "put the local coastal communities at risk from ecological and economic harm. The US coasts provide billions of dollars in economic revenue through recreation, tourism, and healthy seafood," according to Surfer Today. [Surfer Today, 6/26/13]

### Voted Against Considering Bill to Protect Consumers from Price-Gouging on Gasoline

In 2013, Perry voted against considering the Federal Price Gouging Prevention Act of 2013, a bill to protect consumers from price-gouging of gasoline and other fuels. The bill would make it unlawful in a time of international crisis affecting the oil market to sell gasoline at a price that was unconscionably excessive or indicated the seller was taking advantage of the circumstances.

Rep. Tim Bishop, who offered the motion, said on the House floor that he urged "my colleagues to defeat the previous question so that the House can consider pro-consumer, job-protecting legislation, the Federal Price Gouging Prevention Act, which would deter the sale of gasoline at excessive prices." [Congressional Record, H4998, 7/24/13]

The previous question was approved 224-191. A vote against the motion would have allowed for consideration of the price gouging bill. [H Res 315, Vote #399, 7/24/13]

### Voted Against Requiring Oil Companies Give Up Tax Credits

In 2013, Perry voted against a motion requiring that oil companies benefitting from the streamlined permit process in the underlying bill would first agree not to claim the domestic production activities tax credit. [CQ Floor Votes, 11/20/13]

The underlying bill, the Federal Lands Jobs and Energy Security Act, would roll back federal regulations regarding oil and gas leasing. [Statement of Administrative Policy, 11/19/13]

The motion failed 189-232. [HR 1965, Vote #599, 11/20/13]

# ENVIRONMENT

## Did Not Vote on Approving Keystone XL Pipeline

In November 2014, Perry voted to bypass the State Department and approve the Keystone XL pipeline.

The bill was narrower than earlier House-passed measures. It did not include provisions addressing federal permits from the Bureau of Land Management, permits for migratory birds, Clean Water Act regulations on the discharge of dredged waters, or some protections from the Endangered Species Act. [Roll Call, 11/12/14]

The resolution passed, 233-185. [HR 748, Vote #517, 11/13/14]

## Voted Against Protecting Schools, Hospitals and Nursing Homes from Pollution

In September 2014, Perry voted against a motion that would forbid expedited federal mining permits for corporations releasing toxic pollution from petroleum coke that harms air quality or contaminates drinking water within 5 miles of a school, hospital or nursing home. [HR 2 Motion to Recommit, 9/2014]

The motion failed, 193-222. [HR 2, Vote #514, 9/18/14]

## Voted Against Stricter Regulation of Pesticides that Cause Cancer

In July 2014, Perry voted against a motion that would require stricter regulations on pesticides that are suspected or known carcinogens that harm children or that are used in areas with higher cancer rates. [CQ Floor Votes, 7/31/14]

The motion failed, 195-233. [HR 935, Vote #469, 7/31/14]

## Voted Against Protecting Great Lakes from Oil Spills

In June 2014, Perry voted against a motion that would bar the Secretary of State from approving transnational pipelines if a spill from the pipeline would contaminate drinking water in the Great Lakes.

The motion would also bar approval of transnational pipelines if the owner or operator was responsible for previous oil spills. [CQ Floor Votes, 6/24/14; The Hill, 6/24/14]

The motion failed, 185-227. [HR 3301, Vote #353, 6/24/14]

## Voted Against Preventing Contamination of Groundwater and the Great Lakes

In July 2013, Perry voted against preventing contamination of groundwater and sources of drinking water, including the Great Lakes, from coal ash waste disposal sites.

The amendment failed 192-225. [HR 2218, Vote #417, 7/25/13]

## Voted Against Environmental Protections for Children and Seniors

In 2013, Perry voted against an amendment to protect environmental regulations that keep children and seniors safe.

The amendment would exempt regulations that would result in reduced incidence of cancer, premature mortality, asthma attacks, or respiratory disease in children or seniors from a Republican bill that would allow the Secretary of Energy to veto some environmental regulations. [CQ Floor Votes, 8/01/13]



"As currently written, H.R. 1582 would cripple the ability of the Environmental Protection Agency to protect the water we drink and the air we breathe. My amendment simply ensures that the EPA can continue to protect children and seniors from the harmful impacts of pollution," Rep. Lois Capps, the amendment's sponsor, said. [Capps statement, Congressional Record, page H5291, 8/01/13]

The motion failed 188-221. [HR 1582, Vote #431, 8/01/13]

## Voted to Undermine Critical Environmental Protections

In 2013, Perry voted to require that the Environmental Protection Agency submit a report to Congress and to the Department of Energy before it could receive final approval to implement energy-related regulations that could cost more than $1 billion.

Supporters of the bill believed it would bring greater transparency to EPA regulations and reduce the overall costs of compliance with such rules, which, they believed, caused energy prices to increase.  Opponents of the bill, however, argued that it would block critical regulations that protected the environment and public health, and would allow key protections, such as the Clean Water Act and Clean Air Act, to be invalidated. [Energy and Commerce Committee Report, 7/22/13]

The Energy and Commerce Committee's ranking member, Rep. Henry Waxman (D-CA.), called the bill "yet another science-denying attack on the EPA."

"At some point, we need to stop acting like members of the flat earth society and start listening to the scientists," Waxman said. [The Hill, 7/10/13]

The bill passed 232-181. [HR 1582, Vote # 432, 8/01/13]

### CBO: Bill Would Cost $35 Million to Implement

According to a Congressional Budget Office report, "implementing H.R. 1582 would cost $35 million over the 2014-2018 period, assuming appropriation of the necessary amounts…CBO estimates that implementing H.R. 1582 would not have a significant impact on spending by EPA because most of the analysis that it would need to complete under H.R. 1582 will already be conducted to meet similar reporting requirements under existing Executive Orders. CBO estimates, however, that DOE would need additional appropriations of about $7 million annually to meet new and expanded reporting requirements under H.R. 1582." [H.R. 1582 Cost Estimate, Congressional Budget Office, 7/22/13]

## Voted to Speed Up Reviews of Mineral Exploration and Mining Permits

In September 2013, Perry voted to speed up reviews of mineral exploration and mining permits. The bill would reclassify domestic mining of rare earth and other critical and strategic minerals on federal lands as "infrastructure projects" under a March 2012 executive order designed to streamline the permitting and review process.

Democrats opposed provisions of the law that would weaken an environmental law requirement if critical mine exploration or mine permits meet safeguards of federal or state permitting agencies. The legislation would limit the review process for mineral exploration to 30 months, during which federal permitting agencies would need to defer to state data and analysis. [CQ Weekly, 9/23/13]

The bill passed 246-178. [HR 761, Vote #471, 9/18/13]

### Voted to Allow Critical Minerals to be Exported to China or Iran



Before the final bill passed, Perry voted against an amendment that would prohibit the export of strategic and critical minerals produced under the permit to China or Iran. It would also prohibit the issuance of permits to companies in which China or Iran has an ownership interest or to those convicted of violating Iran sanctions laws. [CQ Floor Votes, 9/18/13]

The amendment failed 197-229. [HR 761, Vote #470, 9/18/13]

## Voted to Undermine California's Water Laws

In February 2014, Perry voted for a bill that would roll back state and federal laws to send more water from the Delta to the San Joaquin Valley.

The San Jose Mercury News reported that the bill "would roll back federal environmental protections, halt restoration of the San Joaquin River's flow and salmon habitat, and pre-empt various state water and endangered-species laws." [San Jose Mercury News, 2/04/14]

The bill passed, 229-191. [HR 3964, Vote #50, 2/05/14]

## Voted Against Requiring Companies to Disclose Toxic Chemicals in Drinking Water

In February 2014, Perry voted against a motion that would require chemical manufacturers to report to regulatory agencies on the potential risks of chemicals that could contaminate water supplies prior to using them. [CQ Floor Votes, 2/05/14]

The motion failed 187-231. [HR 3590, Vote #40, 2/05/14]

## Voted to Gut the Ability of the EPA to Manage Superfund Sites

In January 2014, Perry voted for a bill that the Sierra Club said would "gut the Superfund law."

The Huffington Post reported that the bill "would make it harder for the government to require companies that deal with hazardous substances to carry enough insurance to cover cleanup. The bill would also require more consultation with states before the government imposes cleanup requirements for Superfund sites." [The Huffington Post, 1/09/14]

The Sierra Club criticized that the bill "would essentially transfer responsibility for hazardous waste site cleanup from the EPA to the states and gut the power of the EPA to effectively manage hazardous waste cleanups under Superfund provisions." [Sierra Club, 1/13/14]

The bill passed, 225-188. [HR 2279, Vote #10, 1/09/14]

## Voted to Block Federal Oversight of Fracking

In November 2013, Perry voted for a bill that would block the federal government's ability to impose new rules on fracking. [The Hill, 9/06/13]

ThinkProgress reported that under the law, "Unless a state has not passed any laws regarding fracking, the U.S. Department of Interior…would have no say in whether companies disclose chemicals in fracking fluid; whether water that comes back up from fracked wells is polluted; or whether people can request public hearings on fracking permit applications." [ThinkProgress, 11/19/13]

The bill passed, 235-187. [HR 2728, Vote #604, 11/20/13]



**{Voted for/Even Voted Against/Voted Present on/Did Not Vote on}} Requiring Public Disclosure of Chemicals Used in Fracking**

In November 2013, Perry voted against a motion that would grant the Secretary of the Interior and state governments the authority to require public disclosure of chemicals, processes and the location of fracking. [CQ Floor Votes, 11/20/13]

The motion failed, 188-232. [HR 2728, Vote #603, 11/20/13]

### Voted Against Ensuring Communities Have a Say in Natural Gas Pipeline Locations

In November 2013, Perry voted against a motion that would ensure the ability of communities to engage in the permitting and construction processes of local natural-gas pipelines.  [CQ Floor Votes, 11/21/13]

The motion failed, 180-233. [HR 1900, Vote #610, 11/21/13]

### Voted to Limit Environmental Reviews

In March 2014, Perry voted to limit environmental reviews required by the National Environmental Policy Act,

The bill would create an 18-month maximum deadline for an environmental assessment and a 36-month maximum deadline for an environmental impact statement. [The Hill, 3/06/14]

The bill passed, 229-179. [HR 2641, Vote #113, 3/06/14]

# FINANCIAL SECURITY ISSUES

### Voted Against Raising the Minimum Wage to $10.10

In April 2014, Perry voted against the Democratic budget alternative. The budget would raise the minimum wage to $10.10. [House Democratic Budget Substitute, FY 2015]

Raising the minimum wage to $10.10 would increase earnings for 16.5 million workers, including XXXX workers in STATE. [Politico, 2/25/14; Economic Policy Institute, 12/19/13]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

### Voted Against Extending Unemployment Insurance

In April 2014, Perry voted against the Democratic budget alternative. The budget would extend Emergency Unemployment Compensation for one year. Emergency unemployment insurance expired in December 2013. [House Democratic Budget Substitute, FY 2015]

As of March 2014, XXXX people in STATE were cut off unemployment insurance and the STATE economy lost AMOUNT due to the expiration. [House Ways and Means Committee Democrats, 3/05/14; 3/31/14]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

### Voted for Lobbyist-Drafted Law that Would Weaken Financial Protection Rules Aimed at Preventing Another Bailout



In October 2013, Perry voted for the Swaps Regulatory Improvement Act, a bill that would roll back a provision of the Dodd-Frank law requiring banks to separate some derivatives trading into separate units not backed by the government's insurance fund.

The New York Times reported that Citigroup lobbyists drafted more than 70 of the 85 lines of the bill. [New York Times, 10/30/13]

The AFL-CIO criticized that the bill would "effectively subsidize swaps dealing by Wall Street banks that benefit from taxpayer-backed guarantees." [AFL-CIO, 10/30/13]

The bill passed, 292-122. [HR 992, Vote #569, 10/30/13]

**Voted Against Considering Unemployment Insurance Extension X Times**

In 2013, Perry against considering extending emergency unemployment benefits X times.

Emergency unemployment insurance for the long term unemployed ended for 1.3 million Americans in December 2013. [Washington Post, 12/23/13]

As of March 2014, XXXX people in STATE were cut off unemployment insurance and the STATE economy lost AMOUNT due to the expiration. [House Ways and Means Committee Democrats, 3/05/14; 3/31/14]

- ✓ Perry voted against consideration of a three-month, fully paid-for extension of federal unemployment insurance. [Congressional Record, 12/12/13]

  The previous question passed, 227-195.  [H Res 438, Vote #637, 12/12/13]

- ✓ Perry voted against consideration of the Emergency Unemployment Compensation Extension Act. [Congressional Record, 1/09/14]

  The previous question passed, 226-191. [H Res 455, Vote #5, 1/09/14]

- ✓ Perry voted against consideration of the Emergency Unemployment Compensation Extension Act. [Congressional Record, 1/15/14]

  The previous question passed, 228-195. [H Res 458, Vote #19, 1/15/14]

- ✓ Perry voted against consideration of the Emergency Unemployment Compensation Extension Act. [Congressional Record, 1/28/14]

  The previous question passed, 222-194. [H Res 465, Vote #26, 1/28/14]

- ✓ Perry voted against consideration of the Emergency Unemployment Compensation Act. [Congressional Record, 3/05/14]

  The previous question passed, 221-184. [H Res 497, Vote #93, 3/05/14]

- ✓ Perry voted against consideration of the Emergency Unemployment Compensation Act. [Congressional Record, 3/06/14]

  The previous question passed, 219-191. [H Res 501, Vote #99, 3/06/14]



✓ Perry voted against consideration of the Emergency Unemployment Compensation Act. [Congressional Record, 4/08/14]

The previous question passed, 219-190. [H Res 544, Vote #169, 4/08/14]

## Voted Against Considering Raising the Minimum Wage X Times

In 2014, Perry voted X times against considering the Fair Minimum Wage Act.  The bill would phase in a federal minimum wage increase to $10.10 per hour over two years.

Raising the minimum wage to $10.10 would increase earnings for 16.5 million workers, including XXXX workers in STATE. [Politico, 2/25/14; Economic Policy Institute, 12/19/13]

✓ Perry voted against consideration of the Fair Minimum Wage Act of 2013. [Congressional Record, 2/26/14]

The previous question passed, 224-192. [H Res 487, Vote #65, 2/26/14]

✓ Perry voted against consideration of the Fair Minimum Wage Act of 2013. [Congressional Record, 2/27/14]

The previous question passed, 225-192. [H Res 492, Vote #79, 2/27/14]

✓ Perry voted against consideration of the Fair Minimum Wage Act of 2013. [Congressional Record, 4/02/14]

The previous question passed, 229-194. [H Res 530, Vote #152, 4/02/14]

✓ Perry voted against consideration of the Fair Minimum Wage Act of 2013. [Congressional Record, 4/04/14]

The previous question passed, 222-193. [H Res 539, Vote #157, 4/04/14]

## Voted to Undermine the Consumer Financial Protection Bureau

In February 2014, Perry voted to undermine the Consumer Financial Protection Bureau. The bill would replace the bureau's director with a commission and subject it to the appropriations process.

The bill would also rename the bureau as the Financial Product Safety Commission and force the agency to receive permission from consumers prior to collecting non-public data. [Reuters, 2/27/14]

The bill passed, 232-182. [HR 3193, Vote #85, 2/27/14]

### Even Voted Against Protecting CFPB's Ability to Protect Service Members from Payday Lenders

In February 2014, Perry voted against a motion that would protect the Consumer Financial Protection Bureau's ability to protect service members from payday lenders, enforce sanctions related to ATM or private student loan fees, or alert consumers about personal information breaches. [CQ Floor Votes, 2/27/14]

The motion failed, 194-223. [HR 3193, Vote #84, 2/27/14]

## Voted X Times Against Considering the Paycheck Fairness Act

In 2014, Perry voted X times against considering the Paycheck Fairness Act. In STATE, women earn only X cents for every dollar their male counterparts earn. [National Women's Law Center]



✓ Perry voted against consideration of the Paycheck Fairness Act. [Congressional Record, 4/11/13]

    The previous question passed, 226-192. [H Res 146, Vote #97, 4/11/13]

✓ Perry voted against consideration of the Paycheck Fairness Act. [Congressional Record, 5/07/13]

    The previous question passed, 230-198. [H Res 198, Vote #132, 5/07/13]

✓ Perry voted against consideration of the Paycheck Fairness Act. [Congressional Record, 4/08/14]

    The previous question passed, 219-190. [H Res 544, Vote #169, 4/08/14]

## FOREIGN POLICY

### Voted to Condemn the Obama Administration for Swapping Prisoners for Army Sgt. Bergdahl

In September 2014, Perry voted for a resolution to condemn the Obama administration for releasing five individuals from Guantanamo Bay in exchange for Army Sgt. Bowe Bergdahl without notifying Congress beforehand.

President Obama argued that the notification requirement can be ignored in cases where Americans lives are at risk, and said he worried that congressional leaks could endanger the deal. Sgt. Bergdahl spent five years in captivity before the May 2014 exchange. [Marine Corps Times, 9/09/14]

The resolution passed, 249-163. [H Res 644, Vote #485, 9/09/14]

### Voted to Limit the Presence of Armed Forces in Iraq

In July 2014, Perry voted for a resolution to direct the President not to escalate the war in Iraq without first going to Congress for permission.

The Huffington Post reported, "Passed by a large 370 to 40 majority, the resolution declares: "The President shall not deploy or maintain United States Armed Forces in a sustained combat role in Iraq without specific statutory authorization for such use enacted after the date of the adoption of this concurrent resolution." [Huffington Post, 7/25/14]

The resolution passed, 370-40. [H Con Res 105, Vote #452, 7/10/14]

### Opposed Tough Language for Options Against Syria's Assad

In June 2013, Perry voted for an amendment that would strip language expressing the sense of Congress on the conflict in Syria.

The amendment would remove the language from the defense authorization bill that stated the Congress would consider all courses of action to remove Assad from power, begin operational planning to secure Syria's chemical and biological weapons and prepare for supplying lethal aid to the rebels. [CQ Floor Votes, 6/19/13; Journal News, 6/27/13]

The amendment failed 123-301. [HR 1960, Vote #234, 6/14/13]

### Voted to Create the Select Committee on Benghazi


In May 2014, Perry voted to create the Select Committee on the Events Surrounding the 2012 Terrorist Attack in Benghazi.

USA Today reported that the special committee could cost as much as $3.3 million in taxpayer dollars, "a bigger budget than the House Veterans Affairs and Ethics Committees were given this year." [USA Today, 7/07/14]

The Associated Press reported that Congress' previous investigations into Benghazi "have cost the Pentagon millions of dollars and thousands of hours of personnel time." In August 2014, the previous investigation concluded after finding "that there was no deliberate wrongdoing by the Obama Administration." [Associated Press, 3/25/14; San Francisco Chronicle, 8/01/14]

The resolution passed, 232-186. [H Res 567, Vote #209, 5/08/13; Hill, 5/08/14]

### Voted to Block Vote to Make Committee Completely Bipartisan

In May 2014, Perry voted to block consideration of a bill that would make the Benghazi Select Committee completely equal in Democrat and Republican membership and give the committee bipartisan deposition authority, subpoena power, staffing and resources. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 5/08/14]

The previous question passed, 223-192. [H Res 575, Vote #206, 5/08/14]

### Voted to Block Vote on Committee Transparency

In September 2014, Perry voted for consideration of a bill that would require the Benghazi Select Committee adopt normal committee rules. A vote against the previous question would have allowed the bill to be considered.

Democrat Rep. Louise Slaughter said that her previous question "would strike a special waiver for the Benghazi Select Committee that lets them avoid the transparent and deliberative process of debating and voting on their own written rules for media access, which every other committee has to do…" [Congressional Record, 9/16/14]

The previous question passed, 224-188. [H Res 722, Vote #498, 9/16/14]

## GOVERNMENT SHUTDOWN

### Voted Against Protecting Nutrition Assistance for Pregnant Mothers, Veterans in Shutdown or Default

In September 2013, Perry voted against protecting nutrition assistance for pregnant mothers, veterans, seniors or people with disabilities in the event of a government shutdown or default on our debt.

The amendment failed 193-230. [HR 3102, Vote #475, 9/19/13]

### Voted Against Protecting Social Security and Medicare from Shutdown

In September 2013, Perry voted against critical protections in the event of a shutdown brought on by the Republican continuing resolution that could bring on a government shutdown over health care funding.

The amendment would fund military personnel accounts, the Social Security Administration's administrative expenses, the Health and Human Services Centers for Medicare and Medicaid Services program management account and the Veterans Benefit Administration's operating expenses through September 30, 2014.



It also would bar the use of funds provided by the bill to implement a system that would privatize the Social Security program, reduce the insurance benefits it provides or to establish a Medicare voucher plan that provides limited payments to purchase health care in the private sector.

The amendment would increase funding for the Essential Air Service by $2.7 million. [CQ Votes, 9/20/13]

The amendment failed 190-228. [HJ Res 59, Vote #477, 9/20/13]

**Voted For Extreme Plan That Would "Likely Result" In a Government Shutdown**

In 2013, Perry voted for an extreme House Republican continuing resolution that the Associated Press reported would "likely result" in the shutdown of the federal government. [Associated Press, 8/23/13]

According to the New York Times: "After three years of cajoling, finessing and occasionally strong-arming his fitful conservative majority, Speaker John A. Boehner waved the white flag on Wednesday, surrendering to demands from his right flank that he tie money to keep the government open after Sept. 30 to stripping President Obama's health care law of any financing. […] The House's stopgap spending measure would finance the government through Dec. 15 at the current spending levels, which reflect the automatic spending cuts that took effect in March, known as sequestration, while blocking the health care law, under which the uninsured will be enrolled beginning on Oct. 1." [New York Times, 9/18/13]

The bill passed 230-189. [HJ Res 59, Vote #478, 9/20/13]

### Effort to Shut Down Government Panned as Extreme, Futile

- A "kamikaze mission" that "rarely turns out well, least of all for the pilots." [Wall Street Journal Editorial, 9/16/13]

- An "ill-conceived tactic" and "means we'll get" a government shutdown. [Karl Rove op-ed, Wall Street Journal, 9/19/13]

- "With one vote on Friday, the Republican-led House launched the latest spending battle in Congress – one that could bring a government shutdown in less than two weeks." [CNN, 9/20/13]

- "While Boehner insisted on moving ahead with Friday's vote, some prominent GOP lawmakers in the Senate, such as Arizona Republican John McCain, have warned that forcing a government shutdown over the Affordable Care Act could backfire on his party." [National Public Radio, 9/20/13]

- "GOP pushes government toward shutdown" [MSNBC's Daily Rundown, 9/20/13]

- "The fracas in Washington will probably cost the Republican Party far more than anyone else." [The Nation, 9/20/13]

- "ObamaCare foes taking hostages" [USA Today, 9/20/13]

- "House Republicans rallied behind their right wing Friday to launch a full-scale assault on President Obama's health-care initiative, setting up a protracted confrontation with Democrats that risks shutting down the government in just 10 days." [Washington Post, 9/20/13]

- "John Boehner's inability to control the Republicans' Tea Party faction could fuel a debt-ceiling crisis and the shutdown of the U.S. government." [Barron's, 9/20/13]

- "House GOP vote increases risk of shutdown" [Boston Globe, 9/20/13]


- "House takes first step toward government shutdown, votes to cut Obamacare funding" [Orlando Sentinel, 9/20/13]

**Voted for Budget Resolution with Medical Device Tax Repeal**

In 2013, days before the government would shut down, Perry voted for a continuing resolution that would fund the government through December 15 and would repeal the 2.3 percent medical device tax that helped fund the Affordable Care Act.

According to the Congressional Budget Office, the medical device tax would generate $29 billion in revenue over 10 years. Despite Republican claims, studies noted that the device would not drive companies out of the country because the tax applies to medical devices manufactured in the US and abroad. [Washington Post, 9/28/13]

The motion passed 248-174. [HJ Res 59, Vote #497, 9/29/13]

> ### Reid: Clean CR or Republicans Would Force Shut Down
>
> According to Senate Majority Leader Harry Reid, Democrats would reject any changes to the Affordable Care Act attached to a continuing resolution to fund the government.
>
> "To be absolutely clear, the Senate will reject both the one-year delay of the Affordable Care Act and the repeal of the medical device tax," Reid said in that statement. "After weeks of futile political games from Republicans, we are still at square one: Republicans must decide whether to pass the Senate's clean CR, or force a Republican government shutdown." [Washington Post, 9/28/13]

**Voted for Budget Resolution to Delay Obamacare and Restrict Women's Access to Care**

In 2013, days before the government would shut down, Perry voted for a continuing resolution that would fund the government through December 15 but added an amendment would delay the Affordable Care Act by one year as well as a "conscience clause" for employers and insurers.

According to CNN, the so-called "conscience clause" would "allow employers and insurers to opt out of preventative care for women which they find objectionable on moral or religious grounds. That prominently includes birth control, which most insurers are required to provide for free under current Obamacare rules." [CNN, 9/28/13]

"To be absolutely clear, the Senate will reject both the one-year delay of the Affordable Care Act and the repeal of the medical device tax," Reid said in that statement. "After weeks of futile political games from Republicans, we are still at square one: Republicans must decide whether to pass the Senate's clean CR, or force a Republican government shutdown." [Washington Post, 9/28/13]

The motion passed 231-192. [HJ Res 59, Vote #498, 9/29/13]

> ### Republicans: Vote Would Not Affect Pre-Existing Conditions, Children Covered on Parents' Plan
>
> "GOP aides said that under the legislation headed toward a vote, most portions of the health law that already have gone into effect would remain unchanged. That includes requirements for insurance companies to guarantee coverage for pre-existing conditions and to require children to be covered on their parents' plans until age 26. It would not change a part of the law that reduces costs for seniors with high prescription drug expenses." [Associated Press, 9/28/13]

**Voted to Provide Pay to Military in Event of a Government Shutdown**



In 2013, Perry voted to provide pay and allowances to military personnel, including active military reservists, certain Defense and Homeland Security Department civilian employees, during a government shutdown. Funds would be made available until January 15, 2015 or the enactment of a law providing regular appropriations.

The bill passed 423-0. [HR 3210, Vote #499, 9/29/13]

## Voted for Budget Resolution that Delayed Individual Mandate

In 2013, hours before the government would shut down, Perry voted for a continuing resolution to fund the government until December 15 and delay for one year the individual mandate in the Affordable Care Act. It would also require the president, vice president and political appointees to purchase health insurance through the health care laws state insurance exchanges and would limit the subsidies they may receive for purchasing insurance.

Republicans pushed to limit the subsidies for members of Congress, arguing that members were living under different rules. "We also approved a measure to ensure that Congress has to live under the same laws as the people we represent," Texas Rep. Pete Sessions said in a statement. [Sessions press release, 9/30/13]

The resolution passed 228-201. [HJ Res 59, Vote #504, 9/30/13]

### Fact Check: There is No Exemption or Special Subsidy for Members of Congress

According to major nonpartisan organizations, there is no special subsidy or exemption for members of Congress.

- **CNN: Congress, Staff are Not Exempt from Obamacare.** "Congress is no more exempt than any other employer who drops coverage and then helps employees purchase insurance on the exchanges." [CNN, 9/25/13]

- **PolitiFact: "False."** "Cruz… said the president 'just granted all of Congress an exception.' … We rate Cruz's claim False." [PolitiFact, 8/14/13]

- **FactCheck.org: "Lawmakers and their Staffs Face Additional Requirements that other Americans Don't."** "Congress isn't 'exempt' from the law…In fact, as we've said before, lawmakers and their staffs face additional requirements that other Americans don't… federal employees will have to get insurance through the exchanges set up by the Affordable Care Act. Other Americans with work-based insurance aren't subject to such a requirement." [FactCheck.org, 8/30/13]

- **Roll Call: Norm Ornstein, AEI: False.** "On the assertion that Members of Congress are exempt from the provisions of the Affordable Care Act: also false. Members of Congress are subject under the health care reform law to the same mandate that others are to purchase insurance, and their plans must have the same minimum standards of benefits that other insurance plans will have to meet. Members of Congress currently have not a gold-plated free plan but the same insurance options that most other federal employees have, and they do not have it provided for free." [Roll Call, 5/11/11]

- **The Hill:** "At least two House Republicans have acknowledged that the policy is not an exemption from the healthcare law. Rep. Krisi Noem (R-S.D.) reportedly told one of her constituents that Congress is not exempt, and Rep. Rodney Davis (R-Ill.) also pushed back against talk of an exemption. 'two House Republicans have acknowledged that the policy is not an exemption from the healthcare law. Rep. Krisi Noem (R-S.D.) reportedly told one of her constituents that Congress



is not exempt, and Rep. Rodney Davis (R-Ill.) also pushed back against talk of an exemption. [The Hill, 9/30/13]

- **National Review:** "They haven't been "exempted" from the amendment that forces them onto the exchanges, in a way no other American is […] The net result of the law and the workaround isn't a "special handout" for congressional employees […] But people who happen to be paid by the federal treasury don't deserve to have the entire value of their existing coverage stripped away, as almost no Americans will experience. [National Review, 9/27/13]

### House Republicans Backed a Plan That Virtually Guaranteed a Government Shutdown

According to the Washington Post: "The U.S. government was poised to shut down for the first time in 17 years late Monday, as House Republicans clung tenaciously to their demand that any agreement to fund federal agencies must also undermine President Obama's 2010 health-care law. With a midnight deadline fast approaching, the House voted 228 to 201 to approve the third GOP proposal in two weeks to fund the government – a plan that would delay enforcement of the 'individual mandate,' a cornerstone of the legislation that requires all Americans to obtain health coverage in 2014." [Washington Post, 9/30/13]

### OMB: Shutdown will Cost $2 Billion

"And why everyone should care: a shutdown will cost, not save, taxpayers' money. A study from the Office of Management and Budget puts the overall economic price tag for a shutdown around $2 billion." [ABC News, 9/29/13]

### A Shutdown could Delay Financial Support for more than 1,000 Small Businesses a Week

"In FY2012, the SBA's flagship 7(a) and 504 loans programs supported 53,847 businesses and 609,437 jobs, for an average of just over 1,000 businesses per week. A shut down would put a stop to this critical source of small business credit until the government resumes operation." [Small Business Administration FY14 Budget Justification, accessed 9/24/13]

### First-Time Homebuyers Seeking Government-Backed Mortgages "Could face Delays"

"Many low-to-moderate incomes borrowers and first-time homebuyers seeking government-backed mortgages could face delays. […] The Federal Housing Administration, which guarantees about 30 percent of home mortgages, wouldn't underwrite or approve any new loans during the shutdown." [Associated Press, 9/28/13]

### A Number of Head Start Programs "Would Feel the Impact Right Away"

"A small number of Head Start programs, about 20 out of 1,600 nationally, would feel the impact right away. The federal Administration for Children and Families says grants expiring about Oct. 1 would not be renewed. Over time more programs would be affected. Several of the Head Start programs that would immediately feel the pinch are in Florida. It's unclear if they would continue serving children." [U.S. News, 9/29/13]

### Supported Piecemeal Funding of Government During Shutdown

In 2013, during the first full day of the government shutdown, Perry voted to fund portions of the Department of Veterans Affairs not previously deemed essential. Brought up as a suspension vote, the vote received limited debate and required two-thirds of those present for passage.



Democrats argued that Republicans were playing "political games," releasing "one hostage" at a time. Rarely are appropriations bills brought up under suspension.

"The fact that [Appropriations] committee Republicans went along at the expense of their Democratic colleagues dramatized how much the panel has slipped its old traditions and been humiliated by this GOP leadership. The panel said it only learned of the plan to call up piecemeal bills when it was announced by Cantor at a morning press conference. And by that point, it was difficult for Chairman Hal Rogers (R-Ky.) to raise any effective protest," Politico reported.

"It's pathetic," said Minority Leader Nancy Pelosi (D-Calif.). "It's beneath the dignity. I keep saying that but we keep getting further beneath the dignity of what our responsibilities are in this House." [Politico, 10/01/13]

The motion failed to reach a two-thirds majority, 264-164. [HJ Res 72, Vote #506, 10/01/13]

### Voted for Piecemeal Funding on DC Budget

In 2013, Perry voted to authorize the District of Columbia to expend local funds without Congressional approval as proposed in its most recent budget submitted to Congress.

While DC Delegate Eleanor Holmes Norton supported the motion, Democrats "accused the GOP of using the funding bill, one of three debated on Tuesday evening, as part of a political ploy." [Roll Call, 10/01/13]

The motion failed to reach a two-thirds majority, 265-163. [HJ Res 71, Vote #507, 10/01/13]

### Voted for Piecemeal Funding for National Parks and Museums

In 2013, Perry voted to provide funding for the National Parks Service, the National Gallery of Art, the Smithsonian Institution and the U.S. Holocaust Memorial Museum at post-sequester fiscal 2013 levels.

The motion failed to reach a two-thirds majority, 252-176. [HJ Res 70, Vote #508, 10/01/13]

### Again Voted for Piecemeal Funding for National Parks and Museums

In 2013, Perry voted to provide funding for the National Parks Service, the National Gallery of Art, the Smithsonian Institution and the U.S. Holocaust Memorial Museum at post-sequester fiscal 2013 funding levels.

The bill passed 252-173. [CQ Floor Votes, 10/02/13; HJ Res 70, Vote #513, 10/02/13]

### Voted for Piecemeal Funding for National Institutes of Health

In 2013, Perry voted to provide funding for the National Institutes of Health at post-sequester fiscal 2013 levels.

The bill passed 254-171. [CQ Floor Votes, 10/02/13; HJ Res 73, Vote #514, 10/02/13]

### Voted for Piecemeal Funding For Veterans Benefits

In 2013, Perry voted to provide funding for veterans programs, including disability payments, education benefits and home loans. The bill would also fund the Veterans Benefits Administration at an annualized rate of $2.5 billion to process disability claims.

The bill passed 259-157. [CQ Floor Votes, 10/03/13; HJ Res 72, Vote #518, 10/03/13]

**Voted for Piecemeal Funding for FEMA**

In 2013, Perry voted to provide funding for Federal Emergency Management Agency at post-sequester FY 2013 levels.

The bill passed 247-164. [CQ Floor Votes, 10/04/13; HJ Res 522, Vote #522, 10/04/13]

**Voted for Piecemeal Funding for WIC**

In 2013, Perry voted to provide funding for the Special Supplemental Nutrition Program for Women, Infants and Children at post-sequester FY2013 levels.

The bill passed 244-164. [CQ Floor Votes, 10/04/13; HJ Res 75, Vote #524, 10/04/13]

**Voted for Piecemeal Funding for the FDA**

In 2013, Perry voted to provide funding for the Food and Drug Administration at post-sequester FY 2013 levels.

The bill passed 235-162. [CQ Floor Votes, 10/07/13; HJ Res 77, Vote #528, 10/07/13]

**Voted for Piecemeal Funding for Head Start**

In 2013, Perry voted to provide funding for Head Start at post-sequester FY 2013 levels.

The bill passed 248-168. [CQ Floor Votes, 10/08/13; HJ Res 84, Vote #530, 10/08/13]

**Voted for Piecemeal Funding for the FAA**

In 2013, Perry voted to provide funding for the Federal Aviation Administration at post-sequester FY 2013 funding levels.

The bill passed 252-172. [CQ Floor Votes, 10/09/13; HJ Res 90, Vote #537, 10/09/13]

**Voted for Piecemeal Funding for Some Homeland Security Programs**

In 2013, Perry voted to provide funding for select Department of Homeland Security activities at post-sequester FY 2013 levels.

Activities funded included border and customs protection, immigration and citizenship services, the Coast Guard, and biometric data used to track individuals who may be terrorists, criminals or undocumented immigrants.

The bill passed 249-175. [CQ Floor Votes, 10/10/13; HJ Res 79, Vote #540, 10/10/13]

**Voted for Piecemeal Funding for National Nuclear Security**

In 2013, Perry voted to provide funding for nuclear weapons and non-proliferation programs under the National Nuclear Security Administration at post-sequester FY 2013 levels.

The bill passed 247-176. [CQ Floor Votes, 10/11/13; HJ Res 76, Vote #542, 10/11/13]



**Voted for Piecemeal Funding for Native American Programs**

In 2013, Perry voted to provide funding for the Bureau of Indian Affairs, Bureau of Indian Education and Indian Health Service at post-sequester FY 2013 levels.

The bill passed 233-160. [CQ Floor Votes, 10/14/13; HJ Res 80, Vote #548, 10/14/13]

## Blocked Vote on Re-Opening Government

In 2013, on the second day of a government shutdown, Perry voted to block consideration of a vote on a clean government funding resolution.

According to Talking Points Memo, "The House rejected Wednesday an effort by House Democrats to put a clean temporary spending bill on the floor, closing one opportunity to re-open the federal government." Following the vote, Fox News reporter Chad Pergram tweeted, "House rejects effort to consider clean CR to re-open gov't on procedural vote. 230 to 194." [Talking Points Memo, 10/02/13; Twitter, 10/02/13]

Earlier in the day, "the number of House Republicans hit 20 – surpassing the magic 17 votes needed to pass a clean funding bill if all 200 Democrats stick together and team up with them." [Huffington Post, 10/02/13]

The motion to block consideration of the bill passed 230-194. [HJ Res 70, Vote #512, 10/02/13]

## Voted Against a Bipartisan Compromise Plan to Re-open Government, Avert Debt Default

In October 2013, just days before the U.S. government could have defaulted on its obligations, Perry voted against a bipartisan compromise that would re-open the federal government and avert a catastrophic debt default.

According to the New York Times, "Under the agreement, the government would be funded through Jan. 15, and the debt ceiling would be raised until Feb. 7. The Senate will take up a separate motion to instruct House and Senate negotiators to reach accord by Dec. 13 on a long-term blueprint for tax and spending policies over the next decade." [New York Times, 10/16/13]

The bill passed 285-144. [HR 2775, Vote #550, 10/16/13]

# HEALTH CARE

## Voted for Taxpayer Funded Lawsuit Against the President

In July 2014, Perry voted to authorize a lawsuit against President Barack Obama, accusing him of "deliberately exceeding the bounds of his constitutional authority" in regards to the Affordable Care Act. [Associated Press, 7/30/14]

The Hill reported that the lawsuit would cost the House up to $350,000. The private law firm chosen by the house would bill at a rate of $500 per hour. [The Hill, 8/25/14]

As of October 2014, two law firms that had originally agreed to bring the suit against President Obama  had dropped involvement in the case. [National Journal, 11/02/14]

The resolution passed, 225-201. [H Res 676, Vote #468, 7/30/14]

**…But Voted to Block Votes on Ending Tax Break for Outsourcers, Equal Pay for Women, Raising the Minimum Wage, and Letting Students Refinance Loans**



In July 2014, Perry voted to block votes on the Bring Jobs Home Act, the Paycheck Fairness Act, the Fair Minimum Wage Act and the Students' Emergency Loan Refinancing Act. A vote against the previous question would have allowed the bills to be considered. The vote was prior to the House vote to authorize a lawsuit against President Barack Obama. [Congressional Record, 7/30/14]

The bills that could have been considered would eliminate some tax breaks for companies shipping jobs overseas while providing a tax credit for companies bringing jobs home, ensure women receive equal pay for equal work, raise the minimum wage to $10.10, and allow students to refinance their student loans. [Bloomberg, 7/30/14]

The previous question passed, 227-195. [H Res 694, Vote #465, 7/30/14]

## Voted for Health Care Repeal

In 2013, Perry voted for repealing the Affordable Care Act. It was the 37th time House Republicans voted to repeal all or parts of the law.

According to the New York Times, the vote would be "at least the 43rd day since Republicans took over the House that they have devoted time to voting on the issue…That means that since 2011, Republicans have spent no less than 15 percent of their time on the House floor on repeal in some way." [New York Times, 5/14/13]

In 2012, CBS News reported that the 30 attempts by House Republicans to repeal all or part of the law had cost taxpayers over $50 million. [CBS News, 7/11/12]

According to a staff report from the Energy and Commerce committee, repeal for [STATE] would mean:

- Drug costs for over 48,000 seniors would have been $77 million higher.
- 49,000 young adults would not have had coverage through their parents' plans.
- 743,000 women and 515,000 seniors and people with disabilities would not have had access to free preventive care.
- 13,600 people would not have received $4.2 million in rebates from their insurance companies.
- And next year, 643,000 people will not have access to quality, dependable health insurance coverage.

[Energy and Commerce committee, May 2013]

The measure passed, 229-195. [HR 45, Vote #154, 5/16/13]

## Voted Against Protecting Families from Reductions in Insurance Coverage

In July 2013, Perry voted against protecting employees from employers reducing insurance coverage for individuals and families receiving job-based health benefits if a delay in the Affordable Care Act's insurance mandate for businesses was implemented.

The motion failed 188-230. [HR 2667, Vote #360, 7/17/13; CQ Floor Votes, 7/17/13]

## Voted For Deceptive and Unnecessary Delay in Implementation of Obamacare

In July 2013, Perry voted to delay for one year, until the beginning of 2015, the requirement in the Affordable Care Act that businesses with 50 or more full-time employees provide health insurance to their workers or pay a penalty. It would also delay associated reporting requirements for employers and insurance providers for one year. [CQ Floor Votes, 7/17/13]



According to the nonpartisan Congressional Budget Office, the bill "essentially codifies recent announcements by the Administration that these provisions will become effective in 2015 instead of 2014 as originally envisioned." [Congressional Budget Office, 7/16/13]

Jon Healey, a columnist for the Los Angeles Times, described this vote as part of the House Republicans' "crusade to dismantle Obamacare."  [Los Angeles Times, Healey column, 7/17/13]

The measure passed 264-161. [H Res 2667, Vote #361, 7/17/13]

### Voted Against Protecting Tax Credits to Lower Cost of Health Insurance

In 2013, Perry voted against protecting tax credits and rebates to purchase health insurance if a delay of the individual insurance mandate were implemented.

The amendment would prohibit delaying "provisions of the 2010 health care overhaul law which reduce out-of-pocket costs and cost-sharing for individuals and families, provide tax credits and rebates for health insurance or prohibit discrimination on the basis of pre-existing conditions and gender." [CQ Floor Votes, 7/17/13]

The motion failed 193-230. [HR 2668, Vote #362, 7/17/13]

### Voted to Delay Individual Requirement to Obtain Health Coverage

In 2013, Perry voted to delay until 2015 the Affordable Care Act requirement that individuals maintain minimal essential health care coverage.

According to CQ Weekly, delaying "central provisions" like the individual insurance mandate would "essentially amount to a temporary repeal" of the health care reform law.

The bill passed 251-174. [CQ Weekly, 7/22/13; HR 2668, Vote #363, 7/17/13]

#### Urban Institute: Delaying the Individual Mandate would "Cripple the Coverage Expansion"

"An analysis released by the Urban Institute on Monday found that…delaying the individual mandate, on the other hand, would cripple the coverage expansion." [National Journal, 7/16/13]

#### CBO: Individual Mandate Delay Could Cause Health Insurance Premiums to Rise

"In fact, delaying the individual mandate for one year could spur the precise effect that Republicans have worried will come from the Affordable Care Act—causing health insurance premiums to climb, the nonpartisan Congressional Budget Office and the Joint Committee on Taxation said in a preliminary cost estimate on the bill Tuesday…In fact, delaying the individual mandate for one year could spur the precise effect that Republicans have worried will come from the Affordable Care Act – causing health insurance premiums to climb, the nonpartisan Congressional Budget Office and the Joint Committee on Taxation said in a preliminary cost estimate on the bill Tuesday." [National Journal, 7/16/13]

#### CBO: Mandate Delay Would Increase Uninsured by 11 Million

According to the Congressional Budget Office, "delaying the mandate to have health insurance coverage would increase the number of people without health insurance coverage—relative to the current-law projections—by about 11 million people in 2014, resulting in an estimated 55 million uninsured in that year." [Congressional Budget Office, 9/06/13]

 **DCCC**

**Voted to Block Tax Credits for Families and Small Businesses**

In August 2013, Perry voted against protecting provisions in the 2010 healthcare overhaul law that would provide tax credits for families or small businesses for the purchase of health insurance for employees.

The amendment failed 175-250. [HR 2009, Vote #446, 8/02/13]

**Voted to Block Individuals from Getting Subsidies for Health Care**

In 2013, Perry voted for the "Keep the IRS Off Your Health Care Act," to prohibit the Treasury Secretary, or any delegate including the IRS, from implementing or enforcing provisions of the Affordable Care Act.

The bill was introduced after claims that the IRS targeted conservative organizations. [Tom Price Press Release, 5/17/13]

"Assertions that the IRS will have access to personal health information is wrong and deliberately misleading," said Rep. Sander Levin, D-Mich. [Denver Post, 8/02/13]

The bill was part of a series before leaving "Washington for a five-week summer break…aimed mostly at embarrassing the Obama administration and scoring political points." [Washington Post, 7/31/13]

The bill passed, 232-185. [H.R. 2009, Vote #447, 8/02/13]

> **Cantor Made "Pants on Fire" False Statement on IRS Access to Health Care Records**
>
> In August 2013, Republican Majority Leader said, during debate over the "Keep the IRS Off Your Health Care Act," that "the IRS will have access to the American people's protected health care information."
>
> PolitiFact.com ruled the statement "Pants on Fire" false.
>
> "But contrary to Cantor's claim, IRS officials have repeatedly testified before Congress that they will not have access to the intimate details of anyone's health records. Cantor's unfounded statement does nothing more than amp up public fear for his ongoing fight to repeal Obamacare. We rate it Pants on Fire." [PolitiFact, 8/19/13]

**Voted to Restrict Working Families' Access to Subsidized Health Coverage**

In 2013, Perry voted for a bill that would bar individuals from receiving federal subsidies toward their purchase of health coverage through insurance exchanges until the Department of Health and Human Services confirmed that a system to verify household income and coverage requirements was in place. [CQ Weekly, 9/16/13]

The health care reform law provides access to affordable health insurance through federal subsidies for many working families that do not receive employer-sponsored health insurance. [Associated Press, 9/12/13]

The bill passed 235-191. [HR 2775, Vote #458, 9/12/13]

> **Vote Marked House GOP's 41st Attempt to Repeal the Affordable Care Act**
>
> "The vote marked the 41st time the GOP-controlled House has tried since 2011 to repeal or delay the Affordable Care Act, also known as Obamacare." [Tennessean, 9/13/13]

 DCCC

**Rep. Pallone (D-NJ): Bill would Prevent Millions of Families from Gaining Affordable Health Coverage.**

The bill "will do nothing but prevent millions of hard-working American families from gaining affordable health care coverage," said Rep. Frank Pallone. [Associated Press, 9/12/13]

**Income Verification Measure was already built into Affordable Care Act**

CNN reported that the income verification measure was already built into the Affordable Care Act.

"To prevent fraud, the IRS will check the person's actual income when he or she files their tax return that next April. Anyone who might get a bigger subsidy than they're eligible for will have to pay back the difference to the IRS." [CNN, 9/14/13]

## Voted to Extend Sequestration Cuts to Medicare for One Year

In February 2014, Perry voted to extend sequester cuts to mandatory spending under Medicare for one year. The two-percent cuts to Medicare insurers and providers were originally set to end in 2023. Extending the cuts would generate $2.3 billion.

The extension would pay to reverse a one percent cut to the annual cost-of-living adjustment (COLA) for veterans under the age of 62. [The Hill, 2/11/14]

The bill passed, 326-90. [S 25, Vote #60, 2/11/14]

### ALTERNATE:  Voted Against Cutting Veterans' Pensions

In February 2014, Perry voted for reversing a one percent cut to the annual cost-of-living adjustment (COLA) for veterans under the age of 62.

The reversal would be paid for by extending sequester cuts to Medicare for one year, to 2024. [The Hill, 2/11/14]

The bill passed, 326-90. [S 25, Vote #60, 2/11/14]

## Voted to Limit Healthcare Services for Women

In January 2014, Perry voted for the No Taxpayer Funding for Abortion Act, a bill "that ultimately seeks to limit abortion services by keeping federal dollars as far away from them as possible."

The bill would expand the Hyde Amendment which prohibits federal funding for abortions by preventing federal funds from going towards any plan, provider or facility that offered abortion services, impacting health plans subsidized through the Affordable Care Act.

The National Journal reported: "This means that small businesses and individuals would need to select only plans that do not cover abortion, or forgo the tax credits they are eligible for, regardless of whether the consumers actually use the abortion services. The bill gives insurers a big incentive to drop abortion coverage from their plans, or risk losing the large pool of consumers who receive the law's subsidies." [National Journal, 1/28/14]

The bill passed, 227-188. [HR 7, Vote #30, 1/28/14]

### Even Voted Against a Motion that Would Protect Women's Medical Privacy



In January 2014, Perry voted against a motion that would ensure that nothing in the underlying bill would authorize any party from violating a woman's medical privacy regarding her choice or use of comprehensive health insurance coverage. [CQ Floor Votes, 1/28/14]

The motion failed, 192-221. [HR 7, Vote #29, 1/28/14]

## Voted Against Considering Protections on Insurance Company Misconduct

In November 2013, Perry voted against considering the Consumer Health Plan Protection Act, which would require state insurance commissioners to investigate and penalize insurance companies for inadequate cancellation notices. The bill would also require states take action against excessive premium increases. [Congressional Record, H7126, 11/15/13]

A vote against ordering to the previous question would have brought the bill to the floor for a vote.

The previous question passed, 225-193. [H Res 413, Vote #583, 11/15/13]

## Voted to Strip 1 Million Workers of Health Coverage

In April 2014, Perry voted for a bill that would cause 1 million workers to lose their health coverage while increasing the deficit by $74 billion.

The Save American Workers Act would redefine a full-time work week from 30 hours per week to 40 hours per week under the Affordable Care Act in order to mitigate the effect of the law's employer mandate.

The Congressional Budget Office found that the bill would cause 1 million workers to lose their employer-based insurance coverage, with 500,000 becoming uninsured. The bill would also add $74 billion to the deficit over 10 years. [Congressional Budget Office, 2/25/14]

The bill passed, 248-179. [HR 2575, Vote #156, 4/03/14]

## Voted Against Rejecting Attempts to Turn Medicare into a Voucher Program

In April 2014, Perry voted against the Democratic budget alternative. The budget would reject proposals to replace Medicare with a voucher or premium support system. [House Democratic Budget Substitute, FY 2015]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

## Voted Against Letting Medicare Negotiate Prescription Drug Prices

In April 2014, Perry voted voted against the Congressional Progressive Caucus Budget. The budget would let Medicare Part D negotiate prescription drug prices with pharmaceutical companies. [Economic Policy Institute, 3/13/14]

The Office of Management and Budget estimated that the change would allow Medicare to save $155.6 billion over 10 years. [Economic Policy Institute, 3/28/12]

The budget failed, 89-327. [H Con Res 96, Vote #173, 4/09/14]

# HOMEOWNERS' ISSUES

## Voted to Consider Bill to Delay Flood Insurance Premium Increases



In 2014, Perry voted to consider a vote on a Senate-passed bill to delay flood insurance premium increases resulting from the Biggert-Waters Flood Insurance Reform Act of 2012. [Times-Picayune, 2/04/14]

The New York Times reported that "over the past year, millions of coastal property owners were hit with flood insurance rate increases that sent their premiums soaring up to five or 10 times the previous amounts. As their insurance bills soared and their property values plummeted, homeowners begged lawmakers to block or delay the Biggert-Waters provisions." [New York Times, 1/30/14]

The previous question was approved 225-193. A vote against the motion would have allowed for consideration of the bill to delay flood insurance premium hikes. [H Res 470, Vote #34, 2/04/14]

- **Headline**: House rejects Democratic proposal for quick vote on Senate-passed bill delaying flood insurance hikes [Times-Picayune, 2/04/14]

**…Then Voted Again to Reject Considering Bill to Delay Flood Insurance Premium Increases**

In 2014, Perry voted again to reject considering a vote on the Homeowner Flood Insurance Affordability Act of 2013, "which would delay additional rate increases for properties with a lapse in coverage and those that were uninsured as of July 2012. The delay would extend until six months after FEMA proposes policy changes and regulations to address affordability issues […]." [Congressional Budget Office, 1/07/14]

The previous question was approved 226-196. A vote against the motion would have allowed for consideration of the bill to delay flood insurance premium hikes. [H Res 472, Vote #36, 2/05/14]

# HOMELAND SECURITY

## Voted Against Forbidding Oil and Gas Exports to Supporters of Al Qaeda, ISIL and Others

In September 2014, Perry voted against a motion that would forbid the export of any oil, petroleum product or natural gas produced on federal leased land to any country, business or person supporting Al Qaeda, the Islamic State of Iraq and the Levant or any terrorist organizations. The ban would apply specifically to lands leased under the American Energy Solutions for Lower Costs and More American Jobs Act. [CQ Floor Votes, 9/18/14; HR 2 Motion to Recommit, 9/2014]

The motion failed, 193-222. [HR 2, Vote #514, 9/18/14]

## Voted Against Forbidding Natural Gas Exports to State Sponsors of Terrorism

In June 2014, Perry voted against a motion that would bar the Department of Energy from granting authorization for natural gas exports to any nation that is a state sponsor of terrorism. The motion would also bar authorization for exports to any nation or corporation that illegally obtains military technology or intellectual property through cyber attacks. [CQ Floor Votes, 6/25/14]

The motion failed, 192-225. [HR 6, Vote #358, 6/25/14]

## Voted Against Prohibiting Helium Exports to Sanctioned Countries

In 2013, Perry voted against an amendment to prohibit the export of helium from the Federal Helium Reserve to Iran, North Korea, or Syria, or any person in violation of the International Emergency Economic Powers Act.

The amendment, offered by Rep. Brad Schneider, failed 186-211. [HR 527, Vote #127, 4/26/13]

## Voted Against Boosting State and Local Security Funding by $22 Million



In 2013, Perry voted against an amendment that would cut $22 million from administrative accounts in the Department of Homeland Security spending bill and put that money into accounts for state and local security grants.

The amendment sought to increase funding for the Urban Area Security Initiative for the purpose of funding cities that lost eligibility for federal security funding that was awarded based on risk formulas developed by the Department of Homeland Security. [Las Vegas Review-Journal, 6/05/13]

The amendment failed to pass 156-268. [HR 2217, Vote #196, 6/05/13].

## Voted Against Increasing Funds for Customs and Border Protection

In June 2013, Perry voted against an amendment that would increase by $10 million funds for salaries and expenses at the U.S. Customs and Border Protection. The $10 million would be reallocated from expenses and salaries for U.S. Immigration and Customs Enforcement, with $3 million specifically coming from I.C.E.'s 287(g) program.

Democrats argued that the 287(g) program, which gives some immigration enforcement authority to state and local officials, was increasingly costly but not effective. Democrats also charged that the program added to racial tensions between local police and residents, with Congressman Jared Polis stating that the program had "trained local law enforcement officials to use racial profiling." [The Hill, 6/05/13; CQ Floor Votes, 6/05/13]

The amendment failed, 186-236. [HR 2217, Vote #197, 6/05/13]

## Voted Against $25 Million for Disaster Preparedness and Anti-Terrorism Efforts

In 2013, Perry voted against an amendment to add $25 million to the funding provided to FEMA for disaster preparedness and anti-terrorism efforts in the Fiscal 2014 Homeland Security Appropriations bill. The amendment was fully paid-for by shifting funding from administrative operations.

The $25 million would fund activities that included state, local, and tribal emergency response training and a pre-disaster mitigation grant program.

"Natural disasters impact all Americans, as do acts of terrorism. These are two areas that should never get caught up in partisan bickering. We must stand united to prevent future tragedies caused by both natural disasters and acts of terrorism, which know no party affiliation," Congressman Patrick Murphy said of his amendment. [Rep. Patrick Murphy Floor Statement, 6/06/13]

The motion was rejected by a vote of 196-226. [H Res 2217, Vote #210, 6/06/13]

## Voted for Homeland Security Bill with Abortion and Immigrant Deportation Language

In 2013, Perry voted for a bill that would provide $46.1 billion in fiscal 2014 for the Homeland Security Department and related activities.

The bill would include $10.6 billion for Customs and Border Protection; $5.4 billion for Immigration and Customs Enforcement; $7.2 billion for the Transportation Security Administration, including fees; $9.9 billion for the Coast Guard; $1.6 billion for the Secret Service and $9.9 billion for the Federal Emergency Management Agency, including $5.6 billion for emergency disaster relief. It also would prohibit federal funding for ICE to provide for abortions for detainees, except in cases where the life of the woman would be endangered or in the case of rape or incest.



Due to language adopted in the bill, it would also restart the deportation of young, undocumented immigrants previously halted by President Obama, as well as prohibit federal funding for ICE to provide abortion for detainees, except in cases of rape, incest, or where the life of the mother would be endangered. [CQ Votes, 6/06/13; Associated Press, 6/06/13]

The bill passed, 245-182. [HR 2217, Vote #211, 6/10/13]

### Voted Against $60 Billion Cut to Defense Authorization Bill

In 2013, Perry voted against an amendment to cut $60 billion from the Defense Authorization bill. The amendment would have reduced the total amount authorized by the FY 2014 Defense Authorization Bill by 9.4 percent, or roughly $60 billion.

"It's time to put an end to the wars of choice, and the nation-building abroad, and to start rebuilding America," Rep. Rick Nolan, sponsor of the amendment, said. [The Hill, 6/14/13]

The amendment failed 71-353. [HR 1960, Vote #232, 6/14/13]

### Voted Against Cutting $5 Billion on Overseas Operations to Use for Deficit Reduction

In 2013, Perry voted against an amendment to the fiscal year 2014 defense authorization bill that cut $5.04 billion from the Overseas Contingency Operations account. The amendment specified that the savings would be used for deficit reduction.

The bill reduced funding for the OCO account to levels recommended by Defense Secretary Hagel and Chairman of the Joint Chiefs of Staff General Dempsey.

"I think it's the view of the bipartisan group recommending this amendment that we not fund the OCO accounts at a level beyond what the military itself has said is necessary for fiscal year 2014," said amendment author, Congressman Chris Van Hollen. [CQ Floor Votes, 6/14/13; Rep. Van Hollen press release, 6/12/13]

The vote failed 191-232. [HR 1960, Vote #240, 6/14/13]

### Voted for 2014 Defense Authorization Bill

In 2013, Perry voted to authorize $638.4 billion for 2014 defense appropriations, including $85.8 billion for war costs, which exceeded the spending cap set under sequestration.

The bill also included $99.6 billion for procurement, $136.1 billion for military personnel, including a 1.8 percent pay increase, provided new penalties for sexual assaults in the armed services, prohibited the transfer of detainees from Guantanamo Bay to the U.S, and directed the president to transfer combat operations from U.S. forces to Afghanistan by the end of 2013.

The Congressional Quarterly reported that, in passing the defense authorization measure, Congress "flout[ed] a spending cap set under sequestration." [CQ Roll Call, 6/14/13]

The bill passed 315-108. [HR 1960, Vote #244, 6/14/13]

### Voted to Defund Invasive NSA Program Collecting Metadata on Americans

In 2013, Perry voted for a measure that would limit the National Security Agency's ability to collect electronic "metadata" information, including of phone and email records.


The amendment to the Fiscal 2014 Defense Appropriations Act would bar the NSA from using defense appropriations funds to execute Foreign Intelligence Surveillance Act court orders unless for "tangible things," like incoming phone numbers and the length of calls.

The amendment was rejected 205-217. [CQ Floor Votes, 7/24/13; HR 2397, Vote #412, 7/24/13]

### ALTERNATE: Voted Against Funding Program that Stopped Terrorist Attacks

In 2013, Perry voted for a measure that would limit the National Security Agency's ability to collect electronic "metadata" information, including of phone and email records.

The amendment to the Fiscal 2014 Defense Appropriations Act would bar the NSA from using defense appropriations funds to execute Foreign Intelligence Surveillance Act court orders unless for "tangible things," like incoming phone numbers and the length of calls.

The amendment was rejected 205-217. [CQ Floor Votes, 7/24/13; HR 2397, Vote #412, 7/24/13]

### Diverse Coalition of Conservatives and Liberals Troubled by NSA Practices

"While unsuccessful, Amash drew together a diverse coalition of libertarian Republicans, law-and-order conservatives and liberals, who all said they were troubled by the NSA's collection of data on people who were not under criminal investigation." [USA Today, 7/25/13]

### Los Angeles Times: NSA's Bulk Collection of Phone Records was an "Intrusion on Personal Privacy"

"The bulk collection of phone records under the Patriot Act is only one example of intrusion on personal privacy in the cause of combating terrorism." [Los Angeles Times Editorial, 7/29/13]

### Program "Stopped Dozens of Terrorist Attacks"

"This program has stopped dozens of terrorist attacks," Cotton said, arguing against the amendment. "That means it has saved untold American lives. This amendment ... does not limit the program, it does not modify it, it does not constrain the program, it ends the program. It blows it up." [Reuters, 7/24/13]

### NSA Data Collection "Helped Thwart a Plan to Attack New York City"

"Another critical fact to the debate is the [FISA's] effectiveness. This vital data collection tool helped thwart a plan to attack the New York City subway system in 2009. We may overlook the significance of a thwarted attack — we hear about it and move on with our lives — but we can never overlook, or forget about, an attack that is carried out." [USA Today, Ruppersberger Op-Ed, 7/25/13]

### Voted for $512.5 Billion Defense Appropriations Bill

In 2013, Perry voted for a $512.5 billion Defense appropriations bill that continued the National Security Agency's authority to collect phone records. The measure was $28.1 billion above the post-sequestration funding level, though $5.1 billion less than the fiscal 2013 enacted level before sequestration and $3.4 billion below President Obama's request.

The bill would provide $82.3 billion for overseas contingency operations, most of which was for the war in Afghanistan, though reduced by $3.5 billion due to a successful amendment by South Carolina Rep. Mick Mulvaney.



Amendments to the bill increased funding to train investigators to review sexual assault related offenses and to identify individuals who were separated from the military on the grounds of a disorder subsequent to reporting a sexual assault, and if appropriate, correcting their record. [CQ News, 7/24/13]

The bill passed 315-109. [HR 2397, Vote #414, 7/24/13]

# IMMIGRATION

### Voted to Restart Deportation of Millions of Undocumented Immigrants

In December 2014, Perry voted to nullify President Obama's executive action on immigration.

The executive action would halt deportation of nearly five million undocumented immigrants by expanding Deferred Action for Childhood Arrivals and granting temporary legal status to undocumented parents of U.S. citizens and residents who have been in the country for at least five years. [Fox News, 12/04/14; Washington Post, 11/20/14]

The resolution passed, 219-196. [HR 5759, Vote #550, 12/04/14]

### …Even Voted Against Protecting Military Families and Victims of Domestic Violence

In December 2014, Perry voted against a motion that would protect deportation exemptions for parents, spouses and children of U.S. citizens who have served or are serving in the military. The motion would also protect exemptions for victims of domestic violence, victims of crimes and human trafficking, and Cuban nationals. [CQ Floor Votes, 12/04/14]

The motion failed, 194-225. [HR 5759, Vote #549, 12/04/14]

### Voted to End DACA and Make Hundreds of Thousands of DREAMers Eligible for Deportation

In August 2014, Perry voted to make 550,000 young undocumented immigrants eligible for deportation.

The bill would effectively end Deferred Action for Childhood Arrivals while barring President Obama from expanding the program. The bill would block the 550,000 current beneficiaries from renewing their status in the program. Politico reported that the move "essentially makes those hundreds of thousands of young undocumented immigrants eligible for deportations." [Politico, 8/01/14; The Hill, 8/01/14]

The bill passed, 216-192. [HR 5272, Vote #479, 8/01/14]

### Voted for Partisan Emergency Border Supplemental Appropriations

In August 2014, Perry voted for a supplemental appropriations bill aimed at solving the crisis at the border.

The bill was the second attempt by House Republicans to pass a border supplemental appropriations bill. Republican leadership pulled a vote on their initial bill after it failed to attract support from House Conservatives. The final bill was significantly revised with input from House conservatives - including Reps. Steve King and Michelle Bachmann. [Washington Post, 8/01/14]

The bill contained $659 million in additional funding for federal agencies dealing with the influx of immigrants across the border, change a 2008 anti-trafficking law to make it easier for the government to deport Central American minors, and provide $35 million to border-state governors. President Barack Obama had originally


requested $3.7 billion to address the crisis at the border. The <u>Los Angeles Times</u> reported that the bill "won't do much to resolve the emergency." [Los Angeles Times, 8/01/14]

The bill passed, 223-189. [HR 5230, Vote #478, 8/01/14]

## Voted X Times Against Considering Comprehensive Immigration Reform

In 2014, Perry voted repeatedly against considering the Border Security, Economic Opportunity and Immigration Modernization Act.

The bill would provide a path to citizenship for 11 million undocumented workers while requiring the Department of Homeland Security to create a detailed plan to secure the border. The bill would also require employer use of E-Verify. [Washington Post, 10/02/13; New York Times, 3/26/14]

The CBO estimated that the bill would cut the federal deficit by $900 billion over 20 years. [Think Progress, 3/25/14]

✓ Perry voted to prevent consideration of the Border Security, Economic Opportunity, and Immigration Modernization Act. A vote against the previous question would have allowed the bill to be considered.

The previous question passed, 230-187. [Congressional Record, 3/26/14; H Res 524, Vote #142, 3/26/14]

✓ Perry voted to prevent consideration of the Border Security, Economic Opportunity, and Immigration Modernization Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 5/07/14]

The previous question passed, 225-191. [H Res 569, Vote #199, 5/07/14]

✓ Perry voted to prevent consideration of the Border Security, Economic Opportunity, and Immigration Modernization Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 7/31/14]

The previous question passed, 226-198. [H Res 696, Vote #471, 7/31/14]

## Voted to Restart Deportations of Eligible DREAMers

In 2013, Perry voted for an amendment that would restart deportations of young, undocumented immigrants brought to the United States as children.

The amendment to the homeland security appropriations bill would prohibit the use of funds to implement President Obama's order that would protect approximately 800,000 eligible individuals.

The amendment was sponsored by the extreme anti-immigration Rep. Steve King of Iowa. It passed 224-201. [HR 2217, Vote #208, 6/06/13]

- Headline: House votes to resume deporting young DREAM Act immigrants [Associated Press, 6/06/13]
- Headline: House Republicans vote to defund immigration program [ABC News/Univision, 6/06/13]
- Headline: GOP backs amendment to deport 'DREAMers' [Roll Call, 6/06/13]

## Voted Against Comprehensive Immigration Reform



In April 2014, Perry voted against the Democratic budget alternative. The budget would increase spending and revenue levels to allow for passage of the Border Security, Economic Opportunity and Immigration Modernization Act while emphasizing the need for comprehensive immigration reform. [House Democratic Budget Substitute, FY 2015]

The Wall Street Journal reported that the budget would "overhaul the immigration system," while Fox News reported that the budget would include comprehensive immigration reform. [Wall Street Journal, 4/07/14; Fox News, 4/10/14]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

## LABOR AND MANUFACTURING

### Voted Against Paying Workers on Military Bases a Fair Wage

In 2014, Perry voted against a motion that would require that any entity entering into a contract with the Department of Defense pay its employees a minimum wage of $10.10. The motion would also prohibit the Department of Defense from contracting with any entity that did not provide equal pay for female employees. [Motion to Recommit; CQ Floor Votes, 5/22/14]

The motion failed 194-239. [HR 4435, Vote #239, 5/22/14]

### Voted Against Preventing Government Contracts with Corporations that Ship Jobs Overseas

In 2014, Perry voted against a motion that would prohibit the Department of Defense from contracting with companies that outsourced jobs. [CQ Floor Votes, 5/22/14]

The motion failed 194-239. [HR 4435, Vote #239, 5/22/14]

### Voted to Gut the NLRB

In 2013, Perry voted for a bill to prevent the National Labor Relations Board (NLRB) from taking most official actions until the Senate confirmed new members, the Supreme Court upheld President Obama's recess appointments, or the first session of the 113th Congress ended. It would also invalidate every action taken since January 2012 that required a quorum.

The bill was approved 219-209 and received bipartisan opposition. [HR 1120, Vote #101, 4/12/13]

#### Voted to Protect Companies that Ship Jobs Overseas and Violate Child Labor Laws

In 2013, Perry voted against an amendment to prohibit the invalidation of NLRB decisions involving any former member of the Armed Services; any attempt by a U.S. employer to outsource jobs; any violation by a foreign-owned company against the rights of an American worker; workers seeking to bargain on issues related to health and safety; workers seeking to bargain the addressing of discrimination based on age, sex, disability, race, religion, or other personal characteristics; and any employer found to have violated child labor laws in the 5 years prior to the case being brought to the Board.

The motion was rejected 197-229. [HR 1120, Vote #100, 4/12/13]

### Voted Against Buy America Provisions for Hydropower



In 2013, Perry voted against an amendment to the Bureau of Reclamation Small Conduit Hydropower Development and Rural Jobs Act that would require, when practicable, all materials used for conduit hydropower generation be manufactured in the United States.

The motion was rejected 194-226. [HR 678, Vote #95, 4/10/13]

**Voted for Freezing Civilian Employee Pay**

In 2013, Perry voted for a bill that would extend the current statutory pay freeze for federal civilian employees, including Members of Congress, through the end of 2013. The bill would not affect an authorized increase in military pay.

The bill passed 261-154. [HR 273, Vote #44, 2/15/13]

**Voted to Freeze Workforce Program Funding**

In 2013, Perry voted to freeze WIA funding for FY2014-2020 while consolidating or eliminating 35 programs into state block grants.

The bill would also limit the role of organized labor in Workforce Investment Boards.

The bill passed 215-202. [HR 803, Vote #75, 3/15/13]

**Voted for Bill that Targets Federal Workers for Financial Problems**

In 2013, Perry voted for a bill that targeted federal workers for their financial problems.

The bill would bar the hiring or continued federal employment of anyone with seriously delinquent tax debt for which a lien had been filed in public records. [CQ Votes]

The bill did not pass, failing to receive a two-thirds vote, 250-159. [HR 249, Vote #105, 4/15/13]

**Voted for "Pay Working Families Less Act"**

In 2013, Perry voted for a bill that would undermine the 40 hour work week, cut workers' pay, and provide no guarantee of paid vacation days for employees when they need them.

The bill would give private sector workers the option of paid time off in lieu of cash wages for overtime hours worked. However, opponents noted that low-paid workers who accrued overtime would "effectively give his or her employer an interest-free loan" and would only be able to take time off with the consent of the employer. [Huffington Post, Appelbaum post, 4/16/13]

The White House released a statement of policy saying the president's advisors would recommend a veto of the bill. The White House noted that the bill "would not prevent employers from cutting the overtime hours and reducing the take-home pay of employees who currently have the right to overtime compensation. The legislation does not provide sufficient protections for employees who may not want to receive compensatory time off in lieu of overtime pay." [Statement of Administration Policy, HR 1406, 5/06/13]

The bill passed 223-204. [HR 1406, Vote #137, 5/08/13]

**Wouldn't Protect Time Off for Medical Appointments or Sick Family Members**



Before final passage of the bill, Perry voted against a measure to ensure that employees could not be denied the use of compensatory time for certain events.

The measure would ensure compensatory time to attend medical appointments; to care for a sick family member or if the employee is sick; or to attend counseling or rehabilitation appointments for injuries sustained by the employee as a member of the Armed Forces.

The measure failed 200-227. [HR 1406, Vote #136, 5/08/13]

**Center for Economic and Policy Research: Bill Would "Undermine the 40-Hour Work Week" and Would Provide "Employers With a Powerful Incentive to Increase Workers' Overtime Hours."** According to the Center for Economic and Policy Research: "The proposed legislation undermines the 40-hour work week that workers have long relied on to give them time to spend with their kids. The flexibility in this comp time bill would have employees working unpaid overtime hours beyond the 40-hour workweek and accruing as many as 160 hours of compensatory time. A low-paid worker making $10 an hour who accrued that much comp time in lieu of overtime pay would effectively give his or her employer an interest-free loan of $1,600 – equal to a month's pay. That's a lot to ask of a worker making about $20,000 a year. Indeed, any worker who accrues 160 hours of comp time will in effect have loaned his or her employer a month's pay. This same arithmetic provides employers with a powerful incentive to increase workers' overtime hours." [The Hill, 4/08/13]

**Center for Economic and Policy Research: Proposal Would "Likely Increase Overtime Hours For Those Who Don't Want Them and Cut Pay For Those Who Do."** In an op-ed submitted to the Huffington Post a senior economist with the Center for Economic and Policy Research wrote: "Touted by Republicans as a new comp time initiative that will give hourly-paid workers the flexibility to meet family responsibilities, it is neither new nor about giving these workers much needed time off to care for their families. The bill rehashes legislation Republicans passed in the House in 1997, some 16 years ago, and that they introduced again in most subsequent Congresses. Its major effect would be to hamstring workers – likely increasing overtime hours for those who don't want them and cutting pay for those who do." [Huffington Post, 4/16/13]

**National Partnership for Women and Families: "You Have No Ability to Take That Leave When You Need It. The Employer Can Decide."** In a statement to the Chicago Tribune, a senior advisor for the National Partnership for Women & Families said: "It should be called the Employer Flexibility Act, because at every turn here, the employer gets to decide… It pretends to provide a set of options to employees. But even if they elect to take the comp time instead of wages, when they can take it is fully at the discretion of the employer. You have no ability to take that leave when you need it. The employer can decide." [Chicago Tribune, 4/22/13]

**9to5: Bill is a "Wolf in Sheep's Clothing" That Would "Ensure Workers Have Less Time, Less Flexibility and Less Money."** In a statement, the executive director of 9to5 said: "Much like a wolf in sheep's clothing, the falsely cloaked Working Families Flexibility Act would hurt, not help, families. The Working Families Flexibility Act, a true misnomer, would in reality ensure workers have less time, less flexibility and less money." [9to5, 4/11/13]

**House Republicans Have Unsuccessfully Pushed to Gut the Fair Labor Standards Act for More Than a Decade.** According to New York Magazine: "Similar legislation has been bouncing around Capitol Hill for years; one recent attempt died in committee in 2003. In the past, Democrats argued that the proposed legislation would only weaken overtime rights, because the comp time will be controlled by employers, who may also discriminate against employees who want to be paid their overtime wages in cash. Democrats also have an alternate plan for making sure moms 'don't have to choose between work and family': Demand employers offer family-friendly leave policies and pay overtime wages." [New York Magazine, 4/30/13]



**Supported Recording of Talks with Federal Employees, Curbing Benefits**

In August 2013, Perry voted for the "Stop Government Abuse Act," a bill which would have allowed citizens to record conversations with most federal employees, curbed certain benefits, and place senior officials under serious investigation on unpaid leave.

The bill would cap bonuses at five percent of their salaries for senior career government officials during sequestration, and federal employees would no longer have received pay when on leave for serious investigation. [Washington Post, 8/01/13]

The bill was part of a series before leaving "Washington for a five-week summer break… aimed mostly at embarrassing the Obama administration and scoring political points." [Washington Post, 7/31/13]

The bill passed 239-176. [HR 2879, Vote #436, 8/01/13]

**Voted Against Authorizing Funds to Fix Bridges in Need of Repair**

In February 2014, Perry voted against a motion that would enact the SAFE Bridges Act, a bill that would authorize $5.5 billion for bridges in need of repair. [CQ Floor Votes, 2/05/14]

The motion failed, 187-231. [HR 3590, Vote #40, 2/05/14]

**Opposed Helping American Small Manufacturers**

In October 2013, Perry voted against considering the Make it in America Manufacturing Act of 2013. A vote against ordering the previous question would have brought the bill to the floor for a vote. [Congressional Record, H6848, 10/29/13]

The bill would have established grants for state and regional manufacturing partnerships to provide loans and help small manufacturers export products. [The Times, 6/30/13]

The previous question passed, 226-193. [H Res 391, Vote #563, 10/29/13]

# LGBT ISSUES

**Voted to Waste Millions of Taxpayer Dollars to Defend Discriminatory DOMA Ruling**

On the first day of the 113th Congress in January 2013, Perry voted to authorize an additional $1.5 million to finance the legal defense of the discriminatory Defense of Marriage Act (DOMA). [H Res 5, Vote #6, 1/03/13]

> **Huffington Post: Lawmakers Gave a Green Light… to Defend the DOMA in Court**
>
> "A GOP source told The Huffington Post that, during a closed-door meeting of the House Republican Conference, lawmakers gave a green light to including language in the 113th Congress rules package that authorizes the House legal team, known as the Bipartisan Legal Advisory Group (BLAG), to keep paying outside counsel to defend the Defense of Marriage Act in court. The proposed House rules package also states that BLAG continues to "speak for" the House in its defense of DOMA." [Huffington Post, 1/02/13]

# PERKS AND PAY

**Voted to End Taxpayer Funded Car Leases for Congress**



In May 2014, Perry voted for an amendment that would block lawmakers from using their official office budgets to lease automobiles. At the time, 63 members of the House used taxpayer funds to lease cars. [Associated Press, 5/01/14]

The amendment failed 196-221. [HR 4887, Vote #188, 5/01/14]

### Voted to Give Members of Congress Taxpayer Funded Health Care for Life

In May 2013, Perry voted for repealing the Affordable Care Act.

The Hill reported: "Repealing President Obama's healthcare law would let members of Congress keep their government-subsidized insurance coverage after they retire — a benefit they lost under the health law." [The Hill, 7/09/12]

The bill passed, 229-195. [HR 45, Vote #154, 5/16/13]

### Voted Against Considering Bill To Deny COLA Adjustments for Members of Congress

In 2013, Perry voted to deny consideration of a bill that would prohibit members of Congress from receiving an automatic Cost of Living Adjustment (COLA) for the 113th Congress.

The previous question was approved 227-188. A vote against the motion would have allowed for consideration of the bill to deny the adjustment. [H Res 99, Vote #59, 3/06/13]

### Voted Against Pay if Nation Defaulted

In 2013, Perry voted for an amendment to the Full Faith and Credit Act that would bar the Treasury secretary from borrowing above the debt limit to pay for compensation for members of Congress.

The amendment was adopted 340-84. [HR 807, Vote #140, 5/09/13]

### Voted Against Cutting the House Gym, Barbershop, Salon and Dining Room

In April 2014, Perry voted against the Democratic budget alternative. The budget would call the Committee on House Administration to find ways to cut funds for the House gym, barbershop, salon and dining room. [House Democratic Budget Substitute, FY 2015]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

### Voted Against Banning Taxpayer Funded First Class Airfare or Corporate Jets for Members

In April 2014, Perry voted against the Democratic budget alternative. The budget would affirm that no taxpayer funds could be used to purchase first class flights or lease corporate jets for members of Congress. [House Democratic Budget Substitute, FY 2015]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

### Voted for Considering Resolution that Would Require the House to Pass a Budget Before it Could Adjourn for Recess



In November 2013, Perry voted for considering a resolution that would require the House to adopt a budget resolution prior to adjourning for winter recess. A vote against ordering to the previous question would have brought the resolution to the floor for a vote. [Congressional Record, 11/20/13]

The previous question passed, 223-195. [H Res 420, Vote #592, 11/20/13]

# PUBLIC SAFETY

### Voted Against Increasing Funds for COPS Hiring

In May 2014, Perry voted against a motion that would increase funds for Community Oriented Policing Services by $3 million. The motion would also increase funds for COPS hiring and rehiring by $3 million.  [CQ Floor Votes, 5/30/14]

The motion failed, 185-220. [HR 4660, Vote #268, 5/30/14]

### Voted Against Increasing Funds for COPS Technology Grants

In May 2014, Perry voted against an amendment that would increase funding for the COPS program by $3 million. The funding would be directed to the technology grant program.

The amendment passed 306-106. [CQ Floor Votes, 5/29/14; HR 4660, Vote #244, 5/29/14]

# SENIORS

### Voted Against Preventing Higher Energy Costs for Seniors

In June 2014, Perry voted against a motion that would bar the Department of Energy from granting authorization for natural gas exports if the export would increase the price of gas, home heating or electricity for seniors. [CQ Floor Votes, 6/25/14]

The motion failed, 192-225. [HR 6, Vote #358, 6/25/14]

### Voted Present on Saving Medicare $157 Billion by Negotiating Prescription Drug Prices

In 2013, Perry voted present on a budget proposal that would have allowed Medicare to negotiate prescription drug prices.

The Washington Post Plum Line reported that under the Congressional Progressive Caucus' "Back to Work" budget, "Medicare is permitted to use its size to negotiate prescription drug prices- saving $157 billion over ten years…" [Washington Post, 3/14/13]

The budget failed 84-327. [H Con Res 25, Vote #85, 3/20/13]

### Voted Against Protecting Jobs Programs for Veterans, Seniors and the Disabled

In 2013, Perry voted against amending the reauthorization of the Workforce Investment Act (WIA) to explicitly prohibit any cuts to the program.

WIA provides employment protections, employment or training opportunities for seniors, disabled veterans, women in nontraditional occupations, youth, or people with disabilities. The motion would also raise the minimum wage, in



increments over the course of two years, to $10.10 and increase the minimum wage for tipped employees to 70 percent of the minimum wage. [Congressional Research Service, 3/02/06; Huffington Post, 3/15/13]

The measure failed 184-233. [HR 803, Vote #74, 3/15/13]

### Voted to Weaken Workers' Retirement Security

In October 2013, Perry voted for the Retail Investor Protection Act, a bill preventing the Department of Labor from issuing rules under Dodd-Frank that would describe when financial advisors must work in their clients' best interests.

The bill would prevent DOL from issuing new standards on when an advisor is considered a fiduciary, meaning they must work in their clients' best interests, until the Securities and Exchange Committee acted in the area. [The Hill, 10/29/13]

The AFL-CIO criticized that the bill would "obstruct important protections for vulnerable investors and weaken workers' retirement security." [AFL-CIO, 9/27/13]

The bill passed, 254-166. [HR 2374, Vote #567, 10/29/13]

### Voted Against Ruling Out Privatizing Social Security

In April 2014, Perry voted against the Democratic budget alternative. The budget would rule out privatizing Social Security. [House Democratic Budget Substitute, FY 2015]

The budget failed, 163-261. [H Con Res 96, Vote #176, 4/10/14]

# STUDENTS

### Voted Against Investigating Student Loan Abuses Against Members of the Military

In 2014, Perry voted against a motion that would require the Department of Defense's inspector general to investigate excessive student loan interest and fees charged against members of the military. [CQ Floor Votes, 5/22/14]

Prior to the vote, student loan servicer Sallie Mae and affiliated companies agreed to pay $97 million to settle claims that they had charged 60,000 service members excessive interest on their student loans. [Politico, 5/14/14]

The motion failed 194-239. [HR 4435, Vote #239, 5/22/14]

### Voted to Block Vote on Letting Students Refinance Their Loans

In June 2014, Perry voted to block consideration of the Bank on Students Emergency Refinancing Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 6/11/14]

The bill would allow more than 25 million Americans to refinance their student loans to lower interest rates of less than 4 percent.  To pay for the refinancing, the bill would increase income taxes on those earning between $1 million and $2 million. [The Hill, 9/16/14]

The previous question passed, 224-194. [H Res 616, Vote #298, 6/11/14]

**July 2014: Did Not Vote on Blocking Vote on Letting Students Refinance Their Loans**



In July 2014, Perry did not vote on blocking consideration of the Bank on Students Emergency Refinancing Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 7/23/14]

The previous question passed, 224-190. [H Res 677, Vote #437, 7/23/14]

## Voted for 'Students Pay More Act'

In 2013, Perry voted for a bill that would ultimately lead to higher interest rates on certain government student loans, based on projections from the nonpartisan Congressional Budget Office.

On July 1, interested rates for new subsidized Stafford loans would have doubled from 3.4 percent to 6.8 percent. Under the Republican proposal, student loans would be reset ever year based on 10-year Treasury notes, plus an added percentage.

"Using Congressional Budget Office projections, that would translate to a 5 percent interest rate on Stafford loans in 2014, but the rate would climb to 7.7 percent for loans in 2023. Stafford loan rates would be capped at 8.5 percent, while loans for parents and graduate students would have a 10.5 percent ceiling under the GOP proposal," reported the Associated Press. [Associated Press, 5/16/13]

The bill passed, 221-198. [HR 1911, Vote #183, 5/23/13]

**AP: House Republican Plan Would Raise Student Loan Interest Rates Up to 8.5 Percent.** According to the Associated Press: "Under the GOP proposal, student loans would be reset every year and based on 10-year Treasury notes, plus an added percentage. For instance, students who receive subsidized or unsubsidized Stafford student loans would pay the Treasury rate, plus 2.5 percentage points. Using Congressional Budget Office projections, that would translate to a 5 percent interest rate on Stafford loans in 2014, but the rate would climb to 7.7 percent for loans in 2023. Stafford loan rates would be capped at 8.5 percent, while loans for parents and graduate students would have a 10.5 percent ceiling under the GOP proposal." [Associated Press, 5/16/13]

- **Headline:** Republicans move forward with student loan plan that could mean higher rates later [Associated Press, 5/16/13]

**Under the "Students Pay More" Act, Graduates Would Pay Almost $5,000 More in Student Loan Interest.** The Associated Press reported: "In real dollars, the GOP plan would cost students and families heavily, according to the nonpartisan Congressional Research Service. The office used the CBO projections for Treasury notes' interest rates each year. Students who max out their subsidized Stafford loans over four years would pay $8,331 in interest payments under the Republican bill, and $3,450 if rates were kept at 3.4 percent. If rates were allowed to double in July, that amount would be $7,284 over the typical 10-year window to repay the maximum $19,000." If the Republican plan were implemented, college graduates would pay $4,881 more in interest, compared to the current rate. [Associated Press, 5/16/13]

**The Average College Graduate Has $26,600 in Student Loan Debt; Total National Student Loan Debt Exceeds $1.1 Trillion.** According to the Washington Post, "A recent report from the Consumer Financial Protection Bureau estimates that there 38 million student loan borrowers in the United States and the total debt load has passed $1.1 trillion. The Project on Student Debt has estimated that 66 percent of graduating college seniors in 2011 had some student loan debt, with an average balance of $26,600." [Washington Post, 5/20/13]

**CBO: Federal Government Turns $51 Billion Profit on Student Loans.** According to the Huffington Post: "The Obama administration is forecast to turn a record $51 billion profit this year from student loan borrowers, a sum greater than the earnings of the nation's most profitable companies and roughly equal to



the combined net income of the four largest U.S. banks by assets. Figures made public Tuesday by the Congressional Budget Office show that the nonpartisan agency increased its 2013 fiscal year profit forecast for the Department of Education by 43 percent to $50.6 billion from its February estimate of $35.5 billion." [Huffington Post, 5/14/13]

## Voted Against Considering the Student Loan Relief Act

In 2013, Perry voted against considering the Student Loan Relief Act, to extend student loan interest rates at 3.4 percent. The bill would have prohibited the automatic doubling of student loan rates on July 1, 2013.

The previous question was approved 223-194. A vote against the motion would have allowed for consideration of the student loan bill. [H Res 202, Vote #138, 5/08/13; Congressional Record, H2501, 5/08/13]

## Voted Against Protecting School Children from Sexual Predators, Ensuring a Quality Education for Children with Autism

In 2013, Perry voted against providing protections for children against sexual predators and guaranteed educational opportunities for children with autism.

The amendment would have required that state education plans, as stipulated by the underlying bill, "must not lower academic standards for children with disabilities, including autistic children. It would require the Education secretary, within six months of the bill's enactment, to issue rules prohibiting the use of mechanical, chemical and physical restraints. It would establish standards for protecting student athletes from concussions. It also would direct state educational agencies funded by the bill to require criminal background checks of school and contractor employees who have contact with children." [CQ Floor Votes, 7/19/13]

The measure was rejected, 196-231. [HR 5, Vote #373, 7/19/13]

## Voted for Partisan Education Bill Would Gut Public Education Funding by $1 Billion

In July 2013, Perry voted for a Republican education bill that would gut public education and remove accountability measures.

"The bill would freeze education spending at sequester rates instead of restoring federal dollars to pre-sequester levels, which means public schools would receive $1 billion less next year. […] Public education has largely been a bipartisan issue in Congress; Friday's vote was the first time that major legislation was moved on a party line vote. […] The bill would delete a provision known as "maintenance of effort," which currently ensures that states use federal dollars in addition to, and not as a replacement for, state and local dollars to help low-income, minority, disabled students and English learners. […] The bill eliminates the current accountability system, called adequate yearly progress, which requires all students to be proficient in reading and math by 2014." [Washington Post, 7/19/13]

The bill passed 221-207. [HR 5, Vote #374, 7/19/13]

## Voted for Student Loan Compromise, Lowering Rates

On July 31, 2013, Perry voted for a bill that that would tie student loan interest rates to market rates, reversing a rate hike that took effect for some new loans on July 1.

The bill set rates at 3.86 percent for undergraduate Stafford loans, 5.4 percent for graduate Stafford loans and 6.4 percent for PLUS loans. Rates were capped at 8.25 percent for undergraduate loans, 9.5 percent for graduate loans and 10.25 percent for PLUS loans. [Politico, 7/31/13]

The bill passed 392-31. [HR 1911, Vote #426, 7/31/13]

# TAXES

### Voted Against Prohibiting Federal Contracts for Companies Moving to Offshore Tax Havens

In July 2014, Perry voted against an amendment that would prohibit federal contracts for companies that move to offshore tax havens like Bermuda to avoid paying taxes. [New York Times, 7/15/14]

The amendment passed, 221-200. [HR 4923, Vote #387, 7/10/14]

### Voted to Block Vote on Tightening Rules for Companies Moving Overseas to Dodge Taxes

In September 2014, Perry voted to block consideration the Stop Corporate Inversions Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 9/10/14]

The bill would tighten restrictions on companies that move overseas to avoid paying U.S. taxes by increasing the percentage of foreign investors necessary to qualify the company to pay taxes at the foreign rate rather than the U.S. rate. [Crain's Chicago Business, 9/04/14]

The previous question passed, 227-196. [H Res 717, Vote #490, 9/10/14]

### Voted Against Ending Tax Breaks for Companies Moving Overseas to Avoid U.S. Taxes

In July 2014, Perry voted against a motion to deny five charitable tax extenders and provisions to corporations that move overseas to avoid paying U.S. taxes. [CQ Floor Votes, 7/17/14]

The tax breaks included a charitable deduction for food donations, a tax break for contributions from certain retirement accounts, a conservation tax break for landowners, a tax cut for some private foundations, and an extension of the period for which taxpayers can claim donations on their tax return. The tax breaks would cost $16 billion over 10 years. [The Hill, 7/17/14]

 The motion failed, 185-227. [HR 4719, Vote #431, 7/17/14]

### Voted to Block Vote on Ending Tax Break for Companies that Outsource Jobs

In July 2014, Perry voted to block consideration of a bill that would end a tax deduction for moving costs for companies moving overseas while providing a tax credit for companies moving back to the United States. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 7/24/14; Bloomberg, 7/30/14]

The previous question passed, 226-191. [H Res 680, Vote #442, 7/24/14]

### Voted Against Ending Tax Break for Companies Moving to Tax Havens

In July 2014, Perry voted against denying the bonus depreciation tax break to corporations that relocate to avoid paying U.S. taxes. [CQ Floor Votes, 7/11/14]

The bonus depreciation tax break allows companies to write off a percentage of new equipment. The underlying House bill would permanently extend the tax break, costing $287 billion over a decade. [PBS News, 7/11/14; Wall Street Journal, 7/11/14]

The motion failed, 191-229. [HR 4718, Vote #403, 7/11/14]



**Voted to Deny Consideration of the Big Oil Welfare Repeal Act**

In 2013, Perry voted to deny consideration of the Big Oil Welfare Repeal Act, which would prohibit major integrated oil companies from receiving a tax deduction for domestic oil and natural gas production activities.

The previous question was approved 236-190. A vote against the motion would have allowed for consideration of the HR 1426, Big Oil Welfare Repeal Act. [H Res 140, Vote #93, 4/10/13]

### July 2014: Voted to Block Vote on Ending Tax Break for Big Oil

In June 2014, Perry voted to block consideration of the Big Oil Welfare Repeal Act of 2013. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 6/25/14]

The previous question passed, 238-180. [H Res 641, Vote #355, 6/25/14]

**Voted to Block Tax Credits for Families and Small Businesses**

In August 2013, Perry voted against protecting provisions in the 2010 healthcare overhaul law that would provide tax credits for families or small businesses for the purchase of health insurance for employees.

The amendment failed 175-250. [HR 2009, Vote #446, 8/02/13]

## VETERANS/ THE MILITARY

**Voted Against Preventing Airlines from Charging Members of the Military Baggage Fees**

In 2014, Perry voted against a motion that would bar commercial air carriers from charging service members baggage fees when they are deploying, returning from deployment, or traveling on official military orders. [CQ Floor Votes, 5/22/14]

The motion failed 194-239. [HR 4435, Vote #239, 5/22/14]

**Voted to Increase Funds and Providers for Veterans' Healthcare**

In July 2014, Perry voted for H.R. 3230, the Veterans' Access to Care through Choice, Accountability, and Transparency Act of 2014.

The bill promised to clean up the scandal-scarred Department of Veterans Affairs by granting its secretary broad new authority to fire and demote senior executives. It also would authorize the leasing or construction of 27 new department facilities, and set aside $5 billion to hire more doctors, nurses and other health care providers, and $10 billion to pay for veterans' health care at private and public facilities not run by the department. [New York Times, 7/31/14]

The bill passed, 420-5. [HR 3230, Vote #467, 7/30/14]

**Opposed Expanding Help for Families of Seriously Injured Veterans**

In November 2013, Perry voted against considering the Caregivers Expansion Improvement Act, a bill that would expand support for family caregivers of veterans.  The bill would allow all family caregivers of veterans with serious service-connected injuries to participate in the VA Program of Comprehensive Assistance for Family Caregivers. [Congressional Record, 11/13/13]



Under current law, eligibility for the program is limited to veterans who were injured on or after September 11, 2001. The program provides stipends, health insurance, expanded training and other support services to families caregivers of seriously injured veterans.  [White House, 5/04/11; Esty.House.gov, 11/13/13]

The previous question passed, 224-195. A vote against the question would have allowed for consideration of the bill. [H Res 403, Vote #573, 11/13/13]

### Voted Against Increasing Funds for Veterans' Healthcare and PTSD Treatment

In June 2014, Perry voted against a motion that would increase funds for military healthcare by $10 million.

The motion would increase funding for the Defense Health Program by $10 million. $5 million of the increase would be directed towards decreasing the veterans' claims backlog by improving electronic health records at Veterans Affairs, while $5 million would be directed to treatment for post-traumatic stress disorder. [CQ Floor Votes, 6/20/14]

The motion failed, 190-220. [HR 4870, Vote #337, 6/20/14]

### Voted Against Quicker Disability Claims Processing

In 2013, Perry voted against an amendment that would help reduce the backlog of disability claims for veterans.

The amendment would add $9.2 million in funding (double the funds in the underlying appropriations bill) to hire an additional 94 claims processors to help reduce the veterans disability claims backlog.

The amendment failed 198-227. [HR 2216, Vote #192, 6/04/13]

### Voted Against Considering Veterans Backlog Reduction Act

In 2013, Perry voted against considering the Veterans Backlog Reduction Act, which would direct the Secretary of Veterans Affairs to pay provisional benefits for certain non-adjudicated claims.

The previous question was approved 224-195. A vote against the motion would have allowed for consideration of the veterans bill. [H Res 232, Vote #180, 5/23/13; Congressional Record, H2925, 5/23/13]

### Voted to Restore Cuts to Veterans' Pensions and Raising Military Pay

In January 2014, Perry voted for a $1.1 trillion budget agreement that would reverse cuts to veterans' pensions while providing a raise for military personnel.

The budget agreement would also reverse military retirement cuts for disabled veterans and some military spouses while giving military personnel a 1 percent pay raise. [CNN, 1/14/14]

The bill passed, 359-67. [HR 3547, Vote #21, 1/15/14]

# WOMEN

### Voted Against Protecting Women from Gender Discrimination in Healthcare

In September 2014, Perry voted against a motion that would protect women from discrimination based on gender in their healthcare- including higher premiums for healthcare, loss of contraception, or loss of pregnancy care.  [CQ Floor Votes, 9/11/14]



The motion failed, 187-223. [HR 3522, Vote #494, 9/11/14]

### Voted to Block Vote on Protecting Women's Health Care Rights from Employers

In July 2014, Perry voted to block consideration of the Protect Women's Health from Corporate Interference Act. A vote against the previous question would have allowed the bill to be considered. [Congressional Record, 7/15/14]

The bill would prohibit for-profit employers from using religious beliefs to deny vital health services that are required by law to their employees in a group health plan. The bill was aimed at overturning the Supreme Court's Hobby Lobby Decision, which ruled that some for-profit companies do not have to comply with the Affordable Care Act's contraception mandate. [Politico, 7/09/14]

The previous question passed, 228-192. [H Res 669, Vote #407, 7/15/14]

### Voted Against Increasing Funds to Prevent Sexual Assault in the Military

In June 2014, Perry voted against a motion that would increase funds for sexual assault prevention in the military by $5 million. The motion would decrease funds for Defense-wide operations and maintenance by the same amount. [CQ Floor Votes, 6/20/14]

The motion failed, 190-220. [HR 4870, Vote #337, 6/20/14]

### Voted Against Increasing Funds to Combat Domestic Violence

In May 2014, Perry voted against a motion that would increase funds to combat domestic violence by $4 million.

The motion would increase funds by $1 million each for Violence Against Women Prevention and Prosecution programs, grants to combat violence against women, State and Local Law Enforcement Assistance, and grants to address backlogs of sexual assault kits. [CQ Floor Votes, 5/30/14]

The motion failed, 185-220. [HR 4660, Vote #268, 5/3014]

### Voted Against Empowering Abuse Victims in the Military to Seek Justice

In 2013, Perry voted against a motion that would have empowered victims of sexual assault in the military to seek justice. The measure would give the victim of sexual abuse the power to choose whether to allow the Office of Chief Prosecutor to make the binding decision on whether a case goes to trial, or to allow the commander to proceed with the case.

Democrats argued that the bill did not go far enough in stripping military commanders of the power to overturn convictions in rape and sexual assault cases and requiring a mandatory minimum of two years in prison for a member of the armed services convicted of rape or sexual assault in a military court. [Associated Press, 6/14/13]

The amendment failed 194-225. [HR 1960, Vote #243, 6/14/13]

### Voted Against Reauthorizing the Violence Against Women Act

In February 2013, Perry voted against reauthorizing the Violence Against Women Act.

The bill would reauthorize the Act for five years, having previously expired in 2011. The bill would authorize funds for law enforcement training programs, prosecution and victim services. It would also give American Indian tribal courts additional authority over non-tribal domestic violence offenders, and make it illegal for victim services



organizations that receive grant funding through the law to discriminate on the basis of gender identity or sexual orientation. [CQ, 2/28/13]

The bill passed with bipartisan support, 286-138. [S 47, Vote #55, 2/28/13]

### Voted to Strip Protections for LGBT Victims, Native American Women on Reservations

Before final passage of the Senate version, Perry voted for the House version of the bill which, according to the New York Times, "excluded specific protections for gay, bisexual, or transgender victims of domestic abuse – eliminating 'sexual orientation' and 'gender identity' from a list of 'underserved populations' that face barriers to receiving victim services – and stripped certain provisions regarding Native American women on reservations." [New York Times, 2/28/13]

The substitute amendment failed, 166-257. [S 47, Vote #54, 2/28/13]

## Voted Against Considering Paycheck Fairness Act

In 2013, Perry voted against consideration of the Paycheck Fairness Act, which would amend the Equal Pay Act to enhance remedies for people who experience pay discrimination on the basis of sex and ensure employers who try to justify paying a man more for the same job must show the disparity is not sex-based.

The Paycheck Fairness Act would prohibit employers from retaliating against employees who discuss or disclose salary information with their co-workers, and would make it easier for women to file class-action lawsuits against employers they accuse of sex-based pay discrimination. The bill would also strengthen the available remedies to include punitive and compensatory damages, bringing equal pay law into line with all other civil rights laws. Lastly, it would direct the Secretary of Labor to conduct studies and provide information to employers, labor organizations, and the general public regarding the means available to eliminate pay disparities between men and women.

Recent Census Bureau data shows that full-time working women make 77 cents for every dollar men make per year. The Paycheck Fairness Act, which DeLauro has introduced in eight consecutive Congresses, would expand the Equal Pay Act to close certain loopholes and allow employees to share salary information with their coworkers. It would also require employers to show that pay disparities between their male and female employees are related to job performance, not gender. [Huffington Post, 4/11/13]

The previous question was approved 226-192. A vote against the motion would have allowed for consideration of the Paycheck Fairness Act. [H Res 146, Vote #97, 4/12/13]

### Voted Against Considering Paycheck Fairness Act

In 2013, Perry voted against considering the Paycheck Fairness Act.

The previous question was ordered so the bill was not brought up. [H Res 198, Vote #132, 5/07/13]

## Voted Against Empowering Abuse Victims in the Military to Seek Justice

In 2013, Perry voted against a motion that would have empowered victims of sexual assault in the military to seek justice. The measure would give the victim of sexual abuse the power to choose whether to allow the Office of Chief Prosecutor to make the binding decision on whether a case goes to trial, or to allow the commander to proceed with the case.



Democrats argued that the bill did not go far enough in stripping military commanders of the power to overturn convictions in rape and sexual assault cases and requiring a mandatory minimum of two years in prison for a member of the armed services convicted of rape or sexual assault in a military court. [Associated Press, 6/14/13]

The amendment failed 194-225. [HR 1960, Vote #243, 6/14/13]

## Voted for Ban Requiring Women Prove Rape Before Accessing an Abortion

In 2013, Perry voted for a national abortion ban after 20 weeks of pregnancy. The bill would provide an exception for rape or incest if the woman reported the crime to authorities first. The bill would also provide an exception for when the life of the mother was at risk. [CNN, 6/17/13; Associated Press, 6/18/13]

The Vice President of Planned Parenthood criticized, "The provision House leadership snuck into the bill tonight is designed to shame and judge victims of violent crimes, requiring a woman to prove that she has reported her rape to police before she can access an abortion." [Politico, 6/14/13]

The bill passed, 228-196. [HR 1797, Vote #251, 6/18/13]

### Bill Sponsor: "Incidence of Rape Resulting in Pregnancy Very Low"

In a House Judiciary Committee meeting, sponsor Rep. Trent Franks (R-AZ) said, "Before, when my friends on the left side of the aisle here tried to make rape and incest the subject — because, you know, the incidence of rape resulting in pregnancy are very low." [Washington Post, 6/12/13]

### Abortion Bill would Defy Laws in Most States

The Associated Press reported that HR 1797 "would restrict almost all abortions to the first 20 weeks after conception, defying laws in most states that allow abortions up to when the fetus becomes viable, usually considered to be around 24 weeks." [Associated Press, 6/18/13]

### Women's Health Groups Argued Bill was Patently Unconstitutional

Politico reported: "Women's health groups argue that the laws are patently unconstitutional, because they directly conflict with Supreme Court precedent that says states can't outlaw abortions prior to viability, which is now usually considered to be around 23 to 24 weeks into a pregnancy." [Politico, 6/18/13]



# Appendix XV – State Votes

*NOTE: Roll Call votes as from Perry's time in the Pennsylvania state assembly are available in PDFs on the research drive. All necessary votes have been bulleted and are located under their labeled issue areas in the above document.*