**Victoria Spartz (IN-05) Research Report**
The following report contains research on Victoria Spartz, a Republican candidate in Indiana's 5th district. Research for this research book was conducted by the DCCC's Research Department between June and July 2020. By accepting this report, you are accepting responsibility for all information and analysis included. Therefore, it is your responsibility to verify all claims against the original documentation before you make use of it. Make sure you understand the facts behind our conclusions before making any specific charges against anyone.



# Victoria Spartz

## Republican Candidate in Indiana's 5th Congressional District

**Research Book – 2020**
Last Updated – July 2020

Prepared by the DCCC Research Department





# Table of Contents

Table of Contents ........ 1
Key Findings ........ 3
Thematics ........ 6
Spartz Claimed That She Was A Successful Businesswoman, But Her Business Records Raise Questions About Her Credentials ........ 7
Spartz Appeared To Be Knee-Deep In Corruption And Shady Business Deals ........ 21
Spartz Had A Record Of Looking Out For Herself, Not Hoosiers ........ 43
Spartz Was Bad For Hoosiers' Health Care ........ 58
Key Visuals ........ 68
Personal & Professional History ........ 74
Biography ........ 75
Personal Finance ........ 78
Political Career ........ 80
Professional Career ........ 103
Ethics ........ 155
Relationships ........ 156
Donald Trump ........ 172
Issues ........ 175
Abortion & Women's Health Issues ........ 176
Agriculture & Food Access Issues ........ 184
Budget Issues ........ 186
Consumer Issues & Regulations ........ 188
Crime & Public Safety Issues ........ 193
Economic Issues ........ 202
Education Issues ........ 205
Election Law & Campaign Finance Issues ........ 220
Energy Issues ........ 225
Environmental Issues ........ 226
Equal Rights & Workplace Fairness ........ 232
FEMA & Disaster Relief Issues ........ 234
Foreign Policy Issues ........ 244

Governance Issues ........................................ 246
Gun Issues ........................................ 253
Health Care Issues ........................................ 264
Housing Issues ........................................ 283
Infrastructure & Transportation Issues ........................................ 285
Labor & Working Families ........................................ 287
Immigration & Border Issues ........................................ 292
Property Rights & Land Issues ........................................ 295
State Issues ........................................ 302
Seniors' Issues ........................................ 303
Tax Issues ........................................ 305
Trade & Outsourcing Issues ........................................ 306
Veterans & Military Family Issues ........................................ 307
Appendix I – Personal Financial Disclosures ........................................ 308
Appendix II – Campaign Finance ........................................ 322
Appendix III – Paid Media Summary ........................................ 328
Appendix IV – Bill Authorships & Amendments ........................................ 329
Appendix V – Bill Co-Sponsorships ........................................ 345
Appendix VI – Office Expenditures ........................................ 350
Appendix VII – Votes – 2020 Session ........................................ 351
Appendix VIII – Votes – 2019 Session ........................................ 368
Appendix IX – Votes – 2018 Session ........................................ 381
Appendix X – Professional Timeline ........................................ 388



# Key Findings

## Spartz Claimed That She Was A Successful Businesswoman, But Her Business Records Raise Questions About Her Credentials

**Spartz often cited her credentials as a successful businesswoman.** *On the campaign trail, Spartz often pointed to her professional background as a finance executive and a successful business owner. Spartz stated that she owned several businesses and claimed to work for the top accounting firms in the country. Further, Spartz said that she would use her experience as a successful businesswoman and a CPA to improve accountability and the economy if she were elected.*

**…However, Spartz's business records raise questions about her standing as a successful business owner…** *It appeared that Spartz personally operated a financial consulting group and a real estate consulting group, ISBC Group and ISBC Real Estate Group, respectively. However, Spartz did not report any income from these businesses and as of July 2020, Spartz and ISBC Real Estate Group's real estate licenses had expired. There were very little records available about the businesses and it was unclear what work ISBC Group and ISBC Real Estate Group did. Likewise, Spartz operated a now-dissolved non-profit but virtually no records were available for the organization and it was again, unclear what the organization's mission was.*

**…And lack of records, specifics, and a confusing timelines cast doubt on her history as a financial executive.** *Spartz claimed that she audited manufacturing firms in the early 2000s and worked as an auditor and a national trainer for Big Four public accounting firms for ten years before leaving the industry to focus on her farm. However, Spartz was not issued a CPA license from the State of Indiana until 2010 and she presumably left the financial industry in 2013 to focus on EcoAgro USA. If her story is true, that means Spartz only worked as a CPA for top accounting firms for three years. Furthermore, Spartz failed elaborate on the exact work she did for these firms or clarify which firms she worked for.*

## Spartz Appeared To Be Knee-Deep In Corruption And Shady Business Deals

**Spartz's personal financial disclosure raised question about the source of her wealth.** *After Spartz contributed $900,000 to her campaign, critics raised questions about her finances, especially considering she did not report any bank accounts on her federal personal financial disclosure. A spokesperson for the Spartz campaign said that Spartz had complied with all disclosure rules and that she did not have any interest bearing bank accounts, therefore she did not have to report them. Additionally, the campaign said that her personal loan was made possible through three partnerships disclosed—presumably EcoAgro USA, Westbrook Village, and Spartz Farms.*

**Spartz's business, ISBC Group, may have been involved in selling illegal prescription drugs.** *According to Importantville, the ISBC Group website featured SEO engine keywords for illegal prescriptions drugs. While the website has since been taken down, from 2013 to 2018, the website appeared to be perpetually under construction and did not offer users any relevant information. When confronted with this information, Spartz claimed that the website had been hacked and it was subsequently taken down by a user called "GOPClub.org." Additionally, according to Importantville, ISBC Group's website also directed readers to a Russian corporate website.*

**The Spartz family had a history of using their power and relationships to leverage their business ventures.** *After illegally removing wetlands for a development project, the Spartz family used their connections to get the project back on track. Through Hometown Development, the Spartz family planned a multimillion dollar project that was halted after the family had destroyed wetlands without a permit. In 2007, after the Spartz family had refilled the wetlands, they were issued a permit from IDEM to continue the project. Following the issuance of the permit, an ex-Noblesville official helped the Spartz family get the project back on track. In 2007, Chris Hamm left his job as Noblesville's Economic Development Director and created a development consulting firm. Hometown Development then hired Hamm and they were granted $7 million from the city to continue the project. However,*



*Hamm's quick turnaround from the public to the private sector raised ethical concerns throughout the community. Furthermore, Members of the Spartz family had a history of bankrolling local campaigns. Notably, in 2011, Westbrook Village—the Spartz family mobile home community—fully funded certain city council campaigns.*

**Spartz was tied to disgraced Indiana Attorney General Curtis Hill, whose law license was suspended after he groped four women.** *In 2017, Spartz briefly served as the CFO to Indiana Attorney General Curtis Hill. However, in 2020, Curtis Hill lost his law license after he groped four women and state leaders from both sides of the aisle called for Hill's resignation. Spartz chose to remain silent on the issue and did not author, co-author, sponsor, or advise on a bill that aimed to oust Hill as Attorney General.*

**Spartz was supposedly reported to the FBI as a suspicious person after she purchased several AK-47s online.** *In 2018, Spartz said that someone reported her to the FBI as a suspicious person after she had purchased several AK-47s online. Spartz told the story as a joke and laughed about the matter, but later pivoted to say that women and minorities will be discriminated against first if guns become harder to get.*

**Spartz was backed by right-wing dark money groups.** *Spartz was backed far-right groups like the Club for Growth and Americans for Prosperity—both of which are funded by the Koch brothers and other wealthy conservatives. Likewise, Spartz attended a FreedomWorks event and was a member of the American Legislative Exchange Council (ALEC). Notably, ALEC has been described as a "shadowy back-room arrangement where corporations pay good money to get friendly legislators to introduce pre-packaged bills." Spartz has also said that corruption did not exist on the federal level.*

## Spartz Had A Record Of Looking Out For Herself, Not Hoosiers

**Spartz had a history of authoring legislation that benefitted her and her family's interest, including a bill that removed state oversight of certain wetlands….** *Spartz authored a bill that removed state oversight of wetlands near regulated drains. However, Spartz failed to disclose that her family planned a multimillion dollar project that IDEM halted after the family had destroyed wetlands near a regulated drain without a permit. Spartz denied that the bill was linked to her family's development history and the bill was opposed by IDEM and the Hoosier Environmental Council.*

**… a bill that enhanced property rights in eminent domain situations…** *In 2020, Spartz authored a bill that enhanced property rights in eminent domain procedures. The bill required more transparent and easier to understand notices of eminent domain and amended current law to require a ¾ affirmative vote from the municipality body to allow a municipality to condemn property for economic development. Tax increment financing (TIF) deemed land could be acquired by municipalities for economic development purposes and when establishing TIF areas, a committee must list the owners of the parcels to be acquired during redevelopment. Notably, land parcels owned by Spartz and her family were listed in a redevelopment report as TIF areas—meaning the land might be acquired by the local government for economic redevelopment.*

**… a bill that deregulated schools.** *In 2020, Spartz authored legislation that deregulated school corporations and removed training requirements to prevent bullying and child abuse. However, Spartz's brother-in-law served as the treasurer and as a member of the school board for a private Christian school in Noblesville. Notably, the school mandated children to dress according to their "biological sex" and may have violated state law when they offered financial incentives for students to enroll—despite the fact that the school received public funding through vouchers.*

**Spartz claimed that she was an independent legislator who stood up to both parties, but her record suggests that she really stood up for her own interests.** *On multiple occasions, when Spartz voted against the majority, she voted for bills that benefitted her own interests as a farmer, a wealthy land owner, and her family's manufactured home community.*

**Throughout her career as a politician , Spartz has contributed nearly $1.2 million to her campaigns.** *As of July 2020, Spartz has self-funded the majority of her campaigns, contributing $901,600 to her congressional campaign and a*



*total of $340,000 to her state senate campaigns. However, Spartz never ran a full campaign in the state senate—she was appointed to her seat in 2017 and suspended her re-election campaign to run for Congress.*

## Spartz Was Bad For Hoosiers' Health Care

**Spartz said she would actively support repealing and replacing the Affordable Care Act.** *Spartz bragged that she "fought Obamacare" while in the state senate, although it is unclear what she did exactly. However, if Spartz "fought Obamacare" by opposing HIP 2.0—which rests on the existence of the ACA—more than 300,000 Hoosiers could lose insurance coverage. Furthermore, Spartz supported President Trump's move not to reopen ACA enrollment during the COVID-19 pandemic, which would have allowed newly laid off workers to enroll for benefits. Spartz often criticized the ACA and spoke about her negative experiences with socialized health care while living in Ukraine.*

**Spartz pushed for health care reforms that would hurt Hoosiers…** *Spartz authored a bill that urged the government to look into selling health insurance across state lines—which critics have said fails to lower costs and reduces access for those with health problems.*

**…Including bills that stripped away funding and benefits from Medicaid.** *Spartz criticized the creation of Medicaid and Medicare and pledged to implement reforms to increase transparency. However, there was bipartisan opposition to measures Spartz praised, with critics saying they would have devastating effects on Medicaid. Notably, Spartz pledged to implement, and praised, the Trump Administration's proposed Medicaid fiscal accountability rule. The rule received staunch bipartisan opposition, with Republican Senator John Cornyn saying the rule would lead to hospital closures and threaten the safety net. Spartz also authored a bill that urged the Indiana government to implement a Medicaid block program, which critics have said would leave people unenrolled in Medicaid and would be harmful to both beneficiaries and state economic interests.*

# Thematics



# Spartz Claimed That She Was A Successful Businesswoman, But Her Business Records Raise Questions About Her Credentials

***Significant Findings***

- ✓ *On the campaign trail, Spartz often cited her credentials as a successful businesswoman who worked in the farming, finance, and real estate sectors*
- ✓ *However, Spartz's business records raise questions about her standing as a successful business owner*
  - ✓ *Spartz appeared to personally operate a financial consulting firm and a real estate consulting firm—ISBC Group and ISBC Real Estate Group, respectively*
  - ✓ *However, Spartz did not report any income from these businesses and as of July 2020, both Spartz and ISBC Real Estate Group's real estate license had expired*
  - ✓ *Very few records were available about the businesses and it was unclear what work ISBC Group and ISBC Real Estate Group did*
  - ✓ *Spartz also operated a now-dissolved non-profit, but virtually no records were available for the organization and it was unclear what the organization's mission was*
- ✓ *…And lack of records, specifics, and a confusing timeline cast doubt on her history as a financial executive*
  - ✓ *Spartz claimed that she audited manufacturing firms in the early 2000s and worked as an auditor and a national trainer for Big Four public accounting firms for 10 years before leaving the industry to focus on her farm*
  - ✓ *However, Spartz was not issued a CPA license until 2010 and she presumably left the financial industry in 2013 to focus on EcoAgro USA*
  - ✓ *If true, that means Spartz only worked as a CPA for top accounting firms for 3 years*
  - ✓ *Spartz failed to elaborate on the exact work she did for these firms or clarify which firms she worked for*

## Spartz Often Cited Her Credentials As A Successful Businesswoman

### Spartz Claimed To Have A "Proven Track Record In The Business World"

#### Spartz Claimed To Have A "Proven Track Record In The Business World"

**Spartz Claimed To Have A "Proven Track Record In The Business World**." "Victoria is a natural leader who has a proven track record in the business world, civic organizations and the public sector." [Victoria Spartz for Congress, accessed 7/14/20]

#### Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner

**Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner.** "In many ways, she embodies the American Dream: born overseas, immigrating to the United States 20 years ago



after meeting her husband, a born and raised Hoosier, on a train in Europe, becoming a US Citizen, and working her way up from bank teller to a CPA, finance executive and successful business owner." [Victoria Spartz for Congress, accessed 7/14/20]

**Spartz Said She Would Use Her Experience As A Successful Businesswoman And CPA To Improve Accountability And The Economy**

**Spartz Said She Would Use Her Experience As A Successful Businesswoman And CPA To Improve Accountability And The Economy.** "Pro-free enterprise and fiscal accountability: 'I will use my experience as a successful businesswoman and CPA to improve government accountability, control spending, and pursue innovative solutions to rebuild our economy, empower free enterprise, and provide better opportunities for entrepreneurs and small businesses.'" [LifeZette, 7/14/20]

## Spartz Stated That She Owned And Operated Several Businesses

**Spartz Said That She Owned Businesses Ranging From Financial Consulting To Farming To Real Estate**

**Spartz Said That She Owned Businesses Ranging From Financial Consulting To Farming To Real Estate.** "She also started and currently owns several businesses, including financial consulting, farming and real estate." [Victoria Spartz for Congress, accessed 7/14/20]

## Spartz Claimed That She Worked For The Top Accounting Firms In The Country

**Spartz Claimed That She Worked For "Big 4 Public Accounting Firms And Fortune 500 Companies"**

**Spartz Claimed That She Worked For "Big 4 Public Accounting Firms And Fortune 500 Companies."** "Victoria has worked in the Big 4 public accounting firms for Fortune 500 companies, as an adjunct faculty at Indiana University's Kelley School of Business and served as CFO at the Indiana Attorney General's Office." [Victoria Spartz for Congress, accessed 7/14/20]

**Spartz Claimed To Work In Various Positions With Fortune 200 Companies And Big Four Accounting Firms**

**Spartz Claimed To Work In Various Positions With Fortune 200 Companies And Big Four Accounting Firms.** "Spartz spent her career in various financial leadership positions working with Fortune 200 companies and Big 4 public accounting firms throughout the U.S. including in Indiana." [The Times, 9/8/17]

# However, Spartz's Business Records Raise Questions About Her Standing As Successful Business Owner

## Spartz Claimed To Be A Successful Business Owner

**Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner**

**Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner.** "In many ways, she embodies the American Dream: born overseas, immigrating to the United States 20 years ago after meeting her husband, a born and raised Hoosier, on a train in Europe, becoming a US Citizen, and working her way up from bank teller to a CPA, finance executive and successful business owner." [Victoria Spartz for Congress, accessed 7/14/20]



Spartz Said She Made Her Money As A Financial Consultant And Working At Big Four Accounting Firms

**Spartz Said She Made Her Money As A Financial Consultant And Working At Big Four Accounting Firms.** "'I think you have Warren Buffet, he lived probably in a similar house and he's wealthier than me,' says Spartz, who says she made her money as a financial consultant and working at a Big Four accounting firm after coming to the U.S. from Ukraine in 2000." [Importantville, 5/8/20]

## Spartz Appeared To Personally Operate A Financial Consulting Firm And A Real Estate Consulting Firm

### March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz

**March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz.** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

### March 2009: ISBC Real Estate Group LLC Was Incorporated Under Victoria Spartz

**March 2009: ISBC Real Estate Group LLC Was Incorporated.** On March 30, 2009, ISBC Real Estate Group LLC was incorporated at 17301 River Ave, Noblesville, IN. Victoria Spartz was listed as the principal and the registered agent. [Indiana Secretary of State, Business ID 2009033100051, 3/30/09]

### April 2009: Spartz Changed The Name Of International Strategic Business Group To ISBC Group

**April 2009: International Strategic Business Group Assumed The Name To ISBC Group.** On April 17, 2009, Victoria Spartz submitted a "Certificate of Assume Business Name" and "International Strategic Business Group" to "ISBC Group." [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

### Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group And Was Associated With LegalZoom

**March 2009: Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group .** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**Sheila Dang Was Associated With LegalZoom.** [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

ARTICLE III – INCORPORATORS

Sheila Dang
7083 Hollywood Blvd., Suite 180, Los Angeles, CA 90028
Signature: Sheila Dang, Legalzoom.com

[Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**LegalZoom Helped Customers Start Businesses.** "We simply do not believe that it should cost thousands of dollars to create a will, form a business, or apply for a trademark. So we started a movement to make legal help available to all." [LegalZoom, accessed 6/25/20]



## However, Spartz Did Not Report Any Income From These Businesses

### 2019: Spartz Reported $71,045 In Earned Income From Just The State Of Indiana

**2019: Spartz Reported $71,045 In Earned Income From The State Of Indiana.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Earned Income | | | |
|---|---|---|---|
| **Source** | **Type** | **Amount (Current Year to Filing)** | **Amount (Preceding Year)** |
| State of Indiana | Legislator Compensation | $39,533.00 | $71,045.00 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### Spartz Did Not List Any Income From ISBC Group And ISBC Real Estate Group

**Spartz Listed That She Was President Of ISBC Group And ISBC Real Estate Group.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| State Senator | Indiana State Senate |
| Principal | EcoAgro USA |
| President | ISBC Group |
| President | ISBC Real Estate Group |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### 2017 – 2019: Spartz Reported That ISBC Group And ISBC Real Estate Were Worth Less Than $500,000

| 2019 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | No |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

| 2018 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |



[Spartz 2018 Statement of Economic Interests, 1/8/19]

| 2017 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture/ Farming | Yes | Yes | No | Yes |
| ISBC Group | Consulting/ Accounting/ Finance | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate/Farming | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2017 Statement of Economic Interests, 1/9/18]

## As Of July 2020, ISBC Real Estate Group Was An Expired Real Estate Broker Company

### 2020: ISBC Real Estate Group's Real Estate Broker License Expired

**2020: ISBC Real Estate Group's Real Estate Broker License Expired.** On June 30, 2020, ISBC Real Estate Group LLC's Real Estate Broker license expired. [Indiana Professional Licensing Agency, Lic No. RC50900473, 6/30/20]

### 2009: ISBC Real Estate Group Was Registered As A Real Estate Broker Company

**2009: ISBC Real Estate Group Was Registered As A Real Estate Broker Company.** On April 22, 2009, ISBC Real Estate Group LLC was granted a Real Estate Broker Company license with the State of Indiana. The license was achieved through an application and was still active as of June 2020. The license was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]

## Likewise, Spartz's Real Estate License Had Expired

### 2020: Spartz's Real Estate Broker License Expired

**2020: Spartz's Real Estate Broker License Expired.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license expired on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/30/20]

### 2005: Spartz Was Issued A Real Estate Broker License That Was Linked To ISBC Real Estate Group LLC

**2020: Spartz Held An Active Real Estate Broker License.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz held a Real Estate Broker license with the Real Estate Commission. The license was issued on June 9, 2005 and was set to expire on June 30, 2020. The license was active and Spartz achieved the license through an examination. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/9/05]

**Spartz's License Was Related To The ISBC Real Estate Group LLC.** Spartz was listed as the "Manager" for ISBC Real Estate Group LLC's license. ISBC Real Estate Group LLC was registered as a Real Estate Broker Company with the Real Estate Commission. The license was granted on April 22, 2009 and was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]


**2005: Spartz Was Issued A Real Estate Broker License That Was Superseded**

**2005: Spartz Was Issued A Real Estate Broker License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license was superseded. The license was issues on June 9, 2005 and expired on June 30, 2009. [Indiana Professional Licensing Agency, Lic No. RB14029293, 6/9/05]

**2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded**

**2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Sales Person license was superseded. The license was issues on August 14, 2003 and expired on December 31, 2005. [Indiana Professional Licensing Agency, Lic No. SP30302228, 8/14/03]

## It Was Unclear What ISBC Group Did And The Group's Website Was Perpetually Under Construction Before It Was Removed

**Spartz Declined To Talk About The Specifics Of Her Business Projects**

**Spartz Declined To Talk About The Specifics Of Her Business Projects.** "Spartz also wouldn't discuss whether she owned other property, or even disclose how many businesses she owned. She also declined to talk about her specific business projects. IMPORTANTVILLE: How many cars do you have? Spartz: Too many. We have lots of businesses, so we have too many cars. But for my personal, not...IMPORTANTVILLE: How many businesses do you have? Spartz: A variety. I do different things. IMPORTANTVILLE: Would you say like six or seven or more? Spartz: No, not six or seven, but I just have different projects and different things I do in different areas." [Importantville, 5/8/20]

**ISBC Group Appeared To Have A Website That Was Perpetually Under Construction And Then Was Removed**

**June 2020: ISBCGroup.Com Did Not Exist.** [ISBCGroup.com, accessed 6/25/20]

[ISBCGroup.com, accessed 6/25/20]

**2013 – 2018: Archived Shots Of ISBC Group's Website Showed It Was "Being Updated"**

**October 2013: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 10/8/13]





[Archive.org, archived 10/8/13]

**August 2018: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 8/25/18]

[Archive.org, archived 8/25/18]

## ISBC Group Allegedly Provided A Variety Of Services Including Strategic Management, Financial Advisory, Real Estate, And Global Research

**ISBC Group Allegedly Provided A Variety Of Businesses Including Strategic Management, Financial Advisory, Real Estate, And Global Research.** According to an archived version of ISBC Group's website, they offered services including: Strategic Management Group, Financial Advisory Group, Real Estate Group, Global Research Group, Risk Consulting Group, and a Training and Education Group. [Archive.org, archived 8/25/18]

[Archive.org, archived 8/25/18]



## However, No Further Information For Each Group Was Provided On The Website

**There Was No Information Available For The Strategic Management Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Financial Advisory Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Real Estate Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Global Research Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Risk Consulting Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Training And Education Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

## There Was Little To No Paperwork Available On The Business Dealings Of ISBC Group

### There Were No Delinquent Sales Tax Records For ISBC Group Or ISBC Real Estate

**There Were No Delinquent Sales Tax Records For ISBC Group ISBC Real Estate.** [Indiana Secretary of State, Expired RRMC List, accessed 6/25/20]

### ISBC Group And ISBC Real Estate Group Were Not Involved In Any State Level Court Cases

**ISBC Group And ISBC Real Estate Group Were Not Involved In Any State Level Court Cases.** [mycase.IN.gov, accessed 6/25/20]

Search Results

Party Search
Business: ISBC Group

< Back | New Search | Refine Search

Search did not match any cases.

Suggestions:
- Make sure names are spelled correctly.
- Try searching by different criteria (case number is most exact).
- Remove advanced search options, if used, to broaden your search.

[mycase.IN.gov, accessed 6/25/20]

## ISBC Group And ISBC Real Estate Group Were Not Involved In Any Federal Level Court Cases

**ISBC Group And ISBC Real Estate Group Were Not Involved In Any Federal Level Court Cases.** [PACER, accessed 6/25/20]



No Results Found

The search returned no results.

| PACER Service Center | Receipt 06/25/2020 15:44:07 937659551 |
|---|---|
| User | dc45062015 |
| Client Code | |
| Description | All Court Types Party Search<br>All Courts; Name ISBC Group; All Courts |
| Results | The search returned no results. |
| Billable Pages | 1 ($0.10) Print Receipt |

[PACER, accessed 6/25/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With The SEC

**ISBC Group And ISBC Real Estate Group Were Not Registered With The SEC.** [SEC, accessed 6/25/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With FARA

**ISBC Group And ISBC Real Estate Group Were Not Registered With FARA.** [FARA, accessed 6/29/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With The Better Business Bureau

**ISBC Group And ISBC Real Estate Group Were Not Registered With The Better Business Bureau.** [Better Business Bureau, accessed 6/25/20]

# Spartz Also Operated A Now Dissolved Non-Profit—But There Was Little Information Available About The Organization

## June 2009: American Constructive Dialogue Institute Was Incorporated Under Victoria Spartz

**June 2009: American Constructive Dialogue Institute, Inc Was Incorporated Under Victoria Spartz.** On June 15, 2009, American Constructive Dialogue Institute was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the registered agent. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]



**March 2009: Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group .** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**Sheila Dang Was Associated With LegalZoom.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

Incorporators Information

| Title | Name | Address |
|---|---|---|
| Incorporator | Sheila Dang | 7083 Hollywood Blvd., Ste. 180, Los Angeles, CA, 90028, USA |

Page 1 of 1, records 1 to 1 of 1

[Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**LegalZoom Helped Customers Start Businesses.** "We simply do not believe that it should cost thousands of dollars to create a will, form a business, or apply for a trademark. So we started a movement to make legal help available to all." [LegalZoom, accessed 6/25/20]

## American Constructive Dialogue Institute Was Registered At 17301 River Ave, The Address Of Westbrook Village

**American Constructive Dialogue Institute Was Registered A 17301 River Ave, Noblesville, IN.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**The Property At 17301 River Avenue, Noblesville, IN Was Owned By Westbrook Village.** According to data from the Hamilton County Property Reports and Payments, the property at 17301 River Avenue was owned by Westbrook Village. The property has only been owned by Westbrook Village when its deed was created in November 2010. [Hamilton County, Property Reports and Payments, accessed 6/16/20]

Current Owner as of June 15, 2020

This information is updated 5 times a week.

| PROPERTY ADDRESS: | DEEDED OWNER |
|---|---|
| 17301 River Rd | WESTBROOK VILLAGE |
| Noblesville, IN 46062 | 17301 RIVER RD |
| | NOBLESVILLE, IN 46062 |

[Hamilton County, Property Reports and Payments, accessed 6/16/20]

## American Constructive Dialogue Institute Was Registered As A Domestic Nonprofit Corporation

**American Constructive Dialogue Institute Was Registered As A Domestic Nonprofit Corporation.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

Business Name: **AMERICAN CONSTRUCTIVE DIALOGUE INSTITUTE, INC.**

Entity Type: **Domestic Nonprofit Corporation**

[Indiana Secretary of State, Business ID 200961500436, 6/15/09]


### February 2012: American Constructive Dialogue Institute Was Dissolved

**February 2012: American Constructive Dialogue Institute Was Dissolved.** On February 3, 2012, American Constructive Dialogue Institute filed an "Administrative Dissolution" with the Indiana Secretary of State and has since been inactive. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

### There Were No Nonprofit Records Available For American Constructive Dialogue Institute

**American Constructive Dialogue Institute Was Not Registered With The IRS As A Tax Exempt Organization.** [IRS, Tax Exempt Organization Search, accessed 6/29/20]

**A Search For American Constructive Dialogue Institute On ProPublica's Nonprofit Explorer Did Not Return Any Results.** A search for "American Constructive Dialogue Institute" on ProPublica's Nonprofit explorer did not return any results. [ProPublica, accessed 6/29/20]

[ProPublica, accessed 6/29/20]

### A Google Search For American Constructive Dialogue Institute Did Not Produce Any Relevant Results

**A Google Search For "American Constructive Dialogue Institute" Did Not Produce Relevant Results.** A Google search for "American Constructive Dialogue Institute" produced 5 results, none of which provided relevant information. [Google, "American Constructive Dialogue Institute, accessed 6/29/20]

## ISBC Group Or ISBC Real Estate Group Did Not Appear To Accept A PPP Loan Greater Than $150,000

*NOTE: A FOIA request was sent to determine if ISBC Group, ISBC Real Estate Group, or Victoria Spartz received a PPP loan. The full spreadsheet containing data on businesses that received PPP loans greater than $150,000 is located on the DCCC Drive*

**It Did Not Appear That ISBC Group Or ISBC Real Estate Accepted A PPP Loan Greater Than $150,000.** ISBC Group or ISBC Real Estate Group were not listed as one of the businesses that received a PPP loan greater than $150,000. [PPP Loan Database, accessed 7/15/20]

## …And Lack Of Records And Specifics Cast Doubt On Her History As A Financial Executive



## Spartz Claimed That She Worked For The Top Accounting Firms In The Country And Was A Finance Executive

### Spartz Claimed That She Worked For "Big 4 Public Accounting Firms And Fortune 500 Companies"

**Spartz Claimed That She Worked For "Big 4 Public Accounting Firms And Fortune 500 Companies."** "Victoria has worked in the Big 4 public accounting firms for Fortune 500 companies, as an adjunct faculty at Indiana University's Kelley School of Business and served as CFO at the Indiana Attorney General's Office." [Victoria Spartz for Congress, accessed 7/14/20]

### Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner

**Spartz Said She Worked Her Way Up To Become A Finance Executive And A Successful Business Owner.** "In many ways, she embodies the American Dream: born overseas, immigrating to the United States 20 years ago after meeting her husband, a born and raised Hoosier, on a train in Europe, becoming a US Citizen, and working her way up from bank teller to a CPA, finance executive and successful business owner." [Victoria Spartz for Congress, accessed 7/14/20]

### Spartz Said She Made Her Money As A Financial Consultant And Working At Big Four Accounting Firms

**Spartz Said She Made Her Money As A Financial Consultant And Working At Big Four Accounting Firms.** "'I think you have Warren Buffet, he lived probably in a similar house and he's wealthier than me,' says Spartz, who says she made her money as a financial consultant and working at a Big Four accounting firm after coming to the U.S. from Ukraine in 2000." [Importantville, 5/8/20]

## Spartz's Timeline While Working At Top Accounting Firms Raises Questions

### Spartz Immigrated To The United States In 2000

**2000: Spartz Moved To The United States.** [Indianapolis Business Journal, 5/1/20]

### Spartz Said She Audited Manufacturing Companies In The Early 2000s

**VIDEO: Spartz Said She Audited Manufacturing Companies In The Early 2000s.** "[41:48] I audited manufacturing company in the early 2000s. And we print unreasonable regulations, they move overseas." [WFYI Online, YouTube, 5/12/20]

### Spartz Said She Was A National Trainer For Big Four Accounting Firms For Over 10 Years

**VIDEO: Spartz Said She Was A National Trainer For Big Four Accounting Firms.** "[27:41] So I teach in Indianapolis campus, Kelley School of Business, I'm a CPA, so I teach accounting, financial and managerial. So, you know, and then I was a national trainer, I worked for Big Four accounting firms, you know, like doing audits, I was national training for several of them, you know, over 10 years." [David Christmas for Evansville City Council, YouTube, 4/30/18]

### However, Spartz Was Not Issued A CPA License Until 2010—And That License Is Currently Inactive

**2020: Spartz's Accounting License Was Inactive.** As of June 22, 2020, Spartz's CPA license with the Accountancy board was inactive. The license was issues on April 8, 2010 and was set to expire on June 30, 2021. [Indiana Professional Licensing Agency, Lic No. CP11000144, 4/8/10]



**2010: Spartz Received Her CPA License.** On April 8, 2010, Spartz was issued a CPA license through the Accountancy Board, with Board Approval. [Indiana Professional Licensing Agency, Lic No. CP11000144, 4/8/10]

**Spartz Presumably Left The Financial Sector In 2013—Meaning She Only Worked As An Active CPA For 3 Years**

**Spartz Said That As A CPA She Audited A Variety Of Industries, Including Pharmaceutical Companies And Banks, And Provided Training Courses.** "With regard to her work as a CPA, Spartz stated, 'The public accounting profession is a high-integrity and high-accountability profession that gave me an enormous understanding of businesses and finances in a variety of industries. I was auditing manufacturing firms all over the country even as I was pregnant with our first child. I audited insurance, banks, pharma, health care, consumer finance, investment funds, consumer goods, government entities, and I worked on a variety of major projects, including training and auditing auditors.'" [Zionsville Monthly Magazine, May 2020]

**Spartz Left The Financial Sector To Spend More Time With Her Family And Expand Her Farming Business.** "However, the travel was taking a toll on my family, and we decided to expand our farming business so I could spend more time in town with my family…" [Zionsville Monthly Magazine, May 2020]

**2013: EcoAgro USA Was Registered As A Domestic Limited Liability Company With The State Of Indiana Under Jason And Victoria Spartz.** According to records found on the Indiana Secretary of State website, EcoAgro USA LLC was registered as a Domestic Limited Liability Company with an active registration. The company was registered at 17301 River Ave, Noblesville, IN 46062 on February 15, 2013. [Indiana Secretary of State, Business ID 2013021500440, accessed 6/16/20]

## Furthermore, It Was Unclear Which Big Four Accounting Firm Spartz Was Employed By

**Spartz Consistently Talked About Her Accounting Work, But Failed To Mention Any Specifics**

**Spartz Said She Worked Over 100 Hours A Week On "Some Of The Most Complex Financial Audits In The County."** "Spartz, who has worked for accounting firms and was briefly the chief financial officer in Attorney General Curtis Hill's office, said she was putting her money where her mouth is. 'I worked extremely hard all my life: working over 100 hour weeks on some of the most complex financial audits in the country and taking care of two little babies in the meantime, starting my own businesses and working with my husband every day of the week - long hours, hard labor, and not much time off,' Spartz said in a statement. 'I never made easy money in my life, like most of us, but I understand that our country is at a very important crossroads in our history and I am willing to do my part to win this war against socialism.'" [Indianapolis Star, 4/17/20]

**VIDEO: Spartz Said She Was A National Trainer For Big Four Accounting Firms.** "[27:41] So I teach in Indianapolis campus, Kelley School of Business, I'm a CPA, so I teach accounting, financial and managerial. So, you know, and then I was a national trainer, I worked for Big Four accounting firms, you know, like doing audits, I wasn't national training for several of them, you know, over 10 years." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**Spartz Claimed To Work In Various Positions With Fortune 200 Companies And Big Four Accounting Firms.** "Spartz spent her career in various financial leadership positions working with Fortune 200 companies and Big 4 public accounting firms throughout the U.S. including in Indiana." [The Times, 9/8/17]



# Spartz Appeared To Be Knee-Deep In Corruption And Shady Business Deals

***Significant Findings***

- ✓ *After Spartz contributed $900,000 to her campaign, critics raised questions about the source of her wealth considering she failed to report any bank accounts*
  - ✓ *A spokesperson for the campaign said that Spartz had complied with all disclosure rules and that the loan came from 3 partnerships reported on her PFD—presumably EcoAgro USA, Spartz Farms, and Westbrook Village*
- ✓ *Spartz's businesses may have been involved in selling illegal prescription drugs online*
  - ✓ *According to Importantville, ISBC Group's website featured SEO keywords for illegal prescription drugs*
  - ✓ *Spartz claimed that the website had been hacked and the site was subsequently taken down by a group called "GOPClub.Org"*
- ✓ *The Spartz family had a history of using their power and relationships to leverage their business ventures*
  - ✓ *After illegally removing wetlands for a multimillion dollar development project, the Spartz family hired an ex-Noblesville city council official to get the project back on track, which raised ethical concerns from the community*
  - ✓ *Members of the Spartz family had a history of bankrolling local campaigns*
- ✓ *Spartz briefly served as the CFO for Attorney General Curtis Hill—whose law license was suspended after he groped 4 women*
  - ✓ *State leaders from both parties called for Hill's resignation, but Spartz remained silent on the issue*
- ✓ *Spartz was supposedly reported to the FBI as a suspicious person after she purchased several AK-47s online*
- ✓ *Spartz was backed by right-wing, dark money groups*

## Spartz's Personal Financial Disclosures Raised Questions About The Source Of Her Wealth

### Spartz Contributed $900,000 To Her Congressional Campaign

#### Spartz Contributed $900,000 To Her Campaign Through A Personal Loan

**Spartz Contributed $900,000 To Her Campaign Through A Personal Loan.** "And in the final weeks of what was mostly a docile primary, some candidates went on the attack against Spartz, who had the most money as of mid-May. More than half of the Republican candidates turned to personal loans, six of which relied on personal money to raise more than 50% of their total funds. Spartz by far contributed the most money to her campaign with a total of $900,000 in personal loans, including a last minute $150,000 loan she gave herself just last week." [Indianapolis Star, 6/3/20]



**May 2020: Spartz's Personal Loans Made Up 90% Of Her Total Dollar Amount Raised.** "Spartz by far contributed the most with a total of $900,000 in personal loans. As of mid-May her personal money made up almost 90% of her total dollar amount raised for the campaign." [Indianapolis Star, 5/31/20]

**Spartz Said Personally Funded Her Campaign After She Suspended Fundraising Efforts Amid The COVID-19 Pandemic**

**Spartz Said She Contributed A Sizable Amount Of Her Own Money To Her Campaign Due After She Suspended Planned Fundraising Efforts Due To COVID-19.** "'Due to the current situation with the coronavirus we decided to suspend our planned fundraising efforts, therefore I contributed a sizable amount of my own money to this campaign,' Spartz said." [Spartz for Congress, 4/15/20]

**Spartz Personally Funded Her Campaign After She Suspended Fundraising Efforts Amid The COVID-19 Pandemic.** "She attributed the decision to personally fund her campaign to her suspension of fundraising efforts amid the coronavirus. She has, however, raised some money since the announcement. 'I never made easy money in my life, like most of us,' Spartz said in a statement in April, 'but I understand that our country is at a very important crossroads in our history and I am willing to do my part to win this war against socialism.'" [Indianapolis Star, 5/31/20]

## Spartz's Personal Loan Led Opponents To Question Her Personal Financial Disclosures

**Spartz's Personal Loan Led Opponents To Question Her Personal Financial Disclosures.** "But in mid-May Spartz's hefty personal loan earned her the criticism of her opponents, who questioned, based on her candidate financial disclosure form, how she could afford to finance her campaign. Spartz didn't list any interest-bearing bank accounts, which candidates are required to disclose if they have accounts that exceed a collective $5,000." [Indianapolis Star, 5/31/20]

**2019 – 2020: Spartz Did Not Report A Bank Account On Her Federal Personal Financial Disclosure**

**2019 – 2020: Spartz Did Not Report A Bank Account On Her Federal Personal Financial Disclosure.** According to records found on Spartz 2020 Federal Personal Financial Disclosure, she did not report any bank accounts. [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**Federal Reporting Rules Require Filers To Report Bank Accounts As A Reportable Assets**

**Federal Reporting Rules Require Filers To Report Bank Accounts As A Reportable Assets.** "Real and personal property held by you, your spouse, or a dependent child as an investment or for the production of income must be disclosed on Schedule A if it had a value in excess of $1,000 at the close of the reporting period or generated unearned income in excess of $200 during the reporting period. Reportable assets include: • Real Property • Farms • Underlying assets in Brokerage Accounts • Underlying assets in IRAs, 401(k) Plans, and Other Non-Federal Retirement Accounts • Pensions • 529 College Savings Accounts. Corporate Securities • Mutual Funds, Exchange-Traded Funds (ETFs), and Real Estate Investment Trusts (REITs) • Government Securities and Agency Debt • Asset-Backed Securities • Futures and Options • Hedge Funds and Private Equity Funds • Cryptocurrencies • Annuities • Insurance Policies • Bank Accounts • Ownership Interests in Privately-Held Companies • Debts Owed to the Filer • Trusts • Investment Clubs • Collectibles • Intellectual Property/Royalties Specific information on reporting each of these types of assets follows." [U.S. House Committee on Ethics, Instruction Guide for Financial Disclosure Statements and Periodic Transaction Reports, Calendar Year 2019]

## A Spokesperson For Spartz's Campaign Said That Spartz Had Complied With Disclosure Rules And That She Did Not Have Interest Bearing Bank Accounts



**A Spokesperson For Spartz's Campaign Said That Spartz Was "100% In Compliance" With Disclosure Rules**

**A Spokesperson For Spartz's Campaign Said That Spartz Was "100% In Compliance" With Disclosure Rules.** "After my interview with Spartz, Tim Edson, a spokesman for the campaign, sent me this statement: 'Your facts are wrong and you are denigrating a successful businesswoman's career with inaccurate information from sloppy Google searches and conspiracy theories. Victoria Spartz is 100% in compliance with the financial disclosure rules required by the Federal Election Commission and the U.S. House of Representatives, and those disclosures expressly demonstrate that her business success generated the income to fund her campaign and allow Victoria to make a difference for Hoosiers and give back to our country which has given her so much.'" [Importantville, 5/8/20]

**A Spokesperson For Spartz's Campaign Said That Spartz Had Bank Accounts, But Did Not Have Interest Bearing Bank Accounts**

**A Spokesperson For Spartz's Campaign Said That Spartz Had Bank Accounts, But Did Not Have Interest Bearing Bank Accounts.** "Tim Edson, a spokesman for her campaign, told IndyStar that Spartz has bank accounts but not interest-bearing bank accounts." [Indianapolis Star, 5/31/20]

**Spartz's Campaign Hired A Legal Expert Who Verified That Spartz Complied With Disclosure Rules**

**The Campaign Hired A Legal Expert Who Verified Spartz Complied With Disclosure Rules.** "Edson called the attacks baseless and said the campaign hired a top legal expert who verified Spartz complied with disclosure rules. 'Victoria and her husband invest, farm, and develop land in Hamilton County, one of the fastest growing counties in the country,' Edson said in an email to IndyStar. 'The $750,000 loan is a combination of income earned by 3 partnerships disclosed on Victoria's financial disclosure.'" [Indianapolis Star, 5/31/20]

**Spartz's Campaign Said That Her $750,000 Personal Loan Was Possible Through 3 Partnerships She Disclosed**

**Spartz's Campaign Said That Her $750,000 Personal Loan Was Possible Through 3 Partnerships.** "Edson called the attacks baseless and said the campaign hired a top legal expert who verified Spartz complied with disclosure rules. 'Victoria and her husband invest, farm, and develop land in Hamilton County, one of the fastest growing counties in the country,' Edson said in an email to IndyStar. 'The $750,000 loan is a combination of income earned by 3 partnerships disclosed on Victoria's financial disclosure.'" [Indianapolis Star, 5/31/20]

**Presumably, The Loan Was Made Possible Through EcoAgro USA, Spartz Farms, And Westbrook Village—Although, Only Spartz Farms And Westbrook Village Were Listed As Partnerships**

| 2020 Spartz Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP/ DC /JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | EcoAgro USA | $1,000,001 | $5,000,000 | Farm Income | $100,001 | $1,000,000 | |
| | Entrust Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $5,000,001 | $25,000,000 | Tax Deferred | N/A | N/A | |
| | Farmers Bank Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INPRS 2045 Fund (Indiana Legislators' Defined Contribution Plan) | $15,001 | $50,000 | Tax Deferred | N/A | N/A | |
| | Residential Investment Property (Moontown) | $250,001 | $500,000 | None | N/A | N/A | |
| | Residential Rental Property* (Lapel) | $100,001 | $250,000 | Rent | $2,501 | $5,000 | |
| | Spartz Farms (Soybeans) | $1 | $1,000 | Partnership Income | $100,001 | $1,000,000 | |
| | TD Ameritrade Roth IRA (Cash) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Westbrook Village* | $1,000,001 | $5,000,000 | Partnership Income | $50,001 | $100,000 | |
| | **Total:** | **$8,465,011** | **$38,001,000** | **Total:** | **$252,504** | **$2,105,000** | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## On Her State Financial Disclosures, Spartz Failed To List All Of Her And Her Husband's Licenses

### 2017 – 2019: Spartz Reported That She Had One License With An Indiana State Agency

| 2019 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

| 2018 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

| 2017 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |



| OISC | Pesticide Application Permit | No | Yes | N/A |
|---|---|---|---|---|

[Spartz 2017 Statement of Economic Interests, 1/9/18]

**Spartz Held A Real Estate Broker License That She Failed To List On Her State Disclosure Forms**

**2020: Spartz Held An Active Real Estate Broker License.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz held a Real Estate Broker license with the Real Estate Commission. The license was issued on June 9, 2005 and was set to expire on June 30, 2020. The license was active and Spartz achieved the license through an examination. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/9/05]

**Spartz's License Was Related To The ISBC Real Estate Group LLC.** Spartz was listed as the "Manager" for ISBC Real Estate Group LLC's license. ISBC Real Estate Group LLC was registered as a Real Estate Broker Company with the Real Estate Commission. The license was granted on April 22, 2009 and was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]

**2005: Spartz Was Issued A Real Estate Broker License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license was superseded. The license was issues on June 9, 2005 and expired on June 30, 2009. [Indiana Professional Licensing Agency, Lic No. RB14029293, 6/9/05]

**2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Sales Person license was superseded. The license was issues on August 14, 2003 and expired on December 31, 2005. [Indiana Professional Licensing Agency, Lic No. SP30302228, 8/14/03]

**Spartz Failed To List Her Husband's Notary Public Licenses**

**2016: Jason Spartz Was Issued A Notary Public CE License.** According to the Indiana Professional Licensing Agency, Jason Spartz was issued a Notary Public CE license with the Notary Public. The license was issued on February 5, 2016 and was set to expire on February 28, 2022. Spartz obtained the license through an application and the license was still active. [Indiana Professional Licensing Agency, Lic No. NE0679449, 2/5/16]

**2016: Jason Spartz Was Issued A Notary Public License.** According to the Indiana Professional Licensing Agency, Jason Spartz was issued a Notary Public license. The license was issued on February 5, 2016 and was set to expire on February 4, 2024. Spartz obtained the license through an application and the license was still active. [Indiana Professional Licensing Agency, Lic No. NP0679449, 2/5/16]

## Spartz's Business ISBC Group May Have Been Involved In Selling Illegal Prescription Drugs

### The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs

**According To Importantville, The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs**

**According To Importantville, The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs.** "Spartz launched 'ISBCGroup.com.' The website featured SEO engine keywords for illegal prescription drugs. It also recently boasted of ways to acquire 'chloroquine without prescription'—the discredited miracle coronavirus drug pushed by President Trump." [Importantville, 5/8/20]


```
pills</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3122">buy ceftin online without rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=253">ceftin generic name</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1702">buy ceftin medication</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3813">where can i buy ceftin online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3903">purchase ceftin without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4353">order ceftin cash on delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3644">ceftin without a prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=848">ceftin us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3396">buy ceftin overnight shipping</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2634">celecoxib fda medicine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3896">cheap
celecoxib tablets</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=548">buy celebrex overnight shipping</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=661">generic for celebrex pills</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=814">how to
get celebrex</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2771">cheap celebrex</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=2054">celebrex generic name</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=277">best price of celebrex</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4430">get a celebrex without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1735">online pharmacy celecoxib</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3727">purchase celebrex online overseas</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3089">purchase celebrex without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=4446">buying celebrex online without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1264">celebrex cost</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1526">celecoxib us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3577">celecoxib on the street</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2856">celecoxib insomnia</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3070">celebrex generic medication</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3246">order
celexa without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2337">celexa for sale online</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3616">purchase celexa without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=415">buy celexa overnight shipping</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=948">cheap celexa tablets</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3886">how to get celexa</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2089">celexa online
without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=163">celexa drug generic</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3131">buy celexa medication</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1843">order
celexa cash on delivery</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3841">purchase cellcept overnight delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4021">cheap mycophenolate mofetil no rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=706">buy discount cellcept</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1905">purchase cellcept without prescription</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3290">how much does cellcept cost</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1209">get a
mycophenolate mofetil without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2529">purchase cellcept online overseas</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4157">buy cellcept without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=4019">order cellcept cash on delivery</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=18">buy cellcept online without rx</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4387">cellcept c.o.d.</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3878">cellcept 500mg
capsule</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1755">order chloroquine online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3515">low cost chloroquine now</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2412">purchase chloroquine overnight delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1620">order chloroquine without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=227">discount prices on chloroquine phosphate</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3958">chloroquine without a prescription</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=673">buy chloroquine overnight shipping</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3046">buy discount chloroquine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2491">buy cheap chloroquine online</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3937">buy chloroquine medicine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=895">where can
i buy chloroquine online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1573">soft cialis gel female orgasm</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4324">cialis soft us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1821">buy cialis soft online without rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=863">buy cialis soft medication</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1817">low cost cialis soft now</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1984">purchase
cialis soft online overseas</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4045">how much does cialis soft cost</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3622">buy cialis soft without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1235">get a cialis soft without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3441">best price of cialis soft</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4340">soft cialis no prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
```

[Importantville, 5/8/20]

## 2013 – 2018: Archived Shots Of ISBC Group's Website Showed It Was Perpetually Under Construction

**October 2013: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 10/8/13]

[Archive.org, archived 10/8/13]

**August 2018: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 8/25/18]




[Archive.org, archived 8/25/18]

## When Confronted With The Information, Spartz Said The Website Had Been Hacked And It Was Subsequently Taken Down By "GOPClub.Org"

### Spartz's Campaign Claimed The Website Was Hacked And Then Was Subsequently Taken Down

**Spartz's Campaign Claimed The Website Was Hacked And Then Was Subsequently Taken Down.** "Spartz's campaign claims the site was hacked, indexed by Google with the prescription drug SEO terms, and taken down after the hack was discovered. Spartz didn't disclose this in an initial interview, saying she had no knowledge of the SEO." [Importantville, 5/8/20]

### As Of June 2020, ISBCGroup.Com Did Not Exist

**June 2020: ISBCGroup.Com Did Not Exist.** [ISBCGroup.com, accessed 6/25/20]

[ISBCGroup.com, accessed 6/25/20]

### The Website Appeared To Be Removed On May 31, 2020 By GOPClub.Org

**The Website Appeared To Be Removed On May 31, 2020 By GOPClub.Org.** [ISBCGroup.com, accessed 6/25/20]

[ISBCGroup.com, accessed 6/25/20]



### GOPClub.Org Brought Users To A Similar, Blank Page

**GOPClub.Org Brought Users To A Similar, Blank Page.** [GOPClub.org, accessed 7/14/20]

[gopclub.org, accessed 7/14/20]

### An Archived Version Of The Page Just Showed Coding Links

**An Archived Version Of The Page Just Showed Coding Links.** [Gopclub.org via Archive.org, archived 6/6/17]

Index of /

- .ftpquota
- cgi-bin/

[Gopclub.org via Archive.org, archived 6/6/17]

## ISBC Group's Website Also Allegedly Directed Readers To A Russian Corporate Website

### ISBC Group's Website Also Directed Readers To ISBC.Com—A Russian Corporate Website

**According To Importantville, ISBC Group's Website Also Directed Readers To ISBC.Com—A Russian Corporate Group.** "Prior to my inquiries, ISBCGroup.com took a reader to ISBC.com, the corporate group that includes Intelligent Business Management Systems, LLC registered in Zelenograd, Russia; Credis, LLC; Smart Systems, LLC; Logic Telecom, and AT Bureau, LLC. The owner or co-owner of all these companies, according to SPARK, is businessman Ivan Demidov. In 2018, its total revenue amounted to more than ₽1.65 billion—nearly $26 million. ISBC didn't immediately return messages seeking comment." [Importantville, 5/8/20]

# After Illegally Removing Wetlands For A Development Project, The Spartz Family Used Their Connections To Get The Project Back On Track

## Hometown Development LLC Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands

### 2006: Hometown Development LLC Was Registered In Indiana To Jason Spartz



**2006: Hometown Development LLC Was Established As A Domestic Limited Liability Company In Indiana.** According to records found on the Indiana Secretary of State site, Hometown Development was created on May 31, 2006. [Indiana Secretary of State, Business ID 20060601100497, accessed 6/24/20]

**Hometown Development Was Registered To Jason Spartz.** According to records found on the Indiana Secretary of State site, Hometown Development was registered to Jason M. Spartz and the business's principal office was located at 102 Natasha Dr, Noblesville, IN, 46062. [Indiana Secretary of State, Business ID 20060601100497, accessed 6/24/20]

**Through Hometown Development, The Spartz Family Planned A Multimillion Dollar Project That Was Halted By IDEM When The Family Destroyed Wetlands**

**Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands In 2007.** "Spartz has her own complicated history with IDEM's regulation of wetlands, one she did not disclose as the bill has moved through the legislature. In 2007, her family planned a multimillion dollar project to develop a Super Target in Noblesville. IDEM halted the project after the family bulldozed and filled in wetlands near a county-regulated drain on the property, because they had failed to obtain state and federal permissions." [Star Press, 2/18/20]

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville And Filled In Wetlands Without A Permit To Lure A Super Target**

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville To Lure A Super Target.** "In December 2004, Victoria Spartz's father-in-law, Charles Spartz, doing business as Hometown Development LLC, took out a $1.75 million loan to buy 60 acres at Ind. 37 and Ind. 32/38 in Noblesville. The family had an ambitious plan to lure a Super Target to the prominent intersection, but to do so they'd need to fortify a corner thick with wetlands." [Star Press, 2/18/20]

**Over The Next Two Years, The Spartz Family Removed Wetlands Without A Permit.** "Over the next two years, the Spartzes filled in wetlands, knocked down woods and planned to fill in two spurs to a regulated drain, a man-made stream that runs through the property. After an anonymous tip, IDEM intervened in January 2007 and informed the family they had needed a permit to remove the wetlands. IDEM also told the family to contact the Indiana Department of Natural Resources and the Army Corps of Engineers, because that particular site was in a federal floodplain." [Star Press, 2/18/20]

**2007: IDEM Issued The Spartz Family A Water Quality Certification To Continue Their Project After They Made An Effort To Fix The Damage They Caused**

**October 2007: IDEM Reviewed The Spartz Family's After-The-Fact Application That Outlined The Damage To Wetlands They Caused Without Authorization—Outlining 4.16 Acres Of Wetland Damage.** "Office of Water Quality staff has reviewed your After-the-Fact application for Section 401 Water Quality Certification dated June 6, 2007, and received June 8, 2007. This office has also reviewed a revised mitigation plan, figures, and appendices dated and received September 27, 2007. Additionally, IDEM has reviewed modified mitigation figures dated and received October 10, 2007. According to the application, you filled 1.65 acres of 1.79 acre emergent Wetland A in 2006 without IDEM 1 authorization. You propose to fill the remaining 0.14 acre portion of emergent Wetland A on the site. Additionally, the application states that you filled 2.51 acres of 2.65 acre emergent/forested Wetland Bin 2006 without IDEM authorization. Approximately 1.29 acres of Wetland B was forested and approximately 1.36 acres of Wetland B was emergent. You propose to fill the remaining 0.14 acre portion of Wetland B remaining onsite. Wetland impacts will total 4.16 acres (3 .15 acres emergent wetland and 1.29 acres forested wetland)." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**Additionally, The Spartz Family Caused Damage To Streams And Drainage Features In The Area.** "In addition to wetland impacts, you have filled 233' (0.02 acre) of an unnamed tributary to Stony Creek; this



stream is referred to as Drainage Feature I (DF 1) in the application. This stream was impacted in 2006. You also propose to fill a second unnamed tributary to Stony Creek known locally as the Elwood Wilson Library Arm; this stream is 638' long (0.05 acre) and is referred to as Drainage Feature 2 (DF 2) in the application. Finally, you propose to relocate 1,750' (0.18 acre) of the main unnamed tributary to Stony Creek known locally as the Elwood Wilson Legal Drain; the stream is proposed to be piped in a 24" pipe to be buried approximately 50' west of the existing stream location. A dry swale is proposed to be constructed on top of the pipe to handle high flows." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**October 2007: IDEM Granted Hometown Development LLC A Section 401 Water Quality Certification To The Spartz Family's Plan To Build A Target.** "Based on available information, a visit to the impact site on January 23, 2007, a visit to the offsite wetland mitigation site on May 25, 2007, and a visit to the offsite stream mitigation site on March 30, 2007, it is the judgment of this office that the proposed project will comply with the applicable provisions of 327 IAC 2 and Sections 301, 302,303,306, and 307 of the Clean Water Act if the recipient of the certification complies with the conditions set forth below. Therefore, subject to the following conditions, the Indiana Department of Environmental Management (IDEM) hereby grants Section 40 l Water Quality Certification for the project described in your application received June 8, 2007, and modifications received September 27, 2007. Any changes in project design or scope not detailed in the application described above or modified by the conditions below are not authorized by this certification." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

## After Hometown Development Was Issued A Permit From IDEM, An Ex-Noblesville Official Helped Hometown Development Get The Project Back On Track

### 2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm

**2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm.** "A swampy property at the southeast corner of state roads 37 and 32 in Noblesville had been a development dead end for years when Chris Hamm left his job as the city's economic development director in March 2007. Hamm's first order of business after leaving: Find a way to build a Target-anchored shopping center on the 60-acre property as a launching pad for a new development consulting firm he had founded with Rex Dillinger, a former city council president and mayoral candidate." [Indianapolis Business Journal, 12/22/08]

### Hometown Development Hired Hamm's Consulting Firm And They Got Approval To Mitigate Wetlands And $7 Million From The City

**Hometown Development Hired Hamm's Consulting Firm And They Got Approval To Mitigate Wetlands And $7 Million From The City.** "The firm, Northstar Land Entitlement and Development Services delivered in a big way. It won Hometown Development LLC approvals to mitigate a large wetland and flood plain. It got the state's blessing for a stoplight on S.R. 37 unusually close to another light. And it got the city to pitch in $ 7 million for infrastructure, including storm sewers to dry out the property." [Indianapolis Business Journal, 12/22/08]

**Charlie Spartz Said Hiring Hamm's Consulting Firm Was "A No-Brainer Hire For Us."** "For Hometown Development of Noblesville, the firm worked a miracle. For 20 years, development on its site had gone nowhere. Now, a Super Target is planned for the property. The project, dubbed Conner Point, still is a go thanks in large part to Northstar, said Charlie Spartz, who heads Hometown Development, which has since agreed to sell the project to another developer Spartz would not name. '[Northstar] was a no-brainer hire for us,' he said. 'The site would not have been built out without their help.'" [Indianapolis Business Journal, 12/22/08]

## Hometown Development Was Then Granted $6.9 Million In Bonds From The Noblesville City Council To Build Infrastructure On The Site



**2008: Noblesville City Council Issues Hometown Development $6.9 Million In Bonds To Build Infrastructure On The Site**

**2008: Noblesville City Council Issues Hometown Development $6.9 Million In Bonds To Build Infrastructure On The Site.** "Noblesville-based Hometown Development, which includes members of the Spartz family, want to develop the southeast corner of Ind. 32/38 and Ind. 37. The approximately 57-acre site will need extensive soil work to become buildable, said City Attorney Mike Howard, including a complicated process to remove water from some of the dirt." [Noblesville Ledger, 3/13/08]

**Hometown Development Guaranteed To Pay 100% Of The Debts On The Bonds. "**The City Council Tuesday agreed to issue bonds not to exceed $6.9 million to pay upfront costs for infrastructure construction with roads, sewers and water and soil management, and Hometown Development guaranteed to pay 100 percent of the debt service on those bonds." [Noblesville Ledger, 3/13/08]

**City Councilwoman: "The Spartzes Will Take On The Devil, And They Have With That Project"**

**City Councilwoman: "The Spartzes Will Take On The Devil, And They Have With That Project."** "City Councilwoman Mary Sue Rowland said the city is getting a more than fair deal, and said the Spartz family is up to the challenge the site presents. 'The Spartzes will take on the devil, and they have with that project.' The site, dubbed Conner Pointe, would be anchored by a Target, Howard said. Hometown Development representative Chris Hamm said it would be similar to, but smaller than, the Super Target near Lantern Road and 116th Street in Fishers, but would not sell perishable foods. He said it would be larger than the Super Target on Michigan Road in Carmel." [Noblesville Ledger, 3/13/08]

**Chris Hamm, A Representative For The Company And A Former City Official, Said Hometown Development Was Unique Because It Was Local And Willing To Take Years To Develop The Site**

**Chris Hamm, A Representative For The Company And A Former City Official, Said Hometown Development Was Unique Because It Was Local And Willing To Take Years To Develop The Site.** "Hamm, formerly the city's economic development director, said he had heard numerous proposals from developers for the site when he worked for the city from 1996-2007. Hometown Development, he said, was unique in that it is local and was willing to take years to develop the site. 'It took somebody with a strong commitment to the community and a strong commitment to making this project successful and a unique way of thinking about return on investment to take this project forward,' Hamm said. 'At the end of the day, it took the city's commitment to help make this project a reality, because it couldn't happen without the city's participation.'" [Noblesville Ledger, 3/13/08]

## However, Hamm's Quick Turnaround From The Public Sector To The Private Sector Raised Ethical Questions

**Hamm Served As The City's Economic Development Director For Six Years**

**Hamm Served As The City's Economic Development Director For Six Years.** "Hamm served for six years as the city's economic development director and six years before that as a long-range and senior planner. He led the development of the city's strategy and a master plan for the Noblesville Corporate Campus, and he helped shepherd entitlement applications for Saxony and Hamilton Town Center. He said he's doing virtually the same work now, still with a focus on serving the community and advocating for appropriate development." [Indianapolis Business Journal, 12/22/08]

**Critics Questioned Hamm's Decision To Go From "City Official To High-Paid Land-Use Lobbyist," Considering He Worked On The Target Project As An Official**



**Critics Questioned Hamm's Decision To Go From "City Official To High-Paid Land-Use Lobbyist," Considering He Worked On The Target Project As An Official.** "But the quick turnaround from city official to high-paid land-use lobbyist also raises questions for some critics of revolving-door government. Hamm and Dillinger incorporated their firm a month before Hamm left the city. Hamm dealt with the Target developers in his capacity as a city official before he left and began representing them. And Hamm, 35, didn't leave government entirely when he fled for the private sector: He won a seat on the Noblesville school board in May, and was appointed in March to serve on a board that updates the city's comprehensive plan, a document his developer clients no doubt would like to influence." [Indianapolis Business Journal, 12/22/08]

**A Critic Stated, "Hamm Walked Out A City Employee And Walked Back In The Next Day Lobbying His Friends, Colleagues, And Former Employees."** " 'It's ironic that the new City Hall has a revolving door,' said Kurt Meyer, a real estate agent with F.C. Tucker Co. in Noblesville who once chronicled the city's political scene for the Noblesville Daily Times. '[Hamm] walked out a city employee and walked back in the next day lobbying his friends, colleagues and former employees.'" [Indianapolis Business Journal, 12/22/08]

#### Noblesville Did Not Require A Cooling Off Period For City Employees, But State Employees In A Position To Give Business To Outside Firms Must Wait A Year Before Working For One Of The Firms

**Noblesville Did Not Require A Cooling Off Period For City Employees, But State Employees In A Position To Give Business To Outside Firms Must Wait A Year Before Working For One Of The Firms.** "Noblesville does not require a cooling-off period before city employees can go to work for private companies that do business with the city. That's not unusual; most local governments do not have their own ethics procedures, particularly limits on the 'revolving door,' said Ed Feigenbaum, a former member of the Noblesville Planning Commission who publishes Indiana Legislative Insight. However, state employees in a position to give business to outside firms must wait at least a year before going to work for one of those firms." [Indianapolis Business Journal, 12/22/08]

#### Hamm's Firm Landed A Several Hundred Thousand Dollars Within Six Months Of Working

**Hamm's Firm Landed A Several Hundred Thousand Dollars Within Six Months Of Working.** "For about six months of work, the firm landed a payday believed to be several hundred thousand dollars a healthy bump from the $ 70,000 salary Hamm had earned while working for the city." [Indianapolis Business Journal, 12/22/08]

### The Spartz Family Ultimately Lost The Land Following The 2008 Recession

#### Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement

**Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement.** "Later that year, though, Super Target backed out as the economy went into recession. The bonds never were issued. In 2010, amid the continuing recession and the dimmed prospects for development, the Spartz family lost the land in a foreclosure settlement with their bank." [Star Press, 2/18/20]

## Members Of The Spartz Family Had A History Of Bankrolling Local Campaigns

### In 2011, Westbrook Village—The Spartz Family Mobile Home Community—Fully Funded Certain City Council Campaigns

#### 2012: Westbrook Village LLC Was Incorporated As A Domestic Limited Liability Company Under Charles Spartz


**2012: Westbrook Village LLC Was Incorporated As Domestic Limited Liability Company.** On December 14, 2012, Westbrook Village LLC was registered as a Domestic Limited Liability Company. [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

**Westbrook Village Listed Charles Spartz As The Principal.** [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

**Spartz Reported That Westbrook Village Was Worth Between $1 Million And $5 Million**

**2019: Spartz Reported That Westbrook Village Was Worth Between $1 Million And $5 Million.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**2019: Spartz Reported Between $50,001 And $100,000 In Income From Westbrook Village.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council**

**2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council.** "Two real estate political action committees contributed more than $1,500 in direct and in-kind donations. Terry Busby, another former council member, raised just over $700, with the bulk coming from the Westbrook Village mobile home community. Incumbent Brian Ayer hadn't planned on taking donations, but the crowded field changed his mind. He raised more than $2,400, including $500 from fellow council member and business partner Dale Snelling and $100 from council President Mark Boice's election campaign. Ayer also received $400 from Westbrook Village. Both challengers Jeff Zeckel and Andy Corman raised no outside money for their campaigns, electing to use their own private funds. In District 3, John Elliott and Dale Kenney raised few outside dollars -- Westbrook Village gave Kenney $250, while Dave and Patti MacInnis gave Elliott $300 to add to his largely self-financed campaign." [Indianapolis Star, 4/21/11]

**2011: Terry Busby's Campaign Was Fully Financed By Westbrook Village And Jason Spartz**

**2011: Terry Busby's Campaign Was Fully Financed By Westbrook Village And Jason Spartz.** "Terry Busby, another former council member, raised $701 with $500 coming from Westbrook Village and $201 donated by Jason Spartz." [The Times, 4/23/11]

**Busby Was The Longest-Serving City Council Member In Noblesville History.** "The longest-serving City Council member in Noblesville history is stepping up one more time. Terry Busby, who served the city as councilor for District 1 and at-large from 1980 to 2005, will run for the open seat in District 1 in the May 7 primary election." [Hamilton County Reporter, 1/11/19]

**Busby Was The Hamilton County Parks Superintended For 18 Years**. "Busby is a retired swimming coach and teacher with deep roots in the Noblesville community. He taught physical education and health at Noblesville High School for 35 years, served as the head swimming coach and coached track and cross country. He was the Hamilton County Parks Superintendent for 18 years and designed the swimming pools at Forest Park and Noblesville High School." [Hamilton County Reporter, 1/11/19]

**Busby Served On The Board Of Works And Plan Commission And The Noblesville Township Board.** "Busby also served on the Board of Works and Plan Commission. Most recently he served four years on the Noblesville Township board." [Hamilton County Reporter, 1/11/19]

**2011: Brian Ayer Received $400 From Westbrook Village And $201 From Jason Spartz**


**2011: Brian Ayer Received $400 From Westbrook Village And $201 From Jason Spartz.** "Like Busby, incumbent Brian Ayer received $400 from Westbrook Village and $201 from Jason Spartz. In total, Ayer raised $2,401 with $700 coming from fellow councilmen Dale Snelling, who contributed $500, and Greg and Teena O'Connor and the Committee to Elect Mark Boice each donated $100." [The Times, 4/23/11]

**Brian Ayer Was First Elected To The City Council In 2003.** "First elected to the City Council in 2003, he has served on the following committees: Architectural Review Board, Building/Land Acquisition, Economic Development, Parks, Planning, and Roads and Traffic. He is currently serving his second term as President of the Council." [The Times, 3/4/19]

**2011: Dale Kenney Received $250 From Westbrook Village**

**2011: Dale Kenney Received $250 From Westbrook Village.** "In District 3, Rick Taylor raised the second highest amount of all Noblesville candidates after he collected $3,650, including $1,500 from Hamilton County Firefighters Local No. 4416 PAC. Fellow candidates John Elliott and Dale Kenney raised little outside funds - Dave and Patti MacInnis gave $300 to Elliott and Kenney received $250 from Westbrook Village." [The Times, 4/23/11]

## "Spartz" Contributed Nearly $400,000 To Republican Candidates And Committees In Indiana

**From 2010 To 2020, A Contributor Registered As "Spartz" Contributed Nearly $400,000 Republican Candidates And Committees In Indiana**

**2010 – 2020: "Spartz" Contributed Nearly $400,000 To Republican Candidates And Committees In Indiana.** According to the Indiana campaign finance database, contributor name "Spartz" contributed a total of $399,894 t candidates and committees from 2010 to 2020. [Indiana Campaign Finance, accessed 7/13/20]

**However, Most Of The Money Appeared To Go Towards Victoria Spartz's Campaign**

| Dan Spartz State Contributions | | |
|---|---|---|
| **Contributor Name** | **Committee Name** | **Total Contributions** |
| Spartz | Victoria For Indiana | $361,500.00 |
| Spartz | Hamilton County Republican Central Committee | $10,640.00 |
| Spartz | Indiana Merit Construction PAC of ABC | $10,000.00 |
| Spartz | Senate Majority Campaign Committee | $5,500.00 |
| Spartz | Kelly for Indiana | $2,400.00 |
| Spartz | Friends of Chuck Goodrich | $2,000.00 |
| Spartz | Indiana Federation of Republican Women | $1,604.00 |
| Spartz | Citizens for Buck | $1,350.00 |
| Spartz | Curtis Hill for Indiana | $1,050.00 |
| Spartz | Richardson for State Representative | $1,000.00 |
| Spartz | Donna Schaibley for State Representative | $650.00 |
| Spartz | Committee to Elect Jim Tomes | $500.00 |
| Spartz | Committee to Elect Brian Bosma | $400.00 |
| Spartz | McCormick for State Superintendent | $300.00 |
| Spartz | Indiana Realtors Political Action Committee | $250.00 |
| Spartz | House Republican Campaign Committee | $250.00 |
| Spartz | Todd Huston for State Representative | $100.00 |



| | | |
|---|---|---|
| Spartz | Friends of Tera Klutz | $100.00 |
| Spartz | Indiana CPA PAC | $100.00 |
| Spartz | Friends of Connie Lawson | $100.00 |
| Spartz | Abby for AG | $100.00 |
| | **TOTAL CONTRIBUTIONS** | **$399,894.00** |

[Indiana Campaign Finance, accessed 7/13/20]

# Spartz Was Tied To Indiana Attorney General Curtis Hill—Whose Law License Was Suspended After He Groped Four Women

## In 2017, Spartz Briefly Served As The CFO To The Indiana Attorney General's Office

### In 2017, Spartz Served As The CFO To The Indiana Attorney General's Office

**2017: Spartz Served As The CFO To The Indiana Attorney General's Office.** "In 2017, she was asked to become part of the government, though, to work as chief financial officer for the Office of the Indiana Attorney General. Going into the public sector made her a little uneasy, but she decided she liked the challenge, so she accepted the job." [Indianapolis Business Journal, 5/1/20]

### Later In 2017, Spartz Resigned From Her Position In The Attorney General's Office After She Was Appointed To The State Senate

**2017: Spartz Resigned From Her Position In The Attorney General's Office After She Was Appointed To The State Senate.** "She won the caucus race and then had to resign from the Attorney General's Office due to the conflict of interest the two positions created. 'I didn't really have a chance to work in that office much at all,' Spartz said." [Indianapolis Business Journal, 5/1/20]

## Spartz Served Under Attorney General Curtis Hill, Who Had His Law License Suspended After He Groped Four Women

### Spartz Served Under Attorney General Curtis Hill

**Spartz Served Under Attorney General Curtis Hill.** "The Noblesville senator owns a variety of businesses, worked as a certified public accountant and briefly served as the chief financial officer of Attorney General Curtis Hill's office." [Indianapolis Star, 2/6/20]

### Curtis Hill Congratulated Spartz On Her Appointment To The Senate

**Curtis Hill Congratulated Spartz On Her Appointment To The Senate.** "On Thursday, Attorney General Curtis Hill congratulated Spartz on her election, said Corey Elliott, press secretary for the attorney general. 'She will make a great senator!' Elliott said in an email. 'Discussions are currently under way to determine her future role in our office.'" [Herald Bulletin, 9/7/17]

### 2020: Curtis Hill's Law License Was Suspended After He Groped Four Women In 2018

**2020: Curtis Hill's Law License Was Suspended After He Grouped Four Women In 2018.** "Indiana's attorney general had his law license suspended for 30 days on Monday by the state Supreme Court, which found that he broke the law by groping four women during a party at the close of the legislative session in 2018. One of the victims was a state lawmaker and the other three worked as legislative employees at the time of the episode. The attorney general, Curtis T. Hill Jr., a Republican who was elected in 2016, will begin serving the suspension for



misconduct on May 18. He was ordered by the court not to undertake any new legal matters before his suspension begins." [New York Times, 5/11/20]

**2020: The 19-Page Ruling Against Hill Said It Found "Clear And Convincing Evidence" That Hill "Committed The Criminal Act Of Battery."** "In a 19-page ruling in the disciplinary case, the court said that it found 'clear and convincing evidence' that Mr. Hill had 'committed the criminal act of battery' when he made unwanted contact with the four women during a party on March 15, 2018, at A.J.'s Lounge in Indianapolis." [New York Times, 5/11/20]

## State Leaders From Both Sides Of The Aisle Called For Hill's Resignation As Attorney General

### Executive Director Of The Indiana Democratic Party: "Curtis Hill Is A Disgrace"

**Executive Director Of The Indiana Democratic Party: "Curtis Hill Is A Disgrace. "** "Lauren Ganapini, executive director of the Indiana Democratic Party, criticized Republicans on Monday for allowing Mr. Hill to remain in office. 'Curtis Hill is a disgrace,' Ms. Ganapini said in a statement. 'His conduct as an elected official was repulsive and will be a lasting stain on the office and the party he serves.'" [New York Times, 5/11/20]

### Indiana Republican Party Chairman: "Hoosiers Would Be Best Served By Having A New Attorney General"

**Indiana Republican Party Chairman: "Hoosiers Would Be Best Served By Having A New Attorney General."** "After the court issued its ruling on Monday, the state Republican Party chairman, Kyle Hupfer, said it was time for a change, but suggested that he was leaving it up to the delegates at the party's nominating convention in June. Mr. Hill is facing several Republican challengers for the nomination, local media reported. 'The Indiana Supreme Court unanimously confirmed that Curtis Hill committed battery against four female victims,' Mr. Hupfer said in a statement. 'Hoosiers would be best served by having a new attorney general. I have faith in our delegates.'" [New York Times, 5/11/20]

### 2018: Hill Received Calls For Resignation From Both Parties After He Was Accused Of Groping Women

**2018: Hill Received Calls For Resignation From Both Parties After He Was Accused Of Groping Women.** "Republican leaders in Indiana joined Democrats on Thursday in calling for the resignation of Curtis Hill, the state's attorney general, who has been accused of groping four women at a bar in March. The women said Mr. Hill, a Republican who was elected in November 2016, inappropriately touched them at a party in the early-morning hours of March 15, celebrating the last night of the legislative session. […] While the Democratic and Republican leaders agreed that Mr. Hill should step down, they do not have legislative power to force him out." [New York Times, 7/6/18]

**Republican Governor Eric Holcomb Called For An Investigation Into Curtis Hill.** "4 women had courage to report sexual harassment by the AG. Findings of a legislative report are disturbing & show a violation of our zero tolerance sexual harassment policy. I concur w/ Long and Bosma that AG Hill should resign & support an Inspector General investigation." [Governor Eric Holcomb, Twitter, 7/5/18]





Governor Eric Holcomb
@GovHolcomb

4 women had courage to report sexual harassment by the AG. Findings of a legislative report are disturbing & show a violation of our zero tolerance sexual harassment policy. I concur w/ Long and Bosma that AG Hill should resign & support an Inspector General investigation.

7:38 PM · Jul 5, 2018 · Twitter Web Client

[Governor Eric Holcomb, Twitter, 7/5/18]

**However, Spartz Chose To Remain Silent On The Issue And Did Not Author, Co-Author, Sponsor, Or Advise On A Bill That Aimed To Oust Curtis Hill As Attorney General**

**2020: Senate Bill 178 Aimed Amend Election Law To Oust Attorney General Curtis Hill After His Law License Was Suspended**

**2020: Senate Bill 178 Aimed Amend Election Law To Oust Attorney General Curtis Hill After His Law License Was Suspended.** "An elections bill that could have led to the removal of Indiana Attorney General Curtis Hill will not become law, leaving unanswered the question of whether a suspended attorney general can still hold office. The proposed legislation, Senate Bill 178, was amended in the House last week in response to an Indiana Supreme Court disciplinary case against Hill. The case alleges that Hill inappropriately touched four women, and a hearing officer has recommended that Hill's law license be suspended for two months. The Indiana Supreme Court will decide what happens to Hill. Lawmakers in both the House and Senate did not reach an agreement Wednesday on the bill's language before the legislative session ended." [Indianapolis Star, 3/12/20]

**Senate Bill 178 Stated That A Candidate For The Office Of The Attorney General May Not Have Been Disbarred In Indiana Or Suspended From Law For At Least 30 Days**

**Senate Bill 178 Stated That A Candidate For The Office Of The Attorney General May Not Have Been Disbarred In Indiana Or Suspended From Law For At Least 30 Days.** "Provides that a candidate for the office of attorney general may not have been disbarred in Indiana or suspended from the practice of law in Indiana for at least 30 days without automatic reinstatement at any time during the period of five years before taking office. Provides that if the individual who holds the office of attorney general is disbarred in Indiana or suspended from the practice of law in Indiana for at least 30 days, the individual forfeits the office and a vacancy in the office exists." [Indiana General Assembly, Senate Bill 178, accessed 6/29/20]

**Spartz Did Not Author, Co-Author, Sponsor, Or Advise On The Bill**

**Spartz Did Not Author, Co-Author, Sponsor, Or Advise On The Bill.** Spartz was not listed among the Senators and Representatives who authored, co-authored, advised or served as a conferee on the bill. [Indiana General Assembly, Senate Bill 178, accessed 6/29/20]

**However, Lawmakers Failed To Reach An Agreement On The Bill's Language Before The Legislative Session Ended**

**However, Lawmakers Failed To Reach An Agreement On The Bill's Language Before The Legislative Session Ended.** "Lawmakers in both the House and Senate did not reach an agreement Wednesday on the bill's



language before the legislative session ended. The amendment filed by House Rep. Timothy Wesco said that if the individual who holds the office of attorney general is disbarred in Indiana or suspended from the practice of law in Indiana for 30 or more days or at any time during the five years before taking office, the individual forfeits the office and a vacancy in the office exists. If the law had passed and Hill was suspended for 30 days or more, he would have had to forfeit the office and would also be disqualified from running for reelection." [Indianapolis Star, 3/12/20]

### In 2016, Spartz May Have Contributed $1,050 To Curtis Hill's Campaign

**2016: Spartz May Have Contributed $1,050 To Curtis Hill's Campaign.** According to the Indiana Campaign Finance database, someone with the name "Spartz" contributed $1,050 to Curtis Hill for Indiana. [Indiana Campaign Finance, accessed 7/13/20]

## Spartz Was Supposedly Reported To The FBI As A Suspicious Person After She Purchased Several AK-47s Online

### Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased Several AK-47s Online

**VIDEO: Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased Several AK-47s Online.** "I talked a little bit with some of the senators but I actually didn't tell you the story of how I was getting AK 47. Again that's a check. Oh no, we want to protect here and there. I decided my husband find a good deal for AK 47 and I bought a lot. I never thought about you know how much CPA my biography checks. Everyone gets it. I thought about it, right. So I find some guy No, it actually Fishers close to where I live. He's an email dealer and I'm like, Okay, I'm ready [inaudible] I was the president of republican women. So I just told him, I said I'm going to get gun transfer. I come to get the gun; he says, 'I'm not going to give you a gun.' He says 'you seem suspicious. I reported you to the FBI as a suspicious person.' But I was shocked, to tell you the truth. You know, I actually had to go my husband had to pull friends away because what do I do with the gun now. I thought I don't mind I cannot return it I got a good deal about that. Find another dealer. Well, if you say oh yeah, this guy right away and he had to transfer say, Oh no, she's fine, not worry about." [David Christmas for Evansville City Council, YouTube, 4/30/18]

#### Spartz Said That Women And Minorities Will Be Discriminated Against First If Guns Are Harder To Get

**VIDEO: Spartz Said That Women And Minorities Will Be Discriminated Against First If Guns Are Harder To Get.** "So when people say oh, you know The women and minorities, those people will be discriminated first, you know, because you're suspicious, you know, and you know, but I think that we have to be careful because, you know, I didn't realize that you all just you need to do just think that I was suspicious, I guess, you know, dangerous, you know. So, anyway, but I think that's, you know, that's something we have to be very careful with." [David Christmas for Evansville City Council, YouTube, 4/30/18]

## Spartz Was Backed By Right-Wing Dark Money Groups

### Spartz Was Backed By Club For Growth, A Right-Wing Group Primarily Funded By Wealthy Conservatives

#### Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents

**Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents.** "Spartz also benefited from nearly $500,000 spent by the Washington-based anti-tax Club for Growth on ads



highlighting past criticisms of President Donald Trump by other candidates in a race that largely turned into a contest of Trump loyalty." [Associated Press State & Local, 6/3/20]

### Spartz Said She Was Honored To Be Endorsed By Club For Growth

**Spartz Was Endorsed By The Conservative Group Club For Growth**. "Like other competitive GOP primaries, the 15-candidate field has jockeyed to embrace President Trump the tightest, with the Club for Growth, which has endorsed state Sen. Victoria Spartz (R), running two attack ads costing more than $400,000 bashing former Marion County Prosecutor Carl Brizzi (R) and nurse Beth Henderson (R) for criticizing Trump." [Hotline, 5/27/20]

**Spartz Said She Was Honored To Be Endorsed By Club For Growth.** "I am very honored to get the endorsement of the Club for Growth, one of the leading free-enterprise organizations in the nation, today. As a finance professional and business owner in the 5th District, I understand the importance of strong pro-growth and pro-market economic policies to benefit and create prosperity for all citizens in the 5th district, unleash the human ingenuity, and empower individuals to pursue their happiness in whichever way they choose. Our nation is going through some challenging times – not the first time and not the last time, but we will overcome these challenges and will come out stronger in the end!" [Victoria Spartz, Facebook, 3/31/20]

### Club For Growth PAC Contributed $38,302 To Spartz's Congressional Campaign

**Club For Growth PAC Contributed 34 Times To Spartz's Congressional Campaign—Totaling $38,302.** Between April and May 2020, Club for Growth PAC contributed to Spartz's congressional campaign 34 times. The PAC contributed a total of $38,302. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

### Club For Growth Was An Influential Right-Wing Group Funded By Extremely Wealthy Conservatives

**Club For Growth Was An Influential Right-Wing Group Funded By Extremely Wealthy Conservatives.** "Club for Growth is a right-wing political group established in 1999 by Stephen Moore that endorses and raises money for candidates. According to a February 22, 2011 article by John Nichols in The Nation, the Washington D.C. based Club for Growth is 'an organization funded by extremely wealthy conservatives to carry out their budget-stripping goals,' and that 'has been a key player in Republican Governor Scott Walker's move to take out the state's organized workers.' Nichols writes that the Club for Growth is part of a 'national strategy' to get 'newly elected Republican governors' to destroy labor and unions. R.J. Johnson, who served as a political strategist for Walker's campaign, is a key adviser to the Club for Growth. Johnson has refused to disclose where the Club for Growth gets its funding. The Minneapolis-St. Paul Star Tribune in a February 26, 2011 editorial described the Club for Growth as an 'ultra-rich special interest itself.' As of March 15, 2020, OpenSecrets estimates that Club for Growth has spent $33.6 million influencing federal elections. [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## Spartz Was Backed By Americans For Prosperity, A Koch-Funded Right-Wing Group

### Spartz Was Endorsed By Americans For Prosperity

**Spartz Was Endorsed By Americans For Prosperity.** "Americans for Prosperity Action (AFP Action) today announced its support for State Senator Victoria Spartz's election to Indiana's 5th Congressional District. Spartz earned AFP Action's support for her work in the Indiana Senate to expand access to quality, affordable health care, putting more money in Hoosier families' pockets, and backing pro-growth reforms that help small business recover and thrive following the economic crisis caused by COVID-19 and business shutdowns. The grassroots-focused group will use its signature grassroots and a range of other tactics to build support for Victoria Spartz and help her get elected to Congress." [Americans for Prosperity Action, 6/17/20]


**Americans For Prosperity Was A Right-Wing Group Funded By The Koch Brothers That Focused On Anti-Union Policies**

**Americans For Prosperity Was A Right-Wing Group Founded By The Koch Brothers.** "Americans for Prosperity is a right-wing political advocacy group founded by billionaire brothers David and Charles Koch, the owners of Koch Industries. AFP serves as the Kochs' 'grassroots' operation, also known as astroturf. AFP spends millions on TV ads in election cycles. In the 2012 election cycle, it was a key component of the Kochs' $400 million political network, receiving large portions of its money from Koch-linked dark money groups like Freedom Partners, American Encore, and Donors Trust. AFP's budget, which comes from the Koch family foundations and other unknown sources, surged from $7 million in 2007 to $40 million in 2010 and then peaked $115 million in 2012. In 2018, the most recently available report, AFP's budget was $96.5 million. According to the Center for Public Integrity, Americans for Prosperity 'spent a staggering $122 million (in 2012) as it unsuccessfully attempted to defeat President Barack Obama and congressional Democrats,' including $83 million on 'communications, ads, and media.'" [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**Americans For Prosperity Was "Laser Focused" On Union Busting Techniques.** "'In recent years, AFP has quietly pushed behind the scenes for many of the most important conservative victories across the nation, including the anti-union bills that passed in former union strongholds such as Wisconsin, Michigan, and Ohio.' At the heart of their strategy is a 'laser-like focus' on anti-union legislation. The motivations are manifold and long-term. Not only do unions limit the power of businesses to set wages but also, more strategically, the AFP sees them as being integral to the success of progressive candidates and causes." [Newsweek, 9/26/18]

**Spartz Attended A FreedomWorks Event, A Conservative Think Tank**

**Spartz Attended A FreedomWorks Event In Washington, DC**

**Spartz Attended A FreedomWorks Event In Washington, DC.** "Great seeing some strong freedom loving women and good friends at the FreedomWorks event in DC! It's been a pleasure working with a lot of them on some important policies to improve health care choices and transparency for patients! We are making our first steps this session, but there is a lot of work ahead of us!" [Victoria Spartz, Facebook, 3/7/20]



[Victoria Spartz, Facebook, 3/7/20]

**FreedomWorks Was A Conservative Think Tank That Was Influential Within The Tea Party Movement And A Member Of The State Policy Network**


**FreedomWorks Was A Conservative Think Tank That Was An Instrumental Force Within The Tea Party Movement.** "The nonprofit FreedomWorks is 'one of the main political outfits of the conservative movement and an instrumental force within the tea party,' according to Mother Jones. While FreedomWorks describes itself as 'a grassroots service center', political scientist Theda Skocpol has described the group as one of the 'big-money funders and free-market advocacy organizations' that 'leapt on the bandwagon' of protests in 2009 to advance their existing political agendas. FreedomWorks, registered as 501(c)4, has a sister organization registered as a 501(c)3, FreedomWorks Foundation." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**FreedomWorks Was A Member Of The State Policy Network.** "FreedomWorks is an 'associate member' of the State Policy Network, web of right-wing 'think tanks' and tax-exempt organizations in 50 states, Washington, D.C., Canada, and the United Kingdom." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## Spartz Was A Member Of The American Legislative Exchange Council (ALEC), A Controversial Group That Linked State Legislators And Corporations To Create Model Legislation

### 2020: Spartz Said She Was "Honored To Participate" In A Special Conversation VP Pence And "Fellow ALEC Legislators"

**2020: Spartz Said She Was "Honored To Participate" In A Special Conversation With VP Pence And "Fellow ALEC Legislators".** "I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😊). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force: - 4.7M tests have been administered, while one month ago there were 80,000 tests administered;- Every American who has needed a ventilator has received a ventilator; - Supplies are being directed to the states that need it when they need it; - Reopening the economy will be done in three phases – one safe step at a time; - State governments will determine when and how to reopen state economies. Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today." [Victoria Spartz, Facebook, 4/22/20]

[Victoria Spartz, Facebook, 4/22/20]

### Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills"

**Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills."** "To itself, ALEC is an organization dedicated to the advancement of free market and limited government principles through a unique 'public-private partnership' between state legislators and the corporate sector. To its critics, it's a shadowy back-room arrangement where corporations pay good money to get friendly legislators to introduce pre-packaged bills in state houses across the country. Started in the mid-1970s, ALEC's existence has been long known but its practices, largely, have not; the group hasn't been eager to tie its bills in Wisconsin to those in Ohio to those in North Carolina." [Atlantic, 4/12/12]



**ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation**

**ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation.** "LEC members, including state legislators and corporate representatives, meet in task forces on specific issue areas (i.e., environment and energy, worker's rights, etc.) and collaborate to write model legislation. Once the task force completes a model bill it is approved by the ALEC membership and governing board. Once bills clear those hurdles, they become official ALEC "model policies," which are disseminated to state legislators." [Brookings Institute, 12/6/13]

**ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform**

**ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform.** "ALEC's agenda extends into almost all areas of law. Its bills undermine environmental regulations and deny climate change; support school privatization; undercut health care reform; defund unions and limit their political influence; restrain legislatures' abilities to raise revenue through taxes; mandate strict election laws that disenfranchise voters; increase incarceration to benefit the private prison industry, among many other issues." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**ALEC Was An Associate Member Of The State Policy Network—A Web Right-Wing Think Tanks**

**ALEC Was An Associate Member Of The State Policy Network—A Web Of Koch Funded Right-Wing Think Tanks.** "ALEC is an 'associate' member of the State Policy Network, a web of right-wing 'think tanks' in every state across the country." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**Spartz Said That Corruption Did Not Exist At The Federal Or National Level In The United States**

**Spartz Said That Corruption Did Not Exist At The Federal Or National Level In The United States.** "Do you think that the government's efforts will be enough to eliminate corruption in the public sector, or not solve the situation without the active participation of the public?- Government reforms alone will not solve the problem. Ukrainian society, partners, NGOs and, of course, the media must work together. There is much less corruption in the United States ... There is no corruption at all at the federal or national level. This is facilitated by the fact that we have two key parties - the Democrats and the Republicans - and they are closely watching each other, trying to catch corruption. In America, there is the concept of 'check and balances' - competition and mutual restraint between different branches of government. No branch of government has, so to speak, full power, one constantly checking the other. This system of checks and balances, on the one hand, promotes cooperation and mutual adjustment of the authorities, and on the other - creates the potential for conflicts, which are often resolved through negotiations, agreements and compromises." [Zemlyaivolya.net, accessed 6/25/20]

# Spartz Had A Record Of Looking Out For Herself, Not Hoosiers

***Significant Findings***

- ✓ *Spartz authored legislation that benefitted her and her family's interests—she wrote a bill that removed state oversight of certain wetlands, but she failed to disclose a blatant conflict of interest*
  - ✓ *The bill removed state oversight of wetlands near regulated drains and was opposed by IDEM and environmental advocacy groups*
  - ✓ *However, Spartz failed to disclose that, in the past, her family planned a multimillion dollar development project that IDEM halted after the Spartz family destroyed wetlands near a regulated drain without a permit*
  - ✓ *Spartz denied that the bill was linked to her family's history*
- ✓ *Spartz authored a bill that enhanced property rights in eminent domain cases—an issue that affected land owned by her family*
  - ✓ *The bill enhanced property rights in eminent domain procedures and required a ¾ vote from a municipality body in order for property to be condemned for economic development purposes*
  - ✓ *Tax increment financing (TIF) deemed land could be acquired by municipalities for economic development purposes and when establishing TIF areas, a committee must list the owners of the parcels to be acquired during redevelopment*
  - ✓ *Land parcels owned by Spartz and her family were listed in a redevelopment report as TIF areas—meaning the land might be acquired by the local government for economic redevelopment*
- ✓ *Spartz authored legislation that deregulated schools, which, among other things, removed training requirements related to bullying and child abuse prevention*
  - ✓ *However, Spartz's brother-in-law served as the treasurer and a school board member for a private Christian school in Noblesville, IN*
  - ✓ *Notably, the school mandated children to dress according to their "biological sex" and may have violated state law when they offered financial incentives for students to enroll—despite the fact that the school received public funding through vouchers*
- ✓ *Spartz claimed that she was an independent legislator who stood up to both parties, but her record suggests that she really stood up for her own interests*
  - ✓ *On multiple occasions, when Spartz voted against the majority, she voted for bills that benefitted her interests as a farmer, a wealthy land owner, and her family's manufactured home community*
- ✓ *Throughout her career as a politician, Spartz self-funded the majority of her campaigns*
  - ✓ *Spartz contributed more than $1.2 million to her campaigns-- more than $900,000 to her congressional campaign and $340,000 to her state campaigns*
  - ✓ *However, Spartz never ran a full state level campaign—she was appointed to her seat in 2017 and suspended her state senate re-election campaign in January 2020*



## Spartz Authored Legislation That Personally Benefitted Her And Her Family

### Spartz Wrote A Bill That Removed State Oversight Of Certain Wetlands—But She Failed To Disclose A Blatant Conflict Of Interest

#### Spartz Wrote A Bill That Removed State Oversight Of Wetlands Near Regulated Drains

**Spartz Wrote A Bill That Removed State Oversight Of Wetlands Near Regulated Drains.** "Sen. Victoria Spartz, R-Noblesville, wrote Senate Bill 229, which removes state oversight of certain wetlands near what are called regulated drains, which are thousands of miles of man-made ditches, streams, sewers and drainage pipes constructed throughout Indiana in the past century to alleviate flooding. Hamilton County Surveyor Kent Ward says he brought the idea to Spartz, who is his local senator. He thinks the state overreached when it made the county pay more than $140,000 in taxpayer money to restore a wetlands the county cut down while repairing such a drainage system." [Star Press, 2/18/20]

#### However, Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands Without A Permit

**Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands In 2007.** "Spartz has her own complicated history with IDEM's regulation of wetlands, one she did not disclose as the bill has moved through the legislature. In 2007, her family planned a multimillion dollar project to develop a Super Target in Noblesville. IDEM halted the project after the family bulldozed and filled in wetlands near a county-regulated drain on the property, because they had failed to obtain state and federal permissions." [Star Press, 2/18/20]

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville To Lure A Super Target.** "In December 2004, Victoria Spartz's father-in-law, Charles Spartz, doing business as Hometown Development LLC, took out a $1.75 million loan to buy 60 acres at Ind. 37 and Ind. 32/38 in Noblesville. The family had an ambitious plan to lure a Super Target to the prominent intersection, but to do so they'd need to fortify a corner thick with wetlands." [Star Press, 2/18/20]

**2004 – 2006: The Spartz Family Removed Wetlands Without A Permit.** "Over the next two years, the Spartzes filled in wetlands, knocked down woods and planned to fill in two spurs to a regulated drain, a man-made stream that runs through the property. After an anonymous tip, IDEM intervened in January 2007 and informed the family they had needed a permit to remove the wetlands. IDEM also told the family to contact the Indiana Department of Natural Resources and the Army Corps of Engineers, because that particular site was in a federal floodplain." [Star Press, 2/18/20]

**2007: The Spartz Family Planted New Wetlands And IDEM Issued The Family A Permit.** "The Noblesville City Council then agreed in March 2008 to issue bonds not to exceed $6.9 million to pay upfront costs for infrastructure construction with roads, sewers and water and soil management for the Super Target." [Star Press, 2/18/20]

#### 2007: IDEM Issued The Spartz Family A Water Quality Certification To Continue Their Project After They Made An Effort To Fix The Damage They Caused

**October 2007: IDEM Reviewed The Spartz Family's After-The-Fact Application That Outlined The Damage To Wetlands They Caused Without Authorization—Outlining 4.16 Acres Of Wetland Damage.** "Office of Water Quality staff has reviewed your After-the-Fact application for Section 401 Water Quality Certification dated June 6, 2007, and received June 8, 2007. This office has also reviewed a revised mitigation plan, figures, and appendices dated and received September 27, 2007. Additionally, IDEM has reviewed modified mitigation figures dated and received October 10, 2007. According to the application, you filled 1.65 acres of 1.79 acre emergent



Wetland A in 2006 without IDEM 1 authorization. You propose to fill the remaining 0.14 acre portion of emergent Wetland A on the site. Additionally, the application states that you filled 2.51 acres of 2.65 acre emergent/forested Wetland Bin 2006 without IDEM authorization. Approximately 1.29 acres of Wetland B was forested and approximately 1.36 acres of Wetland B was emergent. You propose to fill the remaining 0.14 acre portion of Wetland B remaining onsite. Wetland impacts will total 4.16 acres (3 .15 acres emergent wetland and 1.29 acres forested wetland)." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**Notably, The Spartz Family Caused Damage To Wetlands That Were Near Drainage Features**

**Additionally, The Spartz Family Caused Damage To Streams And Drainage Features In The Area.** "In addition to wetland impacts, you have filled 233' (0.02 acre) of an unnamed tributary to Stony Creek; this stream is referred to as Drainage Feature I (DF 1) in the application. This stream was impacted in 2006. You also propose to fill a second unnamed tributary to Stony Creek known locally as the Elwood Wilson Library Arm; this stream is 638' long (0.05 acre) and is referred to as Drainage Feature 2 (DF 2) in the application. Finally, you propose to relocate 1,750' (0.18 acre) of the main unnamed tributary to Stony Creek known locally as the Elwood Wilson Legal Drain; the stream is proposed to be piped in a 24" pipe to be buried approximately 50' west of the existing stream location. A dry swale is proposed to be constructed on top of the pipe to handle high flows." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**Spartz Denied That The Bill Was Linked To Her Family's Development Plans**

**Spartz Denied That The Bill Was Linked To Her Family's Development Plans.** "Spartz denied that situation had anything to do with her decision to file the bill. She said she was not directly involved with that project and hadn't realized IDEM was involved. She said her motivation is to eliminate an unnecessary regulation that burdens county surveyors, who she thinks are better positioned to make local decisions, and costs taxpayers money. 'You can question my policy positions, but a political attack on my integrity is completely unjustified'" she said. 'I actually had no idea what code section they were even dealing with 13 years ago and was not involved in that process. Actually, by my understanding, they were dealing with federal permitting anyway.'" [Star Press, 2/18/20]

**The Bill Was Opposed By The Indiana Department Of Management And The Hoosier Environmental Council**

**The Bill Was Opposed By The Indiana Department Of Management And The Hoosier Environmental Council.** "Both IDEM and the Hoosier Environmental Council opposed the legislation, saying it deregulates wetlands in a way that could have significant ramifications on water control and quality beyond this one dispute, but the Senate passed the bill 32-18. The House will consider it next." [Star Press, 2/18/20]

**The Bill Was Also Opposed By The Indiana Wildlife Association And The Sierra Club Of Indiana.** "The bill would remove state oversight of such wetlands near what are called regulated drains, which are thousands of miles of man-made ditches, streams, sewers and drainage pipes constructed throughout Indiana in the past century to alleviate flooding. IDEM and several environmental groups, including the Hoosier Environmental Council, the Indiana Wildlife Association and the Sierra Club of Indiana, opposed the bill. They say the bill reaches too far to correct one dispute." [Indianapolis Star, 2/27/20]

**Environmental Groups Worried The Bill Would Lead To More Flooding, Less Clean Water, And Loss Of Wildlife**

**Environmental Groups Worried The Bill Would Lead To More Flooding, Less Clean Water, And Loss Of Wildlife.** "Lawmakers on Wednesday narrowed the scope of a bill that would remove state regulation of certain wetlands before advancing the measure forward in the Indiana House, but environmental advocates still worry the legislation would lead to more flooding, less clean water and the loss of wildlife […] They say the bill would allow surveyors too much authority to widen, deepen or move regulated drains without state oversight, potentially creating situations that could lead to more flooding, loss of wetlands and wildlife. They worry the bill would



remove state experts from monitoring certain wetlands while allowing each county to regulate drains differently, creating a patchwork of rules across Indiana." [Indianapolis Star, 2/27/20]

**Spartz Was Surprised So Many Environmental Advocates Opposed The Bill Because She Felt Merely Resolved Disputes Between Agencies.** "Spartz indicated that she was surprised to hear so many environmental advocates felt the bill would affect water quality and flooding because she thinks the bill merely resolves a dispute between agencies. She said taxpayers ultimately are on the hook should IDEM makes counties restore wetlands. 'I really think in the state of Indiana,' she said, 'if we need to have more wetlands, maybe we should look at a policy of how we should incentive.' She also criticized IDEM. 'I think IDEM should do a better job of looking at water quality,' she said." [Indianapolis Star, 2/27/20]

**The Bill Did Not Provide Clarity On Who Had The Power To Clear Wetlands**

**The Bill Did Not Provide Clarity On Who Had The Power To Clear Wetlands.** "The bill seeks to allow county surveyors to clear certain wetlands when making repairs to regulated drains without requesting permission from the Indiana Department of Environmental Management. Environmental advocates and the state's environmental management department contend that the move would ultimately cause more flooding, less clean water and the loss of wildlife. Both have suggested that the county surveyors need to ask the Army Corp of Engineers whether wetlands are under local or federal authority before starting any work to knock out wetlands. However, surveyors argue they can act unilaterally to clear wetlands if they feel there is no federal jurisdiction. The bill does not provide guidance on how to resolve this issue." [AP State and Local, 3/13/20]

**Spartz Said That The Bill Did Not Deal With Developers, But Dealt With Surveyors And Redundancy**

**VIDEO: Spartz Said That The Bill Did Not Deal With Developers, But Dealt With Surveyors And Redundancy.** "[2:37] That bill doesn't deal with as the developers, let's be very clear, the bill deals with the surveyors elected official in IDM. So it's a bill between two agencies, how much redundancy in permitting we're going to do and whether jurisdiction so no developer private property owner has no jurisdiction. You've already given this rights to the government. No private land only has jurisdiction in regulated drains." [FOX59 News, YouTube, 3/9/20]

**Spartz Said That Not Just "Landowners And Farmers, But All Taxpayers" Would Benefit From Her Bill.** "'There are still plenty of state and federal regulations on the books dealing with wetlands, but even the federal government under the Clean Water Act exempts maintenance of drainage ditches from permitting. The misapplication of the statutes by the IDEM is costing thousands of dollars to local communities, like Hamilton County, which is an unnecessary and burdensome power grab by the state agency,' Spartz said. 'This bill benefits not just local government, landowners and farmers, but all taxpayers, since all bureaucracy costs are ultimately passed on to all taxpayers.'" [State Senator Victoria Spartz, News Release, 1/27/20]

**Spartz Said The Bill Gave Local Communities Greater Flexibility And Deregulated "Burdensome Regulations."** "Earlier this week my bill on maintenance of regulated drains successfully passed out of the Senate Environmental Committee. This legislation gives local communities greater flexibility and deregulates burdensome regulations that often cost local governments, businesses, farmers and land owners hundreds of thousands of dollars. Thanks to Hamilton County Surveyor Kent Ward, Association of Indiana Counties, Indiana Farm Bureau and Indiana Builders Association for their support on this important legislation! This bills went through the second reading today and will go for a final vote next week." [Victoria Spartz, Facebook, 1/16/20]




DCCC

Victoria Spartz
January 16

Earlier this week my bill on maintenance of regulated drains successfully passed out of the Senate Environmental Committee. This legislation gives local communities greater flexibility and deregulates burdensome regulations that often cost local governments, businesses, farmers and land owners hundreds of thousands of dollars. Thanks to Hamiltion County Surveyor Kent Ward, Association of Indiana Counties, Indiana Farm Bureau and Indiana Builders Association for their support on this important legislation! This bills went through the second reading today and will go for a final vote next week.

[Victoria Spartz, Facebook, 1/16/20]

**Spartz: "But You Gets Lots Of Fake News And Propaganda And Unfortunately Your Family Gets Criticized"**

**VIDE: Spartz: "But You Gets Lots Of Fake News And Propaganda And Unfortunately Your Family Gets Criticized."** "[3:03] But they never meant to be lawmakers and policymakers. So we need to clarify the law. But you get lots of fake news and propaganda. And unfortunately, your family gets on criticize, and you have a lot of lies. And I'll be honest with you, the things that were written about my father in law was a pure lie, and I don't appreciate it, but you know, thats just politics. So you just have to have a tough skin. And unfortunate that comes with it. I don't like it, but it shouldn't make you upset. I guess you just have to win and go further." [State Senator Victoria Spartz, News Release, 1/27/20]

## Spartz Authored A Bill That Enhanced Property Rights In Eminent Domain Situations—An Issue Her Family Has Dealt With In The Past

**2020: Spartz Authored Bill No 340 Which Enhanced Property Rights In Eminent Domain Procedures**

**2020: Spartz Authored Bill No 340 Which Enhanced Property Rights In Eminent Domain Procedures.** "**Sta**te Sen. Victoria Spartz (R-Noblesville) authored Senate Bill 340, which would ensure that Hoosier property owners are afforded due process and given ample opportunities to object in cases where authorities attempt to condemn private property. 'Owning private property is the foundation of freedom itself,' Senator Spartz said. 'We must protect that freedom from all powers – especially any government attempt to seize a citizen's property. It is incumbent upon us to provide due process and ensure transparency and ample time for a property owner to make a case. SB 340 does just that.'" [State Senator Victoria Spartz, News Release, 2/11/20]

**The Bill Required More Transparent And Easier To Understand Notices Of Eminent Domain**

**The Bill Required More Transparent And Easier To Understand Notices Of Eminent Domain.** "SB 340 would require more transparent and easier to understand notice of eminent domain to property owners. Most property owners are probably not aware that they only have 30 days to object to the validity of eminent domain procedures. After 30 days, property owners can only challenge the payment amount. Also, this bill provides that if an eminent domain objection is approved by the court, the owner can recover attorney's fees. This bill also adds a requirement to mail notice to an owner who is not a resident of a municipality instead of just publishing a notice in a local newspaper. Additionally, it would also afford longer appeal timeframes for property owners (30 days instead of 10 days) and allow property owners to appeal a decision of the court." [State Senator Victoria Spartz, News Release, 2/11/20]

**The Bill Amended Current Law And Required A ¾ Affirmative Vote From The Municipality Body To Allow A Municipality To Condemn Property For Economic Development**

**The Bill Amended Current Law And Required A ¾ Affirmative Vote From The Municipality Body To Allow A Municipality To Condemn Property For Economic Development.** "Revises the statute allowing a



municipality to condemn property for economic development to require a 3/4 affirmative vote of the municipality's legislative body to exercise the power of eminent domain. (Current law requires a 2/3 affirmative vote of the municipality's legislative body.) Allows a property owner to challenge a condemnation for economic development purposes by providing clear and convincing evidence that the owner's parcel is not necessary for the project." [Indiana General Assembly, S.B. 340, 3/18/20]

**TIF Land Could Be Acquired By Municipalities For Public Uses And Economic Development**

**According To Indiana Redevelopment Law, Private Property May Be Acquired In TIF Areas.** "IC 36-7-14 is primary statute governing TIF in Indiana; Section 2 specifies that redevelopment is for 'public uses and purposes.' IC 36-7-14-2 Declaration of public purpose; opportunities for redevelopment by private enterprise Sec. 2. (a) The clearance, replanning, and redevelopment of areas needing redevelopment under this chapter are public uses and purposes for which public money may be spent and private property may be acquired. • (b) Each unit shall, to the extent feasible under this chapter and consistent with the needs of the unit as a whole, afford a maximum opportunity for rehabilitation or redevelopment of areas by private enterprise." [Indiana Department of Local Government Finance, TIF, January 2019]

**In Establishing TIF Districts, A Committee Must List The Owners Of The Parcels To Be Acquired During Redevelopment**

**In Establishing TIF Districts, A Committee Must List The Owners Of The Parcels To Be Acquired During Redevelopment.** "After the redevelopment commission makes the previously mentioned findings, the commission has the following Plan prepared: • Maps and plats showing: • Boundaries of areas affected by establishment of project area; • Location of various parcels of the area, streets, alleys and other areas affecting the redevelopment. • Parts of area devoted to public ways, levees, sewerage, parks, and other public purposes; • Lists of owners of various parcels to be acquired or affected by the redevelopment; • Estimate of costs of the redevelopment plan." [Indiana Department of Local Government Finance, TIF, January 2019]

**Land Owned By The Spartz Family Was Listed In A Report On TIF Districts In Areas That Were To Be Redeveloped**

**2020: The Noblesville Redevelopment Commission Outlined Five Parcels Owned By Spartz And Her Husband As A TIF Area.** "RE: Noblesville Redevelopment Commission Report on Activities from 2019 Enclosed to this letter is a report of the Redevelopment Commission's prior year activities, as prepared to comply with the enacted requirements of Indiana Code § 36-7-14-13. This information is enclosed in the form of the following four appendixes: Appendix A Redevelopment Commission Detail Appendix B Summary of Revenues, Expenditures and Cash Balances for 2019 Appendix C Information on Outstanding TIF Debt Appendix D Parcel Listings for All TIF Areas." [City of Noblesville, Common Council Agenda Item, 4/28/20]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased The Property At 0 Cumberland Rd, Noblesville, IN For $1.5 Million.** On April 27, 2016 Entrust Group Inc FBO Jason Spartz Roth IRA purchased land at 0 Cumberland Rd, Noblesville, IN from SA Group Properties for $1,500,000. [Hamilton County Property Reports and Payments, Parcel 29-11-07-000-037.001-013, accessed 6/26/20]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 0.06 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 0.06 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 0.02 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 0.02 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]



**2016: Entrust Group Inc FBO Jason Spartz Roth IRA Purchased The Property At 15671 North Pointe Blvd, Noblesville, IN For $1.5 Million.** On April 27, 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased the property at 15671 North Pointe Blvd, Noblesville, IN from SA Group Properties for $1,500,000. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-038.001, 4/27/16]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 15.9 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 15.91 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]

**2019: The Noblesville Redevelopment Commission Outlined Five Parcels Owned By Spartz And Her Husband As A TIF Area.** [City of Noblesville, Common Council Agenda Item, 4/9/19]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased The Property At 0 Cumberland Rd, Noblesville, IN For $1.5 Million.** On April 27, 2016 Entrust Group Inc FBO Jason Spartz Roth IRA purchased land at 0 Cumberland Rd, Noblesville, IN from SA Group Properties for $1,500,000. [Hamilton County Property Reports and Payments, Parcel 29-11-07-000-037.001-013, accessed 6/26/20]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 0.06 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 0.06 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 0.02 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 0.02 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]

**2016: Entrust Group Inc FBO Jason Spartz Roth IRA Purchased The Property At 15671 North Pointe Blvd, Noblesville, IN For $1.5 Million.** On April 27, 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased the property at 15671 North Pointe Blvd, Noblesville, IN from SA Group Properties for $1,500,000. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-038.001, 4/27/16]

**2016: The Entrust Group Inc FBO Jason Spartz IRA Purchased 15.9 Acres Of Land At 0 Cumberland Rd, Noblesville, IN.** On April 27 , 2016, Entrust Group Inc FBO Jason Spartz Roth IRA purchased 15.91 acres of land at 0 Cumberland Rd, Noblesville, IN, from SA Group Properties. [Hamilton County Property Reports and Payments, Parcel 10-11-07-00-00-037.003, accessed 6/26/20]

**2020: The Noblesville Redevelopment Commission Outlined Two Parcels Owned By Charles And Gerlinde Spartz As A TIF Area.** [City of Noblesville, Common Council Agenda Item, 4/28/20]

**Charles And Gerlinde Spartz Owned The 17.9 Acres Of Land At 0 Westridge South Dr, Noblesville, IN.** Charles and Gerlinde Spartz owned the property at 0 West Ridge, Noblesville, IN, 46062. The property was 17.93 acres of agricultural land. [Hamilton County Property Reports and Payments, Parcel 29-10-02-000-018.000-013, accessed 7/14/20]

**Charles And Gerlinde Spartz Owned 16.25 Acres Of Land At 0 Westfield Rd, Noblesville, IN.** Charles and Gerlinde Spartz owned the property at 0 Westfield Rd, Noblesville, IN 46062. The property was 16.25 acres. [Hamilton County Property Reports and Payments, Parcel 29-06-36-000-017.013, accessed 7/14/20]

**2019: The Noblesville Redevelopment Commission Outlined Two Parcels Owned By Charles And Gerlinde Spartz As A TIF Area.** [City of Noblesville, Common Council Agenda Item, 4/9/19]



**Charles And Gerlinde Spartz Owned The 17.9 Acres Of Land At 0 Westridge South Dr, Noblesville, IN.** Charles and Gerlinde Spartz owned the property at 0 West Ridge, Noblesville, IN, 46062. The property was 17.93 acres of agricultural land. [Hamilton County Property Reports and Payments, Parcel 29-10-02-000-018.000-013, accessed 7/14/20]

**Charles And Gerlinde Spartz Owned 16.25 Acres Of Land At 0 Westfield Rd, Noblesville, IN.** Charles and Gerlinde Spartz owned the property at 0 Westfield Rd, Noblesville, IN 46062. The property was 16.25 acres. [Hamilton County Property Reports and Payments, Parcel 29-06-36-000-017.013, accessed 7/14/20]

## Spartz Authored Bills That Deregulated School Corporations, While Her Brother-In-Law Served On The School Board And Was The Treasurer Of A Private Christian School

### Spartz Authored Bills That Deregulated Schools

**2020: Spartz Authored Senate Bill 261 That Deregulated Schools.** [Indiana General Assembly, S.B. 261, 1/9/20]

**2019: Spartz Authored Senate Bill 508 That Repealed And Relocated School Training Provisions.** [Indiana General Assembly, SB 508, 1/14/19]

### 2020: The Bill Removed School Requirement Trainings Against Things Like Bullying And Child Abuse

**2020: The Bill Removed School Requirement Trainings Against Things Like Bullying And Child Abuse.** "Makes changes to training requirements established by the restraint and seclusion commission (commission). Provides that, after June 30, 2020, the commission may not require recurrent training but may recommend optional recurrent training, which must take into consideration school resources and the time commitments of school employees. Provides that a school corporation may provide training to the school corporation's employees and volunteers concerning the school's bullying prevention and reporting policy. (Current law provides that a school corporation shall provide training to the school corporation's employees and volunteers concerning the school's bullying prevention and reporting policy.) Provides that a school corporation may establish educational programs to address criminal organization activity. (Current law requires a school corporation to establish educational programs to address criminal organization activity.) Provides that each school corporation, charter school, and accredited nonpublic school may require each school employee to attend or participate in training on child abuse and neglect. (Current law provides that each school corporation, charter school, and accredited nonpublic school shall require school employees to attend or participate in training on child abuse and neglect.) Provides that a school corporation, charter school, and accredited nonpublic school may require training regarding suicide awareness. (Current law requires a school corporation, charter school, and accredited nonpublic school to provide training pertaining to suicide awareness.) Provides that a school corporation and accredited nonpublic school may require training concerning human trafficking. (Current law requires a school corporation and accredited nonpublic school to provide such training.) Provides that a school corporation and charter school may require training concerning seizures. (Current law requires a school corporation and charter school to provide such training.) Makes technical corrections." [Indiana General Assembly, S.B. 261, 1/9/20]

### 2019: The Bill Repealed And Relocated School Training Provisions About Bullying And Child Abuse Prevention

**2019: The Bill Repealed And Relocated School Training Provisions About Bullying And Child Abuse Prevention.** "Repeals and relocates school training provisions concerning the following: (1) Training concerning bullying prevention and reporting. (2) Training in the implementation of the criminal organization policy or addressing criminal activity at a school. (3) Training on child abuse and neglect. (4) Research based inservice youth suicide awareness and prevention training. (5) Inservice training pertaining to the identification and reporting of human trafficking. Provides that each school corporation and charter school shall require: (1) an applicant for


employment who will have direct, ongoing contact with children within the scope of the applicant's employment to attend the training before or not later than 30 days after the start date of the applicant's employment; and (2) a school employee who has direct, ongoing contact with children within the scope of the employee's employment to attend the training once every five years. Provides for all the training: (1) the format options for the training; (2) that the training required must be during the school employee's contracted day or at a time chosen by the employee; and (3) that the training shall count toward the requirements for professional development required by the governing body of the school corporation or organizer of a charter school. Removes provisions that require certain accredited nonpublic school employees to attend training on child abuse and neglect, youth suicide awareness, and human trafficking. Removes a provision providing that a school corporation may leverage state and federal grants or free or reduced cost evidence based youth suicide awareness and prevention training provided by any state agency or qualified statewide or local organization to cover the costs of the youth suicide awareness and prevention training. Removes a provision that provides that the department of education may not issue an initial teaching license at any grade level to an applicant for an initial teaching license unless the applicant shows evidence that the applicant has successfully completed education and training on the prevention of child suicide and the recognition of signs that a student may be considering suicide. Provides that a school safety plan must, for school corporations and charter schools, include information regarding the content and implementation of the training requirements." [Indiana General Assembly, SB 508, 1/14/19]

**Dan Spartz Served On The School Board And Was The Treasurer For Legacy Christian School**

**2020: Dan Spartz Was On The School Board For Legacy Christian School.** [Legacy Christian School, Current Board Members, accessed 7/13/20]

**2005: Daniel Spartz Was Listed As The Treasurer For Legacy Christian School.** On July 27, 2005, Legacy Christian School was incorporated in Noblesville, Indiana and Daniel Spartz was listed as the treasurer. [Indiana Business Search, Business ID 2005072800537, accessed 7/13/20]

**Legacy Christian School Was A Private Christian School In Noblesville, IN**

**Legacy Christian School Was A Private Christian School In Noblesville, IN.** "The mission of Legacy Christian School is to provide an excellent education in a Christian environment that engages and challenges students in the classroom and beyond. The vision of Legacy Christian School is to be a leader in Christian education where students are academically and spiritually prepared to become our next generation of leaders, shining the light of Christ in the world. An inheritance handed down from one generation to the next. The need to hand down an excellent education to the next generation has never been greater in America. Scholarship, character and leadership must be nurtured among students today in order to pave the way for a successful future. Grounding students in a Christian worldview prepares them to become future godly leaders in our cities, our nation and our world; in business, in politics and in homes across America. The integration of faith and academics enables students to become a continual source of positive influence for Jesus Christ as they mature toward adulthood." [Legacy Christian School, accessed 7/14/20]

**Legacy Christian School's Beliefs Were Centered Around Jesus And God.** "We believe… that Jesus Christ is the one and only Son of God who died for our sins and arose from the dead. (1 Corinthians 15:1-8) that the Bible is the inspired word of God – a lamp unto our feet and a light unto our path. (2 Timothy 3:16); that every person has worth as a creation of God, but that all have sinned and fall short of the glory of God. (Romans 3:23); that forgiveness of sins and the promise of eternal life are available for those who trust Christ as Savior and Lord. (John 3:16); that those accepting Christ should repent of sin, confess their faith, and be baptized into Him. (Romans 10:9; Acts 2:38); that the church is the body of Christ on earth, empowered by the Holy Spirit, and exists to save the lost and edify the saved. (Ephesians 4:1-16); that Jesus Christ will one day return to earth and reign forever as King of Kings and Lord of Lords. (1 Thessalonians 4:13-18)." [Legacy Christian School, accessed 7/14/20]



**Legacy Christian School Listed Their Dress Code Online And Wrote That Students Must "Dress In Conformance With One's Biological Sex."** "To be worn every school day except for Mission Mondays and special dress days.* Any solid colored, plain tops (with or without a collar) A very small brand logo/emblem is acceptable. Any solid colored, plain pants; Any solid colored, plain shorts which are 2" or less above the knee; Any solid colored, plain skirts, dresses or jumpers which are 2" or less above the knee; Shorts, tights, or leggings must be worn under skirts/dresses for all ages. LCS logo wear: any solid color of shirt which has an LCS logo; LCS event shirts (Bowl-a-thon, Enrollment shirts, Field Day, Summer Camp, etc.) NOT ALLOWED: Blue jeans or blue jean denim items (jackets, skirts, etc.); 'Skinny' jeans, jeggings or pants which are form-fitting down the leg and at the ankle; Leggings cannot be worn as pants. They can only be worn under skirts, tunics, or dresses. Sweatpants or other athletic pants; Tops that reveal the midriff or with low necklines; Tank tops or other sleeveless shirts or dresses; Any clothing or wearing of clothing that reveals undergarments; Hair must be kept neat, clean, and presentable and not draw attention to the student. No unnatural hair colors or hair styles/art which draw undue attention are allowed. (mohawks, tails, etc.); Sweatbands, bandanas, hats, caps, coats and sunglasses are not to be worn inside. Shoes must be wom at all times. Shoes must have a back or strap across the back. Athletic sandals or flip flops are not allowed. *It is the policy of LCS that students dress in conformance with one's biological sex." [Legacy Christian School, accessed 7/14/20]

**Notably, The School Receives Public Funding Through Vouchers And May Have Violated State Law When They Offered Financial Incentives For Students To Enroll**

**Legacy Christian School May Have Violated State Law When The Offered Financial Incentives For Students To Enroll.** "A small but growing private school in Noblesville was offering a deal to its families: Get a friend to enroll at Legacy Christian School, and you'll get $500 off your tuition. The lure to attract new students seemed innocuous, except that about 28% of Legacy Christian's students receive publicly funded vouchers to subsidize their tuition. With that state money comes strings — including a state law that bans publicly funded schools from offering financial incentives for students to enroll. Last month, the school rescinded the discount after a public school advocate blasted Legacy Christian on social media for potentially running afoul of the law." [Chalk Beat, 7/1/19]

## Spartz Claimed She Stood Up To Both Parties, But She Really Stood Up For Her Own Interests

### Spartz Often Claimed That She Was An Independent Legislator Who Stood Up To Both Parties

**Spartz Said That Sometimes You Need To Go Against Your Party To Represent Your Constituents**

**Spartz Said That Sometimes You Need To Go Against Your Party To Represent Your Constituents.** "'I have proven results at every level, whether it's business, whether it's been involved in a lot of nonprofit communities, in the civic community, in public service,' she said. 'And we need to fight for issues and we have to be able to fight for our people and to represent them, not to be afraid, even sometimes go against your party.'" [Chronicle-Tribune, 5/26/20]

**Spartz Said That She's Worked Across The Aisle In The Senate And That She Pushed "Common Sense"**

**VIDEO: Spartz Said That She's Worked Across The Aisle In The Senate And That She Pushed "Common Sense."** "[2:23] Interviewer: How do you respond to those who might suggest that you might be further right then, the district is now? Spartz: It's interesting, because people always say that, but I have a lot of legislation and the State Senate that I had a lot of democrats support and I only represent the people that voted for me and I'm not going to be pushed by anyone else. And I think that's a lot of people respect even from other party in my views, and I've actually been on the radio in person recently, and I got some feedback with some data. And they were surprised that actually my answer had some common sense. You know, and, you know, they say, Oh my gosh, you know, we



don't have too much common sense in Congress. So but we better get some more." [IN Focus, Interview with Victoria Spartz, 5/18/20]

**Spartz Said She Would "Stand Up To Leaders Of Both Parties" And Be An "Independent Voice"**

**Spartz Said She Would "Stand Up To Leaders Of Both Parties" And Be An "Independent Voice."** "I'm running for Congress in Indiana's 5th District because I will not allow socialists to exploit this crisis to advance their destructive ideology in the United States. I escaped the tyranny and corruption of socialism in Soviet Ukraine. I've had the opportunity to live the American Dream and I'm committed to protecting our Republic and our freedom for every American. I'll stand up to leaders in both parties and be your independent voice in Congress." [Victoria Spartz, Facebook, 5/9/20]

[Victoria Spartz, Facebook, 5/9/20]

## However, When Spartz Went Against The Majority, She Voted For Bills That Likely Benefitted Her Farming Business

**Spartz Was One Of A Few Senators To Vote Against Regulations Related To Pesticide Use**

**2020: Spartz Was One Of 9 Senators To Vote Against Regulated Related To Pesticide Use.** Spartz voted against SB 438, "Regulation of pesticide use and application. Makes various changes to the statutes governing pesticide registration and pesticide use and application. Requires the pesticide review board (board) to establish a working group to review civil penalties and for the working group to make recommendations (before December 1, 2020) concerning civil penalties to the board and the general assembly. Provides that the state chemist shall suspend the enforcement of its FY 2019 pesticide enforcement response policy." The bill passed the Senate by a vote of 38 – 9. [Indiana General Assembly, SB 438, 2/3/20]

**However, Spartz Later Voted For The Bill During The Conference Committee Report.** The bill passed the Senate Conference Committee Report by a vote of 48 – 1. [Indiana General Assembly, SB 438, 2/3/20]

## …And For Bills That Likely Benefitted Her Has A Wealthy Land Owner

**Spartz Was One Of A Few Senators Who Repeatedly Voted Against Creating A Central Indiana Development Authority**

**2020: Spartz Was The Only Senator That Voted Against Creating A Central Indiana Development Authority.** Spartz voted against SB 350, "Central Indiana regional development authority. Authorizes counties and municipalities within the Indianapolis metropolitan area to establish a central Indiana regional development authority pilot that will sunset on July 1, 2025. Requires counties and municipalities that wish to establish the development authority to adopt substantially similar resolutions to adopt a preliminary strategic economic


development plan (preliminary development plan). Provides that the development authority shall be governed by a strategy committee composed of members selected according to the terms of the preliminary development plan adopted to establish the development authority. Specifies the duties of the development authority. Requires the development authority to prepare a comprehensive strategic economic development plan. Codifies the establishment and governing provisions of the Indianapolis metropolitan planning organization. Requires the Indianapolis metropolitan planning organization to: (1) develop a comprehensive asset management report for the metropolitan planning area in collaboration with the Indiana department of transportation; and (2) present the comprehensive asset management report to the city-county council of Indianapolis and Marion County, the fiscal and legislative bodies of each entity that is a member of the Indianapolis metropolitan planning organization, and the budget committee." The bill passed the Senate by a vote of 48 – 1. [Indiana General Assembly, SB 350, 2/4/20]

**2020: Spartz Was Later One Of 15 Senators To Vote Against The Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 34 -15. [Indiana General Assembly, SB 350, 2/4/20]

**Spartz Was One Of A Few Senators Who Voted Against A Farmland Preservation Study**

**2019: Spartz Was One Of 2 Senators Who Voted Against A Farmland Preservation Study.** Spartz voted against HB 1165, "Study of farmland preservation. Urges the legislative council to assign to an appropriate interim study committee the topic of achieving farmland preservation in Indiana." The bill passed the Senate by a vote of 45 – 2. [Indiana General Assembly, HB 1165, 4/1/19]

**The Bill Preserved Land Farm Land From Going Towards Development Projects.** "Lehe, vice chair of the committee, said this topic has grown increasingly important in recent years. According to the American Farmland Trust, who testified at the meeting, nearly 31 million acres across the country have been lost to development from 1992 to 2012. Roughly 831,000 of these acres were in Indiana. 'Not only is agriculture an integral part of our state's heritage, but it also plays a key role in our economy,' Lehe said. 'The loss of crop land to commercial and residential development creates some serious food-production and economic concerns. The committee heard some insightful testimony about how we might be able to address this issue, and I look forward to the continued discussion as we work to find the best solution for our state.'" [Indiana House Republicans, 9/12/19]

**Spartz Was One Of A Few Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects**

**2019: Spartz Was One Of 2 Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects.** Spartz voted against HB 1019, "Public construction. Increases, from $100,000 to $150,000, the ceiling under which a board of aviation commissioners or an airport authority board may perform certain public construction projects with its own workforce. Increases, from $75,000 to $150,000 the ceiling under which a county drainage board may obtain quotes rather than advertise for bids for certain projects under the drainage law." The bill passed the Senate by a vote of 43 – 2. [Indiana General Assembly, HB 1019, 3/18/19]

**Spartz Was One Of A Few Senators Who Voted Against Allowing County Assessors To Request A State Conducted Assessment Of Commercial Buildings Or Structures**

**2019: Spartz Was One Of 7 Senators Who Voted Against Allowing County Assessors To Request A State Conducted Assessment Of Commercial Buildings Or Structures.** Spartz voted against SB 623, "Property tax matters. Provides that a county assessor or township assessor (if any) may request the department of local government finance (department) to perform a state conducted assessment of a particular commercial building or structure used for retail purposes. Specifies the procedures for the state conducted assessment. Provides that the true tax value of commercial real property used for retail purposes that is occupied by the original owner or by a tenant for which the improvement was built shall be determined by the cost approach for the first 10 years of occupancy of the property, less normal depreciation and normal obsolescence under the rules and guidelines of the department of local government finance. Provides that a county fiscal body may adopt an ordinance to provide that the county assessor be reimbursed for legal costs (in addition to other specified costs under current law) incurred by the county


assessor in defending an appeal that is uncommon and infrequent in the normal course of defending appeals." The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, SB 623, 2/26/19]

**Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing**

**2019: Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing.** Spartz voted against SB 566, "Residential tax increment financing. Permits a redevelopment commission to establish a program for residential housing development and a tax increment funding allocation area for the program if the average of new, residential houses constructed in the county or municipality in the preceding three years is less than 1% of the total number of residential houses in the county or municipality. Requires the department of local government finance, in cooperation with appropriate county and municipal agencies, to determine eligibility for the program. Provides that a program may not take effect until the governing body of each school corporation affected by the program passes a resolution approving the program. Defines "residential housing" as housing or workforce housing that consists of single family dwelling units sufficient to secure quality housing in reasonable proximity to employment." The bill passed the Senate by a vote of 32 – 17. [Indiana General Assembly, SB 566, 2/26/19]

**…And Bills That Likely Benefitted Her Manufactured Home Community**

**Spartz Voted For A Bill That Rolled Back Government Regulation Of Manufactured Homes And Stripped Protections From Renters**

**2020: Spartz Voted For A Bill That Rolled Back Government Regulations Of Manufactured Homes.** Spartz voted for SB 148, "Amends a statute concerning manufactured homes (manufactured home statute) to provide, with respect to a manufactured home located outside of a mobile home community, as follows: (1) A comprehensive plan or zoning ordinance adopted by a unit of local government may: (A) specify aesthetic standards and requirements concerning the manufactured home's permanent foundation system; and (B) require compatibility of the manufactured home's permanent foundation system with surrounding residential structures. (2) A unit of local government may not require: (A) a permanent foundation system that is incompatible with the structural design of the manufactured home; or (B) more than one permanent foundation system for a manufactured home. Specifies that the changes to the manufactured home statute do not affect a requirement applicable to property that is subject to the jurisdiction of a preservation commission. Provides that a unit of local government may not adopt or enforce certain ordinances, regulations, requirements, or other restrictions that mandate size requirements for a manufactured home that is placed in a mobile home community. Provides that, subject to certain conditions, an industrialized residential structure may be located in a mobile home community. Requires a mobile home community operator (operator) to provide all owners of mobile homes, manufactured homes, or industrialized residential structures in a mobile home community with written notice not less than 180 days before the mobile home community's closure. Provides that an operator who violates the notice requirement commits a deceptive act that is actionable by the attorney general or a consumer. Prohibits a unit of local government from regulating certain aspects of a landlord-tenant relationship with respect to privately owned real property located in the unit unless the regulation is authorized by the general assembly. Prohibits a landlord from taking certain retaliatory actions in response to a tenant's engaging in one or more enumerated protected activities. Prohibits a local unit from adopting or enforcing any ordinance or regulation concerning retaliatory acts by landlords." The bill passed the Senate by a vote of 32 – 15. [Indiana General Assembly, SB 148, 2/3/20]

**The Bill Stripped Protections From Renters.** "Senate Bill 148 would ensure that any regulations of landlord-tenant relationships — such as leasing conditions, fees a landlord may charge or what a landlord is required to disclose to prospective tenants — must be set at the state level. Local ordinances in Indianapolis, Bloomington and other communities would be overruled. In Indianapolis, that means a set of new protections for renters would be stripped away by lawmakers. The bill also would officially make it illegal to retaliate against a renter who reports unlivable conditions." [IndyStar, 3/15/20]


**The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups**

**The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups.** "The Indiana Apartment Association lobbied for the bill. About 300 individuals and organizations — which includes some Indiana cities and several groups representing veterans, elderly citizens, minorities, immigrants, domestic violence victims, those of Christian and Jewish faiths, homeless families, medical professionals and more — were opposed." [IndyStar, 3/15/20]

**Notably, Spartz And Her Family Operated A Manufactured Home Community And Rented Property To People**

**2020: Spartz Reported $100,001 To $1,000,000 In Income From Westbrook Village.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

> **Westbrook Village Was A Manufactured Home Community In Noblesville, IN.** Westbrook Village was listed as a Mobile Home Park in Hamilton County, IN. [Indiana State Department of Health, Hamilton County Mobile Home Parks, accessed 6/26/20]

**2020: Spartz Reported $15,001 To $50,000 From Rental Property In Lapel, IN.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Additionally, Spartz Defended A State Senator When Critics Questioned If There Were Conflicts Of Interest Involved With His Bill To Roll Back Child Labor Laws

**Senator Chip Perfect, Who Employed Hundreds Of Minors, Sponsored A Bill That Rolled Back Child Labor Laws**

**Senators Chip Perfect, Who Employed Hundreds Of Minors, Sponsored A Bill That Rolled Back Child Labor Laws.** "State Sen. Chip Perfect is setting aside his push this year to scrap Indiana child labor laws amid conflict-of-interest scrutiny that arose from his employment of hundreds of minors. […] But his involvement in the bill - and the ethics committee ruling it wasn't a conflict of interest - points to a larger issue: In a so-called citizen legislature, whose members usually have full-time jobs elsewhere, the line between a lawmaker's expertise and potential conflicts can be blurry. Perfect defended his decision to file the original legislation during a Wednesday committee hearing, but said he was amending the bill because of the increased attention and negative consequences his business and family have been facing. […] His original bill would have gotten rid of work permit requirements for minors and removed all restrictions on what hours 16- and 17-year-old Hoosiers could work. Other protections for minors would have still been present under federal law." [Indianapolis Star, 1/31/19]

**Spartz Defended Senator Perfect's Involvement In The Legislation Because He Was Knowledgeable On The Issue**

**Spartz Defended Senator Perfect's Involvement In The Legislation Because He Was Knowledgeable On The Issue.** "Other lawmakers defended Perfect's involvement during Wednesday's Senate Pensions and Labor committee hearing. 'Each of us has different levels of expertise and knowledge, and we come across an issue based off our ... knowledge (and) experience or brought up by our constituents, so I think it's important (that Perfect filed this bill),' said Victoria Spartz, R-Noblesville. 'I would have not understood there was even an issue. I've never been involved with employment with minors or school-aged students.'" [Indianapolis Star, 1/31/19]



## Throughout Her Career As A Politician, Spartz Has Contributed Nearly $1.2 Million To Her Campaigns

### Spartz Self-Funded All Of Her Campaigns—Contributing More Than $1.2 Million To Her State And Congressional Campaigns

#### 2020: Spartz Contributed $901,600 To Her Congressional Campaign

**2020: Spartz Contributed $150,00 To Her Campaign Through A Personal Loan.** "And in the final weeks of what was mostly a docile primary, some candidates went on the attack against Spartz, who had the most money as of mid-May. More than half of the Republican candidates turned to personal loans, six of which relied on personal money to raise more than 50% of their total funds. Spartz by far contributed the most money to her campaign with a total of $900,000 in personal loans, including a last minute $150,000 loan she gave herself just last week." [Indianapolis Star, 6/3/20]

**2020: Spartz Contributed $1,600 To Her Congressional Campaign.** Between February and May 2020, Spartz contributed $750, $750, and $100 to her own campaign, for a combined total of $1,600.00. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**2020: Spartz Loaned $750,000 To Her Congressional Campaign.** On March 27, 2020, Spartz lent her congressional campaign $250,000. On February 21, 2020, Spartz lent another $500,000 to the campaign. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

#### 2017 – 2019: Spartz Contributed $340,000 To Her State Campaigns

**2019: Spartz Loaned $250,000 To Her State Senate Campaign.** On December 2, 2019, Spartz lent her campaign $250,000. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

**2018: Spartz Loaned $80,000 To Her State Senate Campaign.** On December 31, 2018, Spartz lent her campaign $80,000, making her the only donor to the campaign. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

**2017: Spartz Contributed $10,000 To Her State Senate Campaign.** On December 29, 2017, Spartz contributed $10,000 to her campaign, making her the only donor to the campaign. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

#### Notably, Spartz Never Ran A Full Campaign While In The Senate

**January 2020: Spartz Suspended Her Senate Re-Election Campaign To Run For Congress.** "State Sen. Victoria Spartz (R-Noblesville) has announced she is suspending her race for state senate to explore a run for the U.S. House of Representatives' 5th District seat currently held by Susan Brooks." [The Times, 1/11/20]

**November 2019: Spartz Announced She Would Seek A Second Term To The Indiana Senate.** "District 20 State Sen. Victoria Spartz (R-Noblesville) announced Nov. 12 she will seek a second term. District 20 covers much of Hamilton County. Spartz was elected by a caucus in 2017 to complete the term of former Sen. Luke Kenley (R-Noblesville), who retired." [Current in Westfield, 11/24/19]

**2017: Spartz Was Picked By Party Activists To Fill A Vacant Senate Seat.** "That enabled Spartz, who is from Noblesville, to build name identification as a first-time candidate after two years in the state Senate from being picked by party activists to complete a retired senator's term." [Associated Press State & Local, 6/3/20]



# Spartz Was Bad For Hoosiers' Health Care

***Significant Findings***

- ✓ *Spartz said she would actively support repealing and replacing the Affordable Care Act*
  - ✓ *Spartz claimed that she "fought Obamacare" in the state senate—although it is unclear what Spartz did exactly to fight the ACA*
  - ✓ *However, if Spartz "fought Obamacare" by opposing HIP 2.0—which rests on the existence of the ACA—more than 300,000 Hoosiers could lose insurance coverage*
  - ✓ *Spartz supported President Trump's move not to reopen ACA enrollment during the COVID-19 pandemic, which would have allowed newly laid off workers to enroll for benefits*
  - ✓ *Spartz often spoke about her negative experiences with socialized health care while living in Ukraine*
- ✓ *Spartz pushed for health care reforms that would hurt Hoosiers*
  - ✓ *Spartz authored a bill that urged the government to look into selling health insurance across state lines—which critics have said fails to lower costs and reduces access for those with health problems*
- ✓ *Spartz consistency criticized Medicaid and pushed measures that stripped away funding and benefits*
  - ✓ *Spartz criticized the creation of Medicaid and Medicare and pledged to implement reforms to increase transparency*
  - ✓ *However, there was bipartisan opposition to measures Spartz praised, with critics saying they would have devastating effects on Medicaid*
  - ✓ *Spartz was one of a few senators who repeatedly voted against giving Medicaid reimbursements to schools*
- ✓ *Spartz authored a bill that urged Indiana to change the state's Medicaid program to block grants*
  - ✓ *On the federal level, tens of millions of people enrolled in Medicaid would not be included in a state block-grant project*
  - ✓ *Block grants were harmful to both beneficiaries and economic interests—especially in the wake of recessions*

## Spartz Adamantly Opposed The Affordable Care Act

### Spartz Said She Would Actively Support Repealing And Replacing The ACA

**2020: Spartz Said She Would Actively Support Repealing And Replacing The ACA.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you actively support repeal and replacement of


the PPACA, commonly known as Obamacare?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Criticized The ACA For Giving $248 Billion To Health Insurance Companies

**Spartz Criticized The ACA For Giving $248 Billion To Health Insurance Companies.** "According to the Congressional Budget Office, the federal government sent $248 billion in subsidies to health insurance companies over six years of Obamacare. Each newly insured cost taxpayers $69,000 per year. Nancy Pelosi is expected to take up the bill to funnel more billions to special interests and the big health insurers. In the meantime, the cost of health care and prescription drugs will continue to skyrocket for ordinary people with hyperinflation in price and decrease in quality and choice. We cannot sustain this corporate welfare, uncontrolled debt, and catering to large monopolies for much longer. We only have two choices: full government control of healthcare suggested by Democrats and Bernie Sanders, which will be fatal to quality of care, or what Republicans should be fighting for—market-based and consumer-driven healthcare to lower costs and increase quality." [Victoria Spartz, Facebook, 6/29/20]

[Victoria Spartz, Facebook, 6/29/20]

## Spartz Stated She "Fought Obamacare" In The State Senate—But It Is Unclear What She Did Exactly

### VIDEO: "In The State Senate Victoria Opposed Tax Increases And Fought ObamaCare"

**VIDEO: "In The State Senate Spartz Opposed Tax Increases And Fought ObamaCare."** "[:10] In the state senate Victoria opposed tax increases and fought Obamacare." [Spartz for Congress, YouTube, 5/22/20]

### Spartz Did Not Author, Co-Author, Or Sponsor A Bill That Urged Attorney General Hill To Withdraw From A Lawsuit Attempting To Nullify The ACA And Healthy Indiana Plan 2.0

**Spartz Did Not Author, Co-Author, Or Sponsor A Bill That Urged Attorney General Hill To Withdraw From A Lawsuit Attempting To Nullify The ACA And Healthy Indiana Plan 2.0.** Spartz was not listed as being involved in SR 5, "A SENATE RESOLUTION urging Indiana Attorney General Curtis Hill to withdraw Indiana from a lawsuit which is attempting to nullify the Affordable Care Act (ACA) and end federal funding for the Healthy Indiana Plan (HIP) 2.0." [Indiana General Assembly, SR 5, 1/9/20]



**Spartz Was Not In The Senate When HIP 2.0 Passed—A Health Care Plan That Rested On The ACA**

**2015: HIP 2.0—Indiana's Medicaid Expansion—Was Signed In To Law.** "At the tender age of 1, the Healthy Indiana Plan — Indiana's version of Medicaid expansion that comes with personal responsibility for health care — has reached more than 370,000 Hoosiers, Gov. Mike Pence said Wednesday." [IndyStar, 1/27/16]

**2016: State Lawmakers Approved A Bill that Prevented HIP 2.0 From Being Changed Without The State Legislature's Approval.** "State lawmakers approved Thursday a bill preventing Indiana's alternative Medicaid program from being changed without the legislature's approval. The bill also says the state's share of the costs must be restricted, a provision the bill's author said could potentially limit enrollment, which is in direct opposition to federal Medicaid eligibility rules. Supporters say the bill, which Gov. Mike Pence is expected to sign into law, will strengthen Indiana's hand in negotiating with the federal government once the state's temporary permission for the Healthy Indiana Plan (HIP 2.0) expires in 2018. Negotiations start next year, after studies have been completed on how well its unique features are working." [IndyStar, 3/10/16]

**Indiana Democratic Party: "Media Confirms HIP 2.0 Existence Rests On The Affordable Care Act."** "Yesterday the United States Congress proved Mike Pence and his administration wrong by voting for a partial repeal of the Affordable Care Act, including Medicaid expansion programs. Had it not been for President Obama's expected veto, the repeal would have fully defunded and eliminated the Health Indiana Plan 2.0." [Indiana Democratic Party, accessed 7/15/20]

**However, HIP 2.0 Provided Insurance To More Than 300,000 Hoosiers**

**However, HIP 2.0 Provided Insurance To More Than 300,00 Hoosiers.** "Pence negotiated permission from the federal government to receive full federal funding under the Affordable Care Act to expand Medicaid eligibility in Indiana using HIP 2.0. It provides insurance to more than 300,000 Hoosiers earning up to 138 percent of the federal poverty level." [IndyStar, 3/10/16]

**Spartz May Have Been Referring To Her Plan To Change The State's Medicaid Program To Block Grants – Which Could Cause People To Lose Coverage**

**Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments.** Spartz authored SB 337, "Requires the office of the secretary of family and social services to study the feasibility of: (1) changing Indiana's Medicaid program to a block grant; (2) establishing a consumer-directed Medicaid pilot program; and (3) restructuring Medicaid payments for long term care." [Indiana General Assembly, SB 337, 1/13/20]

**Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project**. "Tens of millions of people currently enrolled in Medicaid would not be included in a potential state block-grant project, including children, people who qualify for the program based on disability, people needing long-term care and individuals who are 65 and over, according to the guidance announced by the Centers for Medicare & Medicaid Services on Thursday." [KHN, 1/31/20]

**Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises.** "Even putting aside legal obstacles to a capped spending system, block grants are simply bad policy. Proposals of this kind are predictably harmful to both beneficiaries and to state economic interests. The Congressional Budget Office has recognized that block grants encourage states to take actions that include restricting enrollment for legally eligible beneficiaries, limiting mandatory and optional benefits, decreasing already low reimbursement rates (which may lead providers to abandon the program), a combination of all three, and more. In some cases, states may pursue such restrictions but then face unexpected economic pressures, such as a natural disaster or a recession. For example, Puerto Rico, which already exists under an alternative and limited Medicaid program, has experienced these problems acutely in the wake of terrible hurricane damage to the island." [Health Affairs, 7/24/19]


## Spartz Supported President Trump's Move To Not Reopen ACA Enrollment During The COVID-19 Pandemic—Which Would Have Allowed Newly Unemployed People To Enroll

### Spartz Supported President Trump's Move To Not Reopen ACA Enrollment COVID-19 Pandemic

**Spartz Supported President Trump's Move To Not Reopen ACA Enrollment COVID-19 Pandemic.** "I fully support President Trump's decision not to reopen Obamacare enrollment. We already have a choice of options: 1) short-term plans, 2) enrolling in existing government programs, and 3) using funding in the bill Congress just passed to compensate providers and hospitals for providing care to uninsured COVID-19 patients. Great article by Brian Blase below! No new legislation or taxpayer spending is needed to provide immediate protection!" [Victoria Spartz, Facebook, 4/3/20]



[Victoria Spartz, Facebook, 4/3/20]

### Re-Opening ACA Enrollment Would Have Allowed Newly Laid-Off Workers To Enroll In Coverage

**Re-Opening ACA Enrollment Would Have Allowed Newly Laid-Off Workers To Enroll In Coverage.** "The Trump administration has reportedly declined to reopen enrollment under the Affordable Care Act so that people without health insurance — including some newly laid-off workers — can enroll in coverage during the coronavirus pandemic. […] There are concerns of a significant increase in the uninsured rate after mass layoffs over the last month, as health insurance in the US is largely employment-based. Three million people filed initial claims for unemployment two weeks ago, according to Department of Labor data released last Thursday. Many of those people whose jobs did offer benefits now face losing their health insurance on top of everything else." [Vox, 4/1/20]

## Op-Ed: Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand And Criticized The Affordable Care Act

### Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand

**Op-Ed: Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand.** "As someone who experienced firsthand the many negative aspects of fully socialized health care while I was growing up in the former Soviet Union - including how those aspects contributed to the death of my father at the age of 41 -



I am deeply concerned that so many aspects of health care in our country are now socialized as well. Therefore, I took a deeper dive into this issue when I became a legislator." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

**Spartz Said She Was Forced To Pay Penalties For Not Having The ACA**

**Spartz Said She Was Forced To Pay Penalties For Not Having The ACA. "**When I talk about the aspects, I mean consumer aspects I experienced such as: being uninsured as a small business owner; having corporate insurance and working crazy hours with little kids; paying for COBRA; purchasing high deductible insurance through the individual marketplace before the Affordable Care Act; being forced into the Affordable Care Act; and paying penalties for not having the Affordable Care Act due to its cost. We all know that health care spending has reached a level of national crisis and the tyranny of the status quo cannot be tolerated any longer. That leaves us with two choices: 100% government monopoly with control of prices and rationing, or restoring the free market through price and value competition." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

**Spartz Wanted Health Care To Be Controlled By The Free Market**

**Spartz Wanted Health Care To Be Controlled By The Free Market.** "We all know that health care spending has reached a level of national crisis and the tyranny of the status quo cannot be tolerated any longer. That leaves us with two choices: 100% government monopoly with control of prices and rationing, or restoring the free market through price and value competition." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

**Spartz: "We Are All Losers In This Socialized System, But The Sick And Poor Lose The Most"**

**Spartz: "We Are All Losers In This Socialized System, But The Sick And Poor Lose The Most."** "I encourage local constituents to contact me with any questions or concerns they may have through email at Senator.Spartz@iga.in.gov or by calling the Statehouse at 800-382-9467. Victoria Spartz is an Indiana senator from District 20. We are all the losers in this socialized system, but the sick and poor lose the most." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

## Spartz Pushed For Health Care Reforms That Would Hurt Hoosiers

### Spartz Authored A Bill That Urged The Government To Sell Health Care Across State Lines—Which Critics Say Would Increase Premiums And Reduce Access

**Spartz Supported Price Transparency Reform In Indiana**

**Spartz Supported Price Transparency Reform In Indiana.** "We just passed some price transperancy reforms in Indiana. It's about time for Congress to step up and support President Trump and 'we the people' not special interests and require hospitals to disclose prices. I am committed to get it done in Congress!" [Victoria Spartz, Facebook, 5/26/20]

**Spartz Authored A Bill To Improve Transparency, Address Health Care Costs, And Shift Power Away From The Government**

**Spartz Authored A Bill To Improve Transparency, Address Health Care Costs, And Shift Power Away From The Government.** "State Sen. Victoria Spartz (R-Noblesville) authored Senate Bill 337 to improve transparency and evidence-based approaches to address health care costs, enhance competition and shift more power back to consumer from the government and large monopolies." [US State News, 2/10/20]

**Spartz Stated That Indiana Had One Of The Highest Cost Of Health Care**



**Spartz Stated That Indiana Had One Of The Highest Cost Of Health Care.** "'Health care spending is an important issue for the state of Indiana,' Spartz said. 'Based on the recent Employer's Forum study, we have the highest price of health care when compared to the other 26 states in the study - twice higher than Michigan. Also, based on the recent study by Ball State economist, Dr. Michael Hicks, we also have a hospital monopoly problem. Health care cost is an economic development issue and middle-class wealth issue for all Hoosiers.'" [US State News, 2/10/20]

**The Bill Also Dealt With Insurance Affordability, Licensing Requirements, And Medicaid Spending**

**The Bill Also Dealt With Insurance Affordability, Licensing Requirements, And Medicaid Spending.** "SB 337 is dealing with a variety of topics, including insurance affordability, price transparency, burdensome licensing requirements, unreasonable non-compete clauses, drug market transparency, antitrust enforcement, and Medicaid spending among others. Spartz is committed to improving spending, access, price and value in health care through more transparency, competition and consumer choice. As she stated in a recent op-ed, 'We are all losers in this socialized system, but the sick and poor lose the most. Let's not forget: government is always the biggest problem.'" [US State News, 2/10/20]

**The Bill Urged The Government To Look Into Selling Health Insurance Across State Lines—Which Critics Say Does Not Lower Costs**

**The Bill Urged The Government To Look Into Selling Health Insurance Across State Lines.** "Requires the department to assess the feasibility of allowing the sale of health insurance across state lines and a multistate reciprocity system." [Indiana General Assembly, SB 337, 1/13/20]

**Sales Across State Lines Would Increase Premiums And Reduce Access For Those With Health Problems.** "Sales across state lines would reduce premiums for those who are healthy at a given time while increasing premiums and reducing access to coverage for those with current or past health problems. Insurers would also be reluctant to offer comprehensive insurance policies in the nongroup market. The approach seriously underestimates the value of access to adequate, affordable coverage over time as individuals' health care needs change." [Urban Institute, June 2016]

**HEADLINE: Sorry Trump, Selling Health Insurance Across State Lines Wouldn't Lower Costs.** [Forbes, 10/10/16]

**Insurers Have Already Tried To Sell Across State Lines And It Does Not Reign In Costs.** "Trump's health plan would 'modify existing law that inhibits the sale of health insurance across state lines,' the campaign's web site says. 'By allowing full competition in this market, insurance costs will go down and consumer satisfaction will go up,' the proposal states. But insurers can already do this in some states, and it hasn't reigned in costs because analysts say it's not so much a regulatory problem in the first place as the Republican presidential candidate suggests, according to analyses of Trump's health plan." [Forbes, 10/10/16]

## Spartz Consistently Criticized Medicaid And Pushed Reforms That Stripped Away Funding And Benefits

### Spartz Criticized The Creation Of Medicaid And Medicare

**Spartz: "In The 1960s, The Government Went Further And Enacted A Direct Government Subsidy - Medicare And Medicaid"**

**Spartz: "In The 1960s, The Government Went Further And Enacted A Direct Government Subsidy- Medicare And Medicaid."** "In the 1960s, the government went further and enacted a direct government subsidy - Medicare and Medicaid. The cost grew more rapidly than originally estimated, as the costs of all handouts



invariably do. Government cannot prescribe the laws of supply and demand. The lower the price for the consumer, the greater the quantity demanded; at a zero price, the quantity demanded becomes infinite. Some method of rationing must be substituted for price, which invariably means government rationing and denial of medical care. On top of that, as insurance spread and eliminated most price competition by paying customary charges, and cost-plus system incentivized providers to increase cost, per capita spending started to skyrocket." [State Senator Victoria Spartz, News Release, accessed 7/6/20]

## Spartz Pledged To Implement Reforms To Increase Medicaid Transparency—Which Could Have Devastating Effects On Medicaid

### Spartz Pledged To Implement Reforms To Increase Medicaid Transparency And Praised The Trump Administration's Proposed Medicaid Fiscal Accountability Rule

**Spartz Pledged To Implement Reforms To Increase Medicaid Transparency And Praised The Trump Administration's Proposed Medicaid Fiscal Accountability Rule.** "Given that federal Medicaid spending will likely grow significantly as a response to the coronavirus epidemic, Medicaid program accountability will be needed more than ever to make sure that funds are spent for the intended purposes. In November 2019, Trump administration proposed the Medicaid fiscal accountability rule, which politically powerful interests aim to block. As your Congresswoman, I will work with President Trump to deliver these needed reforms to increase Medicaid transparency and fiscal oversight, so funds go to enrollees, not to line the pockets of politically-connected special interests!" [Victoria Spartz, Facebook, 4/8/20]

[Victoria Spartz, Facebook, 4/8/20]

### However, Trump's Medicaid Proposal Received Bipartisan Opposition For The Damaging Effect It Would Have On Medicaid Enrollment And Benefits

**However, Trump's Medicaid Proposal Received Bipartisan Opposition For The Damaging Effect It Would Have On Medicaid Enrollment And Benefits.** "Republicans and Democrats alike are warning that a recent proposal from the Trump administration could lead to billions of dollars in cuts to Medicaid, forcing states to eliminate benefits, reduce enrollment or cut payments to health providers. In a rare sign of unity, hospitals, insurers, patient advocates and members of both political parties are on the same page in their opposition to the Trump administration's plan, and most have urged the administration to withdraw a proposal they say would cripple' Medicaid, the federal-state partnership that provides health care for the poor." [The Hill, 2/19/20]


**Republican Senator John Cornyn Said The Rule Could Lead To Hospital Closures And Would "Threaten The Safety Net."** "Trump allies have also voiced their concerns. 'The Medicaid fiscal accountability rule is a concern to my governor, and the stakeholders are worried the rule as proposed could lead to hospital closures, problems with access to care and threaten the safety net,' Sen. John Cornyn (R-Texas) told Department of Health and Human Services Secretary Alex Azar last week during a hearing on the agency's fiscal 2021 budget request." [The Hill, 2/19/20]

**Democratic Senator Mark Warner Said The Proposal Would "Dramatically Affect Medicaid Eligibility."** "Sen. Mark Warner (D-Va.) warned during the same hearing that the proposal could 'dramatically affect Medicaid eligibility' and 'wreak havoc on budgets in red states and blue states all across the country.'" [The Hill, 2/19/20]

## Spartz: "We Have To Fix Our Medicaid Spending And Better Audit Medicaid"

**Spartz: "We Have To Fix Our Medicaid Spending And Better Audit Medicaid!"** "We have to fix our Medicaid spending and better audit Medicaid! I authored several bills to start dealing with this issue during my state tenure. We spend annually about $100,000 per person on Medicaid. It's unacceptable, unsustainable and wasteful! President Trump started to take some actions, but we cannot legislate through executive orders. Congress has to work with the states to reform Medicaid!" [Victoria Spartz, Facebook, 4/1/20]

[Victoria Spartz, Facebook, 4/1/20]

## Spartz Was One Of A Few Senators Who Repeatedly Voted Against Giving Medicaid Reimbursements To Schools

### Spartz Voted Against Giving Medicaid Reimbursements To Schools Twice

**2020: Spartz Was One Of 5 Senators Who Voted Against Giving Medicaid Reimbursements To Schools.** Spartz voted against SB 142, "Medicaid reimbursement for schools. Allows the office of the secretary of family and social services to apply for a Medicaid state plan amendment to allow school corporations to seek Medicaid reimbursement for medically necessary, school-based Medicaid covered services that are provided under federal or state mandates. Specifies possible services for Medicaid reimbursement. Adds physical therapy to the list of services a school psychologist may refer a student. Allows a school psychologist to make referrals to physical therapists for mandated school services." The bill passed the Senate by a vote of 45 – 5. [Indiana General Assembly, SB 142, 1/28/20]



**2019: Spartz Voted Against Allowing Medicaid Reimbursements For Schools.** Spartz voted against SB 437, "School based services and Medicaid. Provides that the office of the secretary of family and social services may apply for: (1) a Medicaid state plan amendment to provide Medicaid reimbursement for health care services and school based services to specified individuals provided by a school based health center; and (2) supplemental Medicaid reimbursement payments to qualified school based health centers under the fee for service Medicaid program. Provides that state expenditures and local school expenditures for funding for Medicaid covered school based services and other health care services provided to a Medicaid recipient by a school based health center may be made only if: (1) the state plan amendment is approved; and (2) intergovernmental transfer funding for the nonfederal share of supplemental Medicaid payments for Medicaid fee for services program is continuously made." The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, SB 437, 2/26/19]

### The Bill Allowed Schools To Better Use Federal Dollars To Address Health Concerns Like Mental Health Issues And Substance Abuse

**The Bill Allowed Schools To Better Use Federal Dollars To Address Health Concerns Like Mental Health Issues And Substance Abuse.** "In February 2019, a bill authored by Zay that would allow the Office of the Secretary of Family and Social Services (FSSA) to apply to amend the state's Medicaid plan to provide reimbursement for healthcare services provided in school-based health centers passed the Indiana Senate by a vote of 37 to 12, according to the Indiana Senate Republicans. Senate Bill 437 would allow schools to better leverage federal dollars to address health concerns facing students and staff, including mental health, substance abuse and socio-emotional learning. SB 437 would require any increase in the state's share of expenditures for school-based services to be covered through intergovernmental transfers, meaning the bill is budget neutral." [Wabash Plain Dealer, 1/2/20]

## Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments

**Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments.** Spartz authored SB 337, "Requires the office of the secretary of family and social services to study the feasibility of: (1) changing Indiana's Medicaid program to a block grant; (2) establishing a consumer-directed Medicaid pilot program; and (3) restructuring Medicaid payments for long term care." [Indiana General Assembly, SB 337, 1/13/20]

### Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project

**Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project**. "Tens of millions of people currently enrolled in Medicaid would not be included in a potential state block-grant project, including children, people who qualify for the program based on disability, people needing long-term care and individuals who are 65 and over, according to the guidance announced by the Centers for Medicare & Medicaid Services on Thursday." [KHN, 1/31/20]

### Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises

**Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises.** "Even putting aside legal obstacles to a capped spending system, block grants are simply bad policy. Proposals of this kind are predictably harmful to both beneficiaries and to state economic interests. The Congressional Budget Office has recognized that block grants encourage states to take actions that include restricting enrollment for legally eligible beneficiaries, limiting mandatory and optional benefits, decreasing already low reimbursement rates (which may lead providers to abandon the program), a combination of all three, and more. In some cases, states may pursue such restrictions but then face unexpected economic pressures, such as


a natural disaster or a recession. For example, Puerto Rico, which already exists under an alternative and limited Medicaid program, has experienced these problems acutely in the wake of terrible hurricane damage to the island." [Health Affairs, 7/24/19]

## Capped Medicaid Spending Could Prompt States To Make Dangerous Choices For Patients

**Capped Medicaid Spending Could Prompt States To Make Dangerous Choices For Patients.** "Capped spending would prompt states to make dangerous choices for patients. Initially, states might try to exclude individual drugs from coverage, if only to increase their bargaining power and obtain greater discounts on particular drugs. Massachusetts recently requested a waiver to do just that, asking CMS to allow it to exclude particular drugs from its Medicaid formulary that have demonstrated little or no evidence of efficacy. Massachusetts was undoubtedly concerned that spending on some of these high-cost, low-value drugs was crowding out valuable spending elsewhere in its Medicaid program. […] States could make other choices that are even more harmful to patients. For example, nearly half of states impose limits on the number of prescriptions Medicaid beneficiaries are able to fill at one time. States that do not have such policies might adopt them, and states that have already implemented such limitations might seek to tighten them—even though recent research suggests that such limits may be harmful to patients. An extreme cost-cutting decision would be to drop prescription drugs from coverage, although this likely would not be states' first choice for constraining Medicaid expenditures." [Health Affairs, 7/24/19]

## Spartz Authored A Bill That Identified Key Cost Drivers For Medicaid Expenditures

**Spartz Authored A Bill That Identified Key Cost Drivers For Medicaid Expenditures.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 548 would identify key cost drivers for Medicaid expenditures and reassess payment and legal infrastructure for mental health and addiction treatment services." [Targeted News Services, 3/7/19]



# Key Visuals

## Video

### VIDEO: Spartz Said She Would "Stop Liberals From Exploiting Coronavirus To Advance Socialism"

**VIDEO: Spartz Said She Would "Stop Liberals From Exploiting Coronavirus To Advance Socialism."** [0:12] "Victoria will protect freedom, stand with Trump to bring jobs back from communist China, and stop liberals from exploiting coronavirus to advance socialism." [Spartz for Congress, YouTube, 5/22/20]

### VIDEO: Spartz Said The COVID-19 Crisis Was An Opportunity To "Be Better In The Future"

**VIDEO: Spartz Said The COVID-19 Crisis Was An Opportunity To "Be Better In The Future."** "[0:29] So we do things remotely related to the virus, I think it could be it's very unique situations, what we're dealing with, and we can look at it as an opportunity, how we can be better in the future, how we can look back and say, you know, what, there is some innovation that happened during this crisis. So I think there are a lot of things that we'll have to look in a positive way. And also have to look you know, a lot of policies the government set up, we're often having to deal with a crisis like a terrorist attack, whenever it was thought through, how can we deal with a crisis that lasts for a few months or longer? So do we have a mechanism to deal with that? How can branches can collaborate, how we're going to make sure that all of the rights, right people are protected?" [Victoria Spartz Interview, IN Focus, 5/18/20]

### VIDEO: Spartz Said That President Trump And Vice President Pence Were Doing A "Great Job" Handling The COVID-19 Crisis

**VIDEO: Spartz Said That President Trump And Vice President Pence Were Doing A "Great Job" Handling The COVID-19 Crisis.** "[12:25] Interviewer: Thank you, Mark small and again the question is how do you rate the federal government response to the Coronavirus? Smart? Spartz: I believe our president and vice president, I doing a great job. I believe Attorney General Barr is doing a great job, keep checking the check and balance constitutional freedoms. I think it's important to have more local decisions at the state level and local level." [WFYI Online, YouTube, 5/12/20]

### VIDEO: Spartz On The COVID-19 Crisis: "We Wrote A Lot Of Blank Checks… And It Is Going To Be Very Difficult To Pay For Some Of Them"

**VIDEO: Spartz On The COVID-19 Crisis: "We Wrote A Lot Of Blank Checks… And It Is Going To Be Very Difficult To Pay For Some Of Them."** "[12:43] And I understand it very well as a state legislator. as it related to our Congress in bills, I can tell you, we wrote a lot of blank checks. And this is going to be very difficult to pay for some of them. So we have to look how we can have more surgical and targeted approach to deal with issues. There's a lot of ways in the federal government and Congress has to step up and have more fiscal accountability." [WFYI Online, YouTube, 5/12/20]

### VIDEO: Spartz Said The Biggest Challenge With The COVID-19 Crisis Was Getting The Economy Back To Work

**VIDEO: Spartz Said The Biggest Challenge With The COVID-19 Crisis Was Getting The Economy Back To Work.** "[19:31] The biggest challenge we're going to have is we need to get our economy back to war. And we need to have a person who understand business and understand how to create and implement policy. And they all a person who has a very broad business experience working for big four and some of the most complex companies in



the world and very broad experience on Wall Street and I I'm also a person that has a very broad experience on Main Street, starting my own businesses." [WFYI Online, YouTube, 5/12/20]

**VIDEO: Spartz Said She "Wasn't A Big Fan Of The 17th Amendment," Which Gave Each State Two Senators**

**VIDEO: Spartz Said She "Wasn't A Big Fan Of The 17th Amendment."** "[25:56] Well, unfortunately the constitution they have is not as good and they keep changing it. Okay, that is a problem. And if you look at a lot of Eastern Europe , they just right now, they keep changing the Constitution of Hungary and it's like new President came in, let's change the constitution. That is the beauty of our Constitution, that change probably, like 17th amendment that I'm not a huge fan of that to tell you the truth. After that, [inaudible] became very hard to enforce for us at the states from my perspective, but you know, but I think that's something you know, I think we have genius." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**VIDEO: When Spartz Was A Child Living In Ukraine, She Said She Had To Put Together An AK-47 In 45 Seconds In School**

**VIDEO: When Spartz Was A Child Living In Ukraine, She Said She Had Ro Put Together An AK-47 In 45 Seconds In School.** "[00:15] The interesting thing, even in socialist schools and Soviet Union, they taught us you had to pass a test. How can you put together AK 47 in 45 seconds, and every boy as a kid, but every boy, every girl wants to toast and be ready in case we have to fight to put together AK 47." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**VIDEO: Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased A Bunch Of AK-47s Online**

**VIDEO: Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased A Bunch Of AK-47s Online.** "I talked a little bit with some of the senators but I actually didn't tell you the story of how I was getting AK 47. Again that's a check. Oh no, we want to protect here and there. I decided my husband find a good deal for AK 47 and I want a lot. I never thought about you know how much CPA my biography checks. Everyone gets it. I thought about it, right. So I find some guy No, it actually Fisher's close to where I live. He's an email dealer and I'm like, Okay, I'm ready [inaudible] I was the president of republican women. So I just told him, I said I'm going to get gun transfer. I come to get the gun; he says, 'I'm not going to give you a gun.' He says 'you seem suspicious. I reported you to the FBI as a suspicious person.' But I was shocked, to tell you the truth. you know, I actually had to go my husband had to pull friends away because he was the gun now. I thought I don't mind I cannot return it I got a good deal about that. Find another dealer. Well, if you say oh yeah, this guy right away and he had to transfer say, Oh no, she's fine, not worry about." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**VIDEO: "In The State Senate Victoria Opposed Tax Increases And Fought Obama Care"**

**VIDEO: "In The State Senate Spartz Opposed Tax Increases And Fought Obama Care."** "[:10] In the state senate Victoria opposed tax increases and fought Obamacare." [Spartz for Congress, YouTube, 5/22/20]

**VIDEO: Spartz Said Pushed For Secure Borders And An Immigration Policy That Benefitted The United States**

**VIDEO: Spartz Said Pushed For Secure Borders And An Immigration Policy That Benefitted The United States.** "[6:09] So we have to start dealing with that we have to start dealing with immigration. We're a country of laws, and we need to look at immigration. We need to have secure borders. We also need to have a policy that benefits our country. It's important to have and for years, everyone talks about it. No one wants to deal with it



because it's tough. It's hard to deal with stuff issues. Everything comes as a lot of politics, but Congress has to step up." [FOX59 News, YouTube, 3/9/20]

## Images

### Spartz With Vice President Mike Pence

[Victoria Spartz, Facebook, 4/22/20]

[Victoria Spartz, Facebook, 6/10/18]

### Spartz With Jeb Bush





[Victoria Spartz, Facebook, 11/21/19]



[Victoria Spartz, Facebook, 11/21/19]

**Spartz With Congressman Mast, Baird, And Crenshaw**




[Victoria Spartz, Facebook, 10/15/19]

**Spartz With South Dakota Governor Kristi Noem**



[Victoria Spartz, Facebook, 10/7/19]

**Spartz With Rudy Giuliani**



[Victoria Spartz, Facebook, 6/18/19]

## Spartz With Karl Rove



[Victoria Spartz, Facebook, 6/10/18]

## Headlines

**HEADLINE: Reader Viewpoint: Spartz Rejected Constituents' Requests For Help.** [Herald Bulletin, 5/29/20]

**HEADLINE: Lawmaker [Spartz] Wants To Deregulate Wetlands. Her Family Once Was Cited For Bulldozing Them.** [Indianapolis Star, 2/17/20]



# Personal & Professional History



# Biography

**This section provides background information on Victoria Spartz's personal life, including education, personal finances, criminal and civil record, and other areas. Searches were conducted with various local media in Hamilton County, media outlets including the Hamilton County Reporter and Indianapolis Star, as well as a number of other online resources, including Lexis-Nexis.**

## Birth Date

**Spartz Was Born On October 6, 1978.** [City of Noblesville, Election Office, accessed 6/25/20]

## Education

**Spartz Received A B.A. & M.S. In International Economics From National University of Economics (Ukraine).** [Spartz for Congress, accessed 7/22/20]

**Spartz Received A M.S. Accounting From Indiana University Kelley School of Business**. [Spartz for Congress, accessed 7/22/20]

## Spartz Immigrated To The United States From Ukraine

**2000: Spartz Moved To The United States.** [Indianapolis Business Journal, 5/1/20]

**2006: Spartz Became A U.S. Citizen.** [Indianapolis Business Journal, 5/1/20]

## Career

The following provides a brief overview of Victoria Spartz's professional career:

**Political**

- 2017 – 2020: State Senator for Indiana's 20th District
- Former Vice Chair, Hamilton County Republican Party
- Former President, Hamilton County Republican Women's Club
- Member, 5th Congressional District Republican Central Committee
- Founding Member, Hamilton County Tea Party

**Professional**

- 2013 – Present: Principal, EcoAgro USA LLC
- 2017 - 2017: Former CFO, Indiana Attorney General's Office
- Unknown: CPA, Big 4 Public Accounting Firms (unknown which firm she worked at)
- Unknown: Adjunct Faculty, Indiana University's Kelley School of Business
- 2009 - Present: President, International Strategic Business Consulting Group, Inc (ISBC)
- 2009 - Present: President, ISBC Real Estate Group LLC

## Criminal Record

### 2012: Spartz Was Charged With Speeding But It Was Later Dismissed



**2012: Spartz Was Charged With Speeding.** On March 26, 2012, Spartz was charged with "MAXIMUM SPEED LIMITS- Speed:73 Speed Zone: 60." On October 31, 2012, the charge was dismissed. [mycase.IN.gov, Case No. 25D01-1203-IF-000400, 3/26/12]

## Judgments Or Liens

**Spartz Was Not Associated With Any Judgments Or Liens.** As of July 2020, Spartz was not associated with any judgments or liens. [mycase.IN.gov, accessed 7/7/20]

## Bankruptcy Filings

**Spartz Was Not Associated With Any Bankruptcy Filings.** As of July 2020, Spartz was not associated with any bankruptcy filings. [mycase.IN.gov, accessed 7/7/20]

## Voter Registration & History

### 2006: Spartz Registered To Vote In Hamilton County, Indiana

**2006: Spartz Registered To Vote In Hamilton County, Indiana.** On April 3, 2006, Spartz regisrered to vote in Hamilton County, Indiana. Her registration was still active as of June 25, 2020. [Hamilton County Board of Elections, accessed 6/25/20]

According to Hamilton County Election Board, Spartz's voting history is depicted below:

| Victoria Spartz Voting History | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **General** | **Primary** | **Muni Primary** | **Muni Runoff** | **Municipal** | **Pres Primary** | **Special** | **Special Primary** |
| **2018** | Full Ballot | Republican Ballot | | | | | | |
| **2016** | Full Ballot | Republican Ballot | | | | | | |
| **2015** | N/A | N/A | | | | | | |
| **2014** | Full Ballot | Republican Ballot | | | | | | |
| **2013** | N/A | N/A | | | | | | |
| **2012** | Full Ballot | Republican Ballot | | | | | | |
| **2011** | Full Ballot | Absentee Republican Ballot | | | | | | |
| **2010** | Full Ballot | Republican Ballot | | | | | | |
| **2009** | N/A | N/A | | | | | | |
| **2008** | Full Ballot | Democratic Ballot | | | | | | |
| **2007** | N/A | Republican Ballot | | | | | | |

[Hamilton County Board of Elections, accessed 6/25/20]



## Notably, Spartz Voted In The 2008 Democratic Primary

**Spartz Voted In The 2008 Democratic Primary.** According to Hamilton County Election Board, Spartz voted in the 2008 Democratic primary election. [Hamilton County Board of Elections, accessed 6/25/20]



# Personal Finance

**In 2020, Spartz had an estimated net worth of between $37,635,997 and $7,665,011.**

**According to Spartz's federal personal financial disclosures, her 2020 annual unearned income was between $252,504 and $2,105,000. Spartz also earned $71,045 in salary from the Indiana State Senate. Spartz's assets totaled between $8,465,011 and $38,001,000. Spartz had $365,003 and $800,000 in liabilities.**

*NOTE: For detailed descriptions of Spartz's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

## Spartz's Federal Personal Financial Disclosure Summary

*NOTE: For detailed descriptions of Spartz's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

| Spartz PFD Toplines | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year** | **Earned Income** | **Asset Value** | | **Unearned Income** | | **Transactions** | | **Liabilities** | | |
| | | **MIN** | **MAX** | **MIN** | **MAX** | **MIN** | **MAX** | **MIN** | **MAX** | |
| **2020** | $39,533 | $8,465,011 | $38,001,000 | $252,504 | $2,105,000 | N/A | N/A | $365,003 | $800,000 | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Spartz's State Personal Financial Disclosure Summary

*NOTE: For detailed descriptions of Spartz's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

| Spartz State PFD Toplines | | | | | | |
|---|---|---|---|---|---|---|
| **Year** | **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| 2019 | EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| | ISBC Group | Consulting | Yes | No | No | No |
| | Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| | Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | No |
| 2018 | EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| | ISBC Group | Consulting | Yes | No | No | No |
| | Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| | Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |
| 2017 | EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| | ISBC Group | Consulting | Yes | No | No | No |


| | | | | | | |
|---|---|---|---|---|---|---|
| | Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| | Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2019 Statement of Economic Interests, 1/13/20; [Spartz 2018 Statement of Economic Interests, 1/8/19; [Spartz 2017 Statement of Economic Interests, 1/9/18]

## Taxpayer Funded Salaries

### 2017-2020: Spartz Earned A Total Of $119,044 In Salary As A Member Of The Indiana General Assembly

#### 2017 – 2020: Spartz Collected More Than $53,000 In Salary And More Than $65,000 In Per Diems

| Spartz Office Expenditures – Career | | |
|---|---|---|
| | **Salary** | **Per Diems** |
| **2020** | $27,204.66 | $12,144.00 |
| **2019** | $26,489.52 | $29,572.00 |
| **2018** | $25,94.66 | $21,439.00 |
| **2017** | $0.00 | $2,076.00 |
| **Career** | **$53,813.84** | **$65,231.00** |

[Indiana State Senate, FOIA Response, 7/1/20]

### Spartz Reported That She Had An Indiana Legislator Retirement Plan Worth $15,001 To $50,000

**Spartz Reported That She Had An Indiana Legislator Retirement Plan Worth $15,001 To $50,000.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

INPRS 2045 Fund [MF] $15,001 - $50,000 Tax-Deferred

DESCRIPTION: Indiana Legislators' Defined Contribution Plan

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

# Political Career

**This section provides an overview of Spartz's political career, from 2017 to 2020.**

**Significant Findings**

- ✓ *Spartz said that her Democratic opponent Christina Hale was "handpicked" by Nancy Pelosi*
- ✓ *Spartz said that she would "stand up to leaders of both parties" and be an "independent voice"*
- ✓ *Spartz aligned herself with right-wing groups*
  - ✓ *Spartz said she was a member of ALEC—a controversial right-wing group that made pre-packaged legislation with the help of corporations and conservative state legislators*
  - ✓ *In the primary, Club for Growth spent $500,000 on an ad buy in support of Spartz*
  - ✓ *Spartz attended a FreedomWorks event in Washington, DC*
- ✓ *Spartz was appointed to the Indiana state senate in 2017*
  - ✓ *As of 2020, she served on the Education and Career Development, Environmental Affairs, and the Pensions and Labor committees*
- ✓ *In June 2020, Spartz won the IN-05 Republican primary with 39.8% of the vote*
- ✓ *Spartz contributed $900,000 to her campaign through a personal loan—making up 90% of her total amount raised as of May 2020*
  - ✓ *Spartz's loan raised eyebrows with her opponents and the media with, some accusing her of trying to "buy the nomination"*
  - ✓ *Spartz said she contributed the sizable amount because she suspended fundraising efforts due to COVID-19*
- ✓ *During the Republican primary, Spartz was subjected to sexist and xenophobic attacks from her opponents*
  - ✓ *In May 2020, Spartz said that she was considering taking legal actions against her opponents for their attacks*
  - ✓ *During a town hall, a member of production staff accidentally called Spartz, "Putin's little princess with the NRA" while the broadcast was still live*
- ✓ *Notably, Spartz was endorsed by the NRA, Indiana Right to Life, and Americans for Prosperity*
- ✓ *Spartz contributed nearly $26,000 to federal Republican candidates and contributed over $330,000 to her own state campaigns*



# Partisanship

## Spartz Said That Her Democratic Opponent Christina Hale Was Hand-Picked By Nancy Pelosi

**Spartz Said That Her Democratic Opponent Christina Hale Was Hand-Picked By Nancy Pelosi.** "When asked if she was confident she could win the 5th District general election, Spartz called Hale 'the handpicked candidate of Nancy Pelosi,' who would vote in favor of every 'extreme liberal priority,' in an emailed statement." [Indianapolis Star, 6/7/20]

## Spartz Said That Sometimes You Need To Go Against Your Party To Represent Your Constituents

**Spartz Said That Sometimes You Need To Go Against Your Party To Represent Your Constituents.** "'I have proven results at every level, whether it's business, whether it's been involved in a lot of nonprofit communities, in the civic community, in public service,' she said. 'And we need to fight for issues and we have to be able to fight for our people and to represent them, not to be afraid, even sometimes go against your party.'" [Chronicle-Tribune, 5/26/20]

## Spartz Said That She's Worked Across The Aisle In The Senate And That She Pushed "Common Sense"

**VIDEO: Spartz Said That She's Worked Across The Aisle In The Senate And That She Pushed "Common Sense."** "[2:23] Interviewer: How do you respond to those who might suggest that you might be further right then, the district is now? Spartz: It's interesting, because people always say that, but I have a lot of legislation and the State Senate that I had a lot of democrats support and I only represent the people that voted for me and I'm not going to be pushed by anyone else. And I think that's a lot of people respect even from other party in my views, and I've actually been on the radio in person recently, and I got some feedback with some data. And they were surprised that actually my answer had some common sense. You know, and, you know, they say, Oh my gosh, you know, we don't have too much common sense in Congress. So but we better get some more." [IN Focus, Interview with Victoria Spartz, 5/18/20]

## Spartz Said She Would "Stand Up To Leaders Of Both Parties" And Be An "Independent Voice"

**Spartz Said She Would "Stand Up To Leaders Of Both Parties" And Be An "Independent Voice."** "I'm running for Congress in Indiana's 5th District because I will not allow socialists to exploit this crisis to advance their destructive ideology in the United States. I escaped the tyranny and corruption of socialism in Soviet Ukraine. I've had the opportunity to live the American Dream and I'm committed to protecting our Republic and our freedom for every American. I'll stand up to leaders in both parties and be your independent voice in Congress." [Victoria Spartz, Facebook, 5/9/20]

Victoria Spartz
May 9
I'm running for Congress in Indiana's 5th District because I will not allow socialists to exploit this crisis to advance their destructive ideology in the United States. I escaped the tyranny and corruption of socialism in Soviet Ukraine. I've had the opportunity to live the American Dream and I'm committed to protecting our Republic and our freedom for every American. I'll stand up to leaders in both parties and be your independent voice in Congress.



[Victoria Spartz, Facebook, 5/9/20]

## Spartz Said She Was A Member Of ALEC

### 2020: Spartz Said She Was "Honored To Participate" In A Special Conversation VP Pence And "Fellow ALEC Legislators"

**2020: Spartz Said She Was "Honored To Participate" In A Special Conversation With VP Pence And "Fellow ALEC Legislators".** "I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😊). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force: - 4.7M tests have been administered, while one month ago there were 80,000 tests administered;- Every American who has needed a ventilator has received a ventilator; - Supplies are being directed to the states that need it when they need it; - Reopening the economy will be done in three phases – one safe step at a time; - State governments will determine when and how to reopen state economies. Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today." [Victoria Spartz, Facebook, 4/22/20]




[Victoria Spartz, Facebook, 4/22/20]

### Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills"

**Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills."** "To itself, ALEC is an organization dedicated to the advancement of free market and limited government principles through a unique 'public-private partnership' between state legislators and the corporate sector. To its critics, it's a shadowy back-room arrangement where corporations pay good money to get friendly legislators to introduce pre-packaged bills in state houses across the country. Started in the mid-1970s, ALEC's existence has been long known but its practices, largely, have not; the group hasn't been eager to tie its bills in Wisconsin to those in Ohio to those in North Carolina." [Atlantic, 4/12/12]

### ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation

**ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation.** "LEC members, including state legislators and corporate representatives, meet in task forces on specific issue areas (i.e., environment and energy, worker's rights, etc.) and collaborate to write model legislation. Once the task force completes a model bill it is approved by the ALEC membership and governing board. Once bills clear those hurdles, they become official ALEC "model policies," which are disseminated to state legislators." [Brookings Institute, 12/6/13]



**ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform**

**ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform.** "ALEC's agenda extends into almost all areas of law. Its bills undermine environmental regulations and deny climate change; support school privatization; undercut health care reform; defund unions and limit their political influence; restrain legislatures' abilities to raise revenue through taxes; mandate strict election laws that disenfranchise voters; increase incarceration to benefit the private prison industry, among many other issues." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**ALEC Was An Associate Member Of The State Policy Network—A Web Of Right-Wing Think Tanks**

**ALEC Was An Associate Member Of The State Policy Network—A Web Of Koch Funded Right-Wing Think Tanks.** "ALEC is an 'associate' member of the State Policy Network, a web of right-wing 'think tanks' in every state across the country." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**2019: Spartz Was Selected As The 5th District Republican Woman Of The Year**

**2019: Spartz Was Selected As The 5th District Republican Woman Of The Year.** "Honored to have been selected as the 5th District Republican Woman of the Year! Please save the date for Indiana Federation of Republican Women's 'Tribute to Women' dinner on Friday, August 23, 2019 at the Ritz Charles in Carmel, Indiana." [Victoria Spartz, Facebook, 6/20/19]



[Victoria Spartz, Facebook, 6/20/19]

**Spartz Attended GOPAC's 2019 Emerging Leaders Summit With Rudy Giuliani**

**Spartz Attended GOPAC's 2019 Emerging Leaders Summit With Rudy Giuliani.** "Productive conference sharing experiences and ideas with colleagues nationwide along with David Avella, Rudy Giuliani and Judge Napolitano at GOPAC's 2019 Emerging Leaders Summit. Thank you to Senator Bray and the GOPAC Advisor Board for selecting me to be a part of this free market and limited government organization!" [Victoria Spartz, Facebook, 6/18/19]





[Victoria Spartz, Facebook, 6/18/19]

## Spartz Became Involved In Republican Politics Because She Became Frustrated With Government Regulations

**Spartz Became Involved In Republican Politics Because She Became Frustrated With Government Regulations.** "But she became frustrated with government regulations. So she got involved with the Republican Party to do something about it. She firmly believes government should be small--doing less, but doing those things more efficiently. 'We need to get the federal government out of a lot of business regulations,' Spartz said." [The Times, 9/8/17]

## 2017: Spartz Wanted To Unify Republicans Statewide

**2017: Spartz Wanted To Unify Republicans Statewide.** "'I have a special appreciation of and love for the tenants of our constitutional republic and the Republican Party,' she said. 'We must unify Republicans statewide - we are far more effective as one cohesive group. I want to go back to the basics, lower taxes, free enterprise and limited government. We also need a sense of civility, collaboration and commitment to results in State government.'" [The Times, 7/14/17]

## Interest Group Ratings

**2018: Spartz Received A 73% Rating From The American Conservative Union.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

# Attendance Record

| Spartz Voting Attendance Record | | | |
|---|---|---|---|
| **Time Period** | **Votes Eligible** | **Missed Votes** | **Percent** |
| 2020 | 413 | 6 | 1.5% |
| 2019 | 651 | 2 | 0.3% |
| 2018 | 460 | 3 | 0.6% |
| **Total:** | **1524** | **11** | **0.7%** |

[Indiana General Assembly, accessed 7/10/20]



## Committees

*Note: Committees and subcommittees listed in italics represent chairmanships.*

| Indiana General Assembly | |
|---|---|
| **Years** | **Committees** |
| 2017 – 2020 | Education and Career Development |
| | Environmental Affairs |
| | Pensions and Labor |

[Senator Victoria Spartz, accessed 7/7/20]

## Campaigns

### Election History

| Rep. Mimi Walters Electoral History | | | | |
|---|---|---|---|---|
| **Year** | **Office** | **Candidates** | **Results** | **Spartz Margin** |
| 2020 | U.S. House Primary (IN-05) | Victoria Spartz (R) | 39.8% | +22.2% |
| | | Beth Henderson (R) | 17.6% | |
| | | Micah Beckwith (R) | 12.8% | |
| | | Carl Brizzi (R) | 6.4% | |
| | | Kent Abernathy (R) | 5.6% | |
| | | Kelly Mitchell (R) | 5.3% | |
| | | Chuck Dietzen (R) | 4.7% | |
| | | Matthew Hook (R) | 2.5% | |
| | | Andrew Bales (R) | 1.5% | |
| | | Mark Small (R) | 1.2% | |
| | | Danny Niederberger (R) | 0.8% | |
| | | Victor Wakley (R) | 0.5% | |
| | | Allen Davidson (R) | 0.5% | |
| | | Russell Stwalley (R) | 0.4% | |
| | | Matthew Hullinger (R) | 0.4% | |
| 2017 | Indiana State Senate | Victoria Spartz (R) | Appointed To Vacant Seat | N/A |

[New York Times, Indiana Primary Election Results, 6/5/20]

### 2020 Congressional Election

#### June 2020: Spartz Won The Republican Primary Election

**June 2020: Spartz Won The Republican Primary Election.** "State Senator Victoria Spartz won the Republican primary in Indiana's fifth district, a traditionally red seat in the Indianapolis suburbs and exurbs, to replace retiring GOP Rep. Susan Brooks. Spartz beat out a crowded field of 15 candidates including State Treasurer Kelly Mitchell, nurse Beth Henderson, and former prosecutor Carl Rizzo. Tension ran high at points in the primary, with fellow GOP candidate Henderson airing attack ads that some have criticized as xenophobic in targeting Spartz's Ukrainian heritage." [Business Insider, 6/2/20]

#### Spartz Contributed $900,000 To Her Campaign Through A Personal Loan


**Spartz Contributed $900,000 To Her Campaign Through A Personal Loan.** "And in the final weeks of what was mostly a docile primary, some candidates went on the attack against Spartz, who had the most money as of mid-May. More than half of the Republican candidates turned to personal loans, six of which relied on personal money to raise more than 50% of their total funds. Spartz by far contributed the most money to her campaign with a total of $900,000 in personal loans, including a last minute $150,000 loan she gave herself just last week." [Indianapolis Star, 6/3/20]

    **Spartz's Personal Loans Made Up 90% Of Her Total Dollar Amount Raised.** "Spartz by far contributed the most with a total of $900,000 in personal loans. As of mid-May her personal money made up almost 90% of her total dollar amount raised for the campaign." [Indianapolis Star, 5/31/20]

    **Spartz Personally Funded Her Campaign After She Suspended Fundraising Efforts Amid The COVID-19 Pandemic.** "She attributed the decision to personally fund her campaign to her suspension of fundraising efforts amid the coronavirus. She has, however, raised some money since the announcement. 'I never made easy money in my life, like most of us,' Spartz said in a statement in April, 'but I understand that our country is at a very important crossroads in our history and I am willing to do my part to win this war against socialism.'" [Indianapolis Star, 5/31/20]

**Spartz's Personal Loan Led Opponents To Question Her Personal Financial Disclosures**

**Spartz's Personal Loan Led Opponents To Question Her Personal Financial Disclosures.** "But in mid-May Spartz's hefty personal loan earned her the criticism of her opponents, who questioned, based on her candidate financial disclosure form, how she could afford to finance her campaign. Spartz didn't list any interest-bearing bank accounts, which candidates are required to disclose if they have accounts that exceed a collective $5,000." [Indianapolis Star, 5/31/20]

    **A Spokesperson For Spartz's Campaign Said That Spartz Had Bank Accounts But Did Not Have Interest Bearing Bank Accounts.** "Tim Edson, a spokesman for her campaign, told IndyStar that Spartz has bank accounts but not interest-bearing bank accounts." [Indianapolis Star, 5/31/20]

    **The Campaign Hired A Legal Expert Who Verified Spartz Complied With Disclosure Rules.** "Edson called the attacks baseless and said the campaign hired a top legal expert who verified Spartz complied with disclosure rules. 'Victoria and her husband invest, farm, and develop land in Hamilton County, one of the fastest growing counties in the country,' Edson said in an email to IndyStar. 'The $750,000 loan is a combination of income earned by 3 partnerships disclosed on Victoria's financial disclosure.'" [Indianapolis Star, 5/31/20]

**Spartz Said She Contributed A Sizable Amount Of Her Own Money To Her Campaign Due After She Suspended Planned Fundraising Efforts Due To COVID-19**

**Spartz Said She Contributed A Sizable Amount Of Her Own Money To Her Campaign Due After She Suspended Planned Fundraising Efforts Due To COVID-19.** "'Due to the current situation with the coronavirus we decided to suspend our planned fundraising efforts, therefore I contributed a sizable amount of my own money to this campaign,' Spartz said." [Spartz for Congress, 4/15/20]

**NRCC Chairman Tom Emmer Congratulated Spartz On Her Primary Win**

**NRCC Chairman Tom Emmer Congratulated Spartz On Her Primary Win.** "RCC Chairman Tom Emmer released the following statement regarding the results of the IN-05 primary election: 'Congratulations to Victoria Spartz on her primary win tonight. As an immigrant from Ukraine she knows firsthand how socialism can destroy a nation and will always fight for freedom. She is a proven leader in Indiana, and I look forward to her win in November. That stands in stark contrast to Christina Hale who will support the socialist agenda of House Democrats instead of fighting for Hoosiers.'" [NRCC, 6/3/20]



## Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents

**Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents.** "Spartz also benefited from nearly $500,000 spent by the Washington-based anti-tax Club for Growth on ads highlighting past criticisms of President Donald Trump by other candidates in a race that largely turned into a contest of Trump loyalty." [Associated Press State & Local, 6/3/20]

**Club For Growth Was An Influential Right-Wing Group Funded By Extremely Wealthy Conservatives.** "Club for Growth is a right-wing political group established in 1999 by Stephen Moore that endorses and raises money for candidates. According to a February 22, 2011 article by John Nichols in The Nation, the Washington D.C. based Club for Growth is 'an organization funded by extremely wealthy conservatives to carry out their budget-stripping goals,' and that 'has been a key player in Republican Governor Scott Walker's move to take out the state's organized workers.' Nichols writes that the Club for Growth is part of a 'national strategy' to get 'newly elected Republican governors' to destroy labor and unions. R.J. Johnson, who served as a political strategist for Walker's campaign, is a key adviser to the Club for Growth. Johnson has refused to disclose where the Club for Growth gets its funding. The Minneapolis-St. Paul Star Tribune in a February 26, 2011 editorial described the Club for Growth as an 'ultra-rich special interest itself.' As of March 15, 2020, OpenSecrets estimates that Club for Growth has spent $33.6 million influencing federal elections. [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## During The Republican Primary, Spartz Was Subjected To Sexist And Xenophobic Attacks

**Spartz Criticized Her Opponents For Using "Vile And Disgusting" Attacks.** "Political campaigns always include tough criticism of candidates. But the vile and disgusting attacks used in the 5th District congressional race set a new low. These attacks have been made by candidates and supported with gleeful abandon by people who claim to be journalists but really have no interest in anything other than clicks and controversy. The non-partisan National Journal describes these attacks as, 'thinly-veiled xenophobic and sexist'. The Journal goes on to specifically call out Beth Henderson's ad attacking me for not being born in America. The Journal also cites Carl Brizzi's misogynistic attacks that claim that I cannot be a successful business person…because I am a woman." [Victoria Spartz for Congress, Email, accessed 7/6/20]

**During The Republican Primary, Spartz Was Subjected To Sexist And Xenophobic Attacks.** "In Indiana s 5th District, Republicans have lobbed sexist and xenophobic attacks against front-runner Victoria Spartz, who was born in Ukraine and speaks with an accent. Nurse Beth Henderson, a member of the National Republican Congressional Committee Young Guns program, even released an ad in which she proclaims that she was born in the USA and an image appears of a shadowed woman approaching a Soviet flag and the Kremlin, labeled Victoria s Secret." [National Journal Daily Extra AM, 5/31/20]

## Noblesville Stands Together, A Gun Control Group, Opposed The Election Of Spartz

**Noblesville Stands Together Opposed The Election Of Spartz.** "As voters consider their choices in the 5th Congressional District, there are some things they should know about Victoria Spartz. Noblesville Stands Together was formed by parents after the 2018 shooting at Noblesville West Middle School. […] Today, she proudly advertises her hard-earned NRA endorsement, adding insult to injury for parents whose kids hid under desks and ran out of their school to avoid bullets. Hoosiers want leaders who act on our behalf, not in pursuit of extreme ideological agendas. We should carefully consider whether sending more culture warriors to Washington, D.C., is the answer." [Current in Carmel, Letter to the Editor, 5/28/20]

## Spartz Said She Was Funding Her Own Campaign And Had Complied With All Personal Financial Disclosure Rules

**Spartz Said She Was Funding Her Own Campaign And Had Complied With All Personal Financial Disclosure Rules.** "I am funding this campaign with my own hard-earned money and I have complied with ALL



disclosure rules required by the U.S. House of Representatives. The source of my loan to the campaign is plain as day on my financial disclosure statement and I have been completely transparent. I have sufficient income from our businesses to make this loan. You can view my financial disclosure here. I even recently hired a top legal expert in this area to confirm my full compliance with all reporting requirements." [Victoria Spartz for Congress, MailChimp, 5/28/20]

**Spartz Said She Was Considering Taking Legal Action Against Her Opponents Who Were Pushing Conspiracy Theories About Her**

**Spartz Said She Was Considering Taking Legal Action Against Her Opponents Who Were Pushing Conspiracy Theories About Her.** "In addition to these false attacks on my decision to fund my own campaign, my opponents have accused me of working with Russian oligarchs and all sorts of bizarre, laughable conspiracies. These are the same tactics Nancy Pelosi, Adam Schiff and the corrupt liberal media have used against President Trump. These attacks are 100% FALSE. In fact, they are so baseless and so malicious I am considering taking legal action against the individuals promoting them." [Victoria Spartz for Congress, MailChimp, 5/28/20]

**Spartz Said She Initially Did Not Want To Run For Congress But After Working On State Health Care Issues She Changed Her Mind**

**Spartz Said She Initially Did Not Want To Run For Congress But After Working On State Health Care Issues She Changed Her Mind.** "She said she initially decided against running for Congress and wanted to continue working at the state level, but her work on state health care reform legislation changed her mind when she realized how little control states have in that area. If elected, she said she would work to get bills passed rather than just talking about goals. 'I think we need to become more constructive and start working on policies, not on politics. Both of the parties, we have lots of drama going on,' she said. No one wants to work on stuff because it's tough to pass any policy.'" [Chronicle-Tribune, 5/26/20]

**Letter To The Editor: "I May Cast My Vote Against Mrs. Spartz And Mr. Gaskill"**

**Letter To The Editors: "I May Cast My Vote Against Mrs. Spartz And Mr. Gaskill."** "I read with distress Mr. Gaskill's endorsement of Victoria Spartz. He seems confused and self-contradictory. He speaks of Victoria fighting 'socialism,' yet then says she came from a communist country. Socialism and communism are not the same thing. Her recent TV ad indicates she is simply following politics dogma with no real understanding political meaning. […] I may indeed change my mind and vote in the primaries now, so that I may cast my vote against Mrs. Spartz and Mr. Gaskill. David Seal, Anderson." [Herald Bulletin, Letter to the Editor, 5/20/20]

**Spartz Was Accused Of Trying To "Buy The Nomination"**

**Spartz Was Accused Of Trying To "Buy The Nomination."** "Hamilton County has an opportunity to elect an NRA-approved Tea Party Trumpublican to Congress this fall. Victoria Spartz is making a brazen attempt to buy the nomination, bombarding us with TV ads designed to frighten and alarm regular people. Victoria Spartz is not the person Hamilton County needs representing our interests in Congress. […] Her grassroots support, at this time, is virtually non-existent. Yet, she is all over TV, fearmongering about socialists and left-wing liberals, bragging about her support from the NRA, cuddling up to a failing, disgraceful President Trump and apparently succeeding in separating herself from a pack of 14 other mostly undistinguished candidates. Of those 14, only Mark Small makes any sense when discussing the issues facing this nation in 2020. If you believe her ads, Victoria Spartz would be voting against every piece of legislation designed to help Hoosiers avoid the twin calamities of the COVID-19 virus and the impending collapse of the American economy. She portrays herself as a rugged individualist, haranguing people to pull themselves up by their bootstraps, even those folks who don't have bootstraps upon which to pull." [Current in Fishers, Letter to the Editor, 5/19/20]


**During A Republican Town Hall, A Member Of Production Staff Called Spartz "Putin's Little Princess With The NRA"**

**During A Republican Town Hall, A Member Of Production Staff Called Spartz "Putin's Little Princess With The NRA."** "One of the more controversial moments of the night happened after the debates had already concluded. Someone on the production staff appeared to call Spartz 'Putin's little princess with the NRA,' five minutes after the debate ended. The webcast was still live and the comment was aired. Spartz was raised in the Ukraine and boasted that she was endorsed by the NRA during the debate Monday night." [Indianapolis Star, 5/13/20]

**Spartz's Top Priority Was Health Care**

**Spartz's Top Priority Was Health Care.** "Why she's running: to be involved with health care reform and remove federal roadblocks. Top priority: health care." [Indianapolis Business Journal, 5/1/20]

**Spartz Confirmed She Would Attend The Republican Debate For IN-05 Hosted By The Westfield GOP Club**

**Spartz Confirmed She Would Attend The Republican Debate For IN-05 Hosted By The Westfield GOP Club.** "The Westfield GOP Club will conduct a debate between the large pool of 5th District Congressional candidates vying for the Republican nomination in the May primary. U.S. Republican incumbent Susan Brooks is retiring of her term. The debate is set for 6 to 8 p.m. March 25 at the Westfield High School auditorium, 18250 N. Union St. The debate will be moderated by Kyle Hupfer, chairman of the Indiana State GOP. […] So far, 12 of the 15 Republican candidates have confirmed they will attend. They are Kent Abernathy, Micah Beckwith, Chuck Dietzen, Beth Henderson, Matthew Hook, Carl Brizzi, Russell Stwalley, Kelly Mitchell, Danny Niedenberger, Victoria Spartz, Matt Hullinger and Andrew Bales. Republican candidates who have not confirmed are Allen Davidson, Mark Small and Victor Wakley." [Current in Westfield, 3/12/20]

**Spartz: "I Don't Want To Have A Political Job"**

**VIDEO: Spartz: "I Don't Want To Have A Political Job.** "You know, I spent all of my material life here, and honestly, I would rather just enjoy and be on the beach and enjoy my family. I don't want to have a political job. Okay, not at all. It's a great service. It's a great honor, but a huge responsibility. And I think we need to take it very responsibly." [FOX59 News, YouTube, 3/9/20]

**Spartz Attended A FreedomWorks Event In Washington, DC**

**Spartz Attended A FreedomWorks Event In Washington, DC.** "Great seeing some strong freedom loving women and good friends at the FreedomWorks event in DC! It's been a pleasure working with a lot of them on some important policies to improve health care choices and transparency for patients! We are making our first steps this session, but there is a lot of work ahead of us!" [Victoria Spartz, Facebook, 3/7/20]





Victoria Spartz
March 7
Great seeing some strong freedom loving women and good friends at the FreedomWorks event in DC! It's been a pleasure working with a lot of them on some important policies to improve health care choices and transparency for patients! We are making our first steps this session, but there is a lot of work ahead of us!
FreedomWorks
WOMEN WIN2020
INFORMED. ENGAGED. EMPOWERED.
FreedomWorks
FreedomWorks

[Victoria Spartz, Facebook, 3/7/20]

**FreedomWorks Was A Conservative Think Tank That Was An Instrumental Force Within The Tea Party Movement.** "The nonprofit FreedomWorks is 'one of the main political outfits of the conservative movement and an instrumental force within the tea party,' according to Mother Jones. While FreedomWorks describes itself as 'a grassroots service center', political scientist Theda Skocpol has described the group as one of the 'big-money funders and free-market advocacy organizations' that 'leapt on the bandwagon' of protests in 2009 to advance their existing political agendas. FreedomWorks, registered as 501(c)4, has a sister organization registered as a 501(c)3, FreedomWorks Foundation." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**FreedomWorks Was A Member Of The State Policy Network.** "FreedomWorks is an 'associate member' of the State Policy Network, web of right-wing 'think tanks' and tax-exempt organizations in 50 states, Washington, D.C., Canada, and the United Kingdom." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**Spartz: "Congress Is Broken…"**

**Spartz: "Congress Is Broken…"** "We are going to pass some good bills, but they are going to be effective for a very small part of the market," Spartz said. "Everything is now federally regulated and we have to push it back to the state. Everything is done through executive orders, and while I might like them today, I might not like them tomorrow. Congress is broken and the legislative branch is not performing their function on what they should be doing. Executive branch shouldn't be legislating, it was never meant to be. That way it doesn't go through all the due processes." [Current in Fishers, 3/5/20]

**On Running For Congress, Spartz Stated She "Didn't Need This Job"**

**On Running For Congress, Spartz Stated She "Didn't Need The Job."** "Spartz said she would regret if she didn't run now to fill the spot, which will become open with the retirement of incumbent U.S. Rep. Susan Brooks. 'I'm fine with whatever voters decide. I don't need this job,' Spartz said. 'I have businesses to run. I have my family. I have a lot of things in life I need to accomplish. I need to make my case.'" [Current in Fishers, 3/5/20]

**July 2019: Spartz Said, Despite Encouragement From People At The National Level, She Was Not Entering The Congressional Race For IN-05**

**July 2019: Spartz Said, Despite Encouragement From People At The National Level, She Was Not Entering The Congressional Race For IN-05.** "I would like to thank a lot of good people in Indiana and at the national level for their encouragement for me to enter the race for the 5th Congressional district, but I am not going to do it at this time. My extensive business, educational and financial expertise, in addition to state legislative experience, could


be of tremendous benefit at the federal level, but I feel that I still need to take care of some legislative reforms and my businesses in Indiana. However, I am planning on becoming more vocal in promoting free enterprise and liberty ideals that our country was founded on. The federal government is only responsible for a few core functions such as national defense and protection of our rights to Life, Liberty, and Property. As someone who grew up in a communist controlled socialistic country, the value of freedom is on the top of my list and I hope it is on top of the list for my fellow Americans. Although, if I feel that this race is moving in the wrong direction, I reserve the right to reconsider my decision. We must win the House back and fix healthcare, immigration, education, entitlements, and send powers back to the states and to 'We the People!'" [Victoria Spartz, Facebook, 7/22/19]

Victoria Spartz
July 22, 2019 ·

I would like to thank a lot of good people in Indiana and at the national level for their encouragement for me to enter the race for the 5th Congressional district, but I am not going to do it at this time. My extensive business, educational and financial expertise, in addition to state legislative experience, could be of tremendous benefit at the federal level, but I feel that I still need to take care of some legislative reforms and my businesses in Indiana. However, I am planning on becoming more vocal in promoting free enterprise and liberty ideals that our country was founded on. The federal government is only responsible for a few core functions such as national defense and protection of our rights to Life, Liberty, and Property. As someone who grew up in a communist controlled socialistic country, the value of freedom is on the top of my list and I hope it is on top of the list for my fellow Americans. Although, if I feel that this race is moving in the wrong direction, I reserve the right to reconsider my decision. We must win the House back and fix healthcare, immigration, education, entitlements, and send powers back to the states and to "We the People"!

[Victoria Spartz, Facebook, 7/22/19]

## Endorsements

**Spartz Was Endorsed By 5th District GOP Chair Judy Buck.** "'Indiana's 5th Congressional District needs Victoria to represent us in Congress. She has an amazing work ethic and deep understanding of the work that needs done to keep America free. Victoria is the right choice for Indiana and America.' -Judy Buck" [Victoria Spartz, Twitter, 7/13/20]

[Victoria Spartz, Twitter, 7/13/20]

**Spartz Was Endorsed By Madison County GOP Chair Russ Willis.** "'Hoosiers are fired up to send Victoria Spartz to Congress and take back the House this November. The Fifth District is a Republican stronghold and no amount of money from Nancy Pelosi and her far-left allies is going to change that' --Madison County GOP Chair Russ Willis." [Victoria Spartz, Twitter, 7/11/20]



[Victoria Spartz, Twitter, 7/11/20]

**Spartz Was Endorsed By Elise Stefanik's E-PAC.** "'E-PAC is proud to endorse and stand with Victoria Spartz in Indiana's 5th district. She won the June 2nd Republican primary in a crowded field of candidates, and now she's taking on well-funded Democrat Christina Hale in this open seat race... With Representative Susan Brooks retiring, it's VITAL that we keep this seat RED by electing a strong Republican to replace her! We cannot cede any ground to the Democrats if we want to stay on track to take back the House!' - Elise Stefanik" [Victoria Spartz, Twitter, 7/9/20]



[Victoria Spartz, Twitter, 7/9/20]

**Spartz Was Endorsed By State Senator Jim Buck.** "'With Victoria's life experience, she is just what Congress needs. Victoria will work hard to preserve the freedoms and liberties that have brought so many to our country... Victoria was a tireless leader and thorough resource for legislators discussing legislation during her time serving in the Indiana Senate.' - Senator Jim Buck" [Victoria Spartz, Twitter, 7/9/20]




[Victoria Spartz, Twitter, 7/9/20]

**Spartz Was Endorsed By The NFIB.** "'During her time in the Indiana state Senate, Victoria Spartz has proven herself to be a hard worker and a supporter of Indiana's small businesses. We know she will continue to support pro-small business issues in Congress, such as doing away with costly overregulation and... making tax relief for small businesses permanent. On behalf of small businesses in Indiana's 5th Congressional District, I am proud to endorse Victoria Spartz today for election to the U.S. House of Representatives.' - Barbara Quandt, NFIB's Indiana State Director" [Victoria Spartz, Twitter, 7/8/20]

[Victoria Spartz, Twitter, 7/8/20]

**Spartz Was Endorsed By Howard County GOP Chair Jennifer Jack**. "'After growing up in a socialist-controlled country, freedom has a special meaning to Victoria. She will be a strong advocate for our freedoms in Congress and never forget that she represents the people, not the government. Victoria has my complete support.' – Jennifer Jack." [Victoria Spartz, Twitter, 7/2/20]





[Victoria Spartz, Twitter, 7/2/20]

**Spartz Was Endorsed By The Marion County GOP Chair Cindy Kirchofer.** "'As a successful businesswoman and former educator, Victoria will help our economy and improve education. She brought great professional expertise and energy to the legislature, and I think she will be someone who will bring people together to solve problems.' – Cindy Kirchhofer." [Victoria Spartz, Twitter, 7/1/20]



[Victoria Spartz, Twitter, 7/1/20]

**Spartz Was Endorsed By Maggie's List, A group That Supports Fiscally Conservative Women Running For Congress.** "I am pleased to receive the endorsement of Maggie's list, an organization dedicated to electing conservative women who support fiscal conservatism, less government, more personal responsibility and strong national security. #VoteVictoria." [Victoria Spartz, Twitter, 6/25/20]





[Victoria Spartz, Twitter, 6/25/20]

**Spartz Was Endorsed By Hamilton County GOP Chair Laura Campbell.** "'Republicans are unified and energetically behind Victoria Spartz to be our next congresswoman. Victoria's upbringing in the Ukraine provides the basis for her strong stance against socialism and her story shows that the American dream is alive and well... She will be a great advocate for our party, our free enterprise system and our republic. Victoria has my full support and I look forward to working with her and all of our Republican candidates to win elections this fall!' - Hamilton County GOP Chair Laura Campbell." [Victoria Spartz, Twitter, 6/22/20]

[Victoria Spartz, Twitter, 6/22/20]

**Spartz Was Endorsed By The Tipton County GOP Chairman Mike Cline.** "'Victoria has proven through exemplary service to the state of Indiana that she is best suited to serve the 5th District in Congress. Her conservative values and work ethic will best represent the hard working people of Tipton County and the entire region.' - Mike Cline." [Victoria Spartz, Twitter, 6/19/20]





[Victoria Spartz, Twitter, 6/19/20]

**Spartz Was Endorsed By Americans For Prosperity.** "Americans for Prosperity Action (AFP Action) today announced its support for State Senator Victoria Spartz's election to Indiana's 5th Congressional District. Spartz earned AFP Action's support for her work in the Indiana Senate to expand access to quality, affordable health care, putting more money in Hoosier families' pockets, and backing pro-growth reforms that help small business recover and thrive following the economic crisis caused by COVID-19 and business shutdowns. The grassroots-focused group will use its signature grassroots and a range of other tactics to build support for Victoria Spartz and help her get elected to Congress." [Americans for Prosperity Action, 6/17/20]

> **Americans For Prosperity Was A Right-Wing Group Founded By The Koch Brothers.** "**Americans for Prosperity** is a right-wing political advocacy group founded by billionaire brothers David and Charles Koch, the owners of Koch Industries. AFP serves as the Kochs' 'grassroots' operation, also known as astroturf. AFP spends millions on TV ads in election cycles. In the 2012 election cycle, it was a key component of the Kochs' $400 million political network, receiving large portions of its money from Koch-linked dark money groups like Freedom Partners, American Encore, and Donors Trust. AFP's budget, which comes from the Koch family foundations and other unknown sources, surged from $7 million in 2007 to $40 million in 2010 and then peaked $115 million in 2012. In 2018, the most recently available report, AFP's budget was $96.5 million. According to the Center for Public Integrity, Americans for Prosperity 'spent a staggering $122 million (in 2012) as it unsuccessfully attempted to defeat President Barack Obama and congressional Democrats,' including $83 million on 'communications, ads, and media.'" [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**Spartz Was Endorsed By Grant County GOP Chairman Darren Reese.** "Since I have known Victoria, I've known she is a fighter for our beliefs. It is so refreshing to have the opportunity to support this honest, up-front, business-minded conservative in her pursuit to represent us in Congress." [Victoria Spartz, Twitter, 6/17/20]





[Victoria Spartz, Twitter, 6/17/20]

**Spartz Was Endorsed By Rep. David Wolkins.** "I'm honored to receive the endorsement of Rep. David Wolkins today. "I've had the privilege of working with Sen Spartz on several issues for the past 2 years. She is a smart, tenacious legislator who gets things done. She will make a great Congresswoman for #in05." [Victoria Spartz, Twitter, 6/1/20]

[Victoria Spartz, Twitter, 6/1/20]

**Spartz Was Endorsed By The Conservative Group Club For Growth**. "Like other competitive GOP primaries, the 15-candidate field has jockeyed to embrace President Trump the tightest, with the Club for Growth, which has endorsed state Sen. Victoria Spartz (R), running two attack ads costing more than $400,000 bashing former Marion County Prosecutor Carl Brizzi (R) and nurse Beth Henderson (R) for criticizing Trump." [Hotline, 5/27/20]

**Spartz Said She Was Honored To Be Endorsed By Club For Growth.** "I am very honored to get the endorsement of the Club for Growth, one of the leading free-enterprise organizations in the nation, today. As a finance professional and business owner in the 5th District, I understand the importance of strong pro-growth and pro-market economic policies to benefit and create prosperity for all citizens in the 5th district, unleash the human ingenuity, and empower individuals to pursue their happiness in whichever way they choose. Our nation is going through some challenging times – not the first time and not the last time, but we will overcome these challenges and will come out stronger in the end!" [Victoria Spartz, Facebook, 3/31/20]




[Victoria Spartz, Facebook, 3/31/20]

**Spartz Was Endorsed By Hall Of Fame Coach Lou Holtz.** "Honored that @CoachLouHoltz88 has endorsed my campaign for Congress in #IN05. Coach Holtz is a more than a football legend--he is a Hoosier hero who represents values that we must protect. I'll take on the socialists in Congress to protect our way of life. Thanks, Coach!" [Victoria Spartz, Twitter, 5/20/20]



[Victoria Spartz, Twitter, 5/20/20]

**Spartz Was Endorsed By Former Republican State Senator Scott Schneider.** "It's my honor to receive an endorsement from former State Senator Scott Schneider who represented parts of Marion and Hamilton counties in the Senate, a true conservative fighter who has been in a lot of trenches. 'It's interesting to see so many candidates for 5th district congress claim they are conservative, yet have never done anything to fight for conservative values. Not Victoria Spartz,' Schneider said. 'She is a true conservative and has been fighting for conservative values for a long time. I first met her when she was fighting to stop Common Core, and she hasn't stopped fighting since. She has been great in the Indiana State Senate and is the only fighter in this race. Now we need Victoria to fight in Washington.'" [Victoria Spartz, Facebook, 5/13/20]




Victoria Spartz
May 13 ·

It's my honor to receive an endorsement from former State Senator Scott Schneider who represented parts of Marion and Hamilton counties in the Senate, a true conservative fighter who has been in a lot of trenches.

"It's interesting to see so many candidates for 5th district congress claim they are conservative, yet have never done anything to fight for conservative values. Not Victoria Spartz," Schneider said. "She is a true conservative and has been fighting for conservative values for a long time. I first met her when she was fighting to stop Common Core, and she hasn't stopped fighting since. She has been great in the Indiana State Senate and is the only fighter in this race. Now we need Victoria to fight in Washington."

[Victoria Spartz, Facebook, 5/13/20]

**Spartz Was Endorsed By The NRA.** "Spartz was raised in the Ukraine and boasted that she was endorsed by the NRA during the debate Monday night." [Indianapolis Star, 5/13/20]

**Spartz Was Endorsed By Republican State Senator Mike Gaskill.** "There are several good candidates in the field of 15 Republicans running for Congress, but there is only one Victoria Spartz. If you value liberty, low taxes, and a smaller federal government, then please choose Victoria Spartz. She is every bit as courageous as she is conservative. State Sen. Mike Gaskill, Pendleton." [Herald Bulletin, 5/12/20]

**Spartz Was Endorsed By Indiana Right To Life.** "I am honored to get the endorsement of Indiana Right to Life PAC. The value of each individual life – born and unborn, is at the core of American society. I will continue my 100% PRO-LIFE state senate voting record in Congress!" [Victoria Spartz, Facebook, 4/4/20]

[Victoria Spartz, Facebook, 4/4/20]

## 2020 State Senate Campaign

### January 2020: Spartz Suspended Her Senate Re-Election Campaign To Run For Congress

**January 2020: Spartz Suspended Her Senate Re-Election Campaign To Run For Congress.** "State Sen. Victoria Spartz (R-Noblesville) has announced she is suspending her race for state senate to explore a run for the U.S. House of Representatives' 5th District seat currently held by Susan Brooks." [The Times, 1/11/20]



**November 2019: Spartz Announced She Would Seek A Second Term To The Indiana Senate**

**November 2019: Spartz Announced She Would Seek A Second Term To The Indiana Senate.** "District 20 State Sen. Victoria Spartz (R-Noblesville) announced Nov. 12 she will seek a second term. District 20 covers much of Hamilton County. Spartz was elected by a caucus in 2017 to complete the term of former Sen. Luke Kenley (R-Noblesville), who retired." [Current in Westfield, 11/24/19]

**If Re-Elected, Spartz Said She Would Focus On Fiscal Responsibility, Health Care, Education, And Improve Environmental Regulations For Small Businesses**

**If Re-Elected, Spartz Said She Would Focus On Fiscal Responsibility, Health Care, Education, And Improve Environmental Regulations For Small Businesses.** "If re-elected, Spartz plans to enhance fiscal responsibility and accountability to taxpayers, improve the health care system, align education with modern demands, improve regulatory environment for small businesses and entrepreneurs, protect private property rights and individual freedoms, reform the welfare system and streamline the criminal justice system." [Current in Westfield, 11/24/19]

## 2017 State Senate Campaign

**October 2017: Spartz Was Sworn In As The State Senator For Indiana's 20th District**

**October 2017: Spartz Was Sworn In As The State Senator For Indiana's 20th District.** "State Sen. Victoria Spartz (R-Noblesville) took the oath of office Oct. 12, becoming the state senator representing District 20. She was sworn in by Indiana Supreme Court Chief Justice Loretta Rush. Spartz fills the Senate seat previously held by State Sen. Luke Kenley, who retired last month. She will finish the remainder of his term, representing portions of Hamilton County. 'I am eager to begin my first session with the General Assembly,' Spartz stated in a press release. 'It is a privilege to be the voice of the constituents in Senate District 20, and I plan to work hard to make Indiana an even better place to call home.'" [Current in Westfield, 10/24/17]

**Spartz Was Picked By Party Activists To Fill The Vacant Seat**

**Spartz Was Picked By Party Activists To Fill The Vacant Seat.** "That enabled Spartz, who is from Noblesville, to build name identification as a first-time candidate after two years in the state Senate from being picked by party activists to complete a retired senator's term." [Associated Press State & Local, 6/3/20]

**Republicans Urged Spartz To Run For State Senate Because Of Her Background In Finance**

**Republicans Urged Spartz To Run For State Senate Because Of Her Background In Finance.** "Around the same time, some Republicans were urging her to run in the caucus election for retiring state Sen. Luke Kenley's seat. She resisted at first. To her, politics is 95% bull and only 5% productive. 'I like to be productive,' Spartz said. Her supporters continued to push her, though, saying the Indiana Senate could use someone with a background in finance. So, she ran." [Indianapolis Business Journal, 5/1/20]

**Spartz Earned The State Senate Seat On The Sixth And Final Ballot Of Republican Precinct Committee Members**

**Spartz Earned The State Senate Seat On The Sixth And Final Ballot Of Republican Precinct Committee Members.** "Victoria Spartz took it to the limit. On the sixth and final ballot Sept. 6 by Republican precinct committee members, Spartz earned the nod from a field of seven candidates to replace District 20 State Sen. Luke Kenley for the remainder of the final three years of his term. Spartz, a Noblesville resident, topped Megan Wiles 54-39 on the final ballot at Ivy Tech Community College 's Noblesville campus." [Current in Noblesville, 9/12/17]



# Personal Political Donations

## Spartz Contributed Nearly $26,000 To Federal Republican Candidates And Committees

| Victoria Spartz Federal Contributions | | | | |
|---|---|---|---|---|
| **Date** | **Contributor Name** | **Occupation** | **Committee Name** | **Contributions** |
| 5/30/20 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $2,000.00 |
| 7/18/18 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $5,000.00 |
| 4/13/18 | Victoria Spartz | ISBC Global | Team Holcomb | $10,000.00 |
| 4/13/18 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $200.00 |
| 6/27/17 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $45.00 |
| 4/26/17 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $2,000.00 |
| 3/23/17 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $300.00 |
| 10/29/16 | Victoria Spartz | Self-Employed | Rand Paul for US Senate | $1,000.00 |
| 10/26/16 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $350.00 |
| 10/25/15 | Victoria Spartz | N/A | Friends of Todd Young | $26.97 |
| 10/19/16 | Victoria Spartz | ISBC Group | Hoosiers for Rokita | $250.00 |
| 10/19/16 | Victoria Spartz | ISBC Group | Friends of Susan Brooks | $250.00 |
| 10/14/16 | Victoria Spartz | ISBC Group | 2016 Brooks and Young Hoosier Republican Victory Committee | $250.00 |
| 9/12/16 | Victoria Spartz | ISBC Group | Hoosiers for Rokita | $1,500.00 |
| 9/9/16 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $150.00 |
| 5/29/16 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $100.00 |
| 5/2/16 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $350.00 |
| 11/25/15 | Victoria Spartz | N/A | Conservative, Authentic, Responsive, Leadership for You And For America | $500.00 |
| 10/29/14 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $400.00 |
| 8/28/14 | Victoria Spartz | ISBC Group | Friends of Susan Brooks | $100.00 |
| 4/17/14 | Victoria Spartz | ISBC Group | Friends of Susan Brooks | $250.00 |
| 11/21/13 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $200.00 |
| 6/19/13 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $400.00 |
| 7/8/09 | Victoria Spartz | ISBC Group | Indiana Republican State Committee | $300.00 |
| | | | **TOTAL CONTRIBUTIONS** | **$25,921.97** |

[FEC, Individual Contribution search, accessed 7/10/20]

## Spartz Contributed Nearly $332,000 To State Republican Candidates And Committees

| Victoria Spartz State Contributions | | | |
|---|---|---|---|
| **Date** | **Contributor Name** | **Committee Name** | **Contributions** |
| 12/2/19 | Victoria Spartz | Victoria for Indiana | $250,000.00 |
| 12/31/18 | Victoria Spartz | Victoria for Indiana | $80,000.00 |
| 11/9/17 | Victoria Spartz | Marion County Republican Central Committee | $100.00 |
| 9/15/16 | Victoria Spartz | Eric Holcomb for Indiana | $500.00 |



| | | | |
|---|---|---|---|
| 9/12/16 | Victoria Spartz | Eric Holcomb for Indiana | $250.00 |
| 9/8/16 | Victoria Spartz | Eric Holcomb for Indiana | $250.00 |
| 6/30/16 | Victoria Spartz | Marion County Republican Central Committee | $100.00 |
| 6/30.15 | Victoria Spartz | Mike Pence for Indiana | $100.00 |
| 6/12/13 | Victoria Spartz | Mike Pence for Indiana | $100.00 |
| 3/31/09 | Victoria Spartz | Mike Pence for Indiana | $300.00 |
| | | **TOTAL CONTRIBUTIONS** | **$331,700.00** |

[Indiana Secretary of State, accessed 7/10/20]

## Legislative Timeline

### 2017: Spartz Was Appointed To Committees On Education And Career Development; Environmental Affairs; Insurance And Financial Institutions; And Pensions And Labor

**2017: Spartz Was Appointed To Committees On Education And Career Development; Environmental Affairs; Insurance And Financial Institutions; And Pensions And Labor.** "State Sen. Victoria Spartz (R-Noblesville) has been appointed by Senate President Pro Tem David Long (R-Fort Wayne) to serve on four committees during the 2018 legislative session. Spartz will be a member of the Senate Committees on Education and Career Development; Environmental Affairs; Insurance and Financial Institutions; and Pensions and Labor." [US Official News, 10/17/17]

# Professional Career

**This section provides an overview of Victoria Spartz's professional career, from 2013 to 2020**

**Significant Findings**

- ✓ *Since 2013, Spartz has owned and operated EcoAgro USA LLC, a soybean farm in Indiana*
  - ✓ *Spartz reported that EcoAgro USA was worth between $1 million and $5 million*
  - ✓ *However, there were no records—other than incorporation paperwork—on file for the farm with relevant state and federal departments*
  - ✓ *From 2014 to 2019, EcoAgro USA received $182,267 in government subsidies*
- ✓ *Since 2004, Jason Spartz has owned and operated Spartz Farms in Noblesville, IN*
  - ✓ *In 2018, Spartz decreased the value of Spartz farm*
  - ✓ *Spartz farm was registered with IDEM and the U.S. EPA and did not have any actions or orders filed against them*
  - ✓ *Members of the Spartz family have accepted $528,408 in government subsidies*
- ✓ *In 2006, Hometown Development LLC was incorporated under Jason Spartz*
  - ✓ *Hometown Development planned a multimillion dollar project to lure a super Target but the project was halted by IDEM after the family had illegally removed wetlands from the land*
- ✓ *In 2009, Spartz founded ISBC and ISBC Real Estate Group*
  - ✓ *On her state and federal financial disclosures, Spartz did not list any income from the businesses and said they were worth less than $500,000*
  - ✓ *As of July 2020, ISBC Real Estate Group's real estate broker license expired*
  - ✓ *It was unclear what work ISBC Group and ISBC Real Estate focused on*
- ✓ *Since 2012, Spartz's father-in-law, Charles Spartz, has owned the mobile home community Westbrook Village in Noblesville, IN*
  - ✓ *In 2019, Spartz reported that Westbrook Village was worth between $1 million and $5 million and that she earned between $50,001 and $100,000 from the business*
- ✓ *In 2009, Spartz incorporated the non-profit American Constructive Dialogue Institute, though it was unclear what the non-profit did and the organization was dissolved in 2012*
- ✓ *In 2017, Spartz briefly served as the CFO in the Indiana Attorney General's Office under Curtis Hill, who was accused of groping multiple women, including a state lawmaker*
- ✓ *Spartz served as an adjunct faculty member at IU Kelley School of Business where she taught accounting and generally received poor reviews*



- ✓ *Spartz claimed to have worked as an auditor and a national trainer for Big Four accounting firms for 10 years—but it was unclear what specific firms she worked for*
  - ✓ *Spartz said that in the early 2000s she audited manufacturing firms—but Spartz was not a certified CPA until 2010*

# EcoAgro USA LLC

## 2013: Spartz Was The Principal For EcoAgro USA, A Soybean Farm In Indiana

**2013: Spartz Was The Principal For EcoAgro USA, A Soybean Farm In Indiana.** According to her LinkedIn, Victoria Spartz was the Principal at EcoAgro USA since 2013. [LinkedIn, Victoria Spartz, accessed 6/16/20]

### Spartz Operated The Soybean Farm With Her Husband, Jason Spartz

**Spartz Operated The Soybean Farm With Her Husband, Jason Spartz.** "On a train ride from Moscow to Kiev, Spartz met her future husband, Jason, a Noblesville native who was traveling through Europe and the Baltics. Together they now operate a soybean farm and have two children." [Herald Bulletin, 2/23/19]

### Spartz And Her Husband Were Said To Have Operated A 3,000 Acre Commercial Farm

**Spartz And Her Husband Were Said To Have Operated A 3,000 Acre Commercial Farm.** "After her marriage, she became a U.S. citizen. She and Jason have a 3,000-acre commercial farm where they primarily grow soybeans along with some wheat." [Farm World Online, 4/14/20]

## 2020: Spartz Listed That EcoAgro USA Was Worth Between $1,000,001 And $5,000,000

### 2020: Spartz Listed That EcoAgro USA Was Worth Between $1,000,001 And $5,000,000

**2020: Spartz Listed That EcoAgro USA Was Worth Between $1,000,001 And $5,000,000.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| Asset | Owner | Value of Asset | Income Type(s) | Income Current Year to Filing | Income Preceding Year |
|---|---|---|---|---|---|
| EcoAgro USA [FA]<br>Location: Noblesville, IN, US<br>Description: Soybeans | | $1,000,001 - $5,000,000 | Farm Income | $100,001 - $1,000,000 | $100,001 - $1,000,000 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### 2020: Spartz Listed That She Earned Between $100,001 And $1,000,000 From EcoAgro USA

**2020: Spartz Listed That She Earned Between $100,001 And $1,000,000 From EcoAgro USA.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| Asset | Owner | Value of Asset | Income Type(s) | Income Current Year to Filing | Income Preceding Year |
|---|---|---|---|---|---|
| EcoAgro USA [FA]<br>Location: Noblesville, IN, US<br>Description: Soybeans | | $1,000,001 - $5,000,000 | Farm Income | $100,001 - $1,000,000 | $100,001 - $1,000,000 |


[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## 2013: EcoAgro USA Was Registered As A Domestic Limited Liability Company With The State Of Indiana

### EcoAgro USA Was A Registered Business In The State Of Indiana

**2013: EcoAgro USA Was Registered As A Domestic Limited Liability Company With The State Of Indiana.** According to records found on the Indiana Secretary of State website, EcoAgro USA LLC was registered as a Domestic Limited Liability Company with an active registration. The company was registered at 17301 River Ave, Noblesville, IN 46062 on February 15, 2013. [Indiana Secretary of State, Business ID 2013021500440, accessed 6/16/20]

### Jason And Victoria Spartz Were Listed As The Principal And Registered Agent Associated With The Company

**Jason And Victoria Spartz Were Listed As The Principal And Registered Agent Associated With The Company.** According to records found on the Indiana Secretary of State website, Jason Spartz was listed as the Principal of the company while Victoria Spartz was listed as the Registered Agent. [Indiana Secretary of State, Business ID 2013021500440, accessed 6/16/20]

## EcoAgro USA LLC Did Not Have Any Professional Licenses With The State Of Indiana

**EcoAgro USA LLC Did Not Have Any Professional Licenses With The State Of Indiana.** [Indiana Professional License Search, accessed 6/25/20]

## There Were No Delinquent Sales Tax Records For EcoAgro USA LLC

### There Were No Delinquent Sales Tax Records For EcoAgro USA LLC

**There Were No Delinquent Sales Tax Records For EcoAgro USA LLC.** [Indiana Secretary of State, Expired RRMC List, accessed 6/25/20]

## 2015 – 2018: EcoAgro Was Listed As A Debtor In Four UCC Filings

### 2018: EcoAgro Was Listed As A Debtor In A UCC Filing For Farm And Crop Products

**February 2018: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Farm And Crop Products.** On February 8, 2018, EcoAgro USA LLC was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. The Farmers Bank was listed as the secured party and the collateral was listed as, “FARM PRODUCTS/CROPS ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS;FIXTURES ALL INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) ALL INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS ALL INCLUDING PROCEEDS AND PRODUCTS;COMPUTER EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS.” The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. 1800001012499, accessed 6/24/20]

### 2017: EcoAgro Was Listed As A Debtor In A UCC Filing For Equipment

**January 2017: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 10, 2017, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of



State/UCC Division. Farm Credit Services of America was listed as the secured party and the collateral listed was "EQUIPMENT." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1700000212621, accessed 6/24/20]

### 2017: EcoAgro Was Listed As A Debtor In A UCC Filing For Equipment

**January 2017: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 4, 2017, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. Farm Credit Services of America was listed as the secured party and the collateral listed was "EQUIPMENT." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1700000055797, accessed 6/24/20]

### 2015: EcoAgro Was Listed As A Debtor In A UCC Filing For Farm And Crop Products

**January 2015: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 13, 2015, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. The Farmers Bank was listed as the secured party and the collateral listed was "FARM PRODUCTS/CROPS ALL." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1500000326706, accessed 6/24/20]

## EcoAgro USA Was Registered At The Address Of The Spartz Family's Mobile Home Community

### EcoAgro USA Was Registered At 17301 River Avenue, Noblesville, IN

**EcoAgro USA Was Registered At 17301 River Avenue, Noblesville, IN.** According to records found on the Indiana Secretary of State website, EcoAgro USA LLC was registered at the address 17301 River Avenue, Noblesville, IN, 46062. [Indiana Secretary of State, Business ID 2013021500440, accessed 6/16/20]

### The Property At 17301 River Avenue, Noblesville, IN Was Owned By Westbrook Village

**The Property At 17301 River Avenue, Noblesville, IN Was Owned By Westbrook Village.** According to data from the Hamilton County Property Reports and Payments, the property at 17301 River Avenue was owned by Westbrook Village. The property has only been owned by Westbrook Village when its deed was created in November 2010. [Hamilton County, Property Reports and Payments, accessed 6/16/20]

Current Owner as of June 15, 2020

This information is updated 5 times a week.

| PROPERTY ADDRESS: | DEEDED OWNER |
| --- | --- |
| 17301 River Rd<br>Noblesville, IN 46062 | WESTBROOK VILLAGE<br>17301 RIVER RD<br>NOBLESVILLE, IN 46062 |

[Hamilton County, Property Reports and Payments, accessed 6/16/20]

**2020: The Property At 17301 River Avenue Did Not Have Any Assessment Data.** According to data from the Hamilton County Property Reports and Payments, the property at 17301 River Avenue did not have any property assessment information available. [Hamilton County, Property Reports and Payments, accessed 6/16/20]



### Westbrook Village Was Operated By Charles Spartz

**December 2012: Westbrook Village LLC Was Incorporated In Indiana Under Charles Spartz.** On December 14, 2012, Westbrook Village, LLC was incorporated in Indiana at 17301 River Rd, Noblesville, IN 46062. Charles Spartz was listed as the Principal for the business. [Indiana Business Search, Business ID 2012121700717, accessed 6/16/20]

Business Details

| | | | |
|---|---|---|---|
| Business Name: | WESTBROOK VILLAGE, LLC | Business ID: | 2012121700717 |
| Entity Type: | Domestic Limited Liability Company | Business Status: | Active |
| Creation Date: | 12/14/2012 | Inactive Date: | |
| Principal Office Address: | 17301 RIVER RD, NOBLESVILLE, IN, 46062, USA | Expiration Date: | 12/14/2072 |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 12/31/2020 |
| | | Years Due: | |

Principal Information

| Title | Name | Address |
|---|---|---|
| Member | Charles Spartz | 17301 River Rd., Noblesville, IN, 46062, USA |

[Indiana Business Search, Business ID 2012121700717, accessed 6/16/20]

### The Property At 17301 River Avenue Was The Address For Westbrook Village

**The Property At 17301 River Avenue Was The Address For Westbrook Village.** According to MH Village, Westbrook Village was located at 17301 River Avenue, Noblesville, IN 46062. [MH Village, Westbrook Village, accessed 6/16/20]

## EcoAgro USA Did Not Have A Grain License With Indiana State

### EcoAgro USA Did Not Have A Grain License With Indiana State

**2020: EcoAgro USA Did Not Have A Grain License With Indiana State.** According to records found on the Indiana Department of Agriculture site, EcoAgro USA did not have a grain license. [Indiana State Department of Agriculture, Grain Licensee Listing, accessed 6/16/20]

### A Grain License In Indiana Audited Commercial Grain Operations

**A Grain License Audited Commercial Grain Operations.** "The Indiana Grain Buyers and Warehouse Licensing Agency (IGBWLA) was created in 1975 after the collapse of a large commercial grain operation, which resulted in Indiana farmers not being paid for grain stored. As a result of this incident, Indiana created IGBWLA, whose responsibilities include the periodic auditing of commercial grain operations to ensure their assets are sufficient to pay farmers for their grain. The IGBWLA's mission is to ensure the financial integrity of the grain marketing infrastructure, while allowing the industry to be competitive, innovative and efficient. The agency has oversight of approximately 220 licensees that own more than 400 facilities." [Indiana State Department of Agriculture, accessed 6/16/20]

## EcoAgro USA Was Not A Registered Facility With The U.S. EPA Or Indiana Department Of Environmental Management

### EcoAgro USA Was Not A Registered Facility With The U.S. Environmental Protection Agency



**EcoAgro USA Was Not A Registered Facility With The U.S. Environmental Protection Agency.** A search for "EcoAgro" on the EPA's FRA Facility Query Search did not produce any facilities across the United States. [U.S. Environmental Protection Agency, EcoAgro, accessed 6/16/20]

[U.S. Environmental Protection Agency, Spartz Farms, accessed 6/16/20]

## EcoAgro Was Not Registered With The Indiana Department Of Environmental Management

**EcoAgro Was Not Registered With The Indiana Department Of Environmental Management.** [IDEM, Facility Search, accessed 6/24/20]

[IDEM, Facility Search, accessed 6/24/20]

## The Indiana Department Of Agriculture Did Not Have Any Records Related To EcoAgro USA

**The Indiana Department Of Agriculture Did Not Have Any Records Related To EcoAgro USA.** A FOIA request was sent to the Indiana Department of Agriculture requesting access to any permits, code violations, or farm subsidies that were related to EcoAgro USA. The Department of Agriculture responded and said they did not have any records responsive to the request. [Indiana Department of Agriculture, FOIA Response, 7/10/20]

## EcoAgro USA Owned A Parcel Of Land To The West Of 405 West 266th St, Sheridan, Indiana

### Jason Spartz Stated That EcoAgro Owned A Parcel To The West Of 405 West 266th St, Sheridan, IN

**Jason Spartz Stated That EcoAgro Owned A Parcel To The West Of 405 West 266th St, Sheridan, IN.** "It does concern Article 15 of the Hamilton County Zoning to approve a dog kennel as a permitted use as explained in the business plan. Location: 405 West 266th Street, Sheridan, Indiana. […] Jason Spartz, of 102 Natasha Drive,



Noblesville, Indiana stated his name and address for the H.C.P.C. 06/20/2018. I represent and own the two entities which own the parcels to the west which are EcoAgro USA, LLC and to the west and south 53 acres which is titled to The Entrust Group, Inc." [Hamilton County Plan Commission, 6/20/18]

**The Spartz Purchased The Land At A Sheriff's Auction.** "These entities were the successful bidder for these parcels about two years ago at the sheriff's auction. Currently the properties are situated as two buildable lots. So from what I understand you could put two residential houses on the two lots." [Hamilton County Plan Commission, 6/20/18]

**The Spartzs Owned Two Lots Of Land At 455 West 266th St, Sheridan, IN, Which Were 53.5 And 11.5 Acres. "**Mr. Kiphart answered, no. (3) Mrs. Spartz, do you own the property to the west or the east of this? (3) Mrs. Spartz stated that they owned two properties. Mr. Habig stated that the K & S property was divided into three lots. The McMillans bought the one lot with the house on it. You guys purchased the other two pieces. Mr. Clover asked Mrs. Spartz how many acres each of her lots had. (2) Mr. Kiphart, for what it is currently zoned could someone come in and put a hog operation? (3) A high density… (4) For 53 acres how many hogs could you put in a commercial hog… Unidentified male: One is 11 ½ and the other is 53 ½." [Hamilton County Plan Commission, 6/20/18]

**2017: The Entrust Group FBO Jason Spartz Bought The Property At 0 W 266th St, Sheridan, IN For $513,400**

**2017: The Entrust Group FBO Jason Spartz Purchased The Property At 0 W 266th St, Sheridan, IN.** The Entrust Group FBO Jason Spartz purchased the property at 0 West 266th St, Sheridan, IN. The property was bought through a Sheriff's deed. [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.001, accessed 6/23/20]

**2017: The Property Was Purchased For $513,400.** [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.001, accessed 6/23/20]

**The Property Had 53.2 Acres Of Farmland.** [Hamilton County Property Reports and Payments, Parcel 01-01-22 00-00-011.001, accessed 6/23/20]

**2020: The Property Was Assessed At $75,800.** [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.001, accessed 6/23/20]

**The Facility At 0 W 266th St, Sheridan, IN Was Not Registered With The US EPA.** A search for a facility at 0 W 266th St, Sheridan, IN was not registered with the US EPA. [ U.S. EPA, Facility Search, accessed 6/24/20]

**Location Address**: 0 W 266th St
**City Name**: Sheridan
**County Name**: Hamilton
**State Abbreviation**: IN
**Congressional District**: 5
**Legislative District**: 20
**Federal Agency Name**: Other/Uknown

**Total Number of Facilities Displayed**: 0

[ U.S. EPA, Facility Search, accessed 6/24/20]

**2017: EcoAgro USA LLC Purchased The Property At 505 W 266th St, Sheridan, IN For $165,000**


**2017: EcoAgro USA LLC Purchased The Property At 505 W 266th St, Sheridan, IN For $165,000.** On May 22, 2017, EcoAgro USA LLC purchased the property at 505 W 266th St, Sheridan, IN through a Sheriff's Deed for $165,000. [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.101, accessed 6/24/20]

**2020: The Property Was Assessed At $282,100.** As of January 1, 2020, the property at 505 W 266th St was assessed at $282,100. The land was assessed at $87,200 and the improvements were assessed at $194,900. [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.101, accessed 6/24/20]

**2020: The Property Was Listed As Commercial Property And Was 11.6 Acres.** [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.101, accessed 6/24/20]

**The Facility At 505 W 266th St, Sheridan, IN Was Not Registered With The U.S. EPA.** A search for a facility at 505 W 266th St, Sheridan, IN was not registered with the US EPA. [U.S. EPA, Facility Search, accessed 6/24/20]

**Location Address**: 505 W 266th St
**City Name**: Sheridan
**County Name**: Hamilton
**State Abbreviation**: IN
**Congressional District**: 5
**Legislative District**: 20
**Federal Agency Name**: Other/Uknown

**Total Number of Facilities Displayed**: 0

[U.S. EPA, Facility Search, accessed 6/24/20]

## Spartz Stated That They Held Expensive Cars At The Property For Friends At Mecum Auctions, Which May Have Violated Their Property Guidelines

**Spartz Stated That They Held Expensive Cars At The Property For Friends At Mecum Auctions.** "Victoria Spartz, of 102 Natasha Drive, Noblesville, Indiana, stated her name and address for the record. I am his wife. I want to correct the record. There is no leasing that is done on a month to month basis. Our friend at Mecum Auctions asked if they could have their very expensive cars there while they have the auction. That is the only thing that they asked. They were supposed to be out but they put them back just a couple of days ago." [Hamilton County Plan Commission, 6/20/18]

**Spartz Stated That They Received Money To Store Their Cars, But It Was Not For An Official Agreement.** "Mr. Schwartz asked Mrs. Spartz for clarification on the newer style building on her property. You said that you had not leased them… was there money that exchanged hands? (2) It seems like it is not commercial or it is commercial. (3) But you kind of are because you took a check, right? Mrs. Spartz stated that they did get their money but we did not get any official agreement. (2) It wasn't for commercial use. They just stored their cars. (3) It was a temporary thing." [Hamilton County Plan Commission, 6/20/18]

**The Spartzs May Have Violated Their Property Guidelines By Storing Cars.** "Unidentified male: They had about 50 to 60 muscle cars in there for a couple of months before their auction. Mr. Schwartz asked Mr. Kiphart if that fit within the guidelines of that property. Mr. Kiphart answered, not if they're paying to store vehicles in there. Unidentified male: What if another farmer paid me to store a tractor in there? Mr. Kiphart answered, if they were using it for farm business then I would think that they could do that because that is agricultural. Cars like what you're talking about has nothing to do with agriculture and that's the purpose of A-2. (2) So there are no cars in there now other than yours? Mrs. Spartz stated that your point is well taken. Right now it is agricultural for agricultural businesses. (2) I think he was going to have them all out today or tomorrow." [Hamilton County Plan Commission, 6/20/18]



**Spartz Stated The Property Was An Agricultural Business**

**Spartz Stated The Property Was An Agricultural Business.** "Mrs. Spartz stated that semis shouldn't be an issue because in the farm business that we have we have semis and landscaping businesses have semis. This property is agricultural business. Unidentified male: I would think this is less obnoxious that what we could do. We could lease it to a tree trimming company or a landscaper. (2) Is that through you guys? Mr. Kiphart answered, you can't have one in the A-2 and even in the A-4 they have to grow 25 % of the plant material on their property to be able to have a landscape business. Then it has to go through commercial permitting. They do have to get a permit and they have to meet…" [Hamilton County Plan Commission, 6/20/18]

**Spartz Said They Purchased The Property With The Intent To Build A House, But Now Can Not Live There**

**Spartz Said They Purchased The Property With The Intent To Build A House, But Now Can Not Live There.** "We purchased the property with the intent to build a house. We do commercial grain farming. We farm almost 3,000 acres throughout Hamilton County so that was a perfect barn for us. I worked with Mr. Kiphart so there would be enough frontage because this use allows us to have residential zoning. I thought it would be in-line with the house that Mr. & Mrs. McMillan purchased. Due to some personal circumstances I cannot live in that area so we have to look at some different operations." [Hamilton County Plan Commission, 6/20/18]

**Spartz Said They Do Farm In The Sheridan Area, But Most Of The Farming Was Done In Noblesville And Fishers Area**

**Spartz Said They Do Farm In The Sheridan Area, But Most Of The Farming Was Done In Noblesville And Fishers Area.** "We do farm in that area but a lot of it is done in the Noblesville and Fishers areas. I thought maybe we should put the property up for sale." [Hamilton County Plan Commission, 6/20/18]

**Spartz Wanted To Divide The Property Up And Sell Lots For "Nice Houses"**

**Spartz Wanted To Divide The Property Up And Sell Lots For "Nice Houses."** "Mrs. Spartz stated that she didn't see on the comprehensive plan that they were going commercial in that area. I was not trying to pursue commercial usages which would be more consistent with that they're trying to do. Typically dog kennels are commercial or industrial usages. The intent was to parcel it out and sell lots for nice houses. […] Mr. Schwartz asked Mrs. Spartz for clarification on her property. So you want to subdivide… (2) Mr. Kiphart, when they subdivide that out it doesn't change the zoning? Mrs. Spartz stated that they already were and both of them buildable." [Hamilton County Plan Commission, 6/20/18]

## EcoAgro Owned Property At 0 E State Road 38, Sheridan, IN

**2019: EcoAgro Purchased The Property At 0 E State Road 38 For $0**

**October 2019: EcoAgro Purchased The Property At 0 E State Road 38 For $0.** On October 23, 2019, EcoAgro USA LLC purchased the property at 0 E State Road 38, Sheridan, IN from M & E McMahon LLC. On October 17, 2019 the property was transferred by M & E McMahon LLC for $0. [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

**2020: The Land At 0 E State Road 38 Was Assessed For $27,000.** [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

**Taxes For The Property At 0 E State Road 38 Were Paid In Full And On Time.** The taxes for the property at 0 E State Road 38 were paid in full and on time from 2019 to 2020. [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]



**2020: EcoAgro Paid $728.82 In Taxes.** [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

**2019: EcoAgro Paid $765.60 In Taxes.** [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

**The Property At 0 E State Road 38 Was Agricultural Land And Had 19 Acres.** [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

## The Noblesville Park Board Leased Finch Creek Park To EcoAgro For Farming

### Since 2010, Finch Creek Park Has Been Leased Out To EcoAgro To Farm

**Since 2010, Finch Creek Park Has Been Leased Out To EcoAgro To Farm.** "The land at Finch Creek Park has been farmed by EcoAgro since we acquired it in 2010, although the amount of land has been reduced over the years due to construction. The partnership has been fantastic and we communicate regularly regarding construction potential onsite as well as final calculations for tillable land. This is a fair deal for the city and a good partnership with the farmer." [Noblesville Park Board, Meeting Minutes, 5/6/20]

### May 2020: The Noblesville Park Board Leased Finch Creek Park To EcoAgro For $26,400

**May 2020: The Noblesville Park Board Leased Finch Creek Park To EcoAgro For Farming.** "Staff is recommending approval of a lease with EcoAgro for farming rights at Finch Creek Park. This lease is an annual lease and is able to be renewed if a price is agreed upon by the Director and the farmer by March 15th of the year for the next season." [Noblesville Park Board, Meeting Minutes, 5/6/20]

**The Lease For EcoAgro Was For An Estimated $26,400. "**We agreed upon the same price as the 2019 lease which was $220.00 per tillable acre. We estimate 120 acres of available land, by final determination will be made based on the gps readings from the farmer as well as if there are any destroyed of disturbed crops from construction." [Noblesville Park Board, Meeting Minutes, 5/6/20]

**The Lease Was Only For The Purpose Of Growing Agricultural Crops.** "The Tillable Real Estate shall be used by Tenant only for the purpose of growing agricultural crops and for no other use or purpose. Tenant shall not use the Tillable Rel Estate or maintain it in an manner constitution a violation of any ordinance, statute, regulations or order of any governmental authority, including without limitation, zoning ordinances, not shall Tenant maintain, permit any use of the Tillable Real Estate which is inconsistent with the balance of the Real Estate being used by the Landlord or its Tenants." [Noblesville Park Board, Meeting Minutes, 5/6/20]

### April 2019: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540

**April 2019: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540.** "This lease, entered into by the City of Noblesville, acting though its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located in Wayne Township, Hamilton County, Indiana, containing approximately 107 acres of tillable real estate generally located south of 166th Street and west of Bold Road ('the Real Estate'); […] The Tillable Real Estate shall be rented at the rate of Two Hundred and Twenty Dollars ($220.00) per acre…" [Noblesville Park Board, Meeting Minutes, 4/17/19]

### May 2018: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540

**May 2018: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540.** "This lease is for 107 acres of farm property at Finch Creek Park that is currently farm fields. This lease is offered at $220.00 per



tillable acre. This is still a fair price and Mr. Spartz has been a good steward of the land and communicates well with us regarding construction issues. We have been working on identifying the tillable acreage based on anticipated construction. Mr. Spartz has made his first payment and is ahead of schedule. [Noblesville Park Board, Meeting Minutes, 5/2/18]

**August 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,000**

**August 2017: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $25,000.** "This lease is for 125 acres of farm property at Finch Creek Park that is currently farm fields. The lease is offered at $200.000 per tillable acre. This is a $25.000 Reduction in the acreage price from the current year due to the price of soybeans and how much they can be sold for. Staff is agreeable to this change in price based on the change in the market. This is still a fair price and Mr. Spartz has been a good steward of the land and communicates well with us regarding construction issues. We have been operating on a verbal agreement so far this year as we sorted out the construction out there and the impact. Mr. Spartz has made his regular payment and is actually ahead of schedule in payments currently. [Noblesville Parks and Recreation Board, Meeting Minutes, 8/2/17]

**April 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,400**

**April 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,400.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and EcoAgro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 127 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on April 5, 2017, and ending on April 5, 2018. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Dollars ($200.00) per acre, with one-half of the annual amount payable to the Landlord on or before 1st day of April, 2017, and the balance on or before 1st day of December 2017. [Farm Lease, City of Noblesville, 8/2/17]

**October 2015: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $34,683**

**October 2015: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $34,683.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 154.15 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on October 15, 2015, and ending on October 15, 2016. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Twenty-five Dollars ($225.00) per acre, with one-half of the annual amount payable to the Landlord on or before 1st day of March, 2016, and the balance on or before the 1st day of December 2016. [Farm Lease, City of Noblesville, 11/4/15]

**October 2014: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $38,537**

**October 2014: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $38,537.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 154.15 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on October 15, 2014, and ending on October 15, 2015. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Fifty Dollars ($250.00) per acre, with one-half of the annual amount payable to the



Landlord on or before 1st day of March, 2015, and the balance on or before the 1st day of December 2015. [Farm Lease, City of Noblesville, 10/6/14]

## 2014 – 2019: EcoAgro Accepted $182,267 In Government Subsidies, Mainly For Soybeans

*NOTE: These numbers were collected by EWG Farm Subsidy base from the U.S. Department of Agriculture through FOIAs. A FOIA was sent to USDA for original copies of the records, but have yet to be received.*

### 2014 – 2019: EcoAgro Accepted A Total Of $182,267 In Government Subsidies

**2019: EcoAgro Accepted $124,898 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

**2018: EcoAgro Accepted $14,509 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

**2017: EcoAgro Accepted $6,666 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

**2016: EcoAgro Accepted $33,555 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

**2015: EcoAgro Accepted $0 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

**2014: EcoAgro Accepted $2,639 In Commodity Subsidies From USDA.** [EWG Farm Subsidy Database, accessed 6/23/20]

### More Than 72% Of The Subsidies Were For Soybeans

**72.4% ($132,080) Of The Subsidies Were For Soybeans.** [EWG Farm Subsidy Database, accessed 6/23/20]

**26.2% ($47,688) Of The Subsidies Were For Corn.** [EWG Farm Subsidy Database, accessed 6/23/20]

**1.4% ($2,477) Of The Subsidies Were For Wheat.** [EWG Farm Subsidy Database, accessed 6/23/20]

**0.01% ($22) Of The Subsidies Were For Oat.** [EWG Farm Subsidy Database, accessed 6/23/20]

### Spartz's Campaign Defended Her Decision To Accept The Government Subsidies—Despite Criticizing Government Subsidies

**Spartz Downplayed The Role That The Government Should Have On Crop Pricing.** "Ukrainian agribusiness should prosper, instead it is constantly suppressed by tariffs, quotas, limits… Trade restrictions do not give confidence to the farmer in the future. Because you can stay with your harvest in the field. I have a negative attitude to any regulation by the state, prices must shape the market. The state should not interfere in business, tighten regulation or increase tax pressure on entrepreneurs. Wrong idea: he who earns a lot - does it unfairly. Who works a lot, he has, I would say." [Zemlyaivlya.net, accessed 6/25/20]

**Spartz's Campaign Defended Her Decision To Accept The Government Subsidies.** "Her campaign defended her decision to accept those subsidies. Tim Edson, Spartz's spokesman, told IMPORTANTVILLE: 'Like other Hoosier farmers, Victoria and her husband operate their agricultural operation in accordance with federal agriculture programs. Their farming operation works within the constraints of this heavily government regulated


system, and has received some support largely as part of the federal response to tariff battles with China over agricultural products. As is the case with other industries, Victoria believes it would be better for family farmers and taxpayers if the system were reformed to be more free market with fewer price controls and less federal intervention.'" [Importantville, 5/11/20]

## EcoAgro USA Did Not Appear To Accept A PPP Loan Greater Than $150,000

*NOTE: A FOIA request was sent to determine if EcoAgro USA, Victoria, or Jason Spartz received a PPP loan*

*NOTE: The full spreadsheet containing data on businesses that received PPP loans is located on the DCCC Drive*

**It Did Not Appear That EcoAgro USA Accepted A PPP Loan Greater Than $150,000.** EcoAgro USA was not listed as one of the businesses that received a PPP loan greater than $150,000. [PPP Loan Database, accessed 7/15/20]

## EcoAgro USA Did Not Have Any Actions Or Order Filed Against Them By The Indiana Department Of Environmental Management

### 2010 – 2020: Indiana Department Of Environmental Management Did Not File Any Actions Or Order Against EcoAgro USA

**2010 – 2020: Indiana Department Of Environmental Management Did Not Fil Any Actions Or Orders Against EcoAgro USA.** A search for "EcoAgro USA" in IDEM's enforcement database did not return any results. [IDEM, Enforcement Database, accessed 6/24/20]

Your search returned no results.

Your search criteria was:

| | |
|---|---|
| Company Name: | EcoAgro USA |
| Case Number: | |
| Old Case Number: | |
| County: | all counties |
| Media of Interests: | All media of interest |
| Types of Actions/Orders: | All Types of Actions/Orders |
| Start Time: | 01-JAN-2010 |
| End Time: | 24-JUN-2020 |

[IDEM, Enforcement Database, accessed 6/24/20]

## EcoAgro USA LLC Was Not Involved In Any Court Cases

### EcoAgro USA LLC Was Not Involved In Any Indiana Court Cases

**EcoAgro USA LLC Was Not Involved In Any Indiana Court Cases.** According to records found on Indiana Courts, a party search for EcoAgro did not produce any relevant results. [Indiana Court Records, accessed 6/24/20]



Search Results

Party Search
Business: EcoAgro

‹ Back | New Search | Refine Search

Search did not match any cases.

Suggestions:
- Make sure names are spelled correctly.
- Try searching by different criteria (case number is most exact).
- Remove advanced search options, if used, to broaden your search.

[Indiana Court Records, accessed 6/24/20]

## EcoAgro USA Was Not Involved In Any Federal Court Cases

**EcoAgro USA Was Not Involved In Any Federal Court Cases.** According to records found on PACER, EcoAgro USA was not involved in any federal level court cases. [PACER, accessed 6/24/20]

No Results Found

The search returned no results.

PACER Service Center Receipt 06/24/2020 15:05:51 1785522230

| | |
|---|---|
| User | dc45062015 |
| Client Code | |
| Description | All Court Types Party Search<br>All Courts; Name EcoAgro; All Courts |
| Results | The search returned no results. |
| Billable Pages | 1 ($0.10) |

Print Receipt

OK | Save Search

[PACER, accessed 6/24/20]

# Spartz Farms

## Spartz Farms Was Registered As An Active Domestic Limited Liability Company In Indiana Operated By Jason Spartz

### 2004: Spartz Farms Was Registered As A Domestic Limited Liability Company

**2004: Spartz Farms Was Registered As A Domestic Limited Liability Company.** According to records found on the Indiana Secretary of State site, Spartz Farm was incorporated as a Domestic Limited Liability Company in January 21, 2004. The license was still active as of June 2020. [Indiana Secretary of State, Business ID 2004012300134, accessed 6/16/20]

### Jason Spartz Was Listed As The Registered Agent

**Jason Spartz Was Listed As The Registered Agent.** [Indiana Secretary of State, Business ID 2004012300134, accessed 6/16/20]



Business Details

| | |
|---|---|
| Business Name: | SPARTZ FARMS, LLC |
| Entity Type: | Domestic Limited Liability Company |
| Creation Date: | 01/21/2004 |
| Principal Office Address: | 102 Natasha dr., Noblesville, IN, 46062, USA |
| Jurisdiction of Formation: | Indiana |

Business

Registered Agent Information

| | |
|---|---|
| Type: | Individual |
| Name: | JASON M. SPARTZ |
| Address: | 102 NATASHA DRIVE, NOBLESVILLE, IN, 46062, USA |

[Indiana Secretary of State, Business ID 2004012300134, accessed 6/16/20]

## Spartz Farms LLC Did Not Have Any Professional Licenses With The State Of Indiana

**Spartz Farms LLC Did Not Have Any Professional Licenses With The State Of Indiana.** [Indiana Professional License Search, accessed 6/25/20]

## 2020: Spartz Reported $1 To $1,000 In Asset Value For Spartz Farms, Brought In $100,001 To $1 Million In Income, And Previously Decreased The Value Of The Farm

### 2020: Spartz Reported $1 To $1,000 In Asset Value For Spartz Farms

**2020: Spartz Reported $1 To $1,000 In Asset Value For Spartz Farms.** [Victoria Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### 2019 – 2020: Spartz Reported $100,001 To $1,000,000 In Income For Spartz Farm Each Year

**2020: Spartz Reported $100,001 To $1,000,000 In Income For The Current Year To Filing From Spartz Farms.** [Victoria Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**2019: Spartz Reported $100,001 To $1,000,000 In Income For The Current Year To Filing From Spartz Farms.** [Victoria Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### 2018 – 2019: Spartz Decreased The Value Of Spartz Farms LLC

**2018: Spartz Listed That Spartz Farms LLC Was Worth More Than $500,000.** [Spartz 2018 Statement of Economic Interests, 1/8/19]



In addition, please indicate if any of the interests listed below are $500,000 or more.

| Name of Business Entity | Nature of Business Entity's Business | Your Interest | Spouse's Interest | Unemancipated Child's Interest | Interest => $500,000 |
|---|---|---|---|---|---|
| EcoAgro USA, LLC | Agriculture | ☒ | ☒ | ☐ | ☒ |
| ISBC Group | Consulting | ☒ | ☐ | ☐ | ☐ |
| Westbrook Village, LLC | Real Estate | ☐ | ☒ | ☐ | ☒ |
| Spartz Farms, LLC | Farming/ Real Estate | ☐ | ☒ | ☐ | ☒ |
| | | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

**2019: Spartz Did Not List That Spartz Farms LLC Was Worth More Than $500,000**. [Spartz 2019 Statement of Economic Interests, 1/13/20]

In addition, please indicate if any of the interests listed below are $500,000 or more.

| Name of Business Entity | Nature of Business Entity's Business | Your Interest | Spouse's Interest | Unemancipated Child's Interest | Interest => $500,000 |
|---|---|---|---|---|---|
| EcoAgro USA, LLC | Agriculture | ☒ | ☒ | ☐ | ☒ |
| ISBC Group | Consulting | ☒ | ☐ | ☐ | ☐ |
| Westbrook Village, LLC | | ☐ | ☒ | ☐ | ☒ |
| Spartz Farms, LLC | Farming/ Real Estate | ☐ | ☒ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

## Spartz Farms Was Located At 19865 Creek Rd, Noblesville IN

### Charles Spartz Owned The Property At 19865 Creek Rd, Noblesville IN

**Charles Spartz Owned The Property At 19865 Creek Rd, Noblesville IN.** According to data from the Hamilton County Property Reports and Payments, the property at 19865 Creek Rd, Noblesville IN was owned by Charles Spartz and Charles Spartz Farm. [Hamilton County, Property Reports and Payments, accessed 6/16/20]

### Spartz Farm Was Registered With The EPA At 19865 Creek Rd, Noblesville, IN

**Spartz Farm Was Registered With The EPA At 19865 Creek Rd, Noblesville, IN.** [U.S. Environmental Protection Agency, Spartz Farms, accessed 6/16/20]





Related Topics: Envirofacts | FRS

FRS Facility Detail Report

SPARTZ FARM
EPA Registry Id: 110012128205
19865 CREEK RD
NOBLESVILLE, IN 46060

[U.S. Environmental Protection Agency, Spartz Farms, accessed 6/16/20]

### Spartz Farm Was Registered With The Indiana Department Of Environmental Management At 19865 Creek Rd, Noblesville, IN

**Spartz Farm Was Registered With IDEM At 19865 Creek Rd, Noblesville, IN.** [IDEM, Facility Search, accessed 6/24/20]

| AI ID | AI Name | Location | City | County | Postal | |
|---|---|---|---|---|---|---|
| 21709 | SPARTZ FARM | 19865 CREEK RD | NOBLESVILLE | HAMILTON | 46060 | Search |

[IDEM, Facility Search, accessed 6/24/20]

## Spartz Farm Did Not Have Any Actions Or Orders Filed Against Them By The Indiana Department Of Environmental Management

### 2000 – 2020: Indiana Department Of Environmental Management Did Not File Any Actions Or Order Against Spartz Farms

**2000 – 2020: Indiana Department Of Environmental Management Did Not File Any Actions Or Orders Against Spartz Farms.** A search for "Spartz Farms" in IDEM's enforcement database did not return any results. [IDEM, Enforcement Database, accessed 6/24/20]

Your search returned no results.

Your search criteria was:

| | |
|---|---|
| Company Name: | Spartz Farms |
| Case Number: | |
| Old Case Number: | |
| County: | all counties |
| Media of Interests: | All media of interest |
| Types of Actions/Orders: | All Types of Actions/Orders |
| Start Time: | 01-JAN-2000 |
| End Time: | 24-JUN-2020 |

[IDEM, Enforcement Database, accessed 6/24/20]



## The Indiana Department Of Agriculture Did Not Have Any Records Related To Spartz Farm

**The Indiana Department Of Agriculture Did Not Have Any Records Related To Spartz Farm.** A FOIA request was sent to the Indiana Department of Agriculture requesting access to any permits, code violations, or farm subsidies that were related to EcoAgro USA. The Department of Agriculture responded and said they did not have any records responsive to the request. [Indiana Department of Agriculture, FOIA Response, 7/10/20]

## Spartz Farms Did Not Appear To Accept A PPP Loan Greater Than $150,000

*NOTE: A FOIA request was sent to determine if Spartz Farms or Jason Spartz received a PPP loan*

*NOTE: The full spreadsheet containing data on businesses that received PPP loans is located on the DCCC Drive*

**It Did Not Appear That Spartz Farms Accepted A PPP Loan Greater Than $150,000.** Spartz Farms was not listed as one of the businesses that received a PPP loan greater than $150,000. [PPP Loan Database, accessed 7/15/20]

## Spartz Farms LLC Was Listed As An Entity That May Have Been Affected By The Construction Of A Sanitary Sewer

### April 2019: A Construction Permit For A Sanitary Sewer In Noblesville Was Issued

**April 2019: A Construction Permit For A Sanitary Sewer In Noblesville Was Issued.** "The application, plans and specifications, and supporting documents for the above - referenced project have been reviewed and processed in accordance with rules adopted under 327 IAC 3. Enclosed is the Construction Permit (Approval No. 23048), which applies to the construction of the above -referenced proposed sanitary sewer system to be located along 146th Street approximately 1,500 feet west of the intersection with Marilyn Road near the City of Noblesville." [IDEM, Document No. 82853454, 4/2/19]

### Spartz Farm LLC Was Listed As A Potentially Affected Entity

**Spartz Farm LLC Was Listed As A Potentially Affected Entity.** "It should be noted that any person affected or aggrieved by the agency's decision in authorizing the construction of the above -referenced facility may, within fifteen (15) days from date of mailing, appeal this permit by filing a request with the Office of Environmental Adjudication for an adjudicatory hearing in accordance with IC 4- 21.5 -3 -7 and IC 13 -15 -6. The procedure for appeal is outlined in more detail in Part Ill of the attached construction permit. […] 65 -42FC Spartz Farms LLC 102 Natasha Drive Noblesville, IN 46060." [IDEM, Document No. 82853454, 4/2/19]

## There Were No Delinquent Sales Tax Records For Spartz Farms LLC

### There Were No Delinquent Sales Tax Records For Spartz Farms LLC

**There Were No Delinquent Sales Tax Records For Spartz Farms LLC.** [Indiana Secretary of State, Expired RRMC List, accessed 6/25/20]

## The Spartz Family Has Accepted $528,408 In Government Subsidies, Mainly For Corn

*NOTE: These numbers were collected by EWG Farm Subsidy base from the U.S. Department of Agriculture through FOIAs. A FOIA was sent to USDA for original copies of the records, but have yet to be received.*



**1995 – 2019: Charles S Spartz Has Accepted $405,991 In Government Subsidies**

**1995: Charles S. Spartz Accepted $16,531 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**1996: Charles S. Spartz Accepted $11,625 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**1997: Charles S. Spartz Accepted $11,711 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**1998: Charles S. Spartz Accepted $31,219 In Commodity And Conservation Subsidies.** Charles S. Spartz collected $722 in conservation subsidies and $30,497 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**1999: Charles S. Spartz Accepted $32,862 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2000: Charles S. Spartz Accepted $44,870 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $1,782 in conservation subsidies and $43,088 in commodity subsides. [EWG Farm Subsidy Database, accessed 6/24/20]

**2001: Charles S. Spartz Accepted $45,171 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $891 in conservation subsidies and $44,280 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**2002: Charles S. Spartz Accepted $891 In Conservation Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2003: Charles S. Spartz Accepted $18,476 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $891 in conservation subsidies and $17,272 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**2004: Charles S. Spartz Accepted $10,731 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $891 in conservation subsidies and $9,840 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**2005: Charles S. Spartz Accepted $21.957 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $891 in conservation subsidies and $21,066 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**2006: Charles S. Spartz Accepted $18,163 In Commodity And Conservation Subsidies.** Charles S. Spartz accepted $891 in conservation subsidies and $17,272 in commodity subsidies. [EWG Farm Subsidy Database, accessed 6/24/20]

**2007: Charles S. Spartz Accepted $10,236 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2008: Charles S. Spartz Accepted $10,236 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2009: Charles S. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2010: Charles S. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2011: Charles S. Spartz Accepted $32,057 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2012: Charles S. Spartz Accepted $9,592 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2013: Charles S. Spartz Accepted $10,236 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2014: Charles S. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2015: Charles S. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2016: Charles S. Spartz Accepted $23,152 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2017: Charles S. Spartz Accepted $1,999 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2018: Charles S. Spartz Accepted $8,638 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2019: Charles S. Spartz Accepted $34,530 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

## 2012 – 2019: Charles N Spartz Accepted $115,216 In Government Subsidies

**2012: Charles N. Spartz Accepted $114 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2013: Charles N. Spartz Accepted $6,892 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2014: Charles N. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2015: Charles N. Spartz Accepted $0 In Government Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2016: Charles N. Spartz Accepted $13,603 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2017: Charles N. Spartz Accepted $5,449 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2018: Charles N. Spartz Accepted $6,401 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]


**2019: Charles N. Spartz Accepted $24,757 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2012 – 2013: Jason Spartz Accepted $7,201 In Government Subsidies**

**2012: Jason Spartz Accepted $3,181 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**2013: Jason Spartz Accepted $4,020 In Commodity Subsidies.** [EWG Farm Subsidy Database, accessed 6/24/20]

**A Majority Of The Subsidies The Spartz Family Received Were For Corn**

**58.8% ($161,604) Of The Spartz Family's Combined Subsides Were For Corn.** [EWG Farm Subsidy Database, accessed 6/24/20]

**30.6% (161,604) Of The Spartz Family's Combined Subsidies Were For Soybeans.** [EWG Farm Subsidy Database, accessed 6/24/20]

**1.9% ($10,063) Of The Spartz Family's Combined Subsides Were For Wheat.** [EWG Farm Subsidy Database, accessed 6/24/20]

## Spartz Farms Was Involved In A Mortgage Foreclosure Case Filed Against Them By Charles And Gerlinde Spartz

**Charles And Gerlinde Spartz Filed A Mortgage Foreclosure Case Against Spartz Farms LLC**

**2011: Charles And Gerlinde Spartz Filed A Mortgage Foreclosure Case Against Spartz Farms LLC.** According to records found on Indiana Public Court System search, on March 17, 2011, Charles and Gerlinde Spartz filed a mortgage foreclosure case against Spartz Farms LLC c/o Jason Spartz. The case was dismissed on February 16, 2012. [mycase.IN.gov, Case No. 29D02-1103-MF-002354, filed 3/17/11]

**Spartz Farm Was Not Involved In Any Federal Court Cases**

**Spartz Farm Was Not Involved In Any Federal Court Cases.** According to PACER, a party search for Spartz Farms did not produce any results. [PACER, accessed 6/24/20]

**No Results Found**

The search returned no results.

**PACER Service Center** **Receipt** 06/24/2020 15:08:31 1785522489

| | |
|---|---|
| **User** | dc45062015 |
| **Client Code** | |
| **Description** | All Court Types Party Search<br>All Courts; Name Spartz Farm; All Courts |
| **Results** | The search returned no results. |
| **Billable Pages** | 1 ($0.10) Print Receipt |

[PACER, accessed 6/24/20]



# Hometown Development

## Hometown Development LLC Was Registered As A Domestic Limited Liability Company Under Jason Spartz

### 2006: Hometown Development LLC Was Registered As A Domestic Limited Liability Company In Indiana

**2006: Hometown Development LLC Was Established As A Domestic Limited Liability Company In Indiana.** According to records found on the Indiana Secretary of State site, Hometown Development was created on May 31, 2006. [Indiana Secretary of State, Business ID 20060601100497, accessed 6/24/20]

### Hometown Development LLC Was Registered To Jason Spartz

**Hometown Development Was Registered To Jason Spartz.** According to records found on the Indiana Secretary of State site, Hometown Development was registered to Jason M. Spartz and the business's principal office was located at 102 Natasha Dr, Noblesville, IN, 46062. [Indiana Secretary of State, Business ID 20060601100497, accessed 6/24/20]

### 2013: Hometown Development LLC Was Dissolved

**2013: Hometown Development LLC Was Dissolved.** According to records found on the Indiana Secretary of State site, Hometown Development filed an "Administrative Dissolution" on September 11, 2013 and has since been labeled inactive. [Indiana Secretary of State, Business ID 20060601100497, accessed 6/24/20]

## Hometown Development LLC Did Not Have Any Professional Licenses With The State Of Indiana

**Hometown Development LLC Did Not Have Any Professional Licenses With The State Of Indiana.** [Indiana Professional License Search, accessed 6/25/20]

## 2006: Hometown Development LLC Was Listed As A Debtor In Three UCC Filings

### 2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing

**2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing.** On July 19, 2006, Hometown Development LLC was listed in as a debtor in a UCC filing. Gerlinde Spartz was listed as the Assignee and the secured party. [Lexis Nexis Comprehensive Business Report, accessed 6/25/20]

### 2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing

**2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing.** On July 19, 2006, Hometown Development LLC was listed in as a debtor in a UCC filing. Charles Spartz was listed as the Assignee and the secured party. [Lexis Nexis Comprehensive Business Report, accessed 6/25/20]

### 2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing For Equipment

**2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing For Equipment.** On July 19, 2006, Hometown Development LLC was listed as a debtor in a UCC filing. BMO Harris Bank and First National Bank & Trust were listed as a secured party. [Lexis Nexis Comprehensive Business Report, accessed 6/25/20]



## There Were No Delinquent Sales Tax Records For Hometown Development LLC

### There Were No Delinquent Sales Tax Records For Hometown Development LLC

**There Were No Delinquent Sales Tax Records For Hometown Development LLC.** [Indiana Secretary of State, Expired RRMC List, accessed 6/25/20]

## Hometown Development LLC Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands

### Through Hometown Development, The Spartz Family Planned A Multimillion Dollar Project That Was Halted By IDEM When The Family Destroyed Wetlands

**Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands In 2007.** "Spartz has her own complicated history with IDEM's regulation of wetlands, one she did not disclose as the bill has moved through the legislature. In 2007, her family planned a multimillion dollar project to develop a Super Target in Noblesville. IDEM halted the project after the family bulldozed and filled in wetlands near a county-regulated drain on the property, because they had failed to obtain state and federal permissions." [Star Press, 2/18/20]

**The Spartz Family Agreed To Resolve The Environmental Issues But They Lost The Land In A Foreclosure Settlement.** "While the family eventually agreed to resolve the environmental issues, the economy soured and they lost the land in a foreclosure settlement." [Star Press, 2/18/20]

### 2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville And Filled In Wetlands Without A Permit To Lure A Super Target

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville To Lure A Super Target.** "In December 2004, Victoria Spartz's father-in-law, Charles Spartz, doing business as Hometown Development LLC, took out a $1.75 million loan to buy 60 acres at Ind. 37 and Ind. 32/38 in Noblesville. The family had an ambitious plan to lure a Super Target to the prominent intersection, but to do so they'd need to fortify a corner thick with wetlands." [Star Press, 2/18/20]

**Over The Next Two Years, The Spartz Family Removed Wetlands Without A Permit.** "Over the next two years, the Spartzes filled in wetlands, knocked down woods and planned to fill in two spurs to a regulated drain, a man-made stream that runs through the property. After an anonymous tip, IDEM intervened in January 2007 and informed the family they had needed a permit to remove the wetlands. IDEM also told the family to contact the Indiana Department of Natural Resources and the Army Corps of Engineers, because that particular site was in a federal floodplain." [Star Press, 2/18/20]

### 2007: IDEM Issued The Spartz Family A Water Quality Certification To Continue Their Project After They Made An Effort To Fix The Damage They Caused

**October 2007: IDEM Reviewed The Spartz Family's After-The-Fact Application That Outlined The Damage To Wetlands They Caused Without Authorization—Outlining 4.16 Acres Of Wetland Damage.** "Office of Water Quality staff has reviewed your After-the-Fact application for Section 401 Water Quality Certification dated June 6, 2007, and received June 8, 2007. This office has also reviewed a revised mitigation plan, figures, and appendices dated and received September 27, 2007. Additionally, IDEM has reviewed modified mitigation figures dated and received October 10, 2007. According to the application, you filled 1.65 acres of 1.79 acre emergent Wetland A in 2006 without IDEM 1 authorization. You propose to fill the remaining 0.14 acre portion of emergent Wetland A on the site. Additionally, the application states that you filled 2.51 acres of 2.65 acre emergent/forested Wetland Bin 2006 without IDEM authorization. Approximately 1.29 acres of Wetland B was forested and approximately 1.36 acres of Wetland B was emergent. You propose to fill the remaining 0.14 acre portion of



Wetland B remaining onsite. Wetland impacts will total 4.16 acres (3 .15 acres emergent wetland and 1.29 acres forested wetland)." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**Additionally, The Spartz Family Caused Damage To Streams And Drainage Features In The Area.** "In addition to wetland impacts, you have filled 233' (0.02 acre) of an unnamed tributary to Stony Creek; this stream is referred to as Drainage Feature I (DF 1) in the application. This stream was impacted in 2006. You also propose to fill a second unnamed tributary to Stony Creek known locally as the Elwood Wilson Library Arm; this stream is 638' long (0.05 acre) and is referred to as Drainage Feature 2 (DF 2) in the application. Finally, you propose to relocate 1,750' (0.18 acre) of the main unnamed tributary to Stony Creek known locally as the Elwood Wilson Legal Drain; the stream is proposed to be piped in a 24" pipe to be buried approximately 50' west of the existing stream location. A dry swale is proposed to be constructed on top of the pipe to handle high flows." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**October 2007: IDEM Granted Hometown Development LLC A Section 401 Water Quality Certification To The Spartz Family's Plan To Build A Target.** "Based on available information, a visit to the impact site on January 23, 2007, a visit to the offsite wetland mitigation site on May 25, 2007, and a visit to the offsite stream mitigation site on March 30, 2007, it is the judgment of this office that the proposed project will comply with the applicable provisions of 327 IAC 2 and Sections 301, 302,303,306, and 307 of the Clean Water Act if the recipient of the certification complies with the conditions set forth below. Therefore, subject to the following conditions, the Indiana Department of Environmental Management (IDEM) hereby grants Section 40 l Water Quality Certification for the project described in your application received June 8, 2007, and modifications received September 27, 2007. Any changes in project design or scope not detailed in the application described above or modified by the conditions below are not authorized by this certification." [IDEM, Doc No. 82895186, Wetlands Permit, 10/18/07]

**Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement**

**Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement.** "Later that year, though, Super Target backed out as the economy went into recession. The bonds never were issued. In 2010, amid the continuing recession and the dimmed prospects for development, the Spartz family lost the land in a foreclosure settlement with their bank." [Star Press, 2/18/20]

## Hometown Development Was Given $6.9 Million In Bonds From The Noblesville City Council To Build Infrastructure On The Site

**2008: Noblesville City Council Issues Hometown Development $6.9 Million In Bonds To Build Infrastructure On The Site**

**2008: Noblesville City Council Issues Hometown Development $6.9 Million In Bonds To Build Infrastructure On The Site.** "Noblesville-based Hometown Development, which includes members of the Spartz family, want to develop the southeast corner of Ind. 32/38 and Ind. 37. The approximately 57-acre site will need extensive soil work to become buildable, said City Attorney Mike Howard, including a complicated process to remove water from some of the dirt." [Noblesville Ledger, 3/13/08]

**Hometown Development Guaranteed To Pay 100% Of The Debts On The Bonds. "**The City Council Tuesday agreed to issue bonds not to exceed $6.9 million to pay upfront costs for infrastructure construction with roads, sewers and water and soil management, and Hometown Development guaranteed to pay 100 percent of the debt service on those bonds." [Noblesville Ledger, 3/13/08]

**City Councilwoman: "The Spartzes Will Take On The Devil, And They Have With That Project"**



**City Councilwoman: "The Spartzes Will Take On The Devil, And They Have With That Project."** "City Councilwoman Mary Sue Rowland said the city is getting a more than fair deal, and said the Spartz family is up to the challenge the site presents. 'The Spartzes will take on the devil, and they have with that project.' The site, dubbed Conner Pointe, would be anchored by a Target, Howard said. Hometown Development representative Chris Hamm said it would be similar to, but smaller than, the Super Target near Lantern Road and 116th Street in Fishers, but would not sell perishable foods. He said it would be larger than the Super Target on Michigan Road in Carmel." [Noblesville Ledger, 3/13/08]

**Chris Hamm, A Representative For The Company And A Former City Official, Said Hometown Development Was Unique Because It Was Local And Willing To Take Years To Develop The Site**

**Chris Hamm, A Representative For The Company And A Former City Official, Said Hometown Development Was Unique Because It Was Local And Willing To Take Years To Develop The Site.** "Hamm, formerly the city's economic development director, said he had heard numerous proposals from developers for the site when he worked for the city from 1996-2007. Hometown Development, he said, was unique in that it is local and was willing to take years to develop the site. 'It took somebody with a strong commitment to the community and a strong commitment to making this project successful and a unique way of thinking about return on investment to take this project forward,' Hamm said. 'At the end of the day, it took the city's commitment to help make this project a reality, because it couldn't happen without the city's participation.'" [Noblesville Ledger, 3/13/08]

## An Ex-Noblesville Official Helped Hometown Development Try To Build The Target

**2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm**

**2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm.** "A swampy property at the southeast corner of state roads 37 and 32 in Noblesville had been a development dead end for years when Chris Hamm left his job as the city's economic development director in March 2007. Hamm's first order of business after leaving: Find a way to build a Target-anchored shopping center on the 60-acre property as a launching pad for a new development consulting firm he had founded with Rex Dillinger, a former city council president and mayoral candidate." [Indianapolis Business Journal, 12/22/08]

**Hometown Development Hired Hamm's Consulting Firm And They Got Approval To Mitigate Wetlands And $7 Million From The City**

**Hometown Development Hired Hamm's Consulting Firm And They Got Approval To Mitigate Wetlands And $7 Million From The City.** "The firm, Northstar Land Entitlement and Development Services delivered in a big way. It won Hometown Development LLC approvals to mitigate a large wetland and flood plain. It got the state's blessing for a stoplight on S.R. 37 unusually close to another light. And it got the city to pitch in $ 7 million for infrastructure, including storm sewers to dry out the property." [Indianapolis Business Journal, 12/22/08]

**Charlie Spartz Said Hiring Hamm's Consulting Firm Was "A No-Brainer Hire For Us."** "For Hometown Development of Noblesville, the firm worked a miracle. For 20 years, development on its site had gone nowhere. Now, a Super Target is planned for the property. The project, dubbed Conner Point, still is a go thanks in large part to Northstar, said Charlie Spartz, who heads Hometown Development, which has since agreed to sell the project to another developer Spartz would not name. '[Northstar] was a no-brainer hire for us,' he said. 'The site would not have been built out without their help.'" [Indianapolis Business Journal, 12/22/08]



**However, Hamm's Quick Turnaround From The Public Sector To The Private Sector Raised Ethical Questions**

**Hamm's Firm Landed A Several Hundred Thousand Dollars Within Six Months Of Working.** "For about six months of work, the firm landed a payday believed to be several hundred thousand dollars a healthy bump from the $ 70,000 salary Hamm had earned while working for the city." [Indianapolis Business Journal, 12/22/08]

**Critics Questioned Hamm's Decision To Go From "City Official To High-Paid Land-Use Lobbyist," Considering He Worked On The Target Project As An Official.** "But the quick turnaround from city official to high-paid land-use lobbyist also raises questions for some critics of revolving-door government. Hamm and Dillinger incorporated their firm a month before Hamm left the city. Hamm dealt with the Target developers in his capacity as a city official before he left and began representing them. And Hamm, 35, didn't leave government entirely when he fled for the private sector: He won a seat on the Noblesville school board in May, and was appointed in March to serve on a board that updates the city's comprehensive plan, a document his developer clients no doubt would like to influence." [Indianapolis Business Journal, 12/22/08]

**A Critic Stated, "Hamm Walked Out A City Employee And Walked Back In The Next Day Lobbying His Friends, Colleagues, And Former Employees."** " 'It's ironic that the new City Hall has a revolving door,' said Kurt Meyer, a real estate agent with F.C. Tucker Co. in Noblesville who once chronicled the city's political scene for the Noblesville Daily Times. '[Hamm] walked out a city employee and walked back in the next day lobbying his friends, colleagues and former employees.'" [Indianapolis Business Journal, 12/22/08]

**Hamm Served As The City's Economic Development Director For Six Years.** "Hamm served for six years as the city's economic development director and six years before that as a long-range and senior planner. He led the development of the city's strategy and a master plan for the Noblesville Corporate Campus, and he helped shepherd entitlement applications for Saxony and Hamilton Town Center. He said he's doing virtually the same work now, still with a focus on serving the community and advocating for appropriate development." [Indianapolis Business Journal, 12/22/08]

**Noblesville Did Not Require A Cooling Off Period For City Employees, But State Employees In A Position To Give Business To Outside Firms Must Wait A Year Before Working For One Of The Firms.** "Noblesville does not require a cooling-off period before city employees can go to work for private companies that do business with the city. That's not unusual; most local governments do not have their own ethics procedures, particularly limits on the 'revolving door,' said Ed Feigenbaum, a former member of the Noblesville Planning Commission who publishes Indiana Legislative Insight. However, state employees in a position to give business to outside firms must wait at least a year before going to work for one of those firms." [Indianapolis Business Journal, 12/22/08]

## Some Members Of The Community Opposed Hometown Development's Plan To Build A Target

**A Member Of The Noblesville Community Said The Project "Should Never Happen"**

**A Member Of The Noblesville Community Said The Project "Should Never Happen."** "Hometown Development representative Chris Hamm expects the deal to happen, although he's now anticipating an opening later than spring 2010. He said the credit market is proving too tight for even financially solvent organizations to receive millions of dollars. Readers offered their perspective when 'Economy stalls Noblesville Target store' posted Monday at TheNoblesvilleLedger.com This project should never happen. Hopefully the delays will continue. . . . We do not need another stoplight on Ind. 37. We do not need a Super Target in an area already occupied by a Meijer and a Super Wal-Mart. When is enough enough?" [Indianapolis Star, 12/15/08]

**Another Member Of The Community Said "Target Is Not Needed At This Location"**



**Another Member Of The Community Said, "Target Is Not Needed At This Location."** "Target is not needed at this location nor is another stoplight at Cherry Street. . . . How can Cherry become a major thoroughfare? Wait until the sewers go in down Maple Street and the city loses the trees. Nothing in the deal for tree mitigation damage or replacement, so we can change the name of the street to treeless. Will someone explain to me why Noblesville needs a new Target within a short walking distance of a Super Wal-Mart and a Meijer? Does Target offer anything different?" [Indianapolis Star, 12/15/08]

## The Target Was Planned To Be Located At Indiana State Road 32 And 38

### The Target Was Planned To Occupy 11 Acres On Indiana State Road 32 And 38

**The Target Was Planned To Occupy 11 Acres On Indiana State Road 32 And 38.** "The economy is stalling a project that would lead to a Target store in Noblesville. Hometown Development and Target still are working on a deal for the retailer to buy 11 acres in the 57-acre Conner Pointe development at Ind. 32/38 and Ind. 37. Instead of a spring 2010 opening, however, the Target store might not greet shoppers until nearer the end of that year." [Indianapolis Star, 12/23/08]

## 2010: Harris NA Filed A Mortgage Foreclosure Case Against Hometown Development LLC, Charles Spartz, And Gerlinde Spartz

### September 2010: Harris NA Filed A Mortgage Foreclosure Case Against Hometown Development LLC, Charles Spartz, And Gerlinde Spartz

**September 2010: Harris NA Filed A Mortgage Foreclosure Case Against Hometown Development LLC, Charles Spartz, And Gerlinde Spartz.** On September 23, 2010, Harris N A filed a mortgage foreclosure case against Hometown Development LLC, Charles Spartz, and Gerlinde Spartz. [mycase.IN.gov, Case No. 29D02-1009-MF-001262, 9/23/10]

### December 2010: The Case Against Hometown Development LLC And The Spartz Was Dismissed

**December 2010: In Order Of Dismissal Was Ordered In The Case.** [mycase.IN.gov, Case No. 29D02-1009-MF-001262, 9/23/10]

## Charles And Gerlinde Spartz Filed A Civil Collections Claim Against Hometown Development LLC And Members Of The Spartz Family

### March 2011: Charles And Gerlinde Spartz Complained That Hometown Development LLC Owed Them $3.5 Million For Loans Given To The Company

**March 2011: Charles And Gerlinde Spartz Complained That Hometown Development LLC Owed Them $3.5 Million For Loans Given To The Company.** "Come now the Plaintiffs herein, Charles S. Spartz and Gerlinde Spartz, husband and wife, by counsel, and for cause of action against the Defendants allege and say the following: 1. Plaintiffs Charles S. Spartz and Gerlinde Spartz are husband and wife. 2. Plaintiffs loaned money to Defendant Hometown Development, LLC, an Indiana limited liability company (Hometown), in consideration of which Hometown executed and delivered to Plaintiffs a Promissory Note in the original principal amount of Two Million Fifty Thousand Dollars ($2,050,000.00). […] In addition to the loan of monies described above in paragraph 2, Plaintiffs loaned Hometown additional monies in the amount of Seven Hundred Twenty-One Thousand Five Hundred Ten Dollars ($721,510.00). […] The total amount due to Plaintiffs from Hometown, as of December 31, 201 1, is the sum of Three Million Four Hundred Eighty Thousand One Hundred Thirty-Six



Dollars and Forty Cents ($3,480,136.40) plus reasonable attorney fees, interest, and costs of this proceeding." [Hamilton County Superior Court #2, Case No. 29D02-1103-CC-002355, accessed 6/25/20]

**March 2011: Charles And Gerlinde Spartz Filed A Civil Collections Claim Against Hometown Development LLC And Other Members Of The Spartz Family**

**2011: Charles And Gerlinde Spartz Filed A Civil Collections Claim Against Hometown Development LLC And Other Members Of The Spartz Family.** On March 17, 2011, Charles and Gerlinde Spartz filed a civil collections claim against Hometown Development LLC, Jason Spartz, Charles N. Spartz, Daniel Spartz, and Natasha Chan. [mycase.IN.gov, Case No. 29D02-1103-CC-002355, 3/17/11]

**June 2012: A Judgment For Nearly $2.7 Million Was Awarded To Charles Spartz And Against Hometown Development LLC**

**June 2012: A Judgment For Nearly $2.7 Million Was Awarded To Charles Spartz And Against Hometown Development LLC.** On June 1, 2012, a summary judgment was entered and a judgment of $2,686,470.36 was awarded to Charles Spartz, et al. and against Hometown Development LLC. [mycase.IN.gov, Case No. 29D02-1103-CC-002355, 3/17/11]

**July 2012: A Final Judgment For More Than $3.4 Million Was Awarded To Charles Spartz And Against Hometown Development LLC**

**July 2012: A Final Judgment For More Than $3.4 Million Was Awarded To Charles Spartz And Against Hometown Development LLC.** On July 6, 2012, Charles and Gerlinde Spartz were awarded a judgment for $3,407,980.36 from Hometown Development LLC. [mycase.IN.gov, Case No. 29D02-1103-CC-002355, 7/6/12]

## International Business Consulting Group (ISBC) & ISBC Real Estate Group

### 2009: International Business Consulting Group (ISBC) & ISBC Real Estate Group Were Registered To Spartz

**March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz**

**March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz.** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**March 2009: ISBC Real Estate Group LLC Was Incorporated Under Victoria Spartz**

**March 2009: ISBC Real Estate Group LLC Was Incorporated.** On March 30, 2009, ISBC Real Estate Group LLC was incorporated at 17301 River Ave, Noblesville, IN. Victoria Spartz was listed as the principal and the registered agent. [Indiana Secretary of State, Business ID 2009033100051, 3/30/09]

**April 2009: Spartz Changed The Name Of International Strategic Business Group To ISBC Group**

**April 2009: International Strategic Business Group Assumed The Name To ISBC Group.** On April 17, 2009, Victoria Spartz submitted a "Certificate of Assume Business Name" and "International Strategic Business Group" to "ISBC Group." [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]



### Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group And Was Associated With LegalZoom

**March 2009: Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group .** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**Sheila Dang Was Associated With LegalZoom.** [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

ARTICLE III – INCORPORATORS

Sheila Dang
7083 Hollywood Blvd., Suite 180, Los Angeles, CA 90028
Signature: Sheila Dang, Legalzoom.com

[Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**LegalZoom Helped Customers Start Businesses.** "We simply do not believe that it should cost thousands of dollars to create a will, form a business, or apply for a trademark. So we started a movement to make legal help available to all." [LegalZoom, accessed 6/25/20]

## There Were No Delinquent Sales Tax Records For ISBC Group Or ISBC Real Estate

### There Were No Delinquent Sales Tax Records For ISBC Group Or ISBC Real Estate

**There Were No Delinquent Sales Tax Records For ISBC Group ISBC Real Estate.** [Indiana Secretary of State, Expired RRMC List, accessed 6/25/20]

## 2019: Spartz Reported No Income From ISBC Group And ISBC Real Estate

### 2019: Spartz Reported $71,045 In Earned Income From Just The State Of Indiana

**2019: Spartz Reported $71,045 In Earned Income From The State Of Indiana.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Earned Income | | | |
|---|---|---|---|
| **Source** | **Type** | **Amount (Current Year to Filing)** | **Amount (Preceding Year)** |
| State of Indiana | Legislator Compensation | $39,533.00 | $71,045.00 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### Spartz Did Not List Any Income From ISBC Group And ISBC Real Estate Group

**Spartz Listed That She Was President Of ISBC Group And ISBC Real Estate Group.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| State Senator | Indiana State Senate |
| Principal | EcoAgro USA |
| President | ISBC Group |
| President | ISBC Real Estate Group |



[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**2017 – 2019: Spartz Reported That ISBC Group And ISBC Real Estate Were Worth Less Than $500,000**

**2019: Spartz Did Not List ISBC Group As Being Worth More Than $500,000**

| 2019 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | No |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

**2018: Spartz Did Not List ISBC Group As Being Worth More Than $500,000**

| 2018 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

**2017: Spartz Did Not List ISBC Group As Being Worth More Than $500,000**

| 2017 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture/ Farming | Yes | Yes | No | Yes |
| ISBC Group | Consulting/ Accounting/ Finance | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate/Farming | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2017 Statement of Economic Interests, 1/9/18]



## ISBC Real Estate Group Was An Expired Real Estate Broker Company

### 2020: ISBC Real Estate Group's Real Estate Broker License Expired

**2020: ISBC Real Estate Group's Real Estate Broker License Expired.** On June 30, 2020, ISBC Real Estate Group LLC's Real Estate Broker license expired. [Indiana Professional Licensing Agency, Lic No. RC50900473, 6/30/20]

### 2009: ISBC Real Estate Group Was Registered As A Real Estate Broker Company

**2009: ISBC Real Estate Group Was Registered As A Real Estate Broker Company.** On April 22, 2009, ISBC Real Estate Group LLC was granted a Real Estate Broker Company license with the State of Indiana. The license was achieved through an application and was still active as of June 2020. The license was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]

## Spartz Held An Expired Real Estate License Linked To ISBC Real Estate Group LLC

### 2020: Spartz's Real Estate Broker License Expired

**2020: Spartz's Real Estate Broker License Expired.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license expired on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/30/20]

### 2005: Spartz Was Issued A Real Estate Broker License That Was Linked To ISBC Real Estate Group LLC

**2020: Spartz Held An Active Real Estate Broker License.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz held a Real Estate Broker license with the Real Estate Commission. The license was issued on June 9, 2005 and was set to expire on June 30, 2020. The license was active and Spartz achieved the license through an examination. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/9/05]

**Spartz's License Was Related To The ISBC Real Estate Group LLC.** Spartz was listed as the "Manager" for ISBC Real Estate Group LLC's license. ISBC Real Estate Group LLC was registered as a Real Estate Broker Company with the Real Estate Commission. The license was granted on April 22, 2009 and was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]

### 2005: Spartz Was Issued A Real Estate Broke License That Was Superseded

**2005: Spartz Was Issued A Real Estate Broker License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license was superseded. The license was issues on June 9, 2005 and expired on June 30, 2009. [Indiana Professional Licensing Agency, Lic No. RB14029293, 6/9/05]

### 2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded

**2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Sales Person license was superseded. The license was issues on August 14, 2003 and expired on December 31, 2005. [Indiana Professional Licensing Agency, Lic No. SP30302228, 8/14/03]



# Daniel Spartz Was Listed As An Employee Of ISBC Real Estate Group

## 2009: Daniel Spartz Was Listed As An Employee Of ISBC Real Estate Group

**2009: Daniel Spartz Was Granted A Real Estates Sales Person License That Was Linked To ISBC Real Estate Group LLC.** On September 21, 2009, Daniel Spartz was issued a Real Estates Sales Person license through an examination. The license was linked to ISBC Real Estate Group with the relationship listed as "Employee." The license expired on June 30, 2012. [Indiana Professional License Agency, Lic No. SP30910342, 9/21/09]

[Indiana Professional License Agency, Lic No. SP30910342, 9/21/09]

# ISBC Group Appeared To Have A Website That Was Perpetually Under Construction And Then Was Removed

## June 2020: ISBCGroup.Com Did Not Exist

**June 2020: ISBCGroup.Com Did Not Exist.** [ISBCGroup.com, accessed 6/25/20]

[ISBCGroup.com, accessed 6/25/20]

## 2013 – 2018: Archived Shots Of ISBC Group's Website Showed It Was "Being Updated"

**October 2013: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 10/8/13]

[Archive.org, archived 10/8/13]



**August 2018: An Archived Shot Of ISBC Group's Website Showed It Was "Being Updated."** [Archive.org, archived 8/25/18]

[Archive.org, archived 8/25/18]

## ISBC Group Allegedly Provided A Variety Of Services Including Strategic Management, Financial Advisory, Real Estate, And Global Research

### ISBC Group Allegedly Provided A Variety Of Businesses Including Strategic Management, Financial Advisory, Real Estate, And Global Research

**ISBC Group Allegedly Provided A Variety Of Businesses Including Strategic Management, Financial Advisory, Real Estate, And Global Research.** According to an archived version of ISBC Group's website, they offered services including: Strategic Management Group, Financial Advisory Group, Real Estate Group, Global Research Group, Risk Consulting Group, and a Training and Education Group. [Archive.org, archived 8/25/18]

[Archive.org, archived 8/25/18]

### However, No Further Information For Each Group Was Provided On The Website

**There Was No Information Available For The Strategic Management Group.** [Archive.org, archived 8/25/18]





[Archive.org, archived 8/25/18]

**There Was No Information Available For The Financial Advisory Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Real Estate Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Global Research Group.** [Archive.org, archived 8/25/18]



[Archive.org, archived 8/25/18]

**There Was No Information Available For The Risk Consulting Group.** [Archive.org, archived 8/25/18]





[Archive.org, archived 8/25/18]

**There Was No Information Available For The Training And Education Group.** [Archive.org, archived 8/25/18]

[Archive.org, archived 8/25/18]

## The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs

### According To Importantville, The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs

**According To Importantville, The ISBC Group Website Allegedly Featured SEO Engine Keywords For Illegal Prescription Drugs.** "Spartz launched 'ISBCGroup.com.' The website featured SEO engine keywords for illegal prescription drugs. It also recently boasted of ways to acquire 'chloroquine without prescription'—the discredited miracle coronavirus drug pushed by President Trump." [Importantville, 5/8/20]





```
pills</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3122">buy ceftin online without rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=253">ceftin generic name</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1702">buy ceftin medication</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3813">where can i buy ceftin online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3903">purchase ceftin without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4353">order ceftin cash on delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3644">ceftin without a prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=848">ceftin us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3396">buy ceftin overnight shipping</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2634">celecoxib fda medicine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3896">cheap
celecoxib tablets</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=548">buy celebrex overnight shipping</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=661">generic for celebrex pills</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=814">how to
get celebrex</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2771">cheap celebrex</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=2054">celebrex generic name</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=277">best price of celebrex</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4430">get a celebrex without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1735">online pharmacy celecoxib</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3727">purchase celebrex online overseas</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3089">purchase celebrex without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=4446">buying celebrex online without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1264">celebrex cost</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1526">celecoxib us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3577">celecoxib on the street</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2856">celecoxib insomnia</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3070">celebrex generic medication</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3246">order
celexa without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2337">celexa for sale online</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3616">purchase celexa without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=415">buy celexa overnight shipping</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=948">cheap celexa tablets</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3886">how to get celexa</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2089">celexa online
without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=163">celexa drug generic</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3131">buy celexa medication</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1843">order
celexa cash on delivery</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3841">purchase cellcept overnight delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4021">cheap mycophenolate mofetil no rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=706">buy discount cellcept</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1905">purchase cellcept without prescription</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3290">how much does cellcept cost</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1209">get a
mycophenolate mofetil without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2529">purchase cellcept online overseas</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4157">buy cellcept without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=4019">order cellcept cash on delivery</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=18">buy cellcept online without rx</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4387">cellcept c.o.d.</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3878">cellcept 500mg
capsule</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1755">order chloroquine online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3515">low cost chloroquine now</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2412">purchase chloroquine overnight delivery</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1620">order chloroquine without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=227">discount prices on chloroquine phosphate</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3958">chloroquine without a prescription</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=673">buy chloroquine overnight shipping</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=3046">buy discount chloroquine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=2491">buy cheap chloroquine online</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3937">buy chloroquine medicine</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=895">where can
i buy chloroquine online</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1573">soft cialis gel female orgasm</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4324">cialis soft us pharmacy without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1821">buy cialis soft online without rx</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=863">buy cialis soft medication</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1817">low cost cialis soft now</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=1984">purchase
cialis soft online overseas</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4045">how much does cialis soft cost</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3622">buy cialis soft without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
tablets=1&q=1235">get a cialis soft without prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=3441">best price of cialis soft</a></li><li><a
href="http://www.coachingfromspiritchallenge.com/index.php?tablets=1&q=4340">soft cialis no prescription</a></li><li><a href="http://www.coachingfromspiritchallenge.com/index.php?
```

[Importantville, 5/8/20]

## Spartz's Campaign Claimed The Website Was Hacked And Then Was Subsequently Taken Down

**Spartz's Campaign Claimed The Website Was Hacked And Then Was Subsequently Taken Down.** "Spartz's campaign claims the site was hacked, indexed by Google with the prescription drug SEO terms, and taken down after the hack was discovered. Spartz didn't disclose this in an initial interview, saying she had no knowledge of the SEO." [Importantville, 5/8/20]

## ISBC Group's Website Also Directed Readers To ISBC.Com—A Russian Corporate Website

### According To Importantville, ISBC Group's Website Also Directed Readers To ISBC.Com—A Russian Corporate Website

**According To Importantville, ISBC Group's Website Also Directed Readers To ISBC.Com—A Russian Corporate Group.** "Prior to my inquiries, ISBCGroup.com took a reader to ISBC.com, the corporate group that includes Intelligent Business Management Systems, LLC registered in Zelenograd, Russia; Credis, LLC; Smart Systems, LLC; Logic Telecom, and AT Bureau, LLC. The owner or co-owner of all these companies, according to SPARK, is businessman Ivan Demidov. In 2018, its total revenue amounted to more than ₽1.65 billion—nearly $26 million. ISBC didn't immediately return messages seeking comment." [Importantville, 5/8/20]

## ISBC Group Or ISBC Real Estate Group Did Not Appear To Accept A PPP Loan Greater Than $150,000

*NOTE: A FOIA request was sent to determine if ISBC Group, ISBC Real Estate Group, or Victoria Spartz received a PPP loan*

*NOTE: The full spreadsheet containing data on businesses that received PPP loans is located on the DCCC Drive*



**It Did Not Appear That ISBC Group Or ISBC Real Estate Accepted A PPP Loan Greater Than $150,000.** ISBC Group or ISBC Real Estate Group were not listed as one of the businesses that received a PPP loan greater than $150,000. [PPP Loan Database, accessed 7/15/20]

## ISBC Group And ISBC Real Estate Group Were Not Involved In Any Court Cases

### ISBC Group And ISBC Real Estate Group Were Not Involved In Any State Level Court Cases

**ISBC Group And ISBC Real Estate Group Were Not Involved In Any State Level Court Cases.** [mycase.IN.gov, accessed 6/25/20]

[mycase.IN.gov, accessed 6/25/20]

### ISBC Group And ISBC Real Estate Group Were Not Involved In Any Federal Level Court Cases

**ISBC Group And ISBC Real Estate Group Were Not Involved In Any Federal Level Court Cases.** [PACER, accessed 6/25/20]

[PACER, accessed 6/25/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With The SEC

**ISBC Group And ISBC Real Estate Group Were Not Registered With The SEC.** [SEC, accessed 6/25/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With FARA

**ISBC Group And ISBC Real Estate Group Were Not Registered With FARA.** [FARA, accessed 6/29/20]

## ISBC Group And ISBC Real Estate Group Were Not Registered With The Better Business Bureau



**ISBC Group And ISBC Real Estate Group Were Not Registered With The Better Business Bureau.** [Better Business Bureau, accessed 6/25/20]

# Westbrook Village

## 2012: Westbrook Village LLC Was Incorporated As A Domestic Limited Liability Company Under Charles Spartz

### 2012: Westbrook Village LLC Was Incorporated As A Domestic Limited Liability Company

**2012: Westbrook Village LLC Was Incorporated As Domestic Limited Liability Company.** On December 14, 2012, Westbrook Village LLC was registered as a Domestic Limited Liability Company. [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

### Westbrook Village Listed Charles Spartz As The Principal

**Westbrook Village Listed Charles Spartz As The Principal.** [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

## Westbrook Village Was A Manufactured Home Community With 410 Lots

### Westbrook Village Was A Manufactured Home Community In Noblesville, IN

**Westbrook Village Was A Manufactured Home Community In Noblesville, IN.** Westbrook Village was listed as a Mobile Home Park in Hamilton County, IN. [Indiana State Department of Health, Hamilton County Mobile Home Parks, accessed 6/26/20]

### Westbrook Village Had 410 Spots

**Westbrook Village Had 410 Spots.** According to the Indiana State Department of Health, Westbrook Village had 410 lots. [Indiana State Department of Health, Hamilton County Mobile Home Parks, accessed 6/26/20]

## Westbrook Village Was Registered At 17301 River Rd, Noblesville, IN, Which Was Owned By Westbrook Village

### Westbrook Village Was Registered At 17301 River Rd, Noblesville, IN

**Westbrook Village Was Registered At 17301 River Rd, Noblesville, IN.** [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

### 2010: Westbrook Village May Have Purchased The Property At 17301 River Rd, Noblesville, IN

**2010: Westbrook Village May Have Purchased The Property At 17301 River Rd, Noblesville, IN.** On January 11, 2010, It appeared that Westbrook Village Mobile home first purchased the property at 17301 River Rd, Noblesville, IN. [Hamilton County Property Reports and Payments, Parcel 11-90-23-00-00-032.850, accessed 6/26/20]

### There Was No Property Assessment Information Available For The Property At 17301 River Rd, Noblesville, IN

 DCCC

**There Was No Property Assessment Information Available For The Property At 17301 River Rd, Noblesville, IN.** [Hamilton County Property Reports and Payments, Parcel 11-90-23-00-00-032.850, accessed 6/26/20]

This information is updated annually.

| PROPERTY ADDRESS: | DEEDED OWNER | SUMMARY INFORMATION: | |
|---|---|---|---|
| 17301 River Rd | WESTBROOK VILLAGE | Parcel Number: | 11-90-23-00-00-032.850 |
| Noblesville, IN 46062 | 17301 RIVER RD | State Parcel Number: | 29-90-23-000-032.850-013 |
| | NOBLESVILLE, IN 46062 | State Tax District: | |
| | | Taxing Unit: | |

Property Assessment information is not available for this parcel.

[Hamilton County Property Reports and Payments, Parcel 11-90-23-00-00-032.850, accessed 6/26/20]

**The Land Surrounding 17301 River Rd Was Also Owned By Westbrook Village, Assessed At More Than $6.6 Million**

**2017: Westbrook Village Purchased The Property At 0 River Rd.** Notably, Westbrook Village purchased the property from Joanne Bonnell. [Hamilton County Property Reports and Payments, Parcel 10-10-01-01-02-008, 3/21/17]

**2020: The Property At 0 River Rd Was Assessed At $12,300.** [Hamilton County Property Reports and Payments, Parcel 10-10-01-01-02-008, 3/21/17]

**2012: Westbrook Village Purchased The Property At 0 Cherry Tree Road.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-037.001, 12/28/12]

**2020: The Property At 0 Cherry Tree Rd Was Assessed At $400.00.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-037.001, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 Cliff Overlook.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-020.000, 12/28/12]

**2020: The Property At 0 Cliff Overlook Was Assessed At $857,400.00.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-020.000, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 Cliff Overlook.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-037.002, 12/28/12]

**2020: The Property At 0 Cliff Overlook Was Assessed At $100.00.** [Hamilton County Property Reports and Payments, Parcel 11-10-02-00-00-037.002, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 11-10-01-00-00-022.000, 12/28/12]

**2020: The Property At 0 River Rd Was Assessed At $1,120,000.** [Hamilton County Property Reports and Payments, Parcel 11-10-01-00-00-022.000, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 11-10-01-01-04-001.001, 12/28/12]



**2020: The Property At 0 River Rd Was Assessed At $600.00.** [Hamilton County Property Reports and Payments, Parcel 11-10-01-01-04-001.001, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 10-10-02-00-00-021.201, 12/28/12]

**2020: The Property At 0 River Rd Was Assessed At $6,500.** [Hamilton County Property Reports and Payments, Parcel 10-10-02-00-00-021.201, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 10-10-01-00-00-023.000, 12/28/12]

**2020: The Property At 0 River Rd Was Assessed At $3,800.** [Hamilton County Property Reports and Payments, Parcel 10-10-01-00-00-023.000, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 10-10-01-00-00-024.002, 12/28/12]

**2020: The Property At 0 River Rd Was Assessed At $7,300.** [Hamilton County Property Reports and Payments, Parcel 10-10-01-00-00-024.002, 12/28/12]

**2012: Westbrook Village Purchased The Property At 0 Westbrook Blvd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton Property Reports and Payments, Parcel 11-10-02-00-00-019.000, 12/28/12]

**2020: The Property At 0 Westbrook Blvd Was Assessed At $270,000.** . [Hamilton Property Reports and Payments, Parcel 11-10-02-00-00-019.000, 12/28/12]

**2012: Westbrook Village Purchased The Property At 102 Natasha Dr.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton Property Reports and Payments, Parcel 10-10-02-00-00-021.101, 12/28/12]

**2020: The Property At 102 Natasha Dr Was Assessed At $251,300.** [Hamilton Property Reports and Payments, Parcel 10-10-02-00-00-021.101, 12/28/12]

**2012: Westbrook Village Purchased The Property At 102 Natasha Dr.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton Property Reports and Payments, Parcel 10-10-01-00-00-23.001, 12/28/12]

**2020: The Property At 102 Natasha Dr Was Assessed At $8,800.** [Hamilton Property Reports and Payments, Parcel 10-10-01-00-00-23.001, 12/28/12]

**2012: Westbrook Village Purchased The Property At 17300 River Rd.** Notably, the property was transferred from Charles and Gerlinde Spartz to Westbrook Village. [Hamilton County Property Reports and Payments, Parcel 11-10-01-00-00-024.000, 12/28/12]

**2020: The Property At 17300 River Rd Was Assessed At $4,067,300.** [Hamilton County Property Reports and Payments, Parcel 11-10-01-00-00-024.000, 12/28/12]


**Westbrook Village LLC Also Owned Agricultural Property That Was Assessed At $913,100**

**2016: Westbrook Village Purchased The Property At 0 Creek Rd.** [Hamilton County Property Reports and Payments, Parcel 12-07-22-00-00-007.000, 1/28/16]

> **2020: The Property At 0 Creek Rd Was Listed As Agricultural Land And Was Assessed At $857,400.** [Hamilton County Property Reports and Payments, Parcel 12-07-22-00-00-007.000, 1/28/16]

**2016: Westbrook Village Purchased The Property At 0 Creek Rd.** [Hamilton County Property Reports and Payments, Parcel 12-07-22-00-00-002.000, 1/28/16]

> **2020: The Property At 0 Creek Rd Was Listed As Agricultural Land And Was Assessed At $55,700.** [Hamilton County Property Reports and Payments, Parcel 12-07-22-00-00-002.000, 1/28/16]

## Spartz Reported That Westbrook Village Was Worth Between $1 Million And $5 Million

**2019: Spartz Reported That Westbrook Village Was Worth Between $1 Million And $5 Million.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**2019: Spartz Reported Between $50,001 And $100,000 In Income From Westbrook Village.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Various Members Of The Spartz Family Possessed A Manufactured Home Installer License

**2005: Charles S Spartz Was Issued A Manufactured Home Installer License**

**2005: Charles S. Spartz Was Issued A Manufactured Home Installer License.** On December 9, 2005, Charles S. Spartz was issued a manufactured home installer license through the state of Indiana. Charles Spartz's license was "grandfathered" to him. Spartz's license was still active and was set to expire on January 1, 2021. [Indiana Professional License Search, Lic No. MH00500097, 12/9/05]

**2005: Jason Spartz Was Issued A Manufactured Home Installer License**

**2005: Jason Spartz Was Issued A Manufactured Home Installer License.** On December 9, 2005, Jason Spartz was issued a manufactured home installer license through the state of Indiana. Jason Spartz's license was "grandfathered" to him. Spartz's license was still active and was set to expire on January 1, 2021. [Indiana Professional License Search, Lic No. MH00500100, 12/9/05]

**2005: Charles N Spartz Was Issued A Manufactured Home Installer License**

**2005: Charles N. Spartz Was Issued A Manufactured Home Installer License.** On December 9, 2005, Charles N. Spartz was issued a manufactured home installer license through the state of Indiana. Charles N. Spartz's license was "grandfathered" to him. Spartz's license expired on January 1, 2009. [Indiana Professional License Search, Lic No. MH00500098, 12/9/05]

**2005: Daniel Spartz Was Issued A Manufactured Home Installer License**

**2005: Daniel Spartz Was Issued A Manufactured Home Installer License.** On December 9, 2005, Daniel Spartz was issued a manufactured home installer license through the state of Indiana. Daniel Spartz's license was "grandfathered" to him. Spartz's license expired on January 1, 2013. [Indiana Professional License Search, Lic No. MH00500099, 12/9/05]



## 2011: Westbrook Village Contributed To Local Republican Campaigns

### 2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council

**2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council.** "Two real estate political action committees contributed more than $1,500 in direct and in-kind donations. Terry Busby, another former council member, raised just over $700, with the bulk coming from the Westbrook Village mobile home community. Incumbent Brian Ayer hadn't planned on taking donations, but the crowded field changed his mind. He raised more than $2,400, including $500 from fellow council member and business partner Dale Snelling and $100 from council President Mark Boice's election campaign. Ayer also received $400 from Westbrook Village. Both challengers Jeff Zeckel and Andy Corman raised no outside money for their campaigns, electing to use their own private funds. In District 3, John Elliott and Dale Kenney raised few outside dollars -- Westbrook Village gave Kenney $250, while Dave and Patti MacInnis gave Elliott $300 to add to his largely self-financed campaign." [Indianapolis Star, 4/21/11]

### 2011: Terry Busby's Campaign Was Fully Financed By Westbrook Village And Jason Spartz

**2011: Terry Busby's Campaign Was Fully Financed By Westbrook Village And Jason Spartz.** "Terry Busby, another former council member, raised $701 with $500 coming from Westbrook Village and $201 donated by Jason Spartz." [The Times, 4/23/11]

> **Busby Was The Longest-Serving City Council Member In Noblesville History.** "The longest-serving City Council member in Noblesville history is stepping up one more time. Terry Busby, who served the city as councilor for District 1 and at-large from 1980 to 2005, will run for the open seat in District 1 in the May 7 primary election." [Hamilton County Reporter, 1/11/19]
>
> **Busby Was The Hamilton County Parks Superintended For 18 Years**. "Busby is a retired swimming coach and teacher with deep roots in the Noblesville community. He taught physical education and health at Noblesville High School for 35 years, served as the head swimming coach and coached track and cross country. He was the Hamilton County Parks Superintendent for 18 years and designed the swimming pools at Forest Park and Noblesville High School." [Hamilton County Reporter, 1/11/19]
>
> **Busby Served On The Board Of Works And Plan Commission And The Noblesville Township Board.** "Busby also served on the Board of Works and Plan Commission. Most recently he served four years on the Noblesville Township board." [Hamilton County Reporter, 1/11/19]

### 2011: Brian Ayer Received $400 From Westbrook Village And $201 From Jason Spartz

**2011: Brian Ayer Received $400 From Westbrook Village And $201 From Jason Spartz.** "Like Busby, incumbent Brian Ayer received $400 from Westbrook Village and $201 from Jason Spartz. In total, Ayer raised $2,401 with $700 coming from fellow councilmen Dale Snelling, who contributed $500, and Greg and Teena O'Connor and the Committee to Elect Mark Boice each donated $100." [The Times, 4/23/11]

> **Brian Ayer Was First Elected To The City Council In 2003.** "First elected to the City Council in 2003, he has served on the following committees: Architectural Review Board, Building/Land Acquisition, Economic Development, Parks, Planning, and Roads and Traffic. He is currently serving his second term as President of the Council." [The Times, 3/4/19]

### 2011: Dale Kenney Received $250 From Westbrook Village

**2011: Dale Kenney Received $250 From Westbrook Village.** "In District 3, Rick Taylor raised the second highest amount of all Noblesville candidates after he collected $3,650, including $1,500 from Hamilton County



Firefighters Local No. 4416 PAC. Fellow candidates John Elliott and Dale Kenney raised little outside funds - Dave and Patti MacInnis gave $300 to Elliott and Kenney received $250 from Westbrook Village." [The Times, 4/23/11]

## Westbrook Village Was A Plaintiff In Five Eviction Cases

### 2019: Westbrook Village Filed A Small Claims Eviction Case Against Ashley And William Cunningham

**Westbrook Village Filed A Small Claims Eviction Case Against Ashley And William Cunningham.** On October 10, 2019, Westbrook Village filed a small claims eviction case against Ashley and William Cunningham. The case was handled in the Hamilton County Superior Court 5 and dismissed on November 6, 2019 because all parties failed to appear for the hearing. [mycase.IN.gov, Case No. 29D05-1910-SC-009426, 10/10/19]

### 2017: Westbrook Village And Alice K Moody Filed A Small Claims Eviction Case Against Patrick Moody

**2017: Westbrook Village And Alice K Moody Filed A Small Claims Eviction Case Against Patrick Moody.** On April 19, 2017, Westbrook Village and Alice K. Moody filed a small claims eviction case against Patrick Moody. The case was handled in the Hamilton Superior Court 6 and an order of eviction was filed on May 11, 2017. [mycase.IN.gov, Case No. 29D06-1704-SC-003754, 4/19/17]

### 2014: Westbrook Village Filed A Small Claims Eviction Case Against Patricia Kissell

**2014: Westbrook Village Filed A Small Claims Eviction Case Against Patricia Kissell.** On June 3, 2014, Westbrook Village field a small claims eviction case against Patricia Kissell. The case was handled in the Hamilton County Superior Court 5 and an order of eviction was issued on June 25, 2014. [mycase.IN.gov, Case No. 29D05-1406-SC-005265, 6/3/14]

### 2014: Westbrook Village Filed A Small Claims Eviction Case Against Eddie And Sally May

**2014: Westbrook Village Filed A Small Claims Eviction Case Against Eddie And Sally May.** On February 3, 2014, Westbrook Village filed a small claims eviction case against Eddie and Sally May; The case was handled in the Hamilton Superior Court 5 and an order of eviction was filed on March 12, 2014. [mycase.IN.gov, Case No. 29D05-1402-SC-000991, 2/3/14]

### 2011: Charles Spartz Doing Business As Westbrook Village Filed A Small Claims Eviction Case Against Jennifer Payne

**2011: Charles Spartz Doing Business As Westbrook Village Filed A Small Claims Eviction Case Against Jennifer Payne.** On March 11, 2011, Charles Spartz doing business as Westbrook Village filed a small claims eviction case against Jennifer Payne. The case was handled in the Hamilton Superior Court 6 and was decided on November 21, 2011 when Payne filed for bankruptcy. [mycase.IN.gov, Case No. 29D06-1103-SC-002144, 3/11/11]

## Westbrook Village Did Not Appear To Accept A PPP Loan Greater Than $150,000

*NOTE: The full spreadsheet containing data on businesses that received PPP loans is located on the DCCC Drive*

**It Did Not Appear That Westbrook Village Accepted A PPP Loan Greater Than $150,000.** Westbrook Village was not listed as one of the businesses that received a PPP loan greater than $150,000. [PPP Loan Database, accessed 7/15/20]

# American Constructive Dialogue Institute Inc



## 2009: American Constructive Dialogue Institute, Inc Was Incorporated Under Victoria Spartz And Sheila Dang

### June 2009: American Constructive Dialogue Institute Was Incorporated Under Victoria Spartz

**June 2009: American Constructive Dialogue Institute, Inc Was Incorporated Under Victoria Spartz.** On June 15, 2009, American Constructive Dialogue Institute was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the registered agent. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

### Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group And Was Associated With LegalZoom

**March 2009: Sheila Dang, Of Los Angeles, CA, Was Listed As The Incorporator Of ISBC Group .** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvd, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**Sheila Dang Was Associated With LegalZoom.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

Incorporators Information

| Title | Name | Address |
|---|---|---|
| Incorporator | Sheila Dang | 7083 Hollywood Blvd., Ste. 180, Los Angeles, CA, 90028, USA |

Page 1 of 1, records 1 to 1 of 1

[Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**LegalZoom Helped Customers Start Businesses.** "We simply do not believe that it should cost thousands of dollars to create a will, form a business, or apply for a trademark. So we started a movement to make legal help available to all." [LegalZoom, accessed 6/25/20]

### American Constructive Dialogue Institute Was Registered At 17301 River Ave, The Address Of Westbrook Village

**American Constructive Dialogue Institute Was Registered A 17301 River Ave, Noblesville, IN.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**The Property At 17301 River Avenue, Noblesville, IN Was Owned By Westbrook Village.** According to data from the Hamilton County Property Reports and Payments, the property at 17301 River Avenue was owned by Westbrook Village. The property has only been owned by Westbrook Village when its deed was created in November 2010. [Hamilton County, Property Reports and Payments, accessed 6/16/20]



Current Owner as of June 15, 2020

This information is updated 5 times a week.

| PROPERTY ADDRESS: | DEEDED OWNER |
|---|---|
| 17301 River Rd | WESTBROOK VILLAGE |
| Noblesville, IN 46062 | 17301 RIVER RD |
| | NOBLESVILLE, IN 46062 |

[Hamilton County, Property Reports and Payments, accessed 6/16/20]

**December 2012: Westbrook Village LLC Was Incorporated In Indiana Under Charles Spartz.** On December 14, 2012, Westbrook Village, LLC was incorporated in Indiana at 17301 River Rd, Noblesville, IN 46062. Charles Spartz was listed as the Principal for the business. [Indiana Business Search, Business ID 2012121700717, accessed 6/16/20]

Business Details

| | | | |
|---|---|---|---|
| Business Name: | WESTBROOK VILLAGE, LLC | Business ID: | 2012121700717 |
| Entity Type: | Domestic Limited Liability Company | Business Status: | Active |
| Creation Date: | 12/14/2012 | Inactive Date: | |
| Principal Office Address: | 17301 RIVER RD, NOBLESVILLE, IN, 46062, USA | Expiration Date: | 12/14/2072 |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 12/31/2020 |
| | | Years Due: | |

Principal Information

| Title | Name | Address |
|---|---|---|
| Member | Charles Spartz | 17301 River Rd., Noblesville, IN, 46062, USA |

[Indiana Business Search, Business ID 2012121700717, accessed 6/16/20]

**The Property At 17301 River Avenue Was The Address For Westbrook Village.** According to MH Village, Westbrook Village was located at 17301 River Avenue, Noblesville, IN 46062. [MH Village, Westbrook Village, accessed 6/16/20]

## American Constructive Dialogue Institute Was Registered As A Domestic Nonprofit Corporation

**American Constructive Dialogue Institute Was Registered As A Domestic Nonprofit Corporation.** [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

Business Name: **AMERICAN CONSTRUCTIVE DIALOGUE INSTITUTE, INC.**

Entity Type: **Domestic Nonprofit Corporation**

[Indiana Secretary of State, Business ID 200961500436, 6/15/09]

## 2012: American Constructive Dialogue Institute Was Dissolved

## February 2012: American Constructive Dialogue Institute Was Dissolved

**February 2012: American Constructive Dialogue Institute Was Dissolved.** On February 3, 2012, American Constructive Dialogue Institute filed an "Administrative Dissolution" with the Indiana Secretary of State and has since been inactive. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]



## There Were No Nonprofit Records Available For American Constructive Dialogue Institute

### American Constructive Dialogue Institute Was Not Registered With The IRS As A Tax Exempt Organization

**American Constructive Dialogue Institute Was Not Registered With The IRS As A Tax Exempt Organization.** [IRS, Tax Exempt Organization Search, accessed 6/29/20]

### A Search For American Constructive Dialogue Institute On ProPublica's Nonprofit Explorer Did Not Return Any Results

**A Search For American Constructive Dialogue Institute On ProPublica's Nonprofit Explorer Did Not Return Any Results.** A search for "American Constructive Dialogue Institute" on ProPublica's Nonprofit explorer did not return any results. [ProPublica, accessed 6/29/20]

Nonprofit Explorer
Research Tax-Exempt Organizations

Search for a Nonprofit
Enter a nonprofit's name, a keyword, or city
American Constructive Dialogue Institute
Examples: ProPublica, Research or Minneapolis
State: Any State | Major nonprofit categories: Any Category | Org. Type: Any Type | SEARCH
Advanced Search | People Search

0 organization results for *American Constructive Dialogue Institute*. Results are ordered by relevance.

No results found. Tip: Try spelling out abbreviations.

Results include only organizations that filed a tax return — for any fiscal year — during the 2014-2017 calendar years.

[ProPublica, accessed 6/29/20]

## A Google Search For American Constructive Dialogue Institute Did Not Produce Any Relevant Results

**A Google Search For "American Constructive Dialogue Institute" Did Not Produce Relevant Results.** A Google search for "American Constructive Dialogue Institute" produced 5 results, none of which provided relevant information. [Google, "American Constructive Dialogue Institute, accessed 6/29/20]

# Indiana Attorney General's Office

*NOTE: A FOIA request was sent seeking for information about Spartz's time in the Indiana Attorney General's office*

## 2017: Spartz Served As The CFO For The Indiana Attorney General's Office

**2017: Spartz Served As The CFO To The Indiana Attorney General's Office.** "In 2017, she was asked to become part of the government, though, to work as chief financial officer for the Office of the Indiana Attorney General. Going into the public sector made her a little uneasy, but she decided she liked the challenge, so she accepted the job." [Indianapolis Business Journal, 5/1/20]



## 2017: Spartz Resigned From Her Position In The Attorney General's Office After She Was Appointed To The State Senate

**2017: Spartz Resigned From Her Position In The Attorney General's Office After She Was Appointed To The State Senate.** "She won the caucus race and then had to resign from the Attorney General's Office due to the conflict of interest the two positions created. 'I didn't really have a chance to work in that office much at all,' Spartz said." [Indianapolis Business Journal, 5/1/20]

## Spartz Served Under Attorney General Curtis Hill, Who Had His Law License Suspended After He Groped Four Women

### Spartz Served Under Attorney General Curtis Hill

**Spartz Served Under Attorney General Curtis Hill.** "The Noblesville senator owns a variety of businesses, worked as a certified public accountant and briefly served as the chief financial officer of Attorney General Curtis Hill's office." [Indianapolis Star, 2/6/20]

### Curtis Hill Congratulated Spartz On Her Appointment To The Senate

**Curtis Hill Congratulated Spartz On Her Appointment To The Senate.** "On Thursday, Attorney General Curtis Hill congratulated Spartz on her election, said Corey Elliott, press secretary for the attorney general. 'She will make a great senator!' Elliott said in an email. 'Discussions are currently under way to determine her future role in our office.'" [Herald Bulletin, 9/7/17]

### 2020: Curtis Hill's Law License Was Suspended After He Groped Four Women In 2018, Including A State Lawmaker

**2020: Curtis Hill's Law License Was Suspended After He Grouped Four Women In 2018.** "Indiana's attorney general had his law license suspended for 30 days on Monday by the state Supreme Court, which found that he broke the law by groping four women during a party at the close of the legislative session in 2018. One of the victims was a state lawmaker and the other three worked as legislative employees at the time of the episode. The attorney general, Curtis T. Hill Jr., a Republican who was elected in 2016, will begin serving the suspension for misconduct on May 18. He was ordered by the court not to undertake any new legal matters before his suspension begins." [New York Times, 5/11/20]

**2020: The 19-Page Ruling Against Hill Said It Found "Clear And Convincing Evidence" That Hill "Committed The Criminal Act Of Battery."** "In a 19-page ruling in the disciplinary case, the court said that it found 'clear and convincing evidence' that Mr. Hill had 'committed the criminal act of battery' when he made unwanted contact with the four women during a party on March 15, 2018, at A.J.'s Lounge in Indianapolis." [New York Times, 5/11/20]

### Executive Director Of The Indiana Democratic Party: "Curtis Hill Is A Disgrace"

**Executive Director Of The Indiana Democratic Party: "Curtis Hill Is A Disgrace."** "Lauren Ganapini, executive director of the Indiana Democratic Party, criticized Republicans on Monday for allowing Mr. Hill to remain in office. 'Curtis Hill is a disgrace,' Ms. Ganapini said in a statement. 'His conduct as an elected official was repulsive and will be a lasting stain on the office and the party he serves.'" [New York Times, 5/11/20]

### Indiana Republican Party Chairman: "Hoosiers Would Be Best Served By Having A New Attorney General"



**Indiana Republican Party Chairman: "Hoosiers Would Be Best Served By Having A New Attorney General."** "After the court issued its ruling on Monday, the state Republican Party chairman, Kyle Hupfer, said it was time for a change, but suggested that he was leaving it up to the delegates at the party's nominating convention in June. Mr. Hill is facing several Republican challengers for the nomination, local media reported. 'The Indiana Supreme Court unanimously confirmed that Curtis Hill committed battery against four female victims,' Mr. Hupfer said in a statement. 'Hoosiers would be best served by having a new attorney general. I have faith in our delegates.'" [New York Times, 5/11/20]

### 2018: Hill Received Calls For Resignation From Both Parties After He Was Accused Of Groping Four Women

**2018: Hill Received Calls For Resignation From Both Parties After He Was Accused Of Groping Four Women.** "Republican leaders in Indiana joined Democrats on Thursday in calling for the resignation of Curtis Hill, the state's attorney general, who has been accused of groping four women at a bar in March. The women said Mr. Hill, a Republican who was elected in November 2016, inappropriately touched them at a party in the early-morning hours of March 15, celebrating the last night of the legislative session. […] While the Democratic and Republican leaders agreed that Mr. Hill should step down, they do not have legislative power to force him out." [New York Times, 7/6/18]

**Republican Governor Eric Holcomb Called For An Investigation Into Curtis Hill.** "4 women had courage to report sexual harassment by the AG. Findings of a legislative report are disturbing & show a violation of our zero tolerance sexual harassment policy. I concur w/ Long and Bosma that AG Hill should resign & support an Inspector General investigation." [Governor Eric Holcomb, Twitter, 7/5/18]

[Governor Eric Holcomb, Twitter, 7/5/18]

## Spartz Did Not Author, Co-Author, Sponsor, Or Advise On SB 178, Which Aimed To Oust Curtis Hill As Attorney General

### 2020: Senate Bill 178 Aimed Amend Election Law To Oust Attorney General Curtis Hill After His Law License Was Suspended

**2020: Senate Bill 178 Aimed Amend Election Law To Oust Attorney General Curtis Hill After His Law License Was Suspended.** "An elections bill that could have led to the removal of Indiana Attorney General Curtis Hill will not become law, leaving unanswered the question of whether a suspended attorney general can still hold office. The proposed legislation, Senate Bill 178, was amended in the House last week in response to an Indiana Supreme Court disciplinary case against Hill. The case alleges that Hill inappropriately touched four women, and a hearing officer has recommended that Hill's law license be suspended for two months. The Indiana Supreme Court



will decide what happens to Hill. Lawmakers in both the House and Senate did not reach an agreement Wednesday on the bill's language before the legislative session ended." [Indianapolis Star, 3/12/20]

**Senate Bill 178 Stated That A Candidate For The Office Of The Attorney General May Not Have Been Disbarred In Indiana Or Suspended From Law For At Least 30 Days**

**Senate Bill 178 Stated That A Candidate For The Office Of The Attorney General May Not Have Been Disbarred In Indiana Or Suspended From Law For At Least 30 Days.** "Provides that a candidate for the office of attorney general may not have been disbarred in Indiana or suspended from the practice of law in Indiana for at least 30 days without automatic reinstatement at any time during the period of five years before taking office. Provides that if the individual who holds the office of attorney general is disbarred in Indiana or suspended from the practice of law in Indiana for at least 30 days, the individual forfeits the office and a vacancy in the office exists." [Indiana General Assembly, Senate Bill 178, accessed 6/29/20]

**Spartz Did Not Author, Co-Author, Sponsor, Or Advise On The Bill**

**Spartz Did Not Author, Co-Author, Sponsor, Or Advise On The Bill.** Spartz was not listed among the Senators and Representatives who authored, co-authored, advised or served as a conferee on the bill. [Indiana General Assembly, Senate Bill 178, accessed 6/29/20]

**However, Lawmakers Failed To Reach An Agreement On The Bill's Language Before The Legislative Session Ended**

**However, Lawmakers Failed To Reach An Agreement On The Bill's Language Before The Legislative Session Ended.** "Lawmakers in both the House and Senate did not reach an agreement Wednesday on the bill's language before the legislative session ended. The amendment filed by House Rep. Timothy Wesco said that if the individual who holds the office of attorney general is disbarred in Indiana or suspended from the practice of law in Indiana for 30 or more days or at any time during the five years before taking office, the individual forfeits the office and a vacancy in the office exists. If the law had passed and Hill was suspended for 30 days or more, he would have had to forfeit the office and would also be disqualified from running for reelection." [Indianapolis Star, 3/12/20]

### In 2016, Spartz May Have Contributed $1,050 To Curtis Hill's Campaign

**2016; Spartz May Have Contributed $1,050 To Curtis Hill's Campaign.** According to the Indiana Campaign Finance database, someone with the name "Spartz" contributed $1,050 to Curtis Hill for Indiana. [Indiana Campaign Finance, accessed 7/13/20]

### In 2020, Hill Was Replaced On The GOP Ticket

**July 2020: At A Party Convention, Hill Was Replaced On The GOP Ticket By Former U.S. Rep. Todd Rokita.** "Indiana Attorney General Curtis Hill's bid for reelection was scuttled Friday as he lost the Republican nomination following a monthlong suspension of his law license over allegations that he groped a state lawmaker and three other women during a party. Former U.S. Rep. Todd Rokita prevailed in mail-in voting by state convention delegates after a campaign among party activists that centered on whether the allegations against Hill left him vulnerable to defeat in the November election. Rokita defeated Hill with 52% of the vote in a third round of voting after two lesser-known candidates were eliminated in earlier rounds, state GOP Chairman Kyle Hupfer said." [ABC News, 7/10/20]

## Adjunct Faculty, IU Kelley School Of Business



## Spartz Was An Adjunct Faculty Member At IU Kelley School Of Business (Indianapolis)

**Spartz Was An Adjunct Faculty Member At IU Kelley School Of Business (Indianapolis).** According to Spartz's Senate biography page, she was "Adjunct Faculty, IU Kelley School of Business (Indianapolis)." [Indiana Senate Republicans, Victoria Spartz, accessed 6/29/20]

## Spartz Taught Accounting And Received A 1.3 Out Of 5 Rating On "Rate My Professor"

### Spartz Was A Professor In The Accounting Department At Indiana University-Purdue University, Indianapolis

**Spartz Was A Professor In The Accounting Department At Indiana University-Purdue University, Indianapolis.** According to Rate my Professor, Spartz was a professor in the Accounting Department at Indiana University-Purdue University, Indianapolis. [Rate My Professor, Victoria Spartz, accessed 6/29/20]

### Spartz Received A 1.3 Out Of 5 Rating On "Rate My Professor"

**Spartz Received A 1.3 Out Of 5 Rating On "Rate My Professor."** According to four reviews on "Rate my Professor," Victoria Spartz received an overall rating of 1.3/5, with a 5 level rating of difficulty. [Rate My Professor, Victoria Spartz, accessed 6/29/20]

### Out Of Four Ratings, All Raters Rated Spartz As "Awful"

**2015 – 2016: Spartz Received Four Ratings, All Of Which Rated Her As "Awful."** From October 2015 to December 2016, out of the four reviews Spartz had, all of them gave Spartz a low rating that was designated as "awful." One reviewer wrote, "She just read through her power points without explaining any of it more in depth. when we went over practice questions and had a question about the problem she should not give us an answer, when we get a problem wrong she will not tell us that we got the problem wrong. you would be better off studying on your own." [Rate My Professor, Victoria Spartz, accessed 6/29/20]




[Rate My Professor, Victoria Spartz, accessed 6/29/20]

# Accounting Career

## Spartz Was A Licensed CPA, But Her License Was Inactive As Of June 2020

### 2010: Spartz Received Her CPA License



**2010: Spartz Received Her CPA License.** On April 8, 2010, Spartz was issued a CPA license through the Accountancy Board, with Board Approval. [Indiana Professional Licensing Agency, Lic No. CP11000144, 4/8/10]

**2020: Spartz's Accounting License Was Inactive**

**2020: Spartz's Accounting License Was Inactive.** As of June 22, 2020, Spartz's CPA license with the Accountancy board was inactive. The license was issues on April 8, 2010 and was set to expire on June 30, 2021. [Indiana Professional Licensing Agency, Lic No. CP11000144, 4/8/10]

## Spartz Said She Audited A Variety Of Industries But Ultimately Left The Industry To Expand Her Farming Business

**Spartz Said She Audited A Variety Of Industries, Including Pharmaceutical Companies And Banks, And Provided Training Courses**

**Spartz Said She Audited A Variety Of Industries, Including Pharmaceutical Companies And Banks, And Provided Training Courses.** "With regard to her work as a CPA, Spartz stated, 'The public accounting profession is a high-integrity and high-accountability profession that gave me an enormous understanding of businesses and finances in a variety of industries. I was auditing manufacturing firms all over the country even as I was pregnant with our first child. I audited insurance, banks, pharma, health care, consumer finance, investment funds, consumer goods, government entities, and I worked on a variety of major projects, including training and auditing auditors.'" [Zionsville Monthly Magazine, May 2020]

**Spartz Left The Financial Sector To Spend More Time With Her Family And Expand Her Farming Business**

**Spartz Left The Financial Sector To Spend more Time With Her Family And Expand Her Farming Business.** "However, the travel was taking a toll on my family, and we decided to expand our farming business so I could spend more time in town with my family…" [Zionsville Monthly Magazine, May 2020]

## Spartz Said She Audited Manufacturing Companies In The Early 2000s

**VIDEO: Spartz Said She Audited Manufacturing Companies In The Early 2000s.** "[41:48] I audited manufacturing company in the early 2000s. And we print unreasonable regulations, they move overseas." [WFYI Online, YouTube, 5/12/20]

## Spartz Said She Worked Over 100 Hours A Week On "Some Of The Most Complex Financial Audits In The County"

**Spartz Said She Worked Over 100 Hours A Week On "Some Of The Most Complex Financial Audits In The County."** "Spartz, who has worked for accounting firms and was briefly the chief financial officer in Attorney General Curtis Hill's office, said she was putting her money where her mouth is. 'I worked extremely hard all my life: working over 100 hour weeks on some of the most complex financial audits in the country and taking care of two little babies in the meantime, starting my own businesses and working with my husband every day of the week - long hours, hard labor, and not much time off,' Spartz said in a statement. 'I never made easy money in my life, like most of us, but I understand that our country is at a very important crossroads in our history and I am willing to do my part to win this war against socialism.'" [Indianapolis Star, 4/17/20]

## Spartz Said She Was A National Trainer For Big Four Accounting Firms For 10 Years

**VIDEO: Spartz Said She Was A National Trainer For Big Four Accounting Firms.** "[27:41] So I teach in Indianapolis campus, Kelley School of Business, I'm a CPA, so I teach accounting, financial and managerial. So,



you know, and then I was a national trainer, I worked for Big Four accounting firms, you know, like doing audits, I was national training for several of them, you know, over 10 years." [David Christmas for Evansville City Council, YouTube, 4/30/18]

## Spartz Claimed To Work In Various Positions With Fortune 200 Companies And Big Four Accounting Firms

**Spartz Claimed To Work In Various Positions With Fortune 200 Companies And Big Four Accounting Firms.** "Spartz spent her career in various financial leadership positions working with Fortune 200 companies and Big 4 public accounting firms throughout the U.S. including in Indiana." [The Times, 9/8/17]



# Ethics

**Significant Findings**

- ✓ *In a translated interview, Spartz said that she did not believe corruption existed on the federal level*
  - ✓ *She said that this was due to the nature of the two party system and to checks and balances*
- ✓ *Spartz suggested the creation of a government corruption hotline*

## Ethics

### Spartz Said That Corruption Did Not Exist At The Federal Or National Level In The United States

**In A Translated Interview, Spartz Said That Corruption Did Not Exist At The Federal Or National Level In The United States.** "Do you think that the government's efforts will be enough to eliminate corruption in the public sector, or not solve the situation without the active participation of the public?- Government reforms alone will not solve the problem. Ukrainian society, partners, NGOs and, of course, the media must work together. There is much less corruption in the United States ... There is no corruption at all at the federal or national level. This is facilitated by the fact that we have two key parties - the Democrats and the Republicans - and they are closely watching each other, trying to catch corruption. In America, there is the concept of 'check and balances' - competition and mutual restraint between different branches of government. No branch of government has, so to speak, full power, one constantly checking the other. This system of checks and balances, on the one hand, promotes cooperation and mutual adjustment of the authorities, and on the other - creates the potential for conflicts, which are often resolved through negotiations, agreements and compromises." [Zemlyaivolya.net, accessed 6/25/20]

### Spartz Suggested Creating A Government Corruption Hotline

**Spartz Suggested Creating A Government Corruption Hotline.** "The Times of Northwest Indiana reported the committee wants the hotline proposal to be considered during the 2020 session of the General Assembly that begins in January. Sen. Victoria Spartz, R-Noblesville, said Indiana taxpayers may not know where to turn if they suspect officials are being unethical. She believes a single hotline for the general public to report financial or criminal misdeeds by county, city, town, township or school leaders would ensure their concerns are investigated. 'We have so many things in the government,' she told The Times, 'and it's hard for people to know where things are.' Spartz suggested the hotline be run by the State Board of Accounts in conjunction with the office of the Indiana Inspector General. The Board of Accounts audits the spending of all local governments, while the Inspector General investigates corruption by state officials and workers, so we think it makes sense for them to be involved in the operation of such a hotline." [Tribune, 11/13/19]



# Relationships

**Significant Findings**

- ✓ *Spartz served on various local Republican committees and was "well-known behind the scenes in Hamilton County"*
    - ✓ *Spartz served as the President of the Hamilton County Federated Women and Vice-Chair of the Hamilton County Republican Party*
- ✓ *Spartz has met with Vice President Mike Pence multiple times*
- ✓ *Spartz has also met with other prominent Republicans and conservative activists including: Jeb Bush, Rudy Giuliani, Dan Crenshaw, Brian Mast, and Star Parker*
- ✓ *Spartz had ties to dark money right-wing groups like Club for Growth, Americans for Prosperity, ALEC, and FreedomWorks*
- ✓ *Spartz's brother-in-law, Dan Spartz, pushed dangerous far-right conspiracy theories online*
    - ✓ *Dan Spartz appeared to be a QAnon follower*
    - ✓ *Notably, Dan Spartz posted about the COVID-19 pandemic being fake and stated that the source of the term "social justice" was demonic*

## Local Republican Committees

### Spartz Served On Various Local Republican Committees

**Spartz Served On Various Local Republican Committees.** "She has been a volunteer, coordinator, President of the Hamilton County Federated Republican Women and Vice-Chairman of the Hamilton County Republican Party. Victoria currently sits on the 5th Congressional District Republican Central Committee." [The Times, 9/8/17]

### Spartz Was "Well-Known Behind The Scenes In Hamilton County"

**Spartz Was "Well-Known Behind The Scenes In Hamilton County."** "A caucus of precinct officials selected Victoria Spartz to serve the remaining three years of Kenley's term in District 20. Spartz, 38, of Noblesville, began this year as the chief financial officer of the Indiana attorney general's office. She may not have served in elected office, but she's well-known behind the scenes in Hamilton County. She is the former vice chair of the county party, the former president of the county's Republican women's club and a member of the 5th Congressional District Republican Central Committee." [Indianapolis Star, 9/8/17]

## Prominent Republicans

### Mike Pence


## 2020: Spartz Said She Was "Honored To Participate" In A Special Conversation With Vice President Pence

**2020: Spartz Said She Was "Honored To Participate" In A Special Conversation With Vice President Pence.** "I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😉). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force: - 4.7M tests have been administered, while one month ago there were 80,000 tests administered;- Every American who has needed a ventilator has received a ventilator; - Supplies are being directed to the states that need it when they need it; - Reopening the economy will be done in three phases – one safe step at a time; - State governments will determine when and how to reopen state economies. Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today." [Victoria Spartz, Facebook, 4/22/20

Victoria Spartz
April 22 ·

I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😊). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force:

- 4.7M tests have been administered, while one month ago there were 80,000 tests administered;
- Every American who has needed a ventilator has received a ventilator;
- Supplies are being directed to the states that need it when they need it;
- Reopening the economy will be done in three phases – one safe step at a time;
- State governments will determine when and how to reopen state economies.

Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today.

]

[Victoria Spartz, Facebook, 4/22/20]

## 2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials

**2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials.** "The Trump Administration is looking to streamline communications with state and local elected officials, and a delegation from Indiana, including State Sen. Victoria Spartz (R-Noblesville), heard its ideas Wednesday. Spartz and 70 other elected officials met with representatives for the Trump Administration, at the White House, to express issues and concerns directly. 'I believe it's a very smart and proactive approach, since you can understand the real picture better being on the ground,' Spartz said. The delegation met with representatives from various federal agencies, including the departments of agriculture, transportation, the Veterans Administration, Housing and Urban Development and Health and Human Services." [The Times, 10/27/17]

## Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation

**Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation.** "Vice President Mike Pence stopping by to welcome the delegation to the White House and White House advisor Kellyanne Conway discussed some initiatives she is working on, like the opioid crisis. 'I believe as a state we've created an excellent environment to advance our state further and have a number of key ingredients to solidify our position as a state with the most efficiency and one of the best places to live and do business,' Spartz said. 'Now is an opportunity to strengthen our brand further, so we can attract innovation, and financial and intellectual capital. I think Hamilton County brings a tremendous value to the state and can be a key partner to advance Indiana brand further. I look forward to working with our local elected officials and being their partner at the state level.'" [The Times, 10/27/17]

 ## Jeb Bush

### Spartz Participated In A Discussion With Jeb Bush

**Spartz Participated In A Discussion With Jeb Bush.** "Great discussions with Governor Jeb Bush and my fellow legislators on some new developments and trends in education!" [Victoria Spartz, Facebook, 11/21/19]

[Victoria Spartz, Facebook, 11/21/19]

## Spartz Met With Congressman Mast, Baird, And Crenshaw

**Spartz Met With Congressman Mast, Baird, And Crenshaw.** "Such a pleasure and honor spending some time with Congressmen Mast, Baird and Crenshaw! Real heroes in our fight for freedom!" [Victoria Spartz, Facebook, 10/15/19]

[Victoria Spartz, Facebook, 10/15/19]

## Spartz Met With South Dakota Governor Kristi Noem



**Spartz Met With South Dakota Governor Kristi Noem**. "Great to see Governor Kristi Noem visiting Hoosier state!" [Victoria Spartz, Facebook, 10/7/19]



[Victoria Spartz, Facebook, 10/7/19]

## Spartz With Rudy Giuliani

**Spartz Attended GOPAC Emerging Leaders Summit Along With Rudy Giuliani.** "Productive conference sharing experiences and ideas with colleagues nationwide along with David Avella, Rudy Giuliani and Judge Napolitano at GOPAC's 2019 Emerging Leaders Summit. Thank you to Senator Bray and the GOPAC Advisor Board for selecting me to be a part of this free market and limited government organization!" [Victoria Spartz, Facebook, 6/18/19]



[Victoria Spartz, Facebook, 6/18/19]

## Star Parker

### Spartz Met And Praised Conservative Activist Star Parker

**Spartz Met And Praised Conservative Activist Star Parker.** "Star Parker is an awesome speaker! Her fight to empower families through education and self-reliance versus government suppression through so-called 'welfare' is extremely important for the future of our Republic!" [Victoria Spartz, Facebook, 10/5/19]





[Victoria Spartz, Facebook, 10/5/19]

**Star Parker Founded The Center For Urban Renewal And Education That Promoted Market Based Solutions To Fight Poverty**

**Star Parker Founded The Center For Urban Renewal And Education That Promoted Market Based Solutions To Fight Poverty.** "Star Parker is one of the names on the short list mentioned when anyone speaks of national black conservative leaders. Star Parker is the founder and president of the Center for Urban Renewal and Education, a public policy think tank that promotes market-based solutions to fight poverty. […] She regularly consults with both federal and state legislators on market-based strategies to fight poverty; she has spoken on more than 190 colleges and universities about anti-poverty initiatives; has authored several books; and is a nationally syndicated columnist with Creators Syndicate." [CURE, accessed 7/6/20]

**The Vision Of CURE Was To Preserve, Promote, And Protect Christianity, Capitalism, And The Constitution**

**The Vision Of CURE Was To Preserve, Promote, And Protect Christianity, Capitalism, And The Constitution.** "The vision of CURE is to preserve, promote and protect Christianity, Capitalism and our Constitution to improve culture, reduce government dependency, and to build race relations." [Star Parker, accessed 7/6/20]

**2018: Star Parker Was Appointed By Mitch McConnell To The U.S. Frederick Douglass Bicentennial Commission**

**2018: Star Parker Was Appointed By Mitch McConnell To The U.S. Frederick Douglass Bicentennial Commission.** "In 2018, she was appointed by Senate Majority Leader Mitch McConnell to the U.S. Frederick Douglass Bicentennial Commission." [Star Parker, accessed 7/6/20]

**2017: Star Parker Joined The White House Opportunity Initiative Advisory Team**

**2017: Star Parker Joined The White House Opportunity Initiative Advisory Team.** "In 2017, Star joined the White House Opportunity Initiative advisory team to share ideas on how to best fix our nation's most distressed zip codes." [Star Parker, accessed 7/6/20]



# Ties To Right-Wing Groups

## Club For Growth

### Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents

**Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents.** "Spartz also benefited from nearly $500,000 spent by the Washington-based anti-tax Club for Growth on ads highlighting past criticisms of President Donald Trump by other candidates in a race that largely turned into a contest of Trump loyalty." [Associated Press State & Local, 6/3/20]

### Spartz Said She Was Honored To Be Endorsed By Club For Growth

**Spartz Was Endorsed By The Conservative Group Club For Growth**. "Like other competitive GOP primaries, the 15-candidate field has jockeyed to embrace President Trump the tightest, with the Club for Growth, which has endorsed state Sen. Victoria Spartz (R), running two attack ads costing more than $400,000 bashing former Marion County Prosecutor Carl Brizzi (R) and nurse Beth Henderson (R) for criticizing Trump." [Hotline, 5/27/20]

**Spartz Said She Was Honored To Be Endorsed By Club For Growth.** "I am very honored to get the endorsement of the Club for Growth, one of the leading free-enterprise organizations in the nation, today. As a finance professional and business owner in the 5th District, I understand the importance of strong pro-growth and pro-market economic policies to benefit and create prosperity for all citizens in the 5th district, unleash the human ingenuity, and empower individuals to pursue their happiness in whichever way they choose. Our nation is going through some challenging times – not the first time and not the last time, but we will overcome these challenges and will come out stronger in the end!" [Victoria Spartz, Facebook, 3/31/20]

### Club For Growth Was An Influential Right-Wing Group Funded By Extremely Wealthy Conservatives

**Club For Growth Was An Influential Right-Wing Group Funded By Extremely Wealthy Conservatives.** "Club for Growth is a right-wing political group established in 1999 by Stephen Moore that endorses and raises money for candidates. According to a February 22, 2011 article by John Nichols in The Nation, the Washington D.C. based Club for Growth is 'an organization funded by extremely wealthy conservatives to carry out their budget-stripping goals,' and that 'has been a key player in Republican Governor Scott Walker's move to take out the state's organized workers.' Nichols writes that the Club for Growth is part of a 'national strategy' to get 'newly elected Republican governors' to destroy labor and unions. R.J. Johnson, who served as a political strategist for Walker's campaign, is a key adviser to the Club for Growth. Johnson has refused to disclose where the Club for Growth gets its funding. The Minneapolis-St. Paul Star Tribune in a February 26, 2011 editorial described the Club for Growth as an 'ultra-rich special interest itself.' As of March 15, 2020, OpenSecrets estimates that Club for Growth has spent $33.6 million influencing federal elections. [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## Americans For Prosperity

### Spartz Was Endorsed By Americans For Prosperity

**Spartz Was Endorsed By Americans For Prosperity.** "Americans for Prosperity Action (AFP Action) today announced its support for State Senator Victoria Spartz's election to Indiana's 5th Congressional District. Spartz earned AFP Action's support for her work in the Indiana Senate to expand access to quality, affordable health care, putting more money in Hoosier families' pockets, and backing pro-growth reforms that help small business recover and thrive following the economic crisis caused by COVID-19 and business shutdowns. The grassroots-focused



group will use its signature grassroots and a range of other tactics to build support for Victoria Spartz and help her get elected to Congress." [Americans for Prosperity Action, 6/17/20]

**Americans For Prosperity Was A Right-Wing Group Funded By The Koch Brothers That Focused On Anti-Union Policies**

**Americans For Prosperity Was A Right-Wing Group Founded By The Koch Brothers.** "Americans for Prosperity is a right-wing political advocacy group founded by billionaire brothers David and Charles Koch, the owners of Koch Industries. AFP serves as the Kochs' 'grassroots' operation, also known as astroturf. AFP spends millions on TV ads in election cycles. In the 2012 election cycle, it was a key component of the Kochs' $400 million political network, receiving large portions of its money from Koch-linked dark money groups like Freedom Partners, American Encore, and Donors Trust. AFP's budget, which comes from the Koch family foundations and other unknown sources, surged from $7 million in 2007 to $40 million in 2010 and then peaked $115 million in 2012. In 2018, the most recently available report, AFP's budget was $96.5 million. According to the Center for Public Integrity, Americans for Prosperity 'spent a staggering $122 million (in 2012) as it unsuccessfully attempted to defeat President Barack Obama and congressional Democrats,' including $83 million on 'communications, ads, and media.'" [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**Americans For Prosperity Was "Laser Focused" On Union Busting Techniques.** "'In recent years, AFP has quietly pushed behind the scenes for many of the most important conservative victories across the nation, including the anti-union bills that passed in former union strongholds such as Wisconsin, Michigan, and Ohio.' At the heart of their strategy is a 'laser-like focus' on anti-union legislation. The motivations are manifold and long-term. Not only do unions limit the power of businesses to set wages but also, more strategically, the AFP sees them as being integral to the success of progressive candidates and causes." [Newsweek, 9/26/18]

## FreedomWorks

**Spartz Attended A FreedomWorks Event In Washington, DC**

**Spartz Attended A FreedomWorks Event In Washington, DC.** "Great seeing some strong freedom loving women and good friends at the FreedomWorks event in DC! It's been a pleasure working with a lot of them on some important policies to improve health care choices and transparency for patients! We are making our first steps this session, but there is a lot of work ahead of us!" [Victoria Spartz, Facebook, 3/7/20]

[Victoria Spartz, Facebook, 3/7/20]



**FreedomWorks Was A Conservative Think Tank That Was Influential Within The Tea Party Movement And A Member Of The State Policy Network**

**FreedomWorks Was A Conservative Think Tank That Was An Instrumental Force Within The Tea Party Movement.** "The nonprofit FreedomWorks is 'one of the main political outfits of the conservative movement and an instrumental force within the tea party,' according to Mother Jones. While FreedomWorks describes itself as 'a grassroots service center', political scientist Theda Skocpol has described the group as one of the 'big-money funders and free-market advocacy organizations' that 'leapt on the bandwagon' of protests in 2009 to advance their existing political agendas. FreedomWorks, registered as 501(c)4, has a sister organization registered as a 501(c)3, FreedomWorks Foundation." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

**FreedomWorks Was A Member Of The State Policy Network.** "FreedomWorks is an 'associate member' of the State Policy Network, web of right-wing 'think tanks' and tax-exempt organizations in 50 states, Washington, D.C., Canada, and the United Kingdom." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## American Legislative Exchange Council (ALEC)

**2020: Spartz Said She Was "Honored To Participate" In A Special Conversation VP Pence And "Fellow ALEC Legislators"**

**2020: Spartz Said She Was "Honored To Participate" In A Special Conversation With VP Pence And "Fellow ALEC Legislators".** "I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😊). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force: - 4.7M tests have been administered, while one month ago there were 80,000 tests administered;- Every American who has needed a ventilator has received a ventilator; - Supplies are being directed to the states that need it when they need it; - Reopening the economy will be done in three phases – one safe step at a time; - State governments will determine when and how to reopen state economies. Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today." [Victoria Spartz, Facebook, 4/22/20]

Victoria Spartz
April 22

I was honored to participate in a special conversation with Vice President Pence and my fellow ALEC legislators earlier today (I am posting an old picture I had with him before he became a VIP 😊). Our former Governor also gave a special shout-out to my fellow Senator Buck. Vice President provided some great updates from the White House Coronavirus Task Force:

- 4.7M tests have been administered, while one month ago there were 80,000 tests administered;
- Every American who has needed a ventilator has received a ventilator;
- Supplies are being directed to the states that need it when they need it;
- Reopening the economy will be done in three phases – one safe step at a time;
- State governments will determine when and how to reopen state economies.

Getting down to brass tacks on policy is how state legislators thrive. We succeed when we lean on one another like we did today.

[Victoria Spartz, Facebook, 4/22/20]

**Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills"**

**Critics Described ALEC As A "Shadowy Back-Room Arrangement Where Corporation Pay Good Money To Get Friendly Legislators To Introduce Pre-Packaged Bills."** "To itself, ALEC is an organization dedicated to the advancement of free market and limited government principles through a unique 'public-private partnership' between state legislators and the corporate sector. To its critics, it's a shadowy back-room arrangement where



corporations pay good money to get friendly legislators to introduce pre-packaged bills in state houses across the country. Started in the mid-1970s, ALEC's existence has been long known but its practices, largely, have not; the group hasn't been eager to tie its bills in Wisconsin to those in Ohio to those in North Carolina." [Atlantic, 4/12/12]

### ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation

**ALEC Members And Corporate Representatives Meet In Task Forces And Write Model Legislation.** "LEC members, including state legislators and corporate representatives, meet in task forces on specific issue areas (i.e., environment and energy, worker's rights, etc.) and collaborate to write model legislation. Once the task force completes a model bill it is approved by the ALEC membership and governing board. Once bills clear those hurdles, they become official ALEC "model policies," which are disseminated to state legislators." [Brookings Institute, 12/6/13]

### ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform

**ALEC Bills Typically Focused On Undermining Environmental Regulations, Supporting School Privatization, And Undercutting Health Care Reform.** "ALEC's agenda extends into almost all areas of law. Its bills undermine environmental regulations and deny climate change; support school privatization; undercut health care reform; defund unions and limit their political influence; restrain legislatures' abilities to raise revenue through taxes; mandate strict election laws that disenfranchise voters; increase incarceration to benefit the private prison industry, among many other issues." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

### ALEC Was An Associate Member Of The State Policy Network—A Web Right-Wing Think Tanks

**ALEC Was An Associate Member Of The State Policy Network—A Web Of Koch Funded Right-Wing Think Tanks.** "ALEC is an 'associate' member of the State Policy Network, a web of right-wing 'think tanks' in every state across the country." [Center for Media and Democracy, SourceWatch, accessed 7/13/20]

## Far-Right Conspiracy Theories

### Spartz's Brother-In-Law Pushed Dangerous Far-Right Conspiracy Theories Online

### Dan Spartz Appeared To Follow A Prominent QAnon Twitter Account

**Dan Spartz Appeared To Follow A QAnon Account On Twitter.** [Dan Spartz, Twitter, accessed 7/13/20]

[Dan Spartz, Twitter, accessed 7/13/20]

**The QAnon Theory Alleged That Donald Trump Has Been Fighting Against "Satan-Worshipping Pedophiles" That Have Infiltrated The Government**. "Although the theory is nebulous enough to invite all kinds of interpretations from its adherents, at its core QAnon claims that Donald Trump has been secretly fighting to



bring down a cabal of Satan-worshipping pedophiles that has infiltrated all levels of the US government and other elite institutions." [CNN, 7/1/20]

**Dan Spartz Posted Conspiracy Theories About The COVID-19 Pandemic**

**Dan Spartz Casted Doubt On The Viability Of The COVID-19 Pandemic And Stated That Those Wearing Masks Were "Idiots."** "'Instead of realizing that the Great Coronavirus Panic of 2020 is the single largest and most expensive medical blunder in world history people are doubling-down on mitigation efforts. America has been pillaged, plundered, ruined, and ravaged by an invisible enemy. And that enemy is not COVID-19. The invisible enemy is the unconquerable ignorance of abject idiots. Thankfully, those idiots are wearing masks so we know who they are.'" [Dan Spartz, Facebook, 7/10/20]

[Dan Spartz, Facebook, 7/10/20]

**Dan Spartz Said That Pandemic Restrictions On Religious Gatherings Were "Religious Persecution" And Were Unconstitutional.** "Call it despotism or religious persecution.........or whatever you want to call it, it's unaceptable, unconstitutional, and unamerican and whoever creates or enforces such orders should be removed!" [Dan Spartz, Facebook, 5/7/20]

[Dan Spartz, Facebook, 5/7/20]

**Dan Spartz Posted In Support Of Two Doctors Wo Were Telling The "Truth About COVID And The Lockdown."** "Hat tip to Nyla Kester for sharing this! Two doctors share their data and the truth about COVID and



the lockdown. Watch it now because the YouTube censors keeps taking it down because it doesn't fit the WHO narrative." In another post he wrote, "Must see, full 50min interview with two doctors who maintain that current COVID data does NOT support a continuation of the lockdown. Update: Youtube keeps taking the video down but luckily somebody made a copy and reposted it again and again and again. Sorry YouTube, like it or not the truth is getting out." [Dan Spartz, Facebook , 4/28/20; Dan Spartz, Facebook, 4/26/20]

[Dan Spartz, Facebook , 4/28/20; Dan Spartz, Facebook, 4/26/20]

## Dan Spartz Often Posted About Fearmongering Posts About "Satan," The Democratic Party, And Black Lives Matter Movement

**Dan Spartz Said That "Social Justice Agitators" Were "Satan's False Teachers" Sent To "Spy Out" Churches.** "'Satan's false teachers "creep in" (Jude 4) and "spy out" the church (Galatians 2:4) seek to lead it captive with "vain philosophy and empty deceit (Colossians 2:8). This is precisely what Social Justice agitators have done………'" [Dan Spartz, Facebook, 7/10/20]

[Dan Spartz, Facebook, 7/10/20]

**Dan Spartz Said That Black Lives Matter And Antifa Were Preventing Christians From Attending Church.** "WAKE UP CHURCH !!! BLM/ANTIFA is now preventing Christians from attending Church. If your Pastor supports BLM/ANTIFA in any way then you either need to educate him or leave that church immediately." [Dan Spartz, Facebook, 7/7/20]





[Dan Spartz, Facebook, 7/7/20]

**Dan Spartz: "God Help Us If The Marxist/Socialist/Communist Democrats Win The Presidency Or The Senate."** "This is what happens when idiotic people vote for so called moderate Democrats because doing so just empowers the psychotic Democrats to propose this kind of nutjob legislation…….God help us if the Marxist/Socialist/Communist Democrats win the Presidency or the Senate." [Dan Spartz, Facebook, 7/7/20]



[Dan Spartz, Facebook, 7/7/20]

**Dan Spartz Said The Source Of The Term "Social Justice" Was Demonic.** "First, the term 'Social Justice' was coined by a Jesuit Priest, and is promoted in Marxism as part of Cultural Marxism to pit classes of people against each other. The Jesuit order was created to tear down Protestantism and the Biblical Gospel and Marxism seeks to destroy the Church and the sharing of the Gospel by promoting the preaching of a Social Gospel from the pulpit. So, since neither are friendly to the Biblical Gospel then they must be demonic. Second, since the source of the term Social Justice is demonic and since neither Jesus nor the Apostles ever taught Social Justice so it stands to reason it's unbiblical and the only way one can see Social Justice in the Bible is if one twists the meaning of Scripture or omits portions of it to make it promote Social Justice. Dr. John Macarthur did a great series on the evils of Social Justice. On the Jesuits, look on YouTube for 'The Lamp in the Dark' starting at about 1:45……very



intersting. We all know where Marxism came from and what it stands for but Google 'the communist goals of 1963 the blaze' and just walk down the list to see what Marxists want to do with the Church and the Gospel. I can add more if you like or let me know if you need links." [Dan Spartz, Facebook, 7/5/20]

[Dan Spartz, Facebook, 7/5/20]

**When Asked Why "Dems Were Praising Floyd And A Druggy And A Felon Who Held Gun On Pregnant Woman," Spartz Said, "Good Question."** Donna Schilk Cisternino, "Why are dems praising Floyd and a druggy and felon who held gun on pregnant woman." Dan Spartz responded, "Donna Schilk Cisternino good question! Just read Romans 1, the step by step decline of a civilization, and then dwell on verses 28 and 32." [Dan Spartz, Facebook, 7/5/20]

[Dan Spartz, Facebook, 7/5/20]

**Dan Spartz Said The 2020 Democratic Platform Glorified "Present Sins."** "'The Democratic Platform of 2020 is not glorifying past sins, of course, but present sins. Theft (socialism) covetousness (class envy), lying (about gender identity), sexual sins (promiscuity and homosexuality), and murder (abortion) are all essential parts of the Democratic Party platform.'" [Dan Spartz, Facebook, 6/27/20]





[Dan Spartz, Facebook, 6/27/20]

**Dan Spartz Posted An Article That Claimed Satanists Wanted Toppled Monuments To Be Replaced With Lucifer.** [Dan Spartz, Facebook, 6/22/20]

[Dan Spartz, Facebook, 6/22/20]

**Dan Spartz Posted An Article That Stated The Democratic Part Was Fundamentally Designed To Oppose Moral Law.** Spartz posed an article on Facebook that stated, "The argument goes: God isn't a Democrat or a Republican, so it doesn't really matter. Well, quite frankly, that's just stupid. No Christian in their right mind would argue that God is a politician. But God does have a moral law that he expects Christians to uphold and the Democratic party was fundamentally designed to oppose it. The Democratic party, at its core, is radically opposed to the standard of morality set forth in Scripture. Whether it be the continual expansion of the slaughtering of innocent children in the womb, the clamoring for the promotion of homosexuality and other forms of sexual perversions, including feminism, or the insistent push for redistributive theft, it goes without saying that everything the Democrat party stands for is biblically immoral. Jesus did not die for these things, he died because of these things–to free us from them. […] This means you cannot be a Christian while supporting the slaughter of innocent children, gay rights, gay propaganda, 'gay Christianity,' theft (redistribution of wealth), lawlessness (i.e. open borders), a complete and total lack of individual responsibility (i.e. nanny state welfare system, single payer insurance, etc.), or the endless sweeping away of our right to worship God freely." [Dan Spartz, Facebook, 6/21/20; Pulpit and Pen, 2/1/19]




[Dan Spartz, Facebook, 6/21/20]

**Dan Spartz Said That The Purpose Of The Left Talking About "White Privilege" Was To Get People To Accept "Communism."** "Hat tip to Teresa Murphy for posting this. 'There's a purpose for [The Left] telling you you have 'white privilege.' Its purpose is to ultimately get you to accept communism. They want you to believe that because our government was founded by white men who had black slaves, they were racist and therefore our Constitution is flawed and should be replaced by communism. The goal is communism. And they're using' "white guilt' to try to achieve it.'" [Dan Spartz, Facebook, 6/6/20]

[Dan Spartz, Facebook, 6/6/20]

**Dan Spartz Posted An Article That Said, "Public Acceptance Of Adult Sex With Children Is The Next Domino Poised To Fall In Identity Politics."** Spartz posted an article that wrote, "Activists for normalizing pedophilia are on the move. Public acceptance of adult sex with children is the next domino poised to fall in identity politics. It's being sustained, among other things, by the rapid sexualization of children in the media and in K-12 education. We cannot dismiss the campaign to legalize pedophilia as fringy stuff that will get nowhere. It's real and it's here and it's gaining strength. It's a very logical outgrowth of the nihilism inherent in the sexual



revolution. If you doubt this, just consider, for example, how unthinkable to many Americans was the recent celebration of infanticide (in the guise of abortion rights) by New York Gov. Andrew Cuomo. Likewise, Virginia Gov. Ralph Northam—supposedly a pediatrician—spoke cavalierly about whether to dispose of a living infant who survives abortion." [Dan Spartz, Facebook, 2/21/19; Pen and Pulpit, 2/21/19]



[Dan Spartz, Facebook, 2/21/19]


# Donald Trump

**Significant Findings**

- ✓ *In 2017, Spartz met with representatives of the Trump Administration—including Mike Pence and Kellyanne Conway—to discuss ways to streamline communications with state and local officials*
- ✓ *Spartz claimed that she helped Trump's campaign in Indiana*
- ✓ *Spartz benefitted from a $500,000 Club For Growth ad buy that attacked her Republican opponents for not standing with Trump*
- ✓ *Spartz praised Trump on multiple occasions*
  - ✓ *She praised Trump for committing the White House to be the "People's House"*
- ✓ *Spartz pledged to stand with President Trump*

## Trump Administration

### 2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials

**2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials.** "The Trump Administration is looking to streamline communications with state and local elected officials, and a delegation from Indiana, including State Sen. Victoria Spartz (R-Noblesville), heard its ideas Wednesday. Spartz and 70 other elected officials met with representatives for the Trump Administration, at the White House, to express issues and concerns directly. 'I believe it's a very smart and proactive approach, since you can understand the real picture better being on the ground,' Spartz said. The delegation met with representatives from various federal agencies, including the departments of agriculture, transportation, the Veterans Administration, Housing and Urban Development and Health and Human Services." [The Times, 10/27/17]

#### Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation

**Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation.** "Vice President Mike Pence stopping by to welcome the delegation to the White House and White House advisor Kellyanne Conway discussed some initiatives she is working on, like the opioid crisis. 'I believe as a state we've created an excellent environment to advance our state further and have a number of key ingredients to solidify our position as a state with the most efficiency and one of the best places to live and do business,' Spartz said. 'Now is an opportunity to strengthen our brand further, so we can attract innovation, and financial and intellectual capital. I think Hamilton County brings a tremendous value to the state and can be a key partner to advance Indiana brand further. I look forward to working with our local elected officials and being their partner at the state level.'" [The Times, 10/27/17]



# Relationship To Trump

## Spartz Claimed That She Helped With President Trump's Campaign In Indiana

**Spartz Claimed That She Helped With President Trump's Campaign In Indiana.** "Victoria has been active in her local community. She has sponsored and volunteered for numerous charitable causes, helped with many political campaigns, including President Trump's, and served on a number of boards, including terms as President of the Hamilton County Republican Women and Vice-Chairman of Hamilton County Republican Party." [Spartz for Congress, accessed 7/14/20]

## Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents For Not Standing With Trump

**Spartz Benefitted From A $500,000 Club For Growth Ad Buy That Attacked Her Republican Opponents For Not Standing With Trump.** "Spartz also benefited from nearly $500,000 spent by the Washington-based anti-tax Club for Growth on ads highlighting past criticisms of President Donald Trump by other candidates in a race that largely turned into a contest of Trump loyalty." [Associated Press State & Local, 6/3/20]

## Spartz Praised Trump For Committing The White House To Be The "People's House"

**Spartz Praised trump For Committing The White House To Be The "People's House**." "We had a great White House COVID-19 briefing call today. I would like to thank our President and his staff for the direct and streamlined communications with the state and local elected officials. Since the beginning of his presidency, President Trump has been committed for the White House to be 'The People's House'. Please let me now if you encounter any federal or state regulations precluding you from dealing with the current crisis in the most efficient manner. Our President and our state government are committed to cut any 'red tape' promptly. Please reach out to my official state email if you need any assistance and I'll take care of it for you. Stay safe!" [Victoria Spartz, Facebook, 3/25/20]

[Victoria Spartz, Facebook, 3/25/20]

## Spartz Promised She Would "Stand With Trump"



**In A Campaign Ad, Spartz Promised She Would "Stand With Trump"**

**In A Campaign Ad, Spartz Promised She Would "Stand With Trump."** "Her 5th District primary election TV ads featured images of the senator wearing camouflage print while carrying a rifle, and a promise that she will 'stand with Trump.' One ad featured some of the most conservative members of the Republican Senate praising Spartz." [Indianapolis Star, 6/7/20]

**In An Email To Supporters, Spartz Said She Would "Stand With President Trump To Defend Our Values And Way Of Life"**

**In An Email To Supporters, Spartz Said She Would "Stand With President Trump To Defend Our Values And Way Of Life."** "Whether it's earning the endorsement of the NRA, Indiana Right to Life, or fellow conservatives like you, I've been humbled by the outpouring of support for my campaign. Hoosiers know that in Congress, I'll defend our Second Amendment, protect the unborn, fight for lower taxes, and stand with President Trump to defend our values and way of life." [Victoria Spartz for Congress, MailChimp, 6/1/20]



# Issues



# Abortion & Women's Health Issues

**Significant Findings**

- ✓ *If elected to Congress, Spartz vowed to support extreme abortion measures*
  - ✓ *She supported overturning Roe v. Wade in order to prohibit abortions*
  - ✓ *She stated that abortion should never be legal except in cases to save the life of the mother*
  - ✓ *She pledged to oppose efforts aimed at weakening the Hyde Amendment*
  - ✓ *She pledged to advocate for Supreme Court justices who would respect human life and would be willing to reconsider legal precedents*
  - ✓ *Spartz supported the Unborn Victims of Violence Act, the Pain Capable Child Protection Act, the No Taxpayer Funding Abortion Act, and the Child Interstate Abortion Notification Act*
- ✓ *Spartz had a staunch anti-choice voting record as a member of the Indiana Senate*
  - ✓ *Spartz voted for and co-authored a bill that required hospitals to bury or cremate abortion remains*
  - ✓ *Spartz voted to prohibit the use of "dilation-and-evacuation" abortions and to classify the procedure as a felony—the ACLU of Indiana filed a lawsuit against the state after the bill was signed into law*
  - ✓ *Spartz voted to allow medical professionals to refuse to perform abortion care*
  - ✓ *Spartz voted to require health care providers to report abortion complications and to collect personal information from patients seeking abortions*
- ✓ *Spartz was endorsed by Indiana Right to Life*

## Abortion

### Spartz Supported Overturning Roe v. Wade, Doe v. Bolton, And Casey v. Planned Parenthood To Prohibit Abortions

**2020: Spartz Supported Overturning Roe v. Wade, Doe v. Bolton, And Casey v. Planned Parenthood To Prohibit Abortions.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Do you advocate changing the Roe v. Wade, Doe v. Bolton, and Casey v. Planned Parenthood decisions, so that elected legislative bodies (the state legislatures and Congress) may once again protect unborn children by limiting and/or prohibiting abortion?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

### Spartz Said Abortion Should Never Be Legal Except In The Case To Save The Life Of The Mother



**2020: Spartz Said Abortion Should Never Be Legal Except In The Case To Save The Life Of The Mother.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Under what circumstances do you believe abortion should be legal? A. Abortion should never be legal B. Life of the mother only C. Rape and/or incest D. Other E. Abortion should be legal in all cases?" Spartz said "A/B." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Would Oppose Efforts To Weaken The Hyde Amendment

**2020: Spartz Would Oppose Efforts To Weaken The Hyde Amendment.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you oppose any legislation that would weaken the Hyde Amendment and other current laws that restrict federal subsidies for abortion?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Would Only Advocate For Supreme Court Nominations Who Would Respect Human Life And Be Willing To Reconsider Precedent

**2020: Spartz Would Only Advocate For Supreme Court Nominations Who Would Respect Human Life And Be Willing To Reconsider Precedent.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Will you advocate for and support the nomination to the U.S. Supreme Court of only well-qualified persons who will respect the sanctity of innocent human life, who will interpret the Constitution according to its text, and who will be willing to reconsider precedents inconsistent with the text of the Constitution?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Would Oppose Any Efforts To Repeal Or Weaken The Unborn Victims Of Violence Act, Which Classified A Fetus As A Victim Of A Crime

### Spartz Would Oppose Any Efforts To Repeal Or Weaken The Unborn Victims Of Violence Act

**2020: Spartz Would Oppose Any Efforts To Repeal Or Weaken The Unborn Victims Of Violence Act.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you oppose any efforts to repeal or weaken the Unborn Victims of Violence Act?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

### The Unborn Victims Of Violence Act Amended Federal Criminal Code To Create A Second Offense In The Case Of The Death Of A "Child In Utero"

**The Unborn Victims Of Violence Act Amended Federal Criminal Code To Create A Second Offense In The Case Of The Death Of A "Child In Utero."** "This legislation would amend the federal criminal code and the Uniform Code of Military Justice to create a separate, second offense if, during the commission of certain crimes, an individual causes the death of, or bodily injury to, what sponsors of the bill call a 'child in utero.' Because S. 1673/H.R. 2436 explicitly applies to all stages of prenatal development, it would be the first federal law to recognize a zygote (fertilized egg), a blastocyst (pre-implantation embryo), an embryo (through week 8 of a pregnancy), or a fetus as an independent 'victim' of a crime, with legal rights distinct from the woman who has been harmed." [ACLU, accessed 7/13/20]

## Spartz Would Vote For The Pain Capable Child Protection Act, Which Established A Criminal Offense For Performing Abortions After 20 Weeks

### Spartz Would Vote For The Pain Capable Child Protection Act



**2020: Spartz Would Vote For The Pain Capable Child Protection Act.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you vote for the Pain-Capable Child Protection Act?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

**The Pain Capable Child Protection Act Established A Criminal Offense For Abortions Performed After 20 Weeks**

**The Pain Capable Child Protection Act Established A Criminal Offense For Abortions Performed After 20 Weeks.** "This bill establishes a new criminal offense for performing or attempting to perform an abortion if the probable post-fertilization age of the fetus is 20 weeks or more. A violator is subject to criminal penalties—a fine, a prison term of up to five years, or both. The bill provides exceptions for an abortion (1) that is necessary to save the life of the pregnant woman, or (2) when the pregnancy is the result of rape or incest. A physician who performs or attempts to perform an abortion under an exception must comply with specified requirements. A woman who undergoes a prohibited abortion may not be prosecuted for violating or conspiring to violate the provisions of this bill." [Congress.gov, S 3275, 2/11/20]

**The Bill Banned Abortions After 20 Weeks And Doctors Would Face Up To Five Years In Prison**

**The Bill Banned Abortions After 20 Weeks And Doctors Would Face Up To Five Years In Prison.** "The bill, sponsored by Sen. Lindsey Graham (R-SC), would ban abortions after 20 weeks nationwide, except in cases of rape, incest, or a threat to the life of the mother. A doctor who performed an abortion after 20 weeks, except in those cases, could face up to five years in prison. Women seeking abortions would not be penalized under the bill." [Vox, 1/29/18]

**However, The Pain Capable Child Protection Act Was Not Based On Accepted Science**

**The Pain Capable Child Protection Act Was Not Based On Accepted Science.** "The text of the bill includes a section on the science of fetal pain, which states that 'there is substantial medical evidence that an unborn child is capable of experiencing pain at least by 20 weeks after fertilization, if not earlier.' However, the general scientific consensus is that no such evidence exists. 'There's actually conclusive evidence that shows that the neurologic structures in a fetus aren't completely laid down and working yet until much further along in pregnancy, we think even the third trimester,' said Jennifer Conti, a clinical assistant professor and OB-GYN at Stanford University and a fellow with Physicians for Reproductive Health. Twenty weeks, she said, 'is just an arbitrary limit set in place by politicians that has no medical or scientific backing.'" [Vox, 1/29/18]

## Spartz Would Vote For Legislation That Would Make Abortion Clinics Ineligible For Title X Funding

**2020: Spartz Would Vote For Legislation That Would Make Abortion Clinics Ineligible For Title X Funding.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you vote for legislation that would make abortion clinics, and organizations that operate abortion clinics, ineligible for Title X funding?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Would Vote For The No Taxpayer Funding Abortion Act, Which Prohibited Federal Funds Towards Abortions Or Health Care Coverage That Included Abortion

**2020: Spartz Would Vote For The No Taxpayer Funding Abortion Act**

**2020: Spartz Would Vote For The No Taxpayer Funding Abortion Act.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you vote for the No Taxpayer Funding for Abortion Act?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]



**The No Taxpayer Funding Abortion Act Would Prohibit Federal Funds For Abortions Or Health Care Coverage That Includes Abortions**

**The No Taxpayer Funding Abortion Act Would Prohibit Federal Funds For Abortions Or Health Care Coverage That Includes Abortions.** "This bill modifies provisions relating to federal funding for, and health insurance coverage of, abortions. Specifically, the bill prohibits the use of federal funds for abortions or for health coverage that includes abortions. Such restrictions extend to the use of funds in the budget of the District of Columbia. Additionally, abortions may not be provided in a federal health care facility or by a federal employee. Historically, language has been included in annual appropriations bills for the Department of Health and Human Services (HHS) that prohibits the use of federal funds for abortions—such language is commonly referred to as the Hyde Amendment. Similar language is also frequently included in appropriations bills for other federal agencies and the District of Columbia. The bill makes these restrictions permanent and extends the restrictions to all federal funds (rather than specific agencies). The bill's restrictions regarding the use of federal funds do not apply in cases of rape, incest, or where a physical disorder, injury, or illness endangers a woman's life unless an abortion is performed. The Hyde Amendment provides the same exceptions. The bill also prohibits qualified health plans from including coverage for abortions. Currently, qualified health plans may cover abortion, but the portion of the premium attributable to abortion coverage is not eligible for subsidies." [Congress.gov, S 109, 1/10/19]

## Spartz Would Vote For The Child Interstate Abortion Notification Act—Which Classified Transporting A Minor Across State Lines For An Abortion For A Crime

**2020: Spartz Would Vote For The Child Interstate Abortion Notification Act**

**2020: Spartz Would Vote For The Child Interstate Abortion Notification Act.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you vote for the Child Interstate Abortion Notification Act?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

**The Child Interstate Abortion Notification Act Classified Transporting A Minor Across State Lines For An Abortion As A Crime**

**The Child Interstate Abortion Notification Act Classified Transporting A Minor Across State Lines For An Abortion As A Crime. "**This bill creates new federal crimes related to transporting a minor across state lines for an abortion. It makes it a crime to knowingly transport a minor to another state to obtain an abortion without satisfying a parental involvement law in the minor's resident state. A parental involvement law requires parental consent or notification, or judicial authorization, for a minor to obtain an abortion. The bill prohibits an individual who has committed incest with a minor from knowingly transporting the minor across a state line to receive an abortion. Finally, it makes it a crime for a physician to knowingly perform or induce an abortion on an out-of-state minor without first complying with parental notification requirements." [Congress.gov, S. 119, 1/15/19]

## Spartz Pledged To Protect "The Unborn"

**Spartz Pledged To Protect "The Unborn."** "Whether it's earning the endorsement of the NRA, Indiana Right to Life, or fellow conservatives like you, I've been humbled by the outpouring of support for my campaign. Hoosiers know that in Congress, I'll defend our Second Amendment, protect the unborn, fight for lower taxes, and stand with President Trump to defend our values and way of life." [Victoria Spartz for Congress, MailChimp, 6/1/20]

## Spartz Was Described As Having A "Strong Record Of Defending The Rights Of The Unborn"


**Spartz Was Described As Having A "Strong Record Of Defensing The Rights Of The Unborn."** "Victoria Spartz is a Christian, and she is pro-life. She is endorsed by Indiana Right to Life and has a strong record of defending the rights of the unborn from the extreme pro-abortion lobby. […] She is just the person to fight back when the fake news media and Democrats attempt to paint pro-lifers as extreme, when it is in fact the abortion-on-demand-up-to-the-moment-of-birth-at-taxpayer-expense crowd who are the true extremists. If you are pro-life, vote for Victoria Spartz on June 2." [Current in Noblesville, Letter to the Editor, 5/28/20]

## Spartz Was Endorsed By Indiana Right To Life And Stated She Would Continue Her 100% "Pro-Life" Voting Record In Congress

### Spartz Was Endorsed By Indiana Right To Life

**Spartz Was Endorsed By Indiana Right To Life.** "I am honored to get the endorsement of Indiana Right to Life PAC. The value of each individual life – born and unborn, is at the core of American society. I will continue my 100% PRO-LIFE state senate voting record in Congress!" [Victoria Spartz, Facebook, 4/4/20]

### Spartz Stated She Would Continue Her 100% "Pro-Life" Voting Record In Congress

**Spartz Stated She Would Continue Her 100% "Pro-Life" Voting Record In Congress.** "I am honored to get the endorsement of Indiana Right to Life PAC. The value of each individual life – born and unborn, is at the core of American society. I will continue my 100% PRO-LIFE state senate voting record in Congress!" [Victoria Spartz, Facebook, 4/4/20]



[Victoria Spartz, Facebook, 4/4/20]

## Spartz Voted For And Co-Authored A Bill That Enforced Various Rules Related To Fetal Remains And Burial

**2020: Spartz Voted For And Co-Authored A Bill That Enforced Various Rules Related To Fetal Remains And Burial.** Spartz voted for and co-authored SB 299, "Fetal remains. Requires the state department of health (state department) to develop forms that provide: (1) that a pregnant woman has a right after a surgical abortion to dispose of the remains by interment or cremation or have the provider dispose of the remains; and (2) that, after an abortion induced by an abortion inducing drug, the pregnant woman will expel an aborted fetus and set forth the disposition policy of the health care facility or abortion clinic concerning the disposition of the aborted fetus,


including allowing a pregnant woman to return an aborted fetus to the health care facility or abortion clinic for disposition by interment or cremation. States that a pregnant woman who has an abortion has the right to have the health care facility or abortion clinic dispose of the aborted fetus by cremation or interment and to ask the health care facility or abortion clinic the method of disposition used. Requires the pregnant woman to inform the health care facility or abortion clinic of the pregnant woman's decision for disposition or, in the case of an abortion induced by an abortion inducing drug, whether the pregnant woman will return the aborted fetus to the health care facility or abortion clinic for disposition. Requires the health care facility or abortion clinic to dispose of the returned fetus by cremation or interment. Requires that a burial transit permit that includes multiple aborted fetal remains be accompanied by a log prescribed by the state department containing certain information, except in certain circumstances, about each fetus included under the burial transit permit." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 299, 2/4/20]

**The Bill Required Hospitals To Bury Or Cremate Abortion Remains And Expanded On A 2016 Law That Was Challenged And Upheld By The U.S. Supreme Court**

**The Bill Required Hospitals To Bury Or Cremate Abortion Remains And Expanded On A 2016 Law That Was Upheld By The U.S. Supreme Court.** "The Indiana Senate voted 40-9 Tuesday to require abortion clinics and hospitals to bury or cremate aborted remains. Senate Bill 299 gives further implementation guidance on the requirement that was first passed in 2016 but was challenged in a lawsuit. The U.S. Supreme Court upheld the law in May. 'It allows women to have the opportunity to have a dignified disposal of human remains,' Sen. Liz Brown, R-Fort Wayne, said. A woman who has an abortion will have to choose the type of disposal. Those who pass fetal tissue at home after a medication-assisted abortion can bring the tissue back to a clinic for disposal." [Fort Wayne Journal Gazette, 2/5/20]

**Spartz Voted To Prohibit The Use Of "Dilation-And-Evacuation" Abortions And Classify It As A Felony**

**2019: Spartz Voted To Make The Performance Of A Dilation-And-Evacuation Abortion A Felony.** Spartz voted for HB 1211, "Abortion matters. Provides that a person may not knowingly or intentionally perform a dismemberment abortion unless reasonable medical judgment dictates that performing the dismemberment abortion is necessary to: (1) prevent serious health risks to the mother; or (2) save the mother's life. Provides that the penalty for performing a dismemberment abortion is a Level 5 felony. Provides that certain individuals: (1) may petition for an injunction; (2) may bring an action for the recovery of damages; and (3) are entitled to attorney's fees; if a dismemberment abortion is performed. Provides anonymity safeguards in court or administrative actions for a woman on whom a dismemberment abortion was performed. Amends the definition of 'abortion complication.'" The bill passed the Senate by a vote of 38 – 10. [Indiana General Assembly, HB 1211, 4/2/19]

**ACLU Of Indiana Filed A Lawsuit Against The State After The Bill Was Signed Into Law**

**ACLU Of Indiana Filed A Lawsuit Against The State After The Bill Was Signed Into Law.** "The American Civil Liberties Union of Indiana has filed a lawsuit against the state two days after Gov. Eric Holcomb signed two abortion measures into law. Specifically, the ACLU is challenging House Enrolled Act 1211, which bans dilation-and-evacuation abortions except when the mother is at risk of 'substantial and irreversible physical impairment of a major bodily function' or when the fetus is no longer viable. Dilation and evacuation is the most common type of second-trimester abortion in Indiana, according to Indiana State Department of Health data. However, second-trimester abortions overall are rare in the state. Indiana providers used this method 27 times in 2017 — or for 0.35 percent of all abortions that year — department data showed." [Indy Star, 4/25/19]

**Spartz Voted To Allow Nurses, Pharmacists, And Physician's Assistants To Refuse Abortion Care**

**2019: Spartz Voted To Allow Nurses, Pharmacists, And Physician's Assistants To Refuse Abortion Care.** Spartz voted for SB 201, "Health provider ethical exemption. Includes: (1) nurses; (2) physician assistants; and (3)



pharmacists; in the prohibition from being required to perform an abortion or assist or participate in procedures intended to result in an abortion if the health care provider objects to the procedures on ethical, moral, or religious grounds. (Current law applies only to physicians and employees.) Adds a prohibition on requiring certain providers to prescribe, administer, or dispense an abortion inducing drug." The bill passed the Senate by a vote of 39 – 1. [Indiana General Assembly, SB 201, 2/19/19]

## Spartz Voted To Classify The Killing Of A Fetus—Excluding Lawfully Performed Abortions—To Be A Crime

**Spartz Voted To Classify The Killing Of A Fetus—Excluding Lawfully Performed Abortions—To Be A Crime.** Spartz voted for SB 2013, "Crimes resulting in the loss of a fetus. Provides that the crimes of: (1) murder; (2) voluntary manslaughter; (3) involuntary manslaughter; and (4) feticide; may be committed against a fetus in any stage of development. Specifies that the offenses do not apply to a: (1) lawfully performed abortion; or (2) pregnant woman with respect to a fetus carried by the woman. Provides, with certain exceptions, that a person who commits a felony that causes the termination of a pregnancy may receive an additional sentence of six to 20 years." The bill passed by a vote of 42 – 6. [Indiana General Assembly, 2/1/18]

### The Bill Allowed The Charges Of Murder And Manslaughter To Be Filed In The Death Of A Fetus

**The Bill Allowed The Charges Of Murder And Manslaughter To Be Filed In The Death Of A Fetus.** "Gov. Eric Holcomb signed a bill into law Sunday that allows charges of murder and manslaughter to be filed when a crime results in the death of a fetus. The measure does not apply to legally performed abortions or women who seek them. It provides, with certain exceptions, that a person who commits a felony that causes the death of a fetus may receive an additional sentence of six to 20 years. Sen. Aaron Freeman, R-Indianapolis, said he proposed SB 203 after hearing from a woman in his district whose pregnant daughter was killed in a homicide. The bill would allow prosecutors to consider murder, involuntary manslaughter, voluntary manslaughter and feticide charges involving 'a fetus in any stage of development.'" [IndyStar, 3/25/18]

### Anti-Abortion Groups Praised The Law

**Anti-Abortion Groups Praised The Law.** "The bill does not apply to lawful abortions or to the pregnant woman carrying the fetus. Anti-abortion groups see the measure as a win, because it places value on the life of a fetus, regardless of gestational age." [IndyStar, 3/29/18]

## Spartz Voted For A Bill That Regulated Abortion Clinics, Licenses, And Drugs

**2018: Spartz Voted For A Bill That Regulated Abortion Clinics, Licenses, And Drugs.** Spartz voted for SB 340, "Regulation of abortion and newborn safety devices. Makes various changes to the abortion law concerning abortion clinic license applications, abortion clinic inspections, abortion inducing drugs, abortion complications, the provision of information to a woman seeking an abortion, and the collection of data by the state department of health. Specifies under the safe haven law that it is a defense to a claim of neglect of a dependent if the individual left the child in a newborn safety device that is located at a fire department, including a volunteer fire department, that meets specified requirements. Provides civil immunity for a fire department that operates a newborn safety device for an act or omission relating to the device: (1) if the device meets specified requirements; and (2) unless the act or omission constitutes gross negligence or willful or wanton misconduct. Makes a technical correction." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, SB 340, 1/30/18]

### The Bill Required Health Care Providers To Report Any Abortion Complications

**The Bill Required Health Care Providers To Report Any Abortion Complications.** "Healthcare providers are now required to report any complications arising from an abortion to the state department of health, under Senate Enrolled Act 340. Holcomb signed the measure into law on March 25." [IndyStar, 3/29/18]


**Personal Information—Like Age, Race, And How Many Children The Woman Has—Would Be Collected**

**Personal Information—Like Age, Race, And How Many Children The Woman Has—Would Be Collected.** "The Indiana Senate voted 38-11 Tuesday to approve a bill requiring doctors who treat a woman for complications arising from an abortion to report detailed information about it to the state. […] Personal information that would be gathered includes a woman's age, race, how many children they have, if any of their children have died, how many abortions they have had and when their last period was." [Fort Wayne Journal Gazette, 1/31/18]

## Reproductive Rights

### Spartz Supported A Ban On All Efforts To Clone Human Embryos

**2020: Spartz Supported A Ban On All Efforts To Clone Human Embryos.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Do you support a ban on all efforts to clone human embryos?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

### Spartz Opposed Using Federal Funding For Embryonic Cell Research That Destroyed Human Embryos

**2020: Spartz Opposed Using Federal Funding For Embryonic Cell Research That Destroyed Human Embryos.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Do you oppose using federal funding for embryonic stem cell research that require s the destruction of human embryos?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

### Spartz Would Vote To Prevent Further U.S. Funding Of The UN Population Fund

**2020: Spartz Would Vote To Prevent Further U.S. Funding Of The UN Population Fund.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you vote to prevent further U.S. funding of the United Nations Population Fund?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Fertility Clinics

### Spartz Voted To Increase Regulations On Fertility Clinics

**2018: Spartz Voted To Increase Regulations On Fertility Clinics.** Spartz voted for HB 1203, "Qualified egg banks. Amends, for purposes of the law regarding unlawful transfer of a human organism, the definition of 'qualified third party' and changes the term to 'qualified egg bank'. Specifies qualifications for a physician overseeing medical services related to ovum cryopreservation. Specifies requirements that must be met by a fertility clinic or similar medical facility in order to be considered a qualified egg bank. Exempts from the criminal offense of unlawful transfer of a human organism the payment to or receipt by a qualified egg bank of an amount for: (1) the retrieval of a human ovum; (2) the cryopreservation of a human ovum; (3) the transportation of a human ovum; or (4) other aspects of specified treatments or procedures to enhance human reproductive capability." The bill passed the Senate by a vote of 31 – 18. [Indiana General Assembly, HB 1203, 3/6/18]



# Agriculture & Food Access Issues

**Significant Findings**

- ✓ *Spartz was one of a few Senators who voted against regulations related to pesticide use*
  - ✓ *However, Spartz later voted for the conference committee report for the bill*
- ✓ *Spartz was one of a few Senators who voted against a farmland preservation study*
- ✓ *Spartz opposed government regulations over agriculture and crop pricing*
- ✓ *Spartz co-authored legislation that authorized hemp production in Indiana*
  - ✓ *The bill allowed Hoosier farmers to seek a license to harvest hemp*

## Farm Issues

### Spartz Was One Of A Few Senators To Vote Against Regulations Related To Pesticide Use

**2020: Spartz Was One Of 9 Senators To Vote Against Regulated Related To Pesticide Use.** Spartz voted against SB 438, "Regulation of pesticide use and application. Makes various changes to the statutes governing pesticide registration and pesticide use and application. Requires the pesticide review board (board) to establish a working group to review civil penalties and for the working group to make recommendations (before December 1, 2020) concerning civil penalties to the board and the general assembly. Provides that the state chemist shall suspend the enforcement of its FY 2019 pesticide enforcement response policy." The bill passed the Senate by a vote of 38 – 9. [Indiana General Assembly, SB 438, 2/3/20]

#### However, Spartz Later Voted For The Bill During The Conference Committee Report

**However, Spartz Later Voted For The Bill During The Conference Committee Report.** The bill passed the Senate Conference Committee Report by a vote of 48 – 1. [Indiana General Assembly, SB 438, 2/3/20]

### Spartz Was One Of A Few Senators Who Voted Against A Farmland Preservation Study

**2019: Spartz Was One Of 2 Senators Who Voted Against A Farmland Preservation Study.** Spartz voted against HB 1165, "Study of farmland preservation. Urges the legislative council to assign to an appropriate interim study committee the topic of achieving farmland preservation in Indiana." The bill passed the Senate by a vote of 45 – 2. [Indiana General Assembly, HB 1165, 4/1/19]

## Agriculture Subsidies

### Spartz Opposed Government Regulation Over Agriculture

#### Spartz Downplayed The Role That The Government Should Have On Crop Pricing



**Spartz Downplayed The Role That The Government Should Have On Crop Pricing.** "Ukrainian agribusiness should prosper, instead it is constantly suppressed by tariffs, quotas, limits… Trade restrictions do not give confidence to the farmer in the future. Because you can stay with your harvest in the field. I have a negative attitude to any regulation by the state, prices must shape the market. The state should not interfere in business, tighten regulation or increase tax pressure on entrepreneurs. Wrong idea: he who earns a lot - does it unfairly. Who works a lot, he has, I would say." [Zemlyaivlya.net, accessed 6/25/20]

## Marijuana Growth

### Spartz Co-Authored Legislation That Authorized Hemp Production In Indiana By Allowing Hoosier Farmers To Seek A License To Grow Non-Intoxicating Hemp

#### Spartz Co-Authored And Voted To Authorize Hemp Production In Indiana

**Spartz Co-Authored Legislation That Authorized Hemp Production In Indiana By Allowing Hoosier Farmers To Seek A License To Grow Non-Intoxicating Hemp.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 516 would authorize hemp production in our state by allowing Hoosier farmers to seek a license to grow non-intoxicating hemp. This would create a new cash crop for our agriculture industry." [Current in Noblesville, 3/19/19]

**Spartz Voted For SB 516.** The bill passed the Senate by a vote of 47 – 1. [Indiana General Assembly, SB 516, 2/25/19]

#### Following The Passage Of The Bill, A Group Of Indiana Farmers Were Chosen To Harvest Hemp

**Following The Passage Of The Bill, A Group Of Indiana Farmers Were Chosen To Harvest Hemp.** "New this fall, Indiana farmers are harvesting thousands of acres of hemp for the first time in several decades. With the passing of the 2018 Farm Bill and Indiana Senate Bill 516, a select group of licensed farmers were approved to grow and harvest a hemp crop in 2019 as part of a research trial. Several Indiana Farm Bureau members were among the select group who used this season was an opportunity to learn about the crop and the different markets for hemp, such as fiber, grain and oil." [Paper of Montgomery County, 10/17/19]


# Budget Issues

**Significant Findings**

- ✓ *Spartz voted for the 2019 state budget*
    - ✓ *The budget increased education funding, but failed to increase teacher salaries*
    - ✓ *The budget dialed back planned increases for the Department of Child Services*
    - ✓ *The budget ended funding for Amtrak's Hoosier state train, which ran from Indianapolis to Chicago*
    - ✓ *Democratic legislators criticized the budget—and Republicans—for prioritizing cash reserves over human infrastructure*
- ✓ *Spartz said she was concerned about the raising national debt*
- ✓ *Spartz said the main driver of the national debt was health care spending*

## Funding And Budgets

### Spartz Voted For The State Budget

**2019: Spartz Voted For The State Budget.** Spartz voted for HB 1001, "State budget." The budget passed the Senate by a vote of 40 – 8. [Indiana General Assembly, HB 1001, 4/16/19]

### The Budget Increased Education Funding, But Failed To Increase Teacher Salaries

**The Budget Increased Education Funding, But Failed To Increase Teacher Salaries.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries...The budget includes $14.8 billion in education funding that amounts to a 2.5% increase each of the next two years, which critics say essentially keeps up with inflation. Flanked at a news conference Tuesday by the heads of various state education groups — but none representing teachers — House Speaker Brian Bosma called the spending plan 'historic." [Indy Star, 4/29/19]

### The Budget Dialed Back Planned Increases For The Department Of Child Services

**The Budget Dialed Back Planned Increases For The Department Of Child Services.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries, dials back planned increases for the state's troubled child services agency…. […] The House and Senate agreed to increase the Department of Child Services' funding by $256 million in 2020 and $246 million in 2021. That's a significant cut from the additional $286 million that had been proposed to bring its budget in line with actual spending." [Indy Star, 4/29/19]

### The Budget Ended Funding For Amtrak's Hoosier State Train

**The Budget Ended Funding For Amtrak's Hoosier State Train.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries, dials back planned increases for the state's troubled



child services agency and ends funding for Amtrak's Hoosier State Train, which runs from Indianapolis to Chicago. […] Meanwhile, Amtrak has announced that without state funding, service on the train line from Chicago to Indianapolis will end the day the money runs out, June 30." [Indy Star, 4/29/19]

**Republican Legislators Prioritized Preserving Cash Reserves In The New Budget**

**Republican Legislators Prioritized Preserving Cash Reserves In The New Budget.** "Holcomb and Republican legislators made preserving a sizable cash reserve a priority in developing the new two-year state budget adopted in April. They aimed to keep a $2 billion reserve, or about 11.5% of expected state spending. They argue that would protect the state in case of an economic recession and maintain its top-level AAA credit rating." [AP, 7/11/19]

**State Democrats Criticized The Budget By Saying That State Republicans Were Prioritizing Saved Money Over Improving Human Infrastructure**

**State Democrats Criticized The Budget By Saying That State Republicans Were Prioritizing Saved Money Over Improving Human Infrastructure.** "Democrats faulted Holcomb and the GOP-dominated Legislature for earlier projecting revenue drops and not directing more money toward needs such as increasing teacher pay, expanding the state-funded preschool program and making sure the troubled Department of Child Services can keep hundreds of new caseworkers. 'I think that they should be ashamed and embarrassed that they prize hoarding money over improving human infrastructure,' said Rep. Greg Porter of Indianapolis, the top Democrat on the budget-writing House Ways and Means Committee." [AP, 7/11/19]

## Debt Limit

### Spartz Was Concerned About The Rising National Debt

**Spartz Was Concerned About The Rising National Debt.** "Spartz said she is concerned about the national debt continuing to pile up and would like to look at the federal government's expenditures in depth to see where tax money is going and if those programs are working as they should be. 'We have to start looking at line items and we have to see what's happening,' she said. 'We've got to audit the government, have more transparency, simplify the code, and things will go much better. We just have to do it. We talk about it, but don't get it done. So we need to start getting stuff done.'" [Chronicle-Tribune, 5/26/20]

### Spartz Said The Main Driver Of The National Debt Was Health Care Spending

**VIDEO: Spartz Said The Main Driver Of The National Debt Was Health Care Spending.** "[1:17] Question number three, national debt. It's huge. I feel sorry for our children. We have to start dealing with national debt. One of the major drivers of our debt is health care spending. I work on health care policies at the State Senate for the last two years. If you would know as much as I know about health care, you would have a revolution. It is destroying our middle class and providing Less and less choice for the people who are sick. It's unacceptable." [Fiscal Conservatives of Hamilton County, YouTube, 5/5/20]

### Spartz Said That The National Debt Had To Be Dealt With

**VIDEO: Spartz Said That The National Debt Had To Be Dealt With.** "[5:40] You know, I think we have to start dealing with our debt. I mean, as someone who's been in public accounting and CPA, I know 02 sides, you know, have debits and credits they have to equal two sides to the income statement and no one wants to look and expenditure." [FOX59 News, YouTube, 3/9/20]

 DCCC

# Consumer Issues & Regulations

**Significant Findings**

- ✓ *Spartz repeatedly advocated for limited government regulation in order to help small businesses*
    - ✓ *However, she was one of four senators who voted against establishing the Small Business Innovation Voucher program which provided grants for small businesses to purchase research services from higher education institutions*
- ✓ *Spartz voted against prohibiting people under the age of 21 from buying tobacco or vape products*
- ✓ *Spartz voted against a bill that allowed payday lenders to charge interest rates that were classified as felony loansharking on*
- ✓ *Spartz wanted to invest in broadband for rural areas*
- ✓ *Spartz voted to authorize sports betting on Riverboats*
- ✓ *Spartz voted to authorize Sunday alcohol sales*
    - ✓ *Sunday alcohol sales has been banned in Indiana since 1933*
- ✓ *Spartz received an average rating of 90.6% from the Indiana Chamber of Commerce*

## Business Regulations

### Spartz Repeatedly Advocated For Limited Government Regulation In Order To Help Small Businesses

#### Spartz Wanted To Limit Government Regulation Powers So That Small Businesses Could Compete

**Spartz Wanted To Limit Government Regulation Powers So That Small Businesses Could Compete.** "Free enterprise is the foundation of our country. We must limit regulation powers of the executive branch and maintain a vibrant business environment, so entrepreneurs and small businesses can strive and compete with large corporations." [Spartz for Congress, accessed 7/6/20]

#### Spartz Wanted To Keep Business Regulations Low To Encourage Small Business Growth

**Spartz Wanted To Keep Business Regulations Low To Encourage Small Business Growth.** "Spartz said she would seek to lower regulation and keep taxes low to encourage the growth of small businesses, especially as the country works to restart its economy in the wake of COVID-19." [Chronicle-Tribune, 5/26/20]

### Spartz Voted Against Prohibiting People Under The Age Of 21 From Buying Tobacco And Vape Products

**2020: Spartz Voted Against The Conference Committee Report Prohibiting People Under The Age Of 21 From Buying Tobacco And Vape Products.** Spartz voted against the Conference Committee Report for SB 1, "Tobacco and vaping smoking age. Prohibits a person who is less than 21 years of age from buying or possessing:



(1) tobacco; (2) e-liquids; or (3) electronic cigarettes. Makes conforming changes regarding enforcement provisions, sales certificates, prohibition of delivery sales, and notices posted at retail establishments and at vending machines. Provides that a retail establishment that sells an e-liquid to a person less than 21 years of age is subject to a civil judgment for an infraction. Doubles the civil judgment for an infraction for: (1) a retail establishment that sells or distributes tobacco, an e-liquid, or an electronic cigarette to a person less than 21 years of age; and (2) certain retail establishments that allow an underage person to enter their establishment. Modifies the time frame for when retail establishments may receive enhanced penalties for repeat e-liquid and tobacco products violations. Requires a merchant who mails or ships cigarettes as part of a delivery sale to use a shipping service that requires a customer to present identification if they appear to be less than 30 years of age. Provides that a tobacco sales certificate (certificate) may only be issued to a person who has not had an interest in a certificate revoked by the commission for a business location within one year. Makes it a Class C misdemeanor if a tobacco and vaping business operates within 1,000 feet of a public or private elementary or secondary school. Provides that a retail establishment in which tobacco products, electronic cigarettes, and e-liquids account for at least 85% of the retail establishment's gross sales," The Conference Report passed the Senate by a vote of 37 – 11. [Indiana General Assembly, SB 1, 3/11/20]

### However, Spartz Previously Voted For This Bill When It Was On The Senate Floor

**Spartz Previously Voted For This Bill When It Was On The Senate Floor.** SB 1 originally passed the Senate by a vote of 38 – 9. [Indiana General Assembly, SB 1, 1/23/20]

## Small Business Programs

### Spartz Was One Of A Few Senators Who Voted Against Establishing The Small Business Innovation Voucher Program

**2019: Spartz Was One Of 4 Senators Who Voted Against Establishing The Small Business Innovation Voucher Program.** Spartz voted against SB 563, "Economic development. Establishes the small business innovation voucher program (program) to provide vouchers to eligible small businesses to be used by the business to purchase research and development support or other forms of technical assistance and services from an Indiana institution of higher education or other authorized research provider. Provides that the Indiana economic development corporation (IEDC) shall administer the program. Provides that the program is subject to appropriation from the general assembly." The bill passed the Senate by a vote of 45 – 4. [Indiana General Assembly, SB 563, 2/25/19]

**2019: Spartz Also Voted Against The Bill's Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 45 – 3. [Indiana General Assembly, SB 56, 4/24/19]

### The Program Provided Grants To Small Businesses To Purchase Research Services From Indiana Higher Education Institutions

**The Program Provided Grants To Small Businesses To Purchase Research Services From Indiana Higher Education Institutions.** "The Small Business Innovation Voucher Program provides grants to eligible small businesses to purchase research services from an Indiana higher education institution or other authorized research provider. The grant program is established by Indiana Code § 5-28-40." [Indiana Economic Development Corporation, accessed 7/13/20]

## Loans



### Spartz Was One Of A Few Legislators Who Voted Against Requiring Reporting Of Consumer Loans By Unlicensed Vendors

**2020: Spartz Was One Of 2 Legislators Who Voted Against Requiring Reporting Of Consumer Loans By Unlicensed Vendors.** Spartz voted against SB 327, "Reporting of consumer loans by unlicensed lenders. Requires a person, with certain exceptions, that is not required to be licensed with the department under the Uniform Consumer Credit Code to report to the department certain information concerning each consumer loan made to a debtor who is a resident of Indiana by the person after June 30, 2020. Authorizes the department to adopt rules to implement these provisions." The bill passed the Senate by a vote of 47 – 2. [Indiana General Assembly, SB 327, 2/4/20]

### Spartz Voted Against A Bill That Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking

#### Spartz Voted Against A Bill That Dealt With A Variety Of Consumer Credit Issues

**2019: Spartz Voted Against A Bill That Dealt With A Variety Of Consumer Credit Issues.** Spartz voted against SB 613, which dealt with a variety of consumer credit issues. The bill passed the Senate by a vote of 26 – 23. [Indiana General Assembly, SB 613, 2/26/19]

#### The Bill Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking

**The Bill Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking.** "Indiana senators voted 26-23 in favor of a bill that would allow payday lenders to charge interest rates on small loans at levels currently classified as felony loan sharking. Carrying the bill is Sen. Andy Zay, R-Huntington, who said the bill is designed to 'bridge the gap' for Hoosiers with subprime credit scores and living debt free. He said the bill will help Hoosiers with credit scores below 550 and people who would otherwise be turned down for bank loans. […] While Senate Bill 613 passed the Indiana Senate, lawmakers authoring an opposing bill were shot down. Senate Bill 104 would have capped interest rates on small loans at 36 percent, while Zay's Consumer Credit bill replaces 'the 25 (percent) loan finance charge authorized for consumer loans with a flat charge of 36 (percent) per year on the unpaid balances.'" [Bluffton News-Banner, 3/12/19]

## Broadband Access

### Spartz Wanted To Invest In Broadband For Rural Areas Like Grant County

**Spartz Wanted To Invest In Broadband For Rural Areas Like Grant County.** "She said an investment in broadband for rural areas like Grant County will also be important as things return to a new normal." [Chronicle-Tribune, 5/26/20]

## Gaming Issues

### Spartz Voted To Authorize Sports Betting On Riverboats

**2019: Spartz Voted To Authorize Sports Betting On Riverboats.** Spartz voted for HB 1015, "Various gaming matters. Authorizes sports wagering at riverboats, racinos, a Vigo County casino, and satellite facilities. Provides for the administration and conduct of sports wagering. Imposes initial and annual fees on a licensed owner, operating agent, vendor, or permit holder conducting sports wagering. Imposes initial and annual licensing fees on vendors conducting sports wagering. Specifies that a vendor contracting with a certificate holder has the same authority to conduct sports wagering as the certificate holder. Provides that the Indiana gaming commission (IGC)



may issue a temporary certificate of authority or a temporary license to conduct business under certain circumstances. Requires the IGC to deposit vendor license application fees in the sports wagering fund." The bill passed the Senate by a vote of 44 – 4. [Indiana General Assembly, 4/9/19]

# Alcohol

## Spartz Voted To Authorize Sunday Alcohol Sales—The First Time Since 1933

### Spartz Voted To Authorize Sunday Alcohol Sales

**2018: Spartz Voted To Authorize Sunday Alcohol Sales.** Spartz voted for SB1, "Sunday carryout sales. Allows the following to sell alcoholic beverages for carryout on Sunday from noon until 8 p.m.: (1) A package liquor store, grocery store, convenience store, or drug store. (2) A restaurant that satisfies the requirements to sell carryout. (The introduced version of this bill was prepared by the alcohol code revision commission.)" The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 1, 1/22/18]

### A Ban On Sunday Alcohol Sales In Indiana Was Implemented In 1933

**A Ban On Sunday Alcohol Sales In Indiana Was Implemented In 1933.** "For the first time ever, a key Indiana Senate committee has approved a measure allowing carryout Sunday alcohol sales. The Senate Public Policy Committee, typically a graveyard for such bills, voted unanimously Wednesday to allow convenience, grocery, drug and liquor stores to sell alcohol from noon to 8 p.m. on Sundays. The measure, Senate Bill 1, now moves to the full Senate. The historic vote is the most significant step yet in the effort to end Indiana's Sunday sales ban, which has been in place since federal Prohibition ended in 1933." [Evansville Courier and Press, 1/11/18]

# Interest Group Ratings

## Spartz Received An Average Rating Of 90.6% From The Indiana Chamber Of Commerce

**2019: Spartz Received A 89% Rating From The Indiana Chamber Of Commerce.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

**2019: Spartz Received A 90% Rating From The Indiana Chamber Of Commerce.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

**2018: Spartz Received A 93% Rating From The Indiana Chamber Of Commerce.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

## Spartz Received An Average Rating Of 83.6% From The Indiana Manufacturers Association

**2019: Spartz Received A 84% Rating From The Indiana Manufacturers Association.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

**2019: Spartz Received A 75% Rating From The Indiana Manufacturers Association.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

**2018: Spartz Received A 92% Rating From The Indiana Manufacturers Association.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

## Spartz Received A 100% Rating From The National Federation Of Independent Business – Indiana



**2017 – 2018: Spartz Received A 100% Rating From The National Federation Of Independent Business – Indiana.** [VoteSmart, Victoria Spartz, accessed 7/13/20]



# Crime & Public Safety Issues

**Significant Findings**

- ✓ *Spartz voted for a controversial amendment that watered down a bias crime bill*
  - ✓ *The amendment removed all protected classes from the bill and simply replaced it with "bias"*
  - ✓ *Spartz received criticism for her vote from the Noblesville Diversity Coalition*
  - ✓ *The Indiana Legislative Black Caucus criticized Senate Republicans for passing the bill with watered down language*
  - ✓ *Spartz argued that issues like bias crime "can't take 80 or 90 percent of our time"*
- ✓ *Spartz criticized U.S. House Democrats' bipartisan police reform bill that cracked down on excessive police force, chokeholds, and pushed accountability measures*
- ✓ *Spartz voted to reduce the minimum age for juvenile sentencing—a bill that would allow children as young as 12 to be tried for murder*
- ✓ *Spartz authored a bill that expanded youth assistance programs for at-risk youth in Indiana*
- ✓ *Spartz voted to classify panhandling near banks or businesses as a misdemeanor*
- ✓ *Spartz opposed a petition filed by the ACLU that asked the Supreme Court of Indiana to change prison release rules during the COVID-19 pandemic*
- ✓ *Spartz voted to declassify CBD oil as a controlled substance*

## Hate Crimes

### Spartz Voted For A Controversial Amendment That Watered Down A Bias Crime Bill

**Spartz Voted For A Controversial Amendment That Watered Down A Bias Crime Bill.** "In 2019, she voted for the controversial amendment to a bias crime bill that watered down the legislation." [Indianapolis Star, 6/7/20]

> **2019: Spartz Voted For The Bias Crime Bill.** Spartz voted for SB 12, "Sentencing and bias crimes. Provides that a court may consider bias in imposing a criminal sentence. Specifies the manner in which bias crime data shall be reported to the state police department." The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 12, 2/21/19]
>
> **2019: Spartz Voted For Amendment No. 2 On The Bias Crime Bill.** The amendment passed the Senate by a vote of 33 – 16. [Indiana General Assembly, SB 12, 2/19/19]

### The Noblesville Diversity Coalition Criticized Spartz's Vote In Favor Of The Amendment That Removed Law Enforcement Training And A List Of Immutable Characteristics


**The Noblesville Diversity Coalition Criticized Spartz's Vote In Favor Of The Amendment That Removed Law Enforcement Training And A List Of Immutable Characteristics.** "The Noblesville Diversity Coalition appreciates the Senate Public Policy Committee's strong bipartisan support for bias crime legislation. They approved Senate Bill 12 by a vote of 9-1 after the NDC joined central Indiana's business, community and faith leaders to testify on the need for stricter sentencing of convicted offenders who target victims based on their race, ethnicity, religion, national origin, age, disability, sex, gender identity or sexual orientation. Unfortunately, the full Senate then amended SB 12 and removed law enforcement training and the list of immutable characteristics that is critical to protecting all Hoosiers. NDC was disappointed to see Noblesville's representative, Sen. Victoria Spartz, vote in favor of the amendment, stripping the bill of the very language that made it clear, inclusive and effective." [Current in Fishers, 2/28/19]

**The Amendment Removed All Protected Classes From The Bill And Replaced It With "Bias"**

**The Amendment Removed All Protected Classes From The Bill And Replaced It With "Bias".** "On Monday, supporters had rejoiced as the Public Policy Committee advanced the bill including individuals targeted for their 'perceived or actual color, creed, disability, age, national origin, ancestry, race, religion, gender identity, sex, or sexual orientation.' Their hopes were dashed just a day later when the full Senate passed, by a vote of 33 to 16, an amendment to the bill Tuesday which removed all protected classes. The final vote came after Republican supermajority members huddled behind closed doors. It instead replaced the language with one word: 'bias.'" [NUVO, 2/21/19]

**The Indiana Legislative Black Caucus Criticized Senate Republicans For Passing The Bill**

**The Indiana Legislative Black Caucus Criticized Senate Republicans For Passing The Bill.** "The fight over the bill now heads to Indiana House of Representatives. Rep. Robin Shackleford, D-Indianapolis, chair of the Indiana Black Legislative Caucus, promised to continue working to include protected classes in the House. 'The IBLC is certainly not surprised that the Indiana Senate supermajority again decided to avoid passing a responsible bias crimes bill this session. In its current form, Senate Bill 12 is nothing more than a weak, watered-down effort to try and appease groups that choose not to believe that such crimes exist,' she stated Wednesday. 'We share Gov. Holcomb's disappointment at what the Indiana Senate supermajority did. Like the governor, the IBLC recognizes there is ample time to make things right before the end of the 2019 session.'" [NUVO, 2/21/19]

**Spartz: Issues Like Bias Crimes "Can't Take 80 Or 90 Percent Of Our Time"**

**Spartz: Issues Like Bias Crime "Can't Take 80 Or 90 Percent Of Our Time."** "Speaking directly to Cook, who has authored a hate crime bill introduced to this year's General Assembly, Shabazz asked for additional detail. […] Cook's bill would implement terms for sentence enhancements, whereby a person must first be convicted of the crime associated with the hate crime, and also outlines what qualifies as a hate crime. […] Spartz voice disapproval or support of Cook's proposed bill, but rather discussed her frustration with the time spent debating the issue with no resolution. 'I would like us to debate and discuss this issue, figure out the best solution and move on so we don't have to do this every year,' she said. 'For years, we've been discussing this, (but) we have a lot of issues, and this has taken so much of our time. Issues like bias crimes and alcohol sales, they're important, but they can't take 80 or 90 percent of our time.'" [Current in Westfield, 1/31/19]

## Criminal Justice Reform

### Spartz Criticized House Democrats' Bipartisan Police Reform Bill, Stating That Democrats Were More Interested In "Drama Than Solutions"

**Spartz Criticized House Democrats' Police Reform Bill, Stating That Democrats Were More Interested In "Drama Than Solutions"**



**Spartz Criticized House Democrats' Police Reform Bill, Stating That Democrats Were More Interested In "Drama Than Solutions."** "Unfortunately, Democrats refuse to have a real debate on criminal justice and police reform issues, and the root causes. They are more interested in drama than solutions. It would be hard to believe that Hale, chosen by Pelosi, will stand up to her party." [Victoria Spartz, Twitter, 6/26/20]

[Victoria Spartz, Twitter, 6/26/20]

## House Democrats' Policing Bill Cracked Down On Excessive Police Force, Chokeholds, And Pushed Accountability Measures

**House Democrats' Policing Bill Cracked Down On Excessive Police Force, Chokeholds, And Pushed Accountability Measures.** "The House passed a sweeping police overhaul bill Thursday, one month after the killing of a Black man by a Minneapolis police officer sparked a nationwide movement for systemic reforms of the criminal justice system. […] The bill would crack down on excessive police force and ban chokeholds, enforce national transparency standards and push accountability for officer misconduct with a national database to track offenses. 'To the protesters: we hear you, we see you, we are you,' House Democratic Caucus Chairman Hakeem Jeffries (D-N.Y.) said in an impassioned speech on the floor just before the vote." [Politico, 6/25/20]

## The Bill Passed With Bipartisan Support, But Senate Republicans Signaled They Would Not Take Up The Bill

**The Bill Passed With Bipartisan Support, But Senate Republicans Signaled They Would Not Take Up The Bill.** "Every Democrat voted for the package, which was drafted by the Congressional Black Caucus in a matter of days amid multiracial demonstrations in dozens of cities seeking justice for George Floyd's death. Ultimately just three Republicans — moderate Reps. Will Hurd (R-Texas), Fred Upton (R-Mich.) and Brian Fitzpatrick (R-Pa.) — backed the measure. […] The three Republicans who ultimately supported the bill defied direct instructions from the White House to oppose it, handing a minor victory to Democrats, who can now say they passed a bipartisan police reform bill. Still, Democrats' success likely ends there as Senate Majority Leader Mitch McConnell has signaled he will not take up the package, leaving virtually no hope it will become law." [Politico, 6/25/20]

## During Black Lives Matter Protests Across The County, Spartz Advocated For Criminal Justice Reform

**During Black Lives Matter Protests Across The County, Spartz Advocated For Criminal Justice Reform.** "The death of George Floyd was tragic, and the officers involved should be prosecuted to the fullest extent of the law. We also need to reform our criminal justice system. It's become too complicated and cumbersome for people



to understand and also too expensive for people with less resources. I've started some work on this issue with my Republican and Democrat colleagues at the statehouse. Like the vast majority of Hoosiers and Americans, I support the actions of peaceful protestors demanding justice. However, the violence and anarchism of a few extremists jeopardizes our freedoms and rights. Our government should exercise leadership and better protect people's rights to Life, Liberty and Property. It's really the main responsibility and most important function of the government." [Victoria Spartz, Facebook, 6/9/20]

The death of George Floyd was tragic, and the officers involved should be prosecuted to the fullest extent of the law. We also need to reform our criminal justice system. It's become too complicated and cumbersome for people to understand and also too expensive for people with less resources. I've started some work on this issue with my Republican and Democrat colleagues at the statehouse.

Like the vast majority of Hoosiers and Americans, I support the actions of peaceful protestors demanding justice. However, the violence and anarchism of a few extremists jeopardizes our freedoms and rights. Our government should exercise leadership and better protect people's rights to Life, Liberty and Property. It's really the main responsibility and most important function of the government.

[Victoria Spartz, Facebook, 6/9/20]

### Spartz Supported A Bill That Took Aim At Regulations Ex-Offenders Faced From Occupational Licensing Boards

**Spartz Supported A Bill That Took Aim At Regulations Ex-Offenders Faced From Occupational Licensing Boards.** "In Indiana, both Democrats and Republicans in the Legislature have acknowledged one of the key barriers to re-entry for those who have served time: finding a job. House Bill 1245, championed in the House by Reps. Dale DeVon, Heath Van-Natter and Robert Morris, and in the Senate by Sens. Philip Boots, Liz Brown, Victoria Spartz and David Niezgodski, took aim at burdensome regulations ex-offenders face from occupational licensing boards. Roughly 5 percent of jobs required a government-granted license in the 1950s. That number now stands at 30 percent. These licensing requirements fall particularly hard on people who have left prison--nationally, there are about 30,000 licensing restrictions on those with criminal records. Thousands of these restrictions come in the form of blanket bans, which allow ex-offenders to be denied a license simply because they have a felony or misdemeanor on their record. Even worse, vague 'moral turpitude' and 'good character' provisions give licensing boards wide discretion to deny ex-offenders the ability to seek employment." [Indianapolis Business Journal, 4/13/18]

## Juvenile Offenders

### Spartz Voted To Reduce The Minimum Age For Juvenile Sentencing For Certain Crimes

**2020: Spartz Voted To Reduce The Minimum Age For Juvenile Sentencing For Certain Crimes.** Spartz voted for SB 449, "Juveniles. For certain serious offenses committed by a juvenile: (1) reduces the minimum age for committing the child to the department of correction from 13 to 12; (2) adds an attempt to commit certain serious offenses to the list of serious offenses allowing wardship by the department of correction; and (3) permits the court to commit a juvenile to the department of correction for up to six years. Requires the department of correction to provide the court with a progress report for a child committed to the department for six years at the time the child turns 18, and requires the court to review the report and determine the appropriateness of release. Specifies that the juvenile court lacks jurisdiction over certain juveniles charged with an attempt to commit certain crimes. Establishes a two-year disproportionality review panel staffed by the Indiana criminal justice institute to study the issue of disparate racial impact with respect to juvenile court direct file, discretionary transfer, and waiver



provisions. Defines 'young offender' and prohibits the department of correction from housing a young offender with the general population of a penal facility. Prohibits a jail from housing a child less than eighteen years of age in the same cell as an adult." The bill passed the Senate 31 – 18. [Indiana General Assembly, SB 449, 2/4/20]

### The Bill Would Allow Children As Young As 12 To Be Charged With Crimes Like Murder Or Kidnapping

**The Bill Would Allow Children As Young As 12 To Be Charged With Crimes Like Murder Or Kidnapping.** "Senate Bill 449, which toughens penalties for juveniles in certain cases, passed out of the Senate with a 31-18 vote and now moves to the House. The bill, introduced by Republican Sen. Erin Houchin of District 47, would allow for children as young as 12 who are charged with murder, kidnapping, rape or robbery with a deadly weapon — or attempting to commit those crimes — to be held in the department of corrections for up to six years." [Indianapolis Recorder, February 2020]

## Spartz Authored A Bill That Allowed The Indiana Supreme Court To Expand Youth Assistance Programs For At-Risk Youth

### Spartz Authored a Bill That Allowed The Indiana Supreme Court To Expand Youth Assistance Programs For At-Risk Youth

**Spartz Authored a Bill That Allowed The Indiana Supreme Court To Expand Youth Assistance Programs For At-Risk Youth.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 596 would allow the Indiana Supreme Court to expand the youth assistance program for at-risk youth and families." [Targeted News Services, 3/7/19]

### The Bill Allowed The Indiana Supreme Court To Create A Two-Year Pilot Program To Provide Voluntary Preventative Programs

**The Bill Allowed The Indiana Supreme Court To Create A Two-Year Pilot Program To Provide Voluntary Preventative Programs**. "Senate Enrolled Act 596 would allow the Indiana Supreme Court to create a two-year pilot program to assist juvenile court judges in five Indiana counties by providing voluntary preventative programs for at-risk children. 'Helping young Hoosiers succeed is one of my top priorities as a legislator, as today's children are tomorrow's adults,' Spartz said. 'If signed into law, SEA 596 would be a step forward in making sure our children who are struggling stay on the correct path now and in the future and turn the corner on some juvenile challenges.' The bill would also require the Supreme Court Office of Judicial Administration to report to the Legislative Council specific information regarding the pilot program." [Senator Victoria Spartz, News Release, 3/26/19]

## Spartz Authored A Resolution That Urged The Legislative Council To Study Policies Related To Rehabilitation Of Juvenile Offenders

**Spartz Authored A Resolution That Urged The Legislative Council To Study Policies Related To Rehabilitation Of Juvenile Offenders.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Concurrent Resolution 16 would urge the Legislative Council to task a summer study committee with assessing the laws and policies concerning the adjudication and rehabilitation of juvenile offenders." [Targeted News Services, 3/7/19]

## Spartz Voted To Provide Juvenile Detainees With Grade Level Education Materials

**2019: Spartz Voted To Provide Juvenile Detainees With Grade Level Education Materials.** Spartz voted for SB 29, "School materials for juvenile detainees. Provides that, if a child is or will be detained in a juvenile detention facility (facility) for more than seven calendar days, the school corporation must, upon the child's parent


or facility's request, provide to the facility the school materials for the grade level or courses that the child is or would be enrolled in if the child were not detained. Requires the school corporation, upon the child's parent or facility's request, to deliver the school materials at least once every seven calendar days, excluding any days that are not student instructional days. Provides that the school corporation may provide the school materials in an electronic format. Provides that, except for the assessment of rental fees for curricular materials, the school corporation is responsible for the costs associated with preparing and delivering the school materials. Provides that the school corporation is not required to provide the school materials if the: (1) child is released from the facility; or (2) facility requests that the school corporation no longer provide the school materials. Provides that if a student is suspended, the student is required to complete all assignments and school work assigned during the period of the student's suspension. Provides that the principal or the principal's designee shall ensure that the student receives notice of any assignments or school work due and teacher contact information in the event the student has questions regarding the assignments or school work. Provides that a school is required to provide a student who is expelled with a list of available alternative education programs or virtual charter schools which the student may attend during the student's expulsion. Provides that if a student is expelled from school or from any educational function, the student's absence from school because of the expulsion provisions requiring compulsory school attendance if the student may enroll in: (1) an alternative education program in the county or in a county immediately adjacent to the county containing the school corporation from which the student was expelled; or (2) a virtual charter school if the student does not enroll in a program or virtual charter school during the student's expulsion." The bill passed the Senate by a vote of 26 – 21. [Indiana General Assembly, SB 29, 2/14/19]

## Criminal Penalties

### Spartz Voted To Classify Panhandling Near Banks, Businesses, Or Restaurants As A Misdemeanor

**2020: Spartz Voted To Classify Panhandling Near Banks, Businesses, Or Restaurants As A Misdemeanor.** Spartz voted for the conference report for HB 1022, "Panhandling. Provides that a person who panhandles within 50 feet of: (1) the entrance or exit to a bank, business, or restaurant; (2) the location where a financial transaction occurs; or (3) a public monument; commits the offense of panhandling, a Class C misdemeanor. Provides that a person who knowingly or intentionally panhandles regardless of the time of day commits panhandling, a Class C misdemeanor. (Current law limits the time period of the offense to after sunset and before sunrise.) Defines 'financial transaction' and 'public monument.'" The report passed the Senate by a vote of 35 – 14. [Indiana General Assembly, HB 1022, 3/10/20]

### Spartz Voted To Increase The Penalties For Numerous Motor Vehicle Related Felonies

**2020: Spartz Voted To Increase The Penalties For Numerous Motor Vehicle Related Felonies.** Spartz voted for HB 1157, "Motor vehicle and criminal law issues. Increases the penalty for numerous motor vehicle violations from a Class C infraction to a Class A infraction if the violation results in bodily injury. Requires the bureau of motor vehicles to remove any record of a suspension from a defendant charged with operating while intoxicated if the case ends in favor of the defendant and the defendant's driving privileges were suspended because: (1) the defendant refused a chemical test; or (2) the results of a chemical test resulted in prima facie evidence of intoxication. Provides that a court and the bureau, if applicable, shall terminate all or any part of the remaining suspension of a person's license suspension if: (1) the charges against the person are dismissed; (2) the person is acquitted; or (3) the person's conviction is vacated or reversed on appeal. Provides that a court shall terminate a suspension imposed for refusal to submit to a chemical test if: (1) the court accepts a plea agreement between the state and the defendant that includes this provision; or (2) the court finds at sentencing that terminating the remaining suspension is in the best interests of society. Adds cross references concerning license suspensions and ignition interlock devices. Makes an individual less than 18 years of age eligible for a deferral program. (Under current law, individuals under 18 years of age are not eligible for deferral.) Repeals certain driving privilege suspensions when a motor vehicle is used in dealing certain controlled substances. Makes conforming changes." The bill passed the Senate by a vote of 37 – 13. [Indiana General Assembly, HB 1157, 3/3/20]


### Spartz Voted Against Consolidating Various Fraud, Deception, And Mischief Offenses

**2020: Spartz Voted Against Consolidating Various Fraud, Deception, And Mischief Offenses.** Spartz voted against SB 43, "Fraud consolidation. Repeals and consolidates various fraud, deception, and mischief offenses. Defines 'financial institution' for purposes of crimes involving financial institutions. Defines 'item of sentimental value' and enhances the penalties for mischief, theft, and fraud if the offense involves an item of sentimental value. Defines 'pecuniary loss' for purposes of fraud in connection with insurance. Makes conforming amendments. (The introduced version of this bill was prepared by the interim study committee on corrections and criminal code.) The bill passed the Senate by a vote of 27 – 22. [Indiana General Assembly, SB 43, 2/4/20]

### Spartz Voted Against Prohibiting Certain Limitations On Punitive Damages For Actions Where The Defendant Was Charged With Sexual Misconduct

**2019: Spartz Voted Against Prohibiting Certain Limitations On Punitive Damages For Actions Where The Defendant Was Charged With Sexual Misconduct.** Spartz voted against SB 27, "Punitive damages. Provides that certain limitations on punitive damages do not apply to civil actions where the defendant has been charged with committing an act of sexual misconduct and the act of sexual misconduct gives rise to the civil action. Raises cap on punitive damages for such claims to $250,000. Provides that 25% of punitive damages awarded will go to the violent crime victims compensation fund and 75% of the punitive damages awarded will be paid to the person to whom the punitive damages were awarded. Provides that the exception to the punitive damages law does not apply to a cause of action brought against an employer whose liability is based solely on the doctrine of respondent superior." The bill passed the Senate by a vote of 41 – 6. [Indiana General Assembly, SB 27, 2/14/19]

## Law Enforcement

### Spartz Voted To Allow A Federal Law Enforcement Officer With At Least Five Years Of Service To Be Appointed As Police Chief

**2020: Spartz Voted For The Conference Committee Report To Allow A Federal Law Enforcement Officer With At Least Five Years Of Service To Be Appointed As Police Chief.** Spartz voted for the Conference Committee report for HB 1235, "Public safety. Allows a federal enforcement officer with at least five years of service to be appointed as a police chief or deputy police chief in a city. Provides that the statewide 911 board may increase an enhanced prepaid wireless charge one time after April 1, 2020, and before July 1, 2023, in an amount not to exceed $0.10. Revises the definition of 'statewide 911 system'. Provides that the statewide 911 board may adjust the statewide 911 fee one time after April 1, 2020, and before July 1, 2023, in an amount not to exceed $0.10. Requires 60 days prior notice to the department of state revenue of any rate change to the enhanced prepaid wireless charge or the statewide 911 fee." The report passed the Senate by a vote of 28 – 21. [Indiana General Assembly, HB 1235, 3/11/20]

> **Spartz Originally Voted Against The Bill On The Senate Floor.** HB 1235 passed the Senate by a vote of 39 – 11. [Indiana General Assembly, HB 1235, 3/3/20]

## Prisons

### Spartz Opposed A Petition Filed By The ACLU That Asked The Supreme Court Of Indiana To Change Prison Release Rules During The COVID-19 Pandemic

**Spartz Opposed A Petition Filed By The ACLU That Asked The Supreme Court Of Indiana To Change Prison Release Rules During The COVID-19 Pandemic.** "This week, I joined 28 other Senators from around the state in signing a letter to the Indiana Supreme Court in response to a petition filed by the ACLU of Indiana that asks the court to change existing rules on release of prisoners during the COVID-19 pandemic. Our branch has



grave concerns that the relief sought by the ACLU regarding imprisoned persons is unconstitutional. Indiana courts have no legal authority to modify sentences outside the statutory framework established by the Legislative branch of state government. These are public policy considerations that lie exclusively with the Legislative branch." [Victoria Spartz, Facebook, 4/7/20]

Victoria Spartz
April 7 ·

This week, I joined 28 other Senators from around the state in signing a letter to the Indiana Supreme Court in response to a petition filed by the ACLU of Indiana that asks the court to change existing rules on release of prisoners during the COVID-19 pandemic. Our branch has grave concerns that the relief sought by the ACLU regarding imprisoned persons is unconstitutional.

Indiana courts have no legal authority to modify sentences outside the statutory framework established by the Legislative branch of state government. These are public policy considerations that lie exclusively with the Legislative branch.

[Victoria Spartz, Facebook, 4/7/20]

### Spartz Supported The Creation Of A Regional Incarceration System Because It Would Be Cost Efficient

**Spartz Supported The Creation Of A Regional Incarceration System Because It Would Be Cost Efficient.** "'It would be wise to put together a regional incarceration system which would be very efficient,' Merritt said. Spartz agreed and noted the cost efficiency of a regional jail. The legislative session is in a non-budget year, and Spartz said town hall meetings can spark conversation about important issues in the county and state." [Current in Noblesville, 12/19/17]

## Drugs

### Spartz Authored Legislation That Created Stronger Penalties For Professional Drug Traffickers

**Spartz Authored Legislation That Created Stronger Penalties For Professional Drug Traffickers.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 519 would create stronger penalties for professional drug traffickers by allowing prosecutors to "stack" the amount of drugs dealt in a 90-day period." [Current in Noblesville, 3/19/19]

### Spartz Voted To Declassify CBD Oil As A Controlled Substance In Indiana

#### Spartz Voted For A Bill That Declassified CBD Oil As A Controlled Substance In Indiana

**2018: Spartz Voted For A Bill That Declassified CBD Oil As A Controlled Substance In Indiana.** Spartz voted for HB 1214, "Low THC hemp extract. Repeals all provisions concerning the cannabidiol registry and a 'substance containing cannabidiol' (all added by HEA 1148-2017). Defines 'low THC hemp extract' as an industrial hemp product derived from Cannabis sativa L. that contains not more than 0.3% delta-9-THC (including precursors) and no other controlled substances. Establishes requirements for the manufacture, labeling, and sale of low THC hemp extract. Provides that the Indiana department of state revenue may revoke a registered retail merchant's certificate if the retailer sells a product falsely labeled as low THC hemp extract. Provides that a retailer commits dealing in marijuana as a Level 5 felony if: (1) the retailer sells marijuana; (2) the marijuana is packaged in a manner that appears to be low THC extract; and (3) the retailer knows or reasonably know that the product is marijuana. Makes possession of marijuana a Class A misdemeanor if: (1) the marijuana is packaged in a manner that appears to be


low THC hemp extract; and (2) the person knows or reasonably should know that the product is marijuana.' The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, HB 1214, 3/6/18]

**The Bill Made It Legal For Hoosiers To Carry And Possess CBD Oil**

**The Bill Made It Legal For Hoosiers To Carry And Possess CBD Oil.** "Both the Indiana House of Representatives and the State Senate have passed bills that could make it legal for Hoosiers to possess and use cannabidiol (CBD) oil. Cannabidiol is a chemical in the Cannabis sativa plant, also known as marijuana. CBD has antipsychotic effects, seems to reduce pain and anxiety and is categorized at "possibly safe" by the U.S. National Library of Medicine. […] State Rep. Tom Saunders (R-Lewisville) voted for House Bill 1214, which clarifies that CBD oil is not a controlled substance and is legal in Indiana. 'Hemp oil is nothing you can get a high off of,' Saunders said. HB 1214 defines CBD oil as a product that contains no more than 0.3 percent total THC by weight and at least five percent cannabidiol by weight. The bill also gets rid of the CBD registry that patients had to go one before they could use the product." [Courier-Times, 2/7/18]


# Economic Issues

**Significant Findings**

- ✓ *Spartz was a staunch opponent of all types of "socialism"*
  - ✓ *Spartz often cited her negative experience with socialism while she lived in Ukraine*
  - ✓ *Spartz said the 2020 election was a choice between "bigger government and socialism" or the "American dream"*
  - ✓ *Spartz stated that the U.S. had to reverse from its "socialistic course" and was on a slippery slope towards socialism*
  - ✓ *Spartz said that schools in Ukraine "brainwashed" socialist ideas into students*
- ✓ *Spartz often praised the works of conservative economists Milton Friedman and Fredrich Hayek, who were fierce advocates of free market values*

## Socialism

### Spartz Said The 2020 Election Was A Choice Between "Bigger Government And Socialism Or Freedom And The American Dream"

**Spartz Said The 2020 Election Was A Choice Between "Bigger Government And Socialism Or Freedom And The American Dream."** "The 2020 election will decide the future of our country—we have a choice between bigger government and socialism, or freedom and the American Dream. I stepped up to run for Congress to protect our freedoms, but I need your help. Will you join me?" [Victoria Spartz, Twitter, 6/13/20]

[Victoria Spartz, Twitter, 6/13/20]



## Spartz Often Highlighted Her Negative Experience Of Socialism While Living In The Ukraine

**Spartz Often Highlighted Her Negative Experience Of Socialism While Living In The Ukraine.** "Spartz's primary campaign largely focused on her immigration from Ukraine, using her experience to highlight her hatred of socialism. 'As someone who experienced not having freedoms, the value of freedom is more cherished and more important for me,' Spartz said on election night. 'We always have to remember that our country was created where the government has to protest people's right to life, liberty and property, and we have to do it well.'" [Indianapolis Star, 6/7/20]

## Spartz: "The Value Of Freedom Is More Cherished And More Important To Me"

**VIDEO: Spartz: "The Value Of Freedom Is More Cherished And More Important To Me."** "[0:43] I'm living proof that the American Dream is still alive. And well as someone who experience not having freedom. The value of freedom is more cherished and more important for me. All of us have to remember that our country was created where the government has to protect people's right to life, liberty and property. And we have to do it well. If we do too many things, we're not well, so I think we have to remember because there is no difference between the people around the world. The only difference would make our country the greatest in the world. We have the most freedom to decide what we want to do and pursue our happiness in whichever way we want." [Victoria Spartz Victory Interview, 6/3/20]

## Spartz Said The Country Must Reverse From Its "Socialistic Course"

**Spartz Said The Country Must Reverse From Its "Socialistic Course."** "A state senator has become the 13th candidate in a crowded Republican field seeking the central Indiana congressional seat being given up by GOP Rep. Susan Brooks. Sen. Victoria Spartz of Noblesville announced her congressional campaign on Wednesday, saying the country must reverse from what she calls a 'socialistic course' and return to the principles of limited government and individual freedoms." [AP State and Local, 2/5/20]

## Spartz Praised The Works Of Conservative Economists Milton Freidman, John Goodman, And Michael Porter

### Op-Ed: Spartz Praised The Works Of Conservative Economists Milton Freidman, John Goodman, And Michael Porter

**Op-Ed: Spartz Praised The Works Of Conservative Economists Milton Freidman, John Goodman, And Michael Porter.** "As someone who tries to be a student of history, I read through the works of Milton Freidman, John Goodman, Michael Porter and others. This article incorporates a lot of work from some prominent economists with my commentaries and interpretations." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

### Spartz Complained That Her Students Did Not Read Hayek And Friedman, But Knew Who Karl Marx Was

**VIDEO: Spartz Complained That Her Students Did Not Read Hayek And Friedman, But Knew Who Karl Marx Was.** "[01:38] You know it for me it's very interesting because when I go around here believe we read books, fast death, Hayek and Friedman I started this economics and I teach at Kelley School of Business, good business schools. I teach accounting and my students don't know this economists so free enterprise, you know, and they don't bother Mark someone Okay, we can have a debate, but they don't know, this values, you know? And I'm, you know, and I'm like, Okay, so what are we teaching? are we teaching our children? What is make a great difference?" [David Christmas for Evansville City Council, YouTube, 4/30/18]




## Milton Friedman And Fredrich Hayek Were Large Proponents Of Free Market Values

**Friedman's Theories Influenced Reagan's Economic Policy.** "But then, after the 1970s stagflation, with Keynesian tools seemingly broken or outmoded, and with Ronald Reagan headed for the White House, Mr. Friedman's hour arrived. His power and influence were acknowledged and celebrated in Washington. […] The economic expansion in the 1980s resulted from the Reagan administration's lowered tax rates and deregulation, Professor Friedman said. But then the tide turned again. The expansion, he argued, was halted when President George H. W. Bush imposed a 'reverse-Reaganomics' tax increase." [New York Times, 11/16/06]

**Hayek Pushed For Free Market Society And Often Attacked Socialism.** "Friedrich Hayek believed that the prosperity of society was driven by creativity, entrepreneurship and innovation, which were possible only in a society with free markets. He was a leading member of the Austrian School of Economics, whose views differed dramatically from those held by mainstream theorists. Hayek disavowed the Keynesian revolution that was dominating economics. He also attacked socialism, believing it would invariably lead to central planning. When it comes to technological development, he argued, no progress can be made unless people are allowed to move into unexpected areas and learn from their mistakes. In his view, markets create the price signals and incentives to orientate the economy most efficiently." [TLS, accessed 7/13/20]

## Spartz Said The United States Was On A "Slippery Slope" To Socialism

**VIDEO: Spartz Said That The United States Was On A "Slippery Slope" To Socialism."** "[12:50] And what I think about Karl Marx always said that socialist ideas I ever write, he said, This capitalist society, the more developed because People think of Hong Kong as they forget the importance of freedom, right? Well, if he says it's going to happen, no matter what, you know, I'm a huge believer Friedrich Hayek, actually is that you can't prevent it. If society itself point of time realizes that we need to take steps to prevent this trip. I think our country is actually at that time where we have to do something about it, because we're on a slippery slope. I will tell you Europe has a huge problem. I know a lot of people. So I think we are the only place in the world and I am not exaggerating, that we still have the most freedoms than in any country in the world." [David Christmas for Evansville City Council, YouTube, 4/30/18]

## Spartz Said That Schools In Ukraine "Brainwashed" Socialist Ideas Into Students

**VIDEO: Spartz Said That Schools In Ukraine "Brainwashed" Socialist Ideas Into Students.** "[14:23] Well, I think you know, the education you know what we had this pool and you know, it was very important right to brainwash, but what they say they actually did some research, you know, and they said that people generally form their political beliefs and views between the age of 25 and 33. Yes, this is extremely important age when you kind of form as a human being as a personality, and now we're seeing so I think they've bought a lot of things in you and that's what happened like in Soviet Union, they do a lot of a lot of propaganda. But I think When you kind of go in college and study material life, you start to rethink it. And then I looked at myself, I came here when I was 21. Right. And I had like, you know, I had both use, you know, when I was college, you have this breed of ideas. And that was brainwashing socialistic ideas, but then you start to think it and your life experiences for you as an individual." [David Christmas for Evansville City Council, YouTube, 4/30/18]

# Education Issues

**Significant Findings**

- ✓ *Spartz: "I think the government needs to stay the hell out of college debt"*
- ✓ *Spartz was one of a few senators who voted against a bill that required high school students to complete the FAFSA*
  - ✓ *Notably, Spartz was the only committee member to vote against the bill*
  - ✓ *The bill was intended to increase student access to grants and scholarships for college*
- ✓ *Spartz authored bills that deregulated schools—removing training requirements for things like bullying prevention and child abuse prevention*
- ✓ *Spartz voted for a school safety bill that was supposed to provide safety regulations after the Noblesville school shooting*
  - ✓ *However, the bill merely restructured the grant program*
- ✓ *Spartz voted against expanding mental health services for students*
  - ✓ *Spartz voted against a bill that gave schools $10 million in funding to expand mental health services for students*
- ✓ *Spartz voted to require high schools students to take a civics test*
  - ✓ *Spartz gave an emotional speech in favor of the bill, citing her personal experiences as an immigrant taking the citizenship exam*
- ✓ *Spartz voted for a bill that laid out harsh punishments for schools that fell into financial distress*
- ✓ *Spartz voted to allow parents to opt their children out of sexual education*
  - ✓ *The bill was pushed by social conservative groups and the language of the bill focused on sexual orientation and gender identity*
- ✓ *Spartz was the only Republican to vote against issuing $300 million in surplus money to pay for projects at public universities*
- ✓ *Spartz voted to expand Pre-K funding, but the bill did not add any new funding for the program*
- ✓ *Spartz was one of a few senators who voted against requiring a teacher preparation plan to deal with traumatic issues*
- ✓ *Spartz voted bills that aimed to address Indiana's teacher pay problem, but it did not provide any real solutions—despite protests from thousands of Indiana teachers demanding better pay and funding from the legislature*



## College Affordability

### Spartz Wanted To Encourage Shorter Term Degrees And Certificates

**Spartz Wanted To Encourage Shorter Term Degrees And Certificates.** "Both health care and education are areas Spartz believes are better handled when left up to individual states, and she said she would work to eliminate the bureaucracy the federal government has created. Specifically, she would like to encourage more flexibility and creative solutions to higher education, like encouraging more certifications and shorter-term degrees rather than advanced degrees and the debt that comes with it for jobs that don't require them." [Chronicle-Tribune, 5/26/20]

### Spartz: "I Think The Government Needs To Stay The Hell Out Of College Debt"

**Spartz: "I Think The Government Needs To Stay The Hello Out of College Debt."** "What should be done to address the massive amount of student debt in this country and make college more affordable? I think the government needs to stay the hell out of college debt. We've created a monster. Not every profession requires college education. The whole education system has to change, but to change it, we have to eliminate pervasive incentives. We're pushing people with all these guarantees to go to college and then students come out and can't find jobs or pay loans back." [Indianapolis Business Journal, 5/1/20]

### Spartz Was The Only Committee Member To Vote Against A Bill That Would Require Indiana High Schools Students To Complete The FAFSA

**Spartz Was The Only Committee Member To Vote Against A Bill That Would Require Indiana High School Students To Complete The FAFSA.** "David Niezgodski (D-South Bend)The bill would require Indiana high school seniors to complete the Free Application for Federal Student Aid (FAFSA) unless: 1) the student's parent signs a waiver that the student understands what the FAFSA is and declines to complete it; or 2) the student's principal waives the requirement due to extenuating circumstances. […] Members of the Senate Education Committee from both parties ultimately sided with the Chamber's perspective, albeit with an amendment offered by Sen. Victoria Spartz (R-Noblesville) #8212; the only committee member to vote against SB 223 #8212; that excludes non-public schools that do not receive state voucher funds from participating. (Ironically, Indiana's non-public high schools are among the highest FAFSA-filing schools in the state.)" [Newstex Blogs, 1/24/20]

> **2020: Spartz Was The Only Senator To Vote Against Requiring All Student To Complete The FAFSA In Committee.** The bill passed the Senate committee by a vote of 11 – 1. [Indiana General Assembly, SB 223, 1/22/20]

> **2020: Spartz Was One Of 12 Senators Who Voted Against Requiring All Students To Complete The FAFSA On The Floor.** The bill passed the Senate committee by a vote of 38 – 12. [Indiana General Assembly, SB 223, 1/22/20]

#### The Bill Was Intended To Increase Student Awareness About And Access To Grants And Scholarships For College

**The Bill Was Intended To Increase Student Awareness About And Access To Grants And Scholarships For College.** "The bill's intent is to increase student awareness and access to grants and scholarships that can help Hoosiers earn industry-recognized credentials and degrees with reduced or no debt. Completing the FAFSA qualifies students for a variety of need- and merit-based aid programs available from the state and federal government, colleges, community foundations and other sources. For many students, particularly those from low- and middle-income families, the decision to continue their education beyond high school is often based on whether they think they can afford it. State data show students from these backgrounds are the least likely file the FAFSA, either due to a lack of understanding on how to navigate the process or misconceptions about their aid eligibility." [State Capital Newsfeed, 1/24/20]



### Spartz Authored A Bill That Provided Resident Tuition To Active Duty Personnel

**2020: Spartz Authored A Bill That Provided Resident Tuition To Active Duty Personnel.** Spartz authored SB 12, "Resident tuition rate for active duty personnel. Makes the following changes to provisions concerning resident tuition rate eligibility for active duty armed forces personnel and dependents of active duty armed forces personnel: (1) Defines 'dependent'. (2) Amends the definition of 'qualified course'. (3) Provides that spouses of active duty armed forces personnel are eligible for the resident tuition rate. (4) Provides that spouses and dependents of active duty armed forces personnel are eligible, from the date that the state educational institution accepts the spouse or dependent for enrollment, for the resident tuition rate if the spouse or dependent enrolls in the state educational institution within a certain amount of time. (5) Provides that a dependent or spouse of a person who serves on active duty in the armed forces is eligible for the resident tuition rate for the duration of the spouse's or dependent's continuous enrollment at a state educational institution regardless of whether the person serving on active duty continues, after the spouse or dependent is accepted for enrollment in the state educational institution, to satisfy certain resident rate tuition eligibility criteria." [Indiana General Assembly, SB 12, 1/9/20]

### Spartz Authored A Bill That Eliminated The Requirement That A Taxpayer Designate Contributions To A College Choice 529 Education Plan

**2019: Spartz Authored A Bill That Eliminated The Requirement That A Taxpayer Designate Contributions To A College Choice 529 Education Plan.** Spartz authored SB 550, "529 college savings contribution tax credit. Eliminates the requirement that a taxpayer designate whether a contribution to a college choice 529 education savings plan will be used: (1) for qualified higher education expenses that are not qualified K-12 education expenses; or (2) for qualified K-12 education expenses. Eliminates the requirement that the Indiana education savings authority use subaccounting to track designations of withdrawals." [Indiana General Assembly, SB 550, 1/14/19]

### Spartz Authored A Bill That Allowed Those Who Were Enlisting In The Armed Services To Apply For A Twenty-First Century Scholars Program

**2019: Spartz Authored A Bill That Allowed Those Who Were Enlisting In The Armed Services To Apply For A Twenty-First Century Scholars Program.** "Financial aid for military reservists. Provides that a student may apply to participate in the twenty-first century scholars program before or during enrollment in grade 12 without meeting family income requirements if the student agrees to enlist in a reserve component of the armed services. Makes conforming amendments." [Indiana General Assembly, SB 544, 1/14/19]

### Spartz Voted To Provide Resident Tuition Rates For Those Serving On The USS Indiana

**2018: Spartz Voted To Provide Resident Tuition Rates For Those Serving On The USS Indiana.** Spartz voted for HB 1242, "Resident tuition for serving on the USS Indiana. Provides that, after June 30, 2019, certain persons who serve or served on the USS Indiana (SSN-789) are eligible for the resident tuition rate determined by the state educational institution." The bill passed by a vote of 35 – 14. [Indiana General Assembly, HB 1242, 3/6/18]

## K – 12 Education

### Spartz Voted Against Creating A Governor's Workforce Cabinet Focused On Education Issues

**2020: Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Education.** Spartz voted against the Conference Committee Report for HB 1153, "Governor's workforce cabinet. Provides that the governor's workforce cabinet (cabinet) shall, on or before December 1, 2020, create a comprehensive strategic plan to ensure alignment of Indiana's primary, secondary, and


postsecondary education systems with Indiana's workforce training programs and employer needs. Requires the cabinet to include early childhood education in the cabinet's: (1) systematic and comprehensive review to determine whether Indiana's educational system is aligned with employer needs; and (2) comprehensive strategic plan to ensure alignment of Indiana's educational system with employer needs." The report passed the Senate by a vote of 41 – 8. [Indiana General Assembly, HB 1153, 3/10/20]

**However, Spartz Previously Voted For The Bill On The Floor Of The Senate.** HB 1153 passed the Senate by a vote of 44 – 6. [Indiana General Assembly, HB 1153, 3/3/20]

## Spartz Voted Against Creating A Governor's Workforce Cabinet Focused On Early Learning Issues—One That She Sponsored

### Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Early Learning Issues

**2020: Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Early Learning Issues.** Spartz voted against the Conference Committee Report for HB 1419, "Governor's workforce cabinet. Makes changes to the membership of the governor's workforce cabinet. Requires the governor's workforce cabinet to work with stakeholders from early learning through the workforce to establish alignment and coordination between the early learning advisory committee, state board of education (state board), commission for higher education, and department of workforce development." The report passed the Senate by a vote of 39 – 10. [Indiana General Assembly, HB 1419, 3/10/20]

**Spartz Originally Voted For This Bill On The Floor.** HB 1419 passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1419, 3/3/20]

### However, Spartz Sponsored HB 1419

**However, Spartz Sponsored HB 1419.** [Indiana General Assembly, HB 1419, 3/3/20]

## Spartz Authored Bills That Deregulated School Corporations, Removing Training Requirements For Things Like Bullying Prevention And Child Abuse Prevention

### Spartz Authored Bills That Deregulated Schools

**2020: Spartz Authored Senate Bill 261 That Deregulated Schools.** [Indiana General Assembly, S.B. 261, 1/9/20]

**2019: Spartz Authored Senate Bill 508 That Repealed And Relocated School Training Provisions.** [Indiana General Assembly, SB 508, 1/14/19]

### 2020: The Bill Removed School Requirement Trainings Against Things Like Bullying And Child Abuse

**2020: The Bill Removed School Requirement Trainings Against Things Like Bullying And Child Abuse.** "Makes changes to training requirements established by the restraint and seclusion commission (commission). Provides that, after June 30, 2020, the commission may not require recurrent training but may recommend optional recurrent training, which must take into consideration school resources and the time commitments of school employees. Provides that a school corporation may provide training to the school corporation's employees and volunteers concerning the school's bullying prevention and reporting policy. (Current law provides that a school corporation shall provide training to the school corporation's employees and volunteers concerning the school's bullying prevention and reporting policy.) Provides that a school corporation may establish educational programs to address criminal organization activity. (Current law requires a school corporation to establish educational programs to address criminal organization activity.) Provides that each school corporation, charter school, and accredited



nonpublic school may require each school employee to attend or participate in training on child abuse and neglect. (Current law provides that each school corporation, charter school, and accredited nonpublic school shall require school employees to attend or participate in training on child abuse and neglect.) Provides that a school corporation, charter school, and accredited nonpublic school may require training regarding suicide awareness. (Current law requires a school corporation, charter school, and accredited nonpublic school to provide training pertaining to suicide awareness.) Provides that a school corporation and accredited nonpublic school may require training concerning human trafficking. (Current law requires a school corporation and accredited nonpublic school to provide such training.) Provides that a school corporation and charter school may require training concerning seizures. (Current law requires a school corporation and charter school to provide such training.) Makes technical corrections." [Indiana General Assembly, S.B. 261, 1/9/20]

**2019: The Bill Repealed And Relocated School Training Provisions About Bullying And Child Abuse Prevention**

**2019: The Bill Repealed And Relocated School Training Provisions About Bullying And Child Abuse Prevention.** "Repeals and relocates school training provisions concerning the following: (1) Training concerning bullying prevention and reporting. (2) Training in the implementation of the criminal organization policy or addressing criminal activity at a school. (3) Training on child abuse and neglect. (4) Research based inservice youth suicide awareness and prevention training. (5) Inservice training pertaining to the identification and reporting of human trafficking. Provides that each school corporation and charter school shall require: (1) an applicant for employment who will have direct, ongoing contact with children within the scope of the applicant's employment to attend the training before or not later than 30 days after the start date of the applicant's employment; and (2) a school employee who has direct, ongoing contact with children within the scope of the employee's employment to attend the training once every five years. Provides for all the training: (1) the format options for the training; (2) that the training required must be during the school employee's contracted day or at a time chosen by the employee; and (3) that the training shall count toward the requirements for professional development required by the governing body of the school corporation or organizer of a charter school. Removes provisions that require certain accredited nonpublic school employees to attend training on child abuse and neglect, youth suicide awareness, and human trafficking. Removes a provision providing that a school corporation may leverage state and federal grants or free or reduced cost evidence based youth suicide awareness and prevention training provided by any state agency or qualified statewide or local organization to cover the costs of the youth suicide awareness and prevention training. Removes a provision that provides that the department of education may not issue an initial teaching license at any grade level to an applicant for an initial teaching license unless the applicant shows evidence that the applicant has successfully completed education and training on the prevention of child suicide and the recognition of signs that a student may be considering suicide. Provides that a school safety plan must, for school corporations and charter schools, include information regarding the content and implementation of the training requirements." [Indiana General Assembly, SB 508, 1/14/19]

## Spartz Voted For A Bill That Shortened The Window That Unused Buildings Must Be Held Back For Charter Schools Before A District Could Sell

**2019: Spartz Voted For HB 1641, Which Dealt With A Variety Of Charter School Issues**

**2019: Spartz Voted For HB 1641, Which Dealt With A Variety Of Charter School Issues.** Spartz voted for HB 1641, "Charter school matters. Increases the membership of the Indiana charter school board (board) from seven to nine. Authorizes the governor to appoint four members to the board, not more than two of whom may be members of the same political party. (Under current law, the governor appoints two members who may not be members of the same political party.) Provides that the affirmative votes of a majority of the members present are required for the board to take action as opposed to the affirmative votes of a majority of the voting members appointed to the board. Adds a representative from the Arc of Indiana to the list of members who must be included on the state advisory council on the education of children with disabilities. Allows a charter school to limit admissions to allow siblings of student alumni of a charter school or a charter school held by the same organizer to attend the same


charter school. Provides that a student who attends a charter school co-located with the charter school may receive preference to admission to the charter school if the preference is specifically provided for in the charter school's charter and is approved by the charter school's authorizer. Adds educational service centers to a provision relating to employee wage payment arrangements. Provides that the governing body of a school corporation may allow, by written authorization, the use of a school bus or a special purpose bus for the transportation of adults at least 65 years of age or disabled adults. Reduces the time frame that a school corporation must make a vacant or unused school building available to a charter school. Provides that, if a school corporation does not comply with the requirements regarding a vacant or unused school building and charter schools, the school corporation must submit any proceeds from the sale of the vacant or unused school building to the state board of education (state board) to provide grants under the charter school and innovation grant program. Requires a school corporation to sell certain vacant school buildings to an accredited nonpublic school or postsecondary educational institution for an amount not more than the minimum bid for the school building or an amount agreed to by both parties." The bill passed the Senate by a vote of 32 – 16. [Indiana General Assembly, HB 1641, 4/16/19]

**Notably, The Bill Shortened The Window That Unused Buildings Could Be Held Back For Charter Schools Before It Could Be Sold**

**Notably, The Bill Shortened The Window That Unused Buildings Could Be Held Back For Charter Schools Before It Could Be Sold.** "The legislators also changed the laws governing the disposal of public school buildings and charter schools' access to them. House Enrolled Act 1641 shortens the window that unused buildings must be held back for charter schools before a district can sell. It also paves the way for Indianapolis Public Schools to sell Broad Ripple High School for redevelopment and a hefty price. That privilege comes with strings, though, that give Purdue Polytechnic High School the option to locate on the site." [IndyStar, 4/29/19]

## Spartz Voted For A School Safety Bill That Was Supposed To Provide Safety Regulations After The Noblesville Middle School Shooting, But It Merely Restructured Grant Programs

**2019: Spartz Voted To Allow The Use Of A Secured School Fund, But Not A Safe School Fund, To Employ A Law Enforcement Officer**

**2019: Spartz Voted To Allow The Use Of A Secured School Fund, But Not A Safe School Fund, To Employ A Law Enforcement Officer.** Spartz voted for HB 1004, "Provides that the Indiana safe schools fund may not be used to provide grants to employ a school resource officer or a law enforcement officer. Provides that an Indiana secured school fund matching grant may be used to employ a law enforcement officer. Provides that an accredited nonpublic school may receive a grant from the Indiana secured school fund (fund). Makes changes to the maximum grant amounts that a school corporation, charter school, accredited nonpublic school, or coalition of schools may receive from the fund. Provides that a virtual charter school or a virtual accredited nonpublic school may not receive a grant from the fund. Establishes minimum grant match percentages necessary to be eligible to receive a grant from the fund. Provides that, before July 1, 2021, each school corporation, charter school, or accredited nonpublic school shall certify to the department of homeland security that the school corporation, charter school, or accredited nonpublic school has conducted a threat assessment for each school building used by the school corporation, charter school, or accredited nonpublic school before applying for a fund matching grant. Requires that at least one of the manmade disaster drills that is required to be conducted by each school in a school corporation during each semester must be an active shooter drill and must be conducted within 90 days after the beginning of the school year. Provides that each: (1) accredited nonpublic school; and (2) charter school; must conduct at least one active shooter drill during each school year." The bill passed the Senate by a vote of 31 – 17. [Indiana General Assembly, HB 1004, 4/11/19]

**The Bill Was Supposed Enact School Safety Regulations In The Wake Of The Noblesville School Shooting, But Instead Merely Restructured Grant Programs**



**The Bill Was Supposed Enact School Safety Regulations In The Wake Of The Noblesville School Shooting, But Instead Merely Restructured Grant Programs.** "A school safety bill, enacting recommendations made by a task force convened in the wake of shootings in Florida and Noblesville, was considered priority legislation for Republican leadership and Holcomb. House Enrolled Act 1004 was supposed to be an omnibus bill that translated those recommendations into policy, but it ended up doing little more than restructuring the state's matching grant program for school safety projects — hiring school resource officers or hardening the building — and requiring schools conduct at least one active-shooter drill each year." [IndyStar, 4/29/19]

**The Bill Originally Allowed Schools Access To Mental Health Services—But This Language Was Eventually Stripped From The Bill**

**The Bill Originally Allowed Schools Access To Mental Health Services—But This Language Was Eventually Stripped From The Bill.** "At one point in the process, the bill would have allowed schools to access the safety grant dollars for mental health services and social emotional learning initiatives. That drew the ire of some conservative lobbying groups, though, who were concerned that parents could be left out conversations about their child's mental health. Eventually, all mental health language was stripped from the bill and access to the funds for mental health services was limited to a narrow use laid out in another bill, Senate Enrolled Act 325." [IndyStar, 4/29/19]

## Spartz Voted To Amend The Date On Which The Office Of The State Superintendent Of Public Instruction Was Abolished

**2019: Spartz Voted To Amend The Date On Which The Office Of The State Superintendent Of Public Instruction Was Abolished.** Spartz voted for HB 1005, "State superintendent of public instruction. Amends the date on which the office of the state superintendent of public instruction is abolished. Provides for the appointment of the secretary of education by the governor beginning January 11, 2021. (Current law provides that the governor does not appoint the secretary of education until January 11, 2025.)" The bill passed the Senate by a vote of 29 – 19. [Indiana General Assembly, HB 1005, 3/19/19]

**The Bill Moved The Position To A Governor-Elected One, Rather Than A People Elected One**

**The Bill Moved The Position To A Governor-Elected One, Rather Than A People Elected One.** "Hoosier voters have selected an education chief for the last time. The Indiana Senate made it official Tuesday, passing a bill that moves the state to a governor-appointed education leader in 2021. Superintendent of Public Instruction Jennifer McCormick will be the final elected head of the state's education department. Her surprise decision to not run for a second term - announced in October - kicked off the initiative to move the appointment up to 2021. A 2017 law set the date at 2025, in order to give McCormick a chance at another run." [Indianapolis Star, 3/21/19]

## Spartz Authored A Bill That Addressed The Governance Structure Of K-12 And Higher Education Systems

**2019: Spartz Authored A Bill That Addressed The Governance Structure Of K-12 And Higher Education Systems.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 546 would establish the Education Task Force to assess the governance structure of K-12, higher education and workforce development systems as well as decrease regulations and streamline education reporting." [Targeted News Services 3/7/19]

## Spartz Authored A Bill That Urged The Legislative Council To Study Best Practices For K-12 Education

**2019: Spartz Authored A Bill That Urged The Legislative Council To Study Best Practices For K-12 Education.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen.



Victoria Spartz, R-Noblesville: […] Senate Bill 547 would urge the Legislative Council to task a summer study committee with studying best practices for K-12 education, reassessing science education based on a deeper understanding of subject matter, improving mathematics, geography and personal finance education, and adding entrepreneurship to the K-12 curriculum." [Targeted News Services 3/7/19]

## Spartz Voted Against Expanding Mental Health Services For Students

### Spartz Voted Against Bill That Dealt With A Variety Issues Related To School Mental Health And Safety

**2019: Spartz Voted Against A Bill That Dealt With A Variety Issues Related To School Mental Health And Safety.** Spartz voted against SB 266, "School mental health, safety, privacy, and other education matters. Adds additional purposes for which advances made under the school corporation and charter school safety advance program may be used. Amends the purposes of the Indiana safe schools fund. Makes changes to the membership of the county school safety commission. Establishes the integrated school based mental health and substance use disorder services grant program to provide grants to school corporations, charter schools, and accredited nonpublic schools for use in developing and implementing integrated school based mental health and substance use disorder services plans. Requires a law enforcement agency to send a written copy of the statutory definition of a 'dangerous' person, and written instructions concerning the reporting of a dangerous person, to each charter school, nonpublic school, and school corporation in the law enforcement agency's jurisdiction." The bill passed by a vote of 29 – 20. [Indiana General Assembly, SB 266, 2/26/19]

### The Bill Gave Schools Funding To Expand Mental Health Services For Students

**The Bill Gave Schools Funding To Expand Mental Health Services For Students.** The two authored Senate Bill 266 which would give schools funding and a roadmap for expanding individualized mental health services for students. If signed into law, SB 266 would allow the state to award 'secured school grants' to schools seeking to partner with mental health professionals outside the school community or provide internal counseling services. Schools that receive the funding would be required to disclose available resources to parents. Additionally, a child seeking out a mental health service can only do so if they receive prior consent from a parent or guardian. This provision was added to SB 266 earlier this session after debate in the Senate Committee on Education and Career Development, which approved it 10-0. Thursday, the Senate Appropriations Committee also gave it a unanimous thumbs-up." [Greensburg Daily News, 2/16/19]

### The Bill Provided $10 Million In Grants For Mental Health Services

**The Bill Provided $10 Million In Grants For Mental Health Services.** "Senate Bill 266, which would expand the state's safe schools fund to provide $10 million in grants for mental health services, narrowly passed the Senate 29-20 on Feb. 26. Nineteen GOP senators voted against the bill as well as one Democrat, Greg Taylor of Indianapolis. Crider told the Daily Reporter a few days before last week's vote that many of his fellow Republicans were voicing opposition to the bill." [Daily Reporter, 3/6/19]

## Spartz Voted To Allow Elective Credits For Religious Studies

**2019: Spartz Voted To Allow Elective Credits For Religious Studies.** Spartz voted for SB 373, "Academic credits for religious instruction. Provides that a public secondary school student may receive not more than two elective academic credits for released time religious instruction classes if certain conditions are met." The bill passed the Senate by a vote of 40 – 8. [Indiana General Assembly, SB 373, 2/26/19]

## Spartz Voted To Require High School Students To Take A Civics Test

**2019: Spartz Voted To Require High School Students To Take A Civics Test.** Spartz voted for SB 132, "Civics. Provides that as part of the United States government credit awarded for the general, Core 40, Core 40 with


academic honors, and Core 40 with technical honors designation, each high school shall administer the naturalization examination provided by the United States Citizenship and Immigration Services. Requires an enhanced study of the Holocaust in each high school United States history course." The bill passed the Senate by a vote of 31 – 17. [Indiana General Assembly, SB 132, 1/24/19]

**Spartz Gave An Emotional Speech In Favor Of The Bill**

**Spartz Gave An Emotional Speech In Favor Of A Bill That Required Indiana Students To Take A Civics Test To Graduate.** "The Indiana Senate voted 31-17 Thursday to require Indiana students pass a civics test to graduate. 'This is essential information to being a good citizen,' said Sen. Dennis Kruse, R-Auburn. He offered Senate Bill 132 because of various surveys showing many citizens don't understand the basics of government - from the three branches to the first president and number of justices on the U.S. Supreme Court. The bill would require students pass the same test that those becoming new citizens must take starting with the 2020-21 school year. […] But it was Sen. Victoria Spartz, R-Noblesville, who delivered an emotional speech in support. The Ukrainian immigrant took the test to become a U.S. citizen herself. 'There are some foundational skills that are extremely important for the survival of the Republic,' she said. 'This is what makes the difference between us and the rest of the world.'" [Fort Wayne Journal Gazette, 1/25/19]

## Spartz Wanted To Implement Reforms To Teacher Licensing, Curriculum, Student Testing, And To Restructure High School

**Spartz Wanted To Implement Reforms To Teacher Licensing, Curriculum, Student Testing, And To Restructure High School.** "As your state senator, it is my job to address issues facing Indiana and prepare our state for the future, and right now, our education system is one of my top priorities. The United States has among the highest per-student spending in the world, yet we rank below many advanced industrial nations when it comes to outcomes. Indiana alone spends over 60 percent of its general fund on education (one of the highest in the nation), plus 41 cents of each dollar of property taxes goes to education. Our state has worked hard to strengthen our education system, but we can do more like reform teacher education and licensing, upgrade and reorganize the curriculum, repurpose student testing, restructure high school, and better equip school boards.' [The Times, Victoria Spartz Op-Ed, 8/30/18]

## Spartz Voted For A Bill That Laid Out Harsh Punishments For Schools That Fell Into Financial Distress

**Spartz Voted For A Bill That Aimed To Prevent Schools From Falling Into Financial Distress.** Spartz voted for HB 1315, "School corporation financial management. Allows the distressed unit appeal board (DUAB) to delegate board authority, duties, and responsibilities to the executive director by resolution of the board. Allows the DUAB to adopt rules. Requires the attorney general to represent a member of the fiscal management board, an emergency manager, a chief financial officer, or a chief academic officer if the individual requests the representation. Specifies restrictions on school corporations that are designated distressed." The bill passed the Senate by a vote of 35 – 14. [Indiana General Assembly, HB 1315, 3/6/18]

**The Bill Placed Harsh Punishment On Schools That Fell Into Financial Distress**

**The Bill Placed Harsh Punishment On Schools That Fell Into Financial Distress.** "One of the most talked about education bills this year was a wide-ranging one that sponsors said was aimed at preventing school systems from falling into financial distress. House Bill 1315 also laid out harsh punishments for those that do, though, stripping control and authority from elected school boards. It also would have allowed Ball State University to take over control of the financially-troubled Muncie Community Schools. Different versions passed the House and Senate, but it remained controversial. Lawmakers attempted to push the bill through in the waning minutes of the legislative session, but didn't make it. The bill died without final votes." [IndyStar, 3/29/18]


## Spartz Voted For A Bill That Required Parental Consent For Instruction On Human Sexuality In Schools

**2018: Spartz Voted For A Bill That Required Parental Consent For Instruction On Human Sexuality In Schools.** Spartz voted for SB 65, "Instruction on human sexuality. Requires each school corporation to make available for inspection to a parent of a student instructional material used in connection with instruction on human sexuality. Provides that, before a school may provide a student with instruction on human sexuality, the school must provide the parent of the student or the student, if the student is an adult or an emancipated minor, with a written request for consent of instruction. Provides that a consent form provided to a parent of a student or a student must accurately summarize the contents and nature of the instruction on human sexuality that will be provided to the student and indicate that a parent of a student or an adult or emancipated minor student has the right to review and inspect all materials related to the instruction on human sexuality." The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, SB 65, 1/30/18]

### The Bill Essentially Allowed Parents To Opt Their Children Out Of Sexual Health Education

**The Bill Essentially Allowed Parents To Opt Their Children Out Of Sexual Health Education.** "Parents will have two opportunities to opt their children out of sexual education in school. Senate Enrolled Act 65 mandates schools to send a notice home to parents, allowing them to opt out. It also requires schools to give a summary of the content and nature of the instruction. Sen. Dennis Kruse, R-Auburn, wanted to see an opt-in provision, but settled for a compromise version of his bill, which the governor signed." [IndyStar, 3/29/18]

### The Bill Was Pushed By Social Conservative Groups And The Language Of The Bill Focused On Sexual Orientation And Gender Identity

**The Bill Was Pushed By Social Conservative Groups And The Language Of The Bill Focused On Sexual Orientation And Gender Identity**. "The Indiana Senate approved a bill Tuesday requiring parental consent for instruction on human sexuality following a testy discussion about the role of religion. Sen. Mark Stoops, D-Bloomington, had strong language for the GOP majority - saying the bill is being pushed by socially conservative groups imposing their narrow religious morality on the state. 'This is about bigotry,' he said, noting it specifically focuses on sexual orientation and gender identity. […] The legislation would require schools give parents notice of upcoming instruction on sexual activity, orientation and gender identity, as well as access to the lessons. A student must have express consent to be present - similar to a signed field trip permission slip." [Fort Wayne Journal Gazette, 1/31/18]

## Spartz Voted To Require Schools To Teach Cursive Writing

**2018: Spartz Voted To Require Schools To Teach Cursive Writing.** Spartz voted for SB 8, "School curriculum. Requires each school corporation, charter school, and accredited nonpublic elementary school to include cursive writing in its curriculum." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, 1/22/18]

# Education Funding & Spending

## Spartz Said That Educational Spending And Outcomes Were Not Acceptable

**Spartz Said That Educational Spending And Outcomes Were Not Acceptable.** "Our K-12 spending, college debt and educational outcomes are not acceptable. We must give flexibility to the states to improve K-12 education, reform higher education financing to improve accountability of colleges and better prepare our students to the future workforce demands." [Spartz for Congress, accessed 7/6/20]




## Spartz Was The Only Republican To Vote Against Issuing $300 Million In Surplus Money To Pay For Projects At Public Universities

**Spartz Was The Only Republican To Vote Against Issuing $300 Million In Surplus Money To Pay For Projects At Public Universities.** "Indiana plans to use $300 million in surplus money to pay for capital projects at its public universities instead of issuing debt as originally planned. […] Gov. Eric Holcomb asked lawmakers for the money to pay cash up front after the state closed the last fiscal year in June with $300 million more than expected. Holcomb said paying cash will save the state $5 million a year in interest for 20 years. Senators gave final approval on a 38-8 vote to the plan Thursday, with one senator from each party crossing party lines. South Bend Democrat David Niezgodski joined Republicans in supporting the bill, while Noblesville Republican Victoria Spartz voted against it. The House passed the bill earlier this month and Holcomb is expected to sign it. Republicans control the legislature and Holcomb is a Republican." [Bond Buyer, 1/27/20]

## Spartz Authored Bills That Required The Superintendent Of Each School To Submit A Report About Expenditures

**2020: Spartz Authored A Bill That Required The Superintendent Of Each School To Submit A Report About Expenditures.** "Education funding. Requires the superintendent of each school corporation to submit the report compiled by the office of management and budget concerning the ratio of student instructional expenditures to all other expenditures to the local board of finance for the school corporation. Requires a redevelopment commission to provide notice of an adopted resolution concerning an area in need of redevelopment, an economic development area, or an allocation area, to the: (1) president of the governing body; and (2) superintendent; of each school corporation that is wholly or partly located within the allocation area established by the commission. Requires a redevelopment commission to provide information concerning each tax increment financing district to the: (1) president of the governing body; and (2) superintendent; of each school corporation that is wholly or partly located within the allocation area established by the commission. Requires an audit of a redevelopment commission or department of redevelopment to include a review of tax increment financing district allocation area funds." [Indiana General Assembly, S.B. 260, 1/9/20]

**2019: Spartz Authored A Bill That Required The Superintendent Of Each School To Submit A Report About Expenditures.** "School financial matters. Requires the superintendent of a school corporation to submit a written report to the local board of finance for the school corporation. Provides that the report must assess the financial condition of the school corporation using certain fiscal and qualitative indicators. Provides that the report must be received and reviewed at the annual meeting of the local board of finance for the school corporation. Urges the legislative council to assign to the appropriate interim study committee the task of identifying and studying best practices in: (1) the governance structure and oversight of tax increment financing to promote transparency and economic development in Indiana; and (2) reporting mechanisms between local government units to facilitate better collaboration and decision making." [Indiana General Assembly, SB 549, 4/25/19]

> **2019: Spartz Authored A Bill That Required School Superintendents To Submit A Financial Indicators Report.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 549 would require school superintendents to submit a financial indicators report (dashboard), created by House Enrolled Act 1315 in 2018, to the school boards. It would also urge the Legislative Council to assign a summer study committee to study the oversight and governance structure of tax increment financing as well as reporting mechanisms between local government units." [Targeted News Services, 3/7/19]

## Spartz Voted To Expand Pre-K Funding, But The Bill Did Not Add New Funding

### Spartz Voted In Favor Of The Prekindergarten Pilot Program



**2019: Spartz Voted In Favor Of The Prekindergarten Pilot Program.** Spartz voted for HB 1628, "Prekindergarten pilot program. Provides that, after June 30, 2019, in addition to the counties currently participating in the prekindergarten pilot program (program), the program includes eligible providers in any county in Indiana. Amends the definition of an 'eligible child'. Adds definitions of: (1) 'extended enrollment period'; (2) 'priority enrollment period'; and (3) 'limited eligibility child'. Provides that up to 20% of the grants provided may be used to provide grants to limited eligibility children. Provides that, during the priority enrollment period, the office of the secretary of family and social services (office) shall provide grants to eligible children in the program on a first-come, first-served basis. Provides that, during the extended enrollment period, the office shall provide grants to eligible children and limited eligibility children in the program on a first-come, first-served basis to the extent of available funding. Requires the office to post monthly on the office's Internet web site the total enrollment of and number of grants awarded to: (1) all eligible children (before January 1, 2020); and (2) all eligible children and all limited eligibility children (after December 31, 2019); for each county that participates in the program. Provides that a limited eligibility child may qualify for the grant if the child resides with a parent or guardian who receives Social Security Disability Insurance or Supplemental Security Income benefits. Provides that the office may use money in the prekindergarten pilot program fund that is allocated for expansion plans to meet any state match amounts required for certain federal grants. Requires the office to include certain information in the office's annual report regarding the prekindergarten pilot program. Repeals a provision relating to income eligibility requirements to participate in the program." The bill passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1628, 4/16/19]

#### The Bill Expanded State-Funded Preschool Program But Did Not Add New Money

**The Bill Expanded State-Funded Preschool Program But Did Not Add New Money.** "The Indiana Senate voted 43-6 Tuesday to expand a state-funded preschool program to all 92 counties - but without new dollars. The current pilot preschool program covers just 20 counties, including Allen. It has annual funding of about $22 million, and Republicans want to continue at that amount. But House Bill 1628 would allow low- to middle-income students in all counties to apply to eligible providers. The state Family and Social Services Administration has $15 million in unspent dollars that it can add to the program." [Fort Wayne Journal Gazette, 4/17/19]

### Spartz: "We Can't Just Throw More Money Into Education"

**Spartz: "We Can't Just Throw More Money Into Education."** "Westfield Chamber of Commerce President Jack Russell led a question-and-answer panel Dec. 12 with local state legislators that focused on topics such as education, insurance and alcohol sales. Rep. Donna Schaibley, Sen. Victoria Spartz and Rep. Tony Cook attended the session. Q: What are you looking forward to in the education committee and what can come out of that? […] Spartz: 'I think it's good for us to reassess, and everybody understands as a state we have to be competitive. We spent 60 percent of the budget on education. We can't just throw more money into education. We have to look at how we can be more efficient and effective.'" [Current in Westfield, 1/2/18]

## Teacher Issues

### Spartz Was One Of A Few Senators Who Voted Against Requiring A Teacher Preparation Plan To Deal With Traumatic Issues

**2020: Spartz Was One Of 6 Senators Who Voted Against Requiring A Teacher Preparation Plan To Deal With Traumatic Issues.** Spartz voted against HB 1283, "Teacher preparation program curriculum. Requires a teacher preparation program to include content within the curriculum that: (1) prepares teacher candidates to use evidenced based trauma informed classroom instruction and recognition of social, emotional, and behavioral reactions to trauma that may interfere with a student's academic functioning; and (2) provides information on certain applicable Indiana laws. Requires a teacher preparation program to consider using certain curricula pertaining to student trauma." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, HB 1283, 3/3/20]



**Spartz Authored A Bill That Established Circumstances For Which Schools Could Provide Supplemental Payments To Teachers**

**2020: Spartz Authored A Bill That Established Circumstances For Which Schools Could Provide Supplemental Payments To Teachers.** Spartz authored SB 244, "Teacher supplemental pay. Establishes additional circumstances for which a school corporation may provide supplemental payments to teachers in excess of the salary specified in the school corporation's compensation plan. Provides that a teacher rated improvement necessary in the teacher's annual performance evaluation is eligible to receive a partial raise or increment. (Current law provides that such a teacher may not receive a raise or increment.) Relocates provisions regarding supplemental payments for teachers." [Indiana General Assembly, SB 244, 1/9/20]

**Spartz Voted For Bills That Aimed To Address Indiana's Teacher Pay Problem, But They Did Not Provide Real Solutions Despite Thousands Of Indiana Teachers Pushing For More Funding**

**Spartz Voted For A Bill That Aimed To Address Indiana's Teacher Pay Problem**

**2019: Spartz Voted For A Bill That Aimed To Address Indiana's Teacher Pay Problem.** Spartz voted for HB 1003, "School corporation expenditure targets. Provides that a school must specify in its proposed budget the anticipated amount it will transfer from its education fund to its operations fund during the budget year and requires an acknowledgment at its budget hearing of whether it will transfer more than 15% from its education fund to its operations fund. Requires the Indiana education employment relations board to annually prepare, publish, and submit a report to the budget committee and the legislative council that covers various employment information for school employees. Provides that a school corporation shall make every reasonable effort to budget and spend for its education fund so that not more than 15% of the revenue deposited in its education fund is transferred to its operations fund." The bill passed the Senate by a vote of 34 – 12. [Indiana General Assembly, HB 1003, 4/11/19]

**However, Critics Said The Bill Failed To Provide Real Solutions To The Problem And Shamed Underfunded Schools**

**Critics Said The Bill Failed To Provide Real Solutions To The Problem And Shamed Underfunded Schools.** "House Enrolled Act 1003 was designed by the House leadership to start addressing Indiana's teacher pay problem. It sets a goal for the percentage of money that schools spend on classroom expenses — the largest being teachers' salaries — but makes no mandates and provides no new money. Critics say the plan will shame underfunded schools, rather than provide a real solution and does nothing for teachers in the majority of school districts that are already meeting the expenditure targets it sets." [Indy Star, 4/29/19]

**Likewise, Spartz Voted For The State Budget Which Failed To Increase Teacher Salaries**

**2019: Spartz Voted For The State Budget.** Spartz voted for HB 1001, "State budget." The budget passed the Senate by a vote of 40 – 8. [Indiana General Assembly, HB 1001, 4/16/19]

**The Budget Increased Education Funding, But Failed To Increase Teacher Salaries.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries...The budget includes $14.8 billion in education funding that amounts to a 2.5% increase each of the next two years, which critics say essentially keeps up with inflation. Flanked at a news conference Tuesday by the heads of various state education groups — but none representing teachers — House Speaker Brian Bosma called the spending plan 'historic." [Indy Star, 4/29/19]

**In November 2019, Thousands Of Teachers Protested In The Indiana Statehouse Demanding Better Pay**



**November 2019: Thousands Of Teachers Protested In The Indiana Statehouse Demanding Better Pay.** "Several thousand teachers wearing red surrounded the Indiana Statehouse on Tuesday to call for better pay and more respect from the Republican-dominated state government in a protest that closed more than half of the state's school districts for the day. The union-organized rally represented Indiana's biggest such teacher protest amid a wave of educator activism across the country over the past two years." [ABC News, 11/19/19]

## Indiana State Teachers Association Wanted The State Legislature To Direct Money From The State's $2 Billion Reserved Towards Helping Schools

**Indiana State Teachers Association Wanted The State Legislature To Direct Money From The State's $2 Billion Reserved Towards Helping Schools.** "High school math teacher Angela Cooper said she and more than 40 fellow teachers from the Gibson Southern schools near Evansville left about 4:30 a.m. for the rally. She said a top worry is low pay causing many new teachers to leave for other jobs. 'We need to make sure we keep teachers in the classroom,' Cooper said. 'They start in the classroom but then they leave because they aren't paid enough.' Indiana State Teachers Association President Keith Gambill told a few thousand teachers who covered the Statehouse lawn that the Legislature should direct money from the state's $2 billion in cash reserves toward helping schools. 'The crisis is now, and we need action now,' Gambill said to cheers from the crowd. 'The issue is funding, and the state has the money.'" [ABC News, 11/19/19]

## Indiana Was The State With The Lowest Teacher Salary Increases Since 2002

**Indiana Was The State With The Lowest Teacher Salary Increases Since 2002.** "Education advocacy groups estimated this year that a 9% funding increase was needed to boost average teacher pay to the midpoint of neighboring states. Republican state schools Superintendent Jennifer McCormick has cited a study showing Indiana as the state with the lowest teacher salary increases since 2002. McCormick, who has split from many fellow Republicans on issues such as the state's private school voucher program, told cheering teachers that they weren't 'asking for the moon.' 'What a shame that it takes today to get what our kids deserve,' she said." [ABC News, 11/19/19]

## Spartz Voted To Create A One-Year Teaching Residency Pilot Program

**2019: Spartz Voted To Create A One-Year Teaching Residency Pilot Program.** Spartz voted for HB 1009, "Teacher residency grant pilot program. Establishes the: (1) teacher residency grant pilot program (pilot program); and (2) teacher residency grant pilot program fund. Requires the commission for higher education (commission) to administer the pilot program. Provides that the commission may award grants to school corporations and charter schools that: (1) apply to participate in the pilot program; (2) partner with one approved postsecondary educational institution to establish and implement a teacher residency program (program); (3) submit a teacher residency plan that establishes a program that meets certain requirements; and (4) provide other information required by the commission. Provides that a school corporation or charter school that is awarded a grant under the pilot program: (1) shall provide stipends to program participants and teachers who act as mentors to program participants; and (2) may use money from the grant award to pay the approved postsecondary educational institution with which the school corporation or charter school has partnered for administrative costs incurred by the approved postsecondary educational institution in developing and implementing the program. Requires the commission to submit a report regarding the pilot program and the retention and performance of program participants." The bill passed the Senate by a vote of 37 – 11. [Indiana General Assembly, HB 1009, 3/19/19]

## Spartz Authored Legislation That Expanded Tax Credits To Hoosier Teachers

**2019: Spartz Authored Legislation That Expanded Tax Credits To Hoosier Teachers.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 362 would expand the tax credit for Hoosier teachers." [Current in Noblesville, 3/19/19]



## Post Graduate Opportunities

### Spartz Authored The "Let Indiana Work For You" Program Which Provided Colleges With Information About Workforce Opportunities In Indiana

**Spartz Authored The "Let Indiana Work For You" Program Which Provided Colleges With Information About Workforce Opportunities In Indiana.** Spartz authored SB 93, "Let Indiana Work for You program. Requires the commission for higher education (commission) to establish, in coordination with the department of workforce development (department) and the Indiana economic development corporation (corporation), the Let Indiana Work for You program (program) to: (1) provide to colleges and universities information concerning workforce opportunities in Indiana and other benefits of residing and working in Indiana after graduating from the college or university; and (2) implement the program. Provides that, if a college or university approves of the information under the program for distribution to students of the college or university, the: (1) commission, in coordination with the department and the corporation, shall provide the information to the college or university; and (2) college or university shall present-in person or use other communication mediums to provide the information to students of the college or university. Requires the Indiana economic development corporation to assemble and provide to the commission and the department information concerning the economic benefits of residing and working in Indiana." [Indiana General Assembly, SB 93, 1/24/19]



# Election Law & Campaign Finance Issues

**Significant Findings**

- ✓ *Spartz authored a bill that would develop risk-limiting audits for election results*
  - ✓ *The bill allowed counties to voluntarily petition the Secretary of State to audit an election*
- ✓ *2020: Spartz stated that statewide mail-in voting created more opportunities for fraud*
  - ✓ *2019: Spartz voted to restrict absentee voting*
  - ✓ *2018: Spartz voted to allow excuse-free absentee voting*
  - ✓ *2017: Spartz raised concerns about voter fraud related to absentee voting*
- ✓ *Spartz voted for a bill that purged voters off voter rolls without notice*
- ✓ *Spartz voted to establish redistricting standards that allowed General Assembly members to draw district lines*
  - ✓ *Critics of the bill said it stopped short of ending the use of gerrymandering*
- ✓ *Spartz co-sponsored a bill that eased Indiana ballot access laws for independent and third party candidates*

## Election Results

### Spartz Authored A Bill That Would Develop Risk-Limiting Audits For Election Results

**Spartz Authored A Bill That Would Develop Risk-Limiting Audits For Election Results.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: A number of bills authored by State Sen. Victoria Spartz (R-Noblesville) that would improve issues facing Indiana recently passed the Senate and will now be considered by the House of Representatives. Senate Bill 405 would develop risk-limiting audits for election results and processes." [Targeted News Service, 3/7/19]

#### The Bill Allowed Counties To Voluntarily Petition The Secretary Of State To Audit An Election

**The Bill Allowed Counties To Voluntarily Petition The Secretary Of State To Audit An Election.** "Legislation sponsored by State Rep. Tim Wesco (R-Osceola) allowing counties to voluntarily petition the secretary of state to audit an election could soon become law. Wesco, chair of the House Elections and Apportionment Committee, sponsored legislation that would call upon the secretary of state to improve the security and effectiveness of Indiana elections through the creation of risk-based audit procedures for post-election and procedural audits. Counties could request an audit to check the security of their voting systems, and all contentious elections would be subject to an audit to ensure that voters are verified and that all votes are counted correctly. […] Senate Enrolled Act 405, authored by State Sen. Victoria Spartz (R-Noblesville) and sponsored by Wesco, is now eligible for action by the governor." [Targeted News Service, 3/20/19]


# Voting Issues

## 2020: Spartz Stated That Statewide Mail-In Voting Created More Opportunities For Fraud

**2020: Spartz Stated That Statewide Mail-In Voting Created More Opportunities For Fraud.** "I agree with President Trump that allowing voting by mail to people who need it is not a problem, but having statewide large scale mail-in voting creates an enormous opportunity for fraud, especially in the general election. I passed a bill last session to expand our post-election audits and also our voter registration audits, so we don't have ineligible people voting (including non-citizens), but we still have a lot of work to do and money to spend to make these auditing procedures sufficient." [Victoria Spartz, Facebook, 4/18/20]

Victoria Spartz
April 18 ·

I agree with President Trump that allowing voting by mail to people who need it is not a problem, but having statewide large scale mail-in voting creates an enormous opportunity for fraud, especially in the general election.

I passed a bill last session to expand our post-election audits and also our voter registration audits, so we don't have ineligible people voting (including non-citizens), but we still have a lot of work to do and money to spend to make these auditing procedures sufficient.

https://www.wsj.com/…/trump-tweet-highlights-divide-over-vo…

[Victoria Spartz, Facebook, 4/18/20]

## Spartz Voted A Bill That Purged Voters Off Voter Rolls Without Notice

### Spartz Voted For SB 334 Which Dealt With Various Election Issues

**2020: Spartz Voted For SB 334 Which Dealt With Various Election Issues.** Spartz voted for SB 334, "Election matters. Allows (current law requires) the secretary of state and election division to assist a prosecuting attorney in prosecuting certain actions and allow the use of an attorney retained by the secretary of state or election division. Requires boards of elections and registration to attend election security meetings called by the election division. Requires the election division to instruct specified election officials on best practices in answering voters' questions on how to vote, including providing instructions on straight ticket voting. Requires the inclusion of language on a ballot or voting system to tell the voter that the voter is not required to vote a straight party ticket. Changes the time frame in which a voter list maintenance program must be conducted for certain special elections and in an election year other than a year in which a general election is conducted. Removes language that required NVRA officials to obtain voter registration information from certain states. Removes authorization for NVRA officials to enter into a memorandum of understanding with the Kansas Secretary of State to compare voter registration data and voids the memorandum of understanding. Establishes the Indiana data enhancement association to be administered by the NVRA official for the administration of voter list maintenance programs and sets forth requirements. Requires a county voter registration office to determine whether an individual authorized the cancellation of any previous voter registration when the individual registered to vote in another state. Sets forth parameters for when a county voter registration office may rely on information provided by certain entities concerning voter registration from another state. Requires that a report by a county sheriff to the county voter registration office concerning individuals placed in a county correctional facility occur at least once a quarter. States that certain requirements for provisional ballots do not apply to provisional ballots cast: (1) under a court order extending the hours that the polls were open; (2) by a voter who is not on the poll list but indicates that the voter applied to register at a voter registration agency; (3) by a voter after the voter was challenged due to proof of identification; and (4) by a voter who was challenged solely due to failure to provide additional documentation. Requires a court to take evidence to determine whether a county



election board filed written notice with the secretary of state and the election division concerning a petition to extend voting hours." The bill passed the Senate by a vote of 40 – 7. [Indiana General Assembly, SB 334, 2/3/20]

### Notably, The Bill Allowed County Election Boards To Purge Voter Rolls Without Notice

**Notably, The Bill Allowed County Election Boards To Purge Voter Rolls Without Notice.** "The Indiana Senate has passed Senate Bill 334, which purports to correct a 2017 voter registration law two federal courts found violated voters' rights. The main problem with the 2017 law was that it allowed county election boards to kick voters off the voter rolls without any notice. Unfortunately, SB 334 doesn't correct this problem; it just repeats it. […] As the 2017 law before it, Senate Bill 334 violates the federal National Voter Registration Act (NVRA). That law limits the reasons a state can permissibly cancel a voter's registration, including because the voter has died, moved or been incarcerated. The law allows states to remove voters who seem to have moved out of state - for example, based on Postal Service records - but only if the state first mails a notice to the voter's registered in-state address and then gives the voter time to respond." [Indianapolis Star, 2/16/20]

## Spartz Voted To Restrict Absentee Voting Rights

**2019: Spartz Voted To Restrict Absentee Voting Rights By Increasing The Amount Of Days A Ballot Must Be Received Before An Election.** Spartz voted for HB 1311, "Absentee ballots. Requires certain applications for an absentee ballot to be received not later than 11:59 p.m. 12 days before the date of an election. (Under current law, these applications must be received not later than 11:59 p.m. eight days before an election.) Allows certain applications for an absentee ballot to be transmitted by electronic mail. Provides that, for every election held after December 31, 2019, an application for an absentee ballot is an adequate application for an absentee ballot if it is received not earlier than December 1 of the year before any election. (Under current law, this provision applies only to primary elections.)" The bill passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1311, 3/25/19]

## Spartz Voted To Permit Voters Who Were Allowed To Vote In Person To Vote Absentee

**2018: Spartz Voted To Permit Voters Who Were Allowed To Vote In Person To Vote Absentee.** Spartz voted for SB 250, "Absentee voting. Permits a voter who is qualified to vote in person to vote by absentee ballot. Removes all other qualifications for a voter to vote by absentee ballot except for a voter with disabilities who is unable to make a voting mark on the ballot or sign the absentee ballot secrecy envelope. (Such a disabled voter is currently required to vote before an absentee voter board.)" The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 250, 1/22/18]

### SB 250 Allowed Excuse-Free Absentee Voting

**SB 250 Allowed Excuse-Free Absentee Voting.** "The Indiana Senate approved excuse-free absentee voting Monday with a 39-10 vote. Senate Bill 250 - authored by Sen. Frank Mrvan, D-Hammond - would allow voters who are permitted to vote in person, to vote by absentee ballot with no excuse. Previously, it was required that a person must meet specific criteria to receive permission to vote by mail. Some of those criteria included being out of town for the day or at work. 'Expanding voter access will allow Hoosier voices to be heard. This bill would do just that, by taking away unnecessary hurdles to vote by mail,' he said. 'With Indiana consistently having some of the worst voter turnout numbers in the country, this bill would allow more Hoosiers to participate in the democratic process.'" [Fort Wayne Journal Gazette, 1/23/18]

## 2017: Spartz Raised Concerns About Voter Fraud With Absentee Voting

**2017: Spartz Raised Concerns About Voter Fraud With Absentee Voting.** "Spartz raised concerns about potential voting fraud. 'I think that is an issue that seems most prevalent is the amount of fraud that happens by absentee voting,' Spartz said. 'We have to look and make sure is it necessary, how it is addressed. We want to make



sure everyone can vote, but we want to make sure this right is exercised to people who have the right.'" [Current in Noblesville, 12/19/17]

## Redistricting

### Spartz Voted To Establish Redistricting Standards That Allowed General Assembly Members To Draw District Lines

#### Spartz Voted To Establish Redistricting Standards That Gave Power To The General Assembly Two Times

**2019: Spartz Voted To Establish Redistricting Standards That Gave Power To The General Assembly.** Spartz voted for SB 105, "Redistricting standards. Establishes redistricting standards for congressional and state legislative districts. Provides that the initial proposed plans for congressional and state legislative districts must comply with the redistricting standards. Allows the general assembly, during the process by which the initial proposed plans become effective by being enacted as a law, to consider and adopt modifications to the initial proposed plans that deviate from the redistricting standards as long as the reason or reasons for each deviation are publicly explained and documented." The bill passed the Senate by a vote of 26 – 23. [Indiana General Assembly, SB 105, 2/21/19]

**2018: Spartz Voted To Establish Redistricting Standards That Gave Power To The General Assembly**. Spartz voted for SB 326, "Redistricting standards. Establishes redistricting standards for congressional and state legislative districts. Provides that the initial proposed plans for congressional and state legislative districts must comply with the redistricting standards. Allows the general assembly, during the process by which the initial proposed plans become effective by being enacted as a law, to consider and adopt modifications to the initial proposed plans that deviate from the redistricting standards as long as the reason or reasons for each deviation are publicly explained and documented." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, SB 326, 2/5/18]

#### Critics Said The Bill Stopped Short Of Ending The Use Of Gerrymandering

**Critics Said The Bill Stopped Short Of Ending The Use Of Gerrymandering.** "Indiana lawmakers would continue drawing the boundaries of state legislative and congressional districts under a bill that critics say falls short of the changes needed to end gerrymandering. The debate is about more than lines on a map. Decisions on districts' contours last a decade and can tilt the power of one political party over another while influencing the issues that lawmakers tackle. For years, good-government advocates have called for legislation to create an independent committee that would take over that responsibility. They believe a commission would be less likely to draw maps that favor one political party over the other. Instead, for the second year in a row, the Indiana Senate passed a bill that would set standards lawmakers must consider when redrawing districts for Congress and the Indiana Senate and House. But under the proposal, Senate Bill 105, lawmakers would continue to draw those maps, a process called redistricting that happens every 10 years in conjunction with the U.S. Census." [Evansville Courier and Press, 2/25/19]

## Election Rules

### Spartz Voted For A Bill That Dealt With Various Election Matters And Abolished Town Election Boards

**2020: Spartz Voted For A Bill That Dealt With Various Election Matters And Abolished Town Election Boards.** Spartz voted for HB 1222, "Miscellaneous election law matters. Allows an individual who is an unopposed candidate for township office to be appointed and serve as a precinct election officer at any vote center if certain conditions are met. Abolishes city and town conventions for nomination of candidates for municipal offices, beginning January 1, 2021. Abolishes town election boards. Provides that a local public question may not be placed on the ballot in a year after a presidential election year. Provides that a school referendum tax levy or a school



safety referendum tax levy may be reimposed or extended in 2021, 2025, or 2027 if the school corporation would have been permitted to reimpose or extend the levy under statutes as in effect before January 1, 2020. Provides that if a precinct is divided to assign some of the territory of the precinct to a municipality because of an annexation, any part of the divided precinct may form a separate precinct that does not comply with the requirement that a precinct may not be established with fewer than 600 active voters. Authorizes a county executive to request from the Indiana election commission a waiver of the requirement that a precinct must have at least 600 active voters. Provides that in order for a precinct committeeman or a precinct vice committeeman (exercising the precinct committeeman's proxy) to participate in a caucus to fill a vacancy, the committeeman or vice committeeman must be entitled to vote for the office for which a successor is to be selected in the caucus." The bill passed the Senate by a vote of 37 – 13. [Indiana General Assembly, HB 1222, 3/3/20]

**Spartz Co-Sponsored A Bill That Eased Indiana Ballot Access Laws For Independent And Third Party Candidates**

**2019: Spartz Co-Sponsored A Bill That Eased Indiana Ballot Access Laws For Independent And Third Party Candidates.** "On January 29, Indiana State Senator Victoria Spartz (R-Noblesville) co-sponsored SB 571, the bill that eases the Indiana ballot access laws for independent candidates and the nominees of unqualified parties. The bill's main sponsor is Senator Greg Walker, Chair of the Senate Elections Committee. That committee has five Republicans and two Democrats. The committee heard the bill on January 28 but has not yet voted on it." [Ballot Access News, 1/30/19]

**2018: Spartz Voted For A Bill That Made It Easier For Third Party Candidates To Get On The Ballot.** Spartz voted for SB 328, "Ballot access. Reduces the minimum number of votes cast at an election required for certain purposes from 2% of the votes cast in the last election for secretary of state to: (1) 0.5% of the votes cast at the last election for secretary of state; or (2) 0.5% of the total votes cast for any statewide state office or statewide federal office at either of the previous two elections. Repeals the definition of 'major political party' and uses instead the designation of a political party eligible to hold a nominating convention. Allows a political party to qualify to nominate candidates by convention, if the political party obtains at least 4,500 signatures of voters of the state, including at least 500 signatures of voters from each congressional district, on a petition of nomination. Makes conforming amendments." The bill failed to pass the Senate by a vote of 17 – 31. [Indiana General Assembly, SB 328, 2/5/18]



# Energy Issues

**Significant Findings**

- ✓ *Spartz voted to slow down the process of shutting down a coal plant*
  - ✓ *The bill was praised by coal interests but criticized by environmental advocates*

## Coal

### Spartz Voted To Slow The Process Of Shutting Down A Coal Plant

**2020: Spartz Voted To Slow The Process Of Shutting Down A Coal Plant.** Spartz voted for HB1414, "Electric generation. Provides that a public utility that owns and operates a reliable capacity electric generation resource shall operate and maintain the unit using good utility practices and in a manner reasonably intended to support the availability of the unit for dispatch and for providing reliable service to customers of the public utility. Prohibits a public utility from terminating a power agreement with a legacy generation resource in which the public utility has an ownership interest unless the public utility provides the utility regulatory commission (IURC) with at least three years advance notice of the termination." The bill passed by a vote of 37 – 11. [Indiana General Assembly, HB 1414, 3/3/20]

### The Bill Was Praised By Coal Interests And Criticized By Environmental Activists

**The Bill Was Praised By Coal Interests And Criticized By Environmental Activists.** "This bill extends through May 1, 2021. The legislation, which once contained provisions that might have raised rates and made it more difficult to shutter plants, has been embraced by coal interests but criticized by environmental activists and some business interests as an industry bailout." [IndyStar, 3/15/20]

## Interest Group Ratings

### Spartz Received A 50% Rating From Citizen Action Coalition Of Indiana

**2019: Spartz Received A 50% Rating From Citizen Action Coalition Of Indiana.** [VoteSmart, Victoria Spartz, accessed 7/13/20]



# Environmental Issues

**Significant Findings**

- ✓ *Spartz wrote a bill that removed state oversight of certain wetlands—a bill that was opposed by environmental groups and government watchdog groups for a potential conflict of interest*
  - ✓ *Notably, Spartz failed to disclose that her family planned a multimillion dollar project that IDEM halted after the family illegally destroyed wetlands*
  - ✓ *Environmental groups feared the bill would lead to more flooding, less clean water, and loss of wildlife*
  - ✓ *Spartz said the bill gave local communities greater flexibility and got rid of "burdensome regulations"*
- ✓ *Spartz criticized business regulations aimed at combatting climate change*
  - ✓ *Spartz said that the regulations were causing industries to move across seas and that we needed to bring back these industries*

## Wetland Protections

### Spartz Wrote A Bill That Removed State Oversight Of Certain Wetlands—That Environmental Groups And Government Watchdog Groups Criticized

#### Spartz Wrote A Bill That Removed State Oversight Of Certain Wetlands

**Spartz Wrote A Bill That Removed State Oversight Of Certain Wetlands.** "Sen. Victoria Spartz, R-Noblesville, wrote Senate Bill 229, which removes state oversight of certain wetlands near what are called regulated drains, which are thousands of miles of man-made ditches, streams, sewers and drainage pipes constructed throughout Indiana in the past century to alleviate flooding. Hamilton County Surveyor Kent Ward says he brought the idea to Spartz, who is his local senator. He thinks the state overreached when it made the county pay more than $140,000 in taxpayer money to restore a wetlands the county cut down while repairing such a drainage system." [Star Press, 2/18/20]

#### The Bill Was Opposed By The Indiana Department Of Management And The Hoosier Environmental Council

**The Bill Was Opposed By The Indiana Department Of Management And The Hoosier Environmental Council.** "Both IDEM and the Hoosier Environmental Council opposed the legislation, saying it deregulates wetlands in a way that could have significant ramifications on water control and quality beyond this one dispute, but the Senate passed the bill 32-18. The House will consider it next." [Star Press, 2/18/20]

**The Bill Was Also Opposed By The Indiana Wildlife Association And The Sierra Club Of Indiana.** "The bill would remove state oversight of such wetlands near what are called regulated drains, which are thousands of miles of man-made ditches, streams, sewers and drainage pipes constructed throughout Indiana in the past century to alleviate flooding. IDEM and several environmental groups, including the Hoosier Environmental Council, the Indiana Wildlife Association and the Sierra Club of Indiana, opposed the bill. They say the bill reaches too far to correct one dispute." [Indianapolis Star, 2/27/20]



## Environmental Groups Worried The Bill Would Lead To More Flooding, Less Clean Water, And Loss Of Wildlife

**Environmental Groups Worried The Bill Would Lead To More Flooding, Less Clean Water, And Loss Of Wildlife.** "Lawmakers on Wednesday narrowed the scope of a bill that would remove state regulation of certain wetlands before advancing the measure forward in the Indiana House, but environmental advocates still worry the legislation would lead to more flooding, less clean water and the loss of wildlife […] They say the bill would allow surveyors too much authority to widen, deepen or move regulated drains without state oversight, potentially creating situations that could lead to more flooding, loss of wetlands and wildlife. They worry the bill would remove state experts from monitoring certain wetlands while allowing each county to regulate drains differently, creating a patchwork of rules across Indiana." [Indianapolis Star, 2/27/20]

**Spartz Was Surprised So Many Environmental Advocates Opposed The Bill Because She Felt Merely Resolved Disputes Between Agencies.** "Spartz indicated that she was surprised to hear so many environmental advocates felt the bill would affect water quality and flooding because she thinks the bill merely resolves a dispute between agencies. She said taxpayers ultimately are on the hook should IDEM makes counties restore wetlands. 'I really think in the state of Indiana,' she said, 'if we need to have more wetlands, maybe we should look at a policy of how we should incentive.' She also criticized IDEM. 'I think IDEM should do a better job of looking at water quality,' she said." [Indianapolis Star, 2/27/20]

## However, Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands

**Spartz Failed To Disclose That Her Family Planned A Multimillion Dollar Project That IDEM Halted After The Family Destroyed Wetlands In 2007.** "Spartz has her own complicated history with IDEM's regulation of wetlands, one she did not disclose as the bill has moved through the legislature. In 2007, her family planned a multimillion dollar project to develop a Super Target in Noblesville. IDEM halted the project after the family bulldozed and filled in wetlands near a county-regulated drain on the property, because they had failed to obtain state and federal permissions." [Star Press, 2/18/20]

**Spartz's Family Agreed To Resolve The Environmental Issues But They Lost The Land In A Foreclosure Settlement.** "While the family eventually agreed to resolve the environmental issues, the economy soured and they lost the land in a foreclosure settlement." [Star Press, 2/18/20]

## Spartz Denied That The Bill Was Linked To Her Family's Development Plans

**Spartz Denied That The Bill Was Linked To Her Family's Development Plans.** "Spartz denied that situation had anything to do with her decision to file the bill. She said she was not directly involved with that project and hadn't realized IDEM was involved. She said her motivation is to eliminate an unnecessary regulation that burdens county surveyors, who she thinks are better positioned to make local decisions, and costs taxpayers money. 'You can question my policy positions, but a political attack on my integrity is completely unjustified'" she said. 'I actually had no idea what code section they were even dealing with 13 years ago and was not involved in that process. Actually, by my understanding, they were dealing with federal permitting anyway.'" [Star Press, 2/18/20]

## 2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville And Filled In Wetlands Without A Permit To Lure A Super Target

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville To Lure A Super Target.** "In December 2004, Victoria Spartz's father-in-law, Charles Spartz, doing business as Hometown Development LLC, took out a $1.75 million loan to buy 60 acres at Ind. 37 and Ind. 32/38 in Noblesville. The family had an ambitious plan to lure a Super Target to the prominent intersection, but to do so they'd need to fortify a corner thick with wetlands." [Star Press, 2/18/20]

**Over The Next Two Years, The Spartz Family Removed Wetlands Without A Permit.** "Over the next two years, the Spartzes filled in wetlands, knocked down woods and planned to fill in two spurs to a regulated drain, a man-made stream that runs through the property. After an anonymous tip, IDEM intervened in January 2007 and informed the family they had needed a permit to remove the wetlands. IDEM also told the family to contact the Indiana Department of Natural Resources and the Army Corps of Engineers, because that particular site was in a federal floodplain." [Star Press, 2/18/20]

**The Spartz Family Planted New Wetlands And IDEM Issued The Family A Permit In 2007.** "The Noblesville City Council then agreed in March 2008 to issue bonds not to exceed $6.9 million to pay upfront costs for infrastructure construction with roads, sewers and water and soil management for the Super Target." [Star Press, 2/18/20]

**Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement**

**Following The 2008 Recession, Target Backed Out Of The Plan And The Spartz Family Lost The Land In A Foreclosure Settlement.** "Later that year, though, Super Target backed out as the economy went into recession. The bonds never were issued. In 2010, amid the continuing recession and the dimmed prospects for development, the Spartz family lost the land in a foreclosure settlement with their bank." [Star Press, 2/18/20]

**The Bill Did Not Provide Clarity On Who Had The Power To Clear Wetlands**

**The Bill Did Not Provide Clarity On Who Had The Power To Clear Wetlands.** "The bill seeks to allow county surveyors to clear certain wetlands when making repairs to regulated drains without requesting permission from the Indiana Department of Environmental Management. Environmental advocates and the state's environmental management department contend that the move would ultimately cause more flooding, less clean water and the loss of wildlife. Both have suggested that the county surveyors need to ask the Army Corp of Engineers whether wetlands are under local or federal authority before starting any work to knock out wetlands. However, surveyors argue they can act unilaterally to clear wetlands if they feel there is no federal jurisdiction. The bill does not provide guidance on how to resolve this issue." [AP State and Local, 3/13/20]

**Only 15% Of Indiana's Wetlands From The 1800s Still Remain**

**Only 15% Of Indiana's Wetlands From The 1800s Still Remain.** "This makes implementation difficult. 'Frank also said Hoosiers should be concerned because only 15% of Indiana's original wetlands from the 1800s remain.' Wetlands purify water, absorb storm water which reduces flooding and are essential habitat for many species,' she said." [NUVO, 3/18/20]

**Spartz Said That The Bill Did Not Deal With Developers, But Dealt With Surveyors And Redundancy**

**VIDEO: Spartz Said That The Bill Did Not Deal With Developers, But Dealt With Surveyors And Redundancy.** "[2:37] That bill doesn't deal with as the developers, let's be very clear, the bill deals with the surveyors elected official in IDM. So it's a bill between two agencies, how much redundancy in permitting we're going to do and whether jurisdiction so no developer private property owner has no jurisdiction. You've already given this rights to the government. No private land only has jurisdiction in regulated drains." [FOX59 News, YouTube, 3/9/20]

**Spartz Said That Not Just "Landowners And Farmer, But All Taxpayers" Would Benefit From Her Bill**

**Spartz Said That Not Just "Landowners And Farmers, But All Taxpayers" Would Benefit From Her Bill.** "'There are still plenty of state and federal regulations on the books dealing with wetlands, but even the federal government under the Clean Water Act exempts maintenance of drainage ditches from permitting. The misapplication of the statutes by the IDEM is costing thousands of dollars to local communities, like Hamilton



DCCC

County, which is an unnecessary and burdensome power grab by the state agency,' Spartz said. 'This bill benefits not just local government, landowners and farmers, but all taxpayers, since all bureaucracy costs are ultimately passed on to all taxpayers.'" [State Senator Victoria Spartz, News Release, 1/27/20]

### Spartz: "But You Gets Lots Of Fake News And Propaganda And Unfortunately Your Family Gets Criticized"

**VIDE: Spartz: "But You Gets Lots Of Fake News And Propaganda And Unfortunately Your Family Gets Criticized."** "[3:03] But they never meant to be lawmakers and policymakers. So we need to clarify the law. But you get lots of fake news and propaganda. And unfortunately, your family gets on criticize, and you have a lot of lies. And I'll be honest with you, the things that were written about my father in law was a pure lie, and I don't appreciate it, but you know, what they just politics. So you just have to have a tough skin. And unfortunate that comes with it. I don't like it, but it shouldn't make you upset. I guess you just have to win and go further." [State Senator Victoria Spartz, News Release, 1/27/20]

### Spartz Said The Bill Gave Local Communities Greater Flexibility And Deregulated "Burdensome Regulations"

**Spartz Said The Bill Gave Local Communities Greater Flexibility And Deregulated "Burdensome Regulations."** "Earlier this week my bill on maintenance of regulated drains successfully passed out of the Senate Environmental Committee. This legislation gives local communities greater flexibility and deregulates burdensome regulations that often cost local governments, businesses, farmers and land owners hundreds of thousands of dollars. Thanks to Hamiltion County Surveyor Kent Ward, Association of Indiana Counties, Indiana Farm Bureau and Indiana Builders Association for their support on this important legislation! This bills went through the second reading today and will go for a final vote next week." [Victoria Spartz, Facebook, 1/16/20]

Victoria Spartz
January 16 ·

Earlier this week my bill on maintenance of regulated drains successfully passed out of the Senate Environmental Committee. This legislation gives local communities greater flexibility and deregulates burdensome regulations that often cost local governments, businesses, farmers and land owners hundreds of thousands of dollars. Thanks to Hamiltion County Surveyor Kent Ward, Association of Indiana Counties, Indiana Farm Bureau and Indiana Builders Association for their support on this important legislation! This bills went through the second reading today and will go for a final vote next week.

[Victoria Spartz, Facebook, 1/16/20]

## Environmental Protections

### Spartz Was One Of A Few Senators Who Voted Against Rules Establishing Reservoir Conservancy Districts In Committee

**2020: Spartz Was One Of A Few Senators Who Voted Against Rules Establishing Reservoir Conservancy Districts In Committee.** Spartz voted against SB 430, "Reservoir conservancy districts. Allows a conservancy district to be established as a "reservoir conservancy district" if: (1) the conservancy district will be established for certain purposes; (2) the boundaries will encompass part or all of a reservoir located partly within a consolidated city; and (3) at least 25% of the surface of the reservoir is owned by a utility governed by a board of directors for utilities of a consolidated city. Requires the board of directors of a reservoir conservancy district and the utility that owns the reservoir (utility owner) to enter into an operating agreement that describes all works of improvement and maintenance that the reservoir conservancy district proposes to perform. Requires that all such works be approved by the utility owner before the work begins. Provides that a reservoir conservancy district has all of the powers granted to other conservancy districts with certain exceptions, including: (1) a reservoir conservancy district does



not have the power of eminent domain; and (2) the utility owner is exempt from all assessments, taxes, and fees imposed by the reservoir conservancy district. Imposes a limit on the special benefits tax levy of a reservoir conservancy district. Authorizes a reservoir conservancy district to impose and collect fees for the recreational use of watercraft on the reservoir, but provides that a one year use fee for a nonresident may not be 50% greater than the one year use fee for a resident, and that a one-day use fee may not exceed 17% of a one year use fee. Authorizes a reservoir conservancy district to establish rules concerning safety and resource conservation but provides that the rules shall not interfere with state rules or with the use of the reservoir for water supply purposes, shall not impair the commercial license of the commercial licensee of the utility owner, and shall not discourage uses of the reservoir for activities allowed under the fish and wildlife laws." The bill passed committee by a vote of 7 – 4. [Indiana General Assembly, SB 430, 1/27/20]

**However, Spartz Voted For The Bill During The Floor Vote**

**Spartz Voted For Rules Establishing Reservoir Conservancy Districts.** Spartz voted for SB 430 and the bill passed the Senate 46 – 2. [Indiana General Assembly, SB 430, 1/27/20]

## Climate Change

**Spartz Sais She Wanted Clean Water And Air But That We Needed To Bring Industries Back To The U.S.**

**VIDEO: Spartz Said She Wanted Clean Water And Air But That We Needed To Bring Industries Back To The U.S.** "[41:48] That we had five stages such as human beings, if we're saying that we're going to be controlling climate against telco over too much private as related to playing in environments we want to have, because I want my kids and all of us clean water and clean air. It's definitely by the way we can do the best we can do to actually bring the industry back from countries like China. I audited manufacturing company in the early 2000s. And we print unreasonable regulations, they move overseas. And what are they doing? They promoted as an app in the same atmosphere in the same water. We're just gonna have a border, you know, to separate us like we bring out reasonable regulation and actually help significantly to our environment.." [WFYI Online, YouTube, 5/12/20]

**Spartz Criticized Climate Change Regulations For Being Expensive And Said There Needed To Be Reasonable Regulations**

**Spartz Criticized Climate Change Regulations For Being Expensive And Said There Needed To Be Reasonable Regulations.** "What should be done to address climate change? At some point when you reach 95% efficiency, it becomes so expensive for these companies to create more efficiencies. So then they go to China and they pollute the same. It's all the same world, and they are polluting the same earth. China does whatever they want. We need to have reasonable regulations." [Indianapolis Business Journal, 5/1/20]

## Water Pollution

**Spartz Drafted Legislation To Remove Eminent Domain And Give The District Power To Take Land In Pursuit Of Lake Clean-Up**

**Spartz Drafted Legislation To Remove Eminent Domain And Give The District Power To Take Land In Pursuit Of Lake Clean-Up.** "There are 96 conservancy districts at lakes, creeks, rivers and dams across the state that are designed to control floods, sewage, drainage and pollution. Geist has frequent algae outbreaks that need to be controlled and constantly needs to be dredged to control sediment that blocks boating channels. […] Citizens has no opposition to the conservancy district, but opposed giving it eminent domain, said Citizens spokesman Dan Considine. State Sen. Victoria Spartz, R-Noblesville, said she drafted the legislation to remove eminent domain, which would have given the district the power to take land in pursuit of lake clean-up. She said conservancy



districts have too much authority and that the law establishing them decades ago is outdated. 'These districts have an enormous amount of power put into the hands of a few un-elected individuals,' Spartz said. 'I wanted to put some guardrails on that and put some limitations on that power. It's crazy to give the power of eminent domain to a small group of people.' Spartz said there are several other ways to raise funds for lake clean-up, such as partnerships between homeowners associations and sewer districts and cities." [Indianapolis Star, 4/8/20]

## Interest Group Ratings

### Spartz Received A 50% Rating From Citizen Action Coalition Of Indiana

**2019: Spartz Received A 50% Rating From Citizen Action Coalition Of Indiana.** [VoteSmart, Victoria Spartz, accessed 7/13/20]



# Equal Rights & Workplace Fairness

**Significant Findings**

- ✓ *Spartz voted for an amendment that gutted a bill that aimed to ensure accommodations for pregnant workers*
  - ✓ *The amendment urged the council to assign the measure to a study committee, which critics said gutted the bill*
  - ✓ *The bill would have required employers to make reasonable accommodations to pregnant workers*
  - ✓ *Spartz opposed the bill because she was afraid of the impact it would have on small businesses*
- ✓ *Spartz voted against raising the minimum age to marry to 16 years old*
  - ✓ *However, she later voted for the conference committee report of the bill*

## Discrimination

### Spartz Voted For An Amendment That Gutted A Bill Aimed On Ensuring Accommodations For Pregnant Workers

#### Spartz Voted For An Amendment On SB 342

**2020: Spartz Voted For An Amendment On SB 342.** SB 342 stated, "Pregnancy accommodation. Urges the legislative council to assign to an appropriate interim study committee the task of studying pregnancy and childbirth accommodations and the fiscal impact on businesses within Indiana." The amendment passed the Senate by a vote of 24 – 15. [Indiana General Assembly, SB 342, 2/3/20]

#### The Amendment To The Bill Urged The Council To Assign The Measure To The Summer Study Committee—Essentially Gutting The Bill

**The Amendment To The Bill Urged The Council To Assign The Measure To The Summer Study Committee—Essentially Gutting The Bill.** "The Indiana Senate on Monday gutted a bill that would have ensured accommodations for pregnant Hoosier workers - one of Gov. Eric Holcomb's legislative priorities. Sen. Andy Zay, R-Huntington, offered an amendment to Senate Bill 342 that urges the Legislative Council to assign the measure to a summer study committee. It doesn't even guarantee such a study would occur. It passed 34-15. 'I don't dismiss this. I don't take this lightly in any way. I simply think this needs more time,' he said." [Fort Wayne Gazette, 2/4/20]

#### The Bill Would Have Required Employers To Make Reasonable Accommodations To Pregnant Workers

**The Bill Would Have Required Employers To Make Reasonable Accommodations To Pregnant Workers.** "Generally, the bill would have required employers make 'reasonable' accommodations to pregnant workers or women who have given birth. These could include allowing pregnant women to use the bathroom more often or providing a private room to pump breast milk. It would have applied to businesses with 15 or more employees." [Fort Wayne Gazette, 2/4/20]

### Spartz Voted For The Amendment Because She Was Concerned About The Original Bill's Impact On Small Businesses

**Spartz Voted For The Amendment Because She Was Concerned About The Original Bill's Impact On Small Businesses.** "Sen. Victoria Spartz, R-Noblesville, spoke in support of the amendment. She said she has two daughters, and had to work two days before her delivery, then return to work when they were 12 weeks old. She said she was worried about the impact the initial bill would have on smaller businesses. 'We're talking a lot about small companies here, too,' she said. 'With some of these accommodations we can create, the companies wouldn't even want to hire females. We don't want to be in a position like that.'" [RTV6, 2/3/20]

## Equal Rights

### Spartz: "Let People Have Different Opportunities, Statuses, But Rights Are Equal"

**Spartz: "Let People Have Different Opportunities, Statuses, But Rights Are Equal!"** "The executive branch is on the side of the people. So that you can protect your rights in any case. America was created on the basis that everyone has the same rights. Let people have different opportunities, statuses, but rights are equal! Protection of the rights and freedoms of everyone is the basis of the foundations." [Zemlyaivolya.net, accessed 6/25/20]

### Spartz Voted Against Raising The Minimum Age To Marry To 16 Years Old

**2020: Spartz Voted Against Raising The Minimum Age To Marry To 16 Years Old.** Spartz voted against HB 1006, "Minimum age to marry and emancipation of minors. Specifies that an "adult" is: (1) a person at least eighteen years of age; or (2) a: (A) married minor who is at least sixteen years of age; or (B) minor that has been completely emancipated by a court; for the purpose of marriage. Raises the minimum age to marry from 15 years of age to 16 years of age." The bill passed the Senate 39 – 11. [Indiana General Assembly, HB 1006, 3/3/20]

### Spartz Later Voted For The Conference Committee Report

**However, Spartz Later Voted For The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 47 – 2. [Indiana General Assembly, HB 1006, 3/3/20]

## Equal Pay

### Women In Indiana Made 74.9 Cents For Every Dollar A Man Made

**Women In Indiana Made 74.9 Cents For Every Dollar A Man Made.** [National Women's Law Center, accessed 7/13/20]



# FEMA & Disaster Relief Issues

**Significant Findings**

- ✓ *Despite massive unemployment rates in Indiana, Spartz praised the country for adding "record breaking" jobs*
  - ✓ *In April and June 2020, Spartz praised the US for adding record breaking jobs throughout the country*
  - ✓ *However, in April 2020, Indiana reported 17.5% unemployment—the highest level of unemployment ever recorded in the state*
- ✓ *Spartz repeatedly criticized COVID-19 relief payments*
  - ✓ *She criticized the government for sending $1.4 billion in COVID-19 relief payments to dead people*
  - ✓ *Spartz on COVID-19 relief payments: "We wrote a lot of blank checks…and it is going to be very difficult to pay for some of them"*
  - ✓ *Spartz said House Democrats' COVID-19 relief plan would continue "waste" and "misspending," even though it helped Hoosiers*
- ✓ *Spartz praised Indiana Republican leadership—and criticized Nancy Pelosi's handling of the pandemic*
  - ✓ *Spartz praised the pro-jobs and fiscal responsibility approach state Republicans took*
  - ✓ *Spartz said that it was "critical" that leadership in the U.S. House change, as Nancy Pelosi's policies would undermine recovery efforts over the next two years*
- ✓ *Spartz said the COVID-19 pandemic was an opportunity to "be better in the future"*
- ✓ *Spartz praised President Trump's handling of the COVID-19 pandemic*
- ✓ *Spartz said the biggest challenge of the COVID-19 crisis was getting the economy back to work*
- ✓ *Spartz criticized an Indiana Supreme Court ruling that partially shielded COVID-19 stimulus checks from debt collection because it "overstepped" the court's role*

## COVID-19

### In The Middle Of The COVID-19 Pandemic, Spartz Praised The Country For Adding "Record Breaking" Jobs

**June 2020: Spartz Praised The United States For Adding 4.8 Million Jobs To The Economy, Stating It Was The Largest Single Month Gain In History**



**June 2020: Spartz Praised The United States For Adding 4.8 Million Jobs To The Economy, Stating It Was The Largest Single Month Gain In History.** "The U.S. added 4.8 million jobs in June – the largest single-month gain in history! This is tremendous news, but we still have a long way to go. In Congress, I'll fight for pro-growth policies to continue the great American comeback!" [Victoria Spartz, Twitter, 7/3/20]

[Victoria Spartz, Twitter, 7/3/20]

## May 2020: Spartz Praised The United States For Adding "A Record 2.5 Million" New Jobs

**May 2020: Spartz Praised The United States For Adding "A Record 2.5 Million" New Jobs.** "The American people are getting back to work and the economy is starting to recover. A record 2.5 million jobs were created in May. We must continue to ensure taxes and regulations are low so the economy can grow and life can get back to normal. https://cnb.cx/3czj2Xq #in05" [Victoria Spartz, Twitter, 6/5/20]

[Victoria Spartz, Twitter, 6/5/20]



**However, Indiana Reported A 17.5% Unemployment Rate In April 2020—The Highest Level Of Unemployment Ever Recorded In The State**

**April's Unemployment Data Was The Highest Level Of Unemployment Ever Recorded In The State.** "Indiana's unemployment rate for April skyrocketed to almost 17 percent, according to the Bureau of Labor Statistics Friday. That is, by far, the highest level of unemployment ever recorded in the state." [WFYI, 5/22/20]

**May 2020: Indiana Reported A 12.3% Unemployment Rate.** [Bureau of Labor Statistics, accessed 7/13/20]

**April 2020: Indiana Reported A 17.5% Unemployment Rate.** [Bureau of Labor Statistics, accessed 7/13/20]

## Spartz Criticized The Government For Sending $1.4 Billion In Coronavirus Relief Payments To Dead People

**Spartz Criticized The Government For Sending $1.4 Billion In Coronavirus Relief Payments To Dead People.** "According to the GAO, government watchdog: $1.4B of coronavirus payments went to dead people. Government is inherently inefficient and ineffective (it's always easier to spend someone else's money), so we need to think twice before giving more power to large bureaucracies. Government needs to be better and more transparent. This shouldn't be a partisan issue. As a CPA and former auditor, I worked on these issues in the State Senate, and can bring considerable expertise to Congress." [Victoria Spartz, Twitter, 6/28/20]

[Victoria Spartz, Twitter, 6/28/20]

## Spartz Praised Indiana Republican Leadership—And Criticized Nancy Pelosi's— Handling Of The COVID-19 Pandemic

**Spartz Praised Indiana Republican Leadership—And Criticized Nancy Pelosi's—Handling Of The COVID-19 Pandemic.** "The coronavirus shutdown has done major damage to our economy in Indiana, especially hurting small businesses and lower and middle income families. Thanks to the leadership of Republicans at the Statehouse, pro-jobs policies and fiscal responsibility, our state is in a much better position than many other states to weather this storm and come back strong. It is critical we change leadership in the U.S. House of Representatives to prevent



Nancy Pelosi from advancing higher taxes, bigger government and anti-jobs policies that will undermine our recovery over the next two years." [Victoria Spartz, Twitter, 6/18/20]

[Victoria Spartz, Twitter, 6/18/20]

## VIDEO: Spartz Said She Would "Stop Liberals From Exploiting Coronavirus To Advance Socialism"

**VIDEO: Spartz Said She Would "Stop Liberals From Exploiting Coronavirus To Advance Socialism."** [0:12] "Victoria will protect freedom, stand with Trump to bring jobs back from communist China, and stop liberals from exploiting coronavirus to advance socialism." [Spartz for Congress, YouTube, 5/22/20]

## Spartz Said The COVID-19 Crisis Was An Opportunity To "Be Better In The Future"

**VIDEO: Spartz Said The COVID-19 Crisis Was An Opportunity To "Be Better In The Future."** "[0:29] So we do things remotely related to the virus, I think it could be it's very unique situations, what we're dealing with, and we can look at it as an opportunity, how we can be better in the future, how we can look back and say, you know, what, there is some innovation that happened during this crisis. So I think there are a lot of things that we'll have to look in a positive way. And also have to look you know, a lot of policies the government set up, we're often having to deal with a crisis like a terrorist attack, whenever it was thought through, how can we deal with a crisis that lasts for a few months or longer? So do we have a mechanism to deal with that? How can branches can collaborate, how we're going to make sure that all of the rights, right people are protected?" [Victoria Spartz Interview, IN Focus, 5/18/20]

## Spartz Said That President Trump And Vice President Pence Were Doing A "Great Job" Handling The COVID-19 Crisis

**VIDEO: Spartz Said That President Trump And Vice President Pence Were Doing A "Great Job" Handling The COVID-19 Crisis.** "[12:25] Interviewer: Thank you, Mark small and again the question is how do you rate the federal government response to the Coronavirus? Smart? Spartz: I believe our president and vice president, I doing a great job. I believe Attorney General Barr is doing a great job, keep checking the check and balance constitutional



freedoms. I think it's important to have more local decisions at the state level and local level." [WFYI Online, YouTube, 5/12/20]

**Spartz On The COVID-19 Crisis: "We Wrote A Lot Of Blank Checks… And It Is Going To Be Very Difficult To Pay For Some Of Them"**

**VIDEO: Spartz On The COVID-19 Crisis: "We Wrote A Lot Of Blank Checks… And It Is Going To Be Very Difficult To Pay For Some Of Them."** "[12:43] And I understand it very well as a state legislator. as it related to our Congress in bills, I can tell you, we wrote a lot of blank checks. And this is going to be very difficult to pay for some of them. So we have to look how we can have more surgical and targeted approach to deal with issues. There's a lot of ways in the federal government and Congress has to step up and have more fiscal accountability." [WFYI Online, YouTube, 5/12/20]

**Spartz Said The Biggest Challenge With The COVID-19 Crisis Was Getting The Economy Back To Work**

**VIDEO: Spartz Said The Biggest Challenge With The COVID-19 Crisis Was Getting The Economy Back To Work.** "[19:31] The biggest challenge we're going to have is we need to get our economy back to war. And we need to have a person who understand business and understand how to create and implement policy. And they all a person who has a very broad business experience working for big four and some of the most complex companies in the world and very broad experience on Wall Street and I I'm also a person that has a very broad experience on Main Street, starting my own businesses." [WFYI Online, YouTube, 5/12/20]

**Spartz Said House Democrats' COVID-19 Relief Plan Would Continue "Waste" And "Misspending"**

**Spartz Said House Democrats' COVID-19 Relief Plan Would Continue "Waste" And "Misspending."** "'The left's new priority is to convince Congress to send hundreds of billions of additional dollars to states to help them weather the coronavirus storm. A leading Democratic proposal would funnel the money through Medicaid, with a built-in incentive for states to keep their economies closed and unemployment rates high.' We have to stop socialist Democrats from continuing waste and misspending! We are undermining our economic welfare and bankrupting future generations. It's UNACCEPTABLE!" [Victoria Spartz, Facebook, 5/5/20]

[Victoria Spartz, Facebook, 5/5/20]

**However, Governor Holcomb Used $25 Million From The CARES Act To Create A Rental Assistance Program In Indiana**

**However, Governor Holcomb Used $25 Million From The CARES Act To Create A Rental Assistance Program In Indiana.** "Hoosiers struggling to pay rent because they were impacted by the COVID-19 pandemic will be eligible to get some financial help as the state announces a $25 million initiative. Governor Eric Holcomb



said Wednesday the Indiana COVID-19 Rental Assistance Program will use money from the federal CARES Act to help up to 12,000 Hoosiers who live in rental properties outside of Marion County. The governor's office says the assistance is available to residents in all Indiana counties except Marion, where a local $15 million CARES Act-funded program will provide aid. 'This has been a very challenging time for Hoosiers, and the economic impacts of COVID-19 has left some renters in a tough spot,' said Gov. Holcomb, who indicated the program will 'support our renters, improve our state's housing stability and help prevent evictions as the state gets back on track.'" [Inside Indiana Business, 6/24/20]

## Spartz Called To Relax Center For Medicare And Medicaid Rules During The COVID-19 Pandemic

**Spartz Called To Relax Center For Medicare And Medicaid Rules During The COVID-19 Pandemic.** "We also have many patients who are blocked from access to health care either because their doctor's office is closed or they are fearful about going in for treatment and risking exposure to COVID-19. We have to relax CMS rules, so the patients, especially the most vulnerable seniors, can receive the services they need in the safest possible setting. It could be through telemedicine visits and home treatments." [Victoria Spartz, Facebook, 4/24/20]

Victoria Spartz
April 24 ·

I was glad to see that Governor Holcomb eliminated restrictions on elective medical procedures today. As someone who worked heavily on health care policies for the last two years, this issue was of a great concern to me. I had a lot of communications from my constituents and health care providers, and sent a letter to the Governor several weeks ago.

We also have many patients who are blocked from access to health care either because their doctor's office is closed or they are fearful about going in for treatment and risking exposure to COVID-19. We have to relax CMS rules, so the patients, especially the most vulnerable seniors, can receive the services they need in the safest possible setting. It could be through telemedicine visits and home treatments.

https://www.in.gov/gov/2384.htm

[Victoria Spartz, Facebook, 4/24/20]

## Spartz Was The Only State Legislator To Formally Call For A Special Session During The COVID-19 Pandemic

### Spartz Was The Only State Legislator To Formally Call For A Special Session During The COVID-19 Pandemic

**Spartz Was The Only State Legislator To Formally Call For A Special Session During The COVID-19 Pandemic.** "He says the General Assembly can suspend laws, but notes it hasn't been asked to do so. Only one legislator, Noblesville Sen. Victoria Spartz, has formally called for a special session, penning a letter to the governor. 'Given the length of time they have now been in effect,' wrote Spartz, who is running for Congress to replace Susan Brooks in the 5th District, 'I believe that the Indiana Constitution and public interest require the legislature to resume its Constitutional role in the process.'" [Indianapolis Star, 4/24/20]

### April 2020: Spartz Signed A Letter To The Governor Seeking A Special Session Of The Indiana General Assembly

**April 2020: Spartz Signed A Letter To The Governor Seeking A Special Session Of The Indiana General Assembly.** "Today, I signed a letter to the Governor asking to call a Special Session of the Indiana General Assembly if the provisions of Executive Order 20-22 should be extended beyond May 1, 2020. As Indiana enters its seventh week living under Executive Orders issued pursuant to I.C. 10-14-3 without the participation of the


Legislative branch of government, I have some concerns. Given the length of time they have now been in effect, I believe that the Indiana Constitution and public interest require the Legislature to resume its Constitutional role in the process. Indiana must now find the right balance between public health and economic health. The voice of Hoosiers in finding this balance is appropriately heard through their local legislators." [Victoria Spartz, Facebook, 4/21/20]

Victoria Spartz
April 21 ·

Today, I signed a letter to the Governor asking to call a Special Session of the Indiana General Assembly if the provisions of Executive Order 20-22 should be extended beyond May 1, 2020.

As Indiana enters its seventh week living under Executive Orders issued pursuant to I.C. 10-14-3 without the participation of the Legislative branch of government, I have some concerns. Given the length of time they have now been in effect, I believe that the Indiana Constitution and public interest require the Legislature to resume its Constitutional role in the process. Indiana must now find the right balance between public health and economic health. The voice of Hoosiers in finding this balance is appropriately heard through their local legislators.

[Victoria Spartz, Facebook, 4/21/20]

## Spartz Criticized An Indiana Supreme Court Ruling That Partially Shielded COVID-19 Stimulus Checks From Debt Collection Because It "Overstepped" The Court's Role

**Spartz Criticized An Indiana Supreme Court Ruling That Partially Shielded COVID-19 Stimulus Checks From Debt Collection Because It "Overstepped" The Court's Rule.** "Please read below Justice Slaughter's dissent on the recent Indiana Supreme Court's ruling partially shielding COVID-19 stimulus checks from debt collection who asserted the court was overstepping its 'limited role under Indiana's constitution—which is to interpret law, not make it.' One option Justice Slaughter suggested would be 'for our governor to call a special session of the general assembly to enact legislation codifying this result under state law.' I know that it's a lot of reading for Facebook post, but it's very well written." [Victoria Spartz, Facebook, 4/21/20]





Victoria Spartz
April 21 ·

Please read below Justice Slaughter's dissent on the recent Indiana Supreme Court's ruling partially shielding COVID-19 stimulus checks from debt collection who asserted the court was overstepping its "limited role under Indiana's constitution—which is to interpret law, not make it." One option Justice Slaughter suggested would be "for our governor to call a special session of the general assembly to enact legislation codifying this result under state law."

I know that it's a lot of reading for Facebook post, but it's very well written.

"I share the Court's desire to provide some measure of relief to Hoosiers who face severe financial challenges in these difficult and uncertain times. And today's order may succeed in
achieving this laudable goal. But with this order, we overstep our limited role under Indiana's constitution—which is to interpret law, not make it, and to leave to the political branches the prerogative of deciding and implementing policy.

The Court today invokes our original jurisdiction, with which we supervise the practice and procedure in Indiana courts, to issue an emergency rule providing what is tantamount to
substantive legal relief. We do so based on the view that individual stimulus payments that Congress recently appropriated under the CARES Act are to be used for life's necessities and, thus, should be exempt from garnishment and attachment by debt collectors and judgment creditors. Whether or not this result is what Congress intended, it is not what Congress enacted.

Nowhere did Congress declare these payments to be off-limits to collectors and creditors. And,
to date, neither has our legislature.

I am aware of no law—federal or state—exempting these stimulus payments from garnishment and attachment. And the Court cites none. That does not mean stimulus-payment recipients are without recourse. One option would be for the Congress to make clear the funds are not subject to garnishment and attachment. Another would be for the secretary of the treasury to issue regulatory guidance declaring these funds exempt. See 31 C.F.R. § 212.2(b). And a third option would be for our governor to call a special session of the general assembly to enact legislation codifying this result under state law.

I do not presume to defend the wisdom or legality of these or other potential policy options. But the course we choose today—providing substantive relief through our original jurisdiction in what amounts to "adjudication by rulemaking"—finds no legal support. And it is incompatible with the exercise of judicial power. We should decide parties' substantive rights and responsibilities in justiciable controversies litigated in the ordinary course—not in emergency rules.

For these reasons, I respectfully dissent."

https://www.in.gov/judic…/…/order-other-2020-20S-MS-258a.pdf

[Victoria Spartz, Facebook, 4/21/20]

## In The Comments Section, Spartz Clarified That She Opposed The Court Taking Up The Issue And Not The Issue Itself

**In The Comments Section, Spartz Clarified That She Opposed The Court Taking Up The Issue And Not The Issue Itself.** "Jerry Hallett: So to be clear, it is Victoria Spartz's position that this much needed aid, intended to help some families put food on the table, should be subject to debt collection? Spartz: Incorrect: my position is that this issue has to be resolved by legislative branch: Congress or General Assembly. As Justice Slaughter expressed in his dissent, the court cannot make law - irrelevant if it's trying to achieve a 'laudable goal'." [Victoria Spartz, Facebook, 4/21/20]





[Victoria Spartz, Facebook, 4/21/20]

## Spartz Held Concerns About Unchecked Executive Power During Time Of Crisis

**Spartz Held Concerns About Unchecked Executive Power During Time Of Crisis.** "Friends - I'd love your input on an issue that is affecting all of us right now. As some of you might know, after 9/11 we've increased the amount of authority our executive branch can have during crises. While we don't disagree with the intent, a number of my colleagues and I have some concerns allowing this amount of unchecked power for a prolonged period of time without proper legislative oversight. We are looking into addressing this issue next legislative session. Checks and balances of power are at the core of our Constitutional Republic, so it's very important to have proper checks!" [Victoria Spartz, Facebook, 4/17/20]



[Victoria Spartz, Facebook, 4/17/20]

## Spartz Praised A White House COVID-19 Briefing Call With Local Elected Officials

**Spartz Praised A White House COVID-19 Briefing Call With Local Elected Officials.** "We had a great White House COVID-19 briefing call today. I would like to thank our President and his staff for the direct and streamlined communications with the state and local elected officials. Since the beginning of his presidency, President Trump has been committed for the White House to be 'The People's House'. Please let me now if you encounter any federal or state regulations precluding you from dealing with the current crisis in the most efficient manner. Our



President and our state government are committed to cut any 'red tape' promptly. Please reach out to my official state email if you need any assistance and I'll take care of it for you. Stay safe!" [Victoria Spartz, Facebook, 3/25/20]



[Victoria Spartz, Facebook, 3/25/20]



# Foreign Policy Issues

**Significant Findings**

- ✓ *Spartz often criticized Ukrainian policies*
  - ✓ *Spartz stated that the difference between US and Ukrainian policy was the fact the US was independent*
  - ✓ *Spartz: "I have never seen worse economic policy than in Ukraine"*
- ✓ *Spartz said that the agro-industrial sector in Ukraine was the most promising*

## Ukraine

### Spartz Stated That The Difference Between US And Ukrainian Policy Was The Fact That The US Was Independent

**Spartz Stated That The Difference Between US And Ukrainian Policy Was The Fact That The US Was Independent.** "Ms. Victoria, tell us, what is the difference between US and Ukrainian policy?
- In the United States, all branches of government are created directly by the people, which makes them really completely independent. This is a unique form that provides legitimacy to all branches of government through elections: voters vote for the president, judges, congressmen and senators. This means that each of them has a people's mandate, their competencies do not intersect, they are constantly in contact, but do not conflict to a state of self-destruction. None of the branches of government has reason to say that I created you - another branch of government - and therefore you must answer to me. In market capitalist countries, the market must be protected from power. The constitution protects the market from government and parliament, and freedom of economic maneuver, trade, entrepreneurship, and creative individualism thrive." [Zemlyaivolya.net, accessed 6/25/20]

### Spartz: "I Have Never Seen Worse Economic Policy Than In Ukraine"

#### Spartz: "I Have Never Seen Worse Economic Policy Than In Ukraine"

**Spartz: "I Have Never Seen Worse Economic Policy Than In Ukraine."** "I graduated from the University of Economics in Kyiv. I don't know where all the economists went, but I have never seen a worse economic policy than in Ukraine. Until there is political stability, the economy will remain in such a disgraceful state. For example, Poland is a good example of a small but quite successful country. Even when I went to study in this country for practice, even then it was more progressive and with the right economic policy. Ukraine has huge resources and opportunities, but, unfortunately, does not have the proper support from the state." [Zemlyaivolya.net, accessed 6/25/20]

#### Spartz Stated That Society Should Not Impose "Exorbitant Taxes To Being It [Business] To Its Knees"

**Spartz Stated That Society Should Not Impose "Exorbitant Taxes To Being It [Business] To Its Knees."** "Society must value creativity and innovation, rejoice in the success of business, and not impose a number of exorbitant taxes to bring it to its knees. Ukrainian agribusiness should prosper, instead it is constantly suppressed by tariffs, quotas, limits… Trade restrictions do not give confidence to the farmer in the future. Because you can stay with your harvest in the field. I have a negative attitude to any regulation by the state, prices must shape the market. The state should not interfere in business, tighten regulation or increase tax pressure on



entrepreneurs. Wrong idea: he who earns a lot - does it unfairly. Who works a lot, he has, I would say." [Zemlyaivolya.net, accessed 6/25/20]

## Spartz Said The Agro-Industrial Sector In Ukraine Was The Most Promising

**Spartz Said The Agro-Industrial Sector In Ukraine Was The Most Promising.** "The land must have a master. And pass into the hands of those who want to work on it, not those who turned out to be a favorite of fate and received a gift of tens of hectares. Working with the ground is very difficult. And there must be the right legal framework. That the interests of the seller and the buyer were protected at the appropriate level. In my opinion, the agro-industrial sector in Ukraine is the most promising. But there must be a clear and reasonable legal framework. Ukraine has something to work on: fighting corruption, improving economic stability, getting business out of the shadows…" [Zemlyaivolya.net, accessed 6/25/20]


# Governance Issues

**Significant Findings**

- ✓ *Spartz proposed a resolution to establish an efficient process for constituents to report complaints*
  - ✓ *2017: Spartz met with members of the Trump administration to discuss ways to streamline communications with state and local officials*
- ✓ *Spartz said the solution to most problems in society was "less government and more freedom and competition"*
- ✓ *Spartz authored a bill that would enhance legislative oversight of the executive bureaucracy and decrease regulatory impact on small businesses*
- ✓ *Spartz signed a term limit pledge*
  - ✓ *She pledged to self-impose term limits to a maximum of three terms or less*
- ✓ *Spartz consistently pushed for efforts to audit the government*
- ✓ *Spartz opposed the use of judicial activism and executive orders*
- ✓ *Spartz stated she was "not a huge fan on the 17th amendment"*
  - ✓ *The 17th amendment gave each state two senators who served for six year terms*
  - ✓ *However, some conservatives pushed to repeal the amendment in order to return power to the state legislatures to appoint senators and rein in federal government*

## Constituent Services

### 2017: Spartz Proposed A Resolution To Establish An Efficient Process For Constituents To Report Complaints

**2017: Spartz Proposed A Resolution To Establish An Efficient Process For Constituents To Report Complaints.** "State Sen. Victoria Spartz is proposing a resolution to establish an efficient process for constituents to report issues or complaints with state or local government. 'I get a lot of different emails from my constituents, and some of those emails were people having some issues or problems with different local or state government units,' Spartz said. 'I have to refer them to the appropriate body because I can't go investigate myself, and I don't want to just disregard (the complaint) because it's important for us to address it.'" [Current in Westfield, 11/10/19]

#### Spartz Suggested That The State Board Of Accounts Work With The Inspector General To Find The Most Efficient Process

**Spartz Suggested That The State Board Of Accounts Work With The Inspector General To Find The Most Efficient Process.** "When a constituent requested information on the appropriate place to refer a complaint, and Spartz looked into the reporting process. She found that the Indiana Inspector General only has jurisdiction over state agencies, but Spartz suggested the constituent file a complaint with the inspector general as she worked to



establish a working committee to further explore the best process. […] Spartz suggested the State Board of Accounts work with the inspector general and other organizations, such as the Dept. of Revenue, to find the most efficient way to establish auditing procedures." [Current in Westfield, 11/10/19]

**2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials**

**2017: Spartz Met With Representatives Of The Trump Administration To Discuss Ways To Streamline Communications With State And Local Officials.** "The Trump Administration is looking to streamline communications with state and local elected officials, and a delegation from Indiana, including State Sen. Victoria Spartz (R-Noblesville), heard its ideas Wednesday. Spartz and 70 other elected officials met with representatives for the Trump Administration, at the White House, to express issues and concerns directly. 'I believe it's a very smart and proactive approach, since you can understand the real picture better being on the ground,' Spartz said. The delegation met with representatives from various federal agencies, including the departments of agriculture, transportation, the Veterans Administration, Housing and Urban Development and Health and Human Services." [The Times, 10/27/17]

**Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation**

**Vice President Mike Pence And Advisor Kellyanne Conway Welcomed Spartz And Other Members Of The Indiana Delegation.** "Vice President Mike Pence stopping by to welcome the delegation to the White House and White House advisor Kellyanne Conway discussed some initiatives she is working on, like the opioid crisis. 'I believe as a state we've created an excellent environment to advance our state further and have a number of key ingredients to solidify our position as a state with the most efficiency and one of the best places to live and do business,' Spartz said. 'Now is an opportunity to strengthen our brand further, so we can attract innovation, and financial and intellectual capital. I think Hamilton County brings a tremendous value to the state and can be a key partner to advance Indiana brand further. I look forward to working with our local elected officials and being their partner at the state level.'" [The Times, 10/27/17]

## Limited Government

### Spartz Said The Solution To Most Problems In Society Was "Less Government And More Freedom And Competition"

**Spartz Said That Solution To Most Problems In Society Was "Less Government And More Freedom And Competition."** "'We can never forget that the solution to most problems we have in our society is less government and more freedom and competition, whether it's education or healthcare,' Spartz stated. 'We must concentrate on core government functions to maintain law and order and an effective criminal justice system, protect private property rights, empower individuals to pursue happiness, and maintain a vibrant business environment.'" [Current in Westfield, 11/24/19]

## Legislative Oversight

### Spartz Authored A Bill That Would Enhance Legislative Oversight Of The Executive Bureaucracy And Decrease Regulatory Impact On Small Businesses

**Spartz Authored A Bill That Would Enhance Legislative Oversight Of The Executive Bureaucracy And Decrease Regulatory Impact On Small Businesses.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: A bill authored by State Sen. Victoria Spartz (R-Noblesville), that would enhance legislative oversight of the executive bureaucracy and decrease regulatory



impact on small businesses recently passed the Senate. If passed and signed into law, Senate Bill 364 would require that when new legislation is introduced, the potential regulatory impact on small businesses has to be disclosed and also directs state agencies to report on the issued agency regulations back to the legislative branch." [Targeted News Service, 2/20/20]

### According To A Report By NSCL, The Indiana Legislature Lacked Crucial Resources For Legislative Oversight

**According To A Report By NSCL, The Indiana Legislature Lacked Crucial Resources For Legislative Oversight.** "According the recent study of 50 states published in the NSCL journal last summer, 'the Indiana legislature lacks crucial institutional resources necessary for legislative oversight of the executive branch. Not only does the Indiana legislature lack some oversight prerogatives, it has been willing to eliminate some of the powers it had previously, such as eliminating the Administrative Rule Oversight Committee.'" [Targeted News Service, 2/20/20]

### Spartz: "I Understand How Detrimental Government Regulations Cane Be To Small Businesses"

**Spartz: "I Understand How Detrimental Government Regulations Cane Be To Small Businesses."** "'As a former large business advisor and current small business-owner, I understand how detrimental government regulations can be to small businesses,' Senator Spartz said. 'Pro-small business climate is extremely important for innovation, entrepreneurship and survival of the free enterprise system.'" [Targeted News Service, 2/20/20]

### Spartz Authored A Bill That Addressed Long-Term Fiscal Health Of The State And Improved Legislative Oversight

**Spartz Authored A Bill That Addressed Long-Term Fiscal Health Of The State And Improved Legislative Oversight.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 407 would establish the Economic and Regulatory Policy Task Force to address the long-term fiscal health of the state, improve legislative oversight and reporting, enhance internal controls and audit procedures, increase transparency, and simplify the regulatory environment of small businesses in Indiana." [Targeted News Services, 3/7/19]

## Pensions

### Spartz Authored A Bill That Provided Lawmakers With More Relevant Pension-Related Information

**Spartz Authored A Bill That Provided Lawmakers With More Relevant Pension-Related Information.** "A bill authored by State Sen. Victoria Spartz (R-Noblesville) that would provide lawmakers with more relevant pension-related information recently passed the Senate by a unanimous vote. Senate Bill 545 would require the executive director of the Indiana Public Retirement System and trustee of the Indiana State Police Pension Trust to report any stress tests as well as sensitivity and risk analyses performed each year to the Interim Study Committee on Pension Management Oversight." [The Times, 2/25/19]

## Term Limits

### Spartz Signed A Term Limit Pledge

**Spartz Signed A Term Limit Pledge.** "The 5th District has long been considered one of the strongest Republican Party strongholds in the nation, and any real challenge that Brooks might have faced was in the GOP primary. To date Republicans signing the term limit pledge include Beth Henderson, Andrew Bales, Danny Niederberger,


Micah Beckwith and Victoria Spartz. There are 15 Republicans seeking the nomination, so 10 of the candidates have decided not to sign the pledge." [Kokomo Tribune, 4/12/20]

### Spartz Pledged To Self-Impose Term Limits To A Maximum Of Three Terms Or Less

**Spartz Pledged To Self-Impose Term Limits To A Maximum Of Three Terms Or Less.** "Politics was never meant to be a career, but a duty to society. I believe in term limits and will self-impose term limits to a maximum three terms or less." [Victoria Spartz, Facebook, 4/5/20]

[Victoria Spartz, Facebook, 4/5/20]

## Government Accountability

### Spartz Said That The Government Must Be Audited

**Spartz Said That The Government Must Be Audited.** "Our laws are convoluted and cumbersome. We must audit the government and simplify the code to provide more transparency." [Spartz for Congress, accessed 7/6/20]

### Spartz Voted Against A Bill That Made Changes To The State Board Of Accounts—A Bill That She Sponsored

#### 2020: Spartz Was One Of A Few Senators That Voted Against A Bill That Made Changes To The State Board Of Accounts

**2020: Spartz Voted Against A Bill That Made Changes To The State Board Of Accounts.** Spartz voted against HB 1108, "State board of accounts. Makes various changes to statutes concerning the state board of accounts (board). Adds a definition of a 'responsible officer of an audited entity'. Allows the audit committee to determine the amount of the bond for the state examiner, deputy examiners, and field examiners based on applicable risk considerations. Repeals a statute that addresses duties required by law on April 5, 1909. Provides that, for purposes of the risk based examination criteria, the board may perform examinations of certain audited entities more frequently than once every four years if required by a ratings agency that rates debt maintained by such an audited entity. Provides that the board may issue management letters based on professional auditing standards to certain audited entities. Provides that the state examiner, deputy examiner, or field examiner may issue subpoenas to enforce the filing of certain reports. Establishes a procedure governing the examination of certain bodies corporate and politic." The bill passed the Senate by a vote of 47 – 3. [Indiana General Assembly, HB 1108, 3/3/20]



**2020: Spartz Voted Against The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1108, 3/3/20]

**However, Spartz Sponsored HB 1108**

**2020: Spartz Sponsored HB 1108.** [Indiana General Assembly, HB 1108, 3/3/20]

## Spartz Voted To Require Coordination With The Governor's Cabinet And Stakeholders

**2020: Spartz Voted To Require Coordination With The Governor's Cabinet And Stakeholders.** Spartz voted for HB 1419, "Governor's workforce cabinet. Makes changes to the membership of the governor's workforce cabinet. Requires the governor's workforce cabinet to work with stakeholders from early learning through the workforce to establish alignment and coordination between the early learning advisory committee, state board of education (state board), commission for higher education, and department of workforce development." The bill passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1419, 3/3/20]

## 2019: Spartz Tweeted To Senator Rand Paul And Club For Growth Saying That The Government Should Be Audited

**2019: Spartz Tweeted To Senator Rand Paul And Club For Growth Saying That The Government Should Be Audited.** "We need to AUDIT the GOVERNMENT and have PCAOB AUDIT the AUDITORS! It will solve a lot of problems!" [Victoria Spartz, Twitter, 9/1/19]

[Victoria Spartz, Twitter, 9/1/19]

# Supreme Court

## Spartz Said The Reputation Of The Supreme Court Justices Was "Impeccable"

**Spartz Said The Reputation Of The Supreme Court Justices Was "Impeccable."** "The United States has a clear and transparent judiciary, headed by a Supreme Court of nine judges. The people know them personally and by name, and their reputation is impeccable." [Zemlyavolya.net, accessed 6/25/20]

**However, 42% Of Americans Disapproved Of The Way The Supreme Court Was Handling Its Job**



**September 2019: 42% Of Americans Disapproved Of The Way The Supreme Court Was Handling Its Job.** According to Gallup, a poll conducted from September 3 to September 15, 2019 found that 42% of Americans disapproved of the way the Supreme Court was handling its job and 54% approved. [Gallup, 9/15/19]

# Constitutional Issues

## Spartz Opposed Judicial Activism And Executive Orders

**VIDEO: Spartz Opposed Judicial Activism And Executive Orders.** "They're all made in life is through their constant region of the United States of America into the constitution of the state of Indiana. Unfortunately, the legislative branch, a lot of times forget that they are checking back in legislative branch at each level where the federal, state or local became much weaker. We have to remember when the policymakers if we don't do our job, then we have judicial activism and the executive branch legislative laws and that is wrong. And I think it's very important to remember and also kind of know and to challenge my Republican establishment quite" [WFYI Online, YouTube, 5/12/20]

## Spartz Said She "Wasn't A Big Fan Of The 17th Amendment," Which Gave Each State Two Senators

**VIDEO: Spartz Said She "Wasn't A Big Fan Of The 17th Amendment."** "[25:56] Well, unfortunately the constitution they have is not as good and they keep changing it. Okay, that is a problem. And if you look at a lot of Eastern Europe , they just right now, they keep changing the Constitution of Hungary and its like new President came in, let's change the constitution. That is the beauty of our Constitution, that change probably, like 17th amendment that I'm not a huge fan of that to tell you the truth. After that, [inaudible] became very hard to enforce for us at the states from my perspective, but you know, but I think that's something you know, I think we have genius." [David Christmas for Evansville City Council, YouTube, 4/30/18]

### The 17th Amendment Gave Each State Two Senators Who Served For Six Years

**The 17th Amendment Gave Each State Two Senators Who Served For Six Years.** "The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures." [Constitution Center, accessed 7/7/20]

### Repealing The 17th Amendment Would Return Power To State Legislatures To Appoint Senators And Rein In The Federal Government

**Repealing The 17th Amendment Would Return Power To State Legislatures To Appoint Senators And Rein In The Federal Government.** "Repealing the 17th Amendment, which would end the direct election of U.S. senators and return the power of appointing senators to state legislatures, is a popular idea among many conservatives. They argue that giving state governments a more formal and direct representation in Congress would resuscitate constitutional federalism, which has been adversely affected by the Progressive Era amendment passed by Congress in 1912 and ratified by the states a year later. Advocates of repeal reason that under the sway of state legislators, senators would rein in federal government overreach and stanch its growth." [Heritage Foundation, 8/22/18]

# License Issues



**Spartz Was One Of A Few Senators Who Voted Against The Conference Committee Report Allowing A Government Agency To Require Verification Of An Professional Or Occupational License**

**2019: Spartz Was One Of A Few Senators Who Voted Against The Conference Committee Report Allowing A Government Agency To Require Verification Of An Professional Or Occupational License.** Spartz voted against the report for SB 419, "Professional and occupational licenses. Provides that an agency or political subdivision may require verification of an individual's eligibility for a professional or occupational license, by requiring the individual to verify under penalty of perjury that the individual is: (1) authorized by the federal government to work in the United States; and (2) executing the verification only for the purpose of applying for a professional or occupational license issued by the state agency or political subdivision. Provides that an individual who is authorized by the federal government to work in the United States is eligible for a professional or occupational license issued by a state agency or political subdivision if the individual meets all the requirements, other than the requirement under 8 USC 1621(a), to obtain or renew the professional or occupational license. Provides that a unit does not have the power to license, register, or certify a person to practice the person's profession or occupation within the unit if the occupation or profession is subject to licensure, registration, or certification under the Indiana Code. Provides that this prohibition does not apply to: (1) registration for particular projects for the alteration, construction, demolition, or repair of a building or other work on real property required under an ordinance or rule adopted under local government law; (2) the ability to revoke, suspend, or impose additional conditions on a permit or registration previously given if the person holding the permit or registered has performed substandard work or has otherwise violated any condition of the permit or registration; or (3) when the unit determines the establishment and enforcement of health and safety standards for the occupation or profession is appropriate and necessary to protect the public." The report passed the Senate by a vote of 39 – 8. [Indiana General Assembly, SB 419, 3/14/18]



# Gun Issues

**Significant Findings**

- ✓ *After the 2018 Noblesville West Middle School shooting, Spartz ignored her community's pleas for better gun control measures and merely sponsored legislation that commemorated teachers and first responders who aided in the situation*
  - ✓ *Spartz was one of just 6 legislators who voted against prohibiting juvenile offenders from purchasing guns*
  - ✓ *Spartz voted to allow people to carry firearms in churches and schools*
  - ✓ *Spartz voted to require school employees to complete various trainings in order to carry a firearm in a school*
  - ✓ *Spartz voted against expanding mental health services in schools*
  - ✓ *Noblesville Stands Together, a gun control group that was formed by parents after the shooting, opposed Spartz's election to Congress*
- ✓ *Spartz often cited her experience living in Ukraine as to why she was a supporter of the 2nd amendment*
  - ✓ *Spartz said that the first thing dictators do is take away guns from law abiding citizens*
  - ✓ *Spartz said that while she was a child living in Ukraine, she had to put together an AK-47 in 45 seconds during school*
  - ✓ *Spartz said the "tyranny of government" was the most important part of the 2nd amendment at that the President of Ukraine only listens to the people now because they have guns*
- ✓ *Spartz said that she was once reported to the FBI as a suspicious person after she had purchased several AK-47s online*
  - ✓ *Spartz used this story to argue that women and minorities will be discriminated against if guns control is enacted*
- ✓ *Spartz was endorsed by the NRA and she stated she was a lifelong member of the group*

## Noblesville West Middle School Shooting

### In May 2018, A Student Fired Shots In A Classroom At Noblesville West Middle School, Shooting A Classmate And A Teacher Who Attempted To Intervene

**May 2018: A Noblesville West Middle School Student Brought Weapons To School And Shot A Teacher And A Student.** "According to prosecutors, the seventh-grade boy came to school with weapons in his backpack, put the bag in his locker and went to class. Prosecutors said during the boy's second period science class with Jason Seaman, students took a quiz on school-issued iPads. The boy finished early, asking to be excused. He went to his locker, got his backpack and headed to the bathroom, where he left the bag. […] According to prosecutors, the



suspect returned to the classroom with weapons hidden in his hooded sweatshirt. The boy entered and fired the .22-caliber handgun, hitting Seaman. […] Prosecutors said the boy kept firing, striking Seaman and Whistler. […] Seaman said he was shot three times — once in the abdomen, once in the right forearm, and once in the right hip. He was taken to IU Health Methodist Hospital, where he underwent surgery." [Indianapolis Star, 11/5/18]

**The Teacher Ultimately Intervened In The Situation , Pinned The Shooter To The Ground, And Called For Help.** "Seaman was holding a small basketball that he 'double-pumped,' which he said he learned in training. He said he threw it at the boy as hard as he could and went to rush him in a 'bear hug.' […] Seaman said he pinned the boy to the ground, which caused him to drop the weapon. Seaman said he shouted at the other students to 'Run, get out of the classroom, call 911.' Seaman testified that he asked the shooter if he had any other weapons, and unloaded another gun and ammunition. An eighth-grade teacher in the hallway saw the disturbance and called the school office to request a resource officer, said prosecutors. Seaman said the school resource officer entered the classroom with a key, searched the room for other weapons and checked Seaman's wounds." [Indianapolis Star, 11/5/18]

**Noblesville West Middle School Was Located In Indiana's 5th Congressional District And Spartz' Senate District**

**Noblesville West Middle School Was Located In Indiana's 5th Congressional District.** [House.gov, accessed 7/23/20]

**Noblesville West Middle School Was Located In Spartz's State Senate District.** [Indiana General Assembly, Find Your Legislator, accessed 7/23/20]

**The Shooting Was Followed By Calls For Gun Control Measures In Indiana, Particularly To Address Guns In Schools**

**A Community Group, Noblesville Stands Together, Called For Safety Improvements In Schools Following The Shooting.** "When she says 'we,' Rogers is talking about the parent group Noblesville Stands Together – formed in the days after the shooting. At first, she said, it was just therapy. Parents who'd all been through the same traumatic day coming together to talk about what had happened to them. 'There were quite a few of us that said … "Thank god we have our kids back and thank God the two shooting victims are going to survive, but…"'" [Indianapolis Star, 5/21/19]

**Noblesville Families Lobbied The Indiana State Legislature To Push For Stricter Gun Measures.** "Several Noblesville families lobbied at the Statehouse this year, pushing for stricter gun laws and other measures. 'It's an opportunity to say, "Yes, this happened to us and we are moving forward,"' Rogers said, 'to see and urge the governor and state leaders and for them to lead. I feel like the schools have stepped up. Parents have stepped up, the community has stepped up. It just feels like there's this gap and its going to continue to happen unless we start to have those conversations.'" [Indianapolis Star, 5/21/19]

**Nearly A Year After The School Shooting, State Lawmakers Aimed To Make Schools Safer—Including Mental Health Services.** "It's been nearly a year since a 13-year-old boy left his science classroom at Noblesville West Middle School to use the restroom and returned with a gun, wounding a classmate and teacher and shattering the semblance of safety under which many Indiana schools and families had been operating. What followed was months of study — led by a statewide task force of first responders, public safety officials, school administrators and others — about how Indiana could make its schools safer. Their ideas would focus on better building security, expanded mental health services for students and other measures. State lawmakers this year would approve some proposals but not others, leaving districts that want to address more broadly in their schools things like mental health and social and emotional wellness to do so on their own." [Indianapolis Star, 5/21/19]



## Following The Noblesville West Shooting, Spartz Voted Against Prohibiting Juveniles With Felony Records From Purchasing Guns…

**Spartz Voted Against Prohibiting Juveniles From Purchasing Guns.** "For example, prior to NST's advocacy, nothing would have prevented the Noblesville shooter from purchasing a firearm immediately upon his release. Because the shooter was adjudicated in juvenile court, he was not found guilty of a felony, and therefore, laws prohibiting felons from having guns did not apply to him. Not surprisingly, the NRA opposed us. And their willing partner in this cynical, dangerous effort was Victoria Spartz. Repeatedly, Sen. Spartz rejected her constituent's requests for help. She argued against the juvenile prohibition in 2019 and in 2020. She voted no on it last session, (SB 16, Roll Call #11). Further, she actually spoke against it on the Senate floor, urging her colleagues to also vote no." [Current in Carmel, Letter to the Editor, 5/28/20]

### Spartz Was One Of Just 6 Legislators Who Voted Against The Bill

**2020: Spartz Was One Of 6 Legislators Who Voted Against Prohibiting A Juvenile Who Committed A Serious Felony With A Firearm From Possessing A Gun.** Spartz voted against SB 16, "Juvenile delinquents and firearms. Prohibits a person who has been adjudicated a delinquent child for committing an act while armed with a firearm that would be a serious violent felony if committed by an adult (serious delinquent) from possessing a firearm unless the person is at least: (1) 26 years of age, in the case of less serious acts; or (2) 28 years of age, in the case of more serious acts. Makes possession of a firearm by a serious delinquent a Level 6 felony, and increases the penalty to a Level 5 felony for a second or subsequent offense. Requires a juvenile court to transmit certain findings to the office of judicial administration for transmission to the National Instant Criminal Background Check System (NICS) upon a finding of delinquency for an act that would be a serious violent felony if committed by an adult." The bill passed by a vote of 43 – 6. [Indiana General Assembly, SB 16, 1/4/20]

## …Voted To Allow People To Carry Firearms In Churches And Schools…

**2019: Spartz Voted For A Bill That Eliminated A Short Term Permit Fee And Allowed People To Carry Firearms In Churches.** Spartz voted for HB 1284, "Self-defense, defense of others, and firearms matters. Designates the following as voter registration offices: (1) Each office affiliated with the Indiana state police. (2) Each office affiliated with the sheriff of a county. (3) Each office affiliated with a municipal law enforcement agency. Provides immunity for a justified use of force in certain instances. Requires a court to award, in certain instances, reasonable attorney's fees and costs to a defendant when the justified use of force immunity is successfully raised. Permits a person who may legally possess a firearm to possess a firearm on school property if the person possesses the firearm: (1) as an employee or volunteer of a house of worship located on the school property; or (2) while attending a worship service or religious ceremony conducted at a house of worship. Increases the duration of a four year handgun license to five years. Provides that an individual may simultaneously hold both a five year license and a lifetime license. Requires a law enforcement officer to whom an application for a handgun license is made to consult available local, state, and federal criminal history data banks, including the National Instant Criminal Background Check System (NICS), when determining whether possession of a firearm by an applicant would be a violation of state or federal law. Modifies the fees for five year licenses beginning July 1, 2020. Makes conforming amendments." The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, HB 1284, 4/8/19]

### Spartz Voted To Allow Firearms At Religious Schools Just Months Before The Noblesville West Shooting

**2018: Spartz Voted To Allow People To Carry Firearms Onto Religious Property That Was Also A School.** Spartz voted for SB 33, "Houses of worship and firearms. Permits a person who may legally possess a firearm to possess a firearm on school property, unless prohibited by the house of worship, if the person possesses the firearm: (1) as an employee or volunteer of a house of worship located on the school property; or (2) while attending a worship service or religious ceremony conducted at a house of worship. Excludes certain nonexclusive uses of



school property from the statutory definition of 'school property'." The bill passed the Senate by a vote of 43 – 5. [Indiana General Assembly, 2/6/18]

**The 2018 Bill Amended A Law That Barred Guns On School Properties**

**The 2018 Bill Amended A Law That Barred Guns On School Properties.** "The Indiana Senate passed legislation Tuesday that would permit a licensed gun owner to carry a firearm onto church property that also has a school. Current law bars guns on school property but Senate Bill 33 aims to change that, allowing the gun owner to carry the weapon when attending worship, working or volunteering for the church." [NUVO, 2/6/18]

## …Voted For Bills That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School…

**Spartz Voted For The Bills In 2020 And 2019**

**2020: Spartz Voted For A Bill That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School.** Spartz voted for SB 263, "Specialized weapons training. Provides that, before an employee or any other staff member of a school corporation, charter school, or nonpublic school, may carry a firearm in or on school property as authorized by a school board of the school corporation, charter school, or nonpublic school, the employee or staff member shall do the following: (1) Successfully complete certain specialized weapons training or other firearm training. (2) Provide proof to the school board that the employee or other staff member has successfully completed the training. (3) Complete the Minnesota multiphasic personality inventory 2 (MMPI-II) and provide the results from the inventory to the school board of the school corporation, charter school, or nonpublic school. Establishes requirements for specialized weapons training. Requires an employee or any other staff member of a school corporation, charter school, or nonpublic school to successfully complete sixteen hours of weapons training each year that the employee or staff member is authorized and intends to carry a firearm in or on school property. Provides that the specialized weapons training must be provided by a person or entity approved by the school board of the school corporation, charter school, or nonpublic school. Allows a school to barricade or block a door during an active shooter drill or during an active shooter emergency occurring in a school building" The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, SB 263, 2/4/20]

**2019: Spartz Voted For A Bill That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School.** Spartz voted for HB 1253, "Specialized weapons and other training. Provides that, before an employee or any other staff member of a school corporation, charter school, or nonpublic school may carry a firearm in or on school property as authorized by a school board of the school corporation, charter school, or nonpublic school, the employee or staff member shall do the following: (1) Successfully complete certain specialized weapons training. (2) Provide proof to the school board that the employee or other staff member has successfully completed the specialized weapons training. (3) Complete the Minnesota multiphasic personality inventory 2 (MMPI-II) and provide proof of completion to the school corporation, charter school, or nonpublic school. Requires an employee or any other staff member of a school corporation, charter school, or nonpublic school to successfully complete eight hours of weapons training each year that the employee or staff member intends to carry a firearm in or on school property. Provides that a school corporation, charter school, or accredited nonpublic school may use grant money received from the Indiana safe schools fund to pay for part or all of specialized weapons training for employees of the school corporation, charter school, or accredited nonpublic school who are required to successfully complete or who request to attend the specialized weapons training. Establishes requirements for specialized weapons training." The bill passed the Senate by a vote of 32 – 14. [Indiana General Assembly, HB 1253, 4/16/19]

## ...And Voted Against Expanding Mental Health Services For Students In Schools


**Spartz Voted Against Bill That Dealt With A Variety Issues Related To School Mental Health And Safety**

**2019: Spartz Voted Against A Bill That Dealt With A Variety Issues Related To School Mental Health And Safety.** Spartz voted against SB 266, "School mental health, safety, privacy, and other education matters. Adds additional purposes for which advances made under the school corporation and charter school safety advance program may be used. Amends the purposes of the Indiana safe schools fund. Makes changes to the membership of the county school safety commission. Establishes the integrated school based mental health and substance use disorder services grant program to provide grants to school corporations, charter schools, and accredited nonpublic schools for use in developing and implementing integrated school based mental health and substance use disorder services plans. Requires a law enforcement agency to send a written copy of the statutory definition of a 'dangerous' person, and written instructions concerning the reporting of a dangerous person, to each charter school, nonpublic school, and school corporation in the law enforcement agency's jurisdiction." The bill passed by a vote of 29 – 20. [Indiana General Assembly, SB 266, 2/26/19]

**The Bill Gave Schools Funding To Expand Mental Health Services For Students**

**The Bill Gave Schools Funding To Expand Mental Health Services For Students.** The two authored Senate Bill 266 which would give schools funding and a roadmap for expanding individualized mental health services for students. If signed into law, SB 266 would allow the state to award 'secured school grants' to schools seeking to partner with mental health professionals outside the school community or provide internal counseling services. Schools that receive the funding would be required to disclose available resources to parents. Additionally, a child seeking out a mental health service can only do so if they receive prior consent from a parent or guardian. This provision was added to SB 266 earlier this session after debate in the Senate Committee on Education and Career Development, which approved it 10-0. Thursday, the Senate Appropriations Committee also gave it a unanimous thumbs-up." [Greensburg Daily News, 2/16/19]

**The Bill Provided $10 Million In Grants For Mental Health Services**

**The Bill Provided $10 Million In Grants For Mental Health Services.** "Senate Bill 266, which would expand the state's safe schools fund to provide $10 million in grants for mental health services, narrowly passed the Senate 29-20 on Feb. 26. Nineteen GOP senators voted against the bill as well as one Democrat, Greg Taylor of Indianapolis. Crider told the Daily Reporter a few days before last week's vote that many of his fellow Republicans were voicing opposition to the bill." [Daily Reporter, 3/6/19]

## Noblesville Stands Together, A Gun Control Group Formed After The Shooting, Opposed Spartz' Congressional Run, Arguing That She Ignored Their Pleas To Support Gun Control Measures

**HEADLINE: Spartz Rejected Constituents' Requests For Help**

**HEADLINE: Reader Viewpoint: Spartz Rejected Constituents' Requests For Help.** [Herald Bulletin, 5/29/20]

**Noblesville Stands Together Criticized Spartz For Her Votes To Allow Juveniles With Felony Records To Purchase Guns**

**Noblesville Stands Together Criticized Spartz For Her Votes To Allow Juveniles With Felony Records To Purchase.** "NST thought this was a no-brainer: if a person who planned and attempted a massacre at a school and gravely wounded two people while trying to kill them isn't too dangerous to have a gun, who is? Who could be against keeping guns away from such a person? Not surprisingly, the NRA was against it. While the NRA won't admit it publicly, it worked behind the scenes to water the legislation down, delay, or defeat it. And their willing partner in this cynical and dangerous effort was Victoria Spartz. Repeatedly, Sen. Spartz rejected her constituent's requests for help. She argued against the juvenile prohibition in 2019 and in 2020. She voted no on it last session. (SB 16, Roll Call #11) Further, she actually spoke against it on the Senate floor, urging her colleagues to also vote



no. Fortunately, 43 of the 50 senators declined to take her advice. Let's be clear about what happened here: Victoria Spartz chose to protect the gun rights of a school shooter over a common-sense law to keep guns away from people who have already committed a violent act." [Herald Bulletin, 5/29/20]

**Noblesville Stands Together Criticized Spartz For Advertising Her NRA Endorsement, Saying It Was An Insult To Parents And Children Affected By The School Shooting**

**Noblesville Stands Together Criticized Spartz For Advertising Her NRA Endorsement, Saying It Was An Insult To Parents And Children Affected By The School Shooting.** "As voters consider their choices in the 5th Congressional District, there are some things they should know about Victoria Spartz. Noblesville Stands Together was formed by parents after the 2018 shooting at Noblesville West Middle School. […] Today, she proudly advertises her hard-earned NRA endorsement, adding insult to injury for parents whose kids hid under desks and ran out of their school to avoid bullets. Hoosiers want leaders who act on our behalf, not in pursuit of extreme ideological agendas. We should carefully consider whether sending more culture warriors to Washington, D.C., is the answer." [Current in Carmel, Letter to the Editor, 5/28/20]

**Spartz Authored A Resolution To Honor Teacher Jason Seaman And First Responders For Their Heroic Actions During The Noblesville West Middle School Shooting**

**Spartz Authored A Resolution To Honor Jason Seaman And First Responders For Their Heroic Actions During The Noblesville West Middle School Shooting.** "State Sen. Victoria Spartz (R-Noblesville) recently presented Senate Concurrent Resolution 43 in the Senate Chamber, honoring Jason Seaman, first responders, public safety officers, and other individuals for their heroic actions at Noblesville West Middle School during a school shooting in May of 2018. SCR 43 recognized Seaman, a science teacher at NWMS, for his brave and swift actions to disarm the shooter who opened fire in his classroom, saving the life of Ella Whistler and countless others. Seaman was shot three times in his abdomen, hip and forearm. 'The bravery and courage shown by Mr. Seaman and so many other people on that terrifying day is truly inspirational,' Spartz said. 'I am proud of you, your community is proud of you, and your state is proud of you. Thank you for all you did to protect and serve our NWMS students and staff.'" [The Times, 3/30/19]

## Gun Control

**Spartz Voted For A Bill That Prohibited A Person Deemed Dangerous By A Court From Purchasing Or Handling A Firearm**

**2019: Spartz Voted For A Bill That Prohibited A Person Deemed Dangerous By A Court From Purchasing Or Handling A Firearm.** Spartz voted for HB 1651, "Judicial evaluation of dangerous individuals and firearms. Provides that a judicial finding of dangerousness may be used to initiate temporary commitment proceedings. Provides that a dangerous person is not a proper person for the purpose of: (1) applying for; or (2) receiving; a license to carry a handgun. Provides that a dangerous person who knowingly or intentionally: (1) rents; (2) purchases; (3) receives transfer of; (4) owns; or (5) possesses; a firearm commits dangerous possession of a firearm, a Class A misdemeanor. Provides that a person who knowingly or intentionally: (1) rents; (2) transfers; (3) sells; or (4) offers for sale; a firearm to a person that a court has found to be dangerous or prohibited from owning or possessing a firearm commits dangerous transfer of a firearm, a Level 5 felony." The bill passed the Senate by a vote of 36 – 10. [Indiana General Assembly, HB 1651, 4/16/19]

## Second Amendment

**Spartz Said She Defended The Second Amendment While In The Indiana Senate**



DCCC

**Spartz Said She Defended The Second Amendment While In The Indiana Senate.** "I've been called the 'relentless' in the Indiana State Senate because I'm not afraid to take on the tough fights and see them through to victory. I've stood up for veterans, protected life, defended the Second Amendment and opposed tax increases. Indiana families can count on me to do the same in Congress. Watch our new ad to learn more about my background and record of conservative results." [Victoria Spartz, Facebook, 5/22/20]

Victoria Spartz
May 22 ·

I've been called the 'relentless' in the Indiana State Senate because I'm not afraid to take on the tough fights and see them through to victory. I've stood up for veterans, protected life, defended the Second Amendment and opposed tax increases. Indiana families can count on me to do the same in Congress.

Watch our new ad to learn more about my background and record of conservative results. 📺⬇️⬇️⬇️

[Victoria Spartz, Facebook, 5/22/20]

## Spartz Said She Understood The Fundamental Reason For The 2nd Amendment After Growing Up In A Dictatorship

**Spartz Said She Understood The Fundamental Reason For The 2nd Amendment After Growing Up In A Dictatorship.** "Spartz grew up in the Ukraine and moved to the United States 20 years ago. She said she grew up under a government dictatorship and understands that the fundamental reason for the 2nd Amendment is to protect people from any potential tyranny of the government." [Herald Bulletin, 4/15/20]

## Spartz Said That The First Thing Dictators Do Is Take Away Guns From Law Abiding Citizens

**Spartz Said That The First Thing Dictators Do Is Take Away Guns From Law Abiding Citizens.** "We must always remember that our Founding Fathers made this amendment the second, not the fifth or the tenth, for a reason. They knew that you would lose your first if you don't have the second. Only the government and criminals will always have the ability to have guns. The first thing every dictator did, whether it's Hitler, Stalin or Mao, was take the guns from law abiding citizens. These rights make us stronger as individuals to protect ourselves and make us free and less dependent on the government." [Victoria Spartz, Facebook, 4/14/20]





Victoria Spartz
April 14 ·

I would like to share some great news: the National Rifle Association announced today that it has endorsed me in the race for Indiana's 5th Congressional District.

As someone who grew up under a government dictatorship and understands that the fundamental reason for the 2nd Amendment is to protect people from any potential tyranny of the government, I am honored to be the only candidate in the 5th District to be endorsed by the NRA.

We must always remember that our Founding Fathers made this amendment the second, not the fifth or the tenth, for a reason. They knew that you would lose your first if you don't have the second. Only the government and criminals will always have the ability to have guns. The first thing every dictator did, whether it's Hitler, Stalin or Mao, was take the guns from law abiding citizens. These rights make us stronger as individuals to protect ourselves and make us free and less dependent on the government.

As a life member of the NRA and a state senator, I have a proven record defending these rights and I always will!

[Victoria Spartz, Facebook, 4/14/20]

**When Spartz Was A Child Living In Ukraine, She Said She Had To Put Together An AK-47 In 45 Seconds In School**

**VIDEO: When Spartz Was A Child Living In Ukraine, She Said She Had Ro Put Together An AK-47 In 45 Seconds In School.** "[00:15] The interesting thing, even in socialist schools and Soviet Union, they taught us you had to pass a test. How can you put together AK 47 in 45 seconds, and every boy as a kid, but every boy, every girl wants to toast and be ready in case we have to fight to put together AK 47." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**Spartz Said The "Tyranny Of The Government" Was The Most Important Part Of The Second Amendment And That The President Of Ukraine Listens To People Because They Have Guns**

**Spartz Said The "Tyranny Of The Government" Was The Most Important Part Of The Second Amendment**

**VIDEO: Spartz Said The "Tyranny Of The Government" Was The Most Important Part Of The Second Amendment.** "[02:52] And, you know, and we talked about Second Amendment right. You know, and a lot of people well have him there and you know, and that's cool. You know, that is important. But really the most important function of that amendment? I guess the tyranny of the government is the most the key function." [David Christmas for Evansville City Council, YouTube, 4/30/18]

**Spartz Said That The President Of Ukraine Listens To People Now Because The People Have Guns**

**VIDEO: Spartz Said That The President Of Ukraine Listens To People Now Because The People Have Guns.** "[03:24] A few years ago, when you probably heard in the news, Ukraine had kind of their revolution against you know, the government, right. They tried to change the government. And the people tried to protest so people were protesting on the streets and they you know, have no guys with guns don't want to live in the country. Police has gone military guys that always have guns in any country. You can go in Ukraine, and you can get the guns in the black market pretty quick. Right, but low biting people killing the process. You know, government president was against people. And he killed hundred people pretty much police against people with sticks. And they killed a lot of people. And it's really kind of people got upset and create a lot of different things. Well, there is a difference now, right Ukraine is a war with Russia and there is a lot of stuff going on very troubling. And people have done, okay. Now, when people come to protest, President shows up right away, and he actually paid attention, what's happening? He's actually nervous and extremely nervous, what's happening? So I kind of thought about it. And I'm



like, it's really an example where President knows now that people do have guns not just military, police, not just criminals." [David Christmas for Evansville City Council, YouTube, 4/30/18]

### Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased Several AK-47s Online

**VIDEO: Spartz Said Someone Reported Her To The FBI As A Suspicious Person After She Purchased Several AK-47s Online.** "I talked a little bit with some of the senators but I actually didn't tell you the story of how I was getting AK 47. Again that's a check. Oh no, we want to protect here and there. I decided my husband find a good deal for AK 47 and I bought a lot. I never thought about you know how much CPA my biography checks. Everyone gets it. I thought about it, right. So I find some guy No, it actually Fishers close to where I live. He's an email dealer and I'm like, Okay, I'm ready [inaudible] I was the president of republican women. So I just told him, I said I'm going to get gun transfer. I come to get the gun; he says, 'I'm not going to give you a gun.' He says 'you seem suspicious. I reported you to the FBI as a suspicious person.' But I was shocked, to tell you the truth. You know, I actually had to go my husband had to pull friends away because what do I do with the gun now. I thought I don't mind I cannot return it I got a good deal about that. Find another dealer. Well, if you say oh yeah, this guy right away and he had to transfer say, Oh no, she's fine, not worry about." [David Christmas for Evansville City Council, YouTube, 4/30/18]

### Spartz Said That Women And Minorities Will Be Discriminated Against First If Guns Are Harder To Get

**VIDEO: Spartz Said That Women And Minorities Will Be Discriminated Against First If Guns Are Harder To Get.** "So when people say oh, you know The women and minorities, those people will be discriminated first, you know, because you're suspicious, you know, and you know, but I think that we have to be careful because, you know, I didn't realize that you all just you need to do just think that I was suspicious, I guess, you know, dangerous, you know. So, anyway, but I think that's, you know, that's something we have to be very careful with." [David Christmas for Evansville City Council, YouTube, 4/30/18]

### 2018: Spartz Was Invited To Speak At A 2nd Amendment Patriot Meeting

**2018: Spartz Was Invited To Speak At A 2nd Amendment Patriot Meeting.** "This coming Saturday will be the next 2nd Amendment Patriot meeting. We are planning on Indiana State Senator Victoria Spartz to speak about her experience growing up in the Ukraine. Given the current events it seems as though many in this country are hoping to make America such a country." [AmmoLand, 4/23/18]

## NRA

### The NRA "Wholeheartedly" Endorsed Spartz

**The NRA "Wholeheartedly" Endorsed Spartz.** "I would also like to share a statement from Jason Ouimet, Chairman, NRA-PVF: 'Victoria Spartz has been a tireless defender of every law-abiding Indiana gun owner's Second Amendment freedoms. The NRA wholeheartedly endorses Victoria Spartz and urges all members, gun owners, and sportsmen of Indiana's 5th Congressional District to cast their vote for Spartz come June 2.'" [Victoria Spartz, Facebook, 4/15/20]



Victoria Spartz
April 15 ·

I would also like to share a statement from Jason Ouimet, Chairman, NRA-PVF:

"Victoria Spartz has been a tireless defender of every law-abiding Indiana gun owner's Second Amendment freedoms. The NRA wholeheartedly endorses Victoria Spartz and urges all members, gun owners, and sportsmen of Indiana's 5th Congressional District to cast their vote for Spartz come June 2."

https://www.nrapvf.org/grades/Indiana

[Victoria Spartz, Facebook, 4/15/20]

## Spartz Was Honored To Be Endorsed By The NRA

**Spartz Was Endorsed By The NRA.** "'I am honored to be the only candidate in the 5th District to be endorsed by the NRA,' Spartz said in a press release. 'We must always remember that our Founding Fathers made this amendment the second, not the fifth or the tenth, for a reason. They knew that you would lose your first if you don't have the second. Only the government and criminals will always have the ability to have guns.'" [Herald Bulletin, 4/15/20]

## Spartz Said She Was A Life Member Of The NRA

**Spartz Said She Was A Life Member Of The NRA.** "As a life member of the NRA and a state senator, I have a proven record defending these rights and I always will!" [Victoria Spartz, Facebook, 4/14/20]

Victoria Spartz
April 14 ·

I would like to share some great news: the National Rifle Association announced today that it has endorsed me in the race for Indiana's 5th Congressional District.

As someone who grew up under a government dictatorship and understands that the fundamental reason for the 2nd Amendment is to protect people from any potential tyranny of the government, I am honored to be the only candidate in the 5th District to be endorsed by the NRA.

We must always remember that our Founding Fathers made this amendment the second, not the fifth or the tenth, for a reason. They knew that you would lose your first if you don't have the second. Only the government and criminals will always have the ability to have guns. The first thing every dictator did, whether it's Hitler, Stalin or Mao, was take the guns from law abiding citizens. These rights make us stronger as individuals to protect ourselves and make us free and less dependent on the government.

As a life member of the NRA and a state senator, I have a proven record defending these rights and I always will!

[Victoria Spartz, Facebook, 4/14/20]



## Interest Group Ratings

### Spartz Received A 92% Rating From The NRA

**2020: Spartz Received A 92% Rating From The NRA.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

### Spartz Received A 0% Rating From LEAP Forward

**2019: Spartz Received A 0% Rating From LEAP Forward.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

 DCCC

# Health Care Issues

**Significant Findings**

- ✓ *Spartz said she would actively support repealing and replacing the Affordable Care Act*
  - ✓ *Spartz claimed that she "fought Obamacare" in the state senate—although it is unclear what Spartz did exactly to fight the ACA*
  - ✓ *However, if Spartz "fought Obamacare" by opposing HIP 2.0—which rests on the existence of the ACA—more than 300,000 Hoosiers could lose insurance coverage*
  - ✓ *Spartz supported President Trump's move not to reopen ACA enrollment during the COVID-19 pandemic, which would have allowed newly laid off workers to enroll for benefits*
- ✓ *Spartz said that she experienced the negative effects of socialized health care while living in Ukraine and criticized the ACA*
  - ✓ *Spartz said that she was forced to pay penalties for not having the ACA*
  - ✓ *Spartz advocated for free market controlled health care*
  - ✓ *Spartz: "We are all losers in this socialized system, but the sick and poor lose the most"*
- ✓ *Spartz repeatedly advocated to cut CDC and FDA "red tape" to let private enterprises innovate*
- ✓ *Spartz authored a bill that urged the government to look into selling health insurance across state lines—which critics have said fails to lower costs and reduces access for those with health problems*
- ✓ *Spartz criticized the creation of Medicaid and Medicare and pledged to implement reforms to increase transparency*
  - ✓ *However, there was bipartisan opposition to measures Spartz praised, with critics saying they would have devastating effects on Medicaid*
- ✓ *Spartz was one of a few senators who repeatedly voted against giving Medicaid reimbursements to schools*
- ✓ *Spartz authored a bill that urged Indiana to change the state's Medicaid program to block grants*
  - ✓ *On the federal level, tens of millions of people enrolled in Medicaid would not be included in a state block-grant project*
  - ✓ *Block grants were harmful to both beneficiaries and economic interests—especially in the wake of recessions*
- ✓ *Spartz repeatedly voted against extending health programs that included coverage of pediatric autoimmune disorders and syringe exchange programs*



# Affordable Care Act (ACA)

## Spartz Said She Would Actively Support Repealing And Replacing The ACA

**2020: Spartz Said She Would Actively Support Repealing And Replacing The ACA.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you actively support repeal and replacement of the PPACA, commonly known as Obamacare?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]

## Spartz Criticized The ACA For Giving $248 Billion To Health Insurance Companies

**Spartz Criticized The ACA For Giving $248 Billion To Health Insurance Companies.** "According to the Congressional Budget Office, the federal government sent $248 billion in subsidies to health insurance companies over six years of Obamacare. Each newly insured cost taxpayers $69,000 per year. Nancy Pelosi is expected to take up the bill to funnel more billions to special interests and the big health insurers. In the meantime, the cost of health care and prescription drugs will continue to skyrocket for ordinary people with hyperinflation in price and decrease in quality and choice. We cannot sustain this corporate welfare, uncontrolled debt, and catering to large monopolies for much longer. We only have two choices: full government control of healthcare suggested by Democrats and Bernie Sanders, which will be fatal to quality of care, or what Republicans should be fighting for—market-based and consumer-driven healthcare to lower costs and increase quality." [Victoria Spartz, Facebook, 6/29/20]

Victoria Spartz
June 29 at 9:00 AM ·

According to the Congressional Budget Office, the federal government sent $248 billion in subsidies to health insurance companies over six years of Obamacare. Each newly insured cost taxpayers $69,000 per year. Nancy Pelosi is expected to take up the bill to funnel more billions to special interests and the big health insurers. In the meantime, the cost of health care and prescription drugs will continue to skyrocket for ordinary people with hyperinflation in price and decrease in quality and choice.

We cannot sustain this corporate welfare, uncontrolled debt, and catering to large monopolies for much longer. We only have two choices: full government control of healthcare suggested by Democrats and Bernie Sanders, which will be fatal to quality of care, or what Republicans should be fighting for—market-based and consumer-driven healthcare to lower costs and increase quality.

https://www.dailysignal.com/…/obamacare-2-0-bill-would-be-…/

[Victoria Spartz, Facebook, 6/29/20]

## Spartz Stated She "Fought Obamacare" In The State Senate—But It Is Unclear What She Did Exactly

### VIDEO: "In The State Senate Victoria Opposed Tax Increases And Fought Obama Care"

**VIDEO: "In The State Senate Spartz Opposed Tax Increases And Fought ObamaCare."** "[:10] In the state senate Victoria opposed tax increases and fought Obamacare." [Spartz for Congress, YouTube, 5/22/20]



**Spartz Did Not Author, Co-Author, Or Sponsor A Bill That Urged Attorney General Hill To Withdraw From A Lawsuit Attempting To Nullify The ACA And Healthy Indiana Plan 2.0**

**Spartz Did Not Author, Co-author, Or Sponsor A Bill That Urged Attorney General Hill To Withdraw From A Lawsuit Attempting To Nullify The ACA And Healthy Indiana Plan 2.0.** Spartz was not listed as being involved in SR 5, "A SENATE RESOLUTION urging Indiana Attorney General Curtis Hill to withdraw Indiana from a lawsuit which is attempting to nullify the Affordable Care Act (ACA) and end federal funding for the Healthy Indiana Plan (HIP) 2.0." [Indiana General Assembly, SR 5, 1/9/20]

**Spartz Was Not In The Senate When HIP 2.0 Passed—A Health Care Plan That Rested On The ACA**

**2015: HIP 2.0—Indiana's Medicaid Expansion—Was Signed In To Law.** "At the tender age of 1, the Healthy Indiana Plan — Indiana's version of Medicaid expansion that comes with personal responsibility for health care — has reached more than 370,000 Hoosiers, Gov. Mike Pence said Wednesday." [IndyStar, 1/27/16]

**2016: State Lawmakers Approved A Bill that Prevented HIP 2.0 From Being Changed Without The State Legislature's Approval.** "State lawmakers approved Thursday a bill preventing Indiana's alternative Medicaid program from being changed without the legislature's approval. The bill also says the state's share of the costs must be restricted, a provision the bill's author said could potentially limit enrollment, which is in direct opposition to federal Medicaid eligibility rules. Supporters say the bill, which Gov. Mike Pence is expected to sign into law, will strengthen Indiana's hand in negotiating with the federal government once the state's temporary permission for the Healthy Indiana Plan (HIP 2.0) expires in 2018. Negotiations start next year, after studies have been completed on how well its unique features are working." [IndyStar, 3/10/16]

**Indiana Democratic Party: "Media Confirms HIP 2.0 Existence Rests On The Affordable Care Act."** "Yesterday the United States Congress proved Mike Pence and his administration wrong by voting for a partial repeal of the Affordable Care Act, including Medicaid expansion programs. Had it not been for President Obama's expected veto, the repeal would have fully defunded and eliminated the Health Indiana Plan 2.0." [Indiana Democratic Party, accessed 7/15/20]

**However, HIP 2.0 Provided Insurance To More Than 300,000 Hoosiers**

**However, HIP 2.0 Provided Insurance To More Than 300,00 Hoosiers.** "Pence negotiated permission from the federal government to receive full federal funding under the Affordable Care Act to expand Medicaid eligibility in Indiana using HIP 2.0. It provides insurance to more than 300,000 Hoosiers earning up to 138 percent of the federal poverty level." [IndyStar, 3/10/16]

**Spartz May Have Been Referring To Her Plan To Change The State's Medicaid Program To Block Grants–Which Could Cause People To Lose Coverage**

**Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments.** Spartz authored SB 337, "Requires the office of the secretary of family and social services to study the feasibility of: (1) changing Indiana's Medicaid program to a block grant; (2) establishing a consumer-directed Medicaid pilot program; and (3) restructuring Medicaid payments for long term care." [Indiana General Assembly, SB 337, 1/13/20]

**Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project**. "Tens of millions of people currently enrolled in Medicaid would not be included in a potential state block-grant project, including children, people who qualify for the program based on disability, people needing long-term care and individuals who are 65 and over, according to the guidance announced by the Centers for Medicare & Medicaid Services on Thursday." [KHN, 1/31/20]



**Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises.** "Even putting aside legal obstacles to a capped spending system, block grants are simply bad policy. Proposals of this kind are predictably harmful to both beneficiaries and to state economic interests. The Congressional Budget Office has recognized that block grants encourage states to take actions that include restricting enrollment for legally eligible beneficiaries, limiting mandatory and optional benefits, decreasing already low reimbursement rates (which may lead providers to abandon the program), a combination of all three, and more. In some cases, states may pursue such restrictions but then face unexpected economic pressures, such as a natural disaster or a recession. For example, Puerto Rico, which already exists under an alternative and limited Medicaid program, has experienced these problems acutely in the wake of terrible hurricane damage to the island." [Health Affairs, 7/24/19]

## Spartz Supported President Trump's Move To Not Reopen ACA Enrollment During The COVID-19 Pandemic—Which Would Have Allowed Newly Unemployed People To Enroll

### Spartz Supported President Trump's Move To Not Reopen ACA Enrollment COVID-19 Pandemic

**Spartz Supported President Trump's Move To Not Reopen ACA Enrollment COVID-19 Pandemic.** "I fully support President Trump's decision not to reopen Obamacare enrollment. We already have a choice of options: 1) short-term plans, 2) enrolling in existing government programs, and 3) using funding in the bill Congress just passed to compensate providers and hospitals for providing care to uninsured COVID-19 patients. Great article by Brian Blase below! No new legislation or taxpayer spending is needed to provide immediate protection!" [Victoria Spartz, Facebook, 4/3/20]

[Victoria Spartz, Facebook, 4/3/20]

### Re-Opening ACA Enrollment Would Have Allowed Newly Laid-Off Workers To Enroll In Coverage

**Re-Opening ACA Enrollment Would Have Allowed Newly Laid-Off Workers To Enroll In Coverage.** "The Trump administration has reportedly declined to reopen enrollment under the Affordable Care Act so that people without health insurance — including some newly laid-off workers — can enroll in coverage during the coronavirus pandemic. […] There are concerns of a significant increase in the uninsured rate after mass layoffs over the last month, as health insurance in the US is largely employment-based. Three million people filed initial claims for unemployment two weeks ago, according to Department of Labor data released last Thursday. Many of those people whose jobs did offer benefits now face losing their health insurance on top of everything else." [Vox, 4/1/20]



### Op-Ed: Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand And Criticized The Affordable Care Act

#### Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand

**Op-Ed: Spartz Said She Experienced The Negative Effects Of Socialized Health Care First Hand.** "As someone who experienced firsthand the many negative aspects of fully socialized health care while I was growing up in the former Soviet Union - including how those aspects contributed to the death of my father at the age of 41 - I am deeply concerned that so many aspects of health care in our country are now socialized as well. Therefore, I took a deeper dive into this issue when I became a legislator." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

#### Spartz Said She Was Forced To Pay Penalties For Not Having The ACA

**Spartz Said She Was Forced To Pay Penalties For Not Having The ACA. "**When I talk about the aspects, I mean consumer aspects I experienced such as: being uninsured as a small business owner; having corporate insurance and working crazy hours with little kids; paying for COBRA; purchasing high deductible insurance through the individual marketplace before the Affordable Care Act; being forced into the Affordable Care Act; and paying penalties for not having the Affordable Care Act due to its cost. We all know that health care spending has reached a level of national crisis and the tyranny of the status quo cannot be tolerated any longer. That leaves us with two choices: 100% government monopoly with control of prices and rationing, or restoring the free market through price and value competition." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

#### Spartz Wanted Health Care To Be Controlled By The Free Market

**Spartz Wanted Health Care To Be Controlled By The Free Market.** "We all know that health care spending has reached a level of national crisis and the tyranny of the status quo cannot be tolerated any longer. That leaves us with two choices: 100% government monopoly with control of prices and rationing, or restoring the free market through price and value competition." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

#### Spartz: "We Are All Losers In This Socialized System, But The Sick And Poor Lose The Most"

**Spartz: "We Are All Losers In This Socialized System, But The Sick And Poor Lose The Most."** "I encourage local constituents to contact me with any questions or concerns they may have through email at Senator.Spartz@iga.in.gov or by calling the Statehouse at 800-382-9467. Victoria Spartz is an Indiana senator from District 20. We are all the losers in this socialized system, but the sick and poor lose the most." [Indianapolis Star, Victoria Spartz Op-Ed, 10/27/19]

## Health Care Market

### Spartz: "Our Current Health Care System Is Already 80% Socialized And Is Failing Too Many Americans"

**Spartz: "Our Current Health Care System Is Already 80% Socialized And Is Failing Too Many Americans."** "On transparent and affordable healthcare: "Our current health care system is already about 80% socialized and is failing too many Americans. Fixing this broken system will be my number one priority in Congress. In the State Senate, I passed major health care reforms supported by both parties to bring down health care and prescription drug costs, create transparency, enhance competition, and shift power back to consumers from large health care monopolies." [LifeZette, 7/14/20]



## Spartz: "We Must Reform Health Care To Enhance Consumer Choice, Transparency And Price And Value Competition"

**Spartz: "We Must Reform Health Care To Enhance Consumer Choice, Transparency And Price And Value Competition."** "Our healthcare costs are unsustainable and destroying the middle class. We must reform healthcare to enhance consumer choice, transparency, and price and value competition." [Spartz for Congress, accessed 7/6/20]

## Spartz Advocated For More Transparent Health Care Costs

**Spartz Advocated For More Transparent Health Care Costs.** "88 percent of Americans believe that hospitals and insurers should disclose prices. We do not buy any other products without knowing the price: a car, a cup of coffee, or a cheeseburger. Why do we allow this secrecy in health care? It's a consumer protection issue. In the State Senate, I worked on major transparency reforms we just passed last session. Congress should stop serving special interests and pass meaningful transparency reforms to benefit the people, not large special interest monopolies." [Victoria Spartz, Twitter, 6/30/20]

[Victoria Spartz, Twitter, 6/30/20]

## Spartz Said That Government Needed To Get Out Of Health Care And Provide Guardrails To Protect High Risk Pools

**VIDEO: Spartz Said That Government Needed To Get Out Of Health Care And Provide Guardrails To Protect High Risk Pools.** "[27:06] There is a huge difference with the way in access to health care and access to insurance. And we all just have to recognize that if you look with harvest all our health care problems, we need to have more consumer choice and more competition. I actually had to build those resources out and write a lot of policy. And we were able to implement some this year, the state and there was a huge battle, but we're moving in that direction. Unfortunately, 85 control at the federal level and until they fix it and move, more flexibility to the state is not going to happen. Government can never be a solution on the problem and creates monopolies and oligopolies that don't have to compete and provide price and value to the consumer. So we have to get government out of it and provide the right guardrails and protect people in high risk pools. We need to deal with that. But I think more competition that is the only solution to bring value or it will be detrimental to the quality government." [WFYI Online, YouTube, 5/12/20]



## Spartz Said Consumers Needed More Health Insurance Choices And Advocated For More Competition In The Insurance Market

**Spartz Said Consumers Needed More Health Insurance Choices And Advocated For More Competition In The Insurance Market.** "Victoria Spartz said consumers need more choices and there should be greater competition among health insurance providers to lower costs. 'We need to get government out of health care,' she said." [Herald Bulletin, 5/17/20]

## Spartz Believed That Health Care Should Be Controlled By The Market, Not The Government

**Spartz Believed That Health Care Should Be Controlled By The Market, Not The Government.** "Q&A What do you think needs to be done to improve access to and the affordability of health care? The only thing that can be done and should be done is opening it up for free enterprise. We are moving to government control, and that is a bad direction. Our regulations create consolidation, and consolidation drives down competition. We need to look at each segment of the market, and we need more price transparency. The subsidies in every part of the health care market are not helping." [Indianapolis Business Journal, 5/1/20]

## Spartz Supported Eliminating Restrictions On Elective Medical Procedures

**Spartz Supported Eliminating Restrictions On Elective Medical Procedures.** "I was glad to see that Governor Holcomb eliminated restrictions on elective medical procedures today. As someone who worked heavily on health care policies for the last two years, this issue was of a great concern to me. I had a lot of communications from my constituents and health care providers, and sent a letter to the Governor several weeks ago." [Victoria Spartz, Facebook, 4/24/20]

[Victoria Spartz, Facebook, 4/24/20]

## Spartz Repeatedly Advocated To Cut CDC And FDA "Red Tape" And Let Private Enterprises Innovate

### Spartz Advocated For Trump To Cut DCD And FDA "Red Tape" And Let Private Enterprises Innovate

**Spartz Advocated For Trump To Cut CDC And FDA "Red Tape" And Let Private Enterprises Innovate.** "Great video summarizing the importance of our next election. This crisis is bringing our war of ideologies to the next level. Can we win public opinion as free enterprise Republicans and show the people how ineffective and inefficient the government is at handling anything? We could not make any significant progress until President Trump cut CDC and FDA 'red tape' and let private enterprise innovate. Or will socialist Democrats win more government control and coercion? We MUST win and go back to doing our core limited functions and doing them better!" [Victoria Spartz, Facebook, 4/20/20]





[Victoria Spartz, Facebook, 4/20/20]

## Spartz Advocated To Cut FDA And CDC "Red Tape"

**Spartz Advocated To Cut FDA And CDC "Red Tape."** "Exciting news from an Indiana based company, Roche Diagnostics! Roche developed new serology test to detect COVID-19 antibodies to be available by early May. It's so great to see so many Indiana companies stepping up to help with this crisis. It also shows how much innovation we can achieve in a short period of time if we cut a lot of FDA and CDC 'red tape'. I actually have a personal connection to Roche, since they are my former audit client 😀 Great Job, Roche Team, and Thank You!" [Victoria Spartz, Facebook, 4/17/20]

[Victoria Spartz, Facebook, 4/17/20]

## Spartz Sponsored A Bill That Limited The Duration Of Health Care Non-Compete Clauses And Allowed Physicians To Buy Out Non-Compete Restrictions

**Spartz Sponsored A Bill That Limited The Duration Of Health Care Non-Compete Clauses And Allowed Physicians To Buy Out Non-Compete Restrictions.** "Traditionally, employers have used non-compete clauses to protect trade secrets if an employee should leave. Senate Bill 33, which would apply to contracts after June 30,

2020, would limit the duration of non-compete clauses to 24 months after the termination of employment. The bill would require employers to provide physicians with a list of their patients, their contact information and medical information for a reasonable fee. It also gives physicians an opportunity to 'buy out' non-compete restrictions, for a reasonable price, as determined by an arbitrator." [Newstex Blogs, 3/26/20]

**Spartz Said She Sponsored The Bill Because Health Care Costs Were Too High And Physicians Needed To Be Freed Up**

**Spartz Said She Sponsored The Bill Because Health Care Costs Were Too High And Physicians Needed To Be Freed Up.** "Indiana State Senator Victoria Spartz (R-Noblesville) says she sponsored SB 33 because the health care market in her state has changed dramatically over the years. 'We have some of the highest health care prices in the country,' Spartz told Health Care News. 'Already, 80 percent of physicians are employed by a hospital. We really need to free up physicians if they choose to leave. These contracts are very one sided and hospitals are very powerful.'" [Newstex Blogs, 3/26/20]

## Spartz Authored A Bill To Improve Transparency, Address Health Care Costs, And Shift Power Away From The Government

**Spartz Supported Price Transparency Reform In Indiana**

**Spartz Supported Price Transparency Reform In Indiana.** "We just passed some price transperancy reforms in Indiana. It's about time for Congress to step up and support President Trump and 'we the people' not special interests and require hospitals to disclose prices. I am committed to get it done in Congress!" [Victoria Spartz, Facebook, 5/26/20]

**Spartz Authored A Bill To Improve Transparency, Address Health Care Costs, And Shift Power Away From The Government**

**Spartz Authored A Bill To Improve Transparency, Address Health Care Costs, And Shift Power Away From The Government.** "State Sen. Victoria Spartz (R-Noblesville) authored Senate Bill 337 to improve transparency and evidence-based approaches to address health care costs, enhance competition and shift more power back to consumer from the government and large monopolies." [US State News, 2/10/20]

**Spartz Stated That Indiana Had One Of The Highest Cost Of Health Care**

**Spartz Stated That Indiana Had One Of The Highest Cost Of Health Care.** "'Health care spending is an important issue for the state of Indiana,' Spartz said. 'Based on the recent Employer's Forum study, we have the highest price of health care when compared to the other 26 states in the study - twice higher than Michigan. Also, based on the recent study by Ball State economist, Dr. Michael Hicks, we also have a hospital monopoly problem. Health care cost is an economic development issue and middle-class wealth issue for all Hoosiers.'" [US State News, 2/10/20]

**The Bill Also Dealt With Insurance Affordability, Licensing Requirements, And Medicaid Spending**

**The Bill Also Dealt With Insurance Affordability, Licensing Requirements, And Medicaid Spending.** "SB 337 is dealing with a variety of topics, including insurance affordability, price transparency, burdensome licensing requirements, unreasonable non-compete clauses, drug market transparency, antitrust enforcement, and Medicaid spending among others. Spartz is committed to improving spending, access, price and value in health care through more transparency, competition and consumer choice. As she stated in a recent op-ed, 'We are all losers in this socialized system, but the sick and poor lose the most. Let's not forget: government is always the biggest problem.'" [US State News, 2/10/20]



**The Bill Urged The Government To Look Into Selling Health Insurance Across State Lines—Which Critics Say Does Not Lower Costs**

**The Bill Urged The Government To Look Into Selling Health Insurance Across State Lines.** "Requires the department to assess the feasibility of allowing the sale of health insurance across state lines and a multistate reciprocity system." [Indiana General Assembly, SB 337, 1/13/20]

**Sales Across State Lines Would Increase Premiums And Reduce Access For Those With Health Problems.** "Sales across state lines would reduce premiums for those who are healthy at a given time while increasing premiums and reducing access to coverage for those with current or past health problems. Insurers would also be reluctant to offer comprehensive insurance policies in the nongroup market. The approach seriously underestimates the value of access to adequate, affordable coverage over time as individuals' health care needs change." [Urban Institute, June 2016]

**HEADLINE: Sorry Trump, Selling Health Insurance Across State Lines Wouldn't Lower Costs.** [Forbes, 10/10/16]

**Insurers Have Already Tried To Sell Across State Lines And It Does Not Reign In Costs.** "Trump's health plan would 'modify existing law that inhibits the sale of health insurance across state lines,' the campaign's web site says. 'By allowing full competition in this market, insurance costs will go down and consumer satisfaction will go up,' the proposal states. But insurers can already do this in some states, and it hasn't reigned in costs because analysts say it's not so much a regulatory problem in the first place as the Republican presidential candidate suggests, according to analyses of Trump's health plan." [Forbes, 10/10/16]

**Spartz Said Her Goal In The State Senate Was To Improve Health Care Costs And Values**

**VIDEO: Spartz Said Her Goal In The State Senate Was To Improve Health Care Costs And Values.** "[0:13] My goal and one of my key priorities is to improve health care and cost and value for all Hoosiers. As a business owner, as a professor, as an economist and a CPA in the content, I think this is an important issue that is an issue for middle class. It's an issue for our businesses wage growth. It's a huge and important issues and I think so happy to see that a lot of my colleagues are willing to work on in this session." [NAIFA, YouTube, 2/25/20]

**Spartz Voted For Certain Coverage And Disclosures That Must Be Provided With Short Term Insurance Plans**

**2019: Spartz Voted For The Conference Committee Report For Certain Coverage And Disclosures That Must Be Provided With Short Term Insurance Plans.** Spartz voted for the Conference Committee Report for HB 1631, "Short term insurance plans. Specifies certain coverage and disclosures that must be provided with respect to a short term insurance plan, including renewal, without underwriting, for the greater of 36 months or the maximum period permitted under federal law, a term of not more than 364 days, and an annual limit of at least $2,000,000. Specifies requirements for preferred provider organizations used with short term insurance plans. Makes conforming amendments." The report passed the Senate by a vote of 26 – 23. [Indiana General Assembly, HB 1631, 4/24/19]

**Spartz Voted Against Allowing A Minor At Least 16 Years Old To Give Consent To Pregnancy Related Health Care Matters**

**2019: Spartz Voted Against A Minor At Least 16 Years Old To Give Consent To Pregnancy Related Health Care Matters.** Spartz voted against SB 352, "Consent to pregnancy services of a minor. Allows a minor who is at least 16 years of age and: (1) pregnant; (2) in labor; or (3) postpartum; to consent to health care concerning the pregnancy, delivery, and postpartum care. Makes technical corrections." The bill failed due to a lack of a constitutional majority, by a vote of 24 – 25. [Indiana General Assembly, SB 352, 1/29/19]



### Notably, Spartz Was A Deciding Vote Against The Bill

**Spartz Was A Deciding Vote On SB 352.** The bill failed due to lack of constitutional majority; Yays 24 to Nays 25, with 1 Senator being excused. [Indiana General Assembly 2019, Roll Call 47]

# Medicaid

## Spartz Criticized The Creation Of Medicaid And Medicare

### Spartz: "In The 1960s, The Government Went Further And Enacted A Direct Government Subsidy-Medicare And Medicaid"

**Spartz: "In The 1960s, The Government Went Further And Enacted A Direct Government Subsidy-Medicare And Medicaid."** "In the 1960s, the government went further and enacted a direct government subsidy - Medicare and Medicaid. The cost grew more rapidly than originally estimated, as the costs of all handouts invariably do. Government cannot prescribe the laws of supply and demand. The lower the price for the consumer, the greater the quantity demanded; at a zero price, the quantity demanded becomes infinite. Some method of rationing must be substituted for price, which invariably means government rationing and denial of medical care. On top of that, as insurance spread and eliminated most price competition by paying customary charges, and cost-plus system incentivized providers to increase cost, per capita spending started to skyrocket." [State Senator Victoria Spartz, News Release, accessed 7/6/20]

## Spartz Pledged To Implement Reforms To Increase Medicaid Transparency—Which Could Have Devastating Effects On Medicaid

### Spartz Pledged To Implement Reforms To Increase Medicaid Transparency And Praised The Trump Administration's Proposed Medicaid Fiscal Accountability Rule

**Spartz Pledged To Implement Reforms To Increase Medicaid Transparency And Praised The Trump Administration's Proposed Medicaid Fiscal Accountability Rule.** "Given that federal Medicaid spending will likely grow significantly as a response to the coronavirus epidemic, Medicaid program accountability will be needed more than ever to make sure that funds are spent for the intended purposes. In November 2019, Trump administration proposed the Medicaid fiscal accountability rule, which politically powerful interests aim to block. As your Congresswoman, I will work with President Trump to deliver these needed reforms to increase Medicaid transparency and fiscal oversight, so funds go to enrollees, not to line the pockets of politically-connected special interests!" [Victoria Spartz, Facebook, 4/8/20]




[Victoria Spartz, Facebook, 4/8/20]

**However, Trump's Medicaid Proposal Received Bipartisan Opposition For The Damaging Affect It Would Have On Medicaid Enrollment And Benefits**

**However, Trump's Medicaid Proposal Received Bipartisan Opposition For The Damaging Affect It Would Have On Medicaid Enrollment And Benefits.** "Republicans and Democrats alike are warning that a recent proposal from the Trump administration could lead to billions of dollars in cuts to Medicaid, forcing states to eliminate benefits, reduce enrollment or cut payments to health providers. In a rare sign of unity, hospitals, insurers, patient advocates and members of both political parties are on the same page in their opposition to the Trump administration's plan, and most have urged the administration to withdraw a proposal they say would cripple' Medicaid, the federal-state partnership that provides health care for the poor." [The Hill, 2/19/20]

**Republican Senator John Cornyn Said The Rule Could Lead To Hospital Closures And Would "Threaten The Safety Net."** "Trump allies have also voiced their concerns. 'The Medicaid fiscal accountability rule is a concern to my governor, and the stakeholders are worried the rule as proposed could lead to hospital closures, problems with access to care and threaten the safety net,' Sen. John Cornyn (R-Texas) told Department of Health and Human Services Secretary Alex Azar last week during a hearing on the agency's fiscal 2021 budget request." [The Hill, 2/19/20]

**Democratic Senator Mark Warner Said The Proposal Would "Dramatically Affect Medicaid Eligibility."** "Sen. Mark Warner (D-Va.) warned during the same hearing that the proposal could 'dramatically affect Medicaid eligibility' and 'wreak havoc on budgets in red states and blue states all across the country.'" [The Hill, 2/19/20]

**Spartz: "We Have To Fix Our Medicaid Spending And Better Audit Medicaid"**

**Spartz: "We Have To Fix Our Medicaid Spending And Better Audit Medicaid!"** "We have to fix our Medicaid spending and better audit Medicaid! I authored several bills to start dealing with this issue during my state tenure. We spend annually about $100,000 per person on Medicaid. It's unacceptable, unsustainable and wasteful! President Trump started to take some actions, but we cannot legislate through executive orders. Congress has to work with the states to reform Medicaid!" [Victoria Spartz, Facebook, 4/1/20]





[Victoria Spartz, Facebook, 4/1/20]

## Spartz Was One Of A Few Senators Who Repeatedly Voted Against Giving Medicaid Reimbursements To Schools

### Spartz Voted Against Giving Medicaid Reimbursements To Schools Twice

**2020: Spartz Was One Of 5 Senators Who Voted Against Giving Medicaid Reimbursements To Schools.**
Spartz voted against SB 142, "Medicaid reimbursement for schools. Allows the office of the secretary of family and social services to apply for a Medicaid state plan amendment to allow school corporations to seek Medicaid reimbursement for medically necessary, school-based Medicaid covered services that are provided under federal or state mandates. Specifies possible services for Medicaid reimbursement. Adds physical therapy to the list of services a school psychologist may refer a student. Allows a school psychologist to make referrals to physical therapists for mandated school services." The bill passed the Senate by a vote of 45 – 5. [Indiana General Assembly, SB 142, 1/28/20]

**2019: Spartz Voted Against Allowing Medicaid Reimbursements For Schools.** Spartz voted against SB 437, "School based services and Medicaid. Provides that the office of the secretary of family and social services may apply for: (1) a Medicaid state plan amendment to provide Medicaid reimbursement for health care services and school based services to specified individuals provided by a school based health center; and (2) supplemental Medicaid reimbursement payments to qualified school based health centers under the fee for service Medicaid program. Provides that state expenditures and local school expenditures for funding for Medicaid covered school based services and other health care services provided to a Medicaid recipient by a school based health center may be made only if: (1) the state plan amendment is approved; and (2) intergovernmental transfer funding for the nonfederal share of supplemental Medicaid payments for Medicaid fee for services program is continuously made." The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, SB 437, 2/26/19]

### The Bill Allowed Schools To Better Use Federal Dollars To Address Health Concerns Like Mental Health Issues And Substance Abuse

**The Bill Allowed Schools To Better Use Federal Dollars To Address Health Concerns Like Mental Health Issues And Substance Abuse.** "In February 2019, a bill authored by Zay that would allow the Office of the Secretary of Family and Social Services (FSSA) to apply to amend the state's Medicaid plan to provide reimbursement for healthcare services provided in school-based health centers passed the Indiana Senate by a vote of 37 to 12, according to the Indiana Senate Republicans. Senate Bill 437 would allow schools to better leverage


federal dollars to address health concerns facing students and staff, including mental health, substance abuse and socio-emotional learning. SB 437 would require any increase in the state's share of expenditures for school-based services to be covered through intergovernmental transfers, meaning the bill is budget neutral." [Wabash Plain Dealer, 1/2/20]

## Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments

**Spartz Authored A Bill That Urged The Indiana Government To Change That State's Medicaid Program To Block Grant, Establish Consumer-Directed Pilot, And Restructure Payments.** Spartz authored SB 337, "Requires the office of the secretary of family and social services to study the feasibility of: (1) changing Indiana's Medicaid program to a block grant; (2) establishing a consumer-directed Medicaid pilot program; and (3) restructuring Medicaid payments for long term care." [Indiana General Assembly, SB 337, 1/13/20]

### Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project

**Tens Of Millions Of People Enrolled In Medicaid Would Not Be Included In A Potential State Block-Grant Project**. "Tens of millions of people currently enrolled in Medicaid would not be included in a potential state block-grant project, including children, people who qualify for the program based on disability, people needing long-term care and individuals who are 65 and over, according to the guidance announced by the Centers for Medicare & Medicaid Services on Thursday." [KHN, 1/31/20]

### Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises

**Block Grants Were Predictably Harmful To Both Beneficiaries And State Economic Interests—Especially In Wake Of Recessions Or Crises.** "Even putting aside legal obstacles to a capped spending system, block grants are simply bad policy. Proposals of this kind are predictably harmful to both beneficiaries and to state economic interests. The Congressional Budget Office has recognized that block grants encourage states to take actions that include restricting enrollment for legally eligible beneficiaries, limiting mandatory and optional benefits, decreasing already low reimbursement rates (which may lead providers to abandon the program), a combination of all three, and more. In some cases, states may pursue such restrictions but then face unexpected economic pressures, such as a natural disaster or a recession. For example, Puerto Rico, which already exists under an alternative and limited Medicaid program, has experienced these problems acutely in the wake of terrible hurricane damage to the island." [Health Affairs, 7/24/19]

### Capped Medicaid Spending Could Prompt States To Make Dangerous Choices For Patients

**Capped Medicaid Spending Could Prompt States To Make Dangerous Choices For Patients.** "Capped spending would prompt states to make dangerous choices for patients. Initially, states might try to exclude individual drugs from coverage, if only to increase their bargaining power and obtain greater discounts on particular drugs. Massachusetts recently requested a waiver to do just that, asking CMS to allow it to exclude particular drugs from its Medicaid formulary that have demonstrated little or no evidence of efficacy. Massachusetts was undoubtedly concerned that spending on some of these high-cost, low-value drugs was crowding out valuable spending elsewhere in its Medicaid program. […] States could make other choices that are even more harmful to patients. For example, nearly half of states impose limits on the number of prescriptions Medicaid beneficiaries are able to fill at one time. States that do not have such policies might adopt them, and states that have already implemented such limitations might seek to tighten them—even though recent research suggests that such limits may be harmful to patients. An extreme cost-cutting decision would be to drop prescription drugs from coverage, although this likely would not be states' first choice for constraining Medicaid expenditures." [Health Affairs, 7/24/19]



### Spartz Authored A Bill That Identified Key Cost Drivers For Medicaid Expenditures

**Spartz Authored A Bill That Identified Key Cost Drivers For Medicaid Expenditures.** "The Indiana Senate Republicans issued the following news release on behalf of Indiana State Sen. Victoria Spartz, R-Noblesville: […] Senate Bill 548 would identify key cost drivers for Medicaid expenditures and reassess payment and legal infrastructure for mental health and addiction treatment services." [Targeted News Services, 3/7/19]

## Health Programs

### Spartz Was One Of A Few Senators Who Voted Against Requiring State Employee Health Plans To Cover Pediatric Autoimmune Diseases

**2020: Spartz Voted Against A Bill Related To Various Insurance Matters And Included Coverage For Pediatric Autoimmune Diseases.** Spartz voted against SB 311, "Various insurance matters. Requires a state employee health plan, a policy of accident and sickness insurance, and a health maintenance organization contract to provide coverage for pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS) and pediatric acute-onset neuropsychiatric syndrome (PANS), including treatment with intravenous immunoglobulin therapy. Makes changes in the law concerning the permissible investments of life insurance companies and casualty, fire, and marine insurance companies. Provides that an insurance administrator may pay claims via electronic payment. Exempts an individual from the prelicensing course, state license examination, and continuing education requirements for licensed independent adjusters if the individual holds a current claims certification issued by a national or state claims association whose certification program meets certain conditions. Provides that a multiple employer welfare arrangement may be established through an interlocal cooperation agreement." The bill passed the Senate by a vote of 45 – 3. [Indiana General Assembly, HB 1372, 3/3/20]

**2020: Spartz Was One Of A Few Senators Who Voted Against Requiring State Employee Health Plans To Cover Pediatric Autoimmune Diseases.** Spartz voted against SB 311, "Coverage for PANDAS and PANS. Requires a state employee health plan, a policy of accident and sickness insurance, and a health maintenance organization contract to provide coverage for pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS) and pediatric acute-onset neuropsychiatric syndrome (PANS), including treatment with intravenous immunoglobulin therapy." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 311, 2/4/20]

### Spartz Was The Only Senator To Vote Against Allowing The Release Of Personal Health Information

**2020: Spartz Was The Only Senator To Vote Against Allowing The Release Of Personal Health Information.** Spartz voted against HB 1210, "Various health matters. Establishes penalties for intentionally interfering with an investigation and enforcement of a home health agency by the state department of health (department). Allows the department to use the immunization data registry to store and release nonimmunization personal health information. States that a responsible member of a family may release a deceased patient's medical records if the deceased patient does not have a surviving spouse or child or a personal representative of the estate. Allows mental health records to be disclosed without the consent of the patient for research purposes by rules of the Indiana archives and records administration and the oversight committee on public records. Allows health records to be disclosed by the Indiana archives and records administration to another provider or nonprofit research organization (current law is a nonprofit medical research organization) in connection with a scientific, statistical, or education project. Changes the title of a 'certified food handler' to 'certified food protection manager' (CFPM). Repeals the definition of 'food handler'. Requires a CFPM to provide certain documents to the food establishment and obtain a valid certificate every five years. Prohibits using the title 'certified food protection manager' unless the person holds a certificate. Provides that a CFPM may be required to be present during all hours of operation if the department and food establishment agreed upon a variance concerning the requirements for the operation of the food establishment.


Amends the establishments that are exempt from the certified food protection manager requirements. Establishes new penalties. Provides for the transition of an existing certified food handler to a certified food protection manager. Makes conforming changes. The bill passed the Senate by a vote of 48 – 1. [Indiana General Assembly, HB 1210, 2/20/20]

## Spartz Was One Of A Few Senators Who Voted Against Expanding Health Insurance Coverage For Those With Colorectal Cancer

**2020: Spartz Was One Of 5 Senators Who Voted Against Expanding Health Insurance Coverage For Those With Colorectal Cancer.** Spartz voted against HB 1080, "Colorectal cancer testing. Amends the law mandating coverage for colorectal cancer testing under accident and sickness insurance policies, health maintenance organization contracts, and state employee health plans to change the minimum age at which coverage must be provided from 50 years of age to 45 years of age. Includes exception for high deductible health plans." [Indiana General Assembly, HB 1080, 2/18/20]

## Spartz Was One Of A Few Senators Who Voted Against Various Requirements For Genetic Counselors

**2020: Spartz Was One Of 3 Senators Who Voted Against Various Requirements For Genetic Counselors.** Spartz voted against HB 1243, "Genetic counselors. Amends the definition of "genetic counseling" for purposes of the genetic counselor licensing laws. Requires the genetic counselor master's degree training program to be accredited by the Accreditation Council for Genetic Counselors. (Current law requires accreditation by the American Board of Genetic Counseling.) Updates references to the American Board of Medical Genetics and Genomics. Amends requirements for a temporary license. Requires an applicant to complete the continuing education requirements of certain certifying organizations to renew a license. Provides that a genetic counselor may not be required to perform, participate in, or provide a service that violates any sincerely held ethical, moral, or religious belief held by the genetic counselor, and allows for a civil action for damages or reinstatement of employment for a violation. Repeals the law concerning education hardship waiver provision." The bill passed the Senate by vote of 42 – 3. [Indiana General Assembly, HB 1243, 2/25/20]

## Spartz Was One Of A Few Senators To Vote Against A Bill That Required Pharmacy Benefit Managers To Obtain A License—A Bill She Co-Authored

### 2020: Spartz Was One Of 2 Senators Who Voted Against A Bill That Required Pharmacy Benefit Managers To Obtain A License

**2020: Spartz Was One Of 2 Senators Who Voted Against A Bill That Required Pharmacy Benefit Managers To Obtain A License.** Spartz voted against SB 241, "Pharmacy benefit managers. Requires a pharmacy benefit manager to obtain a license issued by the department of insurance and sets forth requirements of the pharmacy benefit manager. Provides for the commissioner of the department of insurance to adopt rules to specify licensure, financial and other standards, and reporting requirements that apply to a pharmacy benefit manager. Sets forth requirements and prohibitions of a pharmacy benefit manager. Allows a party that has contracted with a pharmacy benefit manager to request an audit of compliance at least one time per year. Makes violations of the chapter concerning pharmacy benefit managers an unfair or deceptive act or practice in the business of insurance. Allows a pharmacy benefit manager to obtain the license not later than December 31, 2020, in order to do business in Indiana and provide services for any health provider contract beginning January 1, 2021. (The introduced version of this bill was prepared by the interim study committee on public health, behavioral health, and human services.)" The bill passed the Senate by a vote of 46 – 2. [Indiana General Assembly, SB 241, 1/30/20]

### However, Spartz Co-Authored This Bill

**Spartz Co-Authored SB 241.** [Indiana General Assembly, SB 241, 1/30/20]


**Spartz Was One Of A Few Senators Who Voted Against Extending Health Programs, Including A Syringe Exchange Program**

**2020: Spartz Was One Of A Few Senators Who Voted Against Extending Health Programs, Including A Syringe Exchange Program.** Spartz voted against SB 4, "Health programs. Extends the prohibition against the inclusion of certain Medicaid recipients in: (1) risk based managed care programs; or (2) capitated managed care programs; from June 30, 2020, to June 30, 2021. Requires a syringe exchange program to: (1) provide testing for communicable diseases and provide services or a referral for services if the individual tests positive; and (2) establish a referral process for program participants in need of information or education concerning communicable diseases or health care. Requires the state department of health to include certain information concerning syringe exchange programs in the report to the general assembly before November 1, 2020. Extends the expiration date for certain syringe exchange programs from July 1, 2021, to July 1, 2022." The bill passed the Senate by a vote of 47 – 3. [Indiana General Assembly, SB 4, 1/28/20]

**Spartz Voted Against An HIV, Fatality Reviews, And Syringe Exchange Program**

**2020: Spartz Voted Against An HIV, Fatality Reviews, And Syringe Exchange Program.** Spartz voted against HB 1182, "HIV, fatality reviews, and syringe exchange programs. Removes acquired immune deficiency syndrome (AIDS) from the statutory definition of 'exposure risk disease'. Replaces the term 'AIDS' with the term 'human immunodeficiency virus (HIV)' where appropriate. Replaces the term 'carrier' with the term 'individual with a communicable disease' where appropriate. Replaces the term 'danger' with the term 'risk' where appropriate. Replaces the term 'spread' with the term 'transmission' where appropriate. Replaces the term 'HIV antibody' with 'human immunodeficiency virus (HIV)' where appropriate. Requires the state department of health (department) to specify, in any literature provided to children and young adults concerning HIV, that abstinence is the best way to prevent the transmission of HIV as a result of sexual activity. Provides that a physician or the authorized representative of a physician may not order an HIV test unless the physician or the authorized representative of a physician: (1) informs the patient of the test orally or in writing; (2) provides the patient with an explanation of the test orally, in writing, by video, or by a combination of these methods; and (3) informs the patient orally or in writing of the patient's right to ask questions and to refuse the test. Requires the information to be communicated to the patient in a language or manner that the patient understands. Requires a physician or an authorized representative of the physician to inform a patient of the counseling services and treatment options available to the patient if an HIV test indicates that the patient is HIV positive." The bill passed the Senate by a vote of 36 – 14. [Indiana General Assembly, HB1182, 3/3/20]

**Spartz Voted Against Continuing The Syringe Exchange Program**

**2020: Spartz Voted Against Continuing The Syringe Exchange Program.** Spartz voted against SB 207, "Syringe exchange program. Repeals the expiration date of the syringe exchange program. (Under current law, the expiration date is July 1, 2021.)" The bill failed the Senate by a vote of 22 – 27. [Indiana General Assembly, SB 207, 2/4/20]

**In 2020, The Syringe Exchange Program Ceased To Exist In Nine Counties In Indiana And Were Meant To The Stop The Spread Of Infectious Diseases**

**In 2020, The Syringe Exchange Program Failed And Ceased To Exist In Nine Counties In Indiana And Were Meant To The Stop The Spread Of Infectious Diseases.** "The Indiana Senate failed to pass a bill that would have extended the sunset clause for syringe service programs in the state, meaning that the state's programs in nine counties, including Fayette, could cease to exist next year. Research shows that programs exchanging syringes prevent the spread of infectious diseases such as HIV and hepatitis C. Syringe service programs emerged in Indiana after a 2015 HIV outbreak in Scott County and were set to sunset, or end, next year." [News-Examiner, 2/6/20]



**2015 – 2016: Then-Governor Mike Pence's Failure To Implement A Needle Exchange Program Likely Made An HIV Outbreak Worse**

**Between Feb. 2015 And Apr. 2016, 190 People In Scott County Were Diagnosed With HIV.** "From the start of the HIV outbreak, health officials emphasized that nothing set Scott County apart from many other rural communities where opioid drug use had become an epidemic. This could happen anywhere, people were told. Many people had viewed HIV as a big-city disease, something that might afflict people in San Francisco or New York. But not in Austin, a small city of about 4,000 people 80 miles south of Indianapolis. Then, in February 2015, the first 30 cases of HIV were reported. By mid-March, the number had climbed to 55. State health officials, the governor and the federal Centers for Disease Control and Prevention were looking for answers. Few public health crises have unfolded so rapidly. Now, a year later, the outbreak is at 190 cases. But the sickness runs deeper." [Indianapolis Star, 4/11/16]

**The Outbreak Was Linked To Intravenous Use Of The Painkiller Opana.** "The outbreak, linked to IV use of the painkiller Opana, was unusual for the large numbers in a rural community. It prompted officials with the U.S. Centers for Disease Control and Prevention to issue a health advisory alerting states, health departments and doctors nationwide to be on the lookout for clusters of HIV and hepatitis C among IV drug users, particularly in rural areas." [Louisville Courier-Journal, 7/22/15]

   **In Scott County, People Were Injecting Opana And Sharing Needles.** "The drug comes in pill form, but addicts have been known to crush and snort the drug. In Scott County, which had such an increase in HIV cases last year it was besieged by the national media, law enforcement officials learned people were injecting Opana and sharing needles." [Fort Wayne Journal-Gazette, 7/9/16]

**A Permanent Needle Exchange Program Was Only Approved After 200 People In Scott County Were Diagnosed With HIV**

**After HIV Epidemic In Indiana, Gov. Mike Pence Allowed Needle Exchange; Nationally Worsening Heroin Problem Helped Spur Federal Lawmakers.** "Last year, the worst ever HIV epidemic in Indiana prompted Republican Gov. Mike Pence to allow needle exchange programs in his state. And with the worsening heroin epidemic, federal lawmakers were purportedly worried that growing addiction to the needle-injected drug could make HIV spread further." [Vox, 1/6/15]

**Pence Ignored Public Health Officials Requests To Lift The Needle Exchange Ban And Exacerbated The HIV Crisis**

**HEADLINE: "How Pence's Slow Walk On Needle Exchange Helped Propel Indiana's Health Crisis."** [Politico, 8/7/16]

**Since Pence Was Not Willing To Lift The Needle Exchange Ban At First Public Officials Had To Attempt To Persuade Pence While The Outbreak Was Getting Worse.** "What was going on was unprecedented in Indiana and rare in the United States: H.I.V. was spreading with terrifying speed among intravenous drug users in this rural community near the Kentucky border. Local, state and federal health officials were urging the governor to allow clean needles to be distributed to slow the outbreak. […] In recent interviews, local, state and federal health officials said Mr. Pence initially held firm. So as they struggled to contain the spread of H.I.V., the officials embarked on a behind-the-scenes effort over several weeks to persuade him to change his mind, using political pressure, research and pleas for help from this remote, poor community. On March 23, more than two months after the outbreak was detected, Mr. Pence said he was going to go home and pray on it. He spoke to the sheriff the next night. Two days later, he issued an executive order allowing syringes to be distributed in Scott County." [New York Times, 8/8/16]

   **Dr. Eric Meslin, Director Of The Indiana University Center For Bioethics, Said The Best Response To An HIV Outbreak Was "A Policy To Quickly Implement A Needle Exchange Program Statewide,**


**Supplemented By A Public Health Education Initiative."** "In an email, Dr. Eric Meslin, director of the Indiana University Center for Bioethics, says that the best response to the outbreak would have been 'a policy to quickly implement a needle exchange program statewide, supplemented by a public health education initiative. They've been shown to be an effective brake on the spread of HIV and other diseases elsewhere.'" [Pacific Standard, 5/1/15]

### Spartz Voted To Provide Residents With Information About The Flu And Flu Vaccinations

**2018: Spartz Voted To Provide Residents With Information About The Flu And Flu Vaccinations.** Spartz voted for HB 1058, "Influenza information to residents. Requires an operator of a housing with services establishment to provide to residents certain information concerning influenza and influenza vaccinations. Specifies that an operator is deemed to be in compliance with the requirement if the operator provides a resident the latest vaccination information statement concerning influenza issued by the Centers for Disease Control and Prevention." The bill passed the Senate by a vote of 34 – 14. [Indiana General Assembly, HB 1058, 3/1/18]

## Drugs & Addiction

### Spartz Opposed Recreational Marijuana But Said There Was "Potential" For Medical Use

**VIDEO: Spartz Opposed Recreational Marijuana But Said There Was "Potential" For Medical Use.** "[0:40] I am not supportive of recreational cannabis can have very detrimental effects on adolescent brains under the age of 25. is related to the medical use of cannabis. There is a potential use but it has to be dealt with at the federal level by the FDA. This agency has to be fixed. It became a detriment to innovation, and also wrong the main drivers of the cost of pharmaceuticals. It's unacceptable." [Fiscal Conservatives of Hamilton County, YouTube, 5/5/20]

### Spartz Authored Legislation That Granted Funding To Support Comprehensive Addiction Recovery Centers

**Spartz Authored Legislation That Granted Funding To Support To Support Comprehensive Addiction Recovery Centers.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 33 would establish a grant fund to support the establishment of comprehensive addiction recovery centers, which would offer a full range of treatment options to those struggling with drug abuse." [Current in Noblesville, 3/19/19]

### Spartz Authored Legislation That Would Regulate Office-Based Opioid Treatment Providers

**Spartz Authored Legislation That Would Regulate Office-Based Opioid Treatment Providers.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 141 would place sensible regulations on Office-Based Opioid Treatment providers to ensure legally dispensed opioids aren't diverted for illegal use." [Current in Noblesville, 3/19/19]

## Long Term Health Issues

### Spartz Supported Strengthening Policy Against Assisted Suicide

**2020: Spartz Supported Strengthening Policy Against Assisted Suicide.** On the Indiana Right to Life 2020 Primary Federal Candidate Survey, when asked, "Would you support Federal law to strengthen policy against assisted suicide, including overturning the D.C. law?" Spartz said "Yes." [Indiana Right to Life, 2020 Federal Candidate Primary Survey, accessed 7/13/20]



# Housing Issues

**Significant Findings**

- ✓ *Spartz voted for a bill that rolled back government regulations of manufactured homes and stripped protections from renters*
  - ✓ *The bill was lobbied by the Indiana Apartment Association and was opposed by Organizations representing marginalized groups*
  - ✓ *Notably, Spartz and her family operated a manufactured home community and rented property*

## Landlord Tenant Issues

### Spartz Voted For A Bill That Rolled Back Government Regulation Of Manufactured Homes And Stripped Protections From Renters

**2020: Spartz Voted For A Bill That Rolled Back Government Regulations Of Manufactured Homes.** Spartz voted for SB 148, "Amends a statute concerning manufactured homes (manufactured home statute) to provide, with respect to a manufactured home located outside of a mobile home community, as follows: (1) A comprehensive plan or zoning ordinance adopted by a unit of local government may: (A) specify aesthetic standards and requirements concerning the manufactured home's permanent foundation system; and (B) require compatibility of the manufactured home's permanent foundation system with surrounding residential structures. (2) A unit of local government may not require: (A) a permanent foundation system that is incompatible with the structural design of the manufactured home; or (B) more than one permanent foundation system for a manufactured home. Specifies that the changes to the manufactured home statute do not affect a requirement applicable to property that is subject to the jurisdiction of a preservation commission. Provides that a unit of local government may not adopt or enforce certain ordinances, regulations, requirements, or other restrictions that mandate size requirements for a manufactured home that is placed in a mobile home community. Provides that, subject to certain conditions, an industrialized residential structure may be located in a mobile home community. Requires a mobile home community operator (operator) to provide all owners of mobile homes, manufactured homes, or industrialized residential structures in a mobile home community with written notice not less than 180 days before the mobile home community's closure. Provides that an operator who violates the notice requirement commits a deceptive act that is actionable by the attorney general or a consumer. Prohibits a unit of local government from regulating certain aspects of a landlord-tenant relationship with respect to privately owned real property located in the unit unless the regulation is authorized by the general assembly. Prohibits a landlord from taking certain retaliatory actions in response to a tenant's engaging in one or more enumerated protected activities. Prohibits a local unit from adopting or enforcing any ordinance or regulation concerning retaliatory acts by landlords." The bill passed the Senate by a vote of 32 – 15. [Indiana General Assembly, SB 148, 2/3/20]

#### The Bill Also Stripped Protections From Renters

**The Bill Stripped Protections From Renters.** "Senate Bill 148 would ensure that any regulations of landlord-tenant relationships — such as leasing conditions, fees a landlord may charge or what a landlord is required to disclose to prospective tenants — must be set at the state level. Local ordinances in Indianapolis, Bloomington and other communities would be overruled. In Indianapolis, that means a set of new protections for renters would be stripped away by lawmakers. The bill also would officially make it illegal to retaliate against a renter who reports unlivable conditions." [IndyStar, 3/15/20]



**The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups**

**The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups.** "The Indiana Apartment Association lobbied for the bill. About 300 individuals and organizations — which includes some Indiana cities and several groups representing veterans, elderly citizens, minorities, immigrants, domestic violence victims, those of Christian and Jewish faiths, homeless families, medical professionals and more — were opposed." [IndyStar, 3/15/20]

**Notably, Spartz And Her Family Operated A Manufactured Home Community And Rented Property**

**2020: Spartz Reported $100,001 To $1,000,000 In Income From Westbrook Village.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

   **2012: Westbrook Village LLC Was Incorporated As Domestic Limited Liability Company.** On December 14, 2012, Westbrook Village LLC was registered as a Domestic Limited Liability Company. [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

   **Westbrook Village Listed Charles Spartz As The Principal.** [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

   **Westbrook Village Was A Manufactured Home Community In Noblesville, IN.** Westbrook Village was listed as a Mobile Home Park in Hamilton County, IN. [Indiana State Department of Health, Hamilton County Mobile Home Parks, accessed 6/26/20]

**2020: Spartz Reported $15,001 To $50,000 From Rental Property In Lapel, IN.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

   **March 2009: Spartz And Her Husband Purchased The Property At 9990 N State Road 32, Lapel, IN.** According to data from the Madison County Property Tax Assessment, on March 1, 2009, Victoria and Jason Spartz purchased the property at 9990 N State Rd 32, IN. [Madison County Property Tax Assessment, Parcel 48-10-28-203-012.000-31, accessed 6/16/20]

   **The Property At 9990 N State Rd 32 Was Listed As Rental Land.** According to data from the Madison County Treasurer Office, the property at 9990 N State Rd 32 was listed as a rental land. [Madison County Treasurer, Parcel 48-10-28-203-012.000-031, accessed 6/18/20]



# Infrastructure & Transportation Issues

**Significant Findings**

- ✓ *Spartz voted in favor of an amendment that allowed the state to withhold 10% from IndyGo's annual local income tax distribution*
- ✓ *Spartz's was one of a few senators who repeatedly voted against creating a Central Indiana Development Authority*
- ✓ *Spartz voted against amending the definition of a controlled project to exclude projects exclusively for engineering and land*
- ✓ *Spartz was one of a few senators who voted against raising the ceiling for county airport and drainage projects*

## Development Issues

### Spartz Voted In Favor Of An Amendment That Would Allow The State To Withhold 10% From IndyGo's Annual Local Income Tax Distribution

**Spartz Voted In Favor Of An Amendment That Would Allow The State To Withhold 10% From IndyGo's Annual Income Tax Distribution.** "A House bill currently being deliberated on the Senate floor related to a transit authority in northwest Indiana just took a major detour and ended up in Indianapolis. On Thursday afternoon, senators heatedly debated and eventually voted 35-12 to pass an amendment to HB 1279. The amendment would allow the state to withhold 10% from IndyGo's annual local income tax distribution if the agency doesn't raise those funds privately in a year. It would also prohibit IndyGo from expanding its mass transit until they are compliant with the law. […] Sen. Victoria Spartz, R-Noblesville, voted in favor of the amendment, arguing that this would improve Indiana's track record of legislative and fiscal oversight compared to other states." [Indianapolis Star, 2/29/20]

### Spartz Was One Of A Few Senators Who Repeatedly Voted Against Creating A Central Indiana Development Authority

**2020: Spartz Was The Only Senator That Voted Against Creating A Central Indiana Development Authority.** Spartz voted against SB 350, "Central Indiana regional development authority. Authorizes counties and municipalities within the Indianapolis metropolitan area to establish a central Indiana regional development authority pilot that will sunset on July 1, 2025. Requires counties and municipalities that wish to establish the development authority to adopt substantially similar resolutions to adopt a preliminary strategic economic development plan (preliminary development plan). Provides that the development authority shall be governed by a strategy committee composed of members selected according to the terms of the preliminary development plan adopted to establish the development authority. Specifies the duties of the development authority. Requires the development authority to prepare a comprehensive strategic economic development plan. Codifies the establishment and governing provisions of the Indianapolis metropolitan planning organization. Requires the Indianapolis metropolitan planning organization to: (1) develop a comprehensive asset management report for the metropolitan planning area in collaboration with the Indiana department of transportation; and (2) present the comprehensive asset management report to the city-county council of Indianapolis and Marion County, the fiscal and legislative bodies of each entity that is a member of the Indianapolis metropolitan planning organization, and the budget committee." The bill passed the Senate by a vote of 48 – 1. [Indiana General Assembly, SB 350, 2/4/20]



**Spartz Voted Against Amending The Definition Of A Controlled Project To Exclude Projects Exclusively For Engineering And Land**

**2020: Spartz Voted Against Amending The Definition Of A Controlled Project To Exclude Projects Exclusively For Engineering And Land.** Spartz voted against SB 190, "Controlled projects. Amends the definition of a "controlled project" to exclude projects exclusively for engineering, land and right-of-way acquisition, construction, resurfacing, maintenance, restoration, and rehabilitation of: (1) local road and street systems; (2) arterial road and street systems; and (3) any combination of local and arterial road and street systems; including bridges that are designated as being in a road and street system. Provides that the restrictions on supporting a position on a controlled project apply to any political subdivision that has assessed value within the same taxing district as the political subdivision proposing the project. Provides that nothing shall prevent another political subdivision that has assessed value within the same taxing district as the political subdivision from adopting a resolution or taking a position on a local public question." The bill passed the Senate by a vote of 39 – 11. [Indiana General Assembly, SB 190, 1/28/20]

**Spartz Was One Of A Few Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects**

**2019: Spartz Was One Of 2 Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects.** Spartz voted against HB 1019, "Public construction. Increases, from $100,000 to $150,000, the ceiling under which a board of aviation commissioners or an airport authority board may perform certain public construction projects with its own workforce. Increases, from $75,000 to $150,000 the ceiling under which a county drainage board may obtain quotes rather than advertise for bids for certain projects under the drainage law." The bill passed the Senate by a vote of 43 – 2. [Indiana General Assembly, HB 1019, 3/18/19]


# Labor & Working Families

**Significant Findings**

- ✓ *Spartz voted to require the Department of Insurance to develop a voluntary family leave program*
  - ✓ *However, Spartz said that if there was a genuine need for paid leave, the private insurance market would have already offered it*
- ✓ *Spartz defended state Senator Chip Perfect when critics questioned if there was a conflict of interest involved with his bill to roll back child labor laws*
- ✓ *Spartz was one of a few senators who repeatedly voted against increasing workers' compensation benefits*
- ✓ *Spartz voted to establish a study about eligibility, verification, monitoring, and works requirements for SNAP and Medicaid*
- ✓ *Spartz voted to prohibit the coverage of certain drugs under workers' compensation*
- ✓ *Spartz said the welfare system was "suppressing poor people"*
- ✓ *Spartz received an average rating of 44% from Indiana AFL-CIO*

## Paid Leave

### Spartz Voted To Require The Department Of Insurance To Develop A Voluntary Family Leave Program, But Said That If There Was A Genuine Need For The Plan The Market Would Have Already Offered It

#### Spartz Voted To Require The Department Of Insurance To Develop A Voluntary Family Leave Program

**2019: Spartz Voted To Require The Department Of Insurance To Develop A Voluntary Family Leave Program.** Spartz voted for SB 496, "Voluntary family leave insurance program. Requires the department of insurance (department) to develop a proposal for a voluntary family leave program. Provides for certain provisions when developing the proposed program. Provides that the department shall study and make fiscal estimates about the costs of offering an employer tax deduction of 200% to small businesses who choose to pay all or part of the contribution. Requires the department to submit the proposed program to the budget committee, including projected costs of the program, for review." The bill passed by a vote of 30 – 19. [Indiana General Assembly, SB 496, 2/18/19]

#### State Senators Sponsored A Bill That Urged The Indiana Department Of Insurance To Create A System That Would Grant Hoosiers Access To Paid Leave

**State Senators Sponsored A Bill That Urged The Indiana Department Of Insurance To Create A System That Would Grant Hoosiers Access To Paid Leave.** "Many Hoosier employees have no choice but to take unpaid time off work when they are having a baby, caring for a dying relative or nursing a sick child, because their employers do not provide paid family leave. State Sen. Karen Tallian, D-Ogden Dunes, wants to give those workers the opportunity to maintain their incomes, while exercising their federal right to unpaid family leave, through a



state-managed, voluntary family leave insurance program. Senate Bill 496, co-sponsored by Tallian and state Sen. John Ruckelshaus, R-Indianapolis, directs the Indiana Department of Insurance to establish a pooled risk system for Hoosier workers to contribute a small portion of their salary while healthy and working, and, in return, get a benefit equal to 50, 75 or 100 percent of their regular wages if they must take temporary leave from their jobs." [Fort Wayne Journal Gazette, 1/25/19]

**Spartz Said That If There Was A Genuine Need For The Program, The Private Insurance Market Would Have Offered It**

**Spartz Said That If There Was A Genuine Need For The Program, The Private Insurance Market Would Have Offered It.** "Business groups, including the Indiana Chamber of Commerce, National Federation of Independent Business and the Indiana Manufacturers Association, said they oppose the idea, because they fear participation ultimately may be mandatory for Hoosier companies. State Sens. Chip Perfect, R-Lawrenceburg, and Victoria Spartz, R-Noblesville, also said that if there were a genuine need for the program, then the private insurance market already would be offering it." [Fort Wayne Journal Gazette, 1/25/19]

## Unemployment Issues

### Spartz Was One Of A Few Senators Who Voted Against Providing A New Schedule Rates For Unemployment

**2020: Spartz Was One Of 2 Senators Who Voted Against Providing New Schedule Rates For Unemployment.** Spartz voted against HB 1111, "Unemployment. Provides a new schedule of rates for calendar years after December 31, 2020. Specifies that Schedule C applies for calendar years 2021 through 2025. Provides new contribution rates for calendar years after 2020." The bill passed the Senate by a vote of 48 – 2. [Indiana General Assembly, HB 1111, 3/3/20]

## Child Services And Labor

### Spartz Authored A Bill That Would Require Child Services Department To Prepare A Report Regarding Expenditures And To Identify Cost Drivers

**Spartz Authored A Bill That Would Require Child Services Department To Prepare A Report Regarding Expenditures And To Identify Cost Drivers.** "Another bill that is moving was authored by Sen. Victoria Spartz, R-Noblesville. Senate Bill 259 would require the child services department to prepare a report regarding expenditures, categorized according to case type, for the last three years. The report also must include any information relevant to identifying cost drivers and trends for the department. Spartz told her colleagues the state is spending up to $50,000 per year on each child - and for that money the state could be sending them to Harvard University. 'We need to see how we can deliver value better,' she said. Spartz said it's important to differentiate spending on the case type, and said the information overall will help legislators make budget decisions next year. 'I want to make sure we don't waste money on bureaucracy and it actually goes to helping families,' she said." [Fort Wayne Journal Gazette, 2/16/20]

### Spartz Defended State Senator Chip Perfect When Critics Questioned If There Were Conflicts Of Interest Involved With His Bill To Roll Back Child Labor Laws

**Senator Chip Perfect, Who Employed Hundreds Of Minors, Sponsored A Bill That Rolled Back Child Labor Laws**

**Senators Chip Perfect, Who Employed Hundreds Of Minors, Sponsored A Bill That Rolled Back Child Labor Laws.** "State Sen. Chip Perfect is setting aside his push this year to scrap Indiana child labor laws amid



conflict-of-interest scrutiny that arose from his employment of hundreds of minors. […] But his involvement in the bill - and the ethics committee ruling it wasn't a conflict of interest - points to a larger issue: In a so-called citizen legislature, whose members usually have full-time jobs elsewhere, the line between a lawmaker's expertise and potential conflicts can be blurry. Perfect defended his decision to file the original legislation during a Wednesday committee hearing, but said he was amending the bill because of the increased attention and negative consequences his business and family have been facing. […] His original bill would have gotten rid of work permit requirements for minors and removed all restrictions on what hours 16- and 17-year-old Hoosiers could work. Other protections for minors would have still been present under federal law." [Indianapolis Star, 1/31/19]

**Spartz Defended Senator Perfect's Involvement In The Legislation Because He Was Knowledgeable On The Issue**

**Spartz Defended Senator Perfect's Involvement In The Legislation Because He Was Knowledgeable On The Issue.** "Other lawmakers defended Perfect's involvement during Wednesday's Senate Pensions and Labor committee hearing. 'Each of us has different levels of expertise and knowledge, and we come across an issue based off our ... knowledge (and) experience or brought up by our constituents, so I think it's important (that Perfect filed this bill),' said Victoria Spartz, R-Noblesville. 'I would have not understood there was even an issue. I've never been involved with employment with minors or school-aged students.'" [Indianapolis Star, 1/31/19]

## Workers' Benefits

### Spartz Was One Of A Few Senators Who Repeatedly Voted Against Increasing Workers' Compensation Benefits

**2020: Spartz Was One Of 6 Senators Who Voted Against Increasing Workers' Compensation Benefits.** Spartz voted against SB 202, "Worker's compensation. Increases benefits for injuries and disablements by 2% each year for three years, beginning on July 1, 2020." The bill passed the Senate by a vote of 44 – 6. [Indiana General Assembly, SB 202, 1/28/20]

**2019: Spartz Voted Against Increasing Workers' Compensation Benefits.** Spartz voted against SB 358, "Worker's compensation. Increases benefits for injuries and disablements by 2% each year for three years, beginning on July 1, 2019." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, SB 358, 2/26/19]

### In Committee, Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund

**In Committee, Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund**

**2020: Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund.** In Committee, Spartz voted against SB 25, "Mental health disability review panels. Establishes mental health disability review panels (review panel) for evaluation of members of the 1977 police officers' and firefighters' pension and disability fund (1977 fund) who have been determined to have an impairment for mental illness. Includes mental illness in the description of "occupational diseases" for purposes of determining whether a 1977 fund member has an impairment. Makes the final determination of an impairment for a mental illness provisional for two years: (1) beginning July 1, 2020, for a final determination made after December 31, 2012, and before July 1, 2020; or (2) from the date of the final determination, for a final determination made after June 30, 2020. Requires that, during that time, the 1977 fund member participate in a mental health treatment plan, at the employer's cost, and at the end of the two year period, requires the review panel to evaluate the 1977 fund member to determine if the 1977 fund member: (1) is medically able to return to duty; or (2) may continue for another two year provisional disability period. Requires that, at the end of the second provisional period, the review



panel evaluate the 1977 fund member to determine if the 1977 fund member: (1) is medically able to return to duty; or (2) has a permanent impairment. Provides that the evaluations conducted by the mental health disability review panels are confidential. Provides that the board of trustees of the Indiana public retirement system may suspend a 1977 fund member's disability benefits if the member fails to comply with reasonable requests for information by the mental health disability review panel. (The introduced version of this bill was prepared by the interim study committee on pension management oversight.)" The bill passed the Pensions and Labor committee by a vote of 8 – 2. [Indiana General Assembly, SB 25, 1/8/20]

#### However, Spartz Later Voted For The Bill On The Senate Floor

**Spartz Voted For SB 25 On The Senate Floor.** The bill passed the Senate by a vote of 49 – 0. [Indiana General Assembly, SB 25, 1/14/20]

### Spartz Voted To Establish A Study About Eligibility Verification, Monitoring, And Work Requirements For SNAP And Medicaid

**2018: Spartz Voted To Establish A Study About Eligibility Verification, Monitoring, And Work Requirements For SNAP And Medicaid.** Spartz voted for HB 1285, "Nutritional assistance. Urges the legislative council to assign for study to an appropriate interim study committee the task of studying issues related to eligibility verification and monitoring, identity authentication, and work requirements for participation in the federal Supplemental Nutrition Assistance Program and Medicaid program." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, HB 1285, 3/5/18]

### Spartz Voted To Prohibit The Coverage Of Certain Drugs Under Workers' Compensation

**2018: Spartz Voted To Prohibit The Coverage Of Certain Drugs Under Workers' Compensation.** Spartz voted for SB 369, "Workers' compensation drug formulary. Except during a medical emergency, prohibits workers' compensation and occupational disease compensation reimbursement for drugs specified in the ODG Workers' Compensation Drug Formulary Appendix A published by MCG Health as 'N' drugs. Permits a prescribing physician to request to prescribe an 'N' drug. Provides that, if the employer approves the request, the prescribing physician may prescribe the 'N' drug. Provides that, if the employer does not approve the request, the employer shall: (1) shall send the request to a third party that is certified by the Utilization Review Accreditation Commission to make a determination concerning the request; and (2) notify the prescribing physician and the employee of the third party's determination not more than five business days after receiving the request. Provides that, if the third party's determination is to deny the request, the employer shall notify the prescribing physician and the employee, and the employee may apply to the worker's compensation board for a final determination concerning the third party's determination. Provides that, if the employer fails to notify the physician and the employee of the third party's determination, the prescribing physician's request is considered approved, and reimbursement of the 'N' drug is authorized." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, SB 369, 2/6/18]

## Welfare

### Spartz Said That The Welfare System Suppressed People

**VIDEO: Spartz Said That The Welfare System Suppressed People.** "[5:56] We are expenditure driven by bad policy, our welfare system suppressing poor people, our healthcare system destroying middle class, our debt is ballooning, and no one wants to deal with underlying problems." [FOX59 News, YouTube, 3/9/20]

## Interest Group Ratings



## Spartz Received An Average Rating Of 44% From Indiana AFL-CIO

**2018: Spartz Received A 44% Rating From Indiana AFL-CIO.** [VoteSmart, Victoria Spartz, accessed 7/13/20]

**2017 – 2018: Spartz Received A 44% Rating From Indiana AFL-CIO.** [VoteSmart, Victoria Spartz, accessed 7/13/20]



# Immigration & Border Issues

**Significant Findings**

- ✓ *Spartz voted against the conference committee report that allowed DACA recipients to receive professional licenses in Indiana*
- ✓ *Spartz advocated to build a border wall and pushed for an immigration policy that would benefit the U.S.*
- ✓ *2018: Spartz authored a resolution to U.S. Senators Young and Donnelly, urging them to deliver results on border security and immigration reform*
- ✓ *2016: Spartz testified at an Indiana Senate hearing on immigration and said that it was up to the government to properly control immigration*

## DACA, DAPA & The DREAM Act

### Spartz Voted Against The Conference Committee Report That Allowed DACA Recipients To Receive Professional Licenses

**2018: Spartz Voted Against The Conference Committee Report That Allowed DACA Recipients To Receive Professional Licenses.** Spartz voted against the Conference Committee Report SB 419, "Professional and occupational licenses. Provides that an agency or political subdivision may require verification of an individual's eligibility for a professional or occupational license, by requiring the individual to verify under penalty of perjury that the individual is: (1) authorized by the federal government to work in the United States; and (2) executing the verification only for the purpose of applying for a professional or occupational license issued by the state agency or political subdivision. Provides that an individual who is authorized by the federal government to work in the United States is eligible for a professional or occupational license issued by a state agency or political subdivision if the individual meets all the requirements, other than the requirement under 8 USC 1621(a), to obtain or renew the professional or occupational license. Provides that a unit does not have the power to license, register, or certify a person to practice the person's profession or occupation within the unit if the occupation or profession is subject to licensure, registration, or certification under the Indiana Code. Provides that this prohibition does not apply to: (1) registration for particular projects for the alteration, construction, demolition, or repair of a building or other work on real property required under an ordinance or rule adopted under local government law; (2) the ability to revoke, suspend, or impose additional conditions on a permit or registration previously given if the person holding the permit or registered has performed substandard work or has otherwise violated any condition of the permit or registration; or (3) when the unit determines the establishment and enforcement of health and safety standards for the occupation or profession is appropriate and necessary to protect the public." The report passed the Senate by a vote of 39 – 8. [Indiana General Assembly, SB 419, 3/14/18]

#### However, Spartz Previously Voted For The Bill On The Floor Of The Senate

**2018: Spartz Voted For SB 419 On The Senate Floor.** The bill passed the Senate by a vote of 35 – 12. [Indiana General Assembly, SB 419, 2/6/18]

#### The Bill Notably Allowed DACA Recipients To Receive Professional Licenses



**The Bill Notably Allowed DACA Recipients To Receive Professional Licenses.** "The state will once again begin awarding professional licenses for DACA recipients, often called Dreamers. The measure was a response to recent changes the Indiana Professional Licensing Agency made to its application forms that effectively blocked Indiana's roughly 9,000 DACA participants from getting or renewing licenses in more than 70 occupations, from hair styling to architecture to nursing. DACA participants are young immigrants who were brought to the United States illegally as children but have been granted legal work status under the federal Deferred Action for Childhood Arrivals program. Holcomb signed Senate Enrolled Act 419 Wednesday." [IndyStar, 3/29/18]

## Border Protection

### Spartz Said That Democrats Pushed "Open Borders And A Welfare State"

**Spartz Said That Democrats Pushed "Open Borders And A Welfare State."** "Safe and secure borders: 'As Milton Friedman said, you cannot have open borders and a welfare state, but that is the exact policy Washington Democrats are pushing right now. There has been a crisis at the border for years, but career politicians have failed to take meaningful action to fix the situation and reform our immigration system to better serve our national interest. As someone who spent six years becoming an American citizen the legal way, I am quite familiar with how broken our immigration system is and will use that experience to improve it.'" [LifeZette, 7/14/20]

### Spartz Advocated To Build A Border Wall

**Spartz Advocated To Build A Border Wall.** "We are a country of laws. We must secure our borders, build the wall and reform the immigration system to better serve our national interest." [Spartz for Congress, accessed 7/6/20]

### Spartz Advocated To Protect Borders And Implement A "Vibrant Environment" To Help With Visas

**Spartz Advocated To Protect Borders And Implement A "Vibrant Environment" To Help With Visas.** "An immigrant originally from Ukraine herself, Spartz said she would like to see a better immigration system put into place. 'We need to make sure we have a strong immigration system but we protect our borders and have a vibrant environment to help work visas,' she said. 'They need to be not hard to get if we need to have people that bring some human capital, so that system has to be reformed. We have to have some policies that benefit Americans.'" [Chronicle-Tribune, 5/26/20]

### Spartz Said Pushed For Secure Borders And An Immigration Policy That Benefitted The United States

**VIDEO: Spartz Said Pushed For Secure Borders And An Immigration Policy That Benefitted The United States.** "[6:09] So we have to start dealing with that we have to start dealing with immigration. We're a country of laws, and we need to look at immigration. We need to have secure borders. We also need to have a policy that benefits our country. It's important to have and for years, everyone talks about it. No one wants to deal with it because it's tough. It's hard to deal with stuff issues. Everything comes as a lot of politics, but Congress has to step up." [FOX59 News, YouTube, 3/9/20]

### Spartz Authored A Concurrent Resolution To Senators Young And Donnelly To Deliver Results On Border Security And Immigration Reform

**2018: Spartz Authored A Concurrent Resolution To Senators Young And Donnelly To Deliver Results On Border Security And Immigration Reform.** Spartz authored SCR 39, "A CONCURRENT RESOLUTION to



urge Senator Todd Young and Senator Joe Donnelly to deliver results on border security and immigration reform." [Indiana General Assembly, SCR 39, 2/15/18]

## Spartz Said It Was Up To The Government To Properly Control Immigration

### 2016: Spartz Testified At An Indiana Senate Hearing On Immigration

**2016: Spartz Testified At An Indiana Senate Hearing On Immigration.** "Victoria Spartz, born and raised in Ukraine, came to the United States in 2000 as an immigrant at only 21 years old. Now, 16 years later, Spartz said it's the freedom and opportunity to succeed that makes her proud to be call herself an American citizen—and it's for that reason that Spartz testified at Wednesday's Senate hearing on immigration." [NUVO, 6/17/16]

### Spartz Said That It Was Up To The Government To Properly Control Immigration

**Spartz Said That It Was Up To The Government To Properly Control Immigration.** "'This is a difficult issue and I know it is hard for a politician to attack,' Spartz said. 'It doesn't matter if you are a legal citizen or illegal here—it doesn't matter who you are—this is an issue that affects our country.' Spartz said it's up to the government to properly control immigration. 'I don't think anyone can say we don't have a problem,' she said. Wednesday's meeting—the third of six—featured testimonies from several individuals and organizations concerning the effect of 'unauthorized aliens' on the state's economy, as well as Indiana's workforce and wages." [NUVO, 6/17/16]

### Spartz Said It Was Important To Have Healthy And Controlled Immigration

**Spartz Said It Was Important To Have Healthy And Controlled Immigration.** "As for Spartz, she said her hope is that her testimony gives the state of Indiana motivation to confront the issue of immigration while continuing to listen to both sides of the spectrum. 'We're a country of immigrants. We're a country of the best of the best,' Spartz said. 'It's important to have healthy immigration, to have controlled immigration, to have a strong country, because we are the only country that still has the most freedoms in the world and the best we can do is to be strong enough to help other countries.'" [NUVO, 6/17/16]

# Property Rights & Land Issues

**Significant Findings**

- ✓ *Spartz was a staunch supporter of property rights*
- ✓ *Spartz authored a bill that enhanced property rights in eminent domain procedures*
  - ✓ *The bill required more transparency and easier to understand notices of eminent domain*
  - ✓ *Notably, the bill amended current law and required a ¾ affirmative vote from the municipality body to allow a municipality to condemn property for economic development*
- ✓ *Spartz voted for a bill that prohibited the Department of Natural Resources from removing property from a floodway*
- ✓ *Spartz voted for a bill that amended the definition of "land developer" for assessment purposes*
- ✓ *Spartz voted for a bill that taxed business personal property on the assessed value rather than the acquisition value*
- ✓ *Spartz authored a bill that placed restrictions on conservancy districts and limited the use of eminent domain for any other purpose other than sewage*
  - ✓ *The bill also stated that the district may not exercise control over the construction of reconstruction of regulated drains*
- ✓ *Spartz authored legislation that doubled personal property tax exemptions to give relief to small businesses*
- ✓ *Spartz was one of a few senators who voted against allowing county assessor's to request state conducted assessments of commercial buildings or structures*
- ✓ *Spartz voted against permitting redevelopment commissions to establish a tax increment financing program for residential housing*
- ✓ *Spartz voted a for a bill that required a majority of property owners to approve a plan before an area could be annexed by a city or town*

## Property Rights

### Spartz Said It Was Important To Protect Property Rights And Provide Legal And Fiscal Guardrails

**Spartz Said It Was Important To Protect Property Rights And Provide Legal And Fiscal Guardrails.** "It's important that we protect private property rights and provide legal and fiscal guardrails for property owners, and


also not eliminate a public access if this district is approved by the Court. My amendment provided some protections! It was a cause worth fighting for!" [Victoria Spartz, Facebook, 4/2/20]



[Victoria Spartz, Facebook, 4/2/20]

## Spartz Authored A Bill To Enhance Property Rights In Eminent Domain Procedures

### 2020: Spartz Authored Bill No 340 Which Enhanced Property Rights In Eminent Domain Procedures

**2020: Spartz Authored Bill No 340 Which Enhanced Property Rights In Eminent Domain Procedures.** "**Sta**te Sen. Victoria Spartz (R-Noblesville) authored Senate Bill 340, which would ensure that Hoosier property owners are afforded due process and given ample opportunities to object in cases where authorities attempt to condemn private property. 'Owning private property is the foundation of freedom itself,' Senator Spartz said. 'We must protect that freedom from all powers – especially any government attempt to seize a citizen's property. It is incumbent upon us to provide due process and ensure transparency and ample time for a property owner to make a case. SB 340 does just that.'" [State Senator Victoria Spartz, News Release, 2/11/20]

### The Bill Required More Transparent And Easier To Understand Notices Of Eminent Domain

**The Bill Required More Transparent And Easier To Understand Notices Of Eminent Domain.** "SB 340 would require more transparent and easier to understand notice of eminent domain to property owners. Most property owners are probably not aware that they only have 30 days to object to the validity of eminent domain procedures. After 30 days, property owners can only challenge the payment amount. Also, this bill provides that if an eminent domain objection is approved by the court, the owner can recover attorney's fees. This bill also adds a requirement to mail notice to an owner who is not a resident of a municipality instead of just publishing a notice in a local newspaper. Additionally, it would also afford longer appeal timeframes for property owners (30 days instead of 10 days) and allow property owners to appeal a decision of the court." [State Senator Victoria Spartz, News Release, 2/11/20]

### The Bill Amended Current Law And Required A ¾ Affirmative Vote From The Municipality Body To Allow A Municipality To Condemn Property For Economic Development

**The Bill Amended Current Law And Required A ¾ Affirmative Vote From The Municipality Body To Allow A Municipality To Condemn Property For Economic Development.** "Revises the statute allowing a municipality to condemn property for economic development to require a 3/4 affirmative vote of the municipality's legislative body to exercise the power of eminent domain. (Current law requires a 2/3 affirmative vote of the


municipality's legislative body.) Allows a property owner to challenge a condemnation for economic development purposes by providing clear and convincing evidence that the owner's parcel is not necessary for the project." [Indiana General Assembly, S.B. 340, 3/18/20]

**Spartz: "Protecting Private Property Rights Was A Core Founding Principle Of Our Republic To Secure Liberties"**

**Spartz: "Protecting Private Property Rights Was A Core Founding Principle Of Our Republic To Secure Liberties."** "'Protecting private property rights was a core founding principle of our republic to secure liberties,' said Senator Spartz. 'In the words of one of our Founding Fathers, John Adams, "The moment the idea is admitted into society that property is not as sacred as the law of God, and that there is not a force of law and public justice to protect it, anarchy and tyranny commence." What Adams said two centuries ago is just as important now as it was then.'" [Targeted News Service, 2/12/20]

**An Amendment Was Added To SB 340 That Killed Protections For Renters In Indianapolis**

**An Amendment Was Added To SB 340 That Killed Protections For Renters In Indianapolis.** "Senate Bill 340 initially moved through the Indiana Senate as a bill addressing laws about condemned properties. An amendment added at the Republican-controlled House Judiciary Committee, though, would undercut a legislative priority of Hogsett, a Democrat, now in his second term as Indianapolis mayor. The Hogsett administration saw its proposal as a way to balance the scales against unscrupulous landlords, many out of state, who take advantage of lax government oversight in Indiana to prey on desperate renters. […] 'I am deeply disheartened by this effort to kill local protections for renters in Indianapolis,' Hogsett said Monday morning in a written statement. 'The vast majority of states have enacted real retaliation protections for tenants, and on the night in which our city is poised to adopt its own regulations at the City-County Council, a watered-down version of real change is being slipped into a bill at the last minute.'" [Indianapolis Star, 2/25/20]

**Spartz Voted For A Bill That Prohibited The Department Of Natural Resources From Removing Property From A Floodway**

**2020: Spartz Voted For A Bill That Prohibited The Department Of Natural Resources From Removing Property From A Floodway.** Spartz voted for the Conference Committee Report for SB 433, "Structures in floodways. Prohibits the director of the department of natural resources (department) from exercising the authority to remove an abode or residence from a floodway if: (1) the abode or residence was constructed before January 1, 2020; (2) the owner of the abode or residence has taken measures to elevate the lowest floor of the abode or residence to at least two feet above the one hundred year flood elevation within two years after receiving notification from the department concerning the abode or residence; and (3) the owner of the abode or residence has taken necessary measures to comply with all applicable local, state, and federal floodway regulations." The report passed the Senate by a vote of 40 – 8. [Indiana General Assembly, SB 433, 3/10/20]

**Spartz Voted For A Bill That Dealt With Various Tax Matters, Including Amending The Definition Of "Land Developer" For Assessment Purposes**

**2020: Spartz Voted For A Bill That Dealt With Various Tax Matters, Including Amending The Definition Of "Land Developer" For Assessment Purposes.** Spartz voted for HB 1065, "Various tax matters. Amends the definition of 'inventory' for purposes of property tax. Amends the definition of 'land developer' for purposes of provisions that apply to reassessment of undeveloped land. Provides that, if a taxpayer believes that the taxpayer has overreported a personal property assessment that is discovered in the course of a review of the taxpayer's personal property assessment for which the assessing official fails to make an adjustment to correct the error, the taxpayer may: (1) initiate an appeal with the county property tax assessment board of appeals for a credit to offset any resulting overpayment; or (2) file a claim for refund with regard to any resulting overpayment. Authorizes an


appeal to the Indiana board of tax review of the denial of the refund claim with regard to a resulting overpayment." The bill passed the Senate by a vote of 31 – 19. [Indiana General Assembly, HB 1065, 3/3/20]

**Spartz Later Voted Against The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 31 – 18. [Indiana General Assembly, HB 1065, 3/11/20]

## Spartz Voted For A Bill That Prohibited A Municipal Body From Holding Property Owners Accountable For Rented Utility Services

**2020: Spartz Voted For A Bill That Prohibited A Municipal Body From Holding Property Owners Accountable For Rented Utility Services.** Spartz voted for HB 1165, "Municipally owned utilities. Specifies that the statute concerning the payment for utility services (other than sewer services) provided by a municipally owned utility to rental property does not allow a municipal legislative body to impose a requirement that the owner of the property must: (1) ensure the creditworthiness of the person occupying the property; or (2) accept responsibility for charges incurred by the person occupying the property; by cosigning an agreement or by any other method." The bill passed the Senate by a vote of 28 – 18. [Indiana General Assembly, HB 1165, 2/27/20]

## Spartz Voted For A Bill That Taxed Business Personal Property On The Assessed Value Rather Than The Acquisition Cost

**2020: Spartz Voted For A Bill That Taxed Business Personal Property On The Assessed Value Rather Than The Acquisition Cost.** Spartz voted for SB 385, "Assessment of business personal property taxes. Provides that the business personal property exemption from taxation is based on the assessed value instead of the acquisition cost." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 385, 2/4/20]

## Spartz Authored A Bill For That Placed Restrictions On Conservancy Districts

### Spartz Authored Senate Bill 338 Which Placed Restrictions On Conservancy Districts

**Spartz Authored Senate Bill 338 Which Placed Restrictions On Conservancy Districts.** [Indiana General Assembly, S.B. 338, 1/13/20]

### The Bill, Among Other Things, Limited The Use Of Eminent Domain For Any Other Purpose Other Than Related To Sewage

**The Bill, Among Other Things, Limited The Use Of Eminent Domain For Any Other Purpose Other Than Related To Sewage.** "Provides that a conservancy district established after June 30, 2020, for any purpose other than providing for the collection, treatment, and disposal of sewage and other liquid wastes is subject to certain restrictions and requirements, including that: (1) it may not exercise the power of eminent domain; (2) if it imposes fees for the recreational use of a water body, the fee charged to a person who does not own real property within the conservancy district may not be more than 50% greater than the fee charged to a person who owns real property within the conservancy district, and it may use the recreation fee revenue only for maintenance of the water body and the administration of the conservancy district; (3) it may not unreasonably limit the types of motorized watercraft that may be used on a water body or assess fees for access to the water body that are unreasonably high in amount;" [Indiana General Assembly, S.B. 338, 1/13/20]

### The Bill Also Stated That The District May Not Exercise Control Over The Construction Or Reconstruction Of Regulated Drains

**The Bill Also Stated That The District May Not Exercise Control Over The Construction Or Reconstruction Of Regulated Drains.** "(4) it may not exercise control or authority over the construction, reconstruction, or


maintenance of regulated drains or over streams; (5) its budget must be reviewed by the fiscal body of the county in which the conservancy district is located, and the board of the conservancy district may not approve a total budget in excess of the amount approved by the county fiscal body; and (6) the rate of its special benefits tax may not exceed $0.0667 on each $100 of assessed valuation of property. Provides that if: (1) a conservancy district is established for purposes related to a water body; and (2) the water body is used as a source of water by a public water utility; the public water utility is not civilly liable for bodily injury or property damage caused by an occurrence in or near the water body solely by reason of owning or having a right to use the water in the water body." [Indiana General Assembly, S.B. 338, 1/13/20]

## Spartz Authored Legislation That Doubled Personal Property Tax Exemptions To Give Relief To Small Businesses

### Spartz Authored Legislation That Doubled Personal Property Tax Exemptions To Give Relief To Small Businesses

**Spartz Authored Legislation That Doubled Personal Property Tax Exemptions To Give Relief To Small Businesses.** "By State Sen. Victoria Spartz (R-Noblesville) […] Senate Bill 233 would target tax relief for small businesses by doubling the personal-property tax exemption from $20,000 to $40,000." [Current in Noblesville, 3/19/29]

### Spartz Voted For Spartz Voted For A Conference Committee Report For Business Personal Property Tax Exemption

**2019: Spartz Voted For A Conference Committee Report For Business Personal Property Tax Exemption.** Spartz voted for the Conference Committee Report of SB 233, "Business personal property tax exemption. Provides that not later than 30 days prior to the filing date, the appropriate assessor shall provide notification to each person whose personal property is subject to assessment. Increases, from $20,000 to $40,000, the acquisition cost threshold for the business personal property tax exemption. Specifies that a taxpayer who is eligible for a personal property tax exemption must include on the taxpayer's personal property tax return: (1) information concerning whether the taxpayer's business personal property within the county is in one location or multiple locations; and (2) an address for the location of the property. Provides that the appropriate county officer designated by the county executive (rather than the assessor, under current law) is responsible for: (1) maintaining data files of the geographic information system characteristics of each parcel in the county as of each assessment date; and (2) submitting those files to the geographic information office of the office of technology. Repeals provisions in current law that allow a county council to impose a local service fee on each person that has exempt business personal property because the business personal property does not exceed the acquisition threshold. Removes outdated provisions." The report passed the Senate by a vote of 39 – 9. [Indiana General Assembly, SB 233, 4/23/19]

## Spartz Voted Against Regulations On Homeowners Associations Regarding Solar Energy

**2019: Spartz Voted Against Regulations On Homeowners Associations Regarding Solar Energy.** Spartz voted against HB 1331, "Homeowners associations. Provides that, subject to certain specified exceptions, a homeowners association may not: (1) prohibit the owner of a dwelling unit from installing a solar energy system; (2) impose unreasonable limitations on the owner's ability to install or use a solar energy system; or (3) require the removal of a solar energy system that has been installed. Provides, however, that a homeowners association may require: (1) compliance with screening requirements imposed by the homeowners association; and (2) preapproval of the location of a solar energy system and of the manner in which the solar energy system is installed. Applies only to rules, covenants, declarations of restrictions, and other governing documents adopted or amended by a homeowners association after June 30, 2019. Provides that if a party to a dispute involving a homeowners association requests mediation, mediation is mandatory. Provides that if neither party requests mediation, or if mediation is unsuccessful, a claimant may begin legal proceedings. Requires a mediation to be conducted in compliance with the Indiana supreme court rules for alternative dispute resolution. Makes corresponding amendments to the provisions



regarding grievance resolutions involving condominium associations." The bill passed the Senate by a vote of 31 – 14. [Indiana General Assembly, HB 1331, 4/16/19]

**2018: Spartz Voted Against A Bill That Prohibited Homeowners Associations From Governing Solar Energy Systems.** Spartz voted against SB 207, "Homeowners associations and solar power. Prohibits a homeowners association from adopting or enforcing certain rules, covenants, declarations of restrictions, and other governing documents concerning solar energy systems after June 30, 2018." The bill passed the Senate by a vote of 36 – 12. [Indiana General Assembly, SB 207, 2/5/18

## Spartz Was One Of A Few Senators Who Voted Against New Requirements For People Reconstructing Earthen Berms Or Levees Located In A Floodway

**2019: Spartz Was One Of 4 Senators Who Voted Against New Requirements For People Reconstructing Earthen Berms Or Levees Located In A Floodway.** Spartz voted against HB 1279, "Natural resources matters. Provides that a person may reconstruct an earthen berm or levee located in a floodway: (1) if the person obtains a permit from the department of natural resources (DNR); or (2) if the earthen berm or levee is located in a rural area, if it was constructed before January 1, 1973, or after December 31, 1972, pursuant to a construction permit issued by the DNR, and if the plans and specifications for the reconstruction demonstrate to the satisfaction of the DNR that the reconstruction will meet certain requirements. Makes the violation of certain prohibitions or requirements concerning the reconstruction of an earthen berm or levee a Class B infraction. Establishes new requirements concerning freeholders' signatures on a petition to establish a conservancy district, providing: (1) that for a proposed district of not more than 5,000 freeholds, 30% of the freeholders must sign the petition; that for a proposed district of more than 5,000 but not more than 25,000 freeholds, 15%, but not less than 1,000, of the freeholders must sign the petition; and that for a proposed district of more than 25,000 freeholds, 10%, but not less than 3,000, of the freeholders must sign the petition; and (2) that the freeholders signing a petition to establish a conservancy district must own at least 51% of the assessed valuation of the real property located within the boundaries of the proposed conservancy district. Provides that these new requirements do not apply to the establishment of a conservancy district pursuant to a petition filed with a clerk of the circuit court before January 1, 2020." The bill passed the Senate by a vote of 44 – 4. [Indiana General Assembly, HB 1279, 4/11/19]

> **However, Spartz Later Voted For The Bill's Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1279, 4/24/19]

## Spartz Was One Of A Few Senators Who Voted Against Allowing County Assessor's To Request A State Conducted Assessment Of Commercial Buildings Or Structures

**2019: Spartz Was One Of 7 Senators Who Voted Against Allowing County Assessor's To Request A State Conducted Assessment Of Commercial Buildings Or Structures.** Spartz voted against SB 623, "Property tax matters. Provides that a county assessor or township assessor (if any) may request the department of local government finance (department) to perform a state conducted assessment of a particular commercial building or structure used for retail purposes. Specifies the procedures for the state conducted assessment. Provides that the true tax value of commercial real property used for retail purposes that is occupied by the original owner or by a tenant for which the improvement was built shall be determined by the cost approach for the first 10 years of occupancy of the property, less normal depreciation and normal obsolescence under the rules and guidelines of the department of local government finance. Provides that a county fiscal body may adopt an ordinance to provide that the county assessor be reimbursed for legal costs (in addition to other specified costs under current law) incurred by the county assessor in defending an appeal that is uncommon and infrequent in the normal course of defending appeals." The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, SB 623, 2/26/19]

## Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing



**2019: Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing.** Spartz voted against SB 566, "Residential tax increment financing. Permits a redevelopment commission to establish a program for residential housing development and a tax increment funding allocation area for the program if the average of new, residential houses constructed in the county or municipality in the preceding three years is less than 1% of the total number of residential houses in the county or municipality. Requires the department of local government finance, in cooperation with appropriate county and municipal agencies, to determine eligibility for the program. Provides that a program may not take effect until the governing body of each school corporation affected by the program passes a resolution approving the program. Defines "residential housing" as housing or workforce housing that consists of single family dwelling units sufficient to secure quality housing in reasonable proximity to employment." The bill passed the Senate by a vote of 32 – 17. [Indiana General Assembly, SB 566, 2/26/19]

## Spartz Voted For A Bill That Required A Majority Of Property Owners To Approve A Plan Before An Area Could Be Annexed By A City Or Town

### 2019: Spartz Voted In Favor A Bill That Dealt With A Study Committee On The Topic Of Municipal Annexation

**2019: Spartz Voted In Favor A Bill That Dealt With A Study Committee On The Topic Of Municipal Annexation.** Spartz voted in favor of SB 94, "Interim study committee. Urges the legislative council to assign the topic of municipal annexation to the appropriate interim study committee during the 2019 interim." The bill passed the Senate by a vote of 36 – 13. [Indiana General Assembly, SB 94, 2/4/19]

### The Bill Required The Approval Of A Majority Of Property Owners Before Land Could Be Annexed

**The Bill Required The Approval Of A Majority Of Property Owners Before Land Could Be Annexed.** "A majority of the property owners must be in favor before an area could be annexed by a city or town, according to a bill that passed the Indiana Senate last week. Under Senate Bill 94, municipalities would have to get approval from at least 51 percent of property owners or those owning more than 75 percent of taxable assessed value of the land to annex property after April 30. Once city officials have the required signatures, local courts would have to hold a hearing to review the proposed annexation. The bill passed the state Senate, 36-13, on Monday. Among area lawmakers representing portions of Monroe County, state Sen. Mark Stoops, D-Bloomington, voted no. State Sen. Eric Koch, R-Bedford, voted yes." [Madison Courier, 2/12/19]

## Spartz Voted Against Allowing Redevelopment Commissions To Use Proceeds From TIF Areas To Fix Public Ways

**2019: Spartz Voted Against Allowing Redevelopment Commissions To Use Proceeds From TIF Areas To Fix Public Ways.** Spartz voted against SB 83, "Tax increment financing. Allows a redevelopment commission (including the Indianapolis metropolitan development commission) to the use up to 15% of the property tax proceeds allocated to a redevelopment district in a fiscal year for ongoing maintenance and repair of: (1) public ways; and (2) sewers, central water systems, central sewer systems, roads, sidewalks, and levees; that are located in an allocation area and that were funded in whole or in part with tax proceeds allocated to the redevelopment district." The bill passed the Senate by a vote of 35 – 13. [Indiana General Assembly, SB 83, 1/28/20]

 DCCC

# State Issues

**Significant Findings**

- ✓ *Spartz authored a bill that required pre-divorce counseling for most couples filing for divorce*

## Divorce Issues

### Spartz Authored A Bill That Required Pre-Divorce Counseling For Most Couples Filing For Divorce

**2019: Spartz Authored A Bill That Required Pre-Divorce Counseling For Most Couples Filing For Divorce.** Spartz authored SB 406, "Pre-divorce counseling. Requires parties in a dissolution of marriage action to complete a marriage counseling program if: (1) the parties assert irretrievable breakdown of the marriage as a ground for the action; and (2) the court finds that: (A) the parties are the parents or legal custodians of a minor; or (B) a party is pregnant and the party's spouse is the child's father under Indiana law. Provides for certain exceptions to the requirement. Specifies requirements for the marriage counseling program the parties must complete. Provides that a court administrator may enter into an agreement with one or more third parties to provide the court-ordered marriage counseling. Provides that the agreement must require the provider to waive some or all of the cost of the program if directed to do so by the court administrator for purposes of accommodating the ability of a party to pay. Provides that each calendar year: (1) counties shall provide information regarding divorces in the county during the preceding calendar year to the management and performance hub (MPH); and (2) the MPH shall post the information on the MPH's Internet web site." [Indiana General Assembly, SB 406, 1/14/19]



# Seniors' Issues

**Significant Findings**

- ✓ *Spartz was one of a few senators who voted against requiring insurers to make a Medicare supplement policy available to those based on disability*
- ✓ *Spartz was one of a few senators who voted against requiring hospice providers to provide community based palliative care for patients who were not eligible for hospice*

## Medicare

### Spartz Was One Of A Few Senators Who Voted Against Requiring Insurers To Make A Medicare Supplement Policy Available To Those Based On Disability

**2019: Spartz Was One Of 8 Senators Who Voted Against Requiring Insurers To Make A Medicare Supplement Policy Available To Those Based On Disability.** Spartz voted against SB 392, "Medicare supplement and Medicaid study. Requires an insurer that makes a Medicare supplement policy available to an individual eligible for Medicare based on age to make at least one 'Plan A' Medicare supplement policy available to an individual eligible for Medicare based on disability. Specifies enrollment and insurance producer compensation requirements that apply to the 'Plan A' policy. Requires the Medicaid advisory committee to study and make recommendations before November 1, 2019, concerning Medicaid reimbursement and school based health centers." The bill passed the Senate by a vote of 41 – 8. [Indiana General Assembly, SB 392, 2/26/19]

**However, Spartz Later Voted For The Conference Committee Report Of The Bill.** The report passed the Senate by a vote of 48 – 1. [Indiana General Assembly, SB 392, 4/24/19]

### 2019: 45,574 Residents Of Indiana's 5th District Received Some Sort Of Medicare Benefits

**2019: 45,574 Residents Of Indiana's 5th District Received Some Sort Of Medicare Benefits.** Centers for Medicare & Medicaid Services, 2019 Congressional District Report]

## Social Security

### 2017: 145,079 Residents Of Indiana's 5th District Received Some Social Security Benefits

**2017: 145,079 Residents Of Spartz's District Received Social Security Benefits Worth More Than $2.7 Million A Year.** [Social Security Administration, Congressional Statistics, released December 2019]

**In Spartz's District, Social Security Beneficiaries Include 114,329 Seniors; 105,840 Were Retirees.** Of the 145,079 social security beneficiaries in Spartz's district, 114,329 were aged 65 or older; 105,840 were retirees. [Social Security Administration, Congressional Statistics, released December 2019]

| District | Total | Retired Workers | Disabled Workers | Window(er)s And Parents | Spouses | Children |
|---|---|---|---|---|---|---|
| **State** | 1,370,231 | 946,375 | 198,695 | 86,843 | 43,138 | 95,180 |
| **IN 5** | 145,079 | 105,840 | 16,045 | 8,783 | 5,589 | 8,822 |

[Social Security Administration, Congressional Statistics, released December 2019]



## Hospice Care

### Spartz Was One Of A Few Senators Who Voted Against Requiring Hospice Providers To Provide Community Based Palliative Care To Patients Who Are Not Eligible For Hospice

**2020: Spartz Was One Of 2 Senators Who Voted Against Requiring Hospice Providers To Provide Community Based Palliative Care To Patients Who Are Not Eligible For Hospice.** Spartz voted against HB 1199, "Palliative care. Defines the terms "community based palliative care" and "palliative care". Provides that a hospice provider may provide community based palliative care to a patient who is not eligible for hospice care if the hospice provider: (1) meets certain licensing requirements; and (2) is certified in community based palliative care by an organization approved the state department of health." The bill passed the Indiana Senate by a vote of 42 – 2. [Indiana General Assembly, HB 1199, 2/25/20]

 # Tax Issues

**Significant Findings**

- ✓ *Spartz said she opposed tax increases while in the Indiana Senate*

## Tax Policy

### Spartz Said She Opposed Tax Increases While In The Indiana Senate

**Spartz Said She Opposed Tax Increases While In The Indiana Senate.** "I've been called the 'relentless' in the Indiana State Senate because I'm not afraid to take on the tough fights and see them through to victory. I've stood up for veterans, protected life, defended the Second Amendment and opposed tax increases. Indiana families can count on me to do the same in Congress. Watch our new ad to learn more about my background and record of conservative results." [Victoria Spartz, Facebook, 5/22/20]

Victoria Spartz
May 22 ·

I've been called the 'relentless' in the Indiana State Senate because I'm not afraid to take on the tough fights and see them through to victory. I've stood up for veterans, protected life, defended the Second Amendment and opposed tax increases. Indiana families can count on me to do the same in Congress.

Watch our new ad to learn more about my background and record of conservative results. 📹⬇️⬇️⬇️

[Victoria Spartz, Facebook, 5/22/20]



# Trade & Outsourcing Issues

**Significant Findings**

- ✓ *Spartz said she was a "big supporter" of free trade and opposed tariffs*

## Free Trade

### Spartz Said She Was A "Big Supporter" Of Free Trade And Opposed Tariffs

**Spartz Said She Was A "Big Supporter" Of Free Trade And Opposed Tariffs.** "I'm a big supporter of free trade, and I'm not a fan of tariffs. But we don't have free trade with a lot of countries. China, for example, doesn't follow the rules.... And we need to eliminate the regulations that incentivize companies to invest in foreign countries instead of investing here. Equal treatment will bring a lot of good competition." [Indianapolis Business Journal, 5/1/20]



# Veterans & Military Family Issues

**Significant Findings**

- ✓ *Spartz pledged to provide better services to veterans*

## Veterans' Services

### Spartz Advocated For A Strong National Defense And Pledged To Provide Better Services To Veterans

**Spartz Advocated For A Strong National Defense And Pledged To Provide Better Services To Veterans.** "A strong national defense is one of the main functions of the federal government. We must keep our military strong and provide better services to our veterans." [Spartz for Congress, accessed 7/6/20]



# Appendix I – Personal Financial Disclosures

## 2020 – Federal Personal Financial Disclosure

*NOTE: Spartz failed to file her federal personal financial disclosure within 30 days of filing her candidacy. Spartz filed to run for Congress on February 5, 2020 but filed her personal financial disclosure on April 2, 2020*

### Net Worth

#### 2020: Spartz Had An Estimated Net Worth Between $37,635,997 And $7,665,011

**2020: Spartz Had An Estimated Net Worth Between $37,635,997 And $7,665,011.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### Earned Income

#### 2019: Spartz Reported $71,045 In Earned Income

**2019: Spartz Reported $71,045 In Earned Income From The State Of Indiana.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Earned Income | | | |
|---|---|---|---|
| **Source** | **Type** | **Amount (Current Year to Filing)** | **Amount (Preceding Year)** |
| State of Indiana | Legislator Compensation | $39,533.00 | $71,045.00 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

### Assets & Unearned Income

#### 2020: Spartz Reported Between $252,504 And $2,105,000 In Unearned Income

**2020: Spartz Reported Between $252,504 And $2,105,000 In Unearned Income.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

#### 2020: Spartz Reported Between $8,465,011 And $38,001,000 In Assets

**2020: Spartz Reported Between $8,465,011 And $38,001,000 In Assets.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SP/ DC /JT** | **Asset** | **Year-End Value** | | **Type Of Income** | **Amount Of Income** | | **Tx. > $1,000** |
| | | ***Min*** | ***Max*** | | ***Min*** | ***Max*** | |
| | EcoAgro USA | $1,000,001 | $5,000,000 | Farm Income | $100,001 | $1,000,000 | |
| | Entrust Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $5,000,001 | $25,000,000 | Tax Deferred | N/A | N/A | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Farmers Bank Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | INPRS 2045 Fund (Indiana Legislators' Defined Contribution Plan) | $15,001 | $50,000 | Tax Deferred | N/A | N/A | |
| | Residential Investment Property (Moontown) | $250,001 | $500,000 | None | N/A | N/A | |
| | Residential Rental Property* (Lapel) | $100,001 | $250,000 | Rent | $2,501 | $5,000 | |
| | Spartz Farms (Soybeans) | $1 | $1,000 | Partnership Income | $100,001 | $1,000,000 | |
| | TD Ameritrade Roth IRA (Cash) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Westbrook Village* | $1,000,001 | $5,000,000 | Partnership Income | $50,001 | $100,000 | |
| | **Total:** | **$8,465,011** | **$38,001,000** | **Total:** | **$252,504** | **$2,105,000** | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## 2019: Spartz Reported Between $315,004 And $3,050,000 In Unearned Income

**2020: Spartz Reported Between $315,004 And $3,050,000 In Unearned Income.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2019 Spartz Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SP/ DC /JT** | **Asset** | **Year-End Value** | | **Type Of Income** | **Amount Of Income** | | **Tx. > $1,000** |
| | | ***Min*** | ***Max*** | | ***Min*** | ***Max*** | |
| | EcoAgro USA | $1,000,001 | $5,000,000 | Farm Income | $100,001 | $1,000,000 | |
| | Entrust Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $5,000,001 | $25,000,000 | Tax Deferred | N/A | N/A | |
| | Farmers Bank Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | INPRS 2045 Fund (Indiana Legislators' Defined Contribution Plan) | $15,001 | $50,000 | Tax Deferred | N/A | N/A | |
| | Residential Investment Property (Moontown) | $250,001 | $500,000 | None | N/A | N/A | |
| | Residential Rental Property* (Lapel) | $100,001 | $250,000 | Rent | $15,001 | $50,000 | |
| | Spartz Farms (Soybeans) | $1 | $1,000 | Partnership Income | $100,001 | $1,000,000 | |
| | TD Ameritrade Roth IRA (Cash) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Westbrook Village* | $1,000,001 | $5,000,000 | Partnership Income | $100,001 | $1,000,000 | |
| | **Total:** | **$8,465,011** | **$38,001,000** | **Total:** | **$315,004** | **$3,050,000** | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**NOTE: Spartz reduced the amount of income from the preceding year to the current filing year for starred assets. For Residential Rental Property in Lapel, IN, Spartz received $15,001 - $50,000 in income from the preceding year, but for the current year to filing she received $2,501 to $5,000. Similarly, For Westbrook Village, Spartz*



*reported $100,001 to $1,000,000 in income the preceding year but reported $50,001 - $100,000 for the current year to filing*

## Liabilities

### 2020: Spartz Had Between $365,003 And $800,000 In Liabilities

| 2020 Spartz Liabilities | | | | |
|---|---|---|---|---|
| **Owner** | **Creditor** | **Date Incurred** | **Type** | **Amount Of Liability** |
| N/A | Farmers Bank | February 2018 | Farm Building | $100,001 – $250,000 |
| N/A | Farmers Bank *Note: No outstanding balance* | December 2013 | Farm Operating LOC | $250,001– $500,000 |
| N/A | Farmers Bank *Note: No outstanding balance* | November 2012 | Business LOC | $15,001 – $50,000 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Positions

| 2020 Spartz Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| State Senator | Indiana State Senate |
| Principal | EcoAgro USA |
| President | ISBC Group |
| President | ISCB Real Estate Group |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Agreements

**Spartz Did Not Report Any Agreements.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

# 2019 – State Personal Financial Disclosure

## Employers

### 2019: Spartz Stated That The Indiana General Assembly Was Her Only Employer

**2019: Spartz Stated That The Indiana General Assembly Was Her Only Employer.** Spartz checked off that the Indiana General Assembly was her sole employer. [Spartz 2019 Statement of Economic Interests, 1/13/20]



1. Check this box if the General Assembly is your sole employer. ☒
Otherwise, list the name of your employer(s) and the employer(s) of your spouse and the nature of each employer's business. If you are retired, or if your spouse is retired, state that fact under this item.

| Name of Employer | Nature of Employer's Business | Your Employer | Spouse's Employer |
|---|---|---|---|
| N/A | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

## Business Entity Interests

### Spartz Listed Two Business Entities That Were More Than $500,000

| 2019 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | N/A | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | No |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

## Licenses

### 2019: Spartz Listed One License For Herself And Two Licenses For Her Husband

| 2019 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

## Lobbyists

### 2019: Spartz Did Not List Any Lobbyists Associated With Her Businesses



**2019: Spartz Did Not List Any Lobbyists Associated With Her Businesses.** Spartz did wrote "N/A" for, "List the name of any lobbyist who is a member, an officer or director, or a manager of an employer or a business entity named under item 1 or item 2." [Spartz 2019 Statement of Economic Interests, 1/13/20]

**2019: Spartz Did Not List Any Lobbyists Related To Her**

**2019: Spartz Did Not List Any Lobbyists Related To Her.** Spartz wrote "N/A" for, "List the name of any lobbyist who is your relative." [Spartz 2019 Statement of Economic Interests, 1/13/20]

**2019: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties**

**2019: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties.** Spartz listed "N/A" for, "List the name of any state agency or official before which you have personally appeared on behalf of another person outside the course of your official duties as a member of the General Assembly." [Spartz 2019 Statement of Economic Interests, 1/13/20]

**2019: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying**

**2019: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying.** Spartz listed "N/A" for "List the name of each agency of the federal government or of a state other than Indiana with which you are registered because you engaged in influencing executive or legislative action of the federal government or the other state." [Spartz 2019 Statement of Economic Interests, 1/13/20]

## 2018 – State Personal Financial Disclosure

### Employers

**2018: Spartz Stated That The Indiana General Assembly Was Her Only Employer**

**2018: Spartz Stated That The Indiana General Assembly Was Her Only Employer.** Spartz checked off that the Indiana General Assembly was her sole employer. [Spartz 2018 Statement of Economic Interests, 1/8/19]

1. Check this box if the General Assembly is your sole employer. ☒
Otherwise, list the name of your employer(s) and the employer(s) of your spouse and the nature of each employer's business. If you are retired, or if your spouse is retired, state that fact under this item.

| Name of Employer | Nature of Employer's Business | Your Employer | Spouse's Employer |
|---|---|---|---|
| N/A | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

### Business Entity Interests

**2018: Spartz Listed Three Business Entities That Were Worth More Than $500,000**



| 2018 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

## Licenses

### Spartz Listed One License For Herself And Two Licenses For Her Husband

| 2018 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

## Lobbyists

### 2018: Spartz Did Not List Any Lobbyists Associated With Her Businesses

**2018: Spartz Did Not List Any Lobbyists Associated With Her Businesses.** Spartz did wrote "N/A" for, "List the name of any lobbyist who is a member, an officer or director, or a manager of an employer or a business entity named under item 1 or item 2." [Spartz 2018 Statement of Economic Interests, 1/8/19]

### 2018: Spartz Did Not List Any Lobbyists Related To Her

**2018: Spartz Did Not List Any Lobbyists Related To Her.** Spartz wrote "N/A" for, "List the name of any lobbyist who is your relative." [Spartz 2018 Statement of Economic Interests, 1/8/19]

### 2018: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties

**2018: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties.** Spartz listed "N/A" for, "List the name of any state agency or official before which you have personally appeared on behalf of another person outside the course of your official duties as a member of the General Assembly." [Spartz 2018 Statement of Economic Interests, 1/8/19]



### 2018: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying

**2018: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying.** Spartz listed "N/A" for "List the name of each agency of the federal government or of a state other than Indiana with which you are registered because you engaged in influencing executive or legislative action of the federal government or the other state." [Spartz 2018 Statement of Economic Interests, 1/8/19]

## 2017 – State Personal Financial Disclosure

## Employers

### 2017: Spartz Stated That The Indiana General Assembly Was Her Only Employer

**2017: Spartz Stated That The Indiana General Assembly Was Her Only Employer.** Spartz checked off that the Indiana General Assembly was her sole employer. [Spartz 2017 Statement of Economic Interests, 1/9/18]

1. Check this box if the General Assembly is your sole employer. ☒
Otherwise, list the name of your employer(s) and the employer(s) of your spouse and the nature of each employer's business. If you are retired, or if your spouse is retired, state that fact under this item.

| Name of Employer | Nature of Employer's Business | Your Employer | Spouse's Employer |
|---|---|---|---|
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

[Spartz 2017 Statement of Economic Interests, 1/9/18]

## Business Entity Interests

### Spartz Listed Three Business Entities That Were Worth More Than $500,000

| 2017 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture/ Farming | Yes | Yes | No | Yes |
| ISBC Group | Consulting/ Accounting/ Finance | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate/Farming | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2017 Statement of Economic Interests, 1/9/18]

## Licenses



**2017: Spartz Listed One License For Herself And Two Licenses For Her Husband**

| 2017 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2017 Statement of Economic Interests, 1/9/18]

## Lobbyists

**2017: Spartz Did Not List Any Lobbyists Associated With Her Businesses**

**2017: Spartz Did Not List Any Lobbyists Associated With Her Businesses.** Spartz did wrote "N/A" for, "List the name of any lobbyist who is a member, an officer or director, or a manager of an employer or a business entity named under item 1 or item 2." [Spartz 2017 Statement of Economic Interests, 1/9/18]

**2017: Spartz Did Not List Any Lobbyists Related To Her**

**2017: Spartz Did Not List Any Lobbyists Related To Her.** Spartz wrote "N/A" for, "List the name of any lobbyist who is your relative." [Spartz 2017 Statement of Economic Interests, 1/9/18]

**2017: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties**

**2017: Spartz Did Not List Any State Agencies Or Officials She Personally Appeared On Behalf Of Another Person Outside The Court Of Her Official Duties.** Spartz listed "N/A" for, "List the name of any state agency or official before which you have personally appeared on behalf of another person outside the course of your official duties as a member of the General Assembly." [Spartz 2017 Statement of Economic Interests, 1/9/18]

**2017: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying**

**2017: Spartz Did Not List Any Federal Or State Agencies Outside Indiana That She Was Registered To Engage In Lobbying.** Spartz listed "N/A" for "List the name of each agency of the federal government or of a state other than Indiana with which you are registered because you engaged in influencing executive or legislative action of the federal government or the other state." [Spartz 2017 Statement of Economic Interests, 1/9/18]

# Notable Findings

## Spartz Did Not Report A Bank Account On Her Federal Personal Financial Disclosure

**2019 – 2020: Spartz Did Not Report A Bank Account On Her Federal Personal Financial Disclosure**


**2019 – 2020: Spartz Did Not Report A Bank Account On Her Federal Personal Financial Disclosure.** According to records found on Spartz 2020 Federal Personal Financial Disclosure, she did not report any bank accounts. [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**Federal Reporting Rules Require Filers To Report Bank Accounts As A Reportable Assets**

**Federal Reporting Rules Require Filers To Report Bank Accounts As A Reportable Assets.** "Real and personal property held by you, your spouse, or a dependent child as an investment or for the production of income must be disclosed on Schedule A if it had a value in excess of $1,000 at the close of the reporting period or generated unearned income in excess of $200 during the reporting period. Reportable assets include: • Real Property • Farms • Underlying assets in Brokerage Accounts • Underlying assets in IRAs, 401(k) Plans, and Other Non-Federal Retirement Accounts • Pensions • 529 College Savings Accounts. Corporate Securities • Mutual Funds, Exchange-Traded Funds (ETFs), and Real Estate Investment Trusts (REITs) • Government Securities and Agency Debt • Asset-Backed Securities • Futures and Options • Hedge Funds and Private Equity Funds • Cryptocurrencies • Annuities • Insurance Policies • Bank Accounts • Ownership Interests in Privately-Held Companies • Debts Owed to the Filer • Trusts • Investment Clubs • Collectibles • Intellectual Property/Royalties Specific information on reporting each of these types of assets follows." [U.S. House Committee on Ethics, Instruction Guide for Financial Disclosure Statements and Periodic Transaction Reports, Calendar Year 2019]

**A Spokesperson For Spartz's Campaign Said That Spartz Had Bank Accounts But Did Not Have Interest Bearing Bank Accounts**

**A Spokesperson For Spartz's Campaign Said That Spartz Had Bank Accounts But Did Not Have Interest Bearing Bank Accounts.** "Tim Edson, a spokesman for her campaign, told IndyStar that Spartz has bank accounts but not interest-bearing bank accounts." [Indianapolis Star, 5/31/20]

**Spartz's Campaign Hired A Legal Expert Who Verified That Spartz Complied With Disclosure Rules**

**The Campaign Hired A Legal Expert Who Verified Spartz Complied With Disclosure Rules.** "Edson called the attacks baseless and said the campaign hired a top legal expert who verified Spartz complied with disclosure rules. 'Victoria and her husband invest, farm, and develop land in Hamilton County, one of the fastest growing counties in the country,' Edson said in an email to IndyStar. 'The $750,000 loan is a combination of income earned by 3 partnerships disclosed on Victoria's financial disclosure.'" [Indianapolis Star, 5/31/20]

**Spartz's Campaign Said That Her $750,000 Personal Loan Was Possible Through 3 Partnerships She Disclosed**

**Spartz's Campaign Said That Her $750,000 Personal Loan Was Possible Through 3 Partnerships.** "Edson called the attacks baseless and said the campaign hired a top legal expert who verified Spartz complied with disclosure rules. 'Victoria and her husband invest, farm, and develop land in Hamilton County, one of the fastest growing counties in the country,' Edson said in an email to IndyStar. 'The $750,000 loan is a combination of income earned by 3 partnerships disclosed on Victoria's financial disclosure.'" [Indianapolis Star, 5/31/20]

**Presumably, The Loan Was Made Possible Through EcoAgro USA, Spartz Farms, And Westbrook Village—Although, Only Spartz Farms And Westbrook Village Were Listed As Partnerships**

| 2020 Spartz Assets & "Unearned" Income | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP/ DC /JT | Asset | Year-End Value | | Type Of Income | Amount Of Income | | Tx. > $1,000 |
| | | *Min* | *Max* | | *Min* | *Max* | |
| | EcoAgro USA | $1,000,001 | $5,000,000 | Farm Income | $100,001 | $1,000,000 | |


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Entrust Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Entrust Roth IRA (Land) | $5,000,001 | $25,000,000 | Tax Deferred | N/A | N/A | |
| | Farmers Bank Roth IRA (Cash) | $50,001 | $100,000 | Tax Deferred | N/A | N/A | |
| | INPRS 2045 Fund (Indiana Legislators' Defined Contribution Plan) | $15,001 | $50,000 | Tax Deferred | N/A | N/A | |
| | Residential Investment Property (Moontown) | $250,001 | $500,000 | None | N/A | N/A | |
| | Residential Rental Property* (Lapel) | $100,001 | $250,000 | Rent | $2,501 | $5,000 | |
| | Spartz Farms (Soybeans) | $1 | $1,000 | Partnership Income | $100,001 | $1,000,000 | |
| | TD Ameritrade Roth IRA (Cash) | $500,001 | $1,000,000 | Tax Deferred | N/A | N/A | |
| | Westbrook Village* | $1,000,001 | $5,000,000 | Partnership Income | $50,001 | $100,000 | |
| | **Total:** | **$8,465,011** | **$38,001,000** | **Total:** | **$252,504** | **$2,105,000** | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Spartz Failed To List All Of Her And Her Husband's State Licenses

### 2017 – 2019: Spartz Reported That She Had One License With An Indiana State Agency

| 2019 Spartz Licenses | | | | |
|---|---|---|---|---|
| **Name of State Agency** | **Nature of Licensure or Regulation** | **Your Profession or Occupation?** | **Spouse's Profession or Occupation?** | **Business Entity Listed Under Number 2** |
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

| 2018 Spartz Interested Business Entities | | | | | |
|---|---|---|---|---|---|
| **Name of Business Entity** | **Nature of Business Entity** | **Your Interest?** | **Spouse's Interest?** | **Unemancipated Child's Interest?** | **Interest Greater Than $500,000?** |
| EcoAgro USA, LLC | Agriculture | Yes | Yes | No | Yes |
| ISBC Group | Consulting | Yes | No | No | No |
| Westbrook Village, LLC | Real Estate | No | Yes | No | Yes |
| Spartz Farms, LLC | Farming/ Real Estate | No | Yes | No | Yes |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

| 2017 Spartz Licenses |
|---|



| Name of State Agency | Nature of Licensure or Regulation | Your Profession or Occupation? | Spouse's Profession or Occupation? | Business Entity Listed Under Number 2 |
|---|---|---|---|---|
| Indiana Board of Accountancy | CPA | Yes | No | N/A |
| IPLA | Manufactured Home Installers | No | Yes | N/A |
| OISC | Pesticide Application Permit | No | Yes | N/A |

[Spartz 2017 Statement of Economic Interests, 1/9/18]

**Spartz Held A Real Estate Broker License That She Failed To List On Her State Disclosure Forms**

**2020: Spartz Held An Active Real Estate Broker License.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz held a Real Estate Broker license with the Real Estate Commission. The license was issued on June 9, 2005 and was set to expire on June 30, 2020. The license was active and Spartz achieved the license through an examination. [Indiana Professional Licensing Agency, Lic No. RB14035016, 6/9/05]

**Spartz's License Was Related To The ISBC Real Estate Group LLC.** Spartz was listed as the "Manager" for ISBC Real Estate Group LLC's license. ISBC Real Estate Group LLC was registered as a Real Estate Broker Company with the Real Estate Commission. The license was granted on April 22, 2009 and was set to expire on June 30, 2020. [Indiana Professional Licensing Agency, Lic No. RC50900473, 4/22/09]

**2005: Spartz Was Issued A Real Estate Broker License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Broker license was superseded. The license was issues on June 9, 2005 and expired on June 30, 2009. [Indiana Professional Licensing Agency, Lic No. RB14029293, 6/9/05]

**2003: Spartz Was Issued A Real Estate Sales Person License That Was Eventually Superseded.** According to the Indiana Professional Licensing Agency, Victoria Kulgeyko Spartz's Real Estate Sales Person license was superseded. The license was issues on August 14, 2003 and expired on December 31, 2005. [Indiana Professional Licensing Agency, Lic No. SP30302228, 8/14/03]

**Spartz Failed To List Her Husband's Notary Public Licenses**

**2016: Jason Spartz Was Issued A Notary Public CE License.** According to the Indiana Professional Licensing Agency, Jason Spartz was issued a Notary Public CE license with the Notary Public. The license was issued on February 5, 2016 and was set to expire on February 28, 2022. Spartz obtained the license through an application and the license was still active. [Indiana Professional Licensing Agency, Lic No. NE0679449, 2/5/16]

**2016: Jason Spartz Was Issued A Notary Public License.** According to the Indiana Professional Licensing Agency, Jason Spartz was issued a Notary Public license. The license was issued on February 5, 2016 and was set to expire on February 4, 2024. Spartz obtained the license through an application and the license was still active. [Indiana Professional Licensing Agency, Lic No. NP0679449, 2/5/16]

## 2018 – 2019: Spartz Decreased The Value Of Spartz Farms LLC

**2018: Spartz Listed That Spartz Farms LLC Was Worth More Than $500,000**

**2018: Spartz Listed That Spartz Farms LLC Was Worth More Than $500,000.** [Spartz 2018 Statement of Economic Interests, 1/8/19]



In addition, please indicate if any of the interests listed below are $500,000 or more.

| Name of Business Entity | Nature of Business Entity's Business | Your Interest | Spouse's Interest | Unemancipated Child's Interest | Interest => $500,000 |
|---|---|---|---|---|---|
| EcoAgro USA, LLC | Agriculture | ☒ | ☒ | ☐ | ☒ |
| ISBC Group | Consulting | ☒ | ☐ | ☐ | ☐ |
| Westbrook Village, LLC | Real Estate | ☐ | ☒ | ☐ | ☒ |
| Spartz Farms, LLC | Farming/ Real Estate | ☐ | ☒ | ☐ | ☒ |
| | | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |

[Spartz 2018 Statement of Economic Interests, 1/8/19]

**2019: Spartz Did Not List That Spartz Farms LLC Was Worth More Than $500,000**

**2019: Spartz Did Not List That Spartz Farms LLC Was Worth More Than $500,000**. [Spartz 2019 Statement of Economic Interests, 1/13/20]

In addition, please indicate if any of the interests listed below are $500,000 or more.

| Name of Business Entity | Nature of Business Entity's Business | Your Interest | Spouse's Interest | Unemancipated Child's Interest | Interest => $500,000 |
|---|---|---|---|---|---|
| EcoAgro USA, LLC | Agriculture | ☒ | ☒ | ☐ | ☒ |
| ISBC Group | Consulting | ☒ | ☐ | ☐ | ☐ |
| Westbrook Village, LLC | | ☐ | ☒ | ☐ | ☒ |
| Spartz Farms, LLC | Farming/ Real Estate | ☐ | ☒ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ |

[Spartz 2019 Statement of Economic Interests, 1/13/20]

**2020: Spartz Listed That Spartz Farms Was Valued At $1 To $1,000 But She Received $100,001 To $1,000,000 In Income From The Asset**

**2020: Spartz Listed That Spartz Farms Was Valued At $1 To $1,000 But She Received $100,001 To $1,000,000 In Income From The Asset.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| | | | | |
|---|---|---|---|---|
| Spartz Farms [FA] | $1 - $1,000 | Partnership Income | $100,001 - $1,000,000 | $100,001 - $1,000,000 |
| LOCATION: Noblesville, IN, US<br>DESCRIPTION: Soybeans | | | | |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**Spartz Did Not List Any Earned Income From Her Various Businesses**

**2019: Spartz Reported $71,045 In Earned Income From Just The State Of Indiana**


**2019: Spartz Reported $71,045 In Earned Income From The State Of Indiana.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Earned Income | | | |
|---|---|---|---|
| **Source** | **Type** | **Amount (Current Year to Filing)** | **Amount (Preceding Year)** |
| State of Indiana | Legislator Compensation | $39,533.00 | $71,045.00 |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## Spartz Did Not List Any Income From ISBC Group And ISBC Real Estate Group

**Spartz Listed That She Was President Of ISBC Group And ISBC Real Estate Group.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| 2020 Spartz Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| State Senator | Indiana State Senate |
| Principal | EcoAgro USA |
| President | ISBC Group |
| President | ISBC Real Estate Group |

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

# Spartz May Have Overvalued Her Properties

## 2020: Spartz Listed That The Residential Investment Property In Moontown Was Valued Between $250,001 And $500,000

**2020: Spartz Listed That The Residential Investment Property In Moontown Was Valued Between $250,001 And $500,000.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| | | |
|---|---|---|
| Residential Investment Property [RP] | $250,001 - $500,000 | None |

Location: Westfield, IN, US
Description: Moontown

[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

## However, The Property Spartz Owned On Moontown Road Was Assessed At $181,400

**January 2020: The Property At 18545 Moontown Rd Was Worth $181,400.** According to data from Hamilton County Property Reports and Payments, the property at 18545 Moontown Rd was assessed at $181,400 as of January 1, 2020. The land was assessed at $47,600 while the improvements were assessed at $133,800. [Hamilton County, Property Reports and Payments, accessed 6/16/20]

## 2020: Spartz Listed That The Residential Rental Property In Lapel Was Valued Between $100,001 And $250,000

**2020: Spartz Listed That The Residential Rental Property In Lapel Was Valued Between $100,001 And $250,000.** [Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

| | | | | |
|---|---|---|---|---|
| Residential Rental Property [RP] | $100,001 - $250,000 | Rent | $2,501 - $5,000 | $15,001 - $50,000 |

Location: Lapel, IN, US
Description: SR 32



[Spartz 2020 Public Financial Disclosure Report, filed 4/2/20]

**However, The Property Spartz Owned In Lapel, IN Was Assessed At $63,700**

**2019: The Property At 9990 W State Rd 32, Lapel, IN Was Worth $63,700.** According to data from Madison County Property Tax Assessment, the property at 9990 W State Rd 32 was assessed at $63,700 as of 2019. The land was assessed at $21,900 while the improvements were assessed at $41,800. [Madison County Property Tax Assessment, Parcel 48-10-28-203-012.000-31, accessed 6/16/20]

# Appendix II – Campaign Finance

**Items of Interest**

- ✓ *Spartz has self-funded the majority of her campaigns—donating a total of $1.2 million to herself over the course of her political career*
  - ✓ *2020: Spartz contributed $901,600 to her congressional campaign*
  - ✓ *2019: Spartz contributed $250,000 to her state senate campaign*
  - ✓ *2018: Spartz contributed $80,000 to her state senate campaign*
  - ✓ *2017: Spartz contributed $10,000 to her state senate campaign*
- ✓ *Club for Growth—a right-wing anti-tax group—was one of Spartz's top donors, contributing more than $34,000*
- ✓ *Spartz has expended over $75,000 to the Lukens Company, a Republican political consulting* group

## Campaign Committee

### Spartz's Campaign Raised $841,882.03 And Spent $681,168.67

| Spartz 2020 Congress Campaign Committee Funds | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cycle | Total Receipts | | | | | | Total Disbursements | | |
| | Total | Indivs | Party Cmtes | Other Cmtes | Candidate Cntribtns | Loans | Total | Operating Expdts | Refunds |
| 2020 | $841,882.03 | $90,282.03 | $0.00 | $0.00 | $1,600.00 | $750,000.00 | $681,168.67 | $671,278.67 | $1,700.00 |

[FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

### Spartz's Campaign Committee Received 86.3% Of Her Contributions From Self-Financing And 4.4% From PACs

| Source Of Spartz Career Congressional Campaign Committee Funds | | |
|---|---|---|
| Category | Amount | % |
| Individual Contributors | $77,676.02 | 10.7% |
| PAC Contributors | $38,302.00 | 4.4% |
| Self-Financing | $751,600.00 | 86.3% |
| Other | $3,200.00 | 0.4% |

[FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

### Top Congressional Overall Contributors

| Spartz Congressional Campaign Top Contributors | |
|---|---|
| Contributor | Total |
| Victoria Spartz | $751,600.00 |
| Club for Growth PAC | $28,302.00 |



| | |
|---|---|
| Captain Lea Tatnall Hillman | $5,600.00 |
| Matt Miller | $2,800.00 |
| Jeffrey Yass | $2,800.00 |
| April Sasso | $2,800.00 |
| Cory Brown | $2,800.00 |
| Doug Strobel | $2,800.00 |
| James Cuffia | $2,800.00 |
| Virginia James | $2,800.00 |
| James Diamond | $2,800.00 |
| Howard Rich | $2,800.00 |
| Peter Farrell | $2,800.00 |
| Travis Anderson | $2,800.00 |
| Rick Sasso | $2,800.00 |
| Robert Hagen | $2,800.00 |
| Peter Weldon | $2,800.00 |

[FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

## Congressional Expenditures

| 2020: Spartz Top Campaign Expenditures | | |
|---|---|---|
| **Recipient** | **Description** | **Amount** |
| Lakeside Communications | Advertising | $178,777.00 |
| FP1 Strategies | Advertising | $158,435.40 |
| Targeted Creative Communication Inc | Direct Marketing | $88,567.51 |
| Lukens Company | Advertising & Direct Marketing | $60,954.23 |
| Ragnar Research Partners | Survey Research | $46,000.00 |
| Strategic Impact | Direct Mail Services & General Campaign Consulting | $29,875.76 |
| Discount Copies | Printing & Postage | $21,961.62 |
| WPA Intelligence | Research Services | $15,000.00 |
| Indianapolis Business Journal | Advertising | $13,670.00 |
| Capitol Promotions | Signs | $12,749.00 |

[FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

### Notable Expenditures

**Spartz Paid Herself A Total Of $1,500 For "In-Kind Office Rent."** On May 1, 2020 and April 1, 2020 Spartz paid herself "In-Kind: Office Rent" for $750.00, coming to total of $1,500. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**Spartz Paid American Airlines $748.80 For Travel.** On March 9, 2020 Spartz paid American Airlines $748.80 for travel. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**Spartz Paid Club For Growth PAC $822.41 For Credit Card Processing Fee.** From March to April 2020, Spartz paid Club for Growth PAC a total of $822.41 for credit card processing fee. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

# State Senate

## Spartz's Assembly Campaign Raised A Total Of $414,648 And Spent A Total Of $58,152

| Spartz State Senate Committee Funds | | |
|---|---|---|
| **Year** | **Total Receipts** | **Total Disbursements** |



| | Total | Individuals | Corporations | All Others/PACs | Loan from Candidate | Self-Financing | Total |
|---|---|---|---|---|---|---|---|
| **2019** | $324,648.00 | $42,615.00 | $9,033.00 | $23,000.00 | $250,000.00 | $0 | $48,627.60 |
| **2018** | $80,000.00 | $0 | $0 | $0 | $80,000.00 | $0 | $9,525.12 |
| **2017** | $10,000.00 | $0 | $0 | $0 | $0 | $10,000.00 | $0.00 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

*NOTE: Breakdowns for Individual, Corporation, and PAC contributions were calculated manually. Methodology and data is located on the DCCC drive.*

## Top Overall Contributors

| Spartz Career Top Contributors | |
|---|---|
| **Contributor** | **Total** |
| Victoria Spartz | $340,000.00 |
| Indiana Merit – Construction PAC of ABC | $12,500.00 |
| Gerlinde Spartz | $10,000.00 |
| Charles Spartz | $10,000.00 |
| William Tres LLC | $2,500.00 |
| KRG Finance LLC | $1,500.00 |
| Natasha Spartz | $1,500.00 |
| Joseph Smucker | $1,000.00 |
| Kenneth Renkens | $1,000.00 |
| Justin Miller | $1,000.00 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

## Top Overall Individual Contributors

| Spartz Career Top Contributors | |
|---|---|
| **Contributor** | **Total** |
| Gerlinde Spartz | $10,000.00 |
| Charles Spartz | $10,000.00 |
| Natasha Spartz | $1,500.00 |
| Joseph Smucker | $1,000.00 |
| Kenneth Renkens | $1,000.00 |
| Justin Miller | $1,000.00 |
| Eric Potts | $1,000.00 |
| Paul Kraemer | $1,000.00 |
| Rick Sasso | $1,000.00 |
| Robert Funk | $1,000.00 |
| Robert Hagen | $1,000.00 |
| Jean-Pierrer Mobasser | $1,000.00 |
| Thomas Reiller | $1,000.00 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

## Top Overall Corporate Contributors

| Spartz Career Top Contributors | |
|---|---|
| **Contributor** | **Total** |
| William Tres LLC | $2,500.00 |
| KRG Finance LLC | $1,500.00 |
| Goodman Campbell | $500.00 |
| Catalyst Public Affairs Group LLC | $500.00 |
| Indiana Spine Group | $500.00 |



| | |
|---|---|
| Indiana Spine Hospital | $500.00 |
| Davis Farms | $400.00 |
| CountryMark Refinging and Logistics LLC | $333.00 |
| Faegre Baker Daniels LLP | $300.00 |
| Anthem | $300.00 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

## Top Overall PACs And All Others Contributors

| Spartz Career Top Contributors | |
|---|---|
| **Contributor** | **Total** |
| Indiana Merit – Construction PAC of ABC | $12,500.00 |
| Hoosiers for Quality Education Inc PAC | $1,000.00 |
| Lawyers Political Action Committee of Indiana | $1,000.00 |
| Citizens for Buck | $1,000.00 |
| Indiana Bank PAC | $750.00 |
| Indiana Firefighters PAC | $500.00 |
| Beer Industry PAC | $500.00 |
| Indiana CPA-PAC | $500.00 |
| Indiana Multi-Family Housing PAC | $500.00 |
| Indiana Manufacturers PAC | $500.00 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

## Top Expenditures

| Spartz Career Top Expenditures | | |
|---|---|---|
| **Payee** | **Expenditure Type** | **Total** |
| The Lukens Company | Digital & Mailer | $14,282.82 |
| Hamilton County Republican Party | Chairman's Club; Contribution; Noblesville GOP Donation; PC reception | $11,250.00 |
| SMCC | Grassroots Campaigning | $5,000.00 |
| Creative Promotions | Promotional Products | $3,454.50 |
| Chatham Hills | Fundraiser & PC Reception | $3,441.96 |
| Westfield Economic Development Foundation | Contribution YAP; YAP Ball | $3,000.00 |
| Helping Hands Noblesville | Contribution | $2,500.00 |
| Friends of Tera Klutz | Campaign Contribution | $1,500.00 |
| Prevail | Sponsorship | $1,500.00 |
| Printsource | Parade Supplies | $1,302.19 |

[Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

# Notable Findings

## Spartz Self-Funded All Of Her Campaigns—Contributing Nearly $1.2 Million To Her State And Congressional Campaigns

**2020: Spartz Contributed $150,00 To Her Campaign Through A Personal Loan.** "And in the final weeks of what was mostly a docile primary, some candidates went on the attack against Spartz, who had the most money as of mid-May. More than half of the Republican candidates turned to personal loans, six of which relied on personal money to raise more than 50% of their total funds. Spartz by far contributed the most money to her campaign with a total of $900,000 in personal loans, including a last minute $150,000 loan she gave herself just last week." [Indianapolis Star, 6/3/20]



**2020: Spartz Contributed $1,600 To Her Congressional Campaign.** Between February and May 2020, Spartz contributed $750, $750, and $100 to her own campaign, for a combined total of $1,600.00. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**2020: Spartz Loaned $750,000 To Her Congressional Campaign.** On March 27, 2020, Spartz lent her congressional campaign $250,000. On February 216, 2020, Spartz lent another $500,000 to the campaign. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**2019: Spartz Loaned $250,000 To Her State Senate Campaign.** On December 2, 2019, Spartz lent her campaign $250,000. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

**2018: Spartz Loaned $80,000 To Her State Senate Campaign.** On December 31, 2018, Spartz lent her campaign $80,000, making her the only donor to the campaign. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

**2017: Spartz Contributed $10,000 To Her State Senate Campaign.** On December 29, 2017, Spartz contributed $10,000 to her campaign, making her the only donor to the campaign. [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

## Club For Growth PAC Contributed $38,302 To Spartz's Congressional Campaign

**Club For Growth PAC Contributed 34 Times To Spartz's Congressional Campaign—Totaling $38,302.** Between April and May 2020, Club for Growth PAC contributed to Spartz's congressional campaign 34 times. The PAC contributed a total of $38,302. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

## Captain Lea Tatnall Hillman—A Conservative Donor And A Major Backer Of Club For Growth—Contributed $5,600 To Spartz's Campaign

**Captain Lea Tatnall Hillman Contributed $5,600 To Spartz's Congressional Campaign.** On April 3, 2020, Captain Lea Tatnall Hillman contributed $5,600 to Spartz's congressional campaign. [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]

**Tatnall Hillman Was From Colorado And Was The Son Of John Hartwell Hillman Jr. Who Made Billion From Coal, Steel And Gas.** "Retired. Hillman is the son of John Hartwell Hillman Jr., who made his billions from coal, steel and gas. Residence: Aspen." [Aspen Times, 11/4/14]

**Tatnall Hillman Was A Major Conservative Donor Who Largely Backed The Club For Growth Action Committee.** "Hillman is a conservative donor. This year, his largest donation of $40,000 went to the Club for Growth Action committee, a national organization that benefits Republicans. The majority of Hillman's contributions in 2014 went to candidates for the U.S. House of Representatives in other states. He donated $2,600, the maximum contribution an individual may give to a candidate, to 20 candidates nationwide. He contributed $2,600 each to U.S. Reps. Cory Gardner's U.S. Senate candidacy and Scott Tipton's reelection bid to the U.S. House." [Aspen Times, 11/4/14]

## Spartz Has Expended Over $75,000 To The Lukens Company, A Republican Political Consulting Group

**2020: Spartz's Congressional Campaign Paid The Lukens Company $60,954.23.** On April 22, 2020, Spartz paid the Lukens Company $45,190.84 for "Direct Marketing." On April 20, 2020, Spartz paid the Lukens Company $7,826.24 for "Direct Marketing." [FEC Committee Candidate and Committee Viewer, accessed 6/18/20]



**2019: Spartz's State Senate Campaign Paid The Lukens Company $14,282.82 For Digital And Mailing Services.** On November 7, 2019, Spartz paid the Lukens Company $1,345.00 for "Digital" and $12,937.82 for "Mailer." [Indiana Election Division, Victoria for Indiana, accessed 6/18/20]

**The Lukens Company Was A Republican Consulting Group.** "With over 30 years of unparalleled experience and understanding, we deliver award-winning fundraising, digital, and voter contact campaigns to our clients. Creative: Innovative and original design that captivates audiences; People: Reaching the right people through highly targeted audience selection; Strategy: Integrating diverse multiple-channel approaches into a complete campaign. Never miss an opportunity to reach out and grow your cause. Start the conversation with TLC Political now." [Lukens Company, accessed 6/18/20]

**The Lukens Company's Clients Included The NRSC, NRCC, RNC, Ted Cruz 2016, Team Mitch, And Susan B. Anthony List.** A list of the Lukens Company clients included: NRSC, NRCC, RNC, Susan B. Anthony List, Team Mitch, Ted Cruz 2016, John Thune for Senate." [Lukens Company, accessed 6/18/20]



# Appendix III – Paid Media Summary

*NOTE: Paid media advertisements saved on the DCCC research drive.*

## 2020 Election

| Spartz "Bad Guy" Paid Media Summary | | | | |
|---|---|---|---|---|
| **Date** | **Group** | **Name** | **Subject** | **Description** |
| 5/19/20 | Club for Growth | Orange Man (IN-05) | Anti-Carl Brizzi | Painted Brizzi as anti-Trump |
| 5/19/20 | Club for Growth | IRS Ad (IN-05) | Anti-Carl Brizzi | Brizzi failed to pay taxes |
| 5/19/20 | Club for Growth | Take Her Word (IN-05) | Anti-Beth Henderson | Highlighted Henderson's anti-Trump record |
| 5/20/20 | Spartz for Congress | Coach Holtz Endorses Victoria Spartz for Congress | Endorsement video | Positive, personal history, and record |
| 5/22/20 | Spartz for Congress | Relentless | Conservative records | Highlights Spartz as a mom, says she will fight for affordable health care and great schools, stand up for veterans, pro-life, and endorsed by the NRA |
| 5/22/20 | Spartz for Congress | American Dream | Personal history as an immigrant | Opposed taxes, fought Obamacare, stand with Trump, protect liberties |
| 5/22/20 | Spartz for Congress | Stop Socialism | Anti-socialism | Protect freedom, stand with Trump to bring jobs back, conservative records |
| 5/28/20 | Spartz for Congress | Senators | Endorsement and praise | Indiana state senators praise Spartz's conservative records |



# Appendix IV – Bill Authorships & Amendments

## Toplines

| Victoria Spartz Authorships Toplines | | |
|---|---|---|
| **Congress** | **# of Authorships** | **# Became Law** |
| 2020 Session | 35 | 14 |
| 2019 Session | 60 | 17 |
| 2018 Session | 24 | 3 |
| 2017 Session | 0 | 0 |
| **TOTAL** | **119** | **34** |

[Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]

*NOTE: Table updated as of 6/30/2020*

| Spartz Career Authorships By Subject | | |
|---|---|---|
| **Subject** | **# Of Bills Authorships** | **# Became Law** |
| Local Issues | 46 | 0 |
| Education | 18 | 6 |
| Labor & Employment | 14 | 8 |
| Government | 9 | 4 |
| Health | 8 | 2 |
| Agriculture & Food | 6 | 2 |
| Crime & Law Enforcement | 4 | 2 |
| Elections | 4 | 2 |
| Environmental Protections | 4 | 2 |
| Taxes | 3 | 1 |
| Law | 3 | 1 |
| Military & Veterans | 2 | 1 |
| Transportation | 2 | 0 |
| Property Rights | 2 | 1 |
| Economic Development | 2 | 1 |
| Women's Issues | 1 | 1 |
| Guns | 1 | 1 |
| Immigration | 1 | 0 |

[Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]

*NOTE: Table updated as of 6/30/20.*

## 2020 Session

*NOTE: Updated as of 6/30/20.*

### Spartz Authored Or Co-Authored 35 Bills, 14 Of Which Became Law

| Spartz 2020 Session Authorships |
|---|



| Date | Bill # | Title | Last Action | Last Action/ Effective Date |
|---|---|---|---|---|
| 3/5/20 | SR 61 (co-author) | A SENATE RESOLUTION to honor Senator Mark Stoops upon his retirement from the Indiana Senate. | First reading: adopted voice vote | 3/5/20 |
| 2/11/20 | SCR 5 (co-author) | A CONCURRENT RESOLUTION recognizing the 21st Century Scholars Program for 30 years of helping Hoosiers afford a college education. | Representative Barrett added as cosponsor | 2/18/20 |
| 1/15/20 | SB 427 (co-author) | Provisional occupational license. | Signed into law | 3/18/20 |
| 1/14/20 | SB 409 (co-author) | Employment of minors. | Signed into law | 3/21/20 |
| 1/13/20 | SB 406 (co-author) | Survivor benefits. Provides that if a public safety officer enters a deferred retirement option plan (DROP) for the public safety officer's respective pension plan and the public safety officer dies before the public safety officer's DROP exit date, the benefit options for the public safety officer's survivors are made similar, as applicable, to the DROP disability benefit options in: | Signed into law | 3/21/20 |
| 1/13/20 | SB 405 (co-author) | Exemptions from design release requirements. Provides that the design release requirements for certain projects do not apply to certain construction that is exempted even if the construction is: (1) a part of; (2) supplemental to; or (3) an accessory of; any other construction that would otherwise require a design release. | Signed into law | 3/18/20 |
| 1/13/20 | SB 331 (co-author) | National guard license plates. Extends eligibility for National Guard license plates to former members of the National Guard. | Signed into law | 3/18/20 |
| 1/13/20 | SB 319 (co-author) | Practitioner or accomplished practitioner license. Provides that 15 of the professional growth experience points required to renew a practitioner license or accomplished practitioner license may be obtained through one or more of certain professional development experiences. (Current law provides that 15 of the professional growth experience points required to renew a practitioner license or an accomplished practitioner license must be obtained through one or more of certain professional development experiences.) Amends the list of professional development experiences. | Signed into law | 3/18/20 |
| 1/9/20 | SB 299 (co-author) | Fetal remains. Requires the state department of health (state department) to develop forms that provide: (1) that a pregnant woman has a right after a surgical abortion to dispose of the remains by interment or cremation or | Signed into law | 3/18/20 |



| | | | | |
|---|---|---|---|---|
| | | have the provider dispose of the remains; and (2) that, after an abortion induced by an abortion inducing drug, the pregnant woman will expel an aborted fetus and set forth the disposition policy of the health care facility or abortion clinic concerning the disposition of the aborted fetus, including allowing a pregnant woman to return an aborted fetus to the health care facility or abortion clinic for disposition by interment or cremation. | | |
| 1/9/20 | SB 266 (co-author) | Teacher training. Requires the department of education to do the following: (1) Evaluate teacher training requirements in Indiana. (2) Prepare a report that includes recommendations for: (A) streamlining, combining, and reducing, as applicable, the teacher training requirements in Indiana; (B) the possibility of including teacher training requirements in teacher preparation programs; and (C) requiring, as appropriate, the completion of teacher training requirements in conjunction with the renewal of teacher licenses. (3) Not later than October 1, 2020, submit the report to the general assembly. | First reading: referred to Committee on Education | 2/10/20 |
| 1/9/20 | SB 256 (co-author) | Courts and judicial officers. Provides that the interim study committee on courts and the judiciary (committee) shall review, consider, and make recommendations concerning requests for new courts, new judicial officers, and changes in jurisdiction of existing courts in each even-numbered year. | Signed into law | 3/21/20 |
| 1/9/20 | SB 241 (co-author) | Pharmacy benefit managers. Requires a pharmacy benefit manager to obtain a license issued by the department of insurance and sets forth requirements of the pharmacy benefit manager. | Signed into law | 3/18/20 |
| 1/13/20 | SB 184 (co-author) | Nonprofit agricultural organization coverage. Authorizes a nonprofit agricultural organization to provide health benefit coverage that is: (1) sponsored by the nonprofit agricultural organization or its affiliate; (2) offered only to members of the nonprofit agricultural organization and their families; (3) deemed by the nonprofit agricultural organization to be important in assisting its members to live long and productive lives; and (4) offered in every county in Indiana. | Signed into law | 3/21/20 |
| 1/6/20 | SB 183 (co-author) | Study committee review of food and beverage taxes. Requires each political subdivision or other entity that imposes a food and beverage tax to annually report | First reading: referred to Committee on Ways and Means | 2/10/20 |



| | | | | |
|---|---|---|---|---|
| | | information concerning distributions and expenditures of amounts received from the food and beverage tax. Urges the legislative council to assign to the fiscal policy interim study committee the task of conducting a review of each food and beverage tax statute, including: (1) the purposes for which revenue from each food and beverage tax may be used; and (2) the expiration date of each food and beverage tax, if any. | | |
| 1/6/20 | SB 179 (co-author) | Election cybersecurity. Requires counties to enter into an agreement with the secretary of state to use a threat intelligence and enterprise security company designated by the secretary of state for specified security purposes. | Signed into law | 3/21/20 |
| N/A | SB 102 (co-author) | Interim study committee on utility taxes and fees. Urges the legislative council to assign to an appropriate interim study committee (committee) the topic of fees and taxes authorized by Indiana that are collected through utility bills, telecommunication bills, and video service bills. Specifies that the committee will consider: (1) how the fees and taxes are used; (2) the factors driving increased fees and taxes; (3) the best practices of other states; and (4) the potential for reform or reduction of fees and taxes. | Senate roll call vote | 1/23/20 |
| 1/6/20 | SB 46 (co-author) | Interim study committee. Urges the legislative council to assign to an appropriate interim study committee the task of studying storm water fees. | First reading: referred to Committee on Rules and Legislative Procedures | 2/10/20 |
| 1/9/20 | SB 5 (co-author) | Health provider contracts. Requires hospitals, ambulatory outpatient surgical centers, and urgent care facilities to post certain information on their Internet web sites about health care services they provide, including the weighted average negotiated charges for the services. | Signed into law | 3/18/20 |
| 2/24/20 | SR 43 (author) | A SENATE RESOLUTION concerning "advice and consent" for executive appointments. | First reading: referred to Committee on Judiciary | 2/24/20 |
| 2/24/20 | SR 43 (author) | A SENATE RESOLUTION concerning taxes, fees, and eminent domain. | First reading: referred to Committee on Tax and Fiscal Policy | 2/24/20 |
| 2/11/20 | SR 28 (author) | A SENATE RESOLUTION congratulating the Fishers Junior High School "We the People" team on winning the 2019 "We the People" State Finals. | First reading: adopted voice vote | 2/11/20 |
| 2/18/20 | SCR 13 (author) | A CONCURRENT RESOLUTION congratulating the Noblesville High School girls soccer team on winning the 2019 Indiana High School Athletic Association | Returned to the Senate | 2/20/20 |


| | | | | |
|---|---|---|---|---|
| | | ("IHSAA") Class 3A state championship title. | | |
| 1/30/20 | SB 364 (author) | Regulatory impact matters. Provides that, as part of the fiscal and management analysis of a bill, the legislative services agency shall indicate in the statement of fiscal impact prepared for the bill whether the bill includes one or more specified regulations affecting businesses. | First reading: referred to Committee on Rules and Legislative Procedures | 2/11/20 |
| 1/13/20 | SB 341 (author) | Audit and fraud reporting matters. Provides that, beginning January 1, 2024: (1) the state examiner is appointed by the audit and financial reporting subcommittee (audit committee) as opposed to the governor; and (2) each deputy examiner is appointed by the audit committee as opposed to the governor. | First reading: referred to Committee on Tax and Fiscal Policy | 1/13/20 |
| 1/13/20 | SB 340 (author) | Private property matters. Requires a conveyance, a mortgage, or an instrument of writing to be recorded to be: (1) acknowledged by the grantor; and (2) proven before certain specified individuals; in certain instances. Requires the summons accompanying a complaint for condemnation to include language regarding the defendant's right to object to the condemnation within 30 days from the date notice is served. | Signed into law | 3/18/20 |
| 1/13/20 | SB 339 (author) | Education governance framework. Provides that, after December 31, 2020, members of the state board of education (state board) and the commission for higher education (commission) appointed by the governor must be approved by the general assembly. | First reading: referred to Committee on Education and Career Development | 1/13/20 |
| 1/13/20 | SB 338 (author) | Conservancy district restrictions. Provides that a conservancy district established after June 30, 2020, for any purpose other than providing for the collection, treatment, and disposal of sewage and other liquid wastes is subject to certain restrictions and requirements | First reading: referred to Committee on Environmental Affairs | 1/13/20 |
| 1/13/20 | SB 337 (author) | Various insurance and health care matters. Requires the state personnel department to: (1) evaluate whether to offer state employees a health reimbursement arrangement benefit and consider the population of state employees to whom the benefit should be offered; and (2) report to the general assembly on the department's findings by November 1, 2020. | Reassigned to Committee on Rules and Legislative Procedures | 2/11/20 |
| 1/9/20 | SB 261 (author) | School deregulation. Makes changes to training requirements established by the restraint and seclusion commission (commission). Provides that, after June 30, 2020, the commission may not require | First reading: referred to Committee on Education and Career Development | 1/9/20 |


|  |  |  |  |  |
|---|---|---|---|---|
|  |  | recurrent training but may recommend optional recurrent training, which must take into consideration school resources and the time commitments of school employees. |  |  |
| 1/9/20 | SB 260 (author) | Education funding. Requires the superintendent of each school corporation to submit the report compiled by the office of management and budget concerning the ratio of student instructional expenditures to all other expenditures to the local board of finance for the school corporation. | First reading: referred to Committee on Tax and Fiscal Policy | 1/9/20 |
| 2/10/20 | SB 259 (author) | Child services reports. Requires the department of child services (department) to prepare a report containing the following information for fiscal years 2018, 2019, and 2020: (1) Information regarding the department's expenditures, categorized according to the case type to which the expenditures are attributable. | First reading: referred to Committee on Ways and Means | 2/10/20 |
| 1/9/20 | SB 244 (author) | Teacher supplemental pay. Establishes additional circumstances for which a school corporation may provide supplemental payments to teachers in excess of the salary specified in the school corporation's compensation plan. Provides that a teacher rated improvement necessary in the teacher's annual performance evaluation is eligible to receive a partial raise or increment. (Current law provides that such a teacher may not receive a raise or increment.) Relocates provisions regarding supplemental payments for teachers | First reading: referred to Committee on Education | 2/10/20 |
| 1/6/20 | SB 229 (author) | Maintenance of regulated drains. Provides that a permit is not required from the Indiana department of environmental management for the maintenance or reconstruction of a regulated drain in accordance with certain best management practices for purposes of the law concerning state regulated wetlands, as long as the work takes place within the current easement and the reconstruction does not substantially change the characteristics of the drain to perform the function for which it was designed and constructed. | Signed into law | 3/25/20 |
| 1/6/20 | SB 12 (author) | Resident tuition rate for active duty personnel. Makes the following changes to provisions concerning resident tuition rate eligibility for active duty armed forces personnel and dependents of active duty armed forces personnel | First reading: referred to Committee on Education | 2/4/20 |

[Indiana General Assembly, accessed 6/30/20]



## 2019 Session

### Spartz Authored Or Co-Authored 60 Bills, 17 Of Which Became Law

| Spartz 2019 Session Authorships | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 4/24/19 | SR 106 (co-author) | A SENATE RESOLUTION honoring Jack Reid upon his retirement from the Indiana Senate. | First reading: adopted voice vote | 4/24/19 |
| 3/21/19 | SR 41 (co-author) | A SENATE RESOLUTION recognizing World Down Syndrome Day 2019. | Senators added as coauthors | 3/21/19 |
| 2/4/19 | SR 26 (co-author) | A SENATE RESOLUTION urging Congress to amend federal law concerning confidentiality of patient records | Senators Melton and Taylor G added as coauthors | 3/19/19 |
| 1/31/19 | SR 18 (co-author) | A SENATE RESOLUTION memorializing Jacob Nettnay. | Senators added as coauthors | 1/31/19 |
| 11/20/18 | SR 6 (co-author) | A SENATE RESOLUTION honoring Tracy Mann upon her retirement and thanking her for 28 years of exceptional service to the Indiana State Senate. | Senators added as coauthors | 11/20/18 |
| 11/20/18 | SR 3 (co-author) | A SENATE RESOLUTION congratulating Emma Keys upon her retirement and thanking her for 32 years of exceptional service with the Indiana Senate. | Senators added as coauthors | 11/20/18 |
| 4/8/19 | SCR 62 (co-author) | A CONCURRENT RESOLUTION recognizing the 148th Annual Convention of the National Rifle Association taking place in Indianapolis, Indiana, from April 25-28, 2019. | Returned to the Senate | 4/11/19 |
| 4/1/19 | SCR 60 (co-author) | A CONCURRENT RESOLUTION memorializing James and Naomi Beckner. | Returned to the Senate | 4/2/19 |
| 4/1/19 | SCR 59 (co-author) | A CONCURRENT RESOLUTION memorializing Charles Beckner. | Returned to the Senate | 4/2/19 |
| 3/14/19 | SCR 45 (co-author) | Recognizing the Great Lakes and St. Lawrence River's contributions to Indiana and urging the Governor to declare September 7, 2019, Great Lakes-St. Lawrence Appreciation Day in Indiana. | Returned to the Senate | 3/19/19 |
| 3/7/19 | SCR 40 (co-author) | Memorializing Sgt. Benton Bertram and urging INDOT to name a mile of SR 56 near Scottsburg the "Sgt. Ben Bertram Memorial Mile". | Returned to the Senate | 4/9/19 |
| 3/5/19 | SCR 38 (co-author) | Recognizing the University of Southern Indiana UNITE CubeSat project team. | Senators added as coauthors | 3/7/19 |
| 3/5/19 | SCR 37 (co-author) | A CONCURRENT RESOLUTION recognizing Cummins, Inc. for 100 years of operation in the State of Indiana. | Representatives Burton, Zent, Summers, Harris, Goodin added as cosponsors | 3/11/19 |
| 3/19/19 | SCR 36 (co-author) | A CONCURRENT RESOLUTION recognizing the valuable contributions of the Indiana Sheriffs' Association. | Representative Lauer added as cosponsor | 3/21/19 |



| | | | | |
|---|---|---|---|---|
| 3/25/19 | SCR 35 (co-author) | A CONCURRENT RESOLUTION recognizing the 100th anniversary of Indiana Farm Bureau. | Returned to the Senate | 3/26/19 |
| 2/12/19 | SCR 25 (co-author) | A CONCURRENT RESOLUTION memorializing Judith Ripley. | Returned to the Senate | 2/13/19 |
| 2/4/19 | SCR 21 (co-author) | A CONCURRENT RESOLUTION recognizing the Indiana Region of the American Red Cross and the organization's contributions to Hoosier health and safety. | Returned to the Senate | 2/7/19 |
| 1/22/19 | SCR 15 (co-author) | A CONCURRENT RESOLUTION memorializing Sergeant Benton "Ben" Bertram and urging the Indiana Department of Transportation to name a mile of State Road 3 near Scottsburg the "Sgt. Ben Bertram Memorial Mile". | Representatives Lindauer, May, Pressel added as cosponsors | 3/25/19 |
| 1/14/19 | SB 516 (co-author) | Regulation of hemp. Establishes the Indiana hemp advisory committee (committee) to provide advice to the office of the state seed commissioner (commissioner) regarding Indiana's hemp laws. | Signed into law | 5/2/19 |
| 1/14/19 | SB 512 (co-author) | Exemption from overtime pay. Provides that the requirement to pay an employee who works more than 40 hours in a work week at least 150% of the employee's regular rate for the overtime hours does not apply to an employee of an air carrier to the extent that the hours worked by the employee during a work week in excess of 40 hours are not required by the air carrier but are arranged through a voluntary agreement between employees to trade or reassign their scheduled work hours. Removes outdated language. Relocates language concerning the tip credit. Makes conforming amendments. | Signed into law | 4/18/19 |
| 1/14/19 | SB 420 (co-author) | Workforce development. Provides for certification by the governor's workforce cabinet of an industry collaboration organization (ICO). Provides that an organization qualifies as an ICO if the organization meets certain qualification requirements. | Amendment #1 (Sullivan) prevailed; voice vote | 4/11/19 |
| 1/10/19 | SB 365 (co-author) | Funding for child welfare programming. Provides that the department of child services (department) may collaborate with other entities to implement or participate in programs designed to connect the department and local offices with supportive local community organizations that may provide assistance in meeting the needs of children and families in crisis. Requires the department to report, before September 30 of each year until June 30, 2024, to the legislative council information concerning the implementation and participation in the programs | Signed into law | 5/2/19 |
| 1/3/19 | SB 233 (co-author) | Business personal property tax exemption. Provides that not later than 30 days prior to the filing date, the appropriate assessor shall provide notification to each person whose personal property is subject to assessment. Increases, from $20,000 to $40,000, the acquisition cost threshold for the business personal property tax exemption. Specifies that a taxpayer | Signed into law | 5/6/19 |


| | | | | |
|---|---|---|---|---|
| | | who is eligible for a personal property tax exemption must include on the taxpayer's personal property tax return: (1) information concerning whether the taxpayer's business personal property within the county is in one location or multiple locations; and (2) an address for the location of the property. | | |
| 1/3/19 | SB 220 (co-author) | Going upon the premises of another. Amends the law providing that a person who goes upon the premises of another for certain purposes does not have an assurance that the premises are safe for the person's purpose. Specifies that the law applies to a person who goes upon the premises of another for the purpose of departing from a trail, greenway, or similar area. | Signed into law | 4/29/19 |
| 1/3/19 | SB 216 (co-author) | Educational costs exemptions. Amends the eligibility requirements for educational costs exemptions for children of and certain individuals related to certain veterans. Provides that a spouse or dependent of a qualified veteran is eligible to pay the resident tuition rate of a state educational institution if certain requirements are met. | Signed into law | 4/29/19 |
| 1/3/19 | SB 203 (co-author) | Physician maintenance of certification. Prohibits a hospital from denying hospital staff or admitting privileges to a physician or podiatrist based solely on the decision of the physician or podiatrist not to participate in maintenance of certification. | First reading: referred to Committee on Public Health | 2/26/19 |
| 1/3/19 | SB 132 (co-author) | Civics. Provides that as part of the United States government credit awarded for the general, Core 40, Core 40 with academic honors, and Core 40 with technical honors designation, each high school shall administer the naturalization examination provided by the United States Citizenship and Immigration Services. Requires an enhanced study of the Holocaust in each high school United States history course. | Signed into law | 4/25/19 |
| 1/3/19 | SB 130 (co-author) | Unemployment insurance matters. Includes in the definition of "employment", for the purposes of the unemployment compensation system, service performed by a driver who provides drive away operations, if the driver is employed by a state or local government entity, a federally recognized Indiana tribe, or a nonprofit organization. Excludes from the definition of "employment", for purposes of the unemployment compensation system, service performed by a driver who provides drive away operations when: (1) the vehicle being driven is the commodity being delivered; and (2) the driver has entered into an agreement with the party arranging for the transportation that specifies the driver is an independent contractor and not an employee. | Signed into law | 4/24/19 |
| 1/3/19 | SB 119 (co-author) | Machine guns. Defines "machine gun". Provides that a person may not sell, give, or in any other | Signed into law | 5/2/19 |



| | | | | |
|---|---|---|---|---|
| | | manner transfer ownership or possession of a machine gun to any person under 18 years of age. Provides that a person who knowingly or intentionally sells, provides, or in any other manner transfers ownership or possession of a machine gun to a person under 18 years of age commits a: (1) Level 5 felony; (2) Level 4 felony if the person has a prior conviction for the offense; or (3) Level 3 felony if a person under 18 years of age uses the machine gun to commit murder. Makes conforming amendments and a technical correction. | | |
| 1/10/19 | SB 4 (co-author) | Water and wastewater utilities and runoff. Establishes a storm water management task force to study issues related to storm water management systems. | Signed into law | 4/10/19 |
| 1/8/19 | SB 2(co-author) | School bus safety. Requires a school bus to be equipped with black reflective tape mounted on certain areas of the school bus. Provides that if a school bus is in operation and transporting passengers, the driver of the school bus shall have the daytime running lights illuminated at all times. | Signed into law | 5/1/19 |
| 1/10/19 | SB 1 (co-author) | Department of child services. Specifies that all decisions made by the department of child services (department) in specified statutes shall be made in consideration of the best interests of the child. Provides that a petition for adoption of an adult is not required to include a report regarding the health status and medical history of the adoptee. | Signed into law | 5/5/19 |
| 4/18/19 | SR 92 (author) | A SENATE RESOLUTION congratulating the Carmel High School boys basketball team on its 2019 Indiana High School Athletic Association (IHSAA) 5-A boys basketball state championship victory. | First reading: adopted voice vote | 4/18/19 |
| 11/20/18 | SR 4 (author) | A SENATE RESOLUTION honoring Maureen Weingardt upon her retirement and thanking her for her years of exceptional service to the Indiana State Senate. | Senators added as co-authors | 11/20/18 |
| 3/26/19 | SCR 43 (author) | A CONCURRENT RESOLUTION honoring individuals for their heroic actions in protecting the students and staff of Noblesville West Middle School on May 25, 2018. | Returned to the Senate | 3/27/19 |
| 3/19/19 | SCR 41 (author) | A CONCURRENT RESOLUTION congratulating the Hamilton Southeastern High School and Fishers Junior High School "We the People" teams. | Returned to the Senate | 3/19/19 |
| 1/28/19 | SCR 16 (author) | Urging the legislative council to assign to an appropriate interim study committee the task of assessing the laws and policies concerning the adjudication and rehabilitation of juvenile offenders. | Returned to the Senate | 3/5/19 |
| 1/10/19 | SCR 6 (author) | A CONCURRENT RESOLUTION urging the legislative council to assign to the interim study committee on government the task of reviewing the statutes that govern contracting procedures within the Indiana Department of Transportation. | Senator Melton added as coauthor | 2/21/19 |



| | | | | |
|---|---|---|---|---|
| 1/15/19 | SB 626 (author) | Certificates of title. Provides that the bureau of motor vehicles may issue a salvage title to a vehicle designated as "JUNK" in certain situations. | First reading: referred to Committee on Homeland Security and Transportation | 1/15/19 |
| 1/15/19 | SB 608 (author) | State and local audit examinations. Provides that the uniform compliance guidelines for audit examinations of state and local units conducted by the state board of accounts must include a requirement that the unit disclose any pledge, covenant, or agreement that the unit has made as security or guarantor for a private bond issue of a private company. | First reading: referred to Committee on Government and Regulatory Reform | 3/7/19 |
| 1/15/19 | SB 596 (author) | Voluntary preventative programs for juveniles. Provides that the Indiana supreme court may establish a two-year pilot program to assist juvenile court judges in five Indiana counties in providing voluntary preventative programs for at-risk children. Requires nonjudicial state agencies to assist the Indiana supreme court in the implementation of the pilot program. Requires the supreme court office of judicial administration to report to the legislative council specified information regarding the pilot program. | Signed into law | 4/18/19 |
| 1/14/19 | SB 571 (author) | Political parties and ballot access. Reduces the minimum number of votes cast at an election required for certain purposes from 2% of the votes cast in the last election for secretary of state to 0.5% of the votes cast at the most recent election for secretary of state. Defines "standard political party" as any of the following political parties: (1) A major political party. (2) A political party whose nominee for secretary of state received at least 0.5% of the total vote cast for secretary of state at the most recent election for secretary of state. (3) A political party that has obtained at least 4,500 signatures of voters in the state, including at least 500 signatures of voters from each congressional district, on a petition of nomination under IC 3-8-6-3. Permits a standard political party to nominate candidates by convention | Third reading: defeated; Roll Call 131: yeas 16, nays 31 | 2/14/19 |
| 1/14/19 | SB 550 (author) | 529 college savings contribution tax credit. Eliminates the requirement that a taxpayer designate whether a contribution to a college choice 529 education savings plan will be used: (1) for qualified higher education expenses that are not qualified K-12 education expenses; or (2) for qualified K-12 education expenses. Eliminates the requirement that the Indiana education savings authority use subaccounting to track designations of withdrawals. | Referred to Committee on Appropriations | 1/14/19 |
| 1/14/19 | SB 549 (author) | School financial matters. Requires the superintendent of a school corporation to submit a | Signed into law | 4/25/19 |


| | | | | |
|---|---|---|---|---|
| | | written report to the local board of finance for the school corporation. Provides that the report must assess the financial condition of the school corporation using certain fiscal and qualitative indicators. Provides that the report must be received and reviewed at the annual meeting of the local board of finance for the school corporation. | | |
| 1/14/19 | SB 548 (author) | Health care expenditure report and recommendation. Requires the office of Medicaid policy and planning to collaborate with the department of insurance and report certain health care expenditure and cost information and recommendations to the legislative council concerning Medicaid. | First reading: referred to Committee on Public Health | 3/5/19 |
| 1/14/19 | SB 547 (author) | Study of education matters. Urges the legislative council to assign to an appropriate study committee the topics of: (1) improving science education; (2) improving mathematics, geography, and personal finance education in kindergarten through grade 12; and (3) including entrepreneurship curriculum in kindergarten through grade 12. | First reading: referred to Committee on Education | 3/5/19 |
| 1/14/19 | SB 546 (author) | Interim study committee. Urges the legislative council to assign to the interim study committee on education the topic of studying: (1) the feasibility of integrating the membership of and merging the responsibilities of the Indiana state board of education and the governor's workforce cabinet to continue the process of aligning Indiana's education system; and (2) the governance structure and legislative oversight of education, including the composition of the state board of education, the governor's workforce cabinet, and the commission for higher education. | Signed into law | 5/5/19 |
| 1/14/19 | SB 545 (author) | Reports on stress tests and risk assessments. Provides that: (1) the executive director of the Indiana public retirement system; and (2) the trustee of the Indiana state police pension trust; shall report to the interim study committee on pension management oversight on any stress tests or sensitivity analyses performed during a state fiscal year on the pension funds under their respective administration. | Signed into law | 4/10/19 |
| 1/14/19 | SB 544 (author) | Financial aid for military reservists. Provides that a student may apply to participate in the twenty-first century scholars program before or during enrollment in grade 12 without meeting family income requirements if the student agrees to enlist in a reserve component of the armed services. Makes conforming amendments. | First reading: referred to Committee on Education and Career Development | 1/14/19 |
| 1/14/19 | SB 508 (author) | School employee training requirements. Requires the interim study committee on education to review teacher training requirements once every five years. | First reading: referred to Committee on Education | 3/5/19 |



| | | | | |
|---|---|---|---|---|
| 1/14/19 | SB 408 (author) | Childhood obesity report. Requires the state department of health (state department) and the department of education to: (1) before August 1, 2019, provide specified information concerning childhood obesity to the management performance hub; and (2) before September 1, 2019, submit a written report summarizing the information to the public health, behavioral health, and human services interim study committee (interim study committee). | First reading: referred to Committee on Health and Provider Services | 1/14/19 |
| 1/14/19 | SB 407 (author) | Economic and regulatory policy task force. Establishes the economic and regulatory policy task force. Provides for members of the task force and duties of the task force. Requires the task force to prepare a report and recommendations. | First reading: referred to Committee on Commerce, Small Business and Economic Development | 3/5/19 |
| 1/14/19 | SB 406 (author) | Pre-divorce counseling. Requires parties in a dissolution of marriage action to complete a marriage counseling program if: (1) the parties assert irretrievable breakdown of the marriage as a ground for the action; and (2) the court finds that: (A) the parties are the parents or legal custodians of a minor; or (B) a party is pregnant and the party's spouse is the child's father under Indiana law. | First reading: referred to Committee on Judiciary | 1/14/19 |
| 1/14/19 | SB 405 (author) | Election audits. Allows the secretary of state to designate counties as risk-limiting audit pilot counties and sets forth a procedure for a county to follow to be designated as a pilot county to conduct risk-limiting audits. Provides for conducting election procedure audits after an election. Authorizes the secretary of state to adopt rules detailing procedures for such audits. | Signed into law | 4/18/19 |
| 1/14/19 | SB 404 (author) | Independent children. Provides that the children in need of services statutes do not apply to the parent of a child: (1) whose basic needs are met; (2) who is of a sufficient age and maturity to avoid harm or unreasonable risk of harm; and (3) who engages in certain independent activities. | First reading: referred to Committee on Family and Children Services | 1/14/19 |
| 1/14/19 | SB 403 (author) | School bus route safety. Provides that the governing body of a public or accredited nonpublic elementary school may not authorize a school bus driver to load or unload a student at a location that requires the student to cross a roadway if the roadway: (1) is a U.S. route or state route; or (2) has a speed limit that exceeds 50 miles per hour. Provides that a governing body may request a waiver for a particular stop for a period not to exceed one year by submitting a request to the state school bus committee. | First reading: referred to Committee on Judiciary | 1/14/19 |
| 1/14/19 | SB 384 (author) | Occupational licensing. Provides that the small business ombudsman (ombudsman) shall review a proposed rule that is an occupational regulation and imposes requirements or costs on persons subject to | Senator Spartz added as third author | 1/14/19 |



| | | | | |
|---|---|---|---|---|
| | | the occupational regulation. Requires the attorney general to disapprove a proposed rule if it violates federal antitrust laws. | | |
| 1/3/19 | SB 246 (author) | Local public questions. Provides that except as otherwise specifically provided by a statute, a local public question may be placed on the ballot only at the following elections: (1) A general election. (2) A municipal general election, but only if the election district for the public question is contained entirely within a municipality. Makes conforming changes. | Second reading: ordered engrossed | 2/21/19 |
| 1/3/19 | SB 93 (author) | Let Indiana Work for You program. Requires the commission for higher education (commission) to establish, in coordination with the department of workforce development (department) and the Indiana economic development corporation (corporation), the Let Indiana Work for You program (program) to: (1) provide to colleges and universities information concerning workforce opportunities in Indiana and other benefits of residing and working in Indiana after graduating from the college or university; and (2) implement the program. | First reading: referred to Committee on Education | 3/4/19 |

[Indiana General Assembly, accessed 6/30/20]

## 2018 Session

### Spartz Authored Or Co-Authored 24 Bills, 3 Of Which Became Law

| Spartz 2018 Session Authorships | | | | |
|---|---|---|---|---|
| **Date** | **Bill #** | **Title** | **Last Action** | **Last Action/ Effective Date** |
| 3/14/18 | SR 71 (co-author) | A SENATE RESOLUTION honoring Senate President Pro Tempore David Long upon his retirement from the Indiana State Senate. | Senators added as co-authors | 3/14/18 |
| 3/14/18 | SR 64 (co-author) | A SENATE RESOLUTION honoring Senator Doug Eckerty upon his retirement from the Indiana State Senate. | Senators added as co-authors | 3/14/18 |
| 3/14/18 | SR 63 (co-author) | A SENATE RESOLUTION honoring Senator Jim C. Smith upon his retirement from the Indiana State Senate. | Senators added as co-authors | 3/14/18 |
| 2/26/18 | SR 43 (co-author) | A SENATE RESOLUTION urging the legislative council to assign to the appropriate study committee the topic of a comprehensive review of school safety issues with the goal to do whatever is necessary to protect Hoosier children in our schools. | Second reading: adopted voice vote | 3/6/18 |
| 2/19/18 | SR 28 (co-author) | A SENATE RESOLUTION recognizing foreign exchange students in Indiana. | Senators added as co-authors | 2/19/18 |
| 2/15/18 | SR 23 (co-author) | A SENATE RESOLUTION memorializing Jeff Washburn. | Senators added as co-authors | 2/19/18 |



| | | | | |
|---|---|---|---|---|
| 2/26/18 | SR 22 (co-author) | A SENATE RESOLUTION memorializing former Senate Democratic intern, Jennifer Rice. | First reading: adopted standing vote | 2/26/18 |
| 2/27/18 | SR 19 (co-author) | A SENATE RESOLUTION memorializing Laura Jane Bauman's 41 years of service to the Indiana Senate and Indiana Senate Democratic Caucus | First reading: adopted standing vote | 2/27/18 |
| 2/12/18 | SR 18 (co-author) | A SENATE RESOLUTION honoring foster families for their support in serving and caring for Indiana's most vulnerable children. | Senators added as co-authors | 2/12/18 |
| 1/3/18 | SR 1 (co-author) | A SENATE RESOLUTION honoring Senator Brandt Hershman upon his retirement from the Indiana State Senate. | Senators added as co-authors | 1/3/18 |
| 3/5/18 | SCR 49 (co-author) | A CONCURRENT RESOLUTION congratulating Nick Goepper on winning the silver medal in men's freeski slopestyle at the 2018 Winter Olympics in PyeongChang, South Korea. | Returned to the Senate | 3/6/18 |
| 2/27/18 | SCR 47 (co-author) | A CONCURRENT RESOLUTION congratulating Larry A. Landis on his retirement from the Indiana Public Defender Council. | Returned to the Senate | 2/28/18 |
| 2/22/18 | SCR 42 (co-author) | A CONCURRENT RESOLUTION congratulating Jane Seigel on her retirement from the Indiana Office of Court Services after twenty years of service. | Returned to the Senate | 2/22/18 |
| 2/13/18 | SCR 35 (co-author) | A CONCURRENT RESOLUTION honoring Cynthia Brinker upon her retirement from the University of Southern Indiana. | Returned to the Senate | 2/13/18 |
| 2/1/18 | SCR 28 (co-author) | A CONCURRENT RESOLUTION honoring Ball State University on Ball State Day. | Returned to the Senate | 2/2/18 |
| 2/13/18 | SCR 8 (co-author) | A CONCURRENT RESOLUTION congratulating Dr. Linda L. M. Bennett on her retirement from the Presidency of the University of Southern Indiana. | Returned to the Senate | 2/13/18 |
| 2/19/18 | SCR 6 (co-author) | A CONCURRENT RESOLUTION recognizing FFA and all of its work to advance the quality of agricultural education both locally and nationally. | Returned to the Senate | 2/20/18 |
| 1/8/18 | SB 399 (co-author) | Professions and occupations. Provides that the small business ombudsman (ombudsman) shall review a proposed rule that is an occupational regulation and imposes requirements or costs on persons subject to the occupational regulation. Requires the attorney general to disapprove a proposed rule if it violates federal antitrust laws. | Amendment #3 (Austin) prevailed; voice vote | 3/1/18 |
| 1/8/18 | SB 387 (co-author) | Teacher permits, examinations, and salaries. Requires the department of education (department) to post on the department's Internet web site the pass rate of the content area examination for each postsecondary educational institution. Establishes eligibility requirements for a career specialist permit. | Signed into law | 3/21/18 |
| 1/3/18 | SB 50 (co-author) | Governor's workforce cabinet. Establishes the governor's workforce cabinet (cabinet). | Signed into law | 3/21/18 |



| | | | | |
|---|---|---|---|---|
| 2/15/18 | SCR 39 (author) | A CONCURRENT RESOLUTION to urge Senator Todd Young and Senator Joe Donnelly to deliver results on border security and immigration reform. | First reading: referred to Committee on Homeland Security and Transportation | 2/15/18 |
| 1/10/18 | SB 438 (author) | Study committee of state agency management. Urges the legislative council to assign to the appropriate interim study committee the task of studying issues relating to effective legislative oversight, | Signed into law | 3/19/18 |
| 1/10/18 | SB 434 (author) | Study committee. Urges the legislative council to assign to the education interim study committee the task of studying: (1) the current regulatory framework and methods to streamline regulatory compliance; and (2) the use of innovative solutions and public-private partnerships in delivering educational services and sharing of best practices. | Committee report: do pass, adopted | 2/13/18 |
| 1/10/18 | SB 433 (author) | Health care cost and value study. Urges the legislative council to assign the issue of health care cost and value to an appropriate interim study committee for study during the 2018 interim of the general assembly. Requires the interim study committee to study the issue and make recommendations not later than November 1, 2018. | First reading: referred to Committee on Public Health | 2/12/18 |

[Indiana General Assembly, accessed 6/30/20]



# Appendix V – Bill Co-Sponsorships

## Career

### Spartz Co-Sponsored 43 Pieces Of Legislation; 16 Or 37 Percent Became Law

**As Of June 2020, Spartz Co-sponsored 43 Pieces Of Legislation; 16 Or 37 Percent Of Became Law.** [Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]

#### Toplines

| Spartz Co-Sponsorship Toplines | | | |
|---|---|---|---|
| | # of Co-sponsorships | # Became Law | Percentage Became Law |
| 2020 Session | 14 | 7 | 50.0% |
| 2019 Session | 18 | 7 | 38.9% |
| 2018 Session | 11 | 2 | 18.2% |
| 2017 Session | 0 | 0 | 0.0% |
| **TOTAL** | **43** | **16** | **37.2%** |

[Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]

#### Subject

| Spartz Career Co-Sponsorships By Subject | | | |
|---|---|---|---|
| Subject | # Of Bills Co-Sponsored | # Became Law | Percentage Became Law |
| Local Issues | 14 | 0 | 0.0% |
| Health | 6 | 2 | 33.3% |
| Education | 5 | 4 | 80.0% |
| Labor & Employment | 5 | 4 | 80.0% |
| Military & Veterans | 3 | 1 | 33.3% |
| Crime & Law Enforcement | 2 | 1 | 50.0% |
| Agriculture & Food | 2 | 0 | 0.0% |
| Transportation | 2 | 0 | 0.0% |
| Property Rights | 1 | 1 | 100.0% |
| Government | 1 | 1 | 100.0% |
| Women’s Issues | 1 | 1 | 100.0% |
| Economic Development | 1 | 1 | 100.0% |

[Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]

*NOTE: Table updated as of June 30, 2020*



## Spartz Co-Sponsored 18 Bills With Fewer Than 10 Other Members

| Spartz Co-Sponsorships With Fewer Than 10 Other Members | | | | |
|---|---|---|---|---|
| **Date Intro.** | **Bill #** | **Title** | **Author** | **# of Cosponsors** |
| 1/8/20 | HB 1108 | State board of accounts. Makes various changes to statutes concerning the state board of accounts (board). Adds a definition of a "responsible officer of an audited entity". Allows the audit committee to determine the amount of the bond for the state examiner, deputy examiners, and field examiners based on applicable risk considerations. | Rep. Matt Lehman | 3 |
| 1/15/20 | HB 1419 | Governor's workforce cabinet. Makes changes to the membership of the governor's workforce cabinet. Requires the governor's workforce cabinet to work with stakeholders from early learning through the workforce to establish alignment and coordination between the early learning advisory committee, state board of education (state board), commission for higher education, and department of workforce development. | Rep. Robert Behning | 7 |
| 1/6/20 | HB 1004 | Health matters. States that the office of the secretary of family and social services and a managed care organization may not prohibit a provider from participating in another insurance network. | Rep. Ben Smaltz | 5 |
| 1/6/20 | HB 1008 | Occupational license endorsement. Requires a board that issues a license for certain regulated occupations to issue a license to an individual who: (1) is licensed in the regulated occupation in another state or jurisdiction; (2) has established residency in Indiana; (3) has passed a substantially equivalent examination as determined by the board; (4) is and has been in good standing in the individual's licensure in the other state or jurisdiction; (5) pays a fee to the board; and (6) completes the licensure application form required by the board. Allows a board that requires an applicant to submit to a national criminal history background check to maintain that requirement with regard to applicants for licensure who meet all of the license endorsement requirements. | Rep. Martin Carbaugh | 3 |
| 1/6/20 | HB 1009 | Various welfare matters. Provides that money earned by a child or a member of the child's family as a student participating in a paid internship, a work based learning course, or a paid postsecondary work experience that allows the individual to apply for a related apprenticeship is: (1) disregarded for purposes of | Rep. Chuck Goodrich | 8 |



| | | | | |
|---|---|---|---|---|
| | | determining eligibility for assistance or the amount of assistance for a child under the federal Temporary Assistance for Needy Families (TANF) program and the Supplemental Nutrition Assistance Program (SNAP); (2) disregarded for certain Medicaid category populations in determining eligibility for Medicaid; and (3) factored by applying a reasonable method to include a prorated portion of reasonably predictable future income in determining Medicaid eligibility for certain Medicaid category populations. | | |
| 1/6/20 | HB 1042 | Pharmacy benefit managers. Requires a pharmacy benefit manager to obtain a license issued by the department of insurance and sets forth requirements of the pharmacy benefit manager. | Rep. Steven Davisson | 6 |
| 1/16/20 | HB 1045 | Honor and Remember flag. Allows the Honor and Remember flag to be displayed at each state office building, the Indiana veterans' cemetery, and each veterans cemetery managed by the Indiana department of veterans' affairs. Provides that the Honor and Remember flag may be annually displayed during the month of May. Allows the Honor and Remember flag to be displayed at any time by certain entities. | Rep. David Abbott | 4 |
| 1/16/20 | HB 1063 | Public safety officer death benefits. Increases, from $150,000 to $225,000, the special death benefit for certain public safety officers, certain motor carrier inspectors, certain special police employees, members of the 1925 police pension fund, the 1937 firefighters' pension fund, the 1953 police pension fund, and the 1977 police officers' and firefighters' pension and disability fund who die in the line of duty after June 30, 2020. | Rep. Chuck Goodrich | 10 |
| 1/14/19 | HB 1345 | Property tax matters. Provides that if a for-profit land developer acquires land in inventory from a school corporation or a local unit of government, the land in inventory shall be assessed as agricultural land at the agricultural land base rate on the first assessment date immediately following the date on which the land developer acquires title to the land in inventory, and thereafter the land in inventory is subject to the usual provisions for reassessment of a land developer's land in inventory. | Rep. Doug Miller and Rep. Jim Pressel | 6 |
| 1/3/19 | HB 1029 | Prescription drug pricing study committee. Urges the legislative council to assign to the interim study committee on public health, behavioral health, and human services the task of studying issues consumers face related to prescription drug pricing, access, and costs. | Rep. Robin Shackleford, Rep. Steven Davisson, Rep. Chris Chyung, Rep. Cindy Kirchhofer | 5 |



| | | | | |
|---|---|---|---|---|
| 1/24/19 | HB 1630 | Various education matters. Provides that the state board of education (state board) may approve assigning a new identification number for a school that is in operation and requests a new number. | Rep. Robert Behning | 6 |
| 1/15/19 | HB 1465 | Professional development in accounting. Removes the requirement of a learning plan to be undertaken by a licensed accountant to maintain and improve professional competency. Specifies that there are only two options for license renewal for accountants. | Rep. Martin Carbaugh | 2 |
| 1/14/19 | HB 1400 | Education studies. Urges the legislative council to assign to the interim study committee on education during the 2019 through 2022 interims the following: (1) The study of how to: (A) eliminate, reduce, or streamline the number of education mandates placed on schools; and (B) streamline fiscal and compliance reporting to the general assembly on a sustainable and systematic basis. (2) The review of certain provisions relating to professional development, development of policies, reporting requirements, and curriculum requirements of schools. Urges the legislative council to assign to the interim study committee on education the task of studying in the 2019 interim the cost and benefits of virtual schools in relation to public school corporations and public school students. | Rep. Anthony Cook | 4 |
| 1/14/19 | HB 1397 | School corporations. Provides that before September 15 of any year, a governing body may pass a one year resolution indicating that a portion or percentage of money transferred from the operations fund to the education fund may be considered education fund revenue for purposes of determining whether a teacher collective bargaining agreement would place the employer in a position of deficit financing. | Rep. Anthony Cook | 4 |
| 1/8/19 | HB 1180 | Pharmacy benefit managers. Requires a pharmacy benefit manager to obtain a license issued by the department of insurance (department). Specifies pharmacy benefit manager network and annual reporting requirements. | Rep. Martin Carbaugh | 4 |
| 1/16/18 | HB 1245 | Occupational licensing. Provides that the state and a local governmental unit (unit) shall explicitly list the crimes that will disqualify an individual from receiving an occupational license. Provides that the use of an individual's conviction of a crime as a disqualifying criminal conviction is limited to a crime that specifically and directly relates to the duties and responsibilities of the occupation for which the individual is applying for or holds a license. | Rep. Dale DeVon | 5 |



| | | | | |
|---|---|---|---|---|
| 2/13/18 | HCR 35 | A CONCURRENT RESOLUTION recognizing the Carmel High School marching band. | Rep. Jerry Torr | 3 |
| 1/16/18 | HB 1288 | Economic development. Provides that, if the Indiana economic development corporation (IEDC) determines that a business, school corporation, or charter school (entity) that has received a grant award under the skills enhancement fund program is noncompliant with the terms of its grant agreement, the IEDC shall, after giving notice to the entity and an opportunity to explain the noncompliance, provide the entity with a written demand for return or repayment of an amount not to exceed the sum of all grants previously awarded to the entity. | Rep. Jerry Torr | 4 |

[Indiana General Assembly, 2020 Session, accessed 6/30/20; Indiana General Assembly, 2019 Session, accessed 6/30/20; Indiana General Assembly, 2018 Session, accessed 6/30/20; Indiana General Assembly, 2017 Session, accessed 6/30/20]



# Appendix VI – Office Expenditures

*NOTE: According to the Indiana State Senate Chief Legal Counsel, Indiana State Senators do not have individual budgets or office expenses. All office supplies are covered by the Senate itself.*

*NOTE: FOIA response containing information relevant to this section is located on the DCCC drive*

## Career

### 2017 – 2020: Spartz Collected More Than $53,000 In Salary And More Than $65,000 In Per Diems

| Spartz Office Expenditures – Career | | |
|---|---|---|
| | **Salary** | **Per Diems** |
| **2020** | $27,204.66 | $12,144.00 |
| **2019** | $26,489.52 | $29,572.00 |
| **2018** | $25,94.66 | $21,439.00 |
| **2017** | $0.00 | $2,076.00 |
| **Career** | **$53,813.84** | **$65,231.00** |

[Indiana State Senate, FOIA Response, 7/1/20]



# Appendix VII – Votes – 2020 Session

## Abortion & Women's Health Issues

### Spartz Voted For And Co-Authored A Bill That Enforced Various Rules Related To Fetal Remains And Burial

**2020: Spartz Voted For And Co-Authored A Bill That Enforced Various Rules Related To Fetal Remains And Burial.** Spartz voted for and co-authored SB 299, "Fetal remains. Requires the state department of health (state department) to develop forms that provide: (1) that a pregnant woman has a right after a surgical abortion to dispose of the remains by interment or cremation or have the provider dispose of the remains; and (2) that, after an abortion induced by an abortion inducing drug, the pregnant woman will expel an aborted fetus and set forth the disposition policy of the health care facility or abortion clinic concerning the disposition of the aborted fetus, including allowing a pregnant woman to return an aborted fetus to the health care facility or abortion clinic for disposition by interment or cremation. States that a pregnant woman who has an abortion has the right to have the health care facility or abortion clinic dispose of the aborted fetus by cremation or interment and to ask the health care facility or abortion clinic the method of disposition used. Requires the pregnant woman to inform the health care facility or abortion clinic of the pregnant woman's decision for disposition or, in the case of an abortion induced by an abortion inducing drug, whether the pregnant woman will return the aborted fetus to the health care facility or abortion clinic for disposition. Requires the health care facility or abortion clinic to dispose of the returned fetus by cremation or interment. Requires that a burial transit permit that includes multiple aborted fetal remains be accompanied by a log prescribed by the state department containing certain information, except in certain circumstances, about each fetus included under the burial transit permit." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 299, 2/4/20]

## Agriculture & Food Access Issues

### Spartz Was One Of A Few Senators To Vote Against Regulations Related To Pesticide Use

**2020: Spartz Was One Of 9 Senators To Vote Against Regulated Related To Pesticide Use.** Spartz voted against SB 438, "Regulation of pesticide use and application. Makes various changes to the statutes governing pesticide registration and pesticide use and application. Requires the pesticide review board (board) to establish a working group to review civil penalties and for the working group to make recommendations (before December 1, 2020) concerning civil penalties to the board and the general assembly. Provides that the state chemist shall suspend the enforcement of its FY 2019 pesticide enforcement response policy." The bill passed the Senate by a vote of 38 – 9. [Indiana General Assembly, SB 438, 2/3/20]

#### However, Spartz Later Voted For The Bill During The Conference Committee Report

**However, Spartz Later Voted For The Bill During The Conference Committee Report.** The bill passed the Senate Conference Committee Report by a vote of 48 – 1. [Indiana General Assembly, SB 438, 2/3/20]

## Consumer Issues & Regulations

### Spartz Was One Of A Few Legislators Who Voted Against Requiring Reporting Of Consumer Loans By Unlicensed Vendors

**2020: Spartz Was One Of 2 Legislators Who Voted Against Requiring Reporting Of Consumer Loans By Unlicensed Vendors.** Spartz voted against SB 327, "Reporting of consumer loans by unlicensed lenders. Requires a person, with certain exceptions, that is not required to be licensed with the department under the Uniform


Consumer Credit Code to report to the department certain information concerning each consumer loan made to a debtor who is a resident of Indiana by the person after June 30, 2020. Authorizes the department to adopt rules to implement these provisions." The bill passed the Senate by a vote of 47 – 2. [Indiana General Assembly, SB 327, 2/4/20]

### Spartz Voted Against Prohibiting People Under The Age Of 21 From Buying Tobacco And Vape Products

**2020: Spartz Voted Against The Conference Committee Report Prohibiting People Under The Age Of 21 From Buying Tobacco And Vape Products.** Spartz voted against the Conference Committee Report for SB 1, "Tobacco and vaping smoking age. Prohibits a person who is less than 21 years of age from buying or possessing: (1) tobacco; (2) e-liquids; or (3) electronic cigarettes. Makes conforming changes regarding enforcement provisions, sales certificates, prohibition of delivery sales, and notices posted at retail establishments and at vending machines. Provides that a retail establishment that sells an e-liquid to a person less than 21 years of age is subject to a civil judgment for an infraction. Doubles the civil judgment for an infraction for: (1) a retail establishment that sells or distributes tobacco, an e-liquid, or an electronic cigarette to a person less than 21 years of age; and (2) certain retail establishments that allow an underage person to enter their establishment. Modifies the time frame for when retail establishments may receive enhanced penalties for repeat e-liquid and tobacco products violations. Requires a merchant who mails or ships cigarettes as part of a delivery sale to use a shipping service that requires a customer to present identification if they appear to be less than 30 years of age. Provides that a tobacco sales certificate (certificate) may only be issued to a person who has not had an interest in a certificate revoked by the commission for a business location within one year. Makes it a Class C misdemeanor if a tobacco and vaping business operates within 1,000 feet of a public or private elementary or secondary school. Provides that a retail establishment in which tobacco products, electronic cigarettes, and e-liquids account for at least 85% of the retail establishment's gross sales," The Conference Report passed the Senate by a vote of 37 – 11. [Indiana General Assembly, SB 1, 3/11/20]

#### However, Spartz Previously Voted For This Bill When It Was On The Senate Floor

**Spartz Previously Voted For This Bill When It Was On The Senate Floor.** SB 1 originally passed the Senate by a vote of 38 – 9. [Indiana General Assembly, SB 1, 1/23/20]

## Crime & Public Safety Issues

### Spartz Voted To Reduce The Minimum Age For Juvenile Sentencing For Certain Crimes

**2020: Spartz Voted To Reduce The Minimum Age For Juvenile Sentencing For Certain Crimes.** Spartz voted for SB 449, "Juveniles. For certain serious offenses committed by a juvenile: (1) reduces the minimum age for committing the child to the department of correction from 13 to 12; (2) adds an attempt to commit certain serious offenses to the list of serious offenses allowing wardship by the department of correction; and (3) permits the court to commit a juvenile to the department of correction for up to six years. Requires the department of correction to provide the court with a progress report for a child committed to the department for six years at the time the child turns 18, and requires the court to review the report and determine the appropriateness of release. Specifies that the juvenile court lacks jurisdiction over certain juveniles charged with an attempt to commit certain crimes. Establishes a two-year disproportionality review panel staffed by the Indiana criminal justice institute to study the issue of disparate racial impact with respect to juvenile court direct file, discretionary transfer, and waiver provisions. Defines 'young offender' and prohibits the department of correction from housing a young offender with the general population of a penal facility. Prohibits a jail from housing a child less than eighteen years of age in the same cell as an adult." The bill passed the Senate 31 – 18. [Indiana General Assembly, SB 449, 2/4/20]



## Spartz Voted To Increase The Penalties For Numerous Motor Vehicle Related Felonies

**2020: Spartz Voted To Increase The Penalties For Numerous Motor Vehicle Related Felonies.** Spartz voted for HB 1157, "Motor vehicle and criminal law issues. Increases the penalty for numerous motor vehicle violations from a Class C infraction to a Class A infraction if the violation results in bodily injury. Requires the bureau of motor vehicles to remove any record of a suspension from a defendant charged with operating while intoxicated if the case ends in favor of the defendant and the defendant's driving privileges were suspended because: (1) the defendant refused a chemical test; or (2) the results of a chemical test resulted in prima facie evidence of intoxication. Provides that a court and the bureau, if applicable, shall terminate all or any part of the remaining suspension of a person's license suspension if: (1) the charges against the person are dismissed; (2) the person is acquitted; or (3) the person's conviction is vacated or reversed on appeal. Provides that a court shall terminate a suspension imposed for refusal to submit to a chemical test if: (1) the court accepts a plea agreement between the state and the defendant that includes this provision; or (2) the court finds at sentencing that terminating the remaining suspension is in the best interests of society. Adds cross references concerning license suspensions and ignition interlock devices. Makes an individual less than 18 years of age eligible for a deferral program. (Under current law, individuals under 18 years of age are not eligible for deferral.) Repeals certain driving privilege suspensions when a motor vehicle is used in dealing certain controlled substances. Makes conforming changes." The bill passed the Senate by a vote of 37 – 13. [Indiana General Assembly, HB 1157, 3/3/20]

## Spartz Voted To Classify Panhandling Near Banks, Businesses, Or Restaurants As A Misdemeanor

**2020: Spartz Voted To Classify Panhandling Near Banks, Businesses, Or Restaurants As A Misdemeanor.** Spartz voted for the conference report for HB 1022, "Panhandling. Provides that a person who panhandles within 50 feet of: (1) the entrance or exit to a bank, business, or restaurant; (2) the location where a financial transaction occurs; or (3) a public monument; commits the offense of panhandling, a Class C misdemeanor. Provides that a person who knowingly or intentionally panhandles regardless of the time of day commits panhandling, a Class C misdemeanor. (Current law limits the time period of the offense to after sunset and before sunrise.) Defines 'financial transaction' and 'public monument.'" The report passed the Senate by a vote of 35 – 14. [Indiana General Assembly, HB 1022, 3/10/20]

## Spartz Voted To Allow A Federal Law Enforcement Officer With At Least Five Years Of Service To Be Appointed As Police Chief

**2020: Spartz Voted For The Conference Committee Report To Allow A Federal Law Enforcement Officer With At Least Five Years Of Service To Be Appointed As Police Chief.** Spartz voted for the Conference Committee report for HB 1235, "Public safety. Allows a federal enforcement officer with at least five years of service to be appointed as a police chief or deputy police chief in a city. Provides that the statewide 911 board may increase an enhanced prepaid wireless charge one time after April 1, 2020, and before July 1, 2023, in an amount not to exceed $0.10. Revises the definition of 'statewide 911 system'. Provides that the statewide 911 board may adjust the statewide 911 fee one time after April 1, 2020, and before July 1, 2023, in an amount not to exceed $0.10. Requires 60 days prior notice to the department of state revenue of any rate change to the enhanced prepaid wireless charge or the statewide 911 fee." The report passed the Senate by a vote of 28 – 21. [Indiana General Assembly, HB 1235, 3/11/20]

> **Spartz Originally Voted Against The Bill On The Senate Floor.** HB 1235 passed the Senate by a vote of 39 – 11. [Indiana General Assembly, HB 1235, 3/3/20]

## Spartz Voted Against Consolidating Various Fraud, Deception, And Mischief Offenses

**2020: Spartz Voted Against Consolidating Various Fraud, Deception, And Mischief Offenses.** Spartz voted against SB 43, "Fraud consolidation. Repeals and consolidates various fraud, deception, and mischief offenses. Defines 'financial institution' for purposes of crimes involving financial institutions. Defines 'item of sentimental



value' and enhances the penalties for mischief, theft, and fraud if the offense involves an item of sentimental value. Defines 'pecuniary loss' for purposes of fraud in connection with insurance. Makes conforming amendments. (The introduced version of this bill was prepared by the interim study committee on corrections and criminal code.) The bill passed the Senate by a vote of 27 – 22. [Indiana General Assembly, SB 43, 2/4/20]

## Education Issues

### Spartz Was One Of The Only Senators To Vote Against Requiring All Students To Complete The FAFSA

**2020: Spartz Was The Only Senator To Vote Against Requiring All Student To Complete The FAFSA In Committee.** Spartz voted against SB 223, "Free Application for Federal Student Aid (FAFSA) requirements. Requires all students, except for students at certain nonpublic schools, in their senior year to complete and submit the FAFSA unless: (1) a parent of a student or a student, if the student is an emancipated minor, signs a waiver that the student understands what the FAFSA is and declines to complete it; or (2) the principal of the student's high school waives the requirement due to extenuating circumstances. Requires that the: (1) model notice prepared by the commission for higher education; and (2) notice that each school corporation is required to send; regarding the FAFSA include information regarding the requirements and exceptions for completing the FAFSA." The bill passed the Senate committee by a vote of 11 – 1. [Indiana General Assembly, SB 223, 1/22/20]

> **2020: Spartz Was One Of 12 Senators Who Voted Against Requiring All Students To Complete The FAFSA On The Floor.** "Spartz voted against SB 223, "Free Application for Federal Student Aid (FAFSA) requirements. Requires all students, except for students at certain nonpublic schools, in their senior year to complete and submit the FAFSA unless: (1) a parent of a student or a student, if the student is an emancipated minor, signs a waiver that the student understands what the FAFSA is and declines to complete it; or (2) the principal of the student's high school waives the requirement due to extenuating circumstances. Requires that the: (1) model notice prepared by the commission for higher education; and (2) notice that each school corporation is required to send; regarding the FAFSA include information regarding the requirements and exceptions for completing the FAFSA." The bill passed the Senate committee by a vote of 38 – 12. [Indiana General Assembly, SB 223, 1/22/20]

### Spartz Was One Of A Few Senators Who Voted Against Requiring A Teacher Preparation Plan To Deal With Traumatic Issues

**2020: Spartz Was One Of 6 Senators Who Voted Against Requiring A Teacher Preparation Plan To Deal With Traumatic Issues.** Spartz voted against HB 1283, "Teacher preparation program curriculum. Requires a teacher preparation program to include content within the curriculum that: (1) prepares teacher candidates to use evidenced based trauma informed classroom instruction and recognition of social, emotional, and behavioral reactions to trauma that may interfere with a student's academic functioning; and (2) provides information on certain applicable Indiana laws. Requires a teacher preparation program to consider using certain curricula pertaining to student trauma." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, HB 1283, 3/3/20]

### Spartz Voted Against Creating A Governor's Workforce Cabinet Focused On Education Issues

**2020: Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Education.** Spartz voted against the Conference Committee Report for HB 1153, "Governor's workforce cabinet. Provides that the governor's workforce cabinet (cabinet) shall, on or before December 1, 2020, create a comprehensive strategic plan to ensure alignment of Indiana's primary, secondary, and postsecondary education systems with Indiana's workforce training programs and employer needs. Requires the cabinet to include early childhood education in the cabinet's: (1) systematic and comprehensive review to determine whether Indiana's educational system is aligned with employer needs; and (2) comprehensive strategic plan to


ensure alignment of Indiana's educational system with employer needs." The report passed the Senate by a vote of 41 – 8. [Indiana General Assembly, HB 1153, 3/10/20]

**However, Spartz Previously Voted For The Bill On The Floor Of The Senate.** HB 1153 passed the Senate by a vote of 44 – 6. [Indiana General Assembly, HB 1153, 3/3/20]

## Spartz Voted Against Creating A Governor's Workforce Cabinet Focused On Early Learning Issues—One That She Sponsored

### Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Early Learning Issues

**2020: Spartz Voted Against The Conference Committee Report That Created A Governor's Workforce Cabinet Focused On Early Learning Issues.** Spartz voted against the Conference Committee Report for HB 1419, "Governor's workforce cabinet. Makes changes to the membership of the governor's workforce cabinet. Requires the governor's workforce cabinet to work with stakeholders from early learning through the workforce to establish alignment and coordination between the early learning advisory committee, state board of education (state board), commission for higher education, and department of workforce development." The report passed the Senate by a vote of 39 – 10. [Indiana General Assembly, HB 1419, 3/10/20]

**Spartz Originally Voted For This Bill On The Floor.** HB 1419 passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1419, 3/3/20]

### However, Spartz Sponsored HB 1419

**However, Spartz Sponsored HB 1419.** [Indiana General Assembly, HB 1419, 3/3/20]

# Election Law & Campaign Finance Issues

## Spartz Voted For A Bill That Dealt With Various Election Matters And Abolished Town Election Boards

**2020: Spartz Voted For A Bill That Dealt With Various Election Matters And Abolished Town Election Boards.** Spartz voted for HB 1222, "Miscellaneous election law matters. Allows an individual who is an unopposed candidate for township office to be appointed and serve as a precinct election officer at any vote center if certain conditions are met. Abolishes city and town conventions for nomination of candidates for municipal offices, beginning January 1, 2021. Abolishes town election boards. Provides that a local public question may not be placed on the ballot in a year after a presidential election year. Provides that a school referendum tax levy or a school safety referendum tax levy may be reimposed or extended in 2021, 2025, or 2027 if the school corporation would have been permitted to reimpose or extend the levy under statutes as in effect before January 1, 2020. Provides that if a precinct is divided to assign some of the territory of the precinct to a municipality because of an annexation, any part of the divided precinct may form a separate precinct that does not comply with the requirement that a precinct may not be established with fewer than 600 active voters. Authorizes a county executive to request from the Indiana election commission a waiver of the requirement that a precinct must have at least 600 active voters. Provides that in order for a precinct committeeman or a precinct vice committeeman (exercising the precinct committeeman's proxy) to participate in a caucus to fill a vacancy, the committeeman or vice committeeman must be entitled to vote for the office for which a successor is to be selected in the caucus." The bill passed the Senate by a vote of 37 – 13. [Indiana General Assembly, HB 1222, 3/3/20]

## Spartz Voted A Bill That Purged Voters Off Voter Rolls Without Notice



**Spartz Voted For SB 334 Which Dealt With Various Election Issues**

**2020: Spartz Voted For SB 334 Which Dealt With Various Election Issues.** Spartz voted for SB 334, "Election matters. Allows (current law requires) the secretary of state and election division to assist a prosecuting attorney in prosecuting certain actions and allow the use of an attorney retained by the secretary of state or election division. Requires boards of elections and registration to attend election security meetings called by the election division. Requires the election division to instruct specified election officials on best practices in answering voters' questions on how to vote, including providing instructions on straight ticket voting. Requires the inclusion of language on a ballot or voting system to tell the voter that the voter is not required to vote a straight party ticket. Changes the time frame in which a voter list maintenance program must be conducted for certain special elections and in an election year other than a year in which a general election is conducted. Removes language that required NVRA officials to obtain voter registration information from certain states. Removes authorization for NVRA officials to enter into a memorandum of understanding with the Kansas Secretary of State to compare voter registration data and voids the memorandum of understanding. Establishes the Indiana data enhancement association to be administered by the NVRA official for the administration of voter list maintenance programs and sets forth requirements. Requires a county voter registration office to determine whether an individual authorized the cancellation of any previous voter registration when the individual registered to vote in another state. Sets forth parameters for when a county voter registration office may rely on information provided by certain entities concerning voter registration from another state. Requires that a report by a county sheriff to the county voter registration office concerning individuals placed in a county correctional facility occur at least once a quarter. States that certain requirements for provisional ballots do not apply to provisional ballots cast: (1) under a court order extending the hours that the polls were open; (2) by a voter who is not on the poll list but indicates that the voter applied to register at a voter registration agency; (3) by a voter after the voter was challenged due to proof of identification; and (4) by a voter who was challenged solely due to failure to provide additional documentation. Requires a court to take evidence to determine whether a county election board filed written notice with the secretary of state and the election division concerning a petition to extend voting hours." The bill passed the Senate by a vote of 40 – 7. [Indiana General Assembly, SB 334, 2/3/20]

**Notably, The Bill Allowed County Election Boards To Purge Voter Rolls Without Notice**

**Notably, The Bill Allowed County Election Boards To Purge Voter Rolls Without Notice.** "The Indiana Senate has passed Senate Bill 334, which purports to correct a 2017 voter registration law two federal courts found violated voters' rights. The main problem with the 2017 law was that it allowed county election boards to kick voters off the voter rolls without any notice. Unfortunately, SB 334 doesn't correct this problem; it just repeats it. […] As the 2017 law before it, Senate Bill 334 violates the federal National Voter Registration Act (NVRA). That law limits the reasons a state can permissibly cancel a voter's registration, including because the voter has died, moved or been incarcerated. The law allows states to remove voters who seem to have moved out of state - for example, based on Postal Service records - but only if the state first mails a notice to the voter's registered in-state address and then gives the voter time to respond." [Indianapolis Star, 2/16/20]

## Energy

### Spartz Voted To Slow The Process Of Shutting Down A Coal Plant

**2020: Spartz Voted To Slow The Process Of Shutting Down A Coal Plant.** Spartz voted for HB1414, "Electric generation. Provides that a public utility that owns and operates a reliable capacity electric generation resource shall operate and maintain the unit using good utility practices and in a manner reasonably intended to support the availability of the unit for dispatch and for providing reliable service to customers of the public utility. Prohibits a public utility from terminating a power agreement with a legacy generation resource in which the public utility has an ownership interest unless the public utility provides the utility regulatory commission (IURC) with at least three years advance notice of the termination." The bill passed by a vote of 37 – 11. [Indiana General Assembly, HB 1414, 3/3/20]



### The Bill Was Praised By Coal Interests And Criticized By Environmental Activists

**The Bill Was Praised By Coal Interests And Criticized By Environmental Activists.** "This bill extends through May 1, 2021. The legislation, which once contained provisions that might have raised rates and made it more difficult to shutter plants, has been embraced by coal interests but criticized by environmental activists and some business interests as an industry bailout." [IndyStar, 3/15/20]

## Environmental Issues

### Spartz Was One Of A Few Senators Who Voted Against Rules Establishing Reservoir Conservancy Districts In Committee

**2020: Spartz Was One Of A Few Senators Who Voted Against Rules Establishing Reservoir Conservancy Districts In Committee.** Spartz voted against SB 430, "Reservoir conservancy districts. Allows a conservancy district to be established as a "reservoir conservancy district" if: (1) the conservancy district will be established for certain purposes; (2) the boundaries will encompass part or all of a reservoir located partly within a consolidated city; and (3) at least 25% of the surface of the reservoir is owned by a utility governed by a board of directors for utilities of a consolidated city. Requires the board of directors of a reservoir conservancy district and the utility that owns the reservoir (utility owner) to enter into an operating agreement that describes all works of improvement and maintenance that the reservoir conservancy district proposes to perform. Requires that all such works be approved by the utility owner before the work begins. Provides that a reservoir conservancy district has all of the powers granted to other conservancy districts with certain exceptions, including: (1) a reservoir conservancy district does not have the power of eminent domain; and (2) the utility owner is exempt from all assessments, taxes, and fees imposed by the reservoir conservancy district. Imposes a limit on the special benefits tax levy of a reservoir conservancy district. Authorizes a reservoir conservancy district to impose and collect fees for the recreational use of watercraft on the reservoir, but provides that a one year use fee for a nonresident may not be 50% greater than the one year use fee for a resident, and that a one-day use fee may not exceed 17% of a one year use fee. Authorizes a reservoir conservancy district to establish rules concerning safety and resource conservation but provides that the rules shall not interfere with state rules or with the use of the reservoir for water supply purposes, shall not impair the commercial license of the commercial licensee of the utility owner, and shall not discourage uses of the reservoir for activities allowed under the fish and wildlife laws." The bill passed committee by a vote of 7 – 4. [Indiana General Assembly, SB 430, 1/27/20]

### However, Spartz Voted For The Bill During The Floor Vote

**Spartz Voted For Rules Establishing Reservoir Conservancy Districts.** Spartz voted for SB 430 and the bill passed the Senate 46 – 2. [Indiana General Assembly, SB 430, 1/27/20]

### Spartz Voted To Remove State Oversight Of Certain Wetlands Near Regulated Drains

**2019: Spartz Voted To Remove State Oversight Of Certain Wetlands Near Regulated Drains.** Spartz voted for SB 229, "Maintenance of regulated drains. Provides that a permit is not required from the Indiana department of environmental management for the maintenance or reconstruction of a regulated drain in accordance with certain best management practices for purposes of the law concerning state regulated wetlands, as long as the work takes place within the current easement and the reconstruction does not substantially change the characteristics of the drain to perform the function for which it was designed and constructed." The bill passed the Senate by a vote of 32 – 18. [Indiana General Assembly, SB 229, 2/21/20]

### Notably, Spartz Authored This Bill

**Spartz Authored SB 229.** [Indiana General Assembly, SB 229, 2/21/20]



# Equal Rights & Workplace Fairness

## Spartz Voted Against Raising The Minimum Age To Marry To 16 Years Old

**2020: Spartz Voted Against Raising The Minimum Age To Marry To 16 Years Old.** Spartz voted against HB 1006, "Minimum age to marry and emancipation of minors. Specifies that an "adult" is: (1) a person at least eighteen years of age; or (2) a: (A) married minor who is at least sixteen years of age; or (B) minor that has been completely emancipated by a court; for the purpose of marriage. Raises the minimum age to marry from 15 years of age to 16 years of age. Provides that an individual 16 or 17 years of age may marry only if: (1) the individual's intended spouse is not more than four years older than the individual; (2) a juvenile court has issued an order allowing the individual to marry; and (3) the individual: (A) completes any premarital counseling required under the order; (B) applies for a marriage license not earlier than 15 days after the order is issued; and (C) includes a certified copy of the order with the individual's application for a marriage license. Repeals provisions requiring an individual less than 18 years of age to obtain consent to marry from the individual's parent or guardian. Specifies a process an individual 16 or 17 years of age must follow to petition a juvenile court for an order allowing the individual to marry, and specifies conditions necessary for approval of the petition and conditions requiring denial of the petition. Provides that a court that issues an order allowing an individual at least 16 years of age to marry must also issue an order completely emancipating the individual. Amends the list of records or documents an individual may submit to a court clerk as proof of the individual's date of birth for purposes of applying for a marriage license. Amends the law regarding petitions by minors for emancipation as follows: (1) Provides that a court hearing a minor's petition for emancipation must appoint a guardian ad litem for the minor. (2) Provides that the guardian ad litem shall investigate the statements contained in the minor's petition and file a report of the investigation with the court. (3) Provides that a court may grant a minor's petition for emancipation only if the court finds that emancipation is in the child's best interests. (4) Provides that if the court completely emancipates the child: (A) the child has all the rights and responsibilities of an adult; and (B) the emancipation order may not specify terms of emancipation. Provides that an emancipated child remains subject to: (1) Indiana law concerning minimum age for marriage; and (2) other specific constitutional and statutory age requirements applicable to the emancipated child because of the emancipated child's age. Makes conforming amendments." The bill passed the Senate 39 – 11. [Indiana General Assembly, HB 1006, 3/3/20]

> **However, Spartz Later Voted For The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 47 – 2. [Indiana General Assembly, HB 1006, 3/3/20]

# Governance Issues

## Spartz Voted Against A Bill That Made Changes To The State Board Of Accounts—A Bill That She Sponsored

### 2020: Spartz Was One Of A Few Senators That Voted Against A Bill That Made Changes To The State Board Of Accounts

**2020: Spartz Voted Against A Bill That Made Changes To The State Board Of Accounts.** Spartz voted against HB 1108, "State board of accounts. Makes various changes to statutes concerning the state board of accounts (board). Adds a definition of a 'responsible officer of an audited entity'. Allows the audit committee to determine the amount of the bond for the state examiner, deputy examiners, and field examiners based on applicable risk considerations. Repeals a statute that addresses duties required by law on April 5, 1909. Provides that, for purposes of the risk based examination criteria, the board may perform examinations of certain audited entities more frequently than once every four years if required by a ratings agency that rates debt maintained by such an audited entity. Provides that the board may issue management letters based on professional auditing standards to certain audited entities. Provides that the state examiner, deputy examiner, or field examiner may issue subpoenas to



enforce the filing of certain reports. Establishes a procedure governing the examination of certain bodies corporate and politic." The bill passed the Senate by a vote of 47 – 3. [Indiana General Assembly, HB 1108, 3/3/20]

**2020: Spartz Voted Against The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1108, 3/3/20]

**However, Spartz Sponsored HB 1108**

**2020: Spartz Sponsored HB 1108.** [Indiana General Assembly, HB 1108, 3/3/20]

### Spartz Voted To Require Coordination With The Governor's Cabinet And Stakeholders

**2020: Spartz Voted To Require Coordination With The Governor's Cabinet And Stakeholders.** Spartz voted for HB 1419, "Governor's workforce cabinet. Makes changes to the membership of the governor's workforce cabinet. Requires the governor's workforce cabinet to work with stakeholders from early learning through the workforce to establish alignment and coordination between the early learning advisory committee, state board of education (state board), commission for higher education, and department of workforce development." The bill passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1419, 3/3/20]

## Gun Issues

### Spartz Was One Of A Few Legislators Who Voted Against Prohibiting A Juvenile Who Committed A Serious Felony With A Firearm From Possessing A Gun

**2020: Spartz Was One Of 6 Legislators Who Voted Against Prohibiting A Juvenile Who Committed A Serious Felony With A Firearm From Possessing A Gun.** Spartz voted against SB 16, "Juvenile delinquents and firearms. Prohibits a person who has been adjudicated a delinquent child for committing an act while armed with a firearm that would be a serious violent felony if committed by an adult (serious delinquent) from possessing a firearm unless the person is at least: (1) 26 years of age, in the case of less serious acts; or (2) 28 years of age, in the case of more serious acts. Makes possession of a firearm by a serious delinquent a Level 6 felony, and increases the penalty to a Level 5 felony for a second or subsequent offense. Requires a juvenile court to transmit certain findings to the office of judicial administration for transmission to the National Instant Criminal Background Check System (NICS) upon a finding of delinquency for an act that would be a serious violent felony if committed by an adult." The bill passed by a vote of 43 – 6. [Indiana General Assembly, SB 16, 1/4/20]

### Spartz Voted To Require School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School

**2020: Spartz Voted For A Bill That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School.** Spartz voted for SB 263, "Specialized weapons training. Provides that, before an employee or any other staff member of a school corporation, charter school, or nonpublic school, may carry a firearm in or on school property as authorized by a school board of the school corporation, charter school, or nonpublic school, the employee or staff member shall do the following: (1) Successfully complete certain specialized weapons training or other firearm training. (2) Provide proof to the school board that the employee or other staff member has successfully completed the training. (3) Complete the Minnesota multiphasic personality inventory 2 (MMPI-II) and provide the results from the inventory to the school board of the school corporation, charter school, or nonpublic school. Establishes requirements for specialized weapons training. Requires an employee or any other staff member of a school corporation, charter school, or nonpublic school to successfully complete sixteen hours of weapons training each year that the employee or staff member is authorized and intends to carry a firearm in or on school property. Provides that the specialized weapons training must be provided by a person or entity approved by the school board of the school corporation, charter school, or nonpublic


school. Allows a school to barricade or block a door during an active shooter drill or during an active shooter emergency occurring in a school building" The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, SB 263, 2/4/20]

## Health Care Issues

### Spartz Was One Of A Few Senators Who Voted Against Giving Medicaid Reimbursements To Schools

**2020: Spartz Was One Of 5 Senators Who Voted Against Giving Medicaid Reimbursements To Schools.** Spartz voted against SB 142, "Medicaid reimbursement for schools. Allows the office of the secretary of family and social services to apply for a Medicaid state plan amendment to allow school corporations to seek Medicaid reimbursement for medically necessary, school-based Medicaid covered services that are provided under federal or state mandates. Specifies possible services for Medicaid reimbursement. Adds physical therapy to the list of services a school psychologist may refer a student. Allows a school psychologist to make referrals to physical therapists for mandated school services." The bill passed the Senate by a vote of 45 – 5. [Indiana General Assembly, SB 142, 1/28/20]

### Spartz Was One Of A Few Senators Who Voted Against Extending Health Programs, Including A Syringe Exchange Program

**2020: Spartz Was One Of A Few Senators Who Voted Against Extending Health Programs, Including A Syringe Exchange Program.** Spartz voted against SB 4, "Health programs. Extends the prohibition against the inclusion of certain Medicaid recipients in: (1) risk based managed care programs; or (2) capitated managed care programs; from June 30, 2020, to June 30, 2021. Requires a syringe exchange program to: (1) provide testing for communicable diseases and provide services or a referral for services if the individual tests positive; and (2) establish a referral process for program participants in need of information or education concerning communicable diseases or health care. Requires the state department of health to include certain information concerning syringe exchange programs in the report to the general assembly before November 1, 2020. Extends the expiration date for certain syringe exchange programs from July 1, 2021, to July 1, 2022." The bill passed the Senate by a vote of 47 – 3. [Indiana General Assembly, SB 4, 1/28/20]

### Spartz Was One Of A Few Senators To Vote Against A Bill That Required Pharmacy Benefit Managers To Obtain A License—A Bill She Co-Authored

#### 2020: Spartz Was One Of 2 Senators Who Voted Against A Bill That Required Pharmacy Benefit Managers To Obtain A License

**2020: Spartz Was One Of 2 Senators Who Voted Against A Bill That Required Pharmacy Benefit Managers To Obtain A License.** Spartz voted against SB 241, "Pharmacy benefit managers. Requires a pharmacy benefit manager to obtain a license issued by the department of insurance and sets forth requirements of the pharmacy benefit manager. Provides for the commissioner of the department of insurance to adopt rules to specify licensure, financial and other standards, and reporting requirements that apply to a pharmacy benefit manager. Sets forth requirements and prohibitions of a pharmacy benefit manager. Allows a party that has contracted with a pharmacy benefit manager to request an audit of compliance at least one time per year. Makes violations of the chapter concerning pharmacy benefit managers an unfair or deceptive act or practice in the business of insurance. Allows a pharmacy benefit manager to obtain the license not later than December 31, 2020, in order to do business in Indiana and provide services for any health provider contract beginning January 1, 2021. (The introduced version of this bill was prepared by the interim study committee on public health, behavioral health, and human services.)" The bill passed the Senate by a vote of 46 – 2. [Indiana General Assembly, SB 241, 1/30/20]


**However, Spartz Co-Authored This Bill**

**Spartz Co-Authored SB 241.** [Indiana General Assembly, SB 241, 1/30/20]

## Spartz Was One Of A Few Senators Who Voted Against Requiring State Employee Health Plans To Cover Pediatric Autoimmune Diseases

**2020: Spartz Was One Of A Few Senators Who Voted Against Requiring State Employee Health Plans To Cover Pediatric Autoimmune Diseases.** Spartz voted against SB 311, "Coverage for PANDAS and PANS. Requires a state employee health plan, a policy of accident and sickness insurance, and a health maintenance organization contract to provide coverage for pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS) and pediatric acute-onset neuropsychiatric syndrome (PANS), including treatment with intravenous immunoglobulin therapy." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 311, 2/4/20]

**2020: Spartz Voted Against A Similar Bill That Related To Various Insurance Matters And Included Coverage For Pediatric Autoimmune Diseases.** Spartz voted against SB 311, "Various insurance matters. Requires a state employee health plan, a policy of accident and sickness insurance, and a health maintenance organization contract to provide coverage for pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS) and pediatric acute-onset neuropsychiatric syndrome (PANS), including treatment with intravenous immunoglobulin therapy. Makes changes in the law concerning the permissible investments of life insurance companies and casualty, fire, and marine insurance companies. Provides that an insurance administrator may pay claims via electronic payment. Exempts an individual from the prelicensing course, state license examination, and continuing education requirements for licensed independent adjusters if the individual holds a current claims certification issued by a national or state claims association whose certification program meets certain conditions. Provides that a multiple employer welfare arrangement may be established through an interlocal cooperation agreement. Adopts the insurance data security model law, which requires certain holders of an insurance license, authority, or registration to maintain an information security program and meet other requirements. Establishes an affirmative defense to a tort civil action for a licensee that satisfies the requirements of the insurance data security model law. Adopts a new model law on credit for reinsurance. Provides that a rejection of uninsured motorist coverage or underinsured motorist coverage in an underlying personal policy is also a rejection of uninsured motorist coverage or underinsured motorist coverage in a personal umbrella or excess liability policy. Urges the legislative council to assign to an appropriate interim study committee the task of studying medical payment coverage, including: (1) whether medical payment coverage should be supplemental to the benefits: (A) to which a covered individual is entitled under a health plan; and (B) that are the same as or similar to benefits available to the covered individual under the medical payment coverage; and (2) whether a health plan should be prohibited from requiring the use or exhaustion of medical payment coverage as a condition of payment of benefits under the health plan for health care services rendered to a covered individual." The bill passed the Senate by a vote of 45 – 3. [Indiana General Assembly, HB 1372, 3/3/20]

> **Spartz Voted Also Voted Against The Bill In The Conference Committee Report.** The Conference Committee Report passed by a vote of 45 – 4. [Indiana General Assembly, HB 1372, 3/3/20]

## Spartz Was One Of A Few Senators Who Voted Against Expanding Health Insurance Coverage For Those With Colorectal Cancer

**2020: Spartz Was One Of 5 Senators Who Voted Against Expanding Health Insurance Coverage For Those With Colorectal Cancer.** Spartz voted against HB 1080, "Colorectal cancer testing. Amends the law mandating coverage for colorectal cancer testing under accident and sickness insurance policies, health maintenance organization contracts, and state employee health plans to change the minimum age at which coverage must be provided from 50 years of age to 45 years of age. Includes exception for high deductible health plans." [Indiana General Assembly, HB 1080, 2/18/20]


## Spartz Was One Of A Few Senators Who Voted Against Various Requirements For Genetic Counselors

**2020: Spartz Was One Of 3 Senators Who Voted Against Various Requirements For Genetic Counselors.** Spartz voted against HB 1243, "Genetic counselors. Amends the definition of "genetic counseling" for purposes of the genetic counselor licensing laws. Requires the genetic counselor master's degree training program to be accredited by the Accreditation Council for Genetic Counselors. (Current law requires accreditation by the American Board of Genetic Counseling.) Updates references to the American Board of Medical Genetics and Genomics. Amends requirements for a temporary license. Requires an applicant to complete the continuing education requirements of certain certifying organizations to renew a license. Provides that a genetic counselor may not be required to perform, participate in, or provide a service that violates any sincerely held ethical, moral, or religious belief held by the genetic counselor, and allows for a civil action for damages or reinstatement of employment for a violation. Repeals the law concerning education hardship waiver provision." The bill passed the Senate by vote of 42 – 3. [Indiana General Assembly, HB 1243, 2/25/20]

## Spartz Voted Against An HIV, Fatality Reviews, And Syringe Exchange Program

**2020: Spartz Voted Against An HIV, Fatality Reviews, And Syringe Exchange Program.** Spartz voted against HB 1182, "HIV, fatality reviews, and syringe exchange programs. Removes acquired immune deficiency syndrome (AIDS) from the statutory definition of 'exposure risk disease'. Replaces the term 'AIDS' with the term 'human immunodeficiency virus (HIV)' where appropriate. Replaces the term 'carrier' with the term 'individual with a communicable disease' where appropriate. Replaces the term 'danger' with the term 'risk' where appropriate. Replaces the term 'spread' with the term 'transmission' where appropriate. Replaces the term 'HIV antibody' with 'human immunodeficiency virus (HIV)' where appropriate. Requires the state department of health (department) to specify, in any literature provided to children and young adults concerning HIV, that abstinence is the best way to prevent the transmission of HIV as a result of sexual activity. Provides that a physician or the authorized representative of a physician may not order an HIV test unless the physician or the authorized representative of a physician: (1) informs the patient of the test orally or in writing; (2) provides the patient with an explanation of the test orally, in writing, by video, or by a combination of these methods; and (3) informs the patient orally or in writing of the patient's right to ask questions and to refuse the test. Requires the information to be communicated to the patient in a language or manner that the patient understands. Requires a physician or an authorized representative of the physician to inform a patient of the counseling services and treatment options available to the patient if an HIV test indicates that the patient is HIV positive." The bill passed the Senate by a vote of 36 – 14. [Indiana General Assembly, HB1182, 3/3/20]

## Spartz Voted Against Continuing The Syringe Exchange Program

**2020: Spartz Voted Against Continuing The Syringe Exchange Program.** Spartz voted against SB 207, "Syringe exchange program. Repeals the expiration date of the syringe exchange program. (Under current law, the expiration date is July 1, 2021.)" The bill failed the Senate by a vote of 22 – 27. [Indiana General Assembly, SB 207, 2/4/20]

## Spartz Was The Only Senator To Vote Against Allowing The Release Of Personal Health Information

**2020: Spartz Was The Only Senator To Vote Against Allowing The Release Of Personal Health Information.** Spartz voted against HB 1210, "Various health matters. Establishes penalties for intentionally interfering with an investigation and enforcement of a home health agency by the state department of health (department). Allows the department to use the immunization data registry to store and release nonimmunization personal health information. States that a responsible member of a family may release a deceased patient's medical records if the deceased patient does not have a surviving spouse or child or a personal representative of the estate. Allows mental health



records to be disclosed without the consent of the patient for research purposes by rules of the Indiana archives and records administration and the oversight committee on public records. Allows health records to be disclosed by the Indiana archives and records administration to another provider or nonprofit research organization (current law is a nonprofit medical research organization) in connection with a scientific, statistical, or education project. Changes the title of a 'certified food handler' to 'certified food protection manager' (CFPM). Repeals the definition of 'food handler'. Requires a CFPM to provide certain documents to the food establishment and obtain a valid certificate every five years. Prohibits using the title 'certified food protection manager' unless the person holds a certificate. Provides that a CFPM may be required to be present during all hours of operation if the department and food establishment agreed upon a variance concerning the requirements for the operation of the food establishment. Amends the establishments that are exempt from the certified food protection manager requirements. Establishes new penalties. Provides for the transition of an existing certified food handler to a certified food protection manager. Makes conforming changes. The bill passed the Senate by a vote of 48 – 1. [Indiana General Assembly, HB 1210, 2/20/20]

## Infrastructure & Transportation Issues

### Spartz Voted Against Amending The Definition Of A Controlled Project To Exclude Projects Exclusively For Engineering And Land

**2020: Spartz Voted Against Amending The Definition Of A Controlled Project To Exclude Projects Exclusively For Engineering And Land.** Spartz voted against SB 190, "Controlled projects. Amends the definition of a "controlled project" to exclude projects exclusively for engineering, land and right-of-way acquisition, construction, resurfacing, maintenance, restoration, and rehabilitation of: (1) local road and street systems; (2) arterial road and street systems; and (3) any combination of local and arterial road and street systems; including bridges that are designated as being in a road and street system. Provides that the restrictions on supporting a position on a controlled project apply to any political subdivision that has assessed value within the same taxing district as the political subdivision proposing the project. Provides that nothing shall prevent another political subdivision that has assessed value within the same taxing district as the political subdivision from adopting a resolution or taking a position on a local public question." The bill passed the Senate by a vote of 39 – 11. [Indiana General Assembly, SB 190, 1/28/20]

### Spartz Was One Of A Few Senators Who Repeatedly Voted Against Creating A Central Indiana Development Authority

**2020: Spartz Was The Only Senator That Voted Against Creating A Central Indiana Development Authority.** Spartz voted against SB 350, "Central Indiana regional development authority. Authorizes counties and municipalities within the Indianapolis metropolitan area to establish a central Indiana regional development authority pilot that will sunset on July 1, 2025. Requires counties and municipalities that wish to establish the development authority to adopt substantially similar resolutions to adopt a preliminary strategic economic development plan (preliminary development plan). Provides that the development authority shall be governed by a strategy committee composed of members selected according to the terms of the preliminary development plan adopted to establish the development authority. Specifies the duties of the development authority. Requires the development authority to prepare a comprehensive strategic economic development plan. Codifies the establishment and governing provisions of the Indianapolis metropolitan planning organization. Requires the Indianapolis metropolitan planning organization to: (1) develop a comprehensive asset management report for the metropolitan planning area in collaboration with the Indiana department of transportation; and (2) present the comprehensive asset management report to the city-county council of Indianapolis and Marion County, the fiscal and legislative bodies of each entity that is a member of the Indianapolis metropolitan planning organization, and the budget committee." The bill passed the Senate by a vote of 48 – 1. [Indiana General Assembly, SB 350, 2/4/20]

> **2020: Spartz Later Voted Against The Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 34 -15. [Indiana General Assembly, SB 350, 2/4/20]



# Labor & Working Families

## In Committee, Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund

### In Committee, Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund

**2020: Spartz Voted Against Establishing A Mental Health Disability Review Panel To Evaluate Police And Firefighters Pension And Disability Fund.** In Committee, Spartz voted against SB 25, "Mental health disability review panels. Establishes mental health disability review panels (review panel) for evaluation of members of the 1977 police officers' and firefighters' pension and disability fund (1977 fund) who have been determined to have an impairment for mental illness. Includes mental illness in the description of "occupational diseases" for purposes of determining whether a 1977 fund member has an impairment. Makes the final determination of an impairment for a mental illness provisional for two years: (1) beginning July 1, 2020, for a final determination made after December 31, 2012, and before July 1, 2020; or (2) from the date of the final determination, for a final determination made after June 30, 2020. Requires that, during that time, the 1977 fund member participate in a mental health treatment plan, at the employer's cost, and at the end of the two year period, requires the review panel to evaluate the 1977 fund member to determine if the 1977 fund member: (1) is medically able to return to duty; or (2) may continue for another two year provisional disability period. Requires that, at the end of the second provisional period, the review panel evaluate the 1977 fund member to determine if the 1977 fund member: (1) is medically able to return to duty; or (2) has a permanent impairment. Provides that the evaluations conducted by the mental health disability review panels are confidential. Provides that the board of trustees of the Indiana public retirement system may suspend a 1977 fund member's disability benefits if the member fails to comply with reasonable requests for information by the mental health disability review panel. (The introduced version of this bill was prepared by the interim study committee on pension management oversight.)" The bill passed the Pensions and Labor committee by a vote of 8 – 2. [Indiana General Assembly, SB 25, 1/8/20]

### However, Spartz Later Voted For The Bill On The Senate Floor

**Spartz Voted For SB 25 On The Senate Floor.** The bill passed the Senate by a vote of 49 – 0. [Indiana General Assembly, SB 25, 1/14/20]

## Spartz Was One Of A Few Senators Who Voted Against Increasing Workers' Compensation Benefits

**2020: Spartz Was One Of 6 Senators Who Voted Against Increasing Workers' Compensation Benefits.** Spartz voted against SB 202, "Worker's compensation. Increases benefits for injuries and disablements by 2% each year for three years, beginning on July 1, 2020." The bill passed the Senate by a vote of 44 – 6. [Indiana General Assembly, SB 202, 1/28/20]

## Spartz Was One Of A Few Senators Who Voted Against Providing A New Schedule Rates For Unemployment

**2020: Spartz Was One Of 2 Senators Who Voted Against Providing New Schedule Rates For Unemployment.** Spartz voted against HB 1111, "Unemployment. Provides a new schedule of rates for calendar years after December 31, 2020. Specifies that Schedule C applies for calendar years 2021 through 2025. Provides new contribution rates for calendar years after 2020." The bill passed the Senate by a vote of 48 – 2. [Indiana General Assembly, HB 1111, 3/3/20]



# Property Rights & Land Issues

## Spartz Voted For A Bill That Rolled Back Government Regulation Of Manufactured Homes And Stripped Protections From Renters

**2020: Spartz Voted For A Bill That Rolled Back Government Regulations Of Manufactured Homes.** Spartz voted for SB 148, "Amends a statute concerning manufactured homes (manufactured home statute) to provide, with respect to a manufactured home located outside of a mobile home community, as follows: (1) A comprehensive plan or zoning ordinance adopted by a unit of local government may: (A) specify aesthetic standards and requirements concerning the manufactured home's permanent foundation system; and (B) require compatibility of the manufactured home's permanent foundation system with surrounding residential structures. (2) A unit of local government may not require: (A) a permanent foundation system that is incompatible with the structural design of the manufactured home; or (B) more than one permanent foundation system for a manufactured home. Specifies that the changes to the manufactured home statute do not affect a requirement applicable to property that is subject to the jurisdiction of a preservation commission. Provides that a unit of local government may not adopt or enforce certain ordinances, regulations, requirements, or other restrictions that mandate size requirements for a manufactured home that is placed in a mobile home community. Provides that, subject to certain conditions, an industrialized residential structure may be located in a mobile home community. Requires a mobile home community operator (operator) to provide all owners of mobile homes, manufactured homes, or industrialized residential structures in a mobile home community with written notice not less than 180 days before the mobile home community's closure. Provides that an operator who violates the notice requirement commits a deceptive act that is actionable by the attorney general or a consumer. Prohibits a unit of local government from regulating certain aspects of a landlord-tenant relationship with respect to privately owned real property located in the unit unless the regulation is authorized by the general assembly. Prohibits a landlord from taking certain retaliatory actions in response to a tenant's engaging in one or more enumerated protected activities. Prohibits a local unit from adopting or enforcing any ordinance or regulation concerning retaliatory acts by landlords." The bill passed the Senate by a vote of 32 – 15. [Indiana General Assembly, SB 148, 2/3/20]

### The Bill Also Stripped Protections From Renters

**The Bill Stripped Protections From Renters.** "Senate Bill 148 would ensure that any regulations of landlord-tenant relationships — such as leasing conditions, fees a landlord may charge or what a landlord is required to disclose to prospective tenants — must be set at the state level. Local ordinances in Indianapolis, Bloomington and other communities would be overruled. In Indianapolis, that means a set of new protections for renters would be stripped away by lawmakers. The bill also would officially make it illegal to retaliate against a renter who reports unlivable conditions." [IndyStar, 3/15/20]

### The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups

**The Bill Was Lobbied By The Indiana Apartment Association And Opposed By Organizations Representing Marginalized Groups.** "The Indiana Apartment Association lobbied for the bill. About 300 individuals and organizations — which includes some Indiana cities and several groups representing veterans, elderly citizens, minorities, immigrants, domestic violence victims, those of Christian and Jewish faiths, homeless families, medical professionals and more — were opposed." [IndyStar, 3/15/20]

## Spartz Voted For A Bill That Prohibited A Municipal Body From Holding Property Owners Accountable For Rented Utility Services

**2020: Spartz Voted For A Bill That Prohibited A Municipal Body From Holding Property Owners Accountable For Rented Utility Services.** Spartz voted for HB 1165, "Municipally owned utilities. Specifies that the statute concerning the payment for utility services (other than sewer services) provided by a municipally owned


utility to rental property does not allow a municipal legislative body to impose a requirement that the owner of the property must: (1) ensure the creditworthiness of the person occupying the property; or (2) accept responsibility for charges incurred by the person occupying the property; by cosigning an agreement or by any other method." The bill passed the Senate by a vote of 28 – 18. [Indiana General Assembly, HB 1165, 2/27/20]

**Spartz Voted For A Bill That Dealt With Various Tax Matters, Including Amending The Definition Of "Land Developer" For Assessment Purposes**

**2020: Spartz Voted For A Bill That Dealt With Various Tax Matters, Including Amending The Definition Of "Land Developer" For Assessment Purposes.** Spartz voted for HB 1065, "Various tax matters. Amends the definition of "inventory" for purposes of property tax. Amends the definition of 'land developer' for purposes of provisions that apply to reassessment of undeveloped land. Provides that, if a taxpayer believes that the tax payer has overreported a personal property assessment that is discovered in the course of a review of the taxpayer's personal property assessment for which the assessing official fails to make an adjustment to correct the error, the taxpayer may: (1) initiate an appeal with the county property tax assessment board of appeals for a credit to offset any resulting overpayment; or (2) file a claim for refund with regard to any resulting overpayment. Authorizes an appeal to the Indiana board of tax review of the denial of the refund claim with regard to a resulting overpayment." The bill passed the Senate by a vote of 31 – 19. [Indiana General Assembly, HB 1065, 3/3/20]

> **Spartz Later Voted Against The Conference Committee Report For The Bill.** The Conference Committee Report passed the Senate by a vote of 31 – 18. [Indiana General Assembly, HB 1065, 3/11/20]

**Spartz Voted For A Bill That Taxed Business Personal Property On The Assessed Value Rather Than The Acquisition Cost**

**2020: Spartz Voted For A Bill That Taxed Business Personal Property On The Assessed Value Rather Than The Acquisition Cost.** Spartz voted for SB 385, "Assessment of business personal property taxes. Provides that the business personal property exemption from taxation is based on the assessed value instead of the acquisition cost." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, SB 385, 2/4/20]

**Spartz Voted For A Bill That Prohibited The Department Of Natural Resources From Removing Property From A Floodway**

**2020: Spartz Voted For A Bill That Prohibited The Department Of Natural Resources From Removing Property From A Floodway.** Spartz voted for the Conference Committee Report for SB 433, "Structures in floodways. Prohibits the director of the department of natural resources (department) from exercising the authority to remove an abode or residence from a floodway if: (1) the abode or residence was constructed before January 1, 2020; (2) the owner of the abode or residence has taken measures to elevate the lowest floor of the abode or residence to at least two feet above the one hundred year flood elevation within two years after receiving notification from the department concerning the abode or residence; and (3) the owner of the abode or residence has taken necessary measures to comply with all applicable local, state, and federal floodway regulations." The report passed the Senate by a vote of 40 – 8. [Indiana General Assembly, SB 433, 3/10/20]

## Seniors' Issues

**Spartz Was One Of A Few Senators Who Voted Against Requiring Hospice Providers To Provide Community Based Palliative Care To Patients Who Are Not Eligible For Hospice**

**2020: Spartz Was One Of 2 Senators Who Voted Against Requiring Hospice Providers To Provide Community Based Palliative Care To Patients Who Are Not Eligible For Hospice.** Spartz voted against HB 1199, "Palliative care. Defines the terms "community based palliative care" and "palliative care". Provides that a



hospice provider may provide community based palliative care to a patient who is not eligible for hospice care if the hospice provider: (1) meets certain licensing requirements; and (2) is certified in community based palliative care by an organization approved the state department of health." The bill passed the Indiana Senate by a vote of 42 – 2. [Indiana General Assembly, HB 1199, 2/25/20]



# Appendix VIII – Votes – 2019 Session

## Abortion & Women's Health Issues

### Spartz Voted To Prohibit The Use Of "Dilation-And-Evacuation" Abortions And Classify It As A Felony

**2019: Spartz Voted To Make The Performance Of A Dilation-And-Evacuation Abortion A Felony.** Spartz voted for HB 1211, "Abortion matters. Provides that a person may not knowingly or intentionally perform a dismemberment abortion unless reasonable medical judgment dictates that performing the dismemberment abortion is necessary to: (1) prevent serious health risks to the mother; or (2) save the mother's life. Provides that the penalty for performing a dismemberment abortion is a Level 5 felony. Provides that certain individuals: (1) may petition for an injunction; (2) may bring an action for the recovery of damages; and (3) are entitled to attorney's fees; if a dismemberment abortion is performed. Provides anonymity safeguards in court or administrative actions for a woman on whom a dismemberment abortion was performed. Amends the definition of 'abortion complication.'" The bill passed the Senate by a vote of 38 – 10. [Indiana General Assembly, HB 1211, 4/2/19]

### ACLU Of Indiana Filed A Lawsuit Against The State After The Bill Was Signed Into Law

**ACLU Of Indiana Filed A Lawsuit Against The State After The Bill Was Signed Into Law.** "The American Civil Liberties Union of Indiana has filed a lawsuit against the state two days after Gov. Eric Holcomb signed two abortion measures into law. Specifically, the ACLU is challenging House Enrolled Act 1211, which bans dilation-and-evacuation abortions except when the mother is at risk of 'substantial and irreversible physical impairment of a major bodily function' or when the fetus is no longer viable. Dilation and evacuation is the most common type of second-trimester abortion in Indiana, according to Indiana State Department of Health data. However, second-trimester abortions overall are rare in the state. Indiana providers used this method 27 times in 2017 — or for 0.35 percent of all abortions that year — department data showed." [Indy Star, 4/25/19]

### Spartz Voted To Allow Nurses, Pharmacists, And Physician's Assistants To Refuse Abortion Care

**2019: Spartz Voted To Allow Nurses, Pharmacists, And Physician's Assistants To Refuse Abortion Care.** Spartz voted for SB 201, "Health provider ethical exemption. Includes: (1) nurses; (2) physician assistants; and (3) pharmacists; in the prohibition from being required to perform an abortion or assist or participate in procedures intended to result in an abortion if the health care provider objects to the procedures on ethical, moral, or religious grounds. (Current law applies only to physicians and employees.) Adds a prohibition on requiring certain providers to prescribe, administer, or dispense an abortion inducing drug." The bill passed the Senate by a vote of 39 – 1. [Indiana General Assembly, SB 201, 2/19/19]

## Agriculture & Food Access Issues

### Spartz Was One Of A Few Senators Who Voted Against A Farmland Preservation Study

**2019: Spartz Was One Of 2 Senators Who Voted Against A Farmland Preservation Study.** Spartz voted against HB 1165, "Study of farmland preservation. Urges the legislative council to assign to an appropriate interim study committee the topic of achieving farmland preservation in Indiana." The bill passed the Senate by a vote of 45 – 2. [Indiana General Assembly, HB 1165, 4/1/19]

## Budget Issues


### Spartz Voted For The State Budget

**2019: Spartz Voted For The State Budget.** Spartz voted for HB 1001, "State budget." The budget passed the Senate by a vote of 40 – 8. [Indiana General Assembly, HB 1001, 4/16/19]

#### The Budget Increased Education Funding, But Failed To Increase Teacher Salaries

**The Budget Increased Education Funding, But Failed To Increase Teacher Salaries.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries...The budget includes $14.8 billion in education funding that amounts to a 2.5% increase each of the next two years, which critics say essentially keeps up with inflation. Flanked at a news conference Tuesday by the heads of various state education groups — but none representing teachers — House Speaker Brian Bosma called the spending plan 'historic." [Indy Star, 4/29/19]

#### The Budget Dialed Back Planned Increases For The Department Of Child Services

**The Budget Dialed Back Planned Increases For The Department Of Child Services.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries, dials back planned increases for the state's troubled child services agency…. […] The House and Senate agreed to increase the Department of Child Services' funding by $256 million in 2020 and $246 million in 2021. That's a significant cut from the additional $286 million that had been proposed to bring its budget in line with actual spending." [Indy Star, 4/29/19]

#### The Budget Ended Funding For Amtrak's Hoosier State Train

**The Budget Ended Funding For Amtrak's Hoosier State Train.** "The budget adds hundreds of millions of dollars to education spending, though none for teacher salaries, dials back planned increases for the state's troubled child services agency and ends funding for Amtrak's Hoosier State Train, which runs from Indianapolis to Chicago. […] Meanwhile, Amtrak has announced that without state funding, service on the train line from Chicago to Indianapolis will end the day the money runs out, June 30." [Indy Star, 4/29/19]

## Consumer Issues & Regulations

### Spartz Was One Of A Few Senators Who Voted Against Establishing The Small Business Innovation Voucher Program

**2019: Spartz Was One Of 4 Senators Who Voted Against Establishing The Small Business Innovation Voucher Program.** Spartz voted against SB 563, "Economic development. Establishes the small business innovation voucher program (program) to provide vouchers to eligible small businesses to be used by the business to purchase research and development support or other forms of technical assistance and services from an Indiana institution of higher education or other authorized research provider. Provides that the Indiana economic development corporation (IEDC) shall administer the program. Provides that the program is subject to appropriation from the general assembly." The bill passed the Senate by a vote of 45 – 4. [Indiana General Assembly, SB 563, 2/25/19]

**2019: Spartz Also Voted Against The Bill's Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 45 – 3. [Indiana General Assembly, SB 56, 4/24/19]

### Spartz Voted To Set Up A Hemp Advisory Committee



**Spartz Voted To Set Up A Hemp Advisory Committee.** Spartz voted for the Conference Committee Report for SB 516, "Regulation of hemp. Establishes the Indiana hemp advisory committee (committee) to provide advice to the office of the state seed commissioner (commissioner) regarding Indiana's hemp laws. Sunsets the committee on July 1, 2021. Prohibits the commissioner from regulating a hemp product. Changes references from 'industrial hemp' to 'hemp' and amends the definition of hemp. Adds a definition of 'hemp product'." The report passed the Senate by a vote of 39 – 9. [Indiana General Assembly, DB 516, 4/24/19]

## Spartz Voted To Authorize Sports Betting On Riverboats

**2019: Spartz Voted To Authorize Sports Betting On Riverboats.** Spartz voted for HB 1015, "Various gaming matters. Authorizes sports wagering at riverboats, racinos, a Vigo County casino, and satellite facilities. Provides for the administration and conduct of sports wagering. Imposes initial and annual fees on a licensed owner, operating agent, vendor, or permit holder conducting sports wagering. Imposes initial and annual licensing fees on vendors conducting sports wagering. Specifies that a vendor contracting with a certificate holder has the same authority to conduct sports wagering as the certificate holder. Provides that the Indiana gaming commission (IGC) may issue a temporary certificate of authority or a temporary license to conduct business under certain circumstances. Requires the IGC to deposit vendor license application fees in the sports wagering fund." The bill passed the Senate by a vote of 44 – 4. [Indiana General Assembly, 4/9/19]

## Spartz Voted Against A Bill That Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking

### Spartz Voted Against A Bill That Dealt With A Variety Of Consumer Credit Issues

**2019: Spartz Voted Against A Bill That Dealt With A Variety Of Consumer Credit Issues.** Spartz voted against SB 613, which dealt with a variety of consumer credit issues. The bill passed the Senate by a vote of 26 – 23. [Indiana General Assembly, SB 613, 2/26/19]

### The Bill Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking

**The Bill Allowed Payday Lenders To Charge Interest Rates On Loans That Were Classified As Felony Loan Sharking.** "Indiana senators voted 26-23 in favor of a bill that would allow payday lenders to charge interest rates on small loans at levels currently classified as felony loan sharking. Carrying the bill is Sen. Andy Zay, R-Huntington, who said the bill is designed to 'bridge the gap' for Hoosiers with subprime credit scores and living debt free. He said the bill will help Hoosiers with credit scores below 550 and people who would otherwise be turned down for bank loans. […] While Senate Bill 613 passed the Indiana Senate, lawmakers authoring an opposing bill were shot down. Senate Bill 104 would have capped interest rates on small loans at 36 percent, while Zay's Consumer Credit bill replaces 'the 25 (percent) loan finance charge authorized for consumer loans with a flat charge of 36 (percent) per year on the unpaid balances.'" [Bluffton News-Banner, 3/12/19]

# Crime & Public Safety Issues

## Spartz Voted Against Prohibiting Certain Limitations On Punitive Damages For Actions Where The Defendant Was Charged With Sexual Misconduct

**2019: Spartz Voted Against Prohibiting Certain Limitations On Punitive Damages For Actions Where The Defendant Was Charged With Sexual Misconduct.** Spartz voted against SB 27, "Punitive damages. Provides that certain limitations on punitive damages do not apply to civil actions where the defendant has been charged with committing an act of sexual misconduct and the act of sexual misconduct gives rise to the civil action. Raises cap



on punitive damages for such claims to $250,000. Provides that 25% of punitive damages awarded will go to the violent crime victims compensation fund and 75% of the punitive damages awarded will be paid to the person to whom the punitive damages were awarded. Provides that the exception to the punitive damages law does not apply to a cause of action brought against an employer whose liability is based solely on the doctrine of respondent superior." The bill passed the Senate by a vote of 41 – 6. [Indiana General Assembly, SB 27, 2/14/19]

### Spartz Voted To Provide Juvenile Detainees With Grade Level Education Materials

**2019: Spartz Voted To Provide Juvenile Detainees With Grade Level Education Materials.** Spartz voted for SB 29, "School materials for juvenile detainees. Provides that, if a child is or will be detained in a juvenile detention facility (facility) for more than seven calendar days, the school corporation must, upon the child's parent or facility's request, provide to the facility the school materials for the grade level or courses that the child is or would be enrolled in if the child were not detained. Requires the school corporation, upon the child's parent or facility's request, to deliver the school materials at least once every seven calendar days, excluding any days that are not student instructional days. Provides that the school corporation may provide the school materials in an electronic format. Provides that, except for the assessment of rental fees for curricular materials, the school corporation is responsible for the costs associated with preparing and delivering the school materials. Provides that the school corporation is not required to provide the school materials if the: (1) child is released from the facility; or (2) facility requests that the school corporation no longer provide the school materials. Provides that if a student is suspended, the student is required to complete all assignments and school work assigned during the period of the student's suspension. Provides that the principal or the principal's designee shall ensure that the student receives notice of any assignments or school work due and teacher contact information in the event the student has questions regarding the assignments or school work. Provides that a school is required to provide a student who is expelled with a list of available alternative education programs or virtual charter schools which the student may attend during the student's expulsion. Provides that if a student is expelled from school or from any educational function, the student's absence from school because of the expulsion provisions requiring compulsory school attendance if the student may enroll in: (1) an alternative education program in the county or in a county immediately adjacent to the county containing the school corporation from which the student was expelled; or (2) a virtual charter school if the student does not enroll in a program or virtual charter school during the student's expulsion." The bill passed the Senate by a vote of 26 – 21. [Indiana General Assembly, SB 29, 2/14/19]

### Spartz Voted For A Court To Consider Bias Crime In A Criminal Sentence

**2019: Spartz Voted For A Court To Consider Bias Crime In A Criminal Sentence.** Spartz voted for SB 12, "Sentencing and bias crimes. Provides that a court may consider bias in imposing a criminal sentence. Specifies the manner in which bias crime data shall be reported to the state police department." The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 12, 2/21/19]

## Education Issues

### Spartz Voted To Amend The Date On Which The Office Of The State Superintendent Of Public Instruction Was Abolished

**2019: Spartz Voted To Amend The Date On Which The Office Of The State Superintendent Of Public Instruction Was Abolished.** Spartz voted for HB 1005, "State superintendent of public instruction. Amends the date on which the office of the state superintendent of public instruction is abolished. Provides for the appointment of the secretary of education by the governor beginning January 11, 2021. (Current law provides that the governor does not appoint the secretary of education until January 11, 2025.)" The bill passed the Senate by a vote of 29 – 19. [Indiana General Assembly, HB 1005, 3/19/19]


## Spartz Voted For A School Safety Bill That Was Supposed To Provide Safety Regulations After The Noblesville Shooting, But It Merely Restructured Grant Programs

### 2019: Spartz Voted To Allow The Use Of A Secured School Fund, But Not A Safe School Fund, To Employ A Law Enforcement Officer

**2019: Spartz Voted To Allow The Use Of A Secured School Fund, But Not A Safe School Fund, To Employ A Law Enforcement Officer.** Spartz voted for HB 1004, "Provides that the Indiana safe schools fund may not be used to provide grants to employ a school resource officer or a law enforcement officer. Provides that an Indiana secured school fund matching grant may be used to employ a law enforcement officer. Provides that an accredited nonpublic school may receive a grant from the Indiana secured school fund (fund). Makes changes to the maximum grant amounts that a school corporation, charter school, accredited nonpublic school, or coalition of schools may receive from the fund. Provides that a virtual charter school or a virtual accredited nonpublic school may not receive a grant from the fund. Establishes minimum grant match percentages necessary to be eligible to receive a grant from the fund. Provides that, before July 1, 2021, each school corporation, charter school, or accredited nonpublic school shall certify to the department of homeland security that the school corporation, charter school, or accredited nonpublic school has conducted a threat assessment for each school building used by the school corporation, charter school, or accredited nonpublic school before applying for a fund matching grant. Requires that at least one of the manmade disaster drills that is required to be conducted by each school in a school corporation during each semester must be an active shooter drill and must be conducted within 90 days after the beginning of the school year. Provides that each: (1) accredited nonpublic school; and (2) charter school; must conduct at least one active shooter drill during each school year." The bill passed the Senate by a vote of 31 – 17. [Indiana General Assembly, HB 1004, 4/11/19]

### The Bill Was Supposed Enact School Safety Regulations In The Wake Of The Noblesville School Shooting, But Instead Merely Restructured Grant Programs

**The Bill Was Supposed Enact School Safety Regulations In The Wake Of The Noblesville School Shooting, But Instead Merely Restructured Grant Programs.** "A school safety bill, enacting recommendations made by a task force convened in the wake of shootings in Florida and Noblesville, was considered priority legislation for Republican leadership and Holcomb. House Enrolled Act 1004 was supposed to be an omnibus bill that translated those recommendations into policy, but it ended up doing little more than restructuring the state's matching grant program for school safety projects — hiring school resource officers or hardening the building — and requiring schools conduct at least one active-shooter drill each year." [IndyStar, 4/29/19]

### The Bill Originally Allowed Schools Access To Mental Health Services—But This Language Was Eventually Stripped From The Bill

**The Bill Originally Allowed Schools Access To Mental Health Services—But This Language Was Eventually Stripped From The Bill.** "At one point in the process, the bill would have allowed schools to access the safety grant dollars for mental health services and social emotional learning initiatives. That drew the ire of some conservative lobbying groups, though, who were concerned that parents could be left out conversations about their child's mental health. Eventually, all mental health language was stripped from the bill and access to the funds for mental health services was limited to a narrow use laid out in another bill, Senate Enrolled Act 325." [IndyStar, 4/29/19]

## Spartz Voted For A Bill That Shortened The Window That Unused Buildings Must Be Held Back For Charter Schools Before A District Could Sell

### 2019: Spartz Voted For HB 1641, Which Dealt With A Variety Of Charter School Issues



**2019: Spartz Voted For HB 1641, Which Dealt With A Variety Of Charter School Issues.** Spartz voted for HB 1641, "Charter school matters. Increases the membership of the Indiana charter school board (board) from seven to nine. Authorizes the governor to appoint four members to the board, not more than two of whom may be members of the same political party. (Under current law, the governor appoints two members who may not be members of the same political party.) Provides that the affirmative votes of a majority of the members present are required for the board to take action as opposed to the affirmative votes of a majority of the voting members appointed to the board. Adds a representative from the Arc of Indiana to the list of members who must be included on the state advisory council on the education of children with disabilities. Allows a charter school to limit admissions to allow siblings of student alumni of a charter school or a charter school held by the same organizer to attend the same charter school. Provides that a student who attends a charter school co-located with the charter school may receive preference to admission to the charter school if the preference is specifically provided for in the charter school's charter and is approved by the charter school's authorizer. Adds educational service centers to a provision relating to employee wage payment arrangements. Provides that the governing body of a school corporation may allow, by written authorization, the use of a school bus or a special purpose bus for the transportation of adults at least 65 years of age or disabled adults. Reduces the time frame that a school corporation must make a vacant or unused school building available to a charter school. Provides that, if a school corporation does not comply with the requirements regarding a vacant or unused school building and charter schools, the school corporation must submit any proceeds from the sale of the vacant or unused school building to the state board of education (state board) to provide grants under the charter school and innovation grant program. Requires a school corporation to sell certain vacant school buildings to an accredited nonpublic school or postsecondary educational institution for an amount not more than the minimum bid for the school building or an amount agreed to by both parties." The bill passed the Senate by a vote of 32 – 16. [Indiana General Assembly, HB 1641, 4/16/19]

**Notably, The Bill Shortened The Window That Unused Buildings Could Be Held Back For Charter Schools Before It Could Be Sold**

**Notably, The Bill Shortened The Window That Unused Buildings Could Be Held Back For Charter Schools Before It Could Be Sold.** "The legislators also changed the laws governing the disposal of public school buildings and charter schools' access to them. House Enrolled Act 1641 shortens the window that unused buildings must be held back for charter schools before a district can sell. It also paves the way for Indianapolis Public Schools to sell Broad Ripple High School for redevelopment and a hefty price. That privilege comes with strings, though, that give Purdue Polytechnic High School the option to locate on the site." [IndyStar, 4/29/19]

## Spartz Voted Against Expanding Mental Health Services For Students

**Spartz Voted Against A Bill That Dealt With A Variety Issues Related To School Mental Health And Safety**

**2019: Spartz Voted Against A Bill That Dealt With A Variety Issues Related To School Mental Health And Safety.** Spartz voted against SB 266, "School mental health, safety, privacy, and other education matters. Adds additional purposes for which advances made under the school corporation and charter school safety advance program may be used. Amends the purposes of the Indiana safe schools fund. Makes changes to the membership of the county school safety commission. Establishes the integrated school based mental health and substance use disorder services grant program to provide grants to school corporations, charter schools, and accredited nonpublic schools for use in developing and implementing integrated school based mental health and substance use disorder services plans. Requires a law enforcement agency to send a written copy of the statutory definition of a 'dangerous' person, and written instructions concerning the reporting of a dangerous person, to each charter school, nonpublic school, and school corporation in the law enforcement agency's jurisdiction." The bill passed by a vote of 29 – 20. [Indiana General Assembly, SB 266, 2/26/19]

**The Bill Gave Schools A Funding To Expand Mental Health Services For Students**



**The Bill Gave Schools A Funding To Expand Mental Health Services For Students.** The two authored Senate Bill 266 which would give schools funding and a roadmap for expanding individualized mental health services for students. If signed into law, SB 266 would allow the state to award 'secured school grants' to schools seeking to partner with mental health professionals outside the school community or provide internal counseling services. Schools that receive the funding would be required to disclose available resources to parents. Additionally, a child seeking out a mental health service can only do so if they receive prior consent from a parent or guardian. This provision was added to SB 266 earlier this session after debate in the Senate Committee on Education and Career Development, which approved it 10-0. Thursday, the Senate Appropriations Committee also gave it a unanimous thumbs-up." [Greensburg Daily News, 2/16/19]

## Spartz Voted For A Bill That Aimed To Address Indiana's Teacher Pay Problem, But Did Not Provide Real Solutions

### Spartz Voted For A Bill That Aimed To Address Indiana's Teacher Pay Problem

**2019: Spartz Voted For A Bill That Aimed To Address Indiana's Teacher Pay Problem.** Spartz voted for HB 1003, "School corporation expenditure targets. Provides that a school must specify in its proposed budget the anticipated amount it will transfer from its education fund to its operations fund during the budget year and requires an acknowledgment at its budget hearing of whether it will transfer more than 15% from its education fund to its operations fund. Requires the Indiana education employment relations board to annually prepare, publish, and submit a report to the budget committee and the legislative council that covers various employment information for school employees. Provides that a school corporation shall make every reasonable effort to budget and spend for its education fund so that not more than 15% of the revenue deposited in its education fund is transferred to its operations fund." The bill passed the Senate by a vote of 34 – 12. [Indiana General Assembly, HB 1003, 4/11/19]

### However, Critics Said The Bill Failed To Provide Real Solutions To The Problem And Shamed Underfunded Schools

**Critics Said The Bill Failed To Provide Real Solutions To The Problem And Shamed Underfunded Schools.** "House Enrolled Act 1003 was designed by the House leadership to start addressing Indiana's teacher pay problem. It sets a goal for the percentage of money that schools spend on classroom expenses — the largest being teachers' salaries — but makes no mandates and provides no new money. Critics say the plan will shame underfunded schools, rather than provide a real solution and does nothing for teachers in the majority of school districts that are already meeting the expenditure targets it sets." [Indy Star, 4/29/19]

## Spartz Voted To Create A One-Year Teaching Residency Pilot Program

**2019: Spartz Voted To Create A One-Year Teaching Residency Pilot Program.** Spartz voted for HB 1009, "Teacher residency grant pilot program. Establishes the: (1) teacher residency grant pilot program (pilot program); and (2) teacher residency grant pilot program fund. Requires the commission for higher education (commission) to administer the pilot program. Provides that the commission may award grants to school corporations and charter schools that: (1) apply to participate in the pilot program; (2) partner with one approved postsecondary educational institution to establish and implement a teacher residency program (program); (3) submit a teacher residency plan that establishes a program that meets certain requirements; and (4) provide other information required by the commission. Provides that a school corporation or charter school that is awarded a grant under the pilot program: (1) shall provide stipends to program participants and teachers who act as mentors to program participants; and (2) may use money from the grant award to pay the approved postsecondary educational institution with which the school corporation or charter school has partnered for administrative costs incurred by the approved postsecondary educational institution in developing and implementing the program. Requires the commission to submit a report regarding the pilot program and the retention and performance of program participants." The bill passed the Senate by a vote of 37 – 11. [Indiana General Assembly, HB 1009, 3/19/19]



## Spartz Voted To Require High School Students To Take A Civics Test

**2019: Spartz Voted To Require High School Students To Take A Civics Test.** Spartz voted for SB 132, "Civics. Provides that as part of the United States government credit awarded for the general, Core 40, Core 40 with academic honors, and Core 40 with technical honors designation, each high school shall administer the naturalization examination provided by the United States Citizenship and Immigration Services. Requires an enhanced study of the Holocaust in each high school United States history course." The bill passed the Senate by a vote of 31 – 17. [Indiana General Assembly, SB 132, 1/24/19]

## Spartz Voted To Allow Elective Credits For Religious Studies

**2019: Spartz Voted To Allow Elective Credits For Religious Studies.** Spartz voted for SB 373, "Academic credits for religious instruction. Provides that a public secondary school student may receive not more than two elective academic credits for released time religious instruction classes if certain conditions are met." The bill passed the Senate by a vote of 40 – 8. [Indiana General Assembly, SB 373, 2/26/19]

## Spartz Voted To Expand Pre-K Funding, But The Bill Did Not Add New Funding

### Spartz Voted In Favor Of The Prekindergarten Pilot Program

**2019: Spartz Voted In Favor Of The Prekindergarten Pilot Program.** Spartz voted for HB 1628, "Prekindergarten pilot program. Provides that, after June 30, 2019, in addition to the counties currently participating in the prekindergarten pilot program (program), the program includes eligible providers in any county in Indiana. Amends the definition of an 'eligible child'. Adds definitions of: (1) 'extended enrollment period'; (2) 'priority enrollment period'; and (3) 'limited eligibility child'. Provides that up to 20% of the grants provided may be used to provide grants to limited eligibility children. Provides that, during the priority enrollment period, the office of the secretary of family and social services (office) shall provide grants to eligible children in the program on a first-come, first-served basis. Provides that, during the extended enrollment period, the office shall provide grants to eligible children and limited eligibility children in the program on a first-come, first-served basis to the extent of available funding. Requires the office to post monthly on the office's Internet web site the total enrollment of and number of grants awarded to: (1) all eligible children (before January 1, 2020); and (2) all eligible children and all limited eligibility children (after December 31, 2019); for each county that participates in the program. Provides that a limited eligibility child may qualify for the grant if the child resides with a parent or guardian who receives Social Security Disability Insurance or Supplemental Security Income benefits. Provides that the office may use money in the prekindergarten pilot program fund that is allocated for expansion plans to meet any state match amounts required for certain federal grants. Requires the office to include certain information in the office's annual report regarding the prekindergarten pilot program. Repeals a provision relating to income eligibility requirements to participate in the program." The bill passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1628, 4/16/19]

### The Bill Expanded State-Funded Preschool Program But Did Not Add New Money

**The Bill Expanded State-Funded Preschool Program But Did Not Add New Money.** "The Indiana Senate voted 43-6 Tuesday to expand a state-funded preschool program to all 92 counties - but without new dollars. The current pilot preschool program covers just 20 counties, including Allen. It has annual funding of about $22 million, and Republicans want to continue at that amount. But House Bill 1628 would allow low- to middle-income students in all counties to apply to eligible providers. The state Family and Social Services Administration has $15 million in unspent dollars that it can add to the program." [Fort Wayne Journal Gazette, 4/17/19]

# Election Law & Campaign Finance Issues



### Spartz Voted For Establishing Redistricting Standards

**2019: Spartz Voted For Establishing Redistricting Standards.** Spartz voted for SB 105, "Redistricting standards. Establishes redistricting standards for congressional and state legislative districts. Provides that the initial proposed plans for congressional and state legislative districts must comply with the redistricting standards. Allows the general assembly, during the process by which the initial proposed plans become effective by being enacted as a law, to consider and adopt modifications to the initial proposed plans that deviate from the redistricting standards as long as the reason or reasons for each deviation are publicly explained and documented." The bill passed the Senate by a vote of 26 – 23. [Indiana General Assembly, SB 105, 2/21/19]

### Spartz Voted To Restrict Absentee Voting Rights

**2019: Spartz Voted To Restrict Absentee Voting Rights By Increasing The Amount Of Days A Ballot Must Be Received Before An Election.** Spartz voted for HB 1311, "Absentee ballots. Requires certain applications for an absentee ballot to be received not later than 11:59 p.m. 12 days before the date of an election. (Under current law, these applications must be received not later than 11:59 p.m. eight days before an election.) Allows certain applications for an absentee ballot to be transmitted by electronic mail. Provides that, for every election held after December 31, 2019, an application for an absentee ballot is an adequate application for an absentee ballot if it is received not earlier than December 1 of the year before any election. (Under current law, this provision applies only to primary elections.)" The bill passed the Senate by a vote of 37 – 9. [Indiana General Assembly, HB 1311, 3/25/19]

## Gun Issues

### Spartz Voted For A Bill That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School

**2019: Spartz Voted For A Bill That Required School Employees To Complete Various Trainings Before They Were Allowed To Carry A Firearm In A School.** Spartz voted for HB 1253, "Specialized weapons and other training. Provides that, before an employee or any other staff member of a school corporation, charter school, or nonpublic school may carry a firearm in or on school property as authorized by a school board of the school corporation, charter school, or nonpublic school, the employee or staff member shall do the following: (1) Successfully complete certain specialized weapons training. (2) Provide proof to the school board that the employee or other staff member has successfully completed the specialized weapons training. (3) Complete the Minnesota multiphasic personality inventory 2 (MMPI-II) and provide proof of completion to the school corporation, charter school, or nonpublic school. Requires an employee or any other staff member of a school corporation, charter school, or nonpublic school to successfully complete eight hours of weapons training each year that the employee or staff member intends to carry a firearm in or on school property. Provides that a school corporation, charter school, or accredited nonpublic school may use grant money received from the Indiana safe schools fund to pay for part or all of specialized weapons training for employees of the school corporation, charter school, or accredited nonpublic school who are required to successfully complete or who request to attend the specialized weapons training. Establishes requirements for specialized weapons training." The bill passed the Senate by a vote of 32 – 14. [Indiana General Assembly, HB 1253, 4/16/19]

### Spartz Voted For A Bill That Prohibited A Person Deemed Dangerous By A Court From Purchasing Or Handling A Firearm

**2019: Spartz Voted For A Bill That Prohibited A Person Deemed Dangerous By A Court From Purchasing Or Handling A Firearm.** Spartz voted for HB 1651, "Judicial evaluation of dangerous individuals and firearms. Provides that a judicial finding of dangerousness may be used to initiate temporary commitment proceedings. Provides that a dangerous person is not a proper person for the purpose of: (1) applying for; or (2) receiving; a



license to carry a handgun. Provides that a dangerous person who knowingly or intentionally: (1) rents; (2) purchases; (3) receives transfer of; (4) owns; or (5) possesses; a firearm commits dangerous possession of a firearm, a Class A misdemeanor. Provides that a person who knowingly or intentionally: (1) rents; (2) transfers; (3) sells; or (4) offers for sale; a firearm to a person that a court has found to be dangerous or prohibited from owning or possessing a firearm commits dangerous transfer of a firearm, a Level 5 felony." The bill passed the Senate by a vote of 36 – 10. [Indiana General Assembly, HB 1651, 4/16/19]

### Spartz Voted For A Bill That Eliminated A Short Term Permit Fee And Allowed People To Carry Firearms In Churches

**2019: Spartz Voted For A Bill That Eliminated A Short Term Permit Fee And Allowed People To Carry Firearms In Churches.** Spartz voted for HB 1284, "Self-defense, defense of others, and firearms matters. Designates the following as voter registration offices: (1) Each office affiliated with the Indiana state police. (2) Each office affiliated with the sheriff of a county. (3) Each office affiliated with a municipal law enforcement agency. Provides immunity for a justified use of force in certain instances. Requires a court to award, in certain instances, reasonable attorney's fees and costs to a defendant when the justified use of force immunity is successfully raised. Permits a person who may legally possess a firearm to possess a firearm on school property if the person possesses the firearm: (1) as an employee or volunteer of a house of worship located on the school property; or (2) while attending a worship service or religious ceremony conducted at a house of worship. Increases the duration of a four year handgun license to five years. Provides that an individual may simultaneously hold both a five year license and a lifetime license. Requires a law enforcement officer to whom an application for a handgun license is made to consult available local, state, and federal criminal history data banks, including the National Instant Criminal Background Check System (NICS), when determining whether possession of a firearm by an applicant would be a violation of state or federal law. Modifies the fees for five year licenses beginning July 1, 2020. Makes conforming amendments." The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, HB 1284, 4/8/19]

## Health Care Issues

### Spartz Voted Against Allowing Medicaid Reimbursements For Schools

**2019: Spartz Voted Against Allowing Medicaid Reimbursements For Schools.** Spartz voted against SB 437, "School based services and Medicaid. Provides that the office of the secretary of family and social services may apply for: (1) a Medicaid state plan amendment to provide Medicaid reimbursement for health care services and school based services to specified individuals provided by a school based health center; and (2) supplemental Medicaid reimbursement payments to qualified school based health centers under the fee for service Medicaid program. Provides that state expenditures and local school expenditures for funding for Medicaid covered school based services and other health care services provided to a Medicaid recipient by a school based health center may be made only if: (1) the state plan amendment is approved; and (2) intergovernmental transfer funding for the nonfederal share of supplemental Medicaid payments for Medicaid fee for services program is continuously made." The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, SB 437, 2/26/19]

### Spartz Voted For Certain Coverage And Disclosures That Must Be Provided With Short Term Insurance Plans

**2019: Spartz Voted For The Conference Committee Report For Certain Coverage And Disclosures That Must Be Provided With Short Term Insurance Plans.** Spartz voted for the Conference Committee Report for HB 1631, "Short term insurance plans. Specifies certain coverage and disclosures that must be provided with respect to a short term insurance plan, including renewal, without underwriting, for the greater of 36 months or the maximum period permitted under federal law, a term of not more than 364 days, and an annual limit of at least $2,000,000. Specifies requirements for preferred provider organizations used with short term insurance plans.



Makes conforming amendments." The report passed the Senate by a vote of 26 – 23. [Indiana General Assembly, HB 1631, 4/24/19]

### Spartz Voted Against Allowing A Minor At Least 16 Years Old To Give Consent To Pregnancy Related Health Care Matters

**2019: Spartz Voted Against A Minor At Least 16 Years Old To Give Consent To Pregnancy Related Health Care Matters.** Spartz voted against SB 352, "Consent to pregnancy services of a minor. Allows a minor who is at least 16 years of age and: (1) pregnant; (2) in labor; or (3) postpartum; to consent to health care concerning the pregnancy, delivery, and pospartum care. Makes technical corrections." The bill failed due to a lack of a constitutional majority, by a vote of 24 – 25. [Indiana General Assembly, SB 352, 1/29/19]

#### Notably, Spartz Was The Deciding Vote Against The Bill

**Spartz Was The Deciding Vote On SB 352.** The bill failed due to lack of constitutional majority; Yays 24 to Nays 25, with 1 Senator being excused. [Indiana General Assembly 2019, Roll Call 47]

## Infrastructure & Transportation Issues

### Spartz Was One Of A Few Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects

**2019: Spartz Was One Of 2 Senators Who Voted Against Raising The Ceiling For County Airport And Drainage Projects.** Spartz voted against HB 1019, "Public construction. Increases, from $100,000 to $150,000, the ceiling under which a board of aviation commissioners or an airport authority board may perform certain public construction projects with its own workforce. Increases, from $75,000 to $150,000 the ceiling under which a county drainage board may obtain quotes rather than advertise for bids for certain projects under the drainage law." The bill passed the Senate by a vote of 43 – 2. [Indiana General Assembly, HB 1019, 3/18/19]

## Labor & Working Families

### Spartz Voted Against Increasing Workers' Compensation Benefits

**2019: Spartz Voted Against Increasing Workers' Compensation Benefits.** Spartz voted against SB 358, "Worker's compensation. Increases benefits for injuries and disablements by 2% each year for three years, beginning on July 1, 2019." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, SB 358, 2/26/19]

### Spartz Voted To Require The Department Of Insurance To Develop A Voluntary Family Leave Program

**2019: Spartz Voted To Require The Department Of Insurance To Develop A Voluntary Family Leave Program.** Spartz voted for SB 496, "Voluntary family leave insurance program. Requires the department of insurance (department) to develop a proposal for a voluntary family leave program. Provides for certain provisions when developing the proposed program. Provides that the department shall study and make fiscal estimates about the costs of offering an employer tax deduction of 200% to small businesses who choose to pay all or part of the contribution. Requires the department to submit the proposed program to the budget committee, including projected costs of the program, for review." The bill passed by a vote of 30 – 19. [Indiana General Assembly, SB 496, 2/18/19]



# Property Rights & Land Issues

## Spartz Voted Against Allowing Redevelopment Commissions To Use Proceeds From TIF Areas To Fix Public Ways

**2019: Spartz Voted Against Allowing Redevelopment Commissions To Use Proceeds From TIF Areas To Fix Public Ways.** Spartz voted against SB 83, "Tax increment financing. Allows a redevelopment commission (including the Indianapolis metropolitan development commission) to the use up to 15% of the property tax proceeds allocated to a redevelopment district in a fiscal year for ongoing maintenance and repair of: (1) public ways; and (2) sewers, central water systems, central sewer systems, roads, sidewalks, and levees; that are located in an allocation area and that were funded in whole or in part with tax proceeds allocated to the redevelopment district." The bill passed the Senate by a vote of 35 – 13. [Indiana General Assembly, SB 83, 1/28/20]

## Spartz Was One Of A Few Senators Who Voted Against Allowing County Assessors To Request A State Conducted Assessment Of Commercial Buildings Or Structures

**2019: Spartz Was One Of 7 Senators Who Voted Against Allowing County Assessors To Request A State Conducted Assessment Of Commercial Buildings Or Structures.** Spartz voted against SB 623, "Property tax matters. Provides that a county assessor or township assessor (if any) may request the department of local government finance (department) to perform a state conducted assessment of a particular commercial building or structure used for retail purposes. Specifies the procedures for the state conducted assessment. Provides that the true tax value of commercial real property used for retail purposes that is occupied by the original owner or by a tenant for which the improvement was built shall be determined by the cost approach for the first 10 years of occupancy of the property, less normal depreciation and normal obsolescence under the rules and guidelines of the department of local government finance. Provides that a county fiscal body may adopt an ordinance to provide that the county assessor be reimbursed for legal costs (in addition to other specified costs under current law) incurred by the county assessor in defending an appeal that is uncommon and infrequent in the normal course of defending appeals." The bill passed the Senate by a vote of 42 – 7. [Indiana General Assembly, SB 623, 2/26/19]

## Spartz Was One Of A Few Senators Who Voted Against New Requirements For People Reconstructing Earthen Berms Or Levees Located In A Floodway

**2019: Spartz Was One Of 4 Senators Who Voted Against New Requirements For People Reconstructing Earthen Berms Or Levees Located In A Floodway.** Spartz voted against HB 1279, "Natural resources matters. Provides that a person may reconstruct an earthen berm or levee located in a floodway: (1) if the person obtains a permit from the department of natural resources (DNR); or (2) if the earthen berm or levee is located in a rural area, if it was constructed before January 1, 1973, or after December 31, 1972, pursuant to a construction permit issued by the DNR, and if the plans and specifications for the reconstruction demonstrate to the satisfaction of the DNR that the reconstruction will meet certain requirements. Makes the violation of certain prohibitions or requirements concerning the reconstruction of an earthen berm or levee a Class B infraction. Establishes new requirements concerning freeholders' signatures on a petition to establish a conservancy district, providing: (1) that for a proposed district of not more than 5,000 freeholds, 30% of the freeholders must sign the petition; that for a proposed district of more than 5,000 but not more than 25,000 freeholds, 15%, but not less than 1,000, of the freeholders must sign the petition; and that for a proposed district of more than 25,000 freeholds, 10%, but not less than 3,000, of the freeholders must sign the petition; and (2) that the freeholders signing a petition to establish a conservancy district must own at least 51% of the assessed valuation of the real property located within the boundaries of the proposed conservancy district. Provides that these new requirements do not apply to the establishment of a conservancy district pursuant to a petition filed with a clerk of the circuit court before January 1, 2020." The bill passed the Senate by a vote of 44 – 4. [Indiana General Assembly, HB 1279, 4/11/19]



**However, Spartz Later Voted For The Bill's Conference Committee Report.** The Conference Committee Report passed the Senate by a vote of 43 – 6. [Indiana General Assembly, HB 1279, 4/24/19]

## Spartz Voted For A Conference Committee Report For Business Personal Property Tax Exemption

**2019: Spartz Voted For A Conference Committee Report For Business Personal Property Tax Exemption.** Spartz voted for the Conference Committee Report of SB 233, "Business personal property tax exemption. Provides that not later than 30 days prior to the filing date, the appropriate assessor shall provide notification to each person whose personal property is subject to assessment. Increases, from $20,000 to $40,000, the acquisition cost threshold for the business personal property tax exemption. Specifies that a taxpayer who is eligible for a personal property tax exemption must include on the taxpayer's personal property tax return: (1) information concerning whether the taxpayer's business personal property within the county is in one location or multiple locations; and (2) an address for the location of the property. Provides that the appropriate county officer designated by the county executive (rather than the assessor, under current law) is responsible for: (1) maintaining data files of the geographic information system characteristics of each parcel in the county as of each assessment date; and (2) submitting those files to the geographic information office of the office of technology. Repeals provisions in current law that allow a county council to impose a local service fee on each person that has exempt business personal property because the business personal property does not exceed the acquisition threshold. Removes outdated provisions." The report passed the Senate by a vote of 39 – 9. [Indiana General Assembly, SB 233, 4/23/19]

## Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing

**2019: Spartz Voted Against Permitting Redevelopment Commissions To Establish A Tax Increment Financing Program For Residential Housing.** Spartz voted against SB 566, "Residential tax increment financing. Permits a redevelopment commission to establish a program for residential housing development and a tax increment funding allocation area for the program if the average of new, residential houses constructed in the county or municipality in the preceding three years is less than 1% of the total number of residential houses in the county or municipality. Requires the department of local government finance, in cooperation with appropriate county and municipal agencies, to determine eligibility for the program. Provides that a program may not take effect until the governing body of each school corporation affected by the program passes a resolution approving the program. Defines "residential housing" as housing or workforce housing that consists of single family dwelling units sufficient to secure quality housing in reasonable proximity to employment." The bill passed the Senate by a vote of 32 – 17. [Indiana General Assembly, SB 566, 2/26/19]

## Spartz Voted Against Regulations On Homeowners Associations Regarding Solar Energy

**2019: Spartz Voted Against Regulations On Homeowners Associations Regarding Solar Energy.** Spartz voted against HB 1331, "Homeowners associations. Provides that, subject to certain specified exceptions, a homeowners association may not: (1) prohibit the owner of a dwelling unit from installing a solar energy system; (2) impose unreasonable limitations on the owner's ability to install or use a solar energy system; or (3) require the removal of a solar energy system that has been installed. Provides, however, that a homeowners association may require: (1) compliance with screening requirements imposed by the homeowners association; and (2) preapproval of the location of a solar energy system and of the manner in which the solar energy system is installed. Applies only to rules, covenants, declarations of restrictions, and other governing documents adopted or amended by a homeowners association after June 30, 2019. Provides that if a party to a dispute involving a homeowners association requests mediation, mediation is mandatory. Provides that if neither party requests mediation, or if mediation is unsuccessful, a claimant may begin legal proceedings. Requires a mediation to be conducted in compliance with the Indiana supreme court rules for alternative dispute resolution. Makes corresponding amendments to the provisions regarding grievance resolutions involving condominium associations." The bill passed the Senate by a vote of 31 – 14. [Indiana General Assembly, HB 1331, 4/16/19]


## Seniors' Issues

### Spartz Was One Of A Few Senators Who Voted Against Requiring Insurers To Make A Medicare Supplement Policy Available To Those Based On Disability

**2019: Spartz Was One Of 8 Senators Who Voted Against Requiring Insurers To Make A Medicare Supplement Policy Available To Those Based On Disability.** Spartz voted against SB 392, "Medicare supplement and Medicaid study. Requires an insurer that makes a Medicare supplement policy available to an individual eligible for Medicare based on age to make at least one 'Plan A' Medicare supplement policy available to an individual eligible for Medicare based on disability. Specifies enrollment and insurance producer compensation requirements that apply to the 'Plan A' policy. Requires the Medicaid advisory committee to study and make recommendations before November 1, 2019, concerning Medicaid reimbursement and school based health centers." The bill passed the Senate by a vote of 41 – 8. [Indiana General Assembly, SB 392, 2/26/19]

> **However, Spartz Later Voted For The Conference Committee Report Of This Bill.** The report passed the Senate by a vote of 48 – 1. [Indiana General Assembly, SB 392, 4/24/19]

# Appendix IX – Votes – 2018 Session

## Abortion & Women's Health Issues

### Spartz Voted For A Bill That Regulated Abortion Clinics, Licenses, And Drugs

**2018: Spartz Voted For A Bill That Regulated Abortion Clinics, Licenses, And Drugs.** Spartz voted for SB 340, "Regulation of abortion and newborn safety devices. Makes various changes to the abortion law concerning abortion clinic license applications, abortion clinic inspections, abortion inducing drugs, abortion complications, the provision of information to a woman seeking an abortion, and the collection of data by the state department of health. Specifies under the safe haven law that it is a defense to a claim of neglect of a dependent if the individual left the child in a newborn safety device that is located at a fire department, including a volunteer fire department, that meets specified requirements. Provides civil immunity for a fire department that operates a newborn safety device for an act or omission relating to the device: (1) if the device meets specified requirements; and (2) unless the act or omission constitutes gross negligence or willful or wanton misconduct. Makes a technical correction." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, SB 340, 1/30/18]

#### The Bill Required Health Care Providers To Report Any Abortion Complications

**The Bill Required Health Care Providers To Report Any Abortion Complications.** "Healthcare providers are now required to report any complications arising from an abortion to the state department of health, under Senate Enrolled Act 340. Holcomb signed the measure into law on March 25." [IndyStar, 3/29/18]

### Spartz Voted To Increase Regulations On Fertility Clinics

**2018: Spartz Voted To Increase Regulations On Fertility Clinics.** Spartz voted for HB 1203, "Qualified egg banks. Amends, for purposes of the law regarding unlawful transfer of a human organism, the definition of 'qualified third party' and changes the term to 'qualified egg bank'. Specifies qualifications for a physician overseeing medical services related to ovum cryopreservation. Specifies requirements that must be met by a fertility clinic or similar medical facility in order to be considered a qualified egg bank. Exempts from the criminal offense of unlawful transfer of a human organism the payment to or receipt by a qualified egg bank of an amount for: (1) the retrieval of a human ovum; (2) the cryopreservation of a human ovum; (3) the transportation of a human ovum; or (4) other aspects of specified treatments or procedures to enhance human reproductive capability." The bill passed the Senate by a vote of 31 – 18. [Indiana General Assembly, HB 1203, 3/6/18]



### Spartz Voted To Classify The Killing Of A Fetus—Excluding Lawfully Performed Abortions—To Be A Crime

**Spartz Voted To Classify The Killing Of A Fetus—Excluding Lawfully Performed Abortions—To Be A Crime.** Spartz voted for SB 2013, "Crimes resulting in the loss of a fetus. Provides that the crimes of: (1) murder; (2) voluntary manslaughter; (3) involuntary manslaughter; and (4) feticide; may be committed against a fetus in any stage of development. Specifies that the offenses do not apply to a: (1) lawfully performed abortion; or (2) pregnant woman with respect to a fetus carried by the woman. Provides, with certain exceptions, that a person who commits a felony that causes the termination of a pregnancy may receive an additional sentence of six to 20 years." The bill passed by a vote of 42 – 6. [Indiana General Assembly, 2/1/18]

#### The Bill Allowed The Charges Of Murder And Manslaughter To Be Filed In The Death Of A Fetus

**The Bill Allowed The Charges Of Murder And Manslaughter To Be Filed In The Death Of A Fetus.** "Gov. Eric Holcomb signed a bill into law Sunday that allows charges of murder and manslaughter to be filed when a crime results in the death of a fetus. The measure does not apply to legally performed abortions or women who seek them. It provides, with certain exceptions, that a person who commits a felony that causes the death of a fetus may receive an additional sentence of six to 20 years. Sen. Aaron Freeman, R-Indianapolis, said he proposed SB 203 after hearing from a woman in his district whose pregnant daughter was killed in a homicide. The bill would allow prosecutors to consider murder, involuntary manslaughter, voluntary manslaughter and feticide charges involving 'a fetus in any stage of development.'" [IndyStar, 3/25/18]

#### Anti-Abortion Groups Praised The Law

**Anti-Abortion Groups Praised The Law.** "The bill does not apply to lawful abortions or to the pregnant woman carrying the fetus. Anti-abortion groups see the measure as a win, because it places value on the life of a fetus, regardless of gestational age." [IndyStar, 3/29/18]

## Consumer Issues & Regulations

### Spartz Voted To Authorize Sunday Alcohol Sales

**2018: Spartz Voted To Authorize Sunday Alcohol Sales.** Spartz voted for SB1, "Sunday carryout sales. Allows the following to sell alcoholic beverages for carryout on Sunday from noon until 8 p.m.: (1) A package liquor store, grocery store, convenience store, or drug store. (2) A restaurant that satisfies the requirements to sell carryout. (The introduced version of this bill was prepared by the alcohol code revision commission.)" The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 1, 1/22/18]

### Spartz Voted For A Conference Committee Report To Eliminate Consumer And Settlement Fees

**2018: Spartz Voted For A Conference Committee Report To Eliminate Consumer And Settlement Fees.** Spartz voted for the Conference Committee Report for SB 188, "Elimination of the consumer fees and settlements fund. Retroactively amends provisions concerning the transfers from the securities rating settlement fund to the consumer fees and settlements fund effective July 1, 2017, to instead make the transfers to the agency settlement fund. Requires the auditor of state to transfer money from the consumer fees and settlements fund to the agency settlement fund. Provides that the funds appropriated to the attorney general from the consumer fees and settlements fund for the state fiscal year beginning July 1, 2017, and the state fiscal year beginning July 1, 2018, shall instead be appropriated from the agency settlement fund. Provides that after the transfers from the consumer fees and settlements fund to the agency settlement fund are completed the auditor of state shall close the consumer fees and settlements fund. Provides that the appropriation in current law for liability insurance premiums and



expenses incurred by the attorney general for the employment of outside counsel in defending claims against the state is subject to approval by the budget director. Requires the attorney general to report to the legislative council, before July 1, 2018, on whether the attorney general intends to pursue or join in a civil action against opioid manufacturers to recoup costs to the state associated with the opioid public health crisis and epidemic." The report passed the Senate by a vote of 34 – 13. [Indiana General Assembly, SB 188, 3/14/18]

# Crime & Public Safety Issues

## Spartz Voted To Declassify CBD Oil As A Controlled Substance In Indiana

### Spartz Voted For A Bill That Declassified CBD Oil As A Controlled Substance In Indiana

**2018: Spartz Voted For A Bill That Declassified CBD Oil As A Controlled Substance In Indiana.** Spartz voted for HB 1214, "Low THC hemp extract. Repeals all provisions concerning the cannabidiol registry and a 'substance containing cannabidiol' (all added by HEA 1148-2017). Defines 'low THC hemp extract' as an industrial hemp product derived from Cannabis sativa L. that contains not more than 0.3% delta-9-THC (including precursors) and no other controlled substances. Establishes requirements for the manufacture, labeling, and sale of low THC hemp extract. Provides that the Indiana department of state revenue may revoke a registered retail merchant's certificate if the retailer sells a product falsely labeled as low THC hemp extract. Provides that a retailer commits dealing in marijuana as a Level 5 felony if: (1) the retailer sells marijuana; (2) the marijuana is packaged in a manner that appears to be low THC extract; and (3) the retailer knows or reasonably know that the product is marijuana. Makes possession of marijuana a Class A misdemeanor if: (1) the marijuana is packaged in a manner that appears to be low THC hemp extract; and (2) the person knows or reasonably should know that the product is marijuana.' The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, HB 1214, 3/6/18]

### The Bill Made It Legal For Hoosiers To Carry And Possess CBD Oil

**The Bill Made It Legal For Hoosiers To Carry And Possess CBD Oil.** "Both the Indiana House of Representatives and the State Senate have passed bills that could make it legal for Hoosiers to possess and use cannabidiol (CBD) oil. Cannabidiol is a chemical in the Cannabis sativa plant, also known as marijuana. CBD has antipsychotic effects, seems to reduce pain and anxiety and is categorized at "possibly safe" by the U.S. National Library of Medicine. […] State Rep. Tom Saunders (R-Lewisville) voted for House Bill 1214, which clarifies that CBD oil is not a controlled substance and is legal in Indiana. 'Hemp oil is nothing you can get a high off of,' Saunders said. HB 1214 defines CBD oil as a product that contains no more than 0.3 percent total THC by weight and at least five percent cannabidiol by weight. The bill also gets rid of the CBD registry that patients had to go one before they could use the product." [Courier-Times, 2/7/18]

# Education Issues

## Spartz Voted For A Bill That Required Parental Consent For Instruction On Human Sexuality In Schools

**2018: Spartz Voted For A Bill That Required Parental Consent For Instruction On Human Sexuality In Schools.** Spartz voted for SB 65, "Instruction on human sexuality. Requires each school corporation to make available for inspection to a parent of a student instructional material used in connection with instruction on human sexuality. Provides that, before a school may provide a student with instruction on human sexuality, the school must provide the parent of the student or the student, if the student is an adult or an emancipated minor, with a written request for consent of instruction. Provides that a consent form provided to a parent of a student or a student must accurately summarize the contents and nature of the instruction on human sexuality that will be provided to the student and indicate that a parent of a student or an adult or emancipated minor student has the right to review



and inspect all materials related to the instruction on human sexuality." The bill passed the Senate by a vote of 37 – 12. [Indiana General Assembly, SB 65, 1/30/18]

### The Bill Essentially Allowed Parents To Opt Their Children Out Of Sexual Health Education

**The Bill Essentially Allowed Parents To Opt Their Children Out Of Sexual Health Education.** "Parents will have two opportunities to opt their children out of sexual education in school. Senate Enrolled Act 65 mandates schools to send a notice home to parents, allowing them to opt out. It also requires schools to give a summary of the content and nature of the instruction. Sen. Dennis Kruse, R-Auburn, wanted to see an opt-in provision, but settled for a compromise version of his bill, which the governor signed." [IndyStar, 3/29/18]

### Spartz Voted To Provide Resident Tuition Rates For Those Serving On The USS Indiana

**2018: Spartz Voted To Provide Resident Tuition Rates For Those Serving On The USS Indiana.** Spartz voted for HB 1242, "Resident tuition for serving on the USS Indiana. Provides that, after June 30, 2019, certain persons who serve or served on the USS Indiana (SSN-789) are eligible for the resident tuition rate determined by the state educational institution." The bill passed by a vote of 35 – 14. [Indiana General Assembly, HB 1242, 3/6/18]

### Spartz Voted To Require Schools To Teach Cursive Writing

**2018: Spartz Voted To Require Schools To Teach Cursive Writing.** Spartz voted for SB 8, "School curriculum. Requires each school corporation, charter school, and accredited nonpublic elementary school to include cursive writing in its curriculum." The bill passed the Senate by a vote of 38 – 11. [Indiana General Assembly, 1/22/18]

### Spartz Voted For A Bill That Laid Out Harsh Punishments For Schools That Fell Into Financial Distress

**Spartz Voted For A Bill That Aimed To Prevent Schools From Falling Into Financial Distress.** Spartz voted for HB 1315, "School corporation financial management. Allows the distressed unit appeal board (DUAB) to delegate board authority, duties, and responsibilities to the executive director by resolution of the board. Allows the DUAB to adopt rules. Requires the attorney general to represent a member of the fiscal management board, an emergency manager, a chief financial officer, or a chief academic officer if the individual requests the representation. Specifies restrictions on school corporations that are designated distressed." The bill passed the Senate by a vote of 35 – 14. [Indiana General Assembly, HB 1315, 3/6/18]

### The Bill Placed Harsh Punishment On Schools That Fell Into Financial Distress

**The Bill Placed Harsh Punishment On Schools That Fell Into Financial Distress.** "One of the most talked about education bills this year was a wide-ranging one that sponsors said was aimed at preventing school systems from falling into financial distress. House Bill 1315 also laid out harsh punishments for those that do, though, stripping control and authority from elected school boards. It also would have allowed Ball State University to take over control of the financially-troubled Muncie Community Schools. Different versions passed the House and Senate, but it remained controversial. Lawmakers attempted to push the bill through in the waning minutes of the legislative session, but didn't make it. The bill died without final votes." [IndyStar, 3/29/18]

## Election Law & Campaign Finance Issues

### Spartz Voted For A Bill That Established Redistricting Standards

**2018: Spartz Voted For A Bill That Established Redistricting Standards.** Spartz voted for SB 326, "Redistricting standards. Establishes redistricting standards for congressional and state legislative districts. Provides



that the initial proposed plans for congressional and state legislative districts must comply with the redistricting standards. Allows the general assembly, during the process by which the initial proposed plans become effective by being enacted as a law, to consider and adopt modifications to the initial proposed plans that deviate from the redistricting standards as long as the reason or reasons for each deviation are publicly explained and documented." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, SB 326, 2/5/18]

## Spartz Voted For A Bill That Made It Easier For Third Party Candidates To Get On The Ballot

**2018: Spartz Voted For A Bill That Made It Easier For Third Party Candidates To Get On The Ballot.** Spartz voted for SB 328, "Ballot access. Reduces the minimum number of votes cast at an election required for certain purposes from 2% of the votes cast in the last election for secretary of state to: (1) 0.5% of the votes cast at the last election for secretary of state; or (2) 0.5% of the total votes cast for any statewide state office or statewide federal office at either of the previous two elections. Repeals the definition of 'major political party' and uses instead the designation of a political party eligible to hold a nominating convention. Allows a political party to qualify to nominate candidates by convention, if the political party obtains at least 4,500 signatures of voters of the state, including at least 500 signatures of voters from each congressional district, on a petition of nomination. Makes conforming amendments." The bill failed to pass the Senate by a vote of 17 – 31. [Indiana General Assembly, SB 328, 2/5/18]

## Spartz Voted To Permit Voters Who Are Allowed To Vote In Person To Vote Absentee

**2018: Spartz Voted To Permit Voters Who Are Allowed To Vote In Person To Vote Absentee.** Spartz voted for SB 250, "Absentee voting. Permits a voter who is qualified to vote in person to vote by absentee ballot. Removes all other qualifications for a voter to vote by absentee ballot except for a voter with disabilities who is unable to make a voting mark on the ballot or sign the absentee ballot secrecy envelope. (Such a disabled voter is currently required to vote before an absentee voter board.)" The bill passed the Senate by a vote of 39 – 10. [Indiana General Assembly, SB 250, 1/22/18]

# Governance Issues

## Spartz Was One Of A Few Senators Who Voted Against The Conference Committee Report Allowing A Government Agency To Require Verification Of An Professional Or Occupational License

**2019: Spartz Was One Of A Few Senators Who Voted Against The Conference Committee Report Allowing A Government Agency To Require Verification Of An Professional Or Occupational License.** Spartz voted against the report for SB 419, "Professional and occupational licenses. Provides that an agency or political subdivision may require verification of an individual's eligibility for a professional or occupational license, by requiring the individual to verify under penalty of perjury that the individual is: (1) authorized by the federal government to work in the United States; and (2) executing the verification only for the purpose of applying for a professional or occupational license issued by the state agency or political subdivision. Provides that an individual who is authorized by the federal government to work in the United States is eligible for a professional or occupational license issued by a state agency or political subdivision if the individual meets all the requirements, other than the requirement under 8 USC 1621(a), to obtain or renew the professional or occupational license. Provides that a unit does not have the power to license, register, or certify a person to practice the person's profession or occupation within the unit if the occupation or profession is subject to licensure, registration, or certification under the Indiana Code. Provides that this prohibition does not apply to: (1) registration for particular projects for the alteration, construction, demolition, or repair of a building or other work on real property required under an ordinance or rule adopted under local government law; (2) the ability to revoke, suspend, or impose additional conditions on a permit or registration previously given if the person holding the permit or registered has performed substandard work or has otherwise violated any condition of the permit or registration; or (3) when the unit determines the establishment and enforcement of health and safety standards for the occupation or profession is


appropriate and necessary to protect the public." The report passed the Senate by a vote of 39 – 8. [Indiana General Assembly, SB 419, 3/14/18]

## Health Care Issues

### Spartz Voted To Provide Residents With Information About The Flu And Flu Vaccinations

**2018: Spartz Voted To Provide Residents With Information About The Flu And Flu Vaccinations.** Spartz voted for HB 1058, "Influenza information to residents. Requires an operator of a housing with services establishment to provide to residents certain information concerning influenza and influenza vaccinations. Specifies that an operator is deemed to be in compliance with the requirement if the operator provides a resident the latest vaccination information statement concerning influenza issued by the Centers for Disease Control and Prevention." The bill passed the Senate by a vote of 34 – 14. [Indiana General Assembly, HB 1058, 3/1/18]

## Labor & Working Families

### Spartz Voted To Establish A Study About Eligibility Verification, Monitoring, And Work Requirements For SNAP And Medicaid

**2018: Spartz Voted To Establish A Study About Eligibility Verification, Monitoring, And Work Requirements For SNAP And Medicaid.** Spartz voted for HB 1285, "Nutritional assistance. Urges the legislative council to assign for study to an appropriate interim study committee the task of studying issues related to eligibility verification and monitoring, identity authentication, and work requirements for participation in the federal Supplemental Nutrition Assistance Program and Medicaid program." The bill passed the Senate by a vote of 40 – 9. [Indiana General Assembly, HB 1285, 3/5/18]

### Spartz Voted To Prohibit The Coverage Of Certain Drugs Under Workers' Compensation

**2018: Spartz Voted To Prohibit The Coverage Of Certain Drugs Under Workers' Compensation.** Spartz voted for SB 369, "Workers' compensation drug formulary. Except during a medical emergency, prohibits workers' compensation and occupational disease compensation reimbursement for drugs specified in the ODG Workers' Compensation Drug Formulary Appendix A published by MCG Health as 'N' drugs. Permits a prescribing physician to request to prescribe an 'N' drug. Provides that, if the employer approves the request, the prescribing physician may prescribe the 'N' drug. Provides that, if the employer does not approve the request, the employer shall: (1) shall send the request to a third party that is certified by the Utilization Review Accreditation Commission to make a determination concerning the request; and (2) notify the prescribing physician and the employee of the third party's determination not more than five business days after receiving the request. Provides that, if the third party's determination is to deny the request, the employer shall notify the prescribing physician and the employee, and the employee may apply to the worker's compensation board for a final determination concerning the third party's determination. Provides that, if the employer fails to notify the physician and the employee of the third party's determination, the prescribing physician's request is considered approved, and reimbursement of the 'N' drug is authorized." The bill passed the Senate by a vote of 42 – 6. [Indiana General Assembly, SB 369, 2/6/18]

## Immigration & Border Issues

### Spartz Voted Against The Conference Committee Report That Allowed DACA Recipients To Receive Professional Licenses

**2018: Spartz Voted Against The Conference Committee Report That Allowed DACA Recipients To Receive Professional Licenses.** Spartz voted against the Conference Committee Report SB 419, "Professional and


occupational licenses. Provides that an agency or political subdivision may require verification of an individual's eligibility for a professional or occupational license, by requiring the individual to verify under penalty of perjury that the individual is: (1) authorized by the federal government to work in the United States; and (2) executing the verification only for the purpose of applying for a professional or occupational license issued by the state agency or political subdivision. Provides that an individual who is authorized by the federal government to work in the United States is eligible for a professional or occupational license issued by a state agency or political subdivision if the individual meets all the requirements, other than the requirement under 8 USC 1621(a), to obtain or renew the professional or occupational license. Provides that a unit does not have the power to license, register, or certify a person to practice the person's profession or occupation within the unit if the occupation or profession is subject to licensure, registration, or certification under the Indiana Code. Provides that this prohibition does not apply to: (1) registration for particular projects for the alteration, construction, demolition, or repair of a building or other work on real property required under an ordinance or rule adopted under local government law; (2) the ability to revoke, suspend, or impose additional conditions on a permit or registration previously given if the person holding the permit or registered has performed substandard work or has otherwise violated any condition of the permit or registration; or (3) when the unit determines the establishment and enforcement of health and safety standards for the occupation or profession is appropriate and necessary to protect the public." The report passed the Senate by a vote of 39 – 8. [Indiana General Assembly, SB 419, 3/14/18]

**However, Spartz Previously Voted For The Bill On The Floor Of The Senate**

**2018: Spartz Voted For SB 419 On The Senate Floor.** The bill passed the Senate by a vote of 35 – 12. [Indiana General Assembly, SB 419, 2/6/18]

**The Bill Notably Allowed DACA Recipients To Receive Professional Licenses**

**The Bill Notably Allowed DACA Recipients To Receive Professional Licenses.** "The state will once again begin awarding professional licenses for DACA recipients, often called Dreamers. The measure was a response to recent changes the Indiana Professional Licensing Agency made to its application forms that effectively blocked Indiana's roughly 9,000 DACA participants from getting or renewing licenses in more than 70 occupations, from hair styling to architecture to nursing. DACA participants are young immigrants who were brought to the United States illegally as children but have been granted legal work status under the federal Deferred Action for Childhood Arrivals program. Holcomb signed Senate Enrolled Act 419 Wednesday." [IndyStar, 3/29/18]

## Property Rights & Land Issues

### Spartz Voted Against A Bill That Prohibited Homeowners Associations From Governing Solar Energy Systems

**2018: Spartz Voted Against A Bill That Prohibited Homeowners Associations From Governing Solar Energy Systems.** Spartz voted against SB 207, "Homeowners associations and solar power. Prohibits a homeowners association from adopting or enforcing certain rules, covenants, declarations of restrictions, and other governing documents concerning solar energy systems after June 30, 2018." The bill passed the Senate by a vote of 36 – 12. [Indiana General Assembly, SB 207, 2/5/18]



# Appendix X – Professional Timeline

## Victoria Spartz Professional Timeline

### 2000

#### 2000: Spartz Moved The United States

**2000: Spartz Moved To The United States.** [Indianapolis Business Journal, 5/1/20]

#### Early 2000s: Spartz Said She Audited Manufacturing Companies

**Early 2000s: VIDEO: Spartz Said She Audited Manufacturing Companies.** "[41:48] I audited manufacturing company in the early 2000s. And we print unreasonable regulations, they move overseas." [WFYI Online, YouTube, 5/12/20]

### 2004

#### January 2004: Spartz Farms LLC Was Incorporated Under Jason Spartz

**January 2004: Spartz Farms LLC Was Incorporated Under Jason Spartz.** On January 21, 2004, Spartz Farms was incorporated at 102 Natasha Dr, Noblesville, Indiana. Jason M. Spartz was listed as the Registered Agent. [Indiana Secretary of State, Business ID 2004012300134, 1/21/04]

#### December 2004: Charles Spartz Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville

**2004: Spartz's Father In Law Took Out A $1.75 Million Loan To Buy 60 Acres Of Land In Noblesville To Lure A Super Target.** "In December 2004, Victoria Spartz's father-in-law, Charles Spartz, doing business as Hometown Development LLC, took out a $1.75 million loan to buy 60 acres at Ind. 37 and Ind. 32/38 in Noblesville. The family had an ambitious plan to lure a Super Target to the prominent intersection, but to do so they'd need to fortify a corner thick with wetlands." [Star Press, 2/18/20]

### 2006

#### 2006: Spartz Became A U.S. Citizen

**2006: Spartz Became A U.S. Citizen.** [Indianapolis Business Journal, 5/1/20]

#### 2004 – 2006: The Spartz Family Removed Wetlands Without A Permit

**Over The Next Two Years, The Spartz Family Removed Wetlands Without A Permit.** "Over the next two years, the Spartzes filled in wetlands, knocked down woods and planned to fill in two spurs to a regulated drain, a man-made stream that runs through the property." [Star Press, 2/18/20]

#### May 2006: Hometown Development LLC Was Incorporated Under Jason Spartz

**May 2006: Hometown Development LLC Was Incorporated Under Jason Spartz.** On May 31, 2006, Hometown Development LLC was incorporated at 102 Natasha Dr, Noblesville, IN. Jason M. Spartz was listed as the registered agent. [Indiana Secretary of State, Business ID 2006060100497, 5/31/06]


**July 2006: Hometown Development LLC Was Listed As A Debtor In 2 UCC Filings**

**2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing.** On July 19, 2006, Hometown Development LLC was listed in as a debtor in a UCC filing. Charles Spartz was listed as the Assignee and the secured party. [Lexis Nexis Comprehensive Business Report, accessed 6/25/20]

**2006: Hometown Development LLC Was Listed As A Debtor In A UCC Filing For Equipment.** On July 19, 2006, Hometown Development LLC was listed as a debtor in a UCC filing. BMO Harris Bank and First National Bank & Trust were listed as a secured party. [Lexis Nexis Comprehensive Business Report, accessed 6/25/20]

## 2007

**January 2007: IDEM Intervened After Receiving An Anonymous Tip And Informed The Spartz Family They Needed A Permit To Remove Wetlands**

**January 2007: IDEM Intervened After Receiving An Anonymous Tip And Informed The Spartz Family They Needed A Permit To Remove Wetlands.** "After an anonymous tip, IDEM intervened in January 2007 and informed the family they had needed a permit to remove the wetlands. IDEM also told the family to contact the Indiana Department of Natural Resources and the Army Corps of Engineers, because that particular site was in a federal floodplain." [Star Press, 2/18/20]

**March 2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm**

**March 2007: Chris Hamm Quit His Job As Noblesville's Economic Development Director And Created A Development Consulting Firm.** "A swampy property at the southeast corner of state roads 37 and 32 in Noblesville had been a development dead end for years when Chris Hamm left his job as the city's economic development director in March 2007. Hamm's first order of business after leaving: Find a way to build a Target-anchored shopping center on the 60-acre property as a launching pad for a new development consulting firm he had founded with Rex Dillinger, a former city council president and mayoral candidate." [Indianapolis Business Journal, 12/22/08]

## 2008

**March 2008: After Hiring Chris Hamm's Consulting Firm, The Spartz Family Was Issued A Permit To Begin Construction And $6.9 Million Bond**

**March 2008: The Spartz Family Planted New Wetlands And IDEM Issued The Family A Permit.** "The Noblesville City Council then agreed in March 2008 to issue bonds not to exceed $6.9 million to pay upfront costs for infrastructure construction with roads, sewers and water and soil management for the Super Target." [Star Press, 2/18/20]

> **Noblesville City Council Issues Hometown Development $6.9 Million In Bonds To Build Infrastructure On The Site.** "Noblesville-based Hometown Development, which includes members of the Spartz family, want to develop the southeast corner of Ind. 32/38 and Ind. 37. The approximately 57-acre site will need extensive soil work to become buildable, said City Attorney Mike Howard, including a complicated process to remove water from some of the dirt." [Noblesville Ledger, 3/13/08]

**Hometown Development Hired Hamm's Consulting Firm And They Got Approval To Mitigate Wetlands And $7 Million From The City.** "The firm, Northstar Land Entitlement and Development Services delivered in a big way. It won Hometown Development LLC approvals to mitigate a large wetland and flood plain. It got the



state's blessing for a stoplight on S.R. 37 unusually close to another light. And it got the city to pitch in $ 7 million for infrastructure, including storm sewers to dry out the property." [Indianapolis Business Journal, 12/22/08]

> **Charlie Spartz Said Hiring Hamm's Consulting Firm Was "A No-Brainer Hire For Us."** "For Hometown Development of Noblesville, the firm worked a miracle. For 20 years, development on its site had gone nowhere. Now, a Super Target is planned for the property. The project, dubbed Conner Point, still is a go thanks in large part to Northstar, said Charlie Spartz, who heads Hometown Development, which has since agreed to sell the project to another developer Spartz would not name. '[NorthstarRIGHT_BRACKET was a no-brainer hire for us,' he said. 'The site would not have been built out without their help.'" [Indianapolis Business Journal, 12/22/08]

**Late 2008: Target Backed Out Of The Plan And The Bonds Were Never Issued**

**Late 2008: Target Backed Out Of The Plan And The Bonds Were Never Issued.** Later that year, though, Super Target backed out as the economy went into recession. The bonds never were issued." [Star Press, 2/18/20]

## 2009

**March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz**

**March 2009: International Strategic Business Consulting Group Was Incorporated Under Victoria Spartz.** On March 24, 2009, International Strategic Business Consulting Group was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvs, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the principal. [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**March 2009: ISBC Real Estate Group LLC Was Incorporated Under Victoria Spartz**

**March 2009: ISBC Real Estate Group LLC Was Incorporated.** On March 30, 2009, ISBC Real Estate Group LLC was incorporated at 17301 River Ave, Noblesville, IN. Victoria Spartz was listed as the principal and the registered agent. [Indiana Secretary of State, Business ID 2009033100051, 3/30/09]

**April 2009: Spartz Changed The Name Of International Strategic Business Group To ISBC Group**

**April 2009: International Strategic Business Group Assumed The Name To ISBC Group.** On April 17, 2009, Victoria Spartz submitted a "Certificate of Assume Business Name" and "International Strategic Business Group" to "ISBC Group." [Indiana Secretary of State, Business ID 2009032400726, 3/24/09]

**June 2009: American Constructive Dialogue Institute, Inc Was Incorporated Under Victoria Spartz**

**June 2009: American Constructive Dialogue Institute, Inc Was Incorporated Under Victoria Spartz.** On June 15, 2009, American Constructive Dialogue Institute was incorporated at 17301 River Ave, Noblesville, IN. Sheila Dang was listed as the incorporator at 7083 Hollywood Blvs, Ste 180, Los Angeles, CA. Victoria Spartz was listed as the registered agent. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

## 2010

**April 2010: Spartz Received Her CPA License**

**April 2010: Spartz Received Her CPA License.** On April 8, 2010, Spartz was issued a CPA license through the Accountancy Board, with Board Approval. [Indiana Professional Licensing Agency, Lic No. CP11000144, 4/8/10]



**September 2010: Harris NA Filed A Mortgage Foreclosure Case Against Hometown Development LLC, Charles Spartz, And Gerlinde Spartz**

**September 2010: Harris NA Filed A Mortgage Foreclosure Case Against Hometown Development LLC, Charles Spartz, And Gerlinde Spartz.** On September 23, 2010, Harris N A filed a mortgage foreclosure case against Hometown Development LLC, Charles Spartz, and Gerlinde Spartz. [mycase.IN.gov, Case No. 29D02-1009-MF-001262, 9/23/10]

**December 2010: The Case Against Hometown Development LLC And The Spartz Was Dismissed**

**December 2010: In Order Of Dismissal Was Ordered In The Case.** [mycase.IN.gov, Case No. 29D02-1009-MF-001262, 9/23/10]

## 2011

**2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council**

**2011: Westbrook Village Contributed Money To Local Republican Candidates Running For City Council.** "Two real estate political action committees contributed more than $1,500 in direct and in-kind donations. Terry Busby, another former council member, raised just over $700, with the bulk coming from the Westbrook Village mobile home community. Incumbent Brian Ayer hadn't planned on taking donations, but the crowded field changed his mind. He raised more than $2,400, including $500 from fellow council member and business partner Dale Snelling and $100 from council President Mark Boice's election campaign. Ayer also received $400 from Westbrook Village. Both challengers Jeff Zeckel and Andy Corman raised no outside money for their campaigns, electing to use their own private funds. In District 3, John Elliott and Dale Kenney raised few outside dollars -- Westbrook Village gave Kenney $250, while Dave and Patti MacInnis gave Elliott $300 to add to his largely self-financed campaign." [Indianapolis Star, 4/21/11]

**March 2011: Charles And Gerlinde Spartz Filed A Civil Collections Case Against Hometown Development**

**March 2011: Charles And Gerlinde Spartz Filed A Civil Collections Case Against Hometown Development.** On March 17, 2011, Charles S. and Gerlinde Spartz (Plaintiffs) filed a civil collections case against Hometown Development LLC, Jason Spartz, Charles N. Spartz, Daniel Spartz, and Natasha Chan (Defendants). [mycase.IN.gov, Case No. 29D02-1103-CC-002355, 3/17/11]

**March 2011: Charles And Gerlinde Spartz Filed A Mortgage Foreclosure Case Against Spartz Farms LLC**

**March 2011: Charles And Gerlinde Spartz Filed A Mortgage Foreclosure Case Against Spartz Farms LLC.** On March 17, 2011, Charles and Gerlinde Spartz (Plaintiff) filed a mortgage foreclosure case against Spartz Farms LLC c/0 Jason Spartz. [mycase.IN.gov, Case No. 29-D02-1103-MF-002354, 3/17/11]

## 2012

**February 2012: American Constructive Dialogue Institute Was Dissolved**

**February 2012: American Constructive Dialogue Institute Was Dissolved.** On February 3, 2012, American Constructive Dialogue Institute filed an "Administrative Dissolution" with the Indiana Secretary of State and has since been inactive. [Indiana Secretary of State, Business ID 200961500436, 6/15/09]

**February 2012: Charles And Gerlinde Spartz's Case Against Spartz Farms LLC Was Dismissed**



**February 2012: Charles And Gerlinde Spartz's Case Against Spartz Farms LLC Was Dismissed.** On February 16, 2012, Charles and Gerlinde Spartz's mortgage foreclosure case against Spartz Farms LLC c/0 Jason Spartz was dismissed. [mycase.IN.gov, Case No. 29-D02-1103-MF-002354, 3/17/11]

**July 2012: Charles And Gerlinde Spartz Civil Collections Case Against Hometown Development Was Decided**

**July 2012: Charles And Gerlinde Spartz Were Awarded A Judgment For $3,407,980.36 From Hometown Development.** On July 6, 2012, Charles and Gerlinde Spartz were awarded a judgment for $3,407,980.36 from Hometown Development LLC. [mycase.IN.gov, Case No. 29D02-1103-CC-002355, 7/6/12]

**December 2012: Westbrook Village LLC Was Incorporated Under Charles Spartz**

**December 2012: Westbrook Village LLC Was Incorporated Under Charles Spartz.** On December 14, 2012, Westbrook Village was incorporated at 17301 River Rd, Noblesville, IN. Charles Spartz was listed as the principal and Stephen W. Cook was listed as the registered agent. [Indiana Secretary of State, Business ID 2012121700717, 12/14/12]

**2013**

**2013: Spartz Presumably Left The Financial Industry To Focus On Her Farm**

**2013: Spartz Left The Financial Sector To Spend More Time With Her Family And Expand Her Farming Business.** "However, the travel was taking a toll on my family, and we decided to expand our farming business so I could spend more time in town with my family…" [Zionsville Monthly Magazine, May 2020]

**February 2013: EcoAgro USA LLC Was Incorporated Under Jason And Victoria Spartz**

**February 2013: EcoAgro USA LLC Was Incorporated Under Jason And Victoria Spartz.** On February 15, 2013, EcoAgro USA was incorporated at 17301 River Ave, Noblesville, IN. Jason Spartz was listed as the Principal and Victoria Spartz was listed as the registered agent. [Indiana Secretary of State, Business ID 2013021500440, 2/15/13]

**September 2013: Hometown Development LLC Was Dissolved**

**September 2013: Hometown Development LLC Was Dissolved.** On September 11, 2013, Hometown Development LLC filed an "Administrative Dissolution" with the Indiana Secretary of State and the business as been labeled inactive since. [Indiana Secretary of State, Business ID 2006060100497, 5/31/06]

**2014**

**October 2014: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $38,537**

**October 2014: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $38,537.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 154.15 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on October 15, 2014, and ending on October 15, 2015. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Fifty Dollars ($250.00) per acre, with one-half of the annual amount payable to the


Landlord on or before 1st day of March, 2015, and the balance on or before the 1st day of December 2015. [Farm Lease, City of Noblesville, 10/6/14]

## 2015

### January 2015: EcoAgro Was Listed As A Debtor In A UCC Filing For Farm And Crop Products

**January 2015: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 13, 2015, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. The Farmers Bank was listed as the secured party and the collateral listed was "FARM PRODUCTS/CROPS ALL." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1500000326706, accessed 6/24/20]

### October 2015: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $34,683

**October 2015: The City Of Noblesville Leased Out Part Of Finch Creek Park To EcoAgro For $34,683.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 154.15 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on October 15, 2015, and ending on October 15, 2016. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Twenty-five Dollars ($225.00) per acre, with one-half of the annual amount payable to the Landlord on or before 1st day of March, 2016, and the balance on or before the 1st day of December 2016. [Farm Lease, City of Noblesville, 11/4/15]

## 2017

### 2017: Spartz Served As The CFO For The Indiana Attorney General's Office

**2017: Spartz Served As The CFO To The Indiana Attorney General's Office.** "In 2017, she was asked to become part of the government, though, to work as chief financial officer for the Office of the Indiana Attorney General. Going into the public sector made her a little uneasy, but she decided she liked the challenge, so she accepted the job." [Indianapolis Business Journal, 5/1/20]

### January 2017: EcoAgro Was Listed As A Debtor In 2 A UCC Filings For Equipment

**January 2017: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 10, 2017, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. Farm Credit Services of America was listed as the secured party and the collateral listed was "EQUIPMENT." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1700000212621, accessed 6/24/20]

**January 2017: EcoAgro Was Listed As A Debtor In A UCC Filing With The Indiana Secretary Of State For Equipment.** On January 4, 2017, EcoAgro was listed as a debtor in a UCC filing with the Indiana Secretary of State/UCC Division. Farm Credit Services of America was listed as the secured party and the collateral listed was "EQUIPMENT." The filing was listed as active. [Lexis Nexis Comprehensive Business Report, Filing No. [Lexis Nexis Comprehensive Business Report, Filing No. 1700000055797, accessed 6/24/20]

### April 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,400



**April 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,400.** "This lease, entered into by the City of Noblesville, acting through its Department of Parks and Recreation (Landlord) and EcoAgro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located with Wayne Township, Hamilton County, Indiana, containing approximately 127 acres of tillable real estate generally located south of 166th Street and west of Boden Road ('the Real Estate'); and, Whereas, the parties are desirous of entering into an agreement for the Tenant to farm the Tillable Real Estate for period of one (1) year beginning on April 5, 2017, and ending on April 5, 2018. […] The Tillable Real Estate shall be rented at the rate of Two Hundred Dollars ($200.00) per acre, with one-half of the annual amount payable to the Landlord on or before 1st day of April, 2017, and the balance on or before 1st day of December 2017. [Farm Lease, City of Noblesville, 8/2/17]

**May 2017: EcoAgro USA LLC Purchased The Property At 505 W 266th St, Sheridan, IN For $165,000**

**May 2017: EcoAgro USA LLC Purchased The Property At 505 W 266th St, Sheridan, IN For $165,000.** On May 22, 2017, EcoAgro USA LLC purchased the property at 505 W 266th St, Sheridan, IN through a Sheriff's Deed for $165,000. [Hamilton County Property Reports and Payments, Parcel 01-01-22-00-00-011.101, accessed 6/24/20]

**August 2017: The Noblesville Park Board Leased Out Part Of Finch Creek Park To EcoAgro For $25,000**

**August 2017: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $25,000.** "This lease is for 125 acres of farm property at Finch Creek Park that is currently farm fields. The lease is offered at $200.000 per tillable acre. This is a $25.000 Reduction in the acreage price from the current year due to the price of soybeans and how much they can be sold for. Staff is agreeable to this change in price based on the change in the market. This is still a fair price and Mr. Spartz has been a good steward of the land and communicates well with us regarding construction issues. We have been operating on a verbal agreement so far this year as we sorted out the construction out there and the impact. Mr. Spartz has made his regular payment and is actually ahead of schedule in payments currently. [Noblesville Parks and Recreation Board, Meeting Minutes, 8/2/17]

**2018**

**May 2018: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540**

**May 2018: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540.** "This lease is for 107 acres of farm property at Finch Creek Park that is currently farm fields. This lease is offered at $220.00 per tillable acre. This is still a fair price and Mr. Spartz has been a good steward of the land and communicates well with us regarding construction issues. We have been working on identifying the tillable acreage based on anticipated construction. Mr. Spartz has made his first payment and is ahead of schedule. [Noblesville Park Board, Meeting Minutes, 5/2/18]

**2019**

**April 2019: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540**

**April 2019: The Noblesville Park Board Leased Out Finch Creek Park To EcoAgro For $23,540.** "This lease, entered into by the City of Noblesville, acting though its Department of Parks and Recreation (Landlord) and Ecoagro USA, LLC ('the Tenant'). Whereas, the Landlord, is the owner of a certain parcels of real estate, located in Wayne Township, Hamilton County, Indiana, containing approximately 107 acres of tillable real estate generally located south of 166th Street and west of Bold Road ('the Real Estate'); […] The Tillable Real Estate shall be rented at the rate of Two Hundred and Twenty Dollars ($220.00) per acre…" [Noblesville Park Board, Meeting Minutes, 4/17/19]



**October 2019: EcoAgro Purchased The Property At 0 E State Road 38 For $0**

**October 2019: EcoAgro Purchased The Property At 0 E State Road 38 For $0.** On October 23, 2019, EcoAgro USA LLC purchased the property at 0 E State Road 38, Sheridan, IN from M & E McMahon LLC. On October 17, 2019 the property was transferred by M & E McMahon LLC for $0. [Hamilton County Property Reports and Payments, Parcel 01-05-11-00-00-009.001, accessed 6/24/20]

## 2020

**May 2020: The Noblesville Park Board Leased Finch Creek Park To EcoAgro For $26,400**

**May 2020: The Noblesville Park Board Leased Finch Creek Park To EcoAgro For Farming.** "Staff is recommending approval of a lease with EcoAgro for farming rights at Finch Creek Park. This lease is an annual lease and is able to be renewed if a price is agreed upon by the Director and the farmer by March 15th of the year for the next season." [Noblesville Park Board, Meeting Minutes, 5/6/20]