**Yvette Herrell (NM-02) Research Report**

The following report contains research on Yvette Herrell, a Republican candidate in New Mexico's 2nd district. Research for this research book was conducted by the DCCC's Research Department between June 2018 and August 2018. By accepting this report, you are accepting responsibility for all information and analysis included. Therefore, it is your responsibility to verify all claims against the original documentation before you make use of it. Make sure you understand the facts behind our conclusions before making any specific charges against anyone.



# Yvette Herrell

## Republican Candidate in New Mexico's 2nd Congressional District

**Research Book – 2018**
Last Updated August 2018

Prepared by the DCCC Research Department





# Table of Contents

Table of Contents.................................................................................. 1

Thematics ............................................................................................. 3

**Yvette Herrell: Bad For New Mexico** ............................................... 4

**Yvette Herrell Is Just Another Swampy Politician** ........................... 13

Key Visuals.......................................................................................... 21

Personal & Professional History ......................................................... 23

Biography ............................................................................................ 24

Personal Finance................................................................................. 26

Political Career ................................................................................... 29

Ethics ................................................................................................... 38

Relationships ....................................................................................... 43

Donald Trump...................................................................................... 48

Issues ................................................................................................... 50

Budget Issues....................................................................................... 51

Crime & Public Safety Issues ............................................................. 57

Economy & Jobs.................................................................................. 59

Education Issues .................................................................................. 61

Election & Campaign Finance Issues ................................................. 63

Environmental Issues .......................................................................... 65

Foreign Policy Issues .......................................................................... 68

Gun Issues ........................................................................................... 69

Health Care Issues .............................................................................. 71

Immigration & Border Issues ............................................................. 73

Labor & Working Families .................................................................. 75

LGBT Issues ........................................................................................ 78

State Issues .......................................................................................... 81

Seniors' Issues ..................................................................................... 86

Tax Issues ............................................................................................ 88

Technology Issues ............................................................................... 93

Women ................................................................................................. 94

Appendix I – Personal Financial Disclosures.................................... 101

Appendix II – Campaign Finance ...................................................... 113

**Appendix III – Paid Media Summary** ................................................. 120
Appendix IV – Bill Sponsorships ......................................................... 121
Appendix V – Bill Co-Sponsorships ..................................................... 126
Appendix VI – Office & Travel Expenditures ....................................... 129
Appendix VIII – Interest Group Ratings .............................................. 138

# Thematics



## Yvette Herrell: Bad For New Mexico

<u>*Significant Findings*</u>

- ✓ *Herrell is bad for New Mexico's students.*

  - ✓ *In 2015, she voted against $6.1 billion in general fund appropriations, which included an increase in higher education spending.*

  - ✓ *Herrell: "We should eliminate the public education department."*

  - ✓ *Herrell voted against establishing a comprehensive early childhood care and education system through state and private programs.*

- ✓ *Herrell is bad for New Mexico's land and waters.*

  - ✓ *Herrell had a lifetime score of 15 percent from Conservation Voters New Mexico.*

  - ✓ *Herrell voted to limit local government authority over oil and gas activity.*

  - ✓ *In 2013, Herrell voted against legislation raising penalties for water pollution by oil and gas operators.*

    - ✓ *The bill was opposed by the oil and gas industry – an industry that Herrell took $2,000 from during the 2012 election cycle and $15,000 over the course of her career.*

  - ✓ *Herrell repeatedly proposed legislation related to the transfer of federal lands to the state – legislation opposed by New Mexico's tribes and "straight out of ALEC's handbook."*

- ✓ *Herrell is bad for New Mexico's working families.*

  - ✓ *Herrell voted multiple times against raising the minimum wage.*

  - ✓ *Herrell was a major supporter of "right-to-work" legislation, which would take rights away from working people and hand them to corporations.*

  - ✓ *Herrell said she was "glad to see the tax reform bill signed by President Trump" even though it would raise taxes for the middle class.*

- ✓ *Herrell is bad for older New Mexicans.*

  - ✓ *Herrell was an active supporter of Balanced Budget amendments, which threatened Social Security, Medicare, and veterans' benefits.*

  - ✓ *Herrell said she was "glad to see the tax reform bill signed by President Trump" even though it would increase the federal debt and Republicans planned to pay for it with cuts to Medicare and Social Security.*

**Bad For New Mexico's Students**



**2015: Herrell Voted Against $6.1 Billion In General Fund Appropriations, Which Included An Increase In Higher Education Spending**

**Herrell Voted Against $6.1 Billion In General Fund Appropriations.** "With time running out in the short session and no agreement in the house on how to move the budget forward, the senate introduced Senate Finance Committee Substitute for Senate Bill 313 (Chapter 63, p.v.) (Senate Bill 313) as the 2014 GAA. […] The act provides recurring general fund appropriations totaling $6.1 billion, an increase of a little more than 4%, or $240 million, over the previous year's act." The bill passed the House 58-8. [New Mexico Legislative Council Service, Highlights 2014, published May 2014; Senate Bill 313, 51st Legislature Second Session, 2/19/14]

> **The Budget Included A 4.4 Percent Increase In Higher Education Spending From FY 2014.** "Higher education and special schools will see an overall 4.4% increase from FY 2014, manifested in the $830 million appropriation, with the New Mexico Military Institute receiving the largest percentage increase of 25%. [New Mexico Legislative Council Service, Highlights 2014, published May 2014]

> **The Budget Included A 3 Percent Pay Raise For Some State Employees, Including Those At Public Schools.** "Martinez trimmed $27 million in spending, including $15 million for programs for at-risk children that she says isn't needed until next year, when the programs it would support take effect. She also vetoed $2.4 million that would have provided 8 percent pay raises for judges and district attorneys and 3 percent raises for appointed government employees. Martinez did retain money for 3 percent pay raises for other state employees, including those at public schools." [Santa Fe New Mexican, 3/11/14]

**Herrell: "We Should Eliminate The Public Education Department"**

**VIDEO: Herrell: "We Should Eliminate The Public Education Department."** "I really want to support the President in the area of getting more government out of the way, getting the government out of the way of educating. And he has mentioned that when he campaigned that he wanted to back off from the federal government having such a hand in local education systems and I fully feel the same way on the state level that perhaps we should eliminate the public education department and let the control be given back to the school boards, where budget, curriculum decisions can be made where we can see a much broader and more involved community effort." [KSVP – Good Morning Artesia, 5/15/18] (05:08 – 05:38)

**Herrell Voted Against Establishing A Comprehensive Early Childhood Care And Education System Through State And Private Programs**

**Herrell Voted Against Establishing A Comprehensive Early Childhood Care And Education System Through State And Private Programs.** "For the little learners: The Senate on Thursday overwhelmingly passed a bill that proponents say will boost education for children aged 5 or younger. SB 120, sponsored by Sen. John Sapien, D-Corrales, was approved on a 34-6 vote. The measure would establish a comprehensive early childhood care and education system through state and private programs. […] The bill is supported by the New Mexico Business Roundtable, the Association of Commerce and Industry and early child-care providers and advocates. It goes on to the House for consideration." [Santa Fe New Mexican, 3/4/11; Senate Bill 120, 50th Legislature First Session, 3/17/11]

## Bad For New Mexico's Lands And Waters

**Herrell Had A Lifetime Score Of 15% From Conservation Voters New Mexico**

**Herrell Had A Lifetime Score Of 15% From Conservation Voters New Mexico.** Yvette Herrell has a lifetime score of 15% from the Conservation Voters New Mexico. [Conservation Voters New Mexico, Yvette Herrell, accessed 6/20/18]



**Herrell Voted To Limit Local Government Authority Over Oil And Gas Activity**

**Herrell Voted To Limit Local Government Authority Over Oil And Gas Activity.** "Under House Bill 366, sponsored by Rep. Nate Gentry, R-Albuquerque, the state would have exclusive authority over oil and gas well siting, drilling, processing and storage — effectively restricting the ability of local governments to regulate the industry. The measure passed 6-5 on a straight party-line vote, with Republicans in favor of the bill.  HB 366 is one of four bills or memorials designed to limit local government authority over oil and gas activity or financially penalize those that do regulate the industry." The bill passed the House 37-28 and died in the Senate. [Santa Fe New Mexican, 2/18/15; House Bill 366, 52nd Legislature First Session, 3/10/15]

**Herrell Voted For Legislation Restricting Stream Access**

**Herrell Voted For Legislation Restricting Stream Access.** "Gov. Susana Martinez has signed into law a measure aimed at strengthening current state regulations restricting the ability of anglers to fish and wade New Mexico waters on private property. […] Opponents claimed the measure, Senate Bill 226, would limit public access to beloved fishing spots, but backers said it would merely protect private property rights and would not necessarily restrict access." The bill passed the House 32-31 and was signed by the Governor. [Albuquerque Journal, 4/3/15; Senate Bill 226, 52nd Legislature First Session, 3/20/15]

> **HEADLINE: Gov. Martinez Signs Bill Into Law Restricting NM Stream Access.** [Albuquerque Journal, 4/3/15]

> **The Legislation Would Not Only Impact Stream Access But Could Also Cause Costly Lawsuits And Impact New Mexico's Sport Fishing Economy.** "Both Gay and Olson warn that SB 226 will lead to further battles on stream access and will require, according to Gay, "the public to foot the bill for defending its right to stream access instead of the state defending its constitutionally provided right to recreate on these waterways" -- through costly lawsuits and court cases. Other possible impacts include concentrated pressure on undisputed public tracts of water and a hit to New Mexico's $268 million dollar a year sport fishing economy." [Hatch Magazine, 3/25/15]

**In 2013, Herrell Voted Against Legislation Raising Penalties For Water Pollution By Oil And Gas Operators, Which Was Opposed By The Oil And Gas Industry – An Industry Herrell Has Taken $15,000 From Over The Course Of Her Career**

**Herrell Voted Against Raising Penalties For Water Pollution By Oil And Gas Operators**

**Herrell Voted Against Raising Penalties For Water Pollution By Oil And Gas Operators.** "A proposal to raise the fines - from 1935 levels - for water pollution by oil and gas operators has been rejected again by the Legislature, with opponents complaining it would burden New Mexico's premier industry.  It was the second time in recent years there has been an attempt to update penalties that were enacted 78 years ago in the Oil and Gas Act and haven't been increased since then.  A much broader bill introduced in 2009 also failed.  House Bill 286 went down Wednesday in the House, with 32 members voting in favor of it and 36 against." The bill failed in the House 32-36. [Albuquerque Journal, 3/8/13; House Bill 286, 51st Legislature First Session, 3/6/13]

> **The Bill Was Supported By Environmentalists And The New Mexico Attorney General's Office.** "HB286, sponsored in 2013 by Rep. Gail Chasey, an Albuquerque Democrat, would have updated the 1935 Oil and Gas Act, which set bonding requirements, fines and penalties for violations of the act and conditions for bringing suits against the violators. Proponents of the bill, which included environmentalists and the Attorney General's office, contended that the current penalties were thousands of dollars lower than penalties in neighboring states like Texas and Arizona." [Common Cause New Mexico, report, published October 2013]



**The Oil And Gas Industry Opposed The Bill**

**The Oil And Gas Industry Opposed The Bill.** "The oil and gas lobby bitterly opposed the bill, as it had a similar bill sponsored by Senator Peter Wirth in 2009." [Common Cause New Mexico, report, published October 2013]

**During The Election Cycle Immediately Previous To The Bills Discussion Herrell Took At Least $2,000 From The Oil And Gas Industry**

**During The 2012 Election Cycle, Herrell Took At Least $2,000 From The Oil And Gas Industry.** [Common Cause New Mexico, report, published October 2013]

**And She's Taken At Least $15,000 Over The Course Of Her Career As A State Legislator**

**Over Her State Legislative Career, Herrell Took At Least $15,000 From Oil And Gas Companies.** According to Herrell's state campaign finance filings, she has taken at least $15,000 from companies listed as gas and oil, petroleum, energy, or fuel refining companies. This list does not include employees of these companies who may have donated to Herrell. [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]

**Herrell Repeatedly Proposed Legislation Related To The Transfer Of Federal Lands To The State – Legislation Opposed By New Mexico's Tribes And "Straight Out Of The ALEC Handbook"**

**2013: Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico**

**Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico. "**Federal public lands: In what has to be one of the most ambitious and longest-shot bills introduced so far this session, Rep. Yvette Herrell, R-Alamogordo, and Sen. Richard C. Martinez, D-Espacola, are co-sponsoring HB 292, which proposes transferring millions of acres of federal public lands -- Forest Service and Bureau of Land Management lands -- within New Mexico to the state." The bill was not voted on in the House. [Las Cruces Sun-News, 1/29/13; HB 292, 2013 Regular Session, accessed 6/8/18]

> **The Bill Would Exclude National Parks And Monuments And Lands Held In Trust For Tribes And Pueblos.** "The bill excludes national parks and monuments, wilderness areas and lands held in trust for tribes and pueblos. It would establish a task force to oversee the land transfer and outlines the division of funds from selling any of the public land. The bill specifically protects the 'rights, claims or privileges of New Mexico's historic land grants.' " [Las Cruces Sun-News, 1/29/13]

> **Herrell's Bill Was Supported By ALEC.** "This movement advocating for the transfer of western public lands began in Utah in 2012.  Utah State Representative Ken Ivory introduced and Governor Gary Herbert signed into law HB148— 'Transfer of Public Lands Act'—which has subsequently become ALEC model policy for other state legislators to use as an example. Since the movement began in Utah, legislation has been popping up across the country: […] New Mexico introduced a bill (HB292) that would have created a Public Lands Transfer Task Force which would have defined public lands to be transferred from the federal government to the state and developed a mechanism for the transfer of federal public land to the state." [American Legislative Exchange Council, 6/6/13]

**2015: Herrell Proposed Legislation That Would Create A Commission To Study The Possibility Of Transferring Federal Lands, Which Was Opposed By The State's Tribes**

**Herrell Proposed Legislation That Would Create A Commission To Study The Possibility Of Transferring Federal Land To The State, State And Federal Land To Tribes, And State And Federal Land To Land**



**Grants.** "HB 291, by Rep. Yvette Herrell, R-Alamogordo, would create a 17-member commission to study the possibility of transferring federal land to the state, state and federal land to tribes, and state and federal land to land grants. The commission would also study possible land exchanges between federal and state governments. The bill seeks $100,000 to fund the study." The bill passed out of committee but was not voted on in the full House. [Gallup Independent, 2/12/15; House Bill 291, 52nd Legislature 1st Session, introduced 2/3/15]

> **New Mexico's Tribes Were All Opposed To The Study.** "Opponents argued that the proposition is unconstitutional and that the state lacks the resources to manage any more land. The state's tribes are all opposed to the study, citing their concerns about their longstanding relationships with the federal government." [Gallup Independent, 2/12/15]

**Herrell Said "We Are Missing Out On Revenues."** "In 2015, New Mexico state lawmakers proposed legislation to create an investigative committee to weigh the costs and benefits of transferring federal lands to the state. Yvette Herrell, R-Otero, who co-sponsored the bill, which later died in the House, said it would 'behoove' the state to thoroughly examine the idea. She hopes to reintroduce the legislation during the 2017 session. 'I personally feel that the money we would save, in terms of return on investment and repaying royalties to the federal government [from oil and gas], those numbers alone are staggering,' Herrell said. [...] 'We are missing out on revenues,' Herrell said. 'People are getting frustrated.' " [Santa Fe New Mexican, 1/12/16]

**2014: Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico, Which Progress Now Said Was "Straight Out Of The ALEC Handbook"**

**Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico.** "Rep. Yvette Herrell from Otero County again put forth a bill to create a task force to study the idea of federal lands being transferred back to New Mexico." [Ruidoso News, 2/27/14]

> **Progress Now Said The Bill Was "Straight Out Of The ALEC Handbook."** "Rep. Yvette Herrell's (R) HB 102, 'Creating the Transfer of Public Lands Task Force' is straight out of the ALEC handbook for rookie legislators. HB102 recommends a task force to study the transfer of federal public lands to the state and designates appointment authority to the task force to ensure a Republican super-majority of members in a state with a majority Democratic registration and Democratic-controlled legislature." [ProgressNowNM, 2/3/14]

**Herrell Introduced A Bill Related To The Transfer Of Federal Lands Every Year From 2011 To 2015**

**Herrell Introduced A Bill Related To The Transfer Of Federal Lands Every Year From 2011 To 2015.** "According to Gay, Herrell has introduced land transfer bills the last three years and is planning to introduce another one this year, but so far has not done so." [Los Alamos Monitor, 1/31/15]

## Bad For New Mexico's Working Families

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump" Even Though The Bill Would Raise Taxes For The Middle Class**

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump"**

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump."** "Glad to see the Tax Reform Bill signed by President Trump. Unemployment down, GDP and Stock Market up, additional funding for our Military! A great way to start 2018!" [Yvette Herrell via Facebook, 12/22/17]

**Politifact: GOP Tax Bill Would Raise Taxes For The Middle Class**


**Politifact: GOP Tax Bill Would Raise Taxes For The Middle Class After Individual Tax Cut Provisions Expired In 2025.** "Gillibrand said the Republican 'tax [plan] raises middle-class taxes.' That's not true during the first years of the new tax provisions. If not for the sunset for the tax changes for individuals, we likely would have rated Gillibrand's statement False or perhaps Mostly False. Middle-income taxpayers will either benefit or see no change in their tax liability through 2025. But her claim could hold up after the bill's individual provisions expire that year. There's no guarantee a future Congress will extend those parts of the bill." [Politifact, 12/22/17]

---

### And Was A Major Supporter Of "Right-To-Work" Legislation, Which Take Away Rights From Working People And Hand Them To Corporations

---

### Herrell Was A Major Supporter Of "Right-To-Work" Legislation

---

**Herrell: "I Do Support Right To Work. I Think It's Important For The Economy And State."** "Rep. Yvette Herrell and Rep. Rick Little both support right-to-work and voiced their opinions at the public hearing. 'I do support right to work, I think it's important for the economy and state. And it is true, other states like Kentucky have seen an increase in jobs and other gains. I think for Otero County specifically, we still rely on Hollo-man Air Force Base,' Herrell said. 'I think this will help in our economic development for some of the other companies that might want to come and work here. It will be a stronger economy for Otero County and New Mexico as a whole.' [Alamogordo Daily News, 3/2/18]

**VIDEO: Herrell: "I Support Right-To-Work."** VIDEO: "And speaking of business, let's just set this straight. I support right-to-work. I voted for the bill in House committee, but when we put a minimum wage on it, that is not a good bill. And you don't use business owners as pawns to get work done in New Mexico." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (01:06 – 01:24)

**Herrell Was Supportive Of Right-To-Work Legislation.** "Herrell also discussed education and job creation in New Mexico. She said by the time they get to Santa Fe most bills will already be agreed upon. 'We can turn New Mexico into a right to work state, we don't have a huge population of union workers but if it looks good to the company considering New Mexico then I'm all for it. It's a simple bill, if you don't want to join the union then you don't have to. It's a choice,' she said." [Alamogordo Daily News, 9/7/16]

---

### "Right-To-Work" Legislation Would Take Rights Away From Working People And Hand Them To Corporations

---

**According To The AFL-CIO, "Right-To-Work" Legislation Would Take Rights Away From Working People And Hand Them To Corporations.** "'Right to work' is the name for a policy designed to take away rights from working people. Backers of right to work laws claim that these laws protect workers against being forced to join a union. The reality is that federal law already makes it illegal to force someone to join a union. The real purpose of right to work laws is to tilt the balance toward big corporations and further rig the system at the expense of working families. These laws make it harder for working people to form unions and collectively bargain for better wages, benefits and working conditions." [aflcio.org, Right to Work, accessed 7/17/18]

---

### Herrell Voted Multiple Times Against Raising The Minimum Wage

---

### Herrell Voted Against Raising The Minimum Wage To $10.10 In Committee

---

**Herrell Voted Against Raising The Minimum Wage To $10.10 In Committee.** "On a straight party-line vote, a House committee on Monday voted down two bills that would have raised the state minimum wage to $10.10 an hour. While Democrats on the House Regulatory and Public Affairs Committee said that House Bill 20 and HB 138 would help raise thousands of New Mexicans out of poverty, Republicans said they were afraid the wage increase would hurt businesses. […] Rep. Yvette Herrell, R-Alamogordo, chairwoman of the committee, noted that $10.10



an hour would make New Mexico the state with the highest minimum wage." [New Mexican via the Taos News, 2/2/15]

---

**Herrell Said A Minimum Wage Increase Would Have An "Enormous Impact" On Businesses**

---

**Herrell Said A Minimum Wage Increase Would Have An "Enormous Impact" On Businesses.** "Rep. Yvette Herrell, the Republican from Alamogordo who chairs the committee, said she believed a minimum wage increase would have an 'enormous impact' on businesses. And 'I just have a hard time understanding it wouldn't have an impact on job growth,' she said." [Associated Press, 2/3/15]

---

**Herrell Voted Against A Bill That Would Raise The State Minimum Wage In Phases, First To $8.25 And Then To $9.00**

---

**Herrell Voted Against A Bill That Would Raise The State Minimum Wage In Phases, First To $8.25 And Then To $9.00.** "Here is a quick summary of the Minimum Wage Bill that just passed the House. SB 386  Synopsis of Bill Senate Floor Substitute for Senate Bill 386 (SB386/SFlS) would raise the statewide minimum wage to $8.25 on October 1, 2017 and $9.00 on April 1, 2018. Beginning on October 1, 2017, the bill would exempt trainee employees, providing those employees with an $8.00 minimum wage for a period of 60 days from the date they are hired. The minimum wage for tipped employees would be increased to $2.38 on October 1, 2017 and $2.63 on April 1, 2018." The bill passed the House 41-27 and was vetoed by the Governor. [Yvette Herrell via Facebook, posted 5/16/17; Senate Bill 386, 53rd Legislature First Session, 3/16/17]

# And Bad For Older New Mexicans

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump" Even Though Republicans Planned To Pay For It With Cuts To Medicare And Social Security**

---

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump"**

---

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump."** "Glad to see the Tax Reform Bill signed by President Trump. Unemployment down, GDP and Stock Market up, additional funding for our Military! A great way to start 2018!" [Yvette Herrell via Facebook, 12/22/17]

---

**Tax Cuts And Jobs Act Increased The Federal Debt – And Republicans Planned To Pay For It With Cuts To Medicare And Social Security**

---

**After Passing A Tax Bill That Added Trillions To The Deficit, Speaker Ryan Said Medicare And Medicaid Would Need To Be "Reformed" In Order To Decrease The Deficit.** "With his dream of tax reform now realized, Ryan is hoping to make progress on two other issues he's targeted during his two-decade career in Washington: entitlement and welfare reform. 'We're going to have to get back next year at entitlement reform, which is how you tackle the debt and the deficit,' Ryan, a former Budget Committee chairman, said in a recent interview this month on the Ross Kaminsky radio talk show. Medicare and Medicaid are the 'big drivers of debt,' Ryan said, suggesting Republicans could once again use the budget reconciliation process to avoid a Democratic filibuster. Medicare is the 'biggest entitlement that's got to have reform,' Ryan added." [The Hill, 12/27/17]

> **HEADLINE: After Tax Overhaul, GOP Sets Sights on Medicare, Social Security** [US News, 12/7/17]

> **HEADLINE: Ryan says Republicans to target welfare, Medicare, Medicaid spending in 2018** [Washington Post, 12/6/17]



**HEADLINE: Paul Ryan Pushes to Keep Overhaul of Safety-Net Programs on GOP Agenda** [Wall Street Journal, 2/4/18]

**AP: "A Wide Range Of Economists And Nonpartisan Analysts Have Warned That The Bill Will Likely Escalate Federal Debt, Intensify Pressure To Cut Spending On Social Programs And Further Widen America's Troubling Income Inequality."** "The tax overhaul of 2017 amounts to a high-stakes gamble by Republicans in Congress: That slashing taxes for corporations and wealthy individuals will accelerate growth and assure greater prosperity for Americans for years to come. The risks are considerable. A wide range of economists and nonpartisan analysts have warned that the bill will likely escalate federal debt, intensify pressure to cut spending on social programs and further widen America's troubling income inequality." [Associated Press, 12/17/17]

---

**Herrell Has Been An Active Supporter Of Balanced Budget Amendments, Which Threaten Social Security And Medicare**

---

**Herrell Has Been An Active Supporter Of Balanced Budget Amendments …**

**Herrell: "I Look Forward To Representing You In Congress And Fighting For Commonsense Solutions Such As The Balanced Budget Amendment."** "Today, the House of Representatives voted on a Balanced Budget Amendment to the Constitution.  While it didn't pass, it was a step in the right direction in the fight to change the corrupt culture in Washington, D.C.  I look forward to representing you in Congress and fighting for commonsense solutions such as the Balanced Budget Amendment." [Yvette Herrell for Congress via Facebook, posted 4/12/18]

**Herrell Was A Co-Founder Of The Balanced Budget Amendment Task Force.** "The Balanced Budget Amendment Task Force' s mission is to assist the 38 states needed to draft and ratify a Balanced Budget Amendment (BBA) to the U.S. Constitution. […] State Representative Yvette Herrell (NM), Co-founder." [BBA4USA.org via web.archive.org, captured 8/10/13]

**Herrell Said A Constitutional Balanced Budget Amendment Would Mean "The American People Could Prosper For Generations."** " 'The American people could prosper for generations when enough states join Ohio to propose and ratify a U.S. balanced budget amendment (BBA) that constitutionally stops the unsustainable deficits and pays back the $17 trillion in debt,' stated Balanced Budget Amendment Task Force (BBATF) Co-founder Representative Yvette Herrell (NM)." [Indian Banking News, 11/22/13]

---

**… Even Though They Threaten Social Security And Medicare**

**Center for American Progress: The Balanced-Budget Amendment Threatens Americans' Health Care, Social Security, and Jobs** [Center for American Progress, 4/11/18]

**A Balanced Budget Amendment Would Override All Government Guarantees And Promises Written Into Law – Including Social Security, Medicare, Veterans Benefits, And Military Pensions.** "In general, a balanced budget requirement in the U.S. Constitution would override any and all government guarantees and promises written into law: the guarantee to pay interest on the debt; or to pay insurance and guarantee claims for bank deposits, floods, loan defaults, and nuclear accidents; or to pay program benefits for Social Security, Medicare, Medicaid, unemployment benefits, veterans' benefits, or military and civil service pensions; or to pay contractors who have delivered goods or services to the federal government." [CBPP, 3/16/18]

**Under A Balanced Budget Amendment, It Would Be Unconstitutional For Social Security To Use Its Savings – What Workers Already Paid In – To Pay Promised Benefits; Benefits Could Have To Be Cut.** "Currently, Social Security holds $2.9 trillion in Treasury securities.  But under the balanced budget amendment, it would essentially be unconstitutional for Social Security to draw down these savings to pay promised benefits.  Instead,



benefits could have to be cut, because all federal expenditures would have to be covered by tax revenues collected during that same year." [CBPP, 3/16/18]



## Yvette Herrell Is Just Another Swampy Politician

### *Significant Findings*

- ✓ *Herrell is a career politician.*

  - ✓ *Herrell has been an elected official since 2010.*

  - ✓ *Herrell said she had been working towards running for Congress before she even ran for the state legislature.*

  - ✓ *Only 17 percent of the bills Herrell sponsored were chaptered or signed.*

- ✓ *Herrell has already been the beneficiary of more than $100,000 in taxpayer-funded per diem and reimbursements.*

- ✓ *Herrell took money from the payday lending industry and then voted to kill two bills capping interest rates.*

  - ✓ *Herrell reportedly also said she wanted to see legislation written by the payday lending industry.*

- ✓ *Herrell is buddying up to the most extreme politicians in Washington.*

  - ✓ *Herrell was endorsed by the House Freedom Caucus and said she "looked forward to serving with the members of the House Freedom Fund."*

  - ✓ *Herrell was endorsed by House Freedom Caucus founders Mark Meadows and Jim Jordan and accepted a $2,000 contribution from Jim Jordan and a $5,000 contribution from the House Freedom Fund.*

- ✓ *Herrell made it clear that she won't stand up to President Trump.*

  - ✓ *Herrell: "I've been on that Trump train since Day 1 of his announcement."*

  - ✓ *Herrell said she thought people were happy with the Trump administration and that she planned on supporting Trump's agenda.*

  - ✓ *Herrell said she "strongly support[s] the President" and "think[s] he's doing a marvelous job."*

- ✓ *Herrell failed to disclose almost half-a-million her real estate company received from renting properties to two New Mexico state departments.*

## Herrell Is A Career Politician

### Herrell Was First Elected To Political Office In 2010

#### November 2010: Herrell Was Easily Elected To The State's 51st District



**Herrell Was Easily Elected To The State's 51st District.** District 51.17 of 17 precincts. x-Yvette Herrell (R) 3,059 Susan Medina (D) 1,805." [Albuquerque Journal, 11/3/10]

---

**Herrell Said She Had Been Working Toward Running For Congress Before She Even Ran For The State Legislature**

---

**Herrell: "I've Been Wanting To Run For Congress Before Running For The State Legislature Because I Knew I Had A Calling."** "'I've been wanting to run for Congress before running for the state legislature because I knew I had a calling, I wanted to be engaged and involved,' Herrell said. 'Serving in the state legislature helped me realize how passionate I was I am to serve the people of New Mexico.'" [Alamogordo Daily News, 7/11/17]

---

**Only 17 Percent Of Herrell's Sponsored Legislation Was Chaptered Or Signed**

---

**Only 17 Percent Of The Bills Herrell Sponsored Were Chaptered Or Signed.** [New Mexico Legislature, Sponsor, accessed 6/12/18]

---

# Herrell Has Already Been The Beneficiary Of More Than $100,000 In Taxpayer-Funded Per Diem And Reimbursements

---

**2011-2018: Herrell Received $100,308.41 As A Member Of The New Mexico Legislature**

---

*NOTE: See Appendix VI – Office & Travel Expenditures for a detailed breakdown of Herrell's taxpayer-funded mileage, per diem, and reimbursements.*

*NOTE: Copies of all primary source documents from the New Mexico State Legislature are linked here.*

---

**2011 – 2018: Herrell Received A Total Of $82,937.47 In Taxpayer-Funded Salary, Given As Per Diem**

---

Over her 8 years in the New Mexico House of Representatives, Herrell has received a total of $82,937.47 in taxpayer-funded salary, given as per diem.

| Herrell Per Diem | |
|---|---|
| **Year** | **Per Diem** |
| 2018 | $4,830.00 |
| 2017 | $11,300.47 |
| 2016 | $7,019.00 |
| 2015 | $11,385.00 |
| 2014 | $9,471.00 |
| 2013 | $17,639.00 |
| 2012 | $8,888.00 |
| 2011 | $11,865.00 |
| **TOTAL** | **$82,397.47** |

[New Mexico Legislative Council Service, 6/15/18]

*NOTE: The above per diem includes what was earned for attending ALEC. Not including ALEC, Herrell earned $79,952.47 in per diem.*

---

**2011 – 2018: Herrell Earned $13,704.87 In Mileage Reimbursements**

---

In addition to her taxpayer-funded per diem, Herrell also received $13,704.87 in mileage reimbursements from the New Mexico House of Representatives.



| Herrell Mileage Reimbursements | |
|---|---|
| **Year** | **Mileage Reimbursements** |
| 2018 | $240.89 |
| 2017 | $852.79 |
| 2016 | $954.72 |
| 2015 | $799.25 |
| 2014 | $1,926.40 |
| 2013 | $4,553.90 |
| 2012 | $2,608.51 |
| 2011 | $1,768.41 |
| **TOTAL** | **$13,704.87** |

[New Mexico Legislative Council Service, 6/15/18]

---

**2011 – 2015: Herrell Received An Additional $4,206.07 In Other Reimbursements**

---

| Herrell Other Reimbursements | | | |
|---|---|---|---|
| **Year** | **Voucher Line Description** | **Name of Meeting** | **Reimbursement Amount** |
| 2015 | Mileage;air;txi;pkg | ALEC | $632.36 |
| 2014 | Mileage;airfare;pkg | ALEC Annual Meeting | $1,226.11 |
| 2013 | Parking, Miles | SNPS – ALEC | $141.32 |
| 2012 | Reg, Airfare, Taxi, Mil | ALEC | $1,035.91 |
| 2011 | Reg., Air, Bag, Taxi, Pr | ALEC 2012 State & Nation Policy Summit | $1,170.37 |
| | | **TOTAL** | **$4,206.07** |

[New Mexico Legislative Council Service, 6/15/18]

Herrrell Took $X Over

## Herrell Took Money From The Payday Lending Industry And Then Voted To Kill Two Bills Capping Interest Rates

**2013 – 2015: Herrell Received $1,100 From The Payday Lending Industry**

**2013 – 2015: Herrell Received $1,100 From The Payday Lending Industry.** "'Honestly, I don't ever think, "There's Mr. So-and-So and his company gave me money,"' said Rep. Yvette Herrell, R-Alamogordo. Herrell chairs the House Regulatory and Public Affairs Committee the body that tabled the two interest-cap bills on a party-line vote. A check of campaign finance records show storefront lending companies and affiliated associations have given $2,650 since early 2013 to three of the four GOP lawmakers on the House Regulatory and Public Affairs Committee. Rep. Nora Espinoza of Roswell received the most $1,300 with $1,100 to Herrell and $250 to Rep. James Smith of Sandia Park. No contributions went to Wooley, the records show." [New Mexico In Depth, 2/6/15]

**2015: Herrell Voted To Block Two Democratic Bills That Would Have Capped Interest Rates At 36 Percent**

**Herrell, Chair Of The House Regulatory And Public Affairs Committee, Voted To Block Two Democratic Bills That Would Have Capped Interest Rates At 36 Percent.** "Republicans closed ranks Wednesday to block two bills by Democrats that would have capped interest rates on loans at 36 percent a year. Members of the House Regulatory and Public Affairs Committee tabled both measures on 4-3, party-line votes." [Santa Fe New Mexican, 2/4/15; House Standing Committees, 52nd Legislature First Session, published 2/9/15]



**Herrell: "I Personally Do Not Think The 36 Percent Cap Is The Right Fix."** "The committee chairwoman, Rep. Yvette Herrell, R-Alamogordo, then took the unusual step of announcing that she was amenable to reviving debate after the storefront loan industry offers a bill of its own to lessen public concerns about predatory lending. 'I personally do not think the 36 percent cap is the right fix,' Herrell said after industry members testified that they could not turn a profit on small loans with that limitation." [Santa Fe New Mexican, 2/4/15]

**Herrell Denied That Lobbyist Bought Votes For Bills To Cap Interest Rates, Or In General.** "A who's who of lobbyists watched on Wednesday as Republicans on a legislative committee shelved two bills that would cap what storefront lenders can charge people in need of cash for loans. [...] The powerhouse lobbyists were hired by the lending industry that was targeted by the legislation. And their presence Wednesday afternoon offers a glimpse into the mechanics of how the Roundhouse works, the role of lobbyists and the amount of money that sometimes lubricates the legislative process. [...] 'Honestly, I don't ever think, 'There's Mr. So-and-So and his company gave me money,' said Rep. Yvette Herrell, R-Alamogordo. Herrell chairs the House Regulatory and Public Affairs Committee the body that tabled the two interest-cap bills on a party-line vote." [Farmington Daily Times, 2/6/15]

**A Year Before Voting To Block Bill To Cap Interest Rates, Herrell Drafted A Bill To Cap Loans At 25%.** "Last year, Alamogordo's very own Yvette Herrell, R-Otero County, drafted HB199, a bill to cap interest rates on title loans at no more than 25 percent. Last week, Ms. Herrell did an about-face and opposed the proposed cap on loans. She teamed up with fellow Republicans to block the legislation in her role as chair of the House Regulatory and Public Affairs Committee just three weeks after attending a Legislative Prayer Breakfast in Alamogordo." [Las Cruces Sun-News, Josh Grider Op-Ed, 2/12/15]

| |
|---|
| **2015: Herrell Reportedly Said She Wanted To See Legislation Written By The Payday Lending Industry** |

**Herrell Reportedly Said She Wanted To See Legislation Written By The Payday Lending Industry.** "Storefront lending companies and affiliated associations gave nearly $140,000 to New Mexico public officials and political action committees in 2013 and 2014, according to an analysis of data from the New Mexico Secretary of State's office. [...] So far, bills to cap interest rates have stalled in both House and Senate legislative committees. Rep. Yvette Herrell, the Republican chairwoman of the House Regulatory and Public Affairs committee, which rejected two rate-cap bills, said earlier this month she wanted to see legislation written by the industry." [New Mexico In Depth, 2/16/15]

# Herrell Is Already Buddying Up To The Most Extreme Politicians In Washington

| |
|---|
| **Herrell Was Endorsed By The House Freedom Caucus And Received Donations From Both The House Freedom Fund And One Of Its Founding Members Jim Jordan** |

**April 2018: The House Freedom Fund Endorsed Herrell And Donated $5,000 To Her Campaign**

**The House Freedom Fund Endorsed Herrell.** "The House Freedom Fund, 'financed by hard-right conservatives in Congress' House Freedom Caucus,' has endorsed state Rep. Yvette Herrell (R). 'Herrell is competing against former Hobbs Mayor Monty Newman (R)' for Rep. Steve Pearce's (R) seat. 'Pearce,' who is running for governor, 'has been a Freedom Caucus member and a regular contributor to the' House Freedom Fund." [National Journal Hotline, 4/12/18]

**The House Freedom Fund Donated $5,000 To Her Campaign.** According to the Federal Election Commission, the House Freedom fund donated $5,000 to Yvette4Congress on April 17, 2018. [FEC.gov, 4/17/18]

**May 2018: Mark Meadows Endorsed Herrell**


**May 2018: Mark Meadows Endorsed Herrell In The 2018 Election.** "BREAKING: Yvette Herrell Endorsed by US Rep. Mark Meadows-- 'Yvette Herrell is the candidate in New Mexico's 2nd Congressional District that possesses the courage, dedication, and principles that are resonating with conservatives.' -said Rep. Mark Meadows (R-NC)  #nmpol." [Yvette Herrell via Twitter, 5/31/18]

---

**May 2018: Jim Jordan Endorsed Herrell And Donated $2,000 To Her Campaign**

**Jordan Endorsed Herrell In The 2018 Election.** "BREAKING: Yvette Herrell Endorsed by US Rep. Jim Jordan- - 'I am excited and proud to endorse Yvette Herrell as she seeks to represent New Mexico's 2nd Congressional District,' said Rep. Jim Jordan. 'Yvette is a proven conservative who is not afraid to fight for the principles of limited government and fiscal responsibility originally envisioned by our Founding Fathers. I look forward to having an ally like Yvette Herrell in the House of Representatives.' " [Yvette Herrell for Congress via Facebook, posted 5/25/18]

**Jordan's Campaign Donated $2,000 To Herrell.** According to the Federal Election Commission, Jim Jordan for Congress donated $2,000.00 through the House Freedom Fund to Yvette4Congress on May 31, 2018. [FEC.gov, 5/31/18]

# Which Isn't A Surprise, Given Her Relationship With The Conservative Group ALEC

**Herrell Spent $6,651.07 Of Taxpayer Dollars To Attend Meetings Of ALEC, The "Conservative, Corporate-Backed Lobbying Organization" Supported By The Koch Brothers**

**2011 – 2015: Herrell Spent $6,651.07 To Attend ALEC On The Taxpayer's Dime**

| Herrell ALEC Per Diem and Reimbursements | | | |
|---|---|---|---|
| Year | Voucher Line Description | Name of Meeting | Reimbursement Amount |
| 2015 | Mileage;airfare;pkg | ALEC Annual Meeting | $1,226.11 |
| 2015 | Per Diem | ALEC Annual Meeting | $825.00 |
| 2014 | Parking, Miles | SNPS – ALEC | $141.32 |
| 2014 | Per Diem | SNPS – ALEC | $825.00 |
| 2013 | Reg, Airfare, Taxi, Mil | ALEC | $1,035.91 |
| 2013 | Per Diem | ALEC | $795.00 |
| 2012 | Reg., Air, Bag, Taxi, Pr | ALEC 2012 State & Nation Policy Summit | $1,170.37 |
| 2011 | Mileage;air;txi;pkg | ALEC | $632.36 |
| | | **TOTAL** | **$6,651.07** |

[New Mexico Legislative Council Service, 6/15/18]

**ALEC Was A "Conservative, Corporate-Backed Lobbying Organization" Supported By The Koch Brothers**

**Think Progress: ALEC Was A "Conservative, Corporate-Backed Lobbying Organization."** "Oil giant ExxonMobil will not be renewing its membership to the American Legislative Exchange Council (ALEC), a conservative, corporate-backed lobbying organization known for giving lawmakers template legislation. ALEC also has a long history of pushing laws that would undermine environmental protections and clean energy." [Think Progress, 7/12/18]

**The Hill: ALEC Was Supported By The Koch Brothers.** "ALEC, which has been supported by conservative billionaire brothers Charles and David Koch, does not itself lobby the federal government. Instead, the group's corporate members use it to push mostly state legislators on various policy matters, often through the use of model legislation to be proposed in statehouses." [The Hill, 7/12/18]



**2014: ALEC Named Herrell "State Chair Of The Year"**

**2014: ALEC Named Herrell "State Chair Of The Year."** "New Mexico state Rep. Yvette Herrell, R-Alamogordo, chairwoman of the state branch of the probusiness American Legislative Exchange Council was named ALEC's 'state chair of the year' on Thursday. 'Rep. Herrell is an incredible ALEC partner in New Mexico,' said Barbara Cegavske, the head of ALEC's state chair group. 'Her tireless effort to promote limited government, free markets and federalism principles serve as a model for all state chairs.' Herrell said in a statement that she was grateful for the recognition. [Albuquerque Journal, 8/1/14]

**2014: Herrell Served As The ALEC New Mexico Public Sector State Chairwoman**

**Herrell Served As The ALEC New Mexico Public Sector State Chairwoman.** COMMENTARY: "Yvette Herrell is a New Mexico state representative and the American Legislative Ex-change Council New Mexico public sector state chairwoman." [Roll Call, Yvette Herrell, 9/18/14]

**Herrell Sponsored Legislation Supported By ALEC And Modeled Off Its Legislative Guides**

**2014: Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico, Which Progress Now Said Was "Straight Out Of The ALEC Handbook"**

**Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico.** "Rep. Yvette Herrell from Otero County again put forth a bill to create a task force to study the idea of federal lands being transferred back to New Mexico." [Ruidoso News, 2/27/14]

> **Progress Now Said The Bill Was "Straight Out Of The ALEC Handbook."** "Rep. Yvette Herrell's (R) HB 102, 'Creating the Transfer of Public Lands Task Force' is straight out of the ALEC handbook for rookie legislators. HB102 recommends a task force to study the transfer of federal public lands to the state and designates appointment authority to the task force to ensure a Republican super-majority of members in a state with a majority Democratic registration and Democratic-controlled legislature." [ProgressNowNM, 2/3/14]

**2013: Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico, Which Was Supported By ALEC**

**Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico.** "Federal public lands: In what has to be one of the most ambitious and longest-shot bills introduced so far this session, Rep. Yvette Herrell, R-Alamogordo, and Sen. Richard C. Martinez, D-Espacola, are co-sponsoring HB 292, which proposes transferring millions of acres of federal public lands -- Forest Service and Bureau of Land Management lands -- within New Mexico to the state." The bill was not voted on in the House. [Las Cruces Sun-News, 1/29/13; HB 292, 2013 Regular Session, accessed 6/8/18]

> **The Bill Would Exclude National Parks And Monuments And Lands Held In Trust For Tribes And Pueblos.** "The bill excludes national parks and monuments, wilderness areas and lands held in trust for tribes and pueblos. It would establish a task force to oversee the land transfer and outlines the division of funds from selling any of the public land. The bill specifically protects the 'rights, claims or privileges of New Mexico's historic land grants.' " [Las Cruces Sun-News, 1/29/13]

> **Herrell's Bill Was Supported By ALEC.** "This movement advocating for the transfer of western public lands began in Utah in 2012.  Utah State Representative Ken Ivory introduced and Governor Gary Herbert signed into law HB148— 'Transfer of Public Lands Act'—which has subsequently become ALEC model policy for other state legislators to use as an example. Since the movement began in Utah, legislation has been popping up across the country: […] New Mexico introduced a bill (HB292) that would have created a Public Lands Transfer Task Force which would have defined public lands to be transferred from the federal government to



the state and developed a mechanism for the transfer of federal public land to the state." [American Legislative Exchange Council, 6/6/13]

## Herrell Made It Clear That She Won't Stand Up To President Trump

**Herrell: "I've Been On That Trump Train Since Day 1 Of His Announcement"**

**Herrell: "I've Been On That Trump Train Since Day 1 Of His Announcement."** "'I've been on that Trump train since Day 1 of his announcement,' state Rep. Yvette Herrell said Saturday as she addressed the audience of about 650 at the Embassy Suites hotel in Albuquerque." [Albuquerque Journal, 2/24/18]

**Herrell Said She Thought People Were Happy With The Trump Administration And That She Planned On Supporting Trump's Agenda**

**Herrell Said She Thought People Were Happy With The Trump Administration And That She Planned On Supporting Trump's Agenda.** "Herrell hopes to energize voters, saying that she believes people are happy with what they are seeing coming out of the Trump Administration, and that she plans on supporting the President's agenda. Herrell said she has 28 legislators supporting her, there is not a single legislator in Congress who has that many supporters." [Cibola Citizen, 4/4/18]

**Herrell: "I Strongly Support The President, And I Think He's Doing A Marvelous Job"**

**Herrell: "I Strongly Support The President, And I Think He's Doing A Marvelous Job."** "Herrell campaigned as a strong ally of Trump and a staunch supporter of his signature effort to build a wall along the border. 'I strongly support the president, and I think he's doing a marvelous job,' she told The Associated Press after winning the GOP nomination Tuesday." [Associated Press, 6/6/18]

## Herrell Failed To Follow State Financial Disclosure Requirements For Five Years

**Herrell Failed To Disclose Nearly Half-A-Million In Income From The State Of New Mexico To Her Real Estate Company On Five Years Of State Financial Disclosure Statements**

**Herrell Failed To Disclose Nearly Half-A-Million In Income From Her Real Estate Company On State Financial Disclosure Statements.** "A New Mexico GOP state lawmaker and congressional candidate failed to disclose that her real estate company earned nearly a half-million dollars in contracts with two state agencies over five years, according to an analysis of campaign finance disclosure records by The Associated Press." [Associated Press via US News, 4/6/18]

**Herrell's Company Took In $440,000 By Renting Property To Two New Mexico Departments.** "The review of documents by the AP found Rep. Yvette Herrell's company, Herrell Properties, took in $440,000 by renting property to the New Mexico Taxation and Revenue Department and New Mexico Environment Department since 2013." [Associated Press via US News, 4/6/18]

**Herrell Did Not Disclose That Income, Despite State Law Requiring Lawmakers Who Provide "Goods And Services In Excess Of $5,000" To Disclose The Income Annually.** "However, Herrell, R-Alamogordo, did not disclose that income on ethics disclosure statements, but listed herself as the company's owner, according to public documents reviewed by the AP. […] State law requires lawmakers who provide 'goods and services in excess of $5,000' from state agencies report the income annually to the state secretary of state's office. Anyone who 'knowingly and willfully' violates the state's financial disclosure act faces a $1,000 fine or a year in jail. The secretary of state's office also can impose fines up to $5,000 and send the case to an independent arbitrator to resolve disclosure disputes." [Associated Press via US News, 4/6/18]



**Herrell Said She Had Never Personally Been Paid By Or Collected Any Income From The State Of New Mexico.** "In a statement, Herrell said she has always diligently submitted the necessary paperwork required by the secretary of state's office and other entities since becoming an elected lawmaker in 2011. 'While I am a partner in a company that has owned real estate in which the state leased, I have never personally been paid by or collected any monies from the state of New Mexico,' Herrell said. Herrell said the secretary of state's office has never brought up any irregularities about her disclosures since she's been a lawmaker." [Associated Press via US News, 4/6/18]

---

**Herrell Said The News Of The Nondisclosure Was Orchestrated By Monty Newman, Her Republican Primary Opponent**

---

**Herrell Said The News Of The Nondisclosure Was Orchestrated By Monty Newman, Her Republican Primary Opponent.** "Herrell said news of the nondisclosures were an "an attack on my moral character" orchestrated by a political consultant of Hobbs businessman Monty Newman, one of her opponents in the Republican primary for the open congressional seat." [Associated Press via US News, 4/6/18]

---

**Herrell Said She Was Told By The Secretary Of State's Office She Did Not Have To Change The Way She Disclosed Assets**

---

**Herrell Said She Was Told By The Secretary Of State's Office She Did Not Have To Change The Way She Disclosed Assets.** "'It was indeed fake news. I've always complied with the Secretary of State. This is a family partnership. It was gifted to my sister and myself,' she said.  Herrell said she had discussed the matter with the Secretary of State's office and was told she did not have to change the way she disclosed property or reporting income.  'Incidentally, we don't even have these properties anymore,' she said. 'This was nothing more than an attack on my character.' " [Los Alamos Monitor, 4/10/18]

---

**The Albuquerque Journal's Editorial Board Said Herrell's Failure To Disclose The Income Was "Pretty Egregious" And That Her Response To The Charges Was "Disingenuous At Best"**

---

**Albuquerque Journal Editorial Board: Herrell's Failure To Disclose Income From Her Real Estate Company Was "Pretty Egregious."** EDITORIAL: "It's not as outrageous as the scam perpetrated on taxpayers by former Democratic state Sen. Phil Griego – who pushed for the sale of a state-owned building, pocketed a $50,000 real estate commission and is now serving time in prison. But it is nevertheless pretty egregious. The 'it' is $440,000 in rent state Rep. Yvette Herrell's real estate company has collected from two state agencies since 2013. There's no prohibition against that, but here's the problem:  Herrell – who is seeking the Republican nomination for the U.S. Congressional seat in southern New Mexico – didn't disclose that income on ethics disclosure statements during her tenure in the Legislature." [Albuquerque Journal, Editorial Board, 4/13/18]

**Albuquerque Journal Editorial Board: Herrell's Response To The Charges That She Had Never "Personally Been Paid By Or Collected Any Monies From The State" Was "Disingenuous At Best."** EDITORIAL: "For her to say she didn't disclose that income because she has never 'personally been paid by or collected any monies from the state' is disingenuous at best. It's a little like someone trying to make the case that purchasing something online isn't the same as shopping, because she never went into a bricks and mortar store." [Albuquerque Journal, Editorial Board, 4/13/18]



# Key Visuals

## Video

**Herrell: "Let's Get God Back In The Dialogue."** VIDEO: "Let's get God back in the dialogue. Let's stop allowing the media, and Hollywood, and pop culture, and the government to tell us how to raise our kids and live our lives." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (02:05 - 02:20)

**Herrell: "Because Of My Involvement In The State Legislature I've Got Great Relationships In Washington."** VIDEO: "I feel, as the only state representative going in with legislative experience, understanding the nuances of the district, the challenges we face, whether it's industry, education, individually, I think that really gives me a leg up. And, because of my involvement in the state legislature I've got great relationships in Washington, D.C. You know the House Freedom Fund endorsed me and that's the arm of the freedom caucus [*cross talk*] I've worked with those guys before and so I feel as though I can kind of hit the ground running and then understanding where New Mexico is and what's important for us is very vital to this race." [KSVP – Good Morning Artesia, 5/15/18] (04:14 – 04:49)

**Herrell: "We Should Eliminate The Public Education Department."** "I really want to support the President in the area of getting more government out of the way, getting the government out of the way of educating. And he has mentioned that when he campaigned that he wanted to back off from the federal government having such a hand in local education systems and I fully feel the same way on the state level that perhaps we should eliminate the public education department and let the control be given back to the school boards, where budget, curriculum decisions can be made where we can see a much broader and more involved community effort." [KSVP – Good Morning Artesia, 5/15/18] (05:08 – 05:38)

**Herrell Supported Teachers Carrying Weapons In Schools.** VIDEO: "We need to allow concealed carry for personnel, teachers, to be at the schools and other places. These gun free zones are not gun free for the shooter." [KRWGnews via YouTube, posted 2/21/18] (27:15 – 27:24)

**Herrell Said It Might Be A "Great Idea" To Explore Expanding Background Checks.** VIDEO: "We have to protect the Second amendment, I mean that is a right, not a privilege. I think the idea of possibly looking in to expanding background checks might be a great idea. But really where it needs to start is at home." [KRWGnews via YouTube, posted 2/21/18] (27:02 – 27:15)

**Herrell Said Border Security Was A Big Issue In New Mexico.** VIDEO: "I think in New Mexico, obviously education is a biggie, but also the border security is a big issue, especially when we're over on the west side of the state, because the border's so close. And people are wanting to ensure that we're protecting Americans first. [KSVP – Good Morning Artesia, 5/15/18] (07:44 – 07:57)

**Herrell: "Let's Build A Wall And Secure Our Borders."** VIDEO: "And let's build a wall and secure our borders." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (01:57 – 02:02)

**Herrell Said She Supported Building The Wall.** VIDEO: "I definitely support building the wall. I think that's just key in terms of securing the border security and helping with the immigration issue. That's something that President Trump has talked about, something I certainly stand for." [KRWGnews via YouTube, posted 2/21/18] (08:47 – 09:00)

**Herrell Was Supportive Of Guest Worker Programs.** VIDEO: "A big issue that does come forward, and this is one I really want to work on especially as it relates to helping not just our Ag. Industry but all industries. You know, this guest worker program, we are not sufficient in producing to our full potential as it relates to dairy, produce, ag, because we don't have the workers available. And I believe we can work continuously with Chairman Goodlatte who has started working and improving on the guest worker program – but we need to do it in a way that



we can maybe look at it regionally, because different industries, different states require and have different needs. And so that's something very important because here we have, you know, two percent of Americans are producing one-hundred percent of the food. So we need to ensure that we're giving them every opportunity to produce to their full potential." [KSVP – Good Morning Artesia, 5/15/18] (07:57 – 08:44)

**Herrell: "We Can't Let Short-Term Fixes Like DACA Become Long-Term Solutions."** VIDEO: "We have to protect New Mexico from becoming a sanctuary state. We can't let short-term fixes like DACA become long-term solutions, because it doesn't work that way. We need a Congress that's going to act and take action. We need to give the border patrol the tools they need but we also need to be looking at the laws that are on the book and enforcing them. And it has become such a huge issue and it's become more divisive than it is uniting us. It's something we have to address. We cannot afford as a state or a nation to pay for the medical, the schooling, and other necessities that illegals are taking away from our taxpayers and from our veterans more importantly." [KRWGnews via YouTube, posted 2/21/18] (20:17 – 20:55)

**Herrell: "I Support Right-To-Work."** VIDEO: "And speaking of business, let's just set this straight. I support right-to-work. I voted for the bill in House committee, but when we put a minimum wage on it, that is not a good bill. And you don't use business owners as pawns to get work done in New Mexico." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (01:06 – 01:24)

**Herrell: "I Really Want To Support The President In The Area Of Getting More Government Out Of The Way, Getting The Government Out Of The Way Of Educating."** VIDEO "I really want to support the President in the area of getting more government out of the way, getting the government out of the way of educating. And he has mentioned that when he campaigned that he wanted to back off from the federal government having such a hand in local education systems and I fully feel the same way on the state level that perhaps we should eliminate the public education department and let the control be given back to the school boards, where budget, curriculum decisions can be made where we can see a much broader and more involved community effort. [KSVP – Good Morning Artesia, 5/15/18] (05:08 – 05:38)

**Herrell Said The Republican Tax Scam "Has Been Completely Helpful For The Country."** VIDEO: "I think that the new tax reform package has been completely helpful for the country. And we've seen great opportunities in New Mexico just because business reinvests in business. This is giving people a bigger paycheck." [KRWGnews via YouTube, posted 2/21/18] (38:16 – 38:27)



# Personal & Professional History



## Biography

**This section provides background information on Herrell's personal life, including education, personal finances, criminal and civil record, and other areas. Searches were conducted with various local media in New Mexico, media outlets including the Alamogordo Daily News, Albuquerque Journal, and Las Cruces Sun-News, as well as a number of other online resources, including Lexis-Nexis.**

## Birth Date

### Herrell Was Born In Ruidoso And Grew Up In The Village Of Cloudcroft In New Mexico

**Herrell Was Born In Ruidoso And Grew Up In The Village Of Cloudcroft In New Mexico.** "She was born in Ruidoso and grew up in the Village of Cloudcroft where she learned how to be an entrepreneur from her father, past county commissioner Tommy Herrell." [Alamogordo Daily News, 10/20/16]

### Herrell Grew Up In New Mexico's 2nd Congressional District And Lived In Alamogordo For 25 Years

**Herrell Lived In Alamogordo For 25 Years.** "'I've lived in Alamogordo for 25 years." [Alamogordo Daily News, 7/11/17]

**Herrell Was Raised In New Mexico's 2nd Congressional District.** "'I was born in Ruidoso but I lived in Alamogordo until I was about 5 years-old and then we moved to Cloudcroft where I attended all of my school years. My dad opened up a real estate office up there, the very first one in Cloudcroft,' Herrell said." [Alamogordo Daily News, 10/20/16]

## Education

### Herrell Received A Legal Secretarial Degree From ITT Business School

**Herrell Attended ITT Business School.** "Yvette Herrell attended ITT business school in Boise, Idaho where she studied in the legal secretarial program." [Alamogordo Daily News, 7/11/17]

**Herrell Received A Legal Secretarial Degree.** "I did leave for a while to go to Boise, Idaho to get my legal secretarial degree then moved back to Alamogordo." [Alamogordo Daily News, 7/11/17]

**Herrell Took Some Classes At New Mexico State University.** "She also attended some classes at New Mexico State University." [Alamogordo Daily News, 7/11/17]

## Criminal Record

### Herrell Was Given Two Warnings For Speeding In Otero County

**Herrell Was Given Two Warnings For Speeding In Otero County.** According to records received from the Otero County Administration, Herrell received citations for speeding in Otero County on both October 16, 2014 and May 17, 2018. [Otero County Administration, police citations, received 6/12/18]

*NOTE: A copy of the two citations is saved on the DCCC Research Drive in the folder for FOIA for Otero County police records.*

## Political Donations

### 2008 – 2016: Herrell Donated $5,030.00 To Federal Candidates

**2008 – 2016: Herrell Donated $5,030.00 To Federal Candidates.** According to an individual contribution search of the FEC, Herrell and her state campaign committee donated $5,030.00 to several federal candidates from 2008 to 2016. [FEC.gov, individual contributions search, accessed 7/16/18]

| Yvette Herrell Federal Contributions | | | |
|---|---|---|---|
| Date | Contributor | Committee Name | Total Contributions |
| 5/10/16 | Friends of Yvette Herrell | People for Pearce | $500.00 |
| 8/3/15 | Yvette Herrell | People for Pearce | $900.00 |
| 10/17/14 | Rep Yvette Herrell | Allen Weh for Senate | $975.00 |
| 9/2/14 | Friends of Yvette Herrell | People for Pearce | -$25.00 |
| 9/29/14 | Friends of Yvette Herrell | People for Pearce | $1,000.00 |
| 9/7/12 | Yvette Herrell | Janice Arnold-Jones for Congress | $250.00 |
| 4/29/11 | The Honorable Yvette Herrell | Republican Campaign Committee of New Mexico | $250.00 |
| 10/27/09 | Yvette Herrell | Republican Campaign Committee of New Mexico | $180.00 |
| 3/31/08 | Stella Herrell | Aubrey Dunn for Congress | $1,000.00 |
| | | **TOTAL CONTRIBUTIONS** | **$5,030.00** |

[FEC.gov, individual contribution search, accessed 7/16/18]

### 2010 – 2016: Herrell Donated $22,412.91 To State-Level Candidates, Including $2,291.11 To Her Own State Representative Campaign

*NOTE: Contribution data before 2004 was not available.*

| Herrell State Contributions | | | | |
|---|---|---|---|---|
| Date | Recipient | Office | Party | Contribution |
| 2018, 2012 | Republican Party of Otero County | N/A | N/A | $1,355.00 |
| 2018 | David Cheek | State Representative | Republican | $1,000.00 |
| 2018 | J. Britt Snyder | County Sheriff | Republican | $50.00 |
| 2018 | Jackey Chatfield | State Representative | Republican | $1,000.00 |
| 2018 | Lisa Shin | State Representative | Republican | $1,000.00 |
| 2018 | Martin R. Zamora | State Representative | Republican | $500.00 |
| 2018 | Michael Meyer | State Representative | Republican | $1,000.00 |
| 2018 | Rachel Black | State Representative | Republican | $1,000.00 |
| 2018 | Republican Party of Chaves County | N/A | N/A | $50.00 |
| 2018 | Republican Party of Eddy County | N/A | N/A | $96.80 |
| 2016 | A Blair Dunn | State Senator | Republican | $1,000.00 |
| 2016 | Christina Hall | State Representative | Republican | $1,000.00 |
| 2016, 2014, 2012 | Kelly Fajardo | State Representative | Republican | $2,800.00 |
| 2016 | Nora Espinoza | Secretary of State | Republican | $1,000.00 |
| 2016 | Sarah Maestas Barnes | State Representative | Republican | $750.00 |



| 2016, 2012 | William 'Bill' Rehm | State Representative | Republican | $650.00 |
|---|---|---|---|---|
| 2014 | Dianna Duran | Secretary of State | Republican | $500.00 |
| 2014 | Neal Hooks | State Representative | Republican | $1,000.00 |
| 2014 | Tommie Herrell | County Commissioner | Republican | $1,000.00 |
| 2012 | Bob Wooley | State Representative | Republican | $300.00 |
| 2012 | Charles Miller | State Representative | Republican | $500.00 |
| 2012 | David Chavez | State Senator | Republican | $300.00 |
| 2012 | David Gallegos | State Representative | Republican | $250.00 |
| 2012 | Dianne Hamilton | State Representative | Republican | $750.00 |
| 2012 | Dolores Connor | County Clerk | Republican | $100.00 |
| 2012 | Erica Landry | State Representative | Republican | $500.00 |
| 2012 | RoxeAnne Esquibel | District Attorney | Republican | $100.00 |
| 2012 | Thomas Anderson | State Representative | Republican | $500.00 |
| 2010 | Republican Women of Otero County | | | $70.00 |
| 2010 | Yvette Herrell | State Representative | Republican | $2,291.11 |
| | | | **TOTAL:** | **$22,412.91** |

[New Mexico Campaign Finance Information System, Individual Contribution Search, accessed 7/16/18]

*NOTE: A detailed spreadsheet with Herrell's contribution history, including links to each contribution, is saved on the DCCC Research drive.*

# Personal Finance

**In 2018, Herrell had an estimated net worth of between $381,015 and $1,040,000. ,**

**According to Herrell's federal personal financial disclosures, her annual unearned income was between $42,711 and $131,600. Herrell also earned $100,308.41 from the New Mexico House of Representatives. Herrell's assets totaled between $381,015 and $1,040,000 and she had no liabilities.**

## Herrell's Federal Personal Financial Disclosure Summary

*NOTE: For detailed descriptions of Herrell's personal financial disclosures by year, see Appendix I – Personal Financial Disclosures.*

| Herrell Federal PFD Toplines | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Earned Income | Asset Value | | Unearned Income | | Transactions | | Liabilities | |
| | | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX |
| **2018** | $25,000 | $381,015 | $1,040,000 | $42,711 | $131,600 | *n/a* | *n/a* | *None* | *None* |
| **2017** | $52,000 | $454,017 | $1,190,000 | $57,713 | $181,800 | *n/a* | *n/a* | *None* | *None* |
| **2016** | $25,378 | *Unknown* | *Unknown* | $57,713 | $181,800 | *n/a* | *n/a* | *Unknown* | *Unknown* |

[Herrell 2018 Public Financial Disclosure Report, filed 5/15/18; Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

*NOTE: Data on Herrell from 2016 was gleaned from her personal financial disclosure filed in 2017.*

## Taxpayer-Funded Salaries


**2011-2018: Herrell Received $100,308.41 As A Member Of The New Mexico Legislature**

*NOTE: See Appendix VI – Office & Travel Expenditures for a detailed breakdown of Herrell's taxpayer-funded mileage, per diem, and reimbursements.*

*NOTE: Copies of all primary source documents from the New Mexico State Legislature are linked here.*

**2011 – 2018: Herrell Earned A Total Of $82,937.47 In Taxpayer-Funded Salary, Given As Per Diem**

Over her 8 years in the New Mexico House of Representatives, Herrell has received a total of $82,937.47 in taxpayer-funded salary, given as per diem. Legislators in New Mexico do not receive a salary separate from their per-diem.

| Herrell Per Diem | |
|---|---|
| **Year** | **Per Diem** |
| 2018 | $4,830.00 |
| 2017 | $11,300.47 |
| 2016 | $7,019.00 |
| 2015 | $11,385.00 |
| 2014 | $9,471.00 |
| 2013 | $17,639.00 |
| 2012 | $8,888.00 |
| 2011 | $11,865.00 |
| **TOTAL** | **$82,397.47** |

[New Mexico Legislative Council Service, 6/15/18]

*NOTE: The above per diem includes what was earned for attending ALEC. Not including ALEC, Herrell earned $79,952.47 in per diem.*

**2011 – 2018: Herrell Earned $13,704.87 In Mileage Reimbursements**

In addition to her taxpayer-funded per diem, Herrell also received $13,704.87 in mileage reimbursements from the New Mexico House of Representatives.

| Herrell Mileage Reimbursements | |
|---|---|
| **Year** | **Mileage Reimbursements** |
| 2018 | $240.89 |
| 2017 | $852.79 |
| 2016 | $954.72 |
| 2015 | $799.25 |
| 2014 | $1,926.40 |
| 2013 | $4,553.90 |
| 2012 | $2,608.51 |
| 2011 | $1,768.41 |
| **TOTAL** | **$13,704.87** |

[New Mexico Legislative Council Service, 6/15/18]

**2011 – 2015: Herrell Received An Additional $4,206.07 In Other Reimbursements**

| Herrell Other Reimbursements | | | |
|---|---|---|---|
| **Year** | **Voucher Line Description** | **Name of Meeting** | **Reimbursement Amount** |



| 2015 | Mileage;air;txi;pkg | ALEC | $632.36 |
|---|---|---|---|
| 2014 | Mileage;airfare;pkg | ALEC Annual Meeting | $1,226.11 |
| 2013 | Parking, Miles | SNPS – ALEC | $141.32 |
| 2012 | Reg, Airfare, Taxi, Mil | ALEC | $1,035.91 |
| 2011 | Reg., Air, Bag, Taxi, Pr | ALEC 2012 State & Nation Policy Summit | $1,170.37 |
| | | **TOTAL** | **$4,206.07** |

[New Mexico Legislative Council Service, 6/15/18]

*NOTE: For details on the per diem, mileage, and reimbursements Herrell received involving ALEC, see Political Career.*



# Political Career

**This section provides an overview of Herrell's political career, from 2010 to 2018.**

---

### Significant Findings

✓ *Only 17 percent of legislation Herrell sponsored was chaptered or signed.*

✓ *Herrell spent more than $6 thousand dollar on taxpayer-funded trips to meetings of the conservative, partisan organization ALEC.*

---

## Sponsorships

**Only 17 Percent Of Herrell's Sponsored Legislation Was Chaptered Or Signed**

| Herrell Sponsored Legislation | | |
|---|---|---|
| **Bill Location** | **Number** | **Percentage Of Total** |
| Action postponed indefinitely | 72 | 76.60% |
| Chaptered | 10 | 10.64% |
| Signed | 6 | 6.38% |
| **Chaptered & Signed** | **16** | **17.02%** |
| Vetoed | 3 | 3.19% |
| Pocket Veto | 3 | 3.19% |
| **Veto & Pocket Veto** | **6** | **6.38%** |
| **Total Sponsored** | **94** | |

[New Mexico Legislature, Sponsor, accessed 6/12/18]

*NOTE: See Appendix IV - Sponsorships for the full list of sponsored legislation.*

## Committees

| New Mexico House of Representatives | |
|---|---|
| **Year** | **Standing Committees** |
| 2018 | Business & Industry |
| | State Government, Indian & Veterans Affairs |
| 2017 | Business & Industry |
| | State Government, Indian & Veterans Affairs |
| 2016 | Regulatory & Public Affairs *(Chair)* |
| | Business and Employment |
| 2015 | Regulatory & Public Affairs *(Chair)* |
| | Business and Employment |

[House Standing Committees, 53rd Legislature Second Session, published 1/12/18; House Standing Committees, 53rd Legislature First Session, published 1/18/17; House Standing Committees, 52nd Legislature Second Session, published 1/20/16; House Standing Committees, 52nd Legislature First Session, published 2/9/15]



*NOTE: Herrell's committee membership before 2015 was not available through the New Mexico legislature's website or through the Wayback Machine.*

# Partisanship

**Herrell Spent $6,651.07 Of Taxpayer Dollars To Attend Meetings Of A Partisan, Conservative Group**

**2011 – 2015: Herrell Spent $6,651.07 To Attend ALEC On Taxpayers' Dime**

| Herrell ALEC Reimbursements | | | |
|---|---|---|---|
| **Year** | **Voucher Line Description** | **Name of Meeting** | **Reimbursement Amount** |
| 2015 | Mileage;airfare;pkg | ALEC Annual Meeting | $1,226.11 |
| 2015 | Per Diem | ALEC Annual Meeting | $825.00 |
| 2014 | Parking, Miles | SNPS – ALEC | $141.32 |
| 2014 | Per Diem | SNPS – ALEC | $825.00 |
| 2013 | Reg, Airfare, Taxi, Mil | ALEC | $1,035.91 |
| 2013 | Per Diem | ALEC | $795.00 |
| 2012 | Reg., Air, Bag, Taxi, Pr | ALEC 2012 State & Nation Policy Summit | $1,170.37 |
| 2011 | Mileage;air;txi;pkg | ALEC | $632.36 |
| | | **TOTAL** | **$6,651.07** |

[New Mexico Legislative Council Service, 6/15/18]

**ALEC Was A "Conservative, Corporate-Backed Lobbying Organization" Supported By The Koch Brothers**

**Think Progress: ALEC Was A "Conservative, Corporate-Backed Lobbying Organization."** "Oil giant ExxonMobil will not be renewing its membership to the American Legislative Exchange Council (ALEC), a conservative, corporate-backed lobbying organization known for giving lawmakers template legislation. ALEC also has a long history of pushing laws that would undermine environmental protections and clean energy." [Think Progress, 7/12/18]

**The Hill: ALEC Was Supported By The Koch Brothers.** "ALEC, which has been supported by conservative billionaire brothers Charles and David Koch, does not itself lobby the federal government. Instead, the group's corporate members use it to push mostly state legislators on various policy matters, often through the use of model legislation to be proposed in statehouses." [The Hill, 7/12/18]

# Campaigns

**Election History**

| Yvette Herrell Electoral History | | | | |
|---|---|---|---|---|
| **Year** | **Office** | **Candidates** | **Results** | **Herrell Margin** |
| 2018 | U.S. House (NM-02) Republican Primary | Yvette Herrell | 48.95% | +16.88% |
| | | Monty Newman | 32.07% | |
| | | Gavin Clarkson | 12.44% | |
| | | Clayburn Griffin | 6.54% | |
| 2016 | State House (51st District) General Election | Yvette Herrell (R) | 65.79% | +31.58% |
| | | Denise A Lang (D) | 34.21% | |
| 2016 | State House (51st District) Republican Primary | Yvette Herrell | 100.00% | Uncontested |


| 2014 | State House (51st District) General Election | Yvette Herrell | 100.00% | Uncontested |
|------|---------------------------------------------|----------------|---------|-------------|
| 2014 | State House (51st District) Republican Primary | Yvette Herrell | 100.00% | Uncontested |
| 2012 | State House (51st District) General Election | Yvette Herrell | 100.00% | Uncontested |
| | State House (51st District) Republican Primary | Yvette Herrell | 100.00% | Uncontested |
| 2010 | State House (51st District) General Election | Yvette Herrell (R) | 62.92% | +25.84% |
| | | Susan C. Medina (D) | 37.08% | |
| 2010 | State House (51st District) Republican Primary | Yvette Herrell | 54.23% | +8.46% |
| | | Gloria C. Vaughn | 45.77% | |

[2018 Primary Election, Unofficial Results, 6/5/18; 2016 General Election, Official Results, 11/8/16; 2016 Primary Election, Official Results, 6/7/16; 2014 General Election, Official Results, 11/4/14; 2014 Primary Election, Official Results, 6/3/14; 2012 General Election, Statewide Results, 11/6/12; 2012 Primary Election, Statewide Results, 6/5/12; 2010 General Election, Statewide Results, 11/2/10; 2010 Primary Election, Statewide Results, 6/1/10]

## 2018 Election

### Herrell: "Because Of My Involvement In The State Legislature I've Got Great Relationships In Washington"

**Herrell: "Because Of My Involvement In The State Legislature I've Got Great Relationships In Washington."** VIDEO: "I feel, as the only state representative going in with legislative experience, understanding the nuances of the district, the challenges we face, whether it's industry, education, individually, I think that really gives me a leg up. And, because of my involvement in the state legislature I've got great relationships in Washington, D.C. You know the House Freedom Fund endorsed me and that's the arm of the freedom caucus [*cross talk*] I've worked with those guys before and so I feel as though I can kind of hit the ground running and then understanding where New Mexico is and what's important for us is very vital to this race." [KSVP – Good Morning Artesia, 5/15/18] (04:14 – 04:49)

### Herrell Said She Had Been Working Toward Running For Congress And Wanted To Run Since Before She Was A State Legislator

**Herrell Said She Had Been Working Towards Running For Congress.** "She said she has been working towards her run for Congress." [Alamogordo Daily News, 7/11/17]

> **Herrell: "I've Been Wanting To Run For Congress Before Running For The State Legislature Because I Knew I Had A Calling."** "'I've been wanting to run for congress before running for the state legislature because I knew I had a calling, I wanted to be engaged and involved,' Herrell said. 'Serving in the state legislature helped me realize how passionate I was I am to serve the people of New Mexico.'" [Alamogordo Daily News, 7/11/17]

> **Herrell: "I've Enjoyed Working With New Mexicans But I Am Ready To Take The Next Step."** "'I've enjoyed working at the state level,' Herrell said. 'I've enjoyed working with New Mexicans but I am ready to take the next step, take the next level and take the voice of New Mexico to Washington.'" [Alamogordo Daily News, 7/11/17]

### May 2018: Las Cruces Sun-News Endorsed Herrell's Primary Opponent And Said She Her Positions Were "Too Extreme For The District"



**Las Cruces Sun-News Endorsed Herrell's Primary Opponent.** EDITORIAL: "In the primary races for U.S. Congress in District 2, the Sun-News endorses Democrat Xochitl Torres Small and Republican Monty Newman. […] In the Republican race, Newman has four challengers, Yvette Herrell, Gavin Clarkson and Clayburn Griffin." [Las Cruces Sun-News, Sun-News Editorial Board, 5/30/18]

**Las Cruces Sun-News: Herrell's Positions Were "Too Extreme For The District."** EDITORIAL: "Herrell has served four terms in the New Mexico Legislature, and has been introduced to some members of Congress through her work on right-to-life and public lands issues. She has the experience needed, but her positions on several issues - calling for the deportation of DACA recipients being one example - are too extreme for the district." [Las Cruces Sun-News, Sun-News Editorial Board, 5/30/18]

---

## A Consultant For Herrell's Campaign Was Fired From His Firm After A Police Report About A Domestic Dispute Was Filed

**A Consultant For Herrell's Campaign Was Fired From His Firm After A Police Report About A Domestic Dispute Was Filed.** "A campaign consultant for a GOP congressional candidate in a closely watched New Mexico race has been fired by his Nevada firm amid a domestic violence investigation. Benjamin Sparks was fired Thursday following a police report about a domestic dispute. Las Vegas-based RedRock Strategies president Ryan Erwin confirmed the dismissal. Sparks had been helping with the campaign of Yvette Herrell." [Associated Press, 3/28/18]

> **The Consultant's Ex-Fiancée Said He Sexually Enslaved And Battered Her.** "A Las Vegas political adviser who worked on national campaigns and high-profile Nevada races sexually enslaved and battered his ex-fiancée before police responded to a domestic dispute, the woman told the Review-Journal. The 46-year-old woman provided copies of emails, text messages and a signed contract laying out her duties as a 'slave in training' to Benjamin Sparks. […] Sparks was fired from Hardy's campaign. Hardy did not return multiple calls for comment. Sparks, 35, also was working on Republican Yvette Herrell's campaign for New Mexico's 2nd Congressional District." [Las Vegas Review Journal, 4/5/18]

**Herrell Declined To Comment On The Story.** "When reached by phone Tuesday, Herrell declined to comment on whether she'll continue working with him. 'I'm not going to talk to you about the story at all,' Herrell said. 'Let me have someone call you back.' The call was not returned." [Las Vegas Review Journal, 4/5/18]

---

## Herrell: "I Have Not Allowed Politics To Influence My Integrity Or My Principles"

**Herrell: "I Have Not Allowed Politics To Influence My Integrity Or My Principles."** " 'I've enjoyed working at the state level,' Herrell said. 'I've enjoyed working with New Mexicans but I am ready to take the next step, take the next level and take the voice of New Mexico to Washington. I believe working in the state Legislature has prepared me for the next level. I have not allowed politics to influence my integrity or my principles. I've stood with our party on a number of votes. I've worked across the aisle but I've stood my ground for the state.' " [Alamogordo Daily News, 7/11/17]

---

## Herrell Said Her Main Goal, If Elected, Was To Be Accessible

**Herrell Said Her Main Goal, If Elected, Was To Be Accessible.** "Yvette Herrell has been a New Mexico State Representative for eight years, she has been planning on running for this seat for seven years. She says that her main goal, if elected, is to be accessible. Herrell believes that an elected official must be responsible to their constituents and must fight for them." [Cibola Citizen, 4/4/18]

---

## June 2018: New Mexico Lieutenant Governor John Sanchez Endorsed Herrell


**New Mexico Lieutenant Governor John Sanchez Endorsed Herrell.** "BREAKING: Yvette Herrell Endorsed by NM Lt. Gov John Sanchez - 'Yvette has always proven herself to be a person of great integrity and will carry New Mexico's voice to Washington D.C... She is the only candidate who shares our values and understands New Mexico's issues.' #nmpol" [Yvette Herrell via Twitter, posted 6/18/18]

---

**May 2018: Maggie's List, A Group Focused On Electing "Fiscally Conservative Women" Endorsed Herrell**

**May 2018: Maggie's List Endorsed Herrell.** "The Yvette Herrell for Congress campaign announced today that Rep. Herrell has received the endorsement of Maggie's List, a federal political action committee (PAC) dedicated to electing fiscally conservative women to federal office." [Yvette Herrell via Twitter, posted 5/31/18]

   **Maggie's List Was A Federal PAC Focused On Increasing The Number Of Fiscally Conservative Women Elected To Federal Public Office.** "Maggie's List is a Federal Political Action Committee created to raise awareness and funds to increase the number of fiscally conservative women elected to federal public office. Maggie's List was founded in 2010 by a group of women with a fiscally conservative economic vision and a desire to address the underrepresentation of women in Congress. Maggie's List supports women candidates who stand for fiscal conservativism, less government, more personal responsibility, and strong national security." [Yvette Herrell via Twitter, posted 5/31/18]

---

**February 2018: Herrell Won 58 Percent Of The Delegates At The New Mexico Republican Party's Pre-Primary Convention**

**Herrell Won 58 Percent Of The Delegates At The New Mexico Republican Party's Pre-Primary Convention.** "The cowboy hats far outnumbered the 'Make America Great Again' caps on Saturday as hundreds of New Mexico Republicans gathered for their pre-primary convention. [...] It turned out to be a good day for the seven-year lawmaker from Alamogordo. Herrell won 58 percent of the delegates in the 2nd Congressional District, meaning her name will appear first on primary election ballots June 5." [Albuquerque Journal, 2/24/18]

---

**October 2017: The NRCC Announced Herrell As An "On The Radar"**

**October 2017: The NRCC Announced Herrell As An "On The Radar."** "The NRCC named 31 candidates to the first level of its Young Guns program, which includes candidates who have met the minimum threshold in campaign organization and show potential to achieve greater status in the program as the cycle progresses. [...] In NM-02, State Rep. Yvette Herrell and former Hobbs Mayor Monty Newman were the only ones included." [National Journal Hotline, 10/27/17]

---

**July 2017: Following Rep. Pearce's Announcement That He Would Be Running For Governor, Herrell Announced She Would Be Running For His Seat**

**Following Rep. Pearce's Announcement That He Would Be Running For Governor, Herrell Announced She Would Be Running For His Seat.** "State Rep. Yvette Herrell officially announced her candidacy for the Congressional District 2 seat following Congressman Steve Pearce announcement that he will be running for governor in the state's 2018 primary race." [Alamogordo Daily News, 7/11/17]

---

| 2016 Election |
| --- |

---

**Herrell Was Re-Elected To Her House Of Representatives Seat**

**Herrell Was Re-Elected To Her House Of Representatives Seat.** "Republican candidate Yvette S. Herrell will keep her House of Representatives District 51 seat after beating Democratic candidate Denise A. Lang in the 2016 general election. Unofficially, Herrell claimed 60 percent of the vote for her race." [Alamogordo Daily News, 11/8/16]



**Herrell's Opponent Said Constituents Asked Herrell For State Funding For An Alcohol Treatment Facility But They Were Declined**

**Herrell's Opponent Said Constituents Asked Herrell For State Funding For An Alcohol Treatment Facility But They Were Declined.** "She said when she and her constituents tried asking Herrell for state funding for an alcohol treatment facility and was turned down, she realized then that she can be a new voice." [Alamogordo Daily News, 7/27/16]

**Herrell Said She Was "Grateful" She Had An Opponent Because "I Think It Makes Me Work A Little Harder"**

**Herrell Said She Was "Grateful" She Had An Opponent Because "I Think It Makes Me Work A Little Harder."** "Herrell spoke about her campaign and the upcoming special New Mexico Legislative session. 'I have an opponent which I'm grateful for. I think it makes me work a little harder but I think a win in this county should be hopeful and almost a given but I don't want to take it for granted,' Herrell said. 'I really want to ensure that I'm doing the right thing for this district and the state. My opponent is working and she's working hard.' " [Alamogordo Daily News, 9/7/16]

**New Mexico Association Of Commerce And Industry Endorsed Herrell**

**New Mexico Association Of Commerce And Industry Endorsed Herrell.** "Proud to be endorsed by NMACI - New Mexico Association of Commerce & Industry!" [Yvette Herrell via Facebook, posted 10/25/16]

## 2010 Election

**Herrell Was Easily Elected To The State's 51st District**

**Herrell Was Easily Elected To The State's 51st District.** District 51.17 of 17 precincts. x-Yvette Herrell (R) 3,059 Susan Medina (D) 1,805." [Albuquerque Journal, 11/3/10]

**Herrell Challenged Against An Eight-Term Incumbent In The Republican Primary And Won**

**Herrell Defeated The Republican Incumbent In The Republican Primary For State Representative In An Upset.** "Yvette Herrell scored the upset of the night during Tuesday's primary election, defeating incumbent Gloria Vaughn, 843-712, for state representative seat in District 51. Vaughn had held the seat since 1995. 'I'm feeling very comfortable and very excited,' Herrell said while results were still pouring in from the various precincts in Otero County." [Alamogordo Daily News, 6/2/10]

    **Alamogordo Daily News: "Herrell Scored The Upset Of The Night."** "Yvette Herrell scored the upset of the night during Tuesday's primary election, defeating incumbent Gloria Vaughn, 843-712, for state representative seat in District 51." [Alamogordo Daily News, 6/2/10]

**Herrell Ran A Primary Challenge Against An Eight-Term Incumbent State Representative.** "Republican candidate Yvette Herrell has a passion to run for the state House of Representatives District 51 in the June 1 Republican primary. […] Rep. Gloria C. Vaughn, R-Dist. 51, has held the seat since 1995. Vaughn is running for re-election. If elected to the seat, it will be Vaughn's ninth consecutive term in office." [Alamogordo Daily News, 3/23/10]

**Herrell Said The Budget Was The Biggest Issue Facing Legislators In 2011**



**Herrell Said The Budget Was The Biggest Issue Facing Legislators In 2011.** "Herrell said the budget is the biggest issue facing legislators in 2011. 'We had a $200 million shortfall last year,' she said. 'It's going to be bigger than that this year. We will not have the one-time stimulus money from the federal government. In Santa Fe, it's going to be a tough job to balance that budget. We're going to have to do more with less (funding).' " [Alamogordo Daily News, 10/16/10]

## Legislature

**Santa Fe New Mexican: "Herrell Has Won A Reputation As One Of The More Conservative Members Of The State House Of Representatives"**

**Santa Fe New Mexican: "Herrell Has Won A Reputation As One Of The More Conservative Members Of The State House Of Representatives."** "Herrell has won a reputation as one of the more conservative members of the state House of Representatives since she won her seat in 2010. She has sponsored legislation to ban most abortions after 20 weeks of pregnancy and backed calling a national convention to amend the U.S. Constitution with restrictions on government spending as well as term limits for members of Congress. Herrell is also a member of the American Legislative Ex-change Council, an organization promoting conservative policies at the state level around the country." [Santa Fe New Mexican, 7/11/17]

**2016: Herrell Said She Worked Diligently Across Party Lines.**

**Herrell Said She Worked Diligently Across Party Lines.** "'I think my opponent is a great person but we'll let the voters decide. I've worked diligently across party lines. I've co-sponsored several bills with my Democratic colleagues,' she said. 'I think it's important to have party affiliation, but when that gets in the way of making good decisions and good policy that affects the people of New Mexico, then we lost our way. I feel blessed and very passionate to represent this state and district with integrity.'" [Alamogordo Daily News, 3/18/16]

**Herrell Said She Wanted To Work Across Party Lines But Accused Democrats Of Putting "Off Important, Substantive Legislation" And Accused Them Of Being "Content To Waste Time And Taxpayer Money"**

**2010: Herrell Said She Could Work Across Party Lines**

**Herrell Said She Could Work Across Party Lines.** "Herrell said she can put her party affiliation aside and work across party lines for the betterment of New Mexicans. 'I do believe I can work across the aisle,' she said. 'I think it's great that we have our party affiliations. That's what it's going to take in Santa Fe. We're going to have to lay down our parties and work collectively for the betterment of this state.' " [Alamogordo Daily News, 10/16/10]

> **Herrell: "We're Going To Have To Lay Down Our Parties And Work Collectively For The Betterment Of This State."** "That's what it's going to take in Santa Fe. We're going to have to lay down our parties and work collectively for the betterment of this state." [Alamogordo Daily News, 10/16/10]

**2010: Herrell Called Democratic Victories In 2008 Dangerous And Intrusive**

**Herrell Said Democratic Victories In 2008 Were Intrusive And Dangerous Aimed At Destroying Business And Creating A More Intrusive Government.** "Herrell said she believes the progressive movement that swept the 2008 elections, is intrusive and dangerous. 'These progressives are determined to create and even larger and more intrusive government by over taxation and regulation aimed at destroying business in New Mexico,' she said." [Alamogordo Daily News, 3/23/10]



**2011: Herrell Accused Democrats Of Putting "Off Important, Substantive Legislation" And Accused Them Of Being "Content To Waste Time And Taxpayer Money"**

**Herrell: "Democratic Leadership Continues To Put Off Important, Substantive Legislation."** "We have been in special session for two and a half weeks and yet Democratic leadership continues to put off important, substantive legislation." [Alamogordo Daily News, Yvette Herrell Op-Ed, 9/23/11]

**Herrell: "Right Now, Democrats Seem Content To Waste Time And Taxpayer Money."** "Each day the Legislature is in session costs New Mexico taxpayers $50,000. It is time to stretch the taxpayers' dollar by making every minute count. New Mexicans deserve leadership that is efficient and effective. Right now, Democrats seem content to waste time and taxpayer money." [Alamogordo Daily News, Yvette Herrell Op-Ed, 9/23/11]

**Herrell: "I Call On My Colleagues Across The Aisle To End The Partisan Games."** "New Mexicans deserve better than tepid assurances followed by tangible inaction from their elected officials. I call on my colleagues across the aisle to end the partisan games and get down to business." [Alamogordo Daily News, Yvette Herrell Op-Ed, 9/23/11]

**2011: Herrell Opposed The Democratic Redistricting Plan**

**Herrell On The Democratic Redistricting Plan: "Alamogordo Will Lose."** "Herrell said she was uncertain about what will happen with redrawing the legislative district boundaries because of several lawsuits headed to court over the redistricting plan. 'Today we learned that there are six lawsuits or more,' she said. 'As a party (Republican) and a county (Otero), it really frightens me because of both our seats. It's critical because it's a challenge to do, a challenge for the redistricting plan. There still lies the problem with the northern part of the state being mainly made up of Democrats and progressives ... It puts a lot of seats in jeopardy. Alamogordo will lose.'" [Alamogordo Daily News, 10/5/11]

**Herrell Said It Might Be A Good Idea To Challenge The Democratic Redistricting Plan.** "Herrell said she believes it might be a good idea for Burt and the Otero County Republican leadership to get together and talk about the possibility of challenging the redistricting plan. 'Sen. Burt and I talked about it,' she said. 'It's not just to jump on the lawsuit bandwagon. If Burt doesn't win, then our senator is two counties away.'" [Alamogordo Daily News, 10/5/11]

**2015: Herrell Was Named Chair Of The Regulatory And Public Affairs Committee**

**2015: Herrell Was Named Chair Of The Regulatory And Public Affairs Committee.** "While a proposed revamp of the New Mexico House committee structure has not yet been approved, newly elected House Speaker Don Tripp, R-Socorro, unveiled Wednesday a list of 13 lawmakers who will serve as committee chairmen during the 60-day session that began Tuesday. [...] Regulatory and Public Affairs Committee - Rep. Yvette Herrell, R-Alamogordo." [Albuquerque Journal, 1/22/15]

**2015: Herrell Was Honored By The New Mexico Business Coalition At Their Annual Heroes Luncheon**

**Herrell Was Honored By The New Mexico Business Coalition At Their Annual Heroes Luncheon.** "State Rep. Yvette Herrell, R-Alamogordo, will be honored by the New Mexico Business Coalition at the annual Heroes Luncheon on August 27 in Albuquerque. [...] According to a NMBC press release, Herrell is being honored because she sets the standard for conducting public hearings that are open, accessible, effective, thorough and respectful to all." [Alamogordo Daily News, 8/13/15]

**2013 – 2015: Herrell Received $1,100 From The Payday Lending Industry**



**2013 – 2015: Herrell Received $1,100 From The Payday Lending Industry.** "'Honestly, I don't ever think, "There's Mr. So-and-So and his company gave me money,"' said Rep. Yvette Herrell, R-Alamogordo. Herrell chairs the House Regulatory and Public Affairs Committee the body that tabled the two interest-cap bills on a party-line vote. A check of campaign finance records show storefront lending companies and affiliated associations have given $2,650 since early 2013 to three of the four GOP lawmakers on the House Regulatory and Public Affairs Committee. Rep. Nora Espinoza of Roswell received the most $1,300 with $1,100 to Herrell and $250 to Rep. James Smith of Sandia Park. No contributions went to Wooley, the records show." [New Mexico In Depth, 2/6/15]

---

**Herrell: "End Partisan Games And Get Down To Business"**

---

**HEADLINE: LETTER: End Partisan Games And Get Down To Business.** [Alamogordo Daily News, 9/23/11]

**Herrell Said "Democrats Seem Content To Waste Time And Taxpayer Money."** "New Mexicans deserve leadership that is efficient and effective. Right now, Democrats seem content to waste time and taxpayer money. […] New Mexicans deserve better than tepid assurances followed by tangible inaction from their elected officials. I call on my colleagues across the aisle to end the partisan games and get down to business." [Alamogordo Daily News, 9/23/11]



## Ethics

---

### Significant Findings

✓ *After news of her failure to disclose assets from her real estate company on state financial disclosure statements came out, Herrell accused her Republican primary opponent of orchestrating the charges.*

   ✓ *Herrell failed to disclose $440,000 from renting properties to two New Mexico departments.*

   ✓ *The Albuquerque Journal's Editorial Board said Herrell's failure to disclose was "pretty egregious" and her response to the charges was "disingenuous at best"*

✓ *Herrell was the only member of her committee to vote against advancing legislation that would investigate corruption and crack down on campaign finance violations.*

✓ *Herrell voted against prohibiting a state official from working as a lobbyist for two years after leaving office.*

✓ *Herrell opposed legislation requiring increased lobbyist disclosures.*

---

## Financial Disclosures

**After News Of Her Failure To Disclose Nearly Half A Million Dollars In Income From Renting To State Agencies Came Out, Herrell Accused Her Republican Primary Opponent Of Orchestrating The Charges**

**Herrell Failed To Disclose Nearly Half-A-Million In Income From The State Of New Mexico To Her Real Estate Company On State Financial Disclosure Statements**

**Herrell Failed To Disclose Nearly Half-A-Million In Income From Her Real Estate Company On State Financial Disclosure Statements.** "A New Mexico GOP state lawmaker and congressional candidate failed to disclose that her real estate company earned nearly a half-million dollars in contracts with two state agencies over five years, according to an analysis of campaign finance disclosure records by The Associated Press." [Associated Press via US News, 4/6/18]

   **Herrell's Company Took In $440,000 By Renting Property To Two New Mexico Departments.** "The review of documents by the AP found Rep. Yvette Herrell's company, Herrell Properties, took in $440,000 by renting property to the New Mexico Taxation and Revenue Department and New Mexico Environment Department since 2013." [Associated Press via US News, 4/6/18]

   **Herrell Did Not Disclose That Income, Despite State Law Requiring Lawmakers Who Provide "Goods And Services In Excess Of $5,000" To Disclose The Income Annually.** "However, Herrell, R-Alamogordo, did not disclose that income on ethics disclosure statements, but listed herself as the company's owner, according to public documents reviewed by the AP. […] State law requires lawmakers who provide 'goods and services in excess of $5,000' from state agencies report the income annually to the state secretary of state's office. Anyone who 'knowingly and willfully' violates the state's financial disclosure act faces a $1,000 fine or a year in jail. The secretary of state's office also can impose fines up to $5,000 and send the case to an independent arbitrator to resolve disclosure disputes." [Associated Press via US News, 4/6/18]



**Herrell Said She Had Never Personally Been Paid By Or Collected Any Income From The State Of New Mexico.** "In a statement, Herrell said she has always diligently submitted the necessary paperwork required by the secretary of state's office and other entities since becoming an elected lawmaker in 2011. 'While I am a partner in a company that has owned real estate in which the state leased, I have never personally been paid by or collected any monies from the state of New Mexico,' Herrell said. Herrell said the secretary of state's office has never brought up any irregularities about her disclosures since she's been a lawmaker." [Associated Press via US News, 4/6/18]

---

**Herrell Said The News Of The Nondisclosure Was Orchestrated By Monty Newman, Her Republican Primary Opponent**

---

**Herrell Said The News Of The Nondisclosure Was Orchestrated By Monty Newman, Her Republican Primary Opponent.** "Herrell said news of the nondisclosures were an "an attack on my moral character" orchestrated by a political consultant of Hobbs businessman Monty Newman, one of her opponents in the Republican primary for the open congressional seat." [Associated Press via US News, 4/6/18]

---

**Herrell Said She Was Told By The Secretary Of State's Office She Did Not Have To Change The Way She Disclosed Assets**

---

**Herrell Said She Was Told By The Secretary Of State's Office She Did Not Have To Change The Way She Disclosed Assets.** "'It was indeed fake news. I've always complied with the Secretary of State. This is a family partnership. It was gifted to my sister and myself,' she said.  Herrell said she had discussed the matter with the Secretary of State's office and was told she did not have to change the way she disclosed property or reporting income.  'Incidentally, we don't even have these properties anymore,' she said. 'This was nothing more than an attack on my character.' " [Los Alamos Monitor, 4/10/18]

---

**The Albuquerque Journal's Editorial Board Said Herrell's Failure To Disclose Was "Pretty Egregious" And Her Response To The Charges Was "Disingenuous At Best"**

---

**Albuquerque Journal Editorial Board: Herrell's Failure To Disclose Income From Her Real Estate Company Was "Pretty Egregious."** EDITORIAL: "It's not as outrageous as the scam perpetrated on taxpayers by former Democratic state Sen. Phil Griego – who pushed for the sale of a state-owned building, pocketed a $50,000 real estate commission and is now serving time in prison. But it is nevertheless pretty egregious. The 'it' is $440,000 in rent state Rep. Yvette Herrell's real estate company has collected from two state agencies since 2013. There's no prohibition against that, but here's the problem:  Herrell – who is seeking the Republican nomination for the U.S. Congressional seat in southern New Mexico – didn't disclose that income on ethics disclosure statements during her tenure in the Legislature." [Albuquerque Journal, Editorial Board, 4/13/18]

**Albuquerque Journal Editorial Board: Herrell's Response To The Charges That She Had Never "Personally Been Paid By Or Collected Any Monies From The State" Was "Disingenuous At Best."** EDITORIAL: "For her to say she didn't disclose that income because she has never 'personally been paid by or collected any monies from the state' is disingenuous at best. It's a little like someone trying to make the case that purchasing something online isn't the same as shopping, because she never went into a bricks and mortar store." [Albuquerque Journal, Editorial Board, 4/13/18]

---

**Herrell Later Filed Amended Financial Disclosure Reports To Reflect The Income**

---

**Herrell Later Filed Amended Financial Disclosure Reports To Reflect The Income.** "Southern New Mexico congressional candidate Yvette Herrell has filed amended financial disclosure reports to reflect that a family-owned real estate company has earned lease income from state agencies. […] The amended reports were filed this week - one for each of the past five years - with Secretary of State Maggie Toulouse Oliver's office, which indicated no further action would be necessary." [Albuquerque Journal, 4/13/18]



## Campaign Finance

**Herrell Was The Only Member Of Her Committee To Vote Against Advancing Legislation That Would Investigate Corruption And Crack Down On Campaign Finance Violations**

**Herrell Was The Only Member Of Her Committee To Vote Against Advancing Legislation That Would Investigate Corruption And Crack Down On Campaign Finance Violations.** "Meanwhile, the only member of the committee to vote against advancing both bills questioned whether the state needs a new system for investigating corruption and cracking down on violations of the campaign finance laws, or whether it would be better served by fully funding the cash-strapped offices already tasked with those duties.  'Why aren't we just helping them to do their job in statute now rather than creating a lot of government?' said Rep. Yvette Herrell, R-Alamogordo." [New Mexico Political Report, 1/26/17]

> **Herrell Voted Against In Committee But For In The Full House To Establish An Independent Ethics Commission To Investigate Complaints Of Misconduct By Public Officials.** "A committee of the state House of Representatives gave a boost to those hopes Thursday by advancing a bipartisan proposal to establish an independent ethics commission through a constitutional amendment. The commission would have the power to investigate complaints of misconduct by public officials, candidates, lobbyists and contractors. The complaints would be public, and the commission's opinions could be appealed to the state courts. […] The proposal, House Joint Resolution 8, also comes as a new secretary of state, Maggie Toulouse Oliver, takes office after campaigning heavily on ethics reform and establishing just such a commission." [New Mexico Political Report, 1/26/17; House Joint Resolution 8, 53rd Legislature First Session, 1/26/17, 3/9/17]

> **Herrell Voted Against Establishing A Bipartisan Board With Authority Over Campaign Finance Reporting And Conflicts Of Interest.** "Proposed by Sen. Daniel-Ivey Soto, D-Albuquerque, and Rep. Daymon Ely, D-Corrales, the 12-member, bipartisan board would not only have authority over campaign finance reporting and conflicts of interest but also the state's open records and meetings law.  But the board would not have much authority over legislators. Instead, it proposes expanding the powers of the Legislative Ethics Committee -- a panel of lawmakers that convenes if a complaint is filed -- and adding to the committee's ranks two nonvoting members of the public appointed by the leaders of each chamber." [New Mexico Political Report, 1/26/17; House Bill 10, 53rd Legislature First Session, introduced 1/18/17, voted on 1/26/17]

## Lobbyists & Lobbying Disclosures

**Herrell Voted Against Prohibiting A State Official From Working As A Lobbyist For Two Years After Leaving Office**

**Herrell Voted Against Prohibiting A State Official From Working As A Lobbyists For Two Years After Leaving Office.** "Vote to pass a bill that prohibits a state official from working as a lobbyist for 2 years after leaving office, effective July 1, 2014." [Votesmart, accessed 6/20/18; House Bill 82, 51st Legislature Second Session, 2/13/14]

**Herrell Opposed Legislation Requiring Increased Lobbyist Disclosures**

**Herrell Voted Against Legislation Requiring Lobbyists To List Each Legislator Who Received An Expenditure From Them**

**Herrell Voted Against Legislation Requiring Lobbyists To List Each Legislator Who Received An Expenditure From Them.** "On Saturday, the House Government, Elections and Indian Affairs Committee voted to move his House Bill 137 on to its next committee with no recommendation.  This bill, one of three lobbyist bills



sponsored by Steinborn this year, would require lobbyists to list each legislator who receives a gift, meal or other expenditure from them." The bill passed the House 58-10 and died in the Senate. [Santa Fe New Mexican, 2/6/16; House Bill 137, 52nd Legislature Second Session, 2/13/16]

---

**Herrell Said A Bill Requiring More Information From Lobbyist Disclosures An Example Of "Government Overreach"**

---

**Herrell Said A Bill Requiring More Information From Lobbyist Disclosures An Example Of "Government Overreach."** "In a straight party-line vote, a bill that would have required more information from legislative lobbyists and the people who hire them stalled Monday in the House Regulatory and Public Affairs Committee. […] His bill would have made public the amount that lobbyists receive as compensation for their lobbying. According to a 2011 study by the Institute on Money in State Politics, most states already have this requirement.  Congressional lobbyists also have to disclose their salaries.  But committee Chairwoman Yvette Herrell, R-Alamogordo, said the bill was an example of 'government over-reach' and was asking for 'too much information.' " [Santa Fe New Mexican, 2/11/15]

> **Herrell Said The Bill Only Passed Through Her Committee Because A Section On Disclosing An Aggregate Of All Lobbyist Expenses Was Removed.** "Rep. Stephanie Garcia Richard, D-Los Alamos, introduced a floor amendment to restore the bill to its more robust original version. In it, lobbyists would have been required to disclose in aggregate all of their expenses. Garcia Richard's amendment quickly drew opposition from Republicans. Rep. Yvette Herrell, R-Alamogordo, said the bill got through the Regulatory and Public Affairs Committee that she chairs only because the section on total expenses was removed. 'A deal was made,' Herrell said." [Santa Fe New Mexican, 3/7/15]

---

**When An Amendment To Require Lobbyists To Disclosure Their Aggregate Expenses Was Pulled, Herrell Said "A Deal Was Made" And That The Bill Made It Through Her Committee Because It Was Removed**

---

**When An Amendment To Require Lobbyists To Disclosure Their Aggregate Expenses Was Pulled, Herrell Said "A Deal Was Made" And That The Bill Made It Through Her Committee Because It Was Removed.** "The state House of Representatives voted 63-0 Saturday night for a bill requiring lobbyists to disclose more details about their business interests, but it was a weaker version of what the sponsors wanted. […] Rep. Stephanie Garcia Richard, D-Los Alamos, introduced a floor amendment to restore the bill to its more robust original version. In it, lobbyists would have been required to disclose in aggregate all of their expenses. Garcia Richard's amendment quickly drew opposition from Republicans. Rep. Yvette Herrell, R-Alamogordo, said the bill got through the Regulatory and Public Affairs Committee that she chairs only because the section on total expenses was removed. 'A deal was made,' Herrell said." [Santa Fe New Mexican, 3/7/15]

## Anti-Harassment Training

**Herrell Missed New Mexico's Mandatory Anti-Harassment Training**

**Herrell Missed New Mexico's Mandatory Anti-Harassment Training.** "All but three of New Mexico's 112 legislators have attended mandatory anti-harassment training this week, according to legislative staff members. Those who did go heard about the need to keep their hugs short (two-second rule!) and avoid off-color remarks. The three who missed the Monday training - and haven't yet watched a video of the training to make up for it - still must get it done. They are Reps. Yvette Herrell, R-Alamogordo, and Sarah Maestas Barnes, R-Albuquerque, and Sen. Benny Shendo Jr., D-Jemez Pueblo." [Albuquerque Journal, 1/17/18]

## Potential Ethics Violation



| Herrell Used Her Official Photo As A Legislator On Her Broker's Page |
| --- |

**Herrell Used Her Official Photo As A Legislator On Her Broker's Page.** Herrell used her official photo as a legislator on her broker's page with Future Real Estate. [nmlegis.gov, Representative Yvette Herrell, accessed 7/17/18; Future Real Estate, Yvette Herrell, accessed 7/17/18]

 **DCCC**

# Relationships

---

### Significant Findings

✓ *New Mexico Governor Susana Martinez said she questioned Herrell's ability to "represent New Mexico in a fair and reasonable way."*

✓ *Herrell said she would be "continuing to work off the platform that Congressman Pearce put in place over the last several years."*

✓ *A host for one of Herrell's fundraisers owned a ranch for troubled youths that was accused of abuse several times.*

✓ *The House Freedom Fund and several members of the House Freedom Caucus endorsed Herrell.*

---

## New Mexico Governor Susana Martinez

### Martinez Said She Questioned Herrell's Ability To "Represent New Mexico In A Fair And Reasonable Way"

**Martinez Said She Questioned Herrell's Ability To "Represent New Mexico In A Fair And Reasonable Way."** "'I'm certainly going to support our Republican,' Martinez said when asked about Herrell's victory. 'But I think there are some questions with reference to her ability to … represent New Mexico in a fair and reasonable way.'" [Albuquerque Journal, 6/6/18]

### Martinez "Deployed" Herrell To Carry Legislation Dissolving The New Mexico Commission On The Status Of Women

**Martinez "Deployed" Herrell To Carry Legislation Dissolving The New Mexico Commission On The Status Of Women.** "The state's first elected female governor lost her attempt Thursday night to repeal the New Mexico Commission on the Status of Women. Republican Gov. Susana Martinez wanted to dissolve the women's commission and shift its services to state departments that handle employment and health care.  Martinez, saying the state has too many boards and commissions, targeted the women's commission as the first one that should be repealed. The governor deployed freshman Rep. Yvette Herrell, R-Alamogordo, to carry the bill." [El Paso Times, 2/25/11]

## Congressman Steve Pearce

### Herrell Said She Would Be "Continuing To Work Off The Platform That Congressman Pearce Put In Place Over The Last Several Years"

**Herrell Said She Would Be "Continuing To Work Off The Platform That Congressman Pearce Put In Place Over The Last Several Years."** "Herrell said she'll be 'continuing to work off the platform that Congressman Pearce put in place over the last several years.' " [Las Cruces Sun News, 6/9/18]

> **Herrell: "I Think There Are A Lot Of Constituents In This District Who Share The Same Values That Have Been Represented By Them In Washington, D.C."** " 'It's hard to say; it depends on the appetite of the voters,' Herrell said. 'But I think there are a lot of constituents in this district who share the same values that have been represented by them in Washington, D.C., and so I think, yes, having those shared values will definitely play a role in the outcome of this race.' " [Las Cruces Sun News, 6/9/18]



| A County Republican Official Said Herrell's Views Were Closely Aligned With Steve Pearce's |
|---|

**A County Republican Official Said Herrell's Views Were Closely Aligned With Steve Pearce's.** "Betty Bishop, chairwoman of the Doña Ana Republican Party. […] In addition, Bishop said Herrell was a candidate closely aligned in viewpoints with Pearce. And she received some key endorsements — such as from the NRA — leading up the election in a year when conservative voters are concerned about attempts to restrict gun ownership rights." [Las Cruces Sun News, 6/9/18]

| Herrell Said She Had Wanted To Run For Pearce's Seat For Seven Years, So She Worked Closely With Him |
|---|

**Herrell Said She Had Wanted To Run For Pearce's Seat For Seven Years, So She Worked Closely With Him.** "Herrell, who has represented District 51 (Alamogordo) in the New Mexico House of Representatives for the past eight years, said she has had her eye on the seat for some time. 'Seven years ago I told Congressman Pearce that I wanted to run for his seat some day,' Herrell said 'So, I've worked closely with the congressman on a lot of issues that transcend from federal to state government, the Endangered Species Act and those types of things.' " [Las Cruces Sun-News, 5/30/18]

| Herrell Said She Thought It Was Great That Pearce Was Running For Governor Because "He Will Bring A Business Mind" |
|---|

**Herrell Said She Thought It Was Great That Pearce Was Running For Governor Because "He Will Bring A Business Mind."** "State Rep. Yvette Herrell, R-Alamogordo, said she thinks it's great that Pearce is running for governor. 'I think he will bring a business mind,' Herrell said. 'He's somebody that can look at forecasting and look at economic development to see where New Mexico needs to be in the next five to ten years. That business experience is going to be a huge benefit for this state.' " [Alamogordo Daily News, 7/10/17]

# Scott Chandler

| Scott Chandler, Owner Of A Ranch For Troubled Youth That Allegedly "Abuses, Neglects Shackles and 'Waterlogs' Children, Denies Them Food And Beats Them With Weapons," Hosted A Fundraiser For Herrell |
|---|

Scott Chandler, Owner Of A "Ranch For Troubled Youth," Hosted A Fundraiser For Herrell

**December 2017: Scott Chandler, Owner Of A "Ranch For Troubled Youth," Hosted A Fundraiser For Herrell.** "The owner of a southern New Mexico ranch for troubled youths who launched an unsuccessful bid for the state Legislature last year is apparently staying active in politics. Scott Chandler, who owns the Tierra Blanca Ranch, was one of about a dozen hosts for a Dec. 11 fundraiser in Las Cruces for Republican congressional candidate Yvette Herrell, according to a flier for the event. […] Herrell, a four-term state representative from Alamogordo, did not respond to questions about Chandler's support." [Albuquerque Journal, 12/22/17]

The Tierra Blanca Ranch Was Accused Of "Abus[ing], Neglect[ing], Shackl[ing] And Waterlog[ging] Children, Deny[ing] Them Food And Beat[ing] Them With Weapons"

**The Tierra Blanca Ranch Was Accused Of "Abus[ing], Neglect[ing], Shackl[ing] And Waterlog[ging] Children, Deny[ing] Them Food And Beat[ing] Them With Weapons."** The Tierra Blanca Ranch "for troubled youths in New Mexico abuses, neglects, shackles and 'waterlogs' children, denies them food and beats them with weapons, parents of four young people claim in court." A youth who participated in the program claimed the "ranch staff handcuffs and shackles children, forces them to work without pay, physically abuses them, keeps them on short food rations as punishment and as a method of control." Another youth said "he was strapped to a bench with



belts for 30 minutes, while 'a wet rag was placed over his nose and mouth and he was 'waterlogged,' simulating drowning.'" Another youth who participated in the program allegedly was "'neglected and abused' and beaten by a staff member with a metal rod called a kubotan." The plaintiffs in a lawsuit claimed "the ranch employs untrained and unlicensed staff whose abuses include: 'beatings resulting in injury, including beatings with weapons;' 'improper and illegal use of physical restraints, such as shackles and handcuffs;' Forcing children to run 'for hours at a time, running up and down slopes, running while carrying truck tires; and running while wearing shackles or handcuffs;' allowing and requiring children to 'discipline' other children;' 'withholding food and reducing food rations as collective punishment;' and other abuses." [Courthouse News Service, 12/17/14]

**2013: An Amber Alert Was Issued After State Officials Went To Investigate The Ranch "For Alleged Incidents Of Abuse" And Chandler And Nine Boys Were Missing; The Boys Were Later Found And An Attorney For Chandler Claimed They Were "On A Previously Scheduled Activity Away From The Ranch"**

**2013: An Amber Alert Was Issued After State Officials Went To Investigate The Ranch "For Alleged Incidents Of Abuse" And Chandler And Nine Boys Were Missing; The Boys Were Later Found And An Attorney For Chandler Claimed They Were "On A Previously Scheduled Activity Away From The Ranch."** "The New Mexico ranch for troubled youth where nine boys were reported missing Friday was under investigation for alleged incidents of abuse, and the owner of the ranch, who is also missing, had just filed a legal complaint trying to block the probe and keep officials from shutting it down. Scott Chandler, owner of Tierra Blanca Ranch in Sierra County, claimed in documents filed Tuesday that officials from the New Mexico Children, Youth and Families Department had called parents of youths at the ranch and told them the state was about to close it because of the investigation. Chandler requested that a judge stop the investigation because it was not being properly conducted. When state officials went to the ranch on Friday to execute a search warrant and deliver a court order shutting the ranch, Chandler and nine students were missing, and an Amber Alert was issued. Two of the boys have since been returned to their families. A lawyer for the ranch, Pete Domenici, Jr., said the boys had been "on a previously scheduled activity away from the ranch for several days. They are safe and have already been picked up by their parents, or their parents are en route to pick them up." [NBC News, 10/12/13]

**An Investigation By NBC Found That There Were Multiple Police Reports Since 2006 Alleging Physical Abuse**

**An Investigation By NBC Found That There Were Multiple Police Reports Since 2006 Alleging Physical Abuse.** "An ongoing investigation by NBC affiliate KOB of Albuquerque found that there had been multiple police reports since 2006 in which past residents of the ranch alleged physical abuse by staff." [NBC News, 10/12/13]

**Chandler Denied Any Abuse By His Staff And "Called The Charges Baseless" And They Are Not Doing "Anything Illegal"**

**Chandler Denied Any Abuse By His Staff And "Called The Charges Baseless" And They Are Not Doing "Anything Illegal."** "Chandler denied that his staffers had abused students, called the charges baseless and said, 'It's all been very exaggerated and blown out of proportion ... We do not do anything illegal.' When Ramirez asked about the ranch's credentials to work with troubled kids, Chandler said, 'The proof is in the pudding.' 'We do not claim to be a facility,' said Chandler. 'We claim to be extensions of [the] parents.'" [NBC News, 10/12/13]

**Since The Allegations "Chandler Has Feuded With The Martinez Administration," Which Has Led To Four Lawsuits Being Filed**

**Since The Allegations "Chandler Has Feuded With The Martinez Administration," Which Has Led To Four Lawsuits Being Filed.** "Chandler has feuded with the Martinez administration since abuse allegations were first levied in 2013 against the ranch's youth program. The feud has led to at least four lawsuits being filed." [Albuquerque Journal, 12/22/17]



---

**Chandler's Mother, Who Was Listed As A Defendant In One Of The Lawsuits Against The Ranch, Contributed $2,700 To Herrell's Campaign.**

---

**Chandler's Mother, Who Was Listed As A Defendant In One Of The Lawsuits Against The Ranch, Contributed $2,700 To Herrell's Campaign.** Kay Chandler, the mother of Scott Chandler and a defendant in a lawsuit claiming a ranch for troubled youth "abuses, neglects, shackles and 'waterlogs' children," contributed $2,700 to Yvette Herrell's campaign for congress. [Courthouse News Service, 12/17/14; New Mexico In Depth, 4/14/14; FEC, accessed 6/20/18]

*NOTE: As of 7/18/18, Scott Chandler had never donated to Herrell's state or federal campaigns.*

# Jim Jordan

---

**Jordan Donated $2,000 To Herrell's Campaign**

---

**May 2018: Jordan's Campaign Donated $2,000 To Herrell.** According to the Federal Election Commission, Jim Jordan for Congress donated $2,000.00 through the House Freedom Fund to Yvette4Congress on May 31, 2018. [FEC.gov, 5/31/18]

---

**Following Accusations That Jordan Covered Up Sexual Abuse At Ohio State University, The Democratic Party Of New Mexico Demanded Herrell Return Donations From Jordan**

---

**Following Accusations That Jordan Covered Up Sexual Abuse At Ohio State University, The Democratic Party Of New Mexico Demanded Herrell Return Donations From Jordan.** "On July 3, NBC News reported that Jim Jordan has been credibly accused of covering up widespread sexual abuse at Ohio State University while serving as the assistant wrestling coach. Yvette Herrell accepted a $2,000 donation from Jordan's campaign AND Jordan personally helped her rake in almost a third of her contributions this quarter, $33,900, funneled through Jordan's leadership PAC, while he faces calls to resign from both sides of the aisle for covering up sexual abuse. In light of this revelation, Yvette Herrell has a choice: Return this money or keep the big check and be beholden to Congressman Jordan, who covered up sexual abuse at Ohio State." [New Mexico Democrats, press release, 7/16/18]

---

**Jordan Endorsed Herrell In The 2018 Election**

---

**Jordan Endorsed Herrell In The 2018 Election.** "BREAKING: Yvette Herrell Endorsed by US Rep. Jim Jordan- - 'I am excited and proud to endorse Yvette Herrell as she seeks to represent New Mexico's 2nd Congressional District,' said Rep. Jim Jordan. 'Yvette is a proven conservative who is not afraid to fight for the principles of limited government and fiscal responsibility originally envisioned by our Founding Fathers. I look forward to having an ally like Yvette Herrell in the House of Representatives.' " [Yvette Herrell for Congress via Facebook, posted 5/25/18]

> **Jordan: "Yvette Is A Proven Conservative Who Is Not Afraid To Fight For The Principles Of Limited Government And Fiscal Responsibility."** "Yvette is a proven conservative who is not afraid to fight for the principles of limited government and fiscal responsibility originally envisioned by our Founding Fathers. I look forward to having an ally like Yvette Herrell in the House of Representatives." [Yvette Herrell for Congress via Facebook, posted 5/25/18]

# House Freedom Caucus

---

**Herrell Said She "Looked Forward To Serving With The Members Of The House Freedom Fund"**



**Herrell Said She "Looked Forward To Serving With The Members Of The House Freedom Fund."** "I am honored to have the support of the House Freedom Fund!  An organization founded by Rep. Jim Jordan and Rep. Mark Meadows!  I look forward to serving with the members of the House Freedom Fund in our common pursuit of conservative principles and limited government!" [Yvette Herrell via Twitter, posted 4/12/18]

### Mark Meadows Endorsed Herrell In The 2018 Election

**May 2018: Mark Meadows Endorsed Herrell In The 2018 Election.** "BREAKING: Yvette Herrell Endorsed by US Rep. Mark Meadows-- 'Yvette Herrell is the candidate in New Mexico's 2nd Congressional District that possesses the courage, dedication, and principles that are resonating with conservatives.' -said Rep. Mark Meadows (R-NC)  #nmpol." [Yvette Herrell via Twitter, 5/31/18]

### The House Freedom Fund Endorsed Herrell And Donated $5,000 To Her Campaign

**The House Freedom Fund Endorsed Herrell.** "The House Freedom Fund, 'financed by hard-right conservatives in Congress' House Freedom Caucus,' has endorsed state Rep. Yvette Herrell (R). 'Herrell is competing against former Hobbs Mayor Monty Newman (R)' for Rep. Steve Pearce's (R) seat. 'Pearce,' who is running for governor, 'has been a Freedom Caucus member and a regular contributor to the' House Freedom Fund." [National Journal Hotline, 4/12/18]

**April 2018: The House Freedom Fund Donated $5,000 To Her Campaign.** According to the Federal Election Commission, the House Freedom fund donated $5,000 to Yvette4Congress on April 17, 2018. [FEC.gov, 4/17/18]

# Nora Espinoza

### 2008: Herrell Wrote An Op-Ed Supporting Nora Espinoza For The State House

**Herrell Wrote An Op-Ed Supporting Nora Espinoza For The State House.** "I am writing on behalf of Nora Espinoza who will be running in the General Election in an effort to retain her seat in the New Mexico House of Representatives. During the year, I have had the opportunity to hear Ms. Espinoza speak." [Ruidoso News, Letter to the Editor, 10/7/08]

**Herrell Praised Espinoza's Character.** "Nora Espinoza is an amazing woman. She is passionate about her responsibilities in Santa Fe and stands accountable to all New Mexicans for legislative decisions that effect us on a day to day basis. She sets standards for not only herself, but her peers as well. She has set the bar high, and we can be proud as voters and residents to have Nora representing us. We can feel confident in trusting Nora to truly put our values and concerns first. Her genuine concern for the residents of New Mexico is obvious when one takes a moment to look into what she has accomplished." [Ruidoso News, Letter to the Editor, 10/7/08]

**Herrell Applauded Espinoza For Stopping A Tax Increase On Oil.** "In committee, she was successful in tabling HB-626, which would have raised the rate of tax on oil and other hydrocarbons to 4 percent." [Ruidoso News, Letter to the Editor, 10/7/08]

**Herrell Supported Espinoza's Opposition To Marriage Equality.** "Nora Espinoza's moral values and beliefs are evident in her belief of the sanctity of life and marriage. She did not support HB-9 the Domestic Partnership Law. She also did not support HB-15 or HB-603, both of which represented backdoor efforts to undermine marriage. Nora firmly believes that marriage is between one man and one woman." [Ruidoso News, Letter to the Editor, 10/7/08]

**Herrell Encouraged Voters To Support Espinoza.** "We cannot afford to not have Nora Espinoza in our House of Representatives. I urge each of you to vote for Nora Espinoza on Nov. 4." [Ruidoso News, Letter to the Editor, 10/7/08]



# Donald Trump

---

### Significant Findings

✓ *Herrell: "I've been on that Trump train since Day 1 of his announcement."*

✓ *Herrell said she thought people were happy with the Trump Administration and that she planned on supporting Trump's agenda.*

✓ *Herrell said Trump would have been able to execute his "America First" agenda if he had a Congress that would support him.*

---

## Pro-Trump Comments

**Herrell: "I Believe [Trump] Will Do All Of [The]** *(sic)* **Things He Talked About In Terms Of Energy, Jobs, Military And Immigration"**

**Herrell: "I Believe [Trump] Will Do All Of [The]** *(sic)* **Things He Talked About In Terms Of Energy, Military And Immigration."** "'It was amazing,' Herrell said. 'For me, it was a once-in-a-lifetime experience and it was just incredible. It's one thing to watch it on TV, but to be there and experience the sea of people and hear the people cheering (Trump) on was absolutely remarkable. Not everybody, but I think in large, people are excited to see what the future of our country will look like. I believe he will do all of things he talked about in terms of energy, jobs, military and immigration.'" [Alamogordo Daily News, 1/24/17]

**Herrell: "I've Been On That Trump Train Since Day 1 Of His Announcement"**

**Herrell: "I've Been On That Trump Train Since Day 1 Of His Announcement."** "'I've been on that Trump train since Day 1 of his announcement,' state Rep. Yvette Herrell said Saturday as she addressed the audience of about 650 at the Embassy Suites hotel in Albuquerque." [Albuquerque Journal, 2/24/18]

**Herrell Said She Thought People Were Happy With The Trump Administration And That She Planned On Supporting Trump's Agenda**

**Herrell Said She Thought People Were Happy With The Trump Administration And That She Planned On Supporting Trump's Agenda.** "Herrell hopes to energize voters, saying that she believes people are happy with what they are seeing coming out of the Trump Administration, and that she plans on supporting the President's agenda. Herrell said she has 28 legislators supporting her, there is not a single legislator in Congress who has that many supporters." [Cibola Citizen, 4/4/18]

**Herrell Said Trump Would Have Been Able To Execute His "America First" Agenda If He Had A Congress That Would Support Him**

**Herrell Said Trump Would Have Been Able To Execute His "America First" Agenda If He Had A Congress That Would Support Him.** "President Trump would be able to realize his 'America First' agenda, if he had a Congress that would support him, she speculated. If he is not able to fulfill his promises, "we're in trouble," and the party needs to be sure the right people are elected in November. She believes she is that right candidate for the Second Congressional District, Herrell said." [Ruidoso News, 4/17/18]


---

**Herrell: "I Believe With [Trump's] Leadership And Working Collectively With Colleagues In Washington D.C., We Can Make New Mexico Great Again – For The First Time"**

**Herrell: "I Believe With [Trump's] Leadership And Working Collectively With Colleagues In Washington D.C., We Can Make New Mexico Great Again – For The First Time."** "Some federal issues Herrell said she has worked on for District 2 include the transfer of public lands, The Endangered Species Act, and water and property rights.  'I support President Trump and have since day one,' she said. 'I believe that he has been chosen by the people for a reason to make America great again, and I believe with his leadership and working collectively with col-leagues in Washington D.C., we can make New Mexico great again -- for the first time. We can do it.' " [Roswell Daily Record, 4/19/18]

---

**Herrell: "I Strongly Support The President, And I Think He's Doing A Marvelous Job"**

**Herrell: "I Strongly Support The President, And I Think He's Doing A Marvelous Job."** "Herrell campaigned as a strong ally of Trump and a staunch supporter of his signature effort to build a wall along the border. 'I strongly support the president, and I think he's doing a marvelous job,' she told The Associated Press after winning the GOP nomination Tuesday." [Associated Press, 6/6/18]

# Issues



# Budget Issues

<div align="center">

**Significant Findings**

</div>

✓ *Herrell was an active supporter of balanced budget amendments.*

    ✓ *Herrell: "I look forward to representing you in Congress and fighting for commonsense solutions such as the balanced budget amendment."*

    ✓ *Herrell said a constitutional balanced budget amendment would mean "the American people could prosper for generations."*

    ✓ *Balanced Budget Amendments threaten Social Security, Medicare, and veteran's benefits.*

✓ *Herrell supported balancing the state's budget by cutting education spending but not by raising taxes.*

✓ *For fiscal year 2015, Herrell voted against $6.1 billion in general funds appropriations that included an increase in higher education spending.*

## Balanced Budget Amendments

**Herrell: "I Look Forward To Representing You In Congress And Fighting For Commonsense Solutions Such As The Balanced Budget Amendment"**

**Herrell: "I Look Forward To Representing You In Congress And Fighting For Commonsense Solutions Such As The Balanced Budget Amendment."** "Today, the House of Representatives voted on a Balanced Budget Amendment to the Constitution.  While it didn't pass, it was a step in the right direction in the fight to change the corrupt culture in Washington, D.C.  I look forward to representing you in Congress and fighting for commonsense solutions such as the Balanced Budget Amendment." [Yvette Herrell for Congress via Facebook, posted 4/12/18]

**Center For American Progress: The Balanced-Budget Amendment Threatens Americans' Health Care, Social Security, and Jobs** [Center for American Progress, 4/11/18]

**A Balanced Budget Amendment Would Override All Government Guarantees And Promises Written Into Law – Including Social Security, Medicare, Veterans Benefits, And Military Pensions.** "In general, a balanced budget requirement in the U.S. Constitution would override any and all government guarantees and promises written into law: the guarantee to pay interest on the debt; or to pay insurance and guarantee claims for bank deposits, floods, loan defaults, and nuclear accidents; or to pay program benefits for Social Security, Medicare, Medicaid, unemployment benefits, veterans' benefits, or military and civil service pensions; or to pay contractors who have delivered goods or services to the federal government." [CBPP, 3/16/18]

**Under A Balanced Budget Amendment, It Would Be Unconstitutional For Social Security To Use Its Savings – What Workers Already Paid In – To Pay Promised Benefits; Benefits Could Have To Be Cut.** "Currently, Social Security holds $2.9 trillion in Treasury securities.  But under the balanced budget amendment, it would essentially be unconstitutional for Social Security to draw down these savings to pay promised benefits.  Instead, benefits could have to be cut, because all federal expenditures would have to be covered by tax revenues collected during that same year." [CBPP, 3/16/18]



**Herrell Was A Co-Founder Of The Balanced Budget Amendment Task Force**

**Herrell Was A Co-Founder Of The Balanced Budget Amendment Task Force.** "The Balanced Budget Amendment Task Force's mission is to assist the 38 states needed to draft and ratify a Balanced Budget Amendment (BBA) to the U.S. Constitution. […] State Representative Yvette Herrell (NM), Co-founder." [BBA4USA.org via web.archive.org, captured 8/10/13]

**Herrell Said A Constitutional Balanced Budget Amendment Would Mean "The American People Could Prosper For Generations"**

**Herrell Said A Constitutional Balanced Budget Amendment Would Mean "The American People Could Prosper For Generations."** " 'The American people could prosper for generations when enough states join Ohio to propose and ratify a U.S. balanced budget amendment (BBA) that constitutionally stops the unsustainable deficits and pays back the $17 trillion in debt,' stated Balanced Budget Amendment Task Force (BBATF) Co-founder Representative Yvette Herrell (NM)." [Indian Banking News, 11/22/13]

# State Budgets

**Herrell Supported Balancing New Mexico's Budget By Cutting Education Spending But Not By Raising Taxes**

**Herrell Supported A Balanced Budget Without Raising Taxes And Backed Cutting Administration Budgets**

**Herrell: "We Need A Balanced Budget Before We Can Do Anything."** " 'We need a balanced budget before we can do anything,' said Herrell, 46, who worked as a legislative aide for two years before she defeated 16-year Rep. Gloria Vaughn in last June's Republican primary election." [Carlsbad Current-Argus, 1/15/11]

**Herrell Called For Greater Transparency On State Government Spending.** "Herrell said she believes the state needs to find out where tax dollars are being spent. 'The recent special session had an increase on taxes for cigarettes, the gross receipts tax and income tax,' she said. 'We still have a budget of over $40 million more than when they got up there. We need to look at the exempt employees. We need to see Richardson's list that he had gotten rid of.'" [Alamogordo Daily News, 4/17/10]

**Herrell Said The Budget Would Be The Biggest Issue For 2011.** "Herrell said the budget is the biggest issue facing legislators in 2011. 'We had a $200 million shortfall last year,' she said. 'It's going to be bigger than that this year. We will not have the one-time stimulus money from the federal government. In Santa Fe, it's going to be a tough job to balance that budget. We're going to have to do more with less (funding).'" [Alamogordo Daily News, 4/17/10]

**Herrell Said They Could Get The Budget Back On Board By Not Raising Taxes And By Setting Aside Their Differences.** "Herrell said it must start with state, as well as county and city, governments. 'We're going to have to tighten our belts,' she said. 'Both governor candidates have said they will not raise taxes to balance the budget. We can make this happen. We really are going to have to sit down, put our differences aside and find out where we can make cuts, get rid of wasteful spending and get our budget back on board.'" [Alamogordo Daily News, 4/17/10]

**Herrell Pointed To Exempt Employees As Wasteful Spending Along With Some Administration Budgets.** "Herrell said there are certain service programs that New Mexicans need and deserve. 'I think we're going to have to take a hard look at things,' she said. 'I do believe that we have some wasteful spending that can be cut straight away. The one everyone points to is the exempt employees, of course. I think there is bloating in some of the department administration budgets. I think we can do a better job of utilizing the funds that are already available.'" [Alamogordo Daily News, 4/17/10]



**Herrell Wanted To Cut Education Spending**

**Herrell Cited The Expansion Of The Santa Fe Department Of Education As Wasteful Spending.** "Herrell said she wants to look at the Santa Fe Department of Education. 'When Richardson took office, there were 15 board members and 60 employees,' she said. 'Today, there are 60 board members and more than 360 employees. We need to start cutting from the top down. We need to stop wasteful spending to keep the programs that are going to get our budget taken care of without getting rid of the programs people are needing right now.'" [Alamogordo Daily News, 4/17/10]

**Herrell Said Upper Management In Education Was Bloated And Pointed To New Mexico Having A 54% Dropout Rate.** "Herrell said she believes upper management and top administration positions are bloated. 'It's kind of embarrassing when we have a state dropout rate of 54 percent,' she said. 'It's second to last in the nation to Nevada. We do need to make some changes within our education system. A recent report from the Rio Grande Foundation stated smaller schools will provide a better education. They also will not cost more to build and maintain per student than the larger schools. I am not a teacher, but there are ways to reform our school system to benefit our children.'" [Alamogordo Daily News, 4/17/10]

**Herrell Opposed Increasing Taxes To Close The Deficit But Considered Closing A Tax Loophole For Out-Of-State Corporations**

**Herrell Opposed Increasing Taxes That Wholesalers Pay On Alcohol.** "House bill 23 is a liquor excise tax distribution to schools sponsored by Rep. Mary Helen Garcia, D-Dist. 34, of Dona Ana County. The bill asks for an increase of the taxes that wholesalers pay on spirituous liquor, wine, microbrewed beer and cider. […] Rep. Yvette Herrell, R-Dist. 51, of Alamogordo, said she will also keep an eye on the bill. 'I have a hard time believing our governor will sign it because of the amount of tax increases,' Herrell said. 'She (Gov. Martinez) has campaigned for over a year on not increasing taxes. I will not support this bill. I am going to encourage my colleges in caucus to not support it either for a number of reasons." [Alamogordo Daily News, 1/15/11]

**Herrell Considered Closing A Tax Loophole That Exempted Out-Of-State Corporations From Paying State Taxes.** "One area in which she differed from most of her Republican colleagues is the issue of closing the loophole, which allows out-of-state corporations to avoid paying state taxes. While most of the GOP freshmen said they didn't support the idea for fear of corporations leaving the state, Herrell said she'd consider voting for a bill to close the loophole. 'Certainly if there are revenues that the state is losing, we need to see what we're missing out on.'" [Santa Fe New Mexican, 12/25/10]

**Herrell Said She Did Not Believe In More Taxes And That Increasing Taxes Would Not Help The Budget.** "Herrell said she believes in no more taxes and that includes increasing property taxes. 'I don't think the government should increase property taxes,' she said. 'It's bad. We just increased the cigarette tax, food and GRT. We also increased our budget. I don't think increasing taxes is going to help us.'" [Alamogordo Daily News, 4/17/10]

**FY 2018: Herrell Was One Of Three House Members Who Voted Against A $6.3 Billion Spending Bill**

**Herrell Was One Of Three House Members Who Voted Against A $6.3 Billion Spending Bill For FY 2018.** "That's largely been the case so far at the Roundhouse, at least politically speaking, when it comes to passing a $6.3 billion spending bill for the fiscal year that starts in July. […] He was one of the three House members who voted against the bill - Reps. Yvette Herrell, R-Alamogordo, and Ricky Little, R-Chaparral, were the others." [Albuquerque Journal, 1/31/18]

**FY 2017: Herrell Voted For $6.2 Billion In General Fund Appropriations**



**Herrell Voted For $6.2 Billion In General Fund Appropriations.** "The governor partially vetoed the General Appropriation Act of 2016, enacted in House Appropriations and Finance Committee Substitute for House Bills 2 and 4 (Chapter 11, p.v.) (General Appropriation Act). […] The General Appropriation Act provides recurring general fund appropriations for FY 2017 totaling $6.213 billion, a relatively minor decrease from FY 2016." The bill passed the House 38-31 and was signed by the governor. [New Mexico Legislative Council Service, Highlights 2016, published May 2016; House Bill 2, 52nd Legislature Second Session, 2/6/16]

| FY 2016: Herrell Voted For $6.2 Billion In General Fund Appropriations |
| --- |

**Herrell Voted For $6.2 Billion In General Fund Appropriations.** "House Appropriations and Finance Committee Substitute for House Bills 2 and 4 (Chapter 101, p.v.), titled the General Appropriation Act of 2015, represents policymakers' collective priorities for state spending in the coming fiscal year. The act provides recurring general fund appropriations for FY 2016 totaling $6.2 billion, an increase of 1.3% over the previous year." The bill passed the House 42-25. [New Mexico Legislative Council, Highlights 2015, published May 2015; House Bill 2, 52nd Legislature First Session, 2/24/15]

> **Herrell Said Money Would Likely Be Taken From The Tobacco Settlement Fund To Deal With The FY 2016 Budget Shortfall.** "The special session will be strictly bills that have to do with the budget in terms of addressing the shortfall. I don't foresee any tax increase. I think we'll be looking at taking money safely from the tobacco settlement fund and put towards the $200 million shortfall for fiscal year 2016." [Alamogordo Daily News, 9/7/16]

| FY 2015: Herrell Voted Against $6.1 Billion In General Fund Appropriations, Which Included An Increase In Higher Education Spending |
| --- |

**Herrell Voted Against $6.1 Billion In General Fund Appropriations.** "With time running out in the short session and no agreement in the house on how to move the budget forward, the senate introduced Senate Finance Committee Substitute for Senate Bill 313 (Chapter 63, p.v.) (Senate Bill 313) as the 2014 GAA. […] The act provides recurring general fund appropriations totaling $6.1 billion, an increase of a little more than 4%, or $240 million, over the previous year's act." The bill passed the House 58-8. [New Mexico Legislative Council Service, Highlights 2014, published May 2014; Senate Bill 313, 51st Legislature Second Session, 2/19/14]

> **The Budget Included A 4.4 Percent Increase In Higher Education Spending From FY 2014.** "Higher education and special schools will see an overall 4.4% increase from FY 2014, manifested in the $830 million appropriation, with the New Mexico Military Institute receiving the largest percentage increase of 25%. [New Mexico Legislative Council Service, Highlights 2014, published May 2014]

> **The Budget Included A 3 Percent Pay Raise For Some State Employees, Including Those At Public Schools.** "Martinez trimmed $27 million in spending, including $15 million for programs for at-risk children that she says isn't needed until next year, when the programs it would support take effect. She also vetoed $2.4 million that would have provided 8 percent pay raises for judges and district attorneys and 3 percent raises for appointed government employees. Martinez did retain money for 3 percent pay raises for other state employees, including those at public schools." [Santa Fe New Mexican, 3/11/14]

| FY 2014: Herrell Voted For $5.9 Billion In General Fund Appropriations |
| --- |

**Herrell Voted For $5.9 Billion In General Fund Appropriations.** " The General Appropriation Act of 2013, House Appropriations and Finance Committee Substitute for House Bills 2, 3, 4, 5 & 6 (Chapter 227, p.v.) (House Bill 2), appropriates $5.9 billion for FY 2014 recurring expenses, adding $230 million over the FY 2013 appropriation, an increase of about 4% and less than the December revenue estimate for 'new money'." The bill passed the House 53-16 and was signed by the governor.  [New Mexico Legislative Council, Highlights 2013, published May 2013; House Bill 2, 51st Legislature First Session, 2/21/13]


**The Budget Was A $230 Million Increase From FY 2013 Spending.** "The General Appropriation Act of 2013, House Appropriations and Finance Committee Substitute for House Bills 2, 3, 4, 5 & 6 (Chapter 227, p.v.) (House Bill 2), appropriates $5.9 billion for FY 2014 recurring expenses, adding $230 million over the FY 2013." [New Mexico Legislative Council, Highlights 2013, published May 2013]

**The Budget Included Money To Establish A Merit Pay System For Teachers.** "Republican Gov. Susana Martinez's administration will receive money to establish a merit pay system for teachers under a proposed state budget approved Thursday by the House despite objections from Democrats. The House approved the financial blueprint on a 53-16 vote on Thursday, and sent it to the Senate for consideration. Only Democrats voted against the bill." [Los Alamos Monitor, 2/22/13]

---

**FY 2013: Herrell Voted For $5.6 Billion In General Fund Appropriations**

---

**Herrell Voted For $5.6 Billion In General Fund Appropriations For 2013.** "House Appropriations and Finance Committee Substitute for House Bills 2, 3, 4, 5 and 6 (Chapter 19, p.v.) (House Bill 2) appropriates $5.64 billion from the general fund for FY 2013" The bill passed the House unanimously. [New Mexico Legislative Council Service, Highlights 2012, published May 2012; House Bill 2, 50th Legislature Second Session, 2/8/12]

**The Budget Was A $220 Million Increase From FY 2012 Spending.** "This appropriation is about $220 million, or 4%, above the FY 2012 general fund operating budget." [New Mexico Legislative Council Service, Highlights 2012, published May 2012]

**Albuquerque Journal: Most Of The New Spending Would Go To Public Schools And Medicaid.** "The House of Representatives voted 70-0 Wednesday in favor of the budget measure, which calls for next year's state spending to be increased by $215 million - or about 4 percent - from this year's levels. Most of the new spending would go toward public schools and Medicaid." [Albuquerque Journal, 2/9/12]

---

**FY 2012: Herrell Voted Against $5.4 Billion In General Fund Appropriations, Which Included An Increase In Appropriations For New Mexico's Medicaid Program**

---

**Herrell Voted Against $5.4 Billion In General Fund Appropriations For 2012**

---

**Herrell Voted Against $5.4 Billion In General Fund Appropriations For 2012.** "The general appropriation act, House Bill 2, appropriates $5.42 billion in general funds and $20 million in other state funds for FY 2012." The bill passed the House 35-34 and was signed by the governor. [New Mexico Legislative Council Service, Highlights 2011, published May 2011; House Bill 2, 50th Legislature First Session, 3/2/11]

**The Budget Cut Total Spending By $150 Million, Including Cuts To Public Schools And Higher Education Spending.** "In its final version, the budget approved by the Legislature for the fiscal year starting in July would cut total spending by more than $150 million from this year's levels. State spending would increase, but not enough to make up for an impending loss of federal stimulus money.  Among other spending areas, the budget would trim funding for public schools by about 1.5 percent, or $35 million, and cut higher education spending by about 5 percent, or nearly $42 million." [Albuquerque Journal, 4/7/11]

---

**The Budget Included An Increase In Appropriations For New Mexico's Medicaid Program**

---

**The Budget Included An Increase In Appropriations For New Mexico's Medicaid Program.** "It wouldn't raise taxes on New Mexicans and doesn't include pay increases for state workers, though it would slightly increase total appropriations for the ever-expanding state Medicaid program. [Albuquerque Journal, 4/7/11]



## Capital Outlay Bills

**Herrell Proposed A $30,000 Expenditure To New Mexico's Capital Outlay Bill For A Greens Mower For A Local Golf Course**

**Herrell Proposed A $30,000 Expenditure To New Mexico's Capital Outlay Bill For A Greens Mower For A Local Golf Course.** "Next week, Gov. Susana Martinez will pick up her veto pen and go through the substituted version of House Bill 219, better known as the state's capital outlay bill. Or pork. Or Christmas Tree. […] $30,000 to buy a greens mower for the Timberon Water and Sanitation District golf course (Rep. Yvette Herrell, R-Alamogordo)." [Albuquerque Journal, 3/4/16]



# Crime & Public Safety Issues

### Significant Findings

✓ *Herrell voted against increasing the penalty for intentional abuse of a child.*

✓ *Herrell said synthetic marijuana was a "huge issue" and supported passing a local ordinance to ban its sale.*

## Child Abuse

### Herrell Voted Against Increasing The Penalty For Intentional Abuse Of A Child

**Herrell Voted Against Increasing The Penalty For Intentional Abuse Of A Child.** "HB 182: Increase the penalty for intentional abuse of a child." The bill passed the House 50-10 and died in the Senate. [Santa Fe New Mexican, 3/21/15; House Bill 182, 52nd Legislature First Session, 2/26/15]

## Marijuana

### 2010: Herrell Said She Was Not Sure If She Would Vote To End New Mexico's Medical Marijuana Program

**2010: Herrell Said She Was Not Sure If She Would Vote To End New Mexico's Medical Marijuana Program.** "Like Vaughn, Herrell is a social conservative who opposes domestic partnerships and favors legislation to require doctors to notify the parents of minors seeking abortions. However, she's not sure whether she'd vote to end the state's medical-marijuana program." [Santa Fe New Mexican, 12/25/10]

### Herrell Called Synthetic Marijuana A "Huge Issue" And Supported Passing A Local Ordinance To Ban Its Sale

**Herrell On Synthetic Marijuana: "It's A Huge Issue."** "State Rep. Yvette Herrell hosted a community leadership meeting Friday at the Otero County Administration Building to educate and get the community talking about the dangers and side effects of using synthetic cannabis. 'It's a huge issue,' Herrell said. 'The hospital has seen it. Law enforcement has seen it. The Border Patrol has seen it.'" [Alamogordo Daily News, 1/13/12]

**Herrell: "I Have Asked The City And County To Pass An Ordinance To Ban The Sale Of Synthetic Cannabis."** "'I have asked the city and county to pass an ordinance to ban the sale of synthetic cannabis or until we can tweak the legislation that's just recently been passed or until ... we can find a better way to test for it in the field. In the meantime there seems to been more questions than answers about it. As a community, I think everyone has a vested interest in it.'" [Alamogordo Daily News, 1/13/12]

## Sex Offenders

### Herrell Sponsored A Bill For The Governor That Would Require Sex Offenders From Other States To Register As Sex Offenders In New Mexico

**Herrell Sponsored A Bill For The Governor That Would Require Sex Offenders From Other States To Register As Sex Offenders In New Mexico.** "The measure, House Bill 570, was sponsored by Reps. Antonio Maestas, D-Albuquerque, and Yvette Herrell, R-Alamogordo. Martinez publicly thanked Maestas, an attorney, for



working with Republicans to update and strengthen the law. Herrell said the legislation closed a loophole. Previously, certain sex offenders registered in another state did not have to register after moving to New Mexico. But with the new law, they are required to register in New Mexico for the time remaining on their sentence from another state or for the time that would be required for an equivalent offense under New Mexico law, whichever is longer. The bill also updated New Mexico's sex offender registration law." The bill passed the House 69-[Alamogordo Daily News, 4/3/13; House Bill 570, 51st Legislature First Session, 3/12/13]

## Statute Of Limitations

**Herrell Introduced A Bill Abolishing The Statute Of Limitations On Second-Degree Murder In New Mexico**

**Herrell Introduced A Bill Abolishing The Statute Of Limitations On Second-Degree Murder In New Mexico.** "House Bill 172 would abolish the statute of limitations on second-degree murder in New Mexico. The current statute does not allow prosecutions more than six years after the crime was committed. […] Rep. Yvette Herrell, R-Dist. 51, introduced House Bill 172 during the current legislative session." The bill passed the House 64-0 but stalled in the Senate.  [Alamogordo Daily News, 2/20/15; House Bill 172 & 196, 52nd Legislature First Session, 3/5/15]

## Criminal History Records

**Herrell Sponsored Legislation To Provide Updates Of Criminal History Record Checks To State Agencies**

**Herrell Sponsored Legislation To Provide Updates Of Criminal History Record Checks To State Agencies.** In March 2011, Herrell sponsored a bill that "allows the New Mexico Department of Public Safety to provide updates of criminal history record checks to state agencies." The bill passed 64 to 2. [HB 527, 3/13/11; Alamogordo Daily News, 4/6/11]

> **Governor Martinez Praised Herrell For Passing The Bill.** "Martinez said she believes it's important to keep citizens safe. 'Especially when they're state employees,' she said. 'I am grateful to Rep. Herrell for working to pass this important bill and I have signed it into law as part of my commitment to keep all New Mexicans safe.'" [Alamogordo Daily News, 4/6/11]

> **Herrell Appreciated Governor Martinez Signing The Bill In Alamogordo.** "Herrell said she was appreciative of Gov. Martinez for coming to Alamogordo to sign the bill into law. 'I am honored to get a bill passed in Santa Fe,' she said. 'I carried the bill for the New Mexico Department of Public Safety and Gov. Martinez. It was one that we needed to pass to get $1.5 million into the state for the Department of Safety.'" [Alamogordo Daily News, 4/6/11]

The header area contains the DCCC logo image and navigation text.



# Economy & Jobs

<div align="center">

**Significant Findings**

</div>

✓ *Herrell voted to block two Democratic bills that would have capped interest rates at 36 percent.*

✓ *In 2015, Herrell allegedly said she wanted to see legislation written by the payday lending industry.*

## Interest Rates

### Herrell Voted To Block Two Democratic Bills That Would Have Capped Interest Rates At 36 Percent

**Herrell, Chair Of The House Regulatory And Public Affairs Committee, Voted To Block Two Democratic Bills That Would Have Capped Interest Rates At 36 Percent.** "Republicans closed ranks Wednesday to block two bills by Democrats that would have capped interest rates on loans at 36 percent a year. Members of the House Regulatory and Public Affairs Committee tabled both measures on 4-3, party-line votes." [Santa Fe New Mexican, 2/4/15; House Standing Committees, 52nd Legislature First Session, published 2/9/15]

**Herrell: "I Personally Do Not Think The 36 Percent Cap Is The Right Fix."** "The committee chairwoman, Rep. Yvette Herrell, R-Alamogordo, then took the unusual step of announcing that she was amenable to reviving debate after the storefront loan industry offers a bill of its own to lessen public concerns about predatory lending. 'I personally do not think the 36 percent cap is the right fix,' Herrell said after industry members testified that they could not turn a profit on small loans with that limitation." [Santa Fe New Mexican, 2/4/15]

**Herrell Denied That Lobbyist Bought Votes For Bills To Cap Interest Rates, Or In General.** "A who's who of lobbyists watched on Wednesday as Republicans on a legislative committee shelved two bills that would cap what storefront lenders can charge people in need of cash for loans. […] The powerhouse lobbyists were hired by the lending industry that was targeted by the legislation. And their presence Wednesday afternoon offers a glimpse into the mechanics of how the Roundhouse works, the role of lobbyists and the amount of money that sometimes lubricates the legislative process. […] 'Honestly, I don't ever think, 'There's Mr. So-and-So and his company gave me money,'' said Rep. Yvette Herrell, R-Alamogordo. Herrell chairs the House Regulatory and Public Affairs Committee the body that tabled the two interest-cap bills on a party-line vote." [Farmington Daily Times, 2/6/15]

**A Year Before Voting To Block Bill To Cap Interest Rates, Herrell Drafted A Bill To Cap Loans At 25%.** "Last year, Alamogordo's very own Yvette Herrell, R-Otero County, drafted HB199, a bill to cap interest rates on title loans at no more than 25 percent. Last week, Ms. Herrell did an about-face and opposed the proposed cap on loans. She teamed up with fellow Republicans to block the legislation in her role as chair of the House Regulatory and Public Affairs Committee just three weeks after attending a Legislative Prayer Breakfast in Alamogordo." [Las Cruces Sun-News, Josh Grider Op-Ed, 2/12/15]

## Payday Lending

### 2015: Herrell Reportedly Said She Wanted To See Legislation Written By The Payday Lending Industry

**Herrell Reportedly Said She Wanted To See Legislation Written By The Payday Lending Industry.** "Storefront lending companies and affiliated associations gave nearly $140,000 to New Mexico public officials and political action committees in 2013 and 2014, according to an analysis of data from the New Mexico Secretary of


State's office. […] So far, bills to cap interest rates have stalled in both House and Senate legislative committees. Rep. Yvette Herrell, the Republican chairwoman of the House Regulatory and Public Affairs committee, which rejected two rate-cap bills, said earlier this month she wanted to see legislation written by the industry." [New Mexico In Depth, 2/16/15]

---

**Herrell Sponsored Legislation That Would Ban Small Loans Of Less Than 120 Days**

---

**Herrell Sponsored Legislation That Would Ban Small Loans Of Less Than 120 Days.** "A retooled bill to cap interest rates on various types of New Mexico storefront loans cruised through a House committee Friday, despite criticism from some consumer advocacy groups.  The measure approved in the House Business and Industry Committee, via a 9-0 vote, would ban small loans with terms of less than 120 days and impose a 175 percent cap on loans issued by companies that are not federally insured. […] 'We do want to do something in terms of consumer protection, but we also want to be pro-business,' said Rep. Yvette Herrell, R-Alamogordo, one of the measure's sponsors." The bill passed the House 64-2 and was signed into law by the Governor. [Albuquerque Journal, 2/25/17; House Bill 347, 53rd Legislature First Session, introduced 2/7/17]

# Regulations

---

**Herrell Said She Would Fight For Less Regulation And Less Taxation As A Member Of Congress**

---

**Herrell Said She Would Fight For Less Regulation And Less Taxation As A Member Of Congress.** "New Mexico's businesses need a job-growth environment they can thrive in. They create the jobs in our economy. Yvette will fight for less regulation and less taxation, so they can reinvest in themselves. New Mexico can and should be a job-creating state." [herrellforcongress.com, accessed 6/15/18]



# Education Issues

<div>

### Significant Findings

✓ *Herrell voted against requiring schools to establish a free breakfast program for their elementary schools when 85 percent or more of their students were eligible for free or reduced lunch.*

✓ *Herrell voted against prohibiting corporal punishment in all public schools.*

✓ *Herrell: "We should eliminate the Public Education Department."*

</div>

## Free Breakfast Programs

**Herrell Voted Against Requiring Schools To Establish A Free Breakfast Program For Their Elementary Schools When 85 Percent Or More Of Their Students Were Eligible For Free Or Reduced Lunch**

**Herrell Voted Against Requiring Schools To Establish A Free Breakfast Program For Their Elementary Schools When 85 Percent Or More Of Their Students Were Eligible For Free Or Reduced Lunch.** In March 2011, Herrell voted against: "Senate Bill 144 (Chapter 35) requires school districts and charter schools to establish a free breakfast program for all students attending elementary schools in which 85% or more of the students are eligible for the free or reduced-fee lunch program under the federal National School Lunch Act of 1946, unless the school or district can demonstrate that the establishment and operation of such a program will result in undue financial hardship. Schools that fall below the 85% level may establish a free school breakfast program if they so choose." The bill passed the House 48-10 and was signed by the Governor. [New Mexico Legislative Council Service, Highlights 2011, published May 2011; Senate Bill 144, 50th Legislature First Session, 3/17/11]

## Early Childhood

**Herrell Voted Against Establishing A Comprehensive Early Childhood Care And Education System Through State And Private Programs**

**Herrell Voted Against Establishing A Comprehensive Early Childhood Care And Education System Through State And Private Programs.** "For the little learners: The Senate on Thursday overwhelmingly passed a bill that proponents say will boost education for children aged 5 or younger. SB 120, sponsored by Sen. John Sapien, D-Corrales, was approved on a 34-6 vote. The measure would establish a comprehensive early childhood care and education system through state and private programs. […] The bill is supported by the New Mexico Business Roundtable, the Association of Commerce and Industry and early child-care providers and advocates. It goes on to the House for consideration." [Santa Fe New Mexican, 3/4/11; Senate Bill 120, 50th Legislature First Session, 3/17/11]

## Public Education Department

**Herrell: "We Should Eliminate The Public Education Department"**

**VIDEO: Herrell: "We Should Eliminate The Public Education Department."** "I really want to support the President in the area of getting more government out of the way, getting the government out of the way of educating. And he has mentioned that when he campaigned that he wanted to back off from the federal government having such a hand in local education systems and I fully feel the same way on the state level that perhaps we



should eliminate the public education department and let the control be given back to the school boards, where budget, curriculum decisions can be made where we can see a much broader and more involved community effort." [KSVP – Good Morning Artesia, 5/15/18] (05:08 – 05:38)

## Corporal Punishment

### Herrell Voted Against Prohibiting Corporal Punishment In All Public Schools

**Herrell Voted Against Prohibiting Corporal Punishment In All Public Schools.** In March 2011, Herrell voted against: "House Bill 172 (Chapter 97) prohibits corporal punishment as a disciplinary sanction in all public schools," The bill passed the House 36-31 and was signed by the Governor. [New Mexico Legislative Council Service, Highlights 2011, published May 2011; House Bill 172, 50th Legislature First Session, 3/8/11]

## Arming Teachers

### Herrell Supported Teachers Carrying Weapons In Schools

**Herrell Supported Teachers Carrying Weapons In Schools.** VIDEO: "We need to allow concealed carry for personnel, teachers, to be at the schools and other places. These gun free zones are not gun free for the shooter." [KRWGnews via YouTube, posted 2/21/18] (27:15 – 27:24)

 **DCCC**

# Election & Campaign Finance Issues

<div style="border:1px solid">

### Significant Findings

✓ *Herrell signed a term limit pledge, limiting herself to three terms in Congress.*

✓ *Herrell voted against a bill to create an early voting center.*

✓ *Herrell voted against allowing New Mexico residents who would be qualified to vote in the next general election to vote in the immediately preceding primary while they were 17-years-old.*

</div>

## Term Limits

**Herrell Signed A Term Limit Pledge – Limiting Herself To Three Terms In Congress**

**Herrell Signed A Term Limit Pledge – Limiting Herself To Three Terms In Congress.** [www.termlimits.com, signed 12/29/17]

## Early & Youth Voting

**Herrell Voted Against A Bill To Create An Early Voting Center**

**Herrell Voted Against A Bill To Create An Early Voting Center.** "The measure requires establishment of an early voting site for a population center of more than 1,500 people, provided that it is more than 50 miles from its county's nearest site to cast early ballots. It carried 38-31 along party lines. Democrats supported the bill as a means of making it more convenient for people to vote. Republicans such as Rep. Yvette Herrell of Alamogordo opposed the measure on grounds that it would create more expenses for county governments." The bill passed the House 38-31. [Alamogordo Daily News, 2/25/13; House Bill 524, 51st Legislature First Session, 2/25/13]

**Herrell Voted Against Allowing New Mexico Residents Who Would Be Qualified To Vote In The Next General Election To Vote In The Immediately Preceding Primary While They Were 17-Years-Old**

**Herrell Voted Against Allowing New Mexico Residents Who Would Be Qualified To Vote In The Next General Election To Vote In The Immediately Preceding Primary While They Were 17-Years-Old.** "Residents of New Mexico who are 17 years of age and who will be qualified to vote in the next general election will now be allowed to vote in the primary election immediately preceding that election with the enactment of House Bill 138 (Chapter 28)." The bill passed the House 41-26 and was signed by the Governor. [Legislative Council Service, Highlights 2016, published May 2016; House Bill 138, 52nd Legislature Second Session, 2/8/16]

## Fundraising

**New Mexico Law Bars Legislators And The Governor From Raising Campaign Funds During Legislative Sessions, But Herrell Left A Donate Link On Her Website**

**New Mexico Law Bars Legislators And The Governor From Raising Campaign Funds During Legislative Sessions.** "Per state law, all 112 legislators and the governor are barred from raising campaign funds from Jan. 1 through Feb. 15, the session's last day.  The 'blackout' period is intended to reduce the possibility of undue



influence during legislative sessions. It applies not only to re-election campaigns, but also to bids for other elected office." [Albuquerque Journal, 1/17/18]

**Herrell Left A Donate Link On Her Campaign Website During This Time Period.** "As of Wednesday, Herrell was the only one of the four legislators to still have a 'donate' link on her campaign website." [Albuquerque Journal, 1/17/18]

## Local Elections

### Herrell Voted Against Requiring Local Elections Be Held On The Same Day As General Elections

**Herrell Voted Against Requiring Local Elections Be Held On The Same Day As General Elections.** "HB 174 Would require local elections to be held on the same day as general elections. Passed House and Senate, pending governor's signature." The bill passed the House 38-29 and was pocket-vetoed by the governor. [Las Cruces Sun-News, 3/20/17; House Bill 174, 53rd Legislature First Session, 2/24/17]

 **DCCC**

# Environmental Issues

---

### Significant Findings

✓ *Herrell had a lifetime score of 15% from Conservation Voters New Mexico.*

✓ *Herrell voted against legislation raising penalties for water pollution by oil and gas operators – legislation opposed by the oil and gas industry.*

    ✓ *Herrell took at least $15,000 from oil and gas companies.*

    ✓ *Herrell's second highest contributor to her federal campaign was the oil & gas industry.*

✓ *Herrell voted to limit local government authority over the oil and gas industry*

---

## Conservation

### Herrell Had A Lifetime Score Of 15% From Conservation Voters

**Herrell Had A Lifetime Score Of 15% From Conservation Voters New Mexico.** Yvette Herrell has a lifetime score of 15% from the Conservation Voters New Mexico. [Conservation Voters New Mexico, Yvette Herrell, accessed 6/20/18]

## Water Pollution

### 2013: Herrell Voted Against Legislation Raising Penalties For Water Pollution By Oil And Gas Operators, Which Was Opposed By The Oil And Gas Industry – An Industry Herrell Took At Least $2,000 From During The 2012 Cycle

### Herrell Voted Against Raising Penalties For Water Pollution By Oil And Gas Operators

**Herrell Voted Against Raising Penalties For Water Pollution By Oil And Gas Operators.** "A proposal to raise the fines - from 1935 levels - for water pollution by oil and gas operators has been rejected again by the Legislature, with opponents complaining it would burden New Mexico's premier industry.  It was the second time in recent years there has been an attempt to update penalties that were enacted 78 years ago in the Oil and Gas Act and haven't been increased since then.  A much broader bill introduced in 2009 also failed.  House Bill 286 went down Wednesday in the House, with 32 members voting in favor of it and 36 against." The bill failed in the House 32-36. [Albuquerque Journal, 3/8/13; House Bill 286, 51st Legislature First Session, 3/6/13]

    **The Bill Was Supported By Environmentalists And The New Mexico Attorney General's Office.** "HB286, sponsored in 2013 by Rep. Gail Chasey, an Albuquerque Democrat, would have updated the 1935 Oil and Gas Act, which set bonding requirements, fines and penalties for violations of the act and conditions for bringing suits against the violators. Proponents of the bill, which included environmentalists and the Attorney General's office, contended that the current penalties were thousands of dollars lower than penalties in neighboring states like Texas and Arizona." [Common Cause New Mexico, report, published October 2013]

**The Political Director Of Conservation Voters New Mexico Said "It Is Troubling That Even In A Time Of Severe Drought, Our Elected Officials Won't Take Reasonable Steps To Protect Our Water"**



**The Political Director Of Conservation Voters New Mexico Said "It Is Troubling That Even In A Time Of Severe Drought, Our Elected Officials Won't Take Reasonable Steps To Protect Our Water."** "'The fact that the New Mexico Oil and Gas Act has not been updated in more than 75 years is an atrocity,' said Leanne Leith, political director of Conservation Voters New Mexico. 'It is troubling that even in a time of severe drought, our elected officials won't take reasonable steps to protect our water.' " [Albuquerque Journal, 3/8/13]

---

**The Oil And Gas Industry, Which Herrell Took At Least $2,000 From During The 2012 Election Cycle, Opposed The Bill**

---

**The Oil And Gas Industry Opposed The Bill.** "The oil and gas lobby bitterly opposed the bill, as it had a similar bill sponsored by Senator Peter Wirth in 2009." [Common Cause New Mexico, report, published October 2013]

> **During The 2012 Election Cycle, Herrell Took At Least $2,000 From The Oil And Gas Industry.**
> [Common Cause New Mexico, report, published October 2013]

# Stream Access

**Herrell Voted For Legislation Restricting Stream Access**

**Herrell Voted For Legislation Restricting Stream Access.** "Gov. Susana Martinez has signed into law a measure aimed at strengthening current state regulations restricting the ability of anglers to fish and wade New Mexico waters on private property. […] Opponents claimed the measure, Senate Bill 226, would limit public access to beloved fishing spots, but backers said it would merely protect private property rights and would not necessarily restrict access." The bill passed the House 32-31 and was signed by the Governor. [Albuquerque Journal, 4/3/15; Senate Bill 226, 52nd Legislature First Session, 3/20/15]

> **HEADLINE: Gov. Martinez Signs Bill Into Law Restricting NM Stream Access.** [Albuquerque Journal, 4/3/15]

> **The Legislation Would Not Only Impact Stream Access But Could Also Cause Costly Lawsuits And Impact New Mexico's Sport Fishing Economy.** "Both Gay and Olson warn that SB 226 will lead to further battles on stream access and will require, according to Gay, "the public to foot the bill for defending its right to stream access instead of the state defending its constitutionally provided right to recreate on these waterways" -- through costly lawsuits and court cases. Other possible impacts include concentrated pressure on undisputed public tracts of water and a hit to New Mexico's $268 million dollar a year sport fishing economy." [Hatch Magazine, 3/25/15]

# Oil & Gas

**Herrell Voted To Limit Local Government Authority Over Oil And Gas Activity**

**Herrell Voted To Limit Local Government Authority Over Oil And Gas Activity.** "Under House Bill 366, sponsored by Rep. Nate Gentry, R-Albuquerque, the state would have exclusive authority over oil and gas well siting, drilling, processing and storage — effectively restricting the ability of local governments to regulate the industry. The measure passed 6-5 on a straight party-line vote, with Republicans in favor of the bill.  HB 366 is one of four bills or memorials designed to limit local government authority over oil and gas activity or financially penalize those that do regulate the industry." The bill passed the House 37-28 and died in the Senate. [Santa Fe New Mexican, 2/18/15; House Bill 366, 52nd Legislature First Session, 3/10/15]

> **Multiple Democrats In The Legislature Said The Bill Was Overreaching.** "But his colleague on the committee, Rep. Jeff Steinborn, D-Las Cruces, called the bill 'big government overreach.' […] Rep. Brian Egolf, D-Santa Fe, saying HB 366 'hugely overreaches,' asked why lawmakers didn't just craft legislation that


prevents oil and gas bans, if the central concern is the potential for county bans. 'This is an atom bomb to take out a gnat,' he said." [Santa Fe New Mexican, 2/18/15]

**Herrell's Second Highest Contributing Industry To Her Federal Campaign Was The Oil & Gas Industry**

**Herrell's Second Highest Contributing Industry To Her Federal Campaign Was The Oil & Gas Industry, Whose Employees Gave $36,950.** According to the Center for Responsive Politics, Herrell's second highest contributing industry to her federal campaign was the oil & gas industry, whose employees gave $36,950. [Center for Responsive Politics, accessed 6/22/18]

| Herrell Top Contributors By Industry | | |
|---|---|---|
| Rank | Industry | Total |
| 1 | Retired | $60,650 |
| 2 | Oil & Gas | $36,950 |
| 3 | Crop Production & Basic Processing | $17,000 |
| 4 | Livestock | $16,949 |
| 5 | Health Professionals | $15,400 |
| 6 | Real Estate | $12,800 |
| 6 | Civil Servants/Public Officials | $12,800 |
| 8 | General Contractors | $12,600 |
| 9 | TV/Movies/Music | $10,800 |
| 10 | Automotive | $7,400 |
| 11 | Leadership PACs | $7,000 |
| 12 | Women's Issues | $6,000 |
| 13 | Commercial Banks | $5,500 |
| 14 | Lawyers/Law Firms | $5,250 |
| 15 | Hospitals / Nursing Homes | $5,000 |
| 16 | Retail Sales | $4,424 |
| 17 | Abortion Policy/Anti-Abortion | $4,000 |
| 18 | Dairy | $3,700 |
| 19 | Misc. Services | $3,250 |
| 20 | Business Services | $3,200 |

[Center for Responsive Politics, accessed 6/22/18]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 3/21/17]*

**Over Her State Legislative Career, Herrell Took At Least $15,000 From Oil And Gas Companies**

*NOTE: See Appendix II – Campaign Finance for a detailed breakdown of Herrell's oil and gas company contributions.*

**Over Her State Legislative Career, Herrell Took At Least $15,000 From Oil And Gas Companies.** According to Herrell's state campaign finance filings, she has taken at least $15,000 from companies listed as gas and oil, petroleum, energy, or fuel refining companies. This list does not include employees of these companies who may have donated to Herrell. [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]



# Foreign Policy Issues

<div style="border:1px solid;">

### <u>Significant Findings</u>

✓ *Herrell supported moving the U.S. embassy in Israel to Jerusalem.*

✓ *Herrell supported President Trump's withdrawal from the Iran Nuclear Deal.*

</div>

## Israel

### Herrell Supported Moving The U.S. Embassy In Israel To Jerusalem

**Herrell Supported Moving The U.S. Embassy In Israel To Jerusalem.** "Big day today in Jerusalem with the opening of the new US Embassy!  Some friends over in Jerusalem sent me this picture.  With strong leadership, big results happen! #nmpol #nmcd2" [Yvette Herrell via Twitter, posted 5/14/18]

## Iran

### Herrell Supported President Trump's Withdrawal From The Iran Nuclear Deal

**Herrell Supported President Trump's Withdrawal From The Iran Nuclear Deal.** "Thank you, President Trump, for saying no to Obama's bad deal!  I will work with President Trump to protect our country and strengthen our national security!" [Yvette Herrell via Twitter, posted 5/8/18]



# Gun Issues

---

### Significant Findings

✓ *Herrell said she was a proud member of the NRA, and the organization endorsed Herrell in the 2018 election.*

✓ *2013: Herrell voted against requiring criminal background checks for private sales of firearms at gun shows in New Mexico.*

    ✓ *However, in 2018, during a candidate forum, Herrell said it might be a "great idea" to explore expanding background checks.*

✓ *Herrell voted against legislation allowing courts to prohibit individuals restrained in domestic abuse cases from possessing or purchasing firearms.*

---

## National Rifle Association

**The NRA Endorsed Herrell In The 2018 Election**

**The NRA Endorsed Herrell In The 2018 Election.** "Herrell, who won the endorsement of the NRA and is a strong Trump supporter, said she will focus on showing voters she endorses Trump's policies such as the U.S.-Mexico border wall and tax cuts." [Washington Post, 6/7/18]

**Herrell Said She Was A Proud Member Of The NRA**

**Herrell Said She Was A Proud Member Of The NRA.** "As a proud NRA member, Yvette will defend our 2nd Amendment rights and ensure law-abiding citizens have the right to bear arms." [herrellforcongress.com, accessed 6/15/18]

## Background Checks

**Herrell Voted Against Requiring Criminal Background Checks For Private Sales Of Firearms At Gun Shows In New Mexico**

**Herrell Voted Against Requiring Criminal Background Checks For Private Sales Of Firearms At Gun Shows In New Mexico.** "The 43-26 vote by the House on Wednesday to approve legislation requiring criminal background checks for privates sales of firearms at gun shows in New Mexico. […] REPUBLICANS VOTING NO […] Yvette Herrell (Alamogordo)." [Associated Press, 2/13/13]

**Herrell Said It Might Be A "Great Idea" To Explore Expanding Background Checks**

**Herrell Said It Might Be A "Great Idea" To Explore Expanding Background Checks.** VIDEO: "We have to protect the Second amendment, I mean that is a right, not a privilege. I think the idea of possibly looking in to expanding background checks might be a great idea. But really where it needs to start is at home." [KRWGnews via YouTube, posted 2/21/18] (27:02 – 27:15)



## Guns For People Accused Of Domestic Violence

**Herrell Voted Against Legislation Allowing Courts To Prohibit Individuals Restrained In Domestic Abuse Cases From Possessing Or Purchasing Firearms**

**Herrell Voted Against Legislation Allowing Courts To Prohibit Individuals Restrained In Domestic Abuse Cases From Possessing Or Purchasing Firearms.** "Vote Smart's Synopsis: Vote to pass a bill with an amendment which authorizes the court to issue an order of protection prohibiting individuals restrained in cases of domestic abuse from possessing or purchasing firearms." The bill passed the House 32-22 and was later vetoed by the governor. [Vote Smart, accessed 6/20/18; Senate Bill 259, 53rd Legislature First Session, 3/15/17]



# Health Care Issues

---

### Significant Findings

✓ *Herrell called the ACA the "Non Affordable Care Act."*

✓ *Herrell voted against one bill establishing the New Mexico Health Insurance Exchange but then voted for the bill that eventually established the health insurance exchange.*

---

## New Mexico Health Insurance Exchange

### Herrell Voted For Law That Established The New Mexico Health Insurance Exchange

**Herrell Voted For The Bill That Established The New Mexico Health Insurance Exchange.** "With the passage of Senate Corporations and Transportation Committee Substitute for Senate Public Affairs Committee Substitute for Senate Bill 221 & Senate Public Affairs Committee Substitute for Senate Bill 589 (Chapter 54), the state now has a statutory infrastructure for the establishment and operation of a health insurance exchange called the "New Mexico Health Insurance Exchange". The federal Patient Protection and Affordable Care Act requires that each state establish its own health insurance exchange, operate an exchange in partnership with the federal government or allow the federal government to establish an exchange in the state." The bill passed the House 61-7 and was signed by the governor. [New Mexico Legislative Council Service, 2013 Highlights, published May 2013; Senate Bill 221, 51st Legislature First Session, 3/15/13]

### Herrell Voted Against A Bill Establishing The New Mexico Health Insurance Exchange That Would Have Permitted The Board To Exclude Plans

**Herrell Voted Against A Bill Establishing The New Mexico Health Insurance Exchange.** "Vote to pass a bill that establishes the New Mexico Health Insurance Exchange and specifies the duties and functions of the Board of Directors." The bill failed in the House 30-39. [Vote Smart, accessed 6/20/18; House Bill 168, 51st Legislature First Session, 2/28/13]

> **The Bill Would Have Allowed The Board Overseeing The Health Care Exchange To Exclude Insurance Plans From The Exchange.** "The bill is an alternative to House Bill 168, which previously failed to pass the chamber. That bill would have allowed the board to exclude insurance plans from the exchange." [Albuquerque Journal, 3/16/13]

## Affordable Care Act

### Herrell Called The ACA The "Non Affordable Care Act"

**Herrell Called The ACA The "Non Affordable Care Act."** "Oklahoma AG, Scott Pruitt. He is leading the charge in challenging the Non Affordable Care Act and Dodd Frank." [yvetteherrell via Instagram, posted 5/2/13]

## Medical Marijuana

### Herrell Voted To Exempt Employers And Insurers From The Responsibility To Reimburse Injured Workers For The Cost Of Medical Marijuana



**Herrell Voted To Exempt Employers And Insurers From The Responsibility To Reimburse Injured Workers For The Cost Of Medical Marijuana.** "HB 195 and SB 245 would exempt employers and insurers from responsibility to reimburse an injured worker for the cost of medical cannabis." [Gallup Independent, 8/13/16; House Bill 195, 52nd Legislature Second Session, 2/9/16]



# Immigration & Border Issues

## Significant Findings

✓ *Herrell twice voted to bar undocumented immigrants from accessing drivers' licenses.*

✓ *Herrell was reportedly excited about building "the wall."*

✓ *Herrell: "the intent of DACA was never designed as a path to citizenship."*

## Drivers Licenses For Undocumented Immigrants

### Herrell Twice Voted To Bar Undocumented Immigrants From Accessing Drivers' Licenses

#### Herrell Voted To Stop Providing Drivers' Licenses To Undocumented Immigrants

**Herrell Voted To Stop Providing Drivers' Licenses To Undocumented Immigrants.** In March 2011, Herrell voted for a bill "to stop granting driver's licenses to people who do not have proof of immigration status." The bill passed 42 to 28. [El Paso Times, 3/5/11; House Bill 78, 50th Legislature First Session, 3/4/11]

#### Herrell Voted To Repeal Legislation Allowing Undocumented Immigrants To Obtain Drivers' Licenses

**Herrell Voted To Repeal Legislation Allowing Undocumented Immigrants To Obtain Drivers' Licenses.** "The House of Representatives voted 45-25 Wednesday for House Bill 103. It would repeal the 2003 law that enables illegal immigrants to obtain New Mexico driver's licenses. Here is a breakdown of the votes. […] Yvette Herrell, R-Alamogordo -- Yes." The bill passed the House 45-25. [Carlsbad Current-Argus, 2/9/12; House Bill 103, 50th Legislature Second Session, 2/8/12]

## Border Security & Border Wall

### Herrell Said Border Security Was A Big Issue In New Mexico

**Herrell Said Border Security Was A Big Issue In New Mexico.** VIDEO: "I think in New Mexico, obviously education is a biggie, but also the border security is a big issue, especially when we're over on the west side of the state, because the border's so close. And people are wanting to ensure that we're protecting Americans first. [KSVP – Good Morning Artesia, 5/15/18] (07:44 – 07:57)

### Herrell: "Let's Build A Wall And Secure Our Borders"

**Herrell: "Let's Build A Wall And Secure Our Borders."** VIDEO: "And let's build a wall and secure our borders." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (01:57 – 02:02)

### Herrell Said She Supported Building The Wall

**Herrell Said She Supported Building The Wall.** VIDEO: "I definitely support building the wall. I think that's just key in terms of securing the border security and helping with the immigration issue. That's something that President Trump has talked about, something I certainly stand for." [KRWGnews via YouTube, posted 2/21/18] (08:47 – 09:00)



> **Herrell: "I Will Work With President Trump To Solve Our Illegal Immigration Problem And Protect Our Borders"**

**Herrell: "I Will Work With President Trump To Solve Our Illegal Immigration Problem And Protect Our Borders."** "I will work with President Trump to solve our illegal immigration problem and protect our borders. Sign our petition if you agree!" [Yvette Herrell for Congress via Facebook, posted 1/26/18]

## Guest Worker Programs

> **Herrell Was Supportive Of Guest Worker Programs**

**Herrell Was Supportive Of Guest Worker Programs.** VIDEO: "A big issue that does come forward, and this is one I really want to work on especially as it relates to helping not just our Ag. Industry but all industries. You know, this guest worker program, we are not sufficient in producing to our full potential as it relates to dairy, produce, ag, because we don't have the workers available. And I believe we can work continuously with Chairman Goodlatte who has started working and improving on the guest worker program – but we need to do it in a way that we can maybe look at it regionally, because different industries, different states require and have different needs. And so that's something very important because here we have, you know, two percent of Americans are producing one-hundred percent of the food. So we need to ensure that we're giving them every opportunity to produce to their full potential." [KSVP – Good Morning Artesia, 5/15/18] (07:57 – 08:44)

## DACA

> **Herrell: "We Can't Let Short Term Fixes Like DACA Become Long Term Solutions"**

**Herrell: "We Can't Let Short Term Fixes Like DACA Become Long Term Solutions."** VIDEO: "We have to protect New Mexico from becoming a sanctuary state. We can't let short term fixes like DACA become long term solutions, because it doesn't work that way. We need a Congress that's going to act and take action. We need to give the border patrol the tools they need but we also need to be looking at the laws that are on the book and enforcing them. And it has become such a huge issue and it's become more divisive than it is uniting us. It's something we have to address. We cannot afford as a state or a nation to pay for the medical, the schooling, and other necessities that illegals are taking away from our taxpayers and from our veterans more importantly." [KRWGnews via YouTube, posted 2/21/18] (20:17 – 20:55)

> **Herrell: "The Intent Of DACA Was Never Designed As A Path To Citizenship"**

**Herrell: "The Intent Of DACA Was Never Designed As A Path To Citizenship."** "Herrell is critical of the program's scope. 'The intent of DACA was never designed as a path to citizenship,' she said." [Albuquerque Journal, 5/7/18]

## Sanctuary Cities

> **Herrell Said Sanctuary City Policies "Violate Our Nation's Principles**

**Herrell Said Sanctuary City Policies "Violate Our Nation's Principles.** "I will work with President Trump in the fight to end sanctuary city policies!  Sanctuary city policies violate our nation's principles and will endanger New Mexico families.  We cannot let New Mexico become a sanctuary state!" [Yvette Herrell for Congress via Facebook, posted 4/19/18]



# Labor & Working Families

### Significant Findings

✓ *Herrell voted multiple times against raising the minimum wage.*

  ✓ *2017: Herrell voted against a bill that would raise the state minimum wage in phases; first to $8.25 and then to $9.00.*

  ✓ *2015: Herrell voted against raising the minimum wage to $10.10 in committee.*

  ✓ *2015: Herrell said she would have supported a right-to-work bill if it had not included a minimum wage increase.*

✓ *Herrell: "I do support right to work."*

✓ *2011: Herrell voted to establish a minimum retirement age for certain public employees.*

## Minimum Wage

### Herrell Voted Against Raising The Minimum Wage To $10.10 In Committee

**Herrell Voted Against Raising The Minimum Wage To $10.10 In Committee.** "On a straight party-line vote, a House committee on Monday voted down two bills that would have raised the state minimum wage to $10.10 an hour. While Democrats on the House Regulatory and Public Affairs Committee said that House Bill 20 and HB 138 would help raise thousands of New Mexicans out of poverty, Republicans said they were afraid the wage increase would hurt businesses. […] Rep. Yvette Herrell, R-Alamogordo, chairwoman of the committee, noted that $10.10 an hour would make New Mexico the state with the highest minimum wage." [New Mexican via the Taos News, 2/2/15]

### Herrell Said A Minimum Wage Increase Would Have An "Enormous Impact" On Businesses

**Herrell Said A Minimum Wage Increase Would Have An "Enormous Impact" On Businesses.** "Rep. Yvette Herrell, the Republican from Alamogordo who chairs the committee, said she believed a minimum wage increase would have an 'enormous impact' on businesses. And 'I just have a hard time understanding it wouldn't have an impact on job growth,' she said." [Associated Press, 2/3/15]

### Herrell Voted Against A Bill That Would Raise The State Minimum Wage In Phases, First To $8.25 And Then To $9.00

**Herrell Voted Against A Bill That Would Raise The State Minimum Wage In Phases, First To $8.25 And Then To $9.00.** "Here is a quick summary of the Minimum Wage Bill that just passed the House. SB 386  Synopsis of Bill Senate Floor Substitute for Senate Bill 386 (SB386/SFlS) would raise the statewide minimum wage to $8.25 on October 1, 2017 and $9.00 on April 1, 2018. Beginning on October 1, 2017, the bill would exempt trainee employees, providing those employees with an $8.00 minimum wage for a period of 60 days from the date they are hired. The minimum wage for tipped employees would be increased to $2.38 on October 1, 2017 and $2.63 on April 1, 2018." The bill passed the House 41-27 and was vetoed by the Governor. [Yvette Herrell via Facebook, posted 5/16/17; Senate Bill 386, 53rd Legislature First Session, 3/16/17]



---

**Herrell Said She Would Have Supported A Right-To-Work Bill If It Had Not Included A Minimum Wage Increase**

**Herrell Said She Would Have Supported A Right-To-Work Bill If It Had Not Included A Minimum Wage Increase.** "House Bill 75, known as the Right-to-Work Bill or the 'Employee Preference Act,' cleared the New Mexico House of Representatives last week by a 37 to 30 vote. The bill now heads to the New Mexico Senate for consideration. […] The sole Republican holdout was Rep. Yvette Herrell (R, Otero County) who would have supported the bill had a last-minute amendment to the bill in the House Judiciary Committee not added an increase to the state's minimum wage from $7.50 to $8.00." The bill passed the House 37-30 but died in the Senate. [Ruidoso News, 3/5/15; House Bill 75, 52nd Legislature First Session, 2/25/15]

# Right-To-Work

**Herrell: "I Do Support Right To Work. I Think It's Important For The Economy And State"**

**Herrell: "I Do Support Right To Work. I Think It's Important For The Economy And State."** "Rep. Yvette Herrell and Rep. Rick Little both support right-to-work and voiced their opinions at the public hearing. 'I do support right to work, I think it's important for the economy and state. And it is true, other states like Kentucky have seen an increase in jobs and other gains. I think for Otero County specifically, we still rely on Hollo-man Air Force Base,' Herrell said. 'I think this will help in our economic development for some of the other companies that might want to come and work here. It will be a stronger economy for Otero County and New Mexico as a whole.' [Alamogordo Daily News, 3/2/18]

**Herrell: "I Support Right-To-Work"**

**VIDEO: Herrell: "I Support Right-To-Work."** VIDEO: "And speaking of business, let's just set this straight. I support right-to-work. I voted for the bill in House committee, but when we put a minimum wage on it, that is not a good bill. And you don't use business owners as pawns to get work done in New Mexico." [Yvette Herrell for Congress via Facebook, posted 2/26/18] (01:06 – 01:24)

**Herrell Was Supportive Of Right-To-Work Legislation**

**Herrell Was Supportive Of Right-To-Work Legislation.** "Herrell also discussed education and job creation in New Mexico. She said by the time they get to Santa Fe most bills will already be agreed upon. 'We can turn New Mexico into a right to work state, we don't have a huge population of union workers but if it looks good to the company considering New Mexico then I'm all for it. It's a simple bill, if you don't want to join the union then you don't have to. It's a choice,' she said." [Alamogordo Daily News, 9/7/16]

> **According To The AFL-CIO, "Right-To-Work" Legislation Would Take Rights Away From Working People And Hand Them To Corporations.** "'Right to work' is the name for a policy designed to take away rights from working people. Backers of right to work laws claim that these laws protect workers against being forced to join a union. The reality is that federal law already makes it illegal to force someone to join a union. The real purpose of right to work laws is to tilt the balance toward big corporations and further rig the system at the expense of working families. These laws make it harder for working people to form unions and collectively bargain for better wages, benefits and working conditions." [aflcio.org, Right to Work, accessed 7/17/18]

# Retirement Age

**Herrell Voted To Establish A Minimum Retirement Age For Certain Public Employees**



**Herrell Voted To Establish A Minimum Retirement Age For Certain Public Employees.** In March 2011, Herrell voted for a bill that "Establishes the following retirement age and service requirements for a public employee under state general plan 3 or municipal plan 1, 2, 3, and 4 who is retired or a member with 5 or more years of service credit as of July 1, 2011." The bill passed 37 to 32. [HB 644, 50th Legislature 1st Session, 3/15/11; Vote Smart, 3/15/11]

## Prevailing Wages

**Herrell Voted To Remove Highways And School Projects From The Prevailing Wage Act**

**Herrell Voted To Remove Highways And School Projects From The Prevailing Wage Act.** "HB 200 is a partisan, business-versus-labor issue that comes up year after year. The bill would have removed highways and school projects from the prevailing wage act." The bill passed the House 35-32 and died in the Senate. [Gallup Independent, 8/13/16; House Bill 200, 52nd Legislature Second Session, 2/9/16]



# LGBT Issues

---

### Significant Findings

✓ *Herrell was one of seven legislators in New Mexico that filed a lawsuit to stop a local clerk from issuing marriage licenses to same-sex couple because "it's imperative that we protect the sanctity of marriage."*

✓ *Herrell wrote an op-ed in 2009 opposing domestic partnerships because legalizing them in New Mexico would jeopardize the sanctity of marriage.*

✓ *Herrell voted against legislation allowing disciplinary action against licensed professionals that practiced "conversion therapy" on minors.*

---

## Marriage Equality

**Herrell Was One Of Seven Legislators That Filed A Lawsuit To Stop A Local Clerk From Issuing Marriage Licenses To Same-Sex Couples Because "It's Imperative That We Protect The Sanctity Of Marriage"**

*NOTE: A copy of the lawsuit is linked here.*

**Herrell Was One Of Seven Legislators That Filed A Lawsuit To Stop A Local Clerk From Issuing Marriage Licenses To Same-Sex Couples**

**Herrell Was One Of Seven Legislators That Filed A Lawsuit To Stop A Local Clerk From Issuing Marriage Licenses To Same-Sex Couples.** "Seven Republican legislators filed a lawsuit Friday to stop the Doña Ana County clerk from issuing marriage licenses to same-sex couples. The state lawmakers claim Doña Ana County Clerk Lynn Ellins overstepped his legal authority Aug. 21 when he decided to start issuing marriage licenses to gay and lesbian couples. […] Besides Sharer, the legislator plaintiffs are Rep. Jimmie Hall, R-Albuquerque, Rep. Dennis Roch, R-Texico, Rep. Yvette Herrell, R-Alamogordo, Sen. Steven Neville, R-Aztec, Rep. James Strickler, R-Farmington, Rep. David Gallegos, R-Eunice. Meanwhile, Los Alamos." [Albuquerque Journal, 8/21/13]

> **The Lawsuit Claimed The Local Clerk Overstepped His Authority And The State Constitution By Issuing The Licenses.** "The lawsuit was filed last week in Las Cruces' 3rd Judicial District. The lawsuit claims Ellins overstepped his authority and violated the New Mexico Constitution by issuing marriage licenses to same-sex couples. He started issuing same-sex licenses on Aug. 21." [Alamogordo Daily News, 9/6/13]

**Herrell Said She Was Not Opposed To Equal Benefits For Same-Sex Couples But That "It's Imperative That We Protect The Sanctity Of Marriage**

**Herrell Said She Was Not Opposed To Equal Benefits For Same-Sex Couples.** "I do agree that we need to look at equality for same-sex couples as it relates to benefits, insurance benefits (life insurance), retirement benefits and other things that are enjoyed by other married couples. I am not opposed to that, but I definitely believe we have to protect the sanctity of marriage. It has been in place for thousands of years. It works, but I am not opposed to looking at laws and statutes." [Alamogordo Daily News, 9/6/13]

**Herrell: "It's Imperative That We Protect The Sanctity Of Marriage."** "Herrell, R-District 51, said she joined the lawsuit because she wants to preserve the sanctity of marriage. […] 'I think it's imperative that we protect the sanctity of marriage. It's a Biblical principal that I firmly believe in.'" [Alamogordo Daily News, 9/6/13]



**Herrell On Marriage: "It's A Biblical Principal That I Firmly Believe In."** "'I don't have a problem with equality whether it's traditional married couples or same-sex couples. I do believe there needs to be some equality for same-sex couples,' she added. 'I think it's imperative that we protect the sanctity of marriage. It's a Biblical principal that I firmly believe in.' She said she believes it's worth fighting for the sanctity of marriage and protect it." [Alamogordo Daily News, 9/6/13]

**Herrell On What The Alternative Is For Same Sex Couples: "I Don't Know What The Alternative Should Be. I Don't Have An Answer For That. I Don't Know What The Answer Should Be Or Can Be."** "'I don't know what the alternative should be,' Herrell said. 'I don't have an answer for that. I don't know what the answer should be or can be. I certainly believe the definition of marriage should stay and the sanctity of marriage needs to be one man, one woman. I don't know how it can be established that would recognize same-sex couples. It really can't be a recognition of marriage if we're protecting the sanctity of marriage. A same-sex couple has their own right to have their relationship and have the benefits like a married couple, but as far as changing the definition of marriage in the traditional sense, I can't support that.'" [Alamogordo Daily News, 9/6/13]

**Herrell: "This Issue Really Needs To Go Before The State Supreme Court For A Decision."** "She said she believes legislation should be very mindful of individual rights and liberties or religious beliefs of churches. 'There's really two different things happening in this whole big picture,' Herrell said. 'One is the issue of same-sex marriage and the whole idea of county clerks even being able to issue same-sex marriage licenses because we have a process in place. We have the three branches of government. That's why we have the Legislature. This issue really needs to go before the state Supreme Court for a decision or for the Supreme Court to revert it back to the state legislative body ... or let it go before the voters. We have a legislative process in place. If the court rules against same-sex marriage, then these marriages would be null and void. There could be unintended consequences at the end of the day.'" [Alamogordo Daily News, 9/6/13]

## 2009: Herrell Wrote An Op-Ed Opposing Legislation Legalizing Domestic Partnerships

**HEADLINE: "Contact Lawmakers About 'Alternative Lifestyle' Bills."** [Alamogordo Daily News, Yvette Herrell, 1/7/09]

**Herrell Wrote An Op-Ed Opposing Legislation Legalizing Domestic Partnerships.** OPINION: "I am taking this opportunity to challenge and urge each of you to contact our New Mexico lawmakers and ask them to vote "no" on the proposed Bills for Domestic Partnership." [Alamogordo Daily News, Yvette Herrell, 1/7/09]

**Herrell Said That After Domestic Partnerships Were Legalized In Massachusetts, "Alternative" Lifestyles Were Introduced In Schools.** OPINION: "If you think you don't want to get involved because these bills and lifestyles don't affect you, think again. If you have children or grandchildren, or know someone who does, take a look at what has happened in Massachusetts. Laws similar to HB 21 and SB 12 were passed and voted into law. Shortly thereafter, 'alternative' lifestyles were introduced to high schools and middle schools – and finally to elementary schools." [Alamogordo Daily News, Yvette Herrell, 1/7/09]

**Herrell: "Our State Was Founded On Hard Work, Principles And Family Values […] Do Not Let Our Lawmakers Jeopardize These Principles And The Sanctity Of Marriage."** OPINION: "Our state was founded on hard work, principles and family values. This is a unique state in that we are rich in farming, ranching, cultural and artistic history. Do not let our lawmakers jeopardize these principles and the sanctity of marriage." Alamogordo Daily News, Yvette Herrell, 1/7/09]

## 2010: Herrell Said She Believed In Marriage Between One Man And One Woman

**Herrell Said She Strongly Believed In Marriage Between One Man And One Woman.** "Herrell said she strongly believes in the sanctity of marriage between one man and one woman. 'I will fight to protect our traditional family values,' she said." [Alamogordo Daily News, 3/23/10]



## Conversion Therapy

**Herrell Voted Against Legislation Requiring Disciplinary Action Against Licensed Professionals That Practiced "Conversion Therapy" On Minors**

**Herrell Voted Against Legislation Requiring Disciplinary Action Against Licensed Professionals That Practiced "Conversion Therapy" On Minors.** "With amendments made by Senate Bill 121 (Chapter 132), the practice of 'conversion therapy' on individuals under 18 years of age is now grounds for disciplinary action against professionals licensed pursuant to the Nursing Practice Act, the Medical Practice Act, the Professional Psychologist Act, the Osteopathic Medicine Act, the Counseling and Therapy Practice Act and the Social Work Practice Act. Conversion therapy is defined, with certain exclusions, as any practice or treatment designed to change a person's sexual orientation or gender identity." The bill passed the House 44-23. [New Mexico Legislative Council, 2017 Highlights, published May 2017; Senate Bill 121, 53rd Legislature First Session, 3/15/17]



# State Issues

---

### Significant Findings

✓ *In 2013, Herrell sponsored legislation proposing the transfer of millions of acres of federal lands to New Mexico.*

    ✓ *Every year from 2011 to 2015, Herrell introduced legislation related to the transfer of federal lands to the state.*

✓ *Herrell was an active member of the American Legislative Exchange Council (ALEC) and was named "state chair of the year" by the organization in 2014.*

✓ *Herrell said "I think there is too much government in our personal and business lives" and advocated for more state and local control.*

---

## Federal Public Lands

**Herrell Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico**

**2013: Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico**

**Herrell Co-Sponsored Legislation Proposing The Transfer Of Millions Of Acres Of Federal Public Lands To New Mexico.** "Federal public lands: In what has to be one of the most ambitious and longest-shot bills introduced so far this session, Rep. Yvette Herrell, R-Alamogordo, and Sen. Richard C. Martinez, D-Espacola, are co-sponsoring HB 292, which proposes transferring millions of acres of federal public lands -- Forest Service and Bureau of Land Management lands -- within New Mexico to the state." The bill was not voted on in the House. [Las Cruces Sun-News, 1/29/13; HB 292, 2013 Regular Session, accessed 6/8/18]

> **The Bill Would Exclude National Parks And Monuments And Lands Held In Trust For Tribes And Pueblos.** "The bill excludes national parks and monuments, wilderness areas and lands held in trust for tribes and pueblos. It would establish a task force to oversee the land transfer and outlines the division of funds from selling any of the public land. The bill specifically protects the 'rights, claims or privileges of New Mexico's historic land grants.' " [Las Cruces Sun-News, 1/29/13]

> **Herrell's Bill Was Supported By ALEC.** "This movement advocating for the transfer of western public lands began in Utah in 2012.  Utah State Representative Ken Ivory introduced and Governor Gary Herbert signed into law HB148— 'Transfer of Public Lands Act'—which has subsequently become ALEC model policy for other state legislators to use as an example. Since the movement began in Utah, legislation has been popping up across the country: […] New Mexico introduced a bill (HB292) that would have created a Public Lands Transfer Task Force which would have defined public lands to be transferred from the federal government to the state and developed a mechanism for the transfer of federal public land to the state." [American Legislative Exchange Council, 6/6/13]

**Herrell: "New Mexicans Deserve Better Than The Land Management We Are Currently Getting From The Federal Government."** "'I am happy to blaze this trail along with other states in the west,' Herrell said. 'New


Mexicans deserve better than the land management we are currently getting from the federal government.' " [Ruidoso News, 1/31/13]

**Herrell Said "We Are Currently Not Getting The Full Use Of The Land That Could Be Available."** "Herrell, the co-sponsor of HB 292, said in a press statement that, in the past, Otero County had a thriving timber industry that is now near non-existent. 'We have been fortunate to have vast expanses of land that can be utilized by New Mexicans to help feed their families and enrich their communities,' she said. 'However, we are currently not getting the full use of the land that could be available. Instead, we are paying a management fee to the federal government in order to allow them to make the rules on how our land is used.' " [Carlsbad Current-Argus, 2/7/13]

**Herrell: "New Mexicans Deserve Better Than The Land Management We Are Currently Getting From The Federal Government."** "Herrell said five other Western states are looking at similar legislation. 'I am happy to blaze this trail along with other states in the west,' Herrell said. 'New Mexicans deserve better than the land management we are currently getting from the federal government.'" [Ruidoso News via NMFLC Blogspot, 1/31/13]

### Herrell Said The State And County Would Benefit From Increased Revenues And A Renewal Of The Timber Industry

**Herrell: "We Can Bring In 100 Percent Of Revenues From Oil, Gas, Timber And Other Industries From This Land Instead Of The Less Than 50 Percent That We Currently Keep."** "Herrell said the transfer of national forest and BLM lands to the state would also provide revenues to New Mexico's coffers instead of the feds. 'If we follow suit with other states that have done exactly what I am proposing, we can bring in 100 percent of revenues from oil, gas, timber and other industries from this land instead of the less than 50 percent that we currently keep. Doing so will allow us to put more money into our education system to ensure that the children of New Mexico get the education that they deserve.'" [Ruidoso News via NMFLC Blogspot, 1/31/13]

**Herrell: "In My Home Of Otero County, We Would Greatly Benefit From This Act As It Has The Potential To Allow For A Renewal Of The Timber Industry."** "'In my home of Otero County, we would greatly benefit from this act as it has the potential to allow for a renewal of the timber industry,' Herrell said. 'A healthy timber industry, managed responsibly by New Mexicans, would not only help our economy by creating a large number of jobs, but it would also help to protect our watersheds and keep our forests as livable habitat for all wildlife. Additionally, by responsibly thinning our overgrown forests, we can help decrease the devastation of wildfires. As it is currently, the federal government has logging restrictions that keep our forests overgrown, creating a hazardous environment. When a fire starts, the overgrowth serves as kindling, creating a massive forest fire that threatens the safety of our homes and communities.'" [Ruidoso News via NMFLC Blogspot, 1/31/13]

### Herrell Also Proposed Legislation Multiple Times To Create A Commission To Study The Possibility Of Transferring Federal Lands To The State

### 2015: Herrell Proposed Legislation That Would Create A Commission To Study The Possibility Of Transferring Federal Lands, Which Was Opposed By The State's Tribes

**Herrell Proposed Legislation That Would Create A Commission To Study The Possibility Of Transferring Federal Land To The State, State And Federal Land To Tribes, And State And Federal Land To Land Grants.** "HB 291, by Rep. Yvette Herrell, R-Alamogordo, would create a 17-member commission to study the possibility of transferring federal land to the state, state and federal land to tribes, and state and federal land to land grants. The commission would also study possible land exchanges between federal and state governments. The bill seeks $100,000 to fund the study." The bill passed out of committee but was not voted on in the full House. [Gallup Independent, 2/12/15; House Bill 291, 52nd Legislature 1st Session, introduced 2/3/15]



**New Mexico's Tribes Were All Opposed To The Study.** "Opponents argued that the proposition is unconstitutional and that the state lacks the resources to manage any more land.   The state's tribes are all opposed to the study, citing their concerns about their longstanding relationships with the federal government." [Gallup Independent, 2/12/15]

**Herrell Said "We Are Missing Out On Revenues."** "In 2015, New Mexico state lawmakers proposed legislation to create an investigative committee to weigh the costs and benefits of transferring federal lands to the state. Yvette Herrell, R-Otero, who co-sponsored the bill, which later died in the House, said it would 'behoove' the state to thoroughly examine the idea. She hopes to reintroduce the legislation during the 2017 session. 'I personally feel that the money we would save, in terms of return on investment and repaying royalties to the federal government [from oil and gas], those numbers alone are staggering,' Herrell said. […] 'We are missing out on revenues,' Herrell said. 'People are getting frustrated.' " [Santa Fe New Mexican, 1/12/16]

## 2014: Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico, Which Progress Now Said Was "Straight Out Of The ALEC Handbook"

**Herrell Introduced A Bill For A Task Force To Study The Transfer Of Federal Lands Back To New Mexico.** "Rep. Yvette Herrell from Otero County again put forth a bill to create a task force to study the idea of federal lands being transferred back to New Mexico." [Ruidoso News, 2/27/14]

**Progress Now Said The Bill Was "Straight Out Of The ALEC Handbook."** "Rep. Yvette Herrell's (R) HB 102, 'Creating the Transfer of Public Lands Task Force' is straight out of the ALEC handbook for rookie legislators. HB102 recommends a task force to study the transfer of federal public lands to the state and designates appointment authority to the task force to ensure a Republican super-majority of members in a state with a majority Democratic registration and Democratic-controlled legislature." [ProgressNowNM, 2/3/14]

*NOTE: ALEC did not list specific model legislation related to creating a commission to study the transfer of federal lands back to the state. However, the concept and language is included in its model legislation for the "Disposal and Taxation Of Public Lands Act."*

## Herrell Introduced A Bill Related To The Transfer Of Federal Lands Every Year From 2011 To 2015

**Herrell Introduced A Bill Related To The Transfer Of Federal Lands Every Year From 2011 To 2015.** "According to Gay, Herrell has introduced land transfer bills the last three years and is planning to introduce another one this year, but so far has not done so." [Los Alamos Monitor, 1/31/15]

**After The 2015 Legislative Session, Herrell Did Not Introduce Legislation Related To The Transfer Of Federal Lands.** According to a search of Herrell's sponsored legislation, after the 2015 legislative session she did not introduce legislation specifically related to the transfer of federal lands. [New Mexico Legislature, Sponsor search, accessed 7/18/18]

## 2011: Herrell Introduced A Memorial Indicating Areas In New Mexico Appropriate For National Monument Designation

**2011: Herrell Introduced A Memorial Indicating Areas In New Mexico Appropriate For National Monument Designation.** "House Memorial 3 passed the New Mexico State House this week with broad bipartisan support. The memorial, which was introduced by Rep. Yvette Herrell from Otero County, recognizes areas in New Mexico that are appropriate for national monument designation and requests that President Obama consult with local stakeholders when designating new national monuments in the state." [Alamogordo Daily News, 3/17/11]

# American Legislative Exchange Council (ALEC)


---

**2014: ALEC Named Herrell "State Chair Of The Year"**

**2014: ALEC Named Herrell "State Chair Of The Year."** "New Mexico state Rep. Yvette Herrell, R-Alamogordo, chairwoman of the state branch of the probusiness American Legislative Exchange Council was named ALEC's 'state chair of the year' on Thursday. 'Rep. Herrell is an incredible ALEC partner in New Mexico,' said Barbara Cegavske, the head of ALEC's state chair group. 'Her tireless effort to promote limited government, free markets and federalism principles serve as a model for all state chairs.' Herrell said in a statement that she was grateful for the recognition. [Albuquerque Journal, 8/1/14]

**2014: Herrell Served As The ALEC New Mexico Public Sector State Chairwoman**

**Herrell Served As The ALEC New Mexico Public Sector State Chairwoman.** COMMENTARY: "Yvette Herrell is a New Mexico state representative and the American Legislative Ex-change Council New Mexico public sector state chairwoman." [Roll Call, Yvette Herrell, 9/18/14]

## State & Local Control

**Herrell: "I Think There Is Too Much Government In Our Personal And Business Lives"**

**Herrell: "I Think There Is Too Much Government In Our Personal And Business Lives."** "Herrell said she would fight for families and businesses. 'I think there is too much government in our personal and business lives,' she said." [Alamogordo Daily News, 3/23/10]

**Herrell Said State And Local Leaders Know Their Communities Better Than The Bureaucrats In Washington**

**Herrell Said State And Local Leaders Know Their Communities Better Than The Bureaucrats In Washington.** "I'm joining lawmakers from across the country that want to see local people making decisions; we can be far more effective together than we are working alone. State and local leaders know their communities better than the bureaucrats in Washington, DC. We've proven time and time again that when we have flexibility and freedom, we can innovate and improve lives,' said Representative Yvette Herrell (New Mexico's 51st District)." [Federalism in Action via PR Newswire, press release, 7/11/13]

**Herrell: "I Really Want To Support The President In The Area Of Getting More Government Out Of The Way, Getting The Government Out Of The Way Of Educating"**

**Herrell: "I Really Want To Support The President In The Area Of Getting More Government Out Of The Way, Getting The Government Out Of The Way Of Educating."** VIDEO "I really want to support the President in the area of getting more government out of the way, getting the government out of the way of educating. And he has mentioned that when he campaigned that he wanted to back off from the federal government having such a hand in local education systems and I fully feel the same way on the state level that perhaps we should eliminate the public education department and let the control be given back to the school boards, where budget, curriculum decisions can be made where we can see a much broader and more involved community effort. [KSVP – Good Morning Artesia, 5/15/18] (05:08 – 05:38)

**January 2011: Herrell Said Her Vision For New Mexico Included Cutting The Size Of Government, Loosening Regulations, And Fighting Any New Taxes**

**Herrell Said Her Vision For New Mexico Included Cutting The Size Of Government, Loosening Regulations, And Fighting Any New Taxes.** "In prior careers, Herrell 'flipped' houses and operated a boarding kennel. Her



vision for New Mexico, she said, is to cut the size of government, loosen regulations to create more private development and fight any proposed new taxes." [Carlsbad Current-Argus, 1/15/11]

# Mining

### Herrell Organized A Tour On Otera Mesa For A Mining Company Looking to Mine Rare Earth Minerals

**Herrell Organized A Tour On Otera Mesa For A Mining Company Looking to Mine Rare Earth Minerals.** "Geovic Mining Corporation is looking to mine rare earth minerals on Otero Mesa, and state Dist. 51 Rep. Yvette Herrell organized a tour of the area Friday to check out the claim." [Alamogordo Daily News, 4/14/12]

# Dog Breed Restrictions

### Herrell Proposed Legislation Prohibiting The Passage Of Local Restrictions On Certain Dog Breeds

**Herrell Proposed Legislation Prohibiting The Passage Of Local Restrictions On Certain Dog Breeds.** "Cities and counties that want to target certain dog breeds would be prohibited from passing local restrictions under a bill proposed by a southern New Mexico lawmaker. Rep. Yvette Herrell, R-Alamogordo, says she is a dog lover, which is why she teamed up with other animal advocates to pursue the legislation." [Alamogordo Daily News, 1/15/13]

# Pecan Buyers

### Herrell Supported Legislation Establishing A State Licensing System And Oversight For Pecan Buyers

**Herrell Supported Legislation Establishing A State Licensing System And Oversight For Pecan Buyers.** "Licensure could be New Mexico's latest weapon against the notorious pecan weevil, if legislation is passed to establish a license for pecan buyers that would track where the nuts came from while criminalizing theft. House Bill 214, known as the Pecan Buyers Licensure Act, would create a state licensing and oversight process for in-shell pecan buyers. […] 'Every year, New Mexico's pecan growers have incurred increasingly larger losses at the hand of thieves who raid their pecan groves and then sell their ill-gotten gains to unsuspecting or unscrupulous buyers,' said Rep. Yvette Herrell (R-51). 'By creating a state licensing system, we can help prevent this theft and protect a major driver of New Mexico's economy.' " [Carlsbad Current-Argus, 2/13/18]

# Alamogordo Museum Of History

### Herrell Advocated For A Local Building To Be Turned Into The Alamogordo Museum Of History

**Herrell Advocated For A Local Building To Be Turned Into The Alamogordo Museum Of History.** "State Rep. Yvette Herrell, Josette Herrell's daughter, testified that losing the Plaza for a pharmacy or other venture would be a blow to the city. Nobody opposes development or job-creation projects, Rep. Herrell said. But Alamogordo has other areas that could become sites for stores or pharmacies. There is only one Plaza Building, and if it falls the town will be poorer for the loss, Rep. Herrell said. The Herrells wants to see the Plaza Building restored and turned into the home of the Alamogordo Museum of History." [Alamogordo Daily News, 6/8/12]



# Seniors' Issues

---

### Significant Findings

✓ *Herrell's campaign website and news sources contained no mentions of Herrell's positions on Social Security or Medicare.*

✓ *Herrell said she was "glad to see the tax reform bill signed by President Trump" even though Republicans planned to pay for it with cuts to Medicare and Social Security.*

---

## Social Security & Medicare

### No Record Was Found Of Herrell's Positions On Social Security Or Medicare

**No Record Was Found Of Herrell's Positions On Social Security Or Medicare.** According to a search of Herrell's campaign website as well as a Nexis news search and Google search, Herrell made no mention of positions on Social Security or Medicare. [herrellforcongress.com, accessed 7/18/18]

### Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump" Even Though Republicans Planned To Pay For It With Cuts To Medicare And Social Security

#### Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump"

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump."** "Glad to see the Tax Reform Bill signed by President Trump. Unemployment down, GDP and Stock Market up, additional funding for our Military! A great way to start 2018!" [Yvette Herrell via Facebook, 12/22/17]

#### Tax Cuts And Jobs Act Increased The Federal Debt – And Republicans Planned To Pay For It With Cuts To Medicare And Social Security

**After Passing A Tax Bill That Added Trillions To The Deficit, Speaker Ryan Said Medicare And Medicaid Would Need To Be "Reformed" In Order To Decrease The Deficit.** "With his dream of tax reform now realized, Ryan is hoping to make progress on two other issues he's targeted during his two-decade career in Washington: entitlement and welfare reform. 'We're going to have to get back next year at entitlement reform, which is how you tackle the debt and the deficit,' Ryan, a former Budget Committee chairman, said in a recent interview this month on the Ross Kaminsky radio talk show. Medicare and Medicaid are the 'big drivers of debt,' Ryan said, suggesting Republicans could once again use the budget reconciliation process to avoid a Democratic filibuster. Medicare is the 'biggest entitlement that's got to have reform,' Ryan added." [The Hill, 12/27/17]

**HEADLINE: After Tax Overhaul, GOP Sets Sights on Medicare, Social Security** [US News, 12/7/17]

**HEADLINE: Ryan says Republicans to target welfare, Medicare, Medicaid spending in 2018** [Washington Post, 12/6/17]

**HEADLINE: Paul Ryan Pushes to Keep Overhaul of Safety-Net Programs on GOP Agenda** [Wall Street Journal, 2/4/18]

**AP: "A Wide Range Of Economists And Nonpartisan Analysts Have Warned That The Bill Will Likely Escalate Federal Debt, Intensify Pressure To Cut Spending On Social Programs And Further Widen**



**America's Troubling Income Inequality."** "The tax overhaul of 2017 amounts to a high-stakes gamble by Republicans in Congress: That slashing taxes for corporations and wealthy individuals will accelerate growth and assure greater prosperity for Americans for years to come. The risks are considerable. A wide range of economists and nonpartisan analysts have warned that the bill will likely escalate federal debt, intensify pressure to cut spending on social programs and further widen America's troubling income inequality." [Associated Press, 12/17/17]



## Tax Issues

### Significant Findings

✓ *Herrell said she was "glad to see the tax reform bill signed by President Trump" and that it "has been completely helpful for the country."*

✓ *Herrell voted against delaying a cut in the corporate income tax rate.*

✓ *Herrell advocated for a tax increase to support a local spaceport.*

## Republican Tax Scam

**Herrell Supported The Republican Tax Bill And Said It "Has Been Completely Helpful For The Country"**

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump"**

**Herrell Said She Was "Glad To See The Tax Reform Bill Signed By President Trump."** "Glad to see the Tax Reform Bill signed by President Trump. Unemployment down, GDP and Stock Market up, additional funding for our Military! A great way to start 2018!" [Yvette Herrell via Facebook, 12/22/17]

**Herrell Said The Republican Tax Scam Would Lead To Tax Cuts For American Families, Lower Tax Rates, And More Jobs**

**Herrell Said The Republican Tax Scam Would Lead To Tax Cuts For American Families, Lower Tax Rates, And More Jobs.** "Today marks the last time the American people will file taxes under a complicated & outdated tax system.  Thanks to the President Trump Tax cuts, American families will see:  1) An average tax cut of $2059 2) Lower tax rates 3) More Jobs!" [Yvette Herrell for Congress via Facebook, posted 4/17/18]

**Herrell Said The Republican Tax Scam "Has Been Completely Helpful For The Country"**

**Herrell Said The Republican Tax Scam "Has Been Completely Helpful For The Country."** VIDEO: "I think that the new tax reform package has been completely helpful for the country. And we've seen great opportunities in New Mexico just because business reinvests in business. This is giving people a bigger paycheck." [KRWGnews via YouTube, posted 2/21/18] (38:16 – 38:27)

**Even Though The Republican Tax Scam Benefitted Corporations And Special Interests While Millions Of Americans Would Pay More In Taxes**

**Tax Cuts And Jobs Act Benefitted The Wealthy, Corporations, And Special Interests…**

**Washington Post: Final Tax Bill Included A "Significant Tax Break For The Very Wealthy" And "A Massive Tax Cut For Corporations."** "A new tax cut for the rich: The final plan lowers the top tax rate for top earners. Under current law, the highest rate is 39.6 percent for married couples earning over $470,700. The GOP bill would drop that to 37 percent and raise the threshold at which that top rate kicks in, to $500,000 for individuals and $600,000 for married couples. This amounts to a significant tax break for the very wealthy, a departure from repeated claims by Trump and his top officials that the bill would not benefit the rich. […] A massive tax cut for corporations "A massive tax cut for corporations: Starting on Jan. 1, 2018, big businesses' tax rate would fall from


35 percent to just 21 percent, the largest one-time rate cut in U.S. history for the nation's largest companies." [Washington Post, 12/15/17]

## …While Millions Of Americans Would Pay More In Taxes

**Politifact: GOP Tax Bill Would Raise Taxes For The Middle Class After Individual Tax Cut Provisions Expired In 2025.** "Gillibrand said the Republican 'tax [plan] raises middle-class taxes.' That's not true during the first years of the new tax provisions. If not for the sunset for the tax changes for individuals, we likely would have rated Gillibrand's statement False or perhaps Mostly False. Middle-income taxpayers will either benefit or see no change in their tax liability through 2025. But her claim could hold up after the bill's individual provisions expire that year. There's no guarantee a future Congress will extend those parts of the bill." [Politifact, 12/22/17]

**Tax Policy Center: In 2018, 5 Percent Of Taxpayers Would Pay More In Taxes Under The GOP Tax Bill, But Would Increase To 53 Percent Of Taxpayers In 2027.** "Some taxpayers would pay more in taxes under the proposal in 2018 and 2025 than under current law: about 5 percent of taxpayers in 2018 and 9 percent in 2025. In 2027, however, taxes would increase for 53 percent of taxpayers compared with current law." [Tax Policy Center, 12/18/17]

## Tax Cuts And Jobs Act Increased The Federal Debt – And Republicans Planned To Pay For It With Cuts To Medicare And Social Security

**Official CBO Estimate Found Final Tax Bill Would Increase The Federal Deficit By $1.9 Trillion.** "The GOP's signature tax law is projected to increase the national debt by $1.9 trillion between 2018 and 2028, according to a new report by the Congressional Budget Office (CBO). According to the report, the tax law would cost the government $2.3 trillion in revenues, but economic growth would offset that figure by about $461 billion." [The Hill, 4/9/18]

**After Passing A Tax Bill That Added Trillions To The Deficit, Speaker Ryan Said Medicare And Medicaid Would Need To Be "Reformed" In Order To Decrease The Deficit.** "With his dream of tax reform now realized, Ryan is hoping to make progress on two other issues he's targeted during his two-decade career in Washington: entitlement and welfare reform. 'We're going to have to get back next year at entitlement reform, which is how you tackle the debt and the deficit,' Ryan, a former Budget Committee chairman, said in a recent interview this month on the Ross Kaminsky radio talk show. Medicare and Medicaid are the 'big drivers of debt,' Ryan said, suggesting Republicans could once again use the budget reconciliation process to avoid a Democratic filibuster. Medicare is the 'biggest entitlement that's got to have reform,' Ryan added." [The Hill, 12/27/17]

**HEADLINE: After Tax Overhaul, GOP Sets Sights on Medicare, Social Security** [US News, 12/7/17]

**HEADLINE: Ryan says Republicans to target welfare, Medicare, Medicaid spending in 2018** [Washington Post, 12/6/17]

**HEADLINE: Paul Ryan Pushes to Keep Overhaul of Safety-Net Programs on GOP Agenda** [Wall Street Journal, 2/4/18]

**AP: "A Wide Range Of Economists And Nonpartisan Analysts Have Warned That The Bill Will Likely Escalate Federal Debt, Intensify Pressure To Cut Spending On Social Programs And Further Widen America's Troubling Income Inequality."** "The tax overhaul of 2017 amounts to a high-stakes gamble by Republicans in Congress: That slashing taxes for corporations and wealthy individuals will accelerate growth and assure greater prosperity for Americans for years to come. The risks are considerable. A wide range of economists and nonpartisan analysts have warned that the bill will likely escalate federal debt, intensify pressure to cut spending on social programs and further widen America's troubling income inequality." [Associated Press, 12/17/17]



**Tax Cuts And Jobs Act Would Increase Incentives To Move Jobs Overseas**

**Tax Experts Said The Tax Cuts And Jobs Act Increased Incentives For Companies To Move Jobs Overseas.**
"What happened to the workers in Clinton, tax experts say, will probably happen to more Americans if the Republican tax overhaul becomes law. The legislation fails to eliminate long-standing incentives for companies to move overseas and, in some cases, may even increase them, they say. 'This bill is potentially more dangerous than our current system,' said Stephen Shay, a senior lecturer at Harvard Law School and former Treasury Department international tax expert in the Obama administration. 'It creates a real incentive to shift real activity offshore.'" [Washington Post, 12/15/17]

**Tax Cuts And Jobs Act Would Lead To More Expensive Health Insurance; 13 Million More Uninsured**

**Final Tax Bill Eliminated Central Affordable Care Act Provision, Leading To 13 Million Fewer Americans With Insurance.** "The individual mandate is part of the Affordable Care Act, and removing it was a top priority for Trump and congressional Republicans. The Congressional Budget Office projects the change will increase insurance premiums and lead to 13 million fewer Americans with insurance in a decade, while also cutting government spending by more than $300 billion over that period." [Washington Post, 12/15/17]

**GOP Tax Bill Would Cause Health Insurance Premiums To Rise, And Could Lead Insurers To Drop Out Of Regional Markets.** "The final GOP plan will repeal the Affordable Care Act's individual insurance mandate, which would allow young and healthy people to leave the insurance pool, forcing insurers to compensate by raising prices due to the higher costs of insuring only less-healthy people. Not only would premiums likely rise, but many insurers could drop out of regional markets." [Newsweek, 12/18/17]

**HEADLINE: Republican Tax Plan Will Make Health Insurance More Expensive** [Newsweek, 12/18/17]

# Corporate Income Taxes

**Herrell Voted Against Delaying A Cut In The Corporate Income Tax Rate**

**Herrell Voted Against Delaying A Cut In The Corporate Income Tax Rate.** "The tax bill on its way to the governor's desk, House Bill 202, would raise additional revenue for the state by raising tax rates or eliminating exemptions for commercial trucks, online sales and certain hospitals. It would also increase New Mexico's gasoline tax rate by 10 cents a gallon - from 17 cents to 27 cents - and delay a scheduled cut in the state's corporate income tax rate. Without the tax increases, spending levels prescribed in the budget bill would end up being about $164 million more than is expected to be collected in state revenue." The bill passed the House 37-32 and was vetoed by the Governor. [Albuquerque Journal, 3/17/17; House Bill 202, 53rd Legislature First Session, 2/22/17]



# Tax Increases

## Herrell Advocated For A Tax Increase To Support A Local Spaceport

**A 1/8 Of 1% Tax Increase Was On The Ballot To Fund The Development Of Spaceport America.** "As Otero County quickly approaches voting day, it is important to understand the issues related to the proposed Spaceport Gross Receipts Tax Initiative being put before voters. Otero County residents are being asked to approve a one-eighth of one percent increase in sales tax to support Spaceport America, but what guarantee do the voters have that this project is going to succeed, and why does Otero County need to help pay for it?" [Alamogordo Daily News, 11/2/08]

**Herrell Cited Studies Which Predicted The Initiative Would Create Thousands Of New Jobs.** "Of course, the largest benefit to Otero County will be measured in economic impact. Between increased tourism throughout the community and at the space museum generated by the development of commercial space activity, studies predict thousands of new jobs created by the spaceport." [Alamogordo Daily News, 11/2/08]

**Herrell Praised That 25% Of New Tax Funds Would Go To Schools, Especially In STEM Areas.** "In fact, the return to Otero will be quickly realized through the re-investment of 25 percent of the new tax funds to local schools and education, especially in the areas of math and science. More money for high-tech education means students that are better prepared to take advantage of these jobs of tomorrow!" [Alamogordo Daily News, 11/2/08]

**Herrell Encouraged Voters To Vote For The Tax Increase.** "There are more details and studies available on Spaceport America's Web site, but whether voters get their information online, over the air or in the papers, it's important to understand that this election day, the choice for future economic growth is in our hands. Please vote 'YES' for Spaceport America!" [Alamogordo Daily News, 11/2/08]

## Herrell Said Her Self-Employment Gave Her A "Deep Understanding Of How Tax Increases And Too Much Government Can Damage Personal And Professional Goals"

**Herrell Said Her Self-Employment Gave Her A "Deep Understanding Of How Tax Increases And Too Much Government Can Damage Personal And Professional Goals."** "Herrell said she would fight for families and businesses. […] 'I will fight against dangerous tax increases on our families and businesses. In an already tough economic environment, higher taxes are not the answer to stabilizing the economy. I am self-employed, which gives me a deep understanding of how tax increases and too much government can damage personal and professional goals.' " [Alamogordo Daily News, 3/23/10]

## Herrell Said She Would Not Support A Bill That Would Increase Taxes On Liquor Wholesalers And Decrease DWI Supervision Funds

**Herrell Said She Would Not Support A Bill That Would Increase Taxes On Liquor Wholesalers And Decrease DWI Supervision Funds.** "House bill 23 is a liquor excise tax distribution to schools sponsored by Rep. Mary Helen Garcia, D-Dist. 34, of Dona Ana County. The bill asks for an increase of the taxes that wholesalers pay on spirituous liquor, wine, microbrewed beer and cider. The bill also asks for a decrease in the DWI Supervision funds from 41.5 percent to 15.3 percent. […] 'I have a hard time believing our governor will sign it because of the amount of tax increases,' Herrell said. 'She (Gov. Martinez) has campaigned for over a year on not increasing taxes. I will not support this bill. I am going to encourage my colleges in caucus to not support it either for a number of reasons.' " [Alamogordo Daily News, 1/15/11]

# Tax Lightening



**Herrell Supported Legislation Rolling Back Tax Lightning**

**Herrell Supported Legislation Rolling Back Tax Lightning.** "'One of the bills I supported was our best option,' he said. 'Senate bill 108 would have done if it had been past would have rolled back tax lightning to the 2004 rate for everyone. It would have undone the unconstitutionality. The bill made it through the senate unanimously. The bill went through the house and two committees but staled in the Taxation and Revenue Committee at the end of the session. It did not pass after being in the Taxation and Revenue Committee.' Yee said he wanted to thank Sen. Bill Burt and Rep. Yvette Herrell for their support of the bill." [Alamogordo Daily News, 5/15/11]

> **Tax Lightning Limited The Rate At Which Property Values Could Rise For Tax Purposes, Unless The Home Was Sold Or Ownership Changed Hands.** "Tax lightning is part of a 2001 law viewed by 2nd Judicial District Judge Theresa Baca as unconstitutional. The tax law states that most people's property values can only rise by 3 percent each year for tax purposes. The cap doesn't apply if the home is sold or ownership changes hands. It means new homeowners get hit with a much higher tax bills than their neighbors." [Alamogordo Daily News, 5/15/11]

**2010: Herrell Said She Would Consider Voting For Legislation To Close The Tax Loophole That Allowed Out-Of-State Corporations To Avoid Paying State Taxes**

**Herrell Said She Would Consider Voting For Legislation To Close The Tax Loophole That Allowed Out-Of-State Corporations To Avoid Paying State Taxes.** "One area in which she differed from most of her Republican colleagues is the issue of closing the loophole, which allows out-of-state corporations to avoid paying state taxes. While most of the GOP freshmen said they didn't support the idea for fear of corporations leaving the state, Herrell said she'd consider voting for a bill to close the loophole. 'Certainly if there are revenues that the state is losing, we need to see what we're missing out on.' " [Santa Fe New Mexican, 12/25/10]

# Tax Incentives

**Herrell Voted To Boost The State's Maximum Annual Payout Of Tax Incentives For Film And TV Productions**

**Herrell Voted To Boost The State's Maximum Annual Payout Of Tax Incentives For Film And TV Productions.** "A proposal to boost New Mexico's maximum annual payout of tax incentives for film and television productions moved forward Friday afternoon with a do-pass recommendation from the House Business and Industry Commit-tee, despite legislators' vexation over a mathematical error in the bill's text. […] One Republican, Rep. Yvette Herrell, R-Otero, joined the committee's six Democrats on Friday in moving the bill forward." The bill passed out of committee 7-3 but was never voted on in the full House.[Santa Fe New Mexican, 2/3/17; House Bill 192, 53rd Legislation First Session, introduced 1/21/17]

**Herrell Voted Against Providing Tax Incentives To Consumers Who Purchased Energy-Efficient Homes**

**Herrell Voted Against Providing Tax Incentives To Consumers Who Purchased Energy-Efficient Homes.** "New homebuyers would get a one-time tax credit and a lifetime of lower energy bills under legislation that Democrats are pushing as part of their job-creation package.  The proposal by state Rep. Brian Egolf would provide a credit of up to $8,000 to consumers who buy energy-efficient new homes. Buyers also would qualify for the tax credit if they purchase foreclosed homes and renovate them for energy efficiency, such as by adding solar panels. Egolf said the program would put carpenters, electricians and plumbers to work and do something rare in the process - provide a tax break for ordinary people buying homes." [Las Cruces Sun-News, 1/30/12; House Bill 177, 50th Legislature Second Session, 2/10/12]



## Technology Issues

---

### Significant Findings

✓ *Herrell was the only member of her committee who voted against a proposal to collect gross receipts tax from major internet retailers.*

---

## Internet Retailers

**Herrell Was The Only Member Of Her Committee Who Voted Against A Proposal To Collect Gross Receipts Tax From Major Internet Retailers**

**Herrell Voted Against A Proposal To Collect Gross Receipts Tax From Major Internet Retailers.**
"Republicans and Democrats on Monday threw their support behind a proposal to collect gross receipts tax from major internet retailers such as Amazon and eBay. [...] Major internet retailers for years have avoided paying state taxes because they are not based in New Mexico. House Bill 202 would simply redefine what it means to do business in the state.  The bill would classify any company selling merchandise that generates more than $100,000 worth of gross receipts taxes as doing business in New Mexico. It would not matter if the company had a physical presence in the state." The bill passed the House 37-32 and was vetoed by the Governor. [New Mexico Political Report, 2/6/17; House Bill 202, 53rd Legislature First Session, 2/22/17]

> **Herrell Was The Only Member Of Her Committee To Vote Against The Bill Out Of Committee.** "The committee advanced the bill with only Rep. Yvette Herrell, R-Alamogordo, voting against it. The bill goes next to the House Taxation and Revenue Committee." [New Mexico Political Report, 2/6/17]

## Federal Communications Commission

**Herrell Wrote An Op-Ed Decrying The FCC's Potential Pre-Emption Of State Law Restrictions On Municipal Broadband Projects**

**Herrell Wrote An Op-Ed Decrying The FCC's Potential Pre-Emption Of State Law Restrictions On Municipal Broadband Projects.** COMMENTARY: "A potential heavy-handed federal power grab is threatening the fabric of constitutional federalism, and Congress is divided on whether to interfere.  The Federal Communications Commission is considering proposals that will result in unprecedented bureaucratic powers over the states, as Chairman Tom Wheeler has publicly declared his intent to pre-empt state law restrictions on municipal broadband projects. Unfortunately, the view from the states has been overlooked. [...] It is time for the Federal Communications Commission to call off its convoluted and unconstitutional pre-emption plans." [Roll Call, Yvette Herrell, 9/18/14]



# Women

---

### Significant Findings

✓ *Herrell sponsored legislation banning abortion on women who were at least five months pregnant.*

✓ *Herrell sponsored legislation banning abortion after 20-weeks and said a 20-week-old fetus could feel pain.*

✓ *Herrell voted against ensuring that insurance companies covered the full range of contraceptive options.*

✓ *Herrell voted against giving pregnant girls and teen parents additional excused absences from school.*

✓ *Herrell sought to abolish the State Commission on the Status of Women but later withdrew her proposal after being questioned by a Democratic lawmaker.*

## Abortion

### Herrell Twice Sponsored Legislation Banning An Abortion After 20-Weeks

#### Herrell Sponsored A Bill Banning Abortion On Women Who Were At Least Five Months Pregnant

**Herrell Sponsored A Bill Banning Abortion On Women Who Were At Least Five Months Pregnant.** "Rep. Yvette Herrell, R-Alamogordo, is sponsoring a bill that would ban physicians from performing abortions on women who are at least five months' pregnant. […] Herrell's bill to ban late-term abortions carries exceptions. If a woman tells her doctor her pregnancy was caused by rape or incest, the abortion ban would not apply, the House Republican spokesman said in a statement. There also would be an exemption if a woman's life would be endangered by carrying the pregnancy to term." [Alamogordo Daily News via the Taos News, 2/6/15]

> **Herrell: "We Have An Opportunity To Speak For The Unborn. To Me, This Is Not A Choice"** "'We have an opportunity to speak for the unborn,' said Rep. Yvette Herrell of Alamogordo, speaking to her late-term abortion bill. 'To me, this is not a choice.'" [Associated Press via KSL.com, 2/21/15]

> **A Doctor Performing An Abortion After 20-Weeks Could Face A Civil Penalty And Lose Their License For A Year.** "Under the proposal, a physician performing a late-term abortion would face a civil penalty of at least $5,000. In addition, the doctor's license could be taken away for at least a year, Sanchez said in a news release. The penal-ties only apply to the doctor and are the same for both proposals." [Associated Press, 2/7/15]

> **The Ban Included An Exception For Rape, Incest, Or If The Life Of The Woman Was At Risk.** "Herrell's bill to ban late-term abortions carries exceptions. If a woman tells her doctor her pregnancy was caused by rape or incest, the abortion ban would not apply, the House Republican spokesman said in a statement. There also would be an exemption if a woman's life would be endangered by carrying the pregnancy to term." [Tao News, 2/6/15]

> **The Bill Passed The House But Died In The Senate.** "Representatives on a 42-26 vote passed House Bill 390, sponsored by Rep. Yvette Herrell, R-Alamogordo, which would prohibit doctors from performing abortions after 20 weeks, except in certain cases." The bill ultimately died in the Senate. [Santa Fe New Mexican, 3/7/15; House Bill 390, 52nd Legislature First Session, 3/6/15]



**Herrell Called New Mexico A "Late-Term Abortion Capital," But Said She Did Not Know How Many Were Performed In The State.** "She said New Mexico is a 'late-term abortion capital.' Forty-two states have banned such abortions, and New Mexico is 'kind of behind the curve,' Herrell said. Herrell said she didn't know how many late-term abortions are performed in New Mexico, but that she knows of least one clinic that does them." [Albuquerque Journal, 3/6/15]

**Herrell: "This Is Common-Sense Legislation That Protects The Life Of The Child."** "'This is common-sense legislation that protects the life of the child after five months pregnancy,' said Rep. Yvette Herrell, R-Alamogordo, who is sponsoring the legislation." [Alamogordo Daily News, 2/7/15]

**Herrell: "We Know There Are Doctors Flying In From Out Of State To Perform Late-Term Abortions."** "When Herrell said she didn't know because there aren't state records on that, Alcón asked, 'Why are you passing this bill when you don't know what's going on?' Herrell said, 'We know there are doctors flying in from out of state to perform late-term abortions.' " [Santa Fe New Mexican, 3/7/15]

**Herrell Sponsored Legislation Banning Abortion After 20-Weeks And Said A 20-Week-Old Fetus Could Feel Pain**

**Herrell Sponsored Legislation Banning Abortion After 20-Weeks.** "Wooley is also sponsoring House Bill 220, which would rename the state's Partial-birth Abortion Ban Act the Late-term and Partial-birth Abortion Ban Act, and would prohibit late-term abortions, with exceptions and with penalties. A late-term abortion would be defined as 'any method or means whereby an untimely termination of her pregnancy is produced, or attempted to be produced, with the intent to destroy a viable fetus of 20 or more weeks gestational age.' " The bill was never voted on in the House. [Roswell Daily Record, 2/1/17; House Bill 220, 53rd Legislature First Session, 1/24/17]

**The Bill Stated That There Was a Legal Presumption That Viability Began At 20-Weeks Of Gestation.** "The bill would add a definition for fetal viability to mean 'that stage of fetal development when the life of the unborn child may be continued indefinitely outside the womb by natural or artificial life-support systems.' The bill would state there is a legal presumption that viability occurs at the 20th week of pregnancy." [Roswell Daily Record, 2/1/17]

**The Bill Included An Exception For The Life Of The Woman.** "The bill would prohibit physicians from performing late-term abortions 'unless the abortion is necessary to preserve the life of a pregnant woman whose life is endangered by a physical disorder, physical illness or physical injury, including a life-endangering physical condition caused by or arising from the pregnancy itself; pro-vided, however, that the physician shall take all reasonable steps to preserved the life and health of the unborn child.' " [Roswell Daily Record, 2/1/17]

**Herrell: "This Is A Constitutional Right For These 5-Month-Old Babies."** " 'This is a constitutional right for these 5-month-old babies,' said Rep. Yvette Herrell, R-Alamogordo. Herrell and many who spoke in favor of the bill also said that New Mexico is one of only a few states to allow abortion after 20 weeks of pregnancy." [Taos News, 3/6/17]

**Herrell Said A 20-Week-Old Fetus Could Feel Pain.** "Sánchez said New Mexico is one of only three states in the country that allow late-term abortions, and Herrell said that is embarrassing. Sánchez said life, from conception to natural death, is sacred. Herrell said a fetus, after 20 weeks growing inside the mother, can feel pain." [Santa Fe New Mexican, 12/28/15]

**Herrell Twice Sponsored Legislation Requiring Parental Notification For A Minor Seeking An Abortion**

**2017: Herrell Sponsored Legislation Requiring Parental Notification For A Minor Seeking An Abortion**



**Herrell Sponsored Legislation Requiring Parental Notification For A Minor To Get An Abortion.** "House Bill 221, the Parental Notification of Abortion Act, would require that physicians may only perform an abortion at the request of a minor under 18 years old after providing notice of the planned procedure to one parent or guardian at least 48 hours prior to the procedure. […] The parental notification and partial-birth abortion bills are sponsored by Republican state Reps. Rick Little of Chaparral, Yvette Herrell of Alamogordo, David M. Gallegos of Eunice and Rod Montoya of Farmington, also the House minority whip." The bill was never voted on in the House. [Roswell Daily Record, 2/1/17; House Bill 221, 53rd Legislature First Session, introduced 1/24/17]

---

### 2010: Herrell Supported Legislation Requiring Doctors To Notify Parents If A Minor Sought An Abortion

**Herrell Supported Legislation Requiring Doctors To Notify The Parents Of Minors Seeking Abortions.** "Like Vaughn, Herrell is a social conservative who opposes domestic partnerships and favors legislation to require doctors to notify the parents of minors seeking abortions." [Santa Fe New Mexican, 12/25/10]

---

### Herrell Co-Sponsored Legislation Calling For Felony Charges For Abortion In Cases Of Rape Or Incest

**HEADLINE: "Proposed New Mexico law would send rape victims to prison for having abortions"** [Washington Post, 1/24/13]

**Herrell Co-Sponsored Legislation Calling For Felony Charges For Abortion In Cases Of Rape Or Incest.** "Republican state lawmaker Cathrynn Brown says she's reworking legislation she introduced Wednesday calling for felony charges related to abortion in cases of rape and incest. Her proposal, House Bill 206, created a fire-storm of hate email and phone calls, she said. The bill reads: 'Tampering with evidence shall include procuring or facilitating an abortion, or compelling or coercing another to obtain an abortion, of a fetus that is the result of criminal sexual penetration or incest with the intent to destroy evidence of the crime.' […] Nine House Republicans, all women, signed on as co-sponsors. They are Jane Powdrell-Culbert of Corrales; Dianne Hamilton of Silver City; Anna Crook of Clovis; Sharon Clahchischilliage of Kirtland; Yvette Herrell of Alamogordo." The bill was never voted on in the New Mexico House. [Carlsbad Current-Argus, 1/24/13; HB 206, 2013 Regular Session, accessed 6/8/18]

> **The Bill's Author Later Said Her Bill Was Poorly Written And That Her Intent Was Not To Charge Incest Or Rape Victims With A Felony When They Terminated A Pregnancy.** "Brown, a Carlsbad resident and a board member of the Carlsbad Right to Life organization, conceded her bill was poorly written. She said her intent was not to charge incest or rape victims with a felony if they terminate their pregnancy. 'I missed this one,' she said, explaining that when she reviewed the draft of her bill, she missed the language problems that led to misinterpretation of her bill." [Carlsbad Current-Argus, 1/24/13]

**Herrell Said She Believed The Bill Was Against A Perpetrator Who Coerced Or Forced A Woman To Have An Abortion.** "Herrell said she believed the bill was against the perpetrator and not against the woman. 'I co-sponsored the bill,' she said. 'I had a lot of Alamogordo people tell me that they will run against me and will not have my back. If a woman becomes pregnant through rape or incest and she wants to carry this baby to full term, then that's fine. There was nothing against the woman. It was only against the perpetrator if the woman was coerced or forced to have an abortion. I just wanted to clear that up.' " [Alamogordo Daily News. 3/30/13]

**Herrell Said She Was Proud She Co-Sponsored The Bill.** "Herrell said she was proud that she co-sponsored the bill. 'I think that if it's wrong for me to stand up for a Christian House member in something that we believe in to protect the unborn, then I don't want to be a state representative in Santa Fe,' she said." [Alamogordo Daily News. 3/30/13]

---

### Herrell Sponsored Legislation Requiring Doctors Provide Medical Care If An Infant Was Born Alive During An Abortion



**Herrell Sponsored Legislation Requiring Doctors Provide Medical Care If An Infant Was Born Alive During An Abortion.** "House Bill 37 is sponsored by four Republican representatives - Minority Whip Rod Montoya of Farmington, David Gallegos of Eunice, Rick Little of Chaparral and Yvette Herrell of Alamogordo. The bill would require physicians attempting to perform an abortion to try to preserve the life and health of the baby if he or she is born alive." The bill was never voted on. [Albuquerque Journal, 3/2/17; House Bill 37, 53rd Legislature First Session, introduced 12/16/16]

**Herrell Co-Sponsored Legislation That Would Increase State Oversight Of Abortion Providers And Increase Reporting Guidelines**

**Herrell Co-Sponsored Legislation Increasing State Oversight Of Abortion Providers.** "State Rep. Rod Montoya, R-Farmington, made the allegations as he began presenting a bill to increase state oversight of abortion providers. [...] Rep. Yvette Herrell, R-Alamogordo, is co-sponsoring the bill with Montoya, but she did not help present it Thursday." The bill did was never voted on in the House. [Santa Fe New Mexican, 2/5/16; House Bill 275, 52nd Legislature 2nd Session, introduced 1/28/16]

> **The Bill Would Require Cabinet Secretaries Of Three Departments Monitor Abortion Providers, Even Though They Already Answer To State Medical And Nursing Boards.** "His bill proposes to assign the Cabinet secretaries of three departments to police abortion providers, even though providers already must answer to state medical and nursing boards. Under the bill, the departments of Health, Human Services, and Children, Youth and Families are to 'perform random inspections and conduct random staff interviews at each facility in the state that offers elective abortions to determine whether appropriate measures and care are being given to born-alive infants.' " [Santa Fe New Mexican, 2/5/16]

> **The Bill Would Also Require Departments Establish Reporting Guidelines For What The Bill Called "Post-Abortive, Born-Alive Infant."** "His proposal, House Bill 275, also would require the three Cabinet secretaries to establish reporting guidelines for each 'post-abortive, born-alive infant' in New Mexico. This would include the number of birth and death certificates for 'children who were born showing any evidence of life after an abortion procedure.' " [Santa Fe New Mexican, 2/5/16]

**Susan B. Anthony List Endorsed Herrell**

**Susan B. Anthony List Endorsed Herrell.** "Herrell said she has received endorsements from the Susan B. Anthony List, a pro-life organization, and the House Freedom Fund, which she said makes her a top contender in the race. 'We've been proving time and time again how hard we are working,' she said. 'We had 58 percent of the delegate vote at the convention.' " [Roswell Daily Record, 4/19/18]

# Contraception

**Herrell Voted Against Ensuring Insurance Companies Covered The Full Range Of Contraceptive Options**

**Herrell Voted Against Ensuring Insurance Companies Covered The Full Range Of Contraceptive Options.** "HB 284 would update our existing laws to ensure that insurance companies cover the full range of contraceptive options without out-of-pocket costs or medically unnecessary restrictions. The bill would also improve access to contraception by covering access for both women and men and requiring insurance companies to cover up to a year's supply of contraception at once." The bill passed the House 39-29. [ACLU of New Mexico, accessed 7/17/18; House Bill 284, 53rd Legislature First Session, 3/6/17]

# Teen Pregnancy



---

**Herrell Voted Against Giving Pregnant Girls And Teen Parents Additional Excused Absences From School**

---

**Herrell Voted Against Giving Pregnant Girls And Teen Parents Additional Excused Absences From School.**
"A bill that generated more debate would allow pregnant girls and teen parents to receive additional excused absences from school. They would have to make up any missed work within established deadlines. […] Fifteen Republican legislators, including Reps. Yvette Herrell of Alamogordo and Anna Crook of Clovis, voted against the bill." The bill passed the House 56-12 and was signed by the Governor. [Las Cruces Sun-News, 3/26/13; House Bill 300, 51st Legislature First Session, 2/22/13]

> **The Bill Would Require School Districts Allow Pregnant Students And New Fathers Take As Many As 10 Days Of Excused Absences For The Child's Birth.** "Another effort aimed at helping students succeed, House Bill 300 (Chapter 198), requires that school districts allow pregnant students and new fathers to take as many as 10 days of excused absences from classes for their child's birth and allow student parents to take off four days per semester for prenatal or child care." [New Mexico Legislative Council Service, Highlights 2013, published May 2013]

# Domestic Violence

---

**Herrell Called For Greater Awareness Of Domestic Violence And Said, "I Feel Its Very Important For A Community To Come Out And Show Support For The Victims"**

---

**Herrell Called For Greater Awareness Of Domestic Violence.** "State Rep. Yvette Herrell said she believes it's important to lend her support to the victims of domestic violence, bring awareness to the community, support the 12th District Attorney's office and law enforcement agencies in their efforts to combat domestic violence in families." [Alamogordo Daily News, 10/29/11]

**Herrell: "I Feel Its Very Important For A Community To Come Out And Show Support For The Victims."**
"'I feel as a community it's such an important issue but it's one of those unspoken issues because it's usually one of those private situations,' Herrell said. 'A lot of people don't know when it's happening so it's very secretive in that the victims and people very close to the victim are the only ones who know it's happening. It can be very hard for a victim or embarrassing to speak out publicly about it. I feel its very important for a community to come out and show support for the victims, and the people who can offer help to victims.'" [Alamogordo Daily News, 10/29/11]

# State Commission On The Status Of Women

---

**Herrell Sought To Abolish The State Commission On The Status Of Women But Failed To Convince Democrats And Withdrew Her Amendment When Questioned By A Democratic Lawmaker**

---

**Herrell Sponsored A Measure To Abolish The Commission On The Status Of Women**

---

**Herrell Sponsored A Measure To Abolish The Commission On The Status Of Women.** "What's the status?: Supporters of the Commission on the Status of Women are decrying a measure, HB 528, that would repeal the statute that created the agency. Rep. Yvette Herrell, R-Alamogordo, is sponsoring the measure that would do away with the 37-year-old agency." [Las Cruces Sun-News, 2/17/11]

**The Commission On The Status Of Women Conducted Research On Issues Facing Women In New Mexico.**
"What We Do: To increase the knowledge of the rights, responsibilities and interests of women and girls in New Mexico and to preserve women's history and contributions to our state The Commission was created by state statute (28-3-2) in 1974, and signed into law by Governor Bruce King." [United Way of SW New Mexico, accessed 10/24/17]


## The Bill Died In Committee As Herrell Reportedly Was Unsure Of The Details Of The Bill But Herrell Said She Knew It Had Little Chance

**The Governor Had Herrell Carry The Bill.** "The governor deployed freshman Rep. Yvette Herrell, R-Alamogordo, to carry the bill." [Carlsbad Current-Argus, 2/24/11]

**The Carlsbad Current-Argus Reported Herrell Seemed Unsure Of The Details Of Her Own Bill And Failed To Convince Democrats.** "Herrell, who appeared tentative and unsure of the bill's details, failed to convince any Democrats on a House committee that women's commission should die." [Carlsbad Current-Argus, 2/24/11]

**Herrell's Bill Died In Committee.** "On a party-line vote, the Labor and Human Resources Committee voted 5-4 to block Herrell's bill." [Carlsbad Current-Argus, 2/24/11]

**Herrell Said She Knew The Bill Had Little Chance.** "Herrell said she knew the bill had little chance, as Democrats set up a system by which it would have had to clear three committees to make it to the full House of Representatives. Her bill to kill the commission was HB 528." [Carlsbad Current-Argus, 2/24/11]

## During The Passage Of The Budget, Herrell Proposed An Amendment To Repeal The Commission But Withdrew The Amendment Following Intense Questioning

**2011: During The Passage Of The State Budget, Republicans Tried To Amend The Budget.** "A marathon debate over the $5.4 billion state budget ended Wednesday with House Democrats advancing the proposal by a single vote. […] But because of disagreements about line-item expenditures, Republicans tried to amend sections of the budget." [Farmington Daily Times, 3/3/11]

**Herrell Proposed An Amendment To Eliminate The Commission On The Status Of Women.** "Republicans struck out otherwise. Freshman Rep. Yvette Herrell, R-Alamogordo, proposed eliminating $450,000 in state funding for the New Mexico Commission on the Status of Women. Martinez wants to dissolve the commission, calling it unnecessary." [Farmington Daily Times, 3/3/11]

**Herrell Argued Other Parts Of The Government Duplicated The Commission's Duties.** "Herrell argued that health and employment programs run by the women's commission duplicate other parts of state government." [Farmington Daily Times, 3/3/11]

    **A Democratic Representative Questioned Herrell To Identify Which Government Department Duplicated A Women's Commission Program That Provided Welfare For Needy Families.** "With that, she found herself under an unrelenting line of questioning from Rep. Thomas Garcia, D-Ocate. Garcia challenged her to identify which department duplicated a women's commission program that provides temporary welfare for women with needy families." [Farmington Daily Times, 3/3/11]

    **Herrell Reportedly Sagged And Withdrew Her Amendment.** "Herrell sagged under Garcia's questioning, and she withdrew her amendment." [Farmington Daily Times, 3/3/11]

## Herrell Argued That Programs Run By The Commission Were Duplicative But Did Not Name One

**Herrell Argued That Programs Run By The Commission Were Duplicative.** "Freshman Rep. Yvette Herrell, R-Alamogordo, proposed eliminating $450,000 in state funding for the New Mexico Commission on the Status of Women. Martinez wants to dissolve the commission, calling it unnecessary. Herrell argued that health and employment programs run by the women's commission duplicate other parts of state government." [Deming Headlight, 3/4/11]



**A State Coordinator For The National Organization For Women Said Herrell's Bill Was "Contemptible"**

**A State Coordinator For The National Organization For Women Said Herrell's Bill Was "Contemptible."**
"A dozen women testified that the 37-year-old women's commission was a useful part of state government. They said its programs for girls and displaced homemakers were models of their kind. 'The effort to disappear the commission and gut its budget is contemptible. Give this bill the death it so richly deserves,' said Carla Josephson, a state coordinator of the National Organization for Women." [Alamogordo Daily News, 2/25/11]



# Appendix I – Personal Financial Disclosures

*NOTE: Financial disclosures in New Mexico were not available before 2013.*

## 2018 – Federal Personal Financial Disclosure

### Net Worth

**2018: Herrell Had An Estimated Net Worth Between $381,015 And $1,1040,000**

**2018: Herrell Had An Estimated Net Worth Between $381,015 And $1,040,000.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

### Earned Income

**2018: Herrell Reported $25,000 In Earned Income**

**2018: Herrell Reported $25,000 In Earned Income From Real Estate Commissions.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

**2017: Herrell Reported $52,000 In Earned Income**

**2017: Herrell Reported $52,000 In Earned Income From Real Estate Commissions.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

### Assets & Unearned Income

**2017 & 2018: Herrell Reported Between $42,711 And $131,600 In Unearned Income**

**2017 & 2018: Herrell Reported Between $42,711 And $131,600 In Unearned Income Each Year.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

| Herrell Assets & Unearned Income | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SP, DC or JT | ASSET | YEAR-END VALUE | | TYPE OF INCOME | AMOUNT OF INCOME (2018) | | AMOUNT OF INCOME (2017) | |
| | | *MIN* | *MAX* | | *MIN* | *MAX* | *MIN* | *MAX* |
| | Compass Bank | $1,001 | $15,000 | Interest | None | None | None | None |
| | First American Bank | $15,001 | $50,000 | Interest | $1 | $200 | $1 | $200 |
| | Herrell Properties LTD - 1st Choice Realty | $15,001 | $50,000 | Dividends, Interest, Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | Herrell Properties LTD - CED Building and Land | $1,001 | $15,000 | Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | Herrell Properties LTD - Centennial Village | $15,001 | $50,000 | Dividends, Interest, Rent | None | None | None | None |
| | Herrell Properties LTD - Edward Jones Las Cruces Building and Land | $100,001 | $250,000 | Rent | $5,001 | $15,000 | $5,001 | $15,000 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Herrell Properties LTD - EID Cuba Avenue Building and Land | $50,001 | $100,000 | Rent | $2,501 | $5,000 | $2,501 | $5,000 |
| Herrell Properties LTD - Lindberg Property | $1,001 | $15,000 | None | | | | |
| Herrell Properties LTD - Nest Egg Investments | $1,001 | $15,000 | Dividends, Interest, Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| Herrell Properties LTD - Notes Receivable | $100,001 | $250,000 | Interest | $15,001 | $50,000 | $15,001 | $50,000 |
| Herrell Properties LTD - Tularosa Property | $1,001 | $15,000 | None | | | | |
| Rental Property | $50,001 | $100,000 | Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| ROTH IRA - Fundamental Investors | $15,001 | $50,000 | Capital Gains, Dividends | $1 | $200 | $1 | $200 |
| ROTH IRA - Growth Fund of America | $1,001 | $15,000 | Capital Gains, Dividends | $1 | $200 | $1 | $200 |
| Traditional IRA - Investment Company of America | $15,001 | $50,000 | Capital Gains, Dividends | $201 | $1,000 | $201 | $1,000 |
| **TOTAL:** | **$381,015** | **$1,040,000** | | **$42,711** | **$131,600** | **$42,711** | **$131,600** |

[Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

## Transactions

### 2018: Herrell Reported No Transactions

**2018: Herrell Reported No Transactions.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

## Liabilities

### 2018: Herrell Reported No Liabilities

**2018: Herrell Reported No Liabilities.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

## Positions

| 2018 Herrell Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| Partner | Herrell Properties LTD |

[Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

## Agreements

### 2018: Herrell Reported No Agreements

**2018: Herrell Reported No Agreements.** [Herrell 2018 Public Financial Disclosure Report, filed 5/15/18]

# 2017 – Federal Personal Financial Disclosure

## Net Worth



## 2017: Herrell Had An Estimated Net Worth Between $454,017 And $1,190,000

**2017: Herrell Had An Estimated Net Worth Between $454,017 And $1,190,000.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

### Earned Income

## 2017: Herrell Reported $25,000 In Earned Income

**2017: Herrell Reported $25,000 In Earned Income From Real Estate Commissions.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

## 2016: Herrell Reported $25,378 In Earned Income

**2016: Herrell Reported $25,378 In Earned Income From Real Estate Commissions.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

### Assets & Unearned Income

## 2016 & 2017: Herrell Reported Between $57,713 And $181,800 In Unearned Income

**2017 & 2017: Herrell Reported Between $57,713 And $181,800 In Unearned Income Each Year.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

| SP, DC or JT | ASSET | YEAR-END VALUE | | TYPE OF INCOME | AMOUNT OF INCOME (2017) | | AMOUNT OF INCOME (2016) | |
|---|---|---|---|---|---|---|---|---|
| | | *MIN* | *MAX* | | *MIN* | *MAX* | *MIN* | *MAX* |
| | Compass Bank | $1,001 | $15,000 | Interest | None | None | None | None |
| | Edward Jones Money Market | $1,001 | $15,000 | Interest | $1 | $200 | $1 | $200 |
| | First American Bank | $15,001 | $50,000 | Interest | $1 | $200 | $1 | $200 |
| | Herrell Properties LTD - 1st Choice Realty | $15,001 | $50,000 | Dividends, Interest, Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | Herrell Properties LTD – Bradley MVD Building and Land | $100,001 | $250,000 | Rent | $15,001 | $50,000 | $15,001 | $50,000 |
| | Herrell Properties LTD – CED Building and Land | $1,001 | $15,000 | Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | Herrell Properties LTD – Centennial Village | $15,001 | $50,000 | Dividends, Interest, Rent | None | None | None | None |
| | Herrell Properties LTD - Edward Jones Las Cruces | $100,001 | $250,000 | Rent | $5,001 | $15,000 | $5,001 | $5,001 |
| | Herrell Properties LTD - EID Cuba Avenue Building and Land | $50,001 | $100,000 | Rent | $2,501 | $5,000 | $2,501 | $5,000 |
| | Herrell Properties LTD - Lindberg Property | $1,001 | $15,000 | None | | | | |

**Herrell Assets & Unearned Income**





| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Herrell Properties LTD - Nest Egg Investments | $1,001 | $15,000 | Dividends, Interest, Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | Herrell Properties LTD - Notes Receivable | $100,001 | $250,000 | Interest | $15,001 | $50,000 | $15,001 | $50,000 |
| | Herrell Properties LTD - Tularosa Property | $1,001 | $15,000 | None | | | | |
| | Rental Property | $50,001 | $100,000 | Rent | $5,001 | $15,000 | $5,001 | $15,000 |
| | ROTH IRA - Fundamental Investors | $1,001 | $15,000 | Capital Gains, Dividends | $1 | $200 | $1 | $200 |
| | ROTH IRA - Growth Fund of America | $1,001 | $15,000 | Capital Gains, Dividends | $1 | $200 | $1 | $200 |
| | Traditional IRA - Investment Company of America | $1,001 | $15,000 | Capital Gains, Dividends | $201 | $1,000 | $201 | $1,000 |
| | **TOTAL:** | **$454,017** | **$1,190,000** | | **$57,713** | **$181,800** | **$57,713** | **$181,800** |

[Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

## Transactions

### 2017: Herrell Reported No Transactions

**2017: Herrell Reported No Transactions.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

## Liabilities

### 2017: Herrell Reported No Liabilities

**2017: Herrell Reported No Liabilities.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

## Positions

| 2017 Herrell Positions | |
|---|---|
| **Position** | **Name Of Organization** |
| Partner | Herrell Properties LTD |

[Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

## Agreements

### 2017: Herrell Reported No Agreements

**2017: Herrell Reported No Agreements.** [Herrell 2017 Public Financial Disclosure Report, filed 9/1/17]

# 2018 – New Mexico Financial Disclosure Statement

## Sources Of Gross Income Greater Than $5,000

### 2018: Herrell Disclosed Three Sources Of Gross Income Greater Than $5,000

**2018: Herrell Disclosed Three Sources Of Gross Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

| 2018 Herrell Sources Of Gross Income Greater Than $5,000 ||
| Income Source | Received By |
| --- | --- |
| Real Estate Contracts | Yvette Herrell |
| Investment Property | Yvette Herrell |
| Sales Commissions | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*

**Real Estate**

**2018: Herrell Disclosed Ownership Of Three Real Estate Properties**

**2018: Herrell Disclosed Ownership Of Three Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

| 2018 Herrell Real Estate ||||
| Owner | County | General Description |
| --- | --- | --- |
| Yvette Herrell | Otero | 2111 Gill Alamogordo |
| Yvette Herrell | Otero | 1308 C. Adams Alamogordo |
| Yvette Herrell | Otero | Acreage |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

**Business Interests Greater Than $10,000**

**2018: Herrell Disclosed One Business Interest Greater Than $10,000**

**2018: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

| 2018 Herrell Business Interests Greater Than $10,000 ||||
| Name of Business | Position Held | General Statement of Business Purpose | Received By |
| --- | --- | --- | --- |
| Herrell Properties | Partner | RE investments | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

**Professional Licenses**

**2018: Herrell Disclosed One Professional License**

| 2018 Herrell Professional Licenses ||
| Type of License | Individual Holding License |
| --- | --- |
| RE License – New Mexico | Stella Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

**Goods & Services Provided To State Agencies**



**2018: Herrell Disclosed One State Agency To Which She Provided Goods Or Services**

**2018: Herrell Disclosed One State Agency To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/29/17, amended 4/11/18]

| 2018 Herrell Goods & Services Provided To State Agencies | |
|---|---|
| **State Agency** | **Individual Providing Goods Or Services** |
| New Mexico TRD | Herrell Properties, Ltd |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]

*NOTE: This state agency was not disclosed on the original statement and were only listed on the amended disclosure.*

# 2017 – New Mexico Financial Disclosure Statement

**Sources Of  Income Greater Than $5,000**

**2017: Herrell Disclosed Three Sources Of Income Greater Than $5,000**

**2017: Herrell Disclosed Three Sources Of Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

| 2017 Herrell Sources Of Income Greater Than $5,000 | |
|---|---|
| **Income Source** | **Received By** |
| Real Estate Contracts | Yvette Herrell |
| Investment Property | Yvette Herrell |
| Sales Commissions | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*

**Real Estate**

**2017: Herrell Disclosed Ownership Of Two Real Estate Properties**

**2017: Herrell Disclosed Ownership Of Two Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

| 2017 Herrell Real Estate | | |
|---|---|---|
| **Owner** | **County** | **General Description** |
| Yvette Herrell | Otero | 2111 Gill Alamogordo |
| Yvette Herrell | Otero | 1308 C. Adams Alamogordo |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

**Business Interests Greater Than $10,000**

**2017: Herrell Disclosed One Business Interest Greater Than $10,000**

**2017: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]


| 2017 Herrell Business Interests Greater Than $10,000 | | | |
|---|---|---|---|
| **Name of Business** | **Position Held** | **By Whom** | **Purpose of Business** |
| Herrell Properties | Partner | Yvette Herrell | Real Estate Invest. |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

### Professional Licenses

**2017: Herrell Disclosed One Professional License**

| 2017 Herrell Professional Licenses | |
|---|---|
| **Type of License** | **Individual Holding License** |
| NM Real Estate License | Stella Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

### Goods & Services Provided To State Agencies

**2017: Herrell Disclosed Two State Agencies To Which She Provided Goods Or Services**

**2017: Herrell Disclosed One State Agency To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

| 2017 Herrell Goods & Services Provided To State Agencies | |
|---|---|
| **State Agency** | **Individual Providing Goods Or Services** |
| New Mexico TRD | Herrell Properties, Ltd |
| NM EID | Herrell Properties, Ltd |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/27/16, amended 4/11/18]

*NOTE: These state agencies were not disclosed on the original statement and were only listed on the amended disclosure.*

# 2016 – New Mexico Financial Disclosure Statement

### Sources Of Income Greater Than $5,000

**2016: Herrell Disclosed Three Sources Of Income Greater Than $5,000**

**2016: Herrell Disclosed Three Sources Of Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

| 2016 Herrell Sources Of Income Greater Than $5,000 | |
|---|---|
| **Income Source** | **Received By** |
| Real Estate Contracts | Yvette Herrell |
| Investment Property | Yvette Herrell |
| Sales Commissions | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*



**Real Estate**

## 2016: Herrell Disclosed Ownership Of Four Real Estate Properties

**2016: Herrell Disclosed Ownership Of Four Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

| 2016 Herrell Real Estate | | |
|---|---|---|
| **Owner** | **County** | **General Description** |
| Yvette Herrell | Otero | 2111 Gill Alamogordo |
| Yvette Herrell | Otero | 1518 Jefferson, Alamogordo |
| Yvette Herrell | Otero | 1711 W. 1st St. Alamogordo |
| Yvette Herrell | Otero | 1380 C. Adams Alamogordo |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

**Business Interests Greater Than $10,000**

## 2016: Herrell Disclosed One Business Interest Greater Than $10,000

**2016: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

| 2016 Herrell Business Interests Greater Than $10,000 | | | |
|---|---|---|---|
| **Name of Business** | **Position Held** | **By Whom** | **Purpose of Business** |
| Herrell Properties | Owner / Part. | Yvette Herrell | Real Estate |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

**Professional Licenses**

## 2016: Herrell Disclosed One Professional License

| 2016 Herrell Professional Licenses | |
|---|---|
| **Type of License** | **Individual Holding License** |
| NM Real Estate License | Stella Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/4/16, amended 4/11/18]

**Goods & Services Provided To State Agencies**

## 2016: Herrell Disclosed Two State Agencies To Which She Provided Goods Or Services

**2016: Herrell Disclosed One State Agency To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]

| 2016 Herrell Goods & Services Provided To State Agencies | |
|---|---|
| **State Agency** | **Individual Providing Goods Or Services** |
| New Mexico TRD | Herrell Properties, Ltd |
| NM EID | Herrell Properties, Ltd |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]



*NOTE: These state agencies were not disclosed on the original statement and were only listed on the amended disclosure.*

# 2015 – New Mexico Financial Disclosure Statement

## Sources Of Gross Income Greater Than $5,000

### 2015: Herrell Disclosed Three Sources Of Gross Income Greater Than $5,000

**2015: Herrell Disclosed Three Sources Of Gross Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

| 2015 Herrell Sources Of Gross Income Greater Than $5,000 ||
|---|---|
| **Income Source** | **Received By** |
| Real Estate Contracts | Yvette Herrell |
| Investment Property | Yvette Herrell |
| Sales Commissions | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*

## Real Estate

### 2015: Herrell Disclosed Ownership Of Four Real Estate Properties

**2015: Herrell Disclosed Ownership Of Four Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

| 2015 Herrell Real Estate ||||
|---|---|---|---|
| **Owner** | **County** | | **General Description** |
| Yvette Herrell | Otero | | 2111 Gill Alamogordo |
| Yvette Herrell | Otero | | 1801 Crescent Alamogordo |
| Yvette Herrell | Otero | | 1518 Jefferson, Alamogordo |
| Yvette Herrell | Otero | | 1711 W. 1st St. Alamogordo |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

## Business Interests Greater Than $10,000

### 2015: Herrell Disclosed One Business Interest Greater Than $10,000

**2015: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

| 2015 Herrell Business Interests Greater Than $10,000 ||||
|---|---|---|---|
| **Name of Business** | **Position Held** | **By Whom** | **Purpose of Business** |
| Herrell Properties | Owned / Partner | Yvette Herrell | Real Estate Invest. |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

## Professional Licenses



**2015: Herrell Disclosed One Professional License**

| 2015 Herrell Professional Licenses | |
|---|---|
| **Type of License** | **Individual Holding License** |
| NM Real Estate License | Stella Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 12/30/14, amended 4/11/18]

**Goods & Services Provided To State Agencies**

**2015: Herrell Disclosed Two State Agencies To Which She Provided Goods Or Services**

**2015: Herrell Disclosed One State Agency To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]

| 2015 Herrell Goods & Services Provided To State Agencies | |
|---|---|
| **State Agency** | **Individual Providing Goods Or Services** |
| New Mexico TRD | Herrell Properties, Ltd |
| NM EID | Herrell Properties, Ltd |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]

*NOTE: These state agencies were not disclosed on the original statement and were only listed on the amended disclosure.*

# 2014 – New Mexico Financial Disclosure Statement

**Sources Of Gross Income Greater Than $5,000**

**2014: Herrell Disclosed Two Sources Of Gross Income Greater Than $5,000**

**2014: Herrell Disclosed Two Sources Of Gross Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

| 2014 Herrell Sources Of Gross Income Greater Than $5,000 | |
|---|---|
| **Income Source** | **Received By** |
| Real Estate Contracts | Yvette Herrell |
| Real Estate Investment Property | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*

**Real Estate**

**2014: Herrell Disclosed Ownership Of Four Real Estate Properties**

**2014: Herrell Disclosed Ownership Of Four Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

| 2014 Herrell Real Estate | | |
|---|---|---|
| **Owner** | **County** | **General Description** |
| Yvette Herrell | Otero | 2111 Gill Alamogordo |



| Yvette Herrell | Otero | 1801 Crescent Alamogordo |
| Yvette Herrell | Otero | 1518 Jefferson, Alamogordo |
| Yvette Herrell | Otero | 1711 W. 1st St. Alamogordo |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

## Business Interests Greater Than $10,000

### 2014: Herrell Disclosed One Business Interest Greater Than $10,000

**2014: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

| 2014 Herrell Business Interests Greater Than $10,000 | | | |
|---|---|---|---|
| **Name of Business** | **Position Held** | **By Whom** | **Purpose of Business** |
| Herrell Properties | Owned / Partner | Yvette Herrell | Real Estate Investing |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

## Professional Licenses

### 2014: Herrell Did Not Disclose Any Professional Licenses

**2014: Herrell Did Not Disclose Any Professional Licenses.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

## Goods & Services Provided To State Agencies

### 2014: Herrell Disclosed Two State Agencies To Which She Provided Goods Or Services

**2014: Herrell Disclosed One State Agency To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/14/14, amended 4/11/18]

| 2014 Herrell Goods & Services Provided To State Agencies | |
|---|---|
| **State Agency** | **Individual Providing Goods Or Services** |
| New Mexico Tax & Rev | Herrell Properties, Ltd |
| New Mexico Environment Dept. | Herrell Properties, Ltd |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, amended 4/11/18]

*NOTE: These state agencies were not disclosed on the original statement and were only listed on the amended disclosure.*

# 2013 – New Mexico Financial Disclosure Statement

## Sources Of Gross Income Greater Than $5,000

### 2013: Herrell Disclosed Two Sources Of Gross Income Greater Than $5,000

**2013: Herrell Disclosed Two Sources Of Gross Income Greater Than $5,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

| 2013 Herrell Sources Of Gross Income Greater Than $5,000 |
|---|



| Income Source | Received By |
|---|---|
| Real Estate Contracts | Yvette Herrell |
| Real Estate Investment Property | Yvette Herrell |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

*NOTE: New Mexico financial disclosures do not require the disclosure of the amount received.*

## Real Estate

### 2013: Herrell Disclosed Ownership Of Two Real Estate Properties

**2013: Herrell Disclosed Ownership Of Two Real Estate Properties, Besides Her Personal Residence.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

| 2013 Herrell Real Estate | | |
|---|---|---|
| Owner | County | General Description |
| Yvette Herrell | Otero | 2111 Gill Alamogordo |
| Yvette Herrell | Otero | 1711 W. 1st St. Alamogordo |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

## Business Interests Greater Than $10,000

### 2013: Herrell Disclosed One Business Interest Greater Than $10,000

**2013: Herrell Disclosed One Business Interest Greater Than $10,000.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

| 2013 Herrell Business Interests Greater Than $10,000 | | | |
|---|---|---|---|
| Name of Business | Position Held | By Whom | Purpose of Business |
| Herrell Properties | Owned / Partner | Yvette Herrell | Real Estate Invest. |

[New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

## Professional Licenses

### 2013: Herrell Did Not Disclose Any Professional Licenses

**2013: Herrell Did Not Disclose Any Professional Licenses.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]

## Goods & Services Provided To State Agencies

### 2013: Herrell Did Not Disclose Any State Agencies To Which She Provided Goods Or Services

**2013: Herrell Did Not Disclose Any State Agencies To Which She Provided Goods Or Services.** [New Mexico Secretary of State, Yvette Herrell Financial Disclosure Statements, filed 1/5/13]



# Appendix II – Campaign Finance

## Items of Interest

✓ *As of July 2018, Herrell's federal campaign raised $522,357.36 and spent $422,063.36.*

   ✓ *The oil and gas industry was Herrell's second highest contributing industry, having given at least $36,950.00.*

   ✓ *$9,000.00 came from Members of Congress' candidate committees or leadership PACs.*

   ✓ *$23,550.00 came from ranchers.*

✓ *Over her career in the state legislature, Herrell raised $129,983.19 and spent $127,456.80*

   ✓ *23.77% or $30,900 came from political action committees.*

   ✓ *38.37% or $49,875.00 came from outside of New Mexico.*

   ✓ *At least $15,000 was raised from employees of oil and gas companies.*

## Federal

### Toplines

### As Of July 2018, Herrell's Campaign Raised $522,357.36 And Spent $422,063.36

| Herrell Federal Campaign Committee Funds | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total Contributions | | | | Total Disbursements | | |
| Year | Total | Indivs | Other Cmtes | Party Cmtes | Total | Operating Expdts | Refunds | |
| | | | | | | | Indivs | Cmtes |
| **2018** | $522,357.36 | $447,204.72 | $68,397.66 | $200.00 | $422,063.36 | $412,315.70 | $4,450.00 | $5,297.66 |

[FEC Committee Candidate and Committee Viewer, accessed 7/16/18]

### Top Overall Industries

| Herrell Top Contributors By Industry | | |
|---|---|---|
| Rank | Industry | Total |
| 1 | Retired | $60,650 |
| 2 | Oil & Gas | $36,950 |
| 3 | Crop Production & Basic Processing | $17,000 |
| 4 | Livestock | $16,949 |
| 5 | Health Professionals | $15,400 |
| 6 | Real Estate | $12,800 |
| 6 | Civil Servants/Public Officials | $12,800 |
| 8 | General Contractors | $12,600 |
| 9 | TV/Movies/Music | $10,800 |
| 10 | Automotive | $7,400 |
| 11 | Leadership PACs | $7,000 |
| 12 | Women's Issues | $6,000 |



| 13 | Commercial Banks | $5,500 |
| 14 | Lawyers/Law Firms | $5,250 |
| 15 | Hospitals / Nursing Homes | $5,000 |
| 16 | Retail Sales | $4,424 |
| 17 | Abortion Policy/Anti-Abortion | $4,000 |
| 18 | Dairy | $3,700 |
| 19 | Misc. Services | $3,250 |
| 20 | Business Services | $3,200 |

[Center for Responsive Politics, accessed 6/22/18]

## Herrell's Top Contributing Industry To Her Federal Campaign Was Retired Individuals

**Herrell's Top Contributing Industry To Her Federal Campaign Was Retired Individuals.** According to the Center for Responsive Politics, Herrell's top contributing industry to her federal campaign was the retired industry, whose employees gave $60,650. [Center for Responsive Politics, 6/22/18]

## Oil & Gas, Crop Production & Basic Processing, And Livestock Were Also Top Contributing Industries

**Oil & Gas, Crop Production & Basic Processing, And Livestock Were Also Top Contributing Industries.** According to the Center for Responsive Politics, Oil & Gas, Crop Production & Basic Processing, and Livestock were also contributing industries. [Center for Responsive Politics, 6/22/18]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 3/21/17]*

## Top Overall Sectors

| Herrell Top Contributors By Sector | | |
|---|---|---|
| **Rank** | **Sector** | **Total** |
| 1 | Other | $73,750 |
| 2 | Energy/Nat Resource | $39,950 |
| 3 | Agribusiness | $37,899 |
| 4 | Finance/Insur/RealEst | $23,550 |
| 5 | Construction | $20,600 |
| 6 | Health | $20,400 |
| 7 | Ideology/Single-Issue | $17,000 |
| 8 | Misc. Business | $15,792 |
| 9 | Communic/Electronics | $11,150 |
| 10 | Transportation | $7,850 |
| 11 | Lawyers & Lobbyists | $5,250 |
| 12 | Defense | $500 |

[Center for Responsive Politics, accessed 6/22/18]

## Herrell's Top Contributing Sector To Her Federal Campaign Was The "Other" Sector

**Herrell's Top Contributing Sector To Her Federal Campaign Was The "Other" Sector.** According to the Center for Responsive Politics, Herrell's top contributing sector to her federal campaign was the "other" sector, whose employees gave $73,750. [Center for Responsive Politics, 6/22/18]

## Energy/Nat Resource, Agribusiness, And Finance/Insur/RealEst Were Also Top Contributing Sectors



**Energy/Nat Resource, Agribusiness, And Finance/Insur/RealEst Were Also Top Contributing Sectors.**
According to the Center for Responsive Politics, Energy/Natl Resource, Agribusiness, and Finance/Insur/RealEst were also contributing sectors. [Center for Responsive Politics, 6/22/18]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 3/21/17]*

**Top Campaign Committee Contributors**

| Herrell Top Campaign Committee Contributors | | | |
|---|---|---|---|
| Contributor | Indivs | Pacs | Total |
| State of New Mexico | $12,800 | $0 | $12,800 |
| Cinemark Holdings | $10,800 | $0 | $10,800 |
| Yates Petroleum | $9,100 | $0 | $9,100 |
| Alamo Earth Works | $7,500 | $0 | $7,500 |
| Murphy Petroleum | $5,400 | $0 | $5,400 |
| Roswell Toyota | $5,400 | $0 | $5,400 |
| Western Swd Oil & Gas | $5,400 | $0 | $5,400 |
| Westall Oil & Gas | $5,300 | $0 | $5,300 |
| House Freedom Fund | $0 | $5,000 | $5,000 |
| Lifepoint Health | $0 | $5,000 | $5,000 |
| Re/Max Realty | $5,000 | $0 | $5,000 |
| Value in Electing Women PAC | $0 | $5,000 | $5,000 |
| Ibc | $4,700 | $0 | $4,700 |
| First State Bank | $4,000 | $0 | $4,000 |
| Select Energy Services | $4,000 | $0 | $4,000 |
| Susan B Anthony List | $0 | $4,000 | $4,000 |
| Goff Dairy LLC | $3,700 | $0 | $3,700 |
| Solid Surface Specialties | $3,000 | $0 | $3,000 |
| ABO Petroleum | $2,700 | $0 | $2,700 |
| Ashbaugh Construction | $2,700 | $0 | $2,700 |
| First A&P Management | $2,700 | $0 | $2,700 |
| Friends of Don Tripp | $2,700 | $0 | $2,700 |
| JH Rose Logistics LLC | $2,700 | $0 | $2,700 |
| Judah Oil LLC | $2,700 | $0 | $2,700 |
| S&S Inc | $2,700 | $0 | $2,700 |
| Saulsbury Industries | $2,700 | $0 | $2,700 |
| Strata Production Co | $2,700 | $0 | $2,700 |
| TLC Plumbing | $2,700 | $0 | $2,700 |
| Uline Inc | $2,700 | $0 | $2,700 |

[Center for Responsive Politics, accessed 6/22/18]

**Herrell's Top Contributor To Her Federal Campaign Was Employees Of The State Of New Mexico**

**Herrell's Top Contributor To Her Federal Campaign Was Employees Of The State Of New Mexico.**
According to the Center for Responsive Politics, Herrell's top contributor to her federal campaign was the State of New Mexico, whose employees gave $12,800. [Center for Responsive Politics, 6/22/18]

**Cinemark Holdings, Yates Petroleum, And Alamo Earth Works Were Also Top Contributors**


**Cinemark Holdings, Yates Petroleum, And Alamo Earth Works Were Also Top Contributors.** According to the Center for Responsive Politics, Cinemark Holdings, Yates Petroleum, and Alamo Earth Works were also top contributors. [Center for Responsive Politics, 6/22/18]

*NOTE: According to the Center for Responsive Politics, "The organizations themselves did not donate, rather the money came from the organizations' PACs, their individual members or employees or owners, and those individuals' immediate families. Organization totals include subsidiaries and affiliates" [Center for Responsive Politics Top Contributors, accessed 3/21/17]*

## Notable Donors

### Leadership PACs & Congressional Candidate Committees

| Herrell Leadership PACs & Congressional Candidate Committee Contributions | | | |
|---|---|---|---|
| Date | Leadership PAC / Candidate Committee Name | Associated Member | Amount |
| 6/30/18 | Eye of the Tiger PAC | Steve Scalise | $5,000.00 |
| 6/29/18 | CMR Political Action Committee | Cathy McMorris Rodgers | $2,000.00 |
| 6/19/18 | Jim Jordan for Congress | Jim Jordan | $2,000.00 |
| | | | **$9,000.00** |

[FEC.gov, individual contributions, accessed 7/17/18]

### Ranchers

**Herrell Received $23,550 In Federal Contributions From People Who Self-Reported Their Occupation As Rancher.** [FEC.gov, individual contributions, accessed 7/17/18]

| Herrell Federal Contributions From Ranchers | | | | | |
|---|---|---|---|---|---|
| Date | Contributor First Name | Contributor Last Name | Contributor Employer | Contributor Occupation | Amount |
| 3/20/18 | Jeff | Bilberry | Self | Rancher | $400.00 |
| 5/2/18 | Mike | Casabonne | Self | Rancher | $500.00 |
| 5/8/18 | Kay | Chandler | Retired | Rancher | $100.00 |
| 12/31/17 | Kay | Chandler | Retired | Rancher | $2,100.00 |
| 12/29/17 | Kay | Chandler | Retired | Rancher | $500.00 |
| 9/27/17 | John | Conner | Self | Rancher | $250.00 |
| 3/31/18 | Teddy | Eldridge | Self | Rancher | $250.00 |
| 9/21/17 | Jackie | Ellett | Self | Rancher | $300.00 |
| 12/18/17 | T. Calder | Ezzell | Self | Rancher | $2,000.00 |
| 9/26/17 | TJ | Finnell | Self | Rancher | $1,000.00 |
| 9/30/17 | Larry | Larranaga | Self | Rancher | $250.00 |
| 5/11/18 | Don | Lee | Hat Ranch | Rancher | $1,000.00 |
| 11/28/17 | Nancy | McDonald | Self | Farmer/Rancher | $2,500.00 |
| 11/28/17 | Henry | McDonald | Self | Farmer/Rancher | $2,500.00 |
| 4/24/18 | William | Mershon | Self | Rancher | $1,000.00 |
| 9/21/17 | William | Mershon | Self | Rancher | $2,500.00 |
| 12/29/17 | Thomas | Mobley | Self | Rancher | $250.00 |
| 5/8/18 | Joe Bill | Nunn | Self | Rancher | $300.00 |


| | | | | | |
|---|---|---|---|---|---|
| 3/27/18 | Alisa | Ogden | Self | Rancher | $500.00 |
| 12/26/17 | John | Richardson | Self | Rancher | $2,500.00 |
| 3/29/18 | John | Richardson | Self | Rancher | $200.00 |
| 5/11/18 | Marianne | Schweers | Eagle Ranch | Rancher | $150.00 |
| 11/14/17 | S.T. | Spencer | Self | Rancher | $2,000.00 |
| 11/30/17 | James | Wood | Self | Rancher | $500.00 |
| | | | | **Total** | **$23,550.00** |

[FEC.gov, individual contributions, accessed 7/17/18]

# State

## Toplines

**Over Her Career In The State Legislature, Herrell Raised $129,983.19 And Spent $127,456.80**

| Herrell State Campaign Committee Funds | | |
|---|---|---|
| **Election Year** | **Total Contributions** | **Total Expenditures** |
| 2016 | $53,574.48 | $56,972.90 |
| 2014 | $25,916.67 | $20,991.86 |
| 2012 | $17,050.00 | $24,358.52 |
| 2010 | $33,442.04 | $25,133.52 |
| **Total** | **$129,983.19** | **$127,456.80** |

[New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]

**Career: 23.77 Percent Of Herrell's Contributions Came From Political Action Committees**

**At Least $30,900.00, Or 23.77 Percent, Of Herrell's Contributions Came From Political Action Committees.**
[New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]

**Career: 38.37 Percent Of Contributions Came From Outside Of New Mexico**

**$49,875.00, Or 38.37 Percent, Of Contributions Came From Outside Of New Mexico.** [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]

**Career: Herrell Took At Least $15,000 From Oil And Gas Companies**

**Herrell Took At Least $15,000 From Oil And Gas Companies.** According to Herrell's state campaign finance filings, she has taken at least $15,000 from companies listed as gas and oil, petroleum, energy, or fuel refining companies. This list does not include employees of these companies who may have donated to Herrell.     [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18

| Herrell State Contributions from Oil & Gas | | | | |
|---|---|---|---|---|
| **Date** | **Name of Contributor** | **State** | **Occupation** | **Amount** |
| 12/27/2011 | Sundance Services | NM | Gas and Oil | $250.00 |
| 10/17/2016 | Chevron | TX | Petroleum | $1,500.00 |
| 12/13/2013 | Chevron | TX | Petroleum | $750.00 |
| 4/3/2012 | Chevron | TX | Petroleum | $500.00 |
| 10/13/2010 | Chevron | TX | Petroleum | $500.00 |



| 5/20/2016 | Concho Resources, Inc PAC | DC | Gas and Oil | $500.00 |
|---|---|---|---|---|
| 11/27/2013 | Concho Resources, Inc PAC | DC | Gas and Oil | $250.00 |
| 12/18/2015 | Conoco Phillips | TX | Petroleum | $400.00 |
| 8/12/2016 | Conoco Phillips | TX | Petroleum | $500.00 |
| 9/16/2016 | Devon Energy Corp | OK | Energy | $1,000.00 |
| 11/2/2010 | Devon Energy Corp | OK | Energy | $500.00 |
| 12/19/2013 | Devon Enrgy Corp | OK | Energy | $500.00 |
| 9/10/2012 | Enterprise Products | TX | Petroleum | $200.00 |
| 10/13/2010 | Enterprise Products | TX | Petroleum | $300.00 |
| 10/20/2014 | Exxon Mobil | TX | Petroleum | $500.00 |
| 12/1/2017 | Exxon Mobil Corp | TX | Petroleum | $400.00 |
| 10/25/2011 | FLP Energy New Mexico | FL | Energy NM Wind, LLC | $300.00 |
| 5/29/2012 | HollyFrontier Corporation | TX | Oil Refining | $300.00 |
| 5/5/2014 | New Mexico Gas Company HEAT PAC | NM | PAC | $350.00 |
| 8/8/2012 | New Mexico Gas Company HEAT PAC | NM | PAC | $300.00 |
| 10/29/2010 | New Mexico Gas Company HEAT PAC | NM | PAC | $250.00 |
| 12/24/2015 | NextEra Energy Resources | FL | Energy | $500.00 |
| 6/4/2016 | Oxy Inc | TX | Petroleum | $1,000.00 |
| 12/9/2013 | Oxy Inc. | TX | Petroleum | $2,000.00 |
| 10/26/2010 | Western Refining | TX | Fuel Refining | $300.00 |
| 12/20/2016 | Xcel Energy | TX | Energy | $150.00 |
| 10/17/2014 | Yates Petroleum | NM | Oil/Petroleum | $250.00 |
| 5/23/2016 | Yates Petroleum Corporation | NM | Petroleum | $250.00 |
| 8/11/2016 | Yates Petroleum Corporation | NM | Petroleum | $250.00 |
| 9/14/2010 | Yates Petroleum Corporation | NM | Petroleum | $250.00 |
| | | | **Total** | **$15,000.00** |

[New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18

## 2016 Election Year

## Herrell Raised $53,574.48 And Spent $56,972.90

**Herrell Raised $53,574.48 And Spent $56,972.90.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

## 30.05 Percent Of Contributions Came From Political Action Committees

**$16,100.00 Or 30.05 Percent Of Contributions Came From Political Action Committees.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

## 52.82 Percent Of Contributions Came From Outside Of New Mexico

**$28,300.00 Or 52.82 Percent Of Contributions Came From Outside Of New Mexico.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

## 2014 Election Year



**Herrell Raised $25,916.67 And Spent $20,991.86**

**Herrell Raised $25,916.67 And Spent $20,991.86.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**17.17 Percent Of Contributions Came From Political Action Committees**

**$4,450.00, Or 17.17 Percent, Of Contributions Came From Political Action Committees.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**35.88 Percent Of Contributions Came From Outside Of New Mexico**

**$9,300.00, Or 35.88 Percent, Of Contributions Came From Outside Of New Mexico.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**2012 Election Year**

**Herrell Raised $17,050.00 And Spent $24,358.52**

**Herrell Raised $17,050.00 And Spent $24,358.52.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**21.99 Percent Of Contributions Came From Political Action Committees**

**$3,750.00, Or 21.99 Percent, Of Contributions Came From Political Action Committees.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**44.86 Percent Of Contributions Came From Outside Of New Mexico**

**$7,650.00, Or 44.86 Percent, Of Contributions Came From Outside Of New Mexico.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**2010 Election Year**

**Herrell Raised $33,442.04 And Spent $25,133.52**

**Herrell Raised $33,442.04 And Spent $25,133.52.** [New Mexico Secretary Of State, Campaign Finance Information System, accessed 6/25/18]

**19.74 Percent Of Contributions Came From Political Action Committees**

**$6,600.00, Or 19.74 Percent, Of Contributions Came From Political Action Committees.** [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]

**13.83 Percent Of Contributions Came From Outside Of New Mexico**

**$4,625.00, Or 13.83 Percent, Of Contributions Came From Outside Of New Mexico.** [New Mexico Secretary of State, Campaign Finance Information System, accessed 6/25/18]



# Appendix III – Paid Media Summary

*NOTE: Paid media advertisements saved on the DCCC research drive.*

## 2018 Election

| Herrell "Good Guy" Paid Media Summary | | | | |
|---|---|---|---|---|
| **Date** | **Group** | **Name** | **Subject** | **Description** |
| 5/30/18 | Monty Newman for Congress | "Politicians Let Us Down" | Career politicians, higher taxes, ethics | Negative, attacking Herrell |
| 5/9/18 | CHC Bold PAC | "Natural Resources" | Community organizing, water rights, broadband access | Positive, personal record |
| 5/8/18 | Xochitl Torres Small for Congress | "What Washington Doesn't Get" | Water access, rural issues, public lands | Positive |

| Herrell "Bad Guy" Paid Media Summary | | | | |
|---|---|---|---|---|
| **Date** | **Group** | **Name** | **Subject** | **Description** |
| 5/30/18 | Yvette Herrell for Congress | "Fake Republican" | Taxes, government spending | Negative, attacking Newman |
| 5/23/18 | Yvette Herrell for Congress | "Lying about being Conservative" | NRA, abortion, Trump | Posoitve, conservative record and political record |
| 5/16/18 | Monty Newman for Congress | "Values Under Attack" | Immigration, Trump, amnesty, and border security | Negative |
| 5/10/18 | Yvette Herrell for Congress | "Conservative Fighter" | Big government & regulations, abortion, Trump | Positive, personal record |
| 5/2/18 | Monty Newman for Congress | "Family" | Family; veterans; defense; borders | Positive, personal record |



# Appendix IV – Bill Sponsorships

## Toplines

| Herrell Sponsored Legislation | | |
|---|---|---|
| **Bill Location** | **Number** | **Percentage Of Total** |
| Action postponed indefinitely | 72 | 76.60% |
| Chaptered | 10 | 10.64% |
| Signed | 6 | 6.38% |
| **Chaptered & Signed** | **16** | **17.02%** |
| Vetoed | 3 | 3.19% |
| Pocket Veto | 3 | 3.19% |
| **Veto & Pocket Veto** | **6** | **6.38%** |
| Total Sponsored | 94 | |

[New Mexico Legislature, Sponsor, accessed 6/12/18]

## All Sponsorships

*NOTE: Sponsorships updated through June 12. 2018.*

| Herrell Career Sponsorships | | | |
|---|---|---|---|
| **Bill ID** | **Title** | **Location** | **Session** |
| HB 85 | CYFD RULE WAIVER FOR CERTAIN PROGRAMS | Action postponed indefinitely | 2011 Regular |
| HB 144 | AUTOMATIC RENEWALS IN SOME CONTRACTS | Action postponed indefinitely | 2011 Regular |
| HB 323 | "INTERSTATE HEALTH CARE FREEDOM COMPACT" | Action postponed indefinitely | 2011 Regular |
| HB 435 | USE OF TRAIL SAFETY FUND FOR MAINTENANCE | Action postponed indefinitely | 2011 Regular |
| HB 526 | SEX OFFENDER REGISTRATION & AVAILABLE INFO | Action postponed indefinitely | 2011 Regular |
| HB 528 | REPEAL COMMISSION ON STATUS OF WOMEN | Action postponed indefinitely | 2011 Regular |
| HB 527 | CRIMINAL HISTORY RECORD CHECK UPDATES | Chaptered | 2011 Regular |
| HM 3 | JURISDICTION CONSENT FOR MONUMENT DESIGNATION | Signed | 2011 Regular |
| HB 179 | SEX OFFENDER REGISTRATION CHANGES | Action postponed indefinitely | 2012 Regular |
| HB 203 | ELECTRONIC PROFESSIONAL LICENSES | Action postponed indefinitely | 2012 Regular |
| HB 131 | INCOME TAX CONTRIBUTION TO VETERANS' FUND | Chaptered | 2012 Regular |
| HB 178 | DRIVERS LICENSE CONTRIBUTIONS TO VETERANS | Chaptered | 2012 Regular |
| HB 60 | SPECIFY HEALTH CARE FACILITY DRUG TESTING | Action postponed indefinitely | 2013 Regular |
| HB 63 | NO BREED-SPECIFIC LOCAL GOV'T DOG REGULATIONS | Action postponed indefinitely | 2013 Regular |


| | | | |
|---|---|---|---|
| HB 170 | VOLUNTEER HEALTHCARE FOR THE UNDERSERVED ACT | Action postponed indefinitely | 2013 Regular |
| *HB 241 | COMPACT WITH AMERICA | Action postponed indefinitely | 2013 Regular |
| HB 288 | WAGE CLAIM ACTION COURT COSTS | Action postponed indefinitely | 2013 Regular |
| HB 292 | TRANSFER OF PUBLIC LAND ACT | Action postponed indefinitely | 2013 Regular |
| HB 409 | MUSEUM OF SPACE HISTORY IMPROVEMENTS | Action postponed indefinitely | 2013 Regular |
| HB 413 | RURAL RESTAURANT LIQUOR LICENSES | Action postponed indefinitely | 2013 Regular |
| HB 446 | SEX OFFENDER REGISTRATION TIMES & DEFINITIONS | Action postponed indefinitely | 2013 Regular |
| HB 451 | SEX CRIMES & SEX OFFENDERS | Action postponed indefinitely | 2013 Regular |
| HB 452 | SEX OFFENDER REGISTRATION DEFINITIONS | Action postponed indefinitely | 2013 Regular |
| HB 496 | ANIMAL SHELTERING BOARD SUNSET DATE | Action postponed indefinitely | 2013 Regular |
| HB 525 | NM COMMUNITY DEVELOPMENT COUNCIL | Action postponed indefinitely | 2013 Regular |
| HB 526 | COUNTY NOTICES BY EMAIL | Action postponed indefinitely | 2013 Regular |
| HB 61 | GAME & FISH SPECIAL EVENT PERMITS | Chaptered | 2013 Regular |
| HB 62 | ELECTRONIC PROFESSIONAL LICENSE RENEWAL | Chaptered | 2013 Regular |
| HM 65 | WATERSHED HEALTH PLANNING & MANAGEMENT | Signed | 2013 Regular |
| HB 52 | SCHOOL ADMINISTRATION OF EMERGENCY MEDICATION | Action postponed indefinitely | 2014 Regular |
| HB 53 | STUDENTS CARRYING EMERGENCY MEDICATION | Action postponed indefinitely | 2014 Regular |
| HB 54 | WAGE CLAIM ACTION COURT COSTS | Action postponed indefinitely | 2014 Regular |
| HB 102 | TRANSFER OF PUBLIC LANDS TASK FORCE | Action postponed indefinitely | 2014 Regular |
| HB 160 | KINSHIP GUARDIAN BACKGROUND CHECKS | Action postponed indefinitely | 2014 Regular |
| HB 199 | TITLE LOAN PRODUCT MAXIMUM INTEREST RATE | Action postponed indefinitely | 2014 Regular |
| HB 297 | CHIEFS OF POLICE RETURNING TO WORK | Action postponed indefinitely | 2014 Regular |
| HJR 2 | CONSTITUTIONAL CONVENTION APPLICATION | Action postponed indefinitely | 2014 Regular |
| HR 1 | COMMEND ISRAEL | Action postponed indefinitely | 2014 Regular |
| HB 51 | RIGHT TO FARM NUISANCE CHANGES | Chaptered | 2014 Regular |
| SB 75 | EMERGENCY MEDICATIONS IN SCHOOLS | Chaptered | 2014 Regular |


| | | | |
|---|---|---|---|
| HM 20 | "BIG BROTHERS BIG SISTERS MENTORING DAY" | Signed | 2014 Regular |
| HB 90 | NUTRITION & DIETETICS BOARD SUNSET DATE | Action postponed indefinitely | 2015 Regular |
| HB 172 | NO TIME LIMIT ON 2ND DEGREE MURDER | Action postponed indefinitely | 2015 Regular |
| HB 237 | CHILD PROTECTION REGISTRY ACT | Action postponed indefinitely | 2015 Regular |
| *HB 264 | BALANCED BUDGET COMPACT | Action postponed indefinitely | 2015 Regular |
| HB 270 | SEX OFFENDER DEFINITIONS | Action postponed indefinitely | 2015 Regular |
| HB 291 | NM FEDERAL LAND MANAGEMENT STUDY COMMISSION | Action postponed indefinitely | 2015 Regular |
| HB 390 | LATE-TERM ABORTION BAN | Action postponed indefinitely | 2015 Regular |
| HB 394 | MINORITY MATH & SCIENCE ACHIEVEMENT PROGRAM | Action postponed indefinitely | 2015 Regular |
| HB 443 | TEMP LICENSURE FOR HEALTH & VET CARE | Action postponed indefinitely | 2015 Regular |
| HB 444 | SCHOOL CONTRIBUTIONS TAX CREDIT | Action postponed indefinitely | 2015 Regular |
| HB 520 | MILITARY ACQUISITION PROGRAM GROSS RECEIPTS | Action postponed indefinitely | 2015 Regular |
| HB 583 | CULTURAL PROPERTY TAX CREDIT PROVISIONS | Action postponed indefinitely | 2015 Regular |
| HB 632 | PUBLIC PEACE, HEALTH, SAFETY & WELFARE | Action postponed indefinitely | 2015 Regular |
| HB 633 | PUBLIC PEACE, HEALTH, SAFETY & WELFARE | Action postponed indefinitely | 2015 Regular |
| HJM 18 | OPPOSITION TO SUNZIA PROJECT | Action postponed indefinitely | 2015 Regular |
| HJR 10 | CONVENTION OF STATES | Action postponed indefinitely | 2015 Regular |
| HJR 13 | CONSTITUTIONAL COUNTERMAND CONVENTION | Action postponed indefinitely | 2015 Regular |
| HB 171 | BIRTHING WORKFORCE RETENTION FUND AWARDS | Chaptered | 2015 Regular |
| HB 89 | COURT LANGUAGE ACCESS FUND | Pocket Veto | 2015 Regular |
| HB 519 | PHYSICAL THERAPY TREATMENT & BOARD | Pocket Veto | 2015 Regular |
| HM 61 | SCHOOL NURSE TASK FORCE | Signed | 2015 Regular |
| HM 62 | "NEW MEXICO MESA DAY" | Signed | 2015 Regular |
| HB 237 | CHILD PROTECTION REGISTRY ACT & FUND | Action postponed indefinitely | 2016 Regular |
| HB 257 | SCHOOL NURSE IN EACH SCHOOL DISTRICT | Action postponed indefinitely | 2016 Regular |
| HB 275 | REQUIRE MEDICAL CARE FOR ALL INFANTS | Action postponed indefinitely | 2016 Regular |


| HB 329 | LICENSES FOR COMPLETION OF DWI REQUIREMENTS | Action postponed indefinitely | 2016 Regular |
|---|---|---|---|
| HB 371 | PUBLIC PEACE, HEALTH, SAFETY & WELFARE | Action postponed indefinitely | 2016 Regular |
| HB 372 | PUBLIC PEACE, HEALTH, SAFETY & WELFARE | Action postponed indefinitely | 2016 Regular |
| SB 36 | DEVELOPMENTAL DISABILITIES ANNUAL REPORTING | Vetoed | 2016 Regular |
| SB 210 | CREATE COURT LANGUAGE ACCESS FUND | Vetoed | 2016 Regular |
| HB 37 | BORN ALIVE INFANT PROTECTION | Action postponed indefinitely | 2017 Regular |
| *HB 146 | PROTECTION OF VULNERABLE ADULTS | Action postponed indefinitely | 2017 Regular |
| HB 160 | SCHOOL DISTRICT FULL-TIME NURSES | Action postponed indefinitely | 2017 Regular |
| HB 220 | PARTIAL AND LATE-TERM ABORTION | Action postponed indefinitely | 2017 Regular |
| *HB 221 | PARENTAL NOTIFICATION OF ABORTION | Action postponed indefinitely | 2017 Regular |
| HB 224 | NONPROFIT VOLUNTEER PERSONAL LIABILITY | Action postponed indefinitely | 2017 Regular |
| HB 333 | ELK HUNTING LICENSES & GRAZING ALLOTMENTS | Action postponed indefinitely | 2017 Regular |
| HB 373 | TEMPORARY VET OR HEALTH PRACTITIONER LICENSE | Action postponed indefinitely | 2017 Regular |
| HB 443 | SEX OFFENDER DEFINITIONS & OFFENSES | Action postponed indefinitely | 2017 Regular |
| HB 472 | WATER RIGHT ADMINISTRATION CHANGES | Action postponed indefinitely | 2017 Regular |
| HM 118 | STUDY LACK OF ABORTION PARENTAL NOTIFICATION | Action postponed indefinitely | 2017 Regular |
| HB 256 | DRINKING WATER SYSTEM FINANCING | Chaptered | 2017 Regular |
| HB 347 | INSTALLMENT LOAN FEE LIMITS & LITERACY FUND | Chaptered | 2017 Regular |
| HB 299 | REGISTERED LAY MIDWIVES AS PRACTITIONERS | Pocket Veto | 2017 Regular |
| HB 281 | TRANSFER OF CAR TITLES UPON DEATH OF OWNER | Vetoed | 2017 Regular |
| HB 33 | EXTEND TIME LIMITS FOR PROSECUTION | Action postponed indefinitely | 2018 Regular |
| HB 75 | "BORN ALIVE" DEFINITIONS & MEDICAL CARE | Action postponed indefinitely | 2018 Regular |
| HB 76 | PARTIAL-BIRTH & LATE-TERM ABORTIONS | Action postponed indefinitely | 2018 Regular |
| HB 137 | LAW ENFORCEMENT RETURNING TO WORK | Action postponed indefinitely | 2018 Regular |
| HB 214 | PECAN BUYERS LICENSURE ACT | Action postponed indefinitely | 2018 Regular |
| *HB 267 | HUMAN SVCS. DEPT. BACKGROUND CHECKS | Action postponed indefinitely | 2018 Regular |



| HM 74 | REGIONAL WATER PLANNING & OGALLALA AQUIFER | Action postponed indefinitely | 2018 Regular |
|---|---|---|---|
| HM 11 3 | HIGHER EDUCATION FACILITIES ASSESSMENT | Signed | 2018 Regular |

[New Mexico Legislature, Sponsor, accessed 6/12/18]


# Appendix V – Bill Co-Sponsorships

## All Co-Sponsorships

*NOTE: Co-sponsorships before the 2015 regular legislative session were not available.*

| Herrell Career Co-Sponsorships | | |
|---|---|---|
| **Bill ID** | **Title** | **Session** |
| HB 141 | SCHOOL DISTRICT CASH BALANCES | 2018 Regular |
| HB 155 | REINSTATE DEATH PENALTY | 2018 Regular |
| HB 159 | STATEWIDE DOMESTIC VIOLENCE SERVICES | 2018 Regular |
| HB 180 | SCHOOL DATA COLLECTION & CLASS GOALS | 2018 Regular |
| HB 192 | REPEAL PUBLIC WORKS MINIMUM WAGE | 2018 Regular |
| HB 277 | STATE DEFENSE FORCE CHANGES | 2018 Regular |
| HJM 18 | "SPACEPORT AMERICA DAY" | 2018 Regular |
| HJM 27 | ATTORNEY GENERAL UPHOLDING RESPONSIBILITY | 2018 Regular |
| HM 17 | "NM PUBLIC EDUCATION APPRECIATION DAY" | 2018 Regular |
| HM 21 | "FFA DAY" | 2018 Regular |
| HM 49 | "SCHOOL BOARD APPRECIATION DAY" | 2018 Regular |
| HM 59 | "MILITARY & VETERANS' DAY" | 2018 Regular |
| HM 71 | NAME STATE HWY 50 AFTER REP. LUCKY VARELA | 2018 Regular |
| HM 116 | REP. JAMES E. SMITH, IN RECOGNITION | 2018 Regular |
| *SB 1 | NURSE LICENSURE COMPACT | 2018 Regular |
| HB 83 | NATIONAL GUARD EMPLOYMENT PROTECTION | 2017 Regular |
| HB 240 | CHILD PROTECTION REGISTRY ACT | 2017 Regular |
| *HB 259 | PURCHASE OF EMERGENCY COMMUNICATIONS GEAR | 2017 Regular |
| *HB 268 | PUBLIC PROJECT REVOLVING FUND PROJECTS | 2017 Regular |
| *HB 321 | ACTING SHERIFFS DURING VACANCIES | 2017 Regular |
| HB 333 | ELK HUNTING LICENSES & GRAZING ALLOTMENTS | 2017 Regular |
| HB 432 | EMPLOYEE PREFERENCE ACT | 2017 Regular |
| HB 464 | REPORT ON USE OF FETAL TISSUE | 2017 Regular |
| HB 493 | AMUSEMENT RIDE OVERSIGHT | 2017 Regular |
| HB 494 | TAXPAYERS RIGHTS ADVOCATE OFFICE ACT | 2017 Regular |
| HB 36 | TIME LIMIT FOR PROSECUTING CERTAIN CRIMES | 2016 Regular |
| *HB 61 | ACCOUNTS FOR PERSONS WITH DISABILITIES ACT | 2016 Regular |
| HB 199 | MOTOR VEHICLE TAX FUND DISTRIBUTION | 2016 Regular |
| HB 207 | EQUAL EDUCATIONAL ACCESS SCHOLARSHIP ACT | 2016 Regular |
| HB 234 | LAW ENFORCEMENT PENSION PLAN & FUND | 2016 Regular |
| HJR 9 | CONVENTION OF STATES | 2016 Regular |
| HJR 13 | DENIAL OF BAIL TO CERTAIN DEFENDANTS, CA | 2016 Regular |
| HJR 18 | APPOINTMENT OF PRC MEMBERS | 2016 Regular |
| HJR 23 | STATE ETHICS COMMISSION | 2016 Regular |
| HM 11 | "NEW MEXICO MESA DAY" | 2016 Regular |
| HM 12 | "WEAR RED DAY" | 2016 Regular |
| HM 75 | DR. DAN LOPEZ, IN RECOGNITION | 2016 Regular |



| HM 78 | STUDY AIR AMBULANCE TRANSPORTS | 2016 Regular |
|---|---|---|
| HM 88 | MARCH 29 AS "VIETNAM VETERANS DAY" | 2016 Regular |
| HM 97 | REP. LUCIANO "LUCKY" VARELA, IN RECOGNITION | 2016 Regular |
| HM 98 | REP. DONA G. IRWIN, IN RECOGNITION | 2016 Regular |
| HM 99 | SPEAKER W. KEN MARTINEZ, IN RECOGNITION | 2016 Regular |
| HM 105 | REP. NORA ESPINOZA, IN RECOGNITION | 2016 Regular |
| HM 106 | REP. CONRAD JAMES, IN RECOGNITION | 2016 Regular |
| HB 7 | REINSTATE DEATH PENALTY | 2016 2nd Special |
| HB 31 | LINE OF DUTY INJURY ACT | 2015 Regular |
| HB 32 | RESTRICT DRIVER'S LICENSE ISSUANCE | 2015 Regular |
| HB 41 | SCHOOL GRADE PROMOTION & RETENTION | 2015 Regular |
| HB 42 | INCLUDE E-CIGARETTES IN TOBACCO PRODUCTS ACT | 2015 Regular |
| HB 51 | CHILD REMOVAL & PLACEMENT PREFERENCES | 2015 Regular |
| HB 52 | LIMIT SOME HEALTH NO COMPETE PROVISIONS | 2015 Regular |
| HB 53 | NO COMPELLED MEDICATION USE FOR STUDENTS | 2015 Regular |
| HB 54 | ANESTHESIOLOGY ASSISTANT DEFINITIONS | 2015 Regular |
| HB 55 | PUBLIC WORKS PROJECT WAGE CALCULATIONS | 2015 Regular |
| *HB 63 | NMFA PUBLIC PROJECT REVOLVING FUND PROJECTS | 2015 Regular |
| HB 77 | MOBILITY LIMITATION TRANSPORT LICENSE PLATES | 2015 Regular |
| HB 80 | PUBLIC WORKS PROJECT WAGES THROUGH SURVEY | 2015 Regular |
| HB 174 | AMBER ALERTS TO PAGERS & CELL PHONES | 2015 Regular |
| HB 196 | TIME LIMIT FOR PROSECUTING CERTAIN CRIMES | 2015 Regular |
| HB 199 | OIL & GAS OPERATION JURISDICTION | 2015 Regular |
| HB 229 | COMBAT VETERAN INCOME TAX DEDUCTION | 2015 Regular |
| HB 230 | TECH JOBS & RESEARCH & DEVELOPMENT TAX CREDIT | 2015 Regular |
| HB 243 | LIQUOR LICENSES & DEFINITIONS | 2015 Regular |
| HB 268 | PROTECTION ORDER EXCLUSION ZONES | 2015 Regular |
| *HB 327 | NATIONAL GUARD MEMBERS & FAMILY ASSISTANCE | 2015 Regular |
| HB 335 | LIQUOR CONTROL TASTING PERMIT VIOLATIONS | 2015 Regular |
| HB 340 | CHANGE CERTAIN VOTER ID REQUIREMENTS | 2015 Regular |
| HB 358 | SMALL BUSINESS INCOME TAX DEDUCTION | 2015 Regular |
| HB 359 | INCREASE PENALTIES FOR 4TH & SUBSEQUENT DWIS | 2015 Regular |
| HB 371 | BACHELOR'S DEGREE FOR MAGISTRATE JUDGES | 2015 Regular |
| HB 409 | PREGNANT WORKER ACCOMMODATION ACT | 2015 Regular |
| HB 415 | STATEWIDE DOG & CAT SPAY & NEUTER PROGRAM | 2015 Regular |
| HB 439 | EMPLOYEE LEAVE FOR LEGISLATORS | 2015 Regular |
| HB 459 | CROP DUSTING TANKS AS ABOVE GROUND TANKS | 2015 Regular |
| HB 462 | DOMESTIC DISTURBANCE WARRANTLESS ARRESTS | 2015 Regular |
| *HB 468 | STATE SOVEREIGNTY OVER STATE TRUST WILDLIFE | 2015 Regular |
| HB 535 | INCREASE CERTAIN FELONY SENTENCES | 2015 Regular |
| HB 536 | COURT CONSIDERATION OF YOUTHFUL OFFENDERS | 2015 Regular |
| HB 552 | SCHOOL INVESTMENT OF PUBLIC MONEY | 2015 Regular |
| HB 567 | NAME UNM TELEHEALTH CENTER FOR REP. EASLEY | 2015 Regular |
| HJR 11 | NONPARTISAN JUDICIAL ELECTIONS, CA | 2015 Regular |
| HM 31 | 1980 PENITENTIARY OF NM RIOT | 2015 Regular |



| HM 69 | FOP, 100 YEARS OF SERVICE TO NEW MEXICO | 2015 Regular |
|---|---|---|
| HM 73 | STATE COMPLIANCE WITH MINERAL LANDS LEASING | 2015 Regular |
| HM 77 | "IWO JIMA DAY" | 2015 Regular |
| HM 105 | SUPPORT CRUDE OIL EXPORT BAN RELIEF | 2015 Regular |
| HM 114 | ELK POPULATION MANAGEMENT | 2015 Regular |
| HM 126 | GILBERT J. LOPEZ, IN MEMORY | 2015 Regular |
| HM 131 | EXAMINE CONSUMER LENDING INDUSTRY | 2015 Regular |
| SB 483 | NM FEDERAL LAND MANAGEMENT STUDY COMMISSION | 2015 Regular |
| SB 601 | OIL CONSERVATION RULES APPLY TO ALL COUNTIES | 2015 Regular |
| SJM 28 | OPPOSITION TO SUNZIA PROJECT | 2015 Regular |

[New Mexico Legislature, Sponsor, accessed 6/12/18]



# Appendix VI – Office & Travel Expenditures

*NOTE: All Primary source documents are available on the DCCC Research drive.*

## Toplines

| Career: Herrell Per Diem and Mileage | | |
|---|---|---|
| **Year** | **Type** | **Amount** |
| 2018 | Per Diem | $4,830.00 |
| 2018 | Mileage | $240.89 |
| 2017 | Per Diem | $11,300.47 |
| 2017 | Mileage | $852.79 |
| 2016 | Per Diem | $7,019.00 |
| 2016 | Mileage | $954.72 |
| 2015 | Per Diem | $11,385.00 |
| 2015 | Mileage | $799.25 |
| 2014 | Per Diem | $9,471.00 |
| 2014 | Mileage | $1,926.40 |
| 2013 | Per Diem | $17,639.00 |
| 2013 | Mileage | $4,553.90 |
| 2012 | Per Diem | $8,888.00 |
| 2012 | Mileage | $2,608.51 |
| 2011 | Per Diem | $11,865.00 |
| 2011 | Mileage | $1,768.41 |
| | **TOTAL** | **$96,102.34** |

[New Mexico Legislative Council Service, 6/15/18]

| Career: Herrell Additional Reimbursements | | | |
|---|---|---|---|
| **Year** | **Voucher Line Description** | **Name of Meeting** | **Reimbursement Amount** |
| 2015 | Mileage;airfare;pkg | ALEC Annual Meeting | $1,226.11 |
| 2014 | Parking, Miles | SNPS – ALEC | $141.32 |
| 2013 | Reg, Airfare, Taxi, Mil | ALEC | $1,035.91 |
| 2012 | Reg., Air, Bag, Taxi, Pr | ALEC 2012 State & Nation Policy Summit | $1,170.37 |
| 2011 | Mileage;air;txi;pkg | ALEC | $632.36 |
| | | **TOTAL** | **$4,206.07** |

[New Mexico Legislative Council Service, 6/15/18]

## 2018

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

## Mileage & Per Diem During Session

| 2018 Herrell In-Session Mileage and Per Diem | | | |
|---|---|---|---|
| **Invoice / As Of Date** | **Voucher Number** | **Description** | **Amount** |
| 1/22/18 | 00005905 | 442 Miles @ .545/Mile | $240.89 |
| 1/22/18 | 00005905 | 10 Days @ 161/Day | $1,610.00 |
| 2/1/18 | 00005975 | 10 Days @ 161/Day | $1,610.00 |
| 2/12/18 | 00006045 | 10 Days @ 161/Day | $1,610.00 |
| | | **Total** | **$5,070.89** |

[New Mexico Legislative Council Service, 6/15/18]



## 2017

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

### Mileage & Per Diem During Session

| | | 2017 In-Session Mileage & Per Diem | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 6/1/17 | 00005834 | Mileage | Legis Special Session | $236.47 |
| 6/1/17 | 00005834 | Per Diem | Legis Special Session | $728.47 |
| 3/11/17 | 00005727 | 10 Days @ 164/Day | Legis Reg Session PD & | $1,640.00 |
| 3/3/17 | 00005657 | 10 Days @ 164/Day | Legis Reg Session PD & | $1,640.00 |
| 2/21/17 | 00005526 | 10 Days @ 164/Day | Legis Reg Session PD & | $1,640.00 |
| 2/10/17 | 00005455 | 10 Days @ 164/Day | Legis Reg Session PD & | $1,640.00 |
| 2/2/17 | 00005347 | 20 days @ 164/day | Legis Reg Session PD & | $3,280.00 |
| 2/2/17 | 00005347 | 442 miles @ .535 | Legis Reg Session PD & | $236.47 |
| | | | **Total** | **$11,041.41** |

[New Mexico Legislative Council Service, 6/15/18]

### Reimbursements Out-Of-Session

| | | 2017 Out-Of-Session Reimbursements | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Account Description** | **Amount** | **Name of Meeting** |
| 11/22/17 | 00020313 | Mileage | Legis Advisory Member | $236.47 | Water and Natural Resources Committee |
| 11/22/17 | 00020313 | Per Diem | Legis Advisory Member | $183.00 | Water and Natural Resources Committee |
| 10/24/17 | 00020074 | Mileage | Legis Advisory Member | $143.38 | Water and Natural Resources Committee |
| 10/24/17 | 00020074 | Per Diem | Legis Advisory Member | $549.00 | Water and Natural Resources Committee |
| | | | Total | **$1,111.85** | |

[New Mexico Legislative Council Service, 6/15/18]

## 2016

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

### Mileage & Per Diem During Session

| | | 2016 In-Session Mileage & Per Diem | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Account Description** | **Amount** |
| 10/26/16 | 00005270 | Mileage | Legis Special Session | $238.68 |
| 10/26/16 | 00005270 | Per Diem 9/30/16 | Legis Special Session | $163.00 |
| 10/26/16 | 00005270 | Per Diem 10/1 - 10/6 | Legis Special Session | $984.00 |
| 2/15/16 | 00005164 | Per Diem - 10 Days @ | Legis Reg Session PD & | $1,630.00 |
| 2/4/16 | 00005060 | Per Diem - 1/30 - 0 | Legis Reg Session PD & | $1,630.00 |



| 1/27/16 | 00004973 | Mileage | Legis Reg Session PD & | $238.68 |
| 1/27/16 | 00004973 | Per Diem | Legis Reg Session PD & | $1,630.00 |
| | | | **Total** | **$6,514.36** |

[New Mexico Legislative Council Service, 6/15/18]

## Reimbursements Out-Of-Session

| 2016 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Account Description** | **Amount** | **Name of Meeting** |
| 12/14/16 | 00017073 | Mileage | Legislator O/S Travel | $238.68 | Ethics Training |
| 12/14/16 | 00017073 | Per Diem | Legislator O/S Travel | $328.00 | Ethics Training |
| 10/26/16 | 00018470 | Mileage | Legis Adivsory Member | $238.68 | Jobs Council |
| 10/26/16 | 00018470 | Per Diem | Legis Adivsory Member | $328.00 | Jobs Council |
| 8/26/16 | 00018157 | Per Diem | Legis Adivsory Member | $326.00 | Jobs Council Subcommittee |
| | | | **Total** | **$1,459.36** | |

[New Mexico Legislative Council Service, 6/15/18]

# 2015

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

## Mileage & Per Diem During Session

| 2015 In-Session Mileage & Per Diem | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 6/15/15 | 00004902 | Mileage | Legis Special Session | $254.15 |
| 6/15/15 | 00004902 | Per Diem | Legis Special Session | $165.00 |
| 3/18/15 | 00004760 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| 3/5/15 | 00004672 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| 2/24/15 | 00004581 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| 2/16/15 | 00004503 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| 2/6/15 | 00004466 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| 1/27/15 | 00004328 | Mileage @ .575/Mile | Legis Regular Session PD & | $254.15 |
| 1/27/15 | 00004328 | 10 Days @ 165/Day | Legis Regular Session PD & | $1,650.00 |
| | | | **Total** | **$10,573.30** |

[New Mexico Legislative Council Service, 6/15/18]

## Reimbursements Out-Of-Session

| 2015 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** | **Name of Meeting** |
| 9/18/15 | 00016547 | Mileage | Legis Advisory Member | $238.05 | Jobs Council |


| 9/18/15 | 00016547 | Per Diem | Legis Advisory Member | $330.00 | Jobs Council |
| 8/17/15 | 00014934 | mileage;airfare;pkg | Legislator O/S Travel | $1,226.11 | ALEC Annual Meeting |
| 8/17/15 | 00014934 | per diem | Legislator O/S Travel | $825.00 | ALEC Annual Meeting |
| 7/31/15 | 00016122 | Mileage | Legis Advisory Member | $52.90 | Jobs Council |
| 7/31/15 | 00016122 | Per Diem | Legis Advisory Member | $165.00 | Jobs Council |
| | | | **Total** | **$2,837.06** | |

[New Mexico Legislative Council Service, 6/15/18]

# 2014

NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.

## Mileage & Per Diem During Session

| 2014 In-Session Mileage & Per Diem | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 1/28/14 | 00004021 | 442 @ .56 Cents / Mile | Brd & Comm Member I/S | $247.52 |
| 1/28/14 | 00004021 | 10 Days @ 159 / Day | Brd & Comm Member I/S | $1,590.00 |
| 2/17/14 | 00004208 | 10 Days @ 159 / Day | Brd & Comm Member I/S | $1,590.00 |
| 2/4/14 | 00004110 | 10 Days @ 159 / Day | Brd & Comm Member I/S | $1,590.00 |
| | | | **Total** | **$5,017.52** |

[New Mexico Legislative Council Service, 6/15/18]

## Reimbursements Out-Of-Session

| 2014 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** | **Name of Meeting** |
| 12/23/14 | 00014138 | Parking, Miles | Legislator O/S Travel | $141.32 | SNPS - ALEC |
| 12/23/14 | 00014138 | Per Diem | Legislator O/S Travel | $825.00 | SNPS - ALEC |
| 12/23/14 | 00014138 | Per Diem | Legislator O/S Travel | $660.00 | ASL - Assembly of State Legislators |
| 10/27/14 | 00013709 | Mileage | Legis Voting Mbr Perdi | $76.16 | New Mexico Finance Authority Oversight Committee |
| 10/27/14 | 00013709 | Per Diem | Legis Voting Mbr Perdi | $330.00 | New Mexico Finance Authority Oversight Committee |
| 10/21/14 | 00013686 | Mileage | Legis Voting Mbr Perdi | $76.16 | Courts, Corrections and Justice Committee |
| 10/21/14 | 00013686 | Per Diem | Legis Voting Mbr Perdi | $165.00 | Courts, Corrections and Justice Committee |
| 10/9/14 | 00013609 | Mileage | Legis Voting Mbr Perdi | $119.28 | Economic and Rural Development Committee |
| 10/9/14 | 00013609 | Per Diem | Legis Voting Mbr Perdi | $495.00 | Economic and Rural Development Committee |
| 9/17/14 | 00013451 | Mileage | Legis Voting Mbr Perdi | $211.12 | New Mexico Finance Authority Oversight Committee |




| 9/17/14 | 00013451 | Per Diem | Legis Voting Mbr Perdi | $477.00 | New Mexico Finance Authority Oversight Committee |
| 9/9/14 | 00013421 | Mileage | Legis OT Trvl-non mbr | $123.20 | Water and Natural Resources Committee |
| 9/9/14 | 00013421 | Per Diem | Legis OT Trvl-non mbr | $159.00 | Water and Natural Resources Committee |
| 9/9/14 | 00013408 | Mileage | Legis Voting Mbr Perdi | $325.92 | Economic and Rural Development Committee |
| 9/9/14 | 00013408 | Per Diem | Legis Voting Mbr Perdi | $477.00 | Economic and Rural Development Committee |
| 8/13/14 | 00013267 | Mileage | Legis Voting Mbr Perdi | $231.84 | Courts, Corrections and Justice Committee |
| 8/13/14 | 00013267 | Per Diem | Legis Voting Mbr Perdi | $318.00 | Courts, Corrections and Justice Committee |
| 7/30/14 | 00013115 | Mileage | Legis Voting Mbr Perdi | $51.52 | New Mexico Finance Authority Oversight Committee |
| 7/30/14 | 00013115 | Per Diem | Legis Voting Mbr Perdi | $159.00 | New Mexico Finance Authority Oversight Committee |
| 7/29/14 | 00013071 | Mileage | Legislator Per Diem | $231.84 | Economic and Rural Development Committee |
| 7/29/14 | 00013071 | Per Diem | Legislator Per Diem | $318.00 | Economic and Rural Development Committee |
| 7/7/14 | 00013014 | Mileage | Brd & Comm Member I/S | $231.84 | New Mexico Finance Authority Oversight Committee |
| 7/7/14 | 00013014 | Per Diem | Brd & Comm Member I/S | $318.00 | New Mexico Finance Authority Oversight Committee |
| | | | **Total** | **$6,521.20** | |

[New Mexico Legislative Council Service, 6/15/18]

## 2013

NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.

### Mileage & Per Diem During Session

| 2013 In-Session Mileage & Per Diem | | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 1/22/13 | 00003490 | Mileage @ .565/Mile | Brd & Comm Member I/S | $249.73 |
| 1/22/13 | 00003490 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| 1/30/13 | 00003583 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| 2/11/13 | 00003665 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| 2/20/13 | 00003743 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| 3/3/13 | 00003827 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| 3/12/13 | 00003913 | 10 Days @ 154 /Day | Brd & Comm Member I/S | $1,540.00 |
| | | | **Total** | **$9,489.73** |

[New Mexico Legislative Council Service, 6/15/18]

### Reimbursements Out-Of-Session

| 2013 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** | **Name of Meeting** |



| | | | | | |
|---|---|---|---|---|---|
| 12/19/13 | 00012511 | Reg, Airfare, Taxi, Mil | Miscellaneous Expense | $1,035.91 | ALEC |
| 12/19/13 | 00012511 | Per Diem | Miscellaneous Expense | $795.00 | ALEC |
| 12/2/13 | 00012435 | Mileage | Brd & Comm Member I/S | $249.73 | New Mexico Finance Authority Oversight Committee |
| 12/2/13 | 00012435 | Per Diem | Brd & Comm Member I/S | $477.00 | New Mexico Finance Authority Oversight Committee |
| 11/26/13 | 00012405 | Mileage | Brd & Comm Member I/S | $249.73 | Courts, Corrections and Justice Committee |
| 11/26/13 | 00012405 | Per Diem | Brd & Comm Member I/S | $477.00 | Courts, Corrections and Justice Committee |
| 11/26/13 | 00012405 | Corr Mileage PV12177 | Brd & Comm Member I/S | -$87.01 | Courts, Corrections and Justice Committee |
| 11/20/13 | 00013180 | Mileage | Miscellaneous Expense | $249.73 | Military and Veterans' Affairs Committee |
| 11/20/13 | 00013180 | Per Diem | Miscellaneous Expense | $318.00 | Military and Veterans' Affairs Committee |
| 11/6/13 | 00013059 | Mileage | Miscellaneous Expense | $256.51 | New Mexico Finance Authority Oversight Committee |
| 11/6/13 | 00013059 | Per Diem | Miscellaneous Expense | $477.00 | New Mexico Finance Authority Oversight Committee |
| 10/24/13 | 00012177 | Mileage | Brd & Comm Member I/S | $393.24 | Courts, Corrections and Justice Committee |
| 10/24/13 | 00012177 | Per Diem | Brd & Comm Member I/S | $318.00 | Courts, Corrections and Justice Committee |
| 10/16/13 | 00012097 | Mileage | Brd & Comm Member I/S | $279.11 | Economic and Rural Development Committee |
| 10/16/13 | 00012097 | Per Diem | Brd & Comm Member I/S | $318.00 | Economic and Rural Development Committee |
| 10/16/13 | 00012891 | Per Diem | Miscellaneous Expense | $159.00 | Military and Veterans' Affairs Committee |
| 10/8/13 | 00012818 | Mileage | Miscellaneous Expense | $76.84 | New Mexico Finance Authority Oversight Committee |
| 10/8/13 | 00012818 | Per Diem | Miscellaneous Expense | $176.00 | New Mexico Finance Authority Oversight Committee |
| 9/19/13 | 00011947 | Mileage | Brd & Comm Member I/S | $76.84 | Courts, Corrections and Justice Committee |
| 9/19/13 | 00011947 | Per Diem | Brd & Comm Member I/S | $528.00 | Courts, Corrections and Justice Committee |
| 9/17/13 | 00011934 | Mileage | Brd & Comm Member I/S | $51.98 | Economic and Rural Development Committee |
| 9/17/13 | 00011934 | Per Diem | Brd & Comm Member I/S | $528.00 | Economic and Rural Development Committee |
| 9/6/13 | 00012608 | Mileage | Miscellaneous Expense | $249.73 | Military and Veterans' Affairs Committee |
| 9/6/13 | 00012608 | Per Diem | Miscellaneous Expense | $352.00 | Military and Veterans' Affairs Committee |
| 8/30/13 | 00012555 | Mileage | Miscellaneous Expense | $328.83 | New Mexico Finance Authority Oversight Committee |
| 8/30/13 | 00012555 | Per Diem | Miscellaneous Expense | $528.00 | New Mexico Finance Authority Oversight Committee |
| 8/28/13 | 00011799 | Mileage | Brd & Comm Member I/S | $249.73 | Courts, Corrections and Justice Committee |
| 8/28/13 | 00011799 | Per Diem | Brd & Comm Member I/S | $528.00 | Courts, Corrections and Justice Committee |
| 7/30/13 | 00011645 | Mileage | Miscellaneous Expense | $256.51 | Water and Natural Resources Committee |



| | | | | | |
|---|---|---|---|---|---|
| 7/30/13 | 00011645 | Per Diem | Miscellaneous Expense | $352.00 | Water and Natural Resources Committee |
| 7/25/13 | 00011593 | Mileage | Brd & Comm Member I/S | $233.91 | Courts, Corrections and Justice Committee |
| 7/25/13 | 00011593 | Per Diem | Brd & Comm Member I/S | $528.00 | Courts, Corrections and Justice Committee |
| 7/12/13 | 00011486 | Mileage | Brd & Comm Member I/S | $439.57 | Economic and Rural Development Committee |
| 7/12/13 | 00011486 | Per Diem | Brd & Comm Member I/S | $352.00 | Economic and Rural Development Committee |
| 7/8/13 | 00012151 | Per Diem | Miscellaneous Expense | $176.00 | Military and Veterans' Affairs Committee |
| 6/10/13 | 00011987 | Mileage | Miscellaneous Expense | $249.73 | Military and Veterans' Affairs Committee |
| 6/10/13 | 00011987 | Per Diem | Miscellaneous Expense | $352.00 | Military and Veterans' Affairs Committee |
| 6/6/13 | 00011300 | Mileage | Brd & Comm Member I/S | $249.73 | Economic and Rural Development Committee |
| 6/6/13 | 00011300 | Per Diem | Brd & Comm Member I/S | $352.00 | Economic and Rural Development Committee |
| 6/4/13 | 00011942 | Mileage | Miscellaneous Expense | $249.73 | New Mexico Finance Authority Oversight Committee |
| 6/4/13 | 00011942 | Per Diem | Miscellaneous Expense | $308.00 | New Mexico Finance Authority Oversight Committee |
| | | | **Total** | **$13,739.08** | |

[New Mexico Legislative Council Service, 6/15/18]

# 2012

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

## Mileage & Per Diem During Session

| 2012 In-Session Mileage & Per Diem | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 1/24/12 | 00003208 | Round Trip @.555 | Brd & Comm Member I/S | $245.31 |
| 1/24/12 | 00003208 | 10 Days @ 154 | Brd & Comm Member I/S | $1,540.00 |
| 2/13/12 | 00003370 | 10 Days @ 154 Per Day | Brd & Comm Member I/S | $1,540.00 |
| 1/31/12 | 00003283 | 10 Days @ 154 Per Day | Brd & Comm Member I/S | $1,540.00 |
| | | | **Total** | **$4,865.31** |

[New Mexico Legislative Council Service, 6/15/18]

## Reimbursements Out-Of-Session

| 2012 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** | **Name of Meeting** |
| 12/21/12 | 00010916 | Mileage | Brd & Comm Mmeber I/S | $245.31 | New Member Orientation & Ethics Seminar |
| 12/21/12 | 00010916 | Per Diem | Brd & Comm Mmeber I/S | $308.00 | New Member Orientation & Ethics Seminar |
| 12/20/12 | 00010899 | Reg., Air, Bag, Taxi, PR | Miscellaneous Expense | $1,170.37 | ALEC 2012 State & Nation Policy Summit |



| 11/15/12 | 00010724 | Mileage | Miscellaneous Expense | $245.31 | Land Grant Initiative |
|---|---|---|---|---|---|
| 11/15/12 | 00010724 | Per Diem | Miscellaneous Expense | $308.00 | Land Grant Initiative |
| 11/2/12 | 00010666 | Mileage | Brd & Comm Mmeber I/S | $245.31 | Economic and Rural Development Committee |
| 11/2/12 | 00010666 | Per Diem | Brd & Comm Mmeber I/S | $308.00 | Economic and Rural Development Committee |
| 10/15/12 | 00010525 | Mileage | Brd & Comm Mmeber I/S | $245.31 | New Mexico Finance Authority Oversight Committee |
| 10/15/12 | 00010525 | Per Diem | Brd & Comm Mmeber I/S | $528.00 | New Mexico Finance Authority Oversight Committee |
| 10/3/12 | 00010479 | Mileage | Brd & Comm Mmeber I/S | $229.77 | Economic and Rural Development Committee |
| 10/3/12 | 00010479 | Per Diem | Brd & Comm Mmeber I/S | $528.00 | Economic and Rural Development Committee |
| 8/24/12 | 00010268 | Mileage | Miscellaneous Expense | $162.06 | Military and Veterans' Affairs Committee |
| 8/24/12 | 00010268 | Per Diem | Miscellaneous Expense | $352.00 | Military and Veterans' Affairs Committee |
| 8/22/12 | 00010246 | Mileage | Brd & Comm Mmeber I/S | $229.77 | New Mexico Finance Authority Oversight Committee |
| 8/22/12 | 00010246 | Per Diem | Brd & Comm Mmeber I/S | $528.00 | New Mexico Finance Authority Oversight Committee |
| 8/20/12 | 00010226 | Mileage | Brd & Comm Mmeber I/S | $152.07 | Economic and Rural Development Committee |
| 8/20/12 | 00010226 | Per Diem | Brd & Comm Mmeber I/S | $352.00 | Economic and Rural Development Committee |
| 7/16/12 | 00010024 | Mileage | Brd & Comm Mmeber I/S | $362.97 | Economic and Rural Development Committee |
| 7/16/12 | 00010024 | Per Diem | Brd & Comm Mmeber I/S | $528.00 | Economic and Rural Development Committee |
| 6/8/12 | 00009873 | Mileage | Brd & Comm Mmeber I/S | $122.66 | New Mexico Finance Authority Oversight Committee |
| 6/8/12 | 00009873 | Per Diem | Brd & Comm Mmeber I/S | $176.00 | New Mexico Finance Authority Oversight Committee |
| 6/8/12 | 00009856 | Mileage | Brd & Comm Mmeber I/S | $122.66 | Economic and Rural Development Committee |
| 6/8/12 | 00009856 | Per Diem | Brd & Comm Mmeber I/S | $352.00 | Economic and Rural Development Committee |
| | | | **Total** | **$7,801.57** | |

[New Mexico Legislative Council Service, 6/15/18]

# 2011

*NOTE: The column "as of date" refers to the date that the voucher detailing the disbursement was processed.*

**Mileage & Per Diem During Session**

| 2011 In-Session Mileage & Per Diem | | | | |
|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** |
| 3/16/11 | 00002866 | 10 Days @ 153 Per Day | Brd & Comm Member I/S | $1,530.00 |
| 3/4/11 | 00002785 | 10 Days @ 153 Per Day | Brd & Comm Member I/S | $1,530.00 |
| 2/21/11 | 00002693 | 10 Days @ 153 Per Day | Brd & Comm Member I/S | $1,530.00 |



| 2/14/11 | 00002610 | 10 Days @ 153 Per Day | Brd & Comm Member I/S | $1,530.00 |
| 2/2/11 | 00002531 | 10 Days @ 153 Per Day | Brd & Comm Member I/S | $1,530.00 |
| 1/25/11 | 00002433 | Round Trip Mileage | Brd & Comm Member I/S | $225.42 |
| 1/25/11 | 00002433 | 10 Days @ 153 | Brd & Comm Member I/S | $1,530.00 |
| | | | **Total** | **$9,405.42** |

[New Mexico Legislative Council Service, 6/15/18]

## Reimbursements Out-Of-Session

| 2011 Out-Of-Session Reimbursements | | | | | |
|---|---|---|---|---|---|
| **As of Date** | **Voucher Number** | **Voucher Line Description** | **Description** | **Amount** | **Name of Meeting** |
| 12/19/11 | 00009538 | mileage;air;txi;pkg | Miscellaneous Expense | $632.36 | ALEC |
| 11/7/11 | 00009285 | Mileage | Brd & Comm Member I/S | $245.31 | Economic and Rural Development Committee |
| 11/7/11 | 00009285 | Per Diem | Brd & Comm Member I/S | $462.00 | Economic and Rural Development Committee |
| 8/26/11 | 00008894 | Mileage | Brd & Comm Member I/S | $152.07 | New Mexico Finance Authority Oversight Committee |
| 8/26/11 | 00008894 | Per Diem | Brd & Comm Member I/S | $513.00 | New Mexico Finance Authority Oversight Committee |
| 8/4/11 | 00008762 | Mileage | Brd & Comm Member I/S | $296.37 | Economic and Rural Development Committee |
| 8/4/11 | 00008762 | Per Diem | Brd & Comm Member I/S | $513.00 | Economic and Rural Development Committee |
| 7/15/11 | 00008588 | Mileage | Brd & Comm Member I/S | $362.97 | New Mexico Finance Authority Oversight Committee |
| 7/15/11 | 00008588 | Per Diem | Brd & Comm Member I/S | $513.00 | New Mexico Finance Authority Oversight Committee |
| 7/12/11 | 00008567 | Mileage | Brd & Comm Member I/S | $260.85 | Economic and Rural Development Committee |
| 7/12/11 | 00008567 | Per Diem | Brd & Comm Member I/S | $684.00 | Economic and Rural Development Committee |
| 6/10/11 | 00008400 | Mileage | Brd & Comm Member I/S | $225.42 | Economic and Rural Development Committee |
| | | | **Total** | **$4,860.35** | |

[New Mexico Legislative Council Service, 6/15/18]



# Appendix VIII – Interest Group Ratings

## Project Vote Smart

According to Vote Smart, Herrell received the following interest group ratings

| Animals and Wildlife | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2013 | Animal Protection Voters – Lifetime Score | 77% |
| 2013 | Animal Protection Voters – Positions | 65% |
| 2011 | Animal Protection Voters – Positions | 88% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Business and Consumers | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2017 | Association of Commerce and Industry of New Mexico – Positions | 90% |
| 2016 | Association of Commerce and Industry of New Mexico – Positions | 100% |
| 2015-2016 | National Federation of Independent Businesses – Positions (State Legislatures) | 100% |
| 2015 | Association of Commerce and Industry of New Mexico | 100% |
| 2015 | New Mexico Prosperity Project – Positions | 100% |
| 2014 | New Mexico Prosperity Project – Positions | 100% |
| 2013-2014 | New Mexico National Federation of Independent Business – Positions | 90% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Conservative | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2016 | American Conservative Union – Lifetime Score (State Legislatures) | 76% |
| 2016 | American Conservative Union – Positions (State Legislatures) | 67% |
| 2015 | American Conservative Union – Lifetime Scores (State Legislatures) | 81% |
| 2015 | American Conservative Union – Positions (State Legislatures) | 69% |
| 2014 | American Conservative Union – State Legislature Positions | 93% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Environment | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2017 | Conservation Voters New Mexico – "Lifetime Conservation Scorecard" | 15% |
| 2017 | Conservation Voters New Mexico – "Conservation Scorecard" | 24% |
| 2015-2016 | Conservation Voters New Mexico – Positions | 10% |
| 2015-2016 | Conservation Voters New Mexico – Lifetime Scores | 13% |
| 2013-2014 | Conservation Voters New Mexico – Positions | 6% |
| 2013-2014 | Conservation Voters New Mexico – Lifetime Score | 14% |
| 2013 | Conservation Voters New Mexico – Positions | 7% |
| 2013 | Conservation Voters New Mexico – Lifetime Score | 16% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Fiscally Conservative | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2016 | American Conservative Union – Positions (State Legislatures) | 67% |
| 2016 | American Conservative Union – Lifetime Score (State Legislatures) | 76% |



| | | |
|---|---|---|
| 2015 | American Conservative Union – Positions (State Legislatures) | 69% |
| 2015 | American Conservative Union – Lifetime Scores (State Legislatures) | 81% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Guns | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2018 | National Rifle Association – Candidate Positions on Gun Rights | 93% |
| 2016 | National Rifle Association – Candidate Positions on Gun Rights | 100% |
| 2012 | National Rifle Association – Candidate Positions on Gun Rights | 93% |
| 2010 | National Rifle Association Political Victory Fund – Positions on Gun Rights | A |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]

| Socially Conservative | | |
|---|---|---|
| **Year** | **Interest Group** | **Rating** |
| 2016 | American Conservative Union – Positions (State Legislatures) | 67% |
| 2016 | American Conservative Union – Lifetime Score (State Legislatures) | 76% |
| 2015 | American Conservative Union – Positions (State Legislatures) | 69% |
| 2015 | American Conservative Union – Lifetime Scores (State Legislatures) | 81% |

[Vote Smart, Yvette Herrell's Ratings and Endorsements, accessed 6/27/18]