UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B. G., J.B., J.J., | § § § § | |
| Plaintiffs. | § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-43 |
| PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., | § § § § § § § § | JURY TRIAL REQUESTED |
| Defendants. | | |

## DECLARATION OF JOSHUA MACIAS

My name is Joshua Macias, I am competent to make this Declaration as follows. I declare and verify under penalty of perjury that I voted in the 2020 election for the U.S. House of Representatives and the U.S. Senate in the state of North Carolina.

/s/ *Joshua Macias*