# JOHN S. VANDERBOL III

## SKILLS

Serial Entrepreneur
Process Management Expert
Expert in Geo-Political Operations.
Inter. Relations Specialist
Aviator
Marksman
Technologist
World Traveler -
Multi-cultural / linguist

## EXPERIENCE

**FOUNDER / DIRECTOR**
9TEN HOLDINGS INC.
JANUARY 2017 - PRESENT.
Manages intellectual property assets with focus on telecommunications / technology assets.

**FOUNDER / DIRECTOR**
3P Media Group
March 2016 - Present.
Manages mass media assets, conducts research and development regarding integration of AI technologies.

**CHAIRMAN / CHIEF EXECUTIVE OFFICER**
Zfere Holdings Inc.
June 2010 - August 2014.
Direct, plan, and implement policies, objectives, or activities of organization and businesses to ensure continuing operations, to maximize returns on investments, and to increase productivity.

**CHIEF EXECUTIVE OFFICER / DIRECTOR**
IMN Communications / Ariya Networks.
March 1997 - December 2010.
During tenure, the company designed and began deployment of the First OC-768 DWDM standard network in USA. During construction of contracted networks acquired more than $1 b in parallel assets. Facilitated more than $5.5 B in contracts and obtained more than $2.7 B in funding commitments for construction operations.