provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Latinos for Trump, Blacks for Trump, Joshua Macias, M.S., B.G., J.B., J.J.

(b) County of Residence of First Listed Plaintiff: McLennan County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Paul M. Davis, Solo Practitioner, 8620 Hawthorne St., Frisco, TX 75034

## DEFENDANTS
Pete Sessions, Mitch McConnell, Nancy Pelosi, Mark Zuckerberg, Chuck Schumer, Alexadria Ocasio-Cortez

County of Residence of First Listed Defendant: McLennan County, TX
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of Another State: PTF [x] 2

## IV. NATURE OF SUIT
[x] 441 Voting

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. 1983, 1985, and 1986

Brief description of cause:
Defendants acted individually and in concert to deprive Plaintiffs of the right to cast a legal vote in the 2020 Federal Election

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes

DATE: January 18, 2021

SIGNATURE OF ATTORNEY OF RECORD: *(signed)*