SUBSCRIBE     🐦     f           DONATE





# List of current members of the U.S. Congress

The **United States Congress** is the bicameral legislature of the United States of America's federal government. It consists of two houses, the Senate and the House of Representatives, with members chosen through direct election.

Congress has 535 voting members. The Senate has 100 voting officials, and the House has 435 voting officials, along with five delegates and one resident commissioner.

Click here to find your representatives with Ballotpedia's "Who represents me?" tool.



**Features of Congress**

---

### Background

Federal Election Commission · Democratic Congressional Campaign Committee · National Republican Congressional Committee · Filing requirements for congressional candidates · Classes of United States Senators · Filling vacancies in the U.S. Senate · President Pro Tempore of the Senate · United States Speaker of the House · Filibuster · Key votes

---

### Sessions

117th Congress
116th · 115th · 114th · 113th · 112th · 111th · 110th

---

### Analysis

Lifetime voting records · Net worth of United States Senators and Representatives · Staff salaries of United States Senators and Representatives · National Journal vote ratings

# U.S. Senate

## Leadership and partisan balance

| Position | Representative | Party |
|---|---|---|
| President of the Senate | Mike Pence | 🔴 Republican |
| Senate Majority Leadership | | |
| President pro tempore | Chuck Grassley | 🔴 Republican |
| Senate Majority Leader | Mitch McConnell | 🔴 Republican |
| Senate Majority Whip | John Thune | 🔴 Republican |
| Senate Minority Leadership | | |
| Senate Minority Leader | Chuck Schumer | 🔵 Democratic |
| Senate Minority Whip | Dick Durbin | 🔵 Democratic |

| Senate Partisan Balance | |
|---|---|
| **Party** | **117th Congress** |
| Democratic | 46 |
| Republican | **51** |
| Independent | 2 |
| Vacancies | 1 |
| **Total** | **100** |

## List of current U.S. Senate members

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jerry Moran | U.S. Senate Kansas | 2011-01-05 | Republican Party |
| Roger Marshall | U.S. Senate Kansas | 2021-01-03 | Republican Party |
| Gary Peters | U.S. Senate Michigan | 2015-01-06 | Democratic Party |
| Debbie Stabenow | U.S. Senate Michigan | 2001-01-03 | Democratic Party |
| Tim Kaine | U.S. Senate Virginia | 2013-01-03 | Democratic Party |
| Mark Warner | U.S. Senate Virginia | 2009-01-06 | Democratic Party |
| Chris Van Hollen | U.S. Senate Maryland | 2017-01-03 | Democratic Party |
| Ben Cardin | U.S. Senate Maryland | 2007-01-04 | Democratic Party |
| Dianne Feinstein | U.S. Senate California | 1993 | Democratic Party |
| Mike Braun | U.S. Senate Indiana | 2019-01-03 | Republican Party |
| Todd C. Young | U.S. Senate Indiana | 2017-01-03 | Republican Party |
| Joni Ernst | U.S. Senate Iowa | 2015-01-03 | Republican Party |
| Chuck Grassley | U.S. Senate Iowa | 1981 | Republican Party |
| John Barrasso | U.S. Senate Wyoming | 2007-01-04 | Republican Party |
| Cynthia Lummis | U.S. Senate Wyoming | 2021-01-03 | Republican Party |
| Mike Crapo | U.S. Senate Idaho | 1999-01-06 | Republican Party |
| Jim Risch | U.S. Senate Idaho | 2009 | Republican Party |
| Tammy Duckworth | U.S. Senate Illinois | 2017-01-03 | Democratic Party |
| Dick Durbin | U.S. Senate Illinois | 1997-01-07 | Democratic Party |
| Maria Cantwell | U.S. Senate Washington | 2001 | Democratic Party |
| Patty Murray | U.S. Senate Washington | 1993 | Democratic Party |
| Jeff Merkley | U.S. Senate Oregon | 2009 | Democratic Party |
| Ron Wyden | U.S. Senate Oregon | 1996-01-30 | Democratic Party |
| Ronald Harold Johnson | U.S. Senate Wisconsin | 2010 | Republican Party |
| Tammy Baldwin | U.S. Senate Wisconsin | 2013-01-03 | Democratic Party |
| Chuck Schumer | U.S. Senate New York | 1999-01-06 | Democratic Party |
| Kirsten Gillibrand | U.S. Senate New York | 2009-01-26 | Democratic Party |
| Tom Cotton | U.S. Senate Arkansas | 2015-01-06 | Republican Party |
| John Boozman | U.S. Senate Arkansas | 2011-01-05 | Republican Party |
| Tina Smith | U.S. Senate Minnesota | 2018-01-03 | Democratic Party |
| Amy Klobuchar | U.S. Senate Minnesota | 2007-01-04 | Democratic Party |
| Ted Cruz | U.S. Senate Texas | 2013-01-03 | Republican Party |
| John Cornyn | U.S. Senate Texas | 2002-12-02 | Republican Party |
| Mitch McConnell | U.S. Senate Kentucky | 1985 | Republican Party |
| Rand Paul | U.S. Senate Kentucky | 2011-01-05 | Republican Party |
| Rob Portman | U.S. Senate Ohio | 2011-01-05 | Republican Party |
| Sherrod Brown | U.S. Senate Ohio | 2007-01-04 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Kyrsten Sinema | U.S. Senate Arizona | 2019-01-03 | Democratic Party |
| Mark Kelly | U.S. Senate Arizona | 2020-12-02 | Democratic Party |
| Joe Manchin III | U.S. Senate West Virginia | 2010-11-15 | Democratic Party |
| Shelley Moore Capito | U.S. Senate West Virginia | 2015-01-06 | Republican Party |
| Tom Carper | U.S. Senate Delaware | 2001-01-03 | Democratic Party |
| Chris Coons | U.S. Senate Delaware | 2010-11-15 | Democratic Party |
| Steve Daines | U.S. Senate Montana | 2015-01-06 | Republican Party |
| Jon Tester | U.S. Senate Montana | 2007-01-04 | Democratic Party |
| Kelly Loeffler | U.S. Senate Georgia | 2020-01-06 | Republican Party |
| Elizabeth Warren | U.S. Senate Massachusetts | 2013-01-03 | Democratic Party |
| Edward J. Markey | U.S. Senate Massachusetts | 2013-07-16 | Democratic Party |
| Bernie Sanders | U.S. Senate Vermont | 2007-01-04 | Independent |
| Patrick Leahy | U.S. Senate Vermont | 1975-01-03 | Democratic Party |
| Michael Bennet | U.S. Senate Colorado | 2009 | Democratic Party |
| John Hickenlooper | U.S. Senate Colorado | 2021-01-03 | Democratic Party |
| Richard Shelby | U.S. Senate Alabama | 1987 | Republican Party |
| Tommy Tuberville | U.S. Senate Alabama | 2021-01-03 | Republican Party |
| Catherine Cortez Masto | U.S. Senate Nevada | 2017-01-03 | Democratic Party |
| Jacky Rosen | U.S. Senate Nevada | 2019-01-03 | Democratic Party |
| Martin Heinrich | U.S. Senate New Mexico | 2013-01-03 | Democratic Party |
| Ben Ray Luján | U.S. Senate New Mexico | 2021-01-03 | Democratic Party |
| Marsha Blackburn | U.S. Senate Tennessee | 2019-01-03 | Republican Party |
| Bill Hagerty | U.S. Senate Tennessee | 2021-01-03 | Republican Party |
| John Hoeven | U.S. Senate North Dakota | 2011-01-05 | Republican Party |
| Kevin Cramer | U.S. Senate North Dakota | 2019-01-03 | Republican Party |
| Richard Burr | U.S. Senate North Carolina | 2005-01-04 | Republican Party |
| Thom Tillis | U.S. Senate North Carolina | 2015-01-06 | Republican Party |
| Bill Cassidy | U.S. Senate Louisiana | 2015-01-06 | Republican Party |
| John Neely Kennedy | U.S. Senate Louisiana | 2017-01-03 | Republican Party |
| Maggie Hassan | U.S. Senate New Hampshire | 2017-01-03 | Democratic Party |
| Jeanne Shaheen | U.S. Senate New Hampshire | 2009-01-06 | Democratic Party |
| Angus King | U.S. Senate Maine | 2013-01-03 | Independent |
| Susan Collins | U.S. Senate Maine | 1997-01-07 | Republican Party |
| Rick Scott | U.S. Senate Florida | 2019-01-03 | Republican Party |
| Marco Rubio | U.S. Senate Florida | 2011-01-05 | Republican Party |
| John Thune | U.S. Senate South Dakota | 2005-01-04 | Republican Party |
| Mike Rounds | U.S. Senate South Dakota | 2015-01-06 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Sheldon Whitehouse | U.S. Senate Rhode Island | 2007-01-04 | Democratic Party |
| Jack Reed | U.S. Senate Rhode Island | 1997-01-07 | Democratic Party |
| Bob Menendez | U.S. Senate New Jersey | 2006-01-18 | Democratic Party |
| Cory Booker | U.S. Senate New Jersey | 2013-10-31 | Democratic Party |
| Lindsey Graham | U.S. Senate South Carolina | 2003-01-07 | Republican Party |
| Tim Scott | U.S. Senate South Carolina | 2013-01-02 | Republican Party |
| Brian E. Schatz | U.S. Senate Hawaii | 2012-12-27 | Democratic Party |
| Mazie K. Hirono | U.S. Senate Hawaii | 2013-01-03 | Democratic Party |
| Daniel S. Sullivan | U.S. Senate Alaska | 2015-01-06 | Republican Party |
| Lisa Murkowski | U.S. Senate Alaska | 2002-12-20 | Republican Party |
| James Lankford | U.S. Senate Oklahoma | 2015-01-06 | Republican Party |
| Jim Inhofe | U.S. Senate Oklahoma | 1994-11-17 | Republican Party |
| Ben Sasse | U.S. Senate Nebraska | 2015-01-06 | Republican Party |
| Deb Fischer | U.S. Senate Nebraska | 2013-01-03 | Republican Party |
| Christopher S. Murphy | U.S. Senate Connecticut | 2013-01-03 | Democratic Party |
| Richard Blumenthal | U.S. Senate Connecticut | 2011-01-05 | Democratic Party |
| Roger Wicker | U.S. Senate Mississippi | 2007-12-31 | Republican Party |
| Cindy Hyde-Smith | U.S. Senate Mississippi | 2018 | Republican Party |
| Roy Blunt | U.S. Senate Missouri | 2011-01-05 | Republican Party |
| Josh Hawley | U.S. Senate Missouri | 2019-01-03 | Republican Party |
| Pat Toomey | U.S. Senate Pennsylvania | 2011-01-05 | Republican Party |
| Bob Casey Jr. | U.S. Senate Pennsylvania | 2007-01-04 | Democratic Party |
| Mike Lee | U.S. Senate Utah | 2011-01-05 | Republican Party |
| Mitt Romney | U.S. Senate Utah | 2019-01-03 | Republican Party |

# U.S. House

## Leadership and partisan balance

| Position | Representative | Party |
|---|---|---|
| Speaker of the House | Nancy Pelosi | 🔵 Democratic |
| House Majority Leadership | | |
| House Majority Leader | Steny Hoyer | 🔵 Democratic |
| House Majority Whip | Jim Clyburn | 🔵 Democratic |
| House Minority Leadership | | |
| House Minority Leader | Kevin McCarthy | 🔴 Republican |
| House Minority Whip | Steve Scalise | 🔴 Republican |

| House Partisan Balance | |
|---|---|
| **Party** | **117th Congress** |
| Democratic | **221** |
| Republican | 211 |
| Vacancies | 3 |
| **Total** | **435** |

# List of current U.S. House members

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jennifer Wexton | U.S. House Virginia District 10 | 2019-01-03 | Democratic Party |
| Michael F.Q. San Nicolas | U.S. House Guam At-large District | 2019-01-03 | Democratic Party |
| Nanette Barragán | U.S. House California District 44 | 2017-01-03 | Democratic Party |
| Andy Biggs | U.S. House Arizona District 5 | 2017-01-03 | Republican Party |
| Elise Stefanik | U.S. House New York District 21 | 2015-01-06 | Republican Party |
| Brett Guthrie | U.S. House Kentucky District 2 | 2009-01-06 | Republican Party |
| Jim Cooper | U.S. House Tennessee District 5 | 2003-01-07 | Democratic Party |
| Hank Johnson | U.S. House Georgia District 4 | 2007-01-04 | Democratic Party |
| John Curtis | U.S. House Utah District 3 | 2017-11-13 | Republican Party |
| Jackie Walorski | U.S. House Indiana District 2 | 2013-01-03 | Republican Party |
| Henry Cuellar | U.S. House Texas District 28 | 2005-01-04 | Democratic Party |
| Andrew Harris | U.S. House Maryland District 1 | 2011-01-05 | Republican Party |
| Lizzie Pannill Fletcher | U.S. House Texas District 7 | 2019-01-03 | Democratic Party |
| Barry Loudermilk | U.S. House Georgia District 11 | 2015-01-06 | Republican Party |
| Anthony G. Brown | U.S. House Maryland District 4 | 2017-01-03 | Democratic Party |
| Trey Hollingsworth | U.S. House Indiana District 9 | 2017-01-03 | Republican Party |
| Dina Titus | U.S. House Nevada District 1 | 2013-01-03 | Democratic Party |
| Troy Nehls | U.S. House Texas District 22 | 2021-01-03 | Republican Party |
| Dean Phillips | U.S. House Minnesota District 3 | 2019-01-03 | Democratic Party |
| Tom Rice | U.S. House South Carolina District 7 | 2013-01-03 | Republican Party |
| Billy Long | U.S. House Missouri District 7 | 2011-01-05 | Republican Party |
| Aston Donald McEachin | U.S. House Virginia District 4 | 2017-01-03 | Democratic Party |
| Mark Takano | U.S. House California District 41 | 2013-01-03 | Democratic Party |
| Ed Perlmutter | U.S. House Colorado District 7 | 2007-01-04 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Marcia Fudge | U.S. House Ohio District 11 | 2009-01-06 | Democratic Party |
| Lori Trahan | U.S. House Massachusetts District 3 | 2019-01-03 | Democratic Party |
| Donald Payne Jr. | U.S. House New Jersey District 10 | 2013-01-03 | Democratic Party |
| Jaime Herrera Beutler | U.S. House Washington District 3 | 2011-01-05 | Republican Party |
| Jared Golden | U.S. House Maine District 2 | 2019-01-03 | Democratic Party |
| Thomas Massie | U.S. House Kentucky District 4 | 2012-11-13 | Republican Party |
| Peter Meijer | U.S. House Michigan District 3 | 2021-01-03 | Republican Party |
| Blaine Luetkemeyer | U.S. House Missouri District 3 | 2009-01-06 | Republican Party |
| Tom Emmer | U.S. House Minnesota District 6 | 2015-01-06 | Republican Party |
| Ted Budd | U.S. House North Carolina District 13 | 2017-01-03 | Republican Party |
| Deborah Ross | U.S. House North Carolina District 2 | 2021-01-03 | Democratic Party |
| Dan Bishop | U.S. House North Carolina District 9 | 2019-09-17 | Republican Party |
| Ron Estes | U.S. House Kansas District 4 | 2017-04-25 | Republican Party |
| Adrian Smith | U.S. House Nebraska District 3 | 2007-01-04 | Republican Party |
| Bill Huizenga | U.S. House Michigan District 2 | 2011-01-05 | Republican Party |
| Marie Newman | U.S. House Illinois District 3 | 2021-01-03 | Democratic Party |
| Michael Waltz | U.S. House Florida District 6 | 2019-01-03 | Republican Party |
| Frederica S. Wilson | U.S. House Florida District 24 | 2011-01-05 | Democratic Party |
| Carlos Gimenez | U.S. House Florida District 26 | 2021-01-03 | Republican Party |
| Gus M. Bilirakis | U.S. House Florida District 12 | 2007-01-04 | Republican Party |
| Kay Granger | U.S. House Texas District 12 | 1997-01-07 | Republican Party |
| James Comer Jr. | U.S. House Kentucky District 1 | 2016-11-14 | Republican Party |
| Jahana Hayes | U.S. House Connecticut District 5 | 2019-01-03 | Democratic Party |
| Brian Higgins | U.S. House New York District 26 | 2013-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Pete Sessions | U.S. House Texas District 17 | 2021-01-03 | Republican Party |
| Jesus Garcia | U.S. House Illinois District 4 | 2019-01-03 | Democratic Party |
| Seth Moulton | U.S. House Massachusetts District 6 | 2015-01-06 | Democratic Party |
| Nydia Velazquez | U.S. House New York District 7 | 2013-01-03 | Democratic Party |
| Mike Bost | U.S. House Illinois District 12 | 2015-01-06 | Republican Party |
| Debbie Dingell | U.S. House Michigan District 12 | 2015-01-06 | Democratic Party |
| Susan Wild | U.S. House Pennsylvania District 7 | 2019-01-03 | Democratic Party |
| Tony Cárdenas | U.S. House California District 29 | 2013-01-03 | Democratic Party |
| Tony Gonzales | U.S. House Texas District 23 | 2021-01-03 | Republican Party |
| Vicente Gonzalez Jr. | U.S. House Texas District 15 | 2017-01-03 | Democratic Party |
| James Clyburn | U.S. House South Carolina District 6 | 1993 | Democratic Party |
| Marc Veasey | U.S. House Texas District 33 | 2013-01-03 | Democratic Party |
| Ilhan Omar | U.S. House Minnesota District 5 | 2019-01-03 | Democratic Party |
| Andrew Kim | U.S. House New Jersey District 3 | 2019-01-03 | Democratic Party |
| John Larson | U.S. House Connecticut District 1 | 1999-01-06 | Democratic Party |
| Greg Stanton | U.S. House Arizona District 9 | 2019-01-03 | Democratic Party |
| Ronald Wright | U.S. House Texas District 6 | 2019-01-03 | Republican Party |
| Chrissy Houlahan | U.S. House Pennsylvania District 6 | 2019-01-03 | Democratic Party |
| Lloyd Smucker | U.S. House Pennsylvania District 11 | 2019-01-03 | Republican Party |
| Mary Gay Scanlon | U.S. House Pennsylvania District 5 | 2019-01-03 | Democratic Party |
| Nancy Mace | U.S. House South Carolina District 1 | 2021-01-03 | Republican Party |
| Tracey Mann | U.S. House Kansas District 1 | 2021-01-03 | Republican Party |
| Fred Keller | U.S. House Pennsylvania District 12 | 2019-06-03 | Republican Party |
| Young Kim | U.S. House California District 39 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Michael C. Burgess | U.S. House Texas District 26 | 2003-01-07 | Republican Party |
| Grace Meng | U.S. House New York District 6 | 2013-01-03 | Democratic Party |
| Brendan Boyle | U.S. House Pennsylvania District 2 | 2019-01-03 | Democratic Party |
| Adriano Espaillat | U.S. House New York District 13 | 2017-01-03 | Democratic Party |
| Lucy McBath | U.S. House Georgia District 6 | 2019-01-03 | Democratic Party |
| Joe Neguse | U.S. House Colorado District 2 | 2019-01-03 | Democratic Party |
| Stephanie Murphy | U.S. House Florida District 7 | 2017-01-03 | Democratic Party |
| Van Taylor | U.S. House Texas District 3 | 2019-01-03 | Republican Party |
| Jim Himes | U.S. House Connecticut District 4 | 2009-01-06 | Democratic Party |
| Ken Calvert | U.S. House California District 42 | 1993 | Republican Party |
| Jeff Duncan | U.S. House South Carolina District 3 | 2011-01-05 | Republican Party |
| Gary Palmer | U.S. House Alabama District 6 | 2015-01-06 | Republican Party |
| Al Green | U.S. House Texas District 9 | 2005-01-04 | Democratic Party |
| Byron Donalds | U.S. House Florida District 19 | 2021-01-03 | Republican Party |
| Mark Pocan | U.S. House Wisconsin District 2 | 2013-01-03 | Democratic Party |
| Blake Moore | U.S. House Utah District 1 | 2021-01-03 | Republican Party |
| Bill Posey | U.S. House Florida District 8 | 2009-01-06 | Republican Party |
| John Sarbanes | U.S. House Maryland District 3 | 2007-01-04 | Democratic Party |
| Katie Porter | U.S. House California District 45 | 2019-01-03 | Democratic Party |
| Ritchie Torres | U.S. House New York District 15 | 2021-01-03 | Democratic Party |
| Jamaal Bowman | U.S. House New York District 16 | 2021-01-03 | Democratic Party |
| Glenn Thompson | U.S. House Pennsylvania District 15 | 2019-01-03 | Republican Party |
| Mo Brooks | U.S. House Alabama District 5 | 2011-01-05 | Republican Party |
| Bill Johnson | U.S. House Ohio District 6 | 2011-01-05 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Andy Levin | U.S. House Michigan District 9 | 2019-01-03 | Democratic Party |
| Val Demings | U.S. House Florida District 10 | 2017-01-03 | Democratic Party |
| Mark Amodei | U.S. House Nevada District 2 | 2011-01-05 | Republican Party |
| Drew Ferguson | U.S. House Georgia District 3 | 2017-01-03 | Republican Party |
| David Rouzer | U.S. House North Carolina District 7 | 2015-01-06 | Republican Party |
| Bill Foster | U.S. House Illinois District 11 | 2013 | Democratic Party |
| Karen Bass | U.S. House California District 37 | 2011-01-05 | Democratic Party |
| Jacob LaTurner | U.S. House Kansas District 2 | 2021-01-03 | Republican Party |
| William Timmons | U.S. House South Carolina District 4 | 2019-01-03 | Republican Party |
| Jim Hagedorn | U.S. House Minnesota District 1 | 2019-01-03 | Republican Party |
| Bennie Thompson | U.S. House Mississippi District 2 | 1993-04-20 | Democratic Party |
| Randy Feenstra | U.S. House Iowa District 4 | 2021-01-03 | Republican Party |
| Yvette D. Clarke | U.S. House New York District 9 | 2013 | Democratic Party |
| Diana Harshbarger | U.S. House Tennessee District 1 | 2021-01-03 | Republican Party |
| Marcy Kaptur | U.S. House Ohio District 9 | 1983 | Democratic Party |
| Julia Brownley | U.S. House California District 26 | 2013-01-03 | Democratic Party |
| Scott Franklin | U.S. House Florida District 15 | 2021-01-03 | Republican Party |
| Richard Hudson | U.S. House North Carolina District 8 | 2013-01-03 | Republican Party |
| David N. Cicilline | U.S. House Rhode Island District 1 | 2011-01-05 | Democratic Party |
| Jim Langevin | U.S. House Rhode Island District 2 | 2001 | Democratic Party |
| Guy Reschenthaler | U.S. House Pennsylvania District 14 | 2019-01-03 | Republican Party |
| Anna Eshoo | U.S. House California District 18 | 1993 | Democratic Party |
| Nicole Malliotakis | U.S. House New York District 11 | 2021-01-03 | Republican Party |
| Carol Miller | U.S. House West Virginia District 3 | 2019-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Jim Costa | U.S. House California District 16 | 2005-01-04 | Democratic Party |
| Cathy McMorris Rodgers | U.S. House Washington District 5 | 2005-01-04 | Republican Party |
| Paul Gosar | U.S. House Arizona District 4 | 2011-01-05 | Republican Party |
| Michelle Steel | U.S. House California District 48 | 2021-01-03 | Republican Party |
| André Carson | U.S. House Indiana District 7 | 2008-03-13 | Democratic Party |
| Nancy Pelosi | U.S. House California District 12 | 1987 | Democratic Party |
| Daniel Webster | U.S. House Florida District 11 | 2011-01-05 | Republican Party |
| Brad Schneider | U.S. House Illinois District 10 | 2017-01-03 | Democratic Party |
| Bobby Rush | U.S. House Illinois District 1 | 1993-01-03 | Democratic Party |
| Steven Palazzo | U.S. House Mississippi District 4 | 2011-01-05 | Republican Party |
| David Price | U.S. House North Carolina District 4 | 1997-01-07 | Democratic Party |
| Joseph Morelle | U.S. House New York District 25 | 2018-11-13 | Democratic Party |
| Warren Davidson | U.S. House Ohio District 8 | 2016-06-09 | Republican Party |
| Kweisi Mfume | U.S. House Maryland District 7 | 2020-05-05 | Democratic Party |
| Trent Kelly | U.S. House Mississippi District 1 | 2015-06-09 | Republican Party |
| Tom Malinowski | U.S. House New Jersey District 7 | 2019-01-03 | Democratic Party |
| Pramila Jayapal | U.S. House Washington District 7 | 2017-01-03 | Democratic Party |
| Adam Schiff | U.S. House California District 28 | 2001 | Democratic Party |
| David Joyce | U.S. House Ohio District 14 | 2013-01-03 | Republican Party |
| Jack Bergman | U.S. House Michigan District 1 | 2017-01-03 | Republican Party |
| Markwayne Mullin | U.S. House Oklahoma District 2 | 2013-01-03 | Republican Party |
| Lisa McClain | U.S. House Michigan District 10 | 2021-01-03 | Republican Party |
| Brian Mast | U.S. House Florida District 18 | 2017-01-03 | Republican Party |
| Mariannette Miller-Meeks | U.S. House Iowa District 2 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Cheri Bustos | U.S. House Illinois District 17 | 2013 | Democratic Party |
| Dwight Evans | U.S. House Pennsylvania District 3 | 2019-01-03 | Democratic Party |
| Bob Gibbs | U.S. House Ohio District 7 | 2013-01-04 | Republican Party |
| Matt Rosendale | U.S. House Montana At-large District | 2021-01-03 | Republican Party |
| Juan Vargas | U.S. House California District 51 | 2013-01-03 | Democratic Party |
| Kevin Hern | U.S. House Oklahoma District 1 | 2018-11-13 | Republican Party |
| Judy Chu | U.S. House California District 27 | 2009-01-06 | Democratic Party |
| Jim McGovern | U.S. House Massachusetts District 2 | 1997-01-07 | Democratic Party |
| David G. Valadao | U.S. House California District 21 | 2021-01-03 | Republican Party |
| Don Young | U.S. House Alaska At-large District | 1973-03-06 | Republican Party |
| Jeffrey Fortenberry | U.S. House Nebraska District 1 | 2005-01-04 | Republican Party |
| Ed Case | U.S. House Hawaii District 1 | 2019-01-03 | Democratic Party |
| Dan Meuser | U.S. House Pennsylvania District 9 | 2019-01-03 | Republican Party |
| Chris Pappas | U.S. House New Hampshire District 1 | 2019-01-03 | Democratic Party |
| Rick Crawford | U.S. House Arkansas District 1 | 2011-01-05 | Republican Party |
| Jason Crow | U.S. House Colorado District 6 | 2019-01-03 | Democratic Party |
| Lauren Underwood | U.S. House Illinois District 14 | 2019-01-03 | Democratic Party |
| Steve Stivers | U.S. House Ohio District 15 | 2011-01-05 | Republican Party |
| Sharice Davids | U.S. House Kansas District 3 | 2019-01-03 | Democratic Party |
| Patrick T. McHenry | U.S. House North Carolina District 10 | 2005-01-04 | Republican Party |
| Ted Lieu | U.S. House California District 33 | 2015-01-06 | Democratic Party |
| Frank Lucas | U.S. House Oklahoma District 3 | 2003-01-07 | Republican Party |
| Sara Jacobs | U.S. House California District 53 | 2021-01-03 | Democratic Party |
| Cindy Axne | U.S. House Iowa District 3 | 2019-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Anthony Gonzalez | U.S. House Ohio District 16 | 2019-01-03 | Republican Party |
| Christopher Jacobs | U.S. House New York District 27 | 2020-07-21 | Republican Party |
| Steny Hoyer | U.S. House Maryland District 5 | 1981-05-19 | Democratic Party |
| Don Bacon | U.S. House Nebraska District 2 | 2017-01-03 | Republican Party |
| Tom McClintock | U.S. House California District 4 | 2009-01-06 | Republican Party |
| Jerry McNerney | U.S. House California District 9 | 2007-01-04 | Democratic Party |
| H. Morgan Griffith | U.S. House Virginia District 9 | 2011-01-05 | Republican Party |
| Grace Napolitano | U.S. House California District 32 | 1999-01-06 | Democratic Party |
| August Pfluger | U.S. House Texas District 11 | 2021-01-03 | Republican Party |
| Conor Lamb | U.S. House Pennsylvania District 17 | 2019-01-03 | Democratic Party |
| Jason Smith | U.S. House Missouri District 8 | 2013-06-05 | Republican Party |
| Brad Wenstrup | U.S. House Ohio District 2 | 2013-01-03 | Republican Party |
| Mario Diaz-Balart | U.S. House Florida District 25 | 2003-01-07 | Republican Party |
| Jake Auchincloss | U.S. House Massachusetts District 4 | 2021-01-03 | Democratic Party |
| Debbie Wasserman Schultz | U.S. House Florida District 23 | 2005-01-04 | Democratic Party |
| Lauren Boebert | U.S. House Colorado District 3 | 2021-01-03 | Republican Party |
| Stacey Plaskett | U.S. House Virgin Islands At-large District | 2015-01-03 | Democratic Party |
| David Schweikert | U.S. House Arizona District 6 | 2011-01-05 | Republican Party |
| Darrell Issa | U.S. House California District 50 | 2021-01-03 | Republican Party |
| Donald Norcross | U.S. House New Jersey District 1 | 2014-11-12 | Democratic Party |
| Jerrold Nadler | U.S. House New York District 10 | 2013-01-03 | Democratic Party |
| Nikema Williams | U.S. House Georgia District 5 | 2021-01-03 | Democratic Party |
| Josh Harder | U.S. House California District 10 | 2019-01-03 | Democratic Party |
| Kaiali'i Kahele | U.S. House Hawaii District 2 | 2021-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| John Carter | U.S. House Texas District 31 | 2003-01-07 | Republican Party |
| Stephanie Bice | U.S. House Oklahoma District 5 | 2021-01-03 | Republican Party |
| Benjamin Lee Cline | U.S. House Virginia District 6 | 2019-01-03 | Republican Party |
| Marjorie Taylor Greene | U.S. House Georgia District 14 | 2021-01-03 | Republican Party |
| Rodney Davis | U.S. House Illinois District 13 | 2013 | Republican Party |
| Kathy Castor | U.S. House Florida District 14 | 2007-01-04 | Democratic Party |
| Susie Lee | U.S. House Nevada District 3 | 2019-01-03 | Democratic Party |
| Charlie Crist | U.S. House Florida District 13 | 2017-01-03 | Democratic Party |
| Scott Peters | U.S. House California District 52 | 2013-01-03 | Democratic Party |
| Danny K. Davis | U.S. House Illinois District 7 | 1997-01-07 | Democratic Party |
| Zoe Lofgren | U.S. House California District 19 | 1995-01-04 | Democratic Party |
| Peter DeFazio | U.S. House Oregon District 4 | 1987 | Democratic Party |
| Lee Zeldin | U.S. House New York District 1 | 2015-01-06 | Republican Party |
| Suzanne Bonamici | U.S. House Oregon District 1 | 2012-02-07 | Democratic Party |
| Bonnie Watson Coleman | U.S. House New Jersey District 12 | 2015-01-06 | Democratic Party |
| Bruce Westerman | U.S. House Arkansas District 4 | 2015-01-06 | Republican Party |
| Salud Carbajal | U.S. House California District 24 | 2017-01-03 | Democratic Party |
| Madeleine Dean | U.S. House Pennsylvania District 4 | 2019-01-03 | Democratic Party |
| Roger Williams | U.S. House Texas District 25 | 2013-01-03 | Republican Party |
| Gregorio Kilili Camacho Sablan | U.S. House Northern Mariana Islands At-large District | 2009-01-06 | Independent |
| G.K. Butterfield | U.S. House North Carolina District 1 | 2004-07-20 | Democratic Party |
| Bill Pascrell | U.S. House New Jersey District 9 | 2013 | Democratic Party |
| Robert J. Wittman | U.S. House Virginia District 1 | 2007-01-04 | Republican Party |
| Beth Van Duyne | U.S. House Texas District 24 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Carolyn B. Maloney | U.S. House New York District 12 | 2013-01-03 | Democratic Party |
| Alcee Hastings | U.S. House Florida District 20 | 1993-01-03 | Democratic Party |
| Ronny L. Jackson | U.S. House Texas District 13 | 2021-01-03 | Republican Party |
| Pete Stauber | U.S. House Minnesota District 8 | 2019-01-03 | Republican Party |
| Teresa Leger Fernandez | U.S. House New Mexico District 3 | 2021-01-03 | Democratic Party |
| Mike Gallagher | U.S. House Wisconsin District 8 | 2017-01-03 | Republican Party |
| Gerald Edward Connolly | U.S. House Virginia District 11 | 2009-01-06 | Democratic Party |
| Rick Allen | U.S. House Georgia District 12 | 2015 | Republican Party |
| Terri Sewell | U.S. House Alabama District 7 | 2011-01-05 | Democratic Party |
| Jenniffer González-Colón | U.S. House Resident Commissioner | 2017-01-03 | New Progressive Party |
| Mike Johnson | U.S. House Louisiana District 4 | 2017-01-03 | Republican Party |
| Daniel Crenshaw | U.S. House Texas District 2 | 2019-01-03 | Republican Party |
| Kim Schrier | U.S. House Washington District 8 | 2019-01-03 | Democratic Party |
| Doris Matsui | U.S. House California District 6 | 2005-01-04 | Democratic Party |
| Hakeem Jeffries | U.S. House New York District 8 | 2013-01-03 | Democratic Party |
| Matt Cartwright | U.S. House Pennsylvania District 8 | 2019-01-03 | Democratic Party |
| Scott Fitzgerald | U.S. House Wisconsin District 5 | 2021-01-03 | Republican Party |
| Mike Rogers | U.S. House Alabama District 3 | 2003-01-07 | Republican Party |
| Alfred Lawson | U.S. House Florida District 5 | 2017-01-03 | Democratic Party |
| Michelle Fischbach | U.S. House Minnesota District 7 | 2021-01-03 | Republican Party |
| Sean Casten | U.S. House Illinois District 6 | 2019-01-03 | Democratic Party |
| Jimmy Panetta | U.S. House California District 20 | 2017-01-03 | Democratic Party |
| Eddie Bernice Johnson | U.S. House Texas District 30 | 1993-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Norma Torres | U.S. House California District 35 | 2015-01-06 | Democratic Party |
| Michael Turner | U.S. House Ohio District 10 | 2013-01-03 | Republican Party |
| Betty McCollum | U.S. House Minnesota District 4 | 2001-01-03 | Democratic Party |
| David McKinley | U.S. House West Virginia District 1 | 2011-01-05 | Republican Party |
| Scott Perry | U.S. House Pennsylvania District 10 | 2019-01-03 | Republican Party |
| Paul Tonko | U.S. House New York District 20 | 2013-01-03 | Democratic Party |
| Lucille Roybal-Allard | U.S. House California District 40 | 1993 | Democratic Party |
| Darin LaHood | U.S. House Illinois District 18 | 2015-09-17 | Republican Party |
| Eleanor Holmes Norton | U.S. House Non-Voting Delegate District of Columbia | 1991 | Democratic Party |
| Jackie Speier | U.S. House California District 14 | 2008 | Democratic Party |
| Charles J. Fleischmann | U.S. House Tennessee District 3 | 2011-01-05 | Republican Party |
| Sheila Jackson Lee | U.S. House Texas District 18 | 1995-01-04 | Democratic Party |
| Jan Schakowsky | U.S. House Illinois District 9 | 1999-01-06 | Democratic Party |
| Aumua Amata Radewagen | U.S. House American Samoa At-large District | 2015-01-03 | Republican Party |
| Sam Graves | U.S. House Missouri District 6 | 2001-01-03 | Republican Party |
| Chip Roy | U.S. House Texas District 21 | 2019-01-03 | Republican Party |
| Cori Bush | U.S. House Missouri District 1 | 2021-01-03 | Democratic Party |
| David Scott | U.S. House Georgia District 13 | 2003-01-07 | Democratic Party |
| Victoria Spartz | U.S. House Indiana District 5 | 2021-01-03 | Republican Party |
| Greg Steube | U.S. House Florida District 17 | 2019-01-03 | Republican Party |
| Carolyn Bourdeaux | U.S. House Georgia District 7 | 2021-01-03 | Democratic Party |
| Raul Ruiz | U.S. House California District 36 | 2013-01-03 | Democratic Party |
| Suzan DelBene | U.S. House Washington District 1 | 2012-11-13 | Democratic Party |
| Louis B. Gohmert Jr. | U.S. House Texas District 1 | 2005-01-04 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Lois Frankel | U.S. House Florida District 21 | 2013-01-03 | Democratic Party |
| Mondaire Jones | U.S. House New York District 17 | 2021-01-03 | Democratic Party |
| Marilyn Strickland | U.S. House Washington District 10 | 2021-01-03 | Democratic Party |
| Elaine Luria | U.S. House Virginia District 2 | 2019-01-03 | Democratic Party |
| Adam Kinzinger | U.S. House Illinois District 16 | 2013 | Republican Party |
| Tim Ryan | U.S. House Ohio District 13 | 2013-01-03 | Democratic Party |
| Randy Weber | U.S. House Texas District 14 | 2013-01-03 | Republican Party |
| Alexandria Ocasio-Cortez | U.S. House New York District 14 | 2019-01-03 | Democratic Party |
| Jim Jordan | U.S. House Ohio District 4 | 2007-01-04 | Republican Party |
| Gregory W. Meeks | U.S. House New York District 5 | 2013-01-03 | Democratic Party |
| Theodore E. Deutch | U.S. House Florida District 22 | 2010-04-15 | Democratic Party |
| Gregory Murphy | U.S. House North Carolina District 3 | 2019-09-17 | Republican Party |
| Ruben Gallego | U.S. House Arizona District 7 | 2015-01-06 | Democratic Party |
| Abigail Spanberger | U.S. House Virginia District 7 | 2019-01-03 | Democratic Party |
| Neal Dunn | U.S. House Florida District 2 | 2017-01-03 | Republican Party |
| D. Adam Smith | U.S. House Washington District 9 | 1997-01-07 | Democratic Party |
| Colin Allred | U.S. House Texas District 32 | 2019-01-03 | Democratic Party |
| Raul Grijalva | U.S. House Arizona District 3 | 2003-01-07 | Democratic Party |
| Steve Cohen | U.S. House Tennessee District 9 | 2007-01-04 | Democratic Party |
| Emanuel Cleaver | U.S. House Missouri District 5 | 2005-01-04 | Democratic Party |
| Bryan Steil | U.S. House Wisconsin District 1 | 2019-01-03 | Republican Party |
| Austin Scott | U.S. House Georgia District 8 | 2011-01-05 | Republican Party |
| Garret Graves | U.S. House Louisiana District 6 | 2015-01-06 | Republican Party |
| John Garamendi | U.S. House California District 3 | 2009 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Debbie Lesko | U.S. House Arizona District 8 | 2018-05-07 | Republican Party |
| Tom O'Halleran | U.S. House Arizona District 1 | 2017-01-03 | Democratic Party |
| Troy Balderson | U.S. House Ohio District 12 | 2018 | Republican Party |
| Rashida Tlaib | U.S. House Michigan District 13 | 2019-01-03 | Democratic Party |
| Katherine Clark | U.S. House Massachusetts District 5 | 2013-12-12 | Democratic Party |
| Pat Fallon | U.S. House Texas District 4 | 2021-01-03 | Republican Party |
| Steve Chabot | U.S. House Ohio District 1 | 2011-01-05 | Republican Party |
| Madison Cawthorn | U.S. House North Carolina District 11 | 2021-01-03 | Republican Party |
| Maria Elvira Salazar | U.S. House Florida District 27 | 2021-01-03 | Republican Party |
| Mikie Sherrill | U.S. House New Jersey District 11 | 2019-01-03 | Democratic Party |
| Stephen Lynch | U.S. House Massachusetts District 8 | 2001-10-16 | Democratic Party |
| Earl Carter | U.S. House Georgia District 1 | 2015-01-06 | Republican Party |
| Mike Quigley | U.S. House Illinois District 5 | 2009-04-07 | Democratic Party |
| Kevin McCarthy | U.S. House California District 23 | 2007-01-04 | Republican Party |
| Michael Doyle | U.S. House Pennsylvania District 18 | 2019-01-03 | Democratic Party |
| Ann Wagner | U.S. House Missouri District 2 | 2013-01-03 | Republican Party |
| Chellie Pingree | U.S. House Maine District 1 | 2009-01-06 | Democratic Party |
| John Rutherford | U.S. House Florida District 4 | 2017-01-03 | Republican Party |
| Kevin Brady | U.S. House Texas District 8 | 1997-01-07 | Republican Party |
| Robin Kelly | U.S. House Illinois District 2 | 2013-04-11 | Democratic Party |
| Richard Neal | U.S. House Massachusetts District 1 | 1989-01-03 | Democratic Party |
| Barry Moore | U.S. House Alabama District 2 | 2021-01-03 | Republican Party |
| Steve Scalise | U.S. House Louisiana District 1 | 2008-05-03 | Republican Party |
| Jay Obernolte | U.S. House California District 8 | 2021-01-03 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Glenn Grothman | U.S. House Wisconsin District 6 | 2015-01-06 | Republican Party |
| Kathleen Rice | U.S. House New York District 4 | 2015-01-06 | Democratic Party |
| John Rose | U.S. House Tennessee District 6 | 2019-01-03 | Republican Party |
| Antonio Delgado | U.S. House New York District 19 | 2019-01-03 | Democratic Party |
| Brian Fitzpatrick | U.S. House Pennsylvania District 1 | 2019-01-03 | Republican Party |
| Doug LaMalfa | U.S. House California District 1 | 2013-01-03 | Republican Party |
| Clay Higgins | U.S. House Louisiana District 3 | 2017-01-03 | Republican Party |
| Donald Sternoff Beyer Jr. | U.S. House Virginia District 8 | 2015-01-06 | Democratic Party |
| Dan Newhouse | U.S. House Washington District 4 | 2015-01-06 | Republican Party |
| Hal Rogers | U.S. House Kentucky District 5 | 1981-01-03 | Republican Party |
| Maxine Waters | U.S. House California District 43 | 1991 | Democratic Party |
| John A. Yarmuth | U.S. House Kentucky District 3 | 2007-01-04 | Democratic Party |
| Russ Fulcher | U.S. House Idaho District 1 | 2019-01-03 | Republican Party |
| Raja Krishnamoorthi | U.S. House Illinois District 8 | 2017-01-03 | Democratic Party |
| Greg Pence | U.S. House Indiana District 6 | 2019-01-03 | Republican Party |
| Sylvia Garcia | U.S. House Texas District 29 | 2019-01-03 | Democratic Party |
| Robert C. Scott | U.S. House Virginia District 3 | 1993-01-03 | Democratic Party |
| Tim Burchett | U.S. House Tennessee District 2 | 2019-01-03 | Republican Party |
| Sanford Bishop Jr. | U.S. House Georgia District 2 | 1993-01-03 | Democratic Party |
| Gwen Moore | U.S. House Wisconsin District 4 | 2005-01-04 | Democratic Party |
| Alma Adams | U.S. House North Carolina District 12 | 2014-11-12 | Democratic Party |
| Annie Kuster | U.S. House New Hampshire District 2 | 2013-01-03 | Democratic Party |
| Derek Kilmer | U.S. House Washington District 6 | 2013-01-03 | Democratic Party |
| Yvette Herrell | U.S. House New Mexico District 2 | 2021-01-03 | Republican Party |

List of current members of the U.S. Congress - Ballotpedia

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Tom Suozzi | U.S. House New York District 3 | 2017-01-03 | Democratic Party |
| Alan Lowenthal | U.S. House California District 47 | 2013-01-03 | Democratic Party |
| Joe Wilson | U.S. House South Carolina District 2 | 2001 | Republican Party |
| Rosa L. DeLauro | U.S. House Connecticut District 3 | 1991-01-03 | Democratic Party |
| David Trone | U.S. House Maryland District 6 | 2019-01-03 | Democratic Party |
| Vicky Hartzler | U.S. House Missouri District 4 | 2011-01-05 | Republican Party |
| Dan Kildee | U.S. House Michigan District 5 | 2013-01-03 | Democratic Party |
| Mary Miller | U.S. House Illinois District 15 | 2021-01-03 | Republican Party |
| Ann Kirkpatrick | U.S. House Arizona District 2 | 2019-01-03 | Democratic Party |
| Scott DesJarlais | U.S. House Tennessee District 4 | 2011-01-05 | Republican Party |
| Bob Latta | U.S. House Ohio District 5 | 2007-01-04 | Republican Party |
| Jimmy Gomez | U.S. House California District 34 | 2017-07-11 | Democratic Party |
| Kat Cammack | U.S. House Florida District 3 | 2021-01-03 | Republican Party |
| Doug Lamborn | U.S. House Colorado District 5 | 2007-01-03 | Republican Party |
| Vern Buchanan | U.S. House Florida District 16 | 2007-01-04 | Republican Party |
| Mark Green | U.S. House Tennessee District 7 | 2019-01-03 | Republican Party |
| Kelly Armstrong | U.S. House North Dakota At-large District | 2019-01-03 | Republican Party |
| Bill Keating | U.S. House Massachusetts District 9 | 2011-01-05 | Democratic Party |
| Ami Bera | U.S. House California District 7 | 2013-01-03 | Democratic Party |
| Fred Upton | U.S. House Michigan District 6 | 1987-01-03 | Republican Party |
| Frank Pallone | U.S. House New Jersey District 6 | 1993-01-03 | Democratic Party |
| Jim Banks | U.S. House Indiana District 3 | 2017-01-03 | Republican Party |
| Kathy Manning | U.S. House North Carolina District 6 | 2021-01-03 | Democratic Party |
| Albio Sires | U.S. House New Jersey District 8 | 2013 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Elissa Slotkin | U.S. House Michigan District 8 | 2019-01-03 | Democratic Party |
| Peter Welch | U.S. House Vermont At-large District | 2007-01-04 | Democratic Party |
| Tom Tiffany | U.S. House Wisconsin District 7 | 2020-05-19 | Republican Party |
| Eric Swalwell | U.S. House California District 15 | 2013-01-03 | Democratic Party |
| Burgess Owens | U.S. House Utah District 4 | 2021-01-03 | Republican Party |
| Ayanna Pressley | U.S. House Massachusetts District 7 | 2019-01-03 | Democratic Party |
| Michael K. Simpson | U.S. House Idaho District 2 | 1999-01-06 | Republican Party |
| Filemon Vela | U.S. House Texas District 34 | 2013-01-03 | Democratic Party |
| Joyce Beatty | U.S. House Ohio District 3 | 2013-01-03 | Democratic Party |
| Steven Horsford | U.S. House Nevada District 4 | 2019-01-03 | Democratic Party |
| Ro Khanna | U.S. House California District 17 | 2017-01-03 | Democratic Party |
| Haley Stevens | U.S. House Michigan District 11 | 2019-01-03 | Democratic Party |
| Angie Craig | U.S. House Minnesota District 2 | 2019-01-03 | Democratic Party |
| Debra Haaland | U.S. House New Mexico District 1 | 2019-01-03 | Democratic Party |
| Jamie Raskin | U.S. House Maryland District 8 | 2017-01-03 | Democratic Party |
| Brad Sherman | U.S. House California District 30 | 1997-01-07 | Democratic Party |
| Jodey Arrington | U.S. House Texas District 19 | 2017-01-03 | Republican Party |
| Joaquin Castro | U.S. House Texas District 20 | 2013-01-03 | Democratic Party |
| Mike Kelly | U.S. House Pennsylvania District 16 | 2019-01-03 | Republican Party |
| Rick Larsen | U.S. House Washington District 2 | 2001-01-03 | Democratic Party |
| Andrew Clyde | U.S. House Georgia District 9 | 2021-01-03 | Republican Party |
| Jody Hice | U.S. House Georgia District 10 | 2015-01-06 | Republican Party |
| Lou Correa | U.S. House California District 46 | 2017-01-03 | Democratic Party |
| Veronica Escobar | U.S. House Texas District 16 | 2019-01-03 | Democratic Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Earl Blumenauer | U.S. House Oregon District 3 | 1996-05-21 | Democratic Party |
| John Moolenaar | U.S. House Michigan District 4 | 2015-01-06 | Republican Party |
| Virginia Foxx | U.S. House North Carolina District 5 | 2005-01-04 | Republican Party |
| Ken Buck | U.S. House Colorado District 4 | 2015-01-06 | Republican Party |
| Mark DeSaulnier | U.S. House California District 11 | 2015-01-06 | Democratic Party |
| Liz Cheney | U.S. House Wyoming At-large District | 2017-01-03 | Republican Party |
| Ronald James Kind | U.S. House Wisconsin District 3 | 1997-01-07 | Democratic Party |
| Diana DeGette | U.S. House Colorado District 1 | 1997-01-07 | Democratic Party |
| Mike Thompson | U.S. House California District 5 | 1999-01-06 | Democratic Party |
| Chris Stewart | U.S. House Utah District 2 | 2013-01-03 | Republican Party |
| Cliff Bentz | U.S. House Oregon District 2 | 2021-01-03 | Republican Party |
| Jared Huffman | U.S. House California District 2 | 2013-01-03 | Democratic Party |
| Barbara Lee | U.S. House California District 13 | 1998-04-21 | Democratic Party |
| Frank Mrvan | U.S. House Indiana District 1 | 2021-01-03 | Democratic Party |
| Andrew Garbarino | U.S. House New York District 2 | 2021-01-03 | Republican Party |
| Larry Bucshon | U.S. House Indiana District 8 | 2011-01-05 | Republican Party |
| Lloyd Doggett | U.S. House Texas District 35 | 2013 | Democratic Party |
| Chris Smith | U.S. House New Jersey District 4 | 1981-01-03 | Republican Party |
| Pete Aguilar | U.S. House California District 31 | 2015-01-06 | Democratic Party |
| Jerry Carl | U.S. House Alabama District 1 | 2021-01-03 | Republican Party |
| Lance Gooden | U.S. House Texas District 5 | 2019-01-03 | Republican Party |
| Michael Guest | U.S. House Mississippi District 3 | 2019-01-03 | Republican Party |
| Devin Nunes | U.S. House California District 22 | 2003-01-07 | Republican Party |
| John Katko | U.S. House New York District 24 | 2015-01-06 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
| --- | --- | --- | --- |
| Sean Maloney | U.S. House New York District 18 | 2013-01-03 | Democratic Party |
| Dusty Johnson | U.S. House South Dakota At-large District | 2019-01-03 | Republican Party |
| Andy Barr | U.S. House Kentucky District 6 | 2013-01-03 | Republican Party |
| Bob Good | U.S. House Virginia District 5 | 2021-01-03 | Republican Party |
| Ashley Hinson | U.S. House Iowa District 1 | 2021-01-03 | Republican Party |
| Joe Courtney | U.S. House Connecticut District 2 | 2007-01-04 | Democratic Party |
| Brian Babin | U.S. House Texas District 36 | 2015-01-06 | Republican Party |
| Kurt Schrader | U.S. House Oregon District 5 | 2009-01-06 | Democratic Party |
| Linda Sánchez | U.S. House California District 38 | 2003-01-07 | Democratic Party |
| Jim Baird | U.S. House Indiana District 4 | 2019-01-03 | Republican Party |
| John Joyce | U.S. House Pennsylvania District 13 | 2019-01-03 | Republican Party |
| Darren Soto | U.S. House Florida District 9 | 2017-01-03 | Democratic Party |
| Alexander Mooney | U.S. House West Virginia District 2 | 2015-01-06 | Republican Party |
| Michael McCaul | U.S. House Texas District 10 | 2005-01-04 | Republican Party |
| Dutch Ruppersberger | U.S. House Maryland District 2 | 2003-01-07 | Democratic Party |
| Mike Levin | U.S. House California District 49 | 2019-01-03 | Democratic Party |
| Mike Garcia | U.S. House California District 25 | 2020-05-19 | Republican Party |
| Lisa Blunt Rochester | U.S. House Delaware At-large District | 2017-01-03 | Democratic Party |
| Tom Cole | U.S. House Oklahoma District 4 | 2003-01-07 | Republican Party |
| David Kustoff | U.S. House Tennessee District 8 | 2017-01-03 | Republican Party |
| Josh Gottheimer | U.S. House New Jersey District 5 | 2017-01-03 | Democratic Party |
| Robert Aderholt | U.S. House Alabama District 4 | 1997-01-07 | Republican Party |
| Matt Gaetz | U.S. House Florida District 1 | 2017-01-03 | Republican Party |
| Tim Walberg | U.S. House Michigan District 7 | 2011-01-05 | Republican Party |

| Officeholder name | Office title | Date assumed office | Party affiliation |
|---|---|---|---|
| Ralph Norman | U.S. House South Carolina District 5 | 2017-06-26 | Republican Party |
| Brenda Lawrence | U.S. House Michigan District 14 | 2015-01-06 | Democratic Party |
| Tom Reed | U.S. House New York District 23 | 2013-01-03 | Republican Party |
| French Hill | U.S. House Arkansas District 2 | 2015-01-06 | Republican Party |
| Steve Womack | U.S. House Arkansas District 3 | 2011-01-05 | Republican Party |
| Michael Cloud | U.S. House Texas District 27 | 2018 | Republican Party |
| Jeff Van Drew | U.S. House New Jersey District 2 | 2019-01-03 | Republican Party |

# Congressional delegations by state

*Click on the map below to see congressional delegations by state.*



# See also

- United States Congress
- United States House of Representatives
- United States Senate

**Did you know?**

Did you know that Ballotpedia is a nonprofit organization? Yep. We've been able to publish over a quarter million articles that are read by millions of people every month solely because of the generosity of our supporters. It costs us approximately $68 per year to write and maintain each of our encyclopedic articles—like the one you just read.

Will you chip in just $68 to ensure Ballotpedia remains a free, neutral resource for millions of Americans seeking trustworthy political information?

**Yes, I want to support Ballotpedia with my donation of $68!**

P.S. As a 501(c)(3) nonprofit organization, your donations to Ballotpedia are fully tax-deductible to the extent of the law.

---

Ballotpedia features 319,515 encyclopedic articles written and curated by our professional staff of editors, writers, and researchers. Click here to contact our editorial staff, and click here to report an error. Click here to contact us for media inquiries, and please donate here to support our continued expansion.