# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Please Choose Division

Latinos for Trump, et al

vs.

Pete Sessions, et al

Case No.: 6:21-cv-43

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Kellye SoRelle__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Latinos For Trump, Josh Macias, et al.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Law Office of Kellye SoRelle__ with offices at:

   Mailing address: __922 W Pearl Street__

   City, State, Zip Code: __Granbury, Texas 76048__

   Telephone: __817.487.2416__  Facsimile: __817.796.1050__

2. Since __05/2006__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24053486__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Supreme Court of Texas | 05/2006 |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   I have a had a grievance filed and denied before proceedings based off a judicial complaint by my client over child support.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.
   YES

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paul Davis

Mailing address: 8620 Hawthorne St.

City, State, Zip Code: Frisco, Tx 75034

Telephone: 469 815 1178

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kellye SoRelle to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kellye SoRelle
_____
[printed name of Applicant]

*Kellye SoRelle*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19 day of January, 2020.

Kellye SoRelle
_____
[printed name of Applicant]

*Kellye SoRelle*
[signature of Applicant]