# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Latinos for Trump, Blacks for Trump, Joshua Macias, et al

Please Choose Division: Waco Division

vs.

Pete Sessions, Mitch McConnell, Nancy Pelosi, et al.

Case No.: 6:21-cv-43

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kellye SoRelle, counsel for Latinos For Trump, Josh Macias, et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kellye SoRelle may appear on behalf of Latinos For Trump, Blacks for Trump, Josh Macias, et al. in the above case.

IT IS FURTHER ORDERED that Kellye SoRelle, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge: Judge Alan Albright

Reset all fields | Print Form