## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B. G., J.B., J.J., <br><br>Plaintiffs. | § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-43 |
| PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., <br><br>Defendants. | § § § § § § § § § | <br><br><br><br><br><br>JURY TRIAL REQUESTED |

### SECOND DECLARATION OF JOSHUA MACIAS

My name is Joshua Macias, I am competent to make this Declaration as follows. I declare and verify under penalty of perjury the following statement:

1. "On January 18, 2021, I spoke to a member of the legal team bringing this lawsuit. I informed this person that I voted in the 2020 election for U.S. Congress and the House of Representative, and that I would be happy to join the lawsuit as a Plaintiff.

2. I then spoke at length to this person about the organization I help start in the state of North Carolina known as "Vets for Trump."

3. I then authorized the team member to provide my electronic signature on a declaration under penalty of perjury that I voted in the 2020 election, and stated that I would physically sign a copy, if necessary.

4. My understanding is that my extensive statements about my activities in North Carolina created a confusing situation where this member of the legal team believed I had stated I had voted in the state of North Carolina. I live very close to the Virginia-North Carolina border, so I spend much of my time in North Carolina, including my previous activities in helping to launch Vets for Trump.

5. It appears that this this miscommunication between myself and my legal team led to the misstatement of fact in my Declaration.

6. Accordingly, I now make this Second Declaration to clarify that I voted in the The 2020 federal election in Virginia for the U.S. House of Representatives and U.S. Senate.

7. I am providing my physical signature below to clarify this unintentional miscommunication."

_____
Joshua Macias