# Virginia Voter Registration Application

Use blue or black ink

*Starred (\*) items are required.* If you do not complete all of the items that are marked with **\***, your application may be denied  (See instructions on reverse side).

**1.**

☐ YES  ☐ NO
**\* I am a citizen of the United States of America.**

**\* Full social security number** `N N N` - `N N` - `N N N N`
☐ No SSN was ever issued.

**\* Date of birth** `M M` / `D D` / `Y Y Y Y`

**\* Gender** _____

**2.**

**\* Last name** _____  Jr.  Sr.  II  III  IV  *(Circle if applicable)*

**\* First name** _____  **\* Middle name** _____  ☐ None

**\* Residence address** (*May not be a P.O. Box*) _____  **Apt #** _____

**\* City/Town** _____  **\* ZIP** _____

**E-mail** _____  **Phone** `N N N` - `N N N` - `N N N N`

**3.**

**\* Have you ever been convicted of a felony <u>or</u> judged mentally incapacitated and disqualified to vote?** ......... ☐ YES  ☐ NO    If YES, has your right to vote been restored? ....... ☐ YES  ☐ NO

**4.**

☐ I am an active-duty uniformed services member, spouse or dependent; or an overseas citizen.

☐ I am providing a mailing address (*below*) because my residence address is not serviced by the U.S. Postal Service <u>or</u> I am homeless.

☐ I am providing a <u>Virginia P.O. Box</u> (*below*) to protect my residence address from public disclosure because **I or a household member is/has:**

☐ An active <u>or</u> retired law enforcement officer, judge, U.S. or Virginia Attorney General attorney.
☐ Been granted a court issued protective order.
☐ In fear for personal safety from being threatened or stalked by another person.
☐ A participant in the Virginia Attorney General's Address Confidentiality Program.
☐ Been approved to be a foster parent.

**My mailing address** *(Complete only if you have checked a box in this section)*

_____

_____

**5.**  ☐ I am currently registered to vote in another state: __ __ . *(Indicate state of previous registration)*

**6.**  ☐ I am interested in being an Officer of Election (poll worker) on Election Day.  *Please send me information.*

**7.**

**AFFIRMATION:  I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true.  I authorize the cancellation of my current registration and I have read the Privacy Act Notice.**

**\* Signature** _____  Today's date: `M M` / `D D` / `Y Y Y Y`

☐ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above.  Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registrations.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## **\* Virginia Voter Registration Application Receipt**

The application collector must submit your completed application within 10 days or by the deadline to register for the next election, whichever comes first.  You can check your voter registration status online at *www.elections.virginia.gov/registration*. If you do not receive confirmation of your voter registration status within 30 days, contact your local voter registrar or the Virginia Department of Elections.

Name, phone and e-mail of office, group or individual receiving application

`M M` / `D D` / `Y Y Y Y`
Date application received

**Thank you for applying to vote in Virginia!**

VA-NVRA-1 07/2020

# Virginia Voter Registration Application

**Register to Vote**

With this form, you can register to vote in elections in Virginia.  You can also use this form to change the information on your Virginia voter registration.

If you are currently registered to vote, you do not have to use this form unless you have moved or changed your name.

*ATTENTION:*  Overseas citizens, uniformed service voters, qualifying spouses and dependents may register using the Federal Post Card Application (FPCA), available at *www.fvap.gov*.

---

**Go Online**

You may complete your voter registration application online at *www.elections.virginia.gov/registration*.  You may also check your voter registration status online at *www.elections.virginia.gov/registration*.

---

**Your Address**

You must provide a street address or a description of where you live as a residence address.  You may provide a mailing address in Box 4 if: (1) your residence address is not serviced by the U.S. Postal Service; (2) you are homeless; (3) you are an overseas citizen; or (4) you are a uniformed service member, or qualifying spouse or dependent.  Qualified protected voters must provide a Virginia post office box in Box 4 to receive protected voter status.  No other applicant can list a mailing address.

---

**How to Mail**

Mail your completed application to your local registrar.  Use the online address lookup tool if you do not know your registrar's address: *www.elections.virginia.gov/localGR* or mail your application to:

> Virginia Department of Elections
> 1100 Bank Street
> Richmond, VA 23219

Mailed applications must be postmarked at least 22 days before the next election in which you plan to vote.  A qualified active-duty uniformed services member, spouse or dependent is NOT subject to the mailing deadline if by reason of active duty, you are normally absent from the locality in which you reside.

---

**Questions?**

Call your local voter registration office or call (800) 552-9745  •  TTY 711.

---

**Privacy Act Notice**

When registering to vote, Article II, Section 2 of the Constitution of Virginia (1971) requires you to provide your social security number, if you have one.  If you do not provide your social security number, your application will be denied.  Voting officials use the social security number as a unique identifier to ensure that no voter is registered in more than one place.

Your application will only be open to inspection by the public if the social security number is removed.  Your social security number will appear on reports produced only for official use by voter registration and election officials, for jury selection purposes by courts, and all lawful purposes.  Your decision to decline to register to vote as well as the office where you submit your application, if you choose to do so, are confidential and will only be used for voter registration purposes.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

**ID Requirements**

All voters must show one acceptable form of ID or provide a written statement when voting in-person. In federal elections, all first time voters who registered by mail will be required to provide one acceptable form of ID; a written statement will not be accepted.

For a complete list of acceptable forms of ID visit: *www.elections.virginia.gov/voterID*.

**Need more information?**   *Go Online: www.elections.virginia.gov*   *Or Call:* (800) 552-9745   **TTY:** 711

**WARNING:  INTENTIONALLY VOTING MORE THAN ONCE IN AN ELECTION OR MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM CONSTITUTES THE CRIME OF ELECTION FRAUD, WHICH IS PUNISHABLE UNDER VIRGINIA LAW AS A FELONY.  VIOLATORS MAY BE SENTENCED TO UP TO 10 YEARS IN PRISON, OR UP TO 12 MONTHS IN JAIL AND/OR FINED UP TO $2,500.**

VA-NVRA-1 07/2020