# ExpressVote®

## *Universal Voting System as a Marker*



**Multilingual**

**Touch Screen and Display**
Allows voters to easily make vote selections and review their selection.

**Instruction Panel**
A visual guide that shows voters how to use the ExpressVote.

**Card Slot**
Where the voter inserts their card to activate selections.

**Visual Aids**
High contrast and zoom functionality.

**Front Access Panel**
Headphone jack, a port for a Sip-and-Puff device or two-position rocker switch, and Audio-Tactile Keypad make the unit ADA friendly.

**Audio-Tactile Keypad**
Enables ADA voters to control audio and navigate the ballot.

## ACTIVATING THE VOTE SESSION:

Election officials can configure the ExpressVote to best fit their needs. The voter receives an activation card to begin the process.

· If only one ballot style is programmed for the election, a blank card activates the vote session.

· Multiple ballot styles with a blank card prompt poll workers to select the correct ballot style for the voter.

· A card with an activation barcode displays the correct options for the voter if the election has multiple ballot styles.

# ExpressVote Key Features

As a marker, the ExpressVote handles the entire marking process, eliminating unclear marks and the need for voter mark interpretation. Voters utilize the touch screen to mark their vote selections, receiving a verifiable paper vote record upon completion. The ExpressVote is used during early voting or in precincts and vote centers on Election Day to serve every eligible voter, including those with special needs.

## EASY TO SET UP AND USE



The one-step startup and poll-closing procedure make the ExpressVote an ideal device for poll workers. The intuitive design offers streamlined simplicity for poll workers and election staff. The ExpressVote is also small, lightweight and easy to move.

## CONTROLLED AND REDUCED COSTS



Traditional ballot printing costs can be significantly reduced by eliminating the need for pre-printed paper ballots. Voters activate their vote session, make their selections and receive a paper record to cast. This process consumes 70 percent less paper than traditional ballots.

## INNOVATIVE DESIGN



Voters review a summary page and can make changes before receiving their verifiable paper vote record. The ExpressVote prevents overvotes and undervotes with prompts and on-screen feedback. ExpressVote in marking mode neither stores nor tabulates vote counts.  The system produces a verifiable paper record for each voter.

## VERIFIABLE PAPER RECORD



After all selections are made, a human- and machine-readable paper record is produced that includes text and an optical scan barcode. Vote summary cards are digitally scanned for tabulation on an ES&S DS200®, DS450®, DS850® or ExpressVote® XL device.

## SECURE



The ExpressVote Universal Voting System utilizes a variety of functions to ensure election data and cast vote records are secure. In its current certification as a marking device, no vote data is stored in the device. Its system functions are only executable during election events, in the manner and order intended by election officials performing their duties.

*For more information visit **www.essvote.com***