UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B. G., J.B., J.J., <br><br>Plaintiffs. <br><br> v. <br><br> PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., <br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-CV-43 <br><br><br><br> JURY TRIAL REQUESTED |

## DECLARATION OF J.J.

My name is J.J., I am competent to make this Declaration as follows: "I declare and verify under penalty of perjury that I am a resident of the state of Alabama and that I voted in the 2020 election for the U.S. House of Representatives and the U.S. Senate in the state of Alabama."

J.J. _[signature]_

Signed: January 20, 2021