under which American citizens cast their ballots in their individual states.

📄 **See state election laws**

This page includes the following:

- **Changes to election procedures** due to the coronavirus pandemic
- **Voter registration details**, including methods of registering and requirements
- **Details on voting in elections**, including identification requirements, poll times, and early voting information
- **Absentee voting** rules
- **Convicted felons' voting rights**
- **Election agencies** list
- **Election policy ballot measures** list
- **Election policy legislation** list

**Voting by state**
**Voter ID laws**
**Absentee/mail-in voting**
**All-mail voting**
**Early voting**
**Recount laws**

**Ballotpedia's sample ballot lookup**
**8 quality benchmarks for sample ballot tools**
**20 quality benchmarks for election transparency**
**How to find information about local elections**

**Select a state from the menu below to learn more.**



Submit

See **Election governance in Alabama** for more detailed information about election and voting policy in the state, including voter list maintenance policies, provisional ballot rules, and post-election auditing practices.

# Election procedure changes in 2020

*See also: Changes to election dates, procedures, and administration in response to the coronavirus (COVID-19) pandemic, 2020*

Ballotpedia provided comprehensive coverage of how election dates and procedures changed in 2020. While the majority of changes occurred as a result of the coronavirus (COVID-19) pandemic, some changes occurred for other reasons.

Alabama modified its absentee/mail-in voting and candidate filing procedures for the November 3, 2020, general election as follows:

- **Absentee/mail-in voting:** Any qualified voter could cast an

absentee ballot in the general election.
- **Candidate filing procedures**: The petition deadline for unaffiliated presidential candidates was extended to August 20, 2020.

For a full timeline about election modifications made in response to the COVID-19 outbreak, click here.

# Voter registration

The table below displays voter registration information for the November 2020 election.

| Voter registration in Alabama | |
|---|---|
| Registration URL | Link |
| Registration status URL | Link |
| Registration update URL | Link |
| In-person registration deadline | October 19, 2020 |
| Mail registration deadline | October 19, 2020 |
| Mail postmark or receipt deadline | Received |
| Online registration deadline | October 19, 2020 |
| Same-day registration | No |
| Early voting same-day registration | No |

# Voting in elections

The table below displays in-person voting information for the November 2020 election.

| In-person voting in Alabama | |
|---|---|
| All voters required to show ID | Yes |
| ID types | Hover or tap here to see valid forms of voter ID |
| ID source URL | Link |
| Early voting start date | N/A |
| Early voting end date | N/A |
| Weekend voting? | No |
| Early voting source URL | In-person early voting unavailable |
| Election Day poll times | 7 a.m. to 7 p.m. |

# Absentee voting

*See also: Absentee voting*

**U.S. Election Assistance Commission**

1335 East West Highway, Suite 4300
Silver Spring, Maryland 20910
Telephone: 866-747-1471

# Election policy ballot measures

*See also: Elections and campaigns on the ballot and List of Alabama ballot measures*

Ballotpedia has tracked the following ballot measures relating to election and campaign policy in Alabama.

1. Alabama Amendment 1, Citizenship Requirement for Voting Measure (2020)
2. Alabama Constitutional Change Applying to One County Amendment (1982)
3. Alabama Macon County Board of Education Elections, Amendment 3 (2006)
4. Alabama Popular Election of City Boards of Education, Amendment 3 (1999)
5. Alabama Primary Election Votes, Amendment 3 (1944)
6. Alabama State Senate Elections, Amendment 2 (1932)
7. Alabama Utilities in Tuskegee, Amendment 6 (2008)
8. Alabama Voter Registration in Madison County (May 1972)

# Election policy legislation

The following is a list of recent election bills that have been introduced in or passed by the Alabama state legislature. To learn more about each of these bills, click the bill title. This information is provided by BillTrack50 and LegiScan.

*Note: Due to the nature of the sorting process used to generate this list, some results may not be relevant to the topic. If no bills are displayed below, no legislation pertaining to this topic has been introduced in the legislature recently.*

| |
|---|
| **Election policy in Alabama** |
| **AL HB102 - Voting, early voting procedure establishe…** |
| Relating to voting; to establish an advance voting period during which qualified electors, without excuse, may vote at a designated advance voting center before election day; to provide for the minimum days and hours of operation for each advance… |
| *02/02/2021: Read for the first time and referred to the House of Re…* |
| **AL HB38 - Absentee voting, inmate identification card…** |
| Relating to absentee voting; to amend Section 17-9-30, Code of Alabama 1975, as amended by Act 2019-507, 2019 Regular Session, to add a valid inmate identification card or other form of identification to the list of acceptable forms of |

# Recent news

The link below is to the most recent stories in a Google news search for the terms **Alabama voting.** These results are automatically generated from Google. Ballotpedia does not curate or endorse these articles.

**Voting in Alabama - Google News**

# See also

- Ballot access requirements for political candidates in Alabama
- Redistricting in Alabama

### Elections in Alabama

- Alabama elections, 2018
- Alabama elections, 2017
- Alabama elections, 2016
- Alabama elections, 2015
- Alabama elections, 2014

# External links

- Alabama Secretary of State - Elections