UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B. G., J.B., J.J.,<br><br>Plaintiffs.<br><br>v.<br><br>PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-CV-43<br><br><br><br><br><br>JURY TRIAL REQUESTED |

## DECLARATION OF PAUL M. DAVIS

My name is Paul M. Davis. I am competent to make this Declaration and swear under penalty of perjury as follows:

1. "Due to the historic and extraordinary nature of the above-captioned lawsuit, I attended the January 6, 2020 protest in Washington, D.C. known as the 'March for Trump' on behalf of one or more of the Plaintiffs in this lawsuit to observe and collect evidence that could potentially relate to an issue that may arise in the course of this lawsuit;

1

2. I am not personally making any claim or bringing any cause of action in this lawsuit and all of my actions or omissions related to any fact at issue in this lawsuit have been undertaken with the purpose of advancing the interests of my clients and/or potential clients in regard to this lawsuit;

3. I voted in the 2020 federal election;

4. I did not commit any non-defensive, overt, and/or intentional act that could be construed by any reasonable, non-biased person as an act of violence against a police officer or other security force on January 6, 2021;

5. I did not enter the U.S. Capitol building on January 6, 2021; and

6. I did not vandalize any property in or around the Capitol building during my attendance at the January 6, 2021 protest in Washington, D.C. known as the 'March for Trump' or similar name."

_____
PAUL M. DAVIS

Signed on this day of January 21, 2021.