# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Anne Champion
Direct: +1 212.351.5361
Fax: +1 212.351.5281
AChampion@gibsondunn.com

January 22, 2021

VIA U.S. MAIL AND ELECTRONIC MAIL

Paul M. Davis
8620 Hawthorne St
Frisco TX 75034

Re:     *Your defamatory statements regarding Roger Sollenberger*

Dear Mr. Davis:

I write on behalf of journalist Roger Sollenberger to demand that you immediately cease and desist making defamatory statements regarding Mr. Sollenberger, and that you cease and desist threatening him with baseless litigation.

In particular, on January 6, 2021, Mr. Sollenberger tweeted video from your own public Instagram account demonstrating your participation in the violent insurgency at the U.S. Capitol on January 6, 2021.  You admitted this was your own video when, following this tweet, on January 7, 2021, you claimed in a Facebook post that you were "Fired for peacefully protesting at the US Capitol after someone selectively edited my Instagram story and sent it to a radical left-wing journalist who selectively edited my Instagram story and publicly defamed me on Twitter by making the categorically false statement that I was 'staging a coup.'"  To the extent your reference to "a radical left-wing journalist" refers to Mr. Sollenberger, the post is false and defamatory in several respects. First, Mr. Sollenberger is not a "radical, left wing journalist," and second, he did not "selectively edit" your Instagram story before tweeting it (or indeed, edit it at all).  These statements in your Facebook post are thus false and misleading and should be retracted.

As for your assertion that the statement that you were shown "staging a coup" was "categorically false," your presence at the U.S. Capitol, as documented in your own videos, in which you can be seen in a crowd of rioters, demanding to "inspect ballots," and "voting machines," and stating, "We are all trying to get into the Capitol to stop this," on the day the results of the 2020 Presidential election were being tabulated, speaks for itself.[1]  Your own

---

[1]   Multiple analysts have described the events leading up to and culminating in the violent takeover of the U.S. Capitol on January 6, 2021 as an attempted coup.  *See, e.g.*, Christopher Ingraham, *How experts define the deadly mob attack at the U.S. Capitol*, Wash. Post (Jan. 13, 2021) (applying concept of "self coup," "when a head of government . . . attempts to seize extraordinary control over that government from within," to President Trump's repudiation of the election results, culminating in the siege of the U.S. Capitol); *Insurrection? Coup?  Words matter in describing the siege on the US Capitol*, AP (Jan. 15, 2021) (describing various concepts from protest to riot to attempted coup that could be applied to the siege of the

*(Cont'd on next page)*

video, which you posted to Instagram, has a caption stating, "You don't hide the evidence unless you're guilty.  Pretty simple.  We will not let this go."[2]  Additional video you posted to your public Instagram shows you among a group of individuals being physically repelled away from the U.S. Capitol by law enforcement officers in riot gear, whom you claimed in captions had "tear gassed us and pushed us down the stairs," and admitted "[i]t did get a little rowdy when they pushed us down the stairs.  That was a flash bang that blew up next to me."

In your Facebook post, you further blame the loss of your job on this unnamed "radical left-wing journalist."  It is more than apparent that whatever harm you claim to have suffered was not the result of action taken by any journalist, but the result of your own decision to participate in the violent insurgency at the U.S. Capitol on January 6, 2021.  Truthful reporting on matters of public interest is never defamatory.  *See, e.g.*, *New York Times v. Sullivan*, 376 U.S. 254, 271 (1964).  Your former employer also acknowledged in an internal email that they had conducted an investigation into the situation before they fired you.

Accordingly, to the extent your statement that you are "very much looking forward to clearing my name and being made whole by all persons who publicly defamed me in this manner" is meant as a threat of litigation against Mr. Sollenberger, please be aware that this threat is without any merit whatsoever and that Mr. Sollenberger will defend himself to the fullest extent of the law.  Mr. Sollenberger reserves all rights.

Very truly yours,

*/s/Anne Champion*
Anne Champion

Case 6:21-cv-00043-ADA-JCM   Document 4-01   Filed 01/25/21   Page 2 of 2

---

U.S. Capitol); Fiona Hill, *Yes, It Was a Coup Attempt.  Here's Why, Politico Magazine* (Jan. 11, 2021) (explaining why the events leading up to and including the January 6, 2021 siege of the U.S. Capitol were an attempted coup).

[2]  And indeed, you have not let it go.  On January 18, 2021, you filed a suit on behalf of numerous pro-Trump plaintiffs against all members of Congress, Mark Zuckerberg, Brad Raffensperger and others, asking the court "to order the 50 states to conduct a new federal election."  *Latinos for Trump v. Sessions*, 21-CV-00043-ADA-JCM, Original Complaint and Application for Injunctive Relief, Dkt. 1 ¶ 4 (W.D. Tex.).