AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, BIANCA GRACIAS, JOSHUA MACIAS, JEREMY BRAVO, M.S., J.J.,<br><br>*Plaintiff(s)*<br>v.<br>PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALL MEMBERS OF THE 117TH U.S.CONGRESS, ALL 50 STATE GOVERNORS AND SECRETARIES OF STATE,<br>*Defendant(s)* | Civil Action No. 6:21-CV-00043 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ashley C. Hoff, United States Attorney
U.S. Attorney's Office, Western District of Texas
800 Franklin Avenue, Suite 280
Waco, Texas 76701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul M. Davis
Paul M. Davis & Associates, P.C.
3245 Main St.
Suite 235-329
Frisco, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*