# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B.G., J.B., J.J., | § § § § | |
| Plaintiffs. | § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-43 |
| PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., | § § § § § § § § § | JURY TRIAL REQUESTED |
| Defendants. | | |

## ORDER GRANTING
## PAUL M. DAVIS'S MOTION TO WITHDRAW AS COUNSEL FOR LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, B.G., AND M.S.
[RELATES TO DOC NO. 16]

CAME ON FOR CONSIDERATION, Paul M. Davis's Motion to Withdraw as Counsel for Latinos for Trump, Blacks, for Trump, Joshua Macias, B.G., and M.S. (Doc. No. 16). For the reasons set forth in the motion, the Court finds there is good cause to grant the motion. The motion is, therefore GRANTED.