## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B.G., J.B., J.J., | § § § | |
| Plaintiffs. | § § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-00043 |
| PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., | § § § § § § § § | |
| | § | JURY TRIAL REQUESTED |
| Defendants. | | |

### DAVIS PLAINTIFFS' NOTICE OF DISMISAL

1.  For the reasons set forth in Paul M. Davis's Motion to Withdraw ("Motion to Withdraw") as Counsel for Latinos for Trump, Blacks for Trump, Joshua Macias, B.G., and M.S. (Doc. No. 17), Plaintiffs J.B. ("Jeremy Bravo"), J.J., P.P., R.D., and H.H. (collectively, the "Davis Plaintiffs") hereby file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The factual statements in the Motion to Withdraw are incorporated herein by reference.

2.  The Davis Plaintiffs filed the Original Complaint (Doc. 1) on January 18, 2021 and the most recent amended complaint on February 16, 2021 (Doc. 14).  As of yet, no Defendant has been served.

3.      As set forth in the Motion to Withdraw, the Davis Plaintiffs wish to pursue a different case strategy with different evidence and claims than the SoRelle Plaintiffs.[1]  The Davis Plaintiffs believe that the claims and evidence the SoRelle Plaintiffs wish to assert be would be detrimental to their own claims.  Both experts of record in this case also wish not to be in a case of the nature the SoRelle Plaintiffs wish to pursue.  The expert witnesses wish to provide support to the Davis Plaintiffs' claims.

WHEREFORE, the Davis Plaintiffs hereby file this notice that their various causes of action are dismissed from the above-captioned case without court order, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i).

*/s/ Paul M. Davis*
Paul M. Davis
Texas Bar No. 24078401
paul@paullovesamerica.com
Paul M. Davis & Associates, P.C.[2]
3245 Main St., Suite 235-329
Frisco, TX 75034
Phone: 469-850-2930
Fax: 469-815-1178

ATTORNEY FOR DAVIS PLAINTIFFS

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to the same in the Motion to Withdraw (Doc. No. 16).
[2] Certificate of Formation submitted to Texas Secretary of State, filing pending.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the SoRelle Plaintiffs have been served with the foregoing document via the Court's ECF filing system on their counsel of record, Kellye SoRelle on February 19, 2021.

/s/ *Paul M. Davis*
Paul M. Davis