# EXHIBIT 1



3:13





Steve V2, Kellye, Bob, Bianca & Joshua >

Sun, Feb 14, 6:52 PM

Bob Carone

Just received multiple texts from you all at same moment but out of Country and middle of the night here but ALWAYS AVAILABLE AND I AGREE WE HAVE TO STAY UNIFIED FOR CONSTITUTION. Peace & Love. ❤️



Sun, Feb 14, 8:29 PM

Please leave me off of group texts. As stated in email, I cannot get dragged into a conflict of interest, so I do not read them. Gotta do what is best for the lawsuit!

Mon, Feb 15, 8:18 PM

Ok, now I do need to get involved. I don't know the full extent of it, but I understand there is talk about adding something about "machine



- A separate issue is Paul you cannot arbitrarily abandon anyone you represent including Bianca and Joshua because you have a Fiduciary Duty as their attorney and as their Sworn advocate to PUT BOTH OF THEIR INTERESTS ABOVE YOUR OWN.
- They, however, because of this direction you were considering and discussed with Steve who you absolutely cannot discuss anything concerning your clients, could fire you, file grievances which would be one grievance too many and hire a new attorney and make things untenable for you to continue to represent separate clients as there could be a major conflict by first diluting their rights to zealous representation or even foregoing their claims while seeking new clients that would better support your own goals when your duty primarily is to your first clients and plus there is violation of attorney client privilege and confidentiality overall.



COMMENT, TWO PEOPLE HAVE CONFIRMED CONVERSATIONS THAT HAD TO BE SHARED WITH CLIENTS CONCERNING PAUL CONTEMPLATING REMOVING PLAINTIFFS ARBITRARILY. SECONDLY ACCORDING TO TEXAS BAR ATTORNEYS CANNOT ADD PLAINTIFFS WITHOUT THE PERMISSION OF CURRENT PLAINTIFFS THE WAY I READ THE REGULATION AND OF COURSE A CONFLICTS CHECK HAS TO BE DONE. There are several more matter I will quickly respond to via email received. EVERYONE GET ALONG AND SET AN EXAMPLE INSTEAD OF BEING CAUGHT IN THE SAME QUAGMIRE WE ARE ALL FIGHTING AGAINST AND THAT MEANS NOT ANY ONE PERSON TEYING TO ASCERT CONTROL OVER ANYONE BUT INSTEAD HAVE A RATIONAL DECISION MAKING PROCESS BASED ON FACTUAL INPUT.



> As previously stated, I did not read Bob's text. I have been informed there is a statement in it to the effect that I am contemplating unilaterally removing plaintiffs from the lawsuit. Simply stated that is a categorically false claim. I already stated earlier in this text: "To be clear, would never abandon a client. Never have. Never would." That's a pretty clear indication that I would NEVER drop a client from a lawsuit unless that was what the client wanted.

> In fact, Bob, this very statement of my refusal to unilaterally drop a client from a lawsuit without their consent is what we call in the law a verbal act. The very act of me stating this plainly herein negates any accusation against me in this regard.

> I was confused by the accusation in Bob's text because he accused me of this, and I didn't know where this accusation was coming from since I



> I was confused by the accusation in Bob's text because he accused me of this, and I didn't know where this accusation was coming from since I had no such intent.
>
> Then I remembered reacting to something Kellye told me in a confidential conversation just between the two of that gave me concern that Bob was exerting improper influence over our clients to the detriment of the clients' legal interests. So I made the following comment in response . . .

> *two of us







3:17 ... LTE

**5 People**

...and Josh Macias!!!!!

To be clear, as I have told both Josh and Bianca, I AM PROUD TO REPRESENT LATINOS FOR TRUMP!!!! I AM PROUD TO REPRESENT JOSHUA MACIAS!!!!

I have lost my previous job, my house is unlivable because of vandalism, ~~and my fiance literally~~ left me BECAUSE OF MY WORK ON THIS CASE!!!!!

The ONLY thing that keeps me going is how proud I am to be doing PRO BONO work for Josh and Latinos for Trump and my love for our country and for freedom!!

I've never loved my job more. I have been working 12-14 hours everyday FOR FREE!!!! I paid the $800 filing fee OUT OF MY OWN POCKET!!!! I am paying legal research fees at a rate of $400 dollars per month!

I DO NOT EXPECT TO BE REIMBURSED!



> It takes a LOT to get me angry!!! I am a kind, loving person. But, I WILL NOT SIT HERE AND BE ACCUSED OF UNETHICAL CONDUCT TOWARD CLIENTS when I have been working night and day for six weeks, pulling literally FIVE all-nighters with less than two hours of sleep per night with ZERO compensation FOR MY CLIENTS!!!!

> I will literally DIE for Latinos for Trump or Josh Macias! Indeed, I have nothing left to live for other than Jesus Christ, who is my everything, and God has shown me to work for THEM and for AMERICA, so that is what I'm doing.

> While I appreciate you, Bob, for bringing these clients, Steve, Kellye and everyone else together, and I will not take that away from you. You have a longer history with them than I do, and I respect that. That does not give you the right to threaten me with non-existent ethical violations



> While I appreciate you, Bob, for bringing these clients, Steve, Kellye and everyone else together, and I will not take that away from you. You have a longer history with them than I do, and I respect that. That does not give you the right to threaten me with non-existent ethical violations after all the hard work I have done.

> I specifically asked to be left off group emails and texts to protect my ethical duties to my clients, yet somehow I got put on this one. I asked to be removed from the text and only talk directly to the clients, and that has not happened.

> Finally, I take attorney ethics EXTREMELY SERIOUSLY. More seriously than most lawyers I know. I have emails with Josh discussing this and telling him that I want him in the lawsuit. I have NOT had unethical conversations with Steve about the clients. In fact we have barely talked about the clients at all.





> I specifically asked to be left off group emails and texts to protect my ethical duties to my clients, yet somehow I got put on this one. I asked to be removed from the text and only talk directly to the clients, and that has not happened.

> Finally, I take attorney ethics EXTREMELY SERIOUSLY. More seriously than most lawyers I know. I have emails with Josh discussing this and telling him that I want him in the lawsuit. I have NOT had unethical conversations with Steve about the clients. In fact we have barely talked about the clients at all. I have let Kellye handle client relations this far.
>
> Bob, I don't know you and I will give you the benefit of the doubt that your intentions are good. I forgive you for accusing me of unethical conduct. But the fact is, you did it in front of the clients and that is a huge red flag for me. It gives the



