# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISON

| | | |
|---|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, M.S., B.G., J.B., J.J., | § § § § | |
| Plaintiffs. | § § § | |
| v. | § § | NO. 6:21-CV-00043-ADA |
| PETE SESSIONS, MITCH McCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, et al., | § § § § § § § § § § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES IN RESPONSE TO MOTION FOR EXTENSION OF TIME
**[Relates to Document 20]**

CAME ON FOR CONSIDERATION Paul M. Davis's Motion for Attorneys' Fees in Response to Motion for Extention of Time (Doc. 20) (the "Motion"). The Court, after having considered the Motion finds there is good cause for the Motion to be granted. The Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that (as indicated by marks below):

___ B.G. shall pay to Paul M. Davis the amount of $1,800 worth of his attorneys' fees for time spent drafting the Motion.

___ Kellye SoRelle shall pay to Paul M. Davis the amount of $1,800 worth of his attorneys' fees.

\_\_\_ B.G. and Kellye SoRelle are jointly and severally liable for paying Paul M. Davis the amount of $1,800 worth of his attorneys' fees.

IT IS SO ORDERED.