Case 6:21-cv-00043-ADA-JCM   Document 21   Filed 05/18/21   Page 1 of 7

FILED
May 18, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ IR
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>PETE SESSIONS, MITCH MCCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ALL SECRETARIES OF STATE, ALL STATE GOVERNORS, ET AL.<br><br>Defendants. | Case No.: 6:21-CV-43-ADA |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Lee M. Stoy, Jr., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent, Georgia Governor Brian Kemp and Georgia Secretary of State Brad Raffensperger, in this case, and would respectfully show the Court as follows:

1. Applicant is an Assistant Attorney General with the Office of the Georgia Attorney General with its office at: 40 Capitol Square SW, Atlanta, Georgia, 30334.

    Telephone: (404) 458-3661. Facsimile: (404) 657-9932

2. Since June 2018, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's Georgia bar license number is 884654.

3. Since October 2017, Applicant has been and presently is a member of and in good standing with the Bar of the State of Indiana. Applicant's Indiana Bar license number is 34787-49.

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Indiana Supreme Court | October 2017 |
| Georgia Supreme Court | March 2021 |
| Georgia Court of Appeals | March 2021 |
| U.S. District Court for the Northern District of Georgia | August 2020 |
| U.S. District Court for the Middle District of Georgia | March 2021 |

5. Applicant is presently a member in good standing of the bars of the courts listed above.

6. Applicant has not previously applied to Appear Pro Hac Vice in this District court.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

10. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested. Applicant does not have co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

11. Applicant is an attorney employed by a government entity, that is The Office of the Georgia Attorney General, and therefore, in accordance with Local Court Rule AT-1(G), is exempt from the $100.00 fee for admission to appear pro hac vice.

Wherefore, Applicant prays that his Court enter an order permitting the admission of Lee M. Stoy, Jr. to the Western District of Texas pro hac vice for this case.

Respectfully submitted

/s/ Lee M. Stoy, Jr.

Lee M. Stoy, Jr.   884654
Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30034
lstoy@law.ga.gov
(404) 458-3661

*Attorney for Governor Brian Kemp and Secretary of State Brad Raffensperger*

## Certificate of Service

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the clerk of the court on this 13th day of May, 2021 via United States mail, postage prepaid, to:

U.S. District Clerk's Office
800 Franklin Ave.,
Room 380
Waco Texas 76701

Paul M. Davis
Paul M. Davis & Associates, P.C.
3245 Main St.
Suite 235, #377
Frisco, Tx. 75034

Kellye SoRelle
Law Office of Kellye SoRelle
922 W. Pearl Street
Granbury, TX. 76048

_____
Lee M. Stoy, Jr.        884654
Assistant Attorney General

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
May 18, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____IR_____
DEPUTY

| | |
|---|---|
| LATINOS FOR TRUMP, BLACKS FOR TRUMP, JOSHUA MACIAS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>PETE SESSIONS, MITCH MCCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO CORTEZ, BRAD RAFFENSPERGER, ALL MEMBERS OF THE 117TH U.S. CONGRESS, ALL SECRETARIES OF STATE, ALL STATE GOVERNORS, ET AL.<br><br>Defendants. | Case No.: 6:21-CV-43-ADA |

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Lee M. Stoy, Jr., counsel for Georgia Governor Brian Kemp and Georgia Secretary of State Brad Raffensperger, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Lee M. Stoy, Jr. may appear on behalf of Georgia Governor Brian Kemp and Georgia Secretary of State Brad Raffensperger in the above case.

IT IS FURTHER ORDERED that Lee M. Stoy, Jr., in accordance with Local Court Rule AT-1(G), is exempt from the $100.00 fee for admission to appear pro hac

vice because he is an attorney employed by a government entity: The Office of the Georgia Attorney General.

      SIGNED this the _____ day of _____, 2021.

                                                _____
                                                United States District Judge

FIRST CLASS MAIL

ZIP 30334 $ 007.65
02 1W
0001394579 MAY 13 2021

No check

CERTIFIED MAIL

7020 1290 0000 7260 0949

FROM
STATE OF GEORGIA
DEPARTMENT OF LAW
40 CAPITOL SQUARE, S.W.
ATLANTA, GEORGIA 30334-1300

TO:
U.S. District Court CLERK OFFICE
800 Franklin Avenue
Room 380
Waco TX 76701

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.

U.S. District Court CLERK OFFICE
800 Franklin Avenue
Room 380
Waco TX 76701

9590 9402 5265 9154 7002 77

2. Article Number (Transfer from service label)
7020 1290 0000 7260 0949

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt