IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LATINOS FOR TRUMP,  BLACKS FOR TRUMP, JOSHUA MACIAS, M.S.,  B.G.,  R.C., T.L., A.B., R.R., A.P., J.G., M.B., E.R., E.R.(2), C.H., I.M., A.L., C.S., H.D., M.T., I.M.,<br>        *Plaintiffs*<br><br>-vs-<br><br>PETE SESSIONS, MITCH MCCONNELL, NANCY PELOSI, MARK ZUCKERBERG, CHUCK SCHUMER, ALEXANDRIA OCASIO-CORTEZ, BRAD RAFFENSPERGER,  ALL MEMBERS OF THE 117TH U.S. CONGRESS, ALL SECRETARIES OF STATE,  ALL STATE GOVERNORS, ROGER SOLLENBERGER, JUSTIN PELOFSKY, ASHLEY HOFF,<br>        *Defendants* | § § § § § § § § § § § § § § § § § § § § | W-21-CV-00043-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge C. Jeffrey Manske. ECF No. 23. The report recommends that this Court dismiss Plaintiff's Complaint (ECF No. 1) for lack of standing and failure to state a claim, that Plaintiff's Second Amended Complaint (ECF No. 14) be stricken, and that all pending motions be denied as moot. The report and recommendation was filed on August 20, 2021.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 11) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**, that Plaintiff's Second Amended Complaint be **STRICKEN**, and that all pending Motions be **DENIED AS MOOT**.

SIGNED this 21st day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE